**OFFICE OF THE CITY ATTORNEY**
NANCY L. ISSERLIS (WSBA #11623)
City Attorney
Elizabeth L. Schoedel (WSBA #20240)
Nathaniel J. Odle (WSBA #39602)
Hunt M. Whaley (WSBA #46419)
Assistant City Attorneys
808 W. Spokane Falls Blvd.
Spokane, Washington 99201-3326
Telephone: 509-625-6225
Fax: 509-625-6277

**BARON & BUDD, P.C.**
Scott Summy (Texas Bar No. 19507500)
Carla Burke (Texas Bar No. 24012490)
Celeste Evangelisti (CA Bar No. 225232)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: 214-521-3605

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (CA Bar No. 171485)
John P. Fiske (CA Bar No. 249256)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: 619-237-3490
Fiske@GomezTrialAttorneys.com

Attorneys for Plaintiff City of Spokane

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington, <br><br> PLAINTIFF, <br><br> v. <br><br> MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, <br><br> DEFENDANTS. | CASE NO. 2:15-cv-00201-SMJ <br><br> **NOTICE OF RELATED CASES** <br><br> Judge: Hon. Salvador Mendoza Jr. |

Plaintiff City of Spokane respectfully submits this Notice of Related Cases, identifying identical cases filed against the same Defendants Monsanto Company, Solutia Inc., and Pharmacia Corporation:

- *City of San Diego, et al. v. Monsanto Company, et al.,* Case No. 3:15-cv-00578-WQH-JLB, Southern District of California, Honorable William Q. Hayes.

- *City of San Jose v. Monsanto Company, et al.,* Case No. 5:15-cv-03178-EJD, Northern District of California, Honorable Edward J. Davila, (ordered related to *City of Oakland*, Case No. 4:15-cv-05152-EJD).

- *City of Spokane v. Monsanto Company, et al.,* Case No. 2:15-cv-00201-SMJ, Eastern District of Washington, Honorable Salvador Mendoza Jr.

- *City of Oakland v. Monsanto Company, et al.*, Case No. 4:15-cv-05152-EJD, Northern District of California, Honorable Edward J. Davila, (ordered related to *City of San Jose*, Case No. 5:15-cv-031780-EJD).

- *City of Berkeley v. Monsanto Company, et al.*, Case No. 16-cv-00071-DMR, Northern District of California, Honorable Donna M. Ryu.

Of these cases, the *City of San Jose* and *City of Oakland* cases have been ordered related and are currently pending before Honorable Judge Edward J. Davila in the Northern District of California, San Jose Division.  Plaintiffs in these cases allege the same facts against the same Defendants and include substantially similar claims, respective of applicable state law.

Dated:  January 14, 2016        By: /s/ John P. Fiske

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (Pro Hac Vice)
John P. Fiske (Pro Hac Vice)

**BARON & BUDD, P.C.**
Scott Summy (Pro Hac Vice)
Carla Burke (Pro Hac Vice)
Celeste Evangelisti (Pro Hac Vice)

**OFFICE OF THE CITY ATTORNEY**
Nancy L. Isserlis (WSBA #11623)
City Attorney
Elizabeth L. Schoedel (WSBA #20240)
Nathaniel J. Odle (WSBA #39602)
Hunt M. Whaley (WSBA #46419)
Assistant City Attorneys

ATTORNEYS FOR THE CITY OF SPOKANE

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I caused the **NOTICE OF RELATED CASES** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 14, 2016          By: /s/ John P. Fiske

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (Pro Hac Vice)
John P. Fiske (Pro Hac Vice)

**BARON & BUDD, P.C.**
Scott Summy (Pro Hac Vice)
Carla Burke (Pro Hac Vice)
Celeste Evangelisti (Pro Hac Vice)

**OFFICE OF THE CITY ATTORNEY**
Nancy L. Isserlis (WSBA #11623)
City Attorney
Elizabeth L. Schoedel (WSBA #20240)
Nathaniel J. Odle (WSBA #39602)
Hunt M. Whaley (WSBA #46419)
Assistant City Attorneys