**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel (WSBA #20240)
Salvatore J. Faggiano (WSBA #15696)
Hunt M. Whaley (WSBA #46419)
Assistant City Attorneys
808 W. Spokane Falls Blvd.
Spokane, WA 99201
Telephone: (509) 625-6225

**BARON & BUDD, P.C.**
Scott Summy *(admitted Pro Hac Vice)*
(Texas Bar No. 19507500)
Carla Burke *(admitted Pro Hac Vice)*
(Texas Bar No. 24012490)
Celeste A. Evangelisti *(admitted Pro Hac Vice)*
(CA Bar No. 225232)
Brett Land (*admitted Pro Hac Vice*)
(Texas Bar No. 24092664)
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez *(admitted Pro Hac Vice)*
(CA Bar No. 171485)
John P. Fiske *(admitted Pro Hac Vice)*
(CA Bar No. 249256)
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490

*Attorneys for Plaintiff City of Spokane*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, et al.<br><br>Defendants. | Case No. 2:15-cv-00201-SMJ<br><br>**JOINT LR 37.1(b) STATEMENT RE ECF NO. 110** |

JOINT LR 37.1(b) STATEMENT RE ECF NO. 110 – Page 1

The above-captioned parties state, pursuant to LR 37.1(b), that they have met and conferred regarding the issues raised in Plaintiff's Motion to Compel Defendants' Responses to Interrogatories, Set One; Nos 1 and 2. ECF No. 110. The parties conferred prior to the filing of the motion, as set forth in ECF No. 110, and following the filing of Monsanto's Opposition, on March 20, 2017 the parties conferred again. The results of these meet-and-confer efforts are that:

(1) Plaintiff acknowledges that Defendants have supplemented their responses to Interrogatory Nos. 1 and 2 twice (on March 3, 2017 and March 17, 2017 for Interrogatory No. 1 and on March 17, 2017 for Interrogatory No. 2).

(2) With respect to Interrogatory No. 1, the remaining issue is that Plaintiff is seeking a Court order requiring Defendants to provide a complete and verified response. Defendants have not yet provided their verification of the Interrogatory No. 1 response, but plan to do so and believe this will address Plaintiff's remaining concern. Plaintiff is unable to ascertain whether the response is complete and verified until after receipt and review of the verification.

(3) With respect to Interrogatory No. 2, the Plaintiff has the same remaining issue with respect to a complete and verified response as described with respect to Interrogatory No. 1 and, again, Defendants plan to serve a verification. Additionally, Plaintiff believes that Defendants have not fully identified the cases as requested in the Interrogatory. Defendants disagree.

JOINT LR 37.1(b) STATEMENT RE ECF NO. 110 – Page 2

Additionally, during the meet-and-confer discussion on March 20, 2017, Plaintiff represented that it intends to seek additional relief beyond a full and complete response to Interrogatory Nos. 1 and 2, which will include (1) Plaintiff's request that this Court order Defendants to produce all the testimony identified in response to Interrogatory No. 1; and (2) Plaintiff's request that this Court order Defendants to produce electronically the portion of the PCB Litigation Archive which has already been scanned, and order the remainder of the PCB Litigation Archive to be scanned by a third party and produced to Plaintiff. Defendants objected to such relief as outside the scope of Plaintiff's motion (and would object to it on substantive grounds when/if such issues are properly included in any motion before this Court).

(4) This joint statement replaces the Plaintiff's LR 37.1 statement filed March 20, 2017 at ECF No. 117.

JOINT LR 37.1(b) STATEMENT RE ECF NO. 110 – Page 3

RESPECTFULLY SUBMITTED this 21st day of March, 2017.

By: s/ Elizabeth L. Schoedel
**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel WSBA #20240
Salvatore J. Faggiano WSBA #15696
Hunt M. Whaley WSBA #46419
Assistant City Attorneys

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (*admitted Pro Hac Vice*)
John P. Fiske (*admitted Pro Hac Vice*)

**BARON & BUDD, P.C.**
Scott Summy (*admitted Pro Hac Vice*)
Carla Burke (*admitted Pro Hac Vice*)
Celeste Evangelisti (*admitted Pro Hac Vice*)
Brett Land (*admitted Pro Hac Vice*)

*Attorneys for Plaintiff City of Spokane*

RESPECTFULLY SUBMITTED this 21st day of March, 2017.

By: s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
Bryce J. Wilcox, WSBA #21728
Lee & Hayes PLLC
601 W. Riverside Avenue, Suite 1400
Spokane, WA 99201
Phone: (509) 324-9256
Emails:   geanav@leehayes.com
          bryce@leehayes.com

Brent J. Gilhousen, WSBA #5153
P.O. Box 1345
Anacortes, WA  98221-6345
Phone: (314) 302-9300
Email:    brent.gilhousen@earthlink.net

Robert M. Howard, CSBA #145870
(Admitted Pro Hac Vice)
Kelly E. Richardson, CSBA #210511
(Admitted Pro Hac Vice)

JOINT LR 37.1(b) STATEMENT RE ECF NO. 110 – Page 4

Andrea M. Hogan, CSBA #238209
(Admitted Pro Hac Vice)
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, California 92130
Phone: (858) 523-5400
Emails: robert.howard@lw.com
kelly.richardson@lw.com
andrea.hogan@lw.com

Adam E. Miller, MSBA #40945
*(Admitted Pro Hac Vice)*
CAPES, SOKOL, GOODMAN
AND SARACHAN, PC
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, MO 63105
Phone (314) 754-4870
Email: miller@capessokol.com

Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC

JOINT LR 37.1(b) STATEMENT RE ECF NO. 110 – Page 5

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2017, I caused the foregoing **LR 37.1(b) STATEMENT RE ECF NO. 110** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Defendants:*

| | |
|---|---|
| Bryce James Wilcox | bryce@leehayes.com |
| Geana Van Dessel | GeanaV@leehayes.com |
| Brent J. Gilhousen | brent.gilhousen@earthlink.net |
| Robert M. Howard | robert.howard@lw.com |
| Kelly E. Richardson | kelly.richardson@lw.com |
| Andrea M. Hogan | andrea.hogan@lw.com |
| Jennifer Casler-Goncalves | jennifer.casler@lw.com |
| Adam E. Miller | miller@capessokol.com |

Dated: March 20, 2017

By: s/ Elizabeth L. Schoedel
Elizabeth L. Schoedel, WSBA #20240
Office of the City Attorney
808 W. Spokane Falls Blvd.
5th Floor, Municipal Building
Spokane, WA 99201-3326
Telephone: (509) 625-6225
Fax: (509) 625-6277

JOINT LR 37.1(b) STATEMENT RE ECF NO. 110 – Page 6