**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel (WSBA #20240)
Salvatore J. Faggiano WSBA #15696
Assistant City Attorneys
808 W. Spokane Falls Blvd.
Spokane, Washington 99201-3326
Telephone: (509)625-6225
Fax: (509)625-6277

**BARON & BUDD, P.C.**
Scott Summy *(admitted Pro Hac Vice)*
(Texas Bar No. 19507500)
Carla Burke Pickrel *(admitted Pro Hac Vice)*
(Texas Bar No. 24012490)
Celeste Evangelisti *(admitted Pro Hac Vice)*
(CA Bar No. 225232)
Brett Land *(admitted Pro Hac Vice)*
(Texas Bar No. 24092664)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez *(admitted Pro Hac Vice)*
(CA Bar No. 171485)
John P. Fiske *(admitted Pro Hac Vice)*
(CA Bar No. 249256)
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490

*Attorneys for Plaintiff City of Spokane*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:15-cv-00201-SMJ<br><br>**NOTICE OF DEATH** |

NOTICE OF DEATH - 1

On August 10, 2017, Hunt M. Whaley, WSBA #46419, unexpectedly passed away. Plaintiffs consent to continue this matter represented by undersigned counsel of record: Elizabeth L. Schoedel, Salvatore J. Faggiano, Scott Summy, Celeste Evangelisti, Carla Burke Pickrel, Brett Land, John Gomez, and John Fiske. Pursuant to the instruction from the Clerk's office of this Court, Plaintiffs file this notice asking the Court to remove Mr. Whaley's name from the records and his email address from the service list.

Respectfully submitted this 15th day of September, 2017.

By: s/ Elizabeth L. Schoedel
**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel WSBA #20240
Salvatore J. Faggiano WSBA #15696
Assistant City Attorneys

**BARON & BUDD, P.C.**
Scott Summy (*admitted Pro Hac Vice*)
Carla Burke Pickrel (*admitted Pro Hac Vice*)
Celeste Evangelisti (*admitted Pro Hac Vice*)
Brett Land (a*dmitted Pro Hac Vice*)

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (*admitted Pro Hac Vice*)
John P. Fiske (*admitted Pro Hac Vice*)

NOTICE OF DEATH - 2

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2017, I caused the foregoing **NOTICE OF DEATH** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for the Defendants:*

| | |
|---|---|
| Bryce J. Wilcox | bryce@leehayes.com |
| Geana M. Van Dessel | geanav@leehayes.com |
| Brent J. Gilhousen | brent.gilhousen@earthlink.net |
| Robert M. Howard | robert.howard@lw.com |
| Kelly E. Richardson | kelly.richardson@lw.com |
| Andrea M. Hogan | andrea.hogan@lw.com |
| Jennifer Casler-Goncalves | Jennifer.casler@lw.com |
| Adam E. Miller | miller@capessokol.com |
| Anthony N. Upshaw | aupshaw@mwe.com |
| James A. Pardo | jpardo@mwe.com |
| Lisa A. Gerson | lgerson@mwe.com |

By: _s/ Elizabeth L. Schoedel_
Elizabeth L. Schoedel, WSBA #20240
Office of the City Attorney
808 W. Spokane Falls Blvd.
5th Floor, Municipal Building
Spokane, WA 99201-3326
Phone: (509) 625-6225
Fax: (509) 625-6277

CERTIFICATE OF SERVICE