FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY; SOLUTIA, INC.; PHARMACIA CORPORATION; and DOES 1 through 100,<br><br>Defendants. | No. 2:15-cv-00201-SMJ<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER FOR THIRD PARTY DOCUMENTS** |

Before the Court, without oral argument, is the parties' Stipulated Motion to Enter a Protective Order for Third Party Documents, **ECF No. 209**, and related Motion to Expedite, **ECF No. 210**. Having reviewed the pleadings and the file in this matter, the Court is fully informed and **GRANTS** the parties' motions. Accordingly, pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Stipulated Protective Order for Third Party Documents, ECF No. 209-1, is approved and incorporated in this Order by reference.

//

//

ORDER - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of March 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2