FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 14, 2018
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a Washington a municipal corporation located in the County of Spokane, State of Washington,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MONSANTO COMPANY; SOLUTIA INC.; PHARMACIA CORPORATION, also known as Pharmacia LLC; and DOES 1 THROUGH 100,<br><br>　　　　　　　Defendants. | No.　2:15-CV-00201-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The parties' Stipulated Motion to Enter Protective Order, **ECF No. 253**, and related motion to expedite, **ECF No. 254**, are **GRANTED**. Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Stipulated Protective Order, **ECF No. 253-1**, is **APPROVED** and **INCORPORATED** in this Order by reference.

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14th day of November 2018.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge