FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2019

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY; SOLUTIA INC.; PHARMACIA CORPORATION, also known as Pharmacia LLC; and DOES 1 through 100,<br><br>Defendants. | No. 2:15-cv-00201-SMJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER** |

Before the Court, without oral argument, is Plaintiff's Motion to Amend Scheduling Order, ECF No. 329. Plaintiff seeks to amend the current scheduling order, ECF No. 307. Defendants oppose the motion. ECF No. 334. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds that good cause does not exist to alter the deadlines in the current scheduling order. Plaintiff argues that its proposed deadlines will avoid duplicative filings. ECF No. 329 at 2. Defendants argue that, due to the briefing schedule required for motions, the proposed altered deadlines will not change the need for duplicative filings. ECF

ORDER DENYING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER **-** 1

No. 334 at 2. The Court agrees with this argument. Further, the trial date in this case has been extended multiple times and the parties have been advised that "absent extraordinary circumstances, the Court will not grant any further motions to continue trial in this matter." ECF No. 307 at 1. As such, good cause does not exist to grant Plaintiff's motion to amend the scheduling order.

However, the parties have represented that they have agreed to conduct certain depositions after the close of discovery because of health complications and the unavailability of witnesses. ECF No. 329 at 5; ECF No. 334 at 2 n.1. This Order does not prevent the parties from continuing with the agreed-upon depositions.

Accordingly, **IT IS HEREBY ORDERED**:

Plaintiff's Motion to Amend Scheduling Order, **ECF No. 329**, is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of December 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER **-** 2