Geana M. Van Dessel, WSBA #35969
KUTAK ROCK
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
Phone: (509) 252-2691

Adam E. Miller, MO Bar No. 40945 (*Pro Hac Vice*)
Michael W. Cromwell, MO Bar No. 70484 (*Pro Hac Vice*)
Susan L. Werstak, MO Bar No. 55689 (*Pro Hac Vice*)
CAPES, SOKOL, GOODMAN AND SARACHAN, PC
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, MO 63105
Phone (314) 754-4810

Thomas M. Goutman, PA Bar No. 30236 (*Pro Hac Vice*)
David. S. Haase, PA Bar No. 73835 (*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 575-3136

Richard L. Campbell, MA Bar No. 663934 (*Pro Hac Vice*)
Melissa Nott Davis MA Bar No. 654546 (*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
125 Summer Street, Ste. 1220
Boston, MA 02110
Phone: (617) 531-1411

*Attorneys for Defendants Monsanto Company,
Solutia Inc., and Pharmacia LLC (Additional Counsel on Signature Page)*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation, located in the County of Spokane, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 - 100,<br><br>Defendants. | No. 2:15-cv-00201-SMJ<br><br>**DEFENDANTS' TRIAL WITNESS LIST** |

Defendants, Monsanto Company, Solutia Inc. and Pharmacia Corporation, submit this Trial Witness List pursuant to ECF No. 307 and Fed. R. Civ. Proc. 26(a)(3). These pretrial disclosures are based on the information available to Defendants at this time. Defendants reserve the right to amend, supplement or modify these disclosures as new information becomes known to them pursuant to Fed. R. Civ. P. 26(e).

## I. WITNESSES DEFENDANTS EXPECT TO CALL AT TRIAL

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Defendants identify the following witnesses it presently expects to call at trial.

### A. Fact Witnesses

1. Robert G. Kaley II, Ph.D.

    To be contacted through Defendants' counsel.

Dr. Kaley is an analytical chemist who was employed by Old Monsanto, n/k/a Pharmacia Corporation from December 1974 through September 1997 and then for Solutia Inc. through August 2003. The general nature of the subject matters on which Dr. Kaley is expected to testify include, but are not necessarily limited to, a discussion of the history of Monsanto's manufacture, sales (and withdraw from sales), marketing, uses, product testing, safe handling and disposal of PCBs, as well as a discussion regarding customer communications, product warnings, and environmental warnings about PCBs.

**B.      Expert Witnesses**

        2.      Dr. Paul Boehm
               Exponent
               1 Mill & Main, Suite 150
               Maynard, Massachusetts 01754
               Telephone: 978.461.4601

Dr. Boehm is an environmental scientist and is well-known internationally in the field of aquatic and marine pollution, especially in matters involving coastal and urban areas. He has investigated and published extensively on the ecological effects of many major oil or chemical releases in the United States.

The general nature of the subject matters on which Dr. Boehm is expected to testify includes facts and opinions about exposures and ecological issues pertaining to the presence of polychlorinated biphenyls ("PCBs") and other constituents in the Spokane River; the current ecological health of the resources residing in and associated with ecological habitats in the Spokane River; historical actions that have caused ecological effects and changes to the Spokane River; and the role of other chemicals in costs incurred related to stormwater, wastewater and BUIs and Plaintiff's Clean Water Act requirements.  A more complete description of the facts, data and opinions about which Dr. Boehm is expected to testify at trial is set forth in the expert report of Dr. Boehm, the attachments and related materials, all of which are incorporated by reference herein.  Dr. Boehm may also testify regarding the methodologies and conclusions of Plaintiff's retained and non-retained experts.

Dr. Boehm is unavailable for trial April 13-24, 2020.

3. William H. Desvousges, Ph.D.
W.H. Desvousges & Associates, Inc.
168 Spartina Avenue
St. Augustine, Florida 32080
Telephone: 904.217.3534

Dr. Desvousges is an economist who has conducted economic valuation studies for more than 35 years and is published in peer-reviewed publications in this area. He has been designated by Defendants to offer opinions regarding whether PCBs have interfered with the beneficial uses of the San Diego Bay ("the Bay") or caused natural resource damages.

The general nature of the subject matters on which Dr. Desvousges is expected to testify includes facts and opinions about whether PCBs have interfered with the free use of the Spokane River, including for recreation, commerce, navigation and fisheries. Dr. Desvousges will also testify regarding the limitation to use of the Spokane River caused by conventional water quality pollutants associated with the City's combined sewage outfalls. A more complete description of the facts, data and opinions about which Dr. Desvousges is expected to testify at trial is set forth in the expert report of Dr. Desvousges, the attachments and related materials, all of which are incorporated by reference herein. Dr. Desvousges may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

4. David L. Eaton, Ph.D., DABT, FATS
   University of Washington
   4225 Roosevelt Way, NE, Suite 100
   Seattle, Washington 98195
   Telephone: 206.685.3785

Dr. Eaton is a toxicologist who has been certified as a Diplomate of the American Board of Toxicology since 1981 and is a Fellow of the Academy of Toxicological Sciences.

The general nature of the subject matters on which Dr. Eaton is expected to testify includes facts and opinions about general principles of toxicology and the principles of toxicology as they relate to the assessment of the toxicological risks of PBCs found in edible fish in the Spokane River; the state of the science of toxicology for industrial chemicals from the 1930s to today; the absence of any standard industry practice or statutory, regulatory, or industrial requirements between the 1930s and 1960s to conduct animal cancer tests on industrial chemicals; and the unlikelihood that animal tests for cancer during the 1930s to 1960s would have found a statistically significant increase in tumors from PCBs. A more complete description of the facts, data and opinions about which Dr. Eaton is expected to testify at trial is set forth in the expert report of Dr. Eaton, the attachments and related materials, all of which are incorporated by reference herein. Dr. Eaton may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

5. Michael Goodman, M.D., M.P.H.
Emory University Rollins School of Public Health
1518 Clifton Rd., NE CNR 3021
Atlanta, Georgia 30322
Telephone: 404.727.2734

Dr. Goodman is a Professor in the Department of Epidemiology at Emory University School of Public Health. He has earned both his M.D. and his M.P.H. and is a licensed physician in both pediatrics and preventive medicine. Dr. Goodman's areas of scientific research include epidemiology of non-communicable diseases, preventive medicine, and children's health. He has published 220 articles in literature reviews, at least 25 of which are categorized as systematic reviews.

The general nature of the subject matters on which Dr. Goodman is expected to testify includes facts and opinions about the association, if any, between exposures to PCBs at levels typically found in the environment and neurodevelopmental measures in children. A more complete description of the facts, data and opinions about which Dr. Goodman is expected to testify at trial is set forth in the expert report of Dr. Goodman, the attachments and related materials, all of which are incorporated by reference herein. Dr. Goodman may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

6. Kurt Herman, M.Eng., P.G.
Gradient Corp.
20 University Road
Cambridge, Massachusetts 02138
Telephone: 617.395.5000

Dr. Herman is a Principal at Gradient Corp. with approximately 20 years of academic and professional experience in the environmental field. He works on complex environmental issues that draw upon his multidisciplinary background in economics, environmental engineering and geology. He has led site characterization, remediation and/or decommissioning efforts at dozens of sites in the United States and internationally.

The general nature of the subject matters on which Dr. Herman is expected to testify includes facts and opinions about the impact of sewage, phosphorous and metals on the Spokane River; the levels of PCBs in the Spokane River; byproduct and fire safety PCBs identified in the Spokane River; the City of Spokane's actions related to the Spokane River; the City of Spokane's municipal separated storm water sewer system and its permits. A more complete description of the facts, data and opinions about which Mr. Herman is expected to testify at trial is set forth in the expert report of Mr. Herman, the attachments and related materials, all of which are incorporated by reference herein. Mr. Herman may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

7. Michael C. Kavanaugh, Ph.D., P.E., BCEE
Geosyntec Consultants
1111 Broadway, 6th Floor
Oakland, California 94607
Telephone: 510.836.3034

Dr. Kavanaugh is a Senior Principal Environmental Engineer at Geosyntec. He has over 35 years of experience focused on the areas of water quality, water treatment and groundwater remediation. Dr. Kavanaugh has contributed to over 80 technical publications and more than 150 presentations to audiences that included congressional and state committees. He is an instructor for the Princeton Groundwater Course and a consulting professor in the Stanford University Civil and Environmental Engineering Department.

The general nature of the subject matters on which Dr. Kavanaugh is expected to testify includes facts and opinions about the City of Spokane's historical practices regarding discharge of sewage into the Spokane River; the City of Spokane's wastewater and storm water management systems and PCBs lack of impact on the systems; the design, construction and operation of the planned or implemented upgrades to the storm water and wastewater systems; Spokane River's compliance with the water quality criterion for PCBs; discharges from the City of Spokane's storm water and wastewater systems to the Spokane River. A more complete description of the facts, data and opinions about which Dr. Kavanaugh is expected to testify at trial is set forth in the expert report of Dr. Kavanaugh, the attachments and related materials, all of which are incorporated by reference herein. Dr. Kavanaugh may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

Dr. Kavanaugh is unavailable for trial April 13-17, 2020.

8.  Russell E. Keenan, Ph.D.
    Integral Consulting Inc.
    45 Exchange Street, Suite 200
    Portland, Maine 04101
    Telephone: 207.874.9000

Dr. Keenan is Vice President and Principal Toxicologist at Integral Consulting Inc. He has 30 years of experience specializing in chemical risk assessment and toxicology, with much of his work focusing on assessing human health and ecological risks of chemicals in the environment and assisting in making determinations about safe levels of substances in the environment. Dr. Keenan has served as an invited expert on numerous technical and regulatory panels, including several chemical-specific expert review panels for the independent nonprofit organization, Toxicology Excellence for Risk Assessment.

The general nature of the subject matters on which Dr. Keenan is expected to testify includes facts and opinions about the safety of the Spokane River with respect to PCBs for individuals residing along the Spokane River and for all common, real-world recreational uses, including the concentrations of PCBs in fish tissue not presenting a safety concern for human consumption. A more complete description of the facts, data and opinions about which Dr. Keenan is expected to testify at trial is set forth in the expert report of Dr. Keenan, the attachments and related materials, all of which are incorporated by reference herein. Dr. Keenan may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

9. John H. Koon, Ph.D.
John H. Koon & Associates
1971 Breckenridge Drive, NE
Atlanta, Georgia 30345
Telephone: 404.634.0829

Dr. Koon is an Environmental Engineer who specializes in waste disposal practices of industrial chemical manufacturers. He is a Professor of Environmental Engineering at Georgia Institute of Technology, and has consulted with industrial chemical manufacturers on their waste disposal practices.

The general nature of the subject matters on which Dr. Koon is expected to testify includes facts and opinions about chemical waste disposal regulations and practices, including landfills and incineration; waste disposal recommendations generated by manufacturers of bulk industrial chemicals from the 1930s to 1970s; and Monsanto's provision of waste disposal recommendations and warnings to its customers regarding PCBs. A more complete description of the facts, data and opinions about which Dr. Koon is expected to testify at trial is set forth in the expert report of Dr. Koon, the attachments and related materials, all of which are incorporated by reference herein. Dr. Koon may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

Dr. Koon is unavailable for trial April 7, 9, 14, 16-22, 2020.

| | |
|---|---|
| 1 | 11. Harri A. Kytömaa, Ph.D., P.E., CFEI, CFI |
| 2 | Exponent |
| | 9 Strathmore Rd |
| | Natick, Massachusetts 01760 |
| 3 | Telephone: 508.652.8519 |

Dr. Kytömaa is a professional engineer, a Certified Fire and Explosion Investigator (CFEI), and fire safety expert at Exponent. Dr. Kytömaa specializes in analysis of thermal and flow processes and applies his expertise to the investigation and prevention of failures in mechanical systems and the origin and cause of fires and explosions.

The general nature of the subject matters on which Dr. Kytömaa is expected to testify includes facts and opinions about engineering principles and issues as they relate to fire safety and technical requirements, particularly in regard to electrical equipment, hydraulic systems, and heat exchange systems; the historical development of fire safety codes, laws, regulations and guidelines, as well as fire detection and suppression systems; and fluids used in electrical equipment, hydraulic systems and heat exchange systems. A more complete description of the facts, data and opinions about which Dr. Kytömaa is expected to testify at trial is set forth in the expert report of Dr. Kytömaa, the attachments and related materials, all of which are incorporated by reference herein. Dr. Kytömaa may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

Dr. Kytömaa is unavailable for trial April 20-22, 2020 and April 27-May 15, 2020.

12. Maureen T. F. Reitman, Sc.D.
Exponent
9 Strathmore Road
Natick, Massachusetts 01760
Telephone: 508.652.8519

Dr. Reitman is a licensed Professional Engineer, practicing in the field of polymer science and engineering. She is a Group Vice President and Principal Engineer at Exponent. Dr. Reitman is a member of the Board of Directors of the Medical Plastics Division and the Failure Analysis and Prevention Special Interest Group of the Society of Plastics Engineers as well as an active member of two Underwriters Laboratories Standard Technical Panels, addressing Polymeric Materials (UL 94, UL 746, UL 1694) and Appliance Wiring (UL758).

The general nature of the subject matters on which Dr. Reitman is expected to testify includes facts and opinions about basic principles relating to plasticizers; the historical development of plasticizers and use of PCBs in plasticizers; the advantages, disadvantages, uses and selection of various types of plasticizers, including fire safety issues; trends in the development and sale of plastics and plasticizers, including Aroclors, in the United States during the 20th Century including up to the 1970s; the availability and suitability of substitutes for PCBs in these applications; information provided by Monsanto regarding plasticizers; and the condition and composition of plasticizers found in and around the Spokane River. A more complete description of the facts, data and opinions about which Dr. Reitman is expected to testify at trial is set forth in the expert report of Dr. Reitman, the attachments and related materials, all of which are incorporated by reference herein. Dr. Reitman may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

Dr. Reitman is unavailable for trial April 15-24, 2020; April 29-May 5, 2020; and May 12-13, 2020.

   13.  John D. Schell, Ph.D.
       TEA, Inc.
       172 Creekside Park, Suite 105
       Spring Branch, Texas 78070
       Telephone: 225.767.3880

Dr. Schell is a toxicologist with over 30 years of environmental assessment experience, focusing on human health and ecological impacts of PCBs and numerous other chemicals, and has published extensively in this field. Dr. Schell received his Ph.D. in Toxicology from the University of Medicine and Dentistry of New Jersey, Rutgers University, and is a former professor at the University of Florida.

The general nature of the subject matters on which Dr. Schell is expected to testify includes facts and opinions about the association, if any, between exposure to PCBs and (i) developmental and neurodevelopmental effects in humans; (ii) neurotoxic effects in adult humans; (iii) reproductive dysfunction; (iv) pubertal development; (v) liver injury; (vi) endocrine disruption; (vii) cardiovascular disease; and (viii) metabolic syndrome. Dr. Schell is also expected to testify about studies of potential associations between exposures to PCBs and (i) developmental and neurodevelopmental effects in humans; (ii) neurotoxic effects in adult humans; (iii) reproductive dysfunction; (iv) pubertal development; (v) liver injury; (vi) endocrine disruption; (vii) cardiovascular disease; and (viii) metabolic syndrome. A more complete description of the facts, data and opinions about which Dr. Schell is expected to testify at trial is set forth in the expert report of Dr. Schell, the attachments and related materials, all of which are incorporated by reference

herein.  Dr. Schell may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

    14.    Peter G. Shields, M.D.
              The Ohio State University Medical Center
              460 W. 10th Avenue, 9th Floor, Suite D920
              Columbus, Ohio 43210-1240
              Telephone: 614.293.8000

Dr. Shields is a professor in the Department of Internal Medicine in the College of Medicine and the Department of Epidemiology at the College of Public Health at The Ohio State University.  He has expertise in cancer risk, cancer causation, carcinogenesis, epidemiology, and hematology/oncology and has published more than 240 papers in scientific journals in these areas.

The general nature of the subject matters on which Dr. Shields is expected to testify includes facts and opinions about the art and science regarding the molecular, genetic, and environmental mechanisms of carcinogenicity; the principles of epidemiology, including cancer epidemiology; and medical and epidemiological literature regarding the relationship, if any, between PCBs and other chemicals and cancers.  Dr. Shields is also expected to offer facts and opinions regarding the hypothesized genotoxicity of PCBs. He is also expected to provide facts and opinions relating to the pharmacokinetics of PCBs in humans, including their absorption, metabolism, and excretion.  A more complete description of the facts, data and opinions about which Dr. Shields is expected to testify at trial is set forth in the expert report of Dr. Shields, the attachments and related materials, all of which are incorporated by reference herein.  Dr. Shields may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

15. David L. Sunding, Ph.D.
    The Brattle Group
    201 Mission Street
    Suite 2800
    San Francisco, California 94105
    Telephone: 415.217.1000

Dr. Sunding holds the Thomas J. Graff Chair of Natural Resource Economics at the University of California Berkeley. He is the founding director of the Berkeley Water Center and currently serves as the chair of his department. Dr. Sunding has extensive experience in the economics of the environment, natural resources, energy and agriculture. He has won numerous awards for his research, including grants from the National Science Foundation and the United States Environment Protection Agency.

The general nature of the subject matters on which Dr. Sunding is expected to testify includes facts and opinions about the impact of fish advisories on consumption of fish from the Spokane River; the consumption rate of fish from the Spokane River; analysis of fish consumption survey data related to the Spokane River; use of the Spokane River for recreational activities; use of the Spokane River for fishing; A more complete description of the facts, data and opinions about which Dr. Sunding is expected to testify at trial is set forth in the expert report of Dr. Sunding, the attachments and related materials, all of which are incorporated by reference herein. Dr. Sunding may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

Dr. Sunding is unavailable April 6, 8, 13, 15, 20, 22, 27, 29, 2020 and May 4, 6, 11 and 13, 2020.

16. John Woodyard, P.E., Q.E.P
    610 Paradise Lane
    Libertyville, Illinois 60048
    Telephone: 847.826.8131

Mr. Woodyard is a registered Professional Engineer specializing in environmental cleanup. He holds a Master's Degree in Mechanical Engineering from the University of Illinois. He has over 40 years of professional experience, the majority of which has been focused on the regulation, management and cleanup of PCBs. Mr. Woodyard has participated in over 100 PCB projects for industry and government clients.

The general nature of the subject matters on which Mr. Woodyard is expected to testify includes facts and opinions regarding the regulatory background controlling manufacture, sale, use, storage, handling, disposal and cleanup of PCBs since the 1970s; industry practices associated with PCB handling and disposal generally; PCB sources in the Spokane watershed including the contribution from by-product PCBs; PCB use, disposal and cleanup local sites where PCBs were used, disposed of and cleaned up from within the Spokane River watershed/sewershed; the extent of the City of Spokane's involvement in PCB issues, including regarding PCB cleanups within the watershed. A more complete description of the facts, data and opinions about which Mr. Woodyard is expected to testify at trial is set forth in the expert report of Mr. Woodyard, the attachments and related materials, all of which are incorporated by reference herein. Mr. Woodyard may also testify regarding the methodologies and conclusions of Plaintiff's' retained and non-retained experts.

Mr. Woodyard is unavailable for trial May 4-5, 2020.

1    Defendants reserve the right to call any witness listed or called by any of the
2 parties to this lawsuit. If any witness does not appear Defendants reserve the right
3 to use his or her deposition testimony in lieu of live testimony. Defendants further
4 reserve the right to use the transcripts as the Rules of Evidence and the Court
5 permits.

## II.	DEPOSITION TESTIMONY

Defendants expect to use the deposition testimony of the Plaintiff's corporate designees, Lars Hendron, Marcia Davis, Marlene Feist and Scott Windsor. Defendants also intend to present the testimony of Plaintiff's employee Mike Coster by deposition. The deposition designations have been served on Plaintiff as required by ECF No. 307.

Defendants also reserve the right to use deposition testimony should any witness listed above become unavailable at the time of trial.

Respectfully submitted this 10th day of January, 2020.

By: *s/* Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
P: (509) 252-2691
Geana.VanDessel@KutakRock.com

Adam E. Miller, MO Bar No. 40945
(Admitted *Pro Hac Vice*)
Susan L. Werstak, MO Bar No. 55689
(Admitted *Pro Hac Vice*)
Michael W. Cromwell, MO Bar No. 70484
(Admitted *Pro Hac Vice*)
CAPES, SOKOL, GOODMAN
AND SARACHAN, PC
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, MO 63105
P: (314) 754-4810
miller@capessokol.com
cromwell@capessokol.com
werstak@capessokol.com

Thomas M. Goutman, PA Bar No. 30236
(Admitted *Pro Hac Vice*)
David. S. Haase, PA Bar No. 73835
(Admitted *Pro Hac Vice*)
SHOOK HARDY & BACON LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
P: (215) 575-3136
tgoutman@shb.com
dhaase@shb.com

Richard L. Campbell, MA Bar No. 663934
(Admitted *Pro Hac Vice*)
Melissa Nott Davis, MA Bar No. 654546
(Admitted *Pro Hac Vice*)
SHOOK HARDY & BACON LLP
125 Summer Street, Suite 1220
Boston, MA 02110
P: (617) 531-1411
rcampbell@shb.com
mndavis@shb.com

Attorneys for Defendants Monsanto
Company, Solutia Inc., and Pharmacia LLC

# CERTIFICATE OF SERVICE

I certify that on January 10, 2020, I caused the foregoing to be electronically filed with the clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ Geana M. Van Dessel
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK
510 W. Riverside Ave., Suite 800
Spokane, WA 99201
Phone: (509) 252-2691
Geana.VanDessel@KutakRock.com

*Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*