# EXHIBIT F

Reproduced from the Unclassified / Declassified Holdings of the National Archives

Case 2:17-cv-00532-RSL Document 129-10, Filed 01/12/18, Page 2 of 32

OOR-9 (607)

January 10, 1942

MEMORANDUM FOR: Lt. Daniel Armstrong
(Attention - James Irwin)
Monsanto Chemical Company

Subject: Ordnance "E" Presentations - Monsanto Chemical Company

1. Admiral Cluverius has consented to present the awards at Anniston, Alabama, and Monsanto, Tennessee, on January 21 and 22 as requested by telegram received from the Monsanto Chemical Company.

2. Find attached copy of Memorandum to the Eighth Naval District concerning arrangements.

H. A. WILEY

NARA-CP
RG 80
PC-36 Entry 16
Dept. of Navy, office of Sec. Board of Production Awards, Gen. Corr., 1941-1945
Box 66
F: Monsanto Chemical Co. Anniston Plant

174

Reproduced from the Unclassified / Declassified Holdings of the National Archives

Case 2:17-cv-00532-RSL Document 98-29 Filed 01/12/18 Page 3 of 82

```
A45 Room 0303
2815

SECNAV                      MONSANTO CHEMICAL CO.
                            E. M. QUEENY, PRESIDENT
                            ANNISTON, ALABAMA
COMDR. R. W. BERRY, USN
JANUARY 20, 1942                                        X
```

20

THE SPLENDID ACHIEVEMENT OF MONSANTO CHEMICAL COMPANY ITS MANAGEMENT AND ITS EMPLOYEES IN PRODUCING AN EVER GROWING OUTPUT OF ORDNANCE FOR THE UNITED STATES NAVY IS CHARACTERISTIC OF THE VIGOR INTELLIGENCE AND PATRIOTISM WHICH HAVE MADE AMERICA GREAT AND WHICH HAVE KEPT HER FREE  X  ON THIS OCCASION OF PUBLIC RECOGNITION OF YOUR ACCOMPLISHMENT PLEASE ACCEPT MY CONGRATULATIONS  X  FRANK KNOX SECRETARY OF THE NAVY

```
NARA-CP
RG 80
PC-36 Entry 16
Dept. of Navy, office of Sec. Board of
Production Awards, Gen. Corr., 1941-
1945
Box 66
F: Monsanto Chemical Co Anniston Plant
```

175

Case 2:17-cv-00532-RSL   Document 240   Filed 01/12/18   Page 4 of 82

1. Monsanto Chemical Company
2. 1700 South Second Street
3. St. Louis, Missouri
4. Mr. Edgar M. Queeny, President
5. Executive office at 1700 South Second Street, St. Louis, Missouri
   Plants at Monsanto, Tennessee and Anniston, Alabama
6. Number of employees: at St. Louis       25
                         Monsanto          400
                         Anniston          600
                         Total            1025
7. Navy Contracts: Bureau of Ordnance      $112,700
                   Bureau of Ships           56,700
   (Information relative to other government agencies
   not received)                 Total    $169,400
8. Company manufactures chemicals for use in tracers, illuminating shells and degaussing cables. It is well ahead of schedule and has a high degree of reliability. At the Monsanto plant, 40% of production is on war work; at Anniston, 80%. There has been no need for either plant or employee expansion.
9. Inspector of Naval Material indicates by his report that the Navy "E" award should be continued.
10. Company is a subcontractor.
11. No other production award has been received from any other government agency.

JUL 18 1942
CONFIDENTIAL

NARA-CP
RG 80
PC-36 Entry 16
Dept. of Navy, Office of Sec. Board of Production Awards, Gen. Corr., 1941-1945
Box 66
F: Monsanto Chemical Co. Anniston Plant

176

345

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



LX.4753

WAC86 TWS PAID 3

STLOUIS MO AUG 7 1942 951A

ADMIRAL H A WILEY, CHAIRMAN    Anderson Morrison, 211 8 1955 A

NAVY BOARD FOR PRODUCTION AWARDS NAVY DEPT

THANK YOU VERY MUCH YOUR LETTER OF JULY 29 INFORMING US THAT THE NAVY BOARD FOR PRODUCTION AWARDS HAS RENEWED OUR AWARD FOR 6 MONTHS DATING FROM JULY 18. WHILE WE CHERISH THE NAVY "E" BURGEE, WE ELECT TO RECEIVE THE NEW ARMY-NAVY "E" PENNANT. WE SHALL FLY THIS PENNANT FROM THE ANNISTON ALABAMA AND MONSANTO TENNESSEE PLANTS AND FROM THE EXECUTIVE OFFICE BUILDING HERE IN STLOUIS, THE POINTS AT WHICH THE NAVY "E" BURGEE NOW IS FLYING. THE NAVY DEPARTMENT AND THE WAR DEPARTMENT MAY REST ASSURED THAT MONSANTO AND ITS EMPLOYES WILL GO AHEAD WITH INCREASED DTERMINATION AND EFFORT TO TURN OUT EVEN MORE PRODUCTS FOR THE WAR PROGRAM

EDGAR M QUEENY PRESIDENT MONSANTO CHEMICAL C.

1116.

29 6 18 "E" "E" "E".

NARA-CP
RG 80
PC-36 Entry 16
Dept. of Navy, office of Sec. Board of Production Awards, Gen. Corr., 1941-1945
Box 66
F: Monsanto Chemical Co Anniston Plant

177

Case 2:17-cv-00532-RSL Document 129 Filed 01/12/18 Page 6 of 82

Service or Bureau ) Ordnance       DATE OF PREPARATION 7 July 1944

## NOMINATION FOR THE RENEWAL OF THE ARMY-NAVY "E" AWARD

The plant named below will be eligible for __3__ Star(s) on its Army-Navy "E" flag on or after __30 June 1944__. This form should be completed and returned by __10 July__.

Company name & address __Monsanto Chemical Co., St. Louis, Mo.__
Plant name & address (incl. street) __Anniston, Alabama Plant__
Name & title of person in direct charge of plant __Herbert F. Weaver, Plant Manager__
War products six months ago __Same--Phosphoric acid, calcium carbide, Diphenyl, aluminous abrasives, Aroclors, Santowax, etc.__
War products at present __Same as above.__
Is plant a prime or subcontractor? __sub-contractor__ (See instructions, if subcontractor)
Has Service making previous nomination had largest volume of contracts with plant for past six months? __Yes__. If not, what Army Service or Navy Bureau has had the largest volume? __(See attached)__

If answer is "NO", do not fill in remainder of this form.

1. Percentage of production devoted to war work and essential civilian materials/six months ago __85%__ Now __85%__
2. If output has decreased, explain. (See instructions) __Normal seasonal shut-down calcium carbide operation.__
3. Percent of plant capacity used for all work?: (Estimates are acceptable) Six months ago __100%__ Now __100%__
4. How many employes six months ago? __660__   Now? __483__
5. Absenteeism record for past three months (one figure) __1.33%__. Internal Security rating: __As of 26 June last satisfactory__ Have other factors become less favorable since the last nomination? __No__. If so, explain on separate page.

RECOMMENDATION OF NOMINATING SERVICE:
(1) Award of Star(s) __X__
(2) Keep flag, no Star ____
(3) Withdraw Award ____
If (2) or (3) is recommended, explain reasons in detail on a separate sheet.

THIS NOMINATION IS RECOMMENDED AND APPROVED BY:

For: __Inspector of Naval Material 494 Spring St., N.W., Atlanta 3, Ga.__
(Army Service Dist. or Navy Inspector)

For Chief of: __BuOrd__
(Service or Bureau)

_Benj. F. Tilley, Comdr. USN (Ret.)_

_Don Perkins_

For: ____
(Army service Awards Committee)

(Service or Bureau will not write in this space)
BOARD ACTION
Recommended by Recorder: ____
Action by Board: ____

(A) (N)

NARA-CP
RG 80
PC-36 Entry 16
Dept. of Navy, office of Sec. Board of Production Awards, Gen. Corr., 1941-1945
Box 66
F: Monsanto Chemical Co. Anniston Plant

178



JUL 26 1944

179

Mr. Herbert F. Weaver, Plant Manager
Monsanto Chemical Company
Anniston, Alabama

Dear Mr. Weaver:

It is my pleasure to announce that in recognition of the continued outstanding production of the men and women of your company, the Navy Board for Production Awards at its last meeting granted the Anniston, Alabama Plant of the Monsanto Chemical Company a third renewal of the Army-Navy "E" Award. You should receive the new flag with three stars in the near future.

The congratulations of the Navy Department are extended to each and every man and woman of the Anniston, Alabama Plant for maintaining the high production standards required first to win the award and then to receive the three stars which, in token of appreciation from the men on the fighting fronts, will be affixed to the new flag you are to fly over your plant.

This additional honor you have won indicates your determination to supply our fighting forces with the materials needed to bring the war to a successful conclusion.

Sincerely yours,

C. C. BLOCH
Admiral, USN (Ret.)
Chairman, Navy Board for Production Awards

930-R

NARA-CP
RG 80
PC-36 Entry 16
Dept. of Navy, office of Sec. Board of Production Awards, Gen. Corr., 1941-1945
Box 66
F: Monsanto Chemical Co. Anniston Plant

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Reproduced from the Unclassified / Declassified Holdings of the National Archives

MAR 2 1945

Mr. Herbert F. Weaver, Plant Manager
Monsanto Chemical Company
Anniston, Alabama

Dear Mr. Weaver:

Due to the untiring efforts of the men and women of the Anniston, Alabama Plant of the Monsanto Chemical Company to produce the equipment needed for victory, the Navy Board for Production Awards at its last meeting granted your plant a fourth renewal of the Army-Navy "E" Award. A new flag with four stars will reach you in the near future.

Each and every man and woman of the Anniston, Alabama Plant is to be heartily congratulated for the splendid production record that has been established and maintained since the time that the original Army-Navy "E" was granted. The determined support of all is required to back up our courageous men on the battle fronts.

In view of your excellent record, the Army and Navy have decided that your company may retain the flag for a year before being considered for the next renewal.

Sincerely yours,

C. C. BLOCH
Admiral, USN (Ret.)
Chairman, Navy Board for Production Awards

NARA-CP
RG 80
PC-36 Entry 16
Dept. of Navy, office of Sec. Board of Production Awards, Gen. Corr., 1941-1945
Box 66
F: Monsanto Chemical Co Anniston Plant

180