# EXHIBIT G

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

May 21, 1941

To the Secretary of War
    and
The Advisory Commission to the Council of National Defense:

Monsanto Chemical Company (a corporation, hereinafter referred to as the applicant) represents that the facilities hereinafter identified are necessary in the interests of national defense during the emergency period, requests the issuance with respect thereto of a necessity certificate as provided in Section 124, as amended, of the Internal Revenue Code, and to that end shows as follows:

1. Name and address of the corporation which is the applicant:

Monsanto Chemical Company
1700 South Second Street
St. Louis, Missouri

2. Description of product or products to be produced, or services to be rendered, by the new facilities.

New facilities, the subject of this application, are for the increased production of diphenyl.

3. Has applicant entered into, or is applicant negotiating, a contract with the United States providing reimbursement for the cost of the facilities?

No.

4. (a). ATTACH, AS APPENDIX A, A DETAILED LIST OF THE FACILITIES. (Note: Appendix A as prepared by the applicant will be attached to the certificate issued. Responsibility for errors and vagueness of description, therefore, rests with the applicant. Description should include (i) for buildings, data as to location, enclosing map or blue print if possible, type, character, location and dimensions; (ii) for tools or machinery, plant or order numbers if available, or other descriptive information).

Attached is Appendix A setting forth a detailed list of facilities under this application. These facilities are further described by means of the attached layout of existing and prospective diphenyl manufacturing facilities on which the new facilities under this application are distinguished from the existing by means of hatched lines for new equipment and heavier lines showing outline of the extension to building.

NECESSITY
WD-N 2134

-1-

NARA CP
RG 179
M1200
WD-N Applications for Certificates of Necessity, 1940-43
Roll 42
WD-N 2106-2159

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

(b). State the actual or estimated cost thereof in the space provided below:

|  | Actual | Estimated |
|---|---|---|
| (1) Land . . . . . . . . . . . . . | -- | -- |
| (2) Buildings (permanent) . . . . . | -- | $ 31,000. |
| (3) Buildings (temporary) . . . . . | -- | -- |
| (4) Standard Machine Tools . . . . . | -- | -- |
| (5) Special Machine Tools . . . . . | -- | -- |
| (6) Hand tools and sides to manufacture, gages, jigs, fixtures, patterns, punches, dies, etc. . . | -- | -- |
| (7) Furnaces. . . . . . . . . . . | -- | -- |
| (8) Other facilities . . . . . . . | -- | 244,000. |
| Grand Total . . . | | $275,000. |

(c). Show site or sites of facilities (street and number, city, county and state):

These additions to diphenyl plant constitute a part of applicant's chemical manufacturing plant located at Anniston, Alabama; said plant is bounded on the northwest by the Louisville and Nashville Railway and the Southern Railway while Duncan Street runs along the eastern side of the plant (although part of the plant extends a little east of Duncan Street, and Fifth Street is fairly well toward the southern boundary of the plant (although some buildings are on the south side of Fifth Street).

(d). State when production began or is expected to begin with the facilities:

It is planned that the new seventh unit will be in operation on August 1, 1941, the eighth unit on September 1, and the ninth and tenth units on October 1. It is shown in Appendix A that this extension of facilities consists of four additional units for the manufacture of diphenyl.

(e). State earliest date when construction, reconstruction, erection or installation began, or any facility was acquired (See Instruction #4):

Construction, erection and installation of these facilities began on or about March 28, 1941.

5. In support of the representation that the facilities necessary in the interests of National Defense, give a brief statement as to each of the following matters. (If the answer to item 3 is "Yes", item 5 need not be answered.)

APPLICANT MAY ATTACH EXHIBITS IN SUPPORT OF STATEMENTS. Such exhibits may consist of communications from Army or Navy officers, orders or letters of inquiry from other customers of the applicant, and any other matters considered relevant.

- 2 -

130

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

(a). Supplies furnished or to be furnished, or services rendered or to be rendered to the Army and/or the Navy (identify principal present and anticipated supply contracts, and indicate volume or amounts involved).

Applicant has no contract with the United States Government or its agencies for supply of diphenyl.

(b). Supplies furnished or to be furnished, or services rendered or to be rendered to other manufacturers engaged in defense production. (Identify by name the principal manufacturers and their products. State any of such manufacturers with which applicant is affiliated. State whether applicant is behind in deliveries, and, if so, indicate amount of backlog.)

Reference is made to Appendix B attached, which is copy of letter from General Electric Company, expressing their urgent need for the product they refer to as Pyranol, and furthermore showing priorities, requisitions, customers, etc., relating to the number of their present customer requirements of transformers and condensers in which Pyranol is required. Similarly, Westinghouse Electric and Manufacturing Company has large requirements of similar product which they designate as Inerteen, used by them in place of oil in transformers and condensers. Likewise, Moloney Electric Company and Allis-Chalmers Manufacturing Company use a chlorinated diphenyl for the same uses.

And it is wholly due to the urgent requirements of these four electrical appliance companies that applicant is undertaking the extension of the diphenyl department.

Pyranol and Inerteen are merely trade names for aroclors or chlorinated diphenyls, and in all of these, diphenyl is the base.

Applicant is behind in deliveries to General Electric Company and its licensees the equivalent of three months' production of existing plant, and backlog increases each month.

Applicant sells directly no great amounts of diphenyl but takes it through the next manufacturing step which is chlorination and then distillation to produce chlorinated diphenyls of varying types for different uses.

Aside from the use above noted as replacement for oil in electric transformers and condensers, aroclor is also used as follows: in the rayon industry for delustring; in fireproofing certain asphalt compounds for building siding and roofing; in insulating wire and cable for electric transmission.

(c). *Applicant's need for facilities.* (As to each plant, state present rate of production and estimated increase in terms of units, weight, dollars, man hours or otherwise, as seems appropriate. State average daily number of employees and number of shifts presently operating, using the table below if appropriate. If only one or two shifts are operated and no increase is contemplated, state why estimated production cannot be obtained by increasing shifts).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

0. 12065/ DOD 5200.30 6/2/82
GBS    NARS, Date  4/13/82

| | Without facilities | With facilities (estimated) |
|---|---|---|
| Maximum monthly productive capacity | 720,000 lbs. | 1,200,000 lbs. |
| Daily average number of employees for maximum | 12 | 16 |
| Number of shifts operated for maximum | 3 per day 21 " week | 3 per day 21 " week |
| Number of hours per shift per week for maximum | 40 | 40 |
| Production during a typical recent month - | April, 1941 702,677 lbs. | |

(d).  Need for additional facilities in the industry at large.  (State such information as is known to the applicant. If adequate productive capacity exists in this country for the products to be produced by the applicant, a particularly full explanation of need for new facilities should be given.)

Applicant and Dow Chemical Company are the only manufacturers of diphenyl in any volume.  However, applicant has patents and license rights on practically all aroclors or chlorinated diphenyls, and Dow Chemical Company, not having these license rights, confines its production to diphenyl oxide which is used as a heat transfer medium.

Consequently General Electric, Westinghouse and the other transformer and condenser manufacturers (making non-inflammable transformers and condensers) are wholly dependent upon applicant for this product.  As aforesaid, their demand for such non-inflammable transformers and condensers is greatly increased directly for defense purposes, as shown by priorities on Appendix B (similar list from Westinghouse will be furnished if desired).

(e).  Estimated percentage of increase in productive capacity which will be directly or indirectly absorbed in the Defense Program.

100%

(f).  Other pertinent information indicating the specific need of applicant's products in the interest of National Defense.

Although, as aforesaid, the entire production of these additional facilities is required by the four named manufacturers of electrical transformers and condensers, there is, it should be noted at this point, a substantial requirement of diphenyls in the production of para amino diphenyl in the manufacture of an antioxidant which in turn is used in the manufacture of rubber tires and other rubber products.  Applicant is practically the sole supplier of this product to Firestone Tire & Rubber Co., together with a number of other rubber companies, and there is no doubt that a substantial part of Firestone's rubber products are

-4-

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

today being required for defense purposes.  Therefore, the point
is that a considerable portion of applicant's present output of
diphenyl is being required for defense purposes through the medium
of rubber products.

6.  The applicant is incorporated under the laws of the
State of Delaware.  The name, office, and address of the person
or persons authorized to represent the applicant for the purpose
of this application is:

> W. W. Schneider, Secretary
> Monsanto Chemical Company
> 1700 South Second Street
> St. Louis, Missouri
>
> D. M. Sheehan, Comptroller
> Monsanto Chemical Company
> 1700 South Second Street
> St. Louis, Missouri
>
> F. A. Ulmer, Treasurer
> Monsanto Chemical Company
> 1700 South Second Street
> St. Louis, Missouri

7.  If the applicant has heretofore filed or is concurrent-
ly filing application for a certificate of necessity (whether for
the same or other facilities) with either the War Department or
the Navy Department, identify the application by date and total
dollar amount of facilities; state whether a necessity certificate
has been issued, and if so give file reference number.

|  | Date of Filing | Total Dollar Amount of Facilities . | File Reference Number of Certi- ficate Granted |
|---|---|---|---|
| WD-N-702 | January 16, 1941 | $ 84,000.00 | WD-N-702 |
| WD-N-703 | " 16, 1941 | 625,000.00 | |
| WD-N-704 | " 16, 1941 | 128,810.00 | WD-N-704 |
| WD-N-789 | " 22, 1941 | 705,600.00 | |
| WD-N-917 | " 29, 1941 | 870,000.00 | |
| WD-N-1718 | April 11, 1941 | 467,000.00 | |

MONSANTO CHEMICAL COMPANY

By _Charles Belknap_

Office _Executive Vice President_

133

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

State of Missouri  )
                 ) SS
City of St. Louis  )

     I, Charles Belknap, being first duly sworn on oath depose and say:  that I have read the foregoing application executed by me on behalf of the applicant therein named, and the Appendices attached thereto, and that the facts stated therein are true to the best of my knowledge and belief.

Subscribed and sworn to before me this 21st day of May, 1941.

_____
                    Notary Public

     I, W. W. Schneider, certify that I am the Secretary of the corporation named as applicant in the foregoing application; that Charles Belknap who signed said application on behalf of said corporation was then its Executive Vice President; that said application was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

_____
           Secretary         (Corporate
                             ) Seal

134

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

## C E R T I F I C A T E

I, W. W. Schneider, Secretary of the Monsanto Chemical Company, hereby certify that the following is a full, true and correct copy of a resolution adopted by the Board of Directors of the Monsanto Chemical Company at a meeting held at the St. Louis office of the Company December 20, 1940, and that said resolution is now in full force and effect:

> RESOLVED, that Charles Belknap, G. Lee Camp, J. W. Livingston, and F. A. Ulmer or any of them are hereby authorized and empowered to sign, execute and file on behalf of this Company applications to the Advisory Commission to the Council of National Defense, Secretary of War and Secretary of Navy, for certificates covering amortization deductions under title III of the Second Revenue Act of 1940.

In Witness Whereof, I hereunto set my hand and affix the corporate seal of the Monsanto Chemical Company this 16th day of January, 1941.

_____
Secretary

135

357

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

## APPLICATION FOR NECESSITY CERTIFICATE

TO:                 Emergency Facilities Committee

FROM:               Lucy L. Kelley

SUBJECT:            Monsanto Chemical Co.; St. Louis, Missouri

                    Certificate No.   WD-N-2134

                    Application No.   3474 (War)          Filed May 23, 1941

1. RECOMMENDATION --

2. METHOD OF FINANCING -- Private

3. GOVERNMENT CONTRACTS -- U. S. Constructing Quartermaster - 3241
                           Navy Contract 71266 for New Turbine Bldg., Schenectady
                           U. S. Naval Air Station, Quonset Point, NO-Y-4175
                           "    "    "    "    "    "    "    " 7496
                           "    "    "    "    Opa Locka, Florida, JK-22612
                           Washington Navy Yard, NYO-4380.

4. OTHER CONTRACTS -- Westinghouse Electric, General Electric, Curtiss Wright,
                      DeLuval Steam Turbine Co., Colt Patent Firearms, Reynolds Metal
                      Co., & Bethlehem Steel Co.

5. PRODUCTS: Diphenyl

6. FACILITIES PREVIOUSLY CERTIFIED: None for Diphenyl

7. APPLICATIONS PENDING: None for Diphenyl

8. SUMMARY OF FACILITIES (Appendix A):

           Buildings (permanent)..........................$  31,000.00
           Other Facilities...............................  249,498.00
                                                          $ 280,498.00
           (applicant erroneously stated $275,000.00 in appendix)

   (Hydrogen compressors, Benzol storage tanks, Convertor & vaporizer units, R. R.
   tractors, Water & power supply, and spare parts)

                              (a) Location of  Facilities - Anniston, Ala.
                              (b) % of Facilities for Defense Purposes - 100%

9. CONSTRUCTION BEGUN - March 28, 1941

10. PRODUCTION BEGUN - August 1, 1941, September 1, 1941, & October 1, 1941

11. INCREASE IN PRODUCTION                  Without facil.        With facil.

           Units per month                    720,000 lbs.        1,200,000

12. INCREASE IN EMPLOYMENT

           No. of employees                       12                 16
           No. of shifts                    3 per day, 21 a wk.     same
           No. of hours per shift, per wk         40                 40

13. REMARKS:      W. W. Odell, E. W. Reid & P. T. Homan, inaa report dated July 31, 1941,
    recommends 100% certification, saying:
    "This company is well established, responsible, and able to carry to conclusion any
    contract which it might make. The company is now operating six units for produc-
    ing diphenyl, and the proposed facilities will add four more units.
    "This material, diphenyl, is used in the modified form such as chlorinated diphenyl,
    in the manufacture of inerteen and pyranol - trade names for materials used in

                                3 3

NARA-CP
RG 179
M1200
Office of the Secretary of the Advisory Commission of the Council of National Defense, Tax Certification Unit, 1940-41, Application for Certificates of Necessity,
Closed Files
Roll 969

137

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE



Monsanto Chemical Co.                                    — 2 —
St. Louis, Mo. WD-N-2134
        3474 (War)

transformers and condensers. In these uses it replaces the combustible oils
which were previously used for the purpose.
"There is a demand for these products to fill Government orders which is believed to
be greater than can be supplied with present production facilities."

Major Clifford V. Morgan, Medical Corps, Army Representative, Commodities
Division, in a report dated June 23, 1941, states that the facilities are neces-
sary for National Defense and recommends 100% certification saying:
"Chlorinated diphenyls are used in place of oil in transformers and condensers.
Their use minimizes fire hazard. It may also be mentioned that chlorinated
diphenls are used in the production of Halowax which is essential in the insula-
tion of Navy cable. Additional diphenyl capacity is required in order to provide
the initial material, which upon chlorination yields chlorinated diphenyls.
"The applicant states: And it is wholly due to the urgent requirements of these
four electrical appliance companies that applicant is undertaking the extension
of the diphenyl department." These requirements refer to those for use in con-
densers and transformers."

Colonel G. H. Foster, Signal Corps., War Dept., in a memorandum dated
July 16, 1941, concurs in recommending 100% certification.

138

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE



July 16, 1941

MEMORANDUM for the files

Subject:  Monsanto Chemical Company
          Application for Necessity Certificate
          Number WD N 2134

This application was filed May 23, 1941, for facilities for the production of diphenyl, which is used in place of oil in transformers and distributors.  It is stated that the construction of facilities began March 26, 1941.  The application is therefore timely.

The estimated cost of facilities is $275,000 and are located at Anniston, Alabama.  With these facilities, it is expected that the monthly capacity will increase from 720,000 pounds to 1,200,000 pounds.  Increase of the production of this product is deemed essential by the A N M B, a report from which sets forth the uses for this chemical.

Certification is recommended.

George H. Foster
Lt. Col., Sig. Corps

141

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

# EXHIBIT 8

# EXHIBIT 8

155

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Case 2:15-cv-00201    Doc. 34691-18    P-Entry, 18-2    Page 146 of 1-1

**APPLICATION FOR A NECESSITY CERTIFICATE**
Under Section 124 of the
Internal Revenue Code

**MONSANTO CHEMICAL COMPANY**
(Name of Corporation)

**Delaware**
(State of Incorporation)

**1700 South Second Street
St. Louis, Missouri**
(Address)

Date **March 29**, 194 **3**

To:  The Secretary of War
~~The Secretary of the Navy~~

(Note. - Strike out whichever is inapplicable.)

Leave This Space Blank

Government
File No.

APR 3 - 1943

**Monsanto Chemical Company**, the undersigned corporation (hereinafter referred to as the applicant), represents that the facilities LISTED IN ATTACHED APPENDIX A are necessary in the interest of national defense during the emergency period, and requests the issuance with respect thereto of a Necessity Certificate as provided under Section 124, as amended, of the Internal Revenue Code, and in support thereof submits the following information:

1.  Describe products to be produced or services to be rendered by the facilities listed in APPENDIX A.

**Diphenyl.**

RG 79
M1200
WD-N Applications for Certificates of Necessity, 1940-43
Roll 294
WD-N 19231-19279

1

156

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Case 2:15-cv-00201-SMJ    ECF No. 349-7    filed 01/14/20    PageID.10031    Page 14 of 28

DECLASS
E 0.12065/DOD 5200.30 - 6/8/72
GBS        NARS, Date 4/13/

APPLICATION FOR A NECESSITY CERTIFICATE
Under Section 124 of the
Internal Revenue Code

Leave This Space Blank

Government
File No. XIDNL 19250

**MONSANTO CHEMICAL COMPANY**
(Name of Corporation)

**Delaware**
(State of Incorporation)

**1700 South Second Street**
**St. Louis, Missouri**
(Address)

APR 3 - 1942

Date ___ **March 29** ___, 194 **2**

To:  The Secretary of War
~~The Secretary of the Navy~~

(Note. - Strike out whichever is inapplicable.)

**Monsanto Chemical Company** ___, the undersigned corporation (hereinafter
referred to as the applicant), represents that the facilities LISTED IN
ATTACHED APPENDIX A are necessary in the interest of national defense during
the emergency period, and requests the issuance with respect thereto of a
Necessity Certificate as provided under Section 124, as amended, of the
Internal Revenue Code, and in support thereof submits the following
information:

1. Describe products to be produced or services to be rendered by the
facilities listed in APPENDIX A.

**Diphenyl.**

RG 79
M1200
WD-N Applications for Certificates of Necessity, 1940-43
Roll 294
WD-N 19231-19279

1

157

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Case 17-35640, 12/20/2017, ID: 10698240, DktEntry: 18-2, Page 148 of 153

DECLASSIFIED
E.O. 12065/Dept 5200.30 - 6/15/71
GBS    NARS, Date 4/13/82

2.   The products referred to under item 1 are being produced or will be produced under the following prime contracts with the United States, or under the following subcontracts (if known):

PRIME CONTRACTS:

| Contract numbers | Government Department | Amount |
|---|---|---|

This manufacturing facility was acquired and installed during the first five and one-third months of 1940, and was consequently prior to the more intensive stage of the defense preparations of the United States. (See answer to question 14 for disposition of product.)

SUBCONTRACTS:

| Product | Supplied to | For | (Give Government Depart-ment receiving END product and contract number if known. | Amount |
|---|---|---|---|---|

3.   Information on Shipments Analyzed by Preference Ratings:
      (To be copied from applicant's most recent report or application to WPB. For example, the most recent application under the Production Requirements Plan.)

      (a) For preceding calender quarter ending _____, 194__

                                                    Dollar Volume

                                                        $

The installation under this application antedates the period of preference ratings, allocations, etc.

                                                    _____

TOTAL SHIPMENTS ......................... $

                              # 2

                              158

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Case 2:17-cv-00520/2017 ID: 10698240  DktEntry: 18-2  Page 159 of 163

(b) For coming calendar quarter ending _____, 194__

Dollar Volume

$

TOTAL SHIPMENTS.............................    $

_____

4.  The services referred to under item 1 are being rendered or will be rendered as follows:

| Type of service (i.e., transportation, power generation, utilities, etc.) | To whom | Government agency involved |
|---|---|---|

5.  What percentage of the products or services to be produced or rendered with the facilities listed in APPENDIX A will be absorbed in the war effort?

100%.

3

159

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

DECLASSIFIED
E.O. 12065/bcb
GBS    NARS, Date 4/13/83

6.  Explain in detail what consideration has been given to:

(a)  Converting presently owned facilities.

**Applicant has no facilities suitable for producing additional diphenyl.**

(b) Use of other available facilities.

**The equipment necessary for the production of diphenyl is specially designed.  There are no similar available facilities.**

(c) Subcontracting any portion of the products to be produced or services to be rendered with the facilities.

**To the best of applicant's knowledge there are no other producers in position to subcontract.**

(d) Conservation of scarce materials in planning the project.

**Every care was exercised to minimize the use of scarce materials.**

7.  It is expected that production will begin with the facilities sought to be certified in this application on _____**March 18**_____, 194**0**.

8.  (a) State the priority assigned under the project rating and the project rating serial number or numbers relating to the facilities included in this application. (In case any facilities have been acquired individually, note the priority rating in the equipment schedule in APPENDIX A.)

**No priority assigned on account of early date.**

(b) Explain the absence of any project or priority ratings.  This does not apply to land, buildings not constructed especially for the applicant, and secondhand facilities referred to in items 9, 10, and 11.

**The installation of this equipment antedates the institution of application of priority ratings to any great extent.**

4

160

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

DECLASSIFIED
E.O.12065/DoD 5200.30 – 6/15/79
GBS    NARS, Date 4/13/82

9.  The following statements are made with respect to the land, listed in APPENDIX A:  **Not applicable**

    (a)  Name of former owner was –

    (b)  Affiliation, if any, between the former owner and the applicant was –

    (c)  The land was used in the following manner before acquisition –

10.  The following statements are made with respect to those buildings listed in APPENDIX A, not constructed especially for applicant: **Not applicable.**

    (a)  Name of former owner was –

    (b)  Affiliation, if any, between the former owner and the applicant was –

    (c)  The buildings were used in the following manner before acquisition –

11.  The following statements are made with respect to all other facilities listed in APPENDIX A which are to be or were acquired secondhand:

    (a)  Name of former owner was (indicate if a secondhand dealer) –

        **No secondhand facilities were acquired.**

    (b)  Affiliation, if any, between the former owner and the applicant was –

    (c)  The facilities were used in the following manner before acquisition –

5

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE



Case 2:17-05641 12/20/2017 ID: 10698240 DktEntry: 18-2 Page 152 of 163

DECLASSIFIED
E. O. 17065 / DFD 5X40.30 - 6/14/71
GBS    NARS, Date 4/13/82

12.   Have all facilities, other than those specifically referred to in items 9, 10, and 11, been acquired or will they be acquired new by the applicant?  __Yes__
(Yes or no)

13.   Are any of the facilities listed in APPENDIX A, replacements which would have been made at or about this time, if normal peacetime conditions had existed?  __No__   If answer is "yes", list said
(Yes or no)
facilities below and state full circumstances.

14.   In support of the representation that the facilities are necessary in the interest of national defense, the following statement is made, with specific reference to (a) necessity of the product or service and (b) short- age of capacity in the industry:

(Applicant may attach exhibits in support of statements.  Such exhibits may consist of communications from Army or Navy officers or WPB officials, orders or letters of inquiry from other customers of the applicant, and any other matters considered relevant.)

(If acquisition of facilities or plans in connection therewith have been discussed with, or approved by, any of the Arms or Services or Bureaus or WPB units, give appropriate names and addresses, or attach copies of pertinent information or both.)

Applicant had been for several years a major producer of diphenyl for further processing into Aroclors or chlorinated diphenyls.  These were and are largely produced under license agreement with General Electric Company, which company uses Aroclor under the trade name of Pyranol, and further licenses use of the same product to Westinghouse Electric Manufacturing Company, whose trade name is Inerteen.  Allis Chalmers Manufacturing Company and Moloney Electric Company are also sub-licensed to use the same chlorinated diphenyls.

Aroclor is used by said electric companies as a substitute for oil in electric transformers and condensers on account of its characteristic of non-flammability as well as other advantages.  Attached as Appendix B is a copy of letter from General Electric Company, expressing their continuing and increasing need for this product, which increased use had its inception at about the time the installation under this application was made.  In other words, the subject

6

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Obtained 07/29/06 0920/2017 (ID: 10698246  DktEntry: 18-2  Page: 153 of 163



installation was the very necessary beginning of several stages of
expansion of this production by the applicant, which subsequent stages
have been granted certificates of necessity under Nos. WD-N-2134 and
WD-N-5224.

Applicant submits that it is fully understood by the War Department and
WPB that the use of Aroclor in electric transformers and condensers is a
vital need and advantage in our defense and war program.

The fact that two expansions of this producing equipment have been
subsequently demanded is, of course, conclusive proof that the subject
expansion under this application was also urgently needed to implement
the defense and war production effort.

In addition to the use and need above mentioned, Aroclor is also used as
follows:

In the Rayon industry for delustring; in fireproofing asphalt compounds
for building materials; in insulating wire and cable for electric trans-
mission; in the production of para amino diphenyl for the manufacture of
a rubber antioxidant which finds a very substantial and important use in
the manufacture of rubber tires and other rubber products. Applicant is
practically the sole supplier of said antioxidant to Firestone Tire and
Rubber Company, whose contribution to the war production program is
well understood.

6-a

163

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE



15. Justification for expansion:

    (a) Manufacturing facilities only.

I - Production

| Product | Unit of Measure | With Existing Facilities Last Calendar Quarter Ending December 31, 1939 | | With Addition of Facilities Covered by This Application (quarterly) |
|---|---|---|---|---|
| | | Actual | Capacity | |
| Diphenyl | Pounds | 1,161,949 | 1,350,000 | 1,710,000 |

II - Employment

(Average Number of Employees and Average Number of Work Hours per Week)

| Employment (Shift) | With Existing Facilities Last Calendar Quarter Ending December 31, 1939 | | | | With Addition of Facilities Covered by This Application (quarterly) | |
|---|---|---|---|---|---|---|
| | Actual | | Capacity | | | |
| | Employees | Work Hours per week | Employees | Work hours per week | Employees | Work hours per week |
| 1. First | 5 | 40 | 5 | 40 | 5 | 40 |
| 2. Second | 2 | 40 | 2 | 40 | 2 | 40 |
| 3. Third | 2 | 40 | 2 | 40 | 2 | 40 |
| 4. Swing | 2 | 40 | 2 | 40 | 2 | 40 |

NOTE: This plant operates 24 hours per day 7 days per week at all times.

7

164

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE



15. (Continued)

(b) Other facilities:

If the facilities are not manufacturing facilities an explanation of why the facilities are essential is required. Example: For office building or equipment give number of office employees before and after expansion and reasons for increase as related to production.

(This classification includes maintenance items, service equipment, office structures and equipment, plant protection, or machinery which is essential to the specific processing of war work but which does not expand the over-all capacity of the plant. If this classification applies, attach separate sheet.)

16. Has applicant negotiated with agencies of the Government as to financing the cost of these facilities? **No**. If so, give details.
(Yes or no)

17. Has any Government agency financed any other expansion of this plant at this location for the applicant? **No**. If so, outline the nature of the expansion and the amount involved.
(Yes or no)

18. The following applications for Necessity Certificates for this plant at this location have been filed, or are being concurrently filed, with either the War Department or the Navy Department:

| Date of application and Department (War or Navy) | Government file No. | Estimated total dollar amount of facilities on each application | Date and (if Navy) number of Necessity Certificate (if issued) |
|---|---|---|---|
| May 21, 1941 (War) | WD-N-2134 | $275,000.00 | Aug. 6, 1941 |
| July 16, 1941 " | WD-N-2945 | 59,825.00 | Sept. 24, 1941 |
| Nov. 27, 1941 " | WD-N-5224 | 51,900.00 | March 13, 1942 |
| June 25, 1942 " | WD-N-9706 | 66,820.00 | Aug. 22, 1942 |
| Dec. 30, 1942 " | WD-N-15572 | 41,020.00 | Feb. 12, 1943 |
| Mar. 23, 1943 " | | 11,314.64 | |

8

165

371

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Case 2:17-cv-00052-TOR   ID: 10698240   DktEntry: 18-2   Page 156 of 163

DECLASSIFIED
E.O. 12065/DOD 5200.30 - 6/18/71
GBS        NARS, Date 4/13/82

19. The mame, office, and address of the person or persons authorized
to represent the applicant for the purpose of this application:

F. A. Ulmer, Treasurer        H. F. Shattuck        J. T. Ragsdale, Jr.
1700 South Second Street      1028 Shoreham Bldg.   1028 Shoreham Bldg.
St. Louis, Missouri           Washington, D. C.     Washington, D. C.

MONSANTO CHEMICAL COMPANY
(Name of applicant)

(Corporate Seal)                    By _____

                                       _____
                                              Treasurer
                                              (Title)

Attest _____
                 Secretary.

9

166

Case 2:14-cv-00212-SMJ 7 ID: 10698246 DktEntry: 18-2 Page 157 of 163

DECLASSIFIED
E. O. 12065/DFD 5300.30 - 6/13/73
CBS        NARS, Date 4/13/82

State of __**Missouri**__ } SS:
City of __**St. Louis**__ }

_____**F. A. Ulmer**_____, being first duly sworn, deposes and says that he is the _____**treasurer**_____ of __**Monsanto Chemical Company**__ the applicant in the foregoing application; that he is duly authorized to make oath to the same; that he has read the foregoing application and knows the contents thereof; that the statements therein contained are true of his own knowledge, except the matters stated to be on information and belief, and as to those matters he believes them to be true.

_____

Subscribed and sworn to before me this __**29th**__ day of _____**March**_____, 194**3**

(Notary Seal)

_____
(Notary Public)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEAVE THIS SPACE BLANK

Items 1 to 5 inclusive are to be typed in by applicant. This portion of application will be returned to applicant as a receipt.

Government File No. _____

Receipt is acknowledged of the application for a Necessity Certificate, filed on the date stamped hereon. Further communications with respect to this application should bear the Government file number indicated hereon.

APR 3 - 1943

1. Total facilities, this application $ __**37,580.92**__

2. Date of application __**March 29, 1943**__

3. Name __**Monsanto Chemical Company**__

4. Street and number __**1700 South Second Street**__

5. City and State __**St. Louis, Missouri**__

10

167

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Case 2:15-cv-00201-SMJ 12/20/2017 ID: 10698240 DktEntry: 18-2 Page 158 of 163

DECLASSIFIED
E.O.12065/DoD 5200.30 - 6/19/71
GBS    NARS, Date 4/13/82

APPENDIX A

APR 3 1942

Name of Corporation:    **Monsanto Chemical Company**
                        **1700 South Second Street**
Address:                **St. Louis, Missouri**

Location of Facilities: **Applicant's Anniston, Alabama Plant**

The earliest date of acquisition or beginning of construction, re-
construction, erection, or installation of any of the facilities was
**January 19**_____, 194**0**.

(Note.- This application must have been received by either the War Depart-
ment or the Navy Department in Washington, D. C., before the expiration of
6 months after the above date.) **Amended by Section 155 of Revenue Act of 1942.**

SUMMARY SHEET

(Applicant must attach hereto additional sheets supplying a description of
each facility)

|  |  | Actual | Estimated |
|---|---|---|---|
| See page |  |  |  |
| ( ) Land | .......................... | $_____ | $_____ |
| ( ) Building and other construction | .. | _____ | _____ |
| ( ) Equipment: |  |  |  |
| ( ) Machine tools | ................... | _____ | _____ |
| ( ) Other metal working machinery | ... | _____ | _____ |
| ( ) Power generating and distribut-ing equipment | ................ | _____ | _____ |
| ( ) Furnaces | ...................... | _____ | _____ |
| ( ) Other | _____ | _____ | _____ |
| ( ) Other Facilities (specify): |  |  |  |
| ( ) _____ | | 37,580.92 | 39,000.00 |
| | TOTALS............ | $ 37,580.92 | $ 39,000.00 |

GRAND TOTAL OF ALL FACILITIES, APPENDIX A.................... $ 37,580.92

This Appendix A, including this summary sheet and sheets attached by
the applicant supplying a description of each facility, consists of __3__
pages and __1__ blueprints.or maps.

APPENDIX A - Page 1

168

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE



APPENDIX A

5TH DIPHENYL UNIT

ANNISTON, ALABAMA

ESTIMATE NO. 2841

| ITEM | DESCRIPTION | ESTIMATED AMOUNT |
|------|-------------|------------------|
| 1. | Benzol Feed | $  500.00 |
| 2. | Vaporizer Unit | 2,300.00 |
| 3. | Converter Unit | 11,500.00 |
| 4. | Condensing equipment | 8,000.00 |
| 5. | Piping and Storage | 1,100.00 |
| 6. | Instruments | 3,700.00 |
| 7. | Reworking Panel Board | 1,000.00 |
| 8. | Building Alterations | 4,400.00 |
| 9. | Additional Benzol Storage | 3,600.00 |
| 10. | Spare Equipment | 1,900.00 |
| 11. | Hydrogen Compressor Changes | 1,000.00 |
| | ESTIMATED TOTAL | $39,000.00 |

APPENDIX A - Page 2

169

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



APPENDIX A

5TH DIPHENYL UNIT

ANNISTON, ALABAMA

ESTIMATE NO. 2841

Detail of Expenditures

| Job. No. | Description | Amount |
|---|---|---|
| 2-922 | Benzol Storage Tank | $ 1,097.18 |
| 2-923 | Earth Dyke | 237.01 |
| 2-924 | Cyclone Fence | 338.33 |
| 2-925 | Storage Pump and Motor | 258.94 |
| 2-926 | Benzol Pipe Lines | 347.87 |
| 2-932 | Feed Pump and Motor | 128.79 |
| 2-933 | Vaporizer and Stack | 1,706.56 |
| 2-934 | Converter | 6,781.04 |
| 2-935 | Gas Piping | 368.63 |
| 2-936 | Gas Burners | 833.93 |
| 2-937 | Lead Trap | 757.76 |
| 2-938 | Stainless Steel Piping | 620.56 |
| 2-939 | Heat Exchanger | 2,500.23 |
| 2-940 | Fractionating Column | 1,681.77 |
| 2-941 | Condenser | 664.83 |
| 2-942 | Split Flow Box | 422.21 |
| 2-943 | Sump Tank | 546.40 |
| 2-944 | Controls and Wiring | 3,069.86 |
| 2-945 | Operating Platforms | 2,273.56 |
| 2-946 | Process Piping | 1,342.78 |
| 2-947 | Water Piping | 170.89 |
| 2-948 | Chain Block and Trolley | 675.73 |
| 2-949 | Alterations | 38.49 |
| 2-951 | Control Board | 1,093.18 |
| 2-952 | Reaction Pots | 1,817.78 |
| 2-994 | Benzol Feed Pump Piping | 30.14 |
| 2-995 | Hydrogen Condenser | 957.30 |
| 2-996 | Hydrogen Compressor Motor | 604.21 |
| 2-999 | Painting | 180.67 |
| 2-1000 | Building Lighting | 57.28 |
| 2-1036 | Painting and Glazing | 771.15 |
| 2-1116 | Supply Room | 540.78 |
| 2-1117 | Jacket for Insulation | 340.22 |
| 2-1118 | Sight Glasses | 837.59 |
| 2-1119 | Jacket for High Boiler Still | 396.59 |
| 2-1120 | Hood over High Boiler Still | 60.98 |
| 2-1121 | Trailer for High Boiler Drums | 232.22 |
| 2-1122 | Furniture | 492.27 |
| 2-1123 | General Foreman's Office | 452.96 |
| 2-1124 | Power Feeder | 247.73 |
| 2-1227 | Condenser, Flow Box and Column - Units 1&2 | 1,604.52 |
| | TOTAL | $37,580.92 |

APPENDIX A - Page 3

170

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Case 2:15-cv-00201-SMJ    Document 40    Filed 01/12/17    Page 17 of 163



171

377