# EXHIBIT L

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF WASHINGTON**

---

**IN RE:**

**CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington, v. MONSANTO COMPANY,** *et al.*

Case No.  2:15-CV-00201-SMJ

---

**EXPERT REPORT OF**

**DAVID L. EATON, PH.D., DABT, FATS**

David L. Eaton, Ph.D., DABT, FATS

Consultant in Toxicology

November 15, 2019

651

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

# Expert Report of David L. Eaton

## *City of Spokane v. Monsanto*

### Table of Contents

I.   INTRODUCTION ............................................................................................ 1

   A. Charge .................................................................................................... 2

   B. Summary of Major Opinions: ................................................................. 3

      1. The levels of PCBs measured in edible fish in the Spokane River do not make them unsafe for human consumption ............................................ 3

      2. Monsanto's use of toxicological expertise and studies in the 1930's-60s was consistent with industry standards and practices of the time ................................. 4

      3. Consistent with the industrial toxicology practices of the time, Monsanto had no reason to conduct cancer studies in laboratory animals in the 1930's-60's because: ................ 4

      4. Based on my review of Monsanto's product warnings, and the state of knowledge of PCBs toxicology at the time, it is my opinion that the product labels and warnings were adequate, and consistent with the knowledge at the time ................................. 5

      5. It is highly unlikely that a cancer study done in laboratory animals in the 1930's-60's would have found an excess of cancers from PCBs .................................... 5

      6. Plaintiffs' experts in toxicology failed to use current methodologies and approaches to address potential health risks of PCBs in consumers of fish harvested from the Spokane River ............................................................................................. 5

   C. Introduction to the principles of toxicology .......................................... 7

      1. Basic concepts of the 'Dose-Response Relationship' and its importance to toxicology ... 7

      2. How chemicals like PCBs might cause adverse health effects in individuals and populations ......................................................................................... 10

      3. Basic concepts of 'receptor-ligand' interactions .......................................... 10

      4. Formation of 'reactive intermediates' as a mode of action in toxicology .................... 14

      5. The special circumstance of 'reactive intermediates' that bind to and damage DNA: ... 15

      6. Using chemical-specific dose-response data to determine 'safe' levels of chemicals in the environment ................................................................................... 15

      7. What are PCBs? ..................................................................................... 18

      8. Summary of approach to assessing the relative risk (or virtual safety) of PCBs in fish from the Spokane River ........................................................................ 19

      9. Steps required to make an assessment of risk/safety for a specific exposure scenario . 20

II.  SCIENTIFIC EVALUATION OF THE TOXICOLOGICAL RISKS OF PCBS FOUND IN EDIBLE SPORT FISH IN THE SPOKANE RIVER ....................................................... 22

   A. Exposure assessment for PCBs in edible fish in the Spokane River (see Appendix 2 for supplementary materials) ........................................................................ 22

      1. What are the concentrations of total PCBs and specific PCB congeners of toxicological interest in fish in the Spokane River? ......................................................... 22

      2. What are the best estimates of fish consumption rates for fish harvested from the Spokane River? .................................................................................... 25

   B. Assessment of potential cancer risk from PCBs in fish in the Spokane River (see Appendix 3 for supplementary materials) ................................................................... 29

      1. Introduction to cancer risk assessment ...................................................... 29

      2. Hazard identification ............................................................................ 30

ii

652

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

3. Mode of action for PCB-induced carcinogenesis in rats .................................................. 37
4. Dose-response assessment .................................................................................................. 45
5. Risk characterization: Cancer risk from exposure to PCBs found in fish in the Spokane River system ............................................................................................................................ 48
6. Margins of exposure analysis: MOE for Cancer from PCBs found in edible fish in the Spokane River ..................................................................................................................... 50
7. Comparison of theoretical cancer risks from exposure to other carcinogens present in City of Spokane drinking water ........................................................................................... 55

C. Assessment of potential toxicity to the immune system from PCBs in fish in the Spokane River (see Appendix 4 for supplementary materials) .............................................................. 58
1. Hazard identification ............................................................................................................. 59
2. Mode of action for immunotoxicity ..................................................................................... 60
3. Dose-response assessment .................................................................................................. 60
4. Risk characterization ............................................................................................................ 61
5. Margins of exposure analysis .............................................................................................. 62

D. Assessment of the potential risk for adverse neurodevelopment outcomes from PCBs in fish in the Spokane River based on laboratory animal studies (see Appendix 5 for supplementary materials) ...................................................................................................... 67
1. Introduction to risk assessment for adverse neurodevelopmental outcomes ............... 67
2. Hazard identification ............................................................................................................. 67
3. Mode of action ...................................................................................................................... 67
4. Dose-response assessment .................................................................................................. 68
5. Risk characterization and margins of exposure analysis .................................................. 68

E. Assessment of the potential risk for adverse reproductive outcomes from PCBs in fish in the Spokane River (see Appendix 6 for supplementary materials) ..................................... 69
1. Introduction to risk assessment for reproductive outcomes ........................................... 69
2. Hazard identification ............................................................................................................. 69
3. Mode of action ...................................................................................................................... 69
4. Dose-response assessment .................................................................................................. 70
5. Risk characterization and margins of exposure analysis .................................................. 71

III.   HISTORICAL CONTEXT OF THE TOXICOLOGY OF PCBS AND MONSANTO'S STANDARDS OF PRACTICE .......................................................................................................................... 72
A. Charge 2: Evaluate the state of the science of toxicology for industrial chemicals from the 1930's to the late 1960's, and whether Monsanto's practices were consistent with standard toxicological practices of the time ......................................................................... 72
1. Standards of practice in industrial toxicology, 1930's-1960's ......................................... 72
2. The early days of PCB manufacturing: 1930's-1950's: What Monsanto did in response to concerns about workplace safety and reports of serious toxicity from manufacturing processes where PCBs were used ...................................................................................... 75
B. Charge 3: Specifically evaluate the state of toxicological testing for cancer in that time period (1930's on) and whether there were any statutory, regulatory or industrial standards that would have required Monsanto to conduct animal testing for cancer ....... 81
1. History of the development of animal bioassays for cancer testing ................................ 82
C. Charge 4: Consider whether, if an animal test for cancer had been performed in the 1930's - 60's, it would have demonstrated that PCBs cause cancer in laboratory animals............ 88

IV.   COMMENTS ON PLAINTIFFS' EXPERT REPORT .................................................................. 91
A. Olson ......................................................................................................................................... 91

iii

653

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

1. General comments: ...................................................................................... 91
2. Specific comments: ...................................................................................... 91
B. DeGrandchamp Books 1, 2, and 3, dated Oct. 11, 2019 .................................... 101
   1. Dr. DeGrandchamp's comparative pathology analysis (beginning on Dr. DeGrandchamp Expert Report, Book 1, Oct. 11, 2019, p. 39) of Dr. Bennett's tested mixtures is methodologically flawed and scientifically unreliable ........................................ 101
   2. Dr. DeGrandchamp misrepresents that mitotic bodies and hyaline bodies were markers for early hallmark of tumorgenesis at the time of the Drinker and Bennett studies in the 1930s .......................................................................................... 102
   3. Dr. DeGrandchamp's assertions that bioaccumulation and biomagnification were scientifically defined concepts by 1945 are incorrect and do not reflect the state of scientific knowledge during this time period ........................................ 104
   4. Dr. DeGrandchamp's incorrectly used the term "biomagnification" and made numerous factual mistakes in his interpretation of the studies upon which he relies ................... 107
   5. Dr. DeGrandchamp misrepresents conclusions of the studies he cites ....................... 108
   6. Dr. DeGrandchamp's analysis regarding the historical knowledge of DDT bioaccumulation and biomagnification was scientifically flawed ................................. 110
   7. DeGrandchamp incorrectly states that Monsanto should have known that PCBs might be carcinogenic because of their chemical structure .................................................. 111
   8. Comments on Degrandchamp opinions expressed in 'Book 3' dated Oct. 11, 2019: ... 113

V.    APPENDIX 1 .......................................................................................................... 124
A. CV of Dr. David L. Eaton ...................................................................................... 124
B. Dr. Eaton's prior testimony, 2014-2019 .............................................................. 175

VI.   APPENDIX 2: EXPOSURE ASSESSMENT ............................................................... 177
A. PCB daily intake rate estimates for congeners measured in the Spokane River .............. 177

VII.  APPENDIX 3: CANCER AND MODE OF ACTION FOR PCBS ............................................ 182
A. Mutagenicity of PCB mixtures and specific congeners .................................................... 182
B. Analysis of two-year bioassays conducted on PCBs and specific PCB congeners ............. 191
   1. Evaluation of PCBs for carcinogenic activity in laboratory animal bioassays: ............... 191
   2. Role of PCBs as liver tumor promoters: ......................................................................... 200
   3. Summary of 'Time to Tumor' information in these studies: .......................................... 200
   4. Summary and conclusions of findings across the various studies: ................................. 201
C. Adverse Outcomes Pathway analysis of AhR activation as the mode of action of PCBs in causing liver cancer in rats ....................................................................................... 204
   1. Adverse Outcomes Pathways (AOPs) approach for risk assessment of dietary PCBs ... 204
   2. Activation of the Aryl Hydrocarbon Receptor (AhR) as a primary Adverse Outcomes Pathway (AOP) for the toxicological effects of Dioxin-Like PCBs .................................. 209
   3. Using an AOP/MOA approach to assess the potential CARCINOGENIC risk of PCB exposures via long term consumption of fish containing PCBs .................................... 210
D. Species differences in AhR responsiveness to dioxins and DL-PCBs: ............................... 232
   1. Calculation of a 'species correction factor' to adjust for the large difference in DL-PCB affinity toward AhR between rat and human .................................................................. 234
   2. Determining a rat TEF from in vivo data, vs. in vitro cell based assays ......................... 239

VIII. APPENDIX 4: IMMUNOTOXICOLOGY OF PCBS ........................................................... 240
   1. Introduction to immunotoxicology risk assessment .................................................... 240
   2. Hazard identification .................................................................................................... 246

iv

654

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

3. Mode of action ................................................................................... 247
4. Dose-response assessment ................................................................. 249
5. Risk characterization ......................................................................... 251
6. Margin of exposure analysis .............................................................. 260

IX. APPENDIX 5: NEURODEVELOPMENTAL TOXICOLOGY OF PCBS ................ 282
A. Introduction to risk assessment for adverse neurodevelopmental outcomes ................ 282
B. Literature search approach ......................................................................... 282
C. Hazard identification ............................................................................... 283
1. Overview of neurodevelopmental effects and tests ................................. 283
2. Modes of action for neurodevelopmental effects .................................... 286
D. Dose-response assessment ....................................................................... 287
1. Reliability and consistency of experimental parameters across literature ............ 287
2. Nonhuman primate studies ............................................................... 289
3. Rodent studies .............................................................................. 296
E. Exposure assessment ............................................................................. 304
F. Risk characterization ............................................................................. 307

X. APPENDIX 6: REPRODUCTIVE TOXICOLOGY OF PCBS ................................ 311
A. Introduction to risk assessment for reproductive outcomes ............................. 311
B. Literature search approach ......................................................................... 311
C. Hazard identification ............................................................................... 312
1. Reproductive effects in females ......................................................... 313
2. Reproductive effects in males ............................................................ 314
3. Developmental effects in both sexes combined ....................................... 314
4. Developmental effects in females ....................................................... 314
5. Developmental effects in males .......................................................... 314
D. Mode of action ...................................................................................... 315
1. AhR-dependent MOA ...................................................................... 315
2. Sex hormone effects ....................................................................... 316
3. Oxidative stress ............................................................................. 317
4. Thyroid hormone effects .................................................................. 318
5. Summary of MOA ........................................................................... 319
E. Dose-response assessment ....................................................................... 319
1. Female reproductive effects .............................................................. 320
2. Male reproductive effects ................................................................. 324
3. Male and female (combined) developmental effects ................................. 326
4. Female developmental effects ............................................................ 327
5. Male developmental effects ............................................................... 330
F. Exposure assessment ............................................................................. 332
G. Risk characterization ............................................................................. 332
1. Reproductive effects ....................................................................... 333
2. Developmental effects ..................................................................... 334

XI. REFERENCES ......................................................................................... 338

XII. ATTACHMENTS ...................................................................................... 383
A. Attachment 1. Monsanto studies and bulletins .............................................. 383
1. Attachment 1A. List of PCB-related toxicology studies conducted under contract from Monsanto ............................................................................. 383

v

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

2. Attachment 1B.  List of PCB-related analytical studies conducted under contract from Monsanto.................................................................................................................. 396

3. Attachment 1C.  Reviewed PCB-related product bulletins ............................................ 403

B. Attachment 2.  Treon studies listed in Shubik and Hartwell, 1957.................................... 413

C. Attachment 3.  Animal studies included in evaluation of potential immune effects of PCB 415

D. Attachment 4.  Animal studies included in evaluation of potential neurodevelopmental effects of PCBs................................................................................................................ 481

E. Attachment 5.  Animal studies included in evaluation of potential reproductive effects of PCBs........................................................................................................................... 489

656

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

# Expert Report of David L. Eaton

## *City of Spokane v. Monsanto*

### I.    Introduction

My name is David L. Eaton. I currently hold the title of Professor Emeritus of Environmental and Occupational Health Sciences, School of Public Health, and Dean Emeritus of the Graduate School, University of Washington, Seattle, WA.  I also hold an appointment as Adjunct Professor of Pharmacology and Toxicology at the University of Arizona College of Pharmacy, Tucson, AZ. I received my Ph.D. in Pharmacology and Toxicology from the University of Kansas Medical Center in 1978.  I was recruited soon after to the University of Washington faculty in the School of Public Health, Department of Environmental and Occupational Health Sciences, where I have spent the past 40 years of my career. During those 40 years, I taught classes in toxicology, conducted research on how chemicals cause cancer, served in a number of research administration roles.  I maintained an active research program, receiving over $60 million in federal grant dollars for my research.  I have published 126 original peer-reviewed research articles, and 60 book chapters and education articles, and edited three books, all in the area of toxicology.  Among these book chapters is the Principles of Toxicology chapter in the past 6 editions of *Casarett and Doull's Toxicology: The Basic Science of Poisons*, considered the leading textbook in the world in the field of toxicology. I served as founding Director of the National Institutes of Environmental Health Sciences Core Center of Excellence at the University of Washington for nearly 20 years.  I also served as the Director of the NIEHS Superfund Research Program for 10 years.  In the School of Public Health, I served for 8 years as the Associate Dean for Research before being asked by the UW Provost and President to serve as Associate Vice Provost for Research for the entire University of Washington. I served in that capacity for 8 years, while maintaining my research and teaching activities.  I served for one year as Interim Vice Provost for Research, before being selected as Dean of the UW Graduate School and Vice Provost for Graduate Education for all three UW Campuses.  I served in that role for the 5 years previous to my retirement from the UW in 2019. Professionally, I have held numerous leadership positions in the field of toxicology, including serving as Secretary, then Vice President and President of the Society of Toxicology, the largest international professional organization of toxicologists in the world, with over 8,000 members.  I became Board Certified in Toxicology by the American Board of Toxicology in 1981, and served on the Board of Directors and as Treasurer of the American Board of Toxicology from 1991-94.  I served on the Advisory Council of the National Institute of Environmental Health Sciences (NIEHS) from 2013-17. NIEHS is the branch of the National Institutes of Health that promotes and funds the vast majority of research on the toxic effects of chemicals found in our environment.  I served for 8 years as the Chair of the Research Committee for the Health Effects Institute (HEI), a non-profit public-private partnership organization that funds research on the health effects of automobile-related air pollution.  I have also provided extensive service to the National Academies of Science, Engineering and Medicine (NASEM; formerly called the National Academies of Science, NAS, and the Institute of Medicine, IOM) through service on over a dozen NASEM Report Committees on environmental hazards.  For example, I served on the NAS/NRC Committee to Review the Drinking Water Standard for Arsenic in 2001. In 2004-06 I served as Chair of the NAS Committee on Assessment of the Health Implications of Exposure to Dioxin and Dioxin-Like Compounds, and in 2011-12 I served on the NAS/NRC Committee on the Future of Science at the EPA, and in 2012-14 I served on the NAS/NRC Committee to

1

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Review the EPA IRIS process. More recently, in 2017-18, I served as Chair of the NASEM Review of the Public Health Consequences of e-Cigarettes.  In 2018 I also served as Chair of the NIEHS Scientific Review Panel for the National Toxicology Program (NTP) Study on the 2-year rat Bioassay evaluating the potential cancer-causing effects of cell phone radiation.  Over my career I've been fortunate to have received a number of honors and awards for my contributions to the discipline of toxicology, including:

- Fellow (elected), American Association for the Advancement of Science, 1995

- Fellow, International Union Against Cancer, 1996

- Fellow (Elected), Academy of Toxicological Sciences, 2000

- National Associate, National Academy of Sciences, selected 2004 (lifetime membership)

- Elected Fellow, Washington Academy of Sciences, 2011

- Elected Member, Institute of Medicine (now National Academy of Medicine), National Academies of Science Engineering and Medicine, 2011

- Public Communications Award, Society of Toxicology, 2014

- Excellence in Pharmacology/Toxicology Award, PhRMA Foundation, 2015

Although I retired from the University of Washington in 2019, I remain professionally active.  I currently serve on the Board of Scientific Councilors of the National Toxicology Program, which is a Program within the NIEHS that is congressionally mandated to conduct research on chemicals found in the environmental, with special emphasis on determining which chemicals pose a cancer risk to humans.  The NTP is responsible for evaluating the cancer-causing potential of chemicals and publishes the annual 'Report on Carcinogens.' I am also on the Board of Trustees of the Health and Environmental Sciences Institute (HESI), and international public-private partnership research organization.  I also spend a small amount of my time as a consultant in toxicology.  A copy of my CV is included in Appendix 1.  I am compensated for my work in this matter at $600 per hour.

### A.  Charge

I was retained by lawyers representing Monsanto as a testifying expert witness in the field of toxicology, and was asked to:

1. Determine whether the levels of PCBs in edible fish in the Spokane River System make them unsafe for human consumption.

2. Evaluate the state of the science of toxicology for industrial chemicals from the 1930's to the 1970's, and whether Monsanto's practices were consistent with standard toxicological practices of the time and whether Monsanto's warnings were consistent with toxicological knowledge in the corresponding timeframes.

3. Specifically evaluate the state of toxicological testing for cancer in that time period (1930's on) and whether there were any statutory, regulatory or industrial standards that would have required Monsanto to conduct animal testing for cancer.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

4.  Determine if an animal test for cancer performed in the 1930's - 60's would have demonstrated that PCBs cause cancer in laboratory animals.

5.  Review and comment on plaintiffs' toxicology experts' reports.

### B.  Summary of Major Opinions:

### 1.  The levels of PCBs measured in edible fish in the Spokane River do not make them unsafe for human consumption

A standard way of assessing the safety of potentially toxic substances in food is to conduct a 'Margin of Exposure' analysis.  This requires that one establish a reliable estimate of daily intake (dose, in mg/kg/day) of the substance and compare that exposure to a measured dose in laboratory animals that has no observable adverse effect.  This ratio of non-toxic dose in experimental animals to a human exposed dose is referred to as a "margin of exposure" (MOE).  MOEs estimated using reasonable upper bound estimates of the amout of PCBs that could be consumed in fish from the Spokane River, based on PCB concentrations in fish and fish consumption data from the Spokane River and data for various toxicological endpoints, all exceed a value of 100, and in nearly all instances exceed 1,000. A MOE analysis using PCB concentration and fish consumption data from the Spokane River for various toxicological endpoints all exceed a value of 100, and in nearly all instances exceed 1,000.  This means that, even for people consuming relatively large amounts of fish from the Spokane River, the dose of PCBs they receive is at least 1,000 times less than the dose given to laboratory animals that had no evident toxic effect and therefore is highly unlikely to have any biologically significant adverse effect, demonstrating that the PCB levels found in fish from the Spokane River do not make them unsafe for human consumption.

For cancer and immunotoxic effects, which have been used in the past by EPA to set acceptable daily intake levels for PCBs, MOEs for reasonable upper bound exposures for consumers were more than 100,000 for cancer and more than 27,000 for 8 different immunological endpoints studied in laboratory animals.

Based on MOEs that are well above 100 for all non-cancer end points, it is my opinion that the PCBs found in fish in the Spokane River at the levels measured, do not make them unsafe for human consumption.

The assessment and conclusions presented here are reinforced by the US EPA. Comparison of predicted exposure levels to US EPA reference doses (RfDs) for Aroclors (which are mixtures of different PCB congeners) suggests that no adverse noncancer effects are expected. An RfD is defined as an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure for a chronic duration (up to a lifetime) to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime (US EPA, 2019d). US EPA has set oral RfDs for noncancer endpoints for Aroclor 1016 and Aroclor 1254 of 0.07 and 0.02 $\mu$g/kg-d, respectively. The RfD for Aroclor 1016 is based on reduced birth weights in monkeys and the RfD for Aroclor 1254 is based on immune, dermal and ocular effects in monkeys (US EPA, 1993, 1994).  As explained later in this report, these RfDs are derived by applying safety factors (some of which are inapplicable) and are intended to be hundreds of times lower than the dose of PCBs observed to cause adverse effect in animal studies.  My  assessment estimates a hypothetical extreme and impossible daily dose of total PCBs by Spokane River fish consumers of 0.024 $\mu$g/kg-d if one

3

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

takes the upper 95th percentile intake rate AND the upper 95th percentile PCB uncooked fillet concentration.[1] It is impossible a consumer would be in BOTH the upper 95% for consumption rate AND have ALL of the fish they consume be in the upper 95% of PCB concentration over a lifetime of consumption.  A much more reasonable, but still conservative, upper bound intake rate comparison to the EPA RfD would be to use the mean consumption rate and upper 95% concentration, or the upper 95% consumption rate and mean concentration, which correspond to total PCB intake rates of 0.005 and 0.014 µg/kg-d, respectively, and are well below the outdated but still used EPA RfDs for noncancer risk.  Thus, comparison of estimated upper bound intake rates from consuming Spokane River fish to the EPA RfDs demonstrates that PCBs found in fish in the Spokane River are well below even the older, conservative 'safe dose' estimates of the EPA, and thus are highly unlikely to cause any type of noncancer effects in humans.

As a public health professional, it is important to consider the magnitude of public health benefit gained when an action is taken to 'reduce a potential risk.'  In the circumstances of efforts to reduce PCBs in the Spokane River, if the current levels of PCBs in fish do not represent any significant potential risk to consumers (they do not), then the efforts to reduce this level will have a net public health gain of 0, and at an unnecessary expense. Indeed, given the potential to discourage consumption of a healthy food source (fish), it is very possible that this project would result in a net **negative** public health benefit to the citizens of Spokane and surrounding communities.

2.  **Monsanto's use of toxicological expertise and studies in the 1930's-60s was consistent with industry standards and practices of the time**

Monsanto relied upon the top public health experts of the time to establish safe exposure levels in the workplace in the 1930's-60's, and commissioned hundreds of standard toxicology tests used to evaluate toxicity of industrial chemicals that were not intended for use as pharmaceuticals, food additives or pesticides used on food crops.

3.  **Consistent with the industrial toxicology practices of the time, Monsanto had no reason to conduct cancer studies in laboratory animals in the 1930's-60's because:**

   a)  PCBs were never intended for use as pharmaceuticals, food additives, or as pesticides used on food crops;

   b)  There was never any evidence that occupational exposures to PCBs caused cancer in workers exposed to high levels;

   c)  There was nothing about the chemical structure of PCBs that would have suggested it might be carcinogenic, based on chemical knowledge at the time;

   d)  None of the early studies on the toxicology of PCBs, including Dr. Drinker's studies, provided any compelling evidence that would suggest PCBs might be carcinogenic, and none of the experts Monsanto relied upon ever suggested that PCBs should be tested for carcinogenic activity.

---

[1] The combined 95th percentile for both fish consumption rate AND 95th percentile for fish tissue concentration is a hypothetical/impossible scenario for a consumer because it corresponds to (1) a lifetime of consuming fish at extremely high intake rates, (2) a lifetime of daily consumption of <u>only</u> fish with the highest PCB levels, and (3) concentrations associated with raw fish tissues (because no correction factor was included to account for loss of about 30% of PCBs that occurs with cooking fish).

4

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

There were no statutory or regulatory requirements for testing industrial chemicals for cancer during the time that PCBs were manufactured by Monsanto.  Furthermore, there was no evidence from early toxicology studies with PCBs that would have led a reasonable scientist of the time to suspect that PCBs would cause cancer.  Indeed, none of the toxicology experts relied upon by Monsanto, or other scientists who conducted toxicity testing on PCBs, ever recommended to Monsanto that they conduct a cancer test in laboratory animals.

4.  **Based on my review of Monsanto's product warnings, and the state of knowledge of PCBs toxicology at the time, it is my opinion that the product labels and warnings were adequate, and consistent with the knowledge at the time**

PCBs being manufactured in the 30's, 40's and 50's were industrial chemicals primarily used in 'closed' systems, but were used in other applications as well.  The recognized hazards at the time related to inhalation exposure to vapors during manufacturing, and possible skin contact in certain occupations that used Aroclors in transformers, capacitors, hydraulic fluids, etc.  Based on toxicological information available at the time, instructions to 'use adequate ventilation', avoid skin and eye contact, and similar product warnings were appropriate (e.g., Monsanto Chemical Company, 1943, 1947a, b, 1954, 1955, 1957, 1958, 1960, 1968a, b, 1969; 1970; Attachment 1C).

5.  **It is highly unlikely that a cancer study done in laboratory animals in the 1930's-60's would have found an excess of cancers from PCBs**

The development of standardized carcinogen testing protocols was not completed until the National Cancer Institute established such protocols in the 1960's and published them for the first time in 1976 (National Cancer Institute, 1976).  An evaluation of all known 'studies' in experimental animals identified in the Hartwell Compendium in 1941 demonstrates that there was no consistent approach to carcinogenesis studies and that studies being undertaken during this period of time used primitive methods compared to cancer studies conducted in the 1970's and later.  Furthermore, of the 27 PCB cancer bioassays completed on rats and mice from 1971-1998, only 7 had a statistically significant increase in cancers.  Of those 7, the only consistently positive outcome was for a single Aroclor among all those commercially available. Had Monsanto conducted such a test using techniques available at the time, it is likely that they would have chosen inhalation or dermal application as the route of exposure, as those routes of exposure were the only significant human pathways of exposure known or expected to occur.  It is extraordinarily unlikely that either route of exposure would have resulted in malignant tumors (cancers), as the dose delivered to the liver, the primary site of tumors seen in rats using the oral route of administration, would have been well below that needed to induce malignant tumors in the liver.  Further, it is highly unlikely that they would have chosen lifetime studies (2 years in rodents), as these were seldom done for industrial chemicals.  Finally, it is highly unlikely that they would have used a sufficient number of animals to see a significant increase in malignant tumors.  Any one of these factors makes it unlikely that a cancer test done prior to the 1960's would have been 'positive.'

6.  **Plaintiffs' experts in toxicology failed to use current methodologies and approaches to address potential health risks of PCBs in consumers of fish harvested from the Spokane River**

Plaintiffs' experts DeGrandchamp and Olson failed to address the two key aspects of toxicology -- dose and dose-response for various toxicological outcomes -- and failed to use any accepted methodologies to

5

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

synthesize the data necessary to reach reliable conclusions.  Without these key steps, a toxicologist cannot demonstrate causal associations between adverse health effects seen in animal experiments administered high doses with the fleetingly small doses of PCBs that occur from consumption of fish from the Spokane River.  Their reports focused solely on 'hazard.'  In toxicology, hazard is a specific term of art used to denote possible health endpoints absent of dose. There is no effort to address risk (the probability that the hazard becomes 'real' under a given set of circumstances, the most important of which is **human dose**).  In the context of public health decision-making, <u>hazard by itself is meaningless, and provides little useful information on which to make important public health decisions</u>.  Thus, their reports are misleading and provide no useful context from which to assess the actual level of human health risks, if any, of PCBs found in fish in the Spokane River.

Conclusions offered by plaintiffs' experts that Monsanto should have conducted cancer studies in the 1930s-1960s are not based on sound scientific principles or a correct interpretation of the state of the science at that time in history.  Plaintiffs' experts' conclusions that, had Monsanto conducted a cancer bioassay prior to the late 1960s, it would have demonstrated PCBs to be carcinogenic is also not consistent with extensive evidence that strongly suggests that it is highly likely that such a study performed at that time would not have found statistically significant increase in cancers.

To the extent additional information becomes available, I may modify or add to the above opinions.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

### C.  Introduction to the principles of toxicology

The role of a toxicologist in the courtroom is to help the judge and jury understand the fundamental concepts of toxicology as they apply to both the 'potential to cause harm' (hazard), and the 'probability that harm has and/or will occur' (risk), following alleged exposure to a hazardous substance.  Although the ultimate goal in most toxic tort litigation is to elucidate the likelihood that exposure to a substance is capable of both causing and, in a particular case, did cause a disease or other adverse outcome in a particular individual, the science of toxicology is also used extensively in the regulatory arena, such as in the setting of emissions standards to protect air and water resources and the public health (EPA jurisdiction), to determine allowable concentrations of potentially toxic substances in foods (FDA jurisdiction), evaluate the safety and conditions for marketing of drugs (FDA jurisdiction) and the protection of consumers from potentially harmful substances introduced into the marketplace (CPSC)

But regardless of the specific tort claim surrounding exposure (individual or population) to a potentially toxic substance or mixture of substances, the fundamental principles of toxicology remain the same.  I have written extensively on this topic, including providing 'Principles of Toxicology' chapters for the major textbooks in the field (Aleksunes and Eaton, 2019; Eaton, 2015; Eaton, 2018; Eaton *et al.*, 1998; Eaton and Gallagher, 1997, 2010; Eaton and Gilbert, 2008, 2013; Eaton and Hill, 1996; Eaton and Klaassen, 2001, 2003; Eaton and Robertson, 1994; Eaton and Schaupp, 2015; Eaton *et al.*, 2018; Gilbert and Eaton, 2009).  In addition to writing for students and professionals new to the field, I've written two articles about the proper use of toxicology in the courtroom (Eaton, 2003; Eaton and Kalman, 1994), including one specifically for judges and lawyers (Eaton, 2003) at the request of American Association for the Advancement of Science and the Brooklyn Law School.

### 1.  Basic concepts of the 'Dose-Response Relationship' and its importance to toxicology

A long-held paradigm in toxicology was first presented in the mid-17[th] century by the physician/scientist/philosopher, Paracelsus, who stated *"All substances are poisons; there is none which is not. The dose differentiates a poison from a remedy*."  Although gains in scientific understanding of how chemicals foreign to the body (xenobiotics) -including those both natural and man-made- are handled by the body has increased dramatically in the past 50+ years, this fundamental point has not changed.  Indeed, much of regulatory toxicology is focused on identifying the highest dose which will have no adverse effect, often called the "No Observable Adverse Effect Level (NOAEL)" in experimental animal studies.  In more recent years, the EPA and other regulatory agencies now use the terms 'point of departure' or 'benchmark dose' to calculate a 'Reference Dose' (sometimes referred to as a 'virtually safe dose', in humans), but these terms all represent conceptually the same idea – a representation of the highest dose that can be given repeatedly to experimental animals with no evidence of an adverse or toxic response.  The term 'dose' refers to the amount of a substance potentially entering the body.  But even this term is nuanced; depending on the nature of the exposure, the 'exposed dose' and the 'biologically relevant dose' may be the same, or drastically different.  The 'route' of exposure can make a big difference in the likelihood of adverse outcome following an exposure to a toxic substance. There are 3 common routes of exposure: oral (usually ingestion); inhalation (breathing in vapors or air-borne particles) and dermal (direct contact with the skin).  The fraction of the 'exposed dose' that is actually absorbed into the body is referred to as the 'bioavailable' dose, and this is what is most relevant toxicologically.

7

663

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

For substances that enter the body through oral ingestion, such as dietary contaminants like PCBs, the extent of absorption (bioavailability) is dependent on numerous factors, including stability of the substance in the presence of stomach acids and enzymes, fat solubility, and binding to other substances in the gastrointestinal (GI) track. PCBs are highly lipid soluble, and this favors absorption across the membranes in the intestinal track. Thus, it is generally assumed that the majority of the exposed dose (the amount of PCBs present in the diet) is absorbed into the body. An important point to recognize is that nearly all of the dose that is absorbed from the GI track goes directly to the liver before being distributed to the rest of the body. This is important because the liver is capable of either activating (making more toxic) or detoxifying and eliminating most toxic substances. Indeed, the liver can be viewed as a sort of 'in-line' metabolic filter, designed to prevent unwanted substances from entering the main bloodstream and being delivered to the rest of the body. But in many circumstances the liver is actually the site of toxicity (so-called 'target organ') because it receives a much higher dose, and has metabolic machinery that can, in the process of trying to eliminate it, make a substance more toxic rather than less. In experimental animals, the liver is the primary target organ for toxicity of PCBs when exposure is oral. In humans, exposure of the skin to high levels of some PCB mixtures can cause direct effects on the skin, as was occasionally seen in the workplace environment where PCBs were used extensively.

A second important aspect of 'dose' is the frequency and duration of exposure. Typically, public health scientists are not generally concerned with single, low dose exposures to a potentially toxic substance. Rather, it is repeated, frequent exposures over long periods of time (usually measured in years) to seemingly small amounts of chemical that often create the regulatory dilemma as to 'how much is safe' and 'how safe is 'safe enough'.' For substances that are quickly eliminated from the body, such as many medications like aspirin or acetaminophen (Tylenol), repeated exposures generally do not result in long-term accumulation in the body, because these substances have short biological half-lives (the time it takes to eliminate 50% of the substance from the body), typically measured in hours. In contrast, some substances, including most PCBs, have very long half-lives, usually measured in years. For such persistent organic chemicals, it is long-term (chronic) health effects, such as cancer, heart disease or organ system toxicity, that is often the focus of regulatory concern.

8

664

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE



A. The "individual", or continuous, dose-response curve

B. Population-based frequency distribution and response curve

**Figure 1. Dose-response relationships**

Toxicologists recognize two fundamentally different types of 'dose-response relationship'. The first is the individual response – e.g., in an individual, the response seen will vary with the dose, such there will be small doses with no effect, larger doses that have some effect such as nausea or vomiting, and at higher doses still perhaps more serious, even life-threatening effects such as heart attack, coma and death. The individual, or 'graded' dose response curve is shown in Figure 1A (Eaton and Klaassen, 2003). For certain substances, such as essential trace metals and vitamins, having too small of dose can actually be toxic (e.g., a vitamin deficiency), illustrated by the ascending line on the left hand of Figure 1A. It is evident from Figure 1A that there are doses below which the toxic substance has no evident toxic effect, the so-called 'threshold of safety' in Figure 1A. However, individuals within a population will have some variability in their susceptibility to a toxic substance, such that the 'threshold dose' will actually be a distribution of doses in a population.

Thus, there is a second type of 'dose-response relationship' that is most frequently used in the regulatory arena, which is based on the frequency distribution of individual 'threshold' doses (i.e., at any given dose, each individual in the population either has a response, or does not have a response- referred to as a 'quantal' response). This is illustrated in Figure 1B, where the upper panel shows the frequency distribution of doses that cause a response in individuals in a population. When this distribution is plotted as a cumulative, quantal response, one obtains a 'population dose-response curve' (Figure 1B, lower panel). How scientists use this type of dose-response information to assess risks to the public health will be discussed later, after a brief introduction to how chemicals in the environment and diet can cause toxic effects in individuals and populations.

9

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

2. **How chemicals like PCBs might cause adverse health effects in individuals and populations**

There is a myriad of ways that chemicals- whether they are drugs, naturally occurring substances in the diet or synthetic chemicals found in the environment, can cause unwanted effects.  Among the many potential 'modes of action', there are two broad categories that are highly relevant to PCBs: one is through activation of receptors, and the other is through metabolism in the body to so-called 'reactive intermediates' that can cause 'oxidative stress' and/or bind to DNA and cause genetic damage.



3. **Basic concepts of 'receptor-ligand' interactions**

Because much of the toxicity attributed to PCBs acts via a very specific mechanism, it is important to have a basic understanding of what pharmacologists and toxicologists refer to as 'receptor-ligand interactions.'  Indeed, nearly all chemicals that can have a beneficial effect on the human body (the purview of the discipline of pharmacology-the study of how chemicals used as drugs/pharmaceuticals act in the body) and many chemicals that have only unwanted, adverse effects (the discipline of toxicology) require a detailed understanding of this process.

**Figure 2.  Conceptual model of ligand receptor interactions**

A very large percentage of the 23,000+ genes in the human genome have the 'blueprint' for making proteins that have very important, and very specific effects.  These proteins, called 'receptors' work through highly complex and integrated network of chemical and electrical signals.  Receptors can be visualized as a lock that can remain in the 'off' position, until another molecule, either endogenous (produced in the body) or exogenous (environmental or dietary), interacts in a very specific way with the receptor (Figure 2).  These molecules, referred to as 'ligands', bind in highly specific ways.  There are two possible outcomes when a ligand interacts with its specific (sometimes called 'cognate') receptor – it can either turn the receptor to the 'on' position, or it can bind to and block the receptor without turning it on.  If a ligand acts via the first process – switching the receptor to the 'on' position, the ligand is referred to as an 'activating ligand', or more properly as an 'agonist.'  For ligands that bind to their cognate receptor, but don't activate it, they are referred to as 'antagonists', because they bind to - but don't activate - the receptor AND they prevent the endogenous ligand from binding to and activating that receptor.

A good example of the importance of this type of interaction is when the endogenous molecule, histamine, is released from certain cells in the body in response to another environmental signal, such as pollen.  When the histamine is released, it binds very specifically to a family of receptors called, appropriately, histamine receptors, of which there are several (H1, H2, H3, etc.). Drugs called 'antihistamines' are antagonist ligands to H1, H2 and/or H3 receptors, blocking the histamine from binding to the receptor.  Antihistamines represent a very useful class of molecules in the treatment of all kinds of allergies, and indeed can be lifesaving.

10

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Hormones, such as estrogen, testosterone, glucocorticoids, and thyroid hormone, are another example of activating ligands to specific receptors.  Estrogen binds to the estrogen receptor (actually several slightly different types), testosterone binds to the testosterone receptor, and thyroid hormone binds to the thyroid hormone receptor.  Exogenous chemicals can sometimes interact with these receptors.  For example, the molecule diethylstilbestrol, or DES, is very potent agonist of the estrogen receptor, disrupting normal estrogen signaling.  Women who took DES during pregnancy sometimes ended up with serious problems with their pregnancies, and their daughters who were exposed in the uterus have a higher rate of certain types of rare cancers.



Figure 3.  Hormone-receptor interaction leads to changes in gene expression and protein synthesis

Another example of 'environmental estrogen' exposure occurs from a wide range of plant-derived chemicals called 'phytoestrogens' (Shanle and Xu, 2011). Some of these chemicals, such as genestein, are potent estrogen agonists (act like estrogen) and occur at relatively high concentrations in soy and certain other plants.  Other environmental pollutants, such as breakdown products of the pesticides, DDT and methoxyclor, also act via mimicking estrogen (i.e. they are estrogen receptor agonists).  When an activating ligand (agonist) like estrogen or testosterone binds to its specific receptor, it triggers a series of actions, called 'downstream events', that can sometimes lead to significant changes in normal biology (Figure 3).

In a similar manner, some chemicals can act as blocking ligands (antagonists).  For example, the drug, tamoxifen, which is widely used in the treatment of estrogen-responsive breast cancer, is useful in treating breast cancer because it blocks the interaction of estrogen with the estrogen receptor, which is required for the growth of breast cancer cells.  Chemicals that produce biological effects by interfering with hormone signaling pathways are frequently called 'endocrine disrupting chemicals' (EDCs), or simply 'endocrine disruptors.'

Both agonist and antagonist ligands can interfere with normal endocrine signaling. When the lock is opened (i.e., the agonist binds to and activates the receptor) a series of downstream events is initiated.  These events usually involve changes in the way that other genes in a cell are turned on or off, a process called 'transcriptional regulation', because the information in the gene is transcribed into messenger RNA, which in turn is used to make a functional protein (referred to as 'translation') (Figure 3).

EDCs have two possible ways of interfering with normal endocrine signaling – one is referred to as a 'direct' effect, in which the molecule interacts directly with the endocrine receptor, either as an agonist, or an antagonist.  But some chemicals, including some PCBs, can also modify endocrine pathways in an 'indirect' way.  Generally, indirect EDCs act via changing the way hormones in the body are broken down (metabolized).  These two broad mechanisms of action are illustrated in Figure 4.  It is in this second way that PCBs have been classified as 'endocrine disruptors.'  Exposure of animals to high doses of PCBs can lead to an

11

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

increase in the expression (i.e., turns on the genes, referred to as 'enzyme induction') of several enzymes in the body that are responsible for breaking down estrogen and other hormones.



**Figure 4.  Direct and indirect mechanisms of endocrine disruption by exogenous chemicals (Shanle and Xu, 2011)**

The evidence that PCBs can interact directly with hormone receptors is limited. However, some PCB molecules interact with other receptors in the body, which can dramatically change the way that certain hormones are metabolized. Of the 209 possible 'congeners' of PCBs, a small subset of 12 have been designated as 'dioxin-like' because they have the ability to interact with a very specific receptor called the 'Aryl hydrocarbon Receptor', or AhR (sometimes called the 'dioxin receptor').  Understanding how dioxin-like PCBs (DL-PCBs) bind to and activate the AhR is critical to the safety evaluation of PCBs, because much of the toxic effects of PCBS seen in laboratory animal studies are due to this very specific interaction.  Note that "dioxin-like" does not imply that DL-PCBs contain any actual dioxin.  Appendix 3 provides a detailed discussion of the AhR and its importance to understanding the toxicology of PCBs and the human health implications from environmental exposures to PCBs.  Although the interaction of DL-PCBs with the AhR explains much of the observed toxicity of PCB mixtures in laboratory animals, there are also toxic effects mediated by non-DL-PCBs.  However, much of the toxicity of these non-DL-PCBs, such as PCB153 (one of the most prevalent PCB congeners found in the environment), is still mediated by interactions with other receptors, such as the 'Constitutive Androstane Receptor' (CAR) and the 'Pregnane X-Receptor' (PXR).  Some of the most prevalent non-DL-PCBs found in the environment, such as PCB138, 153 and 180, are all effective agonists (activate) of either rat PXR and/or CAR (Gahrs *et al.*, 2013), and this is likely to be a major 'mode of action' for non-DL-PCBs to act as cancer promoters in rats.  However, as with the AhR, there appears to be important species differences between humans and rats for PCB-mediated activation of PXR and CAR.  Tabb *et al.* (2004) demonstrated that human CAR and PXR respond completely differently than the rat CAR and PXR to PCBs 138, 153 and 180—the human CAR and PXR receptors are either not activated, or are inhibited, by these non-DL-PCBs (Tabb *et al.*, 2004).  An international panel of experts convened to evaluate the relevance of rat liver tumors that occur following CAR activation concluded that this 'mode of action' of liver tumor formation in rats is not relevant to humans (Elcombe *et al.*, 2014). These studies, and their implications to extrapolating laboratory animal data to humans, are discussed in more detail in Appendix 3.

Another very important basic principal of receptor-ligand interactions needs to be discussed that brings us back to the concept of dose-response discussed above.  In any given cell that expresses particular receptors, there are literally billions of receptor molecules, existing in either an 'on' (agonist is bound to the receptor) or

12

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

'off' (no agonist is bound to the receptor, or it is occupied by an antagonist ligand) position. The magnitude of the biological response that occurs following ligand activation of a particular receptor type (e.g., estrogen receptor, AhR, CAR, etc.) is a function of the percent of total receptors occupied at the same time. In other words, there is a dose-response relationship between ligand concentration and the number of receptors that

**Figure 5. Dose-response relationship for activation of the estrogen receptor by different activating ligands (from: CosmoBio, 2015)**



are occupied. Typically, dose-response relationships for receptor-mediated responses are very steep, meaning that, at the low dose end of the curve, there is no measurable biological response in an individual until the dose becomes high enough to occupy a significant percentage of all of the receptors in a particular cell. Once the concentration (which is a function of dose) of chemical in the tissue reaches a level adequate to occupy a significant percentage of receptors, further increases in dose/concentration cause dramatic increases in the magnitude of response. In other words, the dose-response curve is very steep, and shows clear 'thresholds' at the lower end of the dose range, for estrogen activation of the estrogen receptor by estrogen and other estrogen receptor agonists (Figure 5). A threshold simply means that the concentration of agonist in the target tissue is too low to cause a biologically meaningful response. The importance of the shape of the dose-response curve for PCBs will be discussed in detail in a later section.

Another important concept in understanding the toxicology of molecules like PCBs is that of 'potency.' While multiple different chemicals might have the ability to interact with the same receptor, they may differ drastically in how much of the chemical it takes to cause a biologically relevant activation of the receptor. This is one of the most important concepts in the pharmacology of drugs that are designed to interact with specific receptors, since the effective dose is dependent upon both the amount of chemical administered (the dose) AND how potent it is in interacting with the receptor. For example, there are multiple different steroid drugs that are widely used to treat inflammation and a variety of other human conditions by altering a receptor known as the 'glucocorticoid receptor.' These are frequently referred to as 'steroids' in the lay literature, but there are actually very specific forms of steroid molecules that interact specifically with one type of the glucocorticoid receptor. Drugs like prednisone, dexamethasone, and hydrocortisone all interact with and activate glucocorticoid receptor(s), but the 'equally effective doses' for each of these are:

13

669

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Hydrocortisone, 20 mg; Dexamethasone, 0.75 mg; Prednisone, 5 mg. Thus, even though they act the same way (activate the corticosteroid receptor), it takes about 27 times more hydrocortisone than dexamethasone to cause the same effect (dexamethasone is 27 times more potent than hydrocortisone). So, too, different forms of the same class of environmental chemical can have vastly different potency in causing an effect through a receptor.

The difference in potency is well documented for the DL-PCBs, where one specific PCB, PCB126, is highly potent in activating the rat AhR, yet PCB118 is a very weak activator, taking almost 10,000 times more PCB118 molecules to activate the same number of rat AhR receptors as one molecule of PCB126. Obviously, adjusting for the different potency of different forms of PCBs toward the AhR is necessary when looking at environmental mixtures. Following the lead of toxicologists who recognized this important difference in PCB molecules in the 1980s, the World Health Organization in 1998 established 'Toxic Equivalency Factors' (TEFs) to allow for adjustment for potency in mixtures of DL-PCBs.

There are also large species differences between how the AhR interacts with dioxin-like molecules, so if the concern is over potential adverse effects of humans, it is essential to adjust for species differences in the potency of different dioxin-like molecules to interact with the human AhR. As noted above, there are also well known species differences in CAR and PXR receptors (Tabb *et al.*, 2004) which must be taken into account when using responses seen in laboratory animals to predict effects in humans. These points are discussed below and in detail in Appendix 3.

### 4. Formation of 'reactive intermediates' as a mode of action in toxicology

Another way that chemicals, both endogenous and exogenous, can cause toxic effects in the body occurs through a process called biotransformation. Evolution has generated a remarkable process by which living organisms can adapt to potentially toxic substances in their environment. The DNA in every human (called the human genome) codes for the production of several thousand different proteins, collectively referred to as 'biotransformation enzymes' (often called 'drug metabolizing enzymes', although they metabolize many chemicals in addition to drugs). Although one of the primary purposes of biotransformation is to rid the body of chemicals foreign to the body, in so doing the body can actually make the chemical *more* toxic, not less. Such products of biotransformation are referred to as 'reactive intermediates' because they are usually very short-lived in the body, precisely because they are reactive, and tend to bind to proteins and sometimes DNA, in the cell where they were generated. Sometimes the 'reactive intermediate' molecules actually generate more reactive molecules in the body, causing a multiplying cascade of more reactive intermediates. Usually these reactive intermediates involve the generation of forms of oxygen that themselves are highly reactive, a process referred to as 'oxidative stress'. The body is well equipped with protective pathways to deal with these reactive forms of oxygen, since even normal metabolism of sugars (glucose) in the body generates them. However, at high doses of a foreign substance that generates oxidative stress, these protective pathways can be overwhelmed, and the ensuing oxidative stress can result in serious toxic responses, including organ failure and death. Perhaps the best example of this is with the widely used over-the-counter-medication, acetaminophen (Tylenol). At normal therapeutic doses of acetaminophen (e.g., less than 10 grams per day), a small fraction of the dose is metabolized to a reactive intermediate, but it is quickly sequestered and made non-toxic by the liver. However, if the maximum recommended daily dose is exceeded, these protective mechanisms are overwhelmed, and serious toxicity to the liver can occur.

14

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Indeed, acetaminophen overdose is a leading cause of liver failure in the United States, yet millions of people take this compound safely every day because the dose is below the 'threshold' for liver damage. As with receptor-mediated responses, generation of reactive intermediates from foreign molecules generally follows a steep dose-response curve, with clear evidence of thresholds at the lower doses. There is extensive evidence in experimental animals that high doses of PCBs can induce oxidative stress (see Appendix 3: Cancer and mode of action for PCBs), and this likely contributes to most if not all of the liver toxicity seen in studies in both animals and humans exposed occupationally to high doses of PCBs.

5. **The special circumstance of 'reactive intermediates' that bind to and damage DNA:**

Some biologically reactive intermediates formed in the process of metabolizing the chemical to non-toxic forms can bind to and damage DNA. These so-called 'genotoxic' chemicals are often treated differently in the arena of regulatory toxicology, because early studies conducted with ionizing radiation (itself a form of exposure to a highly reactive form of energy), led to a theory that the risk of damage to DNA was directly proportional to the amount of exposure even at very low doses. These studies led to the development of the so-called linear, non-threshold (LNT) dose-response relationship for cancer. This theory, now largely debunked, served as the basis for regulation of a large number of chemicals found to cause cancer in laboratory animals through a 'genotoxic' mode of action. The US EPA's evaluation of the carcinogenic actions of PCBs completed in 1996 presumed that the mode of action for causing liver tumors in rats might be related to genotoxic effects of PCBs, and thus used the 'linear, non-threshold' approach to regulate them. Although there is now overwhelming scientific evidence that demonstrates that this assumption for PCBs is incorrect (reviewed in detail later), it continues to serve as the basis for most regulatory actions related to PCBs in the environment, including the establishment of clean-up goals for the Spokane River.

6. **Using chemical-specific dose-response data to determine 'safe' levels of chemicals in the environment**

The field of *chemical risk assessment* is a derivative of the science of toxicology and relies upon the scientific understanding of exposure (how, and how much), hazard (the type of adverse effect(s) that might occur, and potency (how much it takes to cause the hazard to become real). The standard approach used for decades follows a paradigm that was validated for regulatory purposes through a consensus report from the National Academy of Sciences in 1983 (National Research Council, 1983). The basic approach for assessing the risk of chemical hazards has not fundamentally changed since this report, although numerous improvements in incorporating new science into each step along the way have been made. The general paradigm is captured simply in the following equation:

$$Risk = exposure \times hazard$$

Where 'Risk' is a probability estimate of the likelihood that an adverse outcome will occur in a population of people exposed to a substance with known/suspected hazard. 'Exposure' is a quantitative measure of dose, usually expressed in units of milligrams [mg] of substance per kilogram (kg) of body weight per day, and for chronic effects such as cancer generally assumes a lifetime of exposure. 'Hazard' reflects the nature of the adverse outcome (e.g., cancer, birth defects, mortality, liver disease) AND some measure of potency – how much of the chemical (dose) is required to cause the hazard to become real. But this equation over-simplifies the process, which is illustrated more completely in Figure 6 from the 1983 NAS 'Red Book':

15

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure 6. Elements of Risk Assessment and Risk Management (from: National Research Council, 1983)**

Looking within the risk assessment process (center box), it is evident that there are three components to risk – hazard e.g., does the chemical cause the effect in question?, Dose-response assessment, which is determining the dose, usually in mg/kg-day (d), that is capable of causing the adverse outcome in a population (of humans, or of experimental animals) and the all-important third step, which is to estimate actual human exposures, in the same dose units (md/kg-d), under a defined set of conditions. Once all three of these steps have been completed, it is then necessary to pull it all together in the form a 'risk characterization', which basically uses the dose-response data to project an incidence (which, for cancer risk for genotoxic carcinogens, is often expressed as number of theoretical cases of cancer per million population, e.g., 5 x10$^{-6}$ would mean that an exposure to substance x at a daily dose of y md/kg-d, every day of their lives for 70 years, would result in no more than 5 additional cancer cases per million people exposed according to the exposure scenario). To put that risk in perspective, the American Cancer Society estimates that the lifetime risk of getting some form of invasive cancer is 39.66% for men, and 37.65% for women, and the lifetime chances of dying from some form of cancer is 22.03% for men, and 18.76% for women (American Cancer Society, 2018). Thus, for example, a 5 in a million (5 x10$^{-6}$) increased lifetime risk of getting cancer would mean the risk for men would go from 39.66% to 39.6605%, and for women, it would go from 37.65% to 37.6505%.

For nearly all other adverse outcomes (e.g., for all effects except for cancer risk following exposure to DNA-damaging chemicals), the goal is to identify a point on the 'dose-response curve' below which no adverse response would be expected. This is the so-called 'threshold' dose- e.g., a daily dose below which no adverse response would be expected, even in a large population exposed daily to that dose for a lifetime. Once reliable estimates of both human 'dose' and the animal 'threshold' dose (usually called 'Benchmark Dose') are established, Margins of Exposure can be calculated to determine if a particular human exposure scenario

16

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

is likely to result in a dose that is toxic.  Of course, many assumptions go into this process that need to be discussed, and where possible, validated.  That is part of the process of risk characterization.

In the risk assessment paradigm discussed in the 1983 NAS Red Book (National Research Council, 1983), it is the shape of the population dose-response relationship that is analyzed, with an attempt to identify the lowest dose that is without affect, or 'point of departure', in a population (animal or human)– the threshold dose.  This is typically done for animal toxicology studies where groups of rats or mice are given different doses, usually over a period of 90 days, although studies for cancer are usually done for the lifetime of the animals (2 years).  If the substance in question causes more than one type of adverse effect, scientists establish a 'point of departure' or benchmark dose for <u>each</u> type of adverse outcome that was observed. Once dose-response analysis has been completed and apparent threshold doses (Point of Departure, Benchmark Dose, NOAEL) have been established, the next step is to conduct an exposure analysis to determine what the human dose might be, under a defined set of conditions.  So, for chemicals such as PCBs found in trace levels in the diet, the exposure analysis would require knowledge of 1) what the concentration of the chemical of interest is in the food item(s) consumed (usually expressed as micrograms (ug) of chemical per kg of food item, which is equivalent to 'parts per billion', or ppb), and 2) a reasonable estimate of the quantity of the food item(s) consumed on an average daily basis (usually expressed as g/day).  This then allows one to calculate a daily dose, expressed in 'mg of chemical per kg of body weight per day, mg/kg-d, the same units that are used to express the estimate of the threshold dose (Benchmark Dose, NOAEL, Point of Departure) identified in animals.  This step usually includes some adjustments to correct for species differences in dose units.  For example, it is generally recognized that dose-response relationships 'scale' better when going from small animals like rats and mice, to large animals like humans, if dose is expressed in units of mg of chemical per square meter of body surface area ($mg/m^3$ BSA), than mg/kg body weight.  There are relatively simple ways to make this adjustment for cross-species comparisons, called 'scaling factors.'

Once both an estimate of human exposure and a threshold dose ('Point of Departure' or 'Benchmark Dose') from the animal studies (for each end point) are obtained, the standard approach is to simply calculate the ratio of the human exposed dose to the rat threshold dose.  This ratio is called a Margin of Exposure (MOE), and simply represents how close, or how far away, the human dose is to the highest dose in animals that didn't cause evident toxicity.  If the ratio is 1, that means that, under the conditions of exposure defined in the human exposure assessment, humans would be receiving a dose that was very close to the threshold dose, so there would be some likelihood that some fraction of humans in an exposed population might well have an adverse response. The <u>larger the MOE, the less unlikely</u> it becomes that someone in a human population exposed according to the exposure scenario used to estimate dose would have an adverse response.  Because there is usually some uncertainty about whether humans and rodents have similar susceptibility to the toxic substance in question, risk assessors have traditionally used 'safety factors', or 'uncertainty factors', to allow for the possibility that humans might be more susceptible than laboratory animals (even after adjusting for body weight to body surface area differences – i.e., after use of scaling factors). Typically, a factor of 10 is used for cross-species extrapolation from rodents to humans.  However, if there are experimental data that can demonstrate that humans are more, or less, susceptible than the experimental animals, those data should be used, rather than the 'default' factor of 10 species adjustment. Because not all humans will have the same susceptibility, another 'uncertainty factor' of 10 is often used to adjust for 'interindividual differences' in the human population, since the goal is to protect even the most

17

673

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

sensitive individuals in a population. Additional 'uncertainty factors' may be added on, depending on the amount and quality of the data available, and the level of understanding of 'mode of action' for the toxic response. Thus, MOEs that are less than 100 are generally not considered to be protective of public health, whereas MOEs greater than 100 (or possibly more, depending of the nature of the data and the 'risk characterization') are generally viewed as having '*deminimus*', or acceptable, risk', which is essentially equivalent to the lay term, 'safe' (Eaton and Gilbert, 2013; Faustman and Omenn, 2013).

In recent years great advances have been made in developing more scientifically robust 'Points of Departure' (or Benchmark Doses) based on mode of action/mechanistic data, using a process called 'Adverse Outcomes Pathway Analysis' (AOP). This is especially useful for chemicals for which the mechanism(s) of action (exactly how the chemical causes its adverse effect) are well understood. Because of the enormously rich body of knowledge on the molecular toxicology of PCBs, they are ideal candidates for an AOP approach. A review of the Adverse Outcomes Pathway approach to chemical risk assessment is provided in Appendix 3.

This approach, endorsed and encouraged by scientists from the EPA (Kleinstreuer *et al.*, 2016), has been used in this expert report. Appendix 3 provides a detailed assessment of the AOP approach as it pertains specifically to estimating Points of Departure (POD; Benchmark Dose) for toxicological outcomes from PCBs that are driven by one specific mode of action, activation of the 'Aryl hydrocarbon Receptor' (AhR). More traditional MOE analyses have also been conducted for several toxicological end-points for which the available evidence suggests that the mode-of-action is not solely via activation of the AhR.

Using an AOP approach I have determined the 'threshold dose' or Point of Departure in animals studies for outcomes for which there is compelling data that extensive and prolonged activation of the AhR by the 'dioxin-like PCBs' is essential (the various types of PCB molecules that have similar, or different, 'modes of action' are discussed briefly in the next section). These outcomes include cancer, immune toxicity, and most adverse reproductive and developmental outcomes. Margins of Exposure have then been calculated for theoretical cancer risk (Appendix 3: Cancer and mode of action for PCBs), using the dose in rats that is associated with 20% activation of the AhR in rat liver animals (the Benchmark Dose), since there is overwhelming scientific evidence that this level of activation does not increase cancer incidence in laboratory. For immune response and most reproductive and developmental outcomes for which overwhelming evidence demonstrates that activation of the AhR is essential for the toxic response, I have used Benchmark doses in animal studies that have been adjusted for the well-known species difference in AhR activation by DL-PCBs (Appendix 4: Immunotoxicology of PCBs; Appendix 6: Reproductive toxicology of PCBs). I have then conducted an exposure analysis using PCB concentrations measured in edible fish tissues from the Spokane River, coupled with fish consumption survey data of people who routinely harvest fish for consumption from the Spokane River (Section II.A, Appendix 2: Exposure assessment). I then use these data to conduct a Margin of Exposure Analysis to determine if PCBs present in fish in the Spokane River represent an unreasonable risk to consumers of those fish (or, to determine if consuming typical amounts of fish harvested from the the Spokane River is 'safe').

7. **What are PCBs?**

These topics have been discussed in great detail in other expert reports, so I will only summarize some key points that are relevant to my evaluation of whether fish harvested from the Spokane River containing trace

18

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

levels of PCBs are safe for human consumption (which utilizes the standard approaches for risk assessment outlined above).

PCBs found in the environment are a mixture of specific types of molecules, with 209 possible forms, called 'congeners.' As discussed briefly above (and in detail in Appendix 3), a small sub-set of these congeners have the ability to interact with a protein molecule called the 'Aryl hydrocarbon Receptor', or AhR for short. There are 12 PCB congeners that are able to bind to and activate the rat AhR. These are called 'dioxin-like PCBs' (DL-PCBs) since dioxins (a group of molecules that share some common structural features with these PCBs) are potent activators of the AhR. This is very important, since it has now been demonstrated that many, but not all, of the toxic effects of PCBs seen in laboratory animals are due to these DL-PCBs. As will be discussed in great detail later, there is now an extensive body of scientific literature demonstrating that the ability of some PCB mixtures to cause the liver cancers seen in some 2-year rat cancer studies is due solely to this sub-set of DL-PCBs, although some of the other PCBs at high doses may modify the potency of the DL-PCBs in causing liver cancer in rats. In recent years several important studies have compared human liver with rat liver, and have demonstrated that the human AhR is much less responsive to activation by DL-PCBs, when compared to rat liver. **Indeed, only one of the 12 DL-PCBs that activate the rat AhR was found to have any measurable ability to activate human AhR.** (This important point is discussed in detail in Appendix 3). But it is recognized that some of the toxic effects of PCB mixtures observed in laboratory animals are not mediated via the AhR, so these must be considered differently.

PCBs are fat soluble and resistant to environmental degradation, and we now recognize that these two properties are largely responsible for the presence of PCBs in the environment, and in the food chain, including trace levels found in fish in the Spokane River. The focus of much of the remainder of this report is to evaluate whether the presence of these PCBs represent any significant health risk to consumers of fish harvested from the Spokane River (i.e., are fish in the Spokane River safe to eat?). It stands to reason that, if current levels of PCBs in fish represent no significant risk to the small fraction of the population that consumes these fish, that efforts to lower the concentration of PCBs in the Spokane River, even if successful, will have no public health benefit, even to those who consume relatively large amounts of fish harvested from the River. If, on the other hand, a 'Margins of Exposure' (MOE) analysis using data available today indicates that MOE for some endpoints are not adequate (e.g., they are determined to be less than 10 - 100 for the top consumers of fish from the Spokane River), then revised fish advisories and increased public communication targeted to high end consumers might be of some public health benefit to the small fraction of the population that utilizes fish from the Spokane River as a significant portion of their diet.

8. **Summary of approach to assessing the relative risk (or virtual safety) of PCBs in fish from the Spokane River**

As discussed above, in order to determine whether something is "safe for consumption", one must first have an estimate of 'dose', or how much a person is exposed to, and how frequently. This dose is then compared with the doses used in experimental animal studies where specific types of adverse effects (response) were observed. From the animal studies, it is usually necessary to have data where a range of different doses was used, including doses that produce the effect, and a lower dose that does not produce the effect. Establishing a good estimate of the dose in experimental animals that has little or no toxic effect (the Point of Departure, POD, discussed above) is used for comparison of estimates of actual human exposure under a

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

defined set of conditions (e.g., concentration of specific PCB congeners in fish, amount of fish consumed on a daily basis) to calculate Margins of Exposure (MOEs). MOEs of greater than 100 - 1000 are often needed to assure human safety.

Doses in humans that are close to the POD dose in animals (i.e., MOEs of less than 10), would generally not be considered to be safe if exposures are likely to occur for many years, and/or there are a significant number of potentially 'sensitive' sub-groups (e.g., pregnant women, infants and children) in the exposed population.

As my expertise is in toxicology, I have limited my analysis to toxicological literature, and have relied upon other qualified experts in epidemiology to assess the human epidemiological literature, also using a 'weight of evidence' approach.  Thus while I did not myself critically evaluate each of the many epidemiological studies that have been performed for various outcomes (possible toxicological effects) between environmental and/or occupational exposures to PCBs, I did consider the opinions of experts in epidemiology who have thoroughly and critically evaluated that body of literature, and made weight of evidence assessments of the likelihood of **causal** connections between exposure to PCBs and particular disease outcomes, based on available human epidemiological evidence.

9. **Steps required to make an assessment of risk/safety for a specific exposure scenario**

For the assessment of each possible adverse outcome from PCBs found in fish in the Spokane River, based on toxicological studies in experimental animals, the following steps are required:

1. **Evidence from experimental animal studies** that PCBs are able to reproducibly cause the outcome of interest (Hazard assessment).

2. **Current state of knowledge** about the Mode of Action (MoA) of PCBs for causing the outcome of interest in laboratory animal studies, and evaluation of data regarding the relevance of the MoA to humans, if available.

3. **Dose-response analysis** for the outcome of interest in experimental animals, to determine the most reliable 'Point of Departure' (POD)/Benchmark dose for that specific outcome of interest.

4. **Site-specific exposure assessment** to provide estimates of both expected (mean) and upper bound (95th percentile) daily exposures to PCBs of interest through fish consumption (this will be the same for all outcomes of interest).

5. **Risk characterization**, including dose adjustments for cross-species extrapolation, including standard 'scaling factors' for body weight corrections, and mechanism-based knowledge of species differences in response for each outcome, if available.

6. **Calculation of Margins of Exposure (MOE)** for each outcome, which is the ratio of the estimated daily exposure, in mg/kg/day (with appropriate dose adjustments for species differences) to the Benchmark Dose determined for each type of adverse outcome. Benchmark Dose refers to the highest daily dose that had no, or minimal, effects in an animal study.  For 'weight of evidence' analyses, it is important to use ALL available data that meets minimum study design criteria.  The EPA has provided general guidance on various approaches to calculating 'points of departure' for use as Benchmark Doses (US EPA, 2012a).  However, where robust 'mode of action' data are available, a

20

676

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

newer approach, called 'Adverse Outcomes Pathways' (AOP) approach, is more scientifically robust, and has been used in this report for assessing possible adverse health outcomes from PCBs for endpoints where activation of the Arylhydrocarbon Receptor (AhR) has been demonstrated to be the mode of action. Appendix 3 provides a detailed description of the AOP approach, and how it can be used to determine MOEs for toxicological effects that are mediated by DL-PCBs.

Once an MOE has been calculated for a specific outcome, it is common practice to apply uncertainty factors (UF), sometimes called safety factors, to the actual calculated MOE before making judgements about safety. Where no biologically relevant information is available on possible species differences between the experimental animals and humans is available, a UF of 10 is often applied (assumes humans may be 10 times more sensitive than the test animals used in the toxicology study). However, where mechanistic data are available to adjust for species differences, those should be used in place of the default factor of 10 for cross-species comparisons[2]. Another factor of 10 is frequently used to accommodate potential inter-individual differences among the human population, and additional UFs might be applied if data are limited, or, as noted above, if the Point of Departure is based on a 'Lowest Observable Effect Level' (LOAEL) rather than a NOAEL or modelled Benchmark Dose. As general guidance, a MOE of 100 or less would be considered to represent an unreasonable risk of the adverse outcome occurring in an population exposed according to the exposure scenario described; an MOE from 100 -1000 would be consider to represent an acceptable level of risk for all but the most highly exposed populations, and an MOE of greater than 1,000 would represent a 'deminimus' risk level, equivalent to a virtually safe dose- e.g., even high consumers of fish would have no measurable adverse effect from the exposure, even if it occurred over a lifetime.

---

[2] US EPA (2005). Guidelines for Carcinogen Risk Assessment. EPA/630/P-03/001F. March. "Relative potency factors (of which toxicity equivalence factors are a special case) can be used for a well-defined class of agents that operate through a common mode of action for the same toxic endpoint. A complete dose-response assessment is conducted for one well-studied member of the class that serves as the index chemical for the class. The other members of the class are tied to the index chemical by relative potency factors that are based on characteristics such as relative toxicological outcomes, relative metabolic rates, relative absorption rates, quantitative SARs, or receptor binding characteristics (U.S. EPA, 2000c). Examples of this approach are the toxicity equivalence factors for dioxin-like compounds and the relative potency factors for some carcinogenic polycyclic aromatic hydrocarbons. Whenever practicable, toxicity equivalence factors should be validated and accompanied by quantitative uncertainty analysis."

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## II.    Scientific evaluation of the toxicological risks of PCBs found in edible sport fish in the Spokane River

### A.    Exposure assessment for PCBs in edible fish in the Spokane River (see Appendix 2 for supplementary materials)

Although this is the third step in the process outlined above for establishing the safety of exposures to a potentially toxic substance in the environment, it is discussed here first, because the exposure analysis will be the same for all toxicological end-points considered in later sections of this report.

#### 1.    What are the concentrations of total PCBs and specific PCB congeners of toxicological interest in fish in the Spokane River?

As described below, data were retrieved from publicly available sources and compiled to derive estimates for the concentrations of individual congeners as well as the concentrations of total PCBs in edible fish in the Spokane River.

Data for concentrations of total PCBs and specific PCB congeners of toxicological interest in Spokane River fish tissue were compiled from available raw data collected by the Washington State Department of Ecology (ECY). These data are publicly accessible through the Environmental Information Management (EIM) database (WA Department of Ecology, 2019).

EIM data were extracted from the database using the advanced search feature. Parameters engaged to selectively retrieve data from EIM included (1) Location – County[3]: Spokane, Stevens, Lincoln; (2) Result – Result Parameter (contains) "PCB"; and (3) Result – Sample Matrix: Tissue. These parameters resulted in 33,270 entries from 97 unique sample locations. Results were further restricted to skin-on fillet samples (not gut contents or whole fish) from fish collected from the Spokane River whose analysis quantitated PCB congeners rather than total PCBs or Aroclors. These restrictions allowed for examination of congener-specific PCB concentrations in the fish tissue most relevant to Spokane River fish consumers.

The resultant compiled dataset encompassed tissue samples collected for 4 different species of fish collected between 1999 and 2012. The compiled dataset included data attributed to the Washington State Toxics Monitoring Program (2003, 2012), Spokane River PCB Source Assessment (2003), Metals and PCBs in Long Lake Fish (2001), and Spokane River fish and crayfish PCBs and Metals (1999).

All but one of the studies retrieved above used EPA1668 as the congener analysis method and analyzed all 209 congeners. The single study that employed a different analytical method was the 1999 analysis that reported quantitation of 24 PCB congeners using method SW8082, which is designed for quantitation of PCB mixtures and 19 PCB congeners (US EPA, 2007). For consistency and accuracy, the 1999 assessment was excluded from the final analysis; results were from samples collected twenty years ago quantitated (with a

---

[3] Due to varying location naming conventions used in the EIM database, the location parameter was restricted by County rather than by body of water or watershed to ensure all available Spokane River fish tissue data was included. The search was limited to Spokane, Stevens, and Lincoln counties, which encompass the entirety of the Spokane River from the Idaho border to the Columbia River.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

non-standard group of congeners) using a different method than all more recent analyses that were included in the assessment.

For the evaluated dataset, individual PCB congeners with concentrations reported as below the limit of detection were assumed to be zero, which is consistent with the standard method of handling non-detect values for PCBs (US EPA, 2000; WA Dept of Ecology, 2018). PCB congeners that were detected, but not quantified (i.e., reportedly between the detection limit and reporting limit) or tentatively identified were included in this analysis as the estimated value provided in the database.

There was one instance whereby the EIM database reported results from a replicate (or duplicate) analysis. In the 2003 Washington State Toxics Monitoring Program study, EIM sample IDs 3084282 and 3084308 were identified as resulting from a split of a rainbow trout tissue sample prior to laboratory analysis. To avoid double counting this sample, this assessment combined the replicate results into a single sample with congener concentrations assigned as the mean of the concentrations reported in the replicate analyses.[4]

The EIM database included tissue concentration results for samples labeled as "rainbow trout, redband trout, steelhead" because they share the common scientific name of *Oncorhynchus mykiss*. However, because steelhead are anadromous trout (i.e., they migrate and live in oceanic waters before returning to fresh water to breed), steelhead tissue concentrations would not be reflective of Spokane River conditions and therefore, like anadromous salmon, steelhead concentrations are not appropriate to include in an assessment of Spokane River fish. Although the EIM data submission instructions indicated any samples entered with an *Oncorhynchus mykiss* designation required a field collection comment to document whether the life history was anadromous (steelhead) or resident (rainbow trout), none of the *Oncorhynchus mykiss* samples included such a designation. To ensure steelhead samples were not included in the analysis, each dataset retrieved from the EIM that reported the sample type as "rainbow trout, redband trout, steelhead" was reviewed. As summarized below in Table 1, all sample types were confirmed to have been Rainbow trout.

---

[4] Congener concentrations reported below the limit of detection were assumed to be zero. If only one of the two duplicate samples were below the limit of detection, the value of the detected sample was used rather than an average of the two.

23

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 1. Rainbow trout sample confirmation**

| Confirmed sample type | EIM Study ID | EIM Year | EIM Sample IDs | Rationale |
|---|---|---|---|---|
| Rainbow trout | WSTMP03T | 2003 | 3084281 - 3084296, 3084288 - 3084289, 3084301 - 3084306, 3084308 | Sample IDs (without the preceding 30-, which was presumed to indicate sampling year) correspond with "Rainbow trout" tissues in Table 32 of Spokane River PCB Source Assessment 2003-2007 (WA Dept of Ecology, 2011) |
| Rainbow trout | DSER0010 | 2003 | 4188308, 4188309 | Sample IDs (without the preceding 41-, which was presumed to indicate sampling year) correspond with "Rainbow trout" tissues in Table 32 of Spokane River PCB Source Assessment 2003-2007 (WA Dept of Ecology, 2011) |
| Rainbow trout | WSTMP12 | 2012 | 1301011-80 - 1301011-88 | Department of Ecology indicated Spokane River trout samples collected and analyzed in 2012 were "Rainbow trout" (WA Dept of Ecology, 2014) |

In total, there were 59 unique samples from largemouth bass, largescale sucker, mountain whitefish, and rainbow trout that met the criteria of congener-specific fillet samples from the Spokane River. Figure 7 shows the location for congener-specific fish tissue samples meeting these criteria.



**Figure 7. Location for congener-specific fish tissue samples. Includes locations of dams and combined sewer overflow (CSO) stations**

24

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

All fish concentration data was reported and incorporated in terms of mass per grams of uncooked fillet weight. No correction was applied to loss of PCBs that occurs upon cooking even though a recent review indicated the median loss across 14 studies ranged from 25 to 39% (AECOM, 2012).

### Estimation of species-specific concentrations for detected PCB congeners

Congener-specific PCB concentrations across all studies and survey years were used to calculate the mean concentration for each congener in each species of fish. For a given species and study, the mean concentration of a given PCB congener ($PCB_x$) was calculated as:

$$\bar{X}_{PCBx} = \frac{\sum_{c=1}^{n}[PCBx]_c}{n_c}$$

where $\bar{X}_{PCBx}$ is the species-specific mean concentration of a given PCB congener, c is the concentration of a given PCB congener in a sample for a given species, and $n_c$ is the total number of samples that analyzed for that congener for a given species. Total PCB concentrations were calculated for each species by taking the mean of the sums of all measured congeners for each sample. This method was used to account for differences in congener analysis (e.g., congener co-elution) between studies.

This exposure assessment focuses on fish tissue concentration data within and downstream of Spokane city limits, as those are the locations that would potentially be affected by the proposed remediation efforts. Thus, the two trout samples upstream of the upriver dam in Figure 7 (e.g., between the upriver dam and the Idaho border) were not included in the mean PCB concentrations for rainbow trout.

**Table 2. Tissue concentrations of total PCBs for fish in the Spokane River by species.**

| Common name | Species | Study ID | Sampling Year | Number of Samples | Mean Total PCBs (ng/g) |
|---|---|---|---|---|---|
| Largescale sucker | *Catostomus macrocheilus* | RJAC002 | 2001 | 6 | 127 |
| Largemouth bass | *Micropterus salmoides* | RJAC002 | 2001 | 6 | 68.3 |
| Rainbow trout | *Oncorhynchus mykiss* | WSTMP03T | 2003 | 24 | 36.4 |
| | | WSTMP12 | 2012 | 6 | |
| Mountain whitefish | *Prosopium williamsoni* | RJAC002 | 2001 | 3 | 118 |
| | | WSTMP12 | 2012 | 9 | |

2. **What are the best estimates of fish consumption rates for fish harvested from the Spokane River?**

### Estimation of fish consumption rates

Dr. Sunding estimated fish consumption rates (FCRs) by species for three adjacent Washington counties adjacent to the Spokane River. As specified in Dr. Sunging's Expert Report, estimates were calculated based on population demographics and responses to the Industrial Economics (2013) Upper Columbia River Survey. Table 3 details Dr. Sunding's estimated FCRs among fish consumers. Because these FCRs reflect consumption

25

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

from a wider geographical area than just the Spokane River, they represent conservative (likely to overestimate) estimates for Spokane River FCRs.

**Table 3. Fish consumption rates by species among fish consumers (table from Dr. Sunding's Expert Report)[5]**

| Sub-Population | | Mean | Fish Consumption Rates among Anglers (g/day) Quantiles | | | |
| | | | 50% | 90% | 95% | 99% |
|---|---|---|---|---|---|---|
| Walleye | [1] | 51.4% [45.9%, 57.3%] | 2.25 [1.57, 3.12] | 0.47 [0.00, 0.93] | 4.66 [3.11, 9.32] | 9.94 [7.46, 15.53] | 22.37 [15.53, 27.96] |
| Rainbow Trout | [2] | 33.0% [27.8%, 37.6%] | 1.45 [0.95, 2.04] | 0.00 [0.00, 0.93] | 4.66 [3.11, 7.46] | 7.77 [5.56, 9.32] | 15.53 [12.43, 23.30] |
| Bass | [3] | 7.2% [4.5%, 10.6%] | 0.31 [0.15, 0.58] | 0.00 [0.00, 0.00] | 0.62 [0.40, 0.95] | 1.24 [0.62, 2.33] | 4.66 [2.49, 13.98] |
| Kokane | [4] | 6.2% [4.2%, 8.0%] | 0.27 [0.14, 0.43] | 0.00 [0.00, 0.00] | 0.93 [0.00, 1.43] | 1.86 [1.18, 3.11] | 6.21 [3.73, 9.32] |
| Other | [5] | 2.2% [1.0%, 4.0%] | 0.10 [0.04, 0.22] | 0.00 [0.00, 0.00] | 0.00 [0.00, 0.00] | 0.00 [0.00, 0.62] | 1.35 [0.78, 1.86] |
| All | [6] | 100% [100%,100%] | 4.38 [3.42, 5.44] | 1.86 [1.10, 2.49] | 10.10 [8.08, 15.53] | 16.78 [12.43, 21.75] | 38.84 [27.77, 46.60] |

As specified in Table 3, Spokane River fish consumption consists of primarily four species of fish (e.g., kokanee, rainbow trout, walleye, and bass). However, as specified above, while Spokane River fish congener-specific tissue analyses have included rainbow trout and largemouth bass, they have not included kokanee or walleye. Kokanee and walleye tissue concentrations were estimated using a surrogate approach. Specifically:

1. Kokanee PCB congener concentrations were estimated using rainbow trout as a surrogate. Rainbow trout and kokanee are both from the genus *Oncorhynchus* and have relatively similar diets and habitats. Thus, the tissue concentration of PCB congeners in rainbow trout were applied to both kokanee and rainbow trout.

2. Walleye PCB congener concentrations were estimated using largemouth bass as a surrogate. Largemouth bass and walleye are both predator fish with similar diets and habitats. Historically, walleye have exhibited similar mean tissue PCB concentrations (U.S. Fish and Wildlife Service, 2019a, b; US EPA, 2000). Thus, the tissue concentration of PCBs in largemouth bass were applied to both walleye and bass.

The "other" category in Table 3 includes additional species of fish consumed from the Spokane River. Fish tissue PCB concentrations for species in the other category were conservatively estimated using congener tissue concentrations of Mountain Whitefish.

_____

[5] From Dr. Sunding's expert report: This table calculates the average species composition of fish consumed from the Spokane River in three adjacent Washington counties. Estimates are calculated based on the population demographics in Table 3 and responses to part D of the Industrial Economics (2013) Upper Columbia River Survey. Fish are categorized into groups as presented in the original survey. This table also calculates the quantiles of the fish consumption rate for specific species on the Spokane River. The model assumes that rates of species-specific fish consumption are similar among consumers on the Spokane River as on Lake Roosevelt within each demographic control group. Standard Errors in square brackets are calculated by bootstrap. Fish consumption quantile estimates are projected onto the population demographics reported in Table 3.

26

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*What are the best estimates of PCB intake rates for fish harvested from the Spokane River?*

Species-specific fish consumption rates presented in Table 3 were combined with compiled concentrations of congener-specific PCBs to estimate human PCB intake for both individual congeners of interest and for total PCBs:

$$[PCB]_{intake}\left(\frac{ng}{day}\right) = \sum_{s=1}^{n} PCB_s \cdot FCR_s$$

Where $[PCB]_{intake}$ represents the concentration of an individual congener (or total PCBs) consumed daily. As described in the equation above, daily intake was derived from the multiplicative product of $PCB_s$ (species-specific concentration of either a single congener or total PCBs in ng/g fish) and $FCR_s$ (species-specific daily human consumption rate in g fish/day); multiplicative products were then summed for all species considered. Intake rate was estimated for several different scenarios, determined by the use of either mean or 95th percentile species-specific tissue concentrations and fish consumption rates (see Table 4 below).

As described in subsequent sections evaluating potential adverse effects (e.g., cancer, immunotoxicity, neurodevelopmental, reproductive or developmental effects), margins of exposure (MOEs) compared estimated PCB intake for a specific congener (or congeners) to exposure concentrations evaluated in studies described in toxicological literature. Congener-specific intake levels were limited to to congeners for which toxicological data was available (e.g., PCB126 for cancer or immune effects). Where toxicological studies dosed with a specific, defined mixture of PCBs (such as PCB101 and 118), they were compared against the sum of the estimated intake rates for each individual congener. Where toxicological studies dosed with an Aroclor or other commercial mixture of PCBs, they were compared against the estimated intake rate of total PCBs, unless otherwise noted.

In some cases, measurements of tissue concentrations reported a single concentration for two "coeluting" congeners. This meant that two congeners (e.g., PCB153/168) eluted from the gas chromatograph together, their identities could not be separated, and the reported concentration represented the sum of the coeluting congeners. PCB intakes of coeluted congeners were calculated in the same manner as non-coeluted congeners, as described above. However, because congeners reported as coelutes varied between samples/surveys, some congeners of interest had both individual and coelution measurements, and some congeners of interest were only measured in coelutions.  A consistent approach was established to determine the appropriate intake rate for congeners of interest with reported concentrations in at least one coelution:

1. For congeners reported only as coelutions (e.g., PCB153 is not measured as a single elute, but is reported as PCB153/168), the intake rate of the congener of interest was conservatively assumed to be equivalent to the coelution concentration (i.e., the intake based on measurements of a PCB153/168 coelution was assumed to be 100% PCB153).

2. For congeners reported both as a single elute and as a coelute (e.g., PCB183 is measured both as a single elute and as a PCB183/185 coelution), or as a coelute in multiple coelutions, the greater of the resulting intake rates was applied to the congener of interest.

27

683

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

A summary of the approach used is provided in Table 4, which provides the fish consumption rates, PCB concentrations in raw fish tissue (for both PCB126 and total PCBs),[6] and intakes rates for PCB126 and total PCBs. Table 4 provides overall intake rates four ways:

- Method I calculated overall intake as the sum of products of the mean FCR and mean tissue concentrations for each fish species. This represents the best estimate of daily PCB intake from the Spokane River.

- Method II calculated the overall intake as the sum of products of mean FCR and 95th percentile tissue concentrations for each fish species.

- Method III calculated overall intake as the sum of the products of the 95th percentile FCR and mean tissue concentrations for each species. This method conservatively estimated the reasonable upper bound daily intake for consumers of Spokane River fish (see below).

- Method IV calculated overall intake as the sum of the products of the 95th percentile FCR and 95th percentile tissue concentrations for each species. This combination represents a hypothetical scenario bounded by the highest percentiles of each category.[7]

Methods II and III represent the reasonable upper bounds for intake from Spokane River fish consumption. Because intake rates from method III were greater than those associated with method II, method III intake rates were conservatively estimated as the reasonable upper bound daily congener-specific intake rates for each PCB congener measured and detected in fish samples (see Appendix 2).

---

[6] No correction was applied to loss of PCBs that occurs upon cooking even though the process of cooking fish reduces median total PCB concentrations from 25 to 39% (AECOM, 2012).

[7] The combined 95%-ile for both FCR and 95%-ile for fish tissue concentration is a hypothetical/impossible scenario for a consumer because it corresponds to (1) a lifetime of consuming fish at extremely high intake rates, (2) a lifetime of daily consumption of only fish with only the highest PCB levels, and (3) concentrations associated with raw fish tissues (because no correction factor was included to account for loss of PCBs that occurs during the process of cooking fish).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 4. Fish consumption rates, PCB concentrations, and intake from Spokane River fish consumption**

| Species | Number of Samples | Fish consumption rate (FCR; g/day) | | PCB126 concentration[*] (ng/g) | | Total PCBs concentration[*] (ng/g) | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Mean | 95th percentile | Mean | 95th percentile | Mean | 95th percentile |
| Largemouth bass [+ Walleye] | 6 | 2.56 | 11.2 | 0.0101 | 0.0137 | 68.3 | 98.4 |
| Rainbow trout [+ Kokanee] | 30 | 1.72 | 9.63 | 0.0108 | 0.0265 | 36.4 | 85.0 |
| Mountain whitefish [+ Other] | 12 | 0.10 | 0.0[§] | 0.0142 | 0.0216 | 118 | 189 |
| **Overall Method I (daily intake from all species data)** | | | | **0.0459 ng/day** | | **249 ng/day** | |
| (sum of products of mean FCR and mean tissue conc.) | | | | | | | |
| **Overall Method II (daily intake from all species data)** | | | | **0.0827 ng/day** | | **417 ng/day** | |
| (sum of products of mean FCR and 95th percentile tissue conc.) | | | | | | | |
| **Overall Method III (daily intake from all species data)** | | | | **0.217 ng/day** | | **1,115 ng/day** | |
| (sum of products of 95th percentile FCR and mean tissue conc.) | | | | | | | |
| **Overall Method IV (daily intake from all species data)** [§] | | | | **0.408 ng/day** | | **1,919 ng/day** | |
| (sum of products of 95th percentile FCR and 95th percentile tissue conc.) | | | | | | | |

[*] No correction was applied to loss of PCBs that occurs upon cooking even though the process of cooking fish reduces median total PCB concentrations from 25 to 39% (AECOM, 2012).

[‡] Total values represent mean and 95th percentile for tissue concentrations for all fish species for which there was data.

[§]The combined 95%-ile for both FCR and 95%-ile for fish tissue concentration is a hypothetical/impossible scenario for a consumer because it corresponds to (1) a lifetime of consuming fish at extremely high intake rates, (2) a lifetime of daily consumption of only fish with only the highest PCB levels, and (3) concentrations associated with raw fish tissues (because no correction factor was included to account for loss of PCBs that occurs during the process of cooking fish).

### B. Assessment of potential cancer risk from PCBs in fish in the Spokane River (see Appendix 3 for supplementary materials)

*Sub-opinion 1:  At the levels of PCBs measured in fish in the Spokane River, consumption of fish harvested from the Spokane River does not present any increase in cancer risk, even if consumed for a lifetime.*

### 1. Introduction to cancer risk assessment

For chemicals that cause cancer in laboratory animals by creating damage to genetic material (DNA), many regulatory agencies use a different approach for assessing safety (or an 'acceptable level of risk').  This approach is called the 'linear, non-threshold' (LNT) approach, and basically assumes that cancer risk is directly proportional to dose at ALL doses (linear at low doses) below the point of departure determined in 2-year animal bioassays.  This approach, which has dominated regulatory approaches to cancer risk assessment for many years, was used by the EPA in 1996 to establish guidance values for determining the level of PCBs in fish that do not represent an 'unreasonable risk' to human health. This approach was also used in the Washington Department of Health/Agency for Toxic Substances and Disease Registry (ATSDR) 2011 guidance document used to establish Fish Advisories and regulatory guidance on PCBs in Spokane River waterways and fish (WA Department of Health, 2011).  However, in the past 20+ years, there have been enormous improvements in our scientific understanding of how chemicals cause adverse effects, at the molecular level.

29

685

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

The EPA and other regulatory agencies now embrace the inclusion of 'mechanism' or 'mode of action' (MoA) data into the risk assessment process[8], especially in extrapolating adverse effects seen in animals at high doses to human exposures at doses many orders of magnitude lower.  This is particularly important for PCBs because of the tremendous growth in our scientific understanding of the mode of action of PCBs in causing the adverse effects, including cancer, seen in laboratory animals given high doses of PCBs for a lifetime.

As my expertise is in toxicology, I have limited this evaluation to toxicological evaluation of animal studies that address the potential carcinogenic potential of PCBs found in fish.  I have not done a detailed evaluation of the epidemiological literature, but have considered the opinions of Dr. Peter Shields, an expert in cancer epidemiology who has carefully evaluated the strengths and limitations of the epidemiological literature that address PCB exposures and potential cancer risk.

2.  **Hazard identification**

*Evidence from experimental animal studies that PCBs are able to reproducibly cause cancer in laboratory animals.*

The first rodent bioassay for cancer was completed in 1971, with largely negative results.  Subsequent studies using different strains of laboratory animals have had varying results, as shown in Table 5.  Of 27 studies using several different commercial PCB mixtures, 6 of these reported statistically significant increases in tumors, including some malignant tumors (cancer), when comparing treated animals with controls.  Of those 6 'positive' studies, 5 were with Aroclor 1260 (or its equivalent, in the case of Kanechlor 500 or Clophen A60), and 1 (Brunner/Mayes) was with Aroclor 1254. The NCI study of Aroclor 1254 in 1978 was statistically 'negative' and although the report contained a caveat about the presence of preneoplastic lesions, the NCI concluded "Aroclor 1254 was not carcinogenic to the rats under the test conditions" (National Institutes of Health, 1978).  Appendix 3 provides a detailed analysis of the results and conclusions of each of these studies.

In follow-up publications of findings from the NCI study, Morgan *et al.* (1981) and Ward (1985) reported a dose-related increase in the presence of metaplasia of the forestomach, and a non-statistically significant increase in a form of stomach cancer (adenocarcinoma) in several Aroclor 1254-treated animals.  However, no other studies of Aroclor mixtures have reported this particular type of cancer. A slight, non-dose-related, increase in the incidence of thyroid gland follicular cell adenomas (benign tumors) was observed in males receiving Aroclors 1242, 1254, and 1260, but these findings have not been replicated in other studies.

---

[8] "As understanding of mode of action improves and new types of data become available, dose-response assessment will continue to evolve. These cancer guidelines encourage the development and application of new methods that improve dose-response assessment by reflecting new scientific understanding and new sources of information" US EPA (2005). Guidelines for Carcinogen Risk Assessment. EPA/630/P-03/001F. March.

30

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 5.  Summary of 2-year carcinogenicity bioassays completed on commercial mixtures of PCBs**

| Year | Species and strain | Test group numbers | Dose groups (ppm) | PCBs studied | Positive for cancer (M, F)* | Reference |
|------|------|------|------|------|------|------|
| 1971 | CR Albino rats; males and females | 8 groups; 50 per group | 0, 1, 10, 100 | Aroclor 1242 | No, No | (IBT, 1971a) |
|  |  |  |  | Aroclor 1254 | No, No | (IBT, 1971b) |
|  |  |  |  | Aroclor 1260 | No, No | (IBT, 1971c) |
| 1972 | Dd mice | 4 groups; 6-12 per group | 0, 100, 250, 500 | Kanechlor 300 | No | (Nagasaki *et al.*, 1972) (Ito *et al.*, 1973a; Ito *et al.*, 1973b) |
|  |  |  |  | Kanechlor 400 | No |  |
|  |  |  |  | Kanechlor 500 | Yes |  |
| 1974 | Male Wistar rats | 4 groups, 10-25 per group; fed for 1 yr | 0, 100, 500, 1000 | Kanechlor 300 | No | (Ito *et al.*, 1974) |
|  |  |  |  | Kanechlor 400 | No |  |
|  |  |  |  | Kanechlor 500 | No |  |
| 1975 | Female Sherman rats | 2 groups, 200 per group | 0, 100 | Aroclor 1260 | Yes | (Kimbrough *et al.*, 1975) |
| 1978 | Male and Female F344 rats | 8 groups; 24 per group | 0, 25, 50, 100 | Aroclor 1254 | No, No*[9] | (Moore *et al.*, 1994; Morgan *et al.*, 1981; NCI, 1978; Ward, 1985) |
| 1984 | Male Wistar rats | 3 groups; 131 in control 138 in A30 129 in A60 | 0, 100 | Clophen A30 | No | (Schaeffer *et al.*, 1984) |
|  |  |  |  | Clophen A60 | Yes |  |
| 1985 | Male and Female Sprague-Dawley rats | 6 groups; 63-70 per group | 0, 100 for 16 mo + 50 for 8 mo | Aroclor 1260 | No (M) Yes (F) | (Norback and Weltman, 1985) |
| 1998 | Male and Female Sprague-Dawley rats | 30 groups; 50 animals per group | 0, 50, 100, 200 | Aroclor 1016 | No (M)** No (F)** | (Brunner *et al.*, 1997; Mayes *et al.*, 1998) |
|  |  |  | 0, 50, 100 | Aroclor 1242 | No (M) No (F) |  |
|  |  |  | 0, 25, 50, 100 | Aroclor 1254[10] | No (M) Yes (F) |  |
|  |  |  | 0, 25, 50, 100 | Aroclor 1260 | No (M) Yes (F) |  |

* The results shown in this column represent studies that identified malignant tumors (cancers).  Some studies found increased numbers of non-malignant liver tumors, called hepatocellular adenomas.

** In the Mayes *et al.* (1998) study, one hepatocellular carcinoma was observed in the 100 ppm female group, but none were seen at the higher dose (200 ppm).  No carcinomas were seen in the female control. This finding was not statistically significantly different from control, although several adenomas were seen in the 100 and 200 ppm Aroclor 1016 group that did reach statistical significance. In males exposed to 1016, 2 hepatocellular carcinomas were seen in the high dose treatment,  and 1 each in the two lower dose groups,  but there were 3 in the controls, so it was concluded that the carcinomas seen in 1016-treated males were not treatment related.

31

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Because the US EPA had begun using these studies to establish regulatory guidelines for all PCBs, the National Toxicology Program (NTP) organized a "Pathology Working Group" (PWG) consisting of 5 independent, Board certified Veterinary Pathologists to review the original histopathology (microscopic evaluation of tissues from each of the animals) from 4 data sets containing 7 different bioassays (Kimbrough *et al.*, 1975; NCI, 1978; Norback and Weltman, 1985; Schaeffer *et al.*, 1984).  The consensus report was published by Moore *et al.* (1994).  The reevaluation of the pathology of animals in the seven previous rat bioassays found relatively modest differences from the original reports, with a few exceptions (discussed in Appendix 3). The conclusions of the working group were:

> "The reevaluations permit a more confident comparison of the carcinogenic responses observed in seven different studies with PCBs.  The results highlight three issues:  PCBs with 60% chlorine content consistently provoke a high yield of liver tumors in rats; the liver tumor response observed in rats exposed to PCBs with lower levels of chlorine was not observed to have an increase in liver tumors; no clear sensitivity differences in tumor response were observed between males and females.  These data indicate that continuation of a science policy of assuming that all PCBs are probable human carcinogens and possess a carcinogenic potency equivalent to the mixture that contains 60% chlorine has no scientific foundation and should be reconsidered."

However, the subsequent extensive bioassays of different Aroclor mixtures by Brunner *et al.* (1997) reported in peer reviewed literature as Mayes *et al.* (1998) demonstrated that Aroclor 1254, like 1260, also produces liver tumors in female Sprague-Dawley rats.  It is important to note, however, that the 'positive' Brunner/Mayes study utilized a formulation of Aroclor 1254 that was manufactured by a different process than had been used prior to 1974 and had considerably higher amounts of DL-PCBs, compared to 'older' Aroclor 1254 formulations used in the NCI 1977 study and the 1971 IBT study (Kodavanti *et al.*, 2001).  The DL-PCB 'TEQ' value for the Aroclor 1254 lot used in the Brunner/ Mayes study was 11 times higher than the TEQ value of Aroclor 1254 that was used in the largely 'negative' NCI 1978 and IBT 1971 studies (Kodavanti *et al.*, 2001), providing further support for the now widely recognized fact that the hepatocarcinogenic effects of Aroclor mixtures seen in rats are due almost completely to the presence of DL-PCBs.  At high doses that cause substantial microsomal enzyme induction, non-DL PCBs will contribute to oxidative stress which, over the lifespan of the animals contribute to the development of adenomas and possibly carcinomas.  But doses of non-DL PCBs needed to do this are extremely high.  For doses of PCB mixtures that contain both DL and Non-DL PCB congeners (e.g., Aroclors or environmental sources such as fish), the induction of AhR by DL-PCBs is much more sensitive than induction of CAR and PXR-regulated microsomal enzymes.  Thus, at doses of PCB mixtures that do not induce AhR activity, it is highly unlikely that biologically significant induction of CAR and PXR would occur.

---

[9] The conclusions of the 1978 Bioassay of Aroclor 1254 states the following: "*It is concluded that under the conditions of this bioassay, Aroclor® 1254 was not carcinogenic in Fischer 344 rats; however, a high incidence of hepatocellular proliferative lesions in both male and female rats was related to treatment. In addition, the carcinomas of the gastrointestinal tract may be associated with treatment in both males and females*" (NCI, 1978).

[10] The Mayes *et al.* (1998) study used an Aroclor 1254 formulation that contained much higher levels of dioxin-like PCBs than previous studies of Aroclor 1254 (Kodavanti *et al.,* 2001).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Finally, as discussed in detail in the 'Mode of Action' and 'Dose-Response Modelling' sections below, beginning in 2006, the National Toxicology Program reported on a series of 2 year rat bioassays on specific PCB congeners, including two DL-PCBs, PCB126 (NTP, 2006c) and PCB118 (NTP, 2010), one 'non-DL-PCB, PCB153 (NTP, 2006a), combinations of PCB126 with PCB118 or PCB153 (NTP, 2006d, e), and 'dioxin' itself (2,3,7,8-Tetrachlorodibenzodioxin; TCDD) (NTP, 2006b). The results from these studies are discussed in detail in Appendix 3 and below. The overall conclusions from these mechanistic studies support the conclusions above that PCB mixtures containing 'dioxin-like' congeners (e.g., PCB126 and PCB118) increase the production of liver tumors in female rats, but also support the conclusion that PCBs with little or no 'dioxin-like' activity are, at most, weak promoters of liver cancer in rats, since PCB153 did not cause a statistically significant increase in liver tumors in male or female rats (See Appendix 3 for details). However, it is possible that the presence of non-DL PCBs (such as PCB153), at doses sufficient to cause significant induction of CAR and/or PXR in the rat, might enhance the carcinogenic response when combined with DL-PCBs that cause maximal, prolonged activation of AhR. This was seen in the NTP studies of a combination of PCB126 and PCB153 where the number of tumors in the combined treatment group was greater than those seen with PCB126 alone. However, when PCB153 was present at a dose (100 µg/kg) that caused only modest induction of microsomal enzymes, there was no effect of PCB153 on the incidence of either benign (adenomas) or malignant (choriocarcinomas) tumors in female rats given 300 ng/kg PCB126 (NTP, 2006a, c, d).

In all of these studies, liver cancer was the only consistent type of cancer found. Although an increase in incidence of some other tumor types was found in these studies, overall tumor incidence in many of these studies was decreased, because of the marked protective effect that PCBs provided in some types of tumors, particularly breast tumors in female rats (Moore *et al.*, 1994). It is also important to note that in none of the studies was life expectancy shortened by the presence of tumors (i.e., while the number of animals with tumors was increased at the highest dose, the tumors were found in the animals at the end of the study, and the animals did not generally die from the tumors). In fact, in some studies, such as the NTP study on PCB118 (Figure 8B) there was a dose-related increase in survival at 2 years, compared to control animals, with little or no effect on overall survival in most others (Figure 8A-D).

Appendix 3 provides a detailed review of the findings of each of these studies. Using a weight of evidence approach to assess these studies, it can be concluded that there is convincing evidence that higher chlorinated PCB mixtures (Aroclor 1254 and 1260) are capable of inducing hepatic cancers in some strains of rats, and particularly in female rats. Elsewhere in this report I explain that the levels of PCBs admnstered in these studies are many hundreds of times higher than human doses and that rats are far more sensitive to AhR- binding than humans. For these and other reasons, the positive results from these studies do not predict the development of cancers in humans.

33

689

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Figure 8.  Kaplan-Meyer survival curves for several Aroclor/PCB studies



A. Aroclor 1254 - females (NCI, 1978)

B. Aroclor 1254 - females (Mayes *et al.*, 1998)

C. PCB153-females (NTP, 2006a)

D. PCB126 +PCB153 - females (NTP, 2006d)

E. PCB118 - females (NTP, 2010)

F. PCB126 – females (NTP, 2006c)

34

690

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

*What approach did the US EPA use to estimate cancer risk from exposures to PCBs that serves as the basis for current environmental regulations for PCB discharges into the Spokane River?*

Nearly all regulatory authorities in the US, be it city, county, state or other federal agencies, rely upon the US Environmental Protection Agency's (US EPA) risk assessments of environmental pollutants such as PCBs to establish regulatory guidelines and values. This is especially true for chemicals found in the environment that have been shown to cause cancer in laboratory animals and are subject to regulatory restrictions. The EPA completed a detailed 'cancer risk assessment' for PCBs in 1996 (US EPA, 1996). They evaluated all of the existing life-time (2-year) animal studies and calculated 'human potency factors' for each study (Table 6), using a variety of assumptions to be addressed later (See Appendix 3 for a detailed review of these and more recent animal studies).

Using additional assumptions, the EPA chose a single 'potency factor' of 2 (per md/kg-d), based on the Brunner *et al.* (1997) study of Aroclor 1254-induced liver tumors in female rats, the Norback and Weltman 1985 study of liver tumors in female rats exposed to Aroclor 1260, and the Schaeffer study of Clophen A60 [Aroclor 1260-like] liver tumors in rats (Table 6). This was the 'upper bound' of the slope factor that gave the highest level of predicted risk (most cancers) from all of the mentioned rat studies (rounded to a whole number), **assuming linear extrapolation at low doses.** This single potency value, based on the incidence of rat liver tumors in female rats, continues to serve as the sole basis for quantitative cancer risk assessment of PCBs. Since the vast majority of human health risk assessments for PCBs use cancer as the most sensitive endpoint, cancer risk has been the 'driver' for regulatory guidance for PCBs since 1996. The 'cancer potency factor' is used to determine regulatory limits, including effluent discharge levels, by the Washington State Department of Ecology and the US EPA in their derivation of human health criteria for water quality standards for PCBs in surface waters (US EPA, 2016, 2019a, b)

**Table 6. Human potency and slope estimates derived from rat liver tumors (from: US EPA, 1996)**

| Study, sex and strain, mixture | ED10[a] | LED10[b] | Central slope[c] | Upper-bound slope[d] | See table |
|---|---|---|---|---|---|
| Brunner, F Sprague-Dawley, 1260 | 0.24 | 0.19 | 0.4 | 0.5 | A–1 |
| Brunner, F Sprague-Dawley, 1254 | 0.086 | 0.067 | 1.2 | 1.5 | A–2 |
| Brunner, F Sprague-Dawley, 1242 | 0.38 | 0.27 | 0.3 | 0.4 | A–3 |
| Brunner, F Sprague-Dawley, 1016 | 2.4 | 1.4 | 0.04 | 0.07 | A–4 |
| Brunner, M Sprague-Dawley, 1260 | 1.0 | 0.55 | 0.1 | 0.2 | A–5 |
| Brunner, M Sprague-Dawley, 1254[e] | 1.7 | 0.87 | 0.06 | 0.1 | A–6 |
| Brunner, M Sprague-Dawley, 1242[e] | 2.9 | 1.2 | 0.03 | 0.08 | A–7 |
| Brunner, M Sprague-Dawley, 1016[e] | 5.9 | 2.5 | 0.02 | 0.04 | A–8 |
| Kimbrough, F Sherman, 1260 | 0.10 | 0.091 | 1.0 | 1.1 | A–9 |
| NCI, M Fischer, 1254 | 1.0 | 0.55 | 0.1 | 0.2 | A–10 |
| NCI, F Fischer, 1254[e] | 1.2 | 0.61 | 0.08 | 0.2 | A–11 |
| Schaeffer, M Wistar, A 30[e] | 2.1 | 1.0 | 0.05 | 0.1 | A–12 |
| Schaeffer, M Wistar, A 60 | 0.058 | 0.047 | 1.7 | 2.1 | A–13 |
| Norback, M Sprague-Dawley, 1260[e] | 1.0 | 0.53 | 0.1 | 0.2 | A–14 |
| Norback, F Sprague-Dawley, 1260 | 0.062 | 0.046 | 1.6 | 2.2 | A–15 |

[a]Estimated dose associated with 10% increased incidence, in mg/kg-d.
[b]95% lower bound on ED10, in mg/kg-d.
[c]Per mg/kg-d, computed as 0.10/ED10.
[d]Per mg/kg-d, computed as 0.10/LED10.
[e]No significant increase; quantities indicate sensitivity of study.

35

691

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

At the time that the USEPA established these cancer potency estimates (US EPA, 1996) from rat studies, the mode of action of PCBs in causing the liver tumors seen in these studies was not understood, although it was recognized that higher doses of PCBs could cause dramatic changes in the liver, including extensive 'microsomal enzyme induction.' The phrase, 'microsomal enzyme induction' has an important meaning in toxicology, as it represents what is now recognized as a part of an adaptive response to environmental insult. Microsomal enzymes are a group of proteins, found mostly in the liver, that play an important role in the body's defense against external influences, such as exposure to potentially toxic substances in the environment. The importance of microsomal enzyme induction to the understanding of the toxic effects of PCBs will be discussed in more detail in the 'mode of action' section below.

It is important to note that the animal studies used by the EPA and other regulatory agencies to establish health-based standards for PCBs in the 1990's do not represent the current state of scientific understanding, including the EPA's current understanding, of the potential cancer-causing effects of PCBs in laboratory animals. Since that time, additional state-of-the-art animal bioassays have been completed, including the series of studies, noted above, of individual congeners by the National Toxicology Program (NTP; part of the National Institute of Environmental Health Sciences, NIEHS). These studies confirmed some of the initial findings in earlier studies used by the EPA (primarily, liver tumors in female rats), but provided much more robust, scientifically useful data from which to extrapolate the results to humans. The results of these carefully designed studies call into question many of the assumptions used by the EPA in their 1996 assessment and provide a much better understanding of the 'mode of action' of how PCBs cause liver tumors in female rats, and how one might appropriately use such information to better predict the relevance of these animal studies to human cancer risk from PCB exposure.

Collectively, the animal studies conducted between 1972 and 1996 demonstrate that higher chlorinated mixtures of PCBs, such as Aroclor 1254 and 1260, are able to induce liver tumors in rats. Later studies on individual PCB congeners conducted by the National Toxicology Program (NTP, 2006a, c, d, e, 2010) provided further evidence that PCB mixtures containing significant amounts of DL-PCBs are effective carcinogens in laboratory rats. However, this response appears to be greatly influenced by both sex (females being much more sensitive than males) and by rat strain (Sprague-Dawley and Wistar rats being much more sensitive than Fischer F344 rats). Appendix 3 provides a detailed discussion of all of these studies.

Thus, a potential cancer hazard has been identified based on studies in laboratory rats, and requires further analysis to assess the relevance to humans, and the potential magnitude of risk under specific exposure conditions (e.g., a human 'dose-response' analysis, comparing human doses with the doses shown to cause effects in laboratory animals). The next step after Hazard Identification is to evaluate how PCBs might have caused the excess liver tumors in female rats that has been demonstrated in several animal studies, and that serve as the basis for the US EPA's quantitative cancer risk assessments– what is the 'Mode of Action' for the observed carcinogenic effects in some strains of laboratory rats, and what does that Mode of Action tell us about the likely shape of the dose-response curve at doses orders of magnitude below the doses that caused tumors in rats?

36

692

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

### 3. Mode of action for PCB-induced carcinogenesis in rats

As shown above, there are several animal studies that have shown that PCBs can cause liver tumors, including some that are cancerous (malignant) in laboratory rats, especially females. So, once a 'hazard' (in this case cancer-causing effects observed at high doses in experimental animals) has been established, the next step in the Risk Assessment paradigm is to assess what is known about 'how' the chemical causes the effect: what are the cellular, biochemical and molecular steps involved that result in a normal cell in the body (the liver, in this case) turning into a cancer cell? In the field of chemical carcinogenesis, there are three broad processes in the development of cancer: 1) initiation (genetic changes that turn a 'normal cell' into a 'precancerous cell'), 2) promotion (the precancerous cell is stimulated to divide into a small population of precancerous cells) and 3) progression (additional genetic changes are acquired that allow the precancerous cells to acquire additional characteristics of cancer cells, including spreading to other tissues [metastasis]) (Figure 9).



**Figure 9. The multistage process of chemical carcinogenesis (from: Klaunig, 2013)**

While this three-stage process is a gross over-simplification of very complicated biology, it is a useful paradigm to start with, since it is well-ingrained in regulatory philosophy of chemical carcinogens (Eaton and Gilbert, 2013; Faustman and Omenn, 2013; Klaunig, 2013). Chemicals that can cause the initial genetic changes are called "Initiators", and chemicals that can enhance the growth of initiated cells (in both the 'promotion' and 'progression' stages) are called "Promoters." In the following section I will discuss both 'Initiation' and 'Promotion' in relation to how PCBs caused liver cancer in laboratory rats, and relevance to human cancer risk from dietary exposures to PCBs.

### *Initiation (Genotoxic mode of action)*

Simply put, 'initiators' are chemicals that cause cancers by directly damaging DNA (and thus are referred to as 'genotoxic carcinogens'), thereby inducing mutations, which can be passed on from one cell to the next during cell division. Loeb and Harris (Loeb and Harris, 2008), in their discussion of the history of the field of chemical carcinogenesis, describe this first step in cancer formation as follows: *"The first stage of carcinogenesis, tumor initiation, involves exposure of normal cells to chemical or physical carcinogens. These carcinogens cause genetic damage to DNA and other cellular macromolecules that provide initiated cells with both an altered responsiveness to their microenvironment and a proliferative advantage relative to the surrounding normal cells."* It is generally recognized that the process of going from a 'normal cell' to a cancer cell requires multiple mutations in different genes. Mutations must 'turn on' certain genes, called 'oncogenes', that are normally turned off, AND they also must 'turn off' certain other genes, called 'Tumor Suppressor genes' that function to control the rate of cell division in cells. Subsequent additional mutations

37

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

are needed that allow precancerous cells (those with activated oncogenes and inhibited tumor suppressor genes) to become full-blown cancers. It has been estimated that most cancer require 4-10 or more mutations for a normal cell to become a cancer cell (Martincorena *et al.*, 2017).

Because mutagenesis is so important to the process of chemical carcinogenesis (formation of cancers from normal cells), there are a large number of *in vitro* and *in vivo* tests in animal models to determine if a chemical might cause cancer by inducing excess mutations – e.g., act as a genotoxic carcinogen. Not surprisingly, these tests are subject to numerous experimental artifacts and interpretive challenges, and can result in both 'false negatives' (a substance tests negative, even though it actually is capable of causing DNA damage) and 'false positive' (a substance tests positive in the test system, but is not carcinogenic via damaging DNA). There are multiple different ways a chemical can damage DNA: 1) it can directly interact with and bind to DNA, disrupting normal functions of DNA and introduce mutations, 2) it can be metabolized in the body to a reactive form that can then interact with and bind to DNA, disrupting normal functions of DNA and introducing mutations; 3) it can directly or indirectly generate high levels of 'oxidative stress', which itself can cause DNA damage that disrupts normal functions of DNA and introduce mutations; or 4) it can interfere with normal DNA repair processes, allowing 'background DNA damage' to go unrepaired.

Hundreds of studies have addressed whether PCBs are genotoxic and can increase cancer risk via damaging DNA. Because of the large number of studies that have looked at this question, it is necessary to take a 'weight of evidence' approach to assess whether this mode of action is a plausible explanation for the induction of liver tumors seen in laboratory rats that serves as the basis for the EPA's cancer potency values (slope factors) that were used by WDOH and ATSDR to evaluate theoretical cancer risk from PCBs in Spokane River fish. Table A3-1 and Table A3-2 in Appendix 3 provides a summary of the large number of 'short-term' mutagenicity assays that have been performed on mixtures of PCBs, individual PCB congeners, and synthetic metabolites (artificially oxidized) metabolites of PCBs.

The most obvious conclusion that is evident from a 'weight of evidence' evaluation of these data is that the results are highly variable across test types, PCB mixtures, and individual congeners. Nevertheless, several important conclusions can be made, based on the weight of evidence:

1.  The large majority of mutagenicity assays for Aroclors and other mixtures of PCBs are negative;

2.  There is modest consistent evidence that lower chlorinated PCBs, largely focused on monochlorobiphenyls (e.g., PCB3) are capable of being oxidized to reactive forms that may be mutagenic, but these forms do not bioaccumulate extensively and thus are not found in significant quantities in fish;

3.  Some putative positive studies in mammalian cells are difficult to interpret because of many uncontrollable variables, uncertainty as to relevance of 'dose' in a cell culture flask compared to human blood/tissue levels, and inconsistency across different studies.

Knerr and Schrenk (2006) reviewed the mutagenesis data on PCBs, and the potential relevance to their carcinogen risk, and provided the following conclusions: "Since most tests with PCBs, in particular with *in vivo* systems, for genotoxic effects were negative, the carcinogenicity of PCBs in animal models is widely considered to be due to a tumor-promoting effect."

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

It is important to recognize that damage to DNA that potentially can lead to cancer-causing mutations is a common occurrence, largely from endogenous (naturally-occuring) sources.  The most common source of DNA damage is from intracellular oxidative processes that generate forms of reactive oxygen, known as 'ROS' (reactive oxygen species).  While many chemicals present in our diet and the environment have the potential to damage DNA, either directly, or via induction of ROS, the vast majority of this DNA damage is repaired before the cell divides, and thus does not cause a mutation if the damage is repaired correctly (Jackson and Loeb, 2001).  The relevance of this to my opinion is that the level of DNA damage that could theoretically occur via oxidation of some forms of PCBs  present in fish at low part per billion concentrations, compared to 'background' rates of oxidative damage to DNA, is vanishingly small, and would not contribute in any significant way to the rate of background DNA damage and mutations that occur from other sources (largely 'endogenous'). Given the preponderance of the data showing little or no mutagenic potential of PCB congeners found in fish, and the questionable relevance of most of the positive studies, when combined with the extremely small amounts of PCBs that come from ingesting fish from the Spokane River, **it is my opinion that the hypothetical mutagenic action of the mixture of PCB congeners found in fish in the Spokane River and other aquatic environments, if any, is so low as to be insignificant compared to the background rate of mutations than happens naturally**.

### *Tumor promotion as a general mode of action for the carcinogenic action of PCBs in laboratory rats*

- **Sub-Opinion: There is clear evidence that the mode of action of PCBs in causing liver cancer in laboratory rats exposed to high doses of PCBs is via tumor promotion**

The term 'tumor promotion' refers to the circumstance where a chemical substance increases the number of tumors that appear in an exposed population of animals, but without evidence of direct genetic damage from the agent.  Loeb and Harris (2008) describe tumor promotion as follows: *"In the second stage, tumor promotion results in proliferation of the initiated cells to a greater extent than normal cells and enhances the probability of additional genetic damage, including endogenous mutations that accumulate in the expanding population",* but they caution that *"This classic view of two- stage carcinogenesis has been conceptually important but also an oversimplification of our increasing understanding of the multiplicity of biological processes that are deregulated in cancer."*

From a regulatory perspective, the designation of a chemical as either a 'tumor initiator' or a 'tumor promoter' has significant implications, since the EPA and most other regulatory agencies have traditionally assumed that initiators have a 'linear, non-threshold' dose-response, whereas promoters are considered to act through 'threshold' mechanisms – e.g., there is a dose below which no effect will occur (Klaunig, 2013). The processes by which tumor promotion can occur are varied and many, but generally include acting via some mechanism(s) that enhances the rate of cell proliferation and/or inhibit normal processes that remove cells with genetic damage (called 'apoptosis').  This includes agents that cause organ system toxicity that results in an adaptive response of tissue repair.  Thus, at doses that are sufficient to cause evidence of liver toxicity, regenerative repair of the liver leads to increased cell division, and this by itself can act as a form of 'tumor promotion.' Chemical-induced changes in a cell, such as receptor-mediated changes in gene expression (e.g., ligand activation of AhR, CAR, PXR, etc.) that can result in an increase in 'oxidative stress' and/or abnormal gene expression of genes involved in cell cycle regulation are other means by which a chemical could act as a 'tumor promoter.'  Typical experimental protocols for determining whether a chemical can act as a tumor promoter involves administering a high dose of a genotoxic chemical (an

39

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

'initiator') over a short period of time (one to a few days), followed by administration of the 'promoter' for longer periods of time (usually several months). Typically, the time period and dose of the 'initiator' are not sufficient to cause a large increase in tumors by itself. But in the presence of a 'promoter', the number of animals with tumors (and, sometimes, the number of tumors in individual animals) is greatly increased – thus, tumor development and growth are 'promoted.'

There are two dozen studies that have demonstrated that PCB mixtures are capable of promoting tumor development following initiation with known genotoxic carcinogens (reviewed in Knerr and Schrenk (2006)). Thus, there is no question that PCBs in **sufficient** dose and length of time of exposure are capable of acting as tumor promoters in laboratory animals. The remaining questions are: 1) what are the specific molecular events that lead to tumor promotion in laboratory animals and are they relevant to humans?; 2) what doses are required for such molecular changes to occur in experimental animals?; and 3) if the specific mechanisms are applicable to humans, what is the 'Margin of Exposure' between the doses necessary to cause the effect in animals, and the doses estimated for humans?

- **The 'mechanism of action' by which PCBs caused the tumors in laboratory animals is dependent upon extensive and prolonged activation of the 'Aryl hydrocarbon Receptor' (AhR)**

As discussed in the introductory section of this report, the toxic effects of many chemicals occur through their ability to interact with specific biological receptors in the body, producing toxic responses. The best studied of all 'ligand-receptor interactions' and the unwanted biological responses that occur is that of dioxins and dioxin-like compounds interacting with the Aryl hydrocarbon Receptor (AhR). As discussed in the introduction, there are 12 forms (congeners) among the 209 possible PCB molecules that can interact with and activate the rodent (rat and mouse) AhR. These 12 forms are known as Dioxin-Like PCBs (DL-PCBs). Although all 12 forms have some ability to activate the rodent AhR, they differ vastly in their potency. This important point will be discussed in detail later.

Once a dose of activating ligand such as dioxin, or a DL-PCB, is high enough to activate a large number of AhRs, a series of biological events occur that may ultimately result in unwanted, toxic effects, which can include cancer, at least in rodents. When a sufficient number of dioxin-like molecules bind to the AhR, additional molecules in the cell (called co-factors) attach, and the complex is transported into the nucleus of a cell, where it recognizes specific regions of DNA, called 'Dioxin Response Elements (DREs) (Figure 10).

40

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure 10. The molecular mechanism of activation of gene expression by the AhR (from: Denison and Nagy, 2003)**

When the AhR-ligand complex binds to these DREs in the cell nucleus, it turns on a set of specific genes, causing them to make sometimes large amounts of proteins that have specific biological functions.  The magnitude of this response (how much new protein is made) is dependent on dose.  At low doses that are insufficient to occupy a significant number of receptors, no response will be evident.  But at high doses, many receptors are occupied, which triggers the increase in protein synthesis.  "Dose" here refers to the combination of the amount of activating ligand, and its relative affinity for the receptor (i.e., potency).  When a gene is activated the DNA code is 'transcribed' into an intermediate molecule called messenger RNA (mRNA), which in turn is 'translated' into a protein which has biological function.  Thus, receptor complexes like the AhR, when bound to a ligand, are called 'transcription factors' since they cause specific genes to be transcribed into mRNA.  It is the 'over-expression' of these genes that is ultimately responsible for the toxic effects observed from dioxins and dioxin-like molecules.  If the dose/potency of the activating ligand is not sufficient to cause the overexpression of these genes, then no response will occur.  Scientists often talk about 'down-stream effects' that result when a particular gene is activated by a transcription factor.  Perhaps the best example of this is a specific gene called 'Cytochrome P4501A1' (CYP1A1).  CYP1A1 is present in nearly all tissues, but usually at very low levels.  However, when dioxin-like molecules are present in high enough concentrations, they bind to the AhR and induce the expression of CYP1A1 (Figure 10). This protein functions as a 'drug metabolizing enzyme' which can break down both exogenous (e.g., certain drugs and environmental chemicals) and endogenous (e.g., estrogen) molecules.  There is strong evidence that much – but not all- of the toxic effects of dioxin-like molecules is due to the high levels of expression of CYP1A1 that happen after exposure to dioxin-like molecules.  Like all toxic responses, the level of induction of CYP1A1 is dependent on both the amount of activating ligand (e.g., dioxin, DL-PCBs) AND the affinity of the ligand for the AhR (the potency of the ligand).  As is typical with all receptor-ligand interactions, the slope of the dose-

41

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

response curve is very steep (see for example, Figure 5, Estrogen Receptor activation).  At doses below the threshold of activation, there are no biological responses because the concentration of ligand at the receptor site is insufficient to activate enough receptors to produce a measurable biological response.  However, once the dose reaches a concentration sufficient to begin activating the receptors, further increases in dose result in proportional increases in response, until the dose is sufficient to occupy nearly all the receptors.  Once this occurs, the receptors are 'saturated' and higher doses do not produce an increase in effect.  This will be illustrated later with specific data on some DL-PCBs that cause liver tumors in laboratory rats.  (See Appendix 3 for a more detailed description of how the AhR functions to produce toxic responses in cells following activation by dioxin-like compounds.)

It is widely recognized that the toxicological effects of the DL-PCBs, including the production of tumors in rats, are dependent upon the relative abilities of different DL-PCB congeners to bind to and activate the AhR.  Based on this widely recognized concept, every regulatory body in the world with authority for PCB regulations utilizes the concept of "Toxic Equivalency Factors", or TEFs, to assess the potential toxicity of PCB mixtures.  Since the 1990s, the World Health Organization (WHO) has organized expert meetings to review the scientific basis for establishing the TEFs for dioxins and dioxin-like compounds at the international level, thus providing consistent approaches to risk assessment to national/international regulatory authorities (van den Berg *et al.*, 2006).

Numerous recent reviews have exhaustively described the sequence of events that occur following extensive activation of the AhR by dioxins and dioxin-like compounds (See Appendix 3 for details).  The complex series of 'downstream' events that lead to changes in gene expression and associated biochemical changes result in a wide variety of adverse effects, including but not limited to tumors, immune toxicity, liver toxicity, chloracne and other dermatological effects, and adverse reproductive and developmental outcomes.  Thus, all of these adverse outcomes are dependent upon the 'Key Initiating [Molecular] Event' of activation of the AhR.  Therefore, to estimate the potential health risks from exposures to DL-PCBs it is only necessary to identify the dose-response relationship for the DL-PCBs that can activate the <u>human</u> AhR and determine a biological 'no effect' level in target tissues. Indeed, the EPA encourages the utilization of 'mode of action' data in conducting risk assessments.  For example, in the 2005 Guidelines for Carcinogen Assessment, EPA states *"As understanding of mode of action improves and new types of data become available, dose-response assessment will continue to evolve. These cancer guidelines encourage the development and application of new methods that improve dose-response assessment by reflecting new scientific understanding and new sources of information."* (US EPA, 2005, p. 3-2).

**A more comprehensive discussion of how 'mode of action' data are currently being used in Risk Assessment via the 'Adverse Outcomes Pathways' approach to chemical risk assessment can be found in Appendix 3.**

More recent animal studies have demonstrated that the AhR must be maximally activated for much of the lifespans of the animals to cause a significant increase in liver tumors.  Many receptors in the body have significant biological effects even if they are only activated at 25 to 50% of the maximal possible amount, so relatively small additions to the normal activation that might come from an exogenous drug or environmental chemical might have important biological consequences.  This is not the case for the cancer-causing effects of DL-PCBs in female rats, as shown by a series of elegant experiments conducted by the National Toxicology

42

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Program (NTP).  The NTP, a Congressionally-mandated division within the National Institute of Environmental Health Sciences (NIEHS), is widely recognized as the leading authority in the world in the conduct, evaluation and interpretation of 2-year (lifetime) laboratory animal bioassays to determine the carcinogenic potential of environmental contaminants.  In the mid-2000's, the NTP conducted a series of detailed, 2-year bioassays on various specific congeners of PCBs, dioxins and dibenzofurans to determine if activation of the AhR is the sole mechanism by which dioxins and dioxin-like PCBs cause cancers in laboratory rats.  In addition to assessing dioxin (TCDD) itself, they analyzed two dioxin-like PCBs (PCB126 and PCB118) and one 'non-dioxin like' PCB, PCB153, as well as some combinations of these congeners. [See Appendix 3B and C for detailed discussion of how activation of the AhR is the Key Molecular Event in the mode of action for liver cancer development following administration of dioxins and dioxin like compounds to laboratory rats, and a detailed analysis of the NTP studies on PCB126, PCB118, PCB153 and TCDD (NTP, 2006a, b, c, d, e, 2010)].

The finding that the AhR must be maximally activated for much of the lifespans of the animals to cause a significant increase in liver tumors is important because the 'Margins of Exposure' analysis used in this report identifies the point of departure where only minimal activation of the AhR occurs.  This provides another 'implicit' Margin of Exposure of perhaps 1 order of magnitude (factor of 10), since adverse effects would not be anticipated until the dose was sufficient to produce a much greater level of AhR activation than would occur at the 'Point of Departure' chosen for calculating Margins of Exposure.

- **Consideration of an Alternative Mode of Action for liver tumor promotion by PCBs: Activation of nuclear receptors CAR and/or PXR**

As discussed above and in Appendix 3, there is extensive scientific evidence to demonstrate that activation of the AhR by DL-PCBs and subsequent downstream changes in gene expression in the liver is the primary mechanism by which PCB mixtures promote the development of liver tumors in laboratory animals. However, there is limited evidence that non-dioxin like PCBs may also act as liver promoters. For example, the (Mayes *et al.*, 1998) study on Aroclor 1016 found a small number of benign liver adenomas at the two highest doses (100 and 200 ppm), even though the dioxin 'TEQ' in the Aroclor 1016 mixture was quite low, relative to Aroclor 1254 and 1260. And some of the earlier studies on Aroclor 1260 found tumors at the highest dose groups, even though the DL-PCB content in Aroclor 1260 is not has high as Aroclor 1254. But there is substantial evidence that the mechanism of tumor promotion by NDL-PCBs is via changes in gene expression that is secondary to activation of nuclear receptors CAR and PXR, and results in altered metabolism of endogenous hormones and other biomolecules at high doses.  A variety of NDL-PCBs have been shown to be effective agonists of both rat CAR and PXR (Gahrs *et al.*, 2013) (Discussed in Appendix 3). However, the significance of this to humans is questionable, since recent studies have shown that PCBs are not effective activating ligands for human PXR (Tabb *et al.*, 2004).  Furthermore, the promotion of liver tumors in rats by activating CAR ligands such as phenobarbital, after extensive evaluation of existing data, have been shown to not be relevant to human liver cancer risk (reviewed in Appendix 3).  A workshop with broad participation from many scientists from government (including EPA), academia and industry was held to address the question of the relevance of Nuclear Receptor activation (including AhR, CAR and PXR) as a mode of action for human liver cancer risk (Andersen *et al.*, 2013). The findings from that workshop report confirmed that the AhR mode of action was relevant to humans and recommended further analyses for dose-response modeling.  The subsequent report of the workshop discussed above by Budinsky *et al.* (2014) discussed above presents the outcome for AhR mode of action and dose-response modeling for liver cancer

43

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

called for by the Andersen *et al.* consensus report (Andersen *et al.*, 2013). The sub-panel of 21 of the world's top experts on the molecular functions of CAR provided a detailed review and discussion of a large body of data on CAR activation in rodents. The Workshop report concluded with the following statement:

> *"In conclusion, from an evaluation of literature data a robust MOA based on CAR activation for PB[phenobarbital]-induced rodent liver tumor formation has been developed. The data on species differences was considered by the majority of the panel to be sufficient to determine that this MOA would be qualitatively not plausible for humans. Thus compounds that cause rat or mouse liver tumors through this CAR-mediated MOA, similar to PB, would not be expected to increase the risk of liver tumor development in humans"* (Elcombe *et al.*, 2014).

Finally, Ayotte *et al.* (2005) did an extensive analysis of a fish-eating population living on the Lower North Shore region of the St. Lawrence River with an unusually high body burden of polychlorinated biphenyls (PCBs) and dioxin-like compounds (DLCs). They measured biomarkers indicative of liver enzyme induction via CAR, PXR and AhR, and investigated the relationship with organochlorine body burden in adult volunteers. The results of their analyses led to the following conclusion: *"In summary, we found no relation between biomarkers of OC* [organochlorine compound] *exposure and markers of hepatic enzyme induction in this highly exposed group of fish eaters from the Lower North Shore of the St. Lawrence River."* Given the very high levels of PCB exposure in this high fish-eating population, relative to Spokane River sport fish consumers (see Section II.A), the lack of any notable change in biomarkers of drug metabolizing enzymes provides further proof that activation of CAR, PXR and/or AhR <u>does not occur at the doses of PCBs provided through consumption of fish, even those containing relatively high levels of PCBs.</u>

- **Conclusions regarding Mode of Action for PCB carcinogenesis**

In conclusion, there is strong scientific consensus among the leading toxicologists in the world, regarding the mode of action of PCBs in causing cancer in experimental animals.  The key conclusions about the carcinogenicity of PCBs from these reviews are:

1.  Mutagenesis/genotoxicity is not a significant contributor to the carcinogenicity of PCBs in experimental animals, and does not contribute to any theoretical cancer risk in humans from exposure to PCBs via consumption of fish;

2.  The mixture of PCB congeners found in fish are tumor promoters; they are non-genotoxic and thus initiation is not a significant component of the carcinogenic response to PCB mixtures seen in rats;

3.  Although activation of the rat CAR and/or PXR receptors by non-DL-PCBs is likely to contribute to tumor promotion in rat liver seen in some Aroclor studies (e.g., 1016 and 1260), this mode of action is not relevant to liver tumor development in humans, particularly at levels of exposure that are well below the level needed for significant CAR and/or PXR activation.

4.  The mode of action for tumor promotion by PCBs is based largely on the presence of dioxin-like PCBs and activation of the AhR is the key molecular event in tumor development in rats.  This mode of action is sufficient to explain liver tumors in rats and mice following exposures to mixtures of PCBs that contain DL-PCBs that activate the AhR in rodent liver. While this mode of action is potentially applicable to humans, as I explain elsewehere, the doses to which humans are exposed are too low

44

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

to activate the AhR, which is an essential, but not sufficient, step in the ultimate development of PCB-induced tumors, including cancer.

5. For the mixtures of PCBs found in fish, activation of AhR will occur at exposures far below the exposures needed to activate CAR and/or PXR, and thus utilization of AhR activation as the 'Point of Departure' for MOE estimations fully accounts for tumor promotion that might occur at higher doses via CAR and/or PXR activation (e.g., tumors seen in Aroclor 1260-treated rats).

Given the large body of data on mode of action for PCBs and cancer outcomes, the current approach for assessing the potential human cancer risk for PCBs should use a mode-of-action (e.g., Adverse Outcome Pathways) approach. This approach involves modeling the shape of the dose-response curve for the most sensitive Key Molecular Event, activation of AhR in rodents. Since activation of AhR is necessary, but not sufficient, to cause liver cancer in rats, identifying the highest dose that does NOT significantly activate the AhR can then be used as a suitable 'point of departure', or 'threshold' for risk assessment. But because of the well-characterized species differences between human and rat AhR in response to DL-PCBs, it is necessary to use a <u>human</u> TEQ for AhR activation, and then compare the human 'Point of Departure' dose to measured human exposures to DL-PCBs (PCB126) to identify Margins of Exposure for particular exposure scenarios.

4. **Dose-response assessment**

Dose-response analysis of all of the major 2-year bioassay studies- the NTP studies on PCB126, PCB118 (two tumor types) and TCDD, and the Mayes *et al.* (1998) 2-year studies on Aroclor 1254 and 1260 are plotted in Figure 11.

45

701

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure 11.  Dose-response analysis of orally administered Aroclors and dioxin-like compounds.  Dose is expressed in units of μg/kg bw/day, and response is plotted as % of animals with benign and/or tumors in the liver.  (PCB118 CC = 'cholangiocellular carcinoma', a specific type of liver cancer)**

Several key points are evident:

1. The slope of the Dose-Response relationship for all compounds is very steep, with tumor response going from 10% to maximal (~50-80% response) occurring over a dose range less than 10-fold, and in some instances less than 5-fold.

2. The steep slope of the dose-response relationship demonstrates the existence of thresholds.

3. The 'relative potency' for *in vivo* tumor formation is remarkably consistent with *in vitro* measurements of the various affinities for the AhR, when comparing PCB126 to TCDD (PCB126 is 10-times less potent, and the *in vitro* TEF for AhR binding in the rat is 0.1), PCB118 and TCDD (PCB118 is about 30,000 – 100,000 times less potent than TCDD, and the assigned TEF for PCB118 is 0.00003 (WHO) or 0.000009 (Larsson *et al.*, 2015).

4. Aroclor 1254 used in the Mayes *et al.* (1998) study has a tumor dose-response rate that is similar to what is seen with PCB118 by itself, and the tumor dose-response rate for Aroclor 1260 is less potent than that seen for Aroclor 1254 and PCB118.

Taken together, these 'daily intake' dose-response relationships demonstrate the remarkably strong relationship between AhR potency of the various compounds/mixtures, and tumor production over 5 orders of magnitude dose range (from daily doses of TCDD in the 0.01-0.1 μg/kg/day range, to Aroclor 1260 doses of 1,000-4,000 μg/kg/d).  If one plots the daily dose in units of TEQ (using *in vitro* estimates based on AhR

46

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

induction), the range of responses drops from 5 orders of magnitude (500,000-fold) to about 1 order of magnitude (10-fold) (Figure 12).



**Figure 12.  Dose-response relationship between liver tumors and dose of DL-PCBs and Aroclors, normalized to TEQs**

These data demonstrate that, in the rat, a lifetime daily dose of TCDD equivalents of 1 ng/kg/d would represent a reasonably conservative 'point of departure' based on tumor responses across a wide range of 2-year bioassays, since in no instance were there tumors noted in any study at doses below 5 ng/kg/d dioxin TEQ (Figure 12). Indeed, Simon *et al.* (2009) conducted a detailed assessment of TCDD tumor response and adverse outcomes pathways and concluded that 1 ng/kg/d of TCDD equivalents was appropriate for use as a Point of Departure based on numerous key events in the development of liver effects following TCDD administration (Table 7).

**Table 7.  Modeling of various hepatotoxicity end points from TCDD 2 yr bioassays (from: Simon *et al.*, 2009)**

Nonlinear Estimates of Cancer Potency to Obtain RfDs based on Combined Liver Tumors and Four Key Events

| Derivation step | Combined liver tumors | | Toxic hepatopathy (15% POD) | EROD (6 × BMD) | AHF (3 × BMD) | Labeling index (0.5 × BMD) |
|---|---|---|---|---|---|---|
| | 1% POD (dichotomous Hill model) | 1% POD (multistage model) | | | | |
| Modeled $EC_x$ in rats (tissue concentration, ng/kg) | 2610 | 2475 | 3085 | 1566 | 2493 | 2497 |
| After application of $LN_{AF}$ (1) | 2610 | 2475 | 3085 | 1566 | 2493 | 2497 |
| After application of $AD_{AF}$ (0.1) | 26,100 | 24,750 | 30,850 | 15,660 | 24,930 | 24,970 |
| Modeled HED from Carrier model (external dose, ng/kg/day) | 1.3 | 1.1 | 1.5 | 0.8 | 1.2 | 1.2 |
| RfD (ng/kg/day) after application of $HK_{AF}$ (3) and $HD_{AF}$ (3) | 0.1 | 0.1 | 0.15 | 0.08 | 0.1 | 0.1 |
| RfD (mg/kg/day) (commonly used units) | $1 \times 10^{-7}$ | $1 \times 10^{-7}$ | $1 \times 10^{-7}$ | $8 \times 10^{-8}$ | $1 \times 10^{-7}$ | $1 \times 10^{-7}$ |

However, they did not have available to them the detailed AhR species response data from Larsson *et al.* (2015) for their species adjustments to arrive at <u>a human-relevant</u> RfD.

47

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Thus, one next needs to consider other factors that might modify this 'Point of Departure' estimate and use an Adverse Outcome Pathway approach (described in Appendix 3C) to establish a Benchmark Dose based on the key molecular event, activation of the human AhR.

5. **Risk characterization: Cancer risk from exposure to PCBs found in fish in the Spokane River system**

   *Sub-opinion: Recent studies have demonstrated that only one PCB congener, PCB126, has any measurable activity towards the human AhR, although there are 12 PCBs (so-called 'dioxin-like PCBs') that have appreciable action toward the rat AhR and thus contribute to rat liver tumors in the studies used in the EPA risk assessment. Thus consideration of the daily intake of PCB126 in Spokane River fish is all that is needed to assess MOEs.*

As summarized above (and discussed in detail in Appendix 3), since the mode (mechanism) of action of rat liver tumor formation from PCBs requires activation of the AhR, it is important to consider how well the 12 dioxin-like PCBs interact with the HUMAN AhR, since it is human cancer risk that is of interest. The EPA used liver tumors identified in rats fed relatively large doses of PCBs to predict human cancer risk. The default assumption used by the EPA is that humans are at least as sensitive, if not more, than rats, to the cancer-causing effects of PCBs. But the EPA also encourages consideration of differences in potency and adjusting appropriately for those differences when 'mode of action' data are available (US EPA, 2005).

The study by Larsson *et al.* (2015) perhaps provides the most important new information to come from over 14,000 + research articles on PCBs since the EPA's 1996 guidance document.  It has been known for more than two decades that human tissues seem to be much less responsive to some 'dioxin-like' molecules when compared to rats (See Appendix 3).  However, a careful, quantitative determination of exactly how different human tissues, particularly liver (the site of the tumors that EPA uses in their risk assessment to regulate PCBs in the environment) respond to the various dioxin-like PCBs had not been done until this study.

Larsson *et al.* (2015) used human liver cells and compared them directly with rat liver cells for their responsiveness to AhR induction via various different dioxins and dioxin-like PCBs.  They measured EROD activity (discussed above, as the most widely used measure of AhR activation), but also measured other AhR induction metrics, such as the level of mRNA of AhR-driven genes.  All of the different measures gave similar results, but EROD was the most 'robust', and is also regarded as the most biologically relevant AhR response. The results reveal three major differences between human and rat AhR response to the DL-PCBs that dramatically change human risk assessments for PCBs from those done by EPA in 1996, and WDOH/ATSDR in 2011, that relied solely on rat (see Table 8 below, reproduced from Larsson *et al.* (2015)):  1) the human AhR is about 25-30 times less sensitive to AhR activation by TCDD, compared to the rat AhR; in other words, it takes at least 25 times more dioxin to cause the same level of activation of human AhR as the rat AhR; 2) only one DL-PCB, PCB126, was capable of activating the human AhR, even though the other DL-PCBs activated the rat AhR with relative potencies very similar to previous WHO determinations; and 3) while PCB126 was able to activate human AhR, it did so with a relative potency in human liver cells approximately 300 times less than TCDD activation in human liver cells, giving a human TEF value of 0.003, rather than 0.1 for  the rat AhR.

Larsson *et al.* (2015) then utilized these data to reevaluate appropriate 'in species' TEF values and recommended new TEFs be used for Risk Assessment of dioxin-like compounds, including DL-PCBs.

48

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 8.  Comparison of the relative potency of various dioxins and dioxin-like PCBs to activate the AhR from different species, including rats and humans (from Larsson et al., 2015)**

| compound[b] | rat liver epithelial cells | | rat lung epithelial cells | | rat liver | | | rat liver | mouse liver | guinea pig liver | human liver | | human keratinocytes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cyp1a1 mRNA[e] | Cyp1b1 mRNA[e] | Cyp1a1 mRNA[f] | Cyp1b1 mRNA[f] | EROD primary hepatocytes[g] | EROD H4IIE hepatoma cells | Luc.[h] | Luc.[h] | Luc.[h] | Luc.[h] | EROD Primary hepatocytes[g] | Luc. HepG2-AZ-AhR cells[h] | CYP1A1 mRNA | AhRR mRNA |
| *Chlorinated Dibenzo-p-dioxins* | | | | | | | | | | | | | | |
| 2378-TCDD | 0.020 | 0.0019 | 0.0062 | 0.0032 | 0.0042 | 0.0038 | 0.0056 | | 0.011 | 0.0015 | 0.11 | 0.19 | 0.12 | 0.10 |
| *Non-ortho PCBs* | | | | | | | | | | | | | | |
| PCB77 | 2.4 | 0.13 | 1.1 | 0.28 | 9.28 | 67 | 40 | | 6.0 | 0.71 | −[c] | −[c] | −[c] | −[c] |
| PCB126 | 0.18 | 0.0030 | 0.027 | 0.0081 | 0.073 | 0.041 | 0.076 | | 0.24 | 0.0081 | 26 | 58 | 50 | −[c] |
| PCB169 | 2.6 | 0.058 | 1.38 | 0.50 | 5.8 | 4.7 | 2.6 | | 21 | 0.11 | −[c] | −[c] | −[c] | −[c] |
| *Mono-ortho PCBs* | | | | | | | | | | | | | | |
| PCB74 | 14 | 0.17 | 1.4 | 0.26 | −[c] | −[c] | 4.2 | | 4.5 | 1.1 | −[c] | −[c] | −[c] | −[c] |
| PCB105 | 1.8 | 0.045 | 0.62 | 0.089 | 0.80 | −[c] | 1.3 | | 6.1 | 0.012 | −[c] | −[c] | −[d] | −[d] |
| PCB118 | −[c] | −[c] | 0.56 | 0.15 | 1.3 | −[c] | 1.6 | | 2.9 | 0.13 | −[c] | −[c] | −[d] | −[d] |
| PCB156 | 0.20 | −[c] | 0.046 | 0.0071 | 0.039 | 0.081 | 0.048 | | 0.28 | 0.011 | −[c] | −[c] | −[d] | −[d] |
| PCB167 | −[c] | 0.46 | 5.0 | 0.45 | −[c] | −[c] | −[c] | 1.5 | 7.8 | 0.12 | −[c] | −[c] | −[d] | −[d] |
| PCB189 | 5.5 | 0.072 | 0.87 | 0.085 | −[c] | −[c] | −[c] | | | 0.12 | −[c] | −[c] | −[d] | −[d] |
| *Di-ortho PCB* | | | | | | | | | | | | | | |
| PCB153 | −[e] | −[e] | −[e] | 12 | −[e] | −[e] | −[e] | | −[e] | | −[c] | −[c] | −[d] | −[d] |

[a]Data for primary human lymphocytes and primary murine splenic cells are provided in the Supporting Information (Table S3). [b]Names of compounds are abbreviated as described in section 2.1. [c]The induced response was too weak to calculate a $BMR_{20TCDD}$ value (see section 2.3). [d]Compound was tested at a concentration of 5 μM after 3, 6, 12, and 24 h but achieved no induction and was therefore not tested further. [e]Brenerová et al. (unpublished results). [f]Krčková et al. (unpublished results). [g]Lohr et al. (unpublished results). [h]Ghorbanzadeh et al. (2014).[15] [i]The coefficient of determination ($R^2$) was too low (see section 2.3).

Table 9 compares the previous WHO TEFs with the new values recommended for use, based on the results of their study. Of particular interest is **that PCB126 is the only DL-PCB with any measurable activity toward the human AhR,** and thus is the only DL-PCB that need be considered for human-based risk assessments for PCBs. It is important to note that the $TEF_{human}$ values allow for comparison of TCDD-equivalence activities toward the human AhR, but they <u>do not correct</u> for the large species difference in response to TCDD between rats and humans. **Thus, based on the data shown in** Table 8 **from Larsson et al. (2015), an additional 'species correction factor' of ~26 (calculated as the ratio of the human TCDD BMD20 response of 0.11 nM to the rat BMD20 of 0.0042 nM) should be used when using <u>rat</u> data to predict <u>human</u> response.** While I am relying on the Larsson et al. (2015) paper for specific cross-species correction factors, it should be recognized that there are multiple papers over the past 15 years that confirm the remarkable difference in AhR responsiveness to various dioxin-like compounds between humans and rodents. These papers, and a thorough evaluation of the Larsson et al. (2015) paper, can be found in Appendix 3D.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 9. New Consensus Toxicity Factors for Compounds with World Health Organization Toxic Equivalency Factors (WHO-TEF values represent 2005 designation) (from Larsson *et al.*, 2015)**

| compound[a] | CTF rat | CTF human | WHO-TEF |
|---|---|---|---|
| *Chlorinated Dibenzo-p-dioxins* | | | |
| 2378-TCDD[b] | 1 | 1 | 1 |
| 12378-PeCDD[b] | 0.5 | 1 | 1 |
| 123478-HxCDD[c] | 0.2 | 0.03 | 0.1 |
| 123678-HxCDD[b] | 0.06 | 0.06 | 0.1 |
| 123789-HxCDD[c] | 0.3 | 0.002 | 0.1 |
| 1234678-HpCDD[b] | 0.04 | 0.2 | 0.01 |
| OCDD[c] | –[e] | 0.005 | 0.0003 |
| *Chlorinated Dibenzofurans* | | | |
| 2378-TCDF[b] | 0.2 | 0.1 | 0.1 |
| 12378-PeCDF[c] | 0.2 | 0.6[ex] | 0.03 |
| 23478-PeCDF[b] | 0.2 | 1 | 0.3 |
| 123478-HxCDF[b] | 0.09 | 1 | 0.1 |
| 234678-HxCDF[b] | 0.07 | 0.06 | 0.1 |
| 123678-HxCDF[c] | 0.07 | 0.04[ex] | 0.1 |
| 123789-HxCDF[c] | 0.3 | 0.02 | 0.1 |
| 1234678-HpCDF[b] | 0.01 | 0.01 | 0.01 |
| 1234789-HpCDF[b] | 0.05 | 0.3 | 0.01 |
| OCDF[c] | 0.007[ex] | 0.2[ex] | 0.0003 |
| *Non-ortho*-substituted PCBs | | | |
| PCB77[b] | 0.0004 | –[d] | 0.0001 |
| PCB81[c] | 0.0002 | –[d] | 0.0003 |
| PCB126[b] | 0.09 | 0.003 | 0.1 |
| PCB169[b] | 0.002 | –[d] | 0.03 |
| *Mono-ortho*-substituted PCBs | | | |
| PCB74[b] | 0.000004 | –[d] | – |
| PCB105[b] | 0.00001 | –[d] | 0.00003 |
| PCB114[c] | 0.00006 | –[d] | 0.00003 |
| PCB118[b] | 0.000009 | –[d] | 0.00003 |
| PCB123[c] | 0.000009 | –[d] | 0.00003 |
| PCB156[b] | 0.00008 | –[d] | 0.00003 |
| PCB157[c] | 0.00003 | –[d] | 0.00003 |
| PCB167[b] | 0.000007 | –[d] | 0.00003 |
| PCB189[b] | 0.000007 | –[d] | 0.00003 |

*Footnotes for Table 9:*

a) Names of compounds are abbreviated as listed in the Materials and Methods.

b) Based on condensed information (PCA) from the experimental *in vitro* REPs.

c) Based on predictions from QSAR models.

d) No value reported due to the inactivity of PCBs in the human bioassays.

e) No value reported because the compound's membership probability value in the model was too low (below 99% confidence).

Predictions were made at the 99% confidence level (marked "ex") and at 95% confidence level (unmarked). The membership probability values are located in the Supporting Information (Table S7; Larsson *et al.*, 2015).

6. **Margins of exposure analysis: MOE for Cancer from PCBs found in edible fish in the Spokane River**

*Sub-opinion: The doses of DL-PCB TEQ to consumers of fish from the the Spokane River are hundreds of thousands of times below the 'threshold dose' necessary to cause significant (e.g., 20% of maximal) activation of AhR, and thus cannot contribute to increased cancer risk in humans.*

Since PCB126 is the only congener of the 209 PCB molecules with potential human health implications via the AhR activation pathway (Larsson *et al.*, 2015), it is important to assess exposures to this specific congener via the diet, which requires an estimate of the concentration of PCB126 in dietary sources, such as fish. However, PCB126 is seldom measured in surveys of PCB levels in fish.  Further, congeners differ in their rates

50

706

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

of volatility, rates of decomposition by the environment and organisms, and in their propensity to bioaccumulate in the environment and edible tissues of fish.  The focus of regulations for PCBs in environmental media (sediment and water) is on those congeners that bioaccumulate in the food chain, and thus can be consumed in the diet, particularly from fish.  Many of the lower chlorinated PCBs (mono, bi and tri) are relatively volatile and do not generally bioaccumulate to significant levels in the aquatic environment.  Thus, for risk assessments of PCBs in fish, it is necessary to narrow the consideration of congeners to those typically found in edible tissues of fish.  Fortunately, there is a great deal of information available that allows one to do this with some confidence, even if the only measurements taken are of 'total PCBs.'  **However, as discussed elsewhere (see Section II.A and Appendix 2: Exposure assessment) for the Spokane River, specific measurements of PCB126 concentration in edible fish tissues have been made and are used in this assessment.**

As described in Table 4 (Exposure Assessment), daily intake of both Total PCBs and of PCB126 have been determined based on measured concentrations of PCBs in multiple different species of fish, and consumption rates for these fish have also been determined from surveys of both sport and subsistence fishermen that consume fish from the Spokane River.  As discussed previously, the standard approach for quantitative risk assessment for carcinogens that act via non-genotoxic modes of action, which has clearly been established for PCBs through the NTP bioassays discussed above, is to estimate a 'Benchmark Dose (BMD)' or 'Point of Departure (POD)' dose from the animal studies in which there was no adverse biological response.  **As discussed in Appendix 3, the daily TCDD TEQ(rat) BMD01 was determined to be approximately 1 ng/kg/day dioxin equivalents (rat), or 1,000 pg/kg/day.  This now represents the animal dose equivalent to the Benchmark Dose, or 'Point of Departure' (POD), from which we compare human exposures to obtain Margins of Exposure (MOE) (Table 10).**  However, two adjustments to these MOE estimates are necessary, as they are based on the rat BMD.  Thus, to convert the BMD in rats to an equivalent <u>human</u> daily dose it is necessary to use a scaling factor to correct for body size difference between rats and humans. It is widely recognized in pharmacology and toxicology that comparing dose rates between species is best done using body surface area (e.g., mg/m$^3$ of surface area) rather than body weight (e.g., mg/kg body weight), which is the conventional dose units used in animal studies.  This adjustment value (or scaling factor) is approximately equivalent to using (body weight in kg)$^{3/4}$ , which is the widely accepted value used by the EPA (US EPA, 2005).  This would decrease the rat daily intake (i.e., increase its potency) by a factor of 4.2 (Nair and Jacob, 2016; US EPA, 2005)[11].  Thus, one simply divides the rat dose by 4.2 to convert it to human equivalent intake rate 'per kg bw' so that the BMD/POD of 1000 pg/kg/day in the rat becomes 238 pg/kg/day in human dose equivalents.  The second adjustment that is necessary is to adjust for the species difference between rats and humans of TCDD activation of the AhR, which, as discussed above, is a value of approximately 26 (Larsson *et al.*, 2015), since the human AhR is ~26-fold less sensitive to activation by dioxin-like compounds.  Thus, the rat BMD/POD adjusted for body weight scaling would then be multiplied by 26 to reflect the lower sensitivity

---

[11] Nair and Jacob provide the following conversion formula as a simple way to convert body weight to body surface area for cross species extrapolation:  HED (mg/kg)= Animal NOAEL (mg / kg)(1-0.75), where HED is 'human equivalent dose', and the correction factor in the exponent is assumed to be BW(3/4).  However, EPA CAG uses BW(3/4) : "*The 3/4 power is consistent with current science, including empirical data that allow comparison of potencies in humans and animals, and it is also supported by analysis of the allometric variation of key physiological parameters across mammalian species*", (US EPA, 2005, p3.6).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

of the human AhR to activation by PCB126 (Larsson *et al.*, 2015) – i.e., it takes 26 times more TCDD to get the same response from the human receptor as the rat receptor.  After correction for both the species scaling factor and the difference in species sensitivity to AhR by dioxin (TCDD, or TCDD equivalents, in the case of PCB126), the MOE for the 'average' exposure would be approximately 3,600,000.  An extreme/impossible daily dose MOE for a hypothetical consumer eating fish at the 95th percentile of consumption of all fish from the Spokane River, and all containing the upper 95th percentile amounts of PCBs measured in edible tissues in the Spokane River (Table 4) is 400,000 (Table 10).

**Table 10. Estimation of Margins of Exposure for different levels of consumption, and different levels of PCB concentration, of fish from the Spokane River**

| Exposure scenario | PCB126 daily intake, pg/kg/d (80 kg adult) | Estimated dioxin TEQ, using human-derived TEF (hTEF=0.003) | Species differences correction factor (Rat:Human BW SF = 4.2 (rat:human TCDD sensitivity = 26 ) | Margin of Exposure Using BMD01 for AhR induction as rat POD (1,000 pg/kg/d) |
|---|---|---|---|---|
| Mean Consump. Mean Conc. | 0.57 | 0.0017 pg/kg/d | 0.00028 pg/kg/d | 3,600,000 |
| U95% Consump. Mean Conc. | 2.7 | 0.0081 pg/kg/d | 0.0013 pg/kg/d | 760,000 |
| Mean Consump. U95% Conc. | 1.0 | 0.0031 pg/kg/d | 0.00050 pg/kg/d | 2,000,000 |
| U95% Consump. U95% Conc.[12] | 5.1 | 0.015 pg/k/d | 0.0025 pg/kg/d | 400,000 |

Figure 13 illustrates the large difference in exposures between rats receiving PCB126 in their diets in the NTP study, and humans receiving PCB126 in their diet via consumption of fish from the Spokane River. The steep 'dose-response' for both AhR induction (EROD Activity, blue line) and rat liver tumor development (orange line) is illustrated on this figure.

When adjusted for species differences, it is evident that even the upper bound 'worst case' human exposures are hundreds of thousands of times below the dose that produces any measurable effect on the AhR.  Thus, even when considering interindividual variability in response to AhR induction by PCB126 (likely to be less than 10-fold), it is essentially impossible that the dioxin-like PCBs in  Spokane River fish could have any biological effects in humans via activation of the AhR at these levels of exposure to PCBs in Spokane River fish.

---

[12] The combined 95%-ile for both consumption and 95%-ile for fish tissue concentration is a hypothetical/impossible scenario for a consumer because it corresponds to (1) a lifetime of consuming fish at extremely high intake rates, (2) a lifetime of daily consumption of only fish with the highest PCB levels, and (3) concentrations associated with raw fish tissues (because no correction factor was included to account for loss of PCBs that occurs during the process of cooking fish).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure 13.  Dose comparison between human TEQ exposure from consumption of fish from the Spokane River to PCB126 dose in NTP Rat bioassay. Blue line represents AhR induction in rats given PCB126 daily in their diets over a lifetime (2 years), and the orange line represents the % of female rats that developed liver tumors after 2 years of PCB126**

The results of this Margin of Exposure analysis of PCB126 above indicates that it is essentially impossible that dietary exposures to PCBs could result in significant activation of the AhR in human populations, even in populations with much larger exposures than would occur from Spokane River fish consumption.  Although several studies have demonstrated AhR induction in humans following accidental exposures to relatively high levels of chlorinated dioxins and dibenzofurane (e.g., Seveso, Italy reactor accident; Yusho Disease), these are irrelevant to dietary exposures to PCBs via fish consumption because the exposures included large amounts of dioxins and dibenzofurans, rather than just DL-PCBs (Lucier *et al.*, 1987).  Using the new consensus TEF values (Larsson *et al.*, 2015), the contribution of PCBs (i.e., PCB126) to the total human TEQ would be very small.   As demonstrated by Larsson *et al.* (2015) and many others, the human AhR is indeed highly responsive to dioxins and dibenzofurans, but non-responsive to dioxin-like PCBs, except for PCB126 and possibly PCB81 (see Appendix 3 for details).

**Human 'in vivo' studies that demonstrate that even relatively high dietary exposures to PCBs do not cause measurable activation of human AhR and subsequent changes in gene expression**

Brown (1994) used gas chromatographic analysis of tissues to establish a "fingerprint" of PCB-related metabolites that could be used to demonstrate if exposure to PCBs caused a measurable change in drug metabolizing enzymes, including the AhR-mediated CYP1A1, as well as other CYP enzymes now known to be regulated by CAR and PXR (CYP2B and CYP3A).  Using this analytical technique, they measured PCBs and their metabolites in the blood of 138 capacitor workers occupationally exposed to Aroclors, who originally had

53

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

serum Aroclor levels averaging 1,655 ppb, a level that is over 2,000 times higher than average PCB blood levels seen in the US population (~0.82 ppb; NHANES data, Patterson *et al.*, 2009), and more than 500 times the 95th percentile of the NHANES data (3.5 ppb; Patterson *et al.*, 2009).  Even in this highly PCB-exposed population, they *"found no individuals with the clear depressions in PCBs 70 and 118 that would indicate CYP4501AI induction"*, providing further evidence of the relative resistance of humans to DL-PCB-mediated activation of the human AhR.

Pereg *et al.* (2002) was the only study identified that directly measured EROD activity (a consequence of AhR activation) in **human** tissues following dietary exposures to relatively high levels of PCBs in fish. The authors set out to:

> *"determine if the body burden of PCBs is related to placental CYP1A1 activity in Inuit women from Nunavik (northern Québec), a population highly exposed to organochlorines [PCBs]. Placenta and cord blood samples were obtained from 35 Inuit women and 30 women from a southern Québec community exposed to background levels of organochlorines. [They] measured PCB concentrations in all cord plasma samples and in a subset of placenta samples from the Nunavik group and assessed CYP1A1 activity (ethoxyresorufin-O-deethylase; EROD) in placental microsomes from all participants."*

Pereg *et al.* (2002) found that EROD activity in placental tissues of these women was indeed responsive to induction by AhR ligands, since there was a dose-related increase in placental EROD activity when segregated by smoking status.  Women who were classified as heavy smokers had about a 6-fold increase in placental EROD, compared to non-smokers.  Moderate smokers had approximately 2-fold increase, compared to non-smokers (polyaromatic hydrocarbons, or PAHs, are effective activating ligands for the AhR, and are present in cigarette smoke).  However, the relatively highly PCB-exposed Inuit women from Nunavik had NO differences in placental EROD activity when compared to women from a suburban Quebec community with background exposures to PCBs, after controlling for smoking (Figure 14).

The authors provided the following conclusion to their study: "...based on results from the present study, it appears unlikely that PCBs found in the Arctic food chain would be involved in such potential adverse developmental effects through an AhR-signaling pathway and placental CYP1A1 induction."

It is important to note that 'Arctic Food Chain Exposure' of these Inuit women was from consumption of Marine mammals as well as from fish. Marine mammals are known to have much higher levels of PCBs in body fat, compared to fish, and contribute substantially to PCB exposures in circumpolar populations that include marine mammals in their diet (Deutch *et al.*, 2004). Thus, these exposures were likely to be hundreds

54

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

to thousands of times higher than would occur from consuming fish caught in the Spokane River, yet there was NO evidence of any induction of AhR in this population.

**Figure 14. Placental EROD activity in Nunavik and southern Québec groups by smoking categories. Bars represent the GM and GSD; values shown inside bars = n.**



Long *et al.* (2007) also attempted to correlate DL-PCBs with serum EROD (AhR) activity in relatively highly PCB-exposed populations in Greenland and failed to find a positive correlation between DL-PCBs and serum AhR activity. Indeed, the correlation was actually negative. They hypothesized that the negative correlation was due to PCB congeners inhibiting AhR activation but provided no data for that hypothesis.

Finally, Ayotte *et al.* (2005) did an extensive analysis of a fish-eating population living on the Lower North Shore region of the St. Lawrence River with an unusually high body burden of PCBs and dioxin-like compounds. They measured biomarkers indicative of liver enzyme induction (e.g., AhR and CAR activation) and investigated the relationship with organochlorine body burden in adult volunteers. The results of their analyses led to the following conclusion: *"In summary, we found no relation between biomarkers of OC* [organochlorine compound] *exposure and markers of hepatic enzyme induction in this highly exposed group of fish eaters from the Lower North Shore of the St. Lawrence River."*

Thus, these data provide additional direct human support for the conclusion that human relevant DL-PCBs (PCB126, PCB81) exposures in even highly exposed populations (via fish and marine mammal consumption) are insufficient to cause a biologically significant activation of the AhR, and thus could not present a significant risk for cancer or other AhR-mediated toxic responses from DL-PCBs. Given the very high levels of PCB exposure in these high fish-eating population, relative to Spokane River fish consumers, the lack of any notable change in biomarkers of drug metabolizing enzymes provides further proof that **activation of human CAR, PXR and/or AhR <u>does not occur at the doses of PCBs provided through consumption of fish from the Spokane River, and therefore consumption of fish from the Spokane River provides no increased risk for cancer, even in consumers of relatively large amounts of Spokane River fish.</u>**

7. **Comparison of theoretical cancer risks from exposure to other carcinogens present in City of Spokane drinking water**

In addition to managing sewer systems and storm drains that enter the Spokane River, the City of Spokane's Water Department also provides drinking water to more than 220,000 people (City of Spokane -

55

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Environmental Programs, 2019).  As noted in the City's release of the 2018 City of Spokane Drinking Water Annual Report, "The City is committed to providing safe, clean drinking water to our customers at an affordable price" (Feist, 2019).

In this 2018 annual report, and in previous ones, the City of Spokane states that the "*City meets or exceeds all drinking water standards.*"  They also discuss the fact that there are several known human carcinogens present in the City's drinking water, including radon and arsenic (City of Spokane - Environmental Programs, 2019).

### Radon-222

Radon is a radioactive element that occurs naturally in soil and is often found in drinking water in regions of the country where soil levels are relatively high.  Spokane is one such region.  The City of Spokane's 2016 Annual Drinking water Report states the following, regarding measurements of radon in City drinking water (City of Spokane - Environmental Programs, 2017):

> "*The Water Department monitored the Central, Hoffman and Nevada wells for radon in 2016, with results of 434 pCi/L, 439 pCi/L, and 445 pCi/L respectively.*"

and

> "*The Environmental Protection Agency has published a proposed rule for regulating the concentration of radon-222 in drinking water. The rule proposes a maximum contaminant level goal (MCLG) of zero, a maximum contaminant level (MCL) of 300 pCi/L, and an alternative maximum contaminant level (AMCL) of 4000 pCi/L. The proposed rule would require that community water supply systems (including the City's) generally would have to comply with the MCL of 300 pCi/L, unless there is a multi-media mitigation program (MMM) in place. With a MMM, the AMCL of 4000 pCi/L would apply.*"

The 2018 Annual Report states the following (City of Spokane - Environmental Programs, 2019):

> "*The Water Department monitored the Grace, and Well Electric wells for radon in 2018, with results of 380 pCi/L, and 510 pCi/L respectively.*"

The US EPA estimates that radon exposure is the second leading cause of lung cancer in the United States, second to cigarette smoking (US EPA, 2019c):

> "**Radon** *is the number one cause of lung cancer among non-smokers, according to EPA estimates. Overall, radon is the second leading cause of lung cancer. Radon is responsible for about 21,000 lung cancer deaths every year. About 2,900 of these deaths occur among people who have never smoked. On January 13, 2005, Dr. Richard H. Carmona, the U.S. Surgeon General, issued a national health advisory on radon.*"

Thus, using both US EPA and Washington Department of Health information, it is evident that the City of Spokane's drinking water presents theoretical cancer risks from Radon 222 that exceed any theoretical cancer risks from PCBs, even using the outdated and incorrect assumptions of 'low dose linear' cancer risk from PCBs.

56

712

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*Inorganic Arsenic*

Another example of comparative risks that far exceed the theoretical cancer risk from PCBs, estimated by WDOH/ATSDR, and relied upon by plaintiffs experts, is arsenic, which is found in the City of Spokane drinking water:

From 2016 and 2018 Annual Drinking Water Reports (City of Spokane - Environmental Programs, 2017, 2019):

> *"The arsenic readings in 2016 at the Central, and Well Electric wells were 3.49 and 5.07 ppb respectively. The Maximum Contaminant Level (MCL) for Arsenic is 10 ppb.*
>
> *The arsenic readings in 2018 at the Nevada, Parkwater and Ray Street wells were 2.77 µg/L, 3.18 µg/L and 3.86 µg/L respectively. The MCL for arsenic is 10 µg/L, or parts per billion (ppb). For City drinking water, 5.13 µg/L of arsenic in 2009 from Ray Street Well represents the highest result to date."*

City of Spokane drinking water currently meets EPA's revised drinking water standard for arsenic. However, it does contain low levels of arsenic. EPA's standard balances the current understanding of arsenic's possible health effects against the cost of removing arsenic from drinking water. EPA continues to research the health effects of low levels of arsenic, which is known to cause cancer in humans at high concentrations and is linked to other health effects such as skin damage and circulatory problems. Information on arsenic in drinking water, testing methods, and steps you can take to minimize exposure is available from the Safe Drinking Water Hotline or at safewater.zendesk.com/hc/en-us/sections/202366558-Arsenic."

It would be instructive to compare the theoretical risks of consuming Spokane River Fish, as detailed in the WDOH/ATSDR 2011 risk assessment, with the theoretical cancer risk from drinking Spokane City water at the levels described above (~3-5 ppb), using the same approach.

The EPA IRIS document on arsenic provides the following 'risk' values for oral exposure to arsenic (US EPA, 1995):

> *"II.A.1. Weight-of-Evidence Characterization*
>
> *Classification — A; human carcinogen*
>
> ***Basis*** *— based on sufficient evidence from human data. An increased lung cancer mortality was observed in multiple human populations exposed primarily through inhalation. Also, increased mortality from multiple internal organ cancers (liver, kidney, lung, and bladder) and an increased incidence of skin cancer were observed in populations consuming drinking water high in inorganic arsenic.*
>
> *II.B. Quantitative Estimate of Carcinogenic Risk from Oral Exposure*
>
> *II.B.1. Summary of Risk Estimates*
>
> *Oral Slope Factor — 1.5E+0 per (mg/kg)/day*
>
> *Drinking Water Unit Risk — 5E-5 per (µg/L)*
>
> *Extrapolation Method — Time- and dose-related formulation of the multistage model (U.S. EPA, 1988)"*

57

713

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Using EPA's default assumption of consumption 2 liters drinking water per day (US EPA, 2011b) and their 'Unit Risk' (per micrograms/liter) value of 5 additional cancers per 100,000 people exposed at that level, then consumption of City of Spokane drinking water containing 4 ppb (µg/L) of inorganic arsenic would result in 8 µg of As per day, and a theoretical increase in 40 cases of cancer per 100,000 people exposed (or 4 in 10,000). **This level of theoretical cancer risk far exceeds the theoretical PCB-related cancer risks from consuming Spokane River fish calculated by Plaintiffs' experts and the WDOH/ATSDR 2011 risk assessment.**

It is important to recognize that hundreds of thousands of people in the City of Spokane do consume 1-2 liters of City of Spokane drinking water on a daily basis, potentially for nearly all of their lives. Further, these EPA risk estimates for both radon and arsenic are based on extensive human studies where exposures were often only 1-2 orders of magnitude greater than City of Spokane residents receive on a daily basis.

In contrast, the 'population at risk' for PCBs is limited only to those people who consume fish caught from the Spokane River on a weekly basis for most of their lives.  The size of this 'at risk population' can only be a small fraction of the entire population of Spokane.

If the City's primary motivation for spending hundreds of millions of dollars to reduce the input of PCBs into the Spokane River (so that the concentrations of PCBs in fish would eventually be redced by 5.5-9%) is public health protection, they would have much greater risk reduction and public health benefit by spending their money on implementing treatment process to reduce the presence of radon-222 and arsenic in their drinking water.

### C. Assessment of potential toxicity to the <u>immune system</u> from PCBs in fish in the Spokane River (see Appendix 4 for supplementary materials)

The immune system is composed of a series of balanced, complex, multicellular, and physiological mechanisms whose role is to preserve the integrity of the host. Functionally, the immune system distinguishes "self" tissues (organs and cells) from foreign ("non-self") materials (e.g., bacteria, viruses, transformed cells) and then utilizes one or more of its specialized and complex systems to neutralize and/or eliminate the foreign materials. The immune system operates as a continuum, and perturbation to the system by xenobiotics (i.e., foreign chemicals) may lead to altered immune competence. Changes leading to enhanced responsiveness (or failure to recognize self) can progress to autoimmune disease or hypersensitivity, while decreased ability to recognize (or neutralize/eliminate) foreign material can lead to immunosuppression and illness (Kaplan *et al.*, 2013). Substances are considered immunotoxic when they adversely affect normal immune system operations.

Primary lymphoid organs (bone marrow, thymus) produce and support production of immune cells (e.g., B and T cells). Secondary lymphoid organs (spleen and lymph nodes) filter antigens from the blood and body fluids; other secondary lymphoid tissues are associated with the skin, mucosal laminal propria, gut, bronchioles, and nasal cavity (Kaplan *et al.*, 2013). Functionally the mammalian immune system is comprised of two divisions: (1) innate immunity, which is nonspecific in nature, involves responses by neutrophils, macrophages, natural killer (NK) cells, and dendritic cells (DCs); and (2) acquired (or adaptive) immunity, which is characterized by specificity and immunological memory and subdivided into (a) humoral immunity, which depends on production of antigen-specific antibody B cells and their subsequent interactions with other cells of the immune system and (b) cell-mediated immunity (CMI), which encompasses acquired

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

immunity not dependent on antibody involvement. Many different types of assays have been used to assess immune system status following exposure to different test articles. In general, these assays evaluate various aspects of immune response (e.g., antibody production or resistance to infection) of control animals compared to responses in groups of animals previously treated with different concentrations of test article. Types of assays used to assess immune function include assays that evaluate general gross immunopathology changes (organ weight and gross cellular changes), humoral (factors in the blood) immunity, cell-mediated immunity, non-specific/innate immunity, overall assessments of immune status (e.g., host resistance assays), and general investigations of factors associated with immune function. Additional parameters regarding the immune system, its components, and analyses assays are provided in Appendix 4.

1. **Hazard identification**

In 1994, the US EPA included PCB-related immune effects in animal studies as a critical effect for derivation of the human reference dose (RfD) for Aroclor 1254.[13] This RfD for Aroclor 1254 was based on immunosuppression observed in rhesus monkey studies (i.e., decreased IgG and IgM antibody response to injection of sheep red blood cells, or SRBCs, of female rhesus monkeys given Aroclor 1254 contained in gelatin capsules at doses of 0.005 to 0.080 mg/kg-d for over five years) (Arnold *et al.*, 1993a; Arnold *et al.*, 1993b; Tryphonas *et al.*, 1989; Tryphonas *et al.*, 1991a; Tryphonas *et al.*, 1991b; US EPA, 1994).

A comprehensive data search and analysis to assess the scientific literature for a potential immunotoxicological hazard associated with PCB exposure was performed. As described in Appendix 4, a sequential data search was performed to identify all published immunotoxicity studies of PCBs and Aroclors performed in laboratory animals and all pertinent data that could be used to predict human toxicity was summarized. The literature review resulted in identification of 398 individual immunotoxicity tests that represented 87 individual studies (publications). If the study results found a concentration associated with a no observable adverse effect level (NOAEL) for immunotoxicity, captured information included the highest NOAEL observed. The lowest observable adverse effect level (LOAEL) for immunotoxicity was captured for each test when available. Results were sub-categorized by type of immunotoxicity tests, including gross immunopathology (organ weight/histopathological) changes; humoral immunity; cell-mediated immunity; nonspecific (innate) immunity; host resistance; cell subset distribution changes; and a final category to capture other endpoints beyond those listed.

An overall summary and a table of all reviewed immunotoxicity tests are provided in Appendix 4. In general, some laboratory animal studies observed immune-related effects following PCB exposure, although results sometimes conflicted between studies and inconsistent experimental designs (e.g., one or multiple groups vs. controls evaluated, concentration levels, exposure routes, and exposure durations). Issues with inconsistent study designs likely contributed to the large variability and lack of reproducibility between studies. A potential hazard for immune-related effects was supported by the monkey study data summarized above and

---

[13] The RfD is the estimate (with uncertainty spanning perhaps an order of magnitude) of the daily oral exposure to the human population (including sensitive subpopulations) that is likely to be without risk of deleterious non-cancer effects during a lifetime US EPA (2011c). *Integrated Risk Information System (IRIS) Glossary. Terminology Services.* Available at: https://iaspub.epa.gov/sor_internet/registry/termreg/searchandretrieve/glossariesandkeywordlists/search.do?details=&vocab Name=IRIS%20Glossary. Accessed October 14, 2017.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

by observed immune-related effects (gross effects to lymphoid organs) in laboratory animals treated with high concentrations of PCBs.

## 2.  Mode of action for immunotoxicity

The mode of action for immune-related effects of PCBs is the same as that established for liver tumors in female rats (see Cancer assessment and Appendix 3) – through activation of the AhR. The AhR is commonly expressed in the immune system and is expressed in nearly all immune cell types (Kerkvliet, 2009). The role of AhR in immunosuppression has been well established as dioxin (TCDD)'s immunosuppressant effects on both the innate and adaptive immune systems are mediated through the AhR (Birnbaum and Tuomisto, 2000; Kerkvliet, 1995, 2009; Kreitinger *et al.*, 2016; Preston *et al.*, 1981; Sulentic and Kaminski, 2011; Tian *et al.*, 2015; Tryphonas and Feeley, 2001). Supporting information regarding the role of the AhR in immunotoxicity is available in Appendix 4.

The role of the AhR in modulating the immunotoxicity of PCBs was demonstrated through studies using different strains of mice. Due to genetic differences in the AhR gene, the DBA/2 mouse strain expresses AhR with lesser binding affinities for ligands (dioxin or dioxin-like PCBs), resulting in lesser ability to activate downstream events and generate AhR-mediated effects. Thus DBA/2 mice are sometimes referred to as AhR non-responsive mice. In a study evaluating effects of PCB77 (dioxin-like) or PCB52 (non-dioxin-like) congeners in responsive and non-responsive strains of mice, immune-related effects were observed only in AhR-responsive mice treated with the dioxin-like congener PCB77. No effects were observed in either responsive or non-responsive strains treated with the non-dioxin-like PCB52 (Silkworth and Grabstein, 1982).  Another study supported the involvement of the AhR in immune-mediated effects as intraperitoneal injections of dioxin-like PCB77 were associated with immune-related effects in mice only when their bone marrow contained the AhR-responsive phenotype (Silkworth *et al.*, 1986).

One source reviewed indicated that non-AhR immunosuppressive effects of PCBs are mediated via PCB metabolism to "arene oxide intermediates capable of alkylating critical cellular macromolecules to form potentially toxic covalently bound substrate-macromolecule adducts" (Tryphonas and Feeley, 2001). However, the referenced publication (Preston *et al.*, 1981) is about PCB-induced hepatic tumors in the rat and does not mention metabolism, immune status, or reference any immunosuppressive effects (Preston *et al.*, 1981). I found no other data to support an adduct-mediated mechanism for PCB immunotoxicity.

Multiple lines of evidence indicate that the immunotoxic effects observed following PCB exposures are also mediated by the AhR: (1) non-responsive AhR strains are not associated with immune-related effects of PCBs; (2) studies have demonstrated PCB exposures generate similar immunosuppressive effects to those observed with TCDD; and (3) non-dioxin-like PCB congeners are not associated with immunosuppressive effects until MOEs exceed 100,000 (See Appendix 4 for details).

## 3.  Dose-response assessment

Dose-response is the fundamental tenet of toxicology (i.e., adverse response increases with dose), so high quality toxicology tests evaluate more than a single exposure concentration (generally three or more with a separate control group) with multiple administrations (for example one time per day over several days, weeks, months, or years). As detailed in Appendix 4, most immunotoxicity studies that evaluated at least three doses with multiple oral administrations failed to find any immunotoxicity response in the treated

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

animals. Of those remaining, monkey studies observed dose-responses for dose-response trends for both IgM and IgG following sheep red blood cell (SRBC) inoculation in Aroclor 1254 exposed monkeys (Tryphonas *et al.*, 1989; Tryphonas *et al.*, 1991a). In addition, single administrations of high doses of PCBs and related gross changes in immune organs (i.e., thymus and spleen) further support a dose-response relationship between PCB exposure and immune-related effects (i.e., with high doses in laboratory animals).

Importantly, as discussed in the cancer section, the species responsiveness for AhR activation is different between species. The cancer section discussed how the human is less responsive than the rat.  As described in the next section, there is also a different AhR sensitivity between monkeys and humans, where the human AhR is less responsive than monkey AhR to DL-PCB activating ligands.

4.  **Risk characterization**

As described above, immunotoxicity following PCB exposure is dependent on AhR activation. In order to assess human risk related to any specific study of laboratory animals, factors were needed to normalize the dose in animals to an equivalent dose in humans. These factors include considerations to account for (1) different abilities of different compounds (congeners or mixtures) to activate the AhR in the tested animal species; (2) differences between AhR responsiveness (activation) in humans compared to the tested animal species; and (3) differences in animal to human body size differences.

As discussed previously in the Cancer assessment (and Appendix 3), differences between AhR responsiveness (activation) in humans compared to the tested animal species has been determined by using side-by-side cultures of animal cells and human cells in specialized assays (Larsson *et al.*, 2015; Silkworth *et al.*, 2005). Different activation propensities between species were derived using the specific assays and results provided in Table 11.  These assays demonstrated that **rat, monkey, and mouse AhRs are 26, 10, and 17-times more responsive than the human AhR, respectively**.  Further details regarding conversion of NOAEL and LOAEL doses in animals to human equivalent doses (HEDs) are provided in Appendix 4.

61

717

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 11. Correction factors for animal to human dioxin AhR activation differences**

| Species | Animal to human dioxin AhR activation correction factor | Basis |
|---|---|---|
| Rat | 26 | Larsson *et al.* (2015): benchmark response for 20% of maximal EROD induction for TCDD in primary hepatocytes. BMR20TCDD ratio: (humans, 0.11 nM) (rats, 0.0042 nM) |
| Monkey | 10 | Silkworth *et al.* (2005): EC50 for EROD activity for TCDD in primary hepatocytes. EC50 ratio: (humans, 0.29 nM) (monkeys, 0.028 nM) |
| Mouse | 17 | Larsson *et al.* (2015): benchmark response for 20% of maximal AhR induction (Luciferase) for TCDD in human HepG2-AZ-AhR cells and mouse H1L6.1c2 cells. BMR20TCDD ratio: (humans, 0.19 nM) (mice, 0.011 nM) |

5. **Margins of exposure analysis**

As previously discussed, a MOE is a simple ratio between a dose at which an effect of interest is observed in an animal study (NOAEL/LOAEL or Benchmark Dose) and the estimated human intake level. MOEs were calculated using HEDs derived from NOAELs and LOAELs in laboratory animal immunotoxicity tests compared to the human exposure estimates derived using Spokane River site-specific data (see Section II.A).

As discussed previously in the Cancer assessment and Appendix 3, the only congener capable of eliciting a human AhR response is PCB126. Because immune effects are due to AhR activation, the only human PCB exposure relevant for potential immune-related effects in humans is PCB126 (See Appendices 3 and 4 for detailed discussions of species differences in AhR activation by DL-PCBs). Human intake of PCB126 from Spokane River fish consumption was estimated using species-specific PCB126 concentrations measured in Spokane River fish tissue together with species-specific consumption data for Spokane River fish (see Exposure Assessment section for details on relevant assumptions). Reasonable upper bound estimates were calculated using (1) the upper 95th population-based percentiles of PCB126 tissue concentrations with the mean levels of Spokane River fish consumption (meaning that 95% of tissue concentrations were at or less than the value used) and (2) mean PCB126 tissue concentrations together with 95th percentiles for Spokane River fish consumption levels (meaning that 95% of consumers' consumption was at or less than the value used). The resulting values were 0.0827 and 0.217 ng/day, respectively (see Section II.A). I used the more

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

conservative (i.e., higher) value of 0.217 ng PCB126 /day as the predicted human intake of PCB126 in this MOE analysis.

To calculate MOEs specific to immunotoxic endpoints, I used the following equation:

**Equation 1. Margin of exposure calculation for dioxin like PCBs**

$$MOE = \frac{HED_{Dioxin}\left(\frac{mg}{kg\ bw\ day}\right)}{[PCB126]\left(\frac{ng}{day}\right) * \left(\frac{1\ mg}{10^6\ ng}\right) * \left(\frac{1}{80kg}\right)}$$

where HED$_{Dioxin}$ was the human equivalent dose for immune-related NOAELs and LOAELs from laboratory animal studies and [PCB126] was the predicted daily human intake of PCB126, converted to md/kg-d assuming an average human bodyweight of 80 kg (US EPA, 2011a).

Equation 1 was applied to each of the mouse, rat and monkey studies that used an oral route of administration and two or more dose administrations. Resulting MOEs for each NOAEL and LOAEL are included in Table A4-10 and Table A4-11, respectively. All derived MOEs are presented by immunotoxicity assay category in Figure 15.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



Figure 15. Estimated MOEs for Spokane River fish consumption associated with immune-related NOAELs and LOAELs from laboratory animal studies

64

720

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



65

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Regardless if MOEs were derived from NOAELs or LOAELs, the majority of MOEs were greater than 100,000 (and all were greater than 10,000). In order to assess the population of derived MOEs, the mean and lower 95th percentile MOEs were conservatively derived using all NOAEL and LOAEL datapoints for each immune-related assay category and for the entire dataset (i.e., all categories combined; see Table 12). When the entire dataset was considered, the resulting lower 95th percentile MOE was greater than 100,000, which means that the estimated reasonable upper bound estimate of exposure in humans is more than 100,000-times above the levels tested in animal studies and thus do not present a risk of immunotoxicity with ingestion by humans consuming fish from the Spokane River.

**Table 12. Mean and lower 95th percentiles for Spokane River MOEs associated with all immune-related NOAELs and LOAELs from laboratory animal studies**

| Assay category | Mean MOE | Lower 95th Percentile MOE |
|---|---|---|
| Cell Subset Distributions | 5,830,000 | 885,000 |
| Humoral Immunity | 31,173,000 | 664,000 |
| Circulating Factors | 5,798,000 | 478,000 |
| Cell Mediated Immunity | 28,923,000 | 811,000 |
| Non-Specific Immunity | 17,460,000 | 808,000 |
| Organ weight, Histopathology | 106,786,000 | 844,000 |
| Resistance | 60,412,000 | 27,000 |
| Other | 835,365,000 | 631,000 |
| **All categories combined** | **131,187,000** | **664,000** |

Resistance assays were associated with the lowest MOEs as both individual data points and as the lowest value for the lower 95th percentiles of assay categories; the lowest two MOEs for resistance assays are two individual data points (one NOAEL, one LOAEL; see Figure 15) that originate from two tests conducted as part of a mouse study (Loose *et al.*, 1978a). The NOAEL corresponded to a host resistance assay to *Plasmodium berghei* infection following an approximate 1 md/kg-d exposure to Aroclor 1016. Exposure lasted for either three weeks or six weeks with no significant difference in mean survival time. As the reported NOAEL was the only dose given, this result simply means that there was no adverse effect observed related to host resistance to *Plasmodium berghei* infection following Aroclor 1016 exposure. The LOAEL associated with the lowest resistance assay MOEs corresponded to a host resistance assay to endotoxin response following an approximate 1 md/kg-d exposure to Aroclor 1016. Exposure lasted for three weeks, and a statistically significant (P < 0.05) decrease in $LD_{50}$ was observed compared to control mice.

Overall, all MOEs related to Spokane River fish consumption and immune-related NOAELs and LOAELs from laboratory animal studies indicated the reasonable upper bound estimate of human exposure was 27,000 times above levels tested in animal studies and thus do not present a risk of immunotoxicity with Spokane River fish consumption.

66

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**D. Assessment of the potential risk for <u>adverse neurodevelopment outcomes</u> from PCBs in fish in the Spokane River based on laboratory animal studies (see Appendix 5 for supplementary materials)**

1. **Introduction to risk assessment for adverse neurodevelopmental outcomes**

Based on this assessment of the hazard, exposure, and toxicity of PCBs, and using a weight-of-evidence approach, I conclude that it is unlikely that any adverse neurodevelopmental outcomes will occur from exposure to PCBs in fish caught and consumed from the Spokane River. Results are summarized below and included with more detail in Appendix 5.

I calculated PCB exposure through fish consumption using two different scenarios: a best estimate and a reasonable upper bound. The reasonable upper bound scenario is based on conservative assumptions of the amount of fish consumed from the Spokane River. Using conservative assumptions about exposure is one of many ways a toxicologist can ensure that risks estimated in a human health risk assessment are not underestimated. My reasonable upper bound exposure scenario assumed that every day, a person consumes each species of fish from the Spokane River at a rate that is near the maximum consumption rate for all people who catch and consume this fish (*i.e.*, at the 95th percentile of the consumption rate for each species of fish). This scenario is not plausible; however, this was used as the conservative consumption rate in this assessment for the calculation of the margins of exposure (MOEs) for each study identified as relevant. Thus, the reader should consider the level of conservatism when assessing the results of this toxicological assessment.

The focus of this review is on the toxicological data from experimental animals.  Epidemiological studies focused on this outcome have been completed by an expert in Epidemiology (Dr. Michael Goodman).

2. **Hazard identification**

Numerous investigations since the 1970s have assessed the potential for PCBs, including commercial mixtures (*e.g.*, Aroclors), to cause neurodevelopmental effects in animals, including effects on cognition, behavior, motor skills and sensory systems.

3. **Mode of action**

This assessment was conducted using a weight of evidence approach of the published studies that have evaluated the relationship between PCB exposures and neurodevelopmental in experimental animals.

Unlike the cancer and immunotoxicity endpoints discussed in this report, the mechanistic basis for the neurodevelopmental effects of PCBs observed in some animal studies is not established. Both DL- and NDL-PCBs have been tested for neurodevelopmental effects in experimental animals. Multiple mechanisms of action for neurodevelopmental effects have been proposed and tested *in vitro*. The MOAs include enhanced ryanodine receptor activity, decreased dopamine content, perturbations in calcium ($Ca^{2+}$) homeostasis, activation of aryl hydrocarbon receptor, protein kinase C (PKC) translocation, and perturbation of G-protein-coupled receptor (GPCR) signaling, among others (Choi *et al.*, 2016; Kodavanti, 2005; Mariussen and Fonnum, 2006; Pessah *et al.*, 2010; Pradeep *et al.*, 2019). For example, PCB95 (a NDL-PCB) has been shown to activate the ryanodine receptor, a $Ca^{2+}$ ion channel expressed by neurons in the mammalian brain, leading to increased intracellular $Ca^{2+}$ levels (Pessah *et al.*, 2010). Changes in intracellular $Ca^{2+}$ is one mechanism by

67

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

which neuronal activity regulates neurodevelopmental processes that in turn determine synaptic connectivity (Bal-Price *et al.*, 2017).

4. **Dose-response assessment**

The overall dose-response assessment, based on a careful analysis of the literature, demonstrates that the PCB doses administered to animals were at levels greater than would be consumed by people eating fish from the Spokane River. A review of the pertinent literature, which includes non-human primates (NHP) and rodent studies, is included below with a brief review of the major limitations of these studies (See Appendix 5 for more detail).

A number of factors limit the ability to interpret dose-response within or across cohorts of NHPs. The factors include that studies were conducted in only two labs and the same cohorts were tested in multiple studies (*e.g.*, without the apparent consideration of the effect multiple tests have on a cohort), individual NHP cohorts rarely included more than one dose group, and few neurodevelopmental tests were administered across multiple cohorts or consistently for a given PCB mixture or at the same ages across multiple studies. In addition, tests defined as cognitive by authors may include measurements that pertain more to behavioral endpoints (*e.g.*, response inhibition) than learning or memory, confounding interpretation of results for certain endpoints.

Overall, interpretation of NHP test results does not support significant effects on learning or memory in either the Health Canada or the University of Wisconsin (UWisc) cohorts of NHPs. A test for response inhibition identified effects in the Health Canada cohort exposed to 7.5 µg/kg-d; these effects are inconsistently supported in comparable measurements on the same cohort or on cohorts dosed with 6.3 or 90 µg/kg-d Aroclor 1248 by UWisc. Effects on motor activity were reported at 90 µg/kg-d Aroclor 1248 but not at lower doses (6.3-13 µg/kg-d) of Aroclor 1248. Effects at the higher dose showed inconsistently high or low levels of activity depending on age.

Studies that administered PCBs to rodents at doses environmentally relevant for the Spokane River (*i.e.*, in the ng/kg-d range) did not identify cognitive or motor effects in rodents. In offspring of mice administered a mixture of six NDL-PCBs in the ng/kg-d range, Elnar (2012) reports significant effects in two tests of anxiety, but these are not replicated in other studies at comparable or significantly higher doses, and they rely on a number of measurements that either do not show dose-response within the study or are not clearly clinically significant. Elnar (2012) also reports a reduction in horizontal (locomotor) activity at 0.001 and 0.010 µg/kg-d, but not at 0.100 µg/kg-d in tests of motor activity in an open field test. Studies that dose at levels greater than 1 mg/kg-d—much higher than environmental exposure levels— report mixed results in tests of learning and spatial memory, as well as overall activity level.

5. **Risk characterization and margins of exposure analysis**

Because the majority of the 87 animal neurodevelopmental studies that I reviewed (*i.e.*, studies that passed the screening criteria) exposed animals to PCB doses well above environmental exposure levels, the majority of calculated MOEs for both the best estimate and reasonable upper bound scenarios were at or above 1,000 and in most cases were orders of magnitude higher than 1,000. For the best estimate scenario, only two out of the 87 studies conducted neurodevelopmental tests at more environmentally relevant doses (i.e., ng/kg-d to low µg/kg-d range) that identified LOAELs corresponding to MOEs <1,000 (MOEs ranged from 0.181 to

68

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

18.1). Both studies were in mice, and LOAELs were for tests assessing behavioral and motor endpoints (e.g., open field activity, elevated plus maze, light-dark box, and sociability). For the reasonable upper bound scenario, seven out of the 87 studies identified at least one LOAEL for a neurodevelopmental test with an MOE <1,000 (MOEs ranging from 0.0410 to 753). Two of these seven studies were the same studies in mice as for the best estimate scenario; the additional five studies were conducted in NHPs, and included LOAELs for tests assessing cognitive/behavioral endpoints (e.g., schedules of reinforcement, discrimination reversal, and delayed spatial alternation).

Overall, results from these studies (including those with MOEs <1,000) showed no or slight differences between treated animals and controls and/or exhibited inconsistent dose-response. Neurodevelopmental PCB studies in animals as a whole lack repeatability, replicability, and reproducibility. This is mainly due to the wide variability in experimental design across studies.

Based on this assessment of the hazard, the conservative assumptions of exposure, and toxicity of PCBs, I conclude that it is unlikely that any adverse neurodevelopmental effects will occur from exposure to PCBs in fish consumed from the Spokane River.

### E. Assessment of the potential risk for adverse reproductive outcomes from PCBs in fish in the Spokane River (see Appendix 6 for supplementary materials)

#### 1. Introduction to risk assessment for reproductive outcomes

Based on this assessment of the hazard, exposure, and toxicity of PCBs, using a weight-of-evidence approach, I conclude that it is unlikely that any reproductive or developmental effects will occur from exposure to PCBs in fish consumed from the Spokane River. Results are summarized below with more detail included in Appendix 6. Like the neurodevelopmental assessment, my assessment of the potential for reproductive and developmental effects makes highly conservative, as well as more average, assumptions about the amount of fish consumed from the Spokane River. Thus, estimates of potential reproductive and developmental health risks are likely overestimated and err on the side of caution. The reader should consider the level of conservatism when assessing the results of this assessment.

#### 2. Hazard identification

Numerous investigations since the 1970s have assessed the potential for PCBs, including commercial mixtures (e.g., Aroclors), to cause reproductive and developmental effects in animals. The endpoints reported with sufficient exposure in the animal literature with oral exposure to PCBs include reduced fertility in males and females, abnormal estrous cycling, reduced birthweight in offspring, and increased incidence of still birth (Ahmad et al., 2003; Arnold et al., 1995). Endpoints reported with exposure in males include changes in semen quality parameters (sperm concentration, motility, and morphology), sperm integrity, and circulating reproductive hormone levels (Meeker and Hauser, 2010).

#### 3. Mode of action

Several hypothesized modes of action (MOAs) are reported for reproductive and developmental effects of PCBs. MOAs include activation of the AhR receptor, perturbations of hormones (e.g., thyroid hormone and estrogen), direct interaction with hormonal receptors or degradation of hormones, impairment of signaling pathways, or oxidative stress. Given that no single MOA pathway is evident, I did not use an Adverse

69

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Outcomes Pathway (AOP) approach for my assessment of reproductive and developmental effects and instead relied on weight-of-evidence based on empiricalevidence.

   **4.   Dose-response assessment**

The overall dose-response assessment, based on a careful analysis of the literature, demonstrates that the PCB doses administered to animals are at levels greater than what would be consumed by people eating fish from the Spokane River. I assessed dose-response data on the effects of PCBs on female and male reproductive endpoints and developmental effects in female and male offspring in NHPs, rats, and mice. The following is my review of the literature, including a brief review of the major limitations of these studies (See Appendix 6 for more detail).

With female reproductive endpoints, variations in response are observed depending on species and exposure (congener or mixture). Overall, the endpoints showing effects at the lowest dose appear to be decreases in conception and live births. A decrease in conceptions is consistently reported in NHPs, mice, and rats, with LOAELs ranging from 0.02-12 mg/kg-d and NOAELs ranging from 0.005-64 mg/kg-d. A decrease in live births is reported in NHPs with LOAELs ranging from 0.02-0.2 mg/kg-d; however, this effect is not reported in rodent studies at a range of doses.

The studies evaluating reproductive effects in males are insufficient for determining a robust point of departure (POD) for evaluating hazard from exposure to PCBs, as there are few studies, a paucity of effects reported, and little consistency across species. Based on the study by Cai *et al.* (2011), which included a range of doses and effects in mice exposed to Aroclor 1254, a POD for male reproductive effects equal to the NOAEL of 0.05 mg Aroclor 1254/kg-d can be identified, based on decreases in sperm quality, testicular weight, and estradiol. The LOAEL for these effects is 0.5 mg/kg-d.

For developmental effects in female offspring, variations in response are observed depending on species, exposure (congener or mixture), and exposure source (gestational or lactational). The endpoints showing effects at the lowest doses for female offspring development are changes in ovarian or uterine weights. However, these effects are inconsistent, with ovarian weights decreased in mice, albeit in only one study, but unchanged in rats, and uterine weights decreased in rats with lactational exposure, but not in either rats or mice with gestational exposure. No effects on pregnancy success were reported in either species. The weight-of-evidence suggests no consistent effect of PCBs on the development of female offspring. Thus, derivation of a POD for developmental effects in female offspring is not justified based on the available data.

For developmental effects on male offspring, variations in response based on species and exposure (congener or mixture) are evident. The endpoint showing effects on male offspring development at the lowest doses appears to be changes in testosterone levels. Decreases in testosterone were reported in both rats and mice, although the only study I identified in mice included only one dose. Rat studies report decreases in testosterone with either gestational or lactational exposure and with different congeners. The lowest doses reported to cause a change in this parameter are 0.03 mg/kg-d PCB169 in rats (Yamamoto *et al.*, 2005) and 0.001 mg/kg-d PCB101+PCB118 in mice (Pocar *et al.*, 2012). Both of these studies included only one dose. For studies with multiple doses tested, the LOAEL was 4 mg/kg-d for a mixture of 14 PCBs (Kaya *et al.*, 2002).

70

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

5. **Risk characterization and margins of exposure analysis**

Two publications were identified that report on the same cohort of animals (NHPs) with reproductive LOAELs that correspond to MOEs between 100-1,000: Arnold *et al.* (1995) and Truelove *et al.* (1990). Arnold *et al.* (1995) reported that conception was decreased in NHPs exposed to 0.02, 0.04, or 0.08 mg Aroclor 1254/kg-d dose groups; the MOE based on a LOAEL of 0.02 mg/kg-d is just below 1,000 (MOE=991). Truelove *et al.* (1990) reported a reduction in progesterone levels in NHP at the lowest dose tested in the study (0.005 mg Aroclor/kg-d). However, while this finding was statistically significant, it was not considered biologically significant by the study authors since the changes did not occur in a dose related manner (the 0.020 and 0.040 mg/kg-d dose groups showed no differences).

Three developmental studies with LOAELs corresponding to MOEs less than 1,000 were identified: Fiandanese *et al.* (2016), Gupta (2000), and Pocar *et al.* (2012). Pocar *et al.* (2012) and Fiandanese *et al.* (2016) are from the same laboratory and use the same exposure mixture (a 50:50 mixture of PCB101 and PCB118) and the same mouse model. No other studies assessed this mixture. For the endpoints reported to be altered at doses corresponding to MOEs less than 1,000, other studies have not reported the same effects at doses orders of magnitude greater. The studies by Gupta (2000) and Fiandanese *et al.* (2016) only tested one dose of Aroclor 1016 or the mixture of PCB101 and PCB118, respectively. Although significant results are presented, studies with only one dose do not allow for an assessment of dose-response under the conditions of the study or a clear assessment of whether the effects are even treatment related. It should be noted that, as stated by the authors, "two PCB congeners used in the present study are either pure CAR inducers (PCB101) or AhR/CAR mixed-type inducers (PCB118)." It has been known for decades that both AhR and CAR-regulated CYPs (e.g., CYP1A and CYP3A) metabolism testosterone. The authors noted that "The dramatic suppression of testosterone induced by the two EDs is likely to underlie most of the reproductive deficiencies observed in the present study, as supported by the fact that reduction of ITT was accompanied by defective sperm production, low semen quality and a significant reduction of the tubules in androgen-dependent stages." Thus, it is likely that the effects seen in this study were secondary to PCB101/PCB118 induction of AhR and / or CAR. As discussed previously in the Cancer Risk section, this mode of action is largely irrelevant to human risk at dietary levels of exposure to PCBs in fish because PCB118 has no activity toward human AhR, and CAR activation in humans does not occur following exposure to PCBs found in fish, even in high fish-eating populations Ayotte *et al.* (2005).

Thus, these studies do not appear to be reliable for use in assessment of PCB risk at environmental exposure levels.

Based on this assessment of the hazard, the conservative assumptions of exposure, and toxicity of PCBs, I conclude that it is highly unlikely that any reproductive or developmental effects will occur from exposure to PCBs in fish caught and consumed from the Spokane River.

71

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

III.   **Historical context of the toxicology of PCBs and Monsanto's standards of practice**

A.   **Charge 2: Evaluate the state of the science of toxicology for industrial chemicals from the 1930's to the late 1960's, and whether Monsanto's practices were consistent with standard toxicological practices of the time**

*Opinion: Monsanto's use of toxicological expertise and studies in the 1930's-60s were consistent with industry standards and practices of the time*

1.   **Standards of practice in industrial toxicology, 1930's-1960's**

Prior to the passage of the Toxic Substances Control Act (TSCA) in 1976, only chemicals that were intended for use as drugs, food additives or pesticides were required to be tested for carcinogenicity before introduction into commerce, unless there were concerns related to work-place exposures.  The Occupational Safety and Health Act (OSHA) encouraged companies to test chemicals in laboratory animals, as concerns were almost exclusively focused on worker safety and short-term (acute) toxicity.

During the mid-1950s, the field of 'industrial toxicology' began to expand, largely due to growing concerns about occupational exposures, and new concerns about human health effects of pesticides and food additives to consumers.

It is informative to evaluate the development of the 'state of knowledge' of industrial toxicology through the eyes of one who 'was there.'  In the first edition of the widely-acclaimed toxicology textbook, *Casarett and Doull's Toxicology: The Basic Science of Poisons*, published in 1975, chapter 28, titled 'Industrial Toxicology', was written by Henry F. Smyth, Jr (Symth, 1975), who was a pioneer in the very small field of industrial toxicology.  He worked at the Mellon Institute and was an adjunct professor at the University of Pittsburgh, one of the leading academic institutions in industrial hygiene and safety in the 1930-50's.  In this book chapter, he describes the 'state of the science' of industrial toxicology during 1940's, 50's and 60's.  Regarding the testing of new chemicals, or other industrial chemicals not intended for use as pesticides, food additives or pharmaceuticals, he states the following:

> Simple and expeditious animal test such as are visualized have been described by the author under the name of the range-finding test (Smyth and Carpenter, 1944), and the results of its application to a large number of synthetic organic chemicals have been published (Smyth and Carpenter, 1948; Smyth et al., 1949, 1951, 1954, 1962, 1969a; Carpenter et al., 1974).  The details of the test have remained unchanged in all essentials for almost 30 years.  Results obtained today on one chemical are quantitatively comparable with those obtained many years ago on another chemical.

> Five possible injurious actions of chemicals are explored:  the oral LD50 for albino rats; the 24-hr skin penetration LD50 for albino rabbits; the time rats survive inhalation of vapors substantially saturated at room temperature, or if this be less than four hours, the four-hour rat LC50; the primary irritation on the clipped, uncovered albino rabbit belly; and the quantity or concentration required to produce a severe chemical burn on the cornea of albino rabbits.  The details of the technique are best described in an article by Smyth and

72

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*Carpenter (1944). The five data constitute the range-finding toxicity of a chemical, actually a profile of relative hazards of various exposure to and contacts with the chemical."*

It is important to note several points about this excerpt from Dr. Smyth's textbook chapter:

1. This pertains to industrial chemicals not intended for use as pharmaceuticals, food additives, pesticides used on food crops for which other guidelines were developed. PCBs were never marketed and sold for any of these purposes.

2. There is not even a suggestion that two-year bioassays be conducted for the purposes of evaluating potential cancer-causing properties of the materials not used as pharmaceuticals, food additives, or on-crop pesticides.

3. This article was written in the early 1970's (publication date of the book was 1975), so reflects the guidance to the 'next generation' of industrial toxicologists, given the prominence of this book, which is the first toxicology textbook intended for undergraduate and graduate students, as well as practicing professionals of the time.

4. Monsanto conducted all of the types of studies mentioned, and hundreds more, in the 1940's, 50's and 60's (see Attachment 1).

In evaluating the state of science and how cancer testing has evolved since the 1930s, it is important to compare the state of animal cancer testing before and after standardized protocols came to fruition in the 1970s. Certain aspects of study design scientists take for granted today were not regarded as important in the 1930s. Table 13 lists these differences, which include treating the controls in the same fashion as treated animals, understanding the background incidence of disease in the studied experimental animal, and consideration of the age of animals tested, using an adequate number of animals to see a response, testing the animals for long enough periods of time (2 years), as well as numerous issues related to animal care and housing.

73

729

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 13. Typical animal chronic testing study design practices in the twentieth century for industrial chemicals (e.g., non-pharmaceutical and non-food additive/pesticide chemicals)**

| Study design parameter | Early twentieth century (~1930-1950s) | Later twentieth century (>~1960) |
|---|---|---|
| Number of dose groups | Typically a single dose group | Minimum of three or more groups |
| Method of administration (e.g., dermal, inhalation, gavage, dietary) | Dermal or inhalation exposure (assess occupational exposure) | Dietary or gavage to ensure dose |
| Length of administration (How Long) | Variable | Established period of time: Lifetime ~ 2 yrs |
| Animal care | Not standardized | Rigidly controlled, standardized animal medicine practices |
| Tissue analysis | No uniform classification system | Established classifications |
| Pathology review | Single pathologist | Multiple pathologists |
| Statistical practices | None or non-standardized | Highly standardized |
| Group size | Variable | Larger numbers of animals, animals individually tracked and assessed |
| Species | Multiple species | Rats or mice, consistent strain or sensitive strain |
| Gender | Random gender selection | Both genders or most sensitive gender |
| Age | Varied | Studies begin at specific, young ages |
| Historical controls (Summary of control animals) | Generally not available | An integral part of study design |
| Doses administered (total cose and variability within study period) | May have relied on a minimum range finding study (dose could be adjusted during study) | Use of a subchronic study to set chronic dose levels (doses aren't typically adjusted) |
| Observations | Limited | Comprehensive |
| Intervals of administration (On/Off) | Variable intervals | Continuous |
| Test substance | Purity impossible to determine | Purity confirmed, contaminants identified |
| Source of test compound | Not specified | Well documented |
| Record keeping | No requirements | Good Laboratory Practice (GLP) regulations |
| Additional analysis (e.g., hematology, urinalysis) | Limited | Comprehensive analyses |
| Laboratory design | Not standardized | Clean/dirty corridor systems and Standard Operating Procedures |
| Study segregation | Not standardized | One study per room |

74

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

2. **The early days of PCB manufacturing: 1930's-1950's: What Monsanto did in response to concerns about workplace safety and reports of serious toxicity from manufacturing processes where PCBs were used**

Polychlorinated hydrocarbons, including 'chlorinated naphthalenes' (PCNs) and polychlorinated biphenyls (PCBs) were first used for industrial purposes in the early 1930s because they provided a non-flammable alternative to petroleum hydrocarbon-based liquids.

In 1937, one of the first reports on animal toxicity of these polychlorinated compounds was published by a group of Occupational Health scientists at Harvard Medical School, led by Cecil Drinker.  Dr. Drinker was one of the foremost occupational health physicians in the world. The Harvard Library collection of Dr. Drinker's 250+ scientific publications (Harvard Library, 2018) contains the following biographical description of Dr. Drinker:

> "Cecil Kent Drinker was Professor of Physiology and Dean of the Harvard School of Public Health whose research specialized in industrial medicine and hygiene. Drinker was a pioneer in industrial medicine, and established industrial hygiene and applied physiology as disciplines in preventive medicine and public health. He was an authority on the lymphatic system, tissue fluid exchange, blood circulation, industrial and work-related poisoning and hygiene, as well as methods of artificial respiration. Drinker was one of the first physicians to stress the importance of the respiratory tract as the route of absorption of toxic dust and fumes, and after he completed research on manganese inhalation, became one of the leading experts in treating manganese poisoning in the United States......From 1915 to 1916, Drinker served as an instructor in the department of physiology at Johns Hopkins Medical School. In 1916 he returned to Boston to take a position as a faculty instructor at Harvard Medical School in Walter B. Cannon's physiology department. Two months later, Cannon was called into active military service, and Drinker was named acting head of the Department of Physiology until Cannon returned in 1918. Drinker was subsequently appointed Assistant Professor in 1918, Associate Professor in 1919, and Professor of Physiology in 1923, a post he held at Harvard Medical School and the Harvard School of Public Health until his retirement in 1948. From 1924 to 1935 Drinker was Assistant Dean of Harvard School of Public Health and, from 1935 to 1942, Dean of Harvard School of Public Health. During World War II, Drinker conducted respiratory physiological research for the United States armed forces, and contributed to the development of high-altitude oxygen masks and goggles for allied aviators....Drinker published 250 articles, textbooks, and reports during his career on topics including the circulatory system, lymphatic system, industrial hygiene, asphyxiation, and physiology. In 1954 he published the textbook Clinical Physiology of the Lungs. He was also instrumental in starting the Journal of Industrial Hygiene and Toxicology. For many years, Drinker, his wife, and his brother Philip were the editors of this publication."

One of the first clinical toxicology reports of PCBs and PCNs was initiated at the request of the manufacturer of the Halowax Corporation, because three workers died of liver failure.  The case report by Drinker *et al*. (1937) reported on the nature of the illnesses and death, attributing the deaths to cirrhosis of the liver.  The Halowax workers were exposed primarily to mixtures of chlorinated naphthalenes, with some exposures to

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

polychlorinated biphenyls.  This episode of occupational exposures led to some of the first laboratory animal studies on the toxicology of these compounds.  Drinker *et al.* (1937) describe a series of experiments in laboratory rats, where the animals were exposed by inhalation to the vapors of various different mixtures of chlorinated naphthalenes and PCBs (then referred to as 'chlorinated diphenyls'), with exposures conducted for 16 hr per day, 6 days per week for about 11 weeks (total exposure time of 1896 hrs).  A subset of animals was evaluated for evidence of toxic effects at 6 weeks. They also conducted feeding studies using the same mixtures.  Although none of the animals exhibited any external evidence of toxicity, histopathology after autopsy of the animals found evidence of mild to moderate liver damage. This was not observed with the lower chlorinated naphthalenes (tri and tetra) but was evident for higher chlorinated (penta and hexa) naphthalenes and for the PCB/PCT mixture, which was also relatively highly chlorinated (65% chlorine by weight).

Based on this initial animal study, Dr. Drinker concluded the following, regarding the question of whether these chemicals can be used safely in the workplace:

> *"In the basis of these experiments and on many field determinations of different compounds in the air of workrooms, it [tested PCB mixture] appears safe and it is certainly easily attained, to ventilate so that the air breathed does not contain more than 0.5 mgm [milligrams]. per cu. m. of any of these compounds above trichloronaphthalene. In the case of the latter compound concentrations of 10.0 mgm [per cu. m.] are permissible. We know from many examinations in many different plants that such concentrations have been greatly exceeded during the past 20 years, and we are conscious of the fact that our rat exposures have been inexorably constant whereas human exposure is never so ordered.* ***Time and careful observation may change these opinions as to standards, but today we are convinced they [PCBs] are safe.*** *Impregnating tanks and other arrangements utilizing the chlorinated hydrocarbons are easy to hood and to safeguard. Compared with benzene, lead tetraethyl and many other compounds, these substances are very little toxic and operations employing them can be safeguarded. It may be argued that if possible trichloronaphthalene should be used, but this compound will cause acne and if employed very carelessly might do more. Furthermore, higher chlorination is often essential for practical reasons. The solution consists in thoroughly adequate ventilation plus good housekeeping around all wax containers.* [emphasis added]"

Thus, Drinker and his colleagues at Harvard Medical School – among the most highly respected occupational health scientists of the day- felt that all of the compounds studied, including PCBs, could be used safely in the workplace, with standard industrial hygiene practices of the time that include proper care and ventilation.

This report was followed by two more laboratory animal studies from the same group of investigators (Bennett *et al.*, 1938; Drinker, 1939), where some additional mixtures of chlorinated naphthalenes, chlorinated terphenols (referred to then as 'chlorinated diphenylbenzenes') and chlorinated biphenyls were used.  The content of these mixtures was described in the Bennett *et al.* (1938) paper as follows:

- Compound A. A mixture of tri- and tetrachlornaphthalenes.  Chlorine content 49.4%.

- Compound B. A mixture of tetra- and pentachlornaphthalenes. Chlorine content 56.4%.

76

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

- Compound C. A mixture of tetra- and pentachlornaphthalenes plus chlorinated diphenyl. Chlorine content 43%.[14]

- Compound D. A mixture of penta- and hexachlornaphthalenes. Chlorine content 62.6%.

- Compound E. A mixture of penta- and hexachlornaphthalenes. Chlorine content 62.6%.

- Compound F. A mixture of 90% penta- and hexa-chlornaphthalenes, plus 10 % chlorinated diphenyl. Chlorine content 63 %.[15]

- Compound G. Chlorinated diphenyl. Chlorine content 65%.[16]

It is important here to realize that the third paper from Dr. Drinker, published in 1939 (Drinker, 1939) titled "*Further observations on the possible systemic toxicity of certain of the chlorinated hydrocarbons with suggestions for permissible concentrations in the air of workroom*" makes a correction in the nature of 'Compound G' (listed as chlorinated diphenyl). In this third study, Drinker *et al.* conduct even more studies with more PCB mixtures, as illustrated by the table, below, cut and pasted from the 1939 paper.

A LIST OF 14 CHLORINATED HYDROCARBONS, WITH CHLORINE CONTENTS AND PERMISSIBLE LIMITS (IN MG./CU.M.) FOR THE AIR IN WORKROOMS*

| COMPOUND | CHLORINE CONTENT % | PERMISSIBLE LIMIT mg./cu.m. |
|---|---|---|
| 1. Trichlornaphthalene plus a trace of tetrachlornaphthalene. Tested upon rats by inhalation and by feeding. | 49.9 | 10.0 |
| 2. Tetra and pentachlornaphthalenes. Tested upon rats by inhalation and by feeding. | 56.4 | 1.0 |
| 3. Penta and hexachlornaphthalenes. Tested upon rats by inhalation and by feeding, and upon dogs by feeding alone. | 62.6 | 0.5 |
| 4. Tetra and pentachlornaphthalenes plus refined chlorinated diphenyl. Tested upon rats by feeding. | 43.5 | 0.5 |
| 5. 90% penta and hexachlornaphthalenes plus 10% chlorinated diphenyl benzene. Tested upon rats by inhalation and by feeding. | 63.0 | 0.5 |
| 6. Chlorinated diphenyl plus chlorinated diphenyl benzene. Tested upon rats by inhalation and by feeding. | 65.0 | 0.5 |
| 7. Chlorinated diphenyl oxide. Tested upon rats by inhalation. | 54.0 | 0.5 |
| 8. Chlorinated diphenyl oxide. Tested upon rats by inhalation. | 57.0 | 0.5 |
| 9. Chlorinated diphenyl. Tested upon rats by inhalation. | 50–55 | 0.5 |
| 10. Hexachlor diphenyl oxide plus 5% trichlornaphthalene. Tested upon rats by inhalation. | 50–55 | 0.5 |
| 11. Hexachlornaphthalene and crude chlorinated diphenyl. Tested upon rats by inhalation. | Unknown | 0.5 |
| 12. Special chlorinated naphthalene. Tested upon rats by inhalation. | 50–56 | 0.5 |
| 13. Chlorinated diphenyl. Tested upon rats by inhalation. | 65 | 10.0 |
| 14. Chlorinated diphenyl benzene. Tested upon rats by inhalation. | 60 | 0.5 |

* The analytical method and apparatus used routinely for field determinations is that described by Tebbens (THIS J., *19*, 204 (1937)) and by Drinker *et al.* (ibid., p. 283).

---

[14] Compound C contained chlorinated diphenyl (compound G, which was incorrectly identified in the original paper and was later corrected to have been a mixture of chlorinated diphenyl and chlorinated diphenyl benzene).

[15] Compound F was a mixture containing chlorinated diphenyl, whose identity was almost certainly Compound G which was incorrectly identified in the original paper and was later corrected to have been a mixture of chlorinated diphenyl and chlorinated diphenyl benzene.

[16] Compound G identity was corrected by Drinker *et al.* (1939). Compound G was incorrectly labeled in as polychlorinated diphenyl; it was actually a mixture of chlorinated diphenyl and chlorinated diphenyl benzene.

77

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

In the earlier 1938 paper, 'compound G' (presumed at the time to be relatively pure PCBs) was highly toxic to the liver (Bennett *et al.*, 1938).  In the later 1939 paper Drinker tested other PCB preparations (test groups 13 and 14 above), he found them to be almost completely non-toxic (Drinker, 1939):

> *"The sixth compound has been listed previously as chlorinated diphenyl. It contained 65% of chlorine and proved very destructive to the liver. **Later experiments with compound 13, which contained 68% or chlorine and which was also labelled chlorinated diphenyl, were a surprise to us since this second compound was almost non-toxic.** On inquiry it was found that Substance 6 [compound G in the 1938 paper] was in reality a mixture of chlorinated diphenyl and chlorinated diphenyl benzene and that number 13 was actual chlorinated diphenyl.  We have no information as to whether this last compound [PCBs] lacks toxicity because it is not broken down in the body, but that would seem the probable explanation* [emphasis added]*."*

Thus, the presence of chlorinated diphenyl benzene in 'compound G' was responsible for the liver toxicity observed with what was presumed initially to be 'pure' PCBs in the Bennett *et al.* 1938 paper.  The Drinker 1939 paper concludes that PCBs are the least toxic of all 14 mixtures tested.  From this study it is apparent that the liver toxicity that was responsible for the deaths of 3 workers from 'yellow atrophy' (liver disease) was the result of the higher chlorinated naphthalenes plus the contaminant, chlorinated diphenyl benzene, (substance 6 in the Drinker 1939 study), rather than to PCBs.  His recommendation for an occupational standard for PCBs with a chlorine content of 68% was 10 mg per cubic meter, 20 times higher (less toxic) than what was recommended for the higher chlorinated naphthalenes and the chlorinated diphenyl benzene. Test substance 9 in the table above is listed as 'chlorinated diphenyl' with a chlorine content of 50-55%, for which he recommended an occupational standard of 0.5 mg/m$^3$, although no details are provided on the specific pathological results of compound 9, and there is no information on the contents of compound 9, except that it contained 50-55% chlorine. Dr. Drinker makes no mention of the results of compound 9 in his report to Monsanto (Drinker, 1938b).

The Monsanto-commissioned studies that Dr. Drinker conducted on PCBs were in response to a 'trigger'- reports of human illness in the workplace following exposure to a variety of substances.  The studies were conducted for the specific purpose of identifying which of several possible mixtures could have been responsible for the deaths of three workers, and to then establish safe working conditions (allowable exposure levels) for the various compounds.  Dr. Drinker provided a report to the Monsanto Company (Drinker, 1938b) where discusses the liver toxicity seen with various Monsanto products containing chlorinated biphenyls and naphthalenes, and diphenyl benzene, and offers the following conclusion:

> *"In conclusion, #1268 [PCB1260], if handled with ordinary precautions as to ventilation, should be **entirely harmless to workmen**.  While it cannot be given an absolutely clean bill as to health, it is preferable to #4465 [later found to be chlorinated terphenyls or 'chlorinated diphenyl benzene'] and #5460 [PCB1260 + chlorinated diphenylbenzene]* [emphasis added]*."*

Thus, at this point in history, Dr. Drinker clearly indicated to Monsanto that PCBs were practically non-toxic to workers.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Several other basic toxicology studies of PCBs were completed in the 1940's (Miller, 1944; von Wedel *et al.*, 1943) which confirmed using several different species that the liver and skin were the sole 'target organs' for PCB mixtures.  Miller (1944) noted that there were significant species differences in susceptibility to the toxic effects in the liver, with guinea pigs being more sensitive than rats or rabbits.

Monsanto later obtained further toxicology studies from Dr. Joseph Treon, who was director of the Kettering Laboratory, Department of Preventive Medicine and Industrial Health, in the College of Medicine at the University of Cincinnati (Dr. Drinker retired from Harvard Medical School in 1949).  The Kettering Laboratory was widely recognized as the leading academic research center for industrial toxicology at the time. Monsanto sought out Dr. Treon to conduct some basic toxicology studies on Aroclor 1254, Aroclor 1242, and Pydraul.  The Kettering laboratory completed many studies of various PCBs, using different techniques to 'volatilize' the PCBs for airborne exposures to rats, mice, guinea pigs and rabbits.  The results demonstrated that, when heated to extraordinary temperatures that were capable of initiating chemical decomposition to toxic breakdown products, vapors of PCB1248 could be toxic to the lungs of rats (Treon *et al.*, 1953a). However, studies which utilize vapors of PCBs that were not subjected to extreme temperatures were far less toxic.  For example, in the June 22, 1955 report to Monsanto on the 'Toxicity of the Vapors of Aroclors 1242 and 1254', Treon *et al.* (1955b) stated the following:

> "The purpose of this investigation was to determine the effects upon animals of various species, of moderately prolonged intermittent exposure to air bearing the vapor of either Aroclor 1242 or Aroclor 1254.  This report deals with the results obtained in experiments in which, for periods ranging up to 4 months, animals were subjected to respiratory exposure to air containing the Aroclors in concentrations that approached saturation and so were greater than any likely to be encountered in industry. The animals failed to exhibit any signs of intoxication during or after the exposure to which they were subjected, and the numbers of deaths which occurred in the exposed animals were comparable to those which resulted from incidental causes in the control groups. Gross and microscopic examination of the tissues of the animals of both the exposed and the control groups disclosed the existence of certain abnormalities which did not differ significantly in their severity or frequency of occurrence among the test and control groups."

In another subsequent report (Treon *et al.*, 1955c) these experiments were repeated at a lower dose (1.5 vs. 8.56 µg/L), but for a much longer period of time (7 hrs/day for 150 days over a 214 day period , vs 7 hrs/day for 17 days over a 24 day period).  Not surprisingly, the prolonged exposure did result in some evidence of mild liver toxicity compared to the apparent lack of any significant toxicity for the shorter period of exposure. Treon *et al.* (1955c) provided the following conclusions from these prolonged studies:

> "No relevant gross pathological changes were observed in the animals, but microscopic lesions of a mild, nonspecific toxic type were found in the livers of some of the Guinea pigs and mice and in all of the rabbits and rats. Similar changes were also found in the renal tubules of rats.  Although microscopic abnormalities of this type are often found in the tissues of "normal" animals, those observed in certain of the control animals were not as severe as they were found to be the corresponding species of animals that had been exposed to Aroclor 1254. The conclusion seems to be warranted, therefore, that prolonged

79

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

> *respiratory exposure to Aroclor 1254 is capable of causing some injury to tissues of*
> *susceptible animals under conditions in which atmospheric concentration of the material is*
> *on the order of 0.11 parts per million."*

Treon's work related to Pydraul was a very detailed study at a very high level of exposure and for a duration that would not likely ever be encountered in the workplace.  Although some toxicity was observed under these extreme experimental conditions, after thorough consideration of the dose and exposure period, Dr. Treon provided the following summary conclusions regarding the relative safety of Pydraul F-9, compared to Houghto-Safe 271:

> *"In the foregoing experiments animals have been subjected to exposure for more than 3*
> *hours to concentrations of Pydraul F-9 which were several times higher than the highest*
> *concentration of Houghto-Safe 271 which occurred (for a few minutes) in the pump room*
> *of the U.S.S. Lake Champlain. The essentially harmless effects of such experimental*
> *exposure to Pydraul F-9 speak for themselves."*

Subsequent to these studies, Pydraul F-9 was considered as a hydraulic fluid for use in US Navy submarines. The Navy told Monsanto that they had conducted some 'toxicology tests' of Pydraul F-9 and the results indicated to them that it might not be safe for use on submarines intended to be submerged for extended durations of time.  Dr. Treon's studies reflected the safety of Pydraul F-9 under the proposed conditions of use.  The results of the Navy's studies were not revealed to Monsanto at the time, and, therefore, Monsanto could not evaluate the conditions of the Navy tests or the results.

Thus, at this point in history (late-1930's- early 1950s), Monsanto was aware that occupational exposure to PCBs had the potential to cause skin lesions and liver damage among workers if exposures were high enough. But two of the most respected toxicologists in the world both provided assurances that PCBs could be used in industry safely if appropriate, and readily achievable, industrial hygiene practices were implemented.  None of these animal toxicology studies suggested any significant toxicity beyond effects seen in the liver and skin, and this point was emphasized repeatedly in Dr. Drinker's published studies and his report to Monsanto. Attachment 1 provides a list of all of these studies and the dates that were performed by Monsanto during through the early 1970s.

In 1970, Monsanto began to voluntarily withdraw PCBs from the market, starting with plasticizer uses in 1970.  By that time, Monsanto commissioned hundreds of toxicological tests on Aroclors and PCB products that included studies on acute skin irritation, subchronic and long-term inhalation studies, human dermal sensitization studies, acute lethality studies, chicken residue/reproduction studies, subchronic and chronic rat and canine studies, a three-generation rat study, developmental studies, genotoxicity studies, fish toxicity studies, and Monsanto had initiated two-year chronic studies. These studies were conducted using state-of-the-science techniques for the evaluation of potential safety hazards associated with industrial chemicals where the triggers for cancer studies (discussed below) were not met.

80

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**B. Charge 3: Specifically evaluate the state of toxicological testing for cancer in that time period (1930's on) and whether there were any statutory, regulatory or industrial standards that would have required Monsanto to conduct animal testing for cancer.**

*Sub-opinion: Consistent with the industrial toxicology practices of the time, Monsanto had no reason to conduct cancer studies in laboratory animals in the 1930's-60's because*

1. PCBs were never intended for use as pharmaceuticals, food additives, or as pesticides used on food crops, and thus there were no regulatory requirements or industry standards, nor was there any expectation of widespread human exposures beyond the workplace, that would have compelled Monsanto to conduct animal studies for cancer;

2. There was never any evidence that occupational exposures to PCBs caused cancer in workers exposed to high levels;

3. There was nothing about the chemical structure of PCBs that would have suggested it might be carcinogenic, based on chemical knowledge at the time;

4. None of the early studies on the toxicology of PCBs, including Dr. Drinker's studies, provided any compelling evidence that would suggest PCBs might be carcinogenic, and none of the experts they relied upon ever suggested that PCBs should be tested for carcinogenic activity;

5. There were no industry-wide expectation or standard testing protocols for carcinogenicity testing of industrial chemicals until the 1960's-70's.

Because lifetime (2-year) animal studies of Aroclors performed in the late 1970's and 1980's found that some Aroclor mixtures increased the number of liver tumors in rats, it has been alleged that Monsanto should have conducted such lifetime carcinogenicity bioassays of PCBs in the 1930's and 40's. However, standard procedures for conducting lifetime bioassays for carcinogenicity for industrial chemicals were not developed until the mid-1960's, and even today are not required for industrial chemicals. Although the Delaney Clause of the Food, Drug and Cosmetic Act (FDCA), passed in 1958, provided an impetus for the development of such assays, standard protocols were not developed until the late 1960's. During the 40's, 50's and 60's, the only substances that would have been considered for such long-term animal bioassays would have been those that met one or more of several 'triggers':

1. The compound is intended for use as a food additive (FDCA)

2. The compound is intended for use as a pharmaceutical (FDCA)

3. The compound is used as a pesticide on agricultural products meant for human consumption (Federal Insecticide, Fungicide, and Rodenticide Act; FIFRA)

4. The product had been shown, or suspected, of causing cancer in the workplace, following occupational exposures or was structurally similar to known or suspected workplace carcinogens, and thus might be 'suspect' based on chemistry of the compound.

PCBs were used primarily in the electrical industry, both for the production of wire insulation and as an insulating oil in transformers and capacitors; their use was not associated with occupational cancers in Monsanto or GE workers (Benignus, 1970). They were not intended or marketed for use as food additives or as pharmaceuticals (e.g., Monsanto Chemical Company, 1940), or as pesticides intended for use on crops

81

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

(e.g., Monsanto Chemical Company; Papageorge, 1971).  Although there were some patent applications and internal discussions within Monsanto about potential uses of PCBs in pesticide formulations or in food packaging, these were never acted on and no Monsanto-produced commercial PCB products ever met conditions 1-3 above (Attachment 1C provides a list of reviewed product bulletins, application bulletins, and guides). Thus, the first three triggers listed above would not have provided a reason for conducting a carcinogenicity test.

Although occupational monitoring of workers using chlorinated hydrocarbons, including PCBs, identified health concerns, including 3 fatalities, related to 'yellow atrophy', as discussed above, these were thoroughly investigated by Dr. Drinker and others and demonstrated to be from another class of compounds (chlorinated naphthalenes and diphenyl benzene), and not from PCBs.  Indeed, careful studies of workers exposed to large amounts of PCBs have failed to find a causal connection between occupational exposures to relatively high doses of PCBs and increased cancer (reviewed in Golden and Kimbrough (2009); see also Defendant's epidemiology Expert Report by Dr. Shields).  Further, there was no evidence from any workplace that PCBs represented a cancer risk to workers.

1. **History of the development of animal bioassays for cancer testing**

The recognition that some substances are capable of causing cancer in humans dates back to Sir Percivall Pott's description of scrotal cancer in chimney sweeps, first reported in 1775 (Brown and Thornton, 1957).  The first animal study to demonstrate that the complex mixture of chemicals in coal tar ('soot') was capable of causing cancer was completed in 1918 (Yamagiwa and Ichikawa, 1918), verifying that coal tar was responsible for the occupational cancers in chimney sweeps first identified by Pott.  However, it wasn't until the 1930s that the specific chemicals presence in coal tar responsible for causing cancer were identified by the pioneering work of Kennaway (1930) and Cook *et al.* (1933).

Hueper *et al.* (1938) were the first to successfully demonstrate that bladder tumors, observed for several decades to be elevated in workers in the dye and textile industries, could be induced by implanting pellets of beta-naphthylamine into the bladders of dogs.  Indeed, it is quite evident in reading the article that the purpose of the study was to reproduce a tumor <u>already known to occur</u> in the occupational setting, in laboratory animals for the purpose of identifying a blood marker that could be used to identify workers who might have the tumors in an early stage. The authors note the specific purpose of this study:

> *"Investigations of the chemical nature of the substances responsible for the production of the so-called 'aniline tumors' of the urinary bladder, and of the manner of their causative action have been seriously handicapped in the past by the fact that, so far, all attempts to reproduce these neoplasms experimentally have essentially been unsuccessful….The investigations to be reported were undertaken for two reasons: first, to provide, through experimental production of 'aniline tumors' in animals, a sound foundation for a future intelligent approach to the study of the various aspects of these occupational neoplasms; second, to obtain by periodical examinations of the blood of the animals used in these experiments, some information in regard to any possible systemic effect of prolonged exposure to one of the suspected carcinogenic aromatic amines (beta-naphthylamine) upon certain constituents of the blood which may have some relation to the development*

82

738

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*of the tumors in the bladder and which may thereby be of diagnostic significance as premonitory symptoms."*

Hueper *et al.* (1938) specifically note the repeated failure of laboratory animal studies using rats to reproduce this tumor, and the experiment that he conducted involved surgically implanting pellets of beta-naphthylamine into the bladders of dogs – hardly a 'routine bioassay' for testing unknown chemicals for their cancer-causing potential.

Although there were a variety of studies in laboratory animals in the late 1930s that looked at cancer as an outcome, there were no specific, accepted protocols in use at that time to test the potential carcinogenic activity of a chemical.  Johnathan Hartwell, a research fellow at the National Cancer Institute, published a *"Survey of Compounds Which Have Been Tested for Carcinogenic Activity"* in 1941 (Hartwell, 1941). Although this 'compendium' listed nearly 1,000 different studies (all completed before 1939) on 696 different chemical compounds, it is striking how relatively few different <u>classes</u> of compounds had been studied for a period of time adequate to see tumors develop:  there were only 13 studies on 9 different substances that had oral (feeding) exposures for more than 18 months (the 'standard' accepted exposure period for rodent carcinogenesis bioassays is 24 months, established in the early 1960's by the NCI).  Importantly, ALL 9 of these chemicals were already known or suspected human carcinogens: arsenic, alcohol (ethanol), beta-naphthylamine (an aromatic amine), dibenzanthracene (a polyaromatic hydrocarbon), o-aminoazotoluene (an azo dye), p-dimethylaminoazobenzene (an azo dye), scarlet red (an azo dye), and two endogenous substances, cholesterol, and estrogen. Equally striking is the wide variety of species used (6 used rats, 3 used mice, 2 used dogs, and one each used rabbit and 'fowl').  None of these studies used 'control' groups, as the purpose generally was NOT to test to see whether the compound might cause cancer, but rather to try to understand better the process of chemical carcinogenesis, and/or to identify which specific chemical in a complex mixture might be the 'culprit' in causing cancer in the workplace environment.  In terms of the number of animals used in a group, of the 13 oral studies that were 18 months or longer, 3 failed to indicate how many animals were used, 5 used 16 or fewer, 3 used between 20 and 30, and 2 used 100 or more.  The Hartwell compendium thus does an excellent job of demonstrating that 'carcinogenesis bioassays' for the purpose of identifying whether an industrial chemical is carcinogenic or not simply did not exist at that time (1940).  There were no standard protocols, and the nature of histopathological examination of tissues was crude, at best.  In fact, this situation had not substantially improved over the next 15+ years. The use of chemical structure to predict carcinogenic properties was, and still is, very challenging, and fraught with uncertainty.  This is well illustrated by the Discussion section of the first Hartwell compendium (Hartwell, 1941):

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

In this bulletin, data are collected on 696 different chemical compounds. Of these, 169 are reported to be carcinogenic, apart from 23 which are said to cause only papillomas. It is impressive, as has been pointed out by other writers, that these active compounds are found in a great variety of chemical classes, that substances of widely differing chemical structure possess similar carcinogenic activity; whereas of substances of the closest chemical similarity, one may be active and another completely inactive. These considerations may at first thought make it seem hopeless to connect carcinogenicity in any way with chemical structure. When 27 percent of all compounds tested have tumorigenic power, it would at first appear that there is little significance in chemical structure and that, while much light has been thrown on the origins of occupational cancer, a study of molecular architecture would not be expected to contribute in high degree to an understanding of the causation of spontaneous cancer.

However, more careful consideration brings one to the conclusion that we are far from justified in relaxing our efforts in this line of attack.

It is necessary to have a wide range of information in order to designate a compound as carcinogenic or noncarcinogenic. The carcinogenicity of a substance is known to be influenced by many factors[2] including the genetic constitution of the animal (species and strain), its age and sex, the diet, the physical condition of the animal, the purity of the chemical compound, the dose, the physical state of the compound, the nature of the solvent or vehicle used in administration, and the route or site of application. In addition, the value of the results is dependent on the number of animals used, the survival rate, and the duration of the experiment. Thus, the appearance of tumors is dependent to a high degree on experimental conditions, and both the number of tumors and the rate of their appearance are subject to many modifying influences. Furthermore, while failure to obtain tumors in a given case may be attributed to conditions of the experiment and should not always be taken to indicate lack of carcinogenic potency, the reports of tumors obtained should also be subjected to scrutiny and not necessarily accepted as proof of such potency. Many tumors are reported with no histologic support of malignancy; many are also reported as caused by the compound under test when only a few tumors are obtained in animal strains of unknown incidence of spontaneous tumors.

In a supplement to the 1951 Hartwell compendium, published in 1957 (Shubik and Hartwell, 1957), the authors make the following comment about the state of toxicity testing for carcinogenesis at that time:

This survey does not, unfortunately, provide the means for determining the likelihood of a compound tested routinely being carcinogenic. The majority of tests performed as toxicity investigations of new material are inadequate from the standpoint of carcinogenesis: many of these studies are not carried on for a long enough period, they often do not record pathological information in sufficient detail, and the bulk of these studies are confined to feeding experiments with rats, often of strains with such spontaneous tumor incidence as to make the detection of carcinogenicity quite impossible.

84

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Although some academic and industrial laboratories in the 1940's and 50's began to develop their own protocols to test a chemical in laboratory animals for potential carcinogenic potency, it wasn't until the early 1960's that efforts began to develop standardized, 'predictive' animal bioassays using standardized protocols. The impetus for this was, in part, the passage in 1958 of the so-called "Delaney clause" of the Food, Drug and Cosmetic Act, which stated that *"the Secretary of the Food and Drug Administration shall not approve for use in food any chemical additive found to induce cancer in man, or, after tests, found to induce cancer in animals."* The National Cancer Institute (NCI), established in 1937, was the primary organization that had the responsibility for conducting cancer bioassays in laboratory animals in the 1950's and '60's. John and Elizabeth Weisburger, carcinogenesis specialists at the NCI, were charged in 1961 with developing 'standardized' approaches to chronic carcinogenesis bioassays, which was first published in 1967 (Weisburger and Weisburger, 1967). Dr. Weisburger provides the following summary of the state of the science in the early 1960's (Weisburger, 1999):

> *"This writer, together with Elizabeth Weisburger, and under the leadership of Michael Shimkin, was charged in 1961 with establishing a systematic approach to test chemicals for carcinogenicity, the National Cancer Institute Bioassay Program [4]. The classic rodent bioassay procedures were employed, with certain refinements such as the use of the then newly commercially available specific-pathogen-free mice and rats. Standardized methods of chemical administration at several dose levels were developed. It seemed that occupational cancer in humans was caused by chronic exposure at the work place to high dose levels of specific chemicals such as tars, asbestos, benzo(a)pyrene or 4-aminobiphenyl. Thus, the procedures adopted involved preliminary toxicology studies to determine the maximally tolerated dose in small groups, usually of 5–10 rats and mice. Examination of the existing literature led to the selection of an inbred strain of rat, the F344 rat, developed originally by W. Dunning, and a hybrid mouse strain, the B6C3F1, utilized by Kotin and Falk in their pioneering studies of lung cancer in animal models. The existing data showed both rats and mice of these strains had a fairly low incidence of spontaneous tumors, but seemed sensitive to a few carcinogens for which the literature existed at that time. Since Huggins proved the value of Sprague–Dawley strain rats for the induction of mammary gland tumors efficiently and rapidly, this method and rat strain was utilized in some exploratory investigations to validate this model for carcinogen bioassays, and also determine its limitations."*

Finally, as noted by Hartwell in 1941, there was a substantial amount of research on the specific chemical structures required for carcinogenicity of then known occupational carcinogens, which included three main groups of chemicals: 1) polyaromatic hydrocarbons (PAHs, the substances present in soot and coal tar), 2) aromatic amines, used in a variety of industries, and 3) azo compounds, used primarily in the dye industry. Extensive 'structure activity relationship' data was developed in the 1920s and 30s on the PAHs. Indeed, in the Hartwell compendium, the vast majority of studies were on a few different PAHs, such as 1,2,5,6-dibenzanthracene. Studies of this compound alone constituted nearly 50% of all of the entries of studies conducted for 18 months or more by any route of administration. Of the 695 different chemical substances listed in the 1941 Hartwell compendium, over 350 were various PAH structures. From this extensive data in

85

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

the 1930s, there was a remarkably good understanding of the structural requirements for carcinogenic response to PAHs.

It is important to recognize that there was no requirement or expectation that 'industrial chemicals' (those chemicals not intended for use as food additives, pharmaceuticals or pesticides used on food crops) be tested in animals for their potential to cause cancer.  Indeed, there is no such requirement even today, although the Toxic Substances Control Act of 1976 provided EPA with "authority to require reporting, record-keeping and testing requirements, and restrictions relating to chemical substances and/or mixtures."  Testing requirements could conceivably include a requirement for a 2-year cancer bioassay, although this has seldom been done.  Thus, given the absence of any of the triggers noted above, and the complete absence of any indication from workplace monitoring that PCBs had increased cancer risk among workers, Monsanto had no reason to conduct a 2-year carcinogenesis bioassay.  In fact, they were not under any obligation to do so when they contracted with IBT in the late 1960's to conduct the first ever 2-year rodent carcinogenicity study with Aroclors, which did not demonstrate carcinogenic activity in that study.

Examples of other industrial chemicals produced by other manufacturers tell the same story (i.e., no carcinogenicity testing was performed in the lack of the triggers outlined above).  Dow and DuPont were primary producers of chlorinated solvents such as trichloroethylene (TCE) and perchloroethylene (PCE or tetrachloroethylene), widely used in a variety of industries, including the dry-cleaning industries (Doherty, 2000a, b). In spite of being widely used with high-levels of exposure because of their volatility, these chemicals were not tested for their carcinogenic potential by either Dow nor DuPont (or any of the other manufactures of TCE and PCE).  Even though manufacture and use of TCE started in the early 1930s, neither the Hartwell 1951 nor the Shubik and Hartwell 1957 compendiums list any long-term feeding studies related to trichloroethylene and TCE is not listed in the Hartwell 1941 compendium (Hartwell, 1941, 1951; Shubik and Hartwell, 1957). The first IARC Monograph on carcinogens, published in 1972, included entries for carbon tetrachloride and chloroform, but nothing on trichloroethylene (IARC and World Health Organization, 1972). An early review of TCE toxicity was provided by Shubik and Hartwell (1957).  Numerous acute and sub-chronic studies of TCE were cited, including subchronic exposures at Dow chemical company laboratories Adams *et al.* (1951) as cited by Shubik and Hartwell (1957).  But Dow never performed a 2-year chronic bioassay on TCE.  The first study to demonstrate the possible animal carcinogenicity of TCE was conducted at the National Cancer Institute and reported in 1976, which is reported as the 2nd Technical Report from the National Toxicology Program (NTP, 1976). TCE was tested in the standardized NCI 2-year carcinogenesis study protocol, and was found to induce hepatocellular carcinomas in mice, but not in rats.  However, because of the uncertainty over the rat data, TCE was again subjected to standardized carcinogenesis bioassays at the NTP in 1988, using 4 different strains of rats (NTP, 1988).  Even this study, which was largely negative for tumors, was deemed inadequate:

> "Conclusions:  Under the conditions of these 2-year gavage studies of trichloroethylene in
> male and female ACI, August, Marshall, and Osborne-Mendel rats, trichloroethylene
> administration caused renal tubular cell cytomegaly and toxic nephropathy in both sexes
> of the four strains. However, these are considered to be inadequate studies of carcinogenic
> activity* because of chemically induced toxicity, reduced survival, and deficiencies in the
> conduct of the studies. Despite these limitations, tubular cell neoplasms of the kidney were
> observed in rats exposed to trichloroethylene and interstitial cell neoplasms of the testis

86

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

*were observed in Marshall rats exposed to trichloroethylene"* [*refers to original document and NTP ranking categories].

This is a good representation of exactly how challenging conducting a high quality 2-year bioassay can be, and why it was not, nor is it today, 'standard practice' to conduct 2-year bioassays on every new chemical to be used in commerce.

Similarly, PCE was one of the first chemicals selected for testing in the National Cancer Institute's Carcinogenesis bioassay program.  The NCI report on PCE, published in 1977 (NTP, 1977), notes the following about early testing of PCE:

> *"Tetrachloroethylene [also knows as perchloroethylene or PCE]  (NCI No. C04580) is one of a group of halogenated organic solvents selected by the National Cancer Institute (NCI) for inclusion in the Carcinogenesis Bioassay Program. These solvents were selected on the basis of large-scale production, extensive use, and lack of adequate chronic toxicity data..."*
>
> *"Human exposure to tetrachloroethylene is extensive. Approximately 85 percent of the compound consumed is used in a dispersive manner. The greatest human exposure takes place in dry-cleaning establishments using tetrachloroethylene, especially when ventilation is inadequate.  Tetrachloroethylene appears to be a widespread environmental contaminant, found in air, water, and food. Worldwide air emissions of tetrachloroethylene were estimated at nearly $2.8 \times 10^5$ tons in 1974, and atmospheric concentrations normally range between 1 and 10 ng/liter."*

As noted previously, the Shubik and Hartwell (1957) compendium had no entries for 2-year bioassays on PCE by Dow, DuPont or any of the other manufacturers of PCE, in spite of its extensive use in a wide variety of industries, with very large known exposures.  The studies that were done, were all inhalation studies that were short-term (six months or less for rats and rabbits; less than eight months for monkeys and guinea pigs), with only one dose group, and small number of animals.  In none of these inhalation studies were tumors found. This is because it was not standard practice in the 30s, 40s, 50s or 60s to test industrial chemicals for carcinogenesis in 2-year bioassays, unless the triggers I mentioned were met.

Despite the fact that tumors were not observed in any of the early inhalation studies, the results of the NCI 2-year rodent bioassay on PCE (NTP, 1977) found:  *"In both male and female mice, administration of tetrachloroethylene was associated with a significantly increased incidence of hepatocellular carcinoma."*  This provides another example of the fact that 2-year rodent bioassays were not industry standard even for high volume industrial chemicals where human exposure was expected to be high.

As shown above, 2-year bioassays on industrial products were not conducted because it was NOT standard practice to do so.  In addition to TCE and PCE, Dow was a primary manufacturer of vinyl chloride (VC), which was found in the late 1970's to have caused a rare form of liver cancer in humans occupationally exposed to VC.  V. K. Rowe, the director of the Dow Toxicology Laboratory for decades, discussed this in a 1975 article in the Annals of the New York Academy of titled "Experience in industrial exposure control" (Rowe, 1975).  In this article, he makes the following comments:

> *"In the early days of Dow experience with vinyl chloride, from 1946-1959, relatively few samples of the workroom air were taken because no one was particularly concerned about*

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*the toxicity of the material…… In 1959, when the results of our toxicological studies on animals caused us to be more concerned for both vinyl and vinylidene chloride exposure, continuous monitors were installed in our polymer plants and a rather dramatic reduction in workroom air concentration was achieved……. In the late 1960's, after discovery of acroosteolysis in workers in polyvinyl chloride operations abroad and in the United States, our workers were examined and no such disease was found. Consequently, we felt that our operations were generally acceptable. However, after Viola and co-workers' [1974] disclosed that they had induced tumors in rats exposed to high concentrations of vinyl chloride monomer, we decided to take a closer look at all of our operations. In addition to extensive medical surveillance programs, extensive industrial hygiene surveys were undertaken to assess in more detail the extent of our worker exposure to vinyl chloride."*

**C. Charge 4: Consider whether, if an animal test for cancer had been performed in the 1930's - 60's, it would have demonstrated that PCBs cause cancer in laboratory animals.**

*Had Monsanto found a laboratory willing and able to conduct a 'test for cancer' in the 1930s, '40s, or 50s, or established its own, it is highly unlikely that the study would have found a statistically significant increase in tumors from PCBs.*

There are four primary reasons why this is true:

1. They likely would have tested the animals for 18 months or less, as was typical of such studies of that time. The 'positive' studies on Aroclors done in the 1980s-90s demonstrated unequivocally that the liver tumors that developed (largely in female rats) were slow to develop and generally not seen until near the end of the 2-year study (Mayes *et al.*, 1998; Norback and Weltman, 1985; etc., reviewed in Appendix 3).

2. They likely would have used an insufficient dose and/or route of exposure. Nearly all of the toxicology studies done on PCBs in 1930s-1950s were focused on workplace concerns about toxicity following inhalation exposure. The pioneering work of Drs. Drinker and Treon never really considered ingestion as the principle 'route of exposure', although they did do some feeding studies that corroborated the liver as the primary 'target organ' for toxicity of the mixtures of industrial compounds they were studying. Rather, their focus was, appropriately at the time, on workplace exposure via the inhalation route. Had Dr. Drinker or others conducted a 2-year inhalation study of PCBs, it is extraordinarily unlikely that it would have produced an adequate dose to the liver to cause liver tumors, which is the primary form of reproducible, statistically significant tumor develop in rat bioassays of PCB mixtures. For example, the Drinker study of PCB mixture #1268 (Drinker, 1938b) used two airborne concentrations, 0.58 mg/m$^3$ for 16 hrs/day for 119 days, and then 6.23 mg/m$^3$ for 16hrs/day for an additional 87 days. Using a rat respiratory rate of 100 breaths/minute, and a tidal volume of 1 ml/breath (Grant, 2014), the low dose exposure was approximately equivalent to dietary exposure at 10 ppm (assuming 15 gm per day of food consumption for a 300 gm rat), and the high dose exposure is roughly equivalent to 100 ppm of PCBs in the diet. As Drinker referred to the high dose as 'extreme conditions', it is highly unlikely that he or anyone else would have used that high of dose for an entire 2-year study. Further, the dose to the liver, where the tumors occur, is very much

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

lower following inhalation, rather than oral, exposure because of what is referred to as 'hepatic first pass clearance.' When PCBs and other highly fat-soluble substances are ingested, they must first pass through the liver. The liver is highly effective at removing and concentrating PCBs, before they are distributed to the rest of the body. In contrast, PCBs introduced into the body via inhalation are widely distributed throughout the body, resulting in lower concentrations in the liver, relative to what would occur following oral ingestion. Thus, even if a sensitive strain (Sprague-Dawley) of female rats was used, the concentration of PCBs in the liver following inhalation exposure would have been substantially less than that which occurs from feeding, and would not have been high enough to cause liver tumors, the only consistent type of tumor that has been established for PCBs in long-term feeding studies in rats (See Appendix 3 for a review).

3. Had Monsanto decided to conduct an inhalation test for cancer, it would likely have used a laboratory such as Dr. Treon's laboratory. Indeed, Dr. Treon's lab performed 8 such studies of industrial chemicals, listed in the Shubik and Hartwell 1957 Addendum. Attachment 2 shows these studies, which were representative of the type of inhalation studies used at the time. What becomes most obvious from an inspection of the Shubik and Hartwell addendum of Treon's inhalation studies is:

   a) Nearly all studies were performed over a period of no more than 26 weeks, an insufficient time to see tumors develop

   b) The maximum number of animals used in any study was 9, and most of the studies had 4 or fewer. Of the 9 studies that used rats, and reported the number of animals, 1 used 4 rats, 1 used 3 rats, and the remainder used 2 rats. The small number of animals used almost ensures that no significant increase in tumors would be seen;

   c) A variety of species were used (guinea pigs, rabbits, rats, monkeys, cats)

   d) In all of the 8 Treon inhalation studies listed in the (Shubik and Hartwell, 1957) addendum, they found a sum total of 0 tumors. Not a single study revealed any tumors. This is not surprising, for all of the reasons mentioned above.

Even when other studies of compounds suspected of being carcinogenic were conducted for 2 years using dietary administration, many of the completed studies failed to find a significant increase in malignant tumors. Hartwell notes in his 1941 compendium:

> The number of entries in the present publication indicates an increase in the number of chronic toxicity tests for the period surveyed (1948 thru 1953) as compared with previous compilations. Out of 981 compounds listed, 779 are reported for the first time in these tests. Of the approximately 189 compounds in this Supplement which are found to induce tumors, 159 are new while 30 were reported as negative in the last edition of the "Survey". It can be seen that the proportion of carcinogens among the new compounds (21%) is similar to that found before (23%).

89

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Thus, even when testing compounds for which there was already strong evidence that they were carcinogenic, over 75% tested negative. Again, this is simply a reflection of the state of the science for carcinogenic testing in this period of time.

4. Of 27 different 2-year studies on various commercial mixtures of PCBs (some using only males or females, some using both sexes; see Table 5 on p. 31, see also Appendix 3), only 7 of the 27 studies (26%) identified a positive response for cancers (and two others had increases in benign adenomas). Almost all of the increase in tumors that were seen were liver tumors and the response was largely in females. There are also obvious strain differences in rats, with female Sprague-Dawley rats showing, by far, the most sensitive response. This rat strain was not widely used prior to the protocol development effort of the Weisburgers in the early 1960s. For example, in a 1951 update to the 1941 Hartwell compendium (all of the studies listed in that compendium were indexed by species), of approximately 200 studies using 32 different strains of rats, only 13 used Sprague-Dawley rats. The most widely used strain was the relatively resistant Wistar rat, which was used in 40% of the studies.

The NCI study of ARoclor 1254 in 1978 was statistically 'negative'

It is important to note that the first three 2-year bioassays of PCBs, completed in 1971, 1972 and 1974, ALL failed to conclude that PCBs caused cancer in laboratory rats. The NCI's carcinogenicity of Aroclor 1254 also failed to show a statistically increased incidence of cancer in rats (NCI, 1978). Earlier studies (prior to 1970s) were limited due to the lack of standardized experimental animal cancer testing procedures (see Table 13 for differences before and after 1970).

**Taken together, for all of the reasons discussed above, it is my opinion that, had Monsanto conducted a carcinogenicity study in the 1940s-1960s, using the tools available at the time, they would not have found PCBs to be carcinogenic.**

90

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## IV.    Comments on plaintiffs' expert report

### A.    Olson

#### 1.    General comments:

Dr. Olson's report spends a great deal of time discussing the adverse effects of high doses of PCBs to experimental animals.  However, never once in the entire document does he address the single most important consideration in toxicology for evaluating relative risk, or 'safety' of consuming fish in the Spokane River – that of dose.  He has provided no indication as to the quantity of fish that might be reasonably consumed by people that fish in the Spokane River.  He has provided no indication that he understands what the concentrations of total PCBs, and specific congeners of toxicological interest, are in fish in the Spokane River.  Thus, he has no idea what exposures are to various PCBs that might occur from consuming fish harvested from the Spokane River, and thus no idea of what a daily or lifetime dose might be.  In the absence of ANY consideration of dose, it is impossible to make any scientifically based judgement about the relative harm that might come from consuming fish from the Spokane River, or the relative magnitude of public health benefit that might come from spending hundreds of millions of dollars attempting to lower the levels of PCBs currently present in the Spokane River.  Thus, overall, his report is completely devoid of any useful toxicological information that could assist a judge and jury in determining the magnitude of harm, and thus harm reduction, that might be gained by expanding efforts to reduce the levels of PCBs in the Spokane River.  Because, as I have set forward in my report, there is no meaningful risk associated with the levels of PCBs found in edible fish in the Spokane River, the levels of PCBs in edible fish in the the Spokane River do not make them unsafe for human consumption.

#### 2.    Specific comments:

Dr. Olson repeatedly fails to contextualize literature he cites to support his incorrect statements that "PCBs were known to cause adverse health effects as early as the 1930s and 1940s" and "studies in the 1950s further demonstrate the toxic effects of PCBs" on pp. 5-8 of his expert report. Olson discusses a publication by Jones and Alden (1936) that describes cases of chloracne in a group  of workers manufacturing PCBs (which were called chlorinated diphenyls in the publication):

> *"Jones and Alden (1936) are physicians from Atlanta that investigated an outbreak of acneform eruption occurring in a group of workers engaged in the manufacture of PCBs (then called chlorinated diphenyls). Within a period from late summer of 1932 to October 1933, 23 out of 24 men working in the manufacture of chlorinated diphenyl were reported to have acneform eruption on the face and body. This article by Jones and Alden was published in 1936 in the Archives of Dermatology and Syphilology."*

Olson's description implies that the investigation by the physicians supported his contention that PCBs were known to cause health effects in the 1930s. However, the opposite is true: PCBs were not known to cause chloracne at the time of the publication. Olson simply reported the Jones and Alden case descriptions of the chloracne outbreak but failed to include any of Jones' and Alden's summarization of results whereby they attributed the skin condition to other chemicals. Specifically, Jones and Alden stated: "the heating and chlorination of these impurities probably resulted in the production of styrene di-chloride and

91

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

chlorethylbenzene, which, we believe, on contact with the skin produced the acneform eruption ... since ... **chlorinated di-phenyl, did not, either experimentally or actually, produce any cutaneous or sebaceous irritation"** [emphasis added] Jones and Alden (1936)."

Schwartz (1936) is another publication incompletely discussed by Dr. Olson. The Schwartz publication was an attempt to address a data insufficiency - because to date, "dermatitis in the manufacture of synthetic resins and from their use has not been frequently reported or studied." Dr. Schwartz states: "the most important of the resins, from a standpoint of volume used, and skin hazards, are the phenol-formaldehyde and the urea-formaldehyde and the coumaron resins" [note chlorinated waxes, obtained by chlorinated mineral oils, paraffin, naphthalene, and diphenyl did not make the list].  However, synthetic waxes were discussed in the same section because the "principal synthetic waxes manufactured in this country are chloronapthalenes and the chloro diphenyls [PCBs]." The only hazards listed by Dr. Schwartz for chloro diphenyl production workers included exposure to benzol (i.e., benzene) and diphenyl fumes. Dr. Schwartz indicated that workers involved in chlorinating the diphenyl and redistilling the crude Arachlor (sic) were affected with acne-like conditions of the skin as were workers exposed to fumes of chloronapthalenes (e.g., Halowax). But, because patch tests performed with Halowax and chloro diphenyls were negative for irritation, Schwartz indicated the skin lesions of workers "probably result from the mechanical plugging up of the follicles of the skin with the waxes as the fumes solidify on the skin. The chlorine present on the waxes may have an irritating effect on the plugged follicles and cause suppuration." It was unclear if other effects were due to chloro diphenyl, Halowax, or an impurity of these products.  This data hardly supports "early knowledge of PCB toxicity" as claimed by Dr. Olson.

Dr. Olson also attributes a 1941 publication whose conclusion is that the skin of the rabbit is a useful experimental animal for studying the pathology of human chloracne (Adams *et al.*, 1941). However, Olson failed to acknowledge many compounds were attributed with a "reaction" (no further test-article specific description of effects is given) on rabbit skin, including chlorinated diphenyls, chlorinated naphthalenes, chlorinated diphenyloxides, crude chlorinated phenols, and petroleum oils. No information was provided beyond a list of compounds associated with "effects." Furthermore, the absence of information regarding the severity of the reaction, the number of animals in control or test group, or the identity of the test article (beyond chlorinated diphenyl), prevents any scientific conclusion regarding the propensity of any of the listed compounds (if they tested pure compounds) for dermal effects.

A study by Meigs *et al.* (1954) was used by Dr. Olson as evidence that studies in the 1950s failed to identify a level of exposure that did not elicit an adverse effect and made clear the insufficiency of the ACGIH 1 mg/m$^3$ standard. The report by  Meigs *et al.* (1954) described an outbreak of dermatitis that didn't start until after exposures of up to 19 months (additional case recognition occurred because there was an "especially careful examination of the skin of all exposed employees after discovery of the first case").  Aroclor, which had been used in the facility as a heat exchange material for supplying heat to a reaction chamber, leaked under certain conditions and resulting air concentrations of chlorinated diphenyls was about 0.1 mg/m$^3$. However, as heating of PCBs in the presence of oxygen is known to cause formation of contaminants (e.g., polychlorinated dibenzofurans; PCDFs); these contaminants were likely formed and the cause of the chloracne observed in the workers. Because PCDFs were almost certainly formed from the heating of the Aroclor, results of this study cannot be attributed to PCB exposure alone.

92

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Finally, although Olson discusses observations reported by Miller (1944), he fails to contextualize the doses that were given to the animals in which the effects were observed. For example, the feeding dose given to rats was 138 mg/day. In the chronic evaluation done by Mayes *et al.* (1998), feeding exposure concentrations were about 1 to 4 mg/day (assuming an average male S-D rat body weight of 0.523 kg; US EPA (1988)). Therefore concentrations in the  Miller (1944) study were at least one if not two orders of magnitude higher than those selected to evaluate toxicity many decades later. The purpose of the  Miller (1944) study was to evaluate hazard at extremely high exposure doses – beyond those experienced in workers. Indeed, some exposure scenarios induced death in treated animals. Given that the amount of exposure governs the toxicity – anything can be toxic with a high enough exposure concentration – extrapolation of these results to "indicate that PCBs … produce systemic toxicity" (Olson report, p. 127) is not supported by the study data.

The absence of scientific data in the 1950s regarding PCB toxicity in humans was summarized by Von Oettingen (1955) with the statement:

> There are no reports on human poisoning from exposure to chlorodiphenyl alone, although numerous poisonings have resulted from its mixture with chlorinated naphthalenes.

This analysis demonstrates Olson selectively extracted data from scientific publications to support his contentions and failed to relate the study context, conclusions, and relationships to generally accepted scientific methodologies, practices, and concepts. Contrary to Olson's contention, scientific studies from the 1930s to 50s do not support that PCBs were known to cause adverse health effects during those time periods.

On p. 13 of Dr. Olson's report, he provides a discussion of Yusho and Yu-Cheng diseases that resulted from exposure to rice oil that was inadvertently contaminated with PCBs from a leaking heat exchange fluid used in the manufacture of the rice oil.  While Dr. Olson's description of the poisoning episodes is generally accurate, he fails to mention that this exposure is largely irrelevant to exposure to PCBs found in fish in the Spokane River and elsewhere because the oil was heated to high temperatures in the presence of oxygen, creating a substantial amount of polychlorinated dibenzofurans (PCDFs), which are exceedingly potent activators of the AhR, including the human AhR.  It is now known that virtually all of the toxic effects observed in this population was from exposure to the PCDFs and not to PCBs.  This was understood in the 1970's.  It is interesting to note that the first edition of *Casarett and Doull's Toxicology: The Basic Science of Poisons*, published in 1975 (Casarett and Doull, 1975), has <u>one mention of PCBs in the entire 750 page book (p. 562):</u>

> In Japan, a form of chloracne known as "Yusho" (rice oil) disease was found to be caused by chlorinated biphenyl (PCB) contamination of one lot of rice oil (Panel on Hazardous Trace Substances, 1972). According to the authors, **<u>a contaminant in the PCB may be the toxic substance, rather than the PCB</u>**" (emphasis added).

Dr. Olson should know that the symptoms from Yusho and Yucheng disease have been unequivocally demonstrated to be from the dibenzofurans and not from the PCBs themselves.  In a 2015 review of these two tragic situations, Mitoma *et al.* (2015) state the following:

> "This incident is called Yusho, which means oil disease in Japanese, because it was caused by the ingestion of rice bran oil contaminated with Kanechlor-400, a Japanese commercial

93

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*brand of polychlorinated biphenyls (PCBs) that was used in the process of refining the oil. It was later found that the oil was contaminated not only with PCBs but also with various dioxins and dioxin-like compounds (hereafter simply referred to as dioxins): polychlorinated quarterphenyls (PCQs), polychlorinated dibenzo-p-dioxins (PCDDs), and polychlorinated dibenzofurans (PCDFs) generated by heat denaturation of PCB...... The gas chromatogram pattern of PCBs in the blood of patients showed a characteristic pattern, A or B pattern, which was quite different than that in the blood of people unaffected with Yusho...... From 1975 to 1977, high levels of PCDFs were detected in the tissues of Yusho patients as well as in the contaminated rice oil (Nagayama et al., 1976, 1977)..... The relative contribution of PCDF congeners to the total TEQ in the contaminated rice oil was 77% (Yao et al., 2002). The most important compound causing the symptoms of Yusho (Masuda and Yoshimura, 1984), 2,3,4,7,8-penta-chlorodibenzofuran (2,3,4,7,8-PeCDF), the latest TEF of which was estimated to be 0.3 (Van den Berg et al., 2006), was shown to contribute 58% to the total TEQ in the oil (Yao et al., 2002)...... The estimated levels of total PCDDs, PCDFs, non-ortho PCBs, and total TEQ, respectively, in the mothers with Yusho at the time of delivery were 30.8, 161.7, 5.2, and 46.1 times higher than those in the general population (Masuda et al., 2005), respectively."*

Note that the levels of dioxin-like PCBs were only 5-fold higher than the general population, and contributed a very small amount to the total TEQ, especially if the TEQ were adjusted using human-specific TEFs reported by Larsson *et al.* (2015).  Thus, these two situations are vastly different from trace level exposure to PCBs found in fish in the Spokane River, and are completely irrelevant to this case.

Dr. Olson's statement that "it is likely that PCDFs contributed in part to the toxicity observed in these patients." Seems to infer that that majority of the toxicity seen in these two populations is from PCBs, rather than from dioxins and dibenzofurans, but there is a vast literature that suggests exactly the opposite- that these symptoms are almost entirely due to the extraordinarily high exposure to highly toxic dibenzofurans, and that the contribution of relevant PCB congeners (i.e., those congeners found in fish in the Spokane River) contributed a fleetingly small amount to the observed effects.  For example, Tsukimori *et al.* (2013) calculated the contribution of the various PCDDs, PCDFs and DL-PCBs to the total TEQ exposure to Yusho mothers who gave birth (Table 14).  They used the WHO 2005 TEF values. Using those values, which greatly overestimate the contribution of PCB126 to the total TEQ, they found that the mean total TEQ concentration in 10 babies with symptoms of Yusho (so called 'Black baby', Table 14) was 2719.7, of which 2.1% was from DL-PCBs, and 97.9% was from dioxins and dibenzofurans, using WHO 2005 TEFs.  However, if the 2015 recommended human TEF of 0.003, rather than 0.1, was used for PCB126, and the 2015 value of 0 was used for the PCB169 TEF, the contribution of DL-PCBs to the total TEQ would be somewhat less than 0.04%, which is toxicologically irrelevant.

94

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 14. Estimated TEQ exposure using WHO 2006 TEF values (from: Tsukimori et al., 2013)**

Table 2
Estimated maternal blood TEQ concentrations (TEQ pg g$^{-1}$ lipid) of PCDDs, PCDFs and coplanar PCBs at delivery.

| Variables | Half life[a,b] (years) | TEF[c] | Black baby (n = 10) | | | | Non-black baby (n = 107) | | | | Odds ratio[d] | (95% CI) | p Value[e] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | % >DL | TEQ concentration | | | % >DL | TEQ concentration | | | | | |
| | | | | Mean | SD | Median | | Mean | SD | Median | | | |
| *Total levels* | | | | | | | | | | | | | |
| Total PCDDs | 7[a] | | 100 | 736.5 | 526.5 | 647.0 | 100 | 243.0 | 275.9 | 139.0 | 21.5 | (1.48–310.9) | 0.03 |
| Total PCDFs | 7.7[a] | | 100 | 1923.9 | 2273.8 | 1313.1 | 100 | 460.7 | 905.3 | 141.6 | 3.46 | (1.07–11.2) | 0.04 |
| Total coplanar PCBs | 14.6[a] | | 100 | 57.6 | 30.4 | 45.6 | 100 | 31.8 | 29.7 | 27.1 | 24.0 | (1.25–463.6) | 0.04 |
| Total PCDDs, PCDFs and coplanar PCBs TEQ | 7.7[a] | | 100 | 2705.3 | 2706.8 | 1969.1 | 100 | 761.7 | 1164.0 | 410.8 | 7.54 | (1.27–44.9) | 0.03 |
| *Congener levels* | | | | | | | | | | | | | |
| PCDDs | | | | | | | | | | | | | |
| 2,3,7,8-TetraCDD | 6.2[b] | 1 | 70 | 87.2 | 60.8 | 96.9 | 54 | 33.6 | 47.1 | 14.0 | 6.55 | (1.00–42.8) | 0.05 |
| 1,2,3,7,8-PentaCDD | 8.6[b] | 1 | 100 | 213.7 | 153.1 | 180.9 | 100 | 75.0 | 78.4 | 52.4 | 28.4 | (1.48–544.0) | 0.03 |
| 1,2,3,4,7,8-HexaCDD | 8.4[b] | 0.1 | 70 | 5.4 | 3.7 | 5.4 | 62 | 2.8 | 3.5 | 1.6 | 7.83 | (0.86–70.9) | 0.07 |
| 1,2,3,6,7,8-HexaCDD | 13.1[b] | 0.1 | 100 | 41.1 | 34.0 | 33.8 | 100 | 15.2 | 16.9 | 10.0 | 28.6 | (1.67–489.9) | 0.02 |
| 1,2,3,7,8,9-HexaCDD | 8.5[b] | 0.1 | 100 | 9.0 | 5.0 | 8.4 | 79 | 4.2 | 4.8 | 2.2 | 10.7 | (0.94–122.3) | 0.06 |
| 1,2,3,4,6,7,8-HeptaCDD | 6.6[b] | 0.01 | 100 | 21.8 | 13.6 | 19.7 | 100 | 9.3 | 10.2 | 5.5 | 17.4 | (1.24–242.8) | 0.03 |
| OctaCDD | 5.6[b] | 0.0003 | 100 | 19.2 | 13.7 | 16.6 | 100 | 7.5 | 9.2 | 3.6 | 21.1 | (1.64–271.7) | 0.02 |
| *PCDFs* | | | | | | | | | | | | | |
| 2,3,7,8-TetraCDF | 0.4[b] | 0.1 | 40 | NA | | | 50 | NA | | | | | NA |
| 1,2,3,7,8-PentaCDF | 0.9[b] | 0.03 | 30 | NA | | | 24 | NA | | | | | NA |
| 2,3,4,7,8-PentaCDF | 7.7[a] | 0.3 | 100 | 1728.4 | 2032.4 | 1191.4 | 100 | 404.9 | 805.8 | 122.8 | 3.27 | (1.06–10.0) | 0.04 |
| 1,2,3,4,7,8-HexaCDF | 5.1[a] | 0.1 | 100 | 689.9 | 988.9 | 355.4 | 90 | 153.6 | 350.9 | 28.5 | 3.31 | (1.09–10.1) | 0.04 |
| 1,2,3,6,7,8-HexaCDF | 5.1[a] | 0.1 | 100 | 254.1 | 307.2 | 167.7 | 90 | 66.8 | 117.5 | 18.6 | 4.83 | (1.13–20.6) | 0.03 |
| 1,2,3,7,8,9-HexaCDF | 1.1[b] | 0.1 | 0 | NA | | | 0 | NA | | | | | NA |
| 2,3,4,6,7,8-HexaCDF | 2.4[b] | 0.1 | 0 | NA | | | 10 | NA | | | | | NA |
| 1,2,3,4,7,8-HeptaCDF | 3.5[a] | 0.01 | 70 | 41.2 | 39.2 | 27.2 | 60 | 11.1 | 17.9 | 2.6 | 4.93 | (1.09–22.2) | 0.04 |
| 1,2,3,4,7,8,9-HeptaCDF | 3.2[b] | 0.01 | 0 | NA | | | 3 | NA | | | | | NA |
| OctaCDF | 0.2[b] | 0.003 | 0 | NA | | | 4 | NA | | | | | NA |
| *Coplanar PCBs* | | | | | | | | | | | | | |
| 3,3',4,4'-TetraCB(#77) | 14.6[a] | 0.0003 | 0 | NA | | | 1 | NA | | | | | NA |
| 3,4,4',5-TetraCB(#81) | 14.6[a] | 0.0001 | 20 | NA | | | 8 | NA | | | | | NA |
| 3,3',4,4',5-PentaCB(#126) | 14.6[a] | 0.1 | 100 | 32.5 | 19.3 | 27.0 | 99 | 20.3 | 20.4 | 13.9 | 14.9 | (0.90–246.6) | 0.06 |
| 3,3',4,4',5,5'-HexaCB(#169) | 14.6[a] | 0.03 | 100 | 25.1 | 20.1 | 23.2 | 100 | 11.5 | 13.6 | 7.2 | 9.74 | (1.25–75.9) | 0.03 |

[a] Half-life data are from Masuda (2001).
[b] Half-life data are from Liem and Theelen (1997).
[c] WHO 2005 toxic equivalent factor values (Van den Berg et al., 2006).
[d] Odds ratio for a 10-fold increase in blood lipid level adjusted for age at delivery, gestational age at birth, birth weight, descendant sex, and consumption of fish (times per week).
[e] Calculations were performed when the detection rate in the sample was >50%. DL, detection limit; NA, not applicable; CDD, chlorinated dibenzo-p-dioxins; CDF, chlorinated dibenzofurans; CB, chlorinated biphenyls.

A 2016 follow-up study of Yusho patients again measured concentrations of all dioxins, dibenzofurans and dioxin-like PCBs in these patients (Todaka et al., 2016). The following table shows the relative concentration of dioxins, dibenzofurans and DL-PCBs using both the outdated WHO rat TEF values (van den Berg et al., 2006), and the newer human TEF values determined by Larsson et al. (2015). I've included the relatively high human TEF value of 0.06 for PCB81 that was determined recently by Shi et al. (2019).

**Table 15. Estimated TEQ levels of Yusho patients**

| | TEQ based on 2005 Consensus TEFs | % of Total, 2005 Consensus TEFs | TEQ based on 2015 Consensus TEQs | % of Total, 2015 Consensus TEFs |
|---|---|---|---|---|
| Dioxins | 24 | 18% | 34 | 10% |
| Dibenzofurans | 82 | 63% | 307 | 90% |
| PCB81 | 0.0016 | 0.0012% | 0.32 | 0.093% |
| PCB126 | 13 | 10% | 0.39 | 0.11% |
| PCB169 | 8.4 | 6.4% | 0 | - |
| Mono-ortho PCBs | 3.1 | 2.4% | 0 | - |
| *Total DL-PCBs* | *24* | *19%* | *0.71* | *0.21%* |
| **Total TEQ** | **130** | **-** | **342** | **-** |

Thus, using the newly described consensus TEFs for the HUMAN AhR, it is evident that the contribution of DL-PCBs to the total TEQ in Yusho patients is exceedingly small (0.21%), and the vast majority (90%) of the toxic effects are due to the presence of chlorinated dibenzofurans.

95

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Dr. Olson further discusses the important role of chlorinated dibenzofurans and their formation from PCBs by heating at high temperatures, but fails to note that measured levels of dioxins and dibenzofurans in fish in the Spokane River are relatively low (WA Dept of Ecology, 2014), and that plaintiffs have not alleged that these compounds are present in fish in the Spokane River at levels that would present a significant risk to consumers of those fish.

Indeed, as noted above, Dr. Olson has made no attempt whatsoever to address the issue of 'dose' of PCBs, or anything else, that might occur from consuming fish from the Spokane River.

Dr. Olson discusses the important concept of TEFs for converting DL-PCB concentrations to 'toxic equivalence' values (TEQ), and cites van den Berg *et al.* (2006) (Olson Expert Report, Oct. 11, 2019, p. 14). But he fails to note that these values represent the potency in rats, not humans. Van den Berg and colleagues (Larsson *et al.*, 2015) provide a thorough reevaluation of TEFs for both rat and human, and provide the following NEW TEF values that should be used in place of the outdated 2005 values:

96

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 16.  Consensus toxicity factors (from: Larsson et al., 2015)**

Table 2. Consensus Toxicity Factors for Compounds with World Health Organization Toxic Equivalency Factors

| compound[a] | CTF rat | CTF human | WHO-TEF |
|---|---|---|---|
| *Chlorinated Dibenzo-p-dioxins* | | | |
| 2378-TCDD[b] | 1 | 1 | 1 |
| 12378-PeCDD[b] | 0.5 | 1 | 1 |
| 123478-HxCDD[c] | 0.2 | 0.03 | 0.1 |
| 123678-HxCDD[b] | 0.06 | 0.06 | 0.1 |
| 123789-HxCDD[c] | 0.3 | 0.002 | 0.1 |
| 1234678-HpCDD[b] | 0.04 | 0.2 | 0.01 |
| OCDD[c] | —[e] | 0.005 | 0.0003 |
| *Chlorinated Dibenzofurans* | | | |
| 2378-TCDF[b] | 0.2 | 0.1 | 0.1 |
| 12378-PeCDF[c] | 0.2 | 0.6[ea] | 0.03 |
| 23478-PeCDF[b] | 0.2 | 1 | 0.3 |
| 123478-HxCDF[b] | 0.09 | 1 | 0.1 |
| 234678-HxCDF[b] | 0.07 | 0.06 | 0.1 |
| 123678-HxCDF[c] | 0.07 | 0.04[ea] | 0.1 |
| 123789-HxCDF[c] | 0.3 | 0.02 | 0.1 |
| 1234678-HpCDF[b] | 0.01 | 0.01 | 0.01 |
| 1234789-HpCDF[b] | 0.05 | 0.3 | 0.01 |
| OCDF[c] | 0.007[ea] | 0.2[ea] | 0.0003 |
| *Non-ortho-substituted PCBs* | | | |
| PCB77[b] | 0.0004 | —[d] | 0.0001 |
| PCB81[c] | 0.0002 | —[d] | 0.0003 |
| PCB126[b] | 0.09 | 0.003 | 0.1 |
| PCB169[b] | 0.002 | —[d] | 0.03 |
| *Mono-ortho-substituted PCBs* | | | |
| PCB74[b] | 0.000004 | —[d] | – |
| PCB105[b] | 0.00001 | —[d] | 0.00003 |
| PCB114[c] | 0.00006 | —[d] | 0.00003 |
| PCB118[b] | 0.000009 | —[d] | 0.00003 |
| PCB123[c] | 0.000009 | —[d] | 0.00003 |
| PCB156[b] | 0.00008 | —[d] | 0.00003 |
| PCB157[c] | 0.00003 | —[d] | 0.00003 |
| PCB167[b] | 0.000007 | —[d] | 0.00003 |
| PCB189[b] | 0.000007 | —[d] | 0.00003 |

[a]Names of compounds are abbreviated as listed in the Materials and Methods. [b]Based on condensed information (PCA) from the experimental *in vitro* REPs. [c]Based on predictions from QSAR models. [d]No value reported due to the inactivity of PCBs in the human bioassays. [e]No value reported because the compound's membership probability value in the model was too low (below 99% confidence). Predictions were made at the 99% confidence level (marked "ea") and at 95% confidence level (unmarked). The membership probability values are located in the Supporting Information (Table S7).

It is evident from the values in Table 16 that the contribution of dioxin-like PCBs present in environmental samples, including fish the Spokane River, to total human TEQ is remarkably small, relative to amounts that have been shown to cause the many toxic effects in laboratory animals Dr. Olson discusses in his report. Not only does he fail to acknowledge the Larsson et al. (2015) report, but he also fails to acknowledge ANY of the numerous other studies demonstrating that the human AhR is far less responsive to DL-PCBs than rats (for example: Budinsky et al., 2010; Carlson et al., 2009; Shi et al., 2019; Silkworth et al., 2005; van Ede et al., 2016; Zeiger et al., 2001).  His failure to note this remarkable species difference between humans and rats makes his conclusions about the relevance of experimental studies in rats with PCB mixtures, and the discussion about the toxicology of dioxins and dibenzofurans, incomplete, inaccurate and misleading when it comes to assessing two of the primary issues in this case – 1) are the fish in the Spokane River safe to eat at current levels of PCBs found in fish?, and 2) what is the net public health benefit to be gained by efforts to reduce the levels of PCBs the Spokane River?  He fails to address either of these issues directly, but rather discusses large volumes of toxicological studies that are largely irrelevant <u>in the absence of any context of dose and relative human susceptibility to dioxin-like PCBs.</u>

### Comments on the mode of action of PCBs as carcinogens:

On pp. 16-17 Dr. Olson states that PCBs (both non-dioxin like and dioxin like) act as tumor promoters.

While this statement is likely to be true, at least at very high doses, he fails to discuss any of the extensive mechanistic literature provided by the National Toxicology Program to address exactly this issue – what is the mechanism/mode of action by which PCBs cause liver tumors in experimental rats (that occurs almost exclusively in female rats)? He does not discuss the large volume of scientific data, including the NTP studies, and the studies by Mayes et al. (1998) and Brown et al. (2007) that demonstrate convincingly that the primary – if not sole- mode of action of PCBs in causing liver tumors in rats is through downstream events following activation of the AhR (e.g., is mediated via dioxin-like PCBs).  Indeed, the National Toxicology

97

753

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Program conducted a carefully designed 2-year study with large doses of PCB153, the predominant non-dioxin-like PCB found in the environment. The conclusions of this study were that PCB153 was "Under the conditions of this 2-year gavage study there was equivocal evidence of carcinogenic activity of PCB153 in female Harlan Sprague-Dawley rats based on the occurrences of cholangioma of the liver." The NTP studies with PCB126 and PCB118, both 'dioxin-like' PCBs found overwhelming evidence of carcinogenic effects of these dioxin-like PCBs, and this is discussed in detail in my report. Given the strong effects that non-dioxin-like PCBs have on hepatic microsomal enzymes, I do not dispute that, at doses sufficient to cause prolonged activation of microsomal enzymes via activation of CAR and PXR, non-dioxin-like PCBs likely do have some promotional effects in rat liver tumor development at high doses. However, the doses necessary for that type of effect, if it does exist, are thousands of times higher than could possibly be achieved by consuming fish from the Spokane River.

Olson states on p. 19: "Total TEQ contributions (ppm) in Aroclor 1016, 1242, 1254, and 1260 are 0.11, 7.8, 23.4 - 47.6, and 7.2, respectively (Mayes *et al.*, 1998). This is of importance since the carcinogenic activity of Aroclor 1016 can be attributed to non-dioxin like PCBs. The rat studies with Aroclor 1016 also support the IARC 2016 conclusion that that the carcinogenicity of PCBs cannot be solely attributed to the carcinogenicity of the dioxin-like PCBs."

As noted earlier, the only treatment-related tumors seen in the Mayes *et al.* (1998) study for Aroclor 1016 were a small number of liver adenomas at the two highest doses (100 and 200 ppm), and possibly ONE hepatocellular carcinoma in females at a dose of ~11,000 micrograms Aroclor 1016 /kg/day. No treatment-related (above the control rate) increase in tumors (benign or malignant) in males was evident at any dose of Aroclor 1016.

**Table 17. Incidence of neoplastic liver lesions (Table 8 from: Mayes *et al.*, 1998)**

| Group | Dose (ppm) | Sex | Hepatocellular adenoma (%) | Hepatocellular carcinoma (%) | Hepatocholangioma (%) | Hepatocholangiocarcinoma (%) | First tumor[b] | Total animals with neoplasms (%) |
|---|---|---|---|---|---|---|---|---|
| Control[a] | 0 | M | 4 (4) | 3 (3) | 0 (0) | 0 (0) | 91 | 7 (7) |
| Aroclor 1016 | 50 | M | 1 (2) | 1 (2) | 0 (0) | 0 (0) | 105 | 2 (4) |
| | 100 | M | 1 (2) | 1 (2) | 0 (0) | 0 (0) | 105 | 2 (4) |
| | 200 | M | 2 (4) | 2 (4) | 0 (0) | 0 (0) | 79 | 4 (8) |
| Control | 0 | F | 1 (1) | 0 (0) | 0 (0) | 0 (0) | 105 | 1 (1) |
| Aroclor 1016 | 50 | F | 1 (2) | 0 (0) | 0 (0) | 0 (0) | 105 | 1 (2) |
| | 100 | F | 5 (10)[c] | 1 (2) | 0 (0) | 0 (0) | 87 | 6 (12)[d] |
| | 200 | F | 5 (10)[c] | 0 (0) | 0 (0) | 0 (0) | 63 | 5 (10)[c] |

Olson claims that, because the TEQ for 1016 was 0.11, it must not have been AhR activity that contributed to this small increase in adenomas, and thus this provides evidence that non-dioxin-like PCBs caused this tumor. I agree that it is unlikely that the level of TEQ in the Aroclor 1016 is responsible for the 5 benign and 1 malignant liver tumor seen in the female rats, and that an alternative process was responsible. It is important to note that liver weight was statistically increased in females at both the 100 and 200 ppm doses of Aroclor 1016, indicating that there was extensive microsomal enzyme induction at these doses. Brown *et al.* (2007) evaluated the livers from the Mayes *et al.* (1998) study and found a striking relationship between the production of superoxide anions and the incidence of liver tumors across ALL Aroclors, including Aroclor

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

1016, in both males and females.  The extensive induction of microsomal enzymes associated with the presence of AhR, CAR and PXR activating PCBs resulted in an increase in oxidation of circulating estrogen to form redox-cycling catechol estrogens, which were responsible for the oxidative-stress-induced liver tumors, as illustrated in Figure 16.

The point is that although it is possible at very high doses that non-Dioxin-like PCBs may contribute to tumorigenic activity in female rats via the same 'downstream' mechanisms of AhR activation (i.e., changes in oxidative stress through increased oxidation of estrogen to catechol estrogens) and whether this is mediated via CYP1A1, and AhR regulated microsomal enzymes, or CYPs 2B of 3A and other microsomal enzymes regulated by PXR and CAR, this mechanism of action would occur only at extraordinarily high doses of PCB mixtures (in fish).  The formation of oxidative stress via catechol estrogen formation explains the high



**Figure 16.  Proposed MFO–RCQ–ROS–mediated signaling cascades for tumorigenesis in Aroclor-dosed and undosed S-D rats. Constitutive and/or GH-induced pathway on the left is suppressed by a°PCB/TEQ accumulations, probably via receptor-mediated nuclear receptor/factor degradation. Inducible pathway on the right is stimulated by PCB/TEQ accumulations, probably via binding to same nuclear receptor as that which mediates suppression of constitutive pathway. Both pathways produce tumorigenic H2O2 via MFO– RCQ–ROS sequences (Figure 7 from: Brown *et al.*, 2007)**

selectivity of females for PCB-induced liver tumors.  But, as discussed my report (Appendix 3), induction of microsomal enzymes from non-DL PCBs, which is mediated via CAR and PXR, is largely irrelevant to humans because even potent activators of human CAR, such as phenobarbital, are not carcinogenic in humans (Elcombe *et al.*, 2014), and PCB mixtures are not effective activators of human PXR (Tabb *et al.*, 2004). Further, the dose of total PCBs in the Aroclor 1016 studies (11 mg/kg/d at 200 ppm) was approximately 800,000 times greater than total PCB intake from consumption of sport fish from the Spokane River, using the most extreme reasonable upper bound assumptions for daily intake of Spokane River fish (i.e., 95% of consumption rate x mean concentration = intake of 0.0139 µg/kg/d, or $1.4 \times 10^{-5}$ mg/kg-d).  When using EPA-modeled scaling factors to convert daily intake to $mg/m^3$ of body surface area (factor of 4.2 for rat to human conversion), the dose of Aroclor 1016 was still approximately 200,000 times greater than maximal human intake from Spokane River fish.  Dr. Olson is a knowledgeable toxicologist, with full understanding of dose-response relationships, including those for microsomal enzyme induction.  He knows that such curves are invariably steep, with changes from no measurable effect to maximal induction in the range of less than 100-fold.  At the doses of PCBs that even the highest fish consumers would

99

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

get, the probability of ANY change in microsomal enzyme activity is zero.  Dr. Olson also knows from extensive mechanistic data from animal carcinogenicity bioassays conducted by the National Toxicology Program that tumorigenesis of PCBs requires extensive and prolonged activation of microsomal enzymes, whether by AhR activation, or other nuclear receptors (e.g., CAR, PXR).  It is simply toxicologically impossible for the doses of non-dioxin like PCBs found in fish in the Spokane River to cause prolonged and extensive microsomal enzyme induction in humans that would be necessary to cause significant oxidative stress that is required for even the very weak tumorigenic response seen in the rats receiving Aroclor 1016 in the Mayes *et al.* (1998) study.

In complete contrast to Dr. Olson's suppositions, the Mayes *et al.* (1998) study with various Aroclors, including Aroclor 1016, provides overwhelming mechanistic data to demonstrate that the rat liver tumor endpoint used by the EPA and the State of Washington in assessments of cancer risk from PCBs from consumption of fish are completely wrong because 1) they assume that risk is proportional to dose even at doses many orders of magnitude lower than the doses given to experimental animals (i.e., that there is no threshold for tumor response, even at many orders of magnitude lower dose); 2) the overwhelming scientific evidence demonstrates that humans are many orders of magnitude less sensitive to the induction of CYP1A1 and other microsomal enzymes mediated via the AhR because of dramatic species differences in the potency of AhR activation by 'dioxin-like' PCBs and 3) microsomal enzyme induction (via CAR and PXR) would not occur given the dose of 'non-dioxin-like' PCBs required to stimulate microsomal enzyme induction is thousands of times greater than maximum estimated doses that could be received via consumption of Spokane River fish.  It stretches toxicological credulity to even suggest that non-DL PCBs in fish at the concentrations found in the Spokane River could pose a cancer risk to humans, based on the incredibly small response seen in rats given enormous doses of Aroclor 1016.

Dr. Olson also contends that there is evidence that PCBs are genotoxic (cause damage to DNA) and seems to imply that this could be an important 'mode of action' for the carcinogenic effects of PCBs found in the environment.  He cites several studies showing positive mutagenic response from hydroxylated or PCBs with only one or two chlorines that are not abundant in Aroclors and/or do not bioaccumulate, so they are completely irrelevant to a risk evaluation of PCBs in fish in the Spokane River.  He cites the study by (Liu *et al.*, 2017) demonstrating mutagenic activity of PCB20, PCB22, PCB52 and PCB74 in a highly artificial system where high levels of activating enzymes are present.  Under those conditions, these PCBs did indeed appear to be mutagenic at 2-10 uM.  What Dr. Olson failed to mention was the dozens of mutagenicity assays done in a wide variety of assays that do NOT find mutagenic activity of PCBs. In the Liu *et al.* (2017) paper he cites, the authors appropriately acknowledge the conflicting literature, stating:

> "However, previous in vitro studies with PCB 52 provided inconsistent results. PCB 52 had provided negative results in reverse gene mutation assays in S. typhimurium with and without S9 (Wydham et al. 1976; Hsia et al. 1978), sister chromatid exchange and chromosomal aberration tests in human lymphocytes in culture without S9 (Sargent et al. 1989) as well as chromosomal mutation tests in rats treated for 7–12 months with this PCB (Sargent et al. 1992; Meisner et al. 1992)."

But Dr. Olson chose not to make these discrepancies evident in his report.

100

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

If there are circumstances where PCBs found in the environment are capable of causing mutations or other forms of DNA damage, it is my opinion that the very weak effect, coupled with the extremely low concentrations, would not contribute significantly to the very large background of DNA damage that happens every day in every cell of our bodies.  Fortunately, DNA repair processes are remarkably efficient at repairing such damage UNLESS the magnitude of the dose overwhelms DNA repair, such as occurs with chronic smoking, exposures to chemotherapeutic agents, and high doses of ionizing radiation.  Dr. Olson's contention that genotoxic effects of PCBs could represent a significant mode of action for carcinogenic effects of PCBs observed in several animal studies is not supported by the vast majority of the literature that has addressed this question.

### B. DeGrandchamp Books 1, 2, and 3, dated Oct. 11, 2019

1. **Dr. DeGrandchamp's comparative pathology analysis (beginning on Dr. DeGrandchamp Expert Report, Book 1, Oct. 11, 2019, p. 39) of Dr. Bennett's tested mixtures is methodologically flawed and scientifically unreliable**

Dr. DeGrandchamp's expert report includes discussions of the "Drinker studies" (Bennett *et al.*, 1938; Drinker, 1939; Drinker *et al.*, 1937).  Following a methodologically flawed analysis of the Bennett *et al.* (1938) study, Dr. DeGrandchamp's conclusion that "*adding a small quantity of PCBs to the chlorinated napthalenes caused an overall increase in the severity of liver pathology* (DeGrandchamp Expert Report, Oct. 11, 2019, p. 48)" is invalid because it relies on the erroneous interpretation that only PCBs were added to chlorinated napthalenes.  As explained below, although Bennett *et al.* (1938) initially described testing a compound identified as chlorinated diphenyl with 65% chlorine content [a PCB mixture], the authors later clarified that the material had been misidentified and was not a pure PCB mixture.  The compound tested "...*was in reality a mixture of chlorinated diphenyl and chlorinated diphenyl benzene*" (Drinker, 1939).

The study design of the Bennett *et al.* (1938) paper involved testing several different chlorinated hydrocarbons individually and in mixtures.  The specific test articles are provided in Table 18.  Notably, Dr. DeGrandchamp's analysis failed to properly identify the evaluated compounds included in the mixtures.  Specifically, Compound C, according to the footnote in Bennett *et al.* (1938) "*consisted of a mixture of compounds B and G but in addition contained two plasticizers which have been considered to be inert. Without these materials the chlorine content of this compound would be between that of compounds B and D.*" The footnote explains why the chlorine content of C did not match those of its components (because plasticizers had also been added).  Compound F, according to the text of Bennett *et al.* (1938) was "*a mixture of 90 percent penta- and hexa-chloronapthalenes, plus 10 per cent chlorinated diphenyl.  Chlorine content 63 per cen*t." Therefore, compound F almost certainly consisted of 90% compound D and/or E (both listed the same composition) and 10% compound G.  This is supported by the overall chlorine content of compound F, which matches the mixture composition and the failure to indicate any other source of chlorinated diphenyls for the experiments.

101

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 18.  Test articles evaluated by Bennett *et al*. (1938)**

| Compound | Mixture description | Chlorine content | Comment |
|---|---|---|---|
| A | Tri- & tetrachlornaphthalenes | 49.4% | - |
| B | Tetra- & pentachlornaphthalenes | 56.4% | Component of compound C |
| C | Tetra- & pentachlornaphthalenes, plus chlorinated diphenyl | 43.5% | *Per Bennett et al. (1938)*: composed of Compound B, **Compound G**, and 2 plasticizers |
| D | Penta- & hexachlornaphthalenes | 62.6% | Difference to Compound E not specified |
| E | Penta- & hexachlornaphthalenes | 62.6% | Difference to Compound D not specified |
| F | 90% penta- & hexa-chlornaphthalenes, plus 10% chlorinated diphenyl | 63% | [90% Compound D and/or E and **10% Compound G**] (*see text for explanation*) |
| G | Chlorinated diphenyl* | 65.0% | *actually a mixture of chlorinated diphenyl and chlorinated diphenyl benzene, corrected in Drinker, 1939 |

Dr. DeGrandchamp acknowledged there was a "mix-up" with compounds tested by Bennett *et al.* (1938) whereby "*Compound G.  Chlorinated diphenyl.  Chlorine content 65.0%*" was later corrected to its actual composition, which was a mixture of PCBs and chlorinated diphenyl benzene (i.e., terphenyls).  Rather than acknowledging the mislabeled test material and the introduction of terphenyl toxicity, Dr. DeGrandchamp "*ignored all the experiments and discussions regarding Compound G*" (DeGrandchamp Expert Report, Oct. 11, 2019, p. 40).

Dr. DeGranchamp also failed to recognize that other mixtures used in his analysis (Compounds C and F) included the terphenyl-containing Compound G and were not pure mixtures of PCBs (as Dr. DeGrandchamp's report indicates).  Thus, by his own admission, all results related to Compounds C and F should have been ignored as any observed effects could not be attributed to PCBs (because the mixture also contained an unspecified amount of chlorinated diphenyl benzene [i.e., terphenyls]).  Any and all conclusions regarding the inherent toxicity of PCBs based on effects observed following exposure to a mixture of PCBs and terphenyls, without knowledge of the mixture composition and effects induced by terphenyls, are scientifically invalid.

2.   **Dr. DeGrandchamp misrepresents that mitotic bodies and hyaline bodies were markers for early hallmark of tumorgenesis at the time of the Drinker and Bennett studies in the 1930s**

Included in Dr. Drinker *et al.*'s (1937) description of the histopathology was mention of 'many', or 'occasional', mitotic figures in the livers of affected rats.  DeGrandchamp's claim that Dr. Drinker's identification of mitotic figures in liver of PCB-treated rats was a 'hallmark of early cancer' is incorrect. Although Degrandchamp spends pages and pages discussing how mitotic figures are present in cancer, and how 'abnormal mitotic figures' are not always present in cancers, that discussion is irrelevant, often incorrect, and completely misses the point. Mitotic figures are numerous in tumors/cancerous growths and are used to identify margins of tumors, etc., because tumors, by definition, are clusters of rapidly dividing cells.  But not all clusters of rapidly dividing cells are tumors, and the presence of excess mitotic figures alone has NO predictive value for carcinogenesis when observed in non-cancerous tissues like the liver that Dr.

102

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Drinker evaluated.  Indeed, scientific literature from that same time period indicate abnormal (aberrant) mitotic figures were not associated with cancer (Ludford, 1925; Mendelsohn, 1935).

The tissue that Dr. Drinker evaluated was NOT tumor tissue, it was liver tissue for which there was mild evidence of liver toxicity.  As Drs. Bennett and Drinker specifically pointed out in their 1938 report, the presence of an increase in number of mitotic figures is nothing more than an indication that liver cells have been damaged, and that tissue regeneration (repair) was under way, as they indicated:  *"The less damaged liver cells at the periphery of the lobules showed large numbers of mitotic figures, <u>indicating accelerated regenerative activity</u>"* (Bennett *et al.*, 1938, p. 104).  There is a huge volume of literature on the remarkable ability of the liver to undergo regenerative repair, and it has been known for more than 100 years that damage to the liver is accompanied by an increase in regenerative cell division -e.g., there will be more mitotic figures in the liver following tissue injury.  It has nothing to do with whether a chemical might cause cancer, or not.  There is NO 'cancer predictive value' in whether mitotic figures are present in the liver following acute toxic injury, as occurred with the mixture of chlorinated naphthylenes and biphenyls being studied by Drinker *et al.* in 1938 and 39. My former University of Washington colleague and Chair of Pathology, the late Dr. Nelson Fausto, was among the world's experts in understanding the molecular process of liver regeneration after injury. The presence of increased numbers of mitotic figures IS a hallmark of liver regeneration in response to injury.  It is NOT a hallmark or in any way a 'predictor of carcinogenic potential' when observed in non-cancerous liver tissue following liver injury, as claimed by DeGrandchamp. See for example, a few of Dr. Fausto's reviews (Fausto, 2004; Fausto *et al.*, 2012).

Although it was acknowledged that mitotic figures could be observed in malignant tumors in historical textbooks as early as 1938 (Boyd, 1938; Smith and Gault, 1938), it was because the number and type of mitotic figures (amongst other histologic criteria) were suggested indicators for estimating the degree of malignancy of an existing tumor (Smith and Gault, 1938).  By 1953, Boyd stated the presence of mitotic figures <u>within tumor tissue</u> was "suggestive" of malignancy (Boyd, 1943, 1953).[17] In 1961, Boyd further stated that mitotic figures were also seen in granulation tissue and in other rapidly regenerating cells and are "no proof of malignancy" (Boyd, 1961). It is important that in all of the early citations mitotic bodies were observed only in tumorous tissue and considered to be an indicator of malignant potential of tumorous tissue. There was no discussion in the textbooks regarding their presence in normal tissue as potential early hallmarks of tumorgenesis as Dr. DeGrandchamp indicated in his expert report.

In a similar manner, "hyaline degeneration," is not generally-accepted as a predictor of cancer in animals. A search of the National Toxicology Program database indicates that several chemicals have been tested for which it was concluded that there was insufficient evidence of cancer in liver despite the presence of "hyaline degeneration." Two examples are 2,5 dithiobiurea and ethylene glycol (NCI, 1979; NTP, 1993).  Similarly, hyaline degeneration is not a selective pathological indicator for the early stages of carcinogenesis now and would not have been so in the 1930s-60s. Historically, it was identified as a marker of "disturbances of liver function" in 1938 (Smith and Gault, 1938). A 1959 textbook indicated "hyaline droplets" were observed in hepatic cells in certain cases of cirrhosis associated with alcoholism, "masses of hyaline material" in the

---

[17] The 3rd (1938) and 4th (1943) editions of Boyd's pathology textbooks both stated that mitotic figures may be seen while the 6th (1953) edition stated mitotic figures were "suggestive."

103

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

cytoplasm of cells with yellow fever, or "hyaline bodies" in the cytoplasm of necrotic liver cells in acute hepatitis (Smith, 1959). The term "Mallory bodies" was recognized as a change that occurred as a result of alcoholic hepatitis, long-term experimental administration of griseofulvin and phalloidin, long-standing cholestasis, nonalcoholic cirrhosis, Wilson's disease, and Indian childhood cirrhosis (King *et al.*, 1983). Thus, hyaline bodies are not specific to cancer and are not markers for the early stages of carcinogenesis, and have never been recognized as such.  DeGrandchamp admitted this in an earlier deposition, when he acknowledged that hyaline bodies can be observed in fibrosis of the liver, hepatitis, wound healing, and the normal phenomenon of aging (DeGrandchamp, 2018).

3. **Dr. DeGrandchamp's assertions that bioaccumulation and biomagnification were scientifically defined concepts by 1945 are incorrect and do not reflect the state of scientific knowledge during this time period**

Dr. DeGrandchamp's statements that "The scientific industry understood principles of bioaccumulation well before Monsanto began producing PCBs," "Monsanto must have known by 1945-1950 that PCBs bioaccumulate and biomagnify if released into the environment," and "As early as 1945, and by no later than 1950, Monsanto must have known that PCBs would bioaccumulate and biomagnify in humans and animals" (DeGrandchamp Expert Report, Oct. 11, 2019, summary of opinions, p. 97, 138-139) are incorrect and do not represent the state of scientific knowledge during this time period.  Rather Dr. DeGrandchamp's statements reflect his own scientific knowledge based on his current understanding of today's literature.  As detailed below, Dr. DeGrandchamp's statements are incorrect and do not reflect the state of scientific knowledge during this time period regarding bioaccumulation.  Monsanto could not have known PCBs would bioaccumulate and biomagnify by 1950 because, as detailed below, these scientific concepts would not be established until the mid- to late-1950s and early 1960s.

Dr. DeGranchamp defined bioaccumulation as "a gradual increase in PCB body burden that results from the net between absorption of PCB into the body minus its elimination from the body.  When rate of intake and absorption of PCBs into the body exceeds the rate of excretion from the body, PCBs bioaccumulate with continued exposure.  The body burden is the net sum of PCBs measured in the body at a particular point in time" (no citation; DeGrandchamp Expert Report, Oct. 11, 2019, p. 97) and biomagnification as "the accumulation of organic compounds (e.g., PCB and DDT) by animals and humans from chemical intake that results in a body burden that is greater than the intake concentration.  This describes the increase or magnification of the body burden at each trophic level moving up the food chain.  Because humans sit at the apex of the food chain, the body burden will be highest in man" (no citation; DeGrandchamp Expert Report, Oct. 11, 2019, p. 99).  These definitions are consistent with contemporary definitions of these terms (Hayes, 2014).

Dr. DeGranchamp failed to understand that generally-recognized scientific principles known today were not generally accepted (or known) during the 1930s, 1940s, and 1950s.  His analysis misrepresented scientific knowledge at the time regarding the concepts of bioaccumulation and biomagnification.

Bioaccumulation: Although bioaccumulation is a prominent term in contemporary health literature, it was non-existent prior to the 1960s.  A search of the PubMed database failed to find a single article using key

104

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

words beginning with "bioaccumulat__", "biomagnif___" or "bioconcentrat__" through the 1950s.[18] In order to illustrate the timeline of publications (and thereby the state of scientific knowledge regarding bioaccumulation, biomagnification and bioconcentration), I generated a graph for the number of articles published in Pubmed containing words beginning with "bioaccumulat," "biomagnif" or "bioconcentrat" (generated using a wild character in the search string) across decades of interest through the present;[19] see Figure 17.

I also searched the American Chemistry Society (ACS) Publications[20] and GoogleScholar[21] for publications with these same words through the 1960s.  No citations were retrieved from ACS and two applicable citations was retrieved using GoogleScholar.  A 1957 citation associated with the term "bioconcentration" related to mercury and methylmercury in marine fish (Corner and Sparrow, 1957).  The other identified citation mentioned the term "bioaccumulation" related to radioisotope research in 1958 in a study reporting the amount of bioaccumulation by aquatic organisms varied over many orders of magnitude depending upon the kinds of isotopes involved and many physical, chemical, and biological factors (Davis and Foster, 1958).  Key processes affecting bioaccumulation of radioactive materials included (1) Absorption, which was a function of exposed areas, tissue absorption characteristics, and assimilation of absorbed/ingested material; (2) Retention, which was a function of deposition site, turnover rate, and radioactive half-life; and (3) Elimination modes, which included ion exchange, diffusion, excretion, and defecation (Davis and Foster, 1958).

---

[18] PubMed comprises over 28 million citations for biomedical literature from MEDLINE, life science journals, and online books (https://www.ncbi.nlm.nih.gov/books/NBK3827/#pubmedhelp.FAQs).

[19] National Center for Biotechnology Information (NCBI). PubMed database. Searched April 24, 2019 using individual search strings for bioaccumulat*, biomagnif* and bioconcentrat*. https://www.ncbi.nlm.nih.gov/pubmed.

[20] Google Scholar. https://scholar.google.com. Searched April 24, 2019 using bioaccumulation, bioconcentration, or bioaccumulation.

[21] American Chemistry Society (ACS) https://pubs.acs.org. Searched April 24, 2019 using bioaccumulat* or biomagnif* or bioconcentrat.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE



**Figure 17. PubMed Publication Timeline.**
**Counts represent number of publications retrieved in PubMed searches generated using the search strings bioaccumulat\*, biomagnif\* or bioconcentrat\*.  Numbers above bars indicate number of publications in the applicable decade.**

The essential absence of the term, "bioaccumulation" from the scientific literature prior to the 1970s likely reflected the non-existent or early stages of the evolution of the concept.  In the 1940s and 1950s, there were some reports that had detected DDT concentrations in fat stores (and milk secretions) among animals that had been fed DDT-containing feed.  Although the observation met the contemporary definition of bioaccumulation, science had not yet coined the definition for the concept and the studies represent the forefront of science at the time.  These studies would lay the foundation for later observations, hypotheses, and eventual experimentation leading to the discovery and characterization of the processes of biomagnification.  In particular, bioaccumulation would not be conceptualized until the parameters of bioconcentration and biomagnification by aquatic organisms were recognized.  With this recognition in the mid- to late-1950s and early 1960s, levels of bioaccumulation potentially possible via food chain bioaccumulation far surpassed those assumed to occur from ingestion of treated or contaminated foodstuffs alone.  Only then did the potential for bioaccumulation of chemicals not directly or indirectly added to foods become a potential human health concern.

The literature was evaluated for the existence of when key events, observational studies, and/or hypotheses that led to the discovery that food chain biomagnification occurred.  Studies that first hinted the process could occur were not present until the mid-1940s (e.g., radiation fallout from World War II and test

106

762

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

detonations enabled use of highly specific and sensitive radionuclides to explore pathways of air and water transport, as well as the pathways along which pollutants were distributed in plant and animal communities (Woodwell, 1967).  In the mid- to late-1950s, when researching the cause of a central nervous system disease affecting people (and developing babies) living near Minamata Bay in Japan (e.g., "Minamata Disease"), researchers published the first instance whereby an environmental pollutant had accumulated through the food chain (i.e., mercury discharged into the Bay had accumulated as through the aquatic food chain as methyl mercury, which was consumed in fish) (Hayes, 2014).  Around that same time the first studies were published that found/suggested unexpectedly high concentrations of insecticides used to treat pests that adversely affect food crops and/or transmit human disease (e.g., DDT and its analog DDD) in wildlife organisms.  Specifically a 1958 study (Barker, 1958) reported robin deaths near DDT-sprayed elm trees; study authors implicated earthworms had concentrated DDT to levels that proved lethal to birds who consumed them.  A 1960 study (Hunt and Bischoff, 1960) reported DDD, an analog of DDT that had been across multiple years to Clear Lake (California) as an insecticide, observed bioaccumulation of the insecticide up the food chain (i.e., it accumulated up the trophic levels in the lake habitat).

To summarize, Dr. DeGrandchamp's speculation that "The scientific industry understood principles of bioaccumulation well before Monsanto began producing PCBs," "Monsanto must have known by 1945-1950 that PCBs bioaccumulate and biomagnify released into the environment," and "As early as 1945, and by no later than 1950, Monsanto mush have known that PCBs would bioaccumulate and biomagnify in humans and animals" is scientifically invalid because it does not accurately reflect historical scientific knowledge of bioaccumulation and biomagnfication during the time period.  Monsanto could not have known PCBs would bioaccumulate and biomagnify by 1950 because at that time, these scientific concepts were unknown to the scientific community.

### 4.  Dr. DeGrandchamp's incorrectly used the term "biomagnification" and made numerous factual mistakes in his interpretation of the studies upon which he relies

As stated above, extrapolation of the concept of biomagnification to periods preceding the mid-1950s is scientifically invalid since the concept had not yet been identified, defined or researched.  Dr. DeGrandchamp failed to recognize this and repeatedly applied the term before the concept was scientifically known.  Furthermore, as specified below, Dr. DeGrandchamp's use of the term contradicts his own definition and the contemporary definition of biomagnification.

Dr. DeGranchamp defined biomagnification as "the accumulation of organic compounds (e.g., PCB and DDT) by animals and humans from chemical intake that results in a body burden that is greater than the intake concentration.  This describes the increase or magnification of the body burden at each trophic level moving up the food chain.  Because humans sit at the apex of the food chain, the body burden will be highest in man" (no citation; DeGrandchamp Expert Report, Book 2, October 11, 2019, p. 99).  This definition is consistent with the contemporary definition for biomagnification - whereby contaminant concentrations of tissues in higher trophic levels are successively higher due to dietary accumulation (e.g., benthic organisms have the lowest tissue contaminant concentrations; small aquatic organisms that eat those benthic organisms accumulate higher levels in their tissues than the benthic organisms; small fish that eat those small aquatic organisms accumulate higher tissue levels; and so-on such that the tissue concentrations are highest (and are magnified) in the longest-living/largest organisms – such as whales) (Hayes, 2014).  Examples where

107

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Dr. DeGrandchamp misinterprets study results and/or misuses the concept of biomagnification are listed below.

### Telford and Guthrie (1945)

Dr. DeGrandchamp incorrectly specified that "Telford and Guthrie also showed that the DDT can be continuously transported through the food chain, and their findings showed biomagnification" (DeGrandchamp Expert Report, Oct.11, 2019, p. 152).  A review of the Telford and Guthrie (1945) study shows the purpose of the study was to determine if DDT was eliminated through the milk of rats or goats fed relatively high doses of DDT.  The presence of DDT (or an active DDT residue) was determined through observations of animals consuming milk from DDT-treated animals.  Recalling that biomagnification involves increasing body burden with increasing trophic levels, this study design provided no opportunity to assess biomagnification.  The correct ad hoc assignment of today's known scientific concepts to this historical study would be bioaccumulation - not biomagnification.  Neither concept was scientifically established at the time of the study, which may have contributed to Dr. DeGrandchamp's error.

### Fitzhugh (1948)

Dr. DeGrandchamp incorrectly discusses results of the Fitzhugh (1948) study in the context of biomagnification (DeGrandchamp Expert Report, Oct. 11 2019, p. 156).  The Fitzhugh study evaluated levels of DDT in fat of rats fed dietary levels (10 to 600 ppm) of DDT for 2 years, which corresponds to a bioaccumulation study.  There was no evaluation of DDT levels between trophic levels, thus characterization of study results as a biomagnification study was scientifically incorrect.

Dr. DeGrandchamp continues to incorrectly use the term biomagnification in the discussion of the Fitzhugh (1948) study (DeGrandchamp Expert Report, Oct. 11, 2019, p. 158).  Specifically, Dr. DeGrandchamp opines that "*[s]ome of the rats had a biomagnification factor of up to 27-fold.*" Again, although neither concept was scientifically established at the time of the study, the correct ad hoc assignment would be bioaccumulation - not biomagnification.

The discussion of the Fitzhugh (1948) study by Dr. DeGrandchamp incorrectly concluded that "*[t]he 1948 Fitzhugh study presented clear, simple, and unequivocal empirical evidence that DDT bioaccumulates and biomagnifies*" (DeGrandchamp Expert Report, Oct. 11, 2019, p. 159).  Dr. DeGranchamp is opining that the Fitzhugh study demonstrates both bioaccumulation and biomagnification.  However, as specified above, the study did not evaluate concentrations between trophic levels and thus characterization of this study as a biomagnification study is scientifically incorrect.

### 5.  Dr. DeGrandchamp misrepresents conclusions of the studies he cites

Much of Dr. DeGranchamp's discussion in support of his opinion that "*Monsanto must have known by 1945-1950 that PCBs bioaccumulate and biomagnify*" is speculative, uncited, or relies on citations from 1970 or later[22] (DeGrandchamp Expert Report, Oct. 11, 2019, pp.  139-143).  When Dr. DeGrandchamp included citations from the relevant time period (i.e., 1940s to 1950s) to support his opinion, he misrepresented the

---

[22] DeGrandchamp Expert Report, Oct. 11, 2019, pp. 139-143, includes three citations [91-93] dated 1975, [undated citation for US EPA; same title is available as a web page whose last update was dated August 11, 2017, https://www.epa.gov/ingredients-used-pesticide-products/ddt-brief-history-and-status], and 2019.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

conclusions of the authors.  Examples of Dr. DeGrandchamp's misrepresentation of study authors' conclusions are included below.

### Woodard et al. (1945)

Dr. DeGrandchamp discusses the Woodard *et al.* (1945) study in his expert report on pages 149-151 where he misrepresents the authors' conclusions regarding DDT.  Dr. DeGrandchamp failed to provide an accurate summary of the study, which was a preliminary evaluation of fat sample analyses from only 4 male and 4 female dogs whose exposures consisted of 10, 50 or 80 mg/kg for 138, 443, or 747 days.  DDT was detected in milk samples from a single dog fed DDT at 80 mg/kg/day.  Milk from another dog, fed an isomer of DDT, was found to contain the isomer of DDT.  Thus, it was a small study that detected DDT in body fat of dogs given large (at least 10 mg/kg) daily doses and in the milk of a dog fed 80 mg/kg/day.  In his summary of the article, Dr. DeGrandchamp stated Dr. Woodward and his colleagues "*theorized that the lipid solubility of DDT enables it to be absorbed into the female body, where it bioaccumulates in the fat-rich breast tissue during pregnancy and that stored DDT is secreted into breast milk.  The DDT in breastmilk would then be absorbed by the suckling offspring to bioaccumulate in the bodies of offspring.  This study showed not only that DDT could be transported through livestock and food chains to ultimately target human newborns, but that absorption by livestock could be very significant* [citation to Woodward *et al.*, 1945] (DeGrandchamp Expert Report, Oct. 11, 2019, p. 149).

Many aspects of the Woodard *et al.* (1945) publication were misrepresented by Dr. DeGrandchamp.  Contrary to what Dr. DeGrandchamp presented, the Woodard *et al.* (1945) publication did not include any discussion of accumulation in fat-rich breast tissue, absorption by offspring, accumulation in bodies of offspring, targeting of human newborns, transport through livestock, transport through food chains, or any discussion of absorption by livestock.

### Telford and Guthrie (1945)

On page 152 of his expert report, Dr. DeGrandchamp includes an apparent excerpt [quotation] from a study by Telford and Guthrie (1945); a portion of the applicable page from Dr. DeGrandchamp's expert report is included below.  Notably, only one of the italicized sentences (the first one) is from the Telford and Guthrie publication.  The second sentence is apparently composed by Dr. DeGrandchamp (for which he transposes current scientific knowledge into results of historical studies); Dr. DeGrandchamp misrepresented the second sentence that was written in 1945 by Telford and Guthrie.  Fabrication of an authors' conclusions is not a generally accepted practice in the scientific community.

109

765

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| | |
|---|---|
| died within 2–9 days; milk from goats fed DDT for longer periods was more toxic. Telford and Guthrie stated: | |
| *Milk obtained from goats having received these dosages from 21 to 26 days was much more toxic than milk obtained from animals subjected to shorter periods of treatment.* | Accurate quotation from Telford and Guthrie, 1945 |
| *This indicated that DDT continued to bioaccumulate with continued exposures and once in fat tissue it remained for significant periods of time and was not rapidly eliminated.* | Not part of Telford and Guthrie, 1945. |

Excerpt from DeGrandchamp Expert Report, Oct. 11, 2019, p. 152.

### Bishopp (1946)

Dr. DeGrandchamp's presentation of the June 1946 editorial in the American Journal of Public Health (Bishopp, 1946), which he stated was a position paper by the American Public Health Association (APHA) that "was essentially a cautionary statement noting that ... exposures to humans was a real concern and must be taken into account." In actuality, the publication was a review of DDT for insect control that also included human toxicity. Dr. DeGrandchamp failed to present the authors' conclusions regarding the toxicity to humans: "*When used as recommended for the control of human parasites and household insects, DDT insecticides are not harmful to human health. This includes DDT in aerosols and the several other forms in which it is recommended*" and "*If the formulations and time and method of application are carefully chosen, minimum dosages and number of applications are used, and the material is employed only when needed to combat a pest for which it is known to be an effective remedy, it is confidently believed that no serious consequences will result from the use of DDT*" (Bishopp, 1946). When the totality of Bishopp's conclusions presented in his 1946 paper are considered, it is clear Dr. DeGranchamp mischaracterized the paper with his synopsis that the paper "*was essentially a cautionary statement noting that ... exposures to humans was a real concern and must be taken into account. APHA believed it was its professional responsibility to issue a caution that DDT is highly lipophilic and will bioaccumulate and biomagnify if used to spray crops or directly applied to human skin in an oil-DDT formulation because no regulations existed in 1946 regarding the judicious and safe use of DDT*" (DeGrandchamp Expert Report, Oct. 11, 2019, p. 153). **This is a complete misrepresentation of the APHA report, as shown above.**

6. **Dr. DeGrandchamp's analysis regarding the historical knowledge of DDT bioaccumulation and biomagnification was scientifically flawed**

   ### Misinterpretation of the historical scientific studies of DDT

As discussed in previous sections, Dr. DeGrandchamp's analysis regarding the historical interpretation of DDT studies was scientifically flawed because he misinterpreted the historical scientific studies of DDT. Dr. DeGrandchamp presented historical studies but inserted his own commentary regarding conclusions for concepts that were not established until decades later. In so doing (as described above), Dr. DeGrandchamp often over-interpreted results and presented his own interpretation as if it was the authors' original conclusion(s).

110

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*Inference that PCBs would behave like DDT, based on the 1945-50 studies on DDT, is not supported by the science from that time period*

Although many of the studies were misinterpreted by Dr. DeGrandchamp, the series of studies he presented generally reflected the historical evolution of DDT research.  Importantly, the early studies from the mid- to late-1940s were the beginning of the scientific investigation regarding the accumulation of DDT in body fat.  Studies considered by Dr. DeGrandchamp to be "salient" research for bioaccumulation and biomagnification [of DDT] during 1945-1950 (DeGrandchamp Expert Report, Oct. 11, 2019, p. 139) were actually very early scientific studies of DDT and cannot be used to infer all lipophilic compounds would be expected to act in a similar fashion.  Thus, inferring that PCBs would behave like DDT, based on the 1945-50 studies on DDT, is not supported by the science from that time period

The potential for human toxicity of DDT was of obvious interest given its prevalent use and human exposure (e.g., on food crops, on humans, and in residences). DDT was designed as a biological poison intended to kill living organisms (e.g., insects), and was dispersed in huge quantities directly into the environment, and directly onto people. Thus, the relevance of comparison of DDT to PCBs is questionable, at best.  In 1945, Woodard *et al*. hypothesized the high lipid-water distribution ratio of DDT may suggest a propensity for preferential adipose tissue storage in mammals fed diets containing DDT; their study results supported their hypothesis.  A few studies followed in the 1940s to attempt to characterize the propensity for DDT to accumulate in the fat of animals who were fed large quantities.  It was not until the mid- to late-1950s/early 1960s that scientific knowledge would begin to expand and reveal that biomagnification of environmental pollutants could occur (Barker, 1958; Hunt and Bischoff, 1960).  It was longer still before scientific publications documented a stepwise increase in DDT concentration from one trophic level to the next, suggesting a food-chain transfer (Hamelink *et al.*, 1971; Woodwell *et al.*, 1967).  Based on the timeline of scientific knowledge, Dr. DeGrandchamp's assertion (p. 139) that "*Given the similarities between DDT and PCBs, the industry-wide knowledge of DDT bioaccumulating and biomagnifying, and the fact that Monsanto manufactured DDT, Monsanto must have known by 1945-1950 that PCBs would bioaccumulate and biomagnify if released into the environment*" is **inconsistent** with historical studies.

7.  **DeGrandchamp incorrectly states that Monsanto should have known that PCBs might be carcinogenic because of their chemical structure**

In spite of Dr. DeGrandchamp's suggestion that PCBs are similar to PAHs, from a chemistry perspective there is nothing remotely similar between the structure of PCBs and the structure of PAHs, because the primary chemical characteristic common to PAHs is condensed benzene rings (the rings share common carbon atoms).  While PCBs have two benzene rings, they are not condensed, and thus do not have the 'aromaticity' that is essential for the carcinogenic action of some of the hundreds of PAH molecules found in coal tar, soots and other sources of combustion of organic materials (in fact, the large majority of PAH molecules are not carcinogenic, because of subtle structural differences that modify how easily a particular carbon in the aromatic ring structure can be oxidized).  The same can be said for azo dyes, aromatic amines, heterocyclic amines, and steroid molecules, all of which make up 90+% of the studies in the Hartwell compendium that were listed as 'positive' (the remaining 10% were studies on metals such as arsenic, lead and nickel, and endogenous steroids such as estrogen and cholesterol).

111

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Dr. DeGrandchamp further suggests that PCBs and benzidine are 'similar', and since benzidine is carcinogenic, scientists should have presumed that PCBs might be carcinogenic (DeGrandchamp report, Book 1, p. 14-15; Figure 1). What he fails to mention is that the Hartwell report shows NO indication that benzidine was carcinogenic at that time. Chemical 628 (Benzidine) in the Hartwell compendium shows 8 different studies, of which only 1 showed any evidence of tumors, and that was when benzidine was painted onto the skin. It wasn't until 1950 that animal studies showed that benzidine could cause tumors when injected subcutaneously into rats (Spitz *et al.*, 1950). Indeed, using his logic, a review of the compounds that are in the Hartwell report that are somewhat structurally similar to PCBs would have strongly argued that they would NOT likely be carcinogenic. For example, 'dibenzyl' (compound 639 ), diphenyl itself (compound 652; ), diphenylbenzidine (compound 653 ), stilbene (compound 677; ), and 4-hydroxy stilbene (compound 663; ) were listed in the compendium, with no evidence of tumorigenicity for ANY of them. Thus, in complete contrast to Dr. DeGrandchamp's supposition that the chemical structure of PCBs should have been a 'flag' that it might be carcinogenic, all of the evidence available at that time, including the evidence compiled in the Hartwell compendium, would have argued exactly the opposite- the studies available on structurally similar compounds provide NO evidence that PCBs might be carcinogenic.

Degrandchamp also states "As previously discussed, the benzenes that Monsanto used in the first step of making PCBs were actually derived from coal tar. Since coal tars had been known to be carcinogenic, this alone should have been a trigger for testing. However, another trigger that was identified at the time was the isolation of pure biphenyls from coal tar. That is, by 1927, biphenyls were shown to be part of the coal tar brew of chemicals. Therefore, it was known by 1927 that coal tar caused cancer and that both benzene and biphenyls were chemicals found in coal tar. This, by itself, should have constituted a trigger since PCBs are biphenyl compounds." (Degrandchamp Book 1, p. 15-16). While biphenyls and many other organic molecules are indeed present in coal tar, it was widely recognized in the 1930s and on that it was the polyaromatic hydrocarbons (PAHs) that were largely, if not solely, responsible for the carcinogenicity of coal tar mixtures. Indeed, the vast majority of compounds studied in the first Hartwell compendium were PAHs, with the goals of understanding exactly which PAH molecules were carcinogenic, and which were not. To suggest that it would be obvious that PCBs were carcinogenic in the 1930s just because biphenyl is present in coal tar is a ridiculous statement with no foundation in science, given the knowledge of the time. As noted above, benzidine was not recognized as a carcinogen untilt the 1950s. Although occupational exposure to benzene had been linked to leukemia in the late 1920s, it wasn't until 1979 that benzene was shown to cause cancer in experimental animals (Huff, 2007), further demonstrating that an attempt at an animal study to evaluate the potential carcinogenicity of PCBs in the 1930s, 40s or 50s would not have been successful.

Further, the presence of multiple chlorine atoms on the two benzene rings completely change the nature of these molecules, because the chlorine atoms protect the carbons in the aromatic rings from oxidation. This is in fact what made these molecules so useful in their day. They are remarkably heat stable, and are non-flammable and non-explosive, explicitly because the chlorines on the two rings protect the carbons from oxidation. This was well understood in the 1930s, and, is why no reasonable scientist familiar with the

112

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

chemistry of known carcinogens in those days (e.g., PAHs, azo compounds, and aromatic amines) would ever conclude that PCBs would be reasonable candidates for carcinogenicity testing.

Thus, it is my opinion that there was no reason to suspect that PCBs might be carcinogenic, and numerous reasons to think they probably would not be carcinogenic, based on the knowledge of chemical carcinogenesis in the 1930s, 40s and 50s.

8.  **Comments on Degrandchamp opinions expressed in 'Book 3' dated Oct. 11, 2019:**

**Degrandchamp Opinion 2:** "The current fish advisories issued by the WDOH are scientifically tenable and are necessary to protect Washington state residents."

**Comment:** The "current" fish advisories issued by the WDOH utilize toxicity values (e.g., cancer slope factors, Reference Doses) that are based on EPA's 20+ year old values. There are two major assumptions that go into the EPA/WDOH cancer risk assessment (which may have been reasonable default assumptions in 1996) for which current science in the past 20 years demonstrate to be completely wrong: 1) The EPA/WDOH risk assessment for cancer assumes a linear response at low doses (non-threshold type of cancer risk).  As discussed in length in my report, there is now overwhelming evidence to demonstrate that the liver tumors upon which the EPA's cancer 'slope factor' of 2.0 per mg/kg/d was determined are the result of molecular events that require the activation of the aryl hydrocarbon receptor (AhR).  In the absence of significant and prolonged activation of the AhR, there is NO cancer risk, because the critical molecular event simply does not happen.  Thus, there IS a 'threshold' at which the cancer risk drops to zero – the maximum dose, in humans, that has no measurable effect on the human AhR and other nuclear receptors such as CAR and PXR.  Thus, the shape of the dose-response curve at low, 'environmental' doses of dietary PCBs follows a threshold, rather than linear, response, and the current levels of exposure from PCBs in Spokane River do not exceed this threshold.  **In fact, these levels are tens of thousands of times below the threshold for significant activation of the human AhR, as demonstrated in numerous studies that have looked directly at this question.**  2) The EPA/WDOH risk assessment uses 'toxic equivalence factors' (TEFs) to calculate the theoretical cancer risk for dioxin-like PCBs.  But they rely upon WHO 2005 TEF values, which have been shown in the past 5-10 years to be highly inaccurate for humans.  Recent studies have demonstrated that only 1 of the 12 'dioxin-like PCBs' determined in rats is active toward the human AhR: PCB126.  Thus, inclusion of PCB118 and other DL-PCBs$_{(rat)}$ in TEQ calculations for the human risk assessment is inappropriate.  Further, the TEF used for PCB126 was the old value of 0.1, set more than 20 years ago, based on comparative potencies of different DL-compounds toward activation of rat AhR.  Recent studies, particularly Larsson *et al.* (2015), have unequivocally demonstrated that the response of the human AhR to PCB126 is much less than toward rat AhR, and human tissue-based studies derive a TEF of 0.003, rather than 0.1, demonstrating that PCB126 is over 300 times LESS potent toward activation of the human AhR, compared to dioxin (TCDD) in the human AhR.  Further, TCDD is about 26 times less potent toward the human AhR when compared to the rat AhR, making the species difference in susceptibility to the carcinogenic effects of PCBs even greater.  In the absence of ANY measurable activity of DL-PCBs other than PCB126, it becomes evident that the EPA/WDOH cancer risk assessment for PCBs in fish is completely wrong.  Even if one were to (incorrectly) assume a linear, low dose, response for PCB and cancer, their risk estimation overestimates risk by several thousand-fold, putting the theoretical risk well within the *'de minimus'* risk levels of $1.\times10^{-5}$ used by WDOH.

113

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

WDOH/ATSDR chose to use the EPA 1996 cancer potency factor of 2.0 per mg/kg/d, based on 2-year cancer bioassays in rats. In fact, EPA calculated a whole range of cancer potency factors from a variety of different studies (1996 EPA cancer potency estimates provided earlier in my report as Table 6, p. 35).

It is evident in looking at data in Table 6 that a slope factor of 2 represent a highly conservative (likely to over-estimate risk) value when looking across the various studies. It is based largely on the response of female rats to Aroclor 1260. Yet the profile of PCB congeners found in fish is much more similar to Aroclor 1242 and 1248, than to Aroclor 1260 (Kostyniak *et al.*, 2005). The EPA potency factor calculated for Aroclor 1242 (0.4 for female SD rats) is 5 times less than the value (2.0) selected for use by the EPA. And, as noted numerous times previously, the studies on TCDD and specific PCB congeners (118, 126 and 153) conducted in 2004-2006 by the National Institute of Environmental Health Sciences (NIEHS) clearly delineate the mode of action as requiring significant and prolonged activation of the AhR, with a steep dose-response and clear threshold levels (NTP, 2006a, c, d).Thus, using a slope factor for a linear response at low doses does not represent the current state of knowledge of the carcinogenic properties of PCBs found in fish. The most scientifically valid approach, using all of the current knowledge we have on the mode of action of PCBs in causing cancer in laboratory rats and mice, is to use an 'Adverse Outcomes Pathway' approach to: 1) identify a 'key molecular event' required for carcinogenic response (which is activation of the AhR), 2) determine a reasonable but conservative 'Point of Departure (POD)', which is the dose (in mg/kg-d) necessary to initiate the key molecular event, 3) use current scientific information to adjust for known species differences to calculate a human-relevant POD, 4) estimate the human dose from consumption of relevant PCB congeners in fish and 5) calculate 'Margins of Exposure' to determine how close the dose from consumption of fish might be to the 'target dose' (human-based Point of Departure) necessary to trigger the key molecular events necessary for cancer to develop. **I have done that in my report, and it demonstrates that Margins of Exposure, for even the extremely high, hypothetical/impossible scenario (upper 95% percentile of fish consumption rates times 95% of relevant PCB congener concentrations), far exceed 100,000 for cancer, immune toxicity, liver toxicity and reproductive effects that are largely if not exclusively mediated via activation of the AhR**.

114

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure 18. Fish and Aroclor congener profiles (Kostyniak *et al.*, 2005)**

115

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**Degrandchamp Opinion 3:** "The ATSDR/WDOH Health Consultation's recommendations, if followed, will reduce the health threat posed by eating PCB-contaminated fish while maximizing the greatest number of fish meals that can be consumed without fear of PCB-induced toxic effects."

**Comment:** As noted above, there is NO PCB-related cancer risk from consuming Spokane River fish because the doses received, even when added to background, are hundreds of thousands of times below those necessary to trigger biological events that could potentially lead to cancer, immune disruption and reproductive effects. Theoretical neurodevelopmental effects from PCBs would likely become the 'driver' for clean-up levels if EPA and WDOH were to use current science in their risk assessment. But even for this theoretical endpoint, the science is weak, and the shape of the dose-response relationship is such that thresholds are again very likely to be present. My best estimation of 'Margins of Exposure' for this endpoint still demonstrated exposure several orders of magnitude below a level of concern. Because of the presence of other toxic substances, such as PBDEs, lead and mercury, it is likely that fish advisories would still exist, even if they were not based on PCB consumption. Dr. Degrandchamp's statement that fish could be "consumed without fear of PCB-induced toxic effects" is rather ironic, given that the perception of such 'fear of toxic effects' is largely being driven by outdated science used by WDOH and the EPA, and Dr. Degrandchamp's own incorrect, outdated opinions.

**Degrandchamp opinion #4:** "The risk assessment presented in the latest 2011 WDOH Health Consultation shows that PCBs pose a cumulative lifetime cancer risk of 1.1E-4 (one-in-ten-thousand). This risk levels far exceeds the de minimis acceptable risk level by 100-fold and to reach acceptable risk levels the fish tissue levels must be reduced by 100-fold."

**Comment:** My rebuttal to this opinion was addressed above in part in my response to Dr. DeGrandchamps' first opinion. Further, it is an incorrect representation of the WDOH Health Consultation, which, even without adjustment for well-established species differences and assuming low dose linear response, shows cancer risks in the $10^{-5}$ range (WA Department of Health, 2011). The table below is taken directly from the WDOH Consultation report. In only one of the 9 different assessments was the projected theoretical risk above $1.10^{-4}$ (one-in-ten-thousand). For total theoretical risk for consumption of fish fillets (by far the most likely scenario) the risk was $6.4 \times 10^{-5}$, or 6 in 100,000. That 10,0000 people would, on a regular basis over 30 years, consume 30% of their catch as 'whole fish,' including suckers[23] which are seldom eaten (See Sundig Expert Report) is completely unrealistic.

---

[23] The 2011 WDOH/ATSDR Document states the following regarding 'whole fish' consumption: "Whole – Total PCB concentration calculated based on consumption of large scale sucker (whole body) (15%) and bridgelip sucker (whole body) (15%) using the maximum value of the mean concentration for each species."

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table 19. Theoretical cancer risk for recreational anglers associated with exposure to contaminants of concern in Spokane River fish (Table B6 from: WA Department of Health, 2011)**

| Contaminant | | Mean Concentration (ppm) | Scenarios Recreational angler | Cancer slope factor (CSF) $(mg/kg/day)^{-1}$ | Cancer risk (recreational angler) |
|---|---|---|---|---|---|
| Total PCBs | Fillet | 0.1617 | Child | 2.0 | $1.8 \times 10^{-5}$ |
| | | | Older child | | $1.7 \times 10^{-5}$ |
| | | | Adult | | $2.9 \times 10^{-5}$ |
| | Total theoretical cancer risk (fillet) † | | | | $6.4 \times 10^{-5}$ |
| | Whole | 0.2838 | Child | | $1.4 \times 10^{-5}$ |
| | | | Older child | | $1.3 \times 10^{-5}$ |
| | | | Adult | | $2.2 \times 10^{-5}$ |
| | Total theoretical cancer risk (whole) † | | | | $4.8 \times 10^{-5}$ |
| | Total theoretical cancer risk (both fillet and whole fish) [A] | | | | $1.1 \times 10^{-4}$ |

Cancer risks represent cumulative lifetime exposure from childhood to adulthood
† - Exposure duration is based on 5, 10 and 15 years exposures for a child, older child and adult respectively, resulting in a total theoretical cancer risk for both fillet and whole fish of 30 year exposure.
[A] – Total theoretical cancer risks are based on consumption of fish for both fillet and whole fish. This is assuming recreational anglers eat fish 70% of the time as fillet and 30% of the time as whole fish.

It is perhaps useful to put this 'theoretical cancer risk' in perspective. All of these estimates in Degrandchamp's opinion regarding a cumulative lifetime cancer risk use 'upper bound' rather than 'mean' or 'best-estimate' values (consumption rates, PCB concentrations in fish, source of fish, cancer potency factor, etc.), so they are designed from the beginning to substantially overestimate 'real' risk (and that is also the purpose of the incorrect 'linear at low dose' assumption, which is not scientifically defensible for PCBs). The hypothetical scenario that Dr. Degrandchamp chooses to illustrate as 'unacceptable risk' ($1.1 \times 10^{-4}$) says that, IF 10,000 thousand people consumed Spokane River fish on a weekly basis for 30 years (at the defined amount), and ALL of those fish had an average of 162 ppb of total PCBs, AND 30% of the time they consumed whole suckers, there would be LESS THAN 1 additional cancer in the entire 10,000 population caused by that consumption over 70 years.  And again, this assumes that risk is linear at low doses, and that humans are at least as sensitive as laboratory rats, neither of which are true. Thus, the $1.1 \times 10^{-4}$ risk scenario is completely unrealistic.  In the absence of any PCB exposures from fish, in that same population of 10,000 people there will be approximately 4,000 cases of cancer, and over 2,500 cancer-related deaths, that will occur over 70 years (American Cancer Society, 2018) from all causes (genetics, lifestyle, random mutagenesis/errors in DNA repair, diet, alcohol, smoking, radiation, etc).

The concentration value used by WDOH/ATSDR in the 2011 report of 0.1617 ppm (162 ppb) is also a substantial over estimation of fish concentrations in edible fish tissues today.

117

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Table 20. PCB concentrations in Spokane River fish (Table 5 from: WA Dept of Ecology, 2011)

Table 5. Summary of Total PCB Concentrations in Fish Tissue from the Spokane River (mean concentrations in ng/g, ww).

| Location and Tissue Type | Total PCB Concentrations Measured by: | | | | | |
|---|---|---|---|---|---|---|
| | Aroclor Analysis | | | | | Congener Analysis |
| | 1993[a] | 1994[b] | 1996[c] | 1999[d] | 2001[e] | 2005[f] |
| **Rainbow trout - fillet** | | | | | | |
| State line | -- | -- | -- | 106 | -- | 55 |
| Plante Ferry | 918 | 424 | 799 | 891 | -- | 153 |
| Above Monroe Dam* | -- | 145 | 76 | 226 | -- | 73 |
| Ninemile | 490 | 371 | 76 | 143 | -- | |
| **Mountain whitefish - fillet** | | | | | | |
| Above Monroe Dam | -- | 568 | 381 | 339 | -- | 234 |
| Ninemile | 522 | 139 | 444 | 632 | -- | 139 |
| Little Spokane | -- | 222 | 145 | -- | -- | -- |
| Upper Lake Spokane | -- | | -- | -- | 73 | 43 |
| Lower Lake Spokane | 780 | 113 | -- | -- | -- | 76 |
| **Largescale suckers - whole** | | | | | | |
| State line | -- | -- | -- | 120 | -- | 56 |
| Plante Ferry | 2,005 | 531 | 530 | 283 | -- | 122 |
| Above Monroe Dam | -- | 201 | 116 | 445 | -- | 1,823 |
| Ninemile | 1,210 | | 345 | 680 | -- | -- |
| Little Spokane | -- | 440 | 366 | -- | -- | -- |
| Upper Lake Spokane | -- | -- | -- | -- | 265 | 327 |
| Lower Lake Spokane | 410 | 820 | -- | -- | 357 | 254 |

--no data
[a] Johnson et al., 1994
[b] Ecology, 1995
[c] Johnson, 1997
[d] Johnson, 2000
[e] Jack and Roose, 2002
[f] Serdar and Johnson, 2006
* Same reach as Mission Park

As shown in Table 2 in the Exposure Assessment Chapter of my report (p. 25), the average concentration of total PCBs in rainbow trout (24 samples from 2003 and 6 samples from 2012) was 36.4 ppb (ng/g). The concentration in Mountain Whitefish was 118 ppb. But perhaps more importantly, the WDOH/ATSDR report substantially overestimates consumption rates, particularly of suckers (used in their 'whole fish' consumption estimates). According to the detailed fish consumption analysis completed by Dr. Sundig, consumption of suckers rarely occurs, and contributes a very small amount to total consumption. Dr. Sundig's analysis is based on detailed assessments of interviews with recreational users of the Spokane River system. As shown in Table 3 of my report (p. 26), Dr. Sundig's estimate of average daily fish consumption for consumers is only 4.4 gm/day, and for the upper 95th percentile 16.8 grams per day. The WDOH/ATSDR risk assessment used a value of 42 grams per day of fish for recreational anglers, and 17.5 grams per day for the 'general population.' However, it is not clear what the 'general population' refers to, since there are no commercial

118

774

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

fisheries on the Spokane River that could provide fish to local markets. Thus, the risk estimates provided in the WDOH/ATSDR report substantially overestimated actual exposures- at least by 10-fold- and thus substantially overestimated the theoretical risks presumed to be associated with PCBs in Spokane River fish.

Dr. Degrandchamp also incorrectly attributes the WDOH's 'acceptable theoretical cancer risk level' to be '1 in a million' ($1 \times 10^{-6}$).  He is incorrect by 100-fold. On p. 18 of the WDOH/ATSDR 2011 (WA Department of Health, 2011) document it states the following:

> *"[W]DOH's approach is to select a risk of 1 excess cancer in 10,000 people exposed ($1 \times 10^{-4}$)*
> *as the level of concern for cumulative cancer risk."*

Even the extreme 'worst case' exposure and concentration scenarios used by WDOH/ATSDR (Table 20 above) do not exceed this value, and, as noted above, are a substantial overestimate of theoretical cancer risk even if one assumed that linear extrapolation was scientifically justified (which it is not).

If the Washington Department of Health were to do a 'real world' assessment of the risks of consuming PCBs in fish caught from the Spokane River today, using current knowledge, they would recognize that the actual size of the population 'at risk' (the number of people who regularly consume fish from the Spokane River throughout the year, with 30% of their consumption being whole suckers, year after year, for 30+ years) would be remarkably small, and the likelihood of even a single case of cancer over the next 70 years resulting from such exposures to PCBs is infinitesimally small (for the reasons stated above it is, in all likelihood, zero). However, in this same population of people, approximately 40% of them will develop some form of cancer in their lifetime from all other causes, and about 20% will die from it (American Cancer Society, 2018). After the City of Spokane has spent hundreds of millions of dollars to reduce this theoretical cancer risk, the same number of people in Spokane will die from cancer – it will make NO difference in public health.  It is unfortunate that the time, effort and money spent chasing fleetingly small, theoretical cancer risks is wasted in the face of hugely greater cancer risks to the public from smoking, poor diet and nutrition, alcohol abuse, etc.

**Degrandchamp opinion #7:**  "Spokane has taken action to prevent PCB loading to the Spokane River to improve water quality, reduce fish PCB-contaminant levels, lower the body burden levels in people that eat Spokane fish. This effort will have a significant impact on lowering PCB body burden and the risk of PCB-related cancer and non-cancer disease."

**Comment:**  As noted above, plaintiffs' own expert (Dr. Gobus) states that the maximum positive outcome from remediation efforts would be to eventually reduce PCB concentrations in fish by 7.2%.  This is of no public health value, since the current levels of PCBs in fish in the Spokane River do not represent any significant risk to public health, even to low-income and/or native populations who may have relatively higher levels of consumption of fish from the Spokane River.

**Degrandchamp opinion #9:** "From between the 2001-2005 period and 2030, Spokane's remedial activities will have reduced PCB body burdens, cancer risk, and non-cancer hazard quotient by about 11-17%.  This

119

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

assumes that Spokane performs the future remedial activities discussed in Michael Baker International Experts report."

**Comment:**  As noted above, this small potential reduction in PCB levels in fish in the Spokane River will have no public health benefit, because the current levels of PCBs in Spokane River fish do not present any significant public health risk to consumers of these fish.


**Degrandchamp opinion #10:**  "From between 2012 and 2030, Spokane's remedial activities will have reduced PCB body burdens, cancer risk and non-cancer hazard quotients by about 5.5-9%. This assumes that Spokane performs the future remedial activities discussed in Michael Baker International's expert report.  This represent a significant reduction in PCB body burden over just an 18-year period and Spokane's efforts will have the greatest impact on reducing PCB exposures."

**Comment:**  Dr. Degrandchamp's cited reductions (from 5.5-9%) overstate the values provided in Plaintiffs' expert report by Dr. Frank Gobas.  In his detailed report, Dr. Gobas states *"Relative to the 2012 time period, these future planned improvements by the City of Spokane are expected to reduce PCB concentrations in fish of the Spokane River by 4.2 to 7.2%, downstream of the City's discharges"* (Gobas Expert report, p. 15 and 94).  Perhaps more illustrative of the remarkably little impact that the proposed cleanup efforts will have is Dr. Gobas's Figure 24 (reproduced below):

120

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure 19. Gobus Report, Figure 24: Baseline, 2012 and predicted current (2018) and future (2030) concentrations of PCBs (mg/kg ww) in fish species in reaches of the Spokane River**

It is evident from Figure 19 (reproduced from Figure 24 of the Gobus report) that even the most optimistic prediction (7.2% reduction from 2012 levels over the next 30 years) is completely lost in the noise of the

121

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

measurements, as illustrated by the error bars. Although neither Dr. Gobus nor Dr. Degrandchamp note this, it is evident on inspection of the data shown in Figure 19 that there will be NO STATISTICALLY SIGNIFICANT IMPACT on fish PCB levels, even 30 years after remediation. The data in Figure 19 further demonstrate that the WDOH/ATSDR 2011 risk assessment, which used PCB concentrations in fish of 162 ppb, is at least 3-4 times greater than actual levels in Rainbow trout, based on more recent sampling data described in the Exposure Assessment chapter of this report, and in the plaintiffs' expert report by Dr. Gobus.

The WDOH used an estimate of 162 ppb for total PCBs in fish in their risk estimates.  Assume that the final maximum reduction in fish tissue PCBs was indeed 7.2% (achieved over many years, not immediately).  Thus, the WDOH level of 162 ppb would theoretically go from 162 ppb to 150 ppb (best case; from 162 to 155 ppb if reduction was 4.2%). Or, using the more recent data used in my and Dr. Sundig's expert reports, which is consistent with the 2012 'baseline' values shown in Dr. Gobus's report (see Figure 19 above), levels in rainbow trout might go from 36 ppb to 33 (at 7.2%, or 34, at 4.2%) ppb over the next 20 years, which is completely lost in the analytical 'noise' and variability among fish, and is toxicologically meaningless. Indeed, Dr. Gobus's report demonstrates unequivocally that the $300M treatment plan will HAVE NO MEANINGFUL IMPACT on the PCB levels in Fish in the Spokane River, even 30 years out.  At the miniscule rate of reduction predicted in Dr. Gobus's Plaintiffs' Expert report, the impact on the steady-state levels of blood PCBs (from all sources) in humans would be unmeasurable for decades, because of the long half-life of PCBs in the human body, and because other sources of PCBs that likely contribute more to total PCB exposures will not be reduced by these actions.  Thus, the effect on human blood levels of PCBs of consumers of Spokane River fish, if any, would be far less than "5.5-10%" reduction cited by Dr. Degrandchamp.  In the end, it would have NO significant impact on blood PCB levels in consumers of Spokane River fish, and no significant impact on their health.  It is inconceivable that "*This represents a significant reduction in PCB body burden over just an 18-year period and Spokane's efforts will have the greatest impact on reducing PCB exposures*" (DeGrandchamp Expert Report, Book 3, Oct 11, 2019, p. 3).

**Dr. DeGrandchamp misrepresents the ATSDR/WDOH recommendations regarding PCBs. Specifically, Dr. Degrandchamp stated:**

> *"It should be stressed that because the fish advisory is based solely on* noncancer *health hazards, Washington residents can safely eat the number of fish meals recommended in Exhibit 15. However, if ATSDR/WDOH based their recommendations on* de minimis *cancer risks from PCBs (as Hg is not a carcinogen), a total ban on eating any fish could be warranted to protect Washington residents from developing cancers"* (DeGrandchamp, Book 3, Oct 11, 2019, p. 35).

However, the discussion regarding the potential for cancer in humans from PCBs in fish consumed in the "ATSDR/WDOH" document cited by Dr. DeGrandchamp is much different. Specifically, the report stated:

> *The cancer risk associated with chronic exposure at the MRL is estimated at 2 cancers per 100,000 persons exposed over a lifetime. EPA's guidance on fish advisories suggests the use of a target cancer risk of 1 cancer per 100,000 persons exposed* **indicating that the noncancer approach is sufficiently protective**" [emphasis added] (WA Department of Health, 2005).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Furthermore, conclusions from the "ATSDR/WDOH" document, **but NOT mentioned by Dr. DeGrandchamp**, include:

> *"1.  Average consumers of sport fish from Long Lake [of the Spokane River] are not expected to experience adverse health effects from exposure to contaminants in those fish.* No apparent public health hazard *exists for average consumers of Long Lake sport fish.*
>
> *2.  High-end consumers of sport fish from Long Lake might be exposed at doses only slightly above health comparison values.*
>
> > • *Although these doses are not expected to cause adverse health effects, prudent public health measures such as cooking and cleaning fish to reduce exposure to PCBs through fish consumption can lower potential risk associated with PCBs in fish."* (WA Department of Health, 2005).

Clearly, the recommendations would not be consistent with a "total ban on eating any fish" as inaccurately presented by Dr. DeGrandchamp.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## V.    Appendix 1

### A.  CV of Dr. David L. Eaton

CURRICULUM VITAE

**1. BIOGRAPHICAL INFORMATION**

DAVID L. EATON, PhD, DABT, FATS

Professor Emeritus of Environmental and Occupational Health Sciences
                          School of Public Health; University of Washington

Dean and Vice Provost Emeritus, The Graduate School, University of Washington

Adjunct Professor of Pharmacology and Toxicology, College of Pharmacy, University of Arizona

email: toxdok@gmail.com

**2. EDUCATION**

| | |
|---|---|
| 1978 | University of Kansas Medical Center, Kansas City, KS, **PhD,** (Pharmacology) |
| 1974 | Montana State University Bozeman, Montana, **BSc,** (Pre-medicine) |

**3. LICENSURE / CERTIFICATION**
   Diplomate of the American Board of Toxicology, 1981, recertified 1985, 1990, 1995, 2000, 2005, 2010, 2015

**4. PROFESSIONAL POSITIONS**

| | |
|---|---|
| 3/15/2013-3/15/2018 | **Dean and Vice Provost,** The Graduate School, University of Washington |
| 10/2010-7/2011 | **Interim Vice Provost for Research,** University of Washington, Seattle, WA |
| 2006-2013 | **Associate Vice Provost for Research,** University of Washington, Seattle, WA |
| 2003-2019 | **Adjunct Professor,** Department of Medicinal Chemistry, School of Pharmacy, University of Washington, Seattle, WA |
| 2000-2019 | **Affiliate Member**, Public Health Sciences Division, Fred Hutchinson Cancer Research Center, Seattle, WA |
| 1998-2019 | **Professor,** Public Health Genetics Program (UIF), School of Public Health & Community Medicine, University of Washington |

124

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| 1995-2015 | **Director,** Center for Ecogenetics and Environmental Health, University of Washington |
| 1992-2019 | **Professor,** Department of Environmental and Occupational Health Sciences, School of Public Health and Community Medicine, University of Washington |
| 2003-2007 | **Associate Director,** Fred Hutchinson Cancer Research Center / University of Washington / Childrens' Hospital and Medical Center *Cancer Center Research Consortium* (FHCRC/UW/CHMC CCRC) |
| 1999-2005 | **Associate Dean for Research,** School of Public Health and Community Medicine, University of Washington |
| 1991-1993 | **Associate Chairman,** Department of Environmental Health, School of Public Health and Community Medicine, University of Washington |
| 1986-1991 | **Director,** Toxicology Program, Department of Environmental Health, School of Public Health and Community Medicine, University of Washington |
| 1986-1992 | **Associate Professor,** Department of Environmental Health, School of Public Health and Community Medicine, and Institute for Environmental Studies, College of Arts and Sciences, University of Washington |
| 1979-1986 | **Assistant Professor,** Department of Environmental Health, School of Public Health and Community Medicine, and Institute for Environmental Studies, College of Arts and Sciences, University of Washington |
| 1978-1979 | **Postdoctoral Fellow** in Toxicology, Department of Pharmacology, University of Kansas Medical Center, Kansas City, KS |
| 1974-1978 | **Predoctoral Trainee,** US Public Health Service, Department of Pharmacology, University of Kansas Medical Center, Kansas City, KS |
| 1974 | **Research Assistant,** Dept. Chemistry, Montana State University, Bozeman, MT |

**5. HONORS, AWARDS, FELLOWSHIPS,**

Excellence in Pharmacology/Toxicology Award, PhRMA Foundation, 2015

Public Communications Award, Society of Toxicology, 2014

PANWAT Achievement Award, Pacific Northwest Society of Toxicology, 2014

Elected Member, Institute of Medicine (now National Academy of Medicine), National Academies of Science Engineering and Medicine, 2011

Elected Fellow, Washington Academy of Sciences, 2011

National Associate, National Academy of Sciences, selected 2004 (lifetime membership)

Fellow (Elected), Academy of Toxicological Sciences, 2000

Fellow, International Union Against Cancer, 1996

125

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Fellow (elected), American Association for the Advancement of Science, 1995
Zeneca Traveling Lectureship Award (Society of Toxicology), 1995
Achievement Award, Society of Toxicology, 1993
Rohm & Haas Distinguished Professor of Public Health Sciences, 1992-97
NIH Pharmacology Research Associate Program Postdoctoral Fellowship Award,
    1979-1981 (declined)


**6. PROFESSIONAL ACTIVITIES (OUTSIDE OF UW)**
**A. Professional Organizations**

International Society for the Study of Xenobiotics (ISSX), 1992-present
American Association for Cancer Research, 1988 – present
Molecular Epidemiology Group, 1999-present
Sigma Xi 1987-present
Pacific Northwest Association of Toxicologists (Northwest Chapter, SOT)
Society of Toxicology, 1984-present
American Association for the Advancement of Science, 1977-present


**B. Scientific Advisory Boards and Panels - National**

Member, Board of Scientific Councilors, National Toxicology Program, 2019-2022
Member, Board of Trustees, Health and Environmental Sciences Institute (HESI), 2018-present
Review Coordinator, Review of Report and Approach to Evaluating Long-Term Health Effect in
    Army Test Subjects", NASEM/BEST report, March, 2018
Chair, National Toxicology Program Peer Review Panel, NTP Technical Reports on Cell Phone
    Radiofrequency Radiation Studies.  March 21-23, 2018, NIEHS, RTP, NC.
Reviewer, NASEM report Review of Advances Made to the IRIS Process, March 2018
Chair, NAS/NAM/NRC, Committee on the Review of the Health Effects of Electronic Nicotine
    Delivery Systems, 2017.
Member, Search Committee, Director of the Division of the National Toxicology Program (NTP),
    NIEHS, Research Triangle Park, NC, October, 2016-
Review Coordinator, Protocols for Conducting Systematic Reviews of Selected Endocrine-
    Disrupting Chemicals, National Academy of Sciences / National Research Council, 2016
Member, Society of Toxicology Foundation Endowment Board, 2015-
Review Coordinator, Styrene Assessment in the NTP 12th Report on Carcinogens, National
    Research Council, 2014-15
Member, University of North Carolina-Chapel Hill Gillings School of Public Health, External
    Advisory Committee, 2014, 2015
Member, Governmental and Regulatory Affairs Committee, Council of Graduate Schools,
    Washington, DC 2012-present
Member, Board of Trustees, Health and Environmental Sciences Institute (HESI) 2014-2015

126

782

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Member- National Advisory Environmental Health Sciences Council (NIH/NIEHS Council), 2013-2017.

Member, External Science Advisory Board, Center for Research on Environmental Disease, Texas A&M University/Baylor College of Medicine, Houston, TX, 2014-2016.

Member, NAS/NRC Committee to Review the EPA IRIS process, 2012-2014.

Chair, Celebrating Member Accomplishments Task Force, Society of Toxicology, 2011-2014

Member, Planning Committee, Future of Toxicology II Symposium Society of Toxicology, 2013-14

Member, NAS/NRC Committee on the Future of Science at the EPA, 2011-2012.

Chair, Research Committee, Health Effects Institute, Boston, MA, 2010-present

Member, External Science Advisory Board, Fundamental & Computational Sciences Directorate, Pacific Northwest National Laboratory, Richland, WA;  2011 - 2015.

Member, NAS/ Institute of Medicine committee on "Breast Cancer and the Environment: The Scientific Evidence, Research Methodology, and Future Directions", 2010-2012.

External Reviewer, Cancer Research-United Kingdom; review of Cancer Center at University of Dundee, Scotland, June 17-18, 2010

Review Coordinator, NAS/IOM/NRC NRC Study on Toxicity Pathway-Based Risk Assessment: Preparing for a Paradigm Change.  2010.

Review Coordinator, NAS/IOM/NRC,  Review of EPA's Draft IRIS Assessment of Tetrachloroethylene (BEST-K-06-03-A), 2009 – 2010.

Chair, Audit Committee, Society of Toxicology, 2012 (member, 2010-11).

Member (elected), Nominating Committee, Society of Toxicology, 2005-06; 2007-08

Chair, NAS/NRC Committee for Review of the Federal Strategy to Address Environmental, Health, and Safety Research Needs for Engineered Nanoscale Materials, 2008

Member, 50th Anniversary Planning Task Force, Society of Toxicology, 2007-2009

Member, External Scientific Advisory Board, Semiconductor Industry Association, 2005-2009

Chair, External Science Advisory Board, Procter and Gamble, Central Product Safety Division, Miami Valley Laboratories, Cincinnati, OH, 2003-2012

Member, External Science Advisory Board, University of Montana Environmental Health Sciences Center, Missoula, MT, 2003-2008

Member, External Science Advisory Board, Harvard University Environmental Health Sciences Center, 2003- 2014

Chair, External Science Advisory Board, NCRR Institutional Development Award, University of Alaska BRIN/INBRE program, 2001-2013

Member, External Science Advisory Board, Center for Research on Environmental Disease, University of Texas-MD Anderson Cancer Center, Smithville, TX, 1998-2011.

Editorial Board, Chemico-Biological Interactions, 1998-present;  Toxicology Open journal, 2007-present.

Board of Trustees, Academy of Toxicological Sciences, 2005-08

Chair, Society of Toxicology Task Force on NIH Grant Reviews, 2004-2007

Board of Directors, Toxicology Education Foundation, 2004-08; Vice President, 2005-06

Member, Search Committee, NIEHS Extramural Program Director, 2008

127

783

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Member, Molecular Epidemiology Working Group Program Committee, AACR,  2007

Member, NIH/NIEHS Special Emphasis Panel, ONES program review, 2007

Member, External Science Advisory Committee, CIIT Centers for Health Research, 2005-2006

Chair, NAS/NRC IOM Committee on Assessment of the Health Implications of Exposure to Dioxins, 2004-06.

Member, external review team for the National Center for Toxicogenomics, NIEHS, 2005.

Past-President,  Society of Toxicology, 5/1/02-4/30/03  (President, 5/1/01-4/30/02; Vice-President, 5/1/00-4/30/01, Vice-President-elect, 5/1/99-4/30/00).

Chair, NAS/NRC Committee on Emerging Issues and Data on Environmental Contaminants, 2002-2005

Member, Working Group on Gene-Environmental Interactions, National Children's Study, NIH, 2001-04.

Ad hoc member,  NIH Study Section, Epidemiology of Cancer-2 (EDC-2), June, 2003, March 2004

Member, External Science Advisory Board, University of New Mexico Environmental Health Sciences Center, 2003-2005.

Member, External Science Advisory Board, NIEHS Center for Environmental Health Sciences, University of California-Davis, 1999-2005

Member, External Science Advisory Board, NIEHS Center for Rural Environmental Health, Texas A&M University, College Station, TX, 2001-2005

Reviewer, Cancer Research –United Kingdom program grant, University of Dundee, Scotland, 2004

Councilor, International Union of Toxicology (IUTOX), 2001-04

Organizing Committee, International Conference on Molecular and Genetic Epidemiology of Cancer, AACR- Molecular Epidemiology group, 2002-03

Member, Board of Publication, Society of Toxicology, 2001-02

Member, Society of Toxicology Task Force on Professional Society Liaison Roles, 2004.

Member, Finance Committee, Society of Toxicology, 2001-02

Member, NIH Center for Scientific Review, Digestive Disease Boundary Review Panel, 2002.

Member, Scientific Review Panel, Agricultural Health and Safety Centers, NIOSH, 2001.

Member, NAS/NRC Panel on Arsenic in Drinking Water, 2001

Member, AAAS Education Sub-Committee, Court Appointed Scientific Experts (CASE), 2000-01

Advisory Board, BSCS, Inc, (Biological Sciences Curriculum Study), Colorado Springs, CO, 1999-2000

External Reviewer, Environmental Health Sciences Initiative, Battelle Pacific Northwest National laboratory, Richland, WA, 1999-2000

Member, Environmental Genome Working Group, NIEHS, 1997-98

Liaison, NRC/BEST Subcommittee on Arsenic in Drinking Water, 1997-98

Councilor, Mechanisms Specialty Section, Society of Toxicology, 1997-99

Member, Board of Environmental Studies and Toxicology, National Academy of Sciences/National Research Council, 1996-99

Secretary,  Society of Toxicology, 1996-98 (Secretary-elect, Society of Toxicology, 1995-96)

Editor, SOT Communiqué, 1997-98

128

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Visiting Scientist, International Agency for Research on Cancer (IARC), Lyon, France, 9/1/95-12/1/96.

President, Mechanisms Specialty Section, Society of Toxicology, 1996-97

Associate Editor, Toxicology and Applied Pharmacology, 1996-99

Editorial Board, Oncology Reports, 1994-97

Editorial Review Board, Environmental Health Perspectives, 1993-97.

Member, Executive Committee, International Congress on Toxicology VII, 1993

Chairman, Local Arrangements Committee, International Congress on Toxicology VII, 1992

External Grant Reviewer, Hong Kong Research Grants Council, University and Polytechnic Grants Committee, Hong Kong, 1992-93, 95-96, 99

Member, NIEHS  Site Visit Team and Reviewer, Program Project Grant review, Oregon State University, 1992, 1993.

Editorial Board, Environmental Carcinogenesis & Ecotoxicology Reviews, 1992-present

Treasurer, American Board of Toxicology, Inc., 1991-94

Member, Science Advisory Board, The Institute for Wildlife and Environmental Toxicology, Clemson University, Clemson, SC. 1990-94;  Chairman, 1993.

Councilor, Mechanisms Specialty Section, Society of Toxicology, 1990-93

Chairman, Membership Committee, Society of Toxicology, 1992-93

Membership Committee, (elected committee), Society of Toxicology, 1990-93

Board of Directors, American Board of Toxicology, Inc., 1990-94

Board of Publications, Society of Environmental Toxicology and Chemistry, 1989-91

Editorial Board, Toxicology and Applied Pharmacology, 1989-1996

Invited Participant, United States - Japan Cooperative Program on Development & Utilization of Natural Resources, Joint panel on toxic microorganisms symposium on "Cellular and Molecular Mode of Action of Selected Microbial Toxins in Foods and Feeds," National 4-H Center, Chevy Chase, MD, Oct. 31- Nov. 2, 1989

Member, Society of Toxicology ad hoc "Tox-90's Education Committee," 1988-1991

Invited Participant, Advisory workshop on significance and utilization of SARA Title III data, sponsored by USEPA, Chemical Manufacturer's Association and the National Academy of Sciences, NAS Headquarters, Washington, DC, Oct. 18-19, 1988

Participant, 1987 Gordon Research Conference on Mechanisms of Toxicity, Kimball Union Academy, Meriden, New Hampshire, July 27-31, 1987

Member, NIH Ad Hoc Scientific Review Panel for NIEHS contract on "Methods development for in vitro human metabolism of xenobiotics," February 19-21, 1985, Research Triangle Park, NC

Committee on Public Communications, Society of Toxicology, 1984-1985


**C.  Scientific Advisory Boards and Panels – Community and State (excluding UW)**

**Chair,** Membership Committee, Washington State Academy of Sciences, 2017-18

**Co-Chair,** Membership Committee, Washington State Academy of Sciences, 2016-17

**Chair,** Membership Committee, Section 4, Washington State Academy of Sciences, 2013-15

129

785

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Member**, Board of Directors, Washington State Academy of Sciences, 2012-18

**Member,** Board of Directors, Global Health Research Fund, (Gubernatorial appointment) 2011-2015

**Member,** Board of Directors, CARE Northwest, 1998-2008

**Chair,** Tobacco Control Advisory Committee, American Lung Association of Washington, 2002-2007

**Member,** Grant Advisory Committee, American Lung Association of Washington, 2003-2006

**Member,** Board of Trustees, Seattle Biomedical Research Institute (SBRI), 2004-2006

**Member,** Tobacco Control Advisory Committee, American Lung Association of Washington, 2000-02

**Member,** Advisory Committee for Risk Management Conference, Washington Foundation for the Environment, 1992-93.

**Pacific Northwest Association of Toxicologists** (Northwest Chapter, SOT); founding member, 1984-present, Vice President, 1984-1985; President, 1987-88, Councilor, 1988-89; Councilor, 1997-98

**Member,** Scientific Advisory Board, State of Washington Initiative For Chemically-Related Illness, Washington State Department of Labor and Industries, 1997

**Member,** Northwest Consumer Food Safety Council, 1990-94

**Chairman,** Science Advisory Board (5 member board established by Initiative, pre-empting above SAB), Washington State Department of Ecology, 1989-1991; Member 1989-92.

**Member,** Science Advisory Board (14 member board established under legislative act), Washington State Department of Ecology, 1988-90

**Member,** Technical Work Group on Environmental/Regulatory Policy for the Puget Sound Water Quality Authority, 1987

**Site Visitor,** Western Washington University, Bellingham, WA; Requested to evaluate current occupational health and safety practices relating to toxic chemical storage and use at Western Washington University. Provided written report to Dean of the Graduate School, October 8, 1986

**Member,** Mayor's Advisory Task Force on PCB's, 1984-86

**Member,** Advisory Task Force to Assess Health Impacts of Sediment and Shellfish pollution at Eagle Harbor, WA. For Coalition of County and State Health Departments. October 1984-85

**Member,** Mayor's Health Advisory Panel on Gas Works Park, 1984

**Member,** Gypsy Moth Advisory Committee, Department of Agriculture, Washington State Medical Association, and Office of the Mayor, City of Seattle, 1983

**Member,** Emergency Insect Criteria Committee, State Department of Agriculture, 1982-86

**Member,** Washington State Pesticide Advisory Board (Gubernatorial Appointment), 1982-1985, reappointed 1986-1989

**Member,** State Department of Social and Health Services, *Ad Hoc* Committee to Review Health Implications of Totally Recycled Water Systems, 1981

130

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**D.  Manuscript Referee:**

Aquatic Toxicology; Archives of Environmental Contamination and Toxicology; Biochemical Pharmacology; Biochemistry; ; Cancer Epidemiology, Biomarkers & Prevention; Cancer Research; Carcinogenesis; Chemico-Biological Interactions; Drug Metabolism & Disposition; Environmental Science and Technology; Fundamental and Applied Toxicology; Journal of Pharmacology and Experimental Therapeutics; Molecular Pharmacology Nature Reviews-Cancer; Proceedings of the National Academy of Sciences; Pharmacology & Toxicology; Toxicology and Applied Pharmacology; Toxicological Sciences.


**7.  BIBLIOGRAPHY**

*(*Indicates students, post-doctoral fellows or research technologists under the direction of Dr. Eaton).*

**A.  RESEARCH PAPERS IN REFEREED JOURNALS**

1.  **Eaton DL,** Klaassen CD. Effects of acute administration of taurocholic and taurochenedeoxycholic acid on biliary lipid excretion. *Proc Soc Exp Biol Med* 151:198-202, 1975.

2.  **Eaton DL,** Poisner AM. Plasma pseudorenin in rats after alteration in the renin-angiotensin system. *Proc Soc Exp Biol Med* 154:6-8, 1977.

3.  **Eaton DL,** Klaassen CD. Carrier-mediated transport of ouabain in isolated hepatocytes. *J Pharmacol Exp Ther* 285:480-488, 1978.

4.  Iwamoto I, **Eaton DL,** Klaassen CD. Uptake of morphine and nalorphine by isolated rat hepatocytes. *J Pharmacol Exp Ther* 206:181-190, 1978.

5.  **Eaton DL,** Klaassen CD. Carrier-mediated transport of the organic cation procaineamide ethobromide by isolated rat liver parenchymal cells. *J Pharmacol Exp Ther* 206:595-606, 1978.

6.  Iga T, **Eaton DL,** Klaassen CD. Uptake of unconjugated bilirubin by isolated rat hepatocytes. *Am J Physiol* 236:C9-C14, 1979.

7.  **Eaton DL,** Klaassen CD. Effects of microsomal enzyme inducers on carrier-mediated transport systems in isolated rat hepatocytes. *J Pharmacol Exp Ther*  208:381-385, 1979.

8.  **Eaton DL,** Klaassen CD. Effects of 2,3,7,8-tetrachlorodibenzo-p-dioxin, kepone and polybrominated biphenyls on transport systems in isolated rat hepatocytes. *Toxicol Appl Pharmacol* 51:137-144, 1979.

9.  **Eaton DL,** Stacey NH, Wong KL, Klaassen CD. Dose-response effects of various metal ions on rat liver metallothionein, glutathione, heme oxygenase and cytochrome P-450. *Toxicol Appl Pharmacol*  55:393-402, 1980.

10. **Eaton DL.** Biliary excretion of 2,4,5-trichlorophenoxyacetic acid in the rat. *Toxicol Lett* 14:175-181, 1982.

11. **Eaton DL,** *Toal BF. Evaluation of the Cd/hemoglobin affinity assay for the rapid determination of metallothionein in biological tissues. *Toxicol Appl Pharmacol*  66:134-142, 1982.

131

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

12. **Eaton DL,** *Toal BF. A simplified method of quantitating metallothionein in biological tissues. *J Sci Total Environ* 28:375-384, 1983.

13. *Carpenter LA, **Eaton DL.** The disposition of 2,4-dichlorophenoxyacetic acid (2,4-D) in the rainbow trout, *Salmo gairdneri. Arch Environ Contam Tox* 12:162-173, 1983.

14. *Stinson MD, **Eaton DL.** Concentrations of lead, cadmium, mercury and copper in the crayfish *(Pacificasticus leniusculus)* obtained from a lake receiving urban runoff. *Arch Environ Contam Toxicol* 12:693-700, 1983.

15. Woods JS, Fowler BA, **Eaton DL.** Studies on the mechanisms of thallium-mediated inhibition of hepatic mixed function oxidase activity:  Correlation with inhibition of NADPH Cytochrome c (P-450) reductase. *Biochem Pharmacol* 33:571-576, 1984.

16. Woods JS, **Eaton DL,** *Lukens C. Studies on porphyrin metabolism in the kidney:  Effects of trace metals and glutathione on renal uroporphyrinogen decarboxylase. *Mol Pharmacol* 26:336-341, 1984.

17. Kalman D, **Eaton DL,** Schumacher RS, Covert D. Biological availability of lead in a paint aerosol. I. Physical and chemical characterization of a lead paint aerosol. *Toxicol Lett* 22:301-306, 1984.

18. **Eaton DL,** Kalman DA, *Garvey D, Morgan M, Omenn GS. Biological availability of lead in a paint aerosol. 2. Absorption, distribution and excretion of intratracheally instilled lead paint particles in the rat. *Toxicol Lett*  22:307-313, 1984.

19. **Eaton DL.** *Short Communications:*  Effects of various trace metals on the binding of cadmium to rat hepatic metallothionein determined by the Cd/hemoglobin affinity assay. *Toxicol Appl Pharmacol* 78:158-162, 1985.

20. *Monroe DH, *Holeski CJ, **Eaton DL.** Effects of single dose and repeated dose pretreatment with 2(3)-*tert*-butyl-4-hydroxyanisole (BHA) on the hepatobiliary disposition and covalent binding to DNA of Aflatoxin $B_1$ in the rat. *Food Chem Toxicol* 24:1273-1281, 1986.

21. **Eaton DL,** *Richards JA. Kinetic evaluation of carrier-mediated transport of ouabain and taurocholic acid in isolated rat hepatocytes. Evidence for independent transport systems. *Biochem Pharmacol* 35:2721-2725, 1986.

22. *Holeski CJ, **Eaton DL,** *Monroe DH, *Bellamy GM. Effects of phenobarbital on the biliary excretion of Aflatoxin $P_1$-glucuronide and Aflatoxin$B_1$-*S*-glutathione in the rat. *Xenobiotica* 17:139-153, 1987.

23. *Monroe DH, **Eaton DL.** Comparative effects of butylated hydroxyanisole (BHA) on the *in vivo* and *in vitro* biotransformation of Aflatoxin $B_1$ (AFB) in rat and mouse. *Toxicol Appl Pharmacol* 90:401-409, 1987.

24. Geraci JP, Dunston SG, Jackson KL, Mariano MS, *Holeski C, **Eaton DL.** Bile loss in the acute intestinal radiation syndrome in rats. *Rad Res*  109:47-57, 1987.

25. **Eaton DL,** *Monroe DH,  *Bellamy G and Kalman DA. Identification of a novel dihydroxy-metabolite of aflatoxin $B_1$ formed both *in vivo* and *in vitro* in rats and mice. *Chem Res Toxicol* 1:108-114, 1988.

132

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

26. Franzblau A, Rosenstock L and **Eaton DL**. Use of inductively coupled plasma-atomic absorption spectroscopy (ICP-AES) in screening for trace metal exposures in an industrial population. *Environ Res* 46:15-24, 1988.

27. *Monroe DH and **Eaton DL**. Effects of modulation of hepatic glutathione on biotransformation and covalent binding of aflatoxin $B_1$ to DNA in the mouse. *Toxicol Appl Pharmacol* 94:118-127, 1988.

28. *Ramsdell HS and **Eaton DL**. Modification of aflatoxin $B_1$ biotransformation *in vitro* and DNA binding *in vivo* by dietary broccoli in rats. *J Toxicol Environ Health* 25:269-275, 1988.

29. **Eaton DL**, *Stapleton PL. Simultaneous determination of cytosolic glutathione *S*-transferase and microsomal epoxide hydrolase activity toward benzo[*a*]pyrene-4,5-oxide by high performance liquid chromatography. *Analytl Biochem* 178:153-158, 1989.

30. *Ramsdell HS, **Eaton DL.** Species susceptibility to aflatoxin $B_1$ carcinogenesis: Comparative kinetics of biotransformation. *Cancer Res* 50:615-620, 1990.

31. *Ramsdell HS, **Eaton DL.** Mouse liver glutathione S-transferase isoenzyme activity toward aflatoxin $B_1$-8,9-epoxide and benzo[*a*]pyrene-7,8-dihydrodiol-9,10-epoxide. *Toxicol Appl Pharmacol* 105:216-225, 1990.

32. Kavanagh TJ, Grossmann A, Jaecks EP, Jinneman JC, **Eaton DL,** Martin GM, Rabinovitch PS. Proliferative capacity of human peripheral blood lymphocytes sorted on the basis of glutathione content *J Cell Physiol,* 145:472-480, 1990.

33. *Ramsdell HS, Parkinson A, Eddy C, **Eaton DL**. Bioactivation of aflatoxin $B_1$ by human liver microsomes. Role of cytochrome P450IIIA isoenzymes. *Toxicol Appl Pharmacol* 108:436-447, 1991.

34. *Trenga CA, Kunkel DD, **Eaton DL,** Costa LG. Effect of styrene oxide on rat brain glutathione. *Neurotoxicology* 12:165-178, 1991.

35. *Chen ZY, **Eaton DL.** Differential regulation of cytochrome P450 IIB$_1$/2 by phenobarbital in hepatocellular hyperplastic nodules induced by aflatoxin $B_1$ or diethynitrosamine plus 2-acetylaminofluorene in male F344 rats. *Toxicol Appl Pharmacol* 111:132-144, 1991.

36. *Borroz KI, *Ramsdell HS, **Eaton DL**. Mouse strain differences in glutathione S-transferase activity and aflatoxin $B_1$ biotransformation. *Tox Lett* 58:97-105, 1991.

37. Rosenstock L, Keefer M, Daniell WE, McConnell R, Claypoole K, Barnhart S, Costa LG, Demers P, **Eaton DL**, Morris S, Murphy SD. Chronic central nervous system effects of acute organophosphate pesticide intoxication. *The Lancet* 338:223-227, 1991.

38. *Anderson PN, **Eaton DL,** Murphy SD. Comparative metabolism of methyl parathion in intact and subcellular fractions of isolated rat hepatocytes. *Fund Appl Toxicol* 18:221-226, 1992.

39. Heckbert SH, Weiss NS, Hornung SK, **Eaton DL,** Motulsky AG. Glutathione *S*-transferase and epoxide hydrolase activity in human leukocytes in relation to the risk of lung and other smoking-related cancers. *J Nat'l Cancer Inst* 84:414-422, 1992.

40. *Buetler TM, **Eaton DL.** cDNA cloning, mRNA expression and induction of  -class glutathione S-transferases in mouse tissues. *Cancer Res* 52:314-318, 1992.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

41. *Hamel DM, *White C, **Eaton DL**. Determination of -glutamylcysteine synthetase and glutathione synthetase activity by HPLC. *Toxicology Methods* 1:273-288, 1992.

42. Kensler TW, Groopman JD, **Eaton DL,** Curphey TJ, Roebuck BD. Potent inhibition of aflatoxin-induced hepatic tumorigenesis by the monofunctional enzyme inducer 1,2-dithiole-3-thione. *Carcinogenesis* 13:95-100, 1992.

43. *Chen ZY, Farin F, Omiecinski CO, **Eaton DL** Association between growth stimulation by phenobarbital and expression of cytochromes P450 1A1, 1A2, 2B$_1$/2 and 3A1 in hepatic hyperplastic nodules in male F344 rats. *Carcinogenesis* 13:675-682, 1992.

44. *Buetler TM, *Slone, D and **Eaton, DL.** Comparison of the aflatoxin B1-8,9-epoxide conjugating activities of two bacterially expressed alpha class glutathione S-transferase isozymes from mouse and rat, *Biochem Biophys Res Commun* 188:597-603, 1992.

45. Kavanagh TJ, Grossman A, Jinneman JC, Kanner SB, *White CC, **Eaton DL,** Ledbetter JA, Rabinovitch PS. Glutathione depletion by 1-chloro-2,4-dinitrobenzene inhibits T-cell receptor-stimulated transmembrane signal transduction in purified subsets of human peripheral blood lymphocytes. *Toxicol Appl Pharmacol*. 119:91-99, 1993.

46. *Buetler TM, **Eaton, DL.** Glutathione S-transferases: amino acid sequence comparison, classification and phylogenetic relationship. *Environ Carcin Ecotox Revs,* C10:181-203, 1992.

47. Daniell W, Barnhart S, Demers P, Costa LG, **Eaton DL,** Miller M, Rosenstock L. Neuropsychological performance among agricultural pesticide applicators. *Env Res* 59:217-228, 1992.

48. Karr C, Demers P, Costa LG, Daniell WE, Barnhart S, Miller M, Gallagher G, Horstman SW, **Eaton D,** Rosenstock L. Organophosphate pesticide exposure in a group of Washington state orchard applicators. *Env Res* 59:229-237, 1992.

49. Hulla JE, *Chen ZY, **Eaton, DL.** Aflatoxin B$_1$-induced rat hepatic hyperplastic nodule do not exhibit a site-specific mutation within the *p53* gene. *Cancer Res* 53:9-11, 1993.

50. Nazar-Stewart V, Motulsky AG, **Eaton DL,** White, EJ, Hornung, SK, Leng, Z-T, Stapleton, P and Weiss, NS. The Glutathione S-Transferase mu polymorphism as a marker for susceptibility to lung carcinoma. *Cancer Res.*53: 2313-2318, 1993.

51. *Chen Z-Y, **Eaton DL**. Association between responsiveness to phenobarbital induction of CYP2B$_1$/2 and 3A1 in rat hepatic hyperplastic nodules and their zonal origin. *Environ Health Perspect*., 101 (Suppl. 5): 185-190, 1993.

52. *Chen, ZY, *White, CC and **Eaton DL**. Decreased expression of cytochrome P450 mRNA and related steroid hydroxylation activities in hepatic hyperplastic nodules in male F344 rats. *Toxicol Appl Pharmacol.* 123: 151-159, 1993.

53. Davis, MA, Wallig, MA, **Eaton DL,** *Borroz, KI and Jeffrey, EH. Differential effect of cyanohydroxybutene on glutathione synthesis in liver and pancreas of male rats. *Toxicol. Appl. Pharmacol.*,123: 257-264, 1993.

54. **Eaton DL,** *Hamel DM. Increase in -glutamylcysteine activity as a mechanism for butylated hydroxyanisole-mediated elevation of hepatic glutathione. *Toxicol Appl Pharmacol*, 126: 145-149, 1994.

134

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

55.  *Borroz KI, *Buetler TM, **Eaton DL.** Modulation of  -glutamylcysteine synthetase mRNA expression by butylated hydroxyanisole. *Toxicol Appl Pharmacol* 126: 150-155, 1994.

56.  *Gallagher EP, Wienkers LC, *Stapleton PL, Kunze KL, **Eaton DL.**  Role of CYP4501A2 and CYP4503A4 in the bioactivation of aflatoxin $B_1$ (AFB1) by human liver microsomes. *Cancer Research* 54: 1-8, 1994.

57.  *Chen Z-Y, Liu Y-F, *He C-Y, *White CC, **Eaton DL.** Inhibition of cell proliferation by ciprofibrate in GST - Positive rat hepatic hyperplastic nodules,  *Cancer Research* 54: 2622-2629, 1994.

58.  Kavanagh TJ, Raghu G, *White CC, Martin GM, Rabinovitch PS, **Eaton DL.** Enhancement of glutathione content in glutatione synthetase-deficient fibroblasts from a patient with 5-oxoprolinuria via metabolic cooperation with normal fibroblasts. *Exp. Cell Res.*  212: 69-76, 1994.

59.  *Van Ness KP, *Buetler TM, **Eaton DL.**  Enzymatic characteristic of chimeric mYc/rYC1 glutathione S-transferases Cancer Res. 54 (17): 4573-4575, 1994.

60.  *Gallagher EP, **Eaton DL**. *In vitro* biotransformation of aflatoxin $B_1$ ($AFB_1$) in channel catfish liver. *Toxicology and Applied Pharmacology,* 132:82-90, 1995.

61.  *Slone DH,*Gallagher EP, *Ramsdell HS, Rettie AE, Stapleton PL, Berlad LG, **Eaton DL.** Human variability in hepatic glutathione S-transferase mediated conjugation of aflatoxin $B_1$-epoxide and other substrates. *Pharmacogenetics,* 5:224-233, 1995.

62.  **Eaton DL**, *Gallagher EP, *Bammler T, Kunze KL. Role of Cytochrome P450 1A2 in chemical carcinogenesis: Implications for human variability in expression and enzyme activity. *Pharmacogenetics,* 5:259-274, 1995.

63.  *Heinonen JT, Fisher R, Brendel K, **Eaton DL.** Determination of aflatoxin $B_1$ metabolism and binding to hepatic macromolecules in human precision liver slices. *Toxicology and Applied Pharmacology,* 136: 1-7, 1996.

64.  *Gallagher EP, *Buetler TM, *Wang CH, *Stapleton PL, *Stahl DL, **Eaton DL**. The effects of diquat and ciprofibrate on mRNA expression and catalytic activities of hepatic drug metabolizing and antioxidant enzymes in rat liver. *Toxicol. Applied Pharmacol.,* 134:81-91, 1995.

65.  *Buetler TM, *Gallagher EP, *Wang C-H, *Stahl DL, Hayes JD, **Eaton, DL.** Induction of phase I and phase II drug metabolizing enzyme mRNA, protein and activity by BHA, ethoxyquin and oltipraz. *Toxicology and Applied Pharmacology,*  135:45-57, 1995.

66.  *Gallagher EP, *Stapleton PL, *Slone DH, Schlenk D, **Eaton DL.** Channel catfish Glutathione *S*--transferase isoenzyme activity toward (+)-*anti*-benzo[a]pyrene-trans-7,8,-dihydrodiol-9,10-epoxide. *Aquatic Toxicology,*  34: 135-150, 1996.

67.  *Chen ZY, *White CC, *He C-Y, Liu Y-F, **Eaton DL**.  Zonal differences in DNA synthesis activity and CYP gene expression in livers of male F344 rats treated with five nongenotoxic carcinogens. *J. Environ. Pathol. Toxicol. Oncol.*  14: 83-99, 1995.

68.  *Buetler TM, *Bammler, T., Hayes JD, and **Eaton DL.** Oltipraz-mediated changes in aflatoxin $B_1$- biotransformation in rat liver: Implications for human chemointervention. *Cancer Research,*  56: 2306-2313, 1996.

135

791

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

69. *Heinonen JT, Sidhu JS, Reilly MT, Farin FM, Omiecinski CJ, **Eaton DL**, Kavanagh TJ. Assessment of regional cytochrome P-450 activities in precision-cut rat liver slices using resorufin substrates and fluorescence confocal laser cytometry. *Environmental Health Perspectives,* 104: 536-543, 1996.

70. *Gallagher, EP, Kunze KL, *Stapleton PL, **Eaton, DL.** The kinetics of aflatoxin $B_1$ oxidation by human cDNA-expressed and human liver microsomal cytochromes P450 1A2 and 3A4. *Toxicol. Applied Pharmacol.*, 141(2):595-606, 1996.

71. *McHugh TE, Atkins WM, Racha JK, Kunze KL, **Eaton DL.** Binding of the Aflatoxin-glutathione Conjugate to Mouse Glutathione S-Transferase A3-3 is Saturated at Only On Ligand per Dimer. *J.Biol. Chem.* 271: 27470-74, 1996.

72. Kelly, JD, **Eaton, DL,** Guengerich, FP and Coulombe, RA, Jr.  Aflatoxin $B_1$ activation in human lung.  *Toxicol. Appl. Pharmacol.* 144: 88-95, 1997.

73. Potter AJ, Grossmann A, Rabiovitch PS, **Eaton DL** and Kavanagh TJ.  The effect of in vitro phorone exposure on glutathione content and T cell antigen receptor (CD3)-stimulated calcium mobilization in murine splenic T lymphocytes. *Toxicol. In Vitro ,* 11:355-363, 1997.

74. Neal, GE, **Eaton, DL**, Judah, DJ and Verma, A.  Metabolism and toxicity of aflatoxins $M_1$ and B1 in human-derived in vitro systems. *Toxicol. Appl. Pharmacol.,* 151:152-158, 1998.

75. *Gallagher EP, Sheehy KM, *Janssen PL, **Eaton DL** and Collier TC.  Isolation and cloning of homologous glutathione S-transferases cDNAs from English sole and starry flounder.  Aquat. Toxicol. 44: 171-182, 1998.

76. *Van Ness KP, *McHugh TM, *Bammler TK and **Eaton DL**  Identification of amino acid residues essential for high aflatoxin B1-8,9-epoxide conjugation activity  in Alpha class glutathione S-transferases through site-directed mutagenesis. *Toxicol. Appl. Pharmacol.,* 152: 166-174, 1998.

77. Tonge RP, *Kelly EJ, Bruschi SA, Kalhorn T, **Eaton DL**, Nebert DW and Nelson SD. Role of CYP1A2 in the hepatotoxicity of acetaminophen:  Investigations using Cyp1a2 null mice. *Toxicol. Appl. Pharmacol.* 153: 102-108, 1998.

78. Thompson SA, White CC, Krejsa CM, Diaz D, Woods JS, **Eaton DL**, Kavanagh TJ. Induction of glutamate-cysteine ligase (gamma-glutamylcysteine synthetase) in the brains of adult female mice subchronically exposed to methylmercury. *Toxicol Lett.* 110:1-9, 1999.

79. *Gallagher EP, Sheehy KM, Janssen PJ, **Eaton DL** and Collier TK. Isolation and cloning of homologous glutathione *S*-transferase cDNAs from English sole and starry flounder liver.  *Aquatic Toxicol.* 44: 171-182, 1999.

80. **Eaton DL.**  Biotransformation enzyme polymorphisms and pesticide susceptibility. *NeuroTox*, 21: 101-11, 2000.

81. *Bammler, TK, *Slone, DH and **Eaton, DL.**  Effects of dietary oltipraz and ethoxyquin on aflatoxin B1 biotransformation in non-human primates, *Toxicol. Sci.,*  54: 30-41, 2000.

82. Vasiliou, V, *Buetler, T, **Eaton, DL** and Nebert, DW.  Comparison of oxidative stress response parameters in newborn mouse liver versus SV40-transformed hepatocyte cell lines, *Biochemical Pharmacol.* 59: 703-12, 2000.

136

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

83. Sweeney  C, Farrow DC, Schwartz SM, **Eaton DL**, Checkoway H, Vaughan TL. Glutathione S-transferase M1, T1, and P1 Polymorphisms as Risk Factors for Renal Cell Carcinoma: a Case-Control Study.  *Cancer Epi. Biomark. Prev.*, 9: 449-54, 2000.

84. *Wang CH, *Bammler, TK, *Ou, YY, *Kelly EJ and **Eaton DL**. *Mu*-class GSTs Are Responsible for Aflatoxin B$_1$-8, 9-epoxide Conjugating Activity in the Non-human Primate *Macaca fascicularis* Liver,  *Toxicol. Sci.* 56: 26-36, 2000.

85. Thompson SA, White CC, Krejsa CM, **Eaton DL**, Kavanagh TJ. Modulation of glutathione and glutamate-L-cysteine ligase by methylmercury during mouse development.  *Toxicol Sci.* 57:141-6, 2000.

86. Johnson DB, **Eaton DL,** Wahl PW, Gleason C, Public health nutrition practice in the United States, *J Am Diet Assoc* **101:** 5: 529-34, 2001.

87. Cheesman MJ, Kneller MB, *Kelly EJ, Thompson SJ, Yeung CK, **Eaton DL,** Rettie AE. Purification and characterization of hexahistidine-tagged cyclohexanone monooxygenase expressed in Saccharomyces cerevisiae and Escherichia coli.  *Protein Expr Purif.*  21:81-6, 2001.

88. *Kelly EJ, Erickson KE, Sengstag C and **Eaton, DL**.  Expression of human microsomal epoxide hydrolase in *Saccharomyces cerevisiae* reveals a functional role in aflatoxin B1 detoxification.
*Toxicol Sci* 65:35-42, 2002.

89. *Bammler, TK *Abel EL and **Eaton DL**.  Metabolism of methyl parathion by glutathione S-transferases in vitro. *Chemico-Biol. Interact.* 133: 231-33, 2001.

90. *Wang C, *Bammler, TK and **Eaton DL.**  Complementary DNA cloining, protein expression and characterization of alpha-class GSTs from *Macaca Fasicularis* Liver, *Toxicol. Sci.,* 70: 20-26, 2002.

91. *Kelada SN, *Stapleton PL, *Farin FM, *Bammler TK, **Eaton DL**, Smith-Weller T, Franklin GM, Swanson PD, Longstreth WT Jr and Checkoway H.  Glutathione S-transferase M1, T1 and P1 polymorphisms and Parkinson's Disease. *Neurosci. Lett.* 337: 5-8, 2003.

92. Sweeney C, Nazar-Stewart V, *Stapleton PL, **Eaton DL**, Vaughan TL. Glutathione *S*-transferase M1, T1, and P1 polymorphisms and survival among lung cancer patients. *Cancer Epi. Biomark. Prev.* 12: 527-33, 2003.

93. Nazar-Stewart V, Vaughan TL, *Stapleton P, Van Loo J, Nicol-Blades B, **Eaton DL.**  A population-based study of glutathione S-transferase M1, T1 and P1 genotypes and risk for lung cancer.  *Lung Cancer*  40:247-58, 2003.

94. *Kelada, SN, **Eaton DL,** Wang SS Rothman NR and Khoury MJ.  The role of genetic polymorphisms in environmental health.  *Environ. Health Perspect.* 111: 1055-64, 2003.

95. **\*Abel EL,** \*Bammler TK and **Eaton** DL. Biotransformation of methyl parathion by glutathione S-transferases. *Toxicol. Sci.* 79(2):224-32, 2004.

96. *Abel EL, Opp SM, Verlinde CLMJ;* Bammler TK and **Eaton** DL.  Characterization of atrazine biotransformation by human and murine Glutathione S-transferases, *Toxicol. Sci,* 80:230-8, 2004.

97. *Gross-Steinmeyer K, *Stapleton P L, Liu F, *Tracy J H, *Bammler T K, Quigley S D, *Farin F M, Buhler DR, Safe S H, Strom S C, and **Eaton** D L. Phytochemical-induced changes in gene expression of carcinogen metabolising enzymes in cultured human primary hepatocytes. *Xenobiotica*, 34: 619-632, 2004.

137

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

98.  *Abel EL, Lyon RP, *Bammler TK, Lau SS, Monks  TJ., and **Eaton** DL  Estradiol metabolites as isoform-specific inhibitors of human Glutathione S-transferases.  *Chem-Biol. Interact* 151(1):21-32, 2004.

99.  *Gross-Steinmeyer K, Stapleton PL, Tracy JH,. *Bammler TK, Lehman T, Strom SC and **Eaton DL.**  Influence of Matrigel overlay on constitutive and inducible expression of nine genes encoding drug metabolizing enzymes in primary human hepatocytes.  Xenobiotica  35(5):419-38, 2005.

100.  *Guo YY, Breeden LL, Zarbl H, Preston BD and **Eaton DL**. Expression of a human cytochrome P450 in yeast permits analysis of pathways for response to and repair of aflatoxin-induced DNA damage. *Mol. Cellular Biol.* 25(4): 5823-33, 2005.

101.  *Guo YY, Breeden LL, Fan W, Zhao LP, **Eaton DL** and Zarbl H.  Characterization of DNA repair pathways following aflatoxin B1 treatment in Saccharmocyes cerivisiae expressing human cytochrome P4501A2.  *Mutat. Res.*, 593(1-2):121-42, 2006.

102.  Sieh W, Edwards KL, Fitzpatrick AL, Srinouanprachanh SL, *Farin F,  Monks SA, Kronmal RA and **Eaton DL**.  Genetic susceptibility to prostate cancer: Prostate-specific antigen and its interaction with the androgen receptor. *Cancer Causes and Controls*, 17(2):187-97, 2006.

103.   *Peterson S, Lampe JW, *Bammler TK, *Gross-Steinmeyer K and **Eaton** DL. Apiaceous vegetable constituents inhibit human cytochrome P-450 1A2 (CYP1A2) activity and hCYP1A2-mediated mutagenicity of aflatoxin B1. Food Chem Toxicol. 44(9):1474-84, 2006.

104.  *Kelada SN, Checkoway H, Kardia SL, Carlson CS, Costa-Mallen P, **Eaton DL,** Firestone J, Powers KM, Swanson PD, Franklin GM, Longstreth WT Jr, Weller TS, Afsharinejad Z, Costa LG.  5' and 3' region variability in the dopamine transporter gene (SLC6A3), pesticide exposure and Parkinson's disease risk: a hypothesis-generating study. *Hum Mol Genet.* 15(20):3055-62, 2006.

105.  *Zhou C, *Poulton EJ, Grun F, *Bammler TK, Blumberg B, Thummel KE, **Eaton DL**. The dietary isothiocyanate sulforaphane is an antagonist of the human steroid and xenobiotic nuclear receptor. *Mol Pharmacol*. 71(1):220-9, 2007.

106.  Biggs ML, Davis MD, **Eaton DL**, Weiss NS, Barr DB, Doody DR, Fish S, Needham LL, Chen C, Schwartz SM.  Serum organochlorine pesticide residues and risk of testicular germ cell carcinoma: a population-based case-control study. *Cancer Epidemiol Biomarkers Prev.* 17(8):2012-8, 2008.

107.  **Eaton DL**, Daroff  RB, Autrup H, Bridges J, Buffler P, Costa LG, Coyle J, McKhann G, Mobley WC, Nadel L, Neubert D, Schulte-Hermann R, Spencer PS. Review of the toxicology of chlorpyrifos with an emphasis on human exposure and neurodevelopment. *Crit Rev Toxicol.* 2008;38 Suppl 2:1-125.

108.  Shi M, Bradner J, *Bammler TK, **Eaton DL**, Zhang J, Ye Z, Wilson AM, Montine TJ, Pan C, Zhang J. Identification of glutathione S-transferase pi as a protein involved in Parkinson disease progression. *Am J Pathol.;*175(1):54-65, 2009.

109.  Peterson S, Schwarz Y, Li·SS, Lin Li· L King IB, Chen C, **Eaton DL**,  Potter JD and Johanna W. Lampe JW.  *CYP1A2*, *GSTM1*, and *GSTT1* polymorphisms and diet effects on CYP1A2 activity in a crossover feeding trial· *Cancer Epidemiol Biomarkers Prev.,* 18(11):3118–25, 2009.

110.  *Gross-Steinmeyer· *Stapleton PL, *Tracy JH, Bammler TK, Strom SC, Buhler· DR and **Eaton DL**.  Modulation of aflatoxin B1-mediated genotoxicity in primary cultures of

138

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

human hepatocytes by diindolylmethane, curcumin and xanthohumols. *Toxicol. Sci* 112(2), 303–310, 2009.

111. *Gross-Steinmeyer K, *Stapleton PL, *Tracy JH, *Bammler TK, Strom SC, **Eaton DL**. Sulforaphane- and Phenethyl isothiocyanate-Induced Inhibition of Aflatoxin B1-Mediated Genotoxicity in Human Hepatocytes: Role of GSTM1 genotype and CYP3A4 Gene Expression. Toxicol Sci. 116(2):422-32, 2010.

112. *Smith WE, Brownell J, White CC, Afsharinejad Z, Tsai J, Hu X**,** Polyak SJ, Gao X**,** Kavanagh TJ and **Eaton DL**. In Vitro Toxicity Assessment of Amphiphillic Polymer-Coated CdSe/ZnS Quantum Dots in Two Human Liver Cell Models. *ACS Nano*, 6(11):9475-84, 2012.

113. *Gross-Steinmeyer K, **Eaton** DL. Dietary modulation of the biotransformation and genotoxicity of aflatoxin B(1). Toxicology. 2012 Sep 28;299(2-3):69-79. PMID: 22640941

114. McConnachie LA, White CC, Botta D, Zadworny ME, Cox DP, Beyer RP, Hu X, **Eaton DL**, Gao X, Kavanagh TJ.  Heme oxygenase expression as a biomarker of exposure to amphiphilic polymer-coated CdSe/ZnS quantum dots. *Nanotoxicology*. 7(2):181-91, 2013.

115. *Poulton EJ, Levy L, Lampe JW, Danny D. Shen DD, Tracy J, Shuhart MC, Thummel KT and **Eaton DL.**  Sulphoraphane is not an effective antagonist of the human Pregnane X-Receptor in vivo.  *Toxicol. Appl. Pharmacol*. 266(1):122-31, 2013.

116. McConnachie LA, Botta D, White CC, Weldy CS, Wilkerson HW, Yu J, Dills R, Yu X, Griffith WC, Faustman EM, Farin FM, Gill SE, Parks WC, Hu X, Gao X, **Eaton** DL, Kavanagh TJ. The glutathione synthesis gene Gclm modulates amphiphilic polymer-coated CdSe/ZnS quantum dot-induced lung inflammation in mice.  PLoS One. May 27;8(5), 2013.

117. Kelly EJ, Wang Z, Voellinger JL, Yeung CK, Shen DD, Thummel KE, Zheng Y, Ligresti G, **Eaton DL**, Muczynski KA, Duffield JS, Neumann T, Tourovskaia A, Fauver M, Kramer G, Asp E, Himmelfarb J. Innovations in preclinical biology: ex vivo engineering of a human kidney tissue microperfusion system. Stem Cell Res Ther. 2013;4 Suppl 1:S17. PMID: 24564863.

118. Wang Z, Lin YS, Dickmann LJ, *Poulton EJ, **Eaton DL**, Lampe JW, Shen DD, Davis CL, Shuhart MC, Thummel KE. Enhancement of hepatic 4-hydroxylation of 25-hydroxyvitamin D3 through CYP3A4 induction in vitro and in vivo: implications for drug-induced osteomalacia. J Bone Miner Res. 2013 May;28(5):1101-16. PMID: 23212742

119.  Lee V,  McMahan RS. Hu, X,  Gao X, Faustman  EM. Griffith WC, Kavanagh TJ, **Eaton DL,** McGuire JK and Parks WC.  Amphiphilic Polymer-coated CdSe/ZnS Quantum Dots Induce Pro-inflammatory Cytokine Expression in Mouse Lung Epithelial Cells and Macrophages. *Nanotoxicology*, July 1:1-8, 2014.  PMID: 24983898

120.  McMahan, RS, Lee V, Parks WC, Kavanagh TJ and **Eaton DL**. In vitro approaches to assessing the toxicity of quantum dots.  Methods Mol Biol. 2014;1199:155-63. PMID: 25103807

121.  Navarro SL, Schwarz Y, Song X, Wang CY, Chen C, Trudo SP, Kristal AR, Kratz M, **Eaton DL,** Lampe JW. Cruciferous vegetables have variable effects on biomarkers of systemic inflammation in a randomized controlled trial in healthy young adults·J. Nutrition, 144(11):1850-7, 2014.  PMID:25165394.

139

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

122. *Cook TJ, Hoekstra JG, **Eaton DL**, Zhang J Mortalin is Expressed by Astrocytes and Decreased in the Midbrain of Parkinson's Disease Patients. Brain Pathol. 2016 Jan;26(1):75-81. PMID:26095919

123. * Chang SY, Weber EJ, Van Ness KP, **Eaton DL,** Kelly EJ. Liver and Kidney on Chips: Microphysiological Models to Understand Transporter Function. Clin Pharmacol Ther. 2016 Jul 22. Epub ahead of print PMID: 27448090

124. *Chang S-Y, Voellinger JL, Van Ness KP, Chapron B, Shaffer RM, Neumann T, White CC, Kavanagh TJ, Edward J. Kelly EJ and **Eaton DL**, Characterization of rat or human hepatocytes cultured in microphysiological systems (MPS) to identify hepatotoxicity, Toxicology in Vitro, Available online 13 January 2017; http://dx.doi.org/10.1016/j.tiv.2017.01.007.

125. Van Ness KP, *Chang S-Y, Weber EJ, Zumpano D, **Eaton DL** and Kelly EJ Microphysiological Systems to Assess Nonclinical Toxicity. Curr Protoc Toxicol. 2017 Aug 4;73:14.18.1-14.18.28. doi: 10.1002/cptx.27. PMID:28777442.

126. Chang SY, Weber EJ, Sidorenko VS, Chapron A, Yeung CK, Gao C, Mao Q, Shen D, Wang J, Rosenquist TA, Dickman KG, Neumann T, Grollman AP, Kelly EJ, Himmelfarb J, Eaton DL. Human liver-kidney model elucidates the mechanisms of aristolochic acid nephrotoxicity. JCI Insight. 2017 Nov 16;2(22).

*Student, Post-doc or Research Scientist reporting to Dr. Eaton.


**BOOKS**

**Eaton DL,** Groopman JD, eds. The Toxicology of Aflatoxins: Human Health, Veterinary and Agricultural Significance. Academic Press, New York, pp.544, 1994.

Costa, LG and **Eaton, DL,** eds, Gene-Environment Interactions: The Fundamentals of Ecogenetics, Wiley Press, New York, 2006.

**Eaton, DL**. Editor, Volume 1, General Principles, IN Comprehensive Toxicology (C. McQueen, Editor-in-Chief), 3rd Edition, Elsevier Press, 2017.


**BOOK CHAPTERS, PROCEEDINGS, EDITORIALS, COMMENTARIES & GENERAL EDUCATION ARTICLES**

1. Klaassen CD, Eaton DL, Cagen SZ. Hepatobiliary disposition of xenobiotics. In: *Drug Metabolism Reviews.* JW Bridges and LF Chasseaud, eds. London: John Wiley and Sons, 1981, p. 1-75.

2. Eaton DL. Toxicology of pesticides: A Northwest perspective. In: *UW Medicine* 1983; 9:11-17.

3. Eaton DL. Principles of Occupational Toxicology for Community Health Nurses. In: *Occupational Health: A Self-Study Guide for Community Health Nurses,* ed. S Holland, J Camp, J McNeil and AM Hughes, 1985.

4. Eaton DL. Alar in Apples and Our Children's Health. In: *Washington Public Health* 8 (Winter issue):8-9, 1990.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

5.  Eaton DL, Costa LG. Occupational exposure to pesticides in the state of Washington. In: *Washington Public Health* 8(Winter issue):26-28, 1990.

6.  Eaton DL "America's Epidemic of Chemicals and Cancer" - Myth or Fact?" In: *Environmental Science:  A Framework for Decision Making,* third edition, DD Chiras, ed., Benjamin Cummings Publishing Company, Menlo Park, CA, 429-431, 1990.

7.  Omenn GS, Omiecinski CJ, Eaton DL. Ecogenetics of chemical carcinogens. In: *Biotechnology and Human Genetic Predisposition to Disease*, Cantor C, Caskey T, Hood L, Kamely D, Omenn GS, Editors, Wiley-Liss Inc, New York, pp. 81-93, 1990.

8.  Eaton DL, *Ramsdell HR, *Monroe DH. Biotransformation as a determinant of species susceptibility to aflatoxin B$_1$: *in vitro* studies in rat, mouse, monkey and human liver. In: *Cellular and Molecular Mode of Action of Selected Microbial Toxins in Foods and Feeds,* A Pohland, JL Richard, eds. Pergamon Press, New York, pp. 275-288, 1990.

9.  Eaton DL, Gandolfi J, Dudley R, Mehendale HH, Medinski MM, Klaassen CD. In: *Resource Guide to Careers in Toxicology,* 1st edition, Society of Toxicology, Washington, D C., 1990; 2nd edition revised and published, 1991.

10.  Klaassen CD, Eaton DL. Principles of Toxicology. In: *Casarett and Doull's Toxicology: The Basic Science of Poisons*, Fourth edition, MO Amdur, J Doull and CD Klaassen, eds., Pergammon Press, New York, pp. 12-49, 1991.

11.  Eaton DL and Cherian MG. Determination of metallothionein in tissues by the Cadmium/Hemoglobin affinity assay. In: *Methods in Enzymology, Metallobiochemistry,* Riordan J, Valle B, Editors, Academic Press, New York, Chp. 13, pp. 83-88, 1991.

12.  Eaton DL "The Myths of the Cancer Epidemic" In: *Human Biology: Health, Homeostasis and the Environment,* DD Chiras, ed.,West Publishing Company, San Francisco, p. 425, 1991.

13.  Kalman DA, Eaton DL, Lorenzana R. Tracking hazardous emissions from municipal landfills. In: *Washington Public Health* 9: 50-51, 1991.

14.  *Kimbell M, *Davis M, Eaton DL, Lorenzana RM. Washington Department of Health Guide to Physico-chemical, Toxicological and Regulatory Values for Priority Pollutants. Washington Department of Health, 1991.

15.  Eaton DL, *Ramsdell HS. Species and diet related differences in aflatoxin biotransformation, In: *Handbook of Applied Mycology, vol.* 5, D. Bhatnagar, editor, Marcel Dekker, Inc., New York, Chap. 6, pp. 157-182, 1992.

16.  Eaton DL, Robertson WO. Toxicology. In: *Textbook of Occupational and Environmental Medicine,* Rosenstock L, Cullen M, eds. WB Saunders Company, New York, chapter 8, pp. 116-149, 1994.

17.  Eaton DL, *Ramsdell HS, Neal G, Biotrasformations of Aflatoxins, in Eaton DL, Groopman JD, eds. *The Toxicology of Aflatoxins:  Human Health, Veterinary and Agricultural Significance.* Chp. 5, Academic Press, Orlando, pp.45-72, 1994.

18.  *Gallagher E, Kavanagh TJ, Eaton DL. Glutathione, Oxidized Glutathione and Mixed Disulfides in Biological Samples, IN: *Methods in Toxicology, Vol. II: In Vitro Toxicity Indicators,* CA Tyson, JM Frazier, eds., Academic Press, San Diego, pp. 349 - 366, 1994.

19.  Eaton DL, *Van Ness K, *Buetler, TM. GST-Mediated Protection Against Carcinogens: Aflatoxin B$_1$ detoxification as an example. In *Structure and Function of  Glutathione S-Transferases,* K. Tew, C.B. Pickett, T.J. Mantle, B. Mannervik and J.D. Hayes, ed., CRC Press, London, pp. 187-198, 1993.

141

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

20. Eaton DL, Grossmann A, Kavanagh TJ. Glutathione Biosynthesis as a Biomarker of Toxic Exposures, Pacific Basin Conference on Hazardous Wastes, 1993.

21. Gallagher, EP, Eaton, DL, Environmental Concerns of Pesticide Use in the Forest Environment, IN: *Forest Pesticide Use Manual,* Western Washington University Press, 1993.

22. Eaton DL, Kalman DA. Scientists in the courtroom: Basic pointers for the expert scientific witness. *Environmental Health Perspectives,* 102: 668-672, 1994.

23. Eaton DL, and *Gallagher EP. Mechanism of Aflatoxin Carcinogenesis. In *Ann Rev Pharmacol Toxicol* 34: 135-172, 1994.

24. Eaton, DL  and *Hill, J. Human Effects of Hazardous Materials, In: Ostler, N (ed.) *Handbook of Hazardous Materials,* Vo. 1, Prentice Hall, Columbus, Ohio,, pp. 81-118, 1996.

25. Eaton DL, and Klaassen, CD.  Principles of Toxicology, IN:  Casarett & Doull's Toxicology: The Basic Science of Poisons, 5th edition, ed. C.D. Klaassen, chp. 2, pp. 13-33,  McGraw-Hill, New York, 1996.

26. Eaton, DL and *Gallagher, EP.  Introduction to the Principles of Toxicology, In: *Comprehensive Toxicology,*  IG Sipes, CA McQueen and AJ Gandolfi, Editors, Elsevier Sciences, Vol. 1, General Principles, James Bond, Vol. Ed.;  Chap. 1, pp. 1-38,  1997.

27. Eaton, DL and Heinonen, J.  Aflatoxins, In:  *Comprehensive Toxicology,*  IG Sipes, CA McQueen and AJ Gandolfi, Editors; Vol. 09, Liver and Gastrointestinal Systems, RS McCusky and DL Earnest, Vol. Editors, Elsevier Sciences, Chap. 26, pp. 407-422, 1997.

28. Miller MS, McCarver DG, Bell DA, Eaton DL and Goldstein JA.  Symposium Overview: Genetic Polymorphisms in Human Drug Metabolic Enzymes.  Fund. Appl. Toxicol. 40: 1-14, 1997

29. Eaton, DL, Farin, F, Omiecinski, CJ and Omenn, GS.  Genetic Susceptibility, In: Environmental and Occupational Medicine, ed. WN Rom, 3rd Edition, Chp. 17, Little, Brown & Co., pp. 209-221,  1998.

30. White, CC, Kresja, CM, Eaton, DL and Kavanagh, TJ.  HPLC-Based assays for enzymes of glutathione biosynthesis.  Current Protocols in Toxicology,  Chp. 6.5, 1999.

31. Eaton, DL and Bammler, TK.  Concise Review of the Glutathione S-Transferases and Their Significance in Toxicology.  Toxicol. Sci., 49: 156-164, 1999.

32. Patterson RE, Eaton DL, Austin MA, Kristal AR and Potter JD. The Genetic Revolution: Change and Challenge for the Profession of Dietetics.  J. Am. Dietic Assoc. 99: 1412-20, 1999.

33. Eaton, DL.  Aflatoxin Biotransformation and Toxicology, IN*: Molecular and Applied Aspects of Oxidative Metabolizing Enzymes,* E. Arinc , JB Schenkman and E Hodgson, Editors, NATO ASI Series A: Life Sciences, Vol. 303, Chapter 14, pp. 195-209, Plenum Publishers, New York, 1999.

34. Eaton, DL and *Bammler, TK.  Glutathione S-Transferases, IN*:  Metabolic Drug Interactions*, R. H. Levy, K.E. Thummel, W.F. Trager, P.H. Hansten and M. Eichelbaum, Editors, Chapter 13, Lippincott-Raven, Philadelphia, 2000.

35. Eaton DL, *Hill JP,  Chiras DD, Allen DM, Marcus CB, Ellis, IR and Sahl KM.  Essentials of Cell Biology:  Toxicology in Action.  interactive CD-ROM for high school and entry level college biology; 2000.

36. Eaton DL, Costa LG. "Sheldon D. Murphy". *Toxicol Sci.* 2000 Oct;57(2):191-2.

142

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

37.  Sharpe JF, Eaton DL, Marcus CB, Digital toxicology education tools: education, training, case studies, and tutorials., Toxicology 157: 1-2, 141-52, Jan. 12, 2001.

38.  Eaton  DL, Sharpe JF and Acharya C.  From visiting professionals to videoconferences: Using creative catalysts to infuse environmental health sciences content into the k-12 curriculum. *Comments on Toxicology* 8: 1-15, 2002.

39.  Eaton DL, and Klaassen, CD.  Principles of Toxicology, IN:  Casarett & Doull's Toxicology: The Basic Science of Poisons, 6th edition, ed. C.D. Klaassen, chp. 2, pp. 11-34,  McGraw-Hill, New York, 2001.

40.  Eaton, DL, *Bammler, TK and *Kelly EJ.  Interindividual differences in response to chemoprotection against aflatoxin-induced hepatocarcinogenesis:  implications for human biotransformation enzyme polymorphisms.  In*: Biologically Reactive Intermediates VI., chemical and biological mechanisms in susceptibility to and prevention of environmental diesease;*  (Ed. PM Dansett, R Snyder, M. Delagorge et. al).,  pp. 559-576, Kluwer Academic/Plenum Publishers*; Adv Exp Med Biol.* 500:559-76, 2001.

41.  Eaton DL and Greenlee WF. Fundamentals are still relevant in toxicology.  *Nature* 417(6885):117, 2002.

42.  Eaton DL, Robertson WO. Toxicology. In: *Textbook of Occupational and Environmental Medicine,* Rosenstock L, Cullen M, eds. WB Saunders Company, New York, chapter 8, pp. 2nd Edition, 2004.

43.  *Kelada, SN, Eaton DL, Wang SS Rothman NR and Khoury MJ. Applications of human genome epidemiology to environmental health, In: Khoury, M (Editor)*,  Human Genome Epidemiology: A Scientific Foundation for Using Genetic Information to Improve Health and Prevent Disease*, Chp. 9, Oxford University Press, London, 2003.

44.  Eaton DL and Klaassen, CD.  Principles of Toxicology, In: (CD Klaassen and JB Watkins III, eds) *Casarett & Doull's  Essentials of Toxicology*, Chp. 2, pp. 6-21, McGraw-Hill, 2003.

45.  Eaton, DL.  Scientific judgment and toxic torts:  A primer in toxicology for judges and lawyers.  *J. Law and Policy,*Vol. XII, pp 5-42, 2004.

46.  *Peterson, S, Lampe, JW and Eaton DL.  Genetic Susceptibility to dietary carcinogens. In:  D. Watson, Editor)  *Pesticide, Veterinary and other Residues in Food,* Woodhead Publishing, London, Chp. 2, 2004.

47.  Eaton, DL  Glutathione S-Transferases as Putative Host Susceptibility Genes for Cancer Risk in Agricultural Workers. *J. Biochem. Mol. Toxicol.* 19(3): 1-2, 2005.

48.  *Smith H, *Bammler TK and Eaton DL.  Polymorphisms in xenobiotic conjugation, in: Costa LG and Eaton DL (ed). *Gene-Environment Interactions; The Fundamentals of Ecogenetics,* Wiley Press, Chp. 8, 2006.

49.  Eaton DL, Gallagher E, Hooper M, Schlenk D, Schmeider P and  Thompson C.  Species Differences in Response to Toxic Substances: Shared Pathways of Toxicity — Value and Limitations of Omics Technologies to Elucidate Mechanism or Mode of Action. Chapter 3, IN: *Emerging Molecular and Computational Approaches for Cross-Species Extrapolations, SETAC-Pellston Workshop, 2006.*

50.  Eaton DL and Gilbert SG.  Principles of Toxicology, IN:  *Casarett and Doull's Toxicology: The Basic Science of Poisons,* 7th Edition,  Chp.  2,  McGraw-Hill Publishers, New York, 2007.

143

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

51. Gilbert, SG and Eaton, DL.  Ethical, Legal, Social and Professional Issues in Toxicology, IN:  *General and Applied Toxicology*, 3rd Edition (B. Ballantyne, TC Marrs & T Swersen, Editors), Part 11, Chp. 116;  Wiley, 2009.

52. Eaton, DL and Gallagher, EP.  Introduction to the Principles of Toxicology, In: *Comprehensive Toxicology,*  IG Sipes, CA McQueen and AJ Gandolfi, Editors, Elsevier Sciences, Vol. 1, General Principles, James Bond, Vol. Ed.; 2nd Edition Chap. 1,  2010.

53. Eaton, DL, *Biema, K, Bammler TK, Riley R and Voss K.  Hepatotoxic Mycotoxins. In: *Comprehensive Toxicology,*  IG Sipes, CA McQueen and AJ Gandolfi, Editors; Vol. 09, Liver and Gastrointestinal Systems, RS McCusky and DL Earnest, Vol. Editors, Elsevier Sciences, Chap. 26, 2010.

54. *Peck EC and Eaton, DL.  Genetic Polymorphism and Susceptibility to Pesticides, IN: Handbook of Pesticide Toxicology, Third Edition (Ed, Robert Krieger), Elsevier, 2010.

55. Eaton DL and Gilbert SG.  Principles of Toxicology, IN:  *Casarett and Doull's Toxicology: The Basic Science of Poisons,* 8th Edition,  Chp.  2,  McGraw-Hill Publishers, New York, 2012.

56. Eaton DL, *Schaupp CM.  Of mice, rats, and men: could Nrf2 activation protect against aflatoxin heptocarcinogenesis in humans? Cancer Prev Res (Phila). 2014 Jul;7(7):653-7.

57. Vandivort TC and Eaton DL.  Principles of Toxicology, IN:  Encyclopedia of Human Biology (3rd Edition), Elsevier, 2014.

58. Eaton DL and *Schaupp, C.  Genes, Genomics and Environmental Health, IN: Environmental Health: From Global to Local, 3rd Edition, (ed. Howard Frumkin); Chapter 7,  Jossey-Bass, New York, 2015.

59. Knudsen TB, Keller DA, Sander M, Carney EW, Doerrer NG, Eaton DL, Fitzpatrick SC, Hastings KL, Mendrick DL, Tice RR, Watkins PB, Whelan M.  FutureTox II: in vitro data and in silico models for predictive toxicology.  Toxicol Sci. 2015 Feb;143(2):256-67. PMID: 25628403

60. Landrigan PJ, Wright RO, Cordero JF, Eaton DL, Goldstein BD, Hennig B, Maier RM, Ozonoff DM, Smith MT, Tukey RH.  The NIEHS Superfund Research Program: Twenty-Five Years of Translational Research for Public Health. Environ Health Perspect. 2015; 909-18. PMID: 25978799.

61. Eaton, DL, *Vandivort, T. and Gallagher, EP.  Introduction to the Principles of Toxicology, In:  *Comprehensive Toxicology,* McQueen, Editor, Elsevier Sciences, Vol. 1, General Principles, David Eaton, Vol. Ed.; 3rd. Edition Chap. 1,  2017.

62. Eaton, DL, *Biema, K, Bammler TK, Riley R and Voss K.  Hepatotoxic Mycotoxins. In: *Comprehensive Toxicology,* CA McQueen, Editor; Vol. 10, Liver and Gastrointestinal Systems, Robert Roth and James Luyendyk, Vol. Editors, Elsevier Sciences, Chap. 26, 2017

63. Eaton, DL. Editor, Volume 1, Principles of Toxicology, in *Comprehensive Toxicology,* Elsevier Sciences, Chaps. 1- 26, 2017.

64. Aleksunes, L and Eaton DL.  Principles of Toxicology, IN:  *Casarett and Doull's Toxicology: The Basic Science of Poisons,* 9th Edition,  Chp.  2,  McGraw-Hill Publishers, New York, 2018 (in preparation).

65. St. Helen G, Eaton DL Public Health Consequences of e-Cigarette Use . JAMA Intern Med. 2018 Jul 1; 178(7): 984–986.

144

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

### D. ABSTRACTS

1. **Eaton DL,** Bunag RD. Anesthetic depression of ouabain-induced arrhythmias in rats. *Fed Proc* 1976; 35:383.

2. **Eaton DL,** Poisner AM. A comparison of the effects of surgical and pharmacological intervention of plasma renin and pseudorenin levels. *Pharmacologist* 1976; 18:230.

3. **Eaton DL,** Klaassen CD. Kinetics of hepatic uptake of ouabain in isolated rat hepatocytes. *Gastroenterology* 1977; 72:A20.

4. **Eaton DL,** Klaassen CD. Carrier-mediated transport of ouabain in isolated hepatocytes. *Fed Proc* 1977; 36:960.

5. **Eaton DL,** Klaassen CD. Uptake of procaineamide ethobromide into isolated rat hepatocytes. *Fed Proc* 1978; 37:368A.

6. **Eaton DL,** Klaassen CD. Effects of microsomal enzyme inducers on carrier-mediated transport systems in isolated rat hepatocytes. *Gastroenterology* 1978; 75:961.

7. **Eaton DL,** Klaassen CD. Alterations in hepatic transport systems in isolated rat hepatocytes after treatment with microsomal enzyme inducers. *Toxicol Appl Pharmacol* 1979; 48(Suppl):A187.

8. **Eaton DL,** Stacey NH, Wong KL, Klaassen CD. Effects of twelve metal ions on metallothionein, glutathione, heme oxygenase and cytochrome P-450 content in rat liver and kidney. *Toxicol Appl Pharmacol* 1980; 50(Suppl):A290.

9. **Eaton DL,** *Toal B. A simplified method for quantitating metallothionein in biological tissues. *Proc 21st Hanford Live Sciences Symposium, Biological Availability of Trace Metals,* 1981, p 48.

10. **Eaton DL,** *Toal B. A simple, sensitive and quantitative assay for metallothioneins. *Toxicologist* 1982; 2:317.

11. *Holeski CJ, **Eaton DL.** Effects of diethylmeleate on hepatobiliary disposition of Aflatoxin B$_1$ in the rat. *Fed Proc* 1982; 41:7552.

12. Kalman DA, **Eaton DL.** Detection of glucuronide conjugates of xenobiotics by direct insertion mass spectrometry. *Proc 30th Ann Conf Mass Spectrometry and Allied Topics, Amer Soc Mass Spectrom,* June 6-11, 1982.

13. Woods JS, **Eaton DL,** *Lukens C. Studies on the renal etiology of mercury-induced uroporphyrinuria. *Toxicologist* 1984; 4:74.

14. Woods JS, **Eaton DL,** *Lukens CB. Effects of glutathione on the regulation of renal uroporphyrinogen decarboxylase. *Toxicologist* 1984; 4:32.

15. *Holeski CJ, *Bellamy GM, **Eaton DL.** Effects of phenobarbital (PB) pretreatment on hepatobiliary disposition of Aflatoxin B$_1$ in the rat. *Toxicologist* 1984; 4:151.

16. *Monroe DH, *Holeski CJ, *Bellamy GM, **Eaton DL.** Effects of a purified versus standard rodent diet on hepatic biotransformation enzyme activities. *Toxicologist* 1984; 4:98.

17. *Holeski CJ, **Eaton DL,** *Bellamy GM. Analysis of Aflatoxin metabolites in bile following treatment with phenobarbital. *PANWAT Proc* 1984; 1:13.

145

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

18.  *Monroe DH, *Holeski CJ, **Eaton DL.** Effects of butylated hydroxyanisole (BHA) on hepatobiliary disposition of Aflatoxin $B_1$ (AFB) in the rat. *PANWAT Proc* 1984; 1:14; *Toxicologist* 1985; 5:149.

19.  **Eaton DL,** *Bellamy GM, Kalman DA. Identification of Aflatoxin $P_1$-glucuronide in bile of rats given Aflatoxin $B_1$. *PANWAT Proc* 1984; 1:22; *Toxicologist* 1985; 5:961.

20.  *Holeski CJ, **Eaton DL.** Effects of hepatic glutathione depletion on the DNA binding and hepatobiliary disposition of Aflatoxin $B_1$ *in vivo. PANWAT Proc* 1985; 2:16 & 2:32; *Toxicologist* 1985; 5:686.

21.  *Anderson PN, **Eaton DL,** Murphy SD. Analysis of methyl parathion metabolites with reverse-phase ion-pair high-performance liquid chromatography. *PANWAT Proc* 1985; 2:28;*Toxicologist* 1986; 6:319.

22.  Geissler F, **Eaton DL,** Faustman-Watts E. Biochemical studies on the role of biotransformation in mycotoxin-induced embryotoxicity *in vitro. Toxicologist* 1986; 6:379.

23.  **Eaton DL,** *Richards JA. Kinetic evaluation of carrier-mediated transport of ouabain and taurocholic acid in isolated rat hepatocytes. Evidence for independent transport systems. *Toxicologist* 1986; 6:469.

24.  *Holeski CJ, **Eaton DL.** Effects of glutathione depletion by buthionine sulfoximine (BSO) and diethyl maleate (DEM) on biliary excretion of Aflatoxin $B_1$ (AFB) conjugates and covalent AFB-DNA binding. *Toxicologist* 1986; 6:605.

25.  **Eaton DL,** *Bellamy GM, Kalman DA, Monroe DH, Holeski CJ. Separation and partial characterization of 17 metabolites of Aflatoxin $B_1$ (AFB) excreted in bile of rats. *Toxicologist* 1986; 6:994.

26.  Monroe DH, **Eaton DL.** Effects of butylated hydroxyanisole (BHA) on the *in vivo* and *in vitro* metabolism of Aflatoxin $B_1$ (AFB) in the mouse liver. *Toxicologist* 1986; 6:995, *PANWAT Proc* 6:3, 1986.

27.  *Monroe DH, **Eaton DL.** Comparative effects of butylated hydroxyanisole (BHA) on the *in vivo* and *in vitro* metabolism of Aflatoxin $B_1$ (AFB) in rat liver. *PANWAT Proc*  3:6, 1986, *Toxicologist* 7:146, 1987.

28.  **Eaton DL,** *Monroe DH, *Bellamy GM. Development of an HPLC assay for four MFO hydroxylation enzymes towards Aflatoxin $B_1$ and GSH-S-transferase towards Aflatoxin B-8,9-epoxide. *PANWAT Proc*  3:17, 1986, *Toxicologist* 7:872, 1987.

29.  *Monroe DH, **Eaton DL**. Effects of modulation of hepatic glutathione on covalent binding of aflatoxin $B_1$ to DNA in the mouse. *PANWAT Proc*  4:2, 1987.

30.  *Richards JA, **Eaton DL**, Hornung SK, Motulsky AG, Hammock BD. Characterization of glutathione S-transferase activity towards various substrates in human mononuclear leukocytes. *PANWAT Proc*  4:7, 1987; *Toxicologist* 8:452, 1988.

31.  *Hagelstein H, **Eaton DL**. Characterization of liver, lung and leukocyte glutathione S-transferase activity in rat, mouse and monkey. *PANWAT Proc*  4:8, 1987.

146

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

32. *Ramsdell HS, **Eaton DL**. Modification of aflatoxin $B_1$ metabolism *in vitro* and DNA binding *in vivo* by dietary broccoli in rats. *PANWAT Proc* 4:21, 1987; *Toxicologist* 8:670, 1988.

33. *Rank JP, **Eaton DL**. Demethylation of methyl organophosphates by rat hepatic glutathione S-transferases. *PANWAT Proc* 4:22, 1987; *Toxicologist* 8:691, 1988.

34. *Stapleton PL, **Eaton DL**. Concurrent measurement of glutathione S-transferase and epoxide hydrolase activity by HPLC. *Toxicologist* 8:729, 1988.

35. Faustman EM, *Stapleton PL, **Eaton DL**. Characterization of rodent embryonic glutathione S-transferase activity toward various substrates. *Toxicologist* 8:742, 1988.

36. **Eaton DL,** *Hamel DM. Induction of gamma-glutamylcysteine synthetase (GCS) activity by butylated hydroxyanisole in the mouse. *PANWAT Proc* 1988; 5:29;*Toxicologist* 9:759, 1989.

37. *Ramsdell HS, **Eaton DL.** Effects of butylated hydroxyanisole (BHA) on mouse liver glutathione S-transferase (GST) isoenzyme activity toward aflatoxin $B_1$-epoxide (AFBO). *Toxicologist* 9:832, 1989.

38. *Ramsdell H, **Eaton DL**. Human susceptibility to aflatoxin $B_1$ carcinogenesis:  liver microsomal biotransformation. *PANWAT Proc* 6:16, 1989.

39. Laflamme D, Grimsted B, **Eaton D,** *Ramsdell H, Faustman EM. Developmental toxicity of hydralazine *in vitro:*  role of metabolism. *Toxicologist* 9:114, 1989.

40. *Chen Z-Y, **Eaton DL**. Comparison of glutathione S-transferase subunit composition and activity in liver, lung, and kidney of Wistar, Fischcher and Sprague-Dawley rats. *Proceedings American Association Cancer Research* 30:157 (#620), 1989.

41. *Ramsdell HS, **Eaton DL**. Kinetics of aflatoxin $B_1$ biotransformation in vitro by hepatic microsomes from the rat, mouse, monkey and human. *Proceedings American Association Cancer Research* 30:157 (#621), 1989.

42. *Trenga CA, **Eaton DL,** Costa CG. Effect of styrene oxide on rat brain glutathione. *PANWAT Proceedings* 6:5, 1989.

43. *Ramsdell HR, **Eaton DL**. Human susceptibility to aflatoxin $B_1$ carcinogenesis:  liver microsomal metabolism. *PANWAT Proceedings* 6:16, 1989.

44. Faustman E, Horike N, MacQueen H, **Eaton DL**. Is your health in jeopardy? Interactive educational computer program for junior and senior high school students. *Toxicologist* 10:354, 1990.

45. **Eaton DL,** *Ramsdell HS. Human susceptibility to aflatoxin $B_1$ carcinogenesis:  Individual variations in biotransformation. *Toxicologist* 10:578, 1990.

46. *Michelson KD, **Eaton DL**. Substrate-specified inhibition of rat liver cytosolic glutathione S-transferase isoenzymes (GST) by chalcone. *Toxicologist* 10:796, 1990.

47. *Berlad LG, **Eaton DL.** Inhibition of human liver cytosolic glutathione S-transferase isoenzymes (GST) by tri-butyltin acetate (TBT), 2,4-dichlorophenoxyacetic acid (2,4-D) and ethylene dichloride (EDC). *Toxicologist* 10:1137, 1990.

48. *Trenga CA, Costa LG, **Eaton DL**. Regional distribution of glutathione in rat brain:  Effect of styrene oxide. *Toxicologist* 10:1281, 1990.

147

803

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

49.  *Ramsdell HS, **Eaton DL**. Bioactivation of aflatoxin $B_1$ by human liver microsomes:  role of cytochrome P450IIIA isoenzymes. *Toxicologist* 10:1289, 1990.

50.  *Chen ZY, **Eaton DL**. Phenobarbital (PB) induction of cytochrome P450IIB$_1$/2 in hepatic hyperplastic nodules (HHN) produced by aflatoxin $B_1$ (AFB) or Solt-Farber (SF) protocol in rats. *Proceedings American Association Cancer Research* 31:153 (#911), 1990.

51.  TJ Kavanagh, A Grossman, JC Jinneman, Rabinovitch PS **(Eaton DL consulted).** Glutathione depletion inhibits transmembrane signal transduction in human CD4+ and CD8+ lymphocytes. *Toxicologist* 11:117, 1991.

52.  *Channel SR, **Eaton DL,** Kavanagh TJ. Regulation of intracellular glutathione in a rat diploid hepatic epithelial cell line. *Toxicologist* 11:127, 1991.

53.  *Borroz KI, *Ramsdell HS, **Eaton DL.** Mouse strain differences in glutathione S-transferase activity and aflatoxin $B_1$ biotransformation. *Toxicologist* 11:142, 1991.

54.  *Ramsdell HS, *Slone DH, **Eaton DL.** Conjugation of aflatoxin $B_1$-8,9-epoxide by glutathione S-transferases from human and rodent liver. *Toxicologist* 11:143, 1991.

55.  *Buetler MT, **Eaton DL.** Cloning and characterization of a murine alpha-class glutathione S-transferase cDNA homologous to rat GST Yc (GST 2-2). *Proceedings American Association Cancer Research* 32:821, 1991.

56.  *Chen ZY, **Eaton DL.** Selective growth stimulation by phenobarbital (PB) and expression of different cytochromes P450 in hepatic hyperplastic nodules (HHN) induced by Solt-Farber protocol in male F344 rats. *Proceedings American Association Cancer Research* 32:904, 1991.

57.  *Chen ZY, **Eaton DL.** Relationship between expression of cytochrome P450 enzymes and other phenotypic characteristics within hepatic hyperplastic nodules in F344 rats. Presented at *"Cell Proliferation and Chemical Carcinogenesis" symposium; NIEHS,* Research Triangle Park, NC, Jan.13-16, 1992.

58.  *Borroz KI, **Eaton DL.** Development and utilization of a cDNA probe for   -glutamylcysteine synthetase to study transcriptional regulation of glutathione biosynthesis. *The Toxicologist* 12:1613, 1992.

59.  *Buetler MT, **Eaton DL.** cDNA cloning and mRNA expression of murine glutathione S-transferase and analysis of purified alpha class GST proteins expressed in E. coli. *The Toxicologist* 12:1633, 1992.

60.  Ogburn CE, Orsborn MT, *White CC, **Eaton DL,** Martin GM, Kavanagh TJ. Mouse teratocarcinoma cells selected for oxygen resistance have increased glutathione content. *The Toxicologist* 12:191, 1992.

61.  *Chen ZY, **Eaton, DL**. Expression of cytochrome P450 genes involved in hydroxylation of steroid hormones in hepatocyte nodules from Male F344 rats. *Proceedings American Association Cancer Research* 33:753, 1992.

62.  *Buetler TM, *Van Ness KP, **Eaton, DL**. Alignment of multiple glutathione S-transferase amino acid sequences and prediction of structure-function relationship. *Proceedings American Association Cancer Research* 33:1175, 1992.

148

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

63. Davila DR, Born JL, Kavanagh TJ, Grossmann A, Rabinovitch PS, **Eaton DL,** Burchiel SW. Use of multiparameter flow cytometry to estimate intracellular levels of reduced glutathione (GSH) in lymphoid cells. *The Toxicologist* 13:268, 1993.

64. Potter AJ, Grossmann A, Rabinovitch PS, **Eaton DL,** Kavanagh TJ. The effect of in vivo exposure to phorone and buthionine sulfoximine on glutathione content, calcium mobilization and DNA synthesis in mouse spenocytes. *The Toxicologist* 13:271, 1993.

65. *Gallagher EP, Janssen PS, *Buetler TM, Stahl DL, **Eaton DL.** Effect of inducing agents on quinone reductase and  -glutamylcysteine synthetase activities and glutathione content in rat liver. *The Toxicologist* 13:541, 1993.

66. Van Ness KP, Buetler TM, **Eaton DL.** Enzymatic characteristics of rat-mouse chimeric glutathione-S-transferases. *The Toxicologist* 13:1280, 1993.

67. **Eaton DL,** Heinonen JT, Fisher R, Brendel K. Use of precision rat and human liver slices to assess aflatoxin $B_1$ metabolism, DNA, RNA and protein binding. *The Toxicologist* 13:1514, 1993.

68. Heinonen J, Sidhu JS, Reilly MT, Orsborn MT, Farin FM, Omiecinski CJ, **Eaton DL,** Kavanagh TJ. Assessment of cytochrome P450 activity in intact cells of rat liver slices using resorufin substrates and fluorescence confocal laser cytometry. *The Toxicologist* 13:1708, 1993.

69. Chen ZY, White CP, **Eaton, DL.** CYP gene expression and enzyme-mediated hydroxylation of steroids and lauric acid in rat livers following treatment with non-genotoxic carcinogens. *Proc. Amer. Assoc. Cancer Res.* 34: 70, 1993.

70. Buetler TM, Slone D, Townsend AJ, **Eaton, DL.** Aflatoxin 8,9-epoxide conjugating activity of six bacterially expressed, purified glutathione S-transferases. *Proc. Amer. Assoc. Cancer Res.* 34: 967, 1993.

71. Gallagher EP, Stapleton PL, Wienkers LC, Kunze K, **Eaton DL.** Role of CYP1A2 and CYP3A4 in the bioactivation of aflatoxin $B_1$ (AFB$_1$) by human liver microsomes. *Proc. Amer. Assoc. Cancer Res.* 34: 976, 1993.

72. Neal GE, **Eaton DL**, Judah DJ. The metabolism of [$^3$H] aflatoxin $M_1$ by human microsomes. *The Toxicologist* 14: 1307, 1994.

73. Gallagher EP, **Eaton DL**. Mechanisms underlying the resistance of channel catfish to aflatoxin $B_1$. *The Toxicologist* 14: 1287, 1994.

74. **Eaton DL**, Sahl K, Ellis I, Hill J. A computerized version of the Ames test for incorporating basic principles of toxicology into high school biology classes. *The Toxicologist* 14: 291, 1994.

75. *Heinonen JT, *Chen Z-Y, *Buetler TM, **Eaton DL**. Comparative effect of rodent chow and AIN 76A diet on aflatoxin $B_1$ biotransformation and binding to macromolecules in rat liver slices and induction of rat hepatic hyperplastic nodules in vivo. *Proc. Amer. Assoc. Cancer Res.* 35: 967, 1994.

76. *Chen Z-Y, Liu Y-F, He C-Y, White CC, **Eaton DL**. Ciprofibrate inhibition of cell proliferation in GST-P-positive hepatic hyperplastic nodules in male F344 rats. *Proc. Amer. Assoc. Cancer Res.* 35: 1121, 1994.

149

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

77.    *Buetler TM, Heinonen JT, *Slone D, Hayes JD, **Eaton DL**. Oltipraz-induced alterations in aflatoxin B1-biotransformation in rats:  Implications for human chemointervention. *Proc. Amer. Assoc. Cancer Res.* 35: 3736, 1994.

78.    **Eaton DL,** *Hill JP, Allen DM, Marcus CB, Chiras DD, Ellis IR, Sahl KM. Risky business: living in a chemical world. *The Toxicologist* 15:278, 1995.

79.    Gallagher EP, Stapleton PL, Kunze KL, **Eaton DL**. Kinetics of *in vitro* CYP1A2 and 3A4-mediated aflatoxin B$_1$ oxidation in human liver. *The Toxicologist* 15:1395, 1995.

80.    Thompson SA, Grossmann A, White CC, **Eaton DL,** Gilbert SG, Kavanagh TJ. Strain specific effects of sub-chronic, low level methylmercury exposure on GSH levels in mice. *The Toxicologist* 15:1616, 1995.

81.    Fields, WR, **Eaton, DL**, Doehmer, J and Townsend, AJ.  Transfected murine alpha-class gluathione S-transferase Yc2 protects against DNA damage by aflatoxin B1 in mammalian cells. *Proc. Amer. Assoc. Cancer Res.* 36: 3554, 1995.

82.    *Van Ness, KP and **Eaton, DL**. Analysis of aflatoxin B$_1$ 8,9-epoxide conjugation activities in glutathione S-transferase-Yc isozymes using site-directed mutagenesis. *Proc. Amer. Assoc. Cancer Res.* 36: 2987, 1995. Also published in ISSX Proceedings 7: 127, 1995. (1995 International ISSX-Workshop on Glutathione S-Transferases).

83.    Thompson SA, Gilbert SG, White CC, **Eaton DL,** Bloom N, Kavanagh TJ. Mercury accumulation and glutathione levels in fetuses from mice developmentally exposed to low levels of mercury. *The International Toxicologist, VII International Congress of Toxicology*  7(1):8-P-1, July 2-6, 1995.

84.    Gallagher EP, Stapleton PL, Kunze KL, **Eaton DL.** Aflatoxin B1 oxidation in human CYP1A1 and CYP1A2 cDNA-expressed microsomes. *The International Toxicologist, VII International Congress of Toxicology*  7(1):35-P-34, July 2-6, 1995.

85.    *Van Ness KP, **Eaton DL.** Analyses of Aflatoxin B1 8,9,-epoxide conjugation activities in glutathione S-transferase-YC isozymes using site directed mutagenesis. *The International Toxicologist, VII International Congress of Toxicology*  7(1):69-P-5, July 2-6, 1995.

86.    *Buetler TM, **Eaton DL.** Diquat induces the acute phase response and decreases glutathione S-transferases. *The International Toxicologist, VII International Congress of Toxicology*  7(1):84-P-22, July 2-6, 1995.

87.    *Heinonen JT, **Eaton DL.** Use of precision-cut liver slices to demonstrate species differences in biotransformation of aflatoxin B1 and binding to hepatic macromolecules. *ISSX Proceedings* 8:418, Fourth International ISSX Meeting, Seattle, WA, USA, August 27-31, 1995.

88.    **Eaton DL,** *Hill JP, Allen DM, Marcus CB, Chiras DD, Ellis, IR, Sahl KM. Risky business: Living in a Chemical World. *Fundamental and Applied Toxicology, Supplement, The Toxicologist,* 30(1)2:50-P10, 35th Annual Meeting, March 1996.

89.    *Gallagher EP, Stapleton PL, Slone DH, Schlenk D, **Eaton DL.** Characterization of channel catfish glutathione S-transferases. *Fundamental and Applied Toxicology, Supplement, The Toxicologist,* 30(1)2:1142-P223, 35th Annual Meeting, March 1996.

150

806

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

90.   *Bammler TK, Slone DH, **Eaton DL.** Hepatic aflatoxin $B_1$ metabolism in the marmoset callithrix jacchus. *Fundamental and Applied Toxicology, Supplement, The Toxicologist,* 30(1)2:1208-P236, 35th Annual Meeting, March 1996.

91.   *Wang C-H, Bammler TK, **Eaton DL.** Cloning and sequencing of alpha-class GST cDNAs from the *Macaca* liver. *Fundamental and Applied Toxicology, Supplement, The Toxicologist,* 30(1)2:1452-P284, 35th Annual Meeting, March 1996.

92.   *Trusty MN, Farin FM, Nazar-Stewart V, **Eaton DL.** Simultaneous detection of $GSTM_1$ and $GSTT_1$ deletion-type polymorphisms using a multiplex polymerase chain reaction (PCR) assay. *Fundamental and Applied Toxicology, Supplement, The Toxicologist,* 30(1)2:1459-P285, 35th Annual Meeting, March 1996.

93.   *McHugh TE, *Van Ness KP, Bammler TK, **Eaton DL.** Stucture function analysis of aflatoxin $B_1$ epoxide conjugating activities in glutathione S-transferase-YC isoenzymes. *Fundamental and Applied Toxicology, Supplement, The Toxicologist,* 30(1)2:1469-P287, 35th Annual Meeting, March 1996.

94.   **Eaton DL** and *Bammler TK. Dietary modulation of glutathione S-transferases. *ISSX Proceedings,* 10:15, 7th North American ISSX Meeting, San Diego, CA, October 20-24, 1996.

95.   Thompson SJ, Koenigs LL, Fisher MB, Slone DH, **Eaton DL,** Rettie AE. Baculovirus mediated expression, purification and catalytic activity of human CYP2A6. *The Toxicologist, Fundamental and Applied Toxicology Supplement,* 36:1(2)109-P22. March 1997.

96.   *Heinonen JT, *Bammler TK, **Eaton DL.** Effects of oltipraz and furafylline on cytochrome P450-mediated activation of aflatoxin $B_1$ in precision human liver slices. *The Toxicologist, Fundamental and Applied Toxicology Supplement,* 36:1(2)1608-P316. March 1997.

97.   Miller MS, **Eaton DL.** Genetic polymorphisms in human drug metabolic enzymes. *The Toxicologist, Fundamental and Applied Toxicology Supplement,* 36:1(2)1694-P333. March 1997.

98.   **Eaton DL.** Significance of genetic polymorphisms in the glutathione S-transferases. *The Toxicologist, Fundamental and Applied Toxicology Supplement,* 36:1(2)1697-P334. March 1997.

99.   JM Van Loo, Stapleton P, Farin F, **Eaton DL,** Nazar-Stewart V, Harries LW, Wolf CR. A high throughput genotyping assay for identification of a glutathione S-transferase P1 (GST P1) polymorphism. *The Toxicologist, Fundamental and Applied Toxicology Supplement,* 36:1(2)1859-P366. March 1997.

100.  *Kelly EJ, Sengstag C, **Eaton DL.** Role of human microsomal epoxide hydrolase in the metabolism of aflatoxin B1 as determined by heterologous expression in yeast. *Proceedings  Eighty-Eighth Annual Meeting American Association for Cancer Research,* 38:2278-P340, March 1997.

101.  *Wang, C-H and Eaton, DL.  Identification of hepatic glutathione S-transferases involved in aflatoxin B1 (AFB) detoxification in the non-human primate, Macaca Fasicularis.

151

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*Proceedings  Eighty-Ninth Annual Meeting American Association for Cancer Research,*
39:3100-P456, March 1998.

102. *Kelly EJ, Blake J, Nebert DW and **Eaton DL.**  Role of murine cytochrome P450 1A2 in aflatoxin metabolism. Toxicological Sciences 42 (Supplement): 17 (abs. 82), 1998.

103. Lee RC, Bartell SM, Ponce RA, Cullen AC, **Eaton DL** and Faustman EM.  The value of bimarker information in risk based decisions regarding aflatoxin control. Toxicological Sciences 42 (Supplement): 6 (abs. 295), 1998.

104. *Hill JP, **Eaton DL**,  Chiras DD, *Sharpe, JF, *Ellis, IR and *Sahl KM, Allen DM,  Marcus CB. Risky Business: Living in a Chemical World.  Toxicological Sciences 42 (Supplement): 61 (abs. 302), 1998.

105. *Bammler TK, *Slone DH, Board PG, Listowsky I, Pastovsky YV and **Eaton DL**.  The role of primate mu-class glutathione S-transferases in the detoxification of aflatoxin B1-8,9-epoxide.  Toxicological Sciences 42 (Supplement): 185 (abs. 910), 1998.

106. *McHugh TE, *Van Ness KP, *Bammler TK and **Eaton DL.**  Evidence that mouse glutathione S-transferase A3-3 evolved under a specific selective pressure. Toxicological Sciences 42 (Supplement): 274  (abs. 1346), 1998.

107. *Stifleman ML, *Bammler TK and **Eaton DL.**  In vitro characterization of canine hepatic aflatoxin B1 (AFB1) metabolism.  Toxicological Sciences 42 (Supplement): 283 (abs. 1391), 1998.

108. *Van Loo JM, Farin FM, *Stapleton PL, Omiecinski CJ, **Eaton DL** and Checkoway H.  A high throughput genotyping assay for identification of the glutathione S-transferase P1 (GSTP1) polymorphism at codon 113.  Toxicological Sciences 42 (Supplement): 294 (abs. 1445), 1998.

109. **Eaton DL.** The epidemiology of breast cancer:  Unraveling the roles of genetics, lifestyle and environmental factors - introduction. Toxicological Sciences 42 (Supplement): 401 (symposium abs. 1978), 1998.

110. *EJ Kelly, C Sengstag and **DL Eaton.** Expression of human microsomal epoxide hydrolase protects against aflatoxin B1-induced genotoxicity in yeast co-expressing human CYP1A enzymes. Toxicological Sciences Vol. 48, Number 1-S, Abstract #315, pg. 67, March 1999.

111. * Wang C-H, * Bammler TK, * Kelly EJ and **Eaton DL.** A *Mu*-class glutathione S-transferase (GST) is responsible for hepatic cytosolic aflatoxin B1-8, 9-epoxide (AFBO) conjugating activity in the non-human primate *Macaca Faciularis (MF).* Toxicological Sciences Vol. 48, Number 1-S, Abstract #1641, pg. 348, March 1999.

112. Botta D, White CC,  Krejsa CM, Pierce RH, Fausto N, **Eaton DL** and Kavanagh TJ. Effect of overexpression of glutamate-cysteine ligase on TNF and actinomycin-D-induced apoptosis in HEPA-1 mouse liver cells. Toxicological Sciences Vol. 48, Number 1-S, Abstract #1852, pg. 393, March 1999.

113. *Sweeney, C, Farrow, DC, Schwartz, SM, **Eaton, DL,** Checkoway, H, Vaughan, TL. Glutathione S-transferase M1 and T1 polymorphisms as risk factors for renal cell carcinoma; case-control study. American Association for Cancer Research, 90th Annual Meeting Proceedings, Vol. 40, Abstract #1627, pg. 245, Philadelphia, PA, April 10-14, 1999.

152

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

114. \* Abel EL, \* Bammler TK and **Eaton DL.** The role of glutathione S-transferases in the metabolism of methyl parathion *in vitro*. Toxicological Sciences Vol. 54, Number 1, Abstract #310, pg. 66, March 2000.

115. **Eaton DL,** \*Bammler TK and \*Kelly EJ. Interindividual differences in response to chemoprotection against aflatoxin-induced hepatocarcinogenesis: implications for human biotransformation enzyme polymorphism. Sixth International Symposium on Biological Reactive Intermediates, Chemical and Biological Mechanisms in Susceptibility to and Prevention of Environmental Diseases, Paris, France, Université René Descartes, Abstract #L-18, July 16-20, 2000.

116. \*Quigley SD**,** Shephard CS, Farin FM, **Eaton DL**, Faustman EM.  Quantitation of human and rat cell cycle control genes p21 and p53 using real-time PCR.  *Toxicology* 2001; 164 (1-3): 228-228 Suppl

117. \*Bammler TK, \*Bellas C, Yang Z, Wong GK, Yu J, Adman ET, Checkoway H and **Eaton DL.** Identification and characterization of a  human glutathione S-transferase M2 variant. Toxicological Sciences Vol. 60, Number 1-S, Abstract #223, March 2001.

118. \*Smith HE, Abel EL, Kelly EJ, Altman GB and **Eaton DL.** Expression of polymorphic enzymes of estradiol metabolism in human endometrium. Toxicological Sciences Vol. 60, Number 1-S, Abstract #741, March 2001.

119. **DL Eaton.** The Role of the Society of Toxicology in Professional Toxicology Education in the Future. Toxicological Sciences Vol. 66, Number 1-S, Abstract #280, March 2002.

120. \* Gross-Steinmeyer K, Stapleton PL, Tracy JJ,  Bammler TK, Strom SC and **Eaton DL.** Influence of Matrigel-Overlay on Constitutive and Inducible Expression of 9 Genes Encoding Drug Metabolizing Enzymes in Primary Human Hepatocytes. Toxicological Sciences Vol. 66, Number 1-S, Abstract #1122, March 2002.

121. \*Abel EA, \*Bammler TK, \*Kelly EJ, \*Slone DH and **Eaton DL.** Inactivation of Several Human Glutathione S-Transferase Isoforms by Metabolites of Estradiol. Toxicological Sciences Vol. 66, Number 1-S, Abstract #1126, March 2002.

122. \*Guo Y, Jing L., Xie H, \*Kelly EJ, \*Gross-Steinmeyer K, Bammler TK, Zarbl H and **Eaton DL.** Alterations in Global Gene Expression Induced by Aflatoxin $B_1$ in Yeast Expressing Human Cytochrome P450 1A2. Toxicological Sciences Vol. 66, Number 1-S, Abstract #1452, March 2002.

123. \*Abel EL, \*Opp SM, Verlind CL, \*Bammler TK and **Eaton DL.**  Characterization of atrazine metabolism by human glutathione S-transferases. Toxicological Sciences 72: S1,#428, p. 88, 2003.

124. \*Guo Y, Jing L, Xie H, Sidorova J. Breeden LL, Zarbl H, and **Eaton DL.**  Investigation of DNA repair and cell cycle arrest following aflatoxin B1 treatment in yeast expressing human cytochrome P4501A2. Toxicological Sciences 72: S1,#468, p. 96, 2003.

125. \*Bradley KM, \*Gross-Steinmeyer K and **Eaton DL.**  Effects of phytochemicals on aflatoxin B1-mediated genotoxicity in HepG2 cells. Toxicological Sciences 72: S1,#1018, p. 210, 2003.

126. \*Guo Y, Zarbl H, Breeden LL, Preston BD, and **Eaton DL**. Characterization of DNA Repair mechanisms following aflatoxin B1 treatment in yeast expressing human CYP 1A2. Toxicological Sciences 80: S1. March, 2004.

153

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

127. *Gross-Steinmeyer  K , *Bradley KM, *Stapleton PL, *Liu F, *Tracy JH, Bammler TK, *Beyer RP, Strom SC, and **Eaton DL.**  Effect of six dietary  phtyochemicals on aflatoxinB1-mediated genotoxicity and gene expression in human hepatocytes and HepG2 cells. Toxicological Sciences 80: S1. March, 2004.

128. Botta, D, Shi S, Quigley SD, Sringouanprachanh SL, Wilkerson JH, *Farin FM, *Bammler TK, *Beyer RP, Kavanagh TJ and **Eaton DL**.  Effects of overexpression of glutahimate-cyteine Ligase on acetaminophen induced global gene expression alteration.  Drug Metab Rev. 36(S1):#345, 2004.

129. *Bammler TK, *Gross-Steinmeyer K,* Stapleton PL, Quigley SD, *Farin F, Liu F, *Beyer RP, Strom SC and **Eaton DL.**  Effect of phytochemicals on global gene expression in human hepatocytes. Drug Metab Rev. 36(S1):#638, 2004

130. *Gross-Steinmeyer K, *Stapleton PL, *Liu F, *Tracy JH, *Bammler TK, Strom SC, and **Eaton DL.** Altered transcriptional regulation of genes involved in aflatoxin genotoxicity by sulforaphane (SFN) and diindolylymethane (DIM). Toxicological Sciences 84: S1, #1495, 2005.

131. Parent R, **Eaton DL** and Goldstein BD.  Toxicology in the courtroom: Establishing 'Causation'- a Roundtable Discussion.  Toxicological Sciences 90: S1, #717, 2006.

132. *Gross-Steinmeyer K, Zhu C, * Stapleton PL, *Tracy JH, *Bammler TK, Strom SC, Thummel KT and **Eaton DL**.  Down-regulation of CYP3A4 ion human primary hepatocytes and human LS180 colorectal carcinoma cells by sulforaphane.  Toxicological Sciences 90: S1, #1815, 2006.

133. Maurissen JT, *McHugh T D, **Eaton D,**  Ehrich M, Hoberman A, and  Reid L.  Approaches to manage ethical conflicts of interest  (Workshop).  Toxicological Sciences 96(1):  #647, 2007.

134. *Poulton EJ, **Eaton DL**, Zhou Z, Thummel KT and Bammler TK.  The isothiocyanate moiety is required for sulforaphane (SFN)-mediated inhibition of ligand activation of the human Steroid and Xenobiotic Receptor (SXR). Toxicological Sciences 96(1):  #2128, 2007.

135. **Eaton, DL** (Chair). New Concepts in the Etioloy of Breast Cancer:  From Genes to Environment and Back Again **(** SOT Symposium).  Toxicological Sciences 102(1):  #641, 2008

136. *Peck EC, P. L. Stapleton PL,. Grollman AP  and **Eaton DL.**  Activation of aristolochic acid to mutagenic metabolites by human CYPs 1A1, 1A2 and 3A4.  Toxicological Sciences 102(1):  #6760, 2008.

137. *Poulton EJ and **Eaton DL**  Mutations in the PXR gene affect basal expression and inducibility but do not prevent the ability of sulforaphane to inhibit ligand binding to PXR. Toxicological Sciences 102(1):  #6768, 2008.

138. Smith WE, Lin T, Tracy JH, White CC, Xiaoge H, Xiaohu G, **Eaton DL** and Kavanagh TJ. Uptake of quantum dots into cultured human hepatocytes. Pacific Northwest Association of Toxicologists Annual Meeting 2009, Seattle, WA, September.  Poster presentation.

154

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

139. Smith WE, Tracy JH, White CC, Bammler TK, Xiaoge H, Xiaohu G, Kavanagh TJ and **Eaton DL.** 2009. Disposition of quantum dots in HepG2 cells and primary human hepatocytes. Society of Toxicology Annual Meeting, Baltimore, MD, March. Poster presentation.

140. Smith WE, Lin T, Tracy JH, White CC, Xiaoge H, Xiaohu G, **Eaton DL** and Kavanagh TJ. Effects of Quantum Dots on Cellular Stress Markers in HepG2 Cells. Society of Toxicology Annual Meeting, Salt Lake City, UT, March. SOT Abstracts 2010, #374.

141. *Smith WE, Ashfarinajad Z, Hu X, Gao X, **Eaton DL** and Kavanagh TJ. Gene expression changes induced by polymer-coated quantum dots in HepG2 cells. Pacific Northwest Association of Toxicologists Annual Meeting 2011, Bonneville Hot Springs, WA. Poster Presentation.

142. *Smith WE, White CC, Brownell JL, Ashfarinajad Z, Hu X, Gao X, Polyak SJ, **Eaton DL,** and Kavanagh TJ. Uptake of polymer-coated quantum dots by Kupffer cells promotes a pro-inflammatory response. NCNHIR Consortium Meeting 2011, Seattle, WA.

143. *Smith WE, Brownell JL, Ashfarinajad Z, Hu X, Guo, X, Polyak SJ, **Eaton DL** and Kavanagh TJ. Polymer-coated quantum dots elicit a pro-inflammatory response in primary human hepatocyte cultures. Society of Toxicology Annual Meeting, Washington, DC, March. SOT Late-breaking Abstracts 2011, #2781.

144. *Smith WE, White CC, Brownell JL, Ashfarinajad Z, Hu X, Gao X, Polyak SJ, **Eaton DL,** and Kavanagh TJ. Differential gene expression changes in two human hepatocyte model systems to quantum dot exposure. Society of Toxicology Annual Meeting, San Francisco, CA, March. SOT Abstracts 2012, #1267.

145. *Smith WE, White CC, Brownell JL, Ashfarinajad Z, Hu X, Gao X, Polyak SJ, **Eaton DL,** and Kavanagh TJ. Uptake of polymer-coated quantum dots by Kupffer cells promotes a pro-inflammatory response. NCNHIR Consortium Meeting 2012, Research Triangle Park, NC.

146. **Eaton, DL,** and Tsuji, J. Breast Cancer and the Environment: Interaction of genetics, lifestage and the environment. *Society of Toxicology Annual Meeting, San Francisco, Session Chair.* Abstract # 804, 2012.

147. *Schaupp CM, Bammler TK, Byer RP, Terrance J. Kavanagh TJ and **Eaton DL.** Absence of Upstream Consensus Regulatory Element Sequences for Nrf2 in Human Glutathione S-Transferase Genes. *The Toxicologist*, #2025, 2013.

148. *Ward T, R. S. McMahan RS, White CC, Shang J, Hu X, Gao X, **Eaton DL,** Kavanagh TJ, Parks WC and Altemeier WA. *The Toxicologist* #419, 2014.

149. *Chang S, Voellinger, JL, White C, Kelley EJ, and **Eaton DL.** A Tissue-Engineered Rat/Human Liver Microphysiological System for Drug and Chemical Testing. *The Toxicologist* #708, 2015.

150. *Cook1 TJ, Hoekstra JG, Stewart T, Canales KK, Ho P, Salvador AA, Gonzalez-Cuyar LF, Nelson G, Racette BA, Checkoway H, **Eaton DL** and Zhang J, Astroglial Mortalin Is Decreased in the Striatum of Manganese-Exposed Mine Workers and Enhances Neurotoxicity, *The Toxicologist* #2352, 2016.

151. *Chang S-Y, Weber E, Kelly EJ, **Eaton DL** and Neumann T. Microphysiological Systems (MPS) to Identify Organ-Organ Interactions in Toxicology: Hepatic Metabolism Enhances Nephrotoxicity of Aristolochic Acid, *The Toxicologist* #1105, 2016

155

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

152.  Eaton DL . Public Health Consequences of E-cigarettes: A Focus on Special Concerns for Youth and Young Adults .  Symposium, Society of Toxicology, The Toxicologist,  168, p 501, #3232, 2019.

## 8.  PATENTS AND OTHER INTELLECTUAL PROPERTY

License for rabbit polyclonal antibody towards human Catechol –O-Methyltransferase, UW TechTransfer, 2001.

Patent application  # 11/867,299. Sulforaphane and structural analogs as antagonists of the human Pregnane X Receptor (PXR)**,** 2007**.**

## 9.  FUNDING HISTORY:

### A.  Active Grants

NONE – Retired from academic research on March 15, 2019.

### B.  Completed Grants, 1985-2019

(DL Eaton, PI – excludes institutional and co-Investigator grants)

**NIH 5-P30 ES07033** (Kavanagh, Center Director)  04/01/16 - 03/31/20      0.6 Cal Mo. FTE
PI:  Terrance J. Kavanagh (2013-2019)
Title: Center for Exposures, Diseases, Genes & Environment (NIEHS Center Administrative Core)
Role:  PI 1995-2013; Associate Director, 2013 - present.  The major goal of this NIEHS Center Grant is to provide core support to enhance multidisciplinary collaborations among approximately 75 established investigators in the School of Public Health, School of Pharmacy, and the School of Medicine who are investigating the biochemical and molecular basis for human diseases with an environmental etiology.

**EPA-G2013-STAR-L1** (Faustman)      12/1/2014 – 11/30/2018      0.6 Cal Mo FTE
Environmental Protection Agency                             $6,000,000
Title: Predictive Toxicology Center for Organotypic Cultures and Assessment of AOPs for Engineered Nanomaterials
Role:  Co-PI on liver microphysiological systems project.  The overall goal of this Center is to develop innovative organotypic culture systems to better evaluate the potential for cellular and organ toxicity following exposure to Engineered Nanomaterials (ENMs) within an adverse outcomes pathway (AOP) model.

**NSF DGE-1256082**    $ 34,227,534   7/29/2015 – 7/31/2018              no FTE
Title: Graduate Research Fellowship Program (GRFP)
Role:  Institutional PI
The purpose of this amendment is to support the NSF graduate Fellows on tenure and on partial tenure at the University of Washington.

**NIH  UH2/UH3**                    7/1/2012-6/30/2017              0.6 Cal Mo FTE

156

812

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

PI:  Jonathan Himmelfarb

Title:  Integrated Microphysiological Systems For Drug Efficacy and Toxicity Testing in Human Health And Disease: Microphysiologial Systems – Kidney

Role:  co-Investigator on UH3 portion.  This grant will develop the Nortis microphysiological system to utilized human kidney cells to study drug toxicity and efficacy.


**U19 RFA ES -09-011**                    10/01/2010-9/30/2015                    1.8 Cal Mo FTE

PI:  Program Director, Terrance Kavanagh

Title:  Linking the physical and chemical characteristics of Qdots to their toxicity.

Role:  co-PI (with Bill Parks) PI for Project 1 – in vitro toxicology.  This consortium program will identify physical and chemical characteristics of quantum dot (Qdot) nanoparticles associated with toxicity to cells and mice using genetic and epigenetic analyses. The In vitro Studies project will correlate the physical and chemical characteristics of quantum dots with quantitative measures of cytotoxicity in human- and mouse-derived model cell systems.


**1 R01 GM079280-01A1** (D. Eaton, PI)          9/01/07 – 8/31/11              1.2 Person Months

NIH/NIGMS/NIEHS/NCI        $200,000 ADC

Isothiocyanates as specific antagonists of human SXR (currently on one year no cost extension)


**Puget Sound Partners for Global Health**      07/01/07 – 06/30/08          0.6 Person Months

PSPGH 2007-55,  (D. Eaton, PI)        $70,000 ADC

Preventing drug-drug interactions in the treatment of TB in HIV/AIDS patients: an animal model


**5R25 ES10738**, (Eaton, PI)      09/30/00-08/31/08

NIH/NIEHS      $248,415 ADC

Environmental Health Sciences as an Integrative Context for Learning


**1 U19 ES11387** (Eaton, PI)      09/30/01 - 08/31/08

NIH/NIEHS      $560,000 ADC

The FHCRC/UW Toxicogenomics Consortium.


**RO1 ES05780-01-17**, David L. Eaton, PI:        08/01/87 - 07/31/04 (to 8/01/05);

NIH/NIEHS                              $266,142  (ADC); $1,584,405 (TDC)

Species differences in biotransformation of aflatoxin


**P42 ES04696** (H. Checkoway, Program Director)      04/01/00 - 03/31/05              .5 % FTE

NIH/NIEHS; Award Amount - Total Program  $1,989,426 ADC

Superfund Basic Research Program: Effects-Related Biomarkers of Toxic Exposure

DL Eaton, Deputy Director; (Administrative Core)

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**P42 ES04696** (sub-project) H. Checkoway, Program Director, and Project PI  04/01/00 - 03/31/05
NIH/NIEHS; Award amount: $156,501 ADC: co-investigator, sub-project);    5 %
Environmental and Biochemical Risk Factors for Parkinson's Disease

**R01 ES10750**  (H. Checkoway PI).  Gene/Environment Interactions in Parkinson's Disease
09/01/00 – 06/30/05:  co-Investigator; 5%;   NIH / NIEHS.

**P42 ES04696** Superfund Basic Research Program, DL Eaton, Program Director (04/01/90 – 09/30/99);  ~ $2 million ADC (H Checkoway assumed Program Director responsibilities in 1999;  DL Eaton remained active as Deputy Director)

**P42 ES04696** Superfund Basic Research Program – Project 1:  Glutathione as a biomarker of toxic exposure",  DL Eaton, Project PI, 04/01-85 – 09/30/96.  (TJ Kavanagh assumed PI responsibility in 1996; DL Eaton continued as co-investigator)

**R01 AG17635,**        David L. Eaton, PI        0 6/15/99-06/30/04
NIH/NIA        $188,383 ADC; $731,755 TDC
Significance of Genetic Variation in Estrogen Metabolism".

**R25 ES08030**        DL Eaton, PI        08/01/96-07/30/00
NIH/NIEHS    $100,000 ADC
Project Greenskate Teacher Training and Dissemination

**R01 ES03933**        DL Eaton, PI        05/01/86-04/30/99
NIH/NIEHS     $150,000 - $200,000 , ADC
Modification of Aflatoxin Disposition by Enzyme Inducers / Effect of Enzyme Inducers on Liver Preneoplastic Lesions,

**R25 ES06938**,        DL Eaton, PI        07/01/94-06/30/97
NIH/NIEHS    $100,000 ADC.
Risky Business: Living in a Chemical World

## 10.  CONFERENCES AND SYMPOSIUMS / INVITED PRESENTATIONS

**Symposium Speaker**, Society of Toxicology 58th Annual Meeting, "This Is Your Teen Brain on Drugs: In Search of Biomarkers Unique to Dependence Toxicity in Adolescents".  Topic: Public Health Consequences of e-Cigarettes, San Antonio, TX, March 18, 2019.
**Seminar Speaker**, SUNY-Stony Brook School of Medicine, "Using Microphysiological Systems to Identify 'Organ-Organ Interactions' in Toxicology:  Effect of the Liver on Aristolochic acid Nephrotoxicity as a proof of concept", June 25, 2016.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Invited Speaker,** NIEHS-SOT 50th Anniversary Celebration, NIEHS, RTP, NC, July 13, 2016.

**Kopriva Science Lecture,** What Scientists Know- and Don't Know-About the Causes of Cancer; Montana State University, Bozeman, MT, Oct. 8, 2013.

**Keynote Speaker,** Health Effects Institute Annual Meeting, Boston, MA, Gene-Environment Interactions in Air Pollution Research: Challenges and Opportunities, May 2, 2011.

**Kuna Distinguished Annual Lecture,** Environmental and Occupational Health Sciences Institute, Rutger's University/Robert Wood Johnson Medical School, Piscataway, NJ, May 6, 2010.

**Invited Speaker,** 10th Annual John Doull Symposium, University of Kansas Medical Center, *Modulation of Aflatoxin-DNA binding by phytochemicals in human hepatocytes* Sept. 3, 2009

**Invited Speaker,** NAS/IOM Workshop, *Environmental Health Science Decision Making: Risk Management, Evidence, and Ethics*, National Academy of Sciences, Washington DC. January 15, 2008,

**Invited Representative (UW),** Science and Technology in Society (STS) *forum*: "Harmony with Nature" and "Innovation", Kyoto, Japan, Oc.t 7-9, 2007.

**Invited Speaker,** *The NAS and WHO on Dioxin and Dioxin Like Compounds: International Policy Implications and Potential Impact*, Michigan State University / NIEHS Superfund Basic Research Program Conference, Sept. 19, 2007.

**Invited Participant,** Western Library Association Annual Conference, 'Open Access', Tucson, AZ, Sept. 16-17, 2007.

**Invited Speaker,** NAS/NRC Workshop, Quantitative Approaches to Characterizing Uncertainty in Human Cancer Risk Assessment Based on Bioassay Results National Academy of Sciences, Washington DC, June 5, 2007.

**Invited Speaker,** Glutathione S-Transferases, Drug Metabolism short course, American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX, Oct. 29, 2006.

**Invited Speaker,** Presidential Symposium, AAS Annual Meeting:  "Risk-Risk Trade-offs:  Public Health Examples- 'Contaminated' Drinking Water",  ST. Louis, MO,  February 18, 2006.

**Seminar Speaker,** University of Wisconsin-Madison, Interdisciplinary Toxicology program, Oct. 20, 2005.

**Discussion Leader**, National Institute of Environmental Health Sciences Strategic Planning meeting, Oct. 18-19, 2005.

**Invited Speaker,** "Functional Genomics and Public Health Protection in the 21st Century", 25th Anniversary Celebration of the National Toxicology Program, National Academy of Sciences, Washington, DC, May 11, 2005.

**Organizer and Moderator,** Issues Session, Society of Toxicology annual meeting; Reorganization of the NIH Grant review process and its potential impact on toxicology research and training.  New Orleans, LA, March 9, 2005.

**Invited Speaker,** Agricultural Health Study Biomarker Workshop on Cancer Etiology, RTP, NC, sponsored by National Cancer Institute;  March 2-3, 2005.

**Invited Participant,** Workshop on Genetics and Environmental Regulation, Arizona State University College of Law, Tempe, AZ, Jan. 13-14, 2005.

**Invited Speaker,** NAS/IOM Conference on Implications of Genomics for Public Health, "Gene x Environment Interactions", Oct. 7, 2004, National Academy of Sciences, Washington, DC.

159

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Invited Speaker,** North American Congress of Clinical Toxicology, "Liver Cancer", Continuing Medical Education seminar on Insights into the Pathogenesis and Treatment of Toxin-induced Liver Disease", Seattle, WA, Sept. 10, 2004.**Session Chair,** SOT/SETAC Pelston Workshop on "Emerging Molecular and Computational Approaches for Cross-Species Extrapolations", held in Portland, OR July 18-22, 2004.

**Symposium Chair,** Novel approaches to engaging toxicologists in K-12 science education and outreach, Society of Toxicology Annual Meeting, Baltimore, MD, March 25, 2004.

**Invited Commentary,** NTP Board of Scientific Counselors Working Group on the National Toxicology Program Vision for the 21st Century, Baltimore, MD, March 25, 2004.

**Workshop Speaker,** Society of Toxicology Annual Meeting, "Working with Congress", Baltimore, MD, March 23, 2004.

**Public Speaker,** What Scientists Know-and Don't Know About the Causes of Cancer, Barrow, Alaska, Sponsored by Barrow Arctic Science Consortium; July 29, 2003.

**Invited Participant,** WHO/ICPS Planning Committee for 'Environmental Health Criteria Document on Principles for Evaluating Health Risks in Children Associated with Exposure to Chemicals', Seattle, WA July 24-25, 2003.

**Invited Speaker,** Science for Judges, "Scientific Judgment and Toxic Torts", March 28, 2003, Brooklyn Law School, Brooklyn, New York.

**Co-Organizer,** Molecular and Genetic Epidemiology of Cancer, AACR/SOT sponsored meeting, "Impact of Molecular Epidemiology" (Session Chair), Jan 18-22, 2003, Kona, Hawaii.

**Invited Speaker,** "Toxicology Training in the 21st Century", presented at a NIGMS Workshop on Pharmacological Sciences Training Program Needs, Bethesda, MD, 8/06/02

**Seminar Speaker,** University of New Mexico, School of Pharmacy, 4/22/02

**Seminar Speaker,** Columbia University School of Public Health, 4/16/02

**Seminar Speaker,** New York University, Nelson Institute for Environmental Medicine, 4/15/02

**Sitlington Distinguished Lecturer in Toxicology, 2001,** Oklahoma State University, "Molecular basis for species and interindividual differences in susceptibility to carcinogens: Aflatoxin B1 as an example", Stillwater, OK 11/08-09/2001.

**Welcome and Introduction,** "Use of Genomic Information in Risk Assessment", Current Concepts in Toxicology workshop, Bethesda, MD, Nov. 6-7, 2001.

**Invited Speaker,** American College of Occupational and Environmental Medicine annual meeting, "Use of genomic information in Environmental and Occupational Medicine", Seattle, WA. Nov. 11, 2001

**Invited Speaker,** National Capitol Chapter, Society of Toxicology, "New Directions in Toxicology Education for the 21st Century", Washington, DC, May 15, 2001.

**Invited Speaker,** "Understanding the Science of Toxicology", for 'New Directions in Expert Testimony: Scientific, Technical and Other Specialized Knowledge Evidence in Federal and State Courts', American Law Institute-American Bar Association, San Francisco, CA, April 28, 2001.

**Seminar Speaker,** University of Colorado Health Sciences Center, "Molecular Basis for Species Differences in Aflatoxin Carcinogenesis", Feb. 21-22, 2001.

**Invited Speaker,** "Environmental Pollution and Disease: Fact and Fiction", Practical Primary Care Conference, Billings, MT, Oct. 27, 2000.

160

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Invited Speaker,** "Susceptibility to Disease and Human Genetic Variation: Implications of the Human Genome Project to the Practice of Medicine", Practical Primary Care Conference, Billings, MT, Oct. 28, 2000.

**Invited Speaker,** Interindividual Differences in Response to Chemoprotection Against Aflatoxin-Induced Hepatocarcinogenesis: Implications of Human Biotransformation Enzyme Polymorphisms", Sixth International Symposium on Biological Reactive Intermediates, Chemical and Biological Mechanisms In Susceptibility to and Prevention of Environmental Diseases, Paris, France, Université René Descartes, July 16-20, 2000.

**Invited Speaker,** "Genetics of Susceptibility to Environmental Factors", International Conference on Arctic Development, Pollution and Biomarkers of Human Health, Anchorage, AK April 30-May 3, 2000.

**Invited Discussant,** "Legal Liabilities at the Frontier of Predictive Genetic Testing", 2nd Annual Arizona State University-Smith Kline Beecham Conference on Genetics and the Law, Phoenix, AZ, April 7-8, 2000.

**Seminar Speaker,** University of Florida, The molecular Basis for species differences in carcinogenicity of the dietary carcinogen, aflatoxin B1, Jan. 21, 2000, Gainsville, FL.

**Invited Speaker,** 36th Annual Hanford Life Sciences Symposium, "Individual Susceptibility and Genetic Polymorphisms", Oct. 19, 1999, Richland, WA.

**Invited Speaker,** American Chemical Society Continuing Education Course, Principles of Toxicology, "Quantitation in Toxicology", and "Basic Principles and Approaches to Experimental Animal Testing in Toxicology", April 27, 1999, San Francisco, CA.

**Invited Speaker,** Society of Toxicology, High School Teachers Program, Paracelsus Goes to School, "Genes, The Environment and Cancer", March, 15, 1999, New Orleans, LA

**Invited Speaker,** Society of Toxicology Undergraduate Minority Student Program, "How Chemicals Act in the Body, March 14, 1999, New Orleans, LA

**Seminar Speaker,** University of Utah, "Molecular basis for species differences in aflatoxin carcinogenesis",  November 23, 1998, Salt Lake City, UT.

**Invited Discussant,** "Genomic Research on Populations Exposed to Environmental Toxins: Ethical, Legal and Social Issues", Nov. 13-14, 1998, Boston, MA.

**Seminar Speaker,** University of Texas-Houston Medical Center, "Molecular basis for species differences in aflatoxin carcinogenesis", October 13, 1998, Houston, TX.

**Invited Speaker/Session Chair,** International Neurotoxicology Conference, Pesticides and Susceptible Populations, "Biotransformation Enzyme Polymorphisms and Pesticides Susceptibility", Sept. 13, 1998, Little Rock, AR.

**Invited Speaker,** Toxicology Forum, "Genetic Polymorphism in the human Glutathione S-transferases:  Implications for Human Health", July 12-18,  1998, Aspen, CO.

**Invited Speaker,** American Chemical Society Continuing Education course "Toxicology for Chemists", San Francisco, CA; April 1-3, 1998.

**Symposium Chair,**  Society of Toxicology Annual Meeting, "The Epidemiology of Breast Cancer: Unraveling the Roles of Genetics, Lifestyle and Environmental Factors", March 5, 1998.

**Invited Speaker,** "Cancer, Genes and the Environment", lecture in high school workshop "Paracelsus goes to school", Society of Toxicology Annual Meeting, March 2, 1998.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Invited Speaker,** Society for Quality Assurance 13th annual meeting, "Liaison Organizations: Society of Toxicology", October 23, 1997, Seattle, WA.

**Invited Speaker,** NATO Advanced Studies Institute, "Molecular and Applied Aspects of Oxidative Drug Metabolizing Enzymes", August 31-Sept. 11, 1997, Antalya, Turkey

**Seminar Speaker,** Toxicology Training Program, Department of Environmental Medicine, University of Rochester, May 28, 1997

**Symposium Co-organizer and Speaker,** Society of Toxicology Annual Meeting, "Genetic Polymorphisms in the Glutathione-S-Transferases", March 10, 1997.

**Invited Speaker,** ILSI Health and Environmental Sciences Institute, 1997 annual meeting: Emerging  Issues in Risk Assessment:  Gene-Environment Interactions, Miami Beach, FL, Jan. 21, 1997

**Invited Participant,** NCI Workshop on Diet, Nutrition, Cancer and Genetic Susceptibility, Jan. 22-23, 1997, Washington, DC.

**Plenary Speaker,** American College of Veterinary Pathologists, Gene-Environment Interactions: Significance of Human Biotransformation Enzyme Polymorphisms, Dec. 6, 1996, Seattle, WA.

**Symposium Speaker,** ISSX Annual Meeting: Dietary Modulation of Glutathione S-Transferases, Oct. 20-24, 1996,  San Diego, CA

**Invited Speaker,** Gordon Research Conference on Drug Metabolism, "Class alpha glutathione S-transferases: mechanisms and relevance to variations in  human cancer risk",  July 7-12, 1996, Holderness, NH.

**Zeneca European Lecture Tour:**  "Molecular basis for species differences in susceptibility to aflatoxin carcinogenesis", University of London, London, England, 8/1/96;  Univeristy of Dundee, Dundee, Scotland, 8/8/96; University of Newcastle, Newcastle-Upon-Tyne, England, 8/14/96; Medical Research Council/University of Leicester, Leicester, England, 8/16/96; Zeneca International, Macclesfield, England, 8/18/96; University of Basal, Basal, Switzerland, 9/22/96; Lilly Development Center, Brussels, Belgium, 10/2/96; TNO Nutrition and Food Research Institute,  Zeist, The Netherlands, 10/6/96.

**Invited Speaker,** "The role of cytochromes P450 and glutathione S-transferases in species differences in carcinogen metabolism", International Symposium: Evaluation of Butadiene & Isoprene Health Risks, Blaine, WA,  June 27-29, 1995

**Invited Speaker,** "Genetic polymorphisms as susceptibility factors to environmental pollutants", 47th Annual meeting, American Academy of Forensic Sciences, Medical Toxicology Section Workshop, Seattle, WA  February 14, 1995

**Seminar Speaker,** "Molecular basis for species differences in aflatoxin carcinogenicity", Duke Marine Sciences Center, Beufort, NC  July 19, 1993

**Seminar Speaker,** "Molecular basis for species differences in aflatoxin carcinogenicity", National Institutes for Environmental Health Sciences, Research Triangle Park, NC, April 27, 1993

**Seminar Speaker,** Toxicology Scholars Colloquium, "Molecular basis for species differences in aflatoxin carcinogenicity", University of Connecticut, Center for Biochemical Toxicology, Feb. 26, 1993

**Seminar Speaker,** Toxicology Scholar Seminar Series, "Molecular basis for species differences in aflatoxin carcinogenicity", Duke University Integrated Toxicology Program, Feb. 22, 1993

162

818

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Seminar Speaker,** "Molecular basis for species differences in aflatoxin carcinogenicity", University of California-Davis, Feb. 8, 1993

**Invited Speaker,** Rocky Mountain Academy of Occupational and Environmental Medicine Conference, "Risky Business:  Clinical Toxicology & Environmental Health, and Relative Risk Assessment", Jan. 8, 1993

**Seminar Speaker,** Molecular basis for species differences in aflatoxin carcinogenicity, Chemical Industry Institute for Toxicology, Research Triangle Park, NC, June 4, 1992

**Invited Speaker,** "Risk Assessment in Managing Environmental Exposure Communications and Media Relations", Medical Group Management Association, Occupational Medicine Assembly Conference, Orlando, FL,  February 18, 1992

**Invited Speaker,** "Principles of Toxicology; Metals Toxicology; Carcinogenesis, mutagenesis and Teratogenesis" lectures, as part of *Risk Assessment, Management and the Communication of Drinking water Contamination*, Continuing Education program sponsored by USEPA and NEHA, Portland, OR, June 27, 1991

**Invited Alumni Speaker,** "The biochemical and molecular basis for species differences in susceptibility to aflatoxin $B_1$ carcinogenesis", Department of Pharmacology, Toxicology and Therapeutics, University of Kansas Medical Center, Kansas City, KS April 9, 1991

**Invited Seminar Speaker,** "The biochemical basis for species differences in aflatoxin carcinogenicity", Department of Environmental Health Sciences, Johns Hopkins University School Hygiene and Public Health, Baltimore, MD, February 12, 1990

**Invited Seminar Speaker,** "The role of biotransformation in species susceptibility to aflatoxin $B_1$ carcinogenesis", Medical Research Council, Toxicology Division, Carlshalton, England, Sept. 5, 1989

**Participant and Presenter,** Third International Conference on Glutathione S-Transferases, "Conjugation of aflatoxin $B_1$-8,9-epoxide by human liver glutathione S-transferases", Edinburgh, Scotland, August 31 - September 3, 1989

**Invited Guest,** National Public Radio Broadcast, Discussion on Alar in Apples, June 21, 1989

**Invited Speaker,** "Pesticides in Our Food and Water. Putting the Risks in Perspective", public information seminar sponsored by the National Environmental Health Association Annual Meeting, Seattle, WA June 25, 1989

**Invited Speaker, "**Approaches to Risk Assessment and Risk Communication for Forest Use Herbicides", presented to Regional Forest Managers and other agency officials, Portland, Oregon, April 16, 1987

**Invited Speaker,** "Estimating Occupational and Public Health Risks of Pesticides", Northwest Aerial Applicators Association Convention, Pendleton, OR, November 12, 1986

**Invited Speaker,** "Toxicology of Wood Preservatives:  Pentachlorophenol, Creosote and Arsenicals", given for Montana Department of Agriculture as part of wood preservative applicators' certification training program, Kalispell and Helena, MT, September 30 and October 1, 1986

**Session Co-Chairman,** "Human Health Implications of Contaminated Seafood", International Symposium on Toxic Chemicals and Aquatic Life:  Research and Management; provided closing remarks and session summary, Seattle, WA, September 16-18, 1986

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Seminar Speaker,** "Effects of enzyme induction on hepatobiliary disposition and DNA binding of Aflatoxin B$_1$ in the rat", presented at Philadelphia College of Pharmacy and Science, Department of Pharmacology and Toxicology, October 12, 1984

## 11. UNIVERSITY SERVICE
### A. Committees

**Member,** Executive Committee, President's Population Health Initiative, 2016-18

**Member,** Activity Based Budget Steering Committee, 2016

**Member,** International Travel Risk Policy Advisory Committee, 2015-18

**Member,** Graduation and Retention Task Force, 2015-18

**Member**, CoMOTION (Formerly C4C) Advisory Council, 2015-18

**Chair,** Industrial Relations Oversight Committee, 2015-18

**Chair,** Graduate Tuition Policy Committee, 2014-18

**Chair,**  Review Committee, Dean of the School of Law, 2014-15

**Member**, Faculty Salary Policy Committee, 2013-2016

**Chair**, UW Board of Environmental Health and Safety, 2013-2017

**Member**, President's Task Force on Sexual Assault Prevention, 2013-16

**Member**, President's Advisory Committee on Enterprise Risk Management (PACREM), 2013-2016

**Member**, Board of Deans and Chancellors, 2013-2018

**Member,** Office of Research Proposal Review Committee, 2012-2018

**Member,** Search Committee, Director, Health Sciences Administration, 2011-12

**Chair,** Search Committee, Director for School of Fisheries and Aquatic Sciences, 2011-12

**Member,** UW Ocean Observing Initiative (OOI) Regional Scale Node Advisory Group, 2010-12

**Member,** Animal Facilities Renovation Advisory Committee, 2011-2013

**Member**, institutional review committee for School of Nursing, 2011-2012

**Member**, Search Committee, Dean for School of Dentistry, 2011-2012

**Member,** Activity Based Budgeting Advisory Committee, 2010-2011

**Member**, Research Roadmap Oversight Group, 2009-2010

**Chair**, Department of Environmental and Occupational Health Sciences PhD Oversight Committee, 2009-2010

**Chair,** Reduced Appointment Policy Committee, 2009-2010

**Member,** Search Committee, Dean, College of the Environment, 2009-2010

**Member,** Search Committee, Vice Provost for Global Affairs, 2008

**Member**, Internal Advisory Board,  NHGRI 'Genes and Environment' Statistical Coordinating Center (Bruce Weir, PI), 2008-2018

**Member,** Internal Advisory Board, NHGRI ELSI Center of Excellence, Center for Genomics & Healthcare Equality, 2006-2012  (PI, Wylie Burke)

**Chair,** Office of Research Proposal Review Committee, 2006-12

164

820

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Member,** External Advisory Board, Berman Environmental Law Clinic, UW School of Law, 2004-08

**Member,** Selection Committee, Outstanding Graduate Student Mentor Award, 2000-2006

**Research Advisory Board,** Office of the Provost, 1999-2006

**Member,** Public Health Genetics Program Executive Committee, 1999-present

**Member**, Scientific Advisory Board, NIEHS/UW Center for Child Environmental Health Risks Research, 1999-2015

**Affiliate Investigator,** Regional Primate Research Center, UW, 1995-2010

**Core Faculty Member,** Environmental Pathology Training Grant, Department of Pathology, University of Washington, 1980-present

**Member,** Graduate Faculty, University of Washington, 1979-present

**Member,** UW Human Subjects Policy Board, 2004-2008

**Member,** UW Tuition and Fees Policy Advisory Committee, 2006-2007

**Member,** Search Committee, School of Pharmacy Dean, 2007

**Member,** UW Data Policy Committee, 2006-2007

**Member,** Search Committee, Associated Vice Provost for Research-Compliance and Operations, 2006

**Member,** 5-year review of Dean, School of Medicine, UW, 2004-05

**Member**, Search Committee, Chair of Department of Biostatistics, School of Public Health, 2004-05

**Member,** Search Committee for Chair of Dept. Comparative Medicine, School of Medicine, UW

**Chair,** Search Committee, Director of the Public Health Sciences Division Laboratory, Fred Hutchinson Cancer Research Center, 2003.

**Member**, Search Committee for Proteomics Faculty position, School of Pharmacy, 2003.

**Member,** Council of Fellows**,** Pacific Northwest National Laboratories – UW (UW/PNNL) Joint Institutes, 2001-2004

**Member,** Faculty Advisory Committee for Office of Intellectual Property, 2001-2003

**Member,** Dept. Health Services Research Committee, 2001-2003

**Member,** Search Committee for Dental School Dean, 2000-02

**Member**, Dept. Environmental Health Curriculum & Teaching Policy Committee, 2000-2002

**Member,** *Ad Hoc* Task Force on Human Subjects, Office of the Provost, 2000-01

**Editorial Board,** Northwest Science and Technology, 1999-2000

**Member**, Provost's Review Committee for Dean of Pharmacy, 2000

**Member,** Search Committee, Molecular Epidemiology Faculty position, Fred Hutchinson Cancer Research Center, Public Health Sciences Division, 1999; 2001

**Chair,** Faculty Council, School of Public Health and Community Medicine, 1998-99

**Member,** Dean Search Committee, School of Public Health and Community Medicine, 1997-98

**Curriculum Committee,** Public Health Genetics Program, 1998-

**Organizing Committee,** interdisciplinary program on Public Health Genetics in the Context of Law, Ethics, and Policy 1997

**Member,** Friday Harbor Laboratory Advisory Board, University of Washington, 1994-1999

**Co-Chairman for Exhibits,** University of Washington Health Sciences Open House, 1991

165

821

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Member,** Search Committee for new Chairman of Department of Environmental Health, 1990-91

**Member,** Civil Engineering Program Review Committee, University Programmatic Review by the Graduate School, 1990

**Member,** Environmental Studies Review Committee, campus-wide review of Environmental Studies programs and future directions, for the Office of the Provost, 1990

**Chairman,** University of Washington Technical Oversight and Advisory Committee for Ruston/Vashon Arsenic contamination remedial investigation feasibility study; consultant to Black and Veatch and Washington Department of Ecology, 1987

**Member,** Search Committee for Occupational Medicine faculty position, 1987

**Member,** Appointments, Promotions and Tenure Committee, Department of Environmental Health, 1986-1992

**Member,** Arsenic Pathways Review committee, to assist study group and local health departments interpret and present findings of CDC/UW. Arsenic Pathways Study, 1986

**Member,** Alcohol and Drug Abuse Institute Executive Council, 1986-1989

**Member,** Small Grants Review Committee, Alcoholism and Drug Abuse Institute, University of Washington, 1984-86

**Chair,** Curriculum and Teaching Policy Committee, Institute for Environmental Studies, 1983

**Member,** Search Committee for Dean of School of Public Health and Community Medicine, University of Washington, 1982

**Member,** Curriculum and Teaching Policy committee, Department of Environmental Health, 1981-86; Chairman, 1985-86

**Member,** Search Committee for Director of Laboratories, Department of Environmental Health, 1980.


**B. Invited Lectures**

**UW Law School –** New Student Orientation – 'Perspectives on  Expert Witness Testimony', Sept. 18, 2009.

**Dept. Environmental Occupational Health Sciences Seminar,** Toxicology and Risk Assessment of Dioxins – the NRC Report, Jan 18, 2007.

School of Public Health Distinguished Faculty Lecturer,, May 25, 2006.

**UW Science Forum Speaker** (University-wide Public Lecturer):  Why me, Doc?  What Scientists know – and don't know, about the causes of cancer, April 18, 2006.

**Panel Moderator and Discussant,** "Research in the Future:  UW in 2040", a special symposium in honor of President  Lee Huntsman, June 4, 2004.

**Invited Speaker,** Minority Undergraduate Program in Genome Sciences, Genes, Environment and Cancer,  March 9, 2004.

**Invited Speaker,** Risk Communication: Going 'right to know' to 'right to understand'., "Interpreting and communicating genetic risk information for susceptible populations", April 3, 2003.

166

822

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Course Director and Speaker,** "Environmental Health for Reporters: Ethical and Policy Implications of the Human Genome Project and Genetic Research on Human Sensitivity to Environmental Pollutants", 6/1/2001;  "Is it in Your Genes, or the Environment?  Why Some People Develop Chronic Diseases and Others Don't", University of Washington.

**Program Co-Organizer and Speaker,** "Environmental Health For Educators", middle and high school teachers continuing education program, August 1997, August 1998, August 1999.

**Invited Speaker,**  Summer Institute on Ecology & Environmental Sciences, National Science Teachers Association,  "Genes, Environment and Cancer", 7/17/96;

**Invites Speaker,** Science Enhancement for Teachers Program, "Chemicals and Cancer", Biology Teaching Program, UW, May 16, 1996;

**Seminar Speaker,** "Glutathione S-transferases: Species and individual susceptibility to chemical carcinogens." Department of Medicinal Chemistry, UW, March 11, 1993.

**Seminar Speaker,** "Delaney Amendment of Carcinogenic Substances". The 1992 Symposium on Science, Technology, and Society, The Influence of Scientific Evidence on National Policy, April 28, 1992

**Seminar Speaker,** "Glutathione S-transferases: Species and individual susceptibility to chemical carcinogens." Department of Environmental Health, UW, February 5, 1988

**Course Co-Organizer and Speaker,** "Working With Pesticides:  Health and Safety Issues", Northwest Center for Occupational Safety and Health, University of Washington, Seattle, WA, January 16, 1987

**Seminar Speaker,** "Role of Glutathione-S-Transferase in Detoxification of Aflatoxin $B_1$", Department of Environmental Health, University of Washington, Seattle, WA, December 4, 1986

**Invited Speaker,** "Basic Principles of Toxicology", given at "Worker Health and Safety at Hazardous Waste Sites", continuing Education Program, Department of Environmental Health, University of Washington, Seattle, WA, December 4, 1986

**Panel Member and Discussant,** "Scientist and the Media:  Making Headlines on Your Own Terms", February 12, 1986; sponsored by University of Washington Medical Sciences Information Center

**Speaker and Program Moderator,** Professional exchange on hazardous/toxic substances in and around the home - use and disposal; sponsored by Institute for Environmental Studies, University of Washington, Seattle, WA, June 18, 1984

**Invited Speaker,** "Chemicals and cancer:  Putting the risks in perspective"; Continuing Education Course, Biologists Look at Life and Human Affairs, Biology Program, University of Washington, Seattle, WA, April 16, 1984

**Course Organizer and Instructor,** "Legal aspects of toxicology"; Continuing Education Course, Educational Resource Center, Department of Environmental Health, University of Washington, SeaTac Hotel, Seattle, WA, December 2-3, 1983

**Course Organizer and Instructor,** "Principles and practice of toxicology in environmental health"; developed for Continuing Competency Education for Environmental Health Practitioners Program, University of Washington, Seattle, WA, January 25-March 15, 1982

167

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Speaker,** "Central nervous system effects of chemicals and physical agents"; Continuing Education Course, Educational Resource Center, University of Washington, Seattle, WA, April 20, 1981

**Invited Speaker,** "Heavy metals in the environment"; School of Public Health and Community Medicine's 10th Anniversary Celebration, University of Washington, Seattle, WA, September 25, 1980

**Invited Speaker,** "Occupational toxicology: principles of toxicology"; Department of Environmental Health Continuing Education Program, University of Washington, Seattle, WA, September 19, 1980

**Seminar Speaker,** "Carrier-mediated transport systems in isolated hepatocytes"; Department of Environmental Pharmacology, University of Washington, Seattle, WA, November 5, 1980

**Seminar Speaker,** "Effects of trace metals on metallothionein, glutathione, cytochrome P-450 and heme oxygenase activity in rats", Department of Pathology, University of Washington. Seattle, WA, April 11, 1980.

## 12. PROFESSIONALLY-RELATED COMMUNITY SERVICE

**Invited Speaker**- Risk Assessment for Dioxins – NRC Panel Experience, US EPA/Wa State DOH, EPA Region 10 Offices, Seattle, Jan. 24, 2007, WA.

**Invited Speaker –** What Scientists Know- and don't Know- About the Causes of Cancer, Gilda's Club, Seattle, Jan 17, 2007.

**Invited Speaker,** Seattle Internal Medicine Group, 'Genes, Environment and Cancer", June 17, 2004.

**Invited Speaker,** "Implications of Genomic Information for Defining Susceptible Human Populations, USEPA, Region X, April 9, 2003.

**Invited Speaker, "**Risk Communication: going beyond 'right to know' to 'right to understand", talk on Interpreting and Communicating genetic risk information for susceptible populations., Seattle, WA April 3, 2003.

**Invited Speaker**, Vashion Island Community Meeting, Health Risks from Arsenic in Soil, Vashon Island, WA, Nov. 18, 2002.

**Invited Speaker**, Washington State Board of Health, Genetics Working Group, "Basic Principles of Genomics in Public Health", Jan. 3, 2002, Olympia, WA.

**Course Organizer and Speaker,** "Environmental and Occupational Health:  A curriculum workshop for middle and high school educators", Northwest Center for Occupational Safety and Health, UW, 7/19/96;

**Seminar Speaker,** "Small changes in enzyme structure can result in large changes in susceptibility to cancer", Cancer Prevention Research Unit, Fred Hutchinson Cancer Research Center, 7/23/96;

**Invited Speaker,** Puget Sound Chapter, American Industrial Hygiene Assoc.  "Genes, Environment and Cancer:  Implications of the Human Genome Project",  3/23/96

**Invited Speaker,** "Fundamentals of Toxicology", Part 1 & Part 2, 1994 Northwest Federal Safety and Health Conference, Portland, OR, April 27, 1994

168

824

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Co-organizer and Speaker:** "Scientists in the Courtroom:  The role of the expert witness", UW School of Public Health and Community Medicine and School of Law, December 9, 1993.

**Instructor,** Summer Institute in Toxicology, Northwest Center for Public Health Practice, Seattle, WA  July 12-13, 1993

**Invited Speaker,** "Fundamentals of Toxicology", Part 1 & Part 2, 1992 Northwest Federal Safety and Health Conference, Olympia, WA, April 29, 1992

**Invited Speaker,** "Basic Principles of Risk Assessment", American Public Works Association, Washington State Chapter, Spring Conference, March 26, 1992

**Invited Speaker,** "Toxic Chemicals, Human Health and the Environment", Science Enhancement for Teachers Program, University of Washington, April 27, 1991

**Invited Speaker,** "Are rodents good models for human responses to cancer-causing chemicals? Aflatoxin as an example. WEST '91 Conference, Seattle, Convention Center, April 11, 1991

**Invited Speaker,** "America's Epidemic of Chemicals and Cancer - Myth or Fact?" Inland Empire Agricultural Chemical Association 18th annual convention, Spokane, WA Dec. 11, 1990

**Invited Panel Participant,** Land Based Marine Pollution in the Pacific Northwest, sponsored by the Ocean Studies Council, University of British Columbia, Vancouver, BC, Nov. 2, 1991

**Program Organizer and Speaker,** "Human Health Risk Assessment:  Process and Limitations," principal lecture for a symposium on uncertainties in risk assessment and risk management, given to upper level managers in the Washington Department of Ecology, March 13, 1990

**Invited Speaker,** "Risk Assessment in Foods", and Panel participant, "Chemical Residues in Foods", presented at Food Safety in Northwest Supermarkets, sponsored by Washington State University Cooperative Extension, Culinary Botany Northwest, and Department of Environmental Health, UW. October 12, 1989

**Invited Guest**, "Pesticides in Our Food", The Jim Altoff  Show, KING 1090 Radio, October 9, 1989 (1 hour)

 **Invited Speaker,** "Pesticide residues in our food and water- a hazard to your health, or a negligible risk?" Saturday Seminar Series, sponsored by the Office of University Relations and UW Extension, Sept. 30, 1989

**Seminar Speaker,** "Biochemical basis for Species Differences in Aflatoxin carcinogenesis", Washington State University Pharmacology/Toxicology Program Seminar, July 25, 1989

**Invited Participant,** "Town Meeting", local television talk show focusing on health controversies over pesticide residues in food, KOMO TV, Seattle, WA, April 13, 1989.

**Invited Speaker,** "Strengths and Weaknesses of Toxicological Evidence", presented at Continuing Education Program on "Legal Aspects of Occupational Health", University of Washington Education Resource Center, February 8, 1989, Seattle, WA.

**Co-organizer and Speaker,** "Pesticides in the Urban Environment:  Health and Environmental Responsibility", program for 1988 annual convention of the International Pesticide Applicators Association, held in Bellevue, WA on Sept. 28-30, 1988

**Invited Speaker,** City Club (a downtown business leaders civic group). Discussion of the procedures and difficulties encountered in utilizing science in decision making regarding public health risks. Seattle, WA, February 23, 1988

169

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Invited Speaker,** "Utilization of Scientific Information in Risk Management Decisions", presented to Division Mangers and Budget Coordinators for METRO, Battelle Conference Center, Seattle, WA, October 14, 1987

**Invited Speaker,** "Problems in Risk assessment and Risk Communication", King County Health Department annual retreat, Seattle Center, Seattle, WA, March 18, 1987

**Invited Speaker,** "Taking Care of Yourself - Pesticide Use and Human Health", presented at 77th Annual Meeting of the Western Washington Horticultural Association, Olympia, WA, January 6, 1987

**Invited Speaker,** "Toxic Chemicals and Public Health:  Putting the Risks in Perspective", presented to the Seattle Chapter of the American Society of Safety Engineers, October 27, 1986

**Invited Speaker,** "Principles of Toxicology", given at "Toxic Substances and Public Health Workshop", sponsored by the Indian Health Service, Seattle, WA, October 22, 1986

**Invited Speaker,** "Pesticides and Public Health:  Risks and Uncertainties", presented at the International Pesticide Applicators Association Convention, Spokane, WA, October 2, 1986

**Invited Speaker,** "Basic Principles of Toxicology", Risk Assessment Workshop for State Legislators Olympia, WA. Sponsored by Washington Department of Social and Health Services, September 25, 1986

**Invited Speaker,** "Basic Principles of Toxicology and Risk Assessment", presented to Community Health nurses and doctors for the Seattle-King County Health Department, Seattle, WA, June 10, 1986

**Invited Speaker,** "Potential health effects of occupational Exposure to PCB's", presented to Snohomish County PUD utility workers, March 17, 1986

**Invited Speaker,** "Health Implications of Gaseous Emissions Associated with Midway Landfill", February 6, 1986, Kent, WA; sponsored by Washington State Department of Ecology

**Course Co-Organizer and Instructor,** "Basic Principles of Toxicology for Environmental/ Health Practitioners"; two day course given in Tacoma, WA (July 16 & 17, 1985), and Spokane, WA (August 29 & 30, 1985)

**Speaker,** "Toxicology of PBC's, dioxins and dibenzofurans", given at a public meeting in Kitsap County at the request of Seattle City Light Environmental Affairs Division, Seattle, WA, June 17, 1985

**Invited Speaker,** "An evaluation of the health concerns over dioxins found in Eagle Harbor, WA", given at a community meeting at the request of Dr. Willa Fisher, Director of the Kitsap County Health Department, July 11, 1985

**Invited Speaker,** "Health Impacts of Environmental Pollutants", given for the Continuing Medical Education Series, Riverton Hospital, July 19, 1985

**Invited Speaker,** "Health Effects of PCB's", given to Seattle City Light employees on November 1, 1984, January 9, November 19, November 21, December 4, and December 11, 1985

**Course Organizer and Speaker,** "Toxic Chemicals:  Communicating Risks to the Public", forum for Scientist-media exchange, sponsored by the Society of Toxicology and the Department of Environmental Health, Battelle-Seattle Conference Center, Seattle, WA, April 27, 1985

**Invited Speaker,** Public Perception of Health Impacts of Chronic Pesticide Exposure; International Pesticide Applicators Association Convention, Fife, WA, September 27, 1984

170

826

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Course Organizer and Instructor,** Toxicology Review Course for EPA Personnel; Seattle, WA, September 5, 1984-January 15, 1985 (attended by 45 EPA staff)

**Invited Speaker,** "Pesticides use for Gypsy Moth control", presented at Controversies in Poisoning Management and Occupational/Environmental Exposures, Children's Hospital and Medical Center, Seattle, WA, April 28-29, 1983

**Lecturer,** "Recent Developments in Biological Monitoring"; Continuing Medical Education Course, Seattle, WA, March 18-19, 1983

**Lecturer,** Toxicology; short course presented to Hazards Assessment Program employees of NOAA, 3 lectures; NOAA Sand Point Facilities, Seattle, WA, March 10, 1983

**Speaker,** Health implications of Gypsy Moth control programs; Public Information Seminar, sponsored by Department of Environmental Health and Institute for Environmental Studies, University of Washington, March 10, 1983

**Invited Speaker,** "Health effects of chronic pesticide exposure: a training program of health personnel: prevention, recognition and treatment of pesticide-related illness"; sponsored by Yakima Valley Farm Workers Clinic and the Migrant Health Clinics in Washington, Oregon and Idaho, Pasco, WA, January 21-22, 1983

**Invited Speaker,** "Clinical toxicology of pesticides"; Northwest Poison Control Center Conference, Spokane, WA, April 22-23, 1982

**Invited Speaker,** "A survey of toxic torts"; Washington State Trial Lawyers Association Annual Meeting, Vancouver, BC, Canada, July 10, 1981

**Invited Speaker,** "Carcinogens in the environment"; Washington State Office of Environmental Education in Health Education, Everett, WA, March 10, 1981

**Invited Speaker,** "Phenoxy acid herbicides--fact and fiction"; Huxley College of Environmental Studies, Western Washington University. Bellingham, WA, January 27, 1981

**Invited Speaker,** "Central nervous system effects of industrial chemicals and physical agents"; 1980 Occupational Health and Medical Conference, Spokane, WA, October 22-24, 1980

**Invited Speaker,** "PCB's and human health". Washington State Office of Environmental Education and Health Education. Seattle, WA, February 27, 1980.


**13.  TEACHING HISTORY**

**A.  Recent Teaching (2011-2018):**

I co-taught, with Dr. Thummel (Chair, Dept. Pharmaceutics) PHG/ ENVH/PCEUT 513, Fundamentals of Pharmacogenetics and Toxicogenomics. Enrollment is typically 20-25 graduate students.  I had 50% responsibility for this course.

I provided 5 lectures each year to the three quarter graduate Toxicology series, ENV514 (1), ENVH 515 (3) and ENVH 516 (1).

**B. Previous Teaching:**

171

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

In 2012 I adapted a previous ENVH 590A graduate toxicology course to a new format. This was a 4 credit course, with enrollment of 15-20 non-toxicology graduate students.  The course utilized the lecture content of ENVH 405, of which I give 50% of the lectures, plus included a 1 hr per week discussion group with the graduate students.  I was responsible for assigning the readings for each weekly session, and helping the students who lead the discussion.  I pass this course on to others when I became Dean of the Graduate School.

From 1979 - ~1985, I developed and taught a 1 quarter in depth Toxicology course, ENVH 515, with enrollment of ~10- 15 students.  I also co-taught ENVS 101, Introduction to Environmental Studies (5 credits 200-300 students) at least once a year from 1979-1983.

From ~1986-1995 I had primary responsibility for teaching one of the three quarter toxicology courses.

From ~ 1990 – 2000 (when I devoted 40% effort as Associate Dean for Research in the School of Public Health, and then the 40% Position as Associate Vice Provost for Research), I had 100% responsibility for ENVH 405, with typically 30-50 students enrolled.  I also had either 50% or 100% responsibility for ENVH 567 – Environmental Carcinogenesis (3 credits, typical enrollment of 6-12 students).

I Taught one Lecture to Public Health Genetics 200 in fall and spring quarters, and undergraduate course with about 80 students for 5 years.  The course was led by Dr. Patricia Kuzsler in the Law School.

In 2010 I developed, with Dan Luchtel, a graduate level course in toxicology for non-toxicology EHS doctoral students in occupational medicine and exposure sciences (and other programs).  I was 50% responsible for this in 2010 and 2011.  The course was restricted in 2012, as discussed above, and I still maintain 50% responsibility for it.

### C.  Graduate Student Mentoring:

*MS/MSPH Students (Preceptor)*

| Brian Toal | Joel Rank | Misha Trusty |
|---|---|---|
| Leslie Carpenter | Denise Hamel | Julie Hill |
| Margaret Stinson | Karyn Micheleson | Jason VanLoo |
| Heidi Hagelstein | Ingrid Borroz | Marc Stifleman |
| Julia Richards | Dana Stahl | Kate Bradley |

*PhD. Students Mentored*

172

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Trainee Name | Training Period | Degree, Date, Institution | Project Title | Current Position |
|---|---|---|---|---|
| Carolyn Holeski | 83-86 | BS, UC-Davis, Toxicology; PhD, UW Pathology, 1986 | Effects of enzyme inducers on the hepatobiliary disposition of Aflatoxin B1 in the rat | MD in private practice |
| David H. Monroe | 84-87 | UW, Ph.D., 12/87 | Species and Diet Related Resistance to Chemical Carcinogens: Aflatoxin B1 | Staff Scientist, USEPA, Region VI, Kansas City, MO |
| Van Ness, Kirk | 92-95 | MS, 1986, University of Washington | Identification of amino acids in glutathione S-transferase mYc responsible for high  activity toward aflatoxin oxide | Research Scientist, Zymogenetics, Seattle, WA  (recently laid off) |
| Wang, Charles (Changhong) | 94-99 | MSPH, 1988; MD, Tongji Medical School | Complementary DNA cloning and sequence of alpha class GSTs in monkey liver | Associate Professor Dept. Medicine/CSMC, UCLA David Geffen School of Medicine, Los Angeles, CA |
| *McHugh, Tom | 94-98 | MS, 1993, Stanford University | Molecular characterization of glutathione transferase with high activity toward aflatoxin 8,9epoxide | Toxicologist, Groundwater Services International, Houston, TX |
| *Smith, Helen | 98-2004 | BS, U. Texas-Austin, Pharmacy, 1989; MS, Community Health, UT-Houston, 1994; Ph.D. UW, 2004 | Polymorphisms in estradiol metabolism in human endometrium | Associate Professor, School of Pharmacy, University of the Incarnate Word, San Antonio, TX |
| Abel, Erica | 99-2004 | BS, Texas A & M, 1997; Ph.D. UW, 2004 | Structure-function studies on glutathione S-transferases | Research Assistant Professor, UT-MD Anderson Cancer Center, Carcinogenesis Program, Smithville, TX |
| Guo, Yingying | 99-2004 | MD, Sun Yat-sen University, Gungzhou Province, China, 1994; MS, Univ. Cincinnati, 1998; Ph.D. UW, 2004 | Effects of aflatoxin epoxide mediated DNA damage on global gene expression in yeast and HepG2 cells and human hepatocytes. | Research Scientist, Eli Lilly & Co, Indianapolis, IN |

173

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Trainee Name | Training Period | Degree, Date, Institution | Project Title | Current Position |
|---|---|---|---|---|
| Poulton, Emma-Jane | 2004-2010 | B.S., Chemistry, 2004, MIT | The phytochemical, sulforaphane is a sensitive and specific inhibitor of the human steroid X-receptor (SXR) | Research Scientist, Sanofi-Aventis Corp. Bridgewater, NJ |
| Peck, Erin | 204-2010 | B.S., Chemistry 2002, Univ. North Carolina, Chapel Hill | Role of human CYP1A2 in the activation and detoxification of aristolochic acid | Resident, Dept. Family Medicine and Community Health, University of Wisconsin School of Medicine |
| Vandivort, Tyler (co-mentor with Bill Parks, Pulmonary Medicine) | 2011-15 | | The Function and Regulation of Macrophage Matrix Metalloproteinase 10 (MMP10) in Lung Injury and Fibrosis | Research Scientist, Charles River, Inc. Las Vegas, NV |
| Cook, Travis (co-mentor with Jing Zhang, Pathology) | 2011-2014 | | Mechanisms of Mn-induced Parkinson's disease | Toxicologist, Gradient Corp. Seattle, WA |
| Shi-Yu (Shirley) Chang | 2012-2016 | | Development of a microphysiological system using human liver cells | Post-doctoral fellow, School of Pharmacy, Univ. WA, Seattle, WA |

***Post-doctoral Fellows Mentored:***

| Trainee Name | Training Period | Previous Degree, Date, Institution | Project Title | Current Position |
|---|---|---|---|---|
| *Ramsdell, Howard | 87-89 | Ph.D., 1989, Oregon State University | Biochemical basis for species differences in aflatoxin biotransformation | Assoc. Professor, Dept. Environ. Hlth, Colo. State Univ., Fort Collins, CO |
| Buetler, Timo | 90-94 | Ph.D., 1989, University of Basel, Switzerland | Molecular cloning and biochemical characterization of alpha class glutathione transferase in mouse liver | Senior Scientist, Nestle, Inc., Basal, Switzerland |
| Chen, Zhi-Ying | 90-95 | 1970, M.D., Sun Yat Sen University | Effects of enzyme inducers on liver preneoplastic lesions | Research Scientist, UCLA School of Medicine |

174

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Trainee Name | Training Period | Previous Degree, Date, Institution | Project Title | Current Position |
|---|---|---|---|---|
| *Gallagher, Evan | 91-94 | Ph.D., 1991, Duke | Kinetics of CYP1A2 and 3A4-mediated aflatoxin activation and detoxification | Professor, Environ. Occup. Health Sciences, UW, Seattle, WA |
| Bammler, Theo | 95-2000 | Ph.D., University of Dundee, Scotland | Effects of Oltipraz and ethoxyquin on disposition of aflatoxin B1 in the marmoset monkey | Res. Scientist, Manager of Microarray Facility, Center for Ecogenetics, UW, Seattle, WA |
| Kelly, Edward | 96-2001 | Ph.D., 1996, Univ. Washington | Role of human epoxide hydrolase in the detoxification of aflatoxin B1 | Research Scientist, Dept. Pharmaceutics, UW, Seattle, WA |
| Gross-Steinmeyer | 2002 - 06 | PhD, | Phytochemical perturbations of aflatoxin biotransformation | Currently 'at home' mother |
| Smith, Wesley | 2008-2012 | PhD, Univ. Montana | Toxicology of QDot nanomaterials | Risk Assessor, California State Office of Environmental Health Hazards Assessment |

I currently serve as a member of the Doctoral Committees of Megan Cartwright and David Scoville, both in the Toxicology PhD program in DEOHS.

I have also served on many Doctoral Dissertation and Reading committees for PhD students in Environmental Health, Epidemiology, Pharmaceutics, Medicinal Chemistry, and Pharmacology.

**B.  Dr. Eaton's prior testimony, 2014-2019**

City of Clovis v. Shell Oil Company dba Shell Chemical Company *et al.*, 2016
Los Angeles Superior Court Case No. SC085170
Trial testimony on behalf of defendants, November 28, 2016

ROSLYN DAUBER AND JOHN DI COSTANZO, PLAINTIFFS,
VS. MONSANTO COMPANY, ET AL., DEFENDANTS.  CASE NO. BC483342
SUPERIOR COURT OF THE STATE OF CALIFORNIA CASE NO. BC 49758
Deposition, Feb. 16, 2016; Trial testimony on behalf of defendants, March 23, 2016

PAUL BROWNLEE, FRED STEELE and ARUTYUN KARABADZHAKYAN, PLAINTIFFS, vs. MONSANTO COMPANY, ET AL., DEFENDANTS.
SUPERIOR COURT OF THE STATE OF CALIFORNIA CASE NO. BC 49758
Trial testimony on behalf of defendants April 23, 2016

175

831

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

BENITO WALKER, ET AL., Plaintiffs, vs. MONSANTO COMPANY, ET AL., Defendants.
CIRCUIT COURT OF THE CITY OF ST. LOUIS, MO. Case # 1122-CC09621-01
Trial testimony on behalf of defendants, May 23, 2016

City of Atwater v. Shell Oil Company, Superior Court of California, County of San Francisco, Case No. CGC 05 441058
Trial testimony, August 5, 2019, Fresno, CA.

SAN DIEGO UNIFIED PORT DISTRICT ET AL, Plaintiffs, vs. MONSANTO COMPANY, ET AL., Defendants.
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, CASE NO. 3:15-CV-00578-WQH-AGS
Deposition on behalf of defendants, June 9, 2019

176

832

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## VI.    Appendix 2: Exposure assessment

### A.  PCB daily intake rate estimates for congeners measured in the Spokane River

Daily congener-specific fish intake rates for all congeners measured and detected in fish samples from the Spokane River were derived as discussed in the main body of the report (Section II.A). Of the derivations presented in Section II.A., methods I and III represent the best and reasonable upper bounds for daily intake from Spokane River fish consumption, respectively. Table A2-1 provides congener-specific mean daily intake.

**Table A2-1.  Intake rates of PCB congeners measured in fish from the Spokane River**

| Congener | Method I<br>Mean FCR, mean percentile tissue (ng/d)<br>[Best estimate] | Method III<br>95th FCR/mean tissue (ng/d)<br>[Reasonable upper bounds] |
|---|---|---|
| PCB1 | 0.00101 | 0.00435 |
| PCB2 | 0.00079 | 0.00313 |
| PCB3 | 0.00151 | 0.00631 |
| PCB4 | 0.00782 | 0.03352 |
| PCB5 | 8.00E-05 | 3.00E-04 |
| PCB6 | 0.00538 | 0.02238 |
| PCB7 | 0.00069 | 0.0028 |
| PCB8 | 0.05827 | 0.2923 |
| PCB9 | 0.00135 | 0.0056 |
| PCB10 | 0.00032 | 0.00138 |
| PCB11 | 0.05449 | 0.19608 |
| PCB12/13 | 0.00121 | 0.00418 |
| PCB14 | 0 | 0 |
| PCB15 | 0.01272 | 0.045 |
| PCB16 | 0.10917 | 0.51439 |
| PCB17 | 0.21409 | 0.99259 |
| PCB18/30 | 0.31921 | 1.45253 |
| PCB19 | 0.01916 | 0.08165 |
| PCB20/28 | 2.39257 | 10.58827 |
| PCB21/33 | 0.2929 | 1.28272 |
| PCB22 | 0.3334 | 1.45152 |
| PCB23 | 0.00046 | 0.00198 |
| PCB24 | 0.0039 | 0.01698 |
| PCB25 | 0.10736 | 0.46696 |
| PCB26/29 | 0.31766 | 1.4423 |
| PCB27 | 0.03126 | 0.13499 |
| PCB31 | 1.29944 | 5.84945 |
| PCB32 | 0.14184 | 0.66663 |

177

833

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Congener | Method I<br>Mean FCR, mean percentile tissue (ng/d)<br>[Best estimate] | Method III<br>95th FCR/mean tissue (ng/d)<br>[Reasonable upper bounds] |
|---|---|---|
| PCB34 | 0.01071 | 0.04596 |
| PCB35 | 7.00E-05 | 0 |
| PCB36 | 0.00138 | 0.00758 |
| PCB37 | 0.12143 | 0.54447 |
| PCB38 | 0.00771 | 0.03344 |
| PCB39 | 0.00685 | 0.0363 |
| PCB40/41/71 | 1.8762 | 8.199 |
| PCB42 | 1.43168 | 6.26495 |
| PCB43 | 0.15846 | 0.68416 |
| PCB44/47/65 | 5.57461 | 24.62993 |
| PCB45/51 | 0.39088 | 1.75981 |
| PCB46 | 0.06471 | 0.27723 |
| PCB48 | 0.89349 | 3.9822 |
| PCB49/69 | 4.29878 | 19.09404 |
| PCB50/53 | 0.34144 | 1.53198 |
| PCB52 | 6.62485 | 29.82538 |
| PCB54 | 0.00105 | 0.00437 |
| PCB55 | 0.00785 | 0.02658 |
| PCB56 | 1.93465 | 8.34638 |
| PCB57 | 0.02893 | 0.12481 |
| PCB58 | 0.03332 | 0.14941 |
| PCB59/62/75 | 0.50988 | 2.24317 |
| PCB60 | 2.32807 | 10.22005 |
| PCB61/70/74/76 | 13.29028 | 58.88191 |
| PCB63 | 0.57192 | 2.50392 |
| PCB64 | 3.01743 | 13.32164 |
| PCB66 | 10.35575 | 45.55692 |
| PCB67 | 0.14103 | 0.60842 |
| PCB68 | 0.06047 | 0.25825 |
| PCB72 | 0.08761 | 0.37628 |
| PCB73 | 0.00257 | 0.01018 |
| PCB77 | 0.37176 | 1.64768 |
| PCB78 | 0 | 0 |
| PCB79 | 0.15233 | 0.66827 |
| PCB80 | 0 | 0 |
| PCB81 | 0.03234 | 0.14036 |
| PCB82 | 1.1911 | 5.12407 |
| PCB83 | 0.34482 | 1.93057 |

178

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Congener | Method I Mean FCR, mean percentile tissue (ng/d) [Best estimate] | Method III 95th FCR/mean tissue (ng/d) [Reasonable upper bounds] |
|---|---|---|
| PCB83/99 | 13.93208 | 64.80253 |
| PCB84 | 1.24137 | 5.42217 |
| PCB85/110/115/116/117 | 9.34416 | 47.55615 |
| PCB85/116/117 | 4.07479 | 18.13212 |
| PCB86/087/097/108/119/125 | 8.09797 | 36.05392 |
| PCB86/087/097/109/119/125 | 2.99682 | 14.69859 |
| PCB88/091 | 1.58789 | 7.04818 |
| PCB89 | 0.00743 | 0.02938 |
| PCB90/101/113 | 13.71458 | 62.17174 |
| PCB92 | 2.35211 | 10.65798 |
| PCB93/95/98/100/102 | 3.88144 | 16.47932 |
| PCB93/098/100/102 | 0.07431 | 0.33906 |
| PCB94 | 0.02466 | 0.1044 |
| PCB95 | 1.3959 | 6.95928 |
| PCB96 | 0.03042 | 0.13054 |
| PCB99 | 1.48529 | 8.31591 |
| PCB103 | 0.07067 | 0.30514 |
| PCB104 | 0.00028 | 0.00112 |
| PCB105 | 6.6143 | 29.82731 |
| PCB106 | 0.00405 | 0.01111 |
| PCB107 | 0.78492 | 4.01892 |
| PCB107/124 | 0.42903 | 1.94896 |
| PCB108/124 | 0.2556 | 1.31032 |
| PCB109 | 1.3174 | 5.8432 |
| PCB110/115 | 11.6817 | 53.17627 |
| PCB111 | 0.01194 | 0.05358 |
| PCB112 | 0 | 0 |
| PCB114 | 0.54026 | 2.40755 |
| PCB118 | 17.39323 | 78.28041 |
| PCB120 | 0.05503 | 0.23394 |
| PCB121 | 0.00059 | 0.00211 |
| PCB122 | 0.11343 | 0.48433 |
| PCB123 | 0.40332 | 1.8151 |
| PCB126 | 0.04591 | 0.21727 |
| PCB127 | 0.00787 | 0.03491 |
| PCB128/166 | 2.63087 | 12.02337 |
| PCB129/138/160/163 | 11.21993 | 46.5088 |
| PCB129/138/163 | 7.64328 | 35.44161 |

179

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Congener | Method I Mean FCR, mean percentile tissue (ng/d) [Best estimate] | Method III 95th FCR/mean tissue (ng/d) [Reasonable upper bounds] |
|---|---|---|
| PCB130 | 0.97077 | 4.37431 |
| PCB131 | 0.09327 | 0.38418 |
| PCB132 | 2.03889 | 8.81592 |
| PCB133 | 0.26455 | 1.18185 |
| PCB134/143 | 0.34147 | 1.5059 |
| PCB135/151 | 1.09083 | 5.17741 |
| PCB135/151/154 | 2.23891 | 9.41729 |
| PCB136 | 0.49287 | 2.1853 |
| PCB137 | 0.87723 | 3.97257 |
| PCB137/164 | 1.78417 | 9.32505 |
| PCB139/140 | 0.30376 | 1.36867 |
| PCB141 | 2.44813 | 11.14256 |
| PCB142 | 0 | 0 |
| PCB144 | 0.46728 | 2.08639 |
| PCB145 | 0.00164 | 0.00738 |
| PCB146 | 2.93675 | 13.2368 |
| PCB147/149 | 6.05371 | 27.44543 |
| PCB148 | 0.01604 | 0.06807 |
| PCB150 | 0.00867 | 0.03625 |
| PCB152 | 0.00422 | 0.01751 |
| PCB153/168 | 15.97166 | 72.12338 |
| PCB154 | 0.04009 | 0.17032 |
| PCB155 | 0.00665 | 0.02137 |
| PCB156/157 | 1.98674 | 9.0544 |
| PCB158 | 1.63018 | 7.4697 |
| PCB159 | 0.0681 | 0.28874 |
| PCB160 | 0.00305 | 0.00449 |
| PCB161 | 0 | 0 |
| PCB162 | 0.07345 | 0.33833 |
| PCB164 | 0.63589 | 2.9687 |
| PCB165 | 0.00504 | 0.02132 |
| PCB167 | 0.75096 | 3.39874 |
| PCB169 | 0.00127 | 0.00418 |
| PCB170 | 2.97956 | 13.44763 |
| PCB171/173 | 0.87299 | 3.907 |
| PCB172 | 0.68477 | 3.05006 |
| PCB174 | 1.65283 | 7.29709 |
| PCB175 | 0.14428 | 0.63441 |

180

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Congener | Method I<br>Mean FCR, mean percentile tissue (ng/d)<br>[Best estimate] | Method III<br>95th FCR/mean tissue (ng/d)<br>[Reasonable upper bounds] |
| --- | --- | --- |
| PCB176 | 0.15296 | 0.64749 |
| PCB177 | 1.50875 | 6.73234 |
| PCB178 | 0.73568 | 3.27093 |
| PCB179 | 0.51081 | 2.25545 |
| PCB180/193 | 8.75396 | 38.52057 |
| PCB181 | 0.02872 | 0.12343 |
| PCB182 | 0.02534 | 0.10703 |
| PCB183 | 1.18255 | 5.69294 |
| PCB183/185 | 2.40676 | 10.7223 |
| PCB184 | 0.01416 | 0.05193 |
| PCB185 | 0.07845 | 0.34299 |
| PCB186 | 0 | 0 |
| PCB187 | 5.99809 | 26.55919 |
| PCB188 | 0.01039 | 0.04375 |
| PCB189 | 0.10085 | 0.4384 |
| PCB190 | 0.60392 | 2.68968 |
| PCB191 | 0.12075 | 0.53097 |
| PCB192 | 0.00162 | 0.00222 |
| PCB194 | 1.45435 | 6.30157 |
| PCB195 | 0.4862 | 2.1581 |
| PCB196 | 0.96629 | 4.30965 |
| PCB197 | 0.02718 | 0.13098 |
| PCB197/200 | 0.11517 | 0.46826 |
| PCB198/199 | 2.58681 | 11.38372 |
| PCB200 | 0.01336 | 0.04497 |
| PCB201 | 0.21835 | 0.9603 |
| PCB202 | 0.40692 | 1.7576 |
| PCB203 | 1.73995 | 7.71464 |
| PCB204 | 0.00056 | 0.00203 |
| PCB205 | 0.05773 | 0.24251 |
| PCB206 | 0.84613 | 3.63197 |
| PCB207 | 0.10503 | 0.44184 |
| PCB208 | 0.21599 | 0.92562 |
| PCB209 | 0.11059 | 0.47525 |

181

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

## VII.    Appendix 3: Cancer and mode of action for PCBs

### A.  Mutagenicity of PCB mixtures and specific congeners

Over the past 50 years, there have been approximately 275 different mutagenesis assays on PCB mixtures (Aroclors, Kanaclors, Clophens, simulated mixtures, individual congeners, and specific PCB metabolites). There are at least a dozen different types of assays that provide some measure of DNA damage or mutagenicity.  Table A3-1 and Table A3-2 show a combined 100 different mutagenicity/DNA damage assays that have been performed on just Aroclors 1242, 1254 and 1260.  Out of these 100 different assays, 42 used *in vitro* tests and 58 used *in vivo* exposures.  Of the 42 *in vitro* tests, 35 were negative or inconclusive, demonstrating the remarkable lack of mutagenic potential of Aroclors.  Of the 58 *in vivo* tests, 12 were positive.  Four of these 12 studies were chromosomal aberrations seen in fish cells administered large (50 – 300 mg/kg) doses of Aroclor 1254.  These 4 studies provide no human-relevant information.  Three of the positive *in vivo* studies examined 8-OHdG adducts, a measure of oxidative stress rather than direct DNA damage to DNA.

Many additional studies have been done on specific PCB congeners, the vast majority of which were negative.  Overall, they provide relatively little useful information about the mutagenic potential to humans of PCBs found in fish. Some of these studies used 3-ChloroPCB, and the hydroxylated metabolite of 3Chloro PCB, and are irrelevant to the assessment of PCBs in the environment since these compounds are found only at very low levels (<0.001% of total) amounts in fish.

Looking at the total body of evidence relating to whether mutagenesis by PCBs found in fish could be a significant contributor to the carcinogenic effects seen in some 2 year bioassays with Aroclors, it is my opinion that mutagenesis/DNA damage plays no significant role in the development of tumors seen in laboratory animals used by the US EPA and the Washington Department of Health in various human health risk assessments of PCBs found in the environment.  This conclusion was also reached in a detailed review of the putative modes of action of PCBs in carcinogenesis published by others (Andersen *et al.*, 2013; Glauert *et al.*, 2008; Knerr and Schrenk, 2006).

**Table A3-1.  *In vitro* mutagenesis studies with Aroclors 1242, 1254, and 1260**

| Assay | Species (strain or cell type) | Study design | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| Chromosomal aberrations | Human (Peripheral lymphocytes) | 48-hr incubation | | + (0.01 µg/mL) | | (Sargent *et al.*, 1989) |
| DNA adducts | Human (Primary hepatocytes) | 0-230 µM for 24, 48, or 96 hrs (depending on donor) | | (+) weakly positive, 20 µg/mL (60 µM) | | (Borlak *et al.*, 2003) |
| DNA adducts, 32P-postlabelling | Human (HepG2) | 50 µM added 24h after plating | | - (50 µM or 17 µg/mL) | | (Dubois *et al.*, 1995) |
| DNA adducts, 32P-postlabelling | Rat (Primary liver cells) | 50 µM added 24h after plating | | - (50 µM or 17 µg/mL) | | (Dubois *et al.*, 1995) |

182

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Assay | Species (strain or cell type) | Study design | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| DNA adducts, detection of repairable adducts by growth inhibition (DRAG) | Hamster (Wild type (AA8) and DNA repair-deficient Chinese hamster ovary cells (EM9, UV4, UV5)) | Cells treated for 24-hr | | - (135; 114, 127, 132 µg/mL IC50's for AA8, EM9, UV4, UV5 cells) | | (Johansson et al., 2004) |
| DNA integrity (acridine orange staining) | Rat (Sperm) | 3h incubation (0.01, 0.1, 1 µM) | | + (0.003 µg/mL or 0.01 µM) | | (Aly, 2013) |
| DNA strand breaks (comet assay) | Rat (Primary prostate cells) | Cells exposed to 1 µg/mL for 24 hr | | + (1 µg/mL) | | (Cillo et al., 2007) |
| DNA strand breaks (single-strand breaks; alkaline elution) | Rat (Primary hepatocytes) | 3 hr exposure | | + (100 µg/mL or 0.3 mM) | | (Sina et al., 1983) |
| Gene mutation | Hamster (Chinese V79 lung) | Incubate with 50, 100, or 150 µg/mL | - (150 µg/mL) | | | (Hattula, 1985) |
| Gene mutation | Hamster (Syrian Hamster Embryo Cells) | Up to 50 µg/mL | | - (50 µg/mL) | | (Pienta, 1980) |
| Micronucleus formation | Human (Keratinocytes) | Cells exposed for 3 days to 10 µM | | - (3 µg/mL or 10 µM) | | (van Pelt et al., 1991) |
| Non-mammalian systems, Ames Assay, reverse mutation | Escherichia coli (WP-2 and WP-2 uvrA-) | conc. not given (with S9 activation) | | - (conc. not given) | | (Probst et al., 1981) |
| Non-mammalian systems, Ames Assay, reverse mutation | Escherichia coli (WP-2 and WP-2 uvrA-) | conc. not given (without S9 activation) | | - (conc. not given) | | (Probst et al., 1981) |
| Non-mammalian systems, Ames Assay, reverse mutation | Escherichia coli (WP-2 uvrA) | 0.3 to 333.3 µg/plate (without S9 activation) | | - (333 µg/plate) | | (Dunkel et al., 1984) |
| Non-mammalian systems, Ames Assay, reverse mutation | Escherichia coli (WP-2 uvrA) | 0.3 to 333.3 µg/plate (with S9 activation) | | - (333 µg/plate) | | (Dunkel et al., 1984) |
| Non-mammalian systems, Ames Assay, reverse mutation | Escherichia coli (WP-2 uvrA) | up to 177 µg/plate (without S9 activation) | | - (177 µg/plate) | | (Evandri et al., 2003) |
| Non-mammalian systems, Ames Assay, reverse mutation | Escherichia coli (WP-2 uvrA) | up to 177 µg/plate (with S9 activation) | | - (177 µg/plate) | | (Evandri et al., 2003) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (G46, C3076, D3052) | conc. not given (with S9 activation) | | - (conc. not given) | | (Probst et al., 1981) |

183

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Assay | Species (strain or cell type) | Study design | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (G46, C3076, D3052) | conc. not given (without S9 activation) | | - (conc. not given) | | (Probst et al., 1981) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA1535, TA1537) | to 500 µg/plate (without S9 activation) | | - (500 µg/plate) | | (Schoeny et al., 1979) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA1535, TA1537) | to 500 µg/plate (with S9 activation) | | - (500 µg/plate) | | (Schoeny et al., 1979) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA1535, TA1537, TA1538) | conc. not given (with S9 activation) | | - (conc. not given) | | (Probst et al., 1981) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA1535, TA1537, TA1538) | conc. not given (without S9 activation) | | - (conc. not given) | | (Probst et al., 1981) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA1535, TA1537, TA1538) | 0.3 to 333.3 µg/plate (without S9 activation) | | - (333 µg/plate) | | (Dunkel et al., 1984) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA1535, TA1537, TA1538) | 0.3 to 333.3 µg/plate (with S9 activation) | | - (333 µg/plate) | | (Dunkel et al., 1984) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA100) | 0.05, 0.5, 5, 50, or 500 µg/plate (without metabolic activation) | | - (500 µg/plate) | | (Bruce and Heddle, 1979) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA100) | 0.05, 0.5, 5, 50, or 500 µg/plate (with S9 metabolic activation) | | - (500 µg/plate) | | (Bruce and Heddle, 1979) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA100) | to 500 µg/plate (without S9 activation) | | - (500 µg/plate) | | (Schoeny et al., 1979) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA100) | to 500 µg/plate (with S9 activation) | | - (500 µg/plate) | | (Schoeny et al., 1979) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA100) | 0.3 to 333.3 µg/plate (without S9 activation) | | - (333 µg/plate) | | (Dunkel et al., 1984) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA100) | 0.3 to 333.3 µg/plate (with S9 activation) | | - (333 µg/plate) | | (Dunkel et al., 1984) |

184

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Assay | Species (strain or cell type) | Study design | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA100) | up to 177 µg/plate (without S9 activation) | | - (177 µg/plate) | | (Evandri et al., 2003) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA100) | up to 177 µg/plate (with S9 activation) | | - (177 µg/plate) | | (Evandri et al., 2003) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA1000) | conc. not given (with S9 activation) | | - (conc. not given) | | (Probst et al., 1981) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA1000) | conc. not given (without S9 activation) | | - (conc. not given) | | (Probst et al., 1981) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA1538) | 50-5,000 µg/plate (without S9 activation) | | - (5,000 µg/plate) | | (Shahin et al., 1979) |
| Non-mammalian systems, Ames Assay, reverse mutation | Salmonella typhimurium (TA98, TA1538) | 50-5,000 µg/plate (with S9 activation) | | - (5,000 µg/plate) | | (Shahin et al., 1979) |
| Non-mammalian systems, Chromosomal aberrations | Allium cepa L. (Onion) | 0, 0.3, 3, 8, or 30 µg/mL | | + (8 µg/mL) | | (Evandri et al., 2003) |
| Non-mammalian systems, DNA adducts, 32P-postlabelling | Quail (Primary egg cells) | 50 µM added 24 hr after plating | | - (50 µM or 17 µg/mL) | | (Dubois et al., 1995) |
| Non-mammalian systems, heterozygous length mutation | Saccharomyces cerevisae (D32-3A hetrozygous for 42- and 38-repeat-unit alleles of the human minisatellite MS32) | 0, 1,000, 3,000, or 6,000 µg/mL for 42 hr (without metabolic activation) | | + (6,000 µg/mL) | | (Appelgren et al., 1999) |
| Non-mammalian systems, inter-chromosomal recombination | Saccharomyces cerevisae (RS122) | Treated for 17 hr | | | + (15,000 µg/mL) | (Schiestl et al., 1997) |
| Unscheduled DNA synthesis | Rat (Primary hepatocytes) | 0.02 to 20 µg/mL for 18 hr [without metabolic activation] | | + (max effective dose= 20 µg/mL) | | (Althaus et al., 1982) |
| Unscheduled DNA synthesis | Rat (Primary hepatocytes) | Incubation for 5 to 20 hours | | - (50 µM or 17 µg/mL) | | (Probst et al., 1981) |

185

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Assay | Species (strain or cell type) | Study design | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|

\* Each row of the table represents a separate mutagenicity test. Population of the Aroclor column indicates the assay was performed using that Aroclor; - indicates a negative outcome [no mutagenicity]; + indicates a positive outcome; the value in parenthesis is the concentration for which the effect was observed (highest concentration in negative assays / lowest concentration for a positive test).

**Table A3-2.** *In vivo* mutagenesis studies with Aroclors 1242, 1254, and 1260

| Assay | Species, strain, sex (n/group) | Study design (cells) | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| Chromosomal aberrations | Mouse, Swiss albino, M (n=5) | 1, 2, or 4 mg/kg/day i.p. for 5 weeks (Sperm) | | + (4 mg/kg/day) | | (Attia *et al.*, 2014) |
| Chromosomal aberrations | Rat, SD, M (n=18) | Oral dose of 50 mg/kg/day for 7 days (Spermatogonial) | | - (50 mg/kg po x7) | | (Dikshith *et al.*, 1975) |
| Chromosomal aberrations | Rat, Holtzman, M (n=6-9) | Rats fed 0, 5, 50, or 500 ppm for 5 weeks (Bone marrow) | | - (500 ppm in diet for 5 wks) | | (Garthoff *et al.*, 1977) |
| Chromosomal aberrations | Rat, Holtzman, M (n=6-9) | Rats fed 0, 5, 50, or 500 ppm for 5 weeks (Spermatogonial) | | - (500 ppm in diet for 5 wks) | | (Garthoff *et al.*, 1977) |
| Chromosomal aberrations | Rat, Osborne-Mendel, M (n=8) | Single oral doses of 1,250, 2,500, or 5,000 mg/kg (Bone marrow) | - (5,000 mg/kg po x1) | | | (Green *et al.*, 1975a) |
| Chromosomal aberrations | Rat, Osborne-Mendel, M (n=8) | Single oral doses of 1,250, 2,500, or 5,000 mg/kg (Spermatogonial) | - (5,000 mg/kg po x1) | | | (Green *et al.*, 1975a) |
| Chromosomal aberrations | Rat, Osborne-Mendel, M (n=8) | Oral dose of 500 mg/kg/day for 4 days (Bone marrow) | - (500 mg/kg po x4) | | | (Green *et al.*, 1975a) |
| Chromosomal aberrations | Rat, Osborne-Mendel, M (n=8) | Oral dose of 500 mg/kg/day for 4 days (Spermatogonial) | - (500 mg/kg po x4) | | | (Green *et al.*, 1975a) |
| Chromosomal aberrations | Rat, Osborne-Mendel, M (n=8) | Oral dose of 75, 150, or 300 mg/kg/day for 5 days (Bone marrow) | | - (300 mg/kg po x5) | | (Green *et al.*, 1975a) |
| DNA adducts, 32P-postlabelling | Rat, F344, M (n=6) | 25 mg/kg injected p.o. daily for 5 wks (Liver cells) | | - (25 mg/kg/day x 35 days) | | (Chadwick *et al.*, 1993) |
| DNA adducts, 32P-postlabelling | Rat, SD, M (n=3) | Two i.p. injections of 500 mg/kg, each given 2 weeks apart; sacrificed 2 and 6 weeks after second injection (Kidney cells) | | - (500 mg/kg/day x 2 days, 2-wks apart) | | (Nath *et al.*, 1991) |
| DNA adducts, 32P-postlabelling | Rat, SD, M (n=3) | Two i.p. injections of 500 mg/kg, each given 2 weeks apart; sacrificed 2 weeks after second injection (Liver cells) | | - (500 mg/kg/day x 2 days, 2-wks apart) | | (Nath *et al.*, 1991) |

186

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Assay | Species, strain, sex (n/group) | Study design (cells) | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| DNA adducts, 32P-postlabelling | Rat, SD, M (n=3) | Two i.p. injections of 500 mg/kg, each given 2 weeks apart; sacrificed 6 weeks after second injection (Lung cells) | | + (500 mg/kg/day x 2 days, 2-wks apart) | | (Nath *et al.*, 1991) |
| DNA adducts, 32P-postlabelling | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Glandular stomach) | - (20 mg/kg po x1) | | | (Schilderman *et al.*, 2000) |
| DNA adducts, 32P-postlabelling | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Liver) | - (20 mg/kg po x1) | | | (Schilderman *et al.*, 2000) |
| DNA adducts, 32P-postlabelling | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Prostate) | - (20 mg/kg po x1) | | | (Schilderman *et al.*, 2000) |
| DNA adducts, 32P-postlabelling | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Seminal vesicles) | - (20 mg/kg po x1) | | | (Schilderman *et al.*, 2000) |
| DNA adducts, 32P-postlabelling | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Spleen) | - (20 mg/kg po x1) | | | (Schilderman *et al.*, 2000) |
| DNA adducts, 32P-postlabelling | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Testes) | - (20 mg/kg po x1) | | | (Schilderman *et al.*, 2000) |
| DNA adducts, 32P-postlabelling | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Thymus) | - (20 mg/kg po x1) | | | (Schilderman *et al.*, 2000) |
| DNA adducts, 32P-postlabelling | Mouse, B6C3F1/Crl BR, B (n=6) | Administered diet containing 200 ppm Aroclor 1260 for 2 weeks; sacrificed 24 hr after last diet administration (Liver) | | | - (200 ppm in feed for 2 wks) | (Whysner *et al.*, 1998) |
| DNA adducts, 32P-postlabelling | Mouse, B6C3F1/Crl BR, B (n=6) | Administered single oral dose of 50 mg/kg; sacrificed 24 hr after gavage (Liver) | | | - (50 mg/kg po x1) | (Whysner *et al.*, 1998) |
| DNA adducts, 8-OHdG | Rat, Wistar, Both (n=6) | pregnant rats gavaged with 1 mg/kg bw from second week of gestation to PND21. (Cerebellum) | | + (1 mg/kg bw) | | (Dogan and Alcigir, 2019) |
| DNA adducts, 8-OHdG | Rat, Wistar, Both (n=6) | pregnant rats gavaged with 1 mg/kg bw from second week of gestation to PND21. (Cerebral cortex) | | + (1 mg/kg bw) | | (Dogan and Alcigir, 2019) |

187

843

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Assay | Species, strain, sex (n/group) | Study design (cells) | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| DNA adducts, 8-OHdG | Rat, Wistar, Both (n=6) | pregnant rats gavaged with 1 mg/kg bw from second week of gestation to PND21. (Plasma) | | + (1 mg/kg bw) | | (Dogan and Alcigir, 2019) |
| DNA adducts, 8-OHdG | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Glandular stomach) | - (20 mg/kg po x1) | | | (Schilderman et al., 2000) |
| DNA adducts, 8-OHdG | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Liver) | - (20 mg/kg po x1) | | | (Schilderman et al., 2000) |
| DNA adducts, 8-OHdG | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Prostate) | - (20 mg/kg po x1) | | | (Schilderman et al., 2000) |
| DNA adducts, 8-OHdG | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Seminal vesicles) | - (20 mg/kg po x1) | | | (Schilderman et al., 2000) |
| DNA adducts, 8-OHdG | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Spleen) | - (20 mg/kg po x1) | | | (Schilderman et al., 2000) |
| DNA adducts, 8-OHdG | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Testes) | - (20 mg/kg po x1) | | | (Schilderman et al., 2000) |
| DNA adducts, 8-OHdG | Rat, Lewis, M (n=6) | Administered single treatment of Aroclor 1242 by gavage; sacrificed 24 hr after oral dosing (Thymus) | - (20 mg/kg po x1) | | | (Schilderman et al., 2000) |
| DNA deletion (intrachromosomal recombination / frequency of DEL recombination) | Mouse, C57BL/6J p(un)/p(un), (n=8-32) | Exposed in utero at GD 10.5 (i.p. injection to dams) (Evaluated fur color (i.e., spots) on offspring) | | | + (500 mg/kg ip x1) | (Schiestl et al., 1997) |
| DNA strand breaks (comet assay) | Mouse, Swiss albino, M (n=5) | 1, 2, or 4 mg/kg/day i.p. for 5 weeks (Sperm) | | + (4 mg/kg/day) | | (Attias et al., 2014) |
| Dominant lethal mutation | Mouse, Charles River albino, M (n=12) | Single injection (i.p.) 0, 500, or 1,000 mg/kg and mated immediately after dose administration and weekly thereafter for 6 weeks | - (1,000 mg/kg, 1x) | | | (Arnold, 1972a) |
| Dominant lethal mutation | Mouse, Charles River albino, M (n=12) | Single injection (i.p.) 0, 500, or 1,000 mg/kg and mated immediately after dose administration and weekly thereafter for 6 weeks | | - (1,000 mg/kg, 1x) | | (Arnold, 1972b) |

188

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Assay | Species, strain, sex (n/group) | Study design (cells) | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| Dominant lethal mutation | Mouse, Charles River albino, M (n=12) | Single injection (i.p.) 0, 500, or 1,000 mg/kg and mated immediately after dose administration and weekly thereafter for 6 weeks | | | - (1,000 mg/kg, 1x) | (Arnold, 1972c) |
| Dominant lethal mutation | Rat, Osborne-Mendel, (n=10) | Daily oral intubation doses of 125 or 250 mg/kg/day for 5 days; males were mated one additional week (a total of 11 wks); females killed mid-pregnancy | - (250 mg/kg/day po x 5) | | | (Green et al., 1975b) |
| Dominant lethal mutation | Rat, Osborne-Mendel, (n=10) | Single oral intubation doses of 625, 1250, or 2500 mg/kg; each male was mated with 2 females weekly for the following 10 wks; females killed mid-pregnancy | - (2500 mg/kg po x 1) | | | (Green et al., 1975b) |
| Dominant lethal mutation | Rat, Osborne-Mendel, (n=10) | Daily doses of 75 or 150 mg/kg/day for 5 days; males were mated one additional week (a total of 11 wks); females killed mid-pregnancy | | - (150 mg/kg/day po x5) | | (Green et al., 1975b) |
| Dominant lethal mutation | Rat, Osborne-Mendel, (n=10) | Daily doses of 75, 150, or 300 mg/kg/day for 5 days; each male was mated with 2 females weekly for the following 10 wks; females killed mid-pregnancy | | - (300 mg/kg/day po x5) | | (Green et al., 1975b) |
| Gene mutation | Mouse, BigBlue (lambda/lacI transgenic C57BL/6), M (n=6) | 100 ppm in diet for 7 wks (Liver cells) | | (+) 100 ppm in diet for 7 wks | | (Davies et al., 2000) |
| Gene mutation (minisatellite PC-2) | Mouse, C57Bl/6, M (n=2 litters from each mating time-point) | Treatment of 100 mg/kg via i.p. injection 2x (12 days apart). Mating occurred 7 and 25 days following last injection. Offspring sacrificed at 3 weeks of age. (Liver) | | - (100 mg/kg i.p. 2x) | | (Hedenskog et al., 1997) |
| Gene mutation (minisatellite PC-1) | Mouse, C57Bl/6, M (n=2 litters from each mating time-point) | Treatment of 100 mg/kg via i.p. injection 2x (12 days apart). Mating occurred 7 and 25 days following last injection. Offspring sacrificed at 3 weeks of age. (Liver) | | + (100 mg/kg i.p. 2x) | | (Hedenskog et al., 1997) |

189

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Assay | Species, strain, sex (n/group) | Study design (cells) | Aroclor 1242* | Aroclor 1254* | Aroclor 1260* | Reference |
|---|---|---|---|---|---|---|
| Micronucleus formation | Mouse, C57BL/6 x C3H/He F1, F (n=8) | Mice injected i.p. 1x/day for 5 consecutive days; sacrificed ~4 hrs after last injection (Bone marrow) | | - (15,000 mg/kg x 5) | | (Bruce and Heddle, 1979) |
| Non-mammalian systems, Chromosomal aberrations | Fish, C. idella, - (n=4) | 0, 50, 150, 300 mg/kg in corn oil (i.p.); evaluated after 48 hr (Kidney cells) | | + (50 mg/kg) | | (Al-Sabti, 1985) |
| Non-mammalian systems, Chromosomal aberrations | Fish, Cyprinus carpio (carp), - (n=5-6) | 0, 50, 150, 300 mg/kg in corn oil (i.p.); evaluated after 48 hr (Kidney cells) | | + (50 mg/kg) | | (Al-Sabti, 1985) |
| Non-mammalian systems, Chromosomal aberrations | Fish, T. tinca, - (n=4) | 0, 50, 150, 300 mg/kg in corn oil (i.p.); evaluated after 48 hr (Kidney cells) | | + (50 mg/kg) | | (Al-Sabti, 1985) |
| Non-mammalian systems, Chromosomal aberrations | Chicken, Gallus domesticus, - (n=30 cnrls 64 with 10 ppm, & 57 with 20 ppm) | 0, 0.5 or 1.0 mg injected into White Leghorn eggs and incubated for 4-5 days | - (1.0 mg/egg) | | | (Blazak and Marcum, 1975) |
| Non-mammalian systems, Micronucleus formation | Fish, Cyprinus carpio (carp), - (n=5-6) | 0, 50, 150, 300 mg/kg in corn oil (i.p.); evaluated after 48 hr (Erythrocyes) | | + (50 mg/kg) | | (Al-Sabti, 1986) |
| Sperm morphology | Mouse, C57BL/6 x C3H/He F1, M (n=8) | Mice injected i.p. 1x/day for 5 consecutive days; sacrificed 35 days after last injection (Sperm) | | - (15,000 mg/kg x 5) | | (Bruce and Heddle, 1979) |
| Unscheduled DNA synthesis | Monkey, Cynomolgus, M (n=2) | 50 mg/kg i.p. ~24hr prior to sacrifice (Primary hepatocytes) | | - (50 mg/kg ip x1) | | (Hamilton et al., 1997) |
| Unscheduled DNA synthesis | Monkey, Cynomolgus, M (n=1) | 50 mg/kg i.p. 2x; first injection ~24 hr prior to sacrifice and 2nd injection ~17 hr prior to sacrifice (Primary hepatocytes) | | - (50 mg/kg ip x2) | | (Hamilton et al., 1997) |
| Unscheduled DNA synthesis | Rat, SD, M (n=3) | 300 mg/kg i.p. 5 days prior to sacrifice (Primary hepatocytes) | | - (300 mg/kg ip x1) | | (Kornbrust and Dietz, 1985) |
| Unscheduled DNA synthesis | Rat, SD, M (n=ns) | 500 mg/kg i.p. 1 day prior to sacrifice (Primary hepatocytes) | | - (500 mg/kg ip x1) | | (Shaddock et al., 1989) |

* Each row of the table represents a separate mutagenicity test. Population of the Aroclor column indicates the assay was performed using that Aroclor; - indicates a negative outcome [no mutagenicity]; + indicates a positive outcome; the value in parenthesis is the concentration for which the effect was observed (highest concentration in negative assays / lowest concentration for a positive test).

190

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

### B.  Analysis of two-year bioassays conducted on PCBs and specific PCB congeners.

1.  **Evaluation of PCBs for carcinogenic activity in laboratory animal bioassays:**

Both the International Agency for Research on Cancer (IARC) and the US EPA have designated mixtures of PCBs to be potentially carcinogenic to humans, based on the appearance of liver tumors following exposure of laboratory animals to Aroclor mixtures for extend periods of time (usually 2 years). Indeed, since the first Monsanto-sponsored 2-year chronic bioassay of Aroclors in the late 1960s, there have been over a dozen different laboratory 'life time' or near life-time bioassays in rodents.  Most of these have used rats, but several studies in mice are also available.   A summary of each of these studies is provided below.  A substantive analysis of the collective data then follows.

*IBT (1971b)- Monsanto contract study on Aroclor 1254*

50 male and 50 female albino (Charles River; presumably Sprague-Dawley strain) rats per group, at 0, 1, 10, and 100 ppm in the diet. Five animals from each group were sacrificed at 3, 6, 12 months, leaving approximately 35 animals in the 2 yr completion.  A table in this paper shows the mortality curves for Aroclor 1254 and control animals.  Even though the group size for the 2 year study was relatively large (35 males and 35 females after scheduled interim sacrifices at 3, 6 and 12 months), only 26 controls (10 males, 16 females; 37% survival) and 20 high dose (8 males, 12 females) were alive at the end of the 2 year study. These survival values are similar to the 2 year survival of Sprague-Dawley used as controls in NTP studies (Dinse *et al.*, 2010); two year survival for S-D rats averaged 42% (range, 28-50%, across 9 studies); 2 year survival in Fisher 344 rats was substantially greater, with an average of 67% alive at 2 years (range 60-76%).

There was a modest, but statistically significant, increase in liver weight at 24 months in the 100 ppm males, but not females.  This was not seen in the two lower doses at the three or six-month sacrifice.  At the end of the two-year study, liver weight was significantly increased in both males and females in the high dose 100 ppm group, but no change at the 1 or 10 ppm group.  Histopathology of the liver in all groups, except for the high dose males and females at 24 months, were unremarkable.  In the high dose males at 24 months, of the 11 animals still alive and subjected to necropsy, the following pathology was observed (Table A3-3).

It should be noted that, although Monsanto had contracted in good faith with IBT to conduct what at the time was considered to be 'state-of-the-art' 2-year chronic bioassays for carcinogenesis, IBT was subsequently found to have have falsified data in other studies of pharmaceuticals, thus bringing in to question the validity of these studies, and I do not rely on these studies to support or refute the carcinogenic activity of certain Aroclor mixtures in laboratory rats.  However, the reported results of the IBT studies were consistent with the subsequent finding of the properly conducted NCI 1978 2-year bioassay of Aroclor 1254, which was that *"Aroclor 1254 was not carcinogenic to the rats under the test conditions"* (National Institutes of Health, 1978).

191

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A3-3. Histopathology of the liver of rats treated with Aroclor 1254**

|  | Control | | 1 ppm | | 10 ppm | | 100 ppm | |
|---|---|---|---|---|---|---|---|---|
|  | Male | Females | Male | Females | Male | Females | Males | Females |
|  | N=11 | N=14 | N=11 | N=22 | N=10 | N=12 | N=11 | N=14 |
| Focal degeneration | 1 | 1 | 0 | 0 | 1 | 0 | 2 | 0 |
| Vacuolization (Fatty) | 0 | 2 | 1 | 3 | 3 | 1 | 3 | 10 |
| Necrosis | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Hyperplasia (ductal) | 2 | 2 | 1 | 2 | 1 | 2 | 3 | 1 |
| Hyperplasia | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| hypertrophy | 0 | 0 | 0 | 0 | 1 | 0 | 3 | 6 |
| Nodular hyperplasia | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Focal lymph infiltrate | 0 | 3 | 0 | 3 | 0 | 4 | 1 | 0 |
| Fibrosis | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hepatoma (adenoma) | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Carcinoma/sarcoma | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

There were no data suggesting PCBs were carcinogenic in the liver (or anywhere else) in this study. No carcinomas were seen, and only two benign tumors in the liver were identified, one in the 10 ppm and one in the 100 ppm dose (both females). The authors concluded that Aroclor 1254 induces fatty infiltration in some of the animals, but that there was no evidence of any kind of carcinogenic effect of Aroclor in this study.

Aroclor 1242 (IBT, 1971a)—exactly the same design, with much the same findings as for 1254- some fatty infiltration at the high dose, but no hepatomas or nodular hyperplasia was found in any animal in this study.

Aroclor 1260 (IBT, 1971c)—exactly the same design, with much the same findings as for 1254- some fatty infiltration at the high dose, but no hepatomas or nodular hyperplasia was found in any animal in this study, as with 1242.

### Ito et al. (1973b)

Male mice were used, 12 per dose and treatment group. 3 doses (100, 250, 500 ppm) of each of 3 Kanechlors (100, 300, 500). Animals were treated for 32 weeks. Five out of twelve animals in the high dose Kanechlor 500 group had hepatocellular carcinoma, and 7 had nodular hyperplasia. No animals in any of the other dose /treatment groups had tumors or nodules. They also looked at interactions between benzene hexachloride and Kanechlor 500 and found that 250 ppm Kanechlor 500 increased tumor yield in animals also give 250 ppm BHC.

### Ito et al. (1973a)

Essentially the same study as above, reported at a scientific symposium. Some additional groups of BHC-treated animals are present in this paper, but the PCB-only data appears to be the same as in the JNCI paper.

192

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

### Ito et al. (1974)

Male Wistar strain of rats were used, with 10 -25 animals per dose group.  Kanechlor 300, 400 and 500 were used at 3 doses, 100, 500 and 1000 ppm.  Animals were fed PCBs in the diet for approximately 1 year (Most groups were treated for 52 weeks, but some were less; for example, Kanechlor 500 group was only treated for 27 weeks).  No liver tumors were found, but there was evidence of preneoplastic change and hepatotoxicity in some animals. Nodular hyperplasia was present in a dose-related manner in the Kanechlor 500 group (12, 31, 39%), but seen sporadically in the other two, although the sample sizes were smaller.

### Kimbrough et al. (1975)

Sherman strain of Female rats (N=200) were fed 100 ppm of Aroclor 1260 for approximately 21 months, then sacrificed at 23 months.  Controls (N=200) received the same diet with corn oil.  At the end of the study, 184 PCB-treated rats were still alive, and 26 had hepatocellular carcinomas (14%). One of the 173 control rats alive at 23 months had hepatocellular carcinoma.  148 of the 185 PCB-treated rats had preneoplastic nodules, and nearly all of the females in the PCB-treated group had preneoplastic foci in their livers at sacrifice, compared to areas of hepatocellular alteration in 28 of the 173 controls. The incidence of mammary adenocarcinoma was reduced in the PCB treated rats (5 in controls, 1 in the treated), as well as reductions in thyroid and pituitary tumors, and this may explain at least some of the increased survival in the Aroclor-treated females.

There was no indication as to when the earliest liver tumors occurred, as they did not apparently necropsy the animals that died prior to the end of the 23 month study.

There were two lymphomas noted in the treated group, and none in the controls.   It was concluded that Aroclor 1260 is hepatocarcinogenic in female Sherman rats.

### NCI Bioassay- Moore et al. (1994); Morgan et al. (1981); NCI (1978); Ward (1985)

24 Fisher 344 rats in each group (males, females, 3 doses plus control – doses 25, 50, 100 ppm in diet) for 2 years (104-105 weeks).  The incidence of liver adenomas + carcinomas was elevated, but not statistically significant, in the highest dose group (1/24 in Control, 3/24 100 ppm males, 1/24 Control, 2/24 100 ppm, females).  There was also a high incidence of hyperplastic nodules in the rats, which the authors concluded was treatment related.  There were also 2 adenocarcinomas of the stomach in males and females in the high dose groups (2 and 2), not seen in controls, and a low incidence in historical controls. Authors of the NCI study stated in their conclusions: "It is concluded that, under the conditions of this study, Aroclor 1254 was not carcinogenic in Fisher 344 rats; however, a high incidence of hepatocellular proliferative lesions was observed in both male and female rats was related to the administration of the chemical.  In addition, the carcinomas of the intestinal tract may be associated with administration of Aroclor 1254 to both male and female rats."   In discussions of the peer review comments, these conclusions were approved, and a motion was made and adopted that added the following statement: "Based on the liver proliferative lesions in the treated animals and published reports, it is suggested that Aroclor 1254 may be a tumor promoter."  Six of the eight reviewers voted in favor of the motion, 1 objected, and 1 abstained.

Results from this study were also published in two other papers, one by Morgan *et al.* (1981), and one by Ward (1985).  In the Morgan *et al.* (1981) report of this study, they collected the stomachs and analyzed for pathology.  In males, they found 2/24, 2/24, 4/24 and 7/24 rats with 'stomach lesions' of some sort, at 0, 25,

193

849

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

50 and 100 ppm, respectively.  For females, the incidence of stomach lesions was 1/23, 3/24, 4/24 and 10/24. Histological analyses of the stomach lesions were described as "focal metaplasia" with lymphocyte infiltration and other inflammatory cells noted, suggesting that there was significant inflammation and necrosis.  A total of 6 adenocarcinomas were found out of the 291 rats that were analyzed at the end of the study.  The adenocarcinomas were: 0/47, 1/48, 3/48 and 2/48 at 0, 25, 50 and 100 ppm Aroclor 1254.  Ward also reported liver histopathology results reported in the NCI report.  As seen in Table A3-5, 2 rats in the high dose (100 ppm) male group had hepatocellular carcinoma, and 5 others had adenomas.  Two adenomas were found in the mid-dose (50 ppm) and 1 in the low dose (25 ppm) group.  No hepatocellular carcinomas were seen in these Fisher 344 female rats.  Three adenomas were seen in the mid-dose and 2 were reported in the high dose group.  No adenomas were seen in the controls or the low dose group of females.  Ward states that he looked for correlations between liver tumors and the gastric metaplasia and adenocarcinomas, but found no correlation between animals with gastric metaplasia and those with liver tumors.

**Table A3-4.  Hepatocellular foci and tumors in groups 24 F344 rats fed diets containing Aroclor 1254 (from: Ward, 1985)**

| Dose, ppm | Sex | Hepatocellular foci/cm² ± SD | | | Hepatocellular adenoma (number with lesion) | | | Carci-noma | Any liver tumor |
|---|---|---|---|---|---|---|---|---|---|
| | | Eosinophilic | Basophilic (% with lesion) | Vacuolated | Eosino-philic | Baso-philic | Vacuo-lated | | |
| 0 | Male | 0 ( 0) | 1.48 ± 3.75 (29) | 0 (0) | 0 | 0 | 0 | 0 | 0 |
| 25 | Male | 0.93 ± 1.82* (29)† | 0.27 ± 1.03 (8) | 0.60 ± 1.80 (16) | 1 | 0 | 0 | 0 | 1 |
| 50 | Male | 0.76 ± 1.29 (33)† | 0.63 ± 1.70 (16) | 0.58 ± 1.70 (16) | 2 | 0 | 0 | 0 | 2 |
| 100 | Male | 1.24 ± 2.84* (43)† | 1.58 ± 3.24 (37) | 0.41 ± 0.66 (29)† | 3 | 1 | 1 | 2 | 7* |
| 0 | Female | 0 ( 0) | 1.15 ± 3.30 (29) | 0.09 ± 0.45 (4) | 0 | 0 | 0 | 0 | 0 |
| 25 | Female | 2.74 ± 3.86ˆ (54)† | 0.44 ± 0.92 (20) | 0.04 ± 0.21 ( 4) | 0 | 0 | 0 | 0 | 0 |
| 50 | Female | 3.34 ± 3.49† (62)† | 0.15 ± 0.73 (4) | 0.10 ± 0.50 ( 4) | 3 | 0 | 0 | 0 | 3 |
| 100 | Female | 1.27 ± 2.30* (41)† | 0.87 ± 2.31 (29) | 1.07 ± 1.62* (41)† | 1 | 0 | 1 | 0 | 2 |

\* <0.05 as compared with appropriate control.
† <0.01 as compared with appropriate control.

#### Schaeffer et al. (1984)

This study used only male Wistar rats, and also used a formulation of PCB manufactured by a German company (i.e., not Monsanto PCBs).  Male rats were administered 100 ppm Clophen A30 and A60 fed for up to 800 days.  There were no HCCs in 132 control animals at 800 days (27 months), but there was a significant increase in animals dying from hepatocellular carcinomas in the A60 group (9/129, or 7%), but not A30 (1/138) at 800 days (27 months). However, deaths from non-liver tumors were reduced, most notably thymomas, which were present in 17% of controls, but none in A60 group. At the end of the study, there was a total of 93 tumors (73%) seen in 131 control animals available for necropsy.  In the Clophen A30 group there were 75 tumors (55%) seen in 138 necropsied animals (only 1 HCC), and in the A60 group there were 94 (73%) out of 129 necropsied animals that had any kind of tumor, but most (63) were HCC.  Thus, nearly half of the animals in the A60 group had liver tumors, but they generally did not die early from this (9 out of 85 animals that died before the end of the experiment had liver tumors, and all of those were in the last 100 days prior to the end of the 800 day study, or ~23 months).  There were far fewer non-HCC tumors in the

194

850

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Clophen A60 group (24.5% vs. 60% in controls had non-liver tumors).  Thus, overall, PCB treatment had no significant effect on overall tumorigenesis, even though HCC was dramatically elevated in the A60 group. The incidence of urogenital track pathologies, including prostatitis and nephritis, were greatly reduced in the treated groups, relative to the controls.

### Norback and Weltman (1985)

Sprague-Dawley rats, 70 per group (males and females), were fed Aroclor 1260 at 100 ppm for 16 months and then switched to 500 ppm for 8 months, then to a control diet for another 5 months of the 29 month study.  The control group consisted of 63 males and 63 females. Three animals from each group (2 from controls) were sacrificed at 1, 3, 6, 9, 12, 15 and 18 months and the livers were evaluated for histopathology. The remaining 49 animals completed the protocol (or died prematurely; 46 males and 47 females were alive at the end of the study).  At the end of the study, no tumors were reported in either the control males or females.  In the Aroclor 1260 treated males, five males had neoplastic nodules, and 2 had trabecular carcinoma, with 39 of the 46 males exhibiting no liver pathology.  In contrast, females showed substantially greater susceptibility to Aroclor 1260.  43 of 47 female rats (91%) either trabecular carcinoma (19, or 40%) or adenocarcinoma or adenocarcinoma+trabecular cell carcinoma (24, or 51%).  Two females had neoplastic nodules but no carcinomas, and 2 had no evidence of any liver neoplasia. Of the 24 male and 24 females sacrificed in the interim periods, none of the males had any liver cancers, and only 1 had nodules (at 24 mo). Of the females, 5 had trabecular cell carcinomas (1 at 15, 2 at 18 and 2 at 24 mo), and 2 had adenocarcinomas (both at 24 mo).  Ten of the females in the interim sacrifice group had nodules, with the earliest appearing at 12 months.   The authors concluded that Aroclor 1260 induced a significant level of both trabecular cell carcinoma and adenocarcinoma of the liver in female rats.  Males were substantially less sensitive.  The authors noted that, although the tumors shared morphological characteristics of malignant tumors, "their biological behavior was relatively unaggressive."  They noted that there were no metastatic tumors, and that mortality was not increased.   They concluded that the lack of greater morbidity and mortality was due to "slow progression of the neoplastic nodules and their late appearance and slow growth of the hepatocellular carcinoma."

### Moore et al. (1994)

Because the US EPA had begun using these studies to establish regulatory guidelines for all PCBs, the National Toxicology Program organized a "Pathology Working Group" (PWG) consisting of 5 independent, Board certified Veterinary Pathologists to review the original histopathology (microscopic evaluation of tissues from each of the animals) from 4 data  sets (Kimbrough *et al.*, 1975; NCI, 1978; Norback and Weltman, 1985; Schaeffer *et al.*, 1984) that included 7 different bioassays for various Aroclors.  The consensus report was published by Moore *et al.* (1994).

They reported that the reevaluation of the histopathology of all seven studies found relatively little difference in pathological diagnoses from the original study, with a few exceptions, as shown in Tables 4 and 5 from their report (Table A3-5 and Table A3-6).

195

851

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**Table A3-5.** Comparison of Liver Neoplasms in Male Rats fed a PCB Mixture Containing 60% Chlorine (from: Moore *et al.*, 1994)

| Strain | Wistar[a] | | | | Sprague–Dawley[b] | | | |
|---|---|---|---|---|---|---|---|---|
| Group | Control | | Treated | | Control | | Treated | |
| Pathology diagnoses | Orig | Reeval | Orig | Reeval | Orig | Reeval | Orig | Reeval |
| No. examined | 131 | 120 | 129 | 125 | 32 | 31 | 46 | 40 |
| Benign hepatic tumors | 5[c] | 6[d] | 62[c] | 47[d] | 0 | 0[d] | 5[c] | 4[d] |
| Hepatocellular carcinomas | 1 | 2 | 61 | 67 | 0 | 0 | 2[e] | 1 |
| Benign + carcinomas[f] | 6 | 8[g] | 123 | 114 | 0 | 0 | 7 | 5 |

[a] Schaeffer *et al.* (1984).

[b] Norback and Weltman (1985).

[c] Reported as neoplastic nodules.

[d] Reported as hepatocellular adenomas.

[e] Original study reported as trabecular carcinomas.

[f] Sum of benign hepatocellular tumor or hepatocellular carcinoma. If rat had both, then lesions were counted only as carcinoma.

[g] One cholangiocarcinoma also diagnosed in a rat with other liver tumors.

**Table A3-6.** Comparison of Liver Neoplasms in Male Rats fed a PCB Mixture Containing 42% Chlorine (from: Moore *et al.*, 1994)

| Strain | Wistar[a] | | | |
|---|---|---|---|---|
| Group | Control | | Treated | |
| Pathology diagnoses | Orig | Reeval | Orig | Reeval |
| No. examined | 131 | 120 | 130 | 128 |
| Benign hepatic tumors | 5[b] | 6[c] | 38[b] | 14[c] |
| Hepatocellular carcinomas | 1 | 2 | 4 | 2 |
| Benign + carcinomas[d] | 6 | 8[e] | 42 | 16 |

[a] Schaeffer *et al.* (1984).

[b] Reported as neoplastic nodules.

[c] Reported as hepatocellular adenomas.

[d] Sum of benign hepatocellular tumor or hepatocellular carcinoma. If rat had both, then lesions were counted only as carcinoma.

[e] One cholangeiocarcinoma also diagnosed in a rat with other liver tumors.

196

852

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

There were relatively modest differences in pathological diagnoses between the PWG's analyses and that of the original authors for Aroclor 1260.  However, there was a substantial difference between the PWG evaluation and that of the Schaeffer *et al.* (1984) report on Aroclor 1242.  Whereas Shaeffer *et al*. reported 42 hepatocellular tumors (benign + malignant) in the Aroclor 1242-treated group, with only 6 tumors in the controls, the PWG found only 16 benign+ malignant liver tumors in the treated group, and 8 in the controls, making the original analysis of this study somewhat questionable in terms of the tumorigenicity of Aroclor 1242.

The final conclusion of the PWG's reevaluation of these studies was:

> "The reevaluations permit a more confident comparison of the carcinogenic responses observed in seven different studies with PCBs.  The results highlight three issues:  PCBs with 60% chlorine content consistently provoke a high yield of liver tumors in rats; the liver tumor response observed in rats exposed to PCBs with lower levels of chlorine was not observed to have an increase in liver tumors; no clear sensitivity differences in tumor response were observed between males and females.  These data indicate that continuation of a science policy of assuming that all PCBs are probable human carcinogens and possess a carcinogenic potency equivalent to the mixture that contains 60% chlorine has no scientific foundation and should be reconsidered."

### Rao and Banerji (1988); Rao and Banerji (1990)

This study was a short-term exposure of two groups of 32 male Wistar rats exposed to 50 or 100 ppm Aroclor 1260 for 120 days in the diet.  Animals were examined after 120 days.  They report a high incidence (75% and 50% in the 50 and 100 ppm, respectively, groups) of what they refer to as 'Neoplastic Nodules', and based on these responses, titled the paper 'Induction of Liver Tumors in Male Wistar Rats…..'  However, the description and the time frame was much more consistent with hyperplasia, as described by (Mayes *et al.*, 1998) and are non-neoplastic lesions, although these are often considered to potentially be 'preneoplastic' lesions.  The quality of this study is questionable, and it provide little useful information.  These authors also reported in a different paper (Rao and Banerji, 1990) from the same study histopathological changes in the liver, and again refer to these changes as 'neoplasia.'

### Mayes et al. (1998) (this is the same study as the Brunner et al. (1997) study cited in the EPA 1996 Risk Assessment of PCBs)

This is, by far, the most substantial carcinogenicity bioassay for PCB mixtures ever done.  This study involved 4 different commercial PCBs: Aroclor 1016 (0, 50, 100, 200 ppm), Aroclor 1242 (0, 50, 100), Aroclor 1254 (0, 25, 50, 100 ppm) and Aroclor 1260 (0, 25, 50, 100 ppm). PCBs were administered in the diet over 24 months, with careful records of dietary consumption, weight gain, etc.  The study used 50 animals per dose per sex in each group, with 100 animals each in male and female control groups. Overall, PCB treatment did not result in treatment-related reduced mortality.  There was a slightly increased mortality in Aroclor 1016 100 ppm males and Aroclor 1254 50 ppm males, but there were no dose trends, so it was not possible to conclude that this was treatment related.  Conversely, there was a decrease in mortality in females in all PCB groups, and

197

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

this was statistically significant for all Aroclor 1016 and 1242 groups, and for the 25 ppm Aroclor 1254 and 100 ppm Aroclor 1260 females.

In males, there was a modest but significant increase in thyroid gland tumors, but these were benign adenomas.  There was no increase in thyroid gland adenocarcinomas in any of the males or females. The increase in thyroid adenomas in males is likely explained by induction of P450s that reduce circulating thyroid hormones (T4 and T3) and thus induce thyroid hyperplasia (due to an increase in TSH in a feedback-regulated response to reduced T3 and T4).  This is normally more common in males than females because of differences in baseline circulating levels of T4 and T3 in males.

In males, there was a significant increase in hepatocellular adenomas in the high dose 1260 group, but no increase in either liver adenomas or carcinomas in any of the other PCB-treated males.

Female rats were more susceptible to the hepatocarcinogenic effects of PCBs than males (as seen in other studies using Sprague-Dawley strain of rats), with statistically significant increased levels of hepatocellular carcinomas in the mid (4/50) and high (6/50) dose 1254 and high (5/60) dose 1260-treated females.  There were also a few cholangiocellular carcinomas in the mid dose 1254 (6/50) and high dose (3/50) 1260 female groups.  There were a large number of hepatic adenomas in females in most of the PCB-treated females that increased in a dose-related fashion, except for Aroclor 1016 (in the 1016 females, there was 10% of the animals in the mid and high dose groups with adenomas, and one hepatocellular carcinoma in the 100 ppm dose group).

This study demonstrated that higher chlorinated PCBs (1254, 1260) are effective liver carcinogens in females, which supports previous studies showing that higher chlorinated PCBs are hepatocarcinogenic, and that females are more sensitive than males. However, there may also be significant strain differences in susceptibility since the NCI/Moore *et al*. and the Morgan *et al*. study had a substantially lower incidence of liver tumors in female Fisher 344 rats compared to Mayes studies that used Sprague-Dawley rats.

This study also demonstrated a significant reduction in female breast tumors in Aroclor 1242, 1254 and 1260-treated female rats.  This is consistent with previous studies (Kimbrough *et al*., 1975) in Sherman rats (which have a high rate of background mammary carcinomas) and may also explain the increased survival of PCB-treated female rats seen in this study.

### NTP (2006c)- PCB126 Gavage study

PCB126 is the most potent agonist of the rat AhR, e.g., the most 'dioxin-like' of all PCBs.  Although it does not contribute significantly to the total percentage of PCB congeners (less than 0.1%), because of its very high affinity for the rat Arylhydrocarbon Receptor (AhR) it contributes significantly to the total 'dioxin-like equivalents' (TEQs) in commercial mixtures of higher chlorinated PCBs.  It's use in this experimental model was focused more on understanding the role of AhR agonists and the value of the 'TEF' approach for risk assessment of dioxins and dioxin-like chemicals than on risk assessment for PCBs.  This is one of a series of NTP studies focused on evaluating the validity of the TEF approach for dioxins and other dioxin-like HPAHCs. The study notes: "The design of these studies on PCB126 should be considered within the context of the dioxin TEF evaluation."

PCB126 was administered by gavage to female Harlan Sprague-Dawley rats (N=50 per group), 5 days/week for two years, at doses of 30, 100, 175, 300, 550, or 1,000 nanograms (ng) per kilogram of body weight. "A

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

group of 81 vehicle control female rats received the corn oil/acetone vehicle alone. A group of 28 rats received 10 ng/kg for up to 53 weeks only. Up to 10 rats per group were evaluated at 14, 31, or 53 weeks. A stop-exposure group of 50 female rats was administered 1,000 ng/kg PCB126 in corn oil:acetone (99:1) by gavage for 30 weeks then the vehicle for the remainder of the study."

There were many effects on the liver, including significant increases in cholangiocellular carcinoma and cholangiocellular sarcomas, and a few hepatocellular adenomas, but no hepatocellular carcinomas were reported, in contrast to previous studies with mixtures of PCBs. There was an increase in a number of benign tumors in other tissues (oral mucosa, lung) with small but significant increase in squamous cell carcinoma of the lung and gingival squamous cell carcinoma.

As seen with some studies with Aroclors, there was a reduced incidence of mammary tumors in this study. Adenocarcinoma in the breast was reduced from 16% in the control to only 3% in the high dose group. Fibroadenomas were reduced in a similar way (from 86% in controls to 31% in high dose group). Pituitary tumors were also significantly decreased in the treated groups.

### NTP (2006a)- PCB153

This study was of similar design to the PCB126 study above. However, the doses were more than 1000-fold higher. PCB153 is a non-DL PCB that is present in relatively high concentrations in humans, so that is the primary reason it was selected. It has no 'dioxin-like' activity (e.g., it has no AhR agonist activity, and thus is a 'non-dioxin like' PCB).

"Female Harlan Sprague-Dawley rats were administered PCB153 (greater than 99% pure) in corn oil:acetone (99:1) by gavage for 14, 31, or 53 weeks or 2 years. Groups of 80 (3,000 µg PCB153/kg body weight), 81 (100, 300, and 1,000 µg/kg), or 82 (10 µg/kg) female rats received PCB153 in corn oil:acetone (99:1) by gavage at doses of 10, 100, 300, 1,000, or 3,000 µg/kg 5 days per week for up to 105 weeks; a group of 81 female rats received the corn oil:acetone (99:1) vehicle alone. A stop-exposure group of 50 female rats was administered 3,000 µg/kg for 30 weeks and then the vehicle for the remainder of the study."

In contrast to PCB126, PCB153 had very few effects on any organ system. There were 3 cholangiomas reported in the treated groups; only one hepatocellular adenoma was seen in the high dose (3,000 µg/kg/d) group, but no carcinomas in the liver or any other tissue were seen in excess in the treated groups. However, as with PCB126, there was a substantial reduction in the incidence of breast adenocarcinoma, from 15% in controls to 4% in the high dose group. However, there was no effect on fibroadenomas (42% in control, 47% in high dose).

### NTP (2006d)- Combination of PCB126 and 153

This study looked at interaction of the two PCBs studied individually, as discussed above. Design was: Groups of 53 female rats were exposed by oral gavage to mixtures of PCB126 and PCB153 dissolved in corn oil five days a week for two years. Daily doses were 10, 100, 300, or 1,000 nanograms of PCB126, each with 1,000 times as much PCB153, per kilogram body weight. Animals receiving the corn oil alone served as the control group. There were two hepatocellular carcinomas in the high dose group, and numerous (26 out of 103 animals; 21 in the high dose and 5 in the next lower level) cholangiocellular carcinomas in the two highest dose groups (300 and 1,000 ng/kg-d PCB126 and 300 and 1,000 µg/kg PCB153). There were 16 (out of 53 animals) hepatocellular adenomas in the highest dose group (1,000 ng/kg of PCB126 plus 1,000 µg/kg

199

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

of PCB153).  This study showed that PCB153 does not antagonize many of the toxic effects seen with PCB126, as had previously been hypothesized. The number of liver tumors seen in the female rats given the two highest doses of PCB153 were statistically greater than the number of tumors seen in females rats given only 300 ng/kg-d of PCB126, suggesting that, at doses of PCB153  sufficient to cause extensive induction of microsomal enzymes, there is some additional 'tumor promotion' effects of PCB153 in animals given large doses of PCB126.  As with both the individual PCBs, the mixture caused a significant reduction in breast tumors, both malignant adenocarcinoma and benign fibroadenomas.

2.  **Role of PCBs as liver tumor promoters:**

Numerous studies using two stage, 'initiation-promotion' studies have demonstrated that Aroclors act as tumor promoters in the two stage bioassays.  For example, Kimura *et al.* (1976) demonstrated that 400 ppm Kanechlor 400 for 6 months increased the incidence of 3'-methyl-4-dimethylaminoazobenzene -initiated liver tumors in female Donryo rats.  Nishizumi (1979) showed that Kanechlor 500 increased the incidence of DEN-initiated liver tumors in Wistar rats. Tatematsu *et al.* (1979) showed that Kanechlor 500 developed neoplastic nodules after a non-carcinogenic dose of 2-AAF. Preston *et al.* (1981) showed that 100 ppm of Aroclor 1254 for 18 weeks following initiation with diethylnitrosamine increased the incidence of hepatocellular carcinoma in male Sprague-Dawley rats. And Pereira *et al.* (1982) showed that 500 mg/kg Aroclor 1254 reduced the time to appearance of neoplastic nodules in partially hepatectomized male Sprague-Dawley rats. Ito *et al.* (1973b) showed that PCBs promoted benzene hexachloride induced liver tumors in mice.

One other initiation-promotion study in Sprague-Dawley rats Makiura *et al.* (1974) found that PCBS <u>protected</u> male Sprague-Dawley rats from the tumor-inducing effect of 3'-methyl-4-dimethylaminoazobenzene,  N-2-fiuorenylacetamide, and diethylnitrosamine.  However, in this study the animals only received PCBs for 20 weeks, which was enough to cause significant P450 induction (which likely contributed to enhanced detoxification of the carcinogens) but was apparently not long enough to contribute a promotional effect on later tumor development of initiated foci.

Given that, in every study the doses of PCBs used were high (100 ppm or higher), there is no question that liver microsomal enzymes were greatly induced, including AhR induction of CYP1A1 and many other genes, and CYP2B and 3A induction via CAR and PXR, and that the promotional effect was likely secondary to the extensive physiological changes due to enzyme induction.  For example,  Preston *et al.* (1981) demonstrated that the promotional effects of Aroclor 1254 that had been 'stripped' of low levels of chlorinated dibenzofurans that are potent activators of the AhR was substantially less effective as a promoter than Aroclor 1254 mixture that contained trace levels of chlorinated dibenzofurans.  Since Arochlor 1254 contains significant amounts of PCB126 and PCB118, which are effective activators of the rat AhR, it likely that the promotional effects of Aroclor 1254 are largely, if not fully, mediated via AhR induction.  This conclusion is supported by the NTP 2006 study of PCB153, which found no significant tumor development in rats given 100 ppb of PCB153 for 2 years.

3.  **Summary of 'Time to Tumor' information in these studies:**

IBT Studies – no useful 'time to tumor' data were provided in these studies.  But there were also no tumors found, even at the end of the study, so these are largely non-informative as to when liver tumors might first appear.

200

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Ito *et al.* (1973b)- These studies, done in mice, involved exposure for 37 weeks, with subsequent sacrifice and histology.  The highest dose (500 ppm) of the most highly chlorinated PCB (Kanechlor 500) resulted in 5 of 12 male mice with hepatocellular carcinoma.  This is the only study to date that utilized mice.

Kimbrough *et al.* (1975)- There was no useful 'time to tumor' information provided in this study, as apparently no histopathology was performed on animals that died prior to the end of the study.  By the survival of these animals was unusually high, as 173 out of 200 control rats, and 184 out of 200 Aroclor 1260-treated (100 ppm) were alive 23 months after initiation of the study. Aroclor-induced tumors did not result in premature mortality, since overall mortality was somewhat lower in the PCB-treated animals (86.5% in control, 92% in Aroclor 1260-treated rats).

4. **Summary and conclusions of findings across the various studies:**

Table A3-7 summarizes the tumor outcomes for liver tumors in 27 different studies where animals given 100 ppm of Aroclors.  Statistically significant increases benign (adenoma)  + malignant (carcinoma) liver tumors were seen in 9 of the 27 studies (33%), and carcinomas were seen in 6 of the 2-year rat bioassays of PCB mixtures (Aroclors) at 100 ppm daily dose, as summarized above.  Statistically significant increases in tumors were not seen at daily doses of less than 50 ppm in any studies that used lower doses.

Several points are evident from this table (significant effects highlighted in yellow):

1. Studies in which both male and female rats were used found a substantially greater incidence of hepatic tumors in females compared to males. For example, the study by Norback and Weltman (1985) with Aroclor 1260 found 91% liver tumor incidence in female Sprague-Dawley rats, but only one liver tumor (4%) in the 46 treated male rats. Mayes *et al.* (1998) found liver tumors in female Sprague-Dawley rats given 100 ppm Aroclors at the following rates: 1242, 29%; 1254, 55%; 1260, 8%. They found no (1242) or very low (1254, 1260) incidence of liver tumors in male rats.  However, the one study with Clophen A60 by (Schaeffer *et al.*, 1984) found a high level of hepatic tumors in male Wistar rats. Whether this unusual effect in males was due to a strain difference or a difference in PCB source is not known.

2. Although malignant tumors (hepatocellular carcinomas and/or cholangiocellular carcinomas) were found in a few animals, the vast majority of tumors seen in both male and female rats were benign adenomas.  The exception to this is the Norback and Weltman (1985) study of Aroclor 1260, where they noted that "*Although the tumors met the morphologic criteria for malignancy, their biologic behavior was relatively unaggressive. The neoplasms did not metastasize to distant organs nor invade blood vessels. Mortality of the animals was not increased.*"  Thus, although they classified them histologically as carcinomas (cancers), the behavior of those tumors was more like benign adenomas than malignant carcinomas, similar to what has been reported in other studies.

3. Liver tumors were much more prevalent in studies on higher chlorinated Aroclor mixtures (e.g., PCB1254 and 1260), than the lower chlorinated mixtures (e.g., Aroclor 1016 and 1242). This is consistent with the relative levels of DL-PCBs in these Aroclors.  For example, Rushneck *et al.* (2004) measured all of the DL-PCBs in a variety of Aroclors, and found the following TEQs (using WHO TEF values): 1016, 0.09; 1242, 5.2; 1248, 15; 1254, 21; 1260, 3.5; 1262, 1.1.  Thus, 1254 has 6 times the TEQ of 1260, but 1260 had nearly 40 times the TEQ as 1016.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

4.  The Fisher strain of laboratory rat appears to be much more resistant to Aroclor-induced tumor formation than Sprague-Dawley (SD) rats. This observation has mechanistic relevance, as estrogen production over the lifespan in these two strains is substantially different, with SD rats having prolonged estrous, and thus higher levels of estrogen later in life.  This may also explain the high 'background' level of mammary tumors in Sprague-Dawley rats (Brown *et al.*, 2007; Eldridge *et al.*, 1999).

202

858

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A3-7.  Summary of tumor incidence from 2 year rat bioassays on various Aroclors at 100 ppm**

100 ppm Aroclor 2 yr studies – Excess liver tumors- (controls were subtracted from total observed in treated)

| Study, strain | Aroclor | Months | # males | # females | A+C/total M | C/total M | A+C/total F | C/total F |
|---|---|---|---|---|---|---|---|---|
| IBT (1971b), S-D | 1254 | 23-24 | 35 | 35 | 0/11 (0%) | 0/11 (0%) | 1/14 (7%) | 0/14 (0%) |
| IBT (1971a), S-D | 1242 | 23-24 | 35 | 35 | 0/6 (0%) | 0/6 (0%) | 0/14 (0%) | 0/14 (0%) |
| IBT (1971c), S-D | 1260 | 23-24 | 35 | 35 | 0/10 (0%) | 0/10 (0%) | 0/15 (0%) | 0/15 (0%) |
| Kimbrough et al. (1975), Sherman | 1260 | 23 | 0 | 184 | - | - | 26/184 (14%)[*] | 26/184 (14%)[*] |
| NCI (1978), F344 | 1254 | 24 | 24 | 24 | 3/24 (12.5%) | 2/24 (8%) | 2/24 (8%) | 0/24 (0%) |
| Schaeffer et al. (1984), Wistar | CloA30 | 13-23 | 152 | - | Not reported | 0/122 (0%) | Not done | Not done |
| | CloA30 | 23-27 (died) | 152 | - | Not reported | 1/107 (1%) | Not done | Not done |
| | CloA30 | 27+ | 152 | - | Not reported | 3/87 (3%) | Not done | Not done |
| | CloA60 | 13-23 | 141 | - | Not reported | 0/115 (0%) | Not done | Not done |
| | CloA60 | 23-27 (died) | 141 | - | Not reported | 9/85 (11%) | Not done | Not done |
| | CloA60 | 27+ (all) | 141 | - | Not reported | 52/85 (61%)[*] | Not done | Not done |
| Norback and Weltman (1985), S-D | 1260 | 29[1] | 50 | 50 | 2/46[2] (4%) | 2/46 (4%) | 43/47[3] (91%)[*] | 43/47 (91%)[*] |
| Ward (1985), F344 | 1254 | ~28 | 24 | 24 | 7/24 (29%)[*] | 2/24 (8%) | 2/24 (8%) | 0/24 (0%) |
| Mayes et al. (1998)[4], S-D | 1016 | 24 | 50 | 50 | 0/50 (0%) | 0/50 (0%) | 6/50 (11%)[*] | 1/50 (2%) |
| " | 1242 | 24 | 50 | 50 | 0/50 (0%) | 0/50 (0%) | 15/50 (29%)[*] | 2/50 (4%) |
| " | 1254 | 24 | 50 | 50 | 2.5/50 (12%) | 0/50 (0%) | 28/50 (56%)[*] | 6/50 (12%)[*] |
| | 1260 | 24 | 50 | 50 | 6.5/50 (12%) | 1.5/50 (3%) | 24/50 (48%)[*] | 5/50 (10%)[*] |

Footnotes for Table A3-7: (1) Animals received 100 ppm Aroclor 1260 for 16 months, then 50 ppm for 8 more months. Final sacrifice was at 29 mo.  Tumor totals appear to include all tumors found, including those sacrificed at interim intervals, and those that received partial hepatectomy; (2) Includes 8 males that received partial hepatectomy during first 18 mo.; (3) Includes 7 females that received partial hepatectomy during first 18 mo. (4) Because there were liver adenomas and carcinomas seen at low frequency in the controls, the % observed in controls was subtracted from the % observed in the 100 ppm treated groups.  This series of studies is referred to as 'Brunner et al., 1997' in the EPA Risk assessment of PCBs; (5) [*](Yellow highlight) emphasizes statistically significant findings.

203

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Based on these studies, EPA and most other regulatory agencies have classified Aroclor mixtures as potentially carcinogenic to humans, and utilized liver tumor incidence in female rats (including benign tumors) in quantitative cancer risk assessments for PCBs (US EPA, 1996).  Indeed, virtually all regulatory guidance for environmental PCBs (clean-up standards, emissions standards, effluent standards, etc.) utilizes 'cancer' as the driving end-point (the toxic endpoint with the highest level of risk).  The US EPA risk assessment of PCBs, which was completed in 1996, makes three critical assumptions which serve as the basis for all regulatory actions:

- Assumption 1:  PCBs are carcinogenic in laboratory rats

- Assumption 2:  The slope of the dose-response curve is linear at low doses (below a defined 'point of departure' used to extrapolate high dose rat data to low dose human exposures and response)

- Assumption 3:  The liver tumor response seen in female rats at high doses is relevant to humans exposed to much lower doses.

However, although there is clear evidence that PCBs are carcinogenic in some strains of laboratory rats, there is now solid scientific evidence to demonstrate that assumptions 2 and 3 are incorrect.


### C. Adverse Outcomes Pathway analysis of AhR activation as the mode of action of PCBs in causing liver cancer in rats

#### 1. Adverse Outcomes Pathways (AOPs) approach for risk assessment of dietary PCBs

In 2010, Ankley *et al*. from the US EPA (Ankley *et al.*, 2010) proposed that the AOP approach should be used for ecological risk assessments that are used for regulatory purposes:

> Bringing the full range of emerging tools and understanding to bear on ecological risk assessment requires the development of a framework within which data and knowledge collected at many levels of biological organization can be synthesized in a way that is useful to risk assessors and the ecotoxicologists who support this activity.

This was the first paper to propose using the 'Adverse Outcome Pathway' approach for risk assessment purposes.  He provided the following 'flow chart' to conceptualize the process, based primarily on ecological risk assessment (Figure A3-1).

204

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A3-1. Conceptual diagram of key features of an adverse outcome pathway (AOP). Each AOP begins with a molecular initiating event in which a chemical interacts with a biological target (anchor 1) leading to a sequential series of higher order effects to produce an adverse outcome with direct relevance to a given risk assessment context (e.g., survival, development, reproduction, etc.; anchor 2). The first three boxes are the parameters that define a toxicity pathway, as described by the National Research Council (figure from: Ankley *et al.*, 2010)**

A recent workshop sponsored by NIEHS, EPA and other environmental science/regulatory agencies summarized the current scientific thinking about how AOPs will improve the quality and reliability of chemical risk assessments for regulatory purposes.  The Workshop summary Kleinstreuer *et al.* (2016), states the following:

> Models for toxicity testing are evolving from traditional observational models to models based on improved understanding of toxicity mechanisms. This new approach will enable the use of predictive tests and models to better inform regulatory decisions in a more timely fashion. One element of this paradigm shift is the concept of the adverse outcome pathway (AOP). The AOP is a conceptual framework constructed from existing knowledge relating toxic substance exposures to subsequent molecular and cellular changes resulting in illness or injury to an individual or population (Ankley et al., 2010). AOPs are made up of specific biological elements, which may be shared between AOPs and act as connecting nodes for AOP networks:
>
> - A molecular initiating event (MIE) is an interaction, such as a chemical binding to a receptor or to proteins, which must occur to begin the toxicity process.
>
> - The MIE is the first in a series of key events (KEs) that must occur for toxicity to progress. Early KEs at the cellular level can include altered protein production or molecular signaling; later KEs can include changes in tissue or organ function. The links between KEs are described by key event relationships (KERs).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

- *Adverse outcomes (AO) are the result of the molecular initiating event and key events. They include diseases, developmental defects, impaired reproduction, etc. Adverse outcomes may be described at the individual or population level, especially when considering environmental effects, where these outcomes might include changes in population structure or local extinction of a species.*

A very similar approach to the AOP is referred to as 'Mode of Action' (MOA), which has been in use in risk assessment of specific chemicals for more than a decade.  The two approaches are almost identical, but the AOP workshop (Kleinstreuer *et al.*, 2016) defined the modest difference as follows:

> *The concepts of MoA and AOP are very similar. However, an important difference is that a MoA pathway tends to describe details specific to a particular chemical or chemical class, while AOPs describe perturbed biological pathways and are, therefore, ideally, chemical-agnostic. Also, information on events occurring before the MIE, such as metabolism and kinetics, is, when possible, intended to be considered independently from an AOP (DL Villeneuve et al., 2014b). Key shared principles for MoAs and AOPs are that (1) the pathway is a plausible hypothesis of important events, rather than a detailed molecular understanding of each step, and (2) every step in the process or pathway need not be defined in order for the pathway to have utility.*

A recent review on the use of AOPs for regulatory decision-making (Carusi *et al.*, 2018) provides the following description of the AOP approach:

> *The goal of the AOP framework is to compile and synthesize this wealth of biological information such that it can be transparently and efficiently employed for decision-making. Fig. 2 provides an overview of the AOP framework in the context of its potential application to the translation and use of different types of data to support assessment of the effects of chemicals on human health and the environment. The initial interaction of a chemical with a biological system is depicted as the molecular initiating event (MIE), such as binding to a protein (e.g., receptors, enzymes) or DNA, or interactions with membrane lipids. These MIEs can cause subsequent perturbations at higher biological levels of organization, depicted as intermediate key events (KEs) along an AOP, which ultimately may result in adverse apical responses such effects on survival, reproduction, carcinogenesis, etc.*

This approach is useful for both human health and ecological risk assessments.  The focus of this report will be to use AOPs to assess the potential adverse health outcomes to humans exposed to PCBs via the diet.  The concept behind the AOP approach is that the potential adverse outcomes associated with a specific biological pathway are dependent upon the Molecular Initiating Event (MIE), which is the ability of the toxic substance to initiate a key molecular event that is necessary, but usually not sufficient by itself, to cause an adverse effect.  For example, certain dioxins, dibenzofurans and co-planar PCBs can bind to and activate the aryl hydrocarbon receptor (AhR) with varying degrees of affinity (potency) and efficacy (magnitude).  In this example of an AOP, activation of the AhR by it's cognate ligand (Dioxins, DL-PCBs, etc.) is the Molecular Initiating Event (MIE, or Key Initiating Event, KIE) (Figure A3-2).

206

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A3-2.** Depiction of the role of the Adverse Outcome Pathway (AOP) framework in linking various data streams to outcomes relevant to regulatory decision-making for chemicals. MIE –molecular initiating event, KE – key event, KER – key event relationship, AO – adverse outcome. Source: from: Ankley and Edwards (2018), as published in Carusi *et al.* (2018)

The 2016 EPA/NIEHS AOP Workshop (Kleinstreuer *et al.*, 2016) noted the following about the utility of AOPs for regulatory decision making in toxicology:

> An AOP is a framework that allows the placement of available information on biological pathways into an organized, usable, testable format. As outlined above, information in an AOP could be used for assessing chemical risks in a number of ways, including prioritization of chemicals for future evaluation, development of predictive models and IATAs, qualitative or quantitative hazard characterization, and ultimately risk assessment. The utility of an AOP depends on the completeness and maturity of the knowledge underpinning the AOP, the extent to which the links between each KE are understood, and how easily the KEs can be queried.

The Workshop also provided the following perspectives on implementation and value of using an AOP approach to quantitative risk assessment:

> At its most basic level, a useful AOP links a MIE convincingly and qualitatively to an [adverse outcome] AO. Adding information about the linkages between the intermediate KEs along a pathway expands the usefulness further, perhaps to the level where evidence provided by mechanistic tests querying particular KEs can characterize chemical hazards. However, for maximal utility, these linkages, or KERs, must be understood quantitatively. **Beyond characterizing the pathway, it is important to understand the dose that**

207

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*activates the pathway, and if it is relevant to human or ecological exposure scenarios [emphasis added].*

Thus, this expert report provides an AOP approach to assessing the adverse outcomes that may result from dietary exposures to PCBs from consumption of fish that have bioaccumulated PCBs from their environment.

The process for conducting an AOP-focused, site-specific risk assessment for potential health effects of consumption of fish contaminated with PCBs involves the following steps/questions:

1. What is the 'key molecular initiating event' (MIE, that leads to a Key Initiating Event, KIE, that is a biological response, such as changes in gene expression) for the specific health outcome of interest (e.g., cancers, reproductive effects, immune toxicity, neurotoxicity, etc.) identified in toxicological studies in experimental animals?

2. What is the shape of the 'dose-response' (D-R) curve for the KIE (or for a biomarker that reflects the KIE)?

3. For complex mixtures such as PCBs, what is the D-R relationship for the specific chemicals/congeners of interest that operate through the KIE?

4. From D-R analysis of experimental animal data from chronic or sub-chronic *in vivo* bioassays, what is the daily dose of specific chemicals/congeners of interest necessary to produce a biologically significant response through the KIE?  (e.g., in the case of AhR activation as the KIE, what daily dose, in TEQ, of AhR-activating ligands is necessary to cause an increase in AhR-response that is 20% of the maximal response at steady-state, i.e., a Benchmark Concentration 20%, BMC20)?

5. If the daily dose necessary to obtain a biologically significant response is obtained from experimental animal studies, what is an evidence-based 'species correction factor' that can reasonably adjust for species differences in the dose-response relationship between experimental species used (e.g., rats, mice, monkeys) and humans?

6. Once a human estimate of daily dose of the biologically significant response is obtained, identify from the D-R analysis a further adjustment to identify a daily dose that will have 'no biological effect' (e.g., a threshold response for the KIE.  This will vary depending on the slope of the D-R for the KIE, but will likely be somewhere between a factor of 2 and a factor of 10 lower than the BMC20.

7. If, as is the case with certain PCB congeners of interest, the specific chemical(s)/congener(s) of interest are not actually measured in exposed human populations, is there a means to accurately estimate the dose of the congener of interest from a measurement of other chemicals/congeners? (e.g., can one reasonably estimate the concentration of PCB126 from a measurement of total PCBs, where PCB126 was not one of the specific analytes?)

8. Once a reasonable estimate of the daily dose, in TEQ, of chemicals/congeners of interest that would result in no significant biological response of the KIE (KIE threshold) is established, comparisons of this dose to estimates of the dose of chemical/congeners of interest in exposed populations can be determined and 'Margins of Exposure' (MOE) established.  (MOEs reflect the ratio of the 'threshold' blood concentration to the concentration measured or estimated to occur from specific exposure scenarios).

208

864

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Answering the 8 questions above will provide an evidence-based approach to estimating the daily dose of total PCBs in edible tissues of fish that could reasonably be anticipated to cause some measurable biological response (e.g., sufficient to activate the Key Molecular Initiating Event to produce a measurable biological response, or KIE) in humans, for each type of adverse response. From that, one can then estimate the 'Margins of Exposure' that exist under different conditions of exposure (fish concentration and fish consumption rate).

2. **Activation of the Aryl Hydrocarbon Receptor (AhR) as a primary Adverse Outcomes Pathway (AOP) for the toxicological effects of Dioxin-Like PCBs**

As discussed in the main body of this report, it is widely recognized that the toxicological effects of the DL-PCBs are dependent upon their relative abilities to bind to and activate the AhR (the Molecular Initiating Event in an AOP approach). Based on this widely recognized concept, every regulatory body in the world with authority for PCB regulations utilizes the concept of 'Toxic Equivalency Factors", or TEFs, to assess the potential toxicity of PCB mixtures. Another term, referred to as 'Relative Effective Potency', or REP, is essentially identical to the TEF approach. TEFs are the 'correction value' derived from experiments that calculate a REP. The ability of individual dioxins, dibenzofurans and dioxin-like PCB congeners is compared to the effect of TCDD in activating the AhR. Thus, REPs are potency estimates relative to TCDD, which is set to a value of 1. Thus, a compound that was 10% as potent as TCDD in activating the AhR would have a REP, or TEF value of 0.1. Since the early 1990s, the World Health Organization (WHO) has organized expert meetings to review the scientific basis for establishing the toxic equivalency factors (TEFs) for dioxin and dioxin-like compounds at the international level, thus providing consistent approaches to risk assessment to national regulatory authorities (van den Berg *et al.*, 2006).

Numerous recent reviews have exhaustively described the sequence of events that occur following extensive activation of the AhR by dioxins and dioxin-like compounds. The complex series of 'downstream' events that lead to changes in gene expression and associated biochemical perturbations result in a wide variety of adverse effects, including but not limited to tumors, immune toxicity, liver toxicity, chloracne and other dermatological effects, and adverse reproductive and development outcomes. Thus, all of these adverse outcomes are dependent upon the 'Key Initiating [Molecular] Event' of activation of the AhR. If the dose/concentration of the activating ligand is insufficient to activate the AhR, then there will be no 'downstream events' and no toxicity. Therefore, to estimate the potential human health risks from exposures to 'DL-PCBs' it is only necessary to identify the dose-response relationship for the DL-PCBs that can activate the human AhR, and determine a biological 'no effect' level in target tissues or associated steady-state blood concentrations (e.g., identify the maximum exposure level of an AhR ligand such as PCB126 that will not have any significant effect on the human AhR. Exposure levels below this 'benchmark dose' will then have no toxicological effects via the AhR MOA/AOP.) Once a 'Point of Departure' daily dose from the animal studies (i.e., the 'threshold' dose, in units of ng of TCDD equivalents /kg bw/day) is identified, it is then possible to estimate 'Margins of Exposure', or MOEs, under specific exposure scenarios (e.g., a given concentration of DL-PCBs/TEQs in fish, and a given rate of fish consumption). Human daily dose is adjusted by species differences and scaling factors for using rat data to identify the human equivalent 'threshold' dose. MOEs of greater than 100 would generally be viewed as 'safe.'

209

865

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

The most convenient way to go about assessing dose-response functions for AOPS is to do so by specific adverse outcomes.  Thus, this report will first evaluate the AOP for liver cancer induced by dioxins and DL-PCBs in animal studies.

3. **Using an AOP/MOA approach to assess the potential CARCINOGENIC risk of PCB exposures via long term consumption of fish containing PCBs**

In 2012, an international workshop was held to conduct a comprehensive evaluation of AhR activation as the mode of action of liver tumors seen in rats following administration of dioxins and dioxin-like compounds. The report from the workshop was published in 2014 (Budinsky *et al.*, 2014).  In the report, the rationale for this workshop was described as follows:

> "Despite extensive knowledge of the toxicology of dioxins, no mode of action (MOA) hypothesis for their tumorigenicity has been formally documented using the Human Relevance MOA framework developed by the International Programme on Chemical Safety (IPCS). To address this information gap, an expert panel was convened as part of a workshop on receptor-mediated liver tumorigenicity."  The introduction to the report provides an excellent description of the value and rationale for using a MOA/AOP approach for risk assessment of the putative carcinogenic actions of dioxins and dioxin-like compounds: "The aryl hydrocarbon receptor (AHR) pathway is one of the most studied in toxicology. It mediates the biological activity of dioxin-like chemicals that include 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD), the most potent AHR agonist, as well as several less potent dioxin-like chemicals, including 6 other polychlorinated dibenzo-p-dioxins (PCDDs), 10 polychlorinated dibenzofurans (PCDFs) and 12 coplanar polychlorinated biphenyl (PCBs) congeners. Controversy has swirled around the carcinogenicity of dioxin-like chemicals in rodents regarding whether the dose–response is best understood as a linear non-threshold or a non-linear threshold phenomenon, and, not least, the human relevance of this rodent response (JEFCA, 2003; US EPA, 2010)."

The Budinsky *et al.* (2014) 'AhR'-focused report, in addition to the more recent reviews of the AOP approach discussed previously, provide an excellent foundation for using a MOA/AOP approach to conduct site-specific risk assessments for potential **carcinogenic** risk of DL-PCBs in humans exposed via fish consumption. The Budinsky *et al.* (2014) report provided an excellent MOA/AOP diagram showing the critical steps (including the Key Initiating Event of 'sustained AHR Activation') that leads to the formation of liver tumors in rats exposed to dioxins and dioxin-like compounds (Figure A3-3).

The members of the AhR panel provided the following summary statement regarding chemicals that activate the AhR and increase tumors in laboratory animals:

> The AHR panel members concluded that TCDD acts via a tumor promotion MOA with sustained near maximal AHR activation for a significant portion of the life span as the pivotal and initial KE; the apical outcome of this MOA is the late development of female rat liver tumors. At the cell and tissue levels, the other two KEs were: (1) altered focal cell proliferation (i.e. changes in cell division and apoptosis) and (2) pre-neoplastic focal tissue changes (i.e. hyperplasia and other histopathological observations)."

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A3-3. Proposed schematic of the MOA hypotheses developed by the AHR Case Study Panel**

"Postulated mode of action with key events of rodent liver tumors induced by AHR agonists. Sustained activation of the AHR regulates the transcription of different classes of genes including those involved in cell proliferation and apoptosis. AHR-induced changes in gene transcription occur within altered cells of either a biliary or hepatocellular lineage to expand and promote the eventual development of cholangio- and hepatocellular adenomas and carcinomas. Inhibition of intrafocal apoptosis also facilitates the survival of initiated cells that would otherwise undergo apoptosis. Central to this tumor promotion scheme is the role of oval cell (stem cell) proliferation with potential impacts on normal differentiation. Histopathological changes noted in the descriptor ''hepatopathy'', e.g. multinucleated hepatocytes, further contribute to the expansion of pre-neoplastic. At higher-doses, elements of necrosis and regenerative repair may serve to increase cell proliferation." (from: Budinsky *et al.*, 2014).

*Mode of Action assessment for liver cancer in rats from PCBs*

An extensive biochemical and molecular analysis by Brown *et al.* (2007) of the Sprague-Dawley (SD) rats used in the Mayes *et al.* (1998) bioassay of the multiple Aroclors provides a compelling demonstration of the mode of action of PCB mixtures in inducing hepatic tumors in both male and female SD rats, and also explains both the remarkable sex and species differences in incidence of Aroclor-induced liver tumors in rats seen across the multiple different studies. By measuring the levels of different CYP enzyme activities and mRNA levels, as well as a host of molecular/ biochemical 'intermediate biomarkers', such as superoxide radical formation and estrogen metabolites in the various groups of rats used in the Mayes *et al.* (1998) studies (different sex, different dose, those with and without tumors, etc.), the authors were able to construct a thorough MOA for PCB-induced liver tumors in female SD rats. Table A3-8 below shows the tumor formation incidence in both males and females, at different Aroclor mixtures and dose levels of those mixtures.

211

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A3-8. Incidence of Neoplastic Liver Lesions (from: Mayes et al., 1998)**

| Group | Dose (ppm) | Sex | Hepatocellular adenoma (%) | Hepatocellular carcinoma (%) | Hepatocholangioma (%) | Hepatocholangiocarcinoma (%) | First tumor[b] | Total animals with neoplasms (%) |
|---|---|---|---|---|---|---|---|---|
| Control[a] | 0 | M | 4 (4) | 3 (3) | 0 (0) | 0 (0) | 91 | 7 (7) |
| Aroclor 1016 | 50 | M | 1 (2) | 1 (2) | 0 (0) | 0 (0) | 105 | 2 (4) |
|  | 100 | M | 1 (2) | 1 (2) | 0 (0) | 0 (0) | 105 | 2 (4) |
|  | 200 | M | 2 (4) | 2 (4) | 0 (0) | 0 (0) | 79 | 4 (8) |
| Aroclor 1242 | 50 | M | 1 (2) | 1 (2) | 0 (0) | 0 (0) | 68 | 1 (2) |
|  | 100 | M | 3 (6) | 1 (2) | 0 (0) | 0 (0) | 85 | 4 (8) |
| Aroclor 1254 | 25 | M | 2 (4) | 2 (4) | 0 (0) | 0 (0) | 87 | 4 (8) |
|  | 50 | M | 2 (4) | 2 (4) | 0 (0) | 0 (0) | 88 | 4 (8) |
|  | 100 | M | 6 (12) | 0 (0) | 0 (0) | 0 (0) | 92 | 6 (12) |
| Aroclor 1260 | 25 | M | 2 (4) | 1 (2) | 0 (0) | 0 (0) | 96 | 3 (6) |
|  | 50 | M | 3 (6) | 1 (2) | 0 (0) | 0 (0) | 86 | 6 (12) |
|  | 100 | M | 7 (14)[c] | 3 (6) | 2 (4) | 0 (0) | 50 | 10 (20)[c] |
| Control | 0 | F | 1 (1) | 0 (0) | 0 (0) | 0 (0) | 105 | 1 (1) |
| Aroclor 1016 | 50 | F | 1 (2) | 0 (0) | 0 (0) | 0 (0) | 105 | 1 (2) |
|  | 100 | F | 5 (10)[c] | 1 (2) | 0 (0) | 0 (0) | 87 | 6 (12)[d] |
|  | 200 | F | 5 (10)[c] | 0 (0) | 0 (0) | 0 (0) | 63 | 5 (10)[c] |
| Aroclor 1242 | 50 | F | 10 (20)[d] | 0 (0) | 1 (2) | 1 (2) | 72 | 11 (22)[d] |
|  | 100 | F | 12 (24)[d] | 2 (4) | 2 (4) | 0 (0) | 87 | 15 (30)[d] |
| Aroclor 1254 | 25 | F | 18 (36)[d] | 0 (0) | 2 (4) | 0 (0) | 86 | 19 (38)[d] |
|  | 50 | F | 26 (52)[d] | 4 (8)[c] | 6 (12)[d] | 0 (0) | 72 | 28 (56)[d] |
|  | 100 | F | 27 (54)[d] | 6 (12)[d] | 1 (2) | 0 (0) | 82 | 28 (56)[d] |
| Aroclor 1260 | 25 | F | 9 (18)[d] | 1 (2) | 0 (0) | 0 (0) | 76 | 10 (20)[d] |
|  | 50 | F | 10 (20)[d] | 1 (2) | 0 (0) | 0 (0) | 84 | 11 (22)[d] |
|  | 100 | F | 21 (42)[d] | 5 (10)[d] | 3 (6)[c] | 0 (0) | 69 | 24 (48)[d] |

[a] $n = 100$ for control, all other groups $n = 50$.
[b] Study week of first occurrence.
[c] Statistically significantly different from control at $p \leq 0.05$ (Fisher's exact test).
[d] Statistically significantly different from control at $p \leq 0.01$ (Fisher's exact test)

There were two analyses of particular importance in elucidating the MOA for liver tumors in male and female SD rats exposed to Aroclor 1242, 1254 and 1260 (no tumors were seen in either male of female SD rats exposed to Aroclor 1016). First, and not surprisingly, the tumor incidence was highly correlated with body burden of total PCBs. For female rats, the tumor incidence increased quickly in a dose-related fashion, and for Aroclor 1254 seemed to plateau at a total PCB concentration of >1000 ppm in body fat (lipid). Tumor incidence in males was much lower, and was dose related at the highest body burden levels (no increase in tumors above the background of 4% was seen at body burdens of less than 1000 ppm in body fat, but was approximately 10% and 20% at body burden levels of 1250 and 2500 ppm lipid, respectively; Figure A3-4).

212

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Figure A3-4. Dependency upon mean midlife (6-18 months) adipose SumPCB, Aroclor type, and rat sex for (a,b) incidence of liver tumors of any type after 24 months continuous Aroclor dosing; and (c, d) production of superoxide (O$_3$$^{•-}$) equivalents by reoxidized test rat liver cytosols when exposed to NADPH, O2 and**



**Phenobarbital-induced control rat microsomes (from: Brown *et al.*, 2007)**

However, in addition to measuring PCB cumulative body burden in fat, the authors also measured the production of reactive oxygen species in the liver, in the form of superoxide anion (O$_3$$^{•-}$). They found that the production of O$_3$$^{•-}$ was highly correlated with the body fat accumulation of total PCBs (Figure A3-4). They further examined the correlation between liver tumors in both male and female rats, and found a remarkably strong correlation ($r^2$ = 0.9 or greater) in both males and females between the level of production of O$_3$$^{•-}$ and tumor incidence. However, there was a dramatic difference in the absolute levels of O$_3$$^{•-}$ between males and females, with females having much higher levels of both tumors and O$_3$$^{•-}$ (Figure A3-5).

213

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Figure A3-5. Relationship of % rats with any liver tumor versus cytosol-catalyzed production of superoxide ($O_3^{\cdot-}$) equivalents at (a) 6, (b) 12, (c) 18, or (d) 24 months as measured using two different control rat microsome preparations. Aroclor symbols are the same as designated in the previous figure. Open symbols represent males, close symbols, females (from: Brown et al., 2007)**



Detailed analyses of estrogen metabolism in these animals demonstrated that high dose PCBs exposures greatly enhanced the oxidation of estrogen to redox-cycling catechol estrogens, which were then largely (but not completely) responsible for the increase in $O_3^{\cdot-}$ / oxidative stress. This explains in large part, if not completely, why tumor incidence is much higher in female than male rats treated with higher chlorinated PCBs- females have much higher circulating levels of estrogen throughout life, and thus life-long exposure of the liver to $O_3^{\cdot-}$ / oxidative stress.

But how do higher chlorinated PCBs increase the formation of estrogen-related $O_3^{\cdot-}$ / oxidative stress in the liver? This was thoroughly addressed in the Brown et al. (2007) publication through a careful analysis of the induction levels of various cytochrome P450 (CYP) enzymes that are involved in oxidative metabolism of multiple exogenous and endogenous substances, including estrogen. It has been known since the early 1970s that Aroclor mixtures induce the expression of multiple cytochromes P450, particularly CYP1A1 and CYP1A2, mediated via the AhR receptor, and CYP2B and 3A enzymes mediated largely via CAR and PXR nuclear receptors.

As discussed previously, the Dioxin-like PCBs (non-ortho and mono-ortho substituted) have varying affinities for the AhR, and thus are capable of inducing the expression of CYP1A1, CYP1A2 and CYP1B1 via ligand activation of the AhR.

It is also known that CYP1A enzymes oxidize estradiol, including oxidation to redox-cycling catechol estrogens (Niwa et al., 2015). In the absence of CYP1A induction, most estradiol is largely metabolized to non-catechol oxidation products, which are quickly conjugated and eliminated, and therefore do not induce oxidative stress in the liver. However, induction of CYP1A enzymes via AhR shifts the metabolism toward the formation of more redox-cycling quinones (RCQ =catechol estrogens), producing continuous oxidative stress

214

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

in the livers of female rats, especially those that have continuous lifetime circulating levels of estrogen (e.g., SD rats, relative to Fisher rats).

Brown *et al.* (2007) summarize this elegant MOA explanation for both sex and species differences in liver tumor formation in rats exposed to Aroclor mixtures capable of inducing CYPs (1242 [weak inducer], 1248, 1254 and 1260, but not 1016) as follows (Figure A3-6):

1. Total PCB/TEQ accumulation in rat tissues (particularly liver);

2. Total PCB/TEQ repression of constitutive MFOs;

3. Total PCB/TEQ induction of other MFOs, particular AhR-mediated CYP1A genes;

4. MFO-mediated formation of RCQs (estrogen derived redox-cycling catechols/quinones);

5. RCQ-mediated formation of superoxide anion ($O_3^{\bullet-}$; ROS [reactive oxygen species]),

6. ROS dismutation to hydrogen peroxide ($H_2O_2$); and

7. $H_2O_2$-mediated mitotic signaling, resulting in the proliferation of spontaneously or otherwise initiated cells to form hepatic tumors, as in tumor promotion.

The significance of this, in the context of AOPs, is that activation of the AhR via Dioxin-Like PCBs is the Key Initiating Event that ultimately leads to oxidation of estrogen and other CYP1A substrates to redox-cycling quinones (RCQs), which are the ultimate tumorigenic molecules.  If the concentration of DL-PCBs in the target tissue (liver) is insufficient to cause significant and sustain activation of the AhR, none of these events will occur. Thus, these studies provide strong evidence that the liver tumors found in multiple 2-year rodent bioassays with various mixtures of higher chlorinated Aroclors are the result of AhR-mediated induction of CYP1A, and perhaps to a lesser extent, PXR and/or CAR-mediated induction of other hepatic CYPs, which then oxidize estrogen and other endogenous molecules to ROS that ultimately promote tumor formation from background-initiated cells.

215

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A3-6.  Proposed MFO_RCQ_ ROS-mediated signaling cascades for tumorigenesis in Arochlor-dosed and undosed S-D rats.  Constitutive and/or GH-induced pathway on the left is suppressed by sumPCB/TEQ accumulations, probably via receptor-mediated nuclear receptor-factor degradation.  Inducible pathway on the right is stimulated by sumPCB/TEQ accumulations, probably via binding to same nuclear receptor as that which mediates suppression of the constitutive pathway. Both pathways produce tumorigenic $H_2O_2$ via MFO-RCQ-ROS sequences (from: Brown et al., 2007)**

This MOA for rat liver tumors was also discussed in detail in the Consensus Workshop report on the MOA for liver tumors from TCDD exposure (Budinsky et al., 2014).  The report provided a summary figure and conclusions about the mode of action of TCDD in inducing liver tumors in rats (Figure A3-7, from Budinsky et al. (2014):

*The workshop and the AHR panel were able to establish a MOA with defined KEs [Key Events], AEs [Adverse Effects] and ModFs [Modifying Factors] [Figure A3-7]. This MOA can be used not only in risk assessment efforts for dioxin-like chemicals, but also to examine dose–response modeling. With knowledge of the events in the MOA and the range of*

216

872

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*doses or tissue concentrations associated with each event, we will be better able to determine the overall dose– response range corresponding to a defined risk level for liver tumor promotion.*

*Building from the analyses developed at the meeting, a variety of quantitative dose– response assessments for KEs and AEs [within the tumor promotion MOA of TCDD can be described. As the MOA progresses toward tumors, these events represent increasingly complex biological changes.*



**Figure A3-7.** Mode of action of TCDD-induced liver cancer in rats using lifetime average liver concentration (LALC) as the dose (apical endpoint curves (dashed and dotted lines) are overlaid on each non-apical endpoint plot (solid lines) to provide a convenient reference for comparison; for EROD at 53 weeks and labeling index at 31 weeks, a right y-axis is included for clarity). The first KE, sustained AHR activation (XME induction; xenobiotic metabolizing enzyme), is measured by dose-dependent induction of EROD, representing the enzymatic activity of CYP1A1. This early low dose–response would likely be linear at low dose because the Hill coefficient (n) is <1.5 (see text for details). As later events in the MOA occur, both the Hill coefficients and the half-maximal concentrations (Kd) increase. Cell proliferation is a seemingly late high-dose event; its Hill coefficient is ~3 and the half-maximal value is 410 000 ng/kg. For the two apical events, hepatocellular adenoma and cholangiocarcinoma, the Hill coefficients are >3 and the half-maximal values are 415 000 ng/kg. This suggests that the apical endpoints are non-linear phenomena and that their occurrence is associated with high doses relative to earlier KEs. (Fig. 4 from: Budinsky *et al.*, 2014)

The Consensus Workshop was focused on liver tumors in rats, as this has been the 'driver' of most risk assessments for dioxins and dioxin-like compounds, including PCBs.  The workshop proposed the following scheme for risk assessment of dioxins and dioxin-like compounds, including PCBs (Figure A3-8):

217

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A3-8.  Application of the IPCS (International Programme on Chemical Safety) human relevance framework to the hypothesized AhR MOA.  The adverse outcome and the key events closer to the apical outcomes (Hepatocellular and cholangiolar cancers) have not been proven to occur in excess or occur at all, respectively, in humans exposed to relatively high levels of TCDD.  However the fundamental initial key event of AhR activation has been established to occur in humans following TCDD Exposure resulting in CYP1A induction and chloracne (Fig. 6 from: Budinsky et al., 2014)**

As a final point in discussing the evidence that liver tumors in rats following the administration of dioxin-like compounds requires activation of the AhR, Harrill et al. (2016) evaluated hepatic changes in Sprague-Dawley rats for which the AhR had been 'knocked out.'  New genomics technologies now allow scientists to selective remove, or 'knock out', specific genes in mouse and rat genomes.  In this report, Harrill et al. (2016) investigated the role of AhR in mediating pathological changes in the liver prior to tumor formation following 4-weeks of repeated-dosing with 0, 3, 22, 100, 300 and 1000 ng /kg/day TCDD, using adult female wild-type (WT) and AhR knockout (AHR-KO) animals.  As expected, they found treatment-related increases in the severity of liver and thymus pathology in the WT rats containing a functional AhR, but no evidence of any pathology in the AHR-KO rats.  In the livers of rats with a functional AhR (WT) they observed hepatocellular hypertrophy, bile duct hyperplasia, multinucleated hepatocytes and inflammatory cell foci, but no effects were seen in the rats that lacked a functional AhR (AhR-KO). A loss of cellularity in the thymic cortex and thymic atrophy was observed in WT. Treatment-related changes in serum chemistry parameters were also observed in WT, but not AhR-KO rats. Finally, they reported dose-dependent accumulation of TCDD primarily in the liver of WT rats and primarily in the adipose tissue of AhR-KO rats. These results further demonstrate that AhR activation is the initial key event underlying the progression of histological effects leading to liver tumorigenesis following TCDD treatment.

218

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Dose-Response Analysis of NTP bioassays of PCBs and specific PCB congeners**

Based on the compelling evidence from the previous rodent studies demonstrating that mixtures of PCBs can cause liver cancer in rats, but that lower chlorinated mixtures largely devoid of DL-PCBs seemed not to be carcinogenic, the National Toxicology Program (NTP) designed a large number of 2 year rat bioassays to explicitly test the hypothesis that the carcinogenic effects observed in higher chlorinated PCB mixtures bioassays was solely due to the presence of DL-PCBs at sufficient concentration to fully activate the AhR.

**Table A3-9. NTP carcinogenesis studies on specific congeners and dioxins**

| Study | Congener | Dose | EROD 53 wks fold^ | Cell Proliferation 31 wks (fold ^) N=10 | Liver hepatocyte Tumors, A; [C] | Liver Carcinomas (cholangio) |
|---|---|---|---|---|---|---|
| NTP (2006c) | 126 | 0 ng/kg | 1.0 | 1.0 | 2% | 0% |
| | | 10 | 8* | 1.23 | - | - |
| | | 30 | 26* | 1.68 | 4% | 0% |
| | | 100 | 38* | 0.99 | 2% | 2% |
| | | 175 | 41* | 1.33 | 0% | 0% |
| | | 300 | 59* | 1.62* | 4% | 9% |
| | | 550 | 49* | 1.83* | 8% | 12%* |
| | | 1000 | 53* | 1.78* | 13%* | 42%* |
| NTP (2010) | 118 | 0 µg/kg | 1.0 | 1.0 | 0 | 0 |
| | | 30 | 1.52* | 0.73 | - | - |
| | | 100 | 4.63* | 0.82 | 2% | 0% |
| | | 220 | 11.3* | 0.89 | 2% | 0% |
| | | 460 | 32.5* | 1.19 | 8% | 0% |
| | | 1000 | 51.2* | 0.88 | 23%* | 6% |
| | | 4600 | 59.4* | 3.32* | 49%* | 73%* |
| NTP (2006a) | 153 | 0 µg/kg | 1.00 | 1.00 | 0 | 0 |
| | | 10 | 0.83 | 0.76 | 0% | 0% |
| | | 100 | 1.12 | 0.97 | 0% | 0% |
| | | 300 | 1.36 | 1.02 | 0% | 0% |
| | | 1000 | 1.20 | 1.18 | 4% | 0% |
| | | 3000 | 0.87 | 1.11 | 2% | 0% |

219

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Study | Congener | Dose | EROD 53 wks fold^ | Cell Proliferation 31 wks (fold ^) N=10 | Liver hepatocyte Tumors; A; [C] | Liver Carcinomas (cholangio) |
|---|---|---|---|---|---|---|
| NTP (2006e) | 126+118 | 0 ng/ug | 1.00 | 1.00 | 4% | 0% |
| | | 10/ 62 | 24.4* | 1.23 | 2% | 0% |
| | | 30/ 187 | 38.3* | 1.49 | 0% | 0% |
| | | 100 622 | 47.4* | 1.82 | 8% | 2% |
| | | 300/ 1826 | 29.8* | 18.1* | 32%* [2%] | 2% |
| | | 500/ 3110 | missing | 18.7* | 8% | 2% |
| NTP (2006d) | 126 +153 | 0 ng/ug [G1] | 1.0 | 1.0 | 0 | 0 |
| | | 10/10 [G2] | - | - | 0% | 0% |
| | | 100/100 [G3] | - | - | 6% | 2% |
| | | 300/100 [G4] | 44.3* | 1.15 | 4%† | 14%† |
| | | 300/300 [G5] | 59.1* | 0.78 | 10%*† | 17%*† |
| | | 300/3000 [G6]** | 19.1 | 3.52 | 41%† | 49%† |
| | | 1000/1000 [G7] | - (~60;) | - | 53%* [4%] | 59%* |
| NTP (2006b) | TCDD | 0 ng/kg | 1.0 | 1.0 | 0% | 0% |
| | | 3 | 18.9* | 2.6* | 0% | 0% |
| | | 10 | 42.4* | 2.92* | 0% | 0% |
| | | 22 | 51.3* | 2.42* | 0% | 2% |
| | | 46 | 53.6* | 4.07* | 2% | 8%* |
| | | 100 | 61.9* | 11.8* | 25%* | 47%* |

*Statistically significant changes are highlighted in yellow; † Statistically significant trend; A, adenoma; C, carcinoma.

** Data for tumors for groups 4 and 6 were included in Table 24 of NTP report – they looked for trends for the groups (but not difference to controls for groups 4 and 6)

They chose two DL-PCBs that account for the majority of Dioxin 'TEQ' in Aroclor 1254, PCB118 and PCB126, and one PCB congener, PCB153, that is the most prevalent of all congeners in Aroclors 1254 and 1260 but lacks any significant 'dioxin-like' activity. They also included TCDD itself, as well as two chlorinated dibenzofurans with significant 'dioxin-like' activity, and some studies with a mixture of two congeners. The results of these various studies are summarized in Table A3-9 (excluding the dibenzofuran studies).

The results can be summarized succinctly as follows:  Liver (and benign lung) tumors were induced at the highest, and in some cases highest and second highest doses, with all PCBs and dioxins with AhR activity. PCB153, which lacks any appreciable AhR activity, did not induce liver or lung tumors in males or females at any dose. Tumor development (lung or liver, benign or malignant) required maximal stimulation of the AhR for most of the lifetime of the animals.

Since the purpose of the NTP (2006a, b, c, d, e, 2010) studies was to investigate the potential molecular mechanisms by which dioxins and dioxin-like compounds cause cancer, the investigators used extraordinarily high doses, relative to what people are exposed to in the environment.  These studies found that TCDD, PCB126 and PCB118 caused a significant increase in liver tumors in female rats in a dose-related fashion.

220

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Figure A3-9 shows that all three 'dioxin-like' compounds caused more than 50% of the animals to develop liver tumors at the highest doses, but that at doses that were 10-fold or more lower than the highest dose, no tumors appeared in any of the animals. These results demonstrate that there is a very steep 'dose-response', and a very clear 'threshold' (dose below which there is no response). Note that the 'dose' is plotted on a log scale, such that, at the 50% response level, TCDD is about 50 times more potent than PCB126 (~0.5/0.01), and about 30,000 times (~300/0.01) more potent than PCB118, based on '*in vivo*' liver tumor responses in female rats. This graph also illustrates well the concept of 'thresholds' – doses below which no effect is seen. Because dioxins and DL-PCBs tend to concentrate in the liver and other fatty tissues in the body, the plot shown here is the concentration of the toxic substance in the liver, rather than the daily dose that the animals received, but the relationship between administered dose and concentration in the liver is nearly perfectly linear over a wide range of doses, so the concept is the same.



**Figure A3-9. Dose response relationship between dioxin and dioxin-like PCBs concentration in the liver and liver tumor development in female rats at 105 weeks**

> *The 'dose-response relationship' for activation of the AhR is very steep, and follows a 'threshold', rather than linear, relationship at low exposure levels; thus, the EPA's choice in 1996 to use a linear response to extrapolate the high dose animal studies to humans exposed to doses thousands of time lower is not supported by today's science*

Since activation of the AhR by these 3 dioxin-like compounds is required for PCB mixtures to cause liver tumors, then one would expect that the number of tumors formed in each of these *in vivo* rat bioassays would correlate strongly with the level of activation of the AhR at the different doses used. Fortunately, the investigators at the NTP measured the extent of AhR activation in the livers of these animals at several different time points at each of the doses used. To measure 'AhR activation', they used an enzyme assay that measures the extent of induction of CYP1A1, using a chemical known as ethoxyresorufin. This molecule is specifically broken down (oxidized) by CYP1A1, and thus the enzymatic activity is called 'ethoxyresorufin-O-dethylase' activity, or simply EROD. EROD activity is a remarkably sensitive and robust measure of AhR activation in virtually any species of animal that has an AhR. Figure A3-10 shows a plot of the EROD activity (measured at 53 weeks of treatment) and the number of animals with liver tumors in each group (after up to

221

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

2 years of exposure).  Note that the x-axis (horizontal axis) of the plot is NOT a log scale.  This is a remarkable demonstration of the strong relationship between AhR activation (EROD activity) and the formation of liver tumors from all three dioxin-like compounds (TCDD, PCB126 and PCB118).  Although these compounds differ by tens of thousands of times in their potency in activating the AhR, the range of activation necessary to cause liver tumors is less than 2-fold between the compounds, which falls well within experimental measurement error. This demonstrates that activation of the AhR by dioxin and dioxin-like compounds (e.g., PCB126 and PCB118) precedes tumor development, and thus appears necessary to cause liver tumors in rats; i.e., tumors appear only after significant and prolonged activation of the AhR.  Thus, doses of DL-PCBs below the level necessary for maximal, prolonged activation of the AhR will not cause an increase in liver tumors, and thus there would be no increase in cancer risk.  A second important observation from this graph is that, just as with tumor response and liver concentration, there is a very steep dose response curve, such that it requires a high level of activation of the AhR (EROD activity; greater than 1,000 units of activity, when the 'baseline' level is around 30-50 units) for tumors to develop, and follows the same 'threshold' type response as for tumor formation.  In other words, a small amount of activation (e.g., less than 10 times the background) was not sufficient to cause tumors.  This is a very important point when extrapolating tumor responses seen in rats at high doses, to try to estimate risk to humans at doses that are tens of thousands to hundreds of thousands of times lower than the dose the rats received in these and the other animal studies the EPA relied on for their quantitative risk assessment of PCBs in 1996.

**Figure A3-10. Relationship between liver tumor formation and EROD activity for three different dioxin-like compounds**



These studies, when combined with the results of Mayes *et al.* (1998) and Brown *et al.* (2007) are remarkably informative, because they analyzed tissue concentrations of the PCB congeners in blood, liver, lung and fat, and also measured the extent of PCB congener induction of various cytochromes P450, including enzyme activity markers for CYP1A1 (EROD), 1A2 (Aniline Hydroxylase), and 2B + 3A (PROD) enzymes, which are regulated (fully or in part) by the ligand-activated transcription factors AhR, PXR and CAR.  Most important is the EROD activity (CYP1A1-dependent), which is the 'gold standard' for measuring biologically relevant induction of CYP1A1, and is mediated exclusively by the AhR.  Figure A3-11 represents data from the NTP study that examined EROD Activity (an enzymatic activity assay of EROD induction via AhR activation) in rat liver 53 weeks after daily treatment of rats with PCB126 at 8 different doses (0, 10, 30, 100, 175, 300, 550 and 1,000 ng/kg/d).  The study also measured PCB126 concentrations in the 'target tissue' (liver, in this case,

222

878

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

but lung as well) as well as in blood. Figure A3-11 shows the dose-response curve for EROD induction by PCB126 vs. liver concentration.



**Figure A3-11.  NTP PCB126 bioassay for EROD Activity, % maximum vs. liver PCB126 concentration after 52 weeks of dosing**

It is evident that the lowest dose, 10 ng/kg/d, induced EROD activity to 16% of the maximum value, and the corresponding liver concentration was 16 pM.  Extrapolation from the graph yields an *in vivo* BMD20 concentration of approximately 20 pM PCB126 in rat liver.

Since these studies measured EROD activity, liver concentrations, and tumor incidence, one can assess the dose-response relationship between AhR activation (CYP1A2-mediated EROD activity) and tumor development, and from that, determine both target tissue and blood concentrations necessary for both AhR activation and ultimate tumor formation.  For example, Figure A3-10 illustrates the relationship between blood PCB126 concentration and both the induction of EROD (measured at 53 weeks of treatment) and the number of animals with liver tumors in each group (measured at the end of 2 years).  It is evident that EROD induction (activation of the AhR) by PCB126 begins to become significantly different from baseline at a blood concentration of about 10 pg/ml, and that maximal induction (about 50-fold increase) is seen at a blood concentration of about 300 pg/ml. Another important point from this comparison is that tumors are not evident in animals until EROD activity has exceeded at least a 40-fold increase, near its maximal induction of 50-60 fold.  In other words, not only is EROD activation necessary, but there must be complete, maximal and sustained activation before tumors are induced.

223

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Figure A3-12. PCB126 blood concentration vs. liver EROD activity and tumor formation (data from NTP, 2006c)



Remarkably similar findings were observed in the study on PCB118 (Figure A3-13), except that blood concentrations required to initiate AhR induction were about 100 ng/ml (100,000 pg/ml), which is 10,000 times greater than PCB126, reflective of the relatively weak affinity of PCB118 for the rat AhR receptor (Larsson *et al.*, 2015). It is possible from these data to estimate PCB126 and PCB118 blood concentrations that are associated with a BMD20 for maximal induction of CYP1A1/EROD.  Interpolating from the EROD fold-induction data in Figure A3-12 above, it is evident **that, in rats, a blood concentration of PCB126 of approximately 20 pg/ml (ppt) is associated with a ~10-fold induction of EROD, which is 20% of the maximal (~50X) induction.**

Figure A3-13. PCB118 blood concentration versus EROD activity and liver tumor formation in female Sprague-Dawley rats



A similar calculation for PCB118 can be made from the data in Figure A3-13 above.  Here, **a PCB118 blood concentration of ~80 ng/ml is associated with a 12-fold increase of EROD, which is 20% of the maximal (~60X) induction**.

Examination of the study on TCDD, which is essentially a 'pure' AhR agonist, yields yet again a very similar pattern in relationship between AhR activation (fold increase in EROD) and liver tumor formation: an increase

224

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

in EROD of greater than 50-fold is necessary for liver tumor development, and maximal induction is approximately 60-fold from baseline EROD activity (Figure A3-14).



**Figure A3-14. Liver tumor formation and EROD induction vs. concentration of TCDD in the liver**



*Alternative (non-AhR-mediated) modes of action for PCB carcinogenesis*

The Budinsky *et al.* (2014) evaluation of dioxin carcinogenesis provides highly relevant conclusions that are pertinent to risk assessment of PCBs, since there is now overwhelming scientific evidence that the carcinogenic effects of PCBs in laboratory animals are mediated via the AhR as the key initiating molecular event. However, when using an AOP/MOA approach to risk assessment, IPSC and EPA suggest that alternative MOAs for the endpoint of interest be considered and 'ruled out.' One potential alternative MOA for PCB carcinogenesis is mutagenesis. Although there is some evidence that lower chlorinated PCBs may be mutagenic under some circumstances (see Section A of this Appendix [Appendix 3] starting on p. 182), the preponderance of the evidence for PCBs that bioaccumulate in the environment and are found in fish is that genotoxicity/ mutagenicity do <u>not</u> constitute a likely MOA for observed carcinogenesis in laboratory animals exposed to higher chlorinated Aroclors (e.g., 1242, 1254, and 1260) or the congener mixture that is present in fish following environmental bioaccumulation. This conclusion is supported by several *in vivo* studies that have looked for, but found no evidence of, genotoxicity in humans following relatively high levels of dietary exposure to PCBs (Ravoori *et al.*, 2008; Rignell-Hydbom *et al.*, 2005). Further, if mutagenicity was a significant contributor to the rodent carcinogenic responses, one would expect to see significant increase in liver tumors in the Mayes *et al.* (1998) study of Aroclor 1016, and in the NTP (2006a) carcinogenesis assay of PCB153, both of which were negative. Thus, the preponderance of the evidence on carcinogenic mode of action for PCBs is via activation of the AhR and the subsequent well-characterized 'downstream' events that ultimately lead to tumor development in rat liver.

This was also addressed thoroughly in the Budinsky *et al.* (2014) workshop on dioxin carcinogenesis, where mutagenesis was evaluated as a potential MOA for dioxin carcinogenesis. The workshop conclusions on this point state the following:

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*"Alternate MOA(s) must be examined as part of the MOA and human relevance framework approach (Boobis et al., 2006, 2009; Cohen et al., 2003, 2004; Holsapple et al., 2006; Julien et al., 2009; Meek, 2008; Meek et al., 2003; Seed et al., 2005; Sonich-Mullin et al., 2001; US EPA, 2005). The expert panel concluded that the MOA for liver carcinogenesis is not due to direct acting genotoxicity, but rather via sustained AHR activation and is most likely to be non-linear. The evidence for this has been discussed earlier. The expert panel reviewed the relevance of oxidative stress and ROS production as alternative MOAs (see discussion earlier under ModFs) since they can be linked to mutagenicity and genotoxicity. Potential mutagenicity of TCDD, although unlikely, was considered as an alternative MOA because of the potential to alter the low-dose extrapolation method and thus, risk assessment results. As discussed, no evidence for DNA adducts formed by catechol estrogens binding to DNA was found using a sensitive accelerator mass spectrometry method (Turteltaub et al., 1990). Endogenous DNA adducts (I compounds) were reduced following sub-chronic TCDD treatment (Randerath et al., 1990).*

*The panel agreed that the weight of evidence, including a number of mutagenicity and genotoxicity studies of dioxin-like chemicals, suggest that these chemicals are not mutagenic (Bock & Kohle, 2005, 2006; Cohen, 1998; Dragan & Schrenk, 2000; Knerr & Schrenk, 2006; Schwarz et al., 2000; Whysner & Williams, 1996). This conclusion is consistent with recent regulatory assessments of dioxins. A framework for the consideration of DNA adducts as part of a carcinogenic MOA has been developed (Himmelstein et al., 2009; Jarabek et al., 2009; Swenberg et al., 2008, 2011). Examination of potential KEs in the MOA that could be related to DNA damage induced by dioxin, the formation of DNA adducts or mutations within the context of this framework, could not confirm a DNA-reactive or mutagenic MOA for dioxin."*

**Activation of PXR and/or CAR via non-DL-PCBs as a putative MOA for PCB carcinogenesis.** Since PCBs contain non-dioxin like, as well as the AhR-activating DL-PCBs, one must consider whether non-DL-PCBs themselves might be carcinogenic via non-AhR pathway(s). The Pregnane-X-Receptor (PXR; aka SXR) and the the Constitutive Androstane Receptor (CAR), like the AhR, are ligand-activated nuclear transcription factors. When an activating ligand of PXR or CAR binds to the receptor, a series of downstream events occur as a result of changes in gene transcription, conceptually the same as the AhR.  However, the genes that are regulated by PXR and CAR are different than those regulated by AhR.

Constitutive Androstane Receptor (CAR): It has been known for decades that Aroclor PCB mixtures, when given to rats at doses in excess of about 1 mg/kg/day, causes a change in the liver referred to as 'microsomal enzyme induction', also called 'mixed-function oxidase' (MFO) induction.  These terms refer to the molecular processes by which many drugs and exogenous chemicals, including nearly all mixtures of PCBs, turn on a large set of genes that make proteins in the 'endoplasmic reticulum' of the liver.  The magnitude of this effect at higher doses is substantial, resulting in an increase in the weight of the liver.  Many of the proteins in the endoplasmic reticulum of the liver are involved in xenobiotic metabolism, with the purpose of detoxifying foreign substances that enter the body through ingestion. One important family of genes, known as the 'Cytochromes P450', or simply CYPs, makes CYP proteins that function to oxidize both endogenous and exogenous chemicals.  Through this process of oxidation, fat-soluble chemicals are ultimately made water-

226

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

soluble so that they can be quickly eliminated from the body.  It is the resistance to oxidation by CYPs and other oxidative enzymes that makes PCBs persistent in the environment (and it is also this same resistance to oxidation that made PCBs so useful for a variety of industrial purposes). In the early days following the discovery of MFOs/CYP enzymes, it was thought that there were only two different genes responsible for this enzyme activity, the so-called Cytochrome P450 and Cytochrome P448.  The first (CYP450) was 'inducible' (could be turn on) by the widely used barbiturate, phenobarbital, whereas the second (CYP448) could be induced by a polyaromatic hydrocarbon called 3-methylcholanthrene (3MC).  Thus, in the early days (pre-1970s) of drug metabolism studies drugs and chemicals that induced CYP450 were referred to as 'phenobarbital-like' and drugs and chemicals that induced CYP448 were referred to as '3MC-like.'  When Aroclor mixtures were first examined for their effects on drug metabolizing enzymes, it was discovered that PCBs were 'mixed inducers', that is they induced BOTH CYP450 and CYP448.  Over the ensuing decades researchers discovered that there are 88 different genes in the rat genome that code for CYP proteins (Nelson *et al.*, 2004), and about a dozen are normally expressed in adult rat liver (that code for CYP enzymes, not just 2).  These enzymes fell into different classes and sub-classes, based on their DNA sequences.  Thus, today CYP enzymes have multiple letters and numbers to specify the particular gene involved in making that protein.  It is now recognized that the old 'CYP448' term actually represents several different P450 genes that are regulated by the Arylhydrocarbon Receptor (AhR), most important of which are CYP1A1, CYP1A2 and CYP1B1.  The importance of the AhR in liver tumor development in the rat following exposures to PCB mixtures with DL-PCBs has already been discussed.

However, other PCBs, most notably the non-DL-PCB, PCB153 can interact with and activate rat CAR, resulting in an increase in the expression of different P450s, with a pattern of induction very similar to that seen with Phenobarbital.  Since it has been known for decades that phenobarbital acts as a liver tumor promoter in rats, there was great interest in understanding whether 'phenobarbital-like PCBs' (e.g., PCB153) might also act as liver tumor promoters.  A great deal of research has been conducted to understand the exact molecular events involved in phenobarbital promotion of rat liver tumors.  However, there were also numerous human epidemiology studies on chronic users of phenobarbital (used in the treatment of epilepsy and other neurological disorders) which repeatedly failed to find any evidence of increased cancer risk in chronic users of phenobarbital and similar barbiturates, calling into question whether CAR induction in humans was actually a risk factor for liver (or other) cancer.  To understand the relevance of CAR activation in rats to human liver cancer, an international group of experts was assembled to assess the scientific evidence regarding the relevance of CAR activation in the rat by phenobarbital or other CAR agonists (such as 'phenobarbital-like PCBs').  Using the 'Mode of Action' analysis described above for the AhR receptor, the committee weighed all of the scientific evidence available at that time, and published a majority report that summarized the current state of knowledge about CAR activation and liver cancer risk in humans Elcombe *et al.* (2014).  Using the prototype for understanding human risks from Nuclear Receptor Activation reported by Andersen *et al.* (2013) the expert committee provided the following 'flow chart' for the Mode of Action (MoA) of CAR activators in causing liver cancer in rodents:

227

883

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A3-15.  MoA for Phenobarbital-induced rodent liver tumor formation. Proposed key events, associative events and modulating factors for the mode of action (MOA) for PB-induced rodent liver tumor formation. The initial key event is CAR activation which results in altered gene expression, increased cell proliferation, clonal expansion? leading to altered foci and subsequently in the formation of liver tumors. Associative events which can serve as reliable biomarkers of key events include epigenetic changes, induction of CYP2B enzymes and liver hypertrophy and decreased apoptosis; whereas inhibition of gap junctional intercellular communication constitutes an associative event or modulating factor (from: Elcombe *et al.*, 2014)**

The Committee then evaluated all of the existing literature to evaluate the relevance of this MoA for CAR activators to human cancer risk, and provided the following analysis, using the IPSC risk analysis process described by Andersen *et al.* (2013), but applied specifically to CAR activators:

228

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A3-16  Human relevance framework analysis for Phenobarbital-induced rodent liver tumor formation (from: Elcombe *et al.*, 2014)**

Based on this analysis the committee provided the following conclusions regarding the relevance of CAR activators, such as PCB153 and other 'phenobarbital-like' PCBs (Elcombe *et al.*, 2014):

> In conclusion, from an evaluation of literature data a robust MOA based on CAR activation for PB-induced rodent liver tumor formation has been developed. The data on species differences was considered by the majority of the panel to be sufficient to determine that this MOA would be qualitatively not plausible for humans. Thus compounds that cause rat or mouse liver tumors through this CAR-mediated MOA, similar to PB, would not be expected to increase the risk of liver tumor development in humans.

Members of the panel and their affiliations are shown in Table A3-10:

229

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A3-10. CAR/PXR case study panel members and affiliations (from: Elcombe *et al.*, 2014)**

| | Participant names | Affiliations |
|---|---|---|
| Co-Chairs | Cliff Elcombe, PhD | CXR Biosciences |
| | Douglas Wolf, DVM, PhD, | U.S. EPA |
| Rapporteurs | Jillian McEwan, PhD | CXR Biosciences |
| | Audrey Vardy, PhD | CXR Biosciences |
| Panel Members | Jason Bailey, PhD | Dow Agrosciences |
| | Remi Bars, PharmD, PhD | Bayer CropScience |
| | David Bell, PhD | European Chemicals Agency |
| | Russell Cattley, DVM, PhD | Auburn University |
| | Rory Conolly, ScD | U.S. EPA |
| | Kenny Crump, PhD | Louisiana Tech University |
| | Stephen Ferguson, PhD | CellzDirect/Life Technologies |
| | David Geter, PhD | Dow Chemical Company |
| | Amber Goetz, PhD | Syngenta Crop Protection Inc. |
| | Jay Goodman, PhD | Michigan State University |
| | Susan Hester, PhD | U.S. EPA |
| | Abigail Jacobs, PhD | U.S. FDA-CDER |
| | Brian Lake, DSc | Centre for Toxicology, University of Surrey |
| | Curtis Omiecinski, PhD | Molecular Toxicology and Carcinogenesis, Penn State University |
| | Richard Peffer, PhD | Syngenta Crop Protection, LLC |
| | Rita Schoeny, PhD | U.S. EPA |
| | Wen Xie, MD, PhD | Center for Pharmacogenetics, University of Pittsburgh |

Supporting the conclusions of this panel that CAR activation is not a human-relevant MoA for liver tumors observed in rats following CAR activation, Brown *et al.* (2007) provided a remarkably detailed analysis of the chain of molecular events that unfold in male and female rats following long-term administration of Aroclors. As discussed above under the AhR MoA, Brown *et al.* (2007) used molecular analysis data obtained from the rats used in the Mayes *et al.* (1998) 2-year bioassay of Aroclors 1016, 1242, 1248, 1254 and 1260. Their analyses included multiple different measures of CYP induction, generation of reactive oxygen species (ROS; responsible for 'oxidative stress' in a tissue/organ), and multiple other measures to assess the chain of molecular events that ultimately lead to liver cancer in rats in a species and sex-related fashion (Figure A3-5 and Figure A3-6). That analysis, plus the CAR evaluation provided above, demonstrate that CAR activation by PCBs in humans has no relevance to human risk assessment of PCBs found in fish. A similar conclusion can be reached about nuclear receptor PXR activation, since Tabb *et al.* (2004) demonstrated that, although some PCBs activate rat PXR, they do not activate human PXR, and in fact may act as inhibitors of human PXR, at least at high doses.

Finally, Ayotte *et al.* (2005) did an extensive analysis of a fish-eating population living on The Lower North Shore region of the St. Lawrence River with an unusually high body burden of polychlorinated biphenyls (PCBs) and dioxin-like compounds (DLCs). They measured biomarkers indicative of liver enzyme induction and

230

886

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

investigated the relationship with organochlorine body burden in adult volunteers. The results of their analyses led to the following conclusion: *"In summary, we found no relation between biomarkers of OC* [organochlorine compound] *exposure and markers of hepatic enzyme induction in this highly exposed group of fish eaters from the Lower North Shore of the St. Lawrence River."* Given the very high levels of PCB exposure in this high fish-eating population, relative to consumers of Spokane River fish, the lack of any notable change in biomarkers of drug metabolizing enzymes provides further proof that activation of CAR, PXR and/or AhR does not occur at the doses of PCBs provided through consumption of fish from the Spokane River.

**Thus, there is now overwhelming evidence that the only relevant Mode of Action for PCBs as potential human carcinogens is via activation of the AhR, and thus the only relevant PCBs for human risk assessment purposes are the DL-PCBs.**

231

887

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**D.  Species differences in AhR responsiveness to dioxins and DL-PCBs:**

It is important to realize that ALL REPs/TEFs /TEQs discussed in the literature, established by the WHO, and used by the US EPA for risk assessment purposes, are based on studies in laboratory rats.  But it has been recognized for decades that there are important species differences in susceptibility to dioxins and dioxin-like molecules that activate the AhR.  Soon after the WHO Expert Review panel established the 2005 TEFs Table A3-11, (van den Berg *et al.*, 2006), discussed the many deficiencies in the WHO TEFs, especially noting the importance of species differences:

> "Literature data also indicate that the PCB126 REP [Relative Effective Potency] for enzyme induction in human cell systems, including primary hepatocytes, breast cancer cell lines and primary lymphocytes, may be one or two orders of magnitude lower

(Zeiger et al., 2001; van Duursen et al., 2003). In addition, the apparent binding affinity of

**Table A3-11.  Previous WHO TEFs for dioxins, dibenzofurans and DL-PCBs (from: WHO, 2019)**

**The International Programme on Chemical Safety (IPCS)**
WHO   ILO   UNEP

| Compound | WHO 1998 TEF | WHO 2005 TEF* |
|---|---|---|
| *chlorinated dibenzo-p-dioxins* | | |
| 2,3,7,8-TCDD | 1 | 1 |
| 1,2,3,7,8-PeCDD | 1 | 1 |
| 1,2,3,4,7,8-HxCDD | 0.1 | 0.1 |
| 1,2,3,6,7,8-HxCDD | 0.1 | 0.1 |
| 1,2,3,7,8,9-HxCDD | 0.1 | 0.1 |
| 1,2,3,4,6,7,8-HpCDD | 0.01 | 0.01 |
| OCDD | 0.0001 | **0.0003** |
| *chlorinated dibenzofurans* | | |
| 2,3,7,8-TCDF | 0.1 | 0.1 |
| 1,2,3,7,8-PeCDF | 0.05 | **0.03** |
| 2,3,4,7,8-PeCDF | 0.5 | **0.3** |
| 1,2,3,4,7,8-HxCDF | 0.1 | 0.1 |
| 1,2,3,6,7,8-HxCDF | 0.1 | 0.1 |
| 1,2,3,7,8,9-HxCDF | 0.1 | 0.1 |
| 2,3,4,6,7,8-HxCDF | 0.1 | 0.1 |
| 1,2,3,4,6,7,8-HpCDF | 0.01 | 0.01 |
| 1,2,3,4,7,8,9-HpCDF | 0.01 | 0.01 |
| OCDF | 0.0001 | **0.0003** |
| *non-ortho substituted PCBs* | | |
| PCB 77 | 0.0001 | 0.0001 |
| PCB 81 | 0.0001 | **0.0003** |
| PCB 126 | 0.1 | 0.1 |
| PCB 169 | 0.01 | **0.03** |
| *mono-ortho substituted PCBs* | | |
| 105 | 0.0001 | **0.00003** |
| 114 | 0.0005 | **0.00003** |
| 118 | 0.0001 | **0.00003** |
| 123 | 0.0001 | **0.00003** |
| 156 | 0.0005 | **0.00003** |
| 157 | 0.0005 | **0.00003** |
| 167 | 0.00001 | **0.00003** |
| 189 | 0.0001 | **0.00003** |

\* Numbers in bold indicate a change in TEF value

Reference - *Van den Berg et al*:
**The 2005 World Health Organization Re-evaluation of Human and Mammalian Toxic Equivalency Factors for Dioxins and Dioxin-like Compounds**

232

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*2,3,7,8-TCDD to the human AhR is generally 1/10th that of the AhR of the more sensitive rodent species*

*But significant variation among individual humans occurs (Roberts et al., 1990; Ema et al., 1994; Poland et al., 1994; Harper et al., 2002; Ramadoss and Perdew, 2004). It has been suggested that on average humans are among the more dioxin-resistant species, but the human data set is too limited to be conclusive (Harper et al., 2002; Okey et al., 2005). A study with AhR-humanized mice may indicate lower responsiveness towards toxic effects of 2,3,7,8-TCDD (Moriguchi et al., 2003).* <u>*Taken together this information warrants more research into REP values in human systems to establish if the present TEFs based on rodent studies are indeed also valid for humans" [emphasis added]*</u>

In 2015, Larsson *et al.* (2015) published a ground-breaking paper that included a detailed assessment of Relative Effective Potency (REP) values for various dioxins, dibenzofurans, and dioxin-like PCB congeners that are used to establish the TEFs, using direct comparisons of human and rat cells, in a variety of cell types (Table A3-12).

As noted previously, it has long been known that human AhR has different affinities for some ligands than rat AhR (Denison *et al.*, 2011; van den Berg *et al.*, 2006; van Duursen *et al.*, 2017). van Duursen *et al.* (2017) recently commented on the outdated use of rodent TEFs in human risk assessments for PCBs: *"These rodent-derived TEFs are applied world-wide for human risk assessment purposes. This in spite of the fact that upon AHR activation, a wide variety of toxic and biological effects can occur that display clear differences in rodent and human responses."* The 2015 study by Larsson *et al.* was the first to thoroughly demonstrate, quantitatively, the dramatic difference in response to DL-PCBs between rats and humans.  This is important because the large majority of risk assessments for the various adverse outcomes from PCBs are based on dose-response modeling of rat responses, with an assumption that the human AhR has similar Relative Effective Potency (REP) to that of rat.

After thorough testing of the different DL-PCBs in 17 different assays of rat and human cells, this group (which included as second author Martin van den Berg, the leading authority in the world

**Table A3-12.  Consensus toxicity factors for compounds with WHO TEFs (from: Larsson *et al.*, 2015)**

| compound[a] | CTF | | WHO-TEF |
|---|---|---|---|
| | rat | human | |
| *Chlorinated Dibenzo-p-dioxins* | | | |
| 2378-TCDD[b] | 1 | 1 | 1 |
| 12378-PeCDD[b] | 0.5 | 1 | 1 |
| 123478-HxCDD[c] | 0.2 | 0.03 | 0.1 |
| 123678-HxCDD[b] | 0.06 | 0.06 | 0.1 |
| 123789-HxCDD[c] | 0.3 | 0.002 | 0.1 |
| 1234678-HpCDD[b] | 0.04 | 0.2 | 0.01 |
| OCDD[c] | –[e] | 0.005 | 0.0003 |
| *Chlorinated Dibenzofurans* | | | |
| 2378-TCDF[b] | 0.2 | | 0.1 |
| 12378-PeCDF[c] | 0.2 | 0.6[aa] | 0.03 |
| 23478-PeCDF[b] | 0.2 | 1 | 0.3 |
| 123478-HxCDF[b] | 0.09 | 1 | 0.1 |
| 234678-HxCDF[b] | 0.07 | 0.06 | 0.1 |
| 123678-HxCDF[c] | 0.07 | 0.04[aa] | 0.1 |
| 123789-HxCDF[c] | 0.3 | 0.02 | 0.1 |
| 1234678-HpCDF[b] | 0.01 | 0.01 | 0.01 |
| 1234789-HpCDF[b] | 0.05 | 0.3 | 0.01 |
| OCDF[c] | 0.007[aa] | 0.2[aa] | 0.0003 |
| *Non-ortho-substituted PCBs* | | | |
| PCB77[b] | 0.0004 | –[d] | 0.0001 |
| PCB81[c] | 0.0002 | –[d] | 0.0003 |
| PCB126[b] | 0.09 | 0.003 | 0.1 |
| PCB169[b] | 0.002 | –[d] | 0.03 |
| *Mono-ortho-substituted PCBs* | | | |
| PCB74[b] | 0.000004 | –[d] | – |
| PCB105[b] | 0.00001 | –[d] | 0.00003 |
| PCB114[c] | 0.00006 | –[d] | 0.00003 |
| PCB118[b] | 0.000009 | –[d] | 0.00003 |
| PCB123[c] | 0.000009 | –[d] | 0.00003 |
| PCB156[b] | 0.00008 | –[d] | 0.00003 |
| PCB157[c] | 0.00003 | –[d] | 0.00003 |
| PCB167[b] | 0.000007 | –[d] | 0.00003 |
| PCB189[b] | 0.000007 | –[d] | 0.00003 |

233

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

on the TEF approach), arrived at 'Consensus TEFs' for both human and rat, and compared them to the 2005 WHO TEF values (Table A3-12).

1. **Calculation of a 'species correction factor' to adjust for the large difference in DL-PCB affinity toward AhR between rat and human**

Although the TEF values reported by Larsson *et al.* (2015) appear to suggest that the difference in PCB126 ligand affinity between rat and human is 0.003, that is not correct. The 0.003 value is the relative difference in PCB126 affinity compared to TCDD in the **human** receptor. But, as discussed previously, there is a substantial difference in potency of TCDD between rat and human with the human AhR response about 26-fold less than that seen toward the rat for the same concentration of TCDD. Thus, in order to compare a 'rat response' with a human response to a DL-PCB, it is necessary to compare the rat response for that ligand (e.g., PCB126 or PCB118) with the human response to those same DL-PCBs.

Table A3-13 (from: Larsson *et al.*, 2015) reveals some remarkable differences between human and rat AhR response to the DL-PCBs that dramatically changes human risk assessments for PCBs from those done by EPA in 1996, and others that are based solely on rat TEFs.

**Table A3-13.  Responsiveness of rat, mouse, guinea pig and human tissues to various dioxins, dibenzofurans and dioxin-like PCBs (from: Larsson *et al.*, 2015)**

| compound[b] | rat liver epithelial cells | | rat lung epithelial cells | | rat liver | | | rat liver | mouse liver | guinea pig liver | human liver | | human keratinocytes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cyp1a1 mRNA[c] | Cyp1b1 mRNA[c] | Cyp1a1 mRNA[f] | Cyp1b1 mRNA[f] | EROD primary hepatocytes[g] | EROD H4IIE hepatoma cells[g] | Luc.[h] | Luc.[h] | Luc.[h] | Luc.[h] | EROD Primary hepatocytes[g] | Luc. HepG2 AZ-AhR cells | CYP1A1 mRNA | AhRR mRNA |
| Chlorinated Dibenzo-*p*-dioxins |
| 2378-TCDD | 0.020 | 0.0019 | 0.0062 | 0.0032 | 0.0042 | 0.0038 | 0.0056 | 0.011 | 0.0015 | | 0.11 | 0.19 | 0.12 | 0.10 |
| 12378-PeCDD | 0.032 | 0.0050 | 0.012 | 0.0054 | 0.013 | 0.0060 | 0.012 | 0.0091 | 0.0018 | | 0.058 | 0.069 | 0.064 | 0.039 |
| 123678-HxCDD | 1.3 | 0.10 | 0.11 | 0.023 | 0.052 | 0.039 | 0.052 | 0.030 | 0.014 | | 1.5 | 1.3 | 4.7 | –[i] |
| 1234678-HpCDD | 0.17 | 0.0079 | 0.11 | 0.0076 | 0.14 | 0.080 | 0.20 | 0.095 | 0.019 | | 0.70 | 0.59 | 0.42 | 0.15 |
| Chlorinated Dibenzofurans |
| 2378-TCDF | 0.018 | 0.0010 | 0.0083 | 0.0036 | 0.025 | 0.083 | 0.10 | 0.013 | 0.0056 | | 0.89 | 1.8 | 0.73 | 1.5 |
| 23478-PeCDF | 0.030 | 0.0059 | 0.13 | 0.058 | 0.045 | 0.0059 | 0.036 | 0.0096 | 0.0012 | | 0.050 | 0.48 | 0.055 | 0.15 |
| 123478-HxCDF | 0.11 | 0.0069 | 0.025 | 0.0056 | 0.13 | 0.042 | 0.075 | 0.025 | 0.0050 | | 0.14 | 0.12 | 0.057 | 0.075 |
| 234678-HxCDF | 0.091 | 0.00020 | 0.040 | 0.0047 | 0.14 | 0.073 | 0.096 | 0.018 | 0.0059 | | 1.8 | 2.3 | 0.69 | 1.4 |
| 123678-HpCDF | 0.52 | 0.027 | 0.47 | 0.10 | 0.58 | 0.37 | 0.38 | 0.43 | 0.020 | | 11 | 8.8 | 2.1 | 2.0 |
| 1234789-HpCDF | 0.15 | 0.010 | 0.10 | 0.033 | 0.42 | 0.041 | 0.15 | 0.066 | 0.013 | | 0.43 | 0.39 | 0.22 | 0.35 |
| Non-*ortho* PCBs |
| PCB77 | 2.4 | 0.13 | 1.1 | 0.28 | 9.28 | 67 | 40 | 6.0 | 0.71 | | –[e] | –[e] | –[e] | –[e] |
| PCB126 | 0.18 | 0.0030 | 0.027 | 0.0081 | 0.073 | 0.041 | 0.076 | 0.24 | 0.0081 | | 26 | 58 | 50 | –[e] |
| PCB169 | 2.6 | 0.058 | 1.38 | 0.50 | 5.8 | 4.7 | 2.6 | 21 | 0.11 | | –[e] | –[e] | –[e] | –[e] |
| Mono-*ortho* PCBs |
| PCB74 | 14 | 0.17 | 1.4 | 0.26 | –[e] | –[e] | 4.2 | 4.5 | 1.1 | | –[e] | –[e] | –[e] | –[e] |
| PCB105 | 1.8 | 0.045 | 0.62 | 0.089 | 0.80 | –[e] | 1.3 | 6.1 | 0.012 | | –[e] | –[e] | –[d] | –[d] |
| PCB118 | –[e] | –[e] | 0.56 | 0.15 | 1.3 | –[e] | 1.6 | 2.9 | 0.13 | | –[e] | –[e] | –[e] | –[d] |
| PCB156 | 0.20 | –[e] | 0.046 | 0.0071 | 0.039 | 0.081 | 0.048 | 0.28 | 0.011 | | –[e] | –[e] | –[d] | –[d] |
| PCB167 | –[e] | 0.46 | 5.0 | 0.45 | –[e] | –[e] | 1.5 | 7.8 | 0.12 | | –[e] | –[e] | –[d] | –[d] |
| PCB189 | 5.5 | 0.072 | 0.87 | 0.085 | –[e] | –[e] | –[e] | –[e] | 0.12 | | –[e] | –[e] | –[d] | –[d] |
| Di-*ortho* PCB |
| PCB153 | –[e] | –[e] | –[e] | 12 | –[e] | –[e] | –[e] | –[e] | –[e] | | –[e] | –[e] | –[d] | –[d] |

234

890

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

The two major differences of relevance to this report are: 1) only one DL-PCB, PCB126, was capable of activating the human AhR, even though the other DL-PCBs activated the rat AhR with relative potencies very similar to previous WHO determinations.  All other DL-PCBs were "too weak to calculate a $BMR_{20TCDD}$" (footnote c; Table 1 of Larsson *et al.*, 2015); and 2) while PCB126 was able to activate human AhR, it did so with a relative potency approximately 666 times less than rat (Table 1, footnote c and Table 4 of Larsson *et al.*, 2015).[24]

Larsson *et al.* (2015) used 3 different rat liver assays to determine a BMD20 for AhR activation by PCB126. The values were 0.073, 0.041 and 0.076 nM (Table A3-13).  The average for rat liver response is thus 0.063 nM.  They also used 2 different assays of human liver cells, with values of 26 and 58 nM, with an average of 42 nM.  Thus, using the average value of different liver cell assays for each species, the difference in species sensitivity to PCB126 activation of AhR in the liver is 42/0.063 = 666.  For PCB126, comparing the human AhR response to the response in rat to TCDD, one arrives at a species difference TEF of: Human EROD response = 42nM / rat TCDD response of 0.0042 nM = 10,000.  Thus, the Larsson *et al.* (2015) data suggests that, to compare a dose of PCB126 in humans to the response of rats to TCDD, the 'correction' value would be ~10,000; in other words, the human AhR is 10,000 times less responsive to PCB126 when compared to the rat response to TCDD. The relative potency of TCDD in activating the human, versus the rat, AhR in isolated rat hepatocytes was 0.11 [human]/ 0.0042[rat] = 26-fold difference.  In other words, to correct for cross species extrapolation, it takes 26 times more TCDD for the human AhR receptor to cause the same level of activation of the rat AhR.

It is important to recognize that the values TEF values for DL-PCBs reported in 2015 by Larsson *et al.* (2015) are very consistent with previous studies that have noted large differences in AhR activation between human and rat liver.  For example, Carlson *et al.* (2009) conducted similar experiments with both rat and human hepatocytes, using TCDD and PCB126.  They reported a 'Relative Effective Potency (REP) value for PCB126, compared to TCDD, in humans of 0.0022 (95% CI 0.001, 0.005), and for the rat AhR 0.057 (95% CI 0.03, 0.1). These values are very similar to what was reported by Larsson *et al.* (2015), validating the use of a TEF of 0.003 for PCB126 toward the human AhR.  Shi *et al.* (2019) also determined a human AhR REP value for PCB126 of 0.002, further validating the findings of Larsson *et al.* (2015). A recent publication by Brennan *et al.* (2015) reported similar findings using a CALUX assay for both rat and human AhR, in that the human receptor response to TCDD was about 10-fold lower than the rat, and PCB126 was highly active toward the rat receptor, but had barely measurable activity toward the human receptor at 100-fold higher concentration. Wimmerova *et al.* (2016) determined REPs for dioxin-like compounds (DLCs) using expression of cytochrome P450 (CYP) 1A1 and 1B1 mRNA in human peripheral blood mononuclear cells representing two different pathways.  They used a sex and age adjusted regression-based approach comparing the strength of association between each DLC and the cytochrome P450 (CYP) 1A1 and 1B1 mRNA expression in 320 adults residing in an organochlorine-polluted area of eastern Slovakia.  Remarkably, this study found strong human *'in vivo'* correlations between the Relative Effective Potencies (REPs, or TEFs) calculated using human and rat

---

[24] Larsson, *et al.* (2015) used 3 different rat liver assays to determine a BMD20 for AhR activation by PCB126.  The values were 0.073, 0.041 and 0.076 nM.  The average for rat liver response is thus 0.063 nM.  They also used 2 different assays of human liver cells, with values of 26 and 58 nM, with an average of 42 nM.  Thus, using the average value of different liver cell assays for each species, the difference in species sensitivity to PCB126 activation of AhR in the liver is 42/0.063 = 666, yielding a TEF value of 0.0015.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

tissues *in vitro* (Larsson *et al.*, 2015), and the values obtained from their *in vivo* correlative studies.  In short, the 0.003 TEF for PCB126 was confirmed '*in vivo*', and the lack of any significant AhR activation for the other 10 'dioxin-like' PCBs, as demonstrated *in vitro* by Larsson *et al.* (2015),was also confirmed.

Although it appears from the way REPs in Table A3-12 are presented that human and rat AhR are equally responsive to TCDD (both values appear as 1), that is because the 'relative potency values' are relative to the species-specific response to TCDD in the assays (thus, all 'dioxin-like' chemicals are compared to the value obtained for TCDD <u>in that species</u>).  The data in Table A3-13 demonstrate that the human liver AhR response to TCDD is approximately 26-fold less sensitive to AhR activation by TCDD, consistent with reports from decades earlier suggesting that humans were 10-100-times less sensitive to dioxins, compared to rats.  For example, Budinsky *et al.* (2010) conducted a series of studies with human (N= 5) and rat liver cells in primary culture and compared the relative potency of TCDD and two chlorinated dibenzofurans (PeCDF and TCDF) between rats and humans.  They reported average 'EC50' for activation of human AhR (measured by several different means, including CYP1A1 mRNA and EROD activity) for TCDD, 4- PeCDF, and TCDF of 0.37, 0.67, and 2.02 nM, respectively and for rats, the values were 0.012, 0.43, and 0.09nM, respectively (Figure A3-17).  Thus, the Human:Rat ratio of EC50s for AhR induction by TCDD was 0.37/0.012 = 30.  This is essentially the same value for Human:Rat potency of TCDD toward the AhR as found by Larsson *et al.* (2015), who reported 26 fold difference between human and rat AhR.



**Figure A3-17.  Comparison of rat and human dose-response for EROD and POD induction by the three congeners. Points are means and SDs of average of replicates from individual human and rat responses (Supplementary tables 1 and 2). Lines are Hill model fits using mean parameters from fits to averages of replicates from individuals (from: Budinsky *et al.*, 2010)**

Although the studies of Budinsky *et al.* (2010) and Larsson *et al.* (2015) are probably the most demonstrative of the large species difference in TCDD and DL-PCBs in activating the human AhR, several additional studies provide additional strong support for this important species difference.

236

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Carlson *et al.* (2009) did an exhaustive analysis of changes in gene expression in both human and rat liver cells following treatment with various doses of TCDD and PCB126. The summary of their results are shown in Figure A3-18.



**Figure A3-18. Standard Tukey boxplots summarizing the geometric mean species-specific EC50 MLEs for TCDD and PCB126. Redundant probe sets of the same gene were conservatively represented by the probe set with the lowest EC50 estimate. Note that the x-axis is in log10 Molar scale. Center black line of each box represents the median value, open diamonds are the geometric means, and hinges are the first and third quartiles. Whiskers extend to the most extreme data point no more than 1.5 times the interquartile range away from the box. Open circles represent outliers. Asterisks and pound (#) indicate statistical differences (p ≤ 0.05) from unmarked EC50 estimates (from: Carlson *et al.*, 2009)**

What is evident from these data is that: 1) the human response to TCDD is between 10-100 times less than that in the rat, and 2) the human response to PCB126 is at least 1,000 times less in humans than in rats, consistent with the more quantitative data reported by Budinsky *et al.* (2010) and Larsson *et al.* (2015).

Wahlang *et al.* (2014) looked at the ability of Aroclor 1260, as well as individual DL-PCB congeners present in 1260, to activate a variety of different human nuclear receptors. They found that Aroclor 1260 was a very weak activator of human AhR, requiring very high concentrations to achieve any notable increase, and the maximum increase, even at 20 mg/L, resulted in only a 4-fold increase in AhR activation (Figure A3-19A). When the Aroclor mixture was added to a potent AhR activator (10 uM benzo(a)anthracene), it had no significant additional activation (Figure A3-19B). Finally, when individual DL-PCB congeners were added into the system, only PCB126 had a biologically significant activation of the AhR (PCB138 had a modest response, but 118 had no response; Figure A3-19C).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

While this study provides data only on human AhR and other nuclear receptors (PXR, CAR1,2,3, PPARa, etc.) their results with the human AhR studies strongly support the conclusions of Larsson *et al.* (2015) that PCB126 is the only relevant PCB congener for human health risk assessments of DL-PCBs.

Silkworth *et al.* (2005) conducted studies comparing species differences in AhR response to Dioxin-like PCBs. They used primary hepatocytes from rat (female SD rats), rhesus monkey and from 5 different human livers. They conducted a dose-response analysis of Aroclor 1254, TCDD and PCB126, and measured both EROD and CYP1A1 mRNA. The results for EROD activity are shown in Figure A3-20. Analysis of EC50 data demonstrated that human AhR response toward PCB126 was 0.00009 that of the rat AhR, or more than a thousand times less sensitive.

These findings are consistent with the findings of Larsson *et al.* (2015), who estimated that human AhR response to PCB126 is about 666-fold less sensitive than female SD rat liver.



**Figure A3-19. Aroclor 1260 Activation of human AhR (from: Wahlang *et al.*, 2014)**



Figure A3-20. Comparison of human donor hepatocyte EROD response to the rat response to TCDD (Silkworth *et al.*, 2005)

These results further demonstrate the remarkable resistance of humans to PCB-mediated activation of human AhR (measured by CYP1A1 activity) and support a value of 666 as a reasonable, yet conservative, dose correction for differences between female SD rat liver and human AhR response to PCB126. The nearly

238

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

complete lack of human liver AhR response to Aroclor 1254 is consistent with the lack of AhR activity toward other DL-like PCBs (e.g., PCB118, 156 and 180) found by Larsson *et al.* (2015).

2. **Determining a rat TEF from *in vivo* data, vs. *in vitro* cell based assays**

The NTP studies on TCDD, PCB126 and PCB118 discussed in the previous section can also be used to determine Relative Effective Potencies (REPs) from *in vivo* tumor data, by calculating the approximate liver tissue concentration where 50% of animals developed liver tumors for TCDD, PCB126 and PCB118 (Figure A3-21). Based on *in vivo* rat tumor data (rather than *in vitro* cell assays such as those in Larsson *et al.* (2015)), PCB126 has a 'Toxic Equivalence Factor' (TEF) of 0.03, and PCB118 has a TEF of approximately 0.00004, for rat AhR activation.

These are quite close (within a factor of 3) to the TEFs calculated by Larsson *et al.* (2015), for rat AhR induction of EROD in rat liver hepatocytes (PCB126 rat TEF = 0.09, PCB118 rat TEF=0.000009).



**Figure A3-21.** *In vivo* **TEF estimation from NTP (2006b, 2006c, 2010) studies based on liver concentration and tumor response data**

Thus, these data demonstrate that evidence-based human risk assessments based on experimental animal (primarily rat) data should be adjusted to use HUMAN AhR potency values, to estimate DL-PCB activation of AhR in <u>humans</u>.

239

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## VIII.    Appendix 4: Immunotoxicology of PCBs

1.  **Introduction to immunotoxicology risk assessment**

The immune system is composed of a series of balanced, complex, multicellular, and physiological mechanisms whose role is to preserve the integrity of the host. Functionally, the immune system distinguishes "self" tissues (organs and cells) from foreign ("non-self") materials (e.g., bacteria, viruses, transformed cells) and then utilizes one or more of its highly specialized and complex systems to neutralize and/or eliminate the foreign materials. The immune system operates as a continuum, and any perturbation to the system by xenobiotics (i.e., foreign chemicals) may lead to altered immune competence. Changes leading to enhanced responsiveness (or failure to recognize self) can progress to autoimmune disease or hypersensitivity, while decreased ability to recognize (or neutralize/eliminate) foreign material can lead to immunosuppression and illness (Kaplan *et al.*, 2013).

The complexity of the immune system provides many potential targets that xenobiotics may affect. A brief overview of the immune system is presented to provide context for the numerous studies that have evaluated the immunotoxicity of PCBs.

The immune system consists of several lymphoid organs and many different cellular populations. Lymphoid organs are subdivided into two categories, primary and secondary, associated with the beginning/genesis and the amplification/protection phases of the immune system, respectively. Bone marrow and thymus are the primary lymphoid tissues because they support the production of mature B and T cells, respectively. In addition, the bone marrow originates pluripotent and self-renewing hematopoietic stem cells (HSCs) from which all other hematopoietic cells are derived.[25] Secondary lymphoid organs include the spleen and lymph nodes, which filter antigens from the blood and fluids surrounding body tissues, respectively. Within the secondary organs, filtered antigens contact and stimulate naïve T and B cells (i.e., cells that have never undergone antigen stimulation). Other secondary lymphoid tissues are associated with the skin, mucosal laminal propria, gut, bronchioles, and nasal cavity (Kaplan *et al.*, 2013).

Mammalian immunity is classified into two functional divisions:

(1)  Innate immunity – characterized as the first-line defense response. The magnitude of response is similar for first exposure and subsequent exposures/challenges. Key cell types: neutrophils, macrophages, natural killer (NK cells), and dendritic cells (DCs).

(2)  Acquired (adaptive) immunity – characterized by specificity and immunological memory. Speed and magnitude of response is greater for a secondary exposure/challenge than the first/initial exposure. Acquired immunity is classified into two subdivisions:

  • Humoral immunity – acquired immunity directly dependent on the production of antigen-specific antibody by B cells. It involves a coordinated interaction between antigen-presenting cells (APCs), T cells, and B cells.

---

[25] During gestation, HSCs are located in the embryonic yolk sac and fetal liver (Mikkola, H. K., and Orkin, S. H. (2006). The journey of developing hematopoietic stem cells. *Development* **133**(19), 3733-44.).

240

896

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

- Cell-mediated immunity (CMI) – acquired immunity that occurs without antibody involvement. It occurs through actions of effector cells (i.e., phagocytic cells, helper T cells, regulatory T cells, APCs, cytotoxic T cells, or T memory cells).



**Figure A4-1.  Selected cellular and biochemical components of the immune system (Derelanko and Hollinger, 1995)**

The immune system encompasses a complex set of cellular and biochemical components. A graphical overview for selected cellular and biochemical aspects is provided in Figure A4-1;  descriptions of the key components are below (Kaplan *et al.*, 2013):

- Antibodies are specific serum globulins, produced by B cells in response to the presence of an antigen.

Antibodies are defined functionally by the antigen with which they react and by their isotype (or subtype; see Table A4-1). For example, the IgM antibody directed against sheep red blood cells (SRBCs) is "anti-SRBC IgM."

Antibodies of unknown specificity are referred to as immunoglobulin (e.g., serum immunoglobulin or serum IgM) until they can be defined by their specific antigen (e.g., anti-SRBC IgM).

241

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A4-1.  Antibody subtypes**

| Isotype | Biological properties |
|---------|----------------------|
| IgG | Complement fixation (selected subclasses) |
| | Crosses placenta |
| IgA | Secretory antibody |
| IgM | Complement fixation |
| | Efficient agglutination |
| IgD | Possible role in antigen-triggered lymphocyte differentiation |
| IgE | Allergic responses (mast-cell degranulation) |

- An underlined antigen is anything recognized by the immune system as "non-self."

- Antigen presenting cells (APCs) are cells that take up antigen and processed for presentation to lymphocytes (to elicit an acquired immune response). These include dendritic cells (DCs), macrophages, and B cells.

- Antigen processing describes the process whereby accessory cells (i.e., APCs) take up, process, and present antigen to lymphocytes. Key events that occur following antigen encounter with T and B cells include:

  o Specific antigen recognition: T cells via MHCI or MHCII or B cells via Ig receptor,

  o Cellular activation and initiation of intracellular signaling cascades to release cytokines and other cellular mediators,

  o Proliferation (clonal expansion) of antigen-specific cells, and

  o Differentiation of antigen-stimulated lymphocytes into effector and memory cells.

- B cells (or B lymphocytes) are lymphocytes that develop in the bone marrow from hematopoietic stem cells (HSCs). B cells provide humoral immunity by antibody secretion; mature B cells differentiate into plasma cells, which results in a high serum concentration of specific antibody and establishment of immunological memory. Mature B cells become activated (and start proliferation) upon antigen binding to the surface immunoglobulin. After proliferation, the mature B cell undergoes differentiation into either a memory B cell or an antibody-forming cell (AFC or plaque forming cell; PFC) that actively secretes antigen-specific antibody.

- Cluster of differentiation (CD) is a series of cell surface markers (e.g., CD4, CD8) used to identify cell types and serve physiological roles.

- Complement is one consequence of antigen-antibody binding. A sequential pathway resulting in complement-mediated cell lysis.

- Dendritic cells (DCs) exist (in the absence of antigenic stimulation) in an immature state in most tissues, during which they can efficiently capture antigens. Maturation of DCs occurs in response to antigens; toll-like receptor (TLR) agonists (i.e., lipopolysaccharide [LPS] or cytokines such as GM-CSF or tumor necrosis factor, TNF-α). Mature DCs migrate to lymph nodes and present antigens to T cells.

242

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

DCs internalize antigen by phagocytosis, pinocytosis, or receptor-mediated endocytosis. Mature DCs then express high levels of both classes of MHC, which can stimulate both innate and acquired immune responses.

- Macrophages are phagocytic cells that can differentiate into tissue-specific macrophages that vary in extent of surface receptors, oxidative metabolism and expression of MHCII. Classically activated macrophages (M1) are pro-inflammatory and participate in antigen presentation; alternatively activated macrophages (M2) do not present antigen well, but are efficient in apoptotic (self-terminated, dead) cell removal.

- Major histocompatibility complex (MHC) is a group of cell surface markers of two classes (class I and class II; MHCI and MHCII). Major differences between the MHCI and MHCII pathways are:

  o MHCI is expressed by all nucleated cells; thus, MHCI processed and presented antigens are not limited to APCs.

  o MHCI antigenic peptides are usually smaller.

  o MHCI antigens to be processed are usually aberrantly expressed proteins, such as viral-associated proteins or mutated proteins.

  o Antigen processing and loading mechanisms for MHCI are slightly different than MHCII.

  o MHCI facilitates antigen presentation to CD8+ (cytotoxic) T cells (i.e., CMI), whereas MHCII facilitates presentation to CD4+ (helper) T cells (i.e., humoral immunity).

  o MHCI antigen processing and presentation is the major pathway by which virally infected cells are detected and killed by the acquired immune system.

- Neutrophils (also known as polymorphonuclear cells or PMNs) are phagocytic cells that can release various reactive oxygen species (ROS) to eliminate most microorganisms. Phagocytic activity is enhanced by the presence of complement and antibody deposited on the surface of the foreign target.

- Natural killer (NK) cells have two main functions: cytokine production and cytolysis. Predominant producers of interferon-gamma (IFN-γ), which helps mature DC. NK cells mediate both antibody-independent and antibody-dependent cellular cytotoxicity.

- Phagocytosis is a process of cellular ingestion; the cell membrane of a phagocyte engulfs other cells, bacteria, microorganisms, and debris. Once internalized, the phagocyte digests the engulfed material.

- T cells (or T lymphocytes) are lymphocytes that develop from pluripotent bone marrow stem cells that migrate to and develop in the thymus. Mature cells are transported to other lymphoid tissues (lymph nodes, spleen) where they can interact with B cells and accessory cells to stimulate antibody production or interact directly with antigen-bearing cells. T cells only recognize antigen when it is on the surface of a body cell. Accordingly, the T-cell receptor (TCR), which is uniquely produced through somatic recombination, recognizes antigen plus a surface marker (i.e., both classes of the MHC).

243

899

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Activation of a mature T cell occurs upon binding of the TCR to MHC plus antigen; after proliferation, the mature T cell differentiates into either an effector cell or a memory cell. Subpopulations of T-cells include:

- o Cytotoxic T cells (cytotoxic T lymphocyte; CTL) interact directly with antigen and destroy antigen-bearing cells; effector cell in CMI. Generally express CD8 (i.e., CD8+).

- o Helper T cells (helper T lymphocytes; Th) help stimulate antibody production of B cells and certain other T cells. Generally express CD4 (i.e., CD4+). Further differentiate into phenotypes depending on cytokines present; two of which, Th1 and Th2, dictate whether CMI or humoral immunity will predominate, respectively (see Figure A4-1).

Th1 and Th2 cells express different extracellular cytokines that promote CMI and humoral defense against intracellular invaders (Th1 cells) or humoral defense against extracellular invaders (Th2 cells). Th1 and Th2 populations are not mutually exclusive; they negatively regulate each other so that a strong response of one inhibits response of the other.

- o Regulatory T cells (Tregs; formerly suppressor T lymphocytes) are a small population of CD4+ cells that inhibit cell division or production of specific cytokines in certain other T and B cells.

Many different types of assays have been used to assess immune system status following exposure to different test articles. In general, these assays evaluate various aspects of immune response (e.g., antibody production or resistance to infection) of control animals compared to responses in groups of animals previously treated with different concentrations of test article. Toxicology testing to assess immunotoxicity in laboratory animals has been done through a tired approach and when data from screening studies (which were defined differently for different organizations) indicate a chemical may be immunotoxic, functional tests would be then performed as part of an expanded tier in the same strain of animal (Luster *et al.*, 1988). The section below provides a brief overview of the types of assays that have been used to assess immune functions in animals following treatment by PCBs.

### *Gross immunopathology (organ weights and histopathology) assays*

Histopathology changes and gross changes in lymphoid organs (i.e., weight and/or cellularity) are generally considered screening assays and supportive evidence for potential immunotoxicity and further investigation (Luster *et al.*, 1988).

Quantitation of specific cellular populations of B- and T-cells in the spleen is considered a more comprehensive evaluation of potential immune effects (Luster *et al.*, 1988).

### *Humoral (antibody-mediated) immunity assays*

Humoral immunity is an acquired immunity directly dependent on the production of antigen-specific antibodies by B cells. It involves a coordinated interaction between antigen-presenting cells (APCs), T cells, and B cells. Measuring antibody production to specific antigens is a relatively comprehensive assessment of immune function because optimal antibody production to antigens requires a complex interaction between antigen presenting cells (APCs) (e.g., macrophages or dendritic cells), T-cells, B-cells, cytokines, functional major histocompatibility antigens, and cell surface receptors.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Methods to assess antibody production include hemagglutination, radial or linear immunodiffusion, immunoprecipitation, zone electrophoresis and immunoelectrophoresis, immunofluorescence, radioimmunoassay (RIA), plaque-forming cell (PFC) assay (also referred to as the antibody-forming cell or AFC) assay, and enzyme-linked immunosorbent assay (ELISA). Hemagglutination and immunodiffusion-precipitation-electrophoresis techniques are considered to lack optimal qualifications (i.e., sensitivity, reproducibility, simplicity, and measurement of parameters relevant to human and animal health) and do not correlate consistently with changes in host resistance to pathogens, tumor models, or autoimmunity (Burleson *et al.*, 1995). RIA and ELISA methods both measure levels of total concentration of specific antibodies in circulation. The PFC assay measures a slightly different parameter as it measures the number of specific antibody-producing plasma cells in a particular tissue (e.g., spleen, lymph node); it does not quantitate the level of antibody production or account for potential antibody production at sites not assessed. Both the ELISA and PFC methods results generally correlate with results from host resistance models (Burleson *et al.*, 1995).

### Cell-mediated immunity assays

Cell-mediated immunity is an acquired immunity that occurs without antibody involvement. It is generally assessed using methods including the mixed lymphocyte reaction assay, cytotoxic T-lymphocyte assay, the delayed type hypersensitivity (DTH) assay, lymphocyte blastogenesis assays, and graft-vs-host response assays (International Programme on Chemical Safety, 1996; Luster *et al.*, 2003; Luster *et al.*, 1988). Briefly, the mixed lymphocyte reaction (MLR) assay mixes T-cells from the spleen or lymph nodes with allogenic (donor cells from same species of animal) stimulator cells and measures the response of T-cells to recognize the allogenic cells and proliferate. The cytotoxic T lymphocyte assay is a continuation of the MLR whereby spleen cells are removed and treated with stimulator cells (P815 mastocytoma cells with radiolabeled chromium). The percentage of radiolabeled chromium in the supernatant reflects the ability of TH1 cells to illicit cytotoxicity (and thereby immune competence). The delayed type hypersensitivity (DTH) assay is a TH1-dependent assessment that measures the magnitude of an inflammatory response at a sensitized compared to an unchallenged site. Lymphocyte blastogenesis assays measure blastogenesis and proliferation of sensitized T-cells in response to polyclonal activators such as the plant lectins concanavalin A (ConA) or phytohemagglutinin (PHA) (Pokeweed mitogen or PWM stimulates both T and B cells). Finally, graft-vs-host response/reactivity assays measure the ability of receptor animals (hosts) to immunologically respond to cell transfers (International Programme on Chemical Safety, 1996; Luster *et al.*, 2003; Luster *et al.*, 1988).

### Nonspecific immunity assays

Nonspecific immune assays represent responses of the innate immune cells, including the natural killer (NK) cell activity assay and assays that assess macrophage activity. The natural killer (NK) cell assay measures splenic NK cell activity *in vitro* by culturing spleen cells with tumor cell lines known to be sensitive to NK-mediated cytotoxicity (e.g., YAC-1 or K562 for rat or primate NK evaluations, respectively). Target cells are radiolabeled so any lysed cells release radioactivity into the culture medium where it is measured. Macrophage activity is assessed through measuring their phagocytic or cytotoxic/killing ability (Luster *et al.*, 1988).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

*Host resistance assays*

Host resistance assays assess potential altered susceptibility to infection or tumor cell challenge following exposure to a potential immunotoxicant. Assays include assessment of impaired host defenses through altering the resistance of the studied animal species to infection by various infectious agents, resistance to tumor growth following injection of tumor cells, and through altering concentrations associated with mortality of exposed populations compared to non-exposed populations (i.e., the LD50 or the lethal dose associated to kill 50% of the test population) (Luster *et al.*, 1988).

2. **Hazard identification**

A sequential search of PubMed was performed initially performed in March 2017 (and then repeated in August 2018, April 2019 and October 2019 to identify more recently published studies). Keywords used in each of the searching events are listed in Table A4-2. Together, these searches identified 601 unique citations. Resulting citation lists were refined through removal of those that met elimination criteria given in Table A4-2.This left a total of 260 articles that were further evaluated.[26]

**Table A4-2. PubMed literature searching strategy**

| Search strings | Elimination criteria |
|---|---|
| Aroclor AND immune | Written in foreign language |
| Aroclor AND immunotoxicity | Description of an analytical method without pertinent results |
| Aroclor AND immunotoxin | |
| PCB AND immune | Evaluation of effects on wildlife/marine organisms |
| PCB AND immunotoxicity | |
| PCB AND immunotoxin | Did not assess immune effects of PCBs or Aroclors |
| PCBs AND immune | |
| PCBs AND immunotoxicity | (e.g., study evaluated a different chemical with and without stimulation of liver enzymes by PCBs) |
| PCBs AND immunotoxin | |
| "Polychlorinated biphenyl" AND immune | |
| "Polychlorinated biphenyl" AND immunotoxicity | |
| "Polychlorinated biphenyl" AND immunotoxin | |
| "Polychlorinated biphenyls" AND immune | |
| "Polychlorinated biphenyls" AND immunotoxicity | |
| "Polychlorinated biphenyls" AND immunotoxin | |

Studies were entered into the database when the study comprised a unique animal study (i.e., not in epidemiology study or a review); the test article studied included one or more PCBs and/or Aroclors; and the endpoints evaluated included at least one immune tissue or immune function assay. In total, data from 88 unique articles were entered into the database.

Each individual immune-related test consisted of a unique combination of test article, species, and endpoint; multiple tests were associated with most publications. Availability of unique information was the only criteria

---

[26] As applicable, additional publications identified through citations in the evaluated studies were also reviewed but the number of studies identified in this manner was not tracked.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

for inclusion of individual tests; no filtration was performed to evaluate quality of included studies. The literature review resulted in identification of 403 individual immunotoxicity tests that represented 88 individual studies (publications).

Study design including test article identity, species, exposure route, and dosing frequency, duration, and concentration ranges were recorded for each study. In addition, if the study results found a concentration associated with a no observable effect level (NOAEL) for immunotoxicity, captured information included the highest NOAEL observed. The lowest observable effect level (LOAEL) for immunotoxicity was captured for each test when available. Results were sub categorized by type of immunotoxicity tests, including gross immunopathology (organ weight/histopathological) changes; humoral immunity; cell-mediated immunity; nonspecific [innate] immunity; host resistance; cell subset distribution changes; and a final category to capture other endpoints beyond those listed. A short description of all reviewed immunotoxicity tests are provided in Attachment 3.

As summarized in the table of studies provided in Attachment 3, studies investigating the potential immunotoxicity of PCBs began in the early 1970s and encompass numerous investigations across many different animal species, assays, and functional endpoints. Initial animal studies focused on assessing whether a hazard existed and thus focused on investigations with relatively high exposure concentrations and gross observations of organ size/weights and histopathology; these studies observed PCB-attributed immune-related effects including cellularity changes and diminished size (i.e., atrophy) of the thymus and spleen in PCB-treated animals. Assays of humoral immune function following PCB exposure observed changes to circulating lymphocytes, circulating immunoglobulin response, circulating antibody response, and decreased lymphocyte proliferation in response to T-cell mitogens (e.g., decreased plaque-forming cell [PFC] response to sheep red blood cells, SRBCs), although the concentration associated with observed effect levels (and non-observed effect levels) varied widely between studies, species, and congener. Although the potential for PCB-induced immunotoxicity has been most studied in rodents, results were often conflicting between studies, with some studies observing immune-related effect(s) while others did not reproduce the effect(s). Inconsistent experimental designs including variations in the number of test groups (e.g., one or multiple groups vs. controls) evaluated, concentration levels used, the route of exposure, and the exposure duration (e.g., single vs. multiple exposures) likely contributed to the large variability and lack of reproducibility between studies. In general, immune-related effects (gross effects to lymphoid organs) observed in laboratory animals treated with high concentrations of PCBs supported a potential hazard for immune-related effects.

### 3. Mode of action

As described below, scientific studies support that the mode of action for PCB-mediated immune effects is through activation of the AhR.

Much of the early research on the AhR focused on its hepatic expression and effects but soon spread to evaluation of non-hepatic tissue expression (and potential effects), which led to studies of AhR activity in immune organs. As summarized in a recent review article, the conclusion that that AhR activation adversely affected thymic function came first and was followed by many successive studies (in the 1980s) that demonstrated AhR-mediated suppression of the immune system included thymic atrophy, reduced cell-

247

903

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

mediated immunity, diminished humoral antibody responses and an overall reduction in resistance to infectious diseases (Kreitinger et al., 2016).

The AhR's potential role in modulating the immune system has been extensively investigated. The AhR is commonly expressed in the immune system and is expressed in nearly all immune cell types (Kerkvliet, 2009). Functionally, the AhR can affect the transcriptional programs of Tregs and Th17, participate in the differentiation of Tr1 cells, and modulate the function of B cells, dendritic cells, and monocytes (Cella and Colonna, 2015; Wheeler et al., 2017). Furthermore, AhR binds to dioxin response elements (DREs) or xenobiotic response elements (XREs). Many DREs/XREs affect immune-related genes such as cytokines IL10, IL21, IL17A/F, IL22, and RORγt, which have downstream effects on innate and adaptive immune cells (Tian et al., 2015). Its importance is evident as immune system dysfunction is observed in AhR knockout mice. Although specific adverse effects in the AhR knockout are antigen-specific, downregulation of the immune system is the most commonly observed effect (Kerkvliet, 2009; Tian et al., 2015).

2,3,7,8-tetrachlorodibenzodioxin (TCDD, dioxin) is the most potent and well-studied AhR ligand and has long been recognized as having immunosuppressant effects mediated through the AhR (Birnbaum and Tuomisto, 2000; Kerkvliet, 1995, 2009; Kreitinger et al., 2016; Preston et al., 1981; Sulentic and Kaminski, 2011; Tryphonas and Feeley, 2001). AhR-dependent responses to TCDD cause suppression of both the innate and adaptive immune systems with effects including thymic atrophy and dysfunction, humoral immunity suppression, cell mediated immunity suppression, and innate immunity (e.g., neutrophil, macrophage, NK cells, and dendritic cell-mediated) suppression (Birnbaum and Tuomisto, 2000; Kerkvliet, 2009; Sulentic and Kaminski, 2011; Tian et al., 2015; Tryphonas and Feeley, 2001).

AhR-mediation in immunosuppressive effects has evolved over time with scientific evaluations of compounds structurally similar to TCDD. In particular, "[e]arly studies in the 1970's and 80's showed that various chlorinated congeners of dibenzo-p-dioxins, dibenzofurans and biphenyls produced similar immunosuppressive effects on the immune system of mice with a potency directly related to the affinity of the congener for binding to the [AhR]" (Kerkvliet, 2009).

Although the concentrations required to elicit immune effects with PCB exposures were higher, the resulting effects generally correlated with effects observed following TCDD exposures (i.e., suppressed cell-mediated immunity assessed through delayed hypersensitivity reactions, graft-versus-host responses, and decreased lymphocyte proliferation in response to T-cell mitogens), which strongly suggested immune effects attributed to PCB exposures are mediated through action of dioxin-like PCBs and their stimulation of the AhR (Silkworth and Loose, 1979a; Tryphonas and Feeley, 2001).

The AhR's role in modulating the immunotoxicity of PCBs was demonstrated through studies using different strains of mice that expressed AhR receptors with different structures and functions. Specifically, mutations in the DBA/2 mouse AhR gene result in expression of an AhR whose binding efficiency for ligands (e.g., TCDD and PCB77) is much less than the AhR expressed by C57BL/6 mice. The difference in ligand binding affinities cause functional differences in the ligand's ability to activate downstream events and the responsiveness to TCDD-mediated effects. Due to these functional differences, the C57BL/6 mice and DBA/2 mice are sometimes referred to as AhR-responsive and AhR non-responsive, respectively. One study evaluated the responses in each strain of mice following intraperitoneal injections of 0, 10, or 100 mg/kg PCB77 (dioxin-like) or PCB52 (non-dioxin like) given 2 days prior to and 2 days following intravenous inoculations of SRBCs.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Humoral immune response was evaluated using the anti-SRBC PFC assay, thymic atrophy, spleen cellularity, and organ weights. Increased PFCs, thymic atrophy and decreased relative spleen weights observed with treatment of the dioxin-like for PCB77 in C57BL/6 mice but not in DBA/2 mice. None of these effects were observed in either strain treated with the non-dioxin like PCB52 (Silkworth and Grabstein, 1982).

A second, similar study evaluated immune effects following intraperitoneal injections of 0, 10, or 100 mg/kg of dioxin-like PCB77 given 2 days before intravenous inoculations of SRBCs in mice with altered AhR phenotypes. Briefly, AhR responsive (BALB/cBy) and AhR nonresponsive (DBA/2) strains sharing the same major histocompatibility antigens were used. Bone marrow from the same or opposite AhR phenotype was used to reconstitute the bone marrow of lethally irradiated mice. Potential immune-related effects of PCB77 exposure were evaluated for normal and bone marrow chimeric mice using various tests including the anti-SRBC PFC assay, hemagglutination titer, spleen cellularity, and organ weights. The results demonstrated that the immunotoxicity was primarily determined through the AhR phenotype of the lymphoid tissue as PCB77 treatment suppressed the immune response only in mice with AhR sensitivity (Silkworth *et al.*, 1986).

One source reviewed indicated that non-AhR immunosuppressive effects of PCBs are mediated via PCB metabolism to "arene oxide intermediates capable of alkylating critical cellular macromolecules to form potentially toxic covalently bound substrate-macromolecule adducts" (Tryphonas and Feeley, 2001). However, the referenced publication (Preston *et al.*, 1981). is about PCB-induced hepatic tumors in the rat and does not mention metabolism, immune status, or reference any immunosuppressive effects (Preston *et al.*, 1981). I found no other data to support an adduct-mediated mechanism for PCB immunotoxicity.

As summarized above, TCDD-induced immunotoxicity has been well studied and science supports it is modulated through the AhR receptor. Multiple lines of evidence support immune effects following PCB exposures are also mediated by the AhR receptor. Studies have demonstrated PCB exposures generate similar immunosuppressive effects to those observed with TCDD; non-responsive AhR strains are not associated with immune-related effects of PCBs, and non-dioxin like PCB congeners are not associated with immunosuppressive effects.

### 4. Dose-response assessment

Dose-response is the fundamental tenet of toxicology (i.e., adverse response increases with dose), so high quality toxicology tests evaluate more than a single exposure concentration (generally three or more with a separate control group) with multiple administrations (for example one time per day over several days, weeks, months, or years).

As previously discussed, my hazard assessment of PCBs identified 403 immunotoxicity tests in 88 publications. This dataset was refined to include only those of typical laboratory animals (mice, rats, and monkeys) using oral routes of administration, which resulted in further evaluation of 180 tests that met the inclusion criteria (out of the originally identified 403 tests).

Studies must possess certain attributes before they can be used to ascertain whether a chemical can elicit a dose-response: they must include multiple test article administrations and compare multiple dose groups to a control group.  Figure **A4-2**  graphically portrays the study designs of the 180 mouse, rat, or monkey oral administrations tests; 78% included multiple administrations; 60% included multiple dose groups; and 45% included both multiple dose groups and multiple test article administrations.

249

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A4-2.  Quality of PCB and Aroclor immunotoxicity tests with oral route of administration**

Of the 81 unique immunotoxicity tests that evaluated multiple dose groups and multiple administrations, 55 of those tests evaluated at least three dose groups (the minimum required for a dose-response assessment), and 35 of the 55 failed to show any immunotoxic effect any of the tested doses. In total, 20 tests remained for evaluation of dose-response. Of those remaining, some observed immune-related effects at the highest concentration tested only and thereby could not be used to assess whether a true dose-response relationship existed.

Significant dose-response trends were reported for both IgM and IgG following sheep red blood cell (SRBC) inoculation in Aroclor 1254 exposed monkeys (Tryphonas *et al.*, 1989; Tryphonas *et al.*, 1991a). Aroclor 1254 exposed monkeys also exhibited a significant dose-response trend in serum thymosin alpha-1 ($p = 0.0006$) but not an increased trend in serum complement activity ($p = 0.13$) (Tryphonas *et al.*, 1991b).

Statistical tests for a dose-response trend were conducted in none of the mouse studies. In one mouse study by Imanishi *et al.* (1980), the two highest administered doses of Kanechlor 500 tested (0.2 and 0.4 mg/kg) resulted in significantly increased mortality following Herpes simplex or Ectromelia virus infection than in control mice ($p < 0.05$) but there was no apparent difference between the effects induced by the 0.2 and 0.4 mg/kg treatments. Another mouse study conducted by Koller (1977) reported increased severity of splenic lesions in mice treated with PCBs and inoculated with Moloney Leukemia Virus (MLV) but results were not presented in a quantitative fashion. However, the authors also noted that MLV was not activated (i.e., no oncogenic effects were noted) in PCB-treated mice, suggesting that if any immunosuppression resulted from PCB exposure, it was insufficient to activate the virus. A recent study that dosed mice with PCB126 observed both decreased body weight gain and immune-related effects (e.g., reduced relative spleen and thymus weights) in all treatment groups (Du *et al.*, 2019).

Rat studies conducted by Miller *et al.* (1993) and Smialowicz *et al.* (1989) did not perform any statistical tests for a dose-response trend. In the Miller study, all tested doses of Aroclor 1254 (0.1 to 25 mg/kg) resulted in significantly elevated circulating corticosterone at 15 weeks post exposure, and in the Smialowicz study the two highest doses of Aroclor 1254 tested (10 and 25 mg/kg) resulted in significantly reduced NK cell activity.

Three studies conducted on rats by the NTP examined the carcinogenic effects of PCB118, PCB153, and PCB126 (NTP, 2006a, c, 2010).  In the studies of PCB118 and 153, thymus and bone marrow effects,

250

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

respectively, were observed only at the highest administered dose. In the study of PCB126, thymus atrophy was observed at 0.175 µg/kg and increased in severity with increasing doses. This trend was not assessed for statistical significance.

As summarized above, most immunotoxicity studies that evaluated at least three doses with multiple oral administrations failed to find any immunotoxicity response in the treated animals. Of those remaining, monkey studies observed dose-responses for circulating antibodies. Single administrations of high doses of PCBs and related gross changes in immune organs (i.e., thymus and spleen) further support a dose-response relationship between PCB exposure and immunotoxicity (see summary of studies in Attachment 3).

5. **Risk characterization**

As described above, immunotoxicity following PCB exposure is dependent on AhR activation as was found with the cancer assessment (whose mode of action was also through activation of the AhR). In order to assess human risk related to any specific study, factors were needed to normalize the dose in animals to an equivalent dose in humans. These factors include considerations to account for (1) different abilities of different compounds (congeners or mixtures) to ability to activate the AhR in the tested animal species; (2) differences between AhR responsiveness (activation) in humans compared to the tested animal species; and (3) differences in animal to human body size differences.

Differences in activation of the AhR by different PCB congeners and TCDD has long been recognized. Toxic equivalency factors (TEFs) were established by the World Health Organization (WHO) for a list of 20 AhR ligands, including 12 dioxin-like PCBs based on data predominantly derived using rats and rat tissue. Because the highest affinity ligand for the AhR and the most potent at eliciting biologic responses in the rat is TCDD, its TEF was set to 1. TEFs for other chemicals were consensus estimates of the relative toxicity/potency of each chemical towards the AhR (relative to TCDD). The WHO last updated these values in 2006 (van den Berg *et al.*, 2006).

A publication nearly 10 years later by Larsson *et al.* (2015) reevaluated the relative effective potency for dioxin and various dioxin like PCBs *in vitro* among different species and provided robust evidence for establishing species-specific consensus toxicity factors (CTFs). Values derived by Larsson for rat, mouse, and human TEFs (or CTFs) are listed with the 2006 WHO consensus values in Table A4-3. Notable is that while Larsson's data indicate that the rat and mouse generally exhibit similar TEFs for dioxin-like PCBs (i.e., within an order of magnitude of each other), the human responsiveness is very different. Responsiveness differences between rats and humans were discussed extensively in the cancer section of this report and will not be repeated in this section. Extension of those same principles will occur in this section to the responsiveness of mice and monkeys relative to humans. The principles of extrapolation between species are the same and specific parameters and assumptions for those extrapolations are given in the text that follows. These principles form the foundation for calculations performed to characterize human equivalent doses from immunotoxicity tests of PCBs.

251

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A4-3. TEFs for dioxin-like PCBs**

| Congener | 2005 WHO consensus TEFs (van den Berg et al., 2006) | Rat-specific consensus TEFs (Larsson et al., 2015) | Mouse-specific TEFs (Larsson et al., 2015)[27] | Human-specific consensus (Larsson et al., 2015) |
|---|---|---|---|---|
| PCB77 | 0.0001 | 0.0004 | 0.002 | 0 |
| PCB81 | 0.0003 | 0.0002 | - | - |
| PCB126 | 0.1 | 0.09 | 0.05 | 0.003 |
| PCB169 | 0.03 | 0.002 | 0.0005 | 0 |
| PCB 74[28] | - | 0.000004 | 0.000002 | 0 |
| PCB105 | 0.00003 | 0.00001 | 0.000002 | 0 |
| PCB114 | 0.00003 | 0.00006 | - | 0 |
| PCB118 | 0.00003 | 0.000009 | 0.000004 | 0 |
| PCB123 | 0.00003 | 0.000009 | - | 0 |
| PCB156 | 0.00003 | 0.00008 | 0.00004 | 0 |
| PCB157 | 0.00003 | 0.00003 | - | 0 |
| PCB167 | 0.00003 | 0.000007 | 0.000001 | 0 |
| PCB189 | 0.00003 | 0.000007 | - | 0 |

Before human equivalent dose calculations were performed, immunotoxicity tests identified in Attachment 3 were refined to include those applicable for assessment of potential effects due to repeated exposures through fish consumption. Tests were refined to include only those with exposure regimes that included a minimum of two oral doses and those that studied typical laboratory animals (mice, rats, and monkeys).

In evaluating the resulting dataset, it was clear additional toxic equivalence (TEQ) values were necessary to evaluate the relative toxicity of tested mixtures of PCBs and different Aroclors.[29] TEQ values are derived by multiplying the concentration of each individual dioxin-like compound by its corresponding TEF. TEQs for mixtures are derived by summing the products for each dioxin-like compound in the mixture. Therefore, individual congener percentages of each Aroclor were necessary to derive the TEQ for each mixture. Table A4-4 provides available compositional congener analyses of different Aroclors (Frame et al., 1996; Hong et al., 1993; Kodavanti et al., 2001; Rushneck et al., 2004; Schulz et al., 1989; Schwartz et al., 1993; Takasuga et al., 2005). Early analyses suffered from detection and/or quantitation deficits and were generally not as sensitive as later analyses and were not included in my calculations. The most recent and sensitive analysis by Rushneck et al. (2004) was used to estimate the abundance of congeners in the different Aroclors. Species-specific TEQs for Aroclors were derived using the Rushneck data combined with the species-specific TEFs presented in Table A4-3. Specifically, rat- and mouse-specific TEFs were derived using species-specific data presented by Larsson et al. (2015). The only species-specific TEF value available for monkeys was the TEQ for

---

[27] Mouse-specific TEF values estimated using concentrations estimated to elicit 20% of the maximum dioxin (TCDD) response (BMR20TCDD) for AhR induction using the luciferase assay in mouse liver cells (H1L6.1c2) per Larsson et al. (2015); TEF= (BMR20TCDD for TCDD; 0.011 nM) / (BMR20TCDD, specific PCB-congener, nM).

[28] Larsson et al., 2015 was the first inclusion of PCB 74 as a dioxin-like congener.

[29] Aroclors were commercial mixtures of PCBs manufactured to specific chlorine content rather than to specific weight percentages of individual PCB congeners.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Aroclor 1254 determined by Silkworth Silkworth *et al.* (2005). Conservative assumptions were made for the remaining monkey TEFs, which were to assume they were equivalent to the WHO 2005 (van den Berg *et al.*, 2006) consensus TEF values (because those were generally the highest values amongst all species). All derived TEQs are presented in Table A4-5.

The next parameter considered for derivation of a human equivalent dose accounted for differences between AhR responsiveness (activation) in humans compared to the tested animal species. This animal to human dioxin AhR activation factor was derived as the ratio of the concentration associated with a response in humans divided by the concentration associated with the same response in the specific animal species as assessed by Silkworth *et al.* (2005) and Larsson *et al.* (2015). As summarized in Table A4-6, this resulted in animal to human TCDD AhR activation correction factors of 17, 26, and 10 for mice, rats, and monkeys, respectively. In other words, to correct for cross species extrapolation, it takes 17, 27, and 10 times more TCDD for the human AhR receptor to cause the same level of AhR activation in the mouse, rat and monkey.

The final parameter considered for derivation of a human equivalent dose accounted for body size differences between humans and animals. The species-specific dosimetric adjustment factor (DAF) adjusts for body size differences between test animals and humans using body surface areas (e.g., mg/m³ of surface area) of each. The body surface area relationship is approximated as the ratio of human to animal body weight (in kg) to the 0.75 (or ¾) power (US EPA, 2011d). Species-specific standard body weights (US EPA, 2005) were used with the average US adult body weight to derive DAFs were derived for mice, rats, and monkeys (Table A4-7).

Finally, the three adjustment factors defined for mouse, rat, and monkey studies were used to convert doses in animals into human equivalent doses. First, concentrations from immunotoxicity tests in animals (the lowest level that observed an immune-related effect: LOAEL and/or the highest concentration that did not observe an immune-related effect: NOAEL) were identified. Next, those doses were converted into dioxin-like equivalent concentrations through multiplication of the LOAEL or NOAEL dose by test article and species-specific TEFs and TEQs defined in Table A4-3 and Table A4-5 respectively. This calculation yields animal LOAEL or NOAEL doses in dioxin-equivalents.

Because both the animal to human body size and the AhR activation correction factors were the same across the three evaluated species, they were combined into a single value for each species:  overall human adjustment factors were derived through division of animal to human dioxin AhR activation correction factors by applicable animal to human body size correction factors. This yielded overall animal to human adjustment factors of 2, 6, and 6 for mice, rats, and monkeys, respectively.

Human equivalent doses (HEDs) were then calculated for each immunotoxicity test evaluated through multiplication of the applicable species-specific animal to human adjustment factor by the previously calculated animal LOAEL or NOAEL doses (in dioxin-equivalents).

Risk characterization was performed through comparison of HEDs derived from immunotoxicity tests in animals to anticipated human exposure concentrations using a margin of exposure analysis, which is discussed in the next section.

253

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**Table A4-4. PCB congener analyses of Aroclors**

| Reference[B] | Lot | 77 | 81 | 126 | 169 | 74[C] | 105 | 114 | 118 | 123 | 156 | 157 | 167 | 189 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PCB Congener (%)[A]** | | | | | | | | | | | | | | |
| **Aroclor 1016** | | | | | | | | | | | | | | |
| Schulz 1989 | NS | ND | NA | ND | ND | 0.89 | ND | ND | ND | ND | ND | ND | ND | ND |
| Hong 1993 | NS | 0.0082 | ND | ND | ND | NA | 0.0062 | ND | 0.0046 | 0.0003 | ND | ND | 0.0043 | ND |
| Frame 1996 | A2[D] | ND | ND | ND | ND | 0.33 | 0[E] | ND | ND | ND | ND | ND | ND | ND |
|  | S2[D] | ND | ND | ND | ND | 0.33 | ND | ND | ND | ND | ND | ND | ND | ND |
| Rushneck 2004 | 129 | 0.00409 | 0.000196 | 0.000056 | 0.000013 | NA | 0.00695 | 0.000603 | 0.0110 | 0.000472 | 0.000372 | 0.000103 | 0.000110 | 0.000012 |
| **Aroclor 1221** | | | | | | | | | | | | | | |
| Hong 1993 | NS | 0.0074 | ND | ND | ND | NA | 0.0068 | 0.0006 | 0.0064 | 0.0012 | 0.0026 | ND | 0.0014 | ND |
| Frame 1996 | A1[D] | 0.01 | ND | ND | ND | 0.12 | 0.05 | ND | 0.08 | ND | ND | ND | ND | ND |
| Rushneck 2004 | A7080365 | 0.00126 | 0.000051 | 0.000028 | ND | NA | 0.00559 | 0.000404 | 0.00881 | 0.000333 | 0.000749 | 0.000146 | 0.000252 | 0.000117 |
| **Aroclor 1232** | | | | | | | | | | | | | | |
| Hong 1993 | NS | 0.1200 | 0.0118 | 0.0009 | ND | NA | 0.2470 | 0.0160 | 0.1220 | 0.0100 | 0.0150 | 0.0042 | 0.0042 | 0.0009 |
| Frame 1996 | A1.5[D] | 0.17 | 0[E] | ND | ND | 0.92 | 0.22 | 0.02 | 0.29 | ND | ND | ND | ND | ND |
|  | G1.5[D] | 0.16 | ND | ND | ND | 0.92 | 0.21 | 0.01 | 0.28 | ND | ND | ND | ND | ND |
| Rushneck 2004 | A7080363 | 0.2150 | 0.0111 | 0.00210 | ND | NA | 0.3030 | 0.0248 | 0.4460 | 0.0164 | 0.00907 | 0.00220 | 0.00324 | 0.000436 |
| **Aroclor 1242** | | | | | | | | | | | | | | |
| Schulz 1989 | NS | 0.45 | NA | ND | ND | 2.17 | 0.86 | ND | 1.62 | ND | 0.09 | ND | ND | ND |
| Hong 1993 | NS | 0.2670 | 0.0212 | 0.0029 | ND | NA | 0.5380 | 0.0350 | 0.2300 | 0.0240 | 0.0241 | 0.0076 | 0.0061 | ND |
| Schwartz 1993 | | | | | | | | | | | | | | |
| GCMS | NS | 0.2200 | 0.0140 | 0.0020 | <0.0001[F] | NA | 0.3300 | 0.0300 | 0.5000 | 0.0100 | 0.0042 | 0.0017 | 0.0023 | 0.0005 |
| GCECD | | 0.1700 | 0.0159 | 0.0016 | <0.0012[F] | NA | 0.2670 | 0.0328 | 0.3820 | 0.0063 | 0.0036 | 0.0019 | 0.0020 | <0.0007[F] |
| Frame 1996 | A3[D] | 0.27 | 0[E] | ND | ND | 1.83 | 0.52 | 0.05 | 0.78 | 0.03 | 0.02 | ND | ND | ND |
|  | G3[D] | 0.33 | 0.01[G] | ND | ND | 1.76 | 0.37 | 0.03 | 0.51 | 0.02 | ND | ND | ND | ND |
|  | S3B[D] | 0.33 | 0.01[G] | ND | ND | 1.84 | 0.52 | 0.05 | 0.69 | 0.03 | ND | ND | ND | ND |
| Rushneck 2004 | 01141 | 0.2590 | 0.0156 | 0.00336 | [H] | NA | 0.4840 | 0.0443 | 0.6980 | 0.0277 | 0.0255 | 0.00709 | 0.00807 | 0.000453 |

254

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Table A4-4.  PCB congener analyses of Aroclors

| Reference[B] | Lot | PCB Congener (%)[A] | | | | | | | | | | | | |
| | | 77 | 81 | 126 | 169 | 74[C] | 105 | 114 | 118 | 123 | 156 | 157 | 167 | 189 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Aroclor 1248 | | | | | | | | | | | | | | |
| Hong 1993 | NS | 0.3000 | 0.0270 | 0.0100 | ND | NA | 1.8000 | 0.1160 | 0.7900 | 0.0650 | 0.0560 | 0.0165 | 0.0300 | 0.0018 |
| Schwartz 1993 | | | | | | | | | | | | | | |
|   GCMS | NS | 0.3500 | 0.0260 | 0.0074 | <0.0002[F] | NA | 1.7000 | 0.1400 | 2.5000 | 0.0500 | 0.0610 | 0.0170 | 0.0280 | 0.0017 |
|   GCECD | | 0.2990 | 0.0305 | 0.0038 | <0.0002[F] | NA | 1.3600 | 0.1623 | 1.9900 | 0.0280 | 0.0387 | 0.0101 | 0.0185 | 0.0011 |
| Frame 1996 | A3.5[D] | 0.41 | 0.01 | 0[E] | ND | 3.14 | 1.60 | 0.12 | 2.29 | 0.07 | 0.06 | 0[E] | 0[E] | ND |
| | G3.5[D] | 0.52 | 0.02 | 0[E] | ND | 4.67 | 1.45 | 0.12 | 2.35 | 0.08 | 0.04 | 0[E] | 0[E] | ND |
| Rushneck 2004 | A7090364 | 0.4440 | 0.0221 | 0.00980 | 0.000021 | NA | 1.7300 | 0.132 | 2.4200 | 0.0806 | 0.0654 | 0.0171 | 0.0207 | 0.00110 |
| Aroclor 1254 | | | | | | | | | | | | | | |
| Schulz 1989 | NS | ND | NA | ND | ND | 0.78 | 3.83 | ND | 6.39 | 0.81 | 1.62 | ND | 0.21 | ND |
| Hong 1993 | NS | 0.1550 | 0.0174 | 0.0250 | ND | NA | 6.9000 | 0.4150 | 2.7400 | 0.2170 | 0.8360 | 0.2880 | 0.1800 | 0.0250 |
| Schwartz 1993 | | | | | | | | | | | | | | |
|   GCMS | NS | 0.0220 | 0.0010 | 0.0033 | <0.0001[F] | NA | 3.0000 | 0.1700 | 7.8000 | 0.0400 | 0.3900 | 0.1800 | 0.2400 | 0.0250 |
|   GCECD | | 0.0200 | <0.0004[F] | 0.0088 | <0.0003[F] | NA | 3.2100 | 0.2460 | 7.5800 | 0.0560 | 0.7610 | 0.3410 | 0.4390 | 0.0268 |
| Frame 1996 | A4[D,J] | 0.20 | 0[E] | 0.02 | ND | 2.19 | 7.37 | 0.50 | 13.59 | 0.32 | 1.13 | 0.30 | 0.35 | 0[E] |
| | G4[D,J] | 0.03 | ND | 0[E] | ND | 0.84 | 2.99 | 0.18 | 7.35 | 0.15 | 0.82 | 0.19 | 0.27 | 0.01 |
| Kodavanti 2001 | 124-191[K] | 0.001 | 0.001 | 0.017 | 0.001 | 0.436 | 5.100 | 0.005[L] | 12.700 | 0.057 | 0.480 | 0.036 | ND | ND |
| | 6024[M] | 2.720 | 0.028 | 0.324 | 0.002 | 2.347 | 13.000 | 0.078[L] | 12.400 | 0.214 | 5.100 | 2.630 | ND | ND |
| Rushneck 2004 | 124-191 | 0.0174 | 0.00164 | 0.00373 | 0.000081 | NA | 3.3800 | 0.1930 | 7.8900 | 0.1150 | 0.8440 | 0.1870 | 0.3100 | 0.0246 |
| Aroclor 1260 | | | | | | | | | | | | | | |
| Schulz 1989 | NS | ND | NA | ND | 0.05 | ND | 0.07 | ND | 0.57 | ND | 0.88 | 0.14 | 0.26 | 0.11 |
| Hong 1993 | NS | 0.0210 | 0.0025 | 0.0024 | ND | NA | 0.0450 | 0.0030 | 0.3900 | 0.0440 | 0.3130 | 0.0200 | 0.1560 | 0.1060 |
| Schwartz 1993 | | | | | | | | | | | | | | |
|   GCMS | NS | 0.0060 | <0.0005[F] | <0.0003[F] | <0.0001[F] | NA | 0.0280 | 0.0012 | 0.5000 | <0.0002[F] | 0.2400 | 0.0260 | 0.1600 | 0.0960 |
|   GCECD | | <0.0061[F] | <0.0055[F] | <0.0052[F] | <0.0042[F] | NA | 0.0245 | 0.0028 | 0.4470 | <0.0020[F] | 0.2940 | NA[N] | 0.1900 | 0.0885 |

255

911

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A4-4.  PCB congener analyses of Aroclors**

| Reference[B] | Lot | PCB Congener (%)[A] | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 77 | 81 | 126 | 169 | 74[C] | 105 | 114 | 118 | 123 | 156 | 157 | 167 | 189 |
| Frame 1996 | A5[D] | ND | ND | ND | ND | 0.05 | 0.22 | 0[E] | 0.51 | ND | 0.53 | 0.02 | 0.20 | 0.08 |
| | S5[D] | ND | ND | ND | ND | 0.05 | 0.21 | ND | 0.50 | ND | 0.54 | 0.02 | 0.20 | 0.11 |
| | G5[D] | ND | ND | ND | ND | 0.04 | 0.23 | 0[E] | 0.45 | ND | 0.50 | 0.02 | 0.17 | 0.12 |
| Rushneck 2004 | 023-150D | 0.00338 | 0.000333 | 0.000213 | ND | NA | 0.0434 | 0.00170 | 0.5610 | 0.000502 | 0.4860 | 0.0252 | 0.1990 | 0.1290 |
| Aroclor 1262 | | | | | | | | | | | | | | |
| Hong 1993 | NS | 0.0110 | 0.0011 | 0.0032 | ND | NA | 0.0760 | 0.0045 | 0.1510 | 0.0365 | 0.0730 | 0.0094 | 0.0284 | 0.0420 |
| Frame 1996 | A6[D] | ND | ND | ND | ND | 0.06 | 0.18 | ND | 0.17 | ND | 0.14 | 0[E] | 0.02 | 0.03 |
| | G6[D] | ND | ND | ND | ND | 0.04 | ND | ND | 0.14 | ND | 0.18 | 0[E] | 0.05 | 0.04 |
| Rushneck 2004 | 106-262 | 0.00846 | 0.000463 | 0.000228 | 0.000040 | NA | 0.0764 | 0.00460 | 0.1980 | 0.00278 | 0.0946 | 0.00638 | 0.0278 | 0.0451 |
| Aroclor 1268 | | | | | | | | | | | | | | |
| Hong 1993 | NS | 0.0130 | 0.0009 | 0.0005 | ND | NA | 0.0234 | 0.0012 | 0.0182 | 0.0010 | 0.0024 | 0.0064 | 0.0019 | 0.0005 |
| Rushneck 2004 | A7080368 | 0.00361 | 0.000135 | 0.000176 | ND | NA | 0.0107 | 0.000586 | 0.0101 | 0.000324 | 0.00176 | H | 0.000496 | 0.000440 |
| Kanechlor 500 | | | | | | | | | | | | | | |
| Takasuga 2005 | NS | 0.075 | 0.0024 | 0.0022 | 0.00005 | NA | 2.1 | 0.12 | 5.4 | 0.10 | 0.88 | 0.19 | 0.30 | 0.031 |

256

[A] Abbreviations: NA, congener not analyzed; ND, not detected; NS, not specified.

[B] Frame, G. M., Cochran, J. W., and Bowadt, S. S. (1996). Complete PCB congener distributions for 17 aroclor mixtures determined by 3 HRGC systems optimized for comprehensive, quantitative, congener-specific analysis. *J High Resol Chromat* **19**, 657-668, Hong, C. S., Bush, B., Xiao, J., and Qiao, H. (1993). Toxic potential of non-ortho and mono-ortho coplanar polychlorinated biphenyls in Aroclors, seals, and humans. *Arch Environ Contam Toxicol* **25**(1), 118-23, Kodavanti, P. R., Kannan, N., Yamashita, N., Derr-Yellin, E. C., Ward, T. R., Burgin, D. E., Tilson, H. A., and Birnbaum, L. S. (2001). Differential effects of two lots of Aroclor 1254: congener-specific analysis and neurochemical end points. *Environ Health Perspect* **109**(11), 1153-61, Rushneck, D. R., Beliveau, A., Fowler, B., Hamilton, C., Hoover, D., Kaye, K., Berg, M., Smith, T., Telliard, W. A., Roman, H., *et al.* (2004). Concentrations of dioxin-like PCB congeners in unweathered Aroclors by HRGC/HRMS using EPA Method 1668A. *Chemosphere* **54**(1), 79-87, Schulz, D. E., Petrick, G., and Duinker, J. C. (1989). Complete characterization of polychlorinated biphenyl congeners in commercial Aroclor and Clophen mixtures by multidimensional gas chromatography-electron capture

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

detection. *Environmental Science & Technology* **23**(7), 852-859, Schwartz, T. R., Tillitt, D. E., Feltz, K. P., and Peterman, P. H. (1993). Determination of mono- and non-o,o′-chlorine substituted polychlorinated biphenyls in Aroclors and environmental samples. *Chemosphere* **26**(8), 1443-1460, Takasuga, T., Kumar, K. S., Noma, Y., and Sakai, S. (2005). Chemical characterization of polychlorinated biphenyls, -dibenzo-p-dioxins, and -dibenzofurans in technical Kanechlor PCB formulations in Japan. *Arch Environ Contam Toxicol* **49**(3), 385-95.

[C] Larsson *et al.*, 2015 was the first inclusion of PCB 74 as a dioxin-like congener.

[D] A-designated lot #s were obtained from AccuStandard; G-designated lot #s were obtained from Monsanto Corp. and were used as secondary HRGC calibration standards by GE Corporate R&D; and S-designated lots #s were obtained from Supelco (Frame *et al.*, 1996).

[E] No value reported for weight percent due to uncertain accuracy for peaks near background noise levels (<0.005%).

[F] Less than detection limit.

[G] Values calculated between 0.015 and 0.005 were rounded to 0.1 (Frame *et al.*, 1996).

[H] Peak detected did, but not did not meet identification criteria.

[I] Lot A4 of Aroclor 1254 was described by Frame *et al.* (1996) as "atypical" and no longer distributed [this lot most likely represents the later, 2-stage production process].

[J] Lot G4 of Aroclor 1254 (obtained from Monsanto) was described by Frame *et al.* (1996) to contain a distribution of PCBs closer to the majority of other lots of Aroclor 1254.

[K] Lot 124-191 of Aroclor 1254 represents the typical PCB congener distribution [characteristic of the production process prior to 1974] (Kodavanti *et al.*, 2001).

[L] Value is sum of 114, 122, and 131.

[M] Lot 6024 of Aroclor 1254 "was traced back to Monsanto lot KI-6024 and represents the late (1974-1976) production procedure" (Kodavanti *et al.*, 2001). This agrees with Mayes (1998), which indicated the lot represented the later production process. The late production process used two stages. In the first stage, biphenyl was chlorinated to 42% chlorine content by weight as for Aroclor 1242 production and then fractionated to give a distillate sold as Aroclor 1016. In the second stage, residue from the distillate obtained in the first stage was further chlorinated to 54% chlorine by weight, greatly increasing the levels on non-ortho and mono-ortho congeners with high TEF values (Kodavanti *et al.*, 2001).

[N] Interference precluded accurate determination.

257

913

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A4-5.  TEQs for Aroclors**

| ID | Rat dioxin correction (TEQ) factor | Source(s) for rat congener composition & TEQ | Mouse dioxin correction (TEQ) factor | Source(s) for mouse congener composition & TEQ | Monkey dioxin correction (TEQ) factor | Source(s) for monkey congener composition & TEQ |
|---|---|---|---|---|---|---|
| Aroclor 1016 | 7.00E-08 | Rushneck, 2004; Larsson, 2015 | 1.10E-07 | Rushneck, 2004; Larsson, 2015 | 7.00E-08 | Rushneck, 2004; van Den Berg, 2006 |
| Aroclor 1221 | 3.30E-08 | Rushneck, 2004; Larsson, 2015 | 4.00E-08 | Rushneck, 2004; Larsson, 2015 | 3.40E-08 | Rushneck, 2004; van Den Berg, 2006 |
| Aroclor 1232 | 2.90E-06 | Rushneck, 2004; Larsson, 2015 | 5.40E-06 | Rushneck, 2004; Larsson, 2015 | 2.60E-06 | Rushneck, 2004; van Den Berg, 2006 |
| Aroclor 1242 | 4.30E-06 | Rushneck, 2004; Larsson, 2015 | 6.90E-06 | Rushneck, 2004; Larsson, 2015 | 4.10E-06 | Rushneck, 2004; van Den Berg, 2006 |
| Aroclor 1248 | 1.10E-05 | Rushneck, 2004; Larsson, 2015 | 1.40E-05 | Rushneck, 2004; Larsson, 2015 | 1.20E-05 | Rushneck, 2004; van Den Berg, 2006 |
| Aroclor 1254 | 5.40E-06 | Rushneck, 2004; Larsson, 2015 | 2.90E-06 | Rushneck, 2004; Larsson, 2015 | 1.80E-04 | Silkworth, 2005 |
| Aroclor 1260 | 6.80E-07 | Rushneck, 2004; Larsson, 2015 | 3.90E-07 | Rushneck, 2004; Larsson, 2015 | 6.50E-07 | Rushneck, 2004; van Den Berg, 2006 |
| Aroclor 1262 | 3.50E-07 | Rushneck, 2004; Larsson, 2015 | 3.30E-07 | Rushneck, 2004; Larsson, 2015 | 3.90E-07 | Rushneck, 2004; van Den Berg, 2006 |
| Aroclor 1268 | 1.80E-07 | Rushneck, 2004; Larsson, 2015 | 1.60E-07 | Rushneck, 2004; Larsson, 2015 | 1.90E-07 | Rushneck, 2004; van Den Berg, 2006 |

258

914

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**Table A4-6. Correction factors for animal to human dioxin AhR activation differences**

| Species | Animal to human dioxin AhR activation correction factor | Basis |
|---|---|---|
| Rat | 26 | Larsson *et al.* (2015): benchmark response for 20% of maximal EROD induction for TCDD in primary hepatocytes. BMR20TCDD ratio: <br> (humans, 0.11 nM) <br> (rats, 0.0042 nM) |
| Monkey | 10 | Silkworth *et al.* (2005): EC50 for EROD activity for TCDD in primary hepatocytes. EC50 ratio: <br> (humans, 0.29 nM) <br> (monkeys, 0.028 nM) |
| Mouse | 17 | Larsson *et al.* (2015): benchmark response for 20% of maximal AhR induction (Luciferase) for TCDD in human HepG2-AZ-AhR cells and mouse H1L6.1c2 cells BMR20TCDD ratio: <br> (humans, 0.19 nM) <br> (mice, 0.011 nM) |

*: Cell line developed for CALUX (Chemically Activated LUciferase eXpression) bioassay. CALUX is used for rapid screening of samples for the presence of dioxin/TCDD-like compounds and AhR agonists/antagonists. Characteristics: Acts through the activation of a luciferase gene under the control of dioxin/TCDD-response elements (DREs). Transfected with: UniProtKB; P08659; Firefly luciferase.

259

915

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A4-7.  Species-specific animal to human DAFs (body size adjustment factors)**

| Animal species | Average animal body weight (kg) (US EPA, 2005) | Average human body weight (kg) (US EPA, 2011a) | Animal to human DAF |
|---|---|---|---|
| Mouse | 0.025 | 80 | 7.5 |
| Rat | 0.25 | 80 | 4.2 |
| Monkey | 9 | 80 | 1.7 |

6.  **Margin of exposure analysis**

**Table A4-8.  MOEs for NOAELs of immunotoxicity in PCB studies of mice, rats and monkeys with 2 or more oral administrations**

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating gamma globulin (electrophoresis) | Monkey (female) | Aroclor 1248 | Route: oral (diet)<br><br>Duration: 1/d; ~16 mo | 0.1000 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Thomas and Hinsdill, 1978) |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (female) | Aroclor 1248 | Route: oral (diet)<br><br>Duration: 1/d; ~16 mo | 0.1000 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Thomas and Hinsdill, 1978) |
| Organ weight, histopath | Organ weight, histopath | Monkey (not specified [both]) | Aroclor 1248 | Route: in utero and nursing<br><br>Duration: 1/d; Discontinued treated diet of mothers 1 yr before mating | 0.1000 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Allen *et al.*, 1980) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) ConA, PHA | Monkey (both) | Mixture (major PCBs in Canadian human milk) | Route: oral (in corn oil)<br><br>Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Arnold *et al.*, 1999) |

916

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell subset distributions | Circulating cells | Monkey (both) | Mixture (major PCBs in Canadian human milk) | Route: oral (formula) <br><br> Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Arnold *et al.*, 1999) |
| Cell subset distributions | Circulating cells | Monkey (males) | Mixture (major PCBs in Canadian human milk) | Route: oral (in corn oil) <br><br> Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Arnold *et al.*, 1999) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (males) | Mixture (major PCBs in Canadian human milk) | Route: oral (in corn oil) <br><br> Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Arnold *et al.*, 1999) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s) PWM | Monkey (both) | Mixture (major PCBs in Canadian human milk) | Route: oral (in corn oil) <br><br> Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Arnold *et al.*, 1999) |
| Nonspecific immunity | NK cell activity | Monkey (both) | Mixture (major PCBs in Canadian human milk) | Route: oral (formula) <br><br> Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Arnold *et al.*, 1999) |
| Nonspecific immunity | NK cell activity | Monkey (males) | Mixture (major PCBs in Canadian human milk) | Route: oral (in corn oil) <br><br> Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Arnold *et al.*, 1999) |

261

917

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response (Tetanus antigen; hemagglutination) | Monkey (female) | Aroclor 1248 | Route: oral (diet)<br><br>Duration: 1/d; ~16 mo | 0.2000 mg/kg-d | 0.0000144 mg/kg-d | 1,770,000 | (Thomas and Hinsdill, 1978) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0200 mg/kg-d | 0.0000216 mg/kg-d | 2,654,000 | (Tryphonas et al., 1991a) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) ConA, PHA | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 23 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas et al., 1989) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) ConA, PHA | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas et al., 1991a) |
| Cell mediated immunity | Mixed Lymphocyte reaction | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas et al., 1991a) |
| Cell subset distributions | Circulating cells | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas et al., 1991a) |
| Circulating factors | Hydrocortisone | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 22 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Loo et al., 1989) |
| Circulating factors | Hydrocortisone | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 23 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas et al., 1989) |
| Circulating factors | Hydrocortisone | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas et al., 1991a) |

262

918

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating antibody response (pneumococcal antigens; RIA) | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule) Duration: 1/d; 55 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas *et al.*, 1991a) |
| Humoral immunity | Circulating IgG, IgM, IgA (ELISA) | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule) Duration: 1/d; 23 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas *et al.*, 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s) PWM | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule) Duration: 1/d; 55 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas *et al.*, 1991a) |
| Nonspecific immunity | NK cell activity | Monkey (female) | Aroclor 1254 | Route: oral (gelatin capsule) Duration: 1/d; 55 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas *et al.*, 1991b) |
| Other | IL-1 release, monocytes +LPS | Monkey (females) | Aroclor 1254 | Route: oral (gelatin capsule) Duration: 1/d; 55 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas *et al.*, 1991a) |
| Humoral immunity | Circulating IgG, IgM, IgA (immunoplates [ELISA]) | Monkey (females) | Aroclor 1254 | Route: oral (juice) Duration: 5/w; 12-13 mo | 0.2000 mg/kg-d | 0.0002160 mg/kg-d | 26,544,000 | (Tryphonas *et al.*, 1986) |
| Humoral immunity | Circulating IgG, IgM, IgA (immunoplates [ELISA]) | Monkey (females) | Aroclor 1254 | Route: oral (juice) Duration: 5/w; 27-28 mo | 0.2000 mg/kg-d | 0.0002160 mg/kg-d | 26,544,000 | (Tryphonas *et al.*, 1986) |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (females) | Aroclor 1254 | Route: oral (juice) Duration: 5/w; 12-13 mo | 0.2000 mg/kg-d | 0.0002160 mg/kg-d | 26,544,000 | (Tryphonas *et al.*, 1986). |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (females) | Aroclor 1254 | Route: oral (juice) Duration: 5/w; 27-28 mo | 0.2000 mg/kg-d | 0.0002160 mg/kg-d | 26,544,000 | (Tryphonas *et al.*, 1986) |

263

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Monkey (females) | Aroclor 1254 | Route: oral (juice)<br><br>Duration: 5/w; 12-13 mo | 0.2000 mg/kg-d | 0.0002160 mg/kg-d | 26,544,000 | (Tryphonas *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Monkey (females) | Aroclor 1254 | Route: oral (juice)<br><br>Duration: 5/w; 27-28 mo | 0.2000 mg/kg-d | 0.0002160 mg/kg-d | 26,544,000 | (Tryphonas *et al.*, 1986) |
| Resistance | Malaria | Mouse (males) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 6w | 1.0000 mg/kg-d | 0.0000002 mg/kg-d | 27,000 | (Loose *et al.*, 1977; Loose *et al.*, 1978a; Loose *et al.*, 1979) |
| Other | Liver lesions with MLV infection | Mouse (males) | Aroclor 1221 | Route: oral (diet)<br><br>Duration: 1/d; 6 mo | 70.0000 mg/kg-d | 0.0000056 mg/kg-d | 688,000 | (Koller, 1977) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay P815 | Mouse (not specified) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 40 w | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1981) |
| Cell mediated immunity | Graft-vs-host response | Mouse (males) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; Spleen index assessed 9d after inoculation | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1979a) |
| Cell mediated immunity | Graft-vs-host response | Mouse (not specified) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 37 w | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1981) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) PHA | Mouse (males) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 41w | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1979a) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) PHA | Mouse (male) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 40 w | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1981) |

264

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Mixed Lymphocyte reaction Splenocytes | Mouse (male) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 40 w | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1981) |
| Organ weight, histopath | Organ weight, histopath | Mouse (males) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 41w | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1979a) |
| Nonspecific immunity | Killing assay | Mouse (males) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 18w | 0.9000 mg/kg-d | 0.0000124 mg/kg-d | 1,526,000 | (Loose et al., 1981) |
| Resistance | EL-4 tumor cell injection | Mouse (males) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 18w | 0.9000 mg/kg-d | 0.0000124 mg/kg-d | 1,526,000 | (Loose et al., 1981) |
| Resistance | Malaria | Mouse (males) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 6w | 1.0000 mg/kg-d | 0.0000138 mg/kg-d | 1,696,000 | (Loose et al., 1977; Loose et al., 1978a; Loose et al., 1979) |
| Other | Reactive oxygen species (spleen, thymus supernatant) | Mouse (both) | PCB126 | Route: oral (gavage)<br><br>Duration: 1/d; Up to 7 d | 0.0005 mg/kg-d | 0.0000500 mg/kg-d | 6,144,000 | (Du et al., 2019) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) ConA | Mouse (both (pooled)) | Mixture (Aroclor1[30]242:Aroclor1254 2:1) | Route: oral (diet)<br><br>Duration: 1/d; to 22 w of age | 4.7000 mg/kg-d | 0.0000523 mg/kg-d | 6,430,000 | (Segre et al., 2002) |
| Humoral immunity | Circulating IgG response (KLH antigen; ELISA) | Mouse (both (pooled)) | Mixture (Aroclor1242:Aroclor1254 2:1) | Route: oral (diet)<br><br>Duration: 1/d; to 22 w of age | 4.7000 mg/kg-d | 0.0000523 mg/kg-d | 6,430,000 | (Segre et al., 2002) |

265

---

30

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-independent; DNP antigen) | Mouse (females exposed before mating; both sexes evaluated) | Kanechlor 500 | Route: oral (gavage) Duration: 2/w; 3 w exposure to dams prior to mating, cross-over with controls during lactation to generate pre+postnatal, prenatal, or postnatal exposure grps. Offspring sac 5 d after DNP immunization | 14.0000 mg/kg-d | 0.0000896 mg/kg-d | 11,011,000 | (Takagi *et al.*, 1987) |
| Humoral immunity | PFC response (T-independent; DNP antigen) | Mouse (females exposed before mating; both sexes evaluated) | Kanechlor 500 | Route: oral (gavage) Duration: 2/w; 3 w exposure to dams prior to mating, cross-over with controls during lactation to generate pre+postnatal, prenatal, or postnatal exposure grps. Bacterial alpha-amylase (BaA) or DNP-KLH injections to mice generated BaA or DNP-KLH primed spleen cells for | 14.0000 mg/kg-d | 0.0000896 mg/kg-d | 11,011,000 | (Takagi *et al.*, 1987) |
| Resistance | Ectromelia virus | Mouse (males) | Kanechlor 500 | Route: diet Duration: daily; 21 d | 18.0000 mg/kg-d | 0.0001152 mg/kg-d | 14,157,000 | (Imanishi *et al.*, 1980) |
| Resistance | Herpes simplex virus [HSV] | Mouse (males) | Kanechlor 500 | Route: diet Duration: daily; 21 d | 18.0000 mg/kg-d | 0.0001152 mg/kg-d | 14,157,000 | (Imanishi *et al.*, 1980) |
| Resistance | Listeria, HSV-2 | Mouse (not specified) | Aroclor 1254 | Route: oral (gavage) Duration: 1/d; 14 days prior to i.v. injection of microorganism | 30.0000 mg/kg-d | 0.0001740 mg/kg-d | 21,382,000 | (Bradley and Morahan, 1982) |

266

922

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Delayed-type hypersensitivity response | Mouse (both) | Aroclor 1254 | Route: oral (diet) Duration: 1/d; to 8 w of age | 41.7000 mg/kg-d | 0.0002419 mg/kg-d | 29,722,000 | (Talcott and Koller, 1983) |
| Humoral immunity | Circulating antibody response (BSA antigen; ELISA) | Mouse (both) | Aroclor 1254 | Route: oral (diet) Duration: 1/d; to 8 w of age | 41.7000 mg/kg-d | 0.0002419 mg/kg-d | 29,722,000 | (Talcott and Koller, 1983) |
| Nonspecific immunity | Phagocytotic activity | Mouse (both) | Aroclor 1254 | Route: oral (diet) Duration: 1/d; to 8 w of age | 41.7000 mg/kg-d | 0.0002419 mg/kg-d | 29,722,000 | (Talcott and Koller, 1983) |
| Nonspecific immunity | Killing assay | Mouse (males) | Aroclor 1242 | Route: oral (diet) Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose et al., 1981) |
| Nonspecific immunity | Killing assay | Mouse (males) | Aroclor 1242 | Route: oral (diet) Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose et al., 1981) |
| Nonspecific immunity | Phagocytotic activity | Mouse (males) | Aroclor 1242 | Route: oral (diet) Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose et al., 1981) |
| Other | Oxygen consumption (macrophages, PMNs, dead yeast) | Mouse (males) | Aroclor 1242 | Route: oral (diet) Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose et al., 1981) |
| Resistance | L1210 tumor cells | Mouse (males) | Aroclor 1242 | Route: oral (diet) Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose et al., 1981) |
| Resistance | mKSA tumor cell injection | Mouse (males) | Aroclor 1242 | Route: oral (diet) Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose et al., 1981) |

267

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Resistance | P388 tumor cells | Mouse (males) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose *et al.*, 1981) |
| Humoral immunity | Circulating IgG, IgM, IgA (radial immunodiffusion, RID) | Mouse (males) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; sac 4-7 days following SRBC injection | 30.0000 mg/kg-d | 0.0004140 mg/kg-d | 50,876,000 | (Loose *et al.*, 1977; Loose *et al.*, 1978a) |
| Other | Serum interferon inducibility | Mouse (males) | Kanechlor 500 | Route: diet<br><br>Duration: daily; 21 d | 66.0000 mg/kg-d | 0.0004224 mg/kg-d | 51,908,000 | (Imanishi *et al.*, 1980) |
| Organ weight, histopath | Organ weight, histopath | Mouse (female) | Aroclor 1248 | Route: oral (diet)<br><br>Duration: 1/d; 5 w | 200.0000 mg/kg-d | 0.0056000 mg/kg-d | 688,172,000 | (Thomas and Hinsdill, 1978) |
| Other | Potentiation of endometriosis lesion | Mouse (females) | PCB126 | Route: oral (gavage)<br><br>Duration: 3 w btwn doses for 5 total doses; 16 w | 1.0000 mg/kg-d | 0.1000000 mg/kg-d | 12,288,786,000 | (Johnson *et al.*, 1997) |
| Nonspecific immunity | NK cell activity | Rat (males) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 1.0000 mg/kg-d | 0.0000324 mg/kg-d | 3,982,000 | (Smialowicz *et al.*, 1989) |
| Other | 2-year Chronic bioassay, immune organ effects | Rat (females) | PCB118 | Route: oral (gavage)<br><br>Duration: 5d/w; 105 w | 1.0000 mg/kg-d | 0.0000540 mg/kg-d | 6,636,000 | (NTP, 2010) |
| Other | 2-year Chronic bioassay, immune organ effects | Rat (females) | PCB126 | Route: oral (gavage)<br><br>Duration: 5d/w; 105 w | 0.0001 mg/kg-d | 0.0000540 mg/kg-d | 6,636,000 | (NTP, 2006c) |

268

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response (KLH antigen; 1° response; ELISA) | Rat (male) | Aroclor 1254 | Route: oral (diet)<br><br>Duration: 1/d; 9 w<br>blood collected up to 15d after initial KLH injection | 4.3000 mg/kg-d | 0.0001393 mg/kg-d | 17,121,000 | (Koller *et al.*, 1983b) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) PHA | Rat (males) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 10.0000 mg/kg-d | 0.0003240 mg/kg-d | 39,816,000 | (Smialowicz *et al.*, 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s) PWM | Rat (males) | Aroclor 1254 | Route: oral (diet)<br><br>Duration: 1/d; 7 d | 22.0000 mg/kg-d | 0.0007128 mg/kg-d | 87,594,000 | (Bonnyns and Bastomsky, 1976) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay | Rat (males) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 25.0000 mg/kg-d | 0.0008100 mg/kg-d | 99,539,000 | (Smialowicz *et al.*, 1989) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) ConA | Rat (males) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 25.0000 mg/kg-d | 0.0008100 mg/kg-d | 99,539,000 | (Smialowicz *et al.*, 1989) |
| Cell mediated immunity | Mixed Lymphocyte reaction | Rat (males) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 25.0000 mg/kg-d | 0.0008100 mg/kg-d | 99,539,000 | (Smialowicz *et al.*, 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s) STM | Rat (males) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 25.0000 mg/kg-d | 0.0008100 mg/kg-d | 99,539,000 | (Smialowicz *et al.*, 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s) PWM | Rat (males) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 25.0000 mg/kg-d | 0.0008100 mg/kg-d | 99,539,000 | (Smialowicz *et al.*, 1989) |

269

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response (KLH antigen; 2° response; ELISA) | Rat (male) | Aroclor 1254 | Route: oral (diet)<br><br>Duration: 1/d; 9 w<br><br>blood collected up to 21d after initial KLH injection | 43.0000 mg/kg-d | 0.0013932 mg/kg-d | 171,207,000 | (Koller *et al.*, 1983b) |

**Table A4-9.  MOEs for LOAELs of immunotoxicity in PCB studies of mice, rats and monkeys with 2 or more oral administrations**

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal LOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Circulating factors | ↑alpha1-thymosin | Monkey (female) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0050 mg/kg-d | 0.0000054 mg/kg-d | 664,000 | (Tryphonas *et al.*, 1991b) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (female) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 23 mo | 0.0050 mg/kg-d | 0.0000054 mg/kg-d | 664,000 | (Tryphonas *et al.*, 1989) |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (female) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 23 mo | 0.0050 mg/kg-d | 0.0000054 mg/kg-d | 664,000 | (Tryphonas *et al.*, 1989) |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (female) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0050 mg/kg-d | 0.0000054 mg/kg-d | 664,000 | (Tryphonas *et al.*, 1991a) |
| Nonspecific immunity | Complement activity | Monkey (female) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0050 mg/kg-d | 0.0000054 mg/kg-d | 664,000 | (Tryphonas *et al.*, 1991b) |

270

926

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal LOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Monkey (not specified [both]) | Aroclor 1248 | Route: in utero and nursing<br><br>Duration: 1/d; 18 months (6 mo before breeding to control males, throughout gestation, and 3 mo after delivery). Infants placed on milk supplement at 4 mo of age | 0.1000 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Allen and Barsotti, 1976) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (both) | Mixture (major PCBs in Canadian human milk) | Route: oral (formula)<br><br>Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | 0.0000072 mg/kg-d | 885,000 | (Arnold *et al.*, 1999) |
| Humoral immunity | Circulating gamma globulin (electrophoresis) | Monkey (female) | Aroclor 1248 | Route: oral (diet)<br><br>Duration: 1/d; ~16 mo | 0.2000 mg/kg-d | 0.0000144 mg/kg-d | 1,770,000 | (Thomas and Hinsdill, 1978) |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (female) | Aroclor 1248 | Route: oral (diet)<br><br>Duration: 1/d; ~16 mo | 0.2000 mg/kg-d | 0.0000144 mg/kg-d | 1,770,000 | (Thomas and Hinsdill, 1978) |
| Organ weight, histopath | Organ weight, histopath | Monkey (not specified [both]) | Aroclor 1248 | Route: in utero and nursing<br><br>Duration: 1/d; Discontinued treated diet of mothers 1 yr before mating | 0.2000 mg/kg-d | 0.0000144 mg/kg-d | 1,770,000 | (Allen *et al.*, 1980) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (female) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.0400 mg/kg-d | 0.0000432 mg/kg-d | 5,309,000 | (Tryphonas *et al.*, 1991a) |
| Cell subset distributions | Circulating cells | Monkey (female) | Aroclor 1254 | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 23 mo | 0.0800 mg/kg-d | 0.0000864 mg/kg-d | 10,618,000 | (Tryphonas *et al.*, 1989) |

271

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal LOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Monkey (both (1 mo old at study start)) | Aroclor 1248 | Route: oral (gavage)<br><br>Duration: 1/d; 30 days | 35.0000 mg/kg-d | 0.0025200 mg/kg-d | 309,677,000 | (Abrahamson and Allen, 1973) |
| Resistance | Endotoxin | Mouse (male) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 3w | 1.0000 mg/kg-d | 0.0000002 mg/kg-d | 27,000 | (Loose et al., 1977; Loose et al., 1978a; Loose et al., 1979) |
| Other | Liver lesions with MLV infection | Mouse (male) | Aroclor 1254 | Route: oral (diet)<br><br>Duration: 1/d; 6 mo | 0.7000 mg/kg-d | 0.0000041 mg/kg-d | 499,000 | (Koller, 1977) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) | Mouse (not specified) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; up to 41w | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1979b) |
| Cell mediated immunity | Mixed Lymphocyte reaction | Mouse (male) | Aroclor 1016 | Route: oral (diet)<br><br>Duration: 1/d; 24 w | 30.0000 mg/kg-d | 0.0000066 mg/kg-d | 811,000 | (Silkworth and Loose, 1979b) |
| Other | Liver lesions with MLV infection | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 6 mo | 0.7000 mg/kg-d | 0.0000097 mg/kg-d | 1,187,000 | (Koller, 1977) |
| Circulating factors | Serum fibronectin | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 18w | 0.9000 mg/kg-d | 0.0000124 mg/kg-d | 1,526,000 | (Loose et al., 1981) |
| Resistance | Endotoxin | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 3w | 1.0000 mg/kg-d | 0.0000138 mg/kg-d | 1,696,000 | (Loose et al., 1977; Loose et al., 1978a; Loose et al., 1979) |
| Cell subset distributions | Circulating cells | Mouse (both) | PCB126 | Route: oral (gavage)<br><br>Duration: 1/d; Up to 7 d | 0.0005 mg/kg-d | 0.0000500 mg/kg-d | 6,144,000 | (Du et al., 2019) |

272

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal LOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Circulating factors | Circulating cytokines | Mouse (both) | PCB126 | Route: oral (gavage) Duration: 1/d; Up to 7 d | 0.0005 mg/kg-d | 0.0000500 mg/kg-d | 6,144,000 | (Du *et al.*, 2019) |
| Organ weight, histopath | Organ weight, histopath | Mouse (both) | PCB126 | Route: oral (gavage) Duration: 1/d; Up to 7 d | 0.0005 mg/kg-d | 0.0000500 mg/kg-d | 6,144,000 | (Du *et al.*, 2019) |
| Other | Reactive oxygen species generation in plated spleen cells | Mouse (both) | PCB126 | Route: oral (gavage) Duration: 1/d; Up to 7 d | 0.0005 mg/kg-d | 0.0000500 mg/kg-d | 6,144,000 | (Du *et al.*, 2019) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) ConA | Mouse (both (pooled)) | Mixture (Aroclor1242:Aroclor1254 2:1) | Route: oral (diet) Duration: 1/d; to 22 w of age | 4.7000 mg/kg-d | 0.0000523 mg/kg-d | 6,430,000 | (Segre *et al.*, 2002) |
| Organ weight, histopath | Organ weight, histopath | Mouse (both (pooled)) | Mixture (Aroclor1242:Aroclor1254 2:1) | Route: oral (diet) Duration: 1/d; to 22 w of age | 4.7000 mg/kg-d | 0.0000523 mg/kg-d | 6,430,000 | (Segre *et al.*, 2002) |
| Resistance | Ectromelia virus | Mouse (male) | Kanechlor 500 | Route: diet Duration: daily; 21 d | 33.0000 mg/kg-d | 0.0002112 mg/kg-d | 25,954,000 | (Imanishi *et al.*, 1980) |
| Resistance | Herpes simplex virus [HSV] | Mouse (male) | Kanechlor 500 | Route: diet Duration: daily; 21 d | 33.0000 mg/kg-d | 0.0002112 mg/kg-d | 25,954,000 | (Imanishi *et al.*, 1980) |
| Nonspecific immunity | Killing assay | Mouse (male) | Aroclor 1242 | Route: oral (diet) Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose *et al.*, 1981) |
| Resistance | EL-4 tumor cell injection | Mouse (male) | Aroclor 1242 | Route: oral (diet) Duration: 1/d; 18w | 18.0000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (Loose *et al.*, 1981) |

273

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal LOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG, IgM, IgA (radial immunodiffusion, RID) | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; sac 4-7 days following SRBC injection | 30.0000 mg/kg-d | 0.0004140 mg/kg-d | 50,876,000 | (Loose *et al.*, 1977; Loose *et al.*, 1978a) |
| Humoral immunity | Circulating IgG, IgM, IgA (radial immunodiffusion, RID) | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; sac 4-11 days following SRBC injection | 30.0000 mg/kg-d | 0.0004140 mg/kg-d | 50,876,000 | (Loose *et al.*, 1977; Loose *et al.*, 1978a) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; sac 4-7 days following SRBC injection | 30.0000 mg/kg-d | 0.0004140 mg/kg-d | 50,876,000 | (Loose *et al.*, 1977; Loose *et al.*, 1978a) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; sac 4-7 days following SRBC injection | 30.0000 mg/kg-d | 0.0004140 mg/kg-d | 50,876,000 | (Loose *et al.*, 1977; Loose *et al.*, 1978a) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; sac 4-11 days following SRBC injection | 30.0000 mg/kg-d | 0.0004140 mg/kg-d | 50,876,000 | (Loose *et al.*, 1977; Loose *et al.*, 1978a) |
| Resistance | Endotoxin | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 6w | 30.0000 mg/kg-d | 0.0004140 mg/kg-d | 50,876,000 | (Loose *et al.*, 1978b) |
| Resistance | Malaria | Mouse (male) | Aroclor 1242 | Route: oral (diet)<br><br>Duration: 1/d; 6w | 30.0000 mg/kg-d | 0.0004140 mg/kg-d | 50,876,000 | (Loose *et al.*, 1978a; Loose *et al.*, 1978b) |
| Other | Reactive oxygen species (spleen, thymus supernatant) | Mouse (both) | PCB126 | Route: oral (gavage)<br><br>Duration: 1/d; Up to 7 d | 0.0050 mg/kg-d | 0.0005000 mg/kg-d | 61,444,000 | (Du *et al.*, 2019) |

274

930

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal LOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Resistance | Endotoxin | Mouse (female) | Aroclor 1248 | Route: oral (diet) | 20.0000 mg/kg-d | 0.0005600 mg/kg-d | 68,817,000 | (Thomas and Hinsdill, 1978) |
| | | | | Duration: 1/d; 5 w | | | | |
| Resistance | Salmonella typhimurium | Mouse (female) | Aroclor 1248 | Route: oral (diet) | 200.0000 mg/kg-d | 0.0056000 mg/kg-d | 688,172,000 | (Thomas and Hinsdill, 1978) |
| | | | | Duration: 1/d; 5 w | | | | |
| Humoral immunity | Circulating antibody response (BSA antigen; ELISA) | Rat (male) | Aroclor 1254 | Route: oral (gavage) | 0.0300 mg/kg-d | 0.0000010 mg/kg-d | 119,000 | (Koller et al., 1983a) |
| | | | | Duration: 2/w; 14 w blood collected on d96 | | | | |
| Circulating factors | Corticosterone | Rat (male) | Aroclor 1254 | Route: oral (gavage) | 0.1000 mg/kg-d | 0.0000032 mg/kg-d | 398,000 | (Miller et al., 1993) |
| | | | | Duration: 1/d; 15w | | | | |
| Other | 2-year Chronic bioassay, immune organ effects | Rat (female) | PCB126 | Route: oral (gavage) | 0.0002 mg/kg-d | 0.0000945 mg/kg-d | 11,613,000 | (NTP, 2006c) |
| | | | | Duration: 5d/w; 105 w | | | | |
| Humoral immunity | Circulating IgG response (KLH antigen; 2° response; ELISA) | Rat (male) | Aroclor 1254 | Route: oral (diet) | 4.3000 mg/kg-d | 0.0001393 mg/kg-d | 17,121,000 | (Exon et al., 1985) |
| | | | | Duration: 1/d; 10 w | | | | |
| Nonspecific immunity | NK cell activity | Rat (male) | Aroclor 1254 | Route: oral (diet) | 4.3000 mg/kg-d | 0.0001393 mg/kg-d | 17,121,000 | (Exon et al., 1985) |
| | | | | Duration: 1/d; 10 w | | | | |
| Nonspecific immunity | NK cell activity | Rat (male) | Aroclor 1254 | Route: oral (diet) | 4.3000 mg/kg-d | 0.0001393 mg/kg-d | 17,121,000 | (Talcott et al., 1985) |
| | | | | Duration: feed; 10 w | | | | |
| Other | IL-2 release, splenocytes, bkg levels following KLH injections | Rat (male) | Aroclor 1254 | Route: oral (diet) | 4.3000 mg/kg-d | 0.0001393 mg/kg-d | 17,121,000 | (Exon et al., 1985) |
| | | | | Duration: 1/d; 10 w | | | | |

275

931

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal LOAEL dose | HED, dioxin-equivalents | MOE | Reference |
|---|---|---|---|---|---|---|---|---|
| Other | 2-year Chronic bioassay, immune organ effects | Rat (female) | PCB118 | Route: oral (gavage)<br><br>Duration: 5d/w; 105 w | 4.6000 mg/kg-d | 0.0002484 mg/kg-d | 30,525,000 | (NTP, 2010) |
| Nonspecific immunity | NK cell activity | Rat (male) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 10.0000 mg/kg-d | 0.0003240 mg/kg-d | 39,816,000 | (Smialowicz *et al.*, 1989) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) PHA | Rat (male) | Aroclor 1254 | Route: oral (diet)<br><br>Duration: 1/d; 7 d | 22.0000 mg/kg-d | 0.0007128 mg/kg-d | 87,594,000 | (Bonnyns and Bastomsky, 1976) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s) PHA | Rat (male) | Aroclor 1254 | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 25.0000 mg/kg-d | 0.0008100 mg/kg-d | 99,539,000 | (Smialowicz *et al.*, 1989) |
| Humoral immunity | Circulating IgG response (KLH antigen; 1° response; ELISA) | Rat (male) | Aroclor 1254 | Route: oral (diet)<br><br>Duration: 1/d; 9 w<br>blood collected up to 15d after initial KLH injection | 43.0000 mg/kg-d | 0.0013932 mg/kg-d | 171,207,000 | (Koller *et al.*, 1983b) |

276

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

### Non dioxin-like PCBs

Although it has been well established that the mode of action for PCB-induced immunotoxicity is via the AhR (see Section II.C), a few animal studies evaluated the immunotoxic effects of PCBs that are not associated with AhR activation (i.e., the non-dioxin like PCBs or the non-DL PCBs). For completeness, a similar MOE assessment was performed to assess the relationship between the reasonable upper bound estimate of human exposure and the levels of exposure tested in laboratory animals. My analysis used a similar approach to calculate human equivalent doses from laboratory animal studies that I then compared to an estimate of the upper bound of human exposure.

Immune-related tests of exclusively non-dioxin like congeners using an oral route of administration and 2 or more administrations were seldom performed. The NOAEL and LOAEL dataset was therefore much smaller than that involving dioxin-like PCBs. No monkey NOAEL or LOAEL values were available for non-dioxin like congeners; studies of rats identified 3 NOAELs and 1 LOAEL; and studies of mice identified 1 NOAEL and 1 LOAEL.

Human equivalent doses were derived from respective animal NOAEL and LOAEL values using applicable animal to human body size correction factors. Comparisons to potential human exposure were performed using total intake of all PCB congeners (i.e., the sum of all congeners ingested daily), which simplified the calculations and likely over-estimated potential exposures. Reasonable upper bound estimates of total PCB intake were calculated using (1) mean total PCB tissue concentrations together with 95th percentiles for consumption levels by Spokane River consumers (meaning that 95% of consumption was at or less than the value used) and (2) the upper 95th percentiles of total PCB tissue concentrations with the mean levels of Spokane River fish consumption. The resulting values were 1,115 and 417 ng/day, respectively (see Section II.A). I used the more conservative (i.e., higher) value of 1,115 ng/day as the predicted human intake of total PCBs in this MOE analysis.[31]

To calculate MOEs for non-dioxin like PCBs specific to immunotoxic endpoints, I used the following equation:

**Equation 2. Margin of Exposure calculation for non-dioxin like PCBs**

$$MOE(non-DL\ PCBs) = \frac{HED\ (\frac{mg}{kg\ bw})}{[Total\ PCBs]\ (\frac{ng}{day})*(\frac{1\ mg}{10^6 ng})*(\frac{1}{80kg})}$$

where HED was the human equivalent dose for immune-related NOAELs and LOAELs for non-dioxin like PCBs from laboratory animal studies and [total PCBs] was the predicted human intake of total PCBs, converted to md/kg-d assuming an average human bodyweight of 80 kg (US EPA, 2011a).

Equation 2 was applied to each of the mouse and rat studies that used an oral route of administration and 2 or more administrations of non-dioxin like PCBs. Resulting MOEs for each NOAEL and LOAEL are included in Table A4-10 and Table A4-11, respectively. The limited amount of non-dioxin like tests and their associated

---

[31] Use of total PCB intake rather than congener-specific intake is a conservative approach because it overestimates individual congener intake and many animal studies studied effects of single PCB congeners.

277

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

MOEs are evident in their presentation in Figure A4-3. For consistency, the same layout used for the dioxin-like PCBs was used in this figure even though most categories had no data.

Many of the MOEs were associated with NOAELs that corresponded to the highest administered dose and suggest the absence of immunotoxic effects upon exposure to non-dioxin like PCBs. The remaining LOAEL-based MOEs were greater than 100,000, which means that the estimated reasonable upper bound estimate of exposure in humans is more than 100,000-times above the levels tested in animal studies and thus do not present a risk of immunotoxicity with human consumption.

278

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Figure A4-3. Estimated MOEs the Spokane River fish consumption associated with immune-related NOAELs and LOAELs from laboratory animal studies of dioxin-like (Panel A) and non-dioxin like (Panel B) PCB congeners**

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

280



**Figure A4-3.** Estimated MOEs the Spokane River fish consumption associated with immune-related NOAELs and LOAELs from laboratory animal studies of dioxin-like (Panel A) and non-dioxin like (Panel B) PCB congeners, continued

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A4-10.  MOEs for NOAELs of immunotoxicity in non-dioxin like PCB studies of mice, rats and monkeys with 2 or more oral administrations**

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal NOAEL dose | MOE | Reference |
|---|---|---|---|---|---|---|---|
| Other | Potentiation of endometriosis lesion | Mouse (female) | PCB153 | Route: oral (gavage)<br><br>Duration: 3 w btwn doses for 5 total doses; 16 w | 30 mg/kg-d | 16,200,000 | (Johnson *et al.*, 1997) |
| Other | 2-year Chronic bioassay, immune organ effects | Rat (female) | PCB153 | Route: oral (gavage)<br><br>Duration: 5d/w; 105 w | 1 mg/kg-d | 303,000 | (NTP, 2006a) |
| Organ weight, histopath | Organ weight, histopath | Rat (male) | PCB128 | Route: oral (diet)<br><br>Duration: 1/d; 13 w | 4.2 mg/kg-d | 1,275,000 | (Lecavalier *et al.*, 1997) |
| Organ weight, histopath | Organ weight, histopath | Rat (female) | PCB128 | Route: oral (diet)<br><br>Duration: 1/d; 13 w | 4.4 mg/kg-d | 1,335,000 | (Lecavalier *et al.*, 1997) |

**Table A4-11.  MOEs for LOAELs of immunotoxicity in non-dioxin like PCB studies of mice, rats and monkeys with 2 or more oral administrations**

| Category | Endpoint | Species (sex) | Test article | Dosing parameters | Animal LOAEL dose | MOE | Reference |
|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Mouse (female) | PCB153 | Route: oral (diet)<br><br>Duration: 1/d; 28d | 0.1950 mg/kg-d | 105,000 | (Maranghi *et al.*, 2013) |
| Other | 2-year Chronic bioassay, immune organ effects | Rat (female) | PCB153 | Route: oral (gavage)<br><br>Duration: 5d/w; 105 w | 3.0000 mg/kg-d | 910,000 | (NTP, 2006a) |

281

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

### IX.    Appendix 5: Neurodevelopmental toxicology of PCBs

#### A.  Introduction to risk assessment for adverse neurodevelopmental outcomes

Numerous investigations since the 1970s have assessed the potential for PCBs to cause neurodevelopmental effects in animals, including effects on cognition, behavior, motor skills, and sensory systems. Neurodevelopmental research on PCBs in animals began to receive attention in the late 1970s following a human PCB/dibenzofuran intoxication event in Japan in 1968 in which contaminated rice bran oil was ingested by a large population (Chou *et al.*, 1979).  Along with the skin, eyes, liver, and endocrine organs, the nervous system was one of the primary affected organs/tissues in exposed individuals.  Neurologic symptoms included headaches, numbness, hypoesthesia and neuralgia. Although PCBs from a leaking heat-exchange were the source of the contamination, chemical analysis of the contaminated cooking oil revealed extraordinarily high levels of chlorinated dibenzofurans, which, as discussed previously, are potent agonists of the human AhR.  The contribution of PCB congeners to the total 'TEQ' exposure, using current TEF values, represented approximately 0.2% of the total TEQ.  The vast majority of the TEQ was from pentachlorodibenzofuran (Todaka *et al.*, 2016). Nevertheless, this tragic event triggered awareness of the potential neurotoxic effects of dioxin-like compounds, and led to numerous neurodevelopmental studies on PCBs conducted in several species (including nonhuman primates, NHPs) using a wide range of methodologies and PCB congeners/mixtures.

A toxicological assessment of the animal literature was performed to assess whether consumption of PCBs in fish from the Spokane River is likely to cause neurodevelopmental effects.  The approach used is detailed below and followed a standard risk assessment framework, including hazard identification, dose-response assessment, exposure assessment, and risk characterization (Faustman and Omenn, 2013).

#### B.  Literature search approach

To identify neurodevelopmental studies relevant for my risk assessment, I conducted a review of the animal literature. My emphasis was on primary literature (*i.e.*, no review articles, meta-analyses, *etc.*); however, I did review reports from authoritative bodies such as Agency for Toxic Substances and Disease Registry (ATSDR), United States Environmental Protection Agency (US EPA), *etc.* Combinations of search terms[32] were used to query PubMed and Google Scholar for studies assessing the potential cognitive, behavioral, motor, and sensory effects of PCBs in animals. Since both dioxin-like (DL) and non-dioxin like (NDL) PCBs have been associated with neurodevelopmental effects in animals, studies were included that evaluated both types of congeners and congener mixtures.

---

[32] Search terms included: ("polychlorinated biphenyls" OR PCBs) AND (neurodev* OR neurotox* OR neurochem* OR neurobeh* OR behavior* OR brain OR activ* OR learn* OR memory OR social) AND (pups OR pup OR offspring OR infant* OR gestation* OR weaning OR lactat* OR dam OR dams OR mother*) AND (animal* OR rat OR rats OR mouse OR mice OR monkey* OR hamster* OR pig OR pigs OR piglet* OR sheep OR cow OR cows); ("polychlorinated biphenyls" OR PCBs) AND (motor OR locomotor OR hyperactivity OR coordination OR anxiety OR emotion OR social OR auditor* OR smell OR sweet OR cochl* OR sensory) AND (pups OR pup OR offspring OR infant* OR gestation* OR weaning OR lactat* OR dam OR dams OR mother*) AND (animal* OR rat OR rats OR mouse OR mice OR monkey* OR hamster* OR pig OR pigs OR piglet* OR sheep OR cow OR cows OR rabbit OR rabbits.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

A total of approximately 450 studies were identified based on these search terms. Of these studies, 87 passed the criteria outlined in Table A5-1 and were considered in my toxicological assessment.

**Table A5-1. Number of animal studies in database passing sequential criteria for evaluation of neurodevelopmental effects following exposure to PCBs**

| Criterion | No. of Studies |
|---|---|
| Neurodevelopmental studies[*] | ~450 |
| *In vivo* studies[†] | 106 |
| Oral administration | 98 |
| Repeated dosing (*i.e.*, no bolus dosing) | 93 |
| Dosing during pre-gestation, gestation, or lactation | 90 |
| Relevant endpoints assessed[‡] | 87 |
| Conducted in relevant animal models[§] | 87 |

\* Based on queries of PubMed and Google Scholar using search terms listed in main text. Studies with only abstracts available were not included in my assessment. This literature search was updated on September 18, 2019.

† Excluding *in vitro* or mechanistic studies and studies administering PCB metabolites

‡ Cognitive, behavioral, motor, and sensory effects

§ Monkeys, rats, or mice

The 87 studies are provided in Attachment 4. Of these, 10 were conducted in NHPs and 77 were conducted in rats or mice. To support the hazard and dose-response assessments (Sections C and D of this appendix), relevant information for each study including species (and strain), exposure route, exposure frequency and duration, administered dose(s),[33] PCB congener(s) or mixture, age at assessment, neurobehavioral test(s), and endpoint(s) were compiled. For each neurobehavioral test within a study, a no-observed-adverse-effect-level (NOAEL) and/or lowest-observed-adverse-effect-level (LOAEL) was identified based on reported statistical significance: an administered dose was identified as a LOAEL if an effect was statistically significant at a p-value < 0.05 when compared to controls. If no statistical evaluation was conducted by the authors, NOAELs and/or LOAELs were not assigned. The NOAELs and LOAELs selected in this manner are assessed for toxicological relevance in the dose-response section of this report. The NOAELs and LOAELs were adjusted to a human-equivalent dose (HED) according to body size scaling factors per (US EPA, 2011d) guidance regarding comparison of laboratory animal doses to potential human exposure.

### C.  Hazard identification

In this section I describe the primary neurodevelopmental effects investigated in the PCB animal study literature, and the neurodevelopmental tests used to assess these endpoints. In addition, I describe the proposed modes of action for neurodevelopmental effects of PCBs based on studies carried out *in vitro*.

#### 1.  **Overview of neurodevelopmental effects and tests**

---

[33] When a study reported the administered dose in terms of quantity in feed, I derived a body weight dose (mg PCB/kg body weight per day) based on food consumption and body weight data provided in the study or default values from the literature. In addition, if dosing was intermittent instead of daily, I derived a daily dose based on exposure duration and frequency.

283

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Neurodevelopmental effects associated with PCB exposure in animals have been shown for cognitive, behavioral (*e.g.*, response inhibition, anxiety, activity), motor, and sensory domains. These effects have been reported for commercial mixtures (*e.g.*, Aroclors), defined experimental mixtures with environmental relevance, and single congeners. Table A5-2 lists the numbers of studies by species assessed in the filtered literature for categories of neurodevelopmental effects and PCB congener or mixture.

Cognitive and behavioral endpoints have received the most attention, while motor activity and sensory endpoints are less represented. While cognitive and behavioral endpoints are generally assessed via separate tests in rodents, tests in NHPs may include measurements for either endpoint. No studies evaluated sensory endpoints in NHPs. Studies in NHPs administered an Aroclor mixture (1248 or 1016) or a mixture of 15 congeners representative of human breast milk[34] (Rice, 1997). Rodent studies dosing with single congeners predominantly used PCB126 (a DL congener) or PCB153 (an NDL congener); a number of different commercial and environmental mixtures were administered to mice and rats.

Cognitive effects include both learning and memory. Learning is operationally defined as how well or quickly a reinforced behavior is acquired, or how well a subject adjusts a response strategy to changes in the presentation of the test or reward. Learning in animals is evaluated using various tests, including discrimination testing (*i.e.*, rewarding selection of stimuli such as colors, shapes, or spatial cues in NHPs or spatial forms in maze testing in rodents) and schedule-controlled behavior tests (*i.e.*, fixed interval (FI) or fixed ratio (FR) tests in which rewards are tied to either a specific number of required responses or to a temporal relationship between responses and reward).

---

[34] This mixture of 15 congeners was formulated to represent 80% of the congeners present in breast milk from Canadian women, in a proportional mixture.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**Table A5-2. Number of studies represented by selected experimental parameters from the neurodevelopmental literature on PCB effects in animals**

| Parameter | NHP | Mouse | Rat |
|---|---|---|---|
| **Effect** | | | |
| Cognition/behavior* | 8* | NA | NA |
| Cognition | NA | 9 | 34 |
| Behavior | NA | 3 | 3 |
| Motor activity | 3 | 12 | 18 |
| Sensory | 0 | 4 | 26 |
| **PCB congener or mixture** | | | |
| Single congener | 0 | 4 | 24 |
| Aroclors† | 6 | 5 | 32 |
| Environmental mixture‡ | 4§ | 6 | 7 |
| **PCB structural class** | | | |
| Dioxin-like (DL) | 0 | 3 | 14 |
| Non-dioxin like (NDL) | 0 | 5 | 15 |
| DL + NDL | 10 | 7 | 37 |

*Neurodevelopmental tests in NHPs include measurements for both cognitive and behavioral endpoints.

†Other commercial mixtures included (*e.g.*, Kanechlors, Clophens, *etc.*).

‡Mixture formulated to include congeners present in environmentally relevant matrices (*e.g.*, human breast milk, contaminated fish, *etc.*).

§ The same mixture of 15 congeners (representative of PCBs in human breast milk) was used in the NHP studies.

NA - not applicable.

Memory is generally assessed as either working (short-term) memory or reference (long-term) memory. For example, in delayed spatial alternation (DSA) tests, NHPs are taught to alternate between left and right stimuli, and working memory is then tested by adding in a delay, typically 5 to 40 seconds, after reinforcement prior to presentation of the next trial. A subject must recall which stimulus produced the reward on their last selection in order to make the next correct selection. In rodents, working and reference memory may be assessed using the radial arm maze (which consists of a central location and several radial pathways that may be baited with food) and reference memory via the Morris water maze (which assesses whether the subject recalls the location of the hidden platform by measuring the time required for a subject to escape from a pool of water via finding and then recalling the location of hidden platforms).

Behavioral effects such as response inhibition, or impulsivity, have been tested using a type of schedule-control testing termed differential reinforcement of low rate (DRL). In DRL tests, a delay is implemented between reinforcement and the next trial, during which any response goes unrewarded and resets the delay counter. Emotional behavior, particularly anxiety, has been assessed in rodents using a variety of approaches (Sousa *et al.*, 2006). Two of the most common tests are the light/dark box and the elevated plus maze, which rely on rodents' natural aversion to open, bright spaces (Sousa *et al.*, 2006; Walf and Frye, 2007). Anxiety may also be assessed in rodents via novelty/sociability tests, in which a rodent may explore either a space including a familiarized starting compartment, a compartment with a confined rodent with no prior socialization history, and an empty compartment. This test may be extended by adding a rodent into the

285

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

empty compartment in a follow-up test to assess novelty preference between the first rodent and the second rodent. These tests, however, may be confounded by generalized activity changes. Depression is sometimes tested in rodents via a tail suspension test, in which latency to go limp is measured.

Motor function is measured as either overall activity levels or as functional observational batteries (FOBs) at a young age. General activity levels are generally assessed via open field or activity chamber tests in which a subject is placed in a rectangular area that is sectioned into grids. The subject's movement across the grids is then measured, either via manual counting or through automated observation. FOBs include straightforward tests of fine and gross motor control, including tests of grip strength, climbing, swimming, and postural stability (often via rotarod, in which a rat's ability to stay on a rotating cylinder is assessed). Another test is the water escape pole climbing (WESPOC) test, which assesses visuomotor coordination by require a rat to find and climb a pole to escape a pool of water.

Sensory functioning includes visual, auditory, and somatic acuity and may be assessed in NHPs by determining whether they can perceive differently spaced black and white bands, tonal frequencies, or vibrations on their fingers (Burbacher and Grant, 2000). Visual and auditory acuity in rodents can be assessed via cliff avoidance tests, in which a young rat must perceive the presence of a steep drop, or acoustic startle, in which the presence of a reflex response to a tone is assessed.

For all of these endpoints, especially cognitive and behavioral effects, it is important to note that neurodevelopmental tests may be more or less sensitive to subtle behavioral changes depending on the difficulty of the task presented. In terms of relevance of animal models to human neurodevelopment, important advantages to using NHPs for neurodevelopmental testing are apparent when compared to rodent models (Slikker *et al.*, 2018). First, in rodents, higher cognitive functions are either lacking or technically difficult to evaluate. Second, rodents significantly differ from humans and NHPs in terms of their anatomy, fine motor skills, and dominant sensory modality. Third, development of the rodent central nervous system (CNS) differs temporally from humans and NHPs (*e.g.*, birth of granule cells in cerebellar cortex, myelinogenesis). While acknowledging these differences, I consider studies in both NHPs and rodents in my assessment.

2.  **Modes of action for neurodevelopmental effects**

Unlike the cancer and immunotoxicity endpoints discussed in this report, the mechanistic basis for neurodevelopmental effects of PCBs is not well-established. Furthermore, both DL- and NDL-PCBs have been associated with neurodevelopmental effects in animals. Multiple modes of action for neurodevelopmental effects have been proposed and reported *in vitro*, including enhanced ryanodine receptor activity, decreased dopamine content, perturbations in calcium homeostasis, activation of aryl hydrocarbon receptor (AhR), protein kinase C (PKC) translocation, and perturbation of G-protein-coupled receptor (GPCR) signaling, among others  (Choi *et al.*, 2016; Kodavanti, 2005; Mariussen and Fonnum, 2006; Pessah *et al.*, 2010; Pradeep *et al.*, 2019). For example, some PCB congeners (*e.g.*, PCB95) have been shown to activate the ryanodine receptor, a $Ca^{2+}$ ion channel expressed by neurons in the mammalian brain, leading to increased intracellular $Ca^{2+}$ levels (Pessah *et al.*, 2010). Changes in intracellular $Ca^{2+}$ are a key mode of action by which neuronal activity regulates neurodevelopmental processes that in turn determine synaptic connectivity (Bal-Price *et al.*, 2017).

286

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Because the mechanistic basis for neurodevelopmental effects of PCBs is an active area of research and may involve multiple pathways, I did not use an Adverse Outcomes Pathway (AOP) approach for my assessment of neurodevelopmental effects and instead relied on standard toxicological approaches. As described in my report, AOP analyses use mode of action or mechanistic data (*e.g.*, activation of AhR) to develop points of departure or benchmark doses for chemicals, but this approach requires that the modes of action be well understood.

### D.  Dose-response assessment

In this section, I assess the relationship between the dose of PCBs and incidence of neurodevelopmental effects in animals. I separate my evaluation by species, focusing on NHPs and then rodents.  Section E of this appendix describe estimates for the maximum potential exposure rates of PCBs to consumers of fish caught from the Spokane River, and Section F describes calculation of Margins of Exposure (MOEs) comparing points of departure (NOAELs or LOAELs) identified in neurodevelopmental tests in animals to the estimated PCB consumption rates for congeners or mixtures from fish.  MOEs are calculated for all of the neurodevelopmental tests performed in studies that passed the described literature search screening criteria (Section B). However, this dose-response assessment discussion is focused on studies that assessed exposure of NHPs or rodents to low, environmentally-relevant dose levels. Results from these studies are described in detail below, as well as results from studies that use the same neurodevelopmental tests to evaluate offspring of animals exposed to much higher doses. Because variability in study design and methodological issues impact reliability and replicability of study results, these issues are also discussed below.

#### 1.  Reliability and consistency of experimental parameters across literature

For empirical findings to be reliable, they must be verified by measurement or observation across multiple studies; *i.e.*, the literature findings must be repeated, replicated, and reproduced (Plesser, 2017).[35] This is especially critical for assessment of neurobehavior, where individual differences are common, leading to increased within-group variability (Kafkafi *et al.*, 2018).  In addition, tests that measure behavioral constructs such as "anxiety" or "behavioral despair" are not well validated, particularly since it is not well understood what these tests actually measure. For example, variability in results from the tail suspension and Morris water maze tests in mice may be explained by behaviors other than behavioral despair or memory.

Key experimental parameters vary widely across the neurodevelopmental literature on PCBs and impact the ability to identify a reliable point of departure for evaluating dose-response. A point of departure is defined

---

[35] From Plesser, 2017:

Repeatability (Same team, same experimental setup): The measurement can be obtained with stated precision by the same team using the same measurement procedure, the same measuring system, under the same operating conditions, in the same location on multiple trials.

Replicability (Different team, same experimental setup): The measurement can be obtained with stated precision by a different team using the same measurement procedure, the same measuring system, under the same operating conditions, in the same or a different location on multiple trials.

Reproducibility (Different team, different experimental setup): The measurement can be obtained with stated precision by a different team, a different measuring system, in a different location on multiple trials.

287

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

as a dose (*e.g.*, NOAEL or LOAEL) that is used as the starting point for subsequent dose-response extrapolations and analyses. Some of these issues are described below:

- *PCB congener and/or mixture*: Of the 209 PCB congeners, only a small fraction has been toxicologically assessed individually, with most individual congener studies focusing on PCB126 because of its dioxin-like activity. While a number of different commercial PCB mixtures have been assessed (*e.g.*, Aroclors, Kanechlors, Clophens, *etc.*), the formulation of these mixtures has varied over time. In addition, environmentally relevant PCB mixtures (*e.g.*, formulations mimicking congeners found in human breast milk, contaminated fish, *etc.*) can vary across studies. Only recently has there been a push to standardize experimental mixtures across studies, for example using a mixture of six environmental "indicator" PCBs (EFSA, 2005).  Overall, single congener studies of NDLs and NDL-only mixtures are under-represented in the literature, despite their relevance to environmental exposures and potential neurodevelopmental effects.

- *Impurities in PCB formulations*: Studies (especially older studies) have not sufficiently documented impurities in PCB formulations (*e.g.*, contamination due to DL-PCBs, polychlorobenzodioxins (PCDDs), polychlorodibenzofurans (PCDFs), *etc.*). Even at >99% purity, minor contamination by DL-PCBs can confound toxicological assessments due to the high potency of DL-PCBs (ATSDR, 2000; Viluksela *et al.*, 2012).

- *Number of doses and sample size*: Many studies only include only one dose level (*i.e.*, one treatment group), which is below the minimum number of doses recommended in guidelines for animal toxicity testing by authoritative bodies (*e.g.*, EPA, OECD). In particular, only two of the eight NHP cohorts studied included more than one dose group. Studies with only one dose do not allow for an assessment of dose-response under the conditions of the study. Regardless, given the prevalence of studies with only one treatment group across the literature, I considered these studies in my evaluation. Furthermore, the sample sizes used in NHP studies were relatively small, with treatment groups ranging in size from 3 to 8 animals and control groups ranging from 4 to 7 animals.

- *Exposure period and frequency*: The developmental period when animals were dosed was variable across studies. Studies dosed animals prior to gestation, during gestation, during lactation, or a combination of the prior. Animals were also dosed during different windows within gestation and/or lactation (*e.g.*, gestation day (GD) 10-16, GD 7-21). Exposure frequencies were daily, intermittent, or bolus (note, in my selection of an appropriate point of departure, I did not consider studies using only bolus dosing since the relevant exposure scenario (*i.e.*, fish consumption) involves repeated exposures).

- *Age at assessment*: Neurodevelopmental assessments were conducted in offspring at varying life stages following developmental exposure, including weanling, pubescent, young adult and adult life stages. A neurodevelopmental test may have been used to assess a different life stage in another study, such that findings from the two studies are not directly comparable.

- *Neurodevelopmental test and test measurement*: An array of neurodevelopmental tests was implemented, with variations in objective and implementation. In NHPs, few tests were repeated across multiple studies. In addition, different measurements were often collected from the same

288

944

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

tests. For example, measurements collected in schedule of reinforcement testing included some combination of interresponse time (IRT), number of IRTs less than a certain time interval, pause time, index of curvature (IOC), number of reinforced responses, and number of nonreinforced responses, *etc.*, with different statistical approaches applied in the analyses of the data.

- *Lab or investigator*: Many of the neurodevelopmental studies assessing PCBs in animals were conducted by the same research groups, especially those studies that administered environmentally relevant doses. Consequently, intralaboratory bias could impact the study results. For example, the majority of studies in NHPs were conducted between 1970 and the 1990s by two groups: the University of Wisconsin and Health Canada (these studies are summarized in Figure A5-1). More recent studies in mice using NDL mixtures in the ng/kg-d range were carried out by the same group of French and Spanish investigators based at the Université de Lorraine (Dridi *et al.*, 2014; Elnar *et al.*, 2016; Elnar *et al.*, 2012; Karkaba *et al.*, 2017); the findings from these studies have not been replicated elsewhere.

Figure A5-1 illustrates the variability in experimental parameters in studies of neurodevelopmental effects of PCBs in NHPs.



**Figure A5-1. Overview of experimental designs of neurobehavioral studies in nonhuman primates assessing effects of PCBs.**

[*]Cohort number refers to the following studies: 1 – Bowman and Heironimus (1981); Bowman *et al.* (1978); Bowman *et al.* (1981); Mele *et al.* (1986); 2 –Bowman *et al.* (1981); Mele *et al.* (1986); 3 – Mele *et al.* (1986) 4 – Schantz *et al.* (1989); 5 – Levin *et al.* (1988); Schantz *et al.* (1989); 6 – Levin *et al.* (1988); Schantz *et al.* (1989); 7 – Levin *et al.* (1988); Schantz *et al.* (1989); 8 – Rice (1997, 1998); Rice and Hayward (1997, 1998). Note that cohorts 3, 5, and 6 are so-called post-exposure cohorts whose mothers' exposure to PCBs ceased roughly 1, 1.5, or 2.6 years prior to breeding. Note additionally that the University of Wisconsin cohorts are not always clearly defined across studies and I used my best judgement to identify re-used groups. ; A, Aroclor; C, control group; DR, discrimination learning; DRL, differential reinforcement of low rate; DSA, delayed spatial alternation; E, exposure group; FI, fixed-interval; FR, fixed ratio; G, gestation; HC, Health Canada; L, lactation; PR, progressive ratio; RI, random interval; RO, response inhibition; UWisc – University of Wisconsin. ()-indicates that a smaller number of animals was used in follow-up testing; if multiple dose groups were tested, the dose group number of animals are listed from smallest to greatest dose and are separated by an ','.

## 2. Nonhuman primate studies

Based on the results of my literature search, I identified 10 studies that assessed neurodevelopmental effects of PCBs in NHPs. These 10 studies assessed cohorts administered PCB mixtures at doses ranging from 7.5 to

90 µg/kg-d.  No studies assessed NHPs at higher doses.  The University of Wisconsin (UWisc) conducted testing in the late 1970s through the 1980s in seven cohorts of male and female rhesus macaque (*Macaca mulatta*) offspring—some cohorts shared the same mothers— and the Toxicology Research Division of Health Canada (HC) conducted testing in a single cohort of male cynomolgus (*Macaca fascularis*) monkeys from 1997 to 1999. The UWisc cohorts were exposed to PCBs via mothers who were dosed prior to gestation through weaning at 4 months, while the HC cohort was directly dosed during the first 20 weeks after birth. The cohorts and their exposures are summarized in Figure A5-1 and Table A5-3. Note that both laboratories reused NHP cohorts in multiple studies.  UWisc dosed with Aroclors, either 1248 or 1016, while HC dosed with a mixture formulated to mimic the distribution of congeners identified in the breast milk of Canadian women.  No single-congener studies were conducted in NHPs. Neurodevelopmental effects reported in the NHP studies are summarized in Table A5-4.

Overall, interpretation of test results does not support significant effects on learning or memory in either the HC or UWisc cohorts of NHPs. A test for response inhibition identified effects in the HC cohort exposed to 7.5 µg/kg-d of the breast milk mixture; these effects were inconsistently seen in comparable measurements on the same cohort or on cohorts dosed with 6 or 90 µg/kg-d Aroclor 1248 by UWisc. Effects on motor activity were reported in two cohorts exposed to 90 µg/kg-d Aroclor 1248 by UWisc, one perinatally and one via rebred mothers with no concurrent exposure. No effects were found in a third cohort exposed to 6.3 µg/kg-d Aroclor 1248 by UWisc (this cohort included a 13 µg/kg-d dose group that was not tested for locomotor activity). At the 90 µg/kg-d dose, both high and low levels of activity were found compared to controls depending on age. I discuss these results in more detail below

290

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A5-3. Nonhuman primate studies assessing neurodevelopmental effects of prenatal/lactational exposure to PCBs**

| Cohort | Study | Species | Congener or Mixture | Doses (µg/kg-d)* | Period of Administration |
|---|---|---|---|---|---|
| 1 (UWisc) | Bowman and Heironimus (1981); Bowman et al. (1978); Bowman et al. (1981); Mele et al. (1986); | Rhesus | Aroclor 1248 | 90 | ~22 months, ending at weaning |
| 2 (UWisc) | Bowman et al. (1981); Mele et al. (1986) | Rhesus | Aroclor 1248 | 6.3, 13 | 16 – 25 months, ending at weaning |
| 3 (UWisc) | Bowman et al. (1981); Mele et al. (1986) | Rhesus | Aroclor 1248 | 90 | ~22 months, ending ~20 months prior to conception |
| 4 (UWisc) | Schantz et al. (1989) | Rhesus | Aroclor 1248 | 13 | 1 year prior to breeding through weaning at 4 months of age |
| 5 (UWisc) | Levin et al. (1988); Schantz et al. (1989) | Rhesus | Aroclor 1248 | 90 | ~18 months, ending 12 months prior to conception |
| 6 (UWisc) | Levin et al. (1988); Schantz et al. (1989) | Rhesus | Aroclor 1248 | 80 | ~18 months, ending 32 months prior to conception |
| 7 (UWisc) | Levin et al. (1988); Schantz et al. (1989) | Rhesus | Aroclor 1016 | 7.6, 30 | 7 months prior to breeding through weaning at 4 months of age |
| 8 (HC) | Rice (1997, 1998); Rice and Hayward (1997, 1999b) | Cynomolgus | Mixture of 15 NDL-PCBs† | 7.5 | 0-20 wks starting at birth |

* If study reported dose relative to body weight, that is reported here. If the dose was reported relative to feed, then dose was derived relative to body weight. Doses shown exclude controls (i.e., 0 µg/kg-d).

† Experimental mixture formulated to represent 80% of the congeners present in breast milk from Canadian women in a proportional mixture. The congeners included: PCB52, PCB66, PCB74, PCB105, PCB118, PCB138, PCB153, PCB156, PCB157, PCB180, PCB183, PCB187, PCB189, PCB194, and PCB203.

**Table A5-4. Neurodevelopmental effects associated with prenatal/lactational exposure to PCBs in nonhuman primate studies**

| Cohort (Lab, Congener or mixture, species) | Study | Cognitive (i.e., learning and memory) or Behavioral (i.e., response inhibition)* (µg/kg-d) | Motor function (i.e., general activity) (µg/kg-d) |
|---|---|---|---|
| 1 (UWisc, A1248, Rhesus) | Bowman et al. (1978) | Neurological battery (6-24mo): NOAEL: None LOAEL: 90 | Photobeam (6, 12mo): NOAEL: None LOAEL: 90 |
| | Bowman et al. (1981) | NA | Photobeam (6, 12mo): NOAEL: None LOAEL: 90 |

291

947

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Cohort (Lab, Congener or mixture, species) | Study | Cognitive (i.e., learning and memory) or Behavioral (i.e., response inhibition)* (µg/kg-d) | Motor function (i.e., general activity) (µg/kg-d) |
|---|---|---|---|
| | Bowman and Heironimus (1981) | NA | Photobeam (44 mo): NOAEL: None LOAEL: 90 |
| | Mele *et al.* (1986) | Fixed interval (60 mo): NOAEL: 90 LOAEL: None | NA |
| 2 (UWisc, A1248, Rhesus) | Bowman *et al.* (1981) | NA | Photobeam (12 mo): NOAEL: 13 LOAEL: None |
| | Mele *et al.* (1986) | Fixed interval (40 mo): NOAEL: None LOAEL: 6.3 (Note that the high dose group in this cohort was not given this test.)  Fixed interval w/ reinforcement omission (40 mo): NOAEL: 6.3 (Note that the high dose group in this cohort was not given this test.) LOAEL: None | NA |
| 3 (UWisc, A1248, Rhesus) | Bowman *et al.* (1981) | NA | Photobeam (6, 12 mo): NOAEL: None LOAEL: 90 |
| | Mele *et al.* (1986) | Fixed interval (40 mo): NOAEL: None LOAEL: 90  Fixed interval w/ reinforcement omission (40 mo): NOAEL: None LOAEL: 90 | NA |
| 4 (UWisc, A1248, Rhesus) | Schantz *et al.* (1989) | Discrimination reversal (14 mo): NOAEL: 13 LOAEL:  None | NA |
| 5 (UWisc, A1248, Rhesus) | Levin *et al.* (1988) | Delayed spatial alternation (6 y): NOAEL:  None LOAEL: 90 | NA |
| | Schantz *et al.* (1989) | Discrimination reversal (14 mo): NOAEL: 90 LOAEL:  None | NA |

292

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Cohort (Lab, Congener or mixture, species) | Study | Cognitive (i.e., learning and memory) or Behavioral (i.e., response inhibition)[*] (µg/kg-d) | Motor function (i.e., general activity) (µg/kg-d) |
|---|---|---|---|
| 6 (UWisc, A1248, Rhesus) | Levin *et al.* (1988) | Delayed spatial alternation (4 y): NOAEL: None LOAEL: 80 | NA |
| | Schantz *et al.* (1989) | Discrimination reversal (14 mo): NOAEL: 80 LOAEL: None | NA |
| 7 (UWisc, A1016, Rhesus) | Levin *et al.* (1988) | Delayed spatial alternation (4 y): NOAEL: 30 LOAEL:  None | NA |
| | Schantz *et al.* (1989) | Discrimination reversal (14 mo): NOAEL: 7.6 LOAEL: 30 | NA |
| 8 (HC, Mixture of 15 NDL-PCBs[†], Cynomolgus) | Rice and Hayward (1997) | Discrimination reversal, nonspatial (3 y): NOAEL: None LOAEL: 7.5<br><br>Delayed spatial alternation (3 y): NOAEL:  None LOAEL: 7.5 | NA |
| | Rice (1997) | Fixed ratio (4 y): NOAEL: None LOAEL:  7.5<br><br>Fixed interval (4 y): NOAEL: None LOAEL: 7.5 | NA |
| | Rice (1998) | Spatial discrimination reversal (4.5 y): NOAEL: 7.5 LOAEL: None<br><br>Differential reinforcement of low rate (4.5y): NOAEL: None LOAEL: 7.5 | NA |

293

949

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Cohort (Lab, Congener or mixture, species) | Study | Cognitive (i.e., learning and memory) or Behavioral (i.e., response inhibition)[*] (µg/kg-d) | Motor function (i.e., general activity) (µg/kg-d) |
|---|---|---|---|
| | (Rice and Hayward, 1999b) | Concurrent random interval – random interval (5 y): NOAEL: 7.5 LOAEL: None | NA |
| | | Progressive ratio task (5.5 y) NOAEL: None LOAEL: 7.5 | |

* To be conservative, LOAELs reported in this table are based on the presence of at least one measurement noted as statistically significant for a test. These measurements are assessed in the text below for toxicological relevance.

† A number of the tests conducted on NHPs include measurements that may be relevant to either cognitive or behavioral endpoints, and so are summarized together in this table.

‡Experimental mixture formulated to represent 80% of the congeners present in breast milk from Canadian women in a proportional mixture. The congeners included: PCB52, PCB66, PCB74, PCB105, PCB118, PCB138, PCB153, PCB156, PCB157, PCB180, PCB183, PCB187, PCB189, PCB194, and PCB203.

NA - Not applicable

### Learning and memory

The literature provides minimal to no evidence for significant effects on learning and memory in NHPs as a result of PCB exposure. Findings from tests of learning are as follows:

- **Progressive ratio:** The HC cohort, with exposure to 7.5 µg/kg-d of a PCB mixture, was tested on this task at 5.5 years of age. Combining data across all sessions of this task, treated NHPs responded more frequently, and persisted in the task longer, than controls (Rice and Hayward, 1999b). However, these differences were driven by differences in early sessions and disappeared by the latter half of testing, indicating no clear learning deficit. No progressive ratio testing was conducted on UWisc cohorts.

- **Fixed-ratio:** No major effects were noted on the HC cohort at 4 years of age, though on an FR-10 schedule (i.e., reinforcement is delivered after every 10 correct responses), treated NHPs had greater pause times than controls (Rice, 1997). No fixed ratio testing was conducted on UWisc cohorts.

- **Concurrent random interval – random interval**: No differences were identified in the HC cohort at 5 years of age (Rice and Hayward, 1999b). No concurrent random interval – random interval testing was conducted on UWisc cohorts.

- **Fixed interval:** No significant effects on learning were identified in the HC cohort at 4.5 years of age or on UWisc cohorts at approximately 3.3 or 5 years of age exposed to 6.3 or 90 µg/kg-d Aroclor 1248 (Cohorts 2 and 3) (Mele *et al.*, 1986; Rice, 1997). A slight, but statistically significant difference in the index of curvature was identified in Cohort 2 (perinatal exposure to 6.3 µg/kg-d Aroclor 1248) at 300 and 600 second intervals and in Cohort 3 (90 µg/kg-d Aroclor 1248, dosing ending ~20 months prior to conception) at 600 second intervals. This measurement indicates that responding occurred

294

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

slightly earlier in the interval for treated animals versus controls but is difficult to interpret as a significant effect, especially when no changes were identified in Cohort 1 (perinatal exposure to 90 µg/kg-d Aroclor 1248).

- **Differential rate of reinforcement (DRL):** The HC cohort learned this schedule less well than controls when tested at roughly 5.5 years of age, however the gap in performance diminished by the end of the schedule (Rice, 1998). This test primarily assesses response inhibition and is discussed in more detail below. No DRL testing was conducted on UWisc cohorts.

- **Discrimination reversal:** No major effects were noted in the HC cohort at 3 and 4.5 years of age, including spatial, shape, and color tasks, although controls showed greater latency in responding than treated animals on the shape task, and treated animals showed greater variability in their latency on form and color tasks (Rice, 1998; Rice and Hayward, 1997).  UWisc conducted discrimination reversal testing on Cohorts 4, 5, 6, and 7 at 14 months of age and primarily found no effects, with some inconsistent differences from controls and no clear dose-response (Schantz *et al.*, 1989). ). In Cohort 7, dose groups exposed to 7.6 or 30 µg/kg-d Aroclor 1016 both performed better than controls on a shape discrimination reversal task, while the 30 µg/kg-d dose group performed worse than controls on a spatial task. Cohort 6, whose mothers' exposure to 80 µg/kg-d Aroclor 1248 ended roughly 32 months prior to conception, performed better than controls in the same shape task as Cohort 7 did, and showed no difference compared to controls on other tasks. Cohort 4, with a perinatal 13 µg/kg-d Aroclor 1248 exposure, showed no differences compared to controls on any discrimination reversal task. Cohort 1, with perinatal exposure to 90 µg/kg-d Aroclor 1248, was also assessed via discrimination reversal testing; however, these results are not interpreted here as no raw data was presented, and the study's analysis depended upon regressions that were not uniformly calculated (Bowman *et al.*, 1978).

- **Delayed spatial alternation:** When tested at 3 years of age, differences between treated and control NHPs in the HC cohort were identified inconsistently at short delays (differenced noted at 0.1, 0.5, and 3 seconds, but not at 1 second), however no differences were identified at 5-30 second delays or under a variable delay structure (Rice and Hayward, 1997). UWisc conducted delayed spatial alternation testing on Cohorts 5, 6 and 7 (Levin *et al.*, 1988). Cohort 7 (perinatal exposure to Aroclor 1016 at 7.6 or 29.7 µg/kg-d) showed no effects. Cohorts 5 and 7 (maternal exposure to 90 µg/kg-d Aroclor 1248 ending 1 year prior to conception or 80 or µg/kg-d Aroclor 1248 ending 32 months prior to conception) showed differences in accuracy (averaging 56.5% correct to the controls' 65.8% correct), however the analysis combined the two cohorts despite their different dosing gap, different effective dose, and different test times (6 vs. 4 years old). Without the raw data available to distinguish between these factors, it is difficult to assess these results.

*Response inhibition*

Testing focusing specifically on behavioral, non-learning, or memory endpoints was limited in NHPs, with a single DRL test conducted on only one cohort at one dose level. No other tests were conducted that explicitly assessed response inhibition with as sensitive a method, however, certain measures in schedule of reinforcement tests may be comparable, including inter-response time (IRT), pause time, and burst response

295

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

(i.e., IRT<5 seconds), among others. Findings from tests and measurements pertaining to response inhibition are discussed below:

- **DRL:** When tested at 5.5 years of age, the HC cohort (Cohort 8) made more incorrect responses than controls, learned the schedule more slowly than controls, and had shorter mean IRTs when a 30-second delay was imposed (Rice, 1998). No differences compared to controls were noted at lower delays, although only the 30-second delay was tested for more than several sessions. UWisc did not conduct DRL testing.

- **Progressive ratio:** No difference in mean IRT was noted in the HC cohort at roughly 5.5 years of age (Rice and Hayward, 1999b). No progressive ratio testing was conducted on UWisc cohorts.

- **Concurrent random interval – random interval**: No differences were identified in the HC cohort at 5 years of age (Rice and Hayward, 1999b). No concurrent random interval – random interval testing was conducted on UWisc cohorts.

- **Fixed interval:** The HC cohort had a shorter mean IRT and more responses within 5 second intervals when tested at 4 years of age, although this behavior decreased over the course of the test (Rice, 1997). Fixed interval testing was conducted by UWisc on Cohorts 1, 2, and 3. No significant effects in response inhibition were noted in Cohorts 1 and 2 (perinatal exposure to 90 or 6.3 µg/kg-d Aroclor 1248). Cohort 3 (maternal exposure to 90 µg/kg-d Aroclor 1248 roughly 1.5 years prior to conception) did show a statistically greater number of responses per second when a reinforcement-omission component was included. No other effects were noted in the reinforcement omission test, and no effects were found in Cohort 2 in the same test (Mele *et al.*, 1986).

- **Fixed ratio**: No differences in pause time, IRT, or IRTs within 5 seconds were noted in the HC cohort tested at 4 years of age, with the exception of greater pause times compared to controls on the FR-10 schedule (Rice, 1997). No fixed ratio testing was conducted on UWisc cohorts.

  *Motor activity*

Tests of motor activity conducted by UWisc report yielded mixed results (Bowman and Heironimus, 1981; Bowman *et al.*, 1981). NHPs perinatally exposed to 6.3 or 13 µg/kg-d Aroclor 1248 showed no difference compared to controls either within or across sessions at 12 months, while NHPs exposed to 90 µg/kg-d became more active relative to controls over the course of sessions at 6 and 12 months, but were less active relative to controls at 44 months. A postexposure group showed greater activity than controls at 12 months, although less so than the 90 µg/kg-d concurrent exposure group at 12 months. No such tests were conducted on the HC cohort.

3. **Rodent studies**

Based on the results of my literature search, I identified 77 studies conducted in mice or rats as relevant to assessing the potential for neurodevelopmental effects from exposure to PCBs in fish from the Spokane River.

The majority (n=64) of the rodent studies administered PCBs at high doses, *i.e.*, greater than 10 µg/kg-d (Figure A5-2). Of the 13 studies that dosed below this level, only four administered PCBs at doses within ranges that are environmentally relevant based on the MOE analysis, which I summarize in Section F (*i.e.*,

296

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

corresponding to doses in the ng/kg-d range). While my assessment of dose-response focuses on the low dose studies, given their relevance to levels of exposure associated with intake of PCBs in Spokane River fish, I also considered studies that evaluated higher doses and compared outcomes reported in those studies to those observed in the lowest dose studies.

The four low dose rodent studies and their dosing details are listed in Table A5-5. These studies dosed animals with a mixture of six NDL-PCBs (P28, P52, P101, P138, P153, and P180) that was identified by the researchers as environmentally relevant based on presence in fish matrices. Studies that examined the NDL-PCB mixture were all conducted by the same group of researchers based in the Université de Lorraine. Neurodevelopmental effects reported in these studies are summarized in Table A5-6.

297

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A5-2. Effect levels identified in the rodent literature by neurodevelopmental endpoint**Values correspond to unique study IDs assigned to each study in my database, and each point represents an individual test. Black and red coloring indicate NOAELs and LOAELs, respectively, for a given test. Study IDs are slightly offset both vertically and horizontally to allow for display of tests with the same MOEs. CM mix, commercial mixture (e.g., Aroclors); ER mix, environmentally relevant mixture (e.g., mimicking profile of contaminated fish, human breast milk, etc.); SC, single congener.

298

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A5-5. Low dose oral rodent studies assessing neurodevelopmental effects of prenatal/lactational exposure to PCBs**

| Study | Species and Strain | Congener or Mixture | Doses (μg/kg-d)* | Period of Administration |
|---|---|---|---|---|
| Elnar *et al.* (2012) | Mouse, Swiss albino | P28, P52, P101, P138, P153, P180 (NDL mixture) | 0.001, 0.010 or 0.100 (oral gavage) | PND0-21 (daily) |
| Elnar *et al.* (2016) | Mouse, Swiss albino | P28, P52, P101, P138, P153, P180 (NDL mixture) | 0 or 0.010 (oral gavage) | PND0-21 (daily) |
| Dridi *et al.* (2014) | Mouse, Swiss Albino | P28, P52, P101, P138, P153, P180 (NDL mixture) | 0.085, 0.216 or 0.400 (oral diet, in eels) | GD6-PND21 (daily) |
| Karkaba *et al.* (2017) | Mouse, CD1 | P28, P52, P101, P138, P153, P180 (NDL mixture) | 0.010 or 1 (oral diet) | GD6-PND21 (daily) |

* Excluding controls

299

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A5-6. Neurodevelopmental effects associated with prenatal/ lactational exposure to PCBs in environmentally-relevant rodent studies**

| Study (Species; Congener or Mixture) | Cognitive (i.e., learning and memory) (µg/kg-d) | Behavioral (i.e., response inhibition, anxiety) (µg/kg-d) | Motor function (i.e., general activity and FOBs) (µg/kg-d) |
|---|---|---|---|
| Elnar et al. (2012) (Mouse; six NDLs) | Morris water maze (PND 268): NOAEL: 0.100 LOAEL: none | Elevated plus maze (PND 40): NOAEL: none LOAEL: 0.001 Light-dark box (PND 160): NOAEL: none LOAEL: 0.001 Tail suspension (PND 270): NOAEL: 0.100 LOAEL: none | Open-field test (PND 26): NOAEL: None LOAEL: 0.001 Negative geotaxis (PND 5-11): NOAEL: 0.010 LOAEL: 0.100 Forelimb grip strength (PND 5-11): NOAEL: 0.100 LOAEL: none WESPOC (PND 32): NOAEL: None LOAEL: 0.001 |
| Elnar et al. (2016) (Mouse; six NDLs) | Y-maze maze (PND 413): NOAEL: 0.0100 LOAEL: none | NA | NA |
| Dridi et al. (2014) (Mouse; six NDLs in eels) | Y-maze (PND 38): NOAEL: 0.400 LOAEL: none Morris water maze (PND 120 & 123): NOAEL: 0.400 LOAEL: none | NA | NA |
| Karkaba et al. (2017) (Mouse; six NDLs) | NA | Sociability test (PND 50 & 330): NOAEL: None LOAEL: 0.010 Social novelty test (PND 50 & 330): NOAEL: None LOAEL: 0.010 | NA |

[*] To be conservative, LOAELs are reported in this table are based on the presence of at least one measurement noted as statistically significant for a test. These measurements are assessed in the text below for toxicological relevance.

NA - not applicable

Overall, studies that administered doses at levels environmentally relevant for the Spokane River (i.e., ng/kg-d range) did not identify cognitive or motor effects in rodents. While Elnar et al. (2012) does note effects in

300

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

two tests of anxiety, these are not replicated in other studies at comparable or significantly higher doses and rely on a number of measurements that either do not show dose-response within the study or are not clearly clinically significant. Studies that administer levels greater than 1 mg/kg-d report mixed results on test of learning and spatial memory, as well as overall activity level and motor coordination. I discuss the neurodevelopmental outcomes reported in these studies below.

No effects were seen on cognitive (learning and memory tests) conducted on rodents at the lowest doses; studies dosing at 1 mg/kg-d or greater report mixed results. These tests showed the following:

- **Morris water maze**: Elnar *et al.* (2012) found no effects on PND 268 at doses of the six NDL-PCB mixture of 0.001, 0.010, and 0.100 µg/kg-d. Dridi *et al.* (2014) found no effects on PND 120 and PND 123 at doses of the six NDL-PCB mixture (from eels) of 0.085, 0.216, and 0.400 µg/kg-d.

  Morris water maze testing on rats perinatally exposed to 0.100 µg PCB126/kg-d found no differences compared to controls (Vitalone *et al.*, 2008; Vitalone *et al.*, 2010).

  In some studies at doses well above what would be expected for consumers of fish from the Spokane River, effects were reported in Morris water maze testing. For example, studies that dosed rats or mice perinatally with either single congeners or Aroclors at levels ranging from 1 to 6 mg/kg-d report effects including increased relearning latency (Eriksson and Fredriksson, 1996; Provost *et al.*, 1999; Sugawara *et al.*, 2006; Yang *et al.*, 2009). However, other studies report no effects at similar or higher doses (Donahue *et al.*, 2004; Eriksson and Fredriksson, 1996; Sugawara *et al.*, 2008; Zahalka *et al.*, 2001).

- **Y or T-maze**: Elnar *et al.* (2016) found no effects on PND 413 on mice dosed with 0.01 µg/kg-d of the six NDL-PCB mixture. Dridi *et al.* (2014) found no effects in a Y-maze test conducted at PND 38 on mice exposed to 0, 0.085, 0.216, or 0.400 µg/kg-d of the six NDL-PCB mixture (from eels).

  Studies that dosed rodents at levels well above environmental relevance (0.100 µg/kg-d in the case of PCB126 and from 1 to 64 mg/kg-d in the case of commercial mixtures and other single congeners) identified mixed results. Several identified no differences compared to controls (Boix *et al.*, 2010; Schantz *et al.*, 1996; Schantz *et al.*, 1997; Tian *et al.*, 2011; Zahalka *et al.*, 2001), while other studies identified somewhat delayed acquisition that in some cases was transient or sex-specific (Boix *et al.*, 2010; Piedrafita *et al.*, 2008; Schantz *et al.*, 1995; Shiota, 1976).

With regard to behavioral endpoints, Elnar *et al.* (2012) reports some differences compared to controls in tests of behavioral signs of anxiety in mice administered the six NDL-PCB mixture at doses in the ng/kg-d range. However, few of the measurements noted a clear dose-response. Further, tests of sociability/novelty in mice exposed to the same six NDL-PCB mixture at comparable exposure levels identified no major differences with controls, and studies using the same behavioral test (elevated plus maze) to evaluate offspring of rodents dosed with significantly higher levels of PCBs did not replicate the Elnar *et al.* (2012) results. These tests showed the following:

- **Elevated plus maze**: Mice exposed to 0.001, 0.010, or 0.100 µg/kg-d of the six NDL-PCB mixture spent statistically significantly less time in open arms (2-3% vs. 6% in controls), however the absolute time was not reported and a difference of several percent does not appear meaningful. The middle and high dose groups showed an increase in latency on first entry into open arms (~140 s vs. 80 s for

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

controls) and an increase in number of attempts to enter open arms (10-12 attempts vs. 6 for controls) Elnar *et al.* (2012).

In mice exposed lactationally to 6 mg/kg-d Aroclor 1254, a level well above environmental relevance, no effects were seen in an elevated plus maze test conducted on PND 38 and 39 (Tian *et al.*, 2011). Rats perinatally dosed to PCB126 at 0.100 μg/kg-d also showed no major differences relative to controls in an elevated plus maze test at PND 100 and at 12 months of age, except for a slight increase in overall motor activity in males (Vitalone *et al.*, 2008; Vitalone *et al.*, 2010).

- **Light-dark box:** Mice exposed to 0.001, 0.010, or 0.100 μg/kg-d of the six NDL-PCB mixture had a greater time for first entry into the light box (100-130 sec vs. 50 sec in controls) (Elnar *et al.*, 2012). However, treated groups did not show a dose-response relationship. All three treatments showed significantly reduced time in the lit box (13-20 sec vs. 33 sec in controls), however the dose-response relationship was inverse. Low and middle dose groups showed a statistically significant difference compared to controls in the number of transitions between light and dark boxes, but the magnitudes were similar to controls (median of 1 vs. 3.5), and no significant difference was identified in the high dose group.

- **Tail-suspension:** No differences compared to controls were noted in mice exposed to 0.001, 0.010, or 0.100 μg/kg-d of the six NDL-PCB mixture (Elnar *et al.*, 2012). A similar test conducted on mice exposed to 6 mg/kg-d Aroclor 1248 also found no effects (Tian *et al.*, 2011).

- **Sociability/novelty:** Mice exposed to 0.010 or 1 μg/kg-d of the six NDL-PCB mixture showed no major differences compared to controls on PND 50 or PND 330 (Karkaba *et al.*, 2017). In the initial sociability test, male mice in the low dose group spent more time with the stranger than controls at PND 330, but no difference was noted in the high dose group. In the follow-up social novelty test, in which a second rodent was added to the empty chamber (in contrast to the now-familiar rodent in the first chamber), females in both dose groups spent less time than controls sniffing the familiar rodent on PND 50, however this was not seen on PND 330. These two measurements suggest heightened preference for novelty in the treated mice, however they are not corroborated by the other measurements in the tests.

In tests of motor activity, one open field test identified a reduction in horizontal (locomotor) activity in male offspring of mice administered a six NDL-PCB mixture at 0.001 and 0.010 μg/kg-d, but not at 0.100 μg/kg-d Elnar *et al.* (2012), in contrast to open field tests conducted in rodents dosed at or above 1 mg/kg-d that report either increased levels of locomotor activity or no differences compared to controls. FOB testing of gross and fine motor control identified no consistent effects at environmentally relevant levels, and mixed effects at higher doses. These tests showed the following:

- **Open field:** Mice exposed to 0, 0.001, 0.010, or 0.100 μg/kg-d of a six NDL-PCB mixture noted a decrease in horizontal motor activity in males in the 0.001 and 0.010 μg/kg-d dose groups; no effect was noted in females at any dose or in males at 0.100 μg/kg-d (Elnar *et al.*, 2012). No differences in rearing activity were noted. Without a clear dose-response identified, it is uncertain whether the effect noted can be attributed to PCB exposure.

302

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

- In some studies, open field tests conducted on rodents dosed well above environmental levels have noted higher activity levels when compared to controls (Sugawara *et al.*, 2006; Sugawara *et al.*, 2008; Tian *et al.*, 2011), while others have found no differences (Boix *et al.*, 2010; Haave *et al.*, 2011; Lilienthal *et al.*, 1990; Sugawara *et al.*, 2006).

- **FOB:** Elnar *et al.* (2012) assessed mice exposed to 0, 0.001, 0.010, or 0.100 µg/kg-d of a six NDL-PCB mixture via several FOB tests of motor strength and coordination. Transient effects were noted in female mice in the 0.1 µg/kg-d group in the negative geotaxis test, disappearing by PND 11; no effects were noted in males. No effects were noted in any dose group on tests of grip strength from PND 5-11. In a WESPOC test conducted at PND 32, males in the 0.001 and 0.100 µg/kg-d dose groups, but not the middle 0.010 µg/kg-d dose group, were noted to have a greater pole grasping latency. No effects were seen in females, and no effects were seen in males in swimming quality, climbing time, or escape latency.

  FOB tests conducted at higher doses of single congeners or Aroclors do not identify any clear dose response. Grasp and righting reflex tests conducted on rats exposed to 0.1 µg/kg-d PCB126, well above environmental relevance, showed no effects (Vitalone *et al.*, 2008). Two rotarod tests conducted at the same dose level report contradictory results (Cauli *et al.*, 2013; Vitalone *et al.*, 2008), and a negative geotaxis test conducted on rats exposed to 0.1 µg/kg-d PCB126 showed effects (Vitalone *et al.*, 2008). Results are similarly mixed for rodents dosed with Aroclors or other congeners above 1 mg/kg-d. Effects were found in FOB tests conducted on rodents dosed 1 to 375 mg/kg-d (Boix *et al.*, 2010; Kuriyama and Chahoud, 2004; Nguon *et al.*, 2005; Tilson *et al.*, 1979), however FOB tests are reported as negative in doses ranging from 1 to 18 mg/kg-d in other studies (Boix *et al.*, 2010; Haave *et al.*, 2011; Nguon *et al.*, 2005; Roegge *et al.*, 2004; Sitarek and Gralewicz, 2009; Sugawara *et al.*, 2008).

While I closely assessed the results of the Université de Lorraine laboratory as they administered mice a mixture NDL-PCBs at environmentally relevant dose levels, I note a number of important methodological issues with their approach. For example, Elnar *et al.* (2012) and Elnar *et al.* (2016) administered Swiss albino mice a NDL-PCB mixture at dose levels of 0.001, 0.010, or 0.100 µg/kg-d in 10 mL/kg rapeseed oil via oral gavage. Control animals received the vehicle, *i.e.*, rapeseed oil, only. At these low delivered doses, the potential contribution of background sources to total doses must be considered. For example, Roszko *et al.* (2012) and Wroniak and Rekas (2017) report concentrations of the same six NDL-PCB compounds, as well as other contaminants, in rapeseed oil samples. Reported concentrations of the six NDL-PCB mixture in rapeseed oil samples range from 443.9 pg/g (Roszko *et al.*, 2012). to 2,599.4 to 8,380.8 pg/g Wroniak and Rekas (2017). Rapeseed oil has a mean density of 0.9133 g/ml at room temperature (Sahasrabudhe *et al.*, 2017)  Elnar *et al.* (2012) administered 10 mL/kg of rapeseed oil per day containing these concentrations, yielding a contribution of rapeseed oil to the total dose of these six congeners ranging from 4.05 (based on the Roszko *et al.* (2012) measurements) to 23.74-76.54 ng/kg-d (based on the Wroniak and Rekas (2017) measurements). At these background levels, actual administered doses of these congeners at the lowest one or two doses administered the Elnar studies (Elnar *et al.*, 2016; Elnar *et al.*, 2012); (0.001 ng/kg and 0.010 µg/kg-d) would have been essentially equal to doses administered to control animals (Table A5-7). However, based on the information provided by the Elnar studies (Elnar *et al.*, 2016; Elnar *et al.*, 2012), actual doses received by the animals were not verified by subsequent analysis of dose solutions.

303

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A5-7. Estimated total doses of six NDL-PCB congeners delivered to mice in Elnar *et al.* (2016); Elnar *et al.* (2012), assuming addition of background concentrations in rapeseed oil reported by Roszko *et al.* (2012) and Wroniak and Rekas (2017) to target administered doses**

| Target NDL-PCB dose (ng/kg-d) | Estimated total NDL-PCB dose with addition of background dose from rapeseed oil (ng/kg-d) | |
|---|---|---|
| | Based on Roszko *et al.* (2012) | Based on Wroniak and Rekas (2017) |
| 0 | 4.05 | 23.74-76.54 |
| 1 | 5.05 | 24.74-77.54 |
| 10 | 14.05 | 33.74-86.54 |
| 100 | 104.05 | 123.74-176.54 |

In addition, the dose levels used by Elnar *et al.* were achieved by serial (1:10) dilution of a stock solution containing 10 mg of NDL-PCB mixture in 10 mL of rapeseed oil. To achieve the target doses of 0.100, 0.010, and 0.001 μg/kg, four to six dilutions would have been required, with the lowest 0.001 μg/kg dose level requiring a 1,000,000-fold dilution relative to the stock solution. At the very low levels in resulting dose solutions, error in dose propagation resulting in significant differences from target dose levels could occur, however again no confirmation of the actual dosed levels was provided.

Dridi *et al.* (2014) dosed mice with a food paste containing mixtures of ground river and sea eel that were analyzed for the presence of the six NDL-PCBs. Since the eels likely contained other contaminants, including additional PCBs, it is likely that the mice were also exposed to additional contaminants (the study noted the presence of mercury and heavy metals in the eels). Further, the three dose groups included in the study were not administered a homogenous eel mixture: the 0.085 μg/kg-d dose was derived from sea eels only, the 0.216 μg/kg-d dose was derived from a mixture of sea and river eels, and the 0.400 μg/kg-d group was derived from river eels only. Thus, it is likely that the type and relative amount of contaminants differed between the dose groups. Control animals were administered the same food paste minus the eel. The study does not indicate that dose levels in the control or PCB groups were confirmed by subsequent analyses.

### E.  Exposure assessment

For a general description of the exposure assessment methodology (*e.g.*, data sources, fish species, sampling locations, assumptions) by which I estimate PCB intake rates (ng/d) for consumers of fish from the Spokane River, see Section II.A and Appendix 2. I used these data to derive PCB congener- or mixture-specific consumption rates, as I describe below.

PCB intake rates were estimated for two different scenarios: 1) a best estimate, using mean PCB tissue concentrations and mean fish consumption rates (FCRs) and 2) a reasonable upper bound, based on the maximum of either the mean PCB tissue concentrations and 95th percentile FCRs or the 95th percentile PCB tissue concentrations and mean FCRs. The upper bound estimates for FCRs and tissue concentrations are highly conservative because they are based on the sum of the 95th percentile estimates of FCRs or tissue concentrations determined across individual species. For example, the upper bound FCR scenario assumes that a person eats every species of fish at a rate equal to the 95th percentile consumption rate for each species, while the upper bound tissue concentration scenario assumes that every species of fish that a person eats contains PCBs at a concentration equal to the 95th percentile concentration for the species.

304

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

First, I estimated total intake rates for individual congeners based on species-specific tissue concentrations and species-specific intake rates for rainbow trout, largemouth bass, and mountain whitefish caught in the Spokane River (see Appendix 2). Note that while I included all congeners in the exposure assessment, I only considered congeners administered in neurodevelopmental or reproductive animal studies (see Table A5-8) when determining MOEs (see Section IX.F, beginning on p. 307). Because individual congeners were in some cases also reported as coelutions (*e.g.*, PCB153/168), I developed a rubric to assign individual congener intake rates. For congeners reported *only* as coelutions (*e.g.*, PCB53 reported as PCB153/168), I conservatively assumed 100% of the PCB intake rate to be the target congener (*i.e.*, PCB153). If a congener was reported both as a single elute and as a coelute (*e.g.*, PCB183 and PCB183/185), I used the maximum of the two intake rates.

To derive PCB intake rates for mixtures of congeners used in toxicological studies, I summed the intake rates of each individual congener composing the defined mixture. For example, the intake rate of a mixture of PCB101 and PCB118 would be the sum of each of their individual intake rates mentioned above. I also assumed that the relative percentage of each congener in the mixture was the same as that in the mixtures used in the animal studies.

Lastly, total PCB intake rates were calculated independently of the individual congener analyses to avoid overestimating total PCB intake rates. Coelutions were reported consistently within a given sample (*i.e.*, fish fillet) but inconsistently across the PCB tissue dataset; thus in order to avoid double-counting the intake rates for congeners reported both individually and as coelutes, total PCBs were calculated by taking, for each species, the sum of congeners for each relevant sample in the dataset and then taking the average of these sums across species. Since the precise composition of Aroclors, Kanechlors, and other commercial mixtures used in the toxicological studies was not reported, I assumed that the intake rate of PCBs (ng PCB/d) associated with these mixtures was equivalent to the total PCB intake rate.

Estimated total PCB intake rates for the upper bound exposure scenario described above were higher when using mean tissue concentrations and 95th percentile FCRs (1.115 µg/day) than the 95th percentile tissue concentrations and mean FCRs (0.417 µg/day); consequently, I conservatively used the higher estimate in my calculations for the upper bound exposure scenario. Intake rates were normalized by human body weight (a default body weight value of 80 kg was applied per US EPA guidelines (US EPA, 2011a), to yield total PCB intake rates of 0.003 and 0.014 µg/kg-d for the best estimate and reasonable upper bound scenarios respectively.

Table A5-8 lists the estimated congener- or mixture-specific consumption rates. I used these consumption rates in the MOE calculations in Section F.

305

961

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Table A5-8. Estimated PCB intake rates for consumers of fish from the Spokane River. Intake rates are presented for two scenarios: a best estimate and a reasonable upper bound (see text). Only congeners or mixtures administered in the neurodevelopmental or reproductive animal studies (see Appendix 6 for assessment of reproductive effects) were included in this analysis.

| PCB congener or mixture | PCB intake rate by scenario (ng/kg-d) | |
|---|---|---|
| | Best estimate | Reasonable upper bound |
| PCB4 | 0.0000978 | 0.000419 |
| PCB15 | 0.000159 | 0.000563 |
| PCB28 | 0.0299 | 0.132 |
| PCB47 | 0.0697 | 0.308 |
| PCB52 | 0.0828 | 0.373 |
| PCB74 | 0.166 | 0.736 |
| PCB77 | 0.00465 | 0.0206 |
| PCB80 | 0 | 0 |
| PCB95 | 0.0174 | 0.0870 |
| PCB118 | 0.217 | 0.979 |
| PCB126 | 0.000574 | 0.00272 |
| PCB132 | 0.0255 | 0.110 |
| PCB138 | 0.140 | 0.581 |
| PC153 | 0.200 | 0.902 |
| PCB156 | 0.0248 | 0.113 |
| PCB169 | 0.0000159 | 0.0000523 |
| PCB180 | 0.109 | 0.482 |
| PCB28, 52, 101, 138, 153, 180 | 0.733 | 3.25 |
| PCB28, 52, 101, 118, 138, 153, 180 | 0.951 | 4.23 |
| PCB28, 77, 101, 105, 118, 126, 138, 146, 153, 156, 169, 170, 180, 187 | 1.13 | 5.03 |
| PCB47, 77 | 0.0743 | 0.328 |
| PCB52, 66, 74, 105, 118, 138, 153, 156, 157, 180, 183, 187, 189, 194, 203 | 1.30 | 5.75 |
| PCB74, 94, 99, 118, 126, 138, 153, 156, 169, 170, 180, 187, 194, 200 | 1.16 | 5.19 |
| PCB77, 169 | 0.00466 | 0.0206 |
| PCB77, 105, 118, 126, 138, 153, 169, 180 | 0.755 | 3.34 |
| PCB101, 118 | 0.389 | 1.76 |
| PCB118, 126 | 0.218 | 0.981 |
| PCB126, 153 | 0.200 | 0.904 |
| Aroclors or other commercial mixtures | 3.11* | 13.9* |

* Intake rates for Aroclors and other commercial mixtures were considered to be equivalent to total PCB intake rates.

306

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## F.  Risk characterization

In this section, I integrate the data from the hazard, dose-response, and exposure assessments described above to assess the risk of PCB exposure to consumers of fish from the Spokane River. To do so, I use a Margin of Exposure (MOE) approach, whereby the point of departure (*i.e.*, NOAEL or LOAEL) for a given neurodevelopmental test in animals (adjusted to a human-equivalent dose (HED) according to body size scaling factors[36] per US EPA (US EPA, 2011d) is compared to the estimated PCB consumption rate for that congener or mixture of congeners by consumers of fish from the Spokane River. The general formula used to calculate the MOE for a given PCB congener or mixture is as follows:

$$MOE = \frac{NOAEL \text{ or } LOAEL \text{ (animal test)} \left(\frac{mg}{kg-d}\right) \times \frac{1}{HED \text{ scaling factor}}}{PCB \text{ consumption rate} \left(\frac{mg}{kg-d}\right)}$$

MOEs represent the "established safety buffer between the toxicity effect dose level and the predicted exposure dose" (US EPA, 2012b). The lower the MOE, the more likely a chemical is to pose an unreasonable risk; for a chemical with an MOE<1, the exposure dose or concentration is greater than the scaled NOAEL or LOAEL. According to US EPA, an acceptable MOE for LOAEL-based assessments is 1,000 (US EPA, 2012b). A value of 1,000 reflects consideration of standard uncertainty factors applied in risk assessment to extrapolate from the point of departure to reference dose levels (*e.g.*, to extrapolate between species, account for intraspecies variation, and extrapolate from a LOAEL to NOAEL, where each uncertainty factor is assigned a value of 10). For a NOAEL-based assessment, an acceptable MOE would be 100.

Note that MOEs in this assessment are based on highly conservative PCB intake rate estimates. The upper bound estimates are based on the sum of 95th percentile estimates of FCRs and mean tissue concentrations determined across individual fish species. In other words, the upper bound FCR scenario assumes that a person eats every species of fish at a rate equal to the 95th percentile consumption rate for each species.

Figure A5-3 presents the calculated MOEs for all neurodevelopmental tests in the 87 studies passing my database filtering criteria prior to implementing an MOE threshold cutoff (see Table A5-1). MOEs for both the best estimate (Figure A5-3A) and reasonable upper bound (Figure A5-3B) scenarios are provided. The MOEs are presented by species and neurodevelopmental endpoint, as well as by whether the effect seen in the animals was a NOAEL or LOAEL. Because most of the animal neurodevelopmental studies I identified exposed animals to PCB doses well above environmental exposure levels, the majority of calculated MOEs for both scenarios are at or above 1,000 and in most cases are orders of magnitude higher than 1,000.

Of the 87 animal studies I reviewed that passed the screening criteria, for the best estimate scenario, four yielded an MOE<1,000 even in the absence of effects, that is, even if a NOAEL is used in the calculation (Figure A5-3). These MOEs correspond to doses in the ng/kg-d to low µg/kg-d range. All four studies were in mice. Of these four studies, two identified at least one LOAEL for a neurodevelopmental test with an MOE<1,000 (MOEs ranging from 0.181 to 18.1). For the reasonable upper bound scenario, 11 studies yielded an MOE<1,000 (inclusive of both NOAELs and LOAELs in the calculation), four of which were in mice and seven in NHPs. Of these 11 studies, seven identified at least one LOAEL for a neurodevelopmental test with

---

[36] Species-specific scaling factors for HED calculations are: NHP = 1.7, mouse = 7.5 and rat = 4.2 (US EPA, 2011a).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

an MOE<1,000 (MOEs ranging from 0.0410 to 753). NOAEL/LOAELs were based on statistical significance as reported by the study (see Section C); however, not all of these NOAELs/LOAELs were deemed reliable or clinically relevant based on my dose-response assessment (see Section D).

These seven studies are described in detail in Section D.2 and D.3 alongside the rest of the literature for potential relevance to effects on learning and memory, behavioral effects including anxiety and response inhibition, and generalized activity. Overall, results from these studies were found to lack replicability due to the wide variability in experimental design, show no or slight differences between treated animals and controls, and exhibit inconsistent dose-response and/or effects not seen in similar testing conducted at higher doses (*i.e.*, MOE>1,000).

Comparison of predicted exposure levels to US EPA reference doses (RfDs) for Aroclors further suggests that no adverse noncancer effects are expected. An RfD is defined as an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily oral exposure for a chronic duration (up to a lifetime) to the human population (including sensitive subgroups) that is likely to be without an appreciable risk of deleterious effects during a lifetime (US EPA, 2019d). US EPA has set oral RfDs for noncancer endpoints for Aroclor 1016 and Aroclor 1254 of 0.07 and 0.02 μg/kg-d, respectively. Neither of the RfDs for these two Aroclors are based on neurodevelopmental effects; the RfD for Aroclor 1016 is based on reduced birth weights in monkeys and RfD for Aroclor 1254 is based on immune, dermal and ocular effects in monkeys (US EPA, 1993, 1994). As shown in Table A5-8, the estimated upper bound Spokane River consumption rate is 0.014 g/kg-d. Therefore, comparison to the RfDs suggests Aroclors are not likely to cause noncancer effects.

308

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A5-3. MOEs for neurodevelopmental effects in animals after repeated, oral exposure to PCBs for the best estimate (A) and reasonable upper bound (B) scenarios.** Values correspond to unique study IDs assigned to each study in my database, and each point represents an individual test. Cognitive and behavioral endpoints for NHPs are combined since neurodevelopmental tests in NHPs include measurements for both these endpoints. Black and red coloring indicate NOAELs and LOAELs, respectively, for a given test. Note that NOAEL/LOAELs presented here are based on statistical significance as reported by the study (see Section B); however, not all of these NOAELs/LOAELs were deemed reliable or clinically relevant based on my dose-response assessment (see Section IX.C). Study IDs are slightly offset both vertically and horizontally to allow for display of tests with the same MOEs. PCB intake rates for the best estimate scenario were based on mean FCRs (by species) for consumers of fish from the Spokane River and mean PCB tissue concentrations (by species). Study IDs with LOAEL-based MOEs<1,000 for the best estimate scenario include NA024 and NA118. PCB intake rates for the reasonable upper bound scenario were based on 95th percentile fish consumption rates (by species) for consumers of fish from the Spokane River and mean PCB tissue concentrations (by species). Study IDs with LOAEL-based MOEs<1,000 for the reasonable upper bound scenario include NA024, NA048, NA056, NA057, NA059, NA060, and NA118. For all other study IDs, see Attachment 4. MOE, Margin of Exposure; NHP, nonhuman primate

309

965

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

The assessment I conducted makes conservative assumptions about the amount of fish consumed from the Spokane River. Using conservative assumptions about exposure is one (of many) ways a toxicologist can ensure that risks estimated in a human health risk assessment are not underestimated. In this assessment, for the reasonable upper bound estimate, I assume that every day, a person consumes each species of fish caught from the Spokane River at a rate that is near the maximum consumption rate for all people who catch and consume this fish (*i.e.*, at the 95th percentile of the consumption rate for each species of fish). This scenario is not plausible; however, I use this conservative consumption rate in my assessment to calculate the margins of exposure (MOEs) for each study I identify as relevant. Thus, the reader should consider the level of conservatism when assessing the results of this toxicological assessment

Based on this assessment of the hazard, exposure, and toxicity of PCBs, and using a weight-of-evidence approach, I conclude that it is highly unlikely that any adverse neurodevelopmental outcomes will occur from exposure to PCBs in fish caught and consumed from the Spokane River.

310

966

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

## X.    Appendix 6: Reproductive toxicology of PCBs

### A.    Introduction to risk assessment for reproductive outcomes

PCBs are commonly measured environmental contaminants. As a class, PCBs have been reported to cause health effects in animals including effects on reproduction and development. The endpoints reported with exposure to PCBs include reduced fertility in males and females, abnormal menstrual cycling in females, reduced birthweight in offspring, and increased incidence of still birth (Ahmad *et al.*, 2003; Arnold *et al.*, 1995). Males have reported changes in semen quality parameters (sperm concentration, motility, and morphology), sperm DNA integrity (DNA damage or chromatin fragmentation), and circulating reproductive hormone levels (Meeker and Hauser, 2010).

I conducted a toxicological assessment of the animal literature to assess whether intake of PCBs from fish by consumers of fish from the Spokane River is likely to cause adverse reproductive and developmental effects. My approach follows a standard risk assessment framework, including hazard identification, dose-response assessment, exposure assessment, and risk characterization (Faustman and Omenn, 2013). For the purposes of this assessment, reproductive effects are those in parental animals that affect fertility or the ability to complete a successful pregnancy to birth. Developmental effects are those that affect the offspring's ability to thrive and reach reproductive age. I recognize these classifications might be defined differently by others. Neurodevelopment, specifically, is not covered in this appendix and is reviewed in Appendix 5.

### B.    Literature search approach

To identify reproductive and developmental toxicity studies relevant for my risk assessment, I conducted a review of the animal literature. My emphasis was on primary literature (*i.e.*, no review articles, meta-analyses, *etc.*); however, I did review reports from authoritative bodies such as the Agency for Toxic Substances and Disease Registry (ATSDR), United States Environmental Protection Agency (US EPA), *etc.*, if available. Combinations of search terms[37] were used to query PubMed and Google Scholar for studies assessing reproductive and developmental effects of PCBs in animals.

A total of 116 studies were identified based on these search terms. To support the dose-response assessment, I compiled relevant information for each study including species (and strain), exposure route, exposure frequency and duration, administered dose(s)[38], PCB congener(s) or mix, age at assessment, test(s), and endpoint(s). For each test within a study, I identified a no observed adverse effect level (NOAEL) and/or a lowest observed adverse effect level (LOAEL) based on reported statistical significance: an administered dose was identified as a LOAEL if an effect was statistically significant at a p-value<0.05 when compared to

---

[37] Search terms included: "polychlorinated biphenyl" AND "reproductive" OR "PCB" AND "reproductive" OR "polychlorinated biphenyl" AND "reproduction") OR "PCB" AND "reproduction" AND "rat" OR "rats" OR "mouse" OR "mice" OR "monkey*" OR "hamster*" OR "pig" OR "pigs" OR "piglet*" OR "sheep" OR "cow" OR "cows" OR "rabbit*"; limited to English language only. An update to the literature review was conducted on October 16, 2019 with the search terms: "polychlorinated biphenyl" AND "reproductive" OR "PCB" AND "reproductive" OR "polychlorinated biphenyl" AND "reproduction") OR "PCB" AND "reproduction" AND "rat" OR "rats" OR "mouse" OR "mice" OR "monkey*"; again limited to articles in English.

[38] When a study reported the administered dose in terms of quantity in feed, I derived a body weight dose (mg PCB/kg body weight per day) based on food consumption and body weight data provided by the study or default values from the literature. In addition, if dosing was intermittent instead of daily, I derived a daily dose based on exposure duration and frequency.

311

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

controls. If no statistical evaluation was conducted by the authors, NOAELs and/or LOAELs were not assigned. NOAELs and LOAELs were adjusted to a human-equivalent dose according to body size scaling factors as described in Section X.G (beginning on p. 332).

The literature review initially identified approximately 432 studies meeting the search term criteria. These studies were further filtered according to the criteria in Table A6-1 to generate a list of studies with relevance to the exposure scenario for the Spokane River (*i.e.*, PCB doses comparable to those estimated for consumers of fish from the Spokane River. Only animal studies that administered repeated oral doses of PCBs were considered (*i.e.*, no bolus dose studies). In addition, I only considered studies that used established animal models (*e.g.*, nonhuman primates (NHP), rats, or mice) and that dosed animals during pre-gestation, gestation, and/or lactation.

**Table A6-1. Number of animal studies in database passing sequential criteria for evaluation of reproductive effects following exposure to PCBs**

| Criterion | No. of Studies |
|---|---|
| Reproductive studies[*] | 432 |
| *In vivo* studies with relevant reproductive endpoints[†] | 111 |
| Oral administration | 71 |
| Repeated dosing (*i.e.*, no bolus dosing) | 61 |
| Conducted relevant animal models[‡] | 51 |
| Additional studies from October 2019 search | 5 |
| MOE<1000 (*i.e.*, LOAELs at environmentally relevant doses)[§] | 4 |

[*] Search terms for PubMed: "polychlorinated biphenyl" AND "reproductive" OR "PCB" AND "reproductive" OR "polychlorinated biphenyl" AND "reproduction") OR "PCB" AND "reproduction" AND "rat" OR "rats" OR "mouse" OR "mice" OR "monkey*" OR "hamster*" OR "pig" OR "pigs" OR "piglet*" OR "sheep" OR "cow" OR "cows" OR "rabbit*"; limited to English language only. "Development" was not specifically searched initially, but was later conducted with the addition of one additional study the met the above criteria. An update to the literature review was conducted on October 16, 2019 with the search terms: "polychlorinated biphenyl" AND "reproductive" OR "PCB" AND "reproductive" OR "polychlorinated biphenyl" AND "reproduction") OR "PCB" AND "reproduction" AND "rat" OR "rats" OR "mouse" OR "mice" OR "monkey*"; again limited to articles in English.

[†] Only reproductive and developmental endpoints included in US EPA guidelines were considered (US EPA, 1996). *In vitro* or mechanistic studies were excluded. Some of the excluded studies were not on polychlorinated biphenyls or were reviews of other studies.

[‡] Monkeys, rats, or mice.

[§] Based on 95th percentile of PCB intake rates for Spokane River fish consumers. According to US EPA, acceptable MOEs for NOAEL-based and LOAEL-based assessments are 100 and 1000, respectively. These safety buffers take into account uncertainty factors including interspecies and intraspecies variability (US EPA, 2012b).

## C. Hazard identification

Since both dioxin-like (DL) and non-dioxin like (NDL) PCBs have been associated with reproductive or developmental effects in animals, I included studies that looked at both types of congeners and congener mixtures. The numbers of studies and congener/mixture types assessed in the filtered literature are presented in Table A6-2 by species. This section describes the types of reproductive hazards identified in animals, with information organized as follows: reproductive effects tested in females, reproductive effects

312

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

tested in males, developmental effects when both sexes were combined, developmental effects in female offspring, and developmental effects in male offspring.

**Table A6-2. Number of studies represented by selected experimental parameters from the reproductive literature on PCB effects in animals[‡]**

| Parameter | NHP | Mouse | Rat |
|---|---|---|---|
| **Effect** | | | |
| Reproductive, female | 11 | 12 | 13 |
| Reproductive, male | 1 | 3 | 4 |
| Developmental, both sexes | 0 | 7 | 15 |
| Developmental, female | 0 | 1 | 11 |
| Developmental, male | 0 | 4 | 13 |
| **PCB congener or mixture** | | | |
| Single congener | 1 | 4 | 9 |
| Aroclors[*] | 12 | 10 | 14 |
| Environmental mixture[†] | 0 | 3 | 3 |
| **PCB structural class** | | | |
| Dioxin-like (DL) | 1 | 5 | 7 |
| Non-dioxin like (NDL) | 0 | 3 | 4 |
| DL + NDL | 12 | 11 | 17 |

[*] Other commercial mixes included (*e.g.*, Kanechlors, Clophens, *etc.*).

[†] Mixture formulated to include congeners present in environmentally relevant matrices (*e.g.*, human breast milk, contaminated fish, *etc.*).

[‡] Some studies are counted in multiple categories.

### 1. Reproductive effects in females

In NHP, the main reproductive effects reported were effects on conception and fetal death. The NHPs were exposed to mixtures of DL-PCBs; no NDL-PCBs were tested on NHP. Several studies report decreased conception rate and increased fetal death with Aroclor 1254 (Arnold *et al.*, 1995; Barsotti and Van Miller, 1984). In one study, a non-dose related change in progesterone levels was reported, but the authors concluded this was not treatment related (Truelove *et al.*, 1990). In another study, an increased length of estrous cycle was observed (Arnold *et al.*, 1993a), but the effect was not statistically significant (Truelove *et al.*, 1990).

In rats, both DLs and NDL/DL mixtures were reported to cause effects on fertility (Baker *et al.*, 1977; Jonsson *et al.*, 1975), estrous cycle (Brezner *et al.*, 1984), and body weight (Brezner *et al.*, 1984; Overmann *et al.*, 1987). With mixtures, the only reported effect was ovarian and uterine inflammation that did not occur with DL-PCBs alone (Yoshizawa *et al.*, 2009).

In mice, Tomza-Marciniak *et al.* (2014) reported a decrease in 17b-estradiol with exposure to a NDL/DL mixture. Implantation rate was decreased with both NDL-PCBs and DL-PCBs (Marks *et al.*, 1981; Torok, 1976), but no effect was reported on gestation or litter parameters (Pocar *et al.*, 2012).

313

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

### 2. Reproductive effects in males

The available studies in male animals are few and generally evaluated only one relatively high dose in each study. In NHP, a decrease in testicular diameter was reported with exposure to Aroclor 1242 with no change in testosterone (Ahmad *et al.*, 2003). A study of DL-PCBs in rats reported no treatment-related effects except an increase in the ratio of testosterone to luteinizing hormone (LH) with no difference in either testosterone or LH alone (Desaulniers *et al.*, 1997). Decreases in sperm quality, testicular weight, and estradiol were reported in mice with exposure to Aroclor 1254 (Cai *et al.*, 2011).

### 3. Developmental effects in both sexes combined

In the NHP studies, an increase in neonatal death was reported, although the study populations were small (Arnold *et al.*, 1995; Barsotti and Van Miller, 1984). In a few rodent studies, offspring were evaluated collectively either for body weight or litter parameters (*e.g.*, litter size, sex ratio). In these studies, decreased offspring body weight was the only reported effect with exposure to Aroclor 1254 in rats (Brezner *et al.*, 1984; Sager, 1983; Yang *et al.*, 2009) and in mice with exposure to a NDL-PCB (McCoy *et al.*, 1995).

### 4. Developmental effects in females

Irregular estrous cycles (Meerts *et al.*, 2004; Sager and Girard, 1994) were reported in rats in adulthood following gestational exposure to Aroclor 1254. Delayed vaginal opening and age at first estrous were also reported with exposure to Aroclor 1254 (Brezner *et al.*, 1984; Sager and Girard, 1994; Yang *et al.*, 2009), as was decreased uterine weight at birth (Sager and Girard, 1994).

Pocar *et al.* (2012) presents the results of a three-generation mouse study with maternal exposure to a DL+NDL-PCB mixture and subsequent follow up of male and female offspring for three generations with no further exposure. This was the only study to report effects in female mouse offspring—the authors report a decrease in ovary weight and an increase in atretic follicles in F1 offspring only. No effects were reported in the F2 or F3 generations for females.

### 5. Developmental effects in males

In rats, a decrease in testosterone was reported in adult offspring with exposure to DL+NDL mixtures or DL-PCBs alone (Kaya *et al.*, 2002; Sager, 1983; Sugantha Priya *et al.*, 2017). In general, testicular and seminiferous tubule weight decreased in male offspring (Gellert and Wilson, 1979; Gray *et al.*, 1993; Kaya *et al.*, 2002; Sager, 1983; Sugantha Priya *et al.*, 2017; Yang *et al.*, 2009). A decrease in sperm count was reported with exposure to NDL-PCBs and DL+NDL mixtures, but not to DL-PCBs only (Faqi *et al.*, 1998; Gray *et al.*, 1993).

In studies that evaluated male offspring exposed prenatally to PCBs, no maternal effects were reported, but decreased testes weight, tubule diameter, and sperm viability were reported with exposure to a 50:50 mixture of PCB101 and PCB118 for generations F1 and F2; exposure was to only the parental generation (Fiandanese *et al.*, 2016; Pocar *et al.*, 2012). A decrease in sperm viability and type 1 to type 2 tubule ratio also was reported for generations F1, F2, and F3.

314

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

### D.  Mode of action

Several hypothesized modes of action (MOAs) are reported for reproductive and developmental effects of PCBs. These include effects on hormone levels, direct interaction with hormonal receptors or degradation of hormones, impairment of signaling pathways, oxidative stress, and reductions in thyroid hormone. PCBs can be categorized with regard to health effects in several ways, including based on planarity, molecular weight, homologs, or number of chlorine substitutions. Hypothesized MOAs for reproductive and developmental effects of PCBs are described below.

#### 1.  AhR-dependent MOA

DL-PCBs are thought to act through the arylhydrocarbon receptor (AhR) for some health endpoints, including reproductive effects. Consideration of reproductive and developmental effects observed in studies of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin (TCDD), a known AhR agonist that is known to act through the AhR for some health endpoints including reproductive effects (Figure A6-1), can provide insights into potential AhR-dependent MOAs for PCBs. Interaction with the AhR is the initiating event in an adverse outcome pathway (AOP) that leads to upregulation of specific genes, some of which are key in xenobiotic metabolism.

Studies using TCDD demonstrate that male offspring exposed during gestation are 100 times more sensitive than adult males to the development of effects on the reproductive system. TCDD decreases anogenital distance (AGD), accessory sex organ weights, and spermatogenesis (Birnbaum *et al.*, 1985). The critical period of exposure for TCDD effects on testis weight appears to occur before puberty; no effect on testis weight seems to occur if the exposure occurs during adulthood (Simanainen *et al.*, 2004). Based on studies in TCDD, male mice have decreases in spermatogenesis and other changes in normal sperm parameters that appear to be AhR-dependent. Studies in adult rats with altered AhR sensitivity report less change in sperm parameters compared to wildtype animals, but no difference in androgen (*e.g.*, testosterone) response. Thus, the effects on sperm parameters are not completely caused by decreased serum testosterone levels. The effects on adult accessory sex organ weights are related to decreases in testosterone concentrations and/or androgen responsiveness (Simanainen *et al.*, 2004).

Exposure of mice to TCDD reduces the number of ovarian follicles, leading to reduced peripheral estrogen concentrations. This effect is also shown with AhR null mice; *i.e.*, a 50% drop in the number of pre-antral/antral follicles was observed in the ovaries of deficient mice at 53 days of age, suggesting a non-AhR mechanism (Hutz *et al.*, 2006).

It is plausible that the AhR may have an impact on reproductive and developmental outcomes associated with exposure to DL-PCBs. However, an AhR-dependent mechanism is not fully supported for the effects reported in studies of NDL-PCBs, suggesting that non-AhR mechanisms are possible for both DL- and NDL-PCBs. For DL-PCBs, there is some evidence of involvement of other mechanisms (*e.g.*, impairment of calcium homeostasis, changes in PKC signaling, changes in mRNA levels; Danish Ministry of the Environment (2014); Kietz and Fischer (2003). In addition, some modes of action that also occur with NDL-PCBs (*e.g.*, effects on thyroid homeostasis, induction of oxidative stress) might ultimately arise from AhR-related mechanisms when they occur with DL-PCBs (Danish Ministry of the Environment, 2014).

315

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

2. **Sex hormone effects**

Low-molecular-weight PCBs have been reported to elicit estrogenic activity both *in vitro* and *in vivo*, while NDL-PCBs have been reported to be antiestrogenic (Pliskova *et al.*, 2005). Several mechanisms that support reported effects of PCBs on hormonal levels, and that would further have an effect on reproductive endpoints, have been proposed (Figure A6-1; Pliskova *et al.* (2005)). DL-PCBs may affect cytochrome P450 levels that can degrade estrogens in the blood and may have an effect on steroidogenesis. NDLs can also affect cytochrome P450 levels and have antiestrogenic activity.



**Figure A6-1. Potential MOAs for TCDD and PCBs (Pliskova *et al.*, 2005).** AhR: arylhydrocarbon receptor, CYP: cytochrome, ER: estrogen receptor, iDRE: inhibitory dioxin response element, PCDDs/PCDFs: polychlorinated dibenzodioxins/polychlorinated dibenzofurans

Both estrogenic and anti-estrogenic activity of DL- and NDL-PCBs have been observed (Danish Ministry of the Environment, 2014; DeCastro *et al.*, 2006) including estrogenic effects such as increases in uterine weight and changes in estrogen and progesterone receptors in females (EFSA, 2005; Fischer *et al.*, 1998; Li and Hansen, 1995).

Although estrogen is necessary for proper development in male offspring, exposure to estrogenic and antiandrogenic chemicals may lead to poor semen quality due to effects in the seminiferous tubules, Leydig cells, or Sertoli cells (Sikka and Wang, 2008). Since endogenous estrogen levels in males are considerably lower than in females, the estrogenic/anti-estrogenic impact of high levels of contamination could be more pronounced in males (Pliskova *et al.*, 2005). Few studies of exposure to PCBs have assessed male reproductive parameters; however, decreases in hormone levels (testosterone, LH, estradiol) and changes in

316

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

sperm parameters are reported with exposure to both DL-PCBs and DL+NDL mixtures, but not with NDL-PCBs. Although there are too few studies to reach a conclusion, these findings suggest that the male parental effects are AhR mediated.

Reduction in ovarian estrogen secretion is reported with TCDD (and possibly DL-PCB) exposure *in vivo* (in the rat, trout, and zebrafish) and *in vitro* (in human and rat and monkey ovarian fragments). For TCDD, this deficit is manifested in the disruption of the steroidogenic pathway, resulting in attenuated secretion of estrogen. *In vitro* work suggests this occurs through a direct local, *i.e.*, ovarian, effect, rather than an indirect effect on the pituitary or hypothalamus. While the biochemical effects can differ with respect to dose, duration, animal, or model system, the resultant inhibition of estrogen synthesis may be responsible for the reduced fertility of animals or humans exposed to dioxins in the environment (Hutz *et al.*, 2006). Other effects observed after administration of TCDD to pregnant dams include attenuated secretion of ovarian estrogen, reduced numbers of large preovulatory ovarian follicles, and altered expression of ovarian mRNAs for the estrogen receptor (ER) and AhR in female peripubertal rat pups (Hutz *et al.*, 2006).

### 3. Oxidative stress

PCBs may induce the formation of reactive oxygen species (ROS) causing localized oxidative stress. A potential MOA is shown in Figure A6-2 (Selvakumar *et al.*, 2013)—this shows a multifaceted mechanism in which PCBs cause oxidative stress by interacting with the AhR and upregulating cytochrome P450s that increase ROS through metabolism of substrates. In addition, PCBs can be directly hydroxylated to form a quinone or semiquinone and superoxide, although this occurs mainly in PCBs with less than four chlorines.

317

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A6-2. ROS generation with PCB exposure (Selvakumar *et al.*, 2013).** AhR: arylhydrocarbon receptor, ARNT: AhR nuclear transporter, APAF: Apoptotic protease activating factor, Bax: Bcl-2-associated X protein, Bcl2: protein in apoptotic pathway, Cyt: cytochrome, FAS: apoptosis antigen 1, FADD: Fas-associated protein with death domain, hsp: heat shock protein, $O_2^-$: superoxide, ROS: reactive oxygen species, Xap: HBV X-associated protein 2, XRE: xenobiotic response element

### 4. Thyroid hormone effects

Effects of PCBs on thyroid hormone homeostasis have been documented, *e.g.*, as shown by decreased triiodothyronine (T3) and thyroxine (T4) concentrations in offspring of rats exposed to PCB153 from GD 10-16 (Kobayashi *et al.*, 2008; WHO, 2016). These changes in thyroid hormone homeostasis may impact reproduction and development. The interactions between thyroid hormones and estrogen are well documented. As shown in Figure A6-3 (Siegler *et al.*, 2012), both estrogen and thyroid hormones can interact with the estrogen response element (ERE) via multiple pathways. The activated estrogen receptor can stimulate the ERE to alter the transcriptional levels of key proteins involved in cell proliferation and survival (Siegler *et al.*, 2012).

318

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE



**Figure A6-3. Interaction between thyroid hormone and estrogen (Siegler *et al.*, 2012).** Akt1: protein kinase B, E2: estradiol, ER: estrogen receptor, ERE: estrogen response element, ERK1/2: extracellular signal-regulated kinases, MAPK: mitogen-activated protein kinase, MNAR: modulator of non-genomic activity of estrogen receptor, p53: a tumor suppressor protein, PI3K: Phosphoinositide 3-kinases, Shc; Src homology containing, T3R: T3 receptor, Src: a kinase, Ras/Raf: an activator and kinase, STAT1: signal transducer and activator of transcription, T3: triiodothyronine, T4; thyroxine, TRβ1: thyroid hormone receptor β1

5. **Summary of MOA**

The most plausible MOAs for PCBs leading to reproductive and developmental effects are through effects on sex and thyroid hormone homeostasis and oxidative stress. These MOAs may involve the AhR, but MOAs for reproductive and developmental effects are not solely mediated by the AhR, and may involve PXR and CAR-mediated induction of Cytochrome P450s 2B and 3A. The role of CAR and PXR in forming ROS, and modulating thyroid hormone levels, is discussed in Appendix 3. As with all responses, dose is a critical consideration, since doses that result in tissue concentrations below thresholds of activation will have no biological effects.

E. **Dose-response assessment**

In this section, I assess the relationship between dose of PCBs and incidence of reproductive or developmental effects in animals. I present my evaluation by male and female reproductive effects and then male and female developmental effects. While animal studies assessing reproductive or developmental effects associated with exposure to PCBs have been conducted in fish, birds, rodents, NHPs, and other

319

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

mammals, the focus of my assessment is on studies conducted in NHPs (which were all conducted in Rhesus monkeys), mice, and rats.

1. **Female reproductive effects**

Data on female reproductive effects are relatively robust: I identified 11 publications in NHPs, 12 studies in mice, and 13 studies in rats that met my literature search criteria and addressed female reproductive effects of PCBs. Female reproductive parameters that were reported in NHPs, rats, and mice include changes in body and organ weights, menstrual cycle parameters (NHPs only), hormonal levels, conception and gestation parameters, and litter parameters. Of note, multiple publications in NHPs provide information on female reproductive parameters, although some of these results are from the same cohort of animals and do not represent independent studies (*i.e.*, Allen and Barsotti (1976), Allen *et al.* (1980), and Barsotti *et al.* (1976) are the same cohort; Arnold *et al.* (1993a), (Arnold *et al.*, 1996), Arnold *et al.* (1996), and Truelove *et al.* (1990) are the same cohort). Table A6-3 summarizes information on effects that I considered to be potential reproductive effects resulting from exposure to PCBs, based on consistency of findings across species, reproducibility in multiple studies, and sufficient information on dose-response.

As shown in Table A6-3, the most sensitive female reproductive endpoints, based on the literature reviewed, was a reduction in conception in all three species and gestation (live births) in NHPs. A decrease in conceptions is consistently reported in the three species. The studies use a range of doses and additional endpoints are also evaluated. The range of NOAELs is 0.005 (Aroclor 1254) – 64 (individual congeners) mg/kg-d and the range of LOAELs is 0.02 (Aroclor 1254) – 12 (Aroclor 1242) mg/kg-d. A decrease in live births is reported in NHPs exposed to Aroclors with LOAELs ranging from 0.1 – 0.2 mg/kg-d; however, this effect is not reported in rodent studies at a range of doses.

Changes in body weights or reproductive organ weights were more frequently measured in rodent studies than in NHPs. Changes in body and organ weights are nonspecific endpoints; although changes in body weight may indicate systemic toxicity and have an indirect effect on reproductive and developmental endpoints due to a decrease in general health of the organism, body weight change is not generally considered to be reproductive endpoint. I do, however, include effects on this endpoint in Table A6-3 as this is a measure is commonly reported across many of the studies. Effects on weights of reproductive organs can be considered a reproductive effect; however, I observed no consistent effect on organ weights or histopathology sufficient to support identification of a point of departure (POD) based on this effect.

Specifically:

- Rats exposed to Aroclor 1254 or PCB153 did not have differences in body weight during gestation compared to controls (Baker *et al.*, 1977; Kobayashi *et al.*, 2008; Overmann *et al.*, 1987; Sager, 1983); one study reported a lower gestational body weight with exposure to 10 mg/kg-d Aroclor 1254, but this was the only dose tested (Brezner *et al.*, 1984). In rats, a lower body weight was reported among lactating females with exposure to 27 mg/kg-d Aroclor 1254; the difference was not reported at 2.7 mg/kg-d (Overmann *et al.*, 1987).

- In mice, maternal body weight differences were not apparent at any dose with exposure to Aroclor 1242, Aroclor 1254, a mixture of PCB101 and PCB118, PCB15, PCB153, PCB156, and PCB80; Aroclor 1242; or Aroclor 1254 (Birnbaum *et al.*, 1985; Fiandanese *et al.*, 2016; Fielden *et al.*, 2001; Marks *et*

320

976

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

*al.*, 1981, 1989; Talcott and Koller, 1983; Welsch, 1985). A difference in weight gain was reported with exposure to PCB169 or PCB77 at 8 mg/kg-d and 16 mg/kg-d, respectively in mice (Marks *et al.*, 1981).

- Placental, ovarian, and uterine weights were unchanged with exposures of PCB156 up to 20 mg/kg-d in mice (Birnbaum *et al.*, 1985; Sanders and Kirkpatrick, 1977).

Functional and clinical changes in reproductive organs were also evaluated with little consistency in effect. In rats, a finding of uterine and ovarian inflammation was reported (Yoshizawa *et al.*, 2009) but not replicated in any other study and it is unclear how this single study in rats would relate to a human exposure. Findings of changes in reproductive organs include the following:

- An increase in endometriosis was not found with exposure of Aroclor 1254 at doses up to 0.08 mg/kg-d in NHPs (Arnold *et al.*, 1996).

- Exposure of rats to PCB153 or a mixture of PCB126 and PCB153 was associated with uterine and ovarian inflammation at 3 mg/kg-d for PCB153 alone and 0.003 mg/kg-d PCB126/3 mg/kg-d PCB153 for the mixture (Yoshizawa *et al.*, 2009). Exposure to a different mix of PCB118, PCB126, or the mixture of PCB118 and PCB126 did not cause inflammation at the highest doses tested in rats (Yoshizawa *et al.*, 2009). No increases in incidence of ovarian cysts or atrophy with any of the individual congeners or mixtures were reported with any dose tested (Yoshizawa *et al.*, 2009).

Increased menstrual cycle length in NHPs exposed to Aroclor 1254 or Aroclor 1248 was reportedly observed, but either subsequent statistical evaluation did not demonstrate that these findings were statistically significant or no study statistics were reported. Specifically:

- With exposure to Aroclor 1254, cycle length in NHPs was reported to be "erratic and longer" with exposure to 0.28 mg/kg-d (only dose tested; Arnold *et al.*, 1990) and increased in duration with exposure to 0.08 mg/kg-d (Arnold *et al.*, 1993a). Notably, Truelove *et al.* (1990) performed a statistical comparison (same cohort as Arnold *et al.* (1993a) and reported no significant difference in menstrual cycle duration. A separate study in NHPs exposed to 0.083 or 0.175 mg/kg-d Aroclor 1248 also reported an increase in cycle length that returned when PCBs were removed from the diet, although no statistics were provided (Allen *et al.*, 1980). Arnold *et al.* (1993a) and Truelove *et al.* (1990) reported no increase in anovulatory animals with Aroclor 1254 doses up to 0.08 mg/kg-d.

Hormonal changes were evaluated in NHP, rats, and mice. However, due to the inconsistency in response and the lack of available information presented in the few studies that evaluated hormonal levels, it is not justified to base a POD on hormone levels in NHP, rats, or mice. Specifically, studies showed:

- Changes in progesterone levels were reported to be decreased in NHPs with exposure to 0.005 mg/kg-d (the lowest dose tested) Aroclor 1254, with no change in estrogen (Truelove *et al.*, 1990). The authors noted "Since the statistically significant changes found in progesterone concentration did not occur in a dose related manner (the 20 and 40 µg/kg-d dose groups and all of test group 2 showed no differences) the toxicologic significance of this observation is equivocal." A separate study in NHPs exposed to 0.083 or 0.175 mg/kg-d Aroclor 1248 also reported a decrease in

321

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

progesterone that returned to normal when PCBs were removed from the diet, although levels of progesterone and statistics are not provided (Allen *et al.*, 1980).

- In rats, a decrease in progesterone was reported in 36 week old but not 8 week old rats exposed to Aroclor 1242 at 6 mg/kg-d (Jonson *et al.*, 1975).

- In mice, a decrease in 17β-estradiol was reported with exposure to 0.7 mg/kg-d of a mixture of PCB28, PCB52, PCB101, PCB118, PCB138, PCB153, PCB180, but this was the only dose tested (Tomza-Marciniak *et al.*, 2014).

In studies assessing reproductive toxicity, the ability to conceive and carry an infant to birth can be measured in several ways; among these are to compare conception rates, implantation of fertilized eggs, gestation length, and number of live offspring between exposed and control animals. Although the results in studies in of PCBs in NHPs, rats, and mice, are varied based on dose, species, and exposure, a somewhat consistent response of a decrease in conception rate is observed. These results are summarized in Table A6-3. These studies show:

- In NHPs exposed to Aroclor 1016, 1248, or 1254, no difference was reported in ability to conceive (Allen *et al.*, 1980; Arnold *et al.*, 1990; Barsotti and Van Miller, 1984). The study by Arnold *et al.* (1995) exposed female NHPs to Aroclor 1254 in doses of 0, 0.005, 0.02, 0.04, or 0.08 mg/kg-d (n = 4/dose group). The animals were dosed daily by capsule for 25 months prior to mating with untreated males. A significantly greater incidence of fetal death compared to controls was reported when all the treatments groups were pooled, but when doses were examined individually, the difference was only significant for the highest dose group (0.08 mg/kg-d). A trend was also observed in dose-response, but this trend disappears if the control group is removed from the analysis, meaning there is no increase in severity with increase in dose. Conception was decreased in the 0.02, 0.04, or 0.08 mg/kg-d dose groups. Arnold *et al.* (1995) reported a negative trend for conception rate.

- Rats exposed to Aroclor 1242 had a decrease in conception (based on presence of vaginal plugs) with exposure to 12 mg/kg-d, but not 6 mg/kg-d (Jonson *et al.*, 1975).

- In mice, a decrease in conception rate was reported with exposure to 12.5 mg/kg-d Aroclor 1254 (Welsch, 1985) and a lower percentage of pregnant mice with exposure to 750 mg/kg-d of PCB4 although no statistics were performed on this comparison (Torok, 1976). Most studies in mice report no change in implantations (Marks *et al.*, 1989; Orberg and Kihlstrom, 1973), but two report a lower percent of implantations in mice exposed to 64 mg/kg-d of PCB169 (Marks *et al.*, 1981) or 750 mg/kg-d PCB4 (Torok, 1976). Gestation was normal and no effects were observed on litter size, sex ratio, or viability index with up to 0.1 mg/kg-d of a mixture of PCB101 and PCB118 (Pocar *et al.*, 2012). Other studies reported no change in conception rate with 292 mg/kg-d Aroclor 1254 (Talcott and Koller, 1983); 16 mg/kg-d (Marks *et al.*, 1981); or 64 mg/kg-d of PCB15, PCB77, or PCB80 (Marks *et al.*, 1989).

Gestation length and perinatal viability were evaluated in all three species with no consistent effects reported. Studies in NHPs report a decrease in live births, but this outcome is not observed in rats and mice. These results are summarized in Table A6-3. These studies show:

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

- No difference in gestation length was reported with exposure up to 0.08 mg/kg-d of Aroclor 1254 in NHPs (Arnold *et al.*, 1995) or in rats exposed to 27.7 mg/kg-d Aroclor 1254 (Overmann *et al.*, 1987), but there was a reported increase in mouse gestation length with 375 mg/kg-d PCB4 (Torok, 1976).

- A decrease in the number of live offspring in NHPs was reported by Barsotti and Van Miller (1984) from 5 in the low dose group to 1 in the high dose group. Barsotti *et al.* (1976) also reported a decrease in live offspring at 0.095 mg/kg-d of Aroclor 1016.

- In rats, fewer dams brought a litter to term with 27 mg/kg-d of Aroclor 1254 than did controls (Overmann *et al.*, 1987). A decrease and delay in parturition was reported in dams exposed to 10 mg/kg-d of Aroclor 1254 (Brezner *et al.*, 1984). However, exposure to 10 mg/kg-d of Aroclor 1254, produced no effect compared to controls on litter parameters such as number of dead pups per litter at weaning, viable fetuses/litter, sex ratio, total number of newborn pups, and incidence of neonatal death (Brezner *et al.*, 1984).

- Similarly, in mice, no effect was reported on number of live fetuses per litter or fetal mortality with exposure to Aroclor 1254, PCB126, PCB153, or a mixture of PCB126 and PCB153 (Biegel *et al.*, 1989; Haake *et al.*, 1987; Mayura *et al.*, 1993; Morrissey *et al.*, 1992).

**Table A6-3. Selected\* findings on female reproductive parameters and dose ranges of PCBs (mg/kg-d)**

| Critical Effect | Species | Congener | Lowest Dose Tested | NOAEL Range | LOAEL Range | Highest Dose Tested | References |
|---|---|---|---|---|---|---|---|
| Body Weight | Rats | Aroclor 1254 | 0.26 | 2.7-43 | 27.7 | 64 | Baker *et al.* (1977); Overmann *et al.* (1987); Sager (1983) |
| | Mice | Aroclor 1254 | 1 | 100-292 | NA | 292 | Talcott and Koller (1983); Welsch (1985) |
| | Rats | PCB153 | 1 | 1-64 | NA | 64 | Kobayashi *et al.* (2008) |
| | Mice | Individual congeners: PCB156, PCB169, PCB77, PCB15, PCB153, PCB80, PCB101/PCB118 | 0.001 | 0.001-50 | 8-64 | 62 | Birnbaum *et al.* (1985); Fiandanese *et al.* (2016); Marks *et al.* (1981, 1989) |
| Conception | NHP | Aroclor 1254 | 0.005 | 0.005 | 0.02 | 0.08 | Arnold *et al.* (1995) |

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Critical Effect | Species | Congener | Lowest Dose Tested | NOAEL Range | LOAEL Range | Highest Dose Tested | References |
|---|---|---|---|---|---|---|---|
| | Rats and Mice | Aroclor 1242, Aroclor 1254, CA60 | 1 | 6 | 1-12 | 12 | Brezner *et al.* (1984); Jonsson *et al.* (1975); Orberg and Kihlstrom (1973) |
| | Rats and Mice | Individual congeners: PCB169, PCB77, PCB15, PCB80 | 0.1 | 4-64 | 4-8 | 750 | Marks *et al.* (1981, 1989); Torok (1976) |
| Gestation and birth outcomes | NHP | Aroclor 1016, Aroclor 1242, Aroclor 1254 | 0.005 | 0.005-0.0297 | 0.02-0.2 | 0.2 | Allen and Barsotti (1976); Arnold *et al.* (1995); Barsotti and Van Miller (1984); Litton Bionetics (1981) |
| | Rats and Mice | Aroclor 1254, PCB15, PCB169, PCB77, PCB80, Aroclor 1242, PCB126 | 0.001 | 0.003-75 | NA | 150 | Brezner *et al.* (1984); Jonsson *et al.* (1975); Marks *et al.* (1981, 1989); Shirota *et al.* (2006); Welsch (1985) |

\* Summarizes information only on effects that are considered to be potential reproductive effects based on consistency across species, reproducibility, and sufficient information on dose-response. Other effects may have been reported in studies, but if not replicated in other studies or consistent with other literature, they were not included.

2. **Male reproductive effects**

The ability to discern a clear dose-response relationship for male reproductive effects is limited by the quantity and quality of available studies—I identified only eight publications that examined male reproductive effects, including one in NHPs and seven in rodents (some of these represent the same study cohort). These studies report findings for three primary male reproductive endpoints: organ (testes) weights, hormone levels, and sperm parameters.

As shown in Table A6-4, the male reproductive data are not sufficiently robust to determine a POD as few studies are available, a paucity of effects is reported, and there is little consistency across species. Based on the study by Cai *et al.* (2011), a POD for male reproductive effects equal to the NOAEL of 0.05 mg/kg-d (Aroclor 1254) can be identified in mice exposed to 0.0005, 0.005, 0.05, or 0.5 mg/kg-d every three days for

324

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

50 days. Alternatively, Cai *et al.* (2015) calculated a BMD and BMDL of 0.165 mg/kg-d and 0.016 mg/kg-d, respectively, for effects on sperm count, and a BMD and BMDL of 0.062 mg/kg-d and 0.0119 mg/kg-d for effects on sperm motility for Aroclor 1254 (Cai *et al.*, 2015).

Effects on reproductive organ weight or structure are reported in NHPs and rodents. These studies show:

- In NHPs, only one study provides information on male exposure to Aroclor 1242, but it is limited to a single dose (0.2 mg/kg-d for 6 months). The authors report a change in testicular diameter, but no change to testosterone levels or testes structure (Ahmad *et al.*, 2003). It is not justified to use this single study that tested only one dose as the basis for a POD for male reproductive toxicity.

- A single dose study in rats exposed to 50 mg/kg-d Aroclor 1254 for 7 days reported no effects on testes weight or structure (Dikshith *et al.*, 1975).

- In mice exposed to 0.0005, 0.005, 0.05, or 0.5 mg/kg-d Aroclor 1254 every 3 days for 50 days, a decrease in testes weight was reported in animals administered 0.5 mg/kg-d (Cai *et al.*, 2015).

Reproductive hormones measured in studies of PCBs in male NHPs, rats, or mice included estradiol, testosterone, LH, and FSH. As the only reported change was in estradiol levels in one study, these data are insufficient to use as the basis of a POD. These data are included in Table A6-4

There was no change to testosterone levels in NHPs exposed to Aroclor 1242 (Ahmad *et al.*, 2003). Other studies show:

- In male rats, Desaulniers *et al.* (1997) reports some changes in hormone levels. While rats exposed for 90 d to 0.0028, 0.036, 0.359, 3.783 mg/kg-d PCB28 or 0.00073, 0.0071, 0.075, 0.768 mg/kg-d PCB77 were reported to have no effects on FSH, LH, or testosterone at the highest dose tested for each congener, an increase in the testosterone to LH ratio was reported in rats exposed to the highest dose of PCB77 (Desaulniers *et al.*, 1997). However, the relevance of this finding is unclear.

- In C57 mice exposed to 0.0005, 0.005, 0.05, or 0.5 mg/kg-d Aroclor 1254 every 3 days for 50 days, a decrease in estradiol was reported in animals administered 0.5 mg/kg-d (Cai *et al.*, 2011).

Sperm parameters evaluated in studies of exposure to PCBs include viability, number of abnormal sperm, and sperm count. It is not justified to base a POD on the changes in sperm parameters alone as these were only reported to be changed in one study in mice and have not been replicated in mice or any other species. These data are summarized in Table A6-4. In C57 mice exposed to 0.0005, 0.005, 0.05, or 0.5 mg/kg-d Aroclor 1254 every 3 days for 50 days, a decrease in sperm count and increase in sperm mortality and abnormality was reported in animals administered 0.5 mg/kg-d (Cai *et al.*, 2011). While this study provides a consistent dose-response and could be used as the basis of a toxicity value, it is a single study in a single species (Table A6-4).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**Table A6-4. Selected findings on male reproductive parameters and dose ranges of PCBs (mg/kg-d)**

| Critical Effect | Species | Congener | Lowest Dose Tested | NOAEL Range[†] | LOAEL Range[†] | Highest Dose Tested | References |
|---|---|---|---|---|---|---|---|
| Sperm parameters | Mouse | Aroclor 1254 | 0.0005 | 0.05 | 0.5 | 0.5 | Cai *et al.* (2011) |
| Organ weights | Mouse | Aroclor 1254 | 0.0005 | 0.05 | 0.5 | 0.5 | Cai *et al.* (2011) |
| Hormone Levels | Mouse | Aroclor 1254 | 0.0005 | 0.05 | 0.5 | 0.5 | Cai *et al.* (2011) |
|  | Rat | PCB28 | 0.0028 | 3.783 | NA | 3.783 | Desaulniers *et al.* (1997) |
|  | Rat | PCB77 | 0.00073 | 0.768 | NA | 0.768 | Desaulniers *et al.* (1997) |

\* Summarizes information only on effects that are considered to be potential reproductive effects based on consistency across species, reproducibility, and sufficient information on dose-response. Other effects may have been reported in studies, but if not replicated in other studies or consistent with other literature, were not included.

[†] Only a single NOAEL or LOAEL is available rather than a range since only one study is available for each critical effect/species/congener. The study by Cai *et al.* (2011) included a control and four dose groups and the study by Desaulniers *et al.* (1997) had a control and single dose group only.

3.  **Male and female (combined) developmental effects**

In the studies I reviewed, data for developmental endpoints, particularly effects on birth weights and malformations, are usually presented for both sexes pooled collectively. I identified 19 publications reporting on developmental effects, all in rodents.

Body weights of newborns are reported in all three species although there was no consistent pattern of response. Since the weight of evidence suggests no effect on body weight or malformations in rodents and change in body weight is only reported in one study in NHPs, it is not justified to base a POD on offspring body weight. As there was no consistent response, a table summarizing the NOAELs and LOAELs for this parameter is not included. These studies show:

- In NHPs exposed to 0.0297 mg/kg-d Aroclor 1016, infant weights were lower than controls (Barsotti and Van Miller, 1984). The authors state "… at weaning, the infant weights from the 1.0 ppm PCB group remained lower (864 ±97g) although not significantly different than controls (896± 90g)."

- In rats, offspring weights were similar to controls with exposure to Aroclor 1254 and PCB126 (Baker *et al.*, 1977; Meerts *et al.*, 2004; Yang *et al.*, 2009). A decreased offspring weight was observed with exposure to 10 mg/kg-d of Aroclor 1254 (Brezner *et al.*, 1984). An additional study reported changes in rat offspring body weight with exposure to Aroclor 1254 with doses of 1 and 6 mg/kg-d (Yang *et al.*, 2009). Most of the studies in rats examined exposure to a single dose of PCBs, thus no dose-response relationship can be determined.

- In mice, exposed to Aroclor 1242, Aroclor 1254, a mixture of PCB101 and PCB118, PCB126 alone, PCB153 alone, or a mixture of PCB126 and PCB153, no effects were reported on offspring body weight. Doses ranged from 1.2 to 292 mg/kg-d of Aroclors (Fielden *et al.*, 2001; Haake *et al.*, 1987;

326

982

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Talcott and Koller, 1983) and 0.001 to 750 mg/kg-d for the individual congeners or mixtures of two congeners (Biegel *et al.*, 1989; Mayura *et al.*, 1993; Pocar *et al.*, 2012).

An increase in mice with cleft palates was also reported with gestational doses of 0.52 mg/kg-d PCB126 (Mayura *et al.*, 1993; Zhao *et al.*, 1997) and hydronephrosis [kidney swelling due to inability to excrete urine] with 0.13 mg/kg-d PCB126 or 271 mg/kg-d PCB153 (Biegel *et al.*, 1989).

The study by Pocar *et al.* (2012) also provided information on multigenerational effects. Female mice were exposed to a 50:50 mixture of PCB101 and PCB118 and mated to untreated males. No maternal reproductive or systemic effects were reported. F1 generation female offspring were mated to untreated males. In this generation, litters were smaller in all dose groups by approximately 2 pups. F2 generation female offspring were also mated to untreated males to produce F3. Other than the changes in F1 litter sizes, no other effects on the ability of the F1 though F3 generations to produce viable and reproductively successful offspring were reported. In addition, three generation studies were conducted in rats by Monsanto using Aroclor 1242, Aroclor 1254, and Aroclor 1260 (Industrial Bio-test Laboratories, 1971g, h, i). These studies continued exposure through all three generations, thus it is not possible to separate out effects due to a direct exposure versus a gestational exposure. In these studies, any effects in offspring also occurred with maternal toxicity.

In rat teratogenicity studies using Aroclor 1242, Aroclor 1254, and Aroclor 1260 , no increases in teratogenic effects that differed from controls were observed (Industrial Bio-test Laboratories, 1971d, e, f).

4. **Female developmental effects**

Data on female developmental effects include changes in organ weights, hormonal changes, variations in pubescence, and reductions in fertility in adulthood. I identified 12 publications that met my literature search criteria that assessed female offspring development: one in mice and 11 in rats. I identified only one study— the Litton Bionetics study (Litton Bionetics, 1981)—that reported developmental effects in NHPs; however, this study also reported general toxicity (e.g., swelling of eyes, scaly skin) and maternal toxicity at the same or lower doses. Thus, these findings do not constitute developmental toxicity.

I note variations in female developmental effects based on species, exposure (congener or mixture), and exposure source (gestational or lactational). As shown in Table A6-5, the female offspring developmental effect that is observed to occur at the lowest dose is decreases in ovarian weights in mice (Pocar *et al.*, 2012). However, ovarian weights were unchanged in rats (Gellert and Wilson, 1979; Kobayashi *et al.*, 2009; Meerts *et al.*, 2004; Sager and Girard, 1994; Yang *et al.*, 2009). Conversely, uterine weights were decreased in rats with lactational exposure, but not in either rats or mice with gestational exposure. No effects were reported on pregnancy success in either rats or mice. The weight of evidence suggests no consistent effect on the development of female offspring. Thus, derivation of a POD is not justified using the available data.

These data show:

- In rats, no change in ovarian weights or histopathology was reported with exposure to Aroclor 1254, Aroclor 1221, Aroclor 1242, Aroclor 1260, PCB169, and PCB153. Exposures ranged from 1 mg/kg-d to 30 mg/kg-d and were mostly single dose studies (Gellert and Wilson, 1979; Kobayashi *et al.*, 2009; Meerts *et al.*, 2004; Yang *et al.*, 2009). No effects were reported on ovarian weights with gestational doses of 6-30 mg/kg-d Aroclor 1254 (Gellert and Wilson, 1979; Meerts *et al.*, 2004; Sager and Girard, 1994; Yang *et al.*, 2009). However, effects on rat offspring uterine weights were reported with

327

983

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

lactational exposure to 8 and 32 mg/kg-d Aroclor 1254 (Gellert and Wilson, 1979; Sager and Girard, 1994).

- Although only reported in one study, a decrease in ovarian weight with an increase in atretic follicles was reported in mice with exposure gestationally to 0.001 mg/kg-d (mixture of 101 and PCB118), but not uterine weights up to 0.1 mg/kg-d (Pocar *et al.*, 2012). The lower ovarian weights were significantly different in the F1 generation only; the effects reported in Pocar *et al.* (2012) were significant at higher doses, but no dose-dependent increase in severity was seen.

Development of reproductive organs and accessory organs includes measurement of anogenital distance (AGD), hypospadias, and vaginal development. These effects were only reported in rats; however, a consistent response was seen using several congeners. These studies show:

- In rats, no change in AGD was reported with exposure to 4 mg/kg-d of PCB153 (Kobayashi *et al.*, 2009). Changes were also reported in vaginal development and hypospadias with exposure to 1.8 to 32 mg/kg-d of Aroclor 1254 (Brezner *et al.*, 1984; Meerts *et al.*, 2004; Sager and Girard, 1994).

- In pubescent rats, gestational exposure to 6 mg/kg-d of Aroclor 1254 resulted in delayed vaginal opening (Yang *et al.*, 2009). Lactational exposure resulted in a delay in vaginal opening with 18 mg/kg-d of Aroclor 1254 (Sager and Girard, 1994). Also with lactational exposure, age at first estrous was increased in rats with 18 mg/kg-d of Aroclor 1254, but not 4.4 mg/kg-d (Sager and Girard, 1994). Gestational exposures to 10 mg/kg-d of Aroclor 1254 (only dose tested) was also reported to delay first estrous (Brezner *et al.*, 1984).

Variations in estrous cycle were only reported in studies in rats. Due to the inconsistency in response and the lack of available information presented in the few studies in one species that evaluated estrous cycle, it is not justified to base a POD on this data. These studies show:

- An increase in the number of rats with persistent vaginal estrus, extended estrous, or irregular estrus cycles was reported with lactational exposure to 8 mg/kg-d and greater of Aroclor 1254 (Sager and Girard, 1994), but gestational exposures to 25 mg/kg-d of Aroclor 1254 or 30 mg/kg-d of Aroclor 1212, Aroclor 1242, or Aroclor 1260 had no effect on estrous cycle (Gellert and Wilson, 1979). No differences were reported in estrogen or progesterone with exposures to 25 mg/kg-d of Aroclor 1254 (only dose tested; Meerts *et al.*, 2004)

Mating parameters including implantations and full-term pregnancies were evaluated in both rats and mice; there were no changes reported with gestational exposure. These data are summarized in Table A6-5. These studies show:

- In adult females with either gestational or lactational exposure, no change to mating parameters was reported with 10 mg/kg-d Aroclor 1254 in rats (Brezner *et al.*, 1984), and no increase in anovulatory rats with 30 mg/kg-d Aroclor 1212, Aroclor 1242, or Aroclor 1260 (Gellert and Wilson, 1979). Lactational exposure to 17 mg/kg-d and 36 mg/kg-d caused a decrease in number of embryos and implantations, respectively (Sager and Girard, 1994). No decrease in live births was reported with lactational exposure up to 36 mg/kg-d Aroclor 1254 (Sager and Girard, 1994) or gestational exposure up to 75 mg/kg-d Aroclor 1254 (Brezner *et al.*, 1984).

328

984

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

- In mice, no change in pregnancies that reached term was reported with exposure to a PCB101 and PCB1118 mixture (Pocar *et al.*, 2012).

A clear difference in effect between lactational and gestational exposures as presented in rats was reported; no similar experiments were conducted in NHPs or mice. Effects on uterine weights, pubescent effects, irregular estrous, and implantations were reported with lactational exposure, but either did not occur or occurred at higher doses with gestational exposure to Aroclor 1254 (Sager and Girard, 1994). There is only one study that reports on lactation only effects, thus it is difficult to know the replicability of the results of this study.

**Table A6-5. Selected\* developmental effects in female offspring and dose ranges of PCBs (mg/kg-d)**

| Critical Effect | Species | Exposure | Congener | Lowest Dose Tested | NOAEL Range | LOAEL Range | Highest Dose Tested | References |
|---|---|---|---|---|---|---|---|---|
| Ovarian weights | Rat | Gestation | Aroclor 1221, Aroclor 1254, Aroclor 1260, PCB153 | 1 | 4-30 | NA | 30 | Gellert and Wilson (1979); Kobayashi *et al.* (2009); Meerts *et al.* (2004); Yang *et al.* (2009) |
| | Mouse | Gestation | PCB101/ PCB118 mixture | 0.001 | NA | 0.001 | 0.1 | Pocar *et al.* (2012) |
| Uterine weights | Rat | Gestation | Aroclor 1221, Aroclor 1254, Aroclor 1260, PCB153 | 1 | 6-30 | NA | 30 | Gellert and Wilson (1979); Meerts *et al.* (2004); Yang *et al.* (2009) |
| | Mouse | Gestation | PCB101/ PCB118 mixture | 0.001 | 0.1 | NA | 0.1 | Pocar *et al.* (2012) |
| | Rat | Lactation | Aroclor 1254 | 4.4 | 4.4 | 4.4-36 | 36 | Sager and Girard (1994) |
| Conception | Rat | Lactation | Aroclor 1254 | 4.4 | 4.4-36 | 18-36 | 36 | Sager and Girard (1994) |
| Pregnancy success | Rat | Gestation | Aroclor 1254 | 10 | 10-75 | NA | 75 | Brezner *et al.* (1984) |

329

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Critical Effect | Species | Exposure | Congener | Lowest Dose Tested | NOAEL Range | LOAEL Range | Highest Dose Tested | References |
|---|---|---|---|---|---|---|---|---|
| | | Lactation | Aroclor 1254 | 4.4 | 4.4-36 | NA | 36 | Sager and Girard (1994) |
| | Mouse | Gestation | PCB101/ PCB118 mixture | 0.001 | 0.1 | NA | 0.1 | Pocar *et al.* (2012) |

NA: No values reported in the literature

\* Summarizes information only on effects that are potential developmental effects due to consistency across species, reproducibility, and sufficient information on dose-response. Other effects may have been reported in studies, but if not replicated in other studies or consistent with other literature, were not included.

5. **Male developmental effects**

Developmental effects on male offspring are reported as organ weights, hormonal changes, variations in pubescence, and reductions in sperm quality in adult offspring. I identified four studies in mice and 12 studies in rats that met my literature search criteria and addressed developmental effects of PCBs in male offspring. I identified no studies that reported these effects in NHPs.

Variations in response between species and for different PCBs (congener or mixture) are apparent, as summarized in Table A6-6. However, the most sensitive endpoint for developmental effects on male offspring appears to be changes in testosterone levels. Decreases in testosterone were reported in both rats and mice, although the only study I identified in mice included just one dose. Rat studies report decreases in testosterone with either gestational or lactational exposure and with different congeners. The lowest doses reported to cause a change in this parameter is 0.03 mg/kg-d (PCB169) in rats (Yamamoto *et al.*, 2005) and 0.001 mg/kg-d (PCB101+PCB118) in mice (Fiandanese *et al.*, 2016). Both of these studies included only one dose. For studies with multiple doses tested, the LOAEL for decreases in testosterone in male offspring was 4 mg/kg-d with a mixture of 14 PCBs (Kaya *et al.*, 2002). The NOAEL in this study was 2 mg/kg-d.

Reproductive organ weight changes in male offspring were reported in studies in rats and in mice. Due to the inconsistency in direction of response and effect magnitude, change in organ weight is not a sound endpoint to provide the basis of a POD. These studies show:

- Rat organ weight changes with PCB exposure were inconsistent. In rats exposed to Aroclor 1254, a decrease in prostate, testes, seminal vesicle, and epididymal weights was reported with LOAELs of 1-25 mg/kg-d (Gray *et al.*, 1993; Sager, 1983; Sugantha Priya *et al.*, 2017). However, testes and epididymal weights were increased with exposure to Aroclor 1254 with doses of 21.3 mg/kg-d (Sager, 1983). With 30 mg/kg-d of Aroclor 1260, a decrease in testes weight, but not prostate weight, was reported; the same study found no difference from controls in either testes or prostate weights with the same dose of Aroclor 1221 or Aroclor 1242 (Gellert and Wilson, 1979).

- In mice, with a mixture of PCB101 and PCB118 at 0.001 mg/kg-d, a decrease in testis weight, reduced seminiferous tubule diameter, and disturbances of the relative occurrence of different stages of tubule cycle was reported (Fiandanese *et al.*, 2016; Pocar *et al.*, 2012). These effects on testes weights were statistically significant in the F1 and F2 generations only; however, no increase in severity was seen with dose. No change in testes weights was observed with exposure to 50 mg/kg-d

330

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Aroclor 1242 (Fielden *et al.*, 2001), but a change in prostate weight was reported with 0.05 mg/kg-d Aroclor 1016 (Gupta, 2000).

Similar to studies in female offspring, AGD was evaluated in male offspring. These studies show:

- No effect of Aroclor 1254 or PCB153, on AGD in male rat offspring was reported (Kobayashi *et al.*, 2009; Meerts *et al.*, 2004; Yang *et al.*, 2009) with the exception of one exposure to PCB118 which increased AGD at PND15, but not PND3 (Kuriyama and Chahoud, 2004).

- With mice, AGD was decreased with exposure to 0.001 mg/kg-d of a mixture of PCB101 and PCB118 in the F1 generation only (Pocar *et al.*, 2012) and with exposure to 0.05 mg/kg-d Aroclor 1016 (Gupta, 2000).

Variations in the hormones estradiol and testosterone were evaluated in male rodent offspring. Although the response was inconsistent, this endpoint is summarized in Table A6-6. These studies show:

- In male rat offspring, estradiol was decreased with exposure to 1 mg/kg-d of Aroclor 1254 (Sugantha Priya *et al.*, 2017) but testosterone was unchanged with 25 mg/kg-d (Gray *et al.*, 1993). FSH, LH, and testosterone were all decreased with exposure to 0.03 mg/kg-d PCB169 (Yamamoto *et al.*, 2005), but not PCB126 or PCB169 (Sugantha Priya *et al.*, 2017). A decrease in testosterone was also reported with exposure to a mixture of PCB28, PCB77, PCB101, PCB105, PCB118, PCB126, PCB138, PCB146, PCB153, PCB156, PCB169, PCB170, PCB180, PCB187 or a mixture of PCB28, PCB77, PCB101, PCB118, PCB126 (Kaya *et al.*, 2002; Sugantha Priya *et al.*, 2017). Lactational exposure to 1 mg/kg-d Aroclor 1254 in rats was also reported to reduce testosterone levels (Sugantha Priya *et al.*, 2017).

- Only one study in mice reported testosterone levels, which were said to decrease relative to controls with exposure to 0.001 mg/kg-d PCB101 and PCB118 (only does tested; Fiandanese *et al.*, 2016).

Sperm quality measures were reported in both rats and mice. These effects are summarized in Table A6-6. These studies show:

- Sperm count was decreased in the caudal epididymis in rats, but not testicular or total sperm count (Yang *et al.*, 2009).

- Mice exposed to 0.001 mg/kg-d of a mixture of PCB101 and PCB118 had a decrease in sperm viability, but not sperm production in the F1, F2, and F3 generations, but no increase in severity was seen with increased dose (Fiandanese *et al.*, 2016; Pocar *et al.*, 2012). No changes in sperm quality were seen with exposure to up to 50 mg/kg-d (Fielden *et al.*, 2001). There was no decrease in male rats siring with exposure to 30 mg/kg-d of Aroclor 1221, Aroclor 1242, or Aroclor 1260 (Gellert and Wilson, 1979; Wolf *et al.*, 1999).

331

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A6-6. Selected\* developmental effects in male offspring and dose ranges of PCBs (mg/kg-d)**

| Critical Effect | Species | Exposure | Congener | Lowest Dose Tested | NOAEL Range | LOAEL Range | Highest Dose Tested | References |
|---|---|---|---|---|---|---|---|---|
| Hormone level | Rat | Gestation | PCB126, PCB169, mixture of 14[†] | 0.003 | 0.003-2 | 0.03-4 | 4 | Kaya *et al.* (2002); Yamamoto *et al.* (2005) |
|  | Rat | Gestation | Aroclor 1254 | 0.1 | 6-25 | NA | 25 | Gray *et al.* (1993); Yang *et al.* (2009) |
|  | Rat | Lactation | Aroclor 1254 | 1 | NA | 1 | 5 | Sugantha Priya *et al.* (2017) |
|  | Mouse | Gestation | PCB101/ PCB118 mixture | 0.001 | NA | 0.001 | 0.001 | Fiandanese *et al.* (2016) |
| Sperm quality | Rat | Gestational | Aroclor 1254, PCB132 | 0.1 | 6-25 | 10-25 | 25 | (Hsu *et al.*, 2007); Yang *et al.* (2009) |
|  | Mouse | Gestational | PCB101/ PCB118 mixture | 0.001 | NA | 0.001 | 0.1 | Pocar *et al.* (2012) |

\* Summarizes information only on effects that are potential developmental effects due to consistency across species, reproducibility, and sufficient information on dose-response. Other effects may have been reported in studies, but if not replicated in other studies or consistent with other literature, were not included.

[†] PCB28, PCB77, PCB101, PCB105, PCB118, PCB126, PCB138, PCB146, PCB153, PCB156, PCB169, PCB170, PCB180, PCB187

## F.  Exposure assessment

The exposure assessment was documented in Appendix 2. All additional information used for the exposure assessment is detailed in Appendix 5. Both a "best case scenario" (mean fish tissue concentrations and mean fish intake rate) and a "reasonable upper bound" scenario (mean fish tissue concentration and 95th %ile fish intake rate) were used to compare to toxicity values.

## G.  Risk characterization

In this section I integrate the data from the hazard, dose-response, and exposure assessments above to assess the risk of PCB exposure to people who catch and consume fish from the Spokane River. To do so, I use a Margin of Exposure (MOE) approach, whereby the NOAEL or LOAEL for a given neurodevelopmental test in animals (adjusted to a human-equivalent dose (HED) according to body size scaling factors[39] per US EPA) is compared to the estimated PCB intake rate in for those who consume fish from the Spokane River. The general formula to calculate the MOE (adapted for the purposes of this assessment) for a given PCB congener or mixture is as follows:

---

[39] Scaling factors for HED calculations are species-specific as follows: NHP = 1.7, mouse = 7.5 and rat = 4.2 (US EPA, 2011b).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

$$MOE = \frac{NOAEL \text{ or } LOAEL \text{ (animal test)} \left(\frac{mg}{kg-d}\right) \times \frac{1}{HED \text{ scaling factor}}}{PCB \text{ consumption rate} \left(\frac{mg}{kg-d}\right)}$$

MOEs represent the "established safety buffer between the toxicity effect dose level and the predicted exposure dose" (US EPA, 2012b).  The lower the MOE, the more likely a chemical is to pose an unreasonable risk; for a chemical with an MOE<1, the exposure dose or concentration is greater than the toxicity level. Evaluation of MOEs accounts for standard uncertainty factors used in risk assessment (*e.g.*, interspecies and intraspecies variation, LOAEL to NOAEL), where each uncertainty factor is assigned a value of 10. According to US EPA, an acceptable MOE for LOAEL-based assessments is 1,000 (US EPA, 2012b).  For a NOAEL-based assessment, an acceptable MOE would be 100.

1.  **Reproductive effects**

For both the "best case scenario" and the "reasonable upper bound" scenario, I identified no reproductive studies with NOAEL-based MOEs below 100 and two with LOAEL-based MOEs less than 1000: Arnold *et al.* (1995) and Truelove *et al.* (1990). There was no NOAEL reported for this effect in Truelove *et al.* (1990). These studies are summarized in Table A6-7.

**Table A6-7. Reproductive studies with LOAEL-based MOEs less than 1,000**

| Study | Species | Congener and Dose(s) | Lifestage | Reported Effects | "best case scenario" | | "reasonable upper bound" | |
|---|---|---|---|---|---|---|---|---|
| | | | | | NOAEL MOE | LOAEL MOE | NOAEL MOE | LOAEL MOE |
| Arnold *et al.* (1995) | NHP | Aroclor 1254 0, 0.005, 0.02, 0.040 or 0.080 mg/kg-d | Maternal | Decreased conception with 0.02 mg/kg-d | 929 | >1,000 | 237 | 949 |
| Truelove *et al.* (1990) | NHP | Aroclor 1254 0, 0.005, 0.02, 0.040 or 0.080 mg/kg-d | Maternal | Non-dose-dependent reduction in progesterone at 0.005 mg/kg-d (equivocal finding per authors) | NA | 929 | NA | 237 |

Arnold *et al.* (1995) and Truelove *et al.* (1990) are not independent studies and represent different publications on the same cohort of animals. For both "best case" and "reasonable upper bound" exposure scenarios, a LOAEL was reported for Arnold *et al.* (1995) that was less than 1,000, and Truelove *et al.* (1990) reported only a LOAEL (i.e., there was no NOAEL), which corresponded to an MOE less than 1,000. Arnold *et al.* (1995) reported that conception was decreased in the 0.02, 0.04, or 0.08 mg/kg-d dose groups. Although the reduction in progesterone reported in the lowest dose tested in Truelove *et al.* (1990) was statistically significant and the basis of the LOAEL, it was not considered biologically significant by the study authors. The

333

authors noted, "Since the statistically significant changes found in progesterone concentration did not occur in a dose related manner (the 20 and 40 µg/kg-d dose groups and all of test group 2 showed no differences) the toxicologic significance of this observation is equivocal."

2. **Developmental effects**

For the "best case scenario," I identified two developmental studies with LOAELs corresponding to MOEs less than 1,000: Fiandanese *et al.* (2016) and Pocar *et al.* (2012). There were no NOAEL-based MOEs less than 100.

For the "reasonable upper bound" scenario, both Fiandanese *et al.* (2016) and Pocar *et al.* (2012) had LOAEL-based MOEs less than 1,000, as did Gupta (2000). There were no NOAEL-based MOEs less than 100. These are summarized in Table A6-8.

334

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**Table A6-8. Developmental studies with LOAEL-based MOEs less than 1,000**

| Study | Species | Congener and Dose(s) | Lifestage | Reported Effect | "best case scenario" | | "reasonable upper bound" | |
|---|---|---|---|---|---|---|---|---|
| | | | | | NOAEL MOE | LOAEL MOE | NOAEL MOE | LOAEL MOE |
| Fiandanese *et al.* (2016) | CD-1 mice | 1:1 of PCB101 and 118 0 or 0.001 mg/kg-d (only dose tested) | Male offspring | Decrease in testis weight, reduced seminiferous tubule diameter, and disturbances of the relative occurrence of different stages of tubule cycles. There was also a decrease in sperm viability, but not sperm production. | NA | 337 | NA | 86 |
| Gupta (2000) | CD-1 mice | Aroclor 1016 0 or 0.050 mg/kg-d (only dose tested) | Male offspring | Increased AGD, prostate weight, and decreased epididymal weight, increased AR binding | NA | >1,000 | NA | 308 |
| Pocar *et al.* (2012) | CD-1 mice | 1:1 of PCB101 and 118 0, 0.001, 0.01 or 0.1 mg/kg-d | Male F1, F2, F3; Female F1 | Decreased testes weight, tubule diameter, sperm viability at 0.001 mg/kg-d for F1/2. Decrease in sperm viability also at F3 0.001 mg/kg-d. Decrease in ovary weight in F1 at 0.001 mg/kg-d. | NA | 337 | NA | 86* |

*The next highest dose (0.01 mg/kg-d) also corresponds to an MOE below 1,000.

335

991

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Based on my review, I have found that these three studies with LOAEL-based MOEs less than 1,000 are not sufficiently reliable to provide the basis for a POD for developmental effects of PCBs, particularly at the environmental exposure levels associated with intake of PCBs from fish in the Spokane River.

First, Pocar *et al.* (2012) and Fiandanese *et al.* (2016) are publications from the same laboratory and use the same mouse model and same exposure protocol with exposure to the same mixture of 50:50 PCB101 and PCB118. I did not identify any other laboratory that has studied this mixture, and its relevance to human exposure is unclear since a 50:50 mixture is not commonly reported in fish.

Further, the results from these studies are not consistent with other literature. As a result, it is difficult to compare the results of these studies to others to determine whether they are reliable. For example, Pocar *et al.* (2012) report that testes weights were decreased with maternal exposure to the PCB101/118 mixture at doses above 0.001 mg/kg-d, but other studies examining other congeners and in other species do not report a change in this endpoint (Gellert and Wilson, 1979). Across all congeners, the range of LOAELs for decrease in testes weights in offspring is 0.001-50 mg/kg-d. However, the range of NOAELs overlaps the LOAEL range and ranges as high as 64 mg/kg-d. The next lowest LOAEL for this endpoint is 0.17 mg/kg-d (for A1254), two orders of magnitude greater than the LOAEL reported in Pocar *et al.* (2012) for the PCB101/118 mixture. Consistency and replicability in response are key in elucidating a real from a spurious effect.

Second, Pocar *et al.* (2012) presents data on three generations of mice following maternal P1 administration of one of four dose groups. While some of the reported effects in the F1, F2, and F3 generations were significantly different from controls, no dose-dependent increase in severity was observed for any of the endpoints. For example, testes weights are significantly decreased at the lowest dose group, but the weights do not continue to decrease with increasing dose. This suggests that there may have been a systematic difference in how treated animals were handled relative to controls, leading to a difference in all exposed animals that was independent of dose. With no other studies evaluating exposure of three generations to this unique mixture, the relevance of these findings to human populations is unclear.

Finally, the studies by Gupta (2000) and Fiandanese *et al.* (2016) only tested one dose (of Aroclor 1016 or the mixture of PCB101 and PCB118, respectively). Although significant results are presented, studies with only one dose do not allow for an assessment of dose-response under the conditions of the study or a clear assessment of whether the effects are even treatment related.

Based on these limitations, these three studies do not independently suggest that developmental effects could occur with environmental exposures to PCBs from fish from the Spokane River.

While I estimate several MOEs for reproductive and developmental endpoints that are less than 1,000, several considerations suggest that there is not a significant risk to people who consume fish caught in the Spokane River. First, although the LOAEL from Pocar *et al.* (2012) yields an MOE of 86, this value indicates that exposure, even to maximally exposed individuals, is below the doses evaluated in Pocar *et al.* (2012) or Fiandanese *et al.* (2016), which I concluded are not reliable for determining a POD as described above. Second, the MOEs are calculated using an extremely conservative upper bound estimate of exposure that is based on the sum of 95th percentile fish consumption rates for individual species (see Exposure Assessment). This likely greatly overestimates the amount of fish any single person would consume repeatedly on a daily

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

basis. Finally, in this scenario, a female would have to eat this amount of fish daily prior to and during pregnancy for there to be a potential for adverse developmental effects.

The assessment I conducted makes both "best case" and "reasonable upper bound" assumptions about the amount of fish consumed from the Spokane River. Using conservative assumptions about exposure is one (of many) ways a toxicologist can ensure that risks estimated in a human health risk assessment are not underestimated. In this assessment, I assume that every day, a person consumes each species of fish caught from the Spokane River at a rate that is either average or near the maximum consumption rate for all people who catch and consume this fish (i.e., at the mean and 95th percentile of the consumption rate for each species of fish). The "reasonable upper bound" is not a plausible scenario; however, I use this conservative consumption rate in my assessment to calculate the margins of exposure (MOEs) for each study I identify as relevant. Even estimates representing a "best case scenario" are unlikely given the amount and types of fish necessary for consumption on a daily basis from the Spokane River. Thus, the reader should consider the level of conservatism when assessing the results of this toxicological assessment.

Based on this assessment of the hazard, exposure, and toxicity of PCBs, I conclude that it is unlikely that any reproductive or developmental effects will occur from exposure to PCBs in fish caught and consumed from the Spokane River.

337

993

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## XI.    References

[Court transcript] (1991). Trial Testimony of Glenn Brown. Oct 28, 1991. WATER PCB-00056547.

Abrahamson, L. J., and Allen, J. R. (1973). The biological response of infant nonhuman primates to a polychlorinated biphenyl. *Environ Health Perspect* **4**, 81-6.

Adams, E. M., Irish, D. D., Spencer, H. C., and Rowz, V. K. (1941). The response of rabbit skin to compounds reported to have caused acneform dermatitis. *Industrial Medicine* **2**, 1-4.

Adams, E. M., Spencer, H. C., Rowe, V. K., McCollister, D. D., and Irish, D. D. (1951). Vapor toxicity of trichloroethylene determined by experiments on laboratory animals. *AMA Arch Ind Hyg Occup Med* **4**(5), 469-81.

AECOM (2012). Summary of cooking loss studies and data evaluation.  Technical Memorandum submitted to U.S. Environmental Protection Agency, Region 2 on behalf of the Cooperating Parties' Group (CPG), Remedial Investigation/Feasibility Study, Lower Passaic River Study Area, Diamond Alkali Superfund Site, CERCLA Docket No. 02-2007-2009.

Agrawal, A. K., Tilson, H. A., and Bondy, S. C. (1981). 3,4,3',4'-Tetrachlorobiphenyl given to mice prenatally produces long-term decreases in striatal dopamine and receptor binding sites in the caudate nucleus. *Toxicol Lett* **7**(6), 417-24.

Ahmad, S. U., Tariq, S., Jalali, S., and Ahmad, M. M. (2003). Environmental pollutant Aroclor 1242 (PCB) disrupts reproduction in adult male rhesus monkeys (Macaca mulatta). *Environ Res* **93**(3), 272-8.

Ahmed, R. G., El-Gareib, A. W., and Shaker, H. M. (2018). Gestational 3,3',4,4',5-pentachlorobiphenyl (PCB 126) exposure disrupts fetoplacental unit: Fetal thyroid-cytokines dysfunction. *Life Sci* **192**, 213-220.

Al-Sabti, K. (1985). Carcinogenic-mutagenic chemicals induced chromosomal aberrations in the kidney cells of three cyprinids. *Comp Biochem. Physiol C* **82**(2), 489-493.

Al-Sabti, K. (1986). Clastogenic effects of five carcinogenic-mutagenic chemicals on the cells of the common carp, Cyprinus carpio L. *Comp Biochem. Physiol C* **85**(1), 5-9.

Aleksunes, L., and Eaton, D. L. (2019). Principles of toxicology. In *Casarett and Doull's Toxicology. The Basic Science of Poisons*, 9th ed., pp. 25-64. McGraw Hill, New York.

Allen, J. R., and Barsotti, D. A. (1976). The effects of transplacental and mammary movement of PCBs on infant rhesus monkeys. *Toxicology* **6**(3), 331-40.

Allen, J. R., Barsotti, D. A., and Carstens, L. A. (1980). Residual effects of polychlorinated biphenyls on adult nonhuman primates and their offspring. *J Toxicol Environ Health* **6**(1), 55-66.

Althaus, F. R., Lawrence, S. D., Sattler, G. L., Longfellow, D. G., and Pitot, H. C. (1982). Chemical quantification of unscheduled DNA synthesis in cultured hepatocytes as an assay for the rapid screening of potential chemical carcinogens. *Cancer Res* **42**(8), 3010-3015.

Aly, H. A. (2013). Aroclor 1254 induced oxidative stress and mitochondria mediated apoptosis in adult rat sperm in vitro. *Environ Toxicol Pharmacol* **36**(2), 274-283.

338

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

American Cancer Society (2018). *Lifetime risk of developing or dying from cancer.* Available at: https://www.cancer.org/cancer/cancer-basics/lifetime-probability-of-developing-or-dying-from-cancer.html. Accessed May 7, 2019.

Andersen, M. E., Preston, R. J., Maier, A., Willis, A. M., and Patterson, J. (2013). Dose-response approaches for nuclear receptor-mediated modes of action for liver carcinogenicity: Results of a workshop. *Crit Rev Toxicol* **44**(1), 50-63.

Ankley, G. T., Bennett, R. S., Erickson, R. J., Hoff, D. J., Hornung, M. W., Johnson, R. D., Mount, D. R., Nichols, J. W., Russom, C. L., Schmieder, P. K.*, et al.* (2010). Adverse outcome pathways: a conceptual framework to support ecotoxicology research and risk assessment. *Environ Toxicol Chem* **29**(3), 730-41.

Ankley, G. T., and Edwards, S. W. (2018). The adverse outcome pathway: A multifaceted framework supporting 21st century toxicology. *Curr Opin Toxicol* **9**, 1-7.

Appelgren, H., Hedenskog, M., Sandstrom, C., Cederberg, H., and Rannug, U. (1999). Polychlorinated biphenyls induce meiotic length mutations at the human minisatellite MS32 in yeast. *Environ Mol. Mutagen* **34**(4), 285-290.

Arena, S. M., Greeley, E. H., Halbrook, R. S., Hansen, L. G., and Segre, M. (2003). Biological effects of gestational and lactational PCB exposure in neonatal and juvenile C57BL/6 mice. *Arch Environ Contam Toxicol* **44**(2), 272-80.

Arnold, D. (1972a). Report to Monsanto Company - Mutagenetic study with Aroclor 1242 in Albino mice. IBT No. E621. Jan 13.

Arnold, D. (1972b). Report to Monsanto Company - Mutagenetic study with Aroclor 1254 in Albino mice. IBT No. E622. Jan 13.

Arnold, D. (1972c). Report to Monsanto Company - Mutagenetic study with Aroclor 1260 in Albino mice. IBT No. E623. Jan 13.

Arnold, D. L., Bryce, F., Karpinski, K., Mes, J., Fernie, S., Tryphonas, H., Truelove, J., McGuire, P. F., Burns, D., Tanner, J. R.*, et al.* (1993a). Toxicological consequences of Aroclor 1254 ingestion by female rhesus (Macaca mulatta) monkeys. Part 1B. Prebreeding phase: clinical and analytical laboratory findings. *Food Chem Toxicol* **31**(11), 811-24.

Arnold, D. L., Bryce, F., McGuire, P. F., Stapley, R., Tanner, J. R., Wrenshall, E., Mes, J., Fernie, S., Tryphonas, H., Hayward, S.*, et al.* (1995). Toxicological consequences of Aroclor 1254 ingestion by female rhesus (Macaca mulatta) monkeys. Part 2. Reproduction and infant findings. *Food Chem Toxicol* **33**(6), 457-74.

Arnold, D. L., Bryce, F., Mes, J., Tryphonas, H., Hayward, S., and Malcolm, S. (1999). Toxicological consequences of feeding PCB congeners to infant rhesus (Macaca mulatta) and cynomolgus (Macaca fascicularis) monkeys. *Food Chem Toxicol* **37**(2-3), 153-67.

Arnold, D. L., Bryce, F., Stapley, R., McGuire, P. F., Burns, D., Tanner, J. R., and Karpinski, K. (1993b). Toxicological consequences of Aroclor 1254 ingestion by female rhesus (Macaca mulatta) monkeys. Part 1A. Prebreeding phase: clinical health findings. *Food Chem Toxicol* **31**(11), 799-810.

339

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Arnold, D. L., Mes, J., Bryce, F., Karpinski, K., Bickis, M. G., Zawidzka, Z. Z., and Stapley, R. (1990). A pilot study on the effects of Aroclor 1254 ingestion by rhesus and cynomolgus monkeys as a model for human ingestion of PCBs. *Food Chem Toxicol* **28**(12), 847-57.

Arnold, D. L., Nera, E. A., Stapley, R., Tolnai, G., Claman, P., Hayward, S., Tryphonas, H., and Bryce, F. (1996). Prevalence of endometriosis in rhesus (Macaca mulatta) monkeys ingesting PCB (Aroclor 1254): review and evaluation. *Fundam Appl Toxicol* **31**(1), 42-55.

ATSDR (2000). Toxicological profile for polychlorinated biphenyls (PCBs). November 2000.

Attia, S. M., Ahmad, S. F., Okash, R. M., and Bakheet, S. A. (2014). Aroclor 1254-induced genotoxicity in male gonads through oxidatively damaged DNA and inhibition of DNA repair gene expression. *Mutagenesis* **29**(5), 379-84.

Attias, J., Karawani, H., Shemesh, R., and Nageris, B. (2014). Predicting hearing thresholds in occupational noise-induced hearing loss by auditory steady state responses. *Ear Hear* **35**(3), 330-338.

Ayotte, P., Dewailly, E., Lambert, G. H., Perkins, S. L., Poon, R., Feeley, M., Larochelle, C., and Pereg, D. (2005). Biomarker measurements in a coastal fish-eating population environmentally exposed to organochlorines. *Environ Health Perspect* **113**(10), 1318-1324.

Baker, F. D., Bush, B., Tumasonis, C. F., and Lo, F. C. (1977). Toxicity and persistence of low-level PCB in adult wistar rats, fetuses, and young. *Arch Environ Contam Toxicol* **5**(2), 143-56.

Bal-Price, A., Lein, P. J., Keil, K. P., Sethi, S., Shafer, T., Barenys, M., Fritsche, E., Sachana, M., and Meek, M. E. (2017). Developing and applying the adverse outcome pathway concept for understanding and predicting neurotoxicity. *Neurotoxicology* **59**, 240-255.

Bandara, S. B., Eubig, P. A., Sadowski, R. N., and Schantz, S. L. (2016). Developmental PCB Exposure Increases Audiogenic Seizures and Decreases Glutamic Acid Decarboxylase in the Inferior Colliculus. *Toxicol Sci* **149**(2), 335-45.

Bannister, R., Davis, D., Zacharewski, T., Tizard, I., and Safe, S. (1987). Aroclor 1254 as a 2,3,7,8-tetrachlorodibenzo-p-dioxin antagonist: effects on enzyme induction and immunotoxicity. *Toxicology* **46**(1), 29-42.

Barker, R. J. (1958). Notes on some ecological effects of DDT sprayed on elms. *The Journal of Wildlife Management* **22**(3), 269-274.

Barsotti, D. A., Marlar, R. J., and Allen, J. R. (1976). Reproductive dysfunction in rhesus monkeys exposed to low levels of polychlorinated biphenyls (Aroclor 1248). *Food Cosmet Toxicol* **14**(2), 99-103.

Barsotti, D. A., and Van Miller, J. P. (1984). Accumulation of a commercial polychlorinated biphenyl mixture (Aroclor 1016) in adult rhesus monkeys and their nursing infants. *Toxicology* **30**(1), 31-44.

Benignus, P. G. (1970). The PCB-Pollution Problem, January 21 and 22, 1970 - St. Louis meeting with General Electric Co. (PCB-ARCH0064836). January 26.

Bennett, G. A., Drinker, C. K., and Warren, M. F. (1938). Morphological changes in the livers of rats resulting from exposure to certain chlorinated hydrocarbons. *Journal of Industrial Hygiene and Toxicology* **20**(2), 97-123.

340

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Biegel, L., Harris, M., Davis, D., Rosengren, R., Safe, L., and Safe, S. (1989). 2,2',4,4',5,5'-hexachlorobiphenyl as a 2,3,7,8-tetrachlorodibenzo-p-dioxin antagonist in C57BL/6J mice. *Toxicol Appl Pharmacol* **97**(3), 561-71.

Bionomics Inc. (1971). Bioassay Report - Acute Toxicity of Aroclor 1016, Aroclor 1242, and DDT to Bluegill and Channel Catfish during 21 Days continuous exposure to chemicals in water (TOXSTUDIES1790). 12/1/1971.

Birch, M. D. (1969a). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 900 (TOXSTUDIES0789). 5/5/1969.

Birch, M. D. (1969b). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 9001 (TOXSTUDIES0832). 7/18/1969.

Birch, M. D. (1969c). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul 312 (MCS-321) (TOXSTUDIES0760). 1/22/1969.

Birch, M. D. (1969d). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Santosafe 300 (MCS-528; TOXSTUDIES0754). 1/22/1969.

Birch, M. D. (1970a). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of  Aroclor 6040 - Chlorinated Polyphenyl (TOXSTUDIES0974). 12/30/1970.

Birch, M. D. (1970b). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 6037 - MCS 1057-1 (TOXSTUDIES0957). 12/2/1970.

Birch, M. D. (1970c). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 6062 - Lot QM 1304. (TOXSTUDIES0950). 8/17/1970.

Birch, M. D. (1970d). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 6070 - Chlorinated Polyphenyl. (TOXSTUDIES0982). 12/30/1970.

Birch, M. D. (1970e). Younger Laboratories. Certificate of Analysis - Toxicological investigation of Aroclor 6090 - Chlorinated Polyphenyl. (TOXSTUDIES0990). 12/30/1970.

Birch, M. D. (1970f). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 999. (TOXSTUDIES0856). 5/25/1970.

Birch, M. D. (1970g). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 1004 - Aroclor 4273 (TOXSTUDIES0965). 12/14/1970.

Birch, M. D. (1970h). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 1009 (TOXSTUDIES0848). 5/25/1970.

Birch, M. D. (1970i). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul 281 (TOXSTUDIES0840). 3/27/1970.

Birch, M. D. (1971). Younger Laboratories. Certificate of Analysis - Toxicological investigation of Decachlorobiphenyl - Aroclor 1272 (TOXSTUDIES1085). 6/28/1971.

Birch, M. D. (1972). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 1230 German Mine Fluid (TOXSTUDIES1902). 1/12/1972.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Birnbaum, L. S., and Tuomisto, J. (2000). Non-carcinogenic effects of TCDD in animals. *Food Addit Contam* **17**(4), 275-88.

Birnbaum, L. S., Weber, H., Harris, M. W., Lamb, J. C. t., and McKinney, J. D. (1985). Toxic interaction of specific polychlorinated biphenyls and 2,3,7,8-tetrachlorodibenzo-p-dioxin: increased incidence of cleft palate in mice. *Toxicol Appl Pharmacol* **77**(2), 292-302.

Bishopp, F. (1946). Present position of DDT in the control of insects of medical importance. *Am J Public Health* **36**(6), 593-606.

Blazak, W. F., and Marcum, J. B. (1975). Attmepts to induce chromosomal breakage in chicken embryos with Aroclor 1242. *Poult. Sci* **54**(1), 310-312.

Boix, J., Cauli, O., and Felipo, V. (2010). Developmental exposure to polychlorinated biphenyls 52, 138 or 180 affects differentially learning or motor coordination in adult rats. Mechanisms involved. *Neuroscience* **167**(4), 994-1003.

Boix, J., Cauli, O., Leslie, H., and Felipo, V. (2011). Differential long-term effects of developmental exposure to polychlorinated biphenyls 52, 138 or 180 on motor activity and neurotransmission. Gender dependence and mechanisms involved. *Neurochem Int* **58**(1), 69-77.

Bonnyns, M., and Bastomsky, C. H. (1976). Polychlorinated biphenyl-induced modification of lymphocyte response to plant mitogens in rats. *Experientia* **32**(4), 522-3.

Borlak, J., Hock, A., Hansen, T., and Richter, E. (2003). DNA adducts in cultures of polychlorinated biphenyl-treated human hepatocytes. *Toxicol Appl Pharmacol* **188**(2), 81-91.

Bowers, W. J., Nakai, J. S., Chu, I., Wade, M. G., Moir, D., Yagminas, A., Gill, S., Pulido, O., and Meuller, R. (2004). Early developmental neurotoxicity of a PCB/organochlorine mixture in rodents after gestational and lactational exposure. *Toxicol Sci* **77**(1), 51-62.

Bowman, R. E., and Heironimus, M. P. (1981). Hypoactivity in adolescent monkeys perinatally exposed to PCBs and hyperactive as juveniles **3**, 15-18.

Bowman, R. E., Heironimus, M. P., and Allen, J. R. (1978). Correlation of PCB body burden with behavioral toxicology in monkeys. *Pharmacol Biochem Behav* **9**(1), 49-56.

Bowman, R. E., Heironimus, M. P., and Barsotti, D. A. (1981). Locomotor hyperactivity in PCB-exposed rhesus monkeys. *Neurotoxicology* **2**(2), 251-68.

Boyd, W. (1938). *Textbook of Pathology:  An introduction of medicine*, 3rd ed. Lea & Febiger, Philadelphia.

Boyd, W. (1943). *Textbook of Pathology:  An introduction of medicine*, 4th ed. Lea & Febiger, Philadelphia.

Boyd, W. (1953). *Textbook of Pathology:  An introduction of medicine*, 6th ed. Lea & Febiger, Philadelphia.

Boyd, W. (1961). *A Textbook of Pathology: Structure and Function in Diseases*, 7th ed. Henry Kimpton, London.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Bradley, S. G., and Morahan, P. S. (1982). Approaches to assessing host resistance. *Environ Health Perspect* **43**, 61-9.

Branchi, I., Capone, F., Vitalone, A., Madia, F., Santucci, D., Alleva, E., and Costa, L. G. (2005). Early developmental exposure to BDE 99 or Aroclor 1254 affects neurobehavioural profile: interference from the administration route. *Neurotoxicology* **26**(2), 183-92.

Brennan, J. C., He, G., Tsutsumi, T., Zhao, J., Wirth, E., Fulton, M. H., and Denison, M. S. (2015). Development of Species-Specific Ah Receptor-Responsive Third Generation CALUX Cell Lines with Enhanced Responsiveness and Improved Detection Limits. *Environ Sci Technol* **49**(19), 11903-11912.

Brezner, E., Terkel, J., and Perry, A. S. (1984). The effect of Aroclor 1254 (PCB) on the physiology of reproduction in the female rat--I. *Comp Biochem Physiol C* **77**(1), 65-70.

Brown, J. F. (1994). Determination of PCB Metabolic, Excretion, and Accumulation Rates for Use as Indicators of Biological Response and Relative Risk. *Environ Sci Technol* **28**(13), 2295-305.

Brown, J. F., Jr., Mayes, B. A., Silkworth, J. B., and Hamilton, S. B. (2007). Polychlorinated biphenyls modulated tumorigenesis in Sprague Dawley rats: correlation with mixed function oxidase activities and superoxide (O2* ) formation potentials and implied mode of action. *Toxicol Sci* **98**(2), 375-394.

Brown, J. R., and Thornton, J. L. (1957). Percivall Pott (1714-1788) and chimney sweepers' cancer of the scrotum. *Br J Ind Med* **14**(1), 68-70.

Bruce, W. R., and Heddle, J. A. (1979). The mutagenic activity of 61 agents as determined by the micronucleus, Salmonella, and sperm abnormality assays. *Can. J Genet. Cytol* **21**(3), 319-334.

Brunner, M. J., Sullivan, T. M., Singer, A. W., Ryan, M. J., Toft, J. D., Menton, R. S., Graves, S. W., and Peters, A. C. (1997). An assessment of the chronic toxicity and oncogenicity of Aroclor-1016, Aroclor-1242, Aroclor-1254, and Aroclor-1260 administered in diet to rats. Final Report. Chronic toxicology and oncogenicity. Battelle study no. SC920192. Submitted to General Electric Company February, 1997.

Budinsky, R. A., LeCluyse, E. L., Ferguson, S. S., Rowlands, J. C., and Simon, T. (2010). Human and rat primary hepatocyte CYP1A1 and 1A2 induction with 2,3,7,8-tetrachlorodibenzo-p-dioxin, 2,3,7,8-tetrachlorodibenzofuran, and 2,3,4,7,8-pentachlorodibenzofuran. *Toxicol Sci* **118**(1), 224-35.

Budinsky, R. A., Schrenk, D., Simon, T., Van den Berg, M., Reichard, J. F., Silkworth, J. B., Aylward, L. L., Brix, A., Gasiewicz, T., Kaminski, N., *et al.* (2014). Mode of action and dose-response framework analysis for receptor-mediated toxicity: The aryl hydrocarbon receptor as a case study. *Crit Rev Toxicol* **44**(1), 83-119.

Burbacher, T. M., and Grant, K. S. (2000). Methods for studying nonhuman primates in neurobehavioral toxicology and teratology. *Neurotoxicol Teratol* **22**(4), 475-86.

Burleson, G. R., Dean, J. H., and Munson, A. E. (1995). *Methods in Immunotoxicology*, 1 and 2 ed. Wiley-Liss, New York.

Bushnell, P. J., Moser, V. C., MacPhail, R. C., Oshiro, W. M., Derr-Yellin, E. C., Phillips, P. M., and Kodavanti, P. R. (2002). Neurobehavioral assessments of rats perinatally exposed to a commercial mixture of polychlorinated biphenyls. *Toxicol Sci* **68**(1), 109-20.

343

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Bushnell, P. J., and Rice, D. C. (1999). Behavioral assessments of learning and attention in rats exposed perinatally to 3,3',4,4',5-pentachlorobiphenyl (PCB 126). *Neurotoxicol Teratol* **21**(4), 381-92.

Cai, J., Wang, C., Wu, T., Moreno, J. M., Zhong, Y., Huang, X., Chen, Y., and Zuo, Z. (2011). Disruption of spermatogenesis and differential regulation of testicular estrogen receptor expression in mice after polychlorinated biphenyl exposure. *Toxicology* **287**(1-3), 21-8.

Cai, J. L., Sun, L. B., Guo, Z. Z., Jiang, X. M., Zheng, G. C., Qiu, H. L., Sha, A. G., Wang, C. G., Ren, J. Z., and Zuo, Z. H. (2015). Decrease in prosaposin in spermatozoon is associated with polychlorinated biphenyl exposure. *Int J Clin Exp Pathol* **8**(3), 2436-48.

Carlson, E. A., McCulloch, C., Koganti, A., Goodwin, S. B., Sutter, T. R., and Silkworth, J. B. (2009). Divergent transcriptomic responses to aryl hydrocarbon receptor agonists between rat and human primary hepatocytes. *Toxicol Sci* **112**(1), 257-72.

Carpenter, D. O., Hussain, R. J., Berger, D. F., Lombardo, J. P., and Park, H. Y. (2002). Electrophysiologic and behavioral effects of perinatal and acute exposure of rats to lead and polychlorinated biphenyls. *Environ Health Perspect* **110 Suppl 3**, 377-86.

Carusi, A., Davies, M. R., De Grandis, G., Escher, B. I., Hodges, G., Leung, K. M. Y., Whelan, M., Willett, C., and Ankley, G. T. (2018). Harvesting the promise of AOPs: An assessment and recommendations. *Sci Total Environ* **628-629**, 1542-1556.

Casarett, L. J., and Doull, J. (1975). *Toxicology: The Basic Science of Poisons*. Macmillan Publishing, New York.

Cauli, O., Piedrafita, B., Llansola, M., and Felipo, V. (2013). Gender differential effects of developmental exposure to methyl-mercury, polychlorinated biphenyls 126 or 153, or its combinations on motor activity and coordination. *Toxicology* **311**(1-2), 61-8.

Cella, M., and Colonna, M. (2015). Aryl hydrocarbon receptor: Linking environment to immunity. *Seminars in immunology* **27**(5), 310-4.

Chadwick, R. W., George, S. E., Kohan, M. J., Williams, R. W., Allison, J. C., Hayes, Y. O., and Chang, J. (1993). Potentiation of 2,6-dinitrotoluene genotoxicity in Fischer-344 rats by pretreatment with Aroclor 1254. *Toxicology* **80**(2-3), 153-171.

Choi, J. J., Eum, S. Y., Rampersaud, E., Daunert, S., Abreu, M. T., and Toborek, M. (2013). Exercise attenuates PCB-induced changes in the mouse gut microbiome. *Environ Health Perspect* **121**(6), 725-30.

Choi, S. Y., Lee, K., Park, Y., Lee, S. H., Jo, S. H., Chung, S., and Kim, K. T. (2016). Non-Dioxin-Like Polychlorinated Biphenyls Inhibit G-Protein Coupled Receptor-Mediated Ca2+ Signaling by Blocking Store-Operated Ca2+ Entry. *PLoS One* **11**(3), e0150921.

Chou, S. M., Miike, T., Payne, W. M., and Davis, G. J. (1979). Neuropathology of "spinning syndrome" induced by prenatal intoxication with a PCB in mice. *Ann N Y Acad Sci* **320**, 373-95.

Cillo, F., de Eguileor, M., Gandolfi, F., and Brevini, T. A. (2007). Aroclor-1254 affects mRNA polyadenylation, translational activation, cell morphology, and DNA integrity of rat primary prostate cells. *Endocr. Relat Cancer* **14**(2), 257-266.

City of Spokane - Environmental Programs (2017). 2016 Technical Drinking Water Report.

344

1000

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

City of Spokane - Environmental Programs (2019). 2018 Technical Drinking Water Report.

Clark, D. A., Sweeney, G., Safe, S., Hancock, E., Kilburn, D. G., and Gauldie, J. (1983). Cellular and genetic basis for suppression of cytotoxic T cell generation by haloaromatic hydrocarbons. *Immunopharmacology* **6**(2), 143-53.

Colter, B. T., Garber, H. F., Fleming, S. M., Fowler, J. P., Harding, G. D., Hooven, M. K., Howes, A. A., Infante, S. K., Lang, A. L., MacDougall, M. C., *et al.* (2018). Ahr and Cyp1a2 genotypes both affect susceptibility to motor deficits following gestational and lactational exposure to polychlorinated biphenyls. *Neurotoxicology* **65**, 125-134.

Cook, J. W., Hewett, C. L., and Hieger, I. (1933). The isolation of a cancer-producing hydrocarbon from coal tar. Parts I, II, and III. *J Chem Soc* **24**, 395-405.

Corner, E. D. S., and Sparrow, B. W. (1957). The modes of action of toxic agents: II. Factors influencing the toxicities of mercury compounds to certain Crustacea. *Journal of the Marine Biological Association of the United Kingdom* **36**(3), 459-472.

CosmoBio (2015). *Product: EnBio RCAS for Estrogen receptor alpha.* Available at: https://www.cosmobio.co.jp/connections/p_ku_e_view.asp?PrimaryKeyValue=12914&selPrice=1. Accessed May 7, 2019.

Crofton, K. M., Ding, D., Padich, R., Taylor, M., and Henderson, D. (2000a). Hearing loss following exposure during development to polychlorinated biphenyls: a cochlear site of action. *Hear. Res* **144**(1-2), 196-204.

Crofton, K. M., Kodavanti, P. R., Derr-Yellin, E. C., Casey, A. C., and Kehn, L. S. (2000b). PCBs, thyroid hormones, and ototoxicity in rats: cross-fostering experiments demonstrate the impact of postnatal lactation exposure. *Toxicol Sci* **57**(1), 131-40.

Cromwell, H. C., Johnson, A., McKnight, L., Horinek, M., Asbrock, C., Burt, S., Jolous-Jamshidi, B., and Meserve, L. A. (2007). Effects of polychlorinated biphenyls on maternal odor conditioning in rat pups. *Physiol Behav* **91**(5), 658-66.

Curran, C. P., Altenhofen, E., Ashworth, A., Brown, A., Kamau-Cheggeh, C., Curran, M., Evans, A., Floyd, R., Fowler, J., Garber, H., *et al.* (2012). Ahrd Cyp1a2(-/-) mice show increased susceptibility to PCB-induced developmental neurotoxicity. *Neurotoxicology* **33**(6), 1436-1442.

Dahlman, H. J., Gaarder, P. I., Lovik, M., Alexander, J., Becher, G., and Bergman, A. (1994). PCB congeners and the murine immune system: The capacity of isolated congeners to decrease spleen specific antibody forming cell numbers varies with the toxic equivalence factors of the congeners. *Toxicol In Vitro* **8**(5), 1033-5.

Danish Ministry of the Environment (2014). *Evaluation of health hazards by exposure to Polychlorinated biphenyls (PCB) and proposal of a health-based quality criterion for soil. Environmental Project No. 1485.* Available at: https://www2.mst.dk/Udgiv/publications/2014/03/978-87-93026-17-9.pdf. Accessed 04/16/2019.

Davies, R., Clothier, B., and Smith, A. G. (2000). Mutation frequency in the lacI gene of liver DNA from lambda/lacI transgenic mice following the interaction of PCBs with iron causing hepatic cancer and porphyria. *Mutagenesis* **15**(5), 379-383.

345

1001

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Davis, D., and Safe, S. (1989). Dose-response immunotoxicities of commercial polychlorinated biphenyls (PCBs) and their interaction with 2,3,7,8-tetrachlorodibenzo-p-dioxin. *Toxicol Lett* **48**(1), 35-43.

Davis, D., and Safe, S. (1990). Immunosuppressive activities of polychlorinated biphenyls in C57BL/6N mice: structure-activity relationships as Ah receptor agonists and partial antagonists. *Toxicology* **63**(1), 97-111.

Davis, J. J., and Foster, R. F. (1958). Bioaccumulation of radioisotopes through aquatic food chains. *Ecology* **39**(3), 530-535.

De Krey, G. K., Baecher-Steppan, L., Deyo, J. A., Smith, B., and Kerkvliet, N. I. (1993). Polychlorinated biphenyl-induced immune suppression: castration, but not adrenalectomy or RU 38486 treatment, partially restores the suppressed cytotoxic T lymphocyte response to alloantigen. *J Pharmacol Exp Ther* **267**(1), 308-15.

De Krey, G. K., Baecher-Steppan, L., Fowles, J. R., and Kerkvliet, N. I. (1994a). Polychlorinated biphenyl-induced suppression of cytotoxic T lymphocyte activity: role of prostaglandin-E2. *Toxicol Lett* **74**(3), 211-20.

De Krey, G. K., Hollingshead, N. C., Kerkvliet, N. I., and Smith, B. B. (1994b). Suppression of prolactin and cytotoxic T-lymphocyte activity in PCB-treated mice. *Int J Immunopharmacol* **16**(3), 251-7.

DeCastro, B. R., Korrick, S. A., Spengler, J. D., and Soto, A. M. (2006). Estrogenic activity of polychlorinated biphenyls present in human tissue and the environment. *Environ Sci Technol* **40**(8), 2819-25.

DeGrandchamp, R. (2018). Deposition of Richard DeGrandchamp, Ph.D. in City of Hartford and Hartford Board of Education vs Monsanto Company, Solutia, Inc., and Pharmacia Corporation. March 21.

Denison, M. S., and Nagy, S. R. (2003). Activation of the aryl hydrocarbon receptor by structurally diverse exogenous and endogenous chemicals. *Annu Rev Pharmacol Toxicol* **43**, 309-34.

Denison, M. S., Soshilov, A. A., He, G., DeGroot, D. E., and Zhao, B. (2011). Exactly the same but different: promiscuity and diversity in the molecular mechanisms of action of the aryl hydrocarbon (dioxin) receptor. *Toxicol Sci* **124**(1), 1-22.

Derelanko, M. J., and Hollinger, M. A. (1995). *CRC Handbook of Toxicology*. CRC Press, Inc., Boca Raton.

Desaulniers, D., Poon, R., Phan, W., Leingartner, K., Foster, W. G., and Chu, I. (1997). Reproductive and thyroid hormone levels in rats following 90-day dietary exposure to PCB 28 (2,4,4'-trichlorobiphenyl) or PCB 77 (3,3'4,4'-tetrachlorobiphenyl). *Toxicol Ind Health* **13**(5), 627-38.

Deutch, B., Pedersen, H. S., and Hansen, J. C. (2004). Dietary composition in Greenland 2000, plasma fatty acids and persistent organic pollutants. *Sci Total Environ* **331**(1-3), 177-88.

Dikshith, T. S., Rockwood, W., Abraham, R., and Coulston, F. (1975). Effects of a polychlorinated biphenyl (Aroclor 1254) on rat testis. *Exp. Mol. Pathol* **22**(3), 376-385.

Dinse, G. E., Peddada, S. D., Harris, S. F., and Elmore, S. A. (2010). Comparison of NTP historical control tumor incidence rates in female Harlan Sprague Dawley and Fischer 344/N Rats. *Toxicol Pathol* **38**(5), 765-775.

1002

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Dogan, H. O., and Alcigir, M. E. (2019). Assessment of epigenetic changes and oxidative DNA damage in rat pups exposed to polychlorinated biphenyls and the protective effect of curcumin in the prenatal period. *Journal of basic and clinical physiology and pharmacology* doi: 10.1515/jbcpp-2018-0182.

Doherty, R. E. (2000a). A History of the Production and Use of Carbon Tetrachloride, Tetrachloroethylene, Trichloroethylene and 1,1,1-Trichloroethane in the United States: Part 1--Historical Background; Carbon Tetrachloride and Tetrachloroethylene. *Environmental Forensics* **1**(2), 69-81.

Doherty, R. E. (2000b). A History of the Production and Use of Carbon Tetrachloride, Tetrachloroethylene, Trichloroethylene and 1,1,1-Trichloroethane in the United States: Part 2--Trichloroethylene and 1,1,1-Trichloroethane. *Environmental Forensics* **1**(2), 83-93.

Donahue, D. A., Dougherty, E. J., and Meserve, L. A. (2004). Influence of a combination of two tetrachlorobiphenyl congeners (PCB 47; PCB 77) on thyroid status, choline acetyltransferase (ChAT) activity, and short- and long-term memory in 30-day-old Sprague-Dawley rats. *Toxicology* **203**(1-3), 99-107.

Dridi, I., Leroy, D., Guignard, C., Scholl, G., Bohn, T., Landoulsi, A., Thome, J. P., Eppe, G., Soulimani, R., and Bouayed, J. (2014). Dietary early-life exposure to contaminated eels does not impair spatial cognitive performances in adult offspring mice as assessed in the Y-maze and the Morris water maze. *Nutr Res* **34**(12), 1075-84.

Drinker, C. K. (1938a). Report to Monsanto Chemical Company, Report on Aroclor 4465 - Inhalation Experiments (TOXSTUDIES0074). 9/15/1938.

Drinker, C. K. (1938b). Report to the Monsanto Chemical Company. September 15.

Drinker, C. K. (1939). Further observations on the possible systemic toxicity of certain of the chlorinated hydrocarbons with suggestions for permissible concentrations in the air of workrooms. *The Journal of Industrial Hygiene and Toxicology* **21**(5), 155-159.

Drinker, C. K., Warren, M. F., and Bennett, G. A. (1937). The problem of possible systemic effects from certain chlorinated hydrocarbons. *The Journal of Industrial Hygiene and Toxicology* **19**(7), 283-311.

Du, F., Zhao, T., Ji, H. C., Luo, Y. B., Wang, F., Mao, G. H., Feng, W. W., Chen, Y., Wu, X. Y., and Yang, L. Q. (2019). Dioxin-like (DL-) polychlorinated biphenyls induced immunotoxicity through apoptosis in mice splenocytes via the AhR mediated mitochondria dependent signaling pathways. *Food Chem Toxicol* doi: 10.1016/j.fct.2019.110803, 110803.

Dubois, M., Pfohl-Leszkowicz, A., Grosse, Y., and Kremers, P. (1995). DNA adducts and P450 induction in human, rat and avian liver cells after exposure to polychlorobiphenyls. *Mutat. Res* **345**(3-4), 181-190.

Dunkel, V. C., Zeiger, E., Brusick, D., McCoy, E., McGregor, D., Mortelmans, K., Rosenkranz, H. S., and Simmon, V. F. (1984). Reproducibility of microbial mutagenicity assays: I. Tests with Salmonella typhimurium and Escherichia coli using a standardized protocol. *Environ Mutagen* **6 Suppl 2**, 1-251.

Eaton, D. L. (1985). Principles of Occupational Toxicology for Community Health Nurses. In *Occupational Health:  A Self-Study Guide for Community Health Nurses* (S. Holland, J. Camp, J. McNeil, and A. M. Hughes, Eds.).

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Eaton, D. L. (2003). Scientific Judgment and Toxic Torts - A Primer in Toxicology for Judges and Lawyers. *Journal of Law and Policy* **12**(1).

Eaton, D. L. (Vol. 1 editor) (2018). General Principles. In *Comprehensive Toxicology*, 3rd ed. (C. A. McQueen, Ed.), Vol. 1. Elsevier Sciences.

Eaton, D. L., Farin, F., Omiecinski, C. J., and Omenn, G. S. (1998). Genetic susceptibility. In *Environmental and Occupational Medicine*, 3rd ed., pp. 209-221. Little, Brown & Co.

Eaton, D. L., and Gallagher, E. P. (1997). Introduction to the principles of toxicology. In *Comprehensive Toxicology*, 1st ed. (I. G. Sipes, C. A. McQueen, and A. J. Gandolfi, Eds.), Vol. 1, pp. 1-38. Elsevier Sciences.

Eaton, D. L., and Gallagher, E. P. (2010). Introduction to the principles of toxicology. In *Comprehensive Toxicology*, 2nd ed. (I. G. Sipes, C. A. McQueen, and A. J. Gandolfi, Eds.), Vol. 1. Elsevier Sciences.

Eaton, D. L., and Gilbert, S. G. (2008). Principles of toxicology. In *Casarett & Doull's Toxicology: The Basic Science of Poisons*, 7th ed. (C. D. Klaassen, Ed.), pp. 11-43. McGraw-Hill Medical Publishing Division, New York.

Eaton, D. L., and Gilbert, S. G. (2013). Principles of toxicology. In *Casarett and Doull's Toxicology. The Basic Science of Poisons*, 8th ed. (C. D. Klaasen, Ed.), pp. 13-48. McGraw Hill Medical, New York.

Eaton, D. L., and Hill, J. (1996). Human Effects of Hazardous Materials. In *Handbook of Hazardous Materials* (N. Ostler, Ed.), Vol. 1, pp. 81-118.

Eaton, D. L., and Kalman, D. (1994). Scientists in the courtroom: basic pointers for the expert scientific witness. *Environ Health Perspect* **102**(8), 668-72.

Eaton, D. L., and Klaassen, C. D. (2001). Principles of toxicology. In *Casarett and Doull's Toxicology. The Basic Science of Poisons*, 6th ed., pp. 11-34. McGraw Hill, New York.

Eaton, D. L., and Klaassen, C. D. (2003). Principles of toxicology. In *Casarett & Doull's Essentials of Toxicology* (C. D. Klaassen, and J. B. Watkins, Eds.), pp. 6-21. McGraw-Hill.

Eaton, D. L., and Robertson, W. O. (1994). Toxicology. In *Textbook of Clinical Occupational and Environmental Medicine* (L. Rosenstock, and M. R. Cullen, Eds.), pp. 116-149. W.B. Saunders, Philadelphia.

Eaton, D. L., and Schaupp, C. (2015). Genes, genomics and environmental health. In *Environmental Health: From Global to Local*, 3rd ed. (H. Frumkin, Ed.). Jossey-Bass, New York.

Eaton, D. L., Vandivort, T., and Gallagher, E. P. (2018). Introduction to the Principles of Toxicology. In *Comprehensive Toxicology*, 3rd ed. (C. A. McQueen, Ed.), Vol. 1. Elsevier Sciences.

EFSA (2005). Opinion of the Scientific Panel on contaminants in the food chain [CONTAM] related to the presence of non dioxin-like polychlorinated biphenyls (PCB) in feed and food https://efsa.onlinelibrary.wiley.com/doi/epdf/10.2903/j.efsa.2005.284. *The EFSA Journal* **284**, 1-137.

Elcombe, C. R., Peffer, R. C., Wolf, D. C., Bailey, J., Bars, R., Bell, D., Cattley, R. C., Ferguson, S. S., Geter, D., Goetz, A., *et al.* (2014). Mode of action and human relevance analysis for nuclear receptor-mediated

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

liver toxicity: A case study with phenobarbital as a model constitutive androstane receptor (CAR) activator. *Crit Rev Toxicol* **44**(1), 64-82.

Eldridge, J. C., Wetzel, L. T., and Tyrey, L. (1999). Estrous cycle patterns of Sprague-Dawley rats during acute and chronic atrazine administration. *Reprod Toxicol* **13**(6), 491-499.

Elnar, A. A. (2012). Short and long term neurotoxic effects following lactational exposure to the sum of the six non-dioxin-like polychlorinated biphenyls (Σ6 NDL-PCBs) at low levels in offspring mice. Doctor of Science Dissertation, University of Saarland.

Elnar, A. A., Allouche, A., Desor, F., Yen, F. T., Soulimani, R., and Oster, T. (2016). Lactational exposure of mice to low levels of non-dioxin-like polychlorinated biphenyls increases susceptibility to neuronal stress at a mature age. *Neurotoxicology* **53**, 314-320.

Elnar, A. A., Diesel, B., Desor, F., Feidt, C., Bouayed, J., Kiemer, A. K., and Soulimani, R. (2012). Neurodevelopmental and behavioral toxicity via lactational exposure to the sum of six indicator non-dioxin-like-polychlorinated biphenyls (S6 NDL-PCBs) in mice. *Toxicology* **299**(1), 44-54.

Eriksson, P., and Fredriksson, A. (1996). Developmental neurotoxicity of four ortho-substituted polychlorinated biphenyls in the neonatal mouse. *Environ Toxicol Pharmacol* **1**(3), 155-65.

Evandri, M. G., Mastrangelo, S., Costa, L. G., and Bolle, P. (2003). In vitro assessment of mutagenicity and clastogenicity of BDE-99, a pentabrominated diphenyl ether flame retardant. *Environ Mol. Mutagen* **42**(2), 85-90.

Exon, J. H., Talcott, P. A., and Koller, L. D. (1985). Effect of lead, polychlorinated biphenyls, and cyclophosphamide on rat natural killer cells, interleukin 2, and antibody synthesis. *Fundam Appl Toxicol* **5**(1), 158-64.

Faqi, A. S., Dalsenter, P. R., Merker, H. J., and Chahoud, I. (1998). Effects on developmental landmarks and reproductive capability of 3,3',4,4'-tetrachlorobiphenyl and 3,3',4,4',5-pentachlorobiphenyl in offspring of rats exposed during pregnancy. *Hum Exp Toxicol* **17**(7), 365-72.

Faustman, E., and Omenn, G. (2013). Risk Assessment. In *Casarett and Doull's Toxicology. The Basic Science of Poisons*, 8th ed. (C. D. Klaasen, Ed.), pp. 123-149. McGraw Hill Medical, New York.

Fausto, N. (2004). Liver regeneration and repair: hepatocytes, progenitor cells, and stem cells. *Hepatology* **39**(6), 1477-87.

Fausto, N., Campbell, J. S., and Riehle, K. J. (2012). Liver regeneration. *J Hepatol* **57**(3), 692-4.

Feist, M. (2019). *City Provides Annual Report on Drinking Water Quality*. Available at: https://my.spokanecity.org/news/releases/2019/06/03/city-provides-annual-report-on-drinking-water-quality/. Accessed November 11, 2019.

Fiandanese, N., Borromeo, V., Berrini, A., Fischer, B., Schaedlich, K., Schmidt, J. S., Secchi, C., and Pocar, P. (2016). Maternal exposure to a mixture of di(2-ethylhexyl) phthalate (DEHP) and polychlorinated biphenyls (PCBs) causes reproductive dysfunction in adult male mouse offspring. *Reprod Toxicol* **65**, 123-132.

1005

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Fielden, M. R., Halgren, R. G., Tashiro, C. H., Yeo, B. R., Chittim, B., Chou, K., and Zacharewski, T. R. (2001). Effects of gestational and lactational exposure to Aroclor 1242 on sperm quality and in vitro fertility in early adult and middle-aged mice. *Reprod Toxicol* **15**(3), 281-92.

Fischer, L. J., Seegal, R. F., Ganey, P. E., Pessah, I. N., and Kodavanti, P. R. (1998). Symposium overview: toxicity of non-coplanar PCBs. *Toxicol Sci* **41**(1), 49-61.

Fitzhugh, O. G. (1948). Use of DDT insecticides on food products. *Ind Eng Chem* **40**(4), 704-705.

Flinn, F. B. (1934). Report of Dr. Frederick B. Flinn of patch tests made on material received from Swann Research, Inc. (TOXSTUDIES0001). 5/25/1934.

Frame, G. M., Cochran, J. W., and Bowadt, S. S. (1996). Complete PCB congener distributions for 17 aroclor mixtures determined by 3 HRGC systems optimized for comprehensive, quantitative, congener-specific analysis. *J High Resol Chromat* **19**, 657-668.

Franco, P., Marelli, O., Canti, G., Ricci, L., Prandoni, N., and Nicolin, A. (1989). Toxicity of fenclor 42 in mice: effects on immunocompetent cells. *Toxicology* **54**(2), 207-18.

Gahrs, M., Roos, R., Andersson, P. L., and Schrenk, D. (2013). Role of the nuclear xenobiotic receptors CAR and PXR in induction of cytochromes P450 by non-dioxinlike polychlorinated biphenyls in cultured rat hepatocytes. *Toxicol Appl. Pharmacol* **272**(1), 77-85.

Garthoff, L. H., Friedman, L., Farber, T. M., Locke, K. K., Sobotka, T. J., Green, S., Hurley, N. E., Peters, E. L., Story, G. E., Moreland, F. M., *et al.* (1977). Biochemical and cytogenetic effects in rats caused by short-term ingestion of Aroclor 1254 or Firemaster BP6. *J Toxicol Environ Health* **3**(4), 769-796.

Geller, A. M., Oshiro, W. M., Haykal-Coates, N., Kodavanti, P. R. S., and Bushnell, P. J. (2001). Gender-Dependent Behavioral and Sensory Effects of a Commercial Mixture of Polychlorinated Biphenyls (Aroclor 1254) in Rats. *Toxicological Sciences* **59**(2), 268-277.

Gellert, R. J., and Wilson, C. (1979). Reproductive function in rats exposed prenatally to pesticides and polychlorinated biphenyls (PCB). *Environ Res* **18**(2), 437-43.

Gilbert, S. G., and Eaton, D. L. (2009). Ethical, legal, social and professional issues in toxicology. In *General and Applied Toxicology*, 3rd ed. (B. Ballantyne, T. C. Marrs, and T. Swersen, Eds.), Vol. 2. Wiley.

Glauert, H. P., Tharappel, J. C., Lu, Z., Stemm, D., Banerjee, S., Chan, L. S., Lee, E. Y., Lehmler, H. J., Robertson, L. W., and Spear, B. T. (2008). Role of oxidative stress in the promoting activities of pcbs. *Environ Toxicol Pharmacol* **25**(2), 247-50.

Golden, R., and Kimbrough, R. (2009). Weight of evidence evaluation of potential human cancer risks from exposure to polychlorinated biphenyls: an update based on studies published since 2003. *Crit Rev Toxicol* **39**(4), 299-331.

Goldey, E. S., and Crofton, K. M. (1998). Thyroxine replacement attenuates hypothyroxinemia, hearing loss, and motor deficits following developmental exposure to Aroclor 1254 in rats. *Toxicol Sci* **45**(1), 94-105.

Goldey, E. S., Kehn, L. S., Lau, C., Rehnberg, G. L., and Crofton, K. M. (1995). Developmental exposure to polychlorinated biphenyls (Aroclor 1254) reduces circulating thyroid hormone concentrations and causes hearing deficits in rats. *Toxicol Appl Pharmacol* **135**(1), 77-88.

1006

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Gralewicz, S., Wiaderna, D., Lutz, P., and Sitarek, K. (2009). Neurobehavioural functions in adult progeny of rat mothers exposed to methylmercury or 2,2', 4,4', 5,5'-hexachlorobiphenyl (PCB 153) alone or their combination during gestation and lactation. *Int J Occup Med Environ Health* **22**(3), 277-91.

Grant, K. (2014). *Vital statistics in rats. Rat health guide. A layman's guide to the health and nursing care of rats.* Available at: http://ratguide.com/health/basics/vital_statistics_in_rats.php. Accessed May 6, 2019.

Gray, L. E., Jr., Ostby, J., Marshall, R., and Andrews, J. (1993). Reproductive and thyroid effects of low-level polychlorinated biphenyl (Aroclor 1254) exposure. *Fundam Appl Toxicol* **20**(3), 288-94.

Green, S., Carr, J. V., Palmer, K. A., and Oswald, E. J. (1975a). Lack of cytogenetic effects in bone marrow and spermatogonial cells in rats treated with polychlorinated biphenyls (Aroclors 1242 and 1254). *Bull. Environ Contam Toxicol* **13**(1), 14-22.

Green, S., Sauro, F. M., and Friedman, L. (1975b). Lack of dominant lethality in rats treated with polychlorinated biphenyls (Aroclors 1242 and 1254). *Food Cosmet. Toxicol* **13**(5), 507-510.

Gupta, C. (2000). Reproductive malformation of the male offspring following maternal exposure to estrogenic chemicals. *Proc Soc Exp Biol Med* **224**(2), 61-8.

Haake, J. M., Safe, S., Mayura, K., and Phillips, T. D. (1987). Aroclor 1254 as an antagonist of the teratogenicity of 2,3,7,8-tetrachlorodibenzo-p-dioxin. *Toxicol Lett* **38**(3), 299-306.

Haave, M., Bernhard, A., Jellestad, F. K., Heegaard, E., Brattelid, T., and Lundebye, A. K. (2011). Long-term effects of environmentally relevant doses of 2,2',4,4',5,5' hexachlorobiphenyl (PCB153) on neurobehavioural development, health and spontaneous behaviour in maternally exposed mice. *Behavioral and brain functions : BBF* **7**, 3.

Halpern, L. K. (1948). Barnard Free Skin & Cancer Hospital. Letter to Monsanto Chemical Company Re: Project W-31 Aroclor (Report on patch-testing; TOXSTUDIES0091). 9/8/1948.

Halpern, L. K. (1949). Barnard Free Skin & Cancer Hospital. Letter to Monsanto Chemical Company Re: Project W-31 Aroclor (Report on patch-testing; TOXSTUDIES0092). 12/22/1949.

Halpern, L. K. (1951). Barnard Free Skin & Cancer Hospital. Project No. W-45 Pydraul F-9, Report on patch testing (TOXSTUDIES0098). 7/14/1951.

Hamelink, J. L., Waybrant, R. C., and Ball, R. C. (1971). A Proposal: Exchange Equilibria Control the Degree Chlorinated Hydrocarbons are Biologically Magnified in Lentic Environments. *Transactions of the American Fisheries Society* **100**(2), 207-214.

Hamilton, C. M., Dabbs, J. E., Cunningham, G. D., Vernetti, L. A., Mirsalis, J. C., and Snyder, R. D. (1997). Evaluation of positive controls for the in vitro unscheduled DNA synthesis assay using hepatocytes from induced (Aroclor 1254) and uninduced male cynomolgus monkey. *Environ Mol. Mutagen* **30**(3), 354-358.

Hany, J., Lilienthal, H., Sarasin, A., Roth-Harer, A., Fastabend, A., Dunemann, L., Lichtensteiger, W., and Winneke, G. (1999). Developmental exposure of rats to a reconstituted PCB mixture or aroclor 1254: effects on organ weights, aromatase activity, sex hormone levels, and sweet preference behavior. *Toxicol Appl Pharmacol* **158**(3), 231-43.

351

1007

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Harper, N., Connor, K., and Safe, S. (1993a). Immunotoxic potencies of polychlorinated biphenyl (PCB), dibenzofuran (PCDF) and dibenzo-p-dioxin (PCDD) congeners in C57BL/6 and DBA/2 mice. *Toxicology* **80**(2-3), 217-27.

Harper, N., Connor, K., Steinberg, M., and Safe, S. (1994). An enzyme-linked immunosorbent assay (ELISA) specific for antibodies to TNP-LPS detects alterations in serum immunoglobulins and isotype switching in C57BL/6 and DBA/2 mice exposed to 2,3,7,8-tetrachlorodibenzo-p-dioxin and related compounds. *Toxicology* **92**(1-3), 155-67.

Harper, N., Connor, K., Steinberg, M., and Safe, S. (1995). Immunosuppressive activity of polychlorinated biphenyl mixtures and congeners: nonadditive (antagonistic) interactions. *Fundam Appl Toxicol* **27**(1), 131-9.

Harper, N., Howie, L., Connor, K., Dickerson, R., and Safe, S. (1993b). Immunosuppressive effects of highly chlorinated biphenyls and diphenyl ethers on T-cell dependent and independent antigens in mice. *Toxicology* **85**(2-3), 123-35.

Harrill, J. A., Layko, D., Nyska, A., Hukkanen, R. R., Manno, R. A., Grassetti, A., Lawson, M., Martin, G., Budinsky, R. A., Rowlands, J. C., *et al.* (2016). Aryl hydrocarbon receptor knockout rats are insensitive to the pathological effects of repeated oral exposure to 2,3,7,8-tetrachlorodibenzo-p-dioxin. *J Appl Toxicol* **36**(6), 802-14.

Hartwell, J. L. (1941). Survey of compounds which have been tested for carcinogenic activity. National Cancer Institute, National Institute of Health, United States Public Health Service.

Hartwell, J. L. (1951). Survey of compounds which have been tested for carcinogenic activity. 2nd Ed. National Cancer Institute, National Institute of Health, United States Public Health Service Publication No. 149.

Harvard Library (2018). *Cecil Kent Drinker, 1887-1956. Papers, 1898-1958: Finding Aid.* Available at: https://hollisarchives.lib.harvard.edu/repositories/14/resources/4572. Accessed 11/16/18.

Hattula, M. L. (1985). Mutagenicity of PCBs and their pyrosynthetic derivatives in cell-mediated assay. *Environ Health Perspect* **60**, 255-257.

Hayes, A. W. (2014). *Hayes' Principles and Methods of Toxicology*, 6th ed. CRC Press: Taylor & Francis, Boca Raton.

Hedenskog, M., Sjogren, M., Cederberg, H., and Rannug, U. (1997). Induction of germline-length mutations at the minisatellites PC-1 and PC-2 in male mice exposed to polychlorinated biphenyls and diesel exhaust emissions. *Environ Mol. Mutagen* **30**(3), 254-259.

Herr, D. W., Goldey, E. S., and Crofton, K. M. (1996). Developmental exposure to Aroclor 1254 produces low-frequency alterations in adult rat brainstem auditory evoked responses. *Fundam Appl Toxicol* **33**(1), 120-8.

Herr, D. W., Graff, J. E., Derr-Yellin, E. C., Crofton, K. M., and Kodavanti, P. R. (2001). Flash-, somatosensory-, and peripheral nerve-evoked potentials in rats perinatally exposed to Aroclor 1254. *Neurotoxicol Teratol* **23**(6), 591-601.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Holene, E., Nafstad, I., Skaare, J. U., Bernhoft, A., Engen, P., and Sagvolden, T. (1995). Behavioral effects of pre- and postnatal exposure to individual polychlorinated biphenyl congeners in rats. *Environmental Toxicology and Chemistry* **14**(6), 967-976.

Holene, E., Nafstad, I., Skaare, J. U., Krogh, H., and Sagvolden, T. (1999). Behavioural effects in female rats of postnatal exposure to sub-toxic doses of polychlorinated biphenyl congener 153. *Acta Paediatr Suppl* **88**(429), 55-63.

Holene, E., Nafstad, I., Skaare, J. U., and Sagvolden, T. (1998). Behavioural hyperactivity in rats following postnatal exposure to sub-toxic doses of polychlorinated biphenyl congeners 153 and 126. *Behav Brain Res* **94**(1), 213-24.

Hong, C. S., Bush, B., Xiao, J., and Qiao, H. (1993). Toxic potential of non-ortho and mono-ortho coplanar polychlorinated biphenyls in Aroclors, seals, and humans. *Arch Environ Contam Toxicol* **25**(1), 118-23.

Hsu, P. C., Pan, M. H., Li, L. A., Chen, C. J., Tsai, S. S., and Guo, Y. L. (2007). Exposure in utero to 2,2',3,3',4,6'-hexachlorobiphenyl (PCB 132) impairs sperm function and alters testicular apoptosis-related gene expression in rat offspring. *Toxicol Appl Pharmacol* **221**(1), 68-75.

Hu, X., Adamcakova-Dodd, A., Lehmler, H. J., Hu, D., Hornbuckle, K., and Thorne, P. S. (2012). Subchronic inhalation exposure study of an airborne polychlorinated biphenyl mixture resembling the Chicago ambient air congener profile. *Environ Sci Technol* **46**(17), 9653-62.

Hu, X., Adamcakova-Dodd, A., Lehmler, H. J., Hu, D., Kania-Korwel, I., Hornbuckle, K. C., and Thorne, P. S. (2010). Time course of congener uptake and elimination in rats after short-term inhalation exposure to an airborne polychlorinated biphenyl (PCB) mixture. *Environ Sci Technol* **44**(17), 6893-900.

Hueper, W. C., Wiley, F. H., and Wolfe, H. D. (1938). Experimental production of bladder tumors in dogs by administration of beta-naphthylamine. *J Indust Hyg Tox* **20**, 113-133.

Huff, J. (2007). Benzene-induced cancers: abridged history and occupational health impact. *Int J Occup Environ Health* **13**(2), 213-221.

Hufgard, J. R., Sprowles, J. L. N., Pitzer, E. M., Koch, S. E., Jiang, M., Wang, Q., Zhang, X., Biesiada, J., Rubinstein, J., Puga, A., *et al.* (2019). Prenatal exposure to PCBs in Cyp1a2 knock-out mice interferes with F1 fertility, impairs long-term potentiation, reduces acoustic startle and impairs conditioned freezing contextual memory with minimal transgenerational effects. *J Appl Toxicol* **39**(4), 603-621.

Hunt, E. G., and Bischoff, A. I. (1960). Inimical effects on wildlife of periodic DDD applications to Clear Lake. *Calif. Fish Game* **46**(1), 91-105.

Hutz, R. J., Carvan, M. J., Baldridge, M. G., Conley, L. K., and Heiden, T. K. (2006). Environmental toxicants and effects on female reproductive function. *Trends in reproductive biology* **2**, 1-11.

IARC, and World Health Organization (1972). *Volume 1: IARC Monographs on the Evaluation of Carcinogenic Risk of Chemicals to Man*, Vol. 1. International Agency for Research on Cancer, Lyon, France. IARC Monographs on the Evaluation of Carcinogenic Risk of Chemicals to Man.

IBT (1971a). Report to Monsanto Company - Two-year chronic oral toxicity with Aroclor 1242 in Albino rats. Nov 12.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

IBT (1971b). Report to Monsanto Company - Two-year chronic oral toxicity with Aroclor 1254 in Albino rats. Nov 12.

IBT (1971c). Report to Monsanto Company - Two-year chronic oral toxicity with Aroclor 1260 in Albino rats. Nov 12.

Imanishi, J., Nomura, H., Matsubara, M., Kita, M., Won, S. J., Mizutani, T., and Kishida, T. (1980). Effect of polychlorinated biphenyl on viral infections in mice. *Infect Immun* **29**(1), 275-7.

Industrial Bio-Test Laboratories (1963a). Report to Monsanto Chemical Company Sub Acute Dermal toxicity of Aroclor 1221 (TOXSTUDIES0583). 3/28/1963.

Industrial Bio-Test Laboratories (1963b). Report to Monsanto Chemical Company Sub Acute Dermal Toxicity of Aroclor 1254 (TOXSTUDIES0602). 3/29/1963.

Industrial Bio-Test Laboratories (1963c). Report to Monsanto Chemical Company Sub Acute Dermal toxicity of Aroclor 1268 (TOXSTUDIES0566). 3/28/1963.

Industrial Bio-Test Laboratories (1963d). Report to Monsanto Chemical Company Sub Acute Dermal Toxicity of Aroclor 4465 (TOXSTUDIES0620). 5/17/1963.

Industrial Bio-Test Laboratories (1963e). Report to Monsanto Chemical Company, Sub Acute Dermal Toxicity of Aroclor 1242 (TOXSTUDIES0549). 3/27/1963.

Industrial Bio-Test Laboratories (1963f). Report to Monsanto Chemical Company, Sub Acute Dermal Toxicity of Aroclor 1248 (TOXSTUDIES0533). 3/4/1963.

Industrial Bio-Test Laboratories (1969a). Report to Monsanto Company 30-day Tissue Collection Study in Albino Rats with Aroclors (TOXSTUDIES0766). 4/15/1969.

Industrial Bio-Test Laboratories (1969b). Report to Monsanto Company Chicken Residue Studies on Aroclors and Various Other Materials BLT- Aroclor. IBT No. J7010 (TOXSTUDIES0773). 4/23/1969.

Industrial Bio-Test Laboratories (1969c). Report to Monsanto Company Four Day Fish Toxicity Studies on Seven Materials IBT No. A7204 (TOXSTUDIES0798). 6/13/1969.

Industrial Bio-Test Laboratories (1970). Toxicity, Reproduction and Residue Study on Aroclor 1242, LOT AK-255; Aroclor 1254, LOT AK-38; Aroclor 1260, LOT AK-3 in White Leghorn Chickens. IBT No. J7300. (TOXSTUDIES0864). 6/4/1970.

Industrial Bio-Test Laboratories (1971a). Report to Monsanto Company - Acute toxicity studies with Aroclor 1221, Aroclor 5442, and MCS 1016. IBT No. 9378 (TOXSTUDIES1008). 3/25/1971.

Industrial Bio-Test Laboratories (1971b). Report to Monsanto Company - Acute vapor inhalation toxicity study with MCS 1016 in Albino rats. IBT No. 9379 (TOXSTUDIES1002). 1/28/1971.

Industrial Bio-test Laboratories (1971c). Report to Monsanto Company - Ninety-day subacute oral toxicity study with Aroclor 1221 in Beagle dogs. IBT No. C9885(TOXSTUDIES1799). 12/30/1971.

Industrial Bio-test Laboratories (1971d). Report to Monsanto Company - Teratogenic study with Aroclor 1242 in Albino rats (TOXSTUDIES1111). 9/8/1971.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Industrial Bio-test Laboratories (1971e). Report to Monsanto Company - Teratogenic study with Aroclor 1254 in Albino rats. IBT No. B9351 (TOXSTUDIES1091). 9/8/1971.

Industrial Bio-test Laboratories (1971f). Report to Monsanto Company - Teratogenic study with Aroclor 1260 in Albino rats. IBT No. B9352 (TOXSTUDIES1129). 9/9/1971.

Industrial Bio-test Laboratories (1971g). Report to Monsanto Company - Three-generation reproduction study with Aroclor 1242 in Albino rats. IBT No. B7297 (TOXSTUDIES1147). 11/1/1971.

Industrial Bio-test Laboratories (1971h). Report to Monsanto Company - Three-generation reproduction study with Aroclor 1254 in Albino rats. IBT No. B7297 (TOXSTUDIES1426). 11/1/1971.

Industrial Bio-test Laboratories (1971i). Report to Monsanto Company - Three-generation reproduction study with Aroclor 1260 in Albino rats. IBT No. B7297 (TOXSTUDIES1477). 11/4/1971.

Industrial Bio-test Laboratories (1971j). Report to Monsanto Company - Toxicity, reproduction, and residue study with Aroclor 1242, Lot #AK-255 in white Leghorn chickens. IBT No. J8746 (TOXSTUDIES1049). 6/15/1971.

Industrial Bio-test Laboratories (1971k). Report to Monsanto Company - Two-year chronic oral toxicity study with Aroclor 1242 in Beagle dogs. IBT No. C7299 (TOXSTUDIES1276). 11/1/1971.

Industrial Bio-test Laboratories (1971l). Report to Monsanto Company - Two-year chronic oral toxicity study with Aroclor 1254 in Beagle dogs. IBT No. C7299 (TOXSTUDIES1198). 11/1/1971.

Industrial Bio-test Laboratories (1971m). Report to Monsanto Company - Two-year chronic oral toxicity study with Aroclor 1260 in Beagle dogs. IBT No. C7299 (TOXSTUDIES1351). 11/1/1971.

Industrial Bio-test Laboratories (1971n). Report to Monsanto Company - Two-year chronic oral toxicity with Aroclor 1242 in Albino rats. IBT No. B7298 (TOXSTUDIES1702). 11/12/1971.

Industrial Bio-test Laboratories (1971o). Report to Monsanto Company - Two-year chronic oral toxicity with Aroclor 1254 in Albino rats. IBT No. B7298 (TOXSTUDIES1612). 11/12/1971.

Industrial Bio-test Laboratories (1971p). Report to Monsanto Company - Two-year chronic oral toxicity with Aroclor 1260 in Albino rats. IBT No. B7298 (TOXSTUDIES1525). 11/12/1971.

Industrial Bio-test Laboratories (1971q). Toxicological Studies of Three Polychlorinated Biphenyls (TOXSTUDIES1854).

Industrial Bio-test Laboratories (1972a). Report to Monsanto Company - 90-day subacute oral toxicity study with Aroclor 1221 in Albino rats. IBT No. B9887 (TOXSTUDIES2049). 4/28/1972.

Industrial Bio-test Laboratories (1972b). Report to Monsanto Company - 90-day subacute oral toxicity study with MCS 1016 in Albino rats. IBT No. B9888 (TOXSTUDIES2017). 4/28/1972.

Industrial Bio-test Laboratories (1972c). Report to Monsanto Company - 90-day subacute oral toxicity study with MCS 1016 in Beagle dogs. IBT No. C9887 (TOXSTUDIES1962). 1/31/1972.

Industrial Bio-test Laboratories (1972d). Report to Monsanto Company - Four-day fish toxicity studies with Aroclor 1242, Aroclor 1254, and Aroclor 1260 in Bluegills and Channel catfish. IBT No. A8570 (TOXSTUDIES2137). 11/17/1972.

355

1011

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Industrial Bio-test Laboratories (1972e). Report to Monsanto Company - Four-day static fish toxicity studies in Rainbow Trout and Bluegills. IBT No. A1887 (TOXSTUDIES1871). 1/1/1972.

Industrial Bio-test Laboratories (1972f). Report to Monsanto Company - Four-day static fish toxicity studies in Rainbow Trout. IBT No. A1973 (TOXSTUDIES1869). 1/1/1972.

Industrial Bio-test Laboratories (1972g). Report to Monsanto Company - Four-day static fish toxicity studies with Aroclor 1221, Aroclor 5432, Aroclor 5442, Aroclor 5460, and MCS 1016 in Bluegills and Channel Catfish. IBT No. A9380 (TOXSTUDIES1873). 1/12/1972.

Industrial Bio-test Laboratories (1972h). Report to Monsanto Company - Mutagenetic study with Aroclor 1242 in Albino mice. IBT No. E621 (TOXSTUDIES1944). 1/13/1972.

Industrial Bio-test Laboratories (1972i). Report to Monsanto Company - Mutagenetic study with Aroclor 1254 in Albino mice. IBT No. E622 (TOXSTUDIES1928). 1/13/1972.

Industrial Bio-test Laboratories (1972j). Report to Monsanto Company - Mutagenetic study with Aroclor 1260 in Albino mice. IBT No. E623 (TOXSTUDIES1911). 1/13/1972.

Industrial Bio-test Laboratories (1972k). Report to Monsanto Company - Toxicity, reproduction and residue study with MCS 1016 in White Leghorn chickens. IBT No. J899 (TOXSTUDIES2081). 6/20/1972.

Industrial Bio-test Laboratories (1972l). Report to Monsanto Company - Toxicity, reproduction and residue study with MCS 1221 in White Leghorn chickens. IBT No. J900 (TOXSTUDIES2109). 6/20/1972.

International Programme on Chemical Safety (1996). *Environmental Health Criteria 180. Principles and methods for assessing direct immunotoxicity associated with exposure to chemicals*. World Health Organization, Geneva.

Ito, N., Nagasaki, H., and Arai, M. (1973a). Interactions of liver tumorigenesis in mice treated with technical polychlorinated biphenyls (PCBs) and benzene hexachloride (BHC). In *New Methods in Environmental Chemistry and Toxicology*. International Academy Printing Company, Japan.

Ito, N., Nagasaki, H., Arai, M., Makiura, S., Sugihara, S., and Hirao, K. (1973b). Histopathologic studies on liver tumorigenesis induced in mice by technical polychlorinated biphenyls and its promoting effect on liver tumors induced by benzene hexachloride. *JNCI* **51**(5), 1637-1646.

Ito, N., Nagasaki, H., Makiura, S., and Arai, M. (1974). Histopathological studies on liver tumorigenesis in rats treated with polychlorinated biphenyls. *GANN* **65**(6), 545-549.

Jackson, A. L., and Loeb, L. A. (2001). The contribution of endogenous sources of DNA damage to the multiple mutations in cancer. *Mutat Res* **477**(1-2), 7-21.

Johansen, E. B., Fonnum, F., Lausund, P. L., Walaas, S. I., Baerland, N. E., Woien, G., and Sagvolden, T. (2014). Behavioral changes following PCB 153 exposure in the spontaneous hypertensive rat - an animal model of Attention-Deficit/Hyperactivity Disorder. *Behavioral and brain functions : BBF* **10**, 1.

Johansen, E. B., Knoff, M., Fonnum, F., Lausund, P. L., Walaas, S. I., Woien, G., and Sagvolden, T. (2011). Postnatal exposure to PCB 153 and PCB 180, but not to PCB 52, produces changes in activity level and stimulus control in outbred male Wistar Kyoto rats. *Behavioral and brain functions : BBF* **7**, 18.

1012

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Johansson, F., Allkvist, A., Erixon, K., Malmvarn, A., Nilsson, R., Bergman, A., Helleday, T., and Jenssen, D. (2004). Screening for genotoxicity using the DRAG assay: investigation of halogenated environmental contaminants. *Mutat. Res* **563**(1), 35-47.

Johnson, C. W., Williams, W. C., Copeland, C. B., DeVito, M. J., and Smialowicz, R. J. (2000). Sensitivity of the SRBC PFC assay versus ELISA for detection of immunosuppression by TCDD and TCDD-like congeners. *Toxicology* **156**(1), 1-11.

Johnson, K. L., Cummings, A. M., and Birnbaum, L. S. (1997). Promotion of endometriosis in mice by polychlorinated dibenzo-p-dioxins, dibenzofurans, and biphenyls. *Environ Health Perspect* **105**(7), 750-5.

Jolous-Jamshidi, B., Cromwell, H. C., McFarland, A. M., and Meserve, L. A. (2010). Perinatal exposure to polychlorinated biphenyls alters social behaviors in rats. *Toxicol Lett* **199**(2), 136-43.

Jones, J. W., and Alden, H. S. (1936). An acneform dermatergosis. *Arch Derm Syphilol* **33**(6), 1022-1034.

Jonsson, H. T., Jr., Keil, J. E., Gaddy, R. G., Loadholt, C. B., Hennigar, G. R., and Walker, E. M., Jr. (1975). Prolonged ingestion of commercial DDT and PCB; effects on progesterone levels and reproduction in the mature female rat. *Arch Environ Contam Toxicol* **3**(4), 479-90.

Kafkafi, N., Agassi, J., Chesler, E. J., Crabbe, J. C., Crusio, W. E., Eilam, D., Gerlai, R., Golani, I., Gomez-Marin, A., Heller, R., *et al.* (2018). Reproducibility and replicability of rodent phenotyping in preclinical studies. *Neuroscience and biobehavioral reviews* **87**, 218-232.

Kaplan, B. L. F., Sulentic, C. E. W., Holsapple, M. P., and Kaminski, N. E. (2013). Toxic Responses of the Immune System. In *Casarett and Doull's Toxicology. The Basic Science of Poisons*, 8th ed. (C. D. Klaasen, Ed.), pp. 559-638. McGraw Hill Medical, New York.

Karkaba, A., Soualeh, N., Soulimani, R., and Bouayed, J. (2017). Perinatal effects of exposure to PCBs on social preferences in young adult and middle-aged offspring mice. *Hormones and behavior* **96**, 137-146.

Kato, T., Yakushiji, M., Tsuda, H., Arima, A., and Takahashi, K. (1972). Polychlorobiphenyls (PCB) induced fetopathy. II. Experimental studies: possible placental transfer of polychlorobiphenyls in rats. *The Kurume medical journal* **19**(1), 53-9.

Kaya, H., Hany, J., Fastabend, A., Roth-Harer, A., Winneke, G., and Lilienthal, H. (2002). Effects of maternal exposure to a reconstituted mixture of polychlorinated biphenyls on sex-dependent behaviors and steroid hormone concentrations in rats: dose-response relationship. *Toxicol Appl Pharmacol* **178**(2), 71-81.

Kenet, T., Froemke, R. C., Schreiner, C. E., Pessah, I. N., and Merzenich, M. M. (2007). Perinatal exposure to a noncoplanar polychlorinated biphenyl alters tonotopy, receptive fields, and plasticity in rat primary auditory cortex. *Proc Natl Acad Sci U S A* **104**(18), 7646-51.

Kennaway, E. L. (1930). Further experiments on cancer-producing substances. *Biochemical Journal* **24**(2), 497.

Keplinger, M. L., Fancher, O. E., and Calandra, J. C. (1971). Toxicological Studies with Polychlorinated Biphenyls (TOXSTUDIES0996).

Kerkvliet, N. I. (1995). Immunological effects of chlorinated dibenzo-p-dioxins. *Environ Health Perspect* **103 Suppl 9**, 47-53.

1013

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Kerkvliet, N. I. (2009). AHR-mediated immunomodulation: the role of altered gene transcription. *Biochem Pharmacol* **77**(4), 746-60.

Kerkvliet, N. I., and Baecher-Steppan, L. (1988). Suppression of allograft immunity by 3,4,5,3',4',5'-hexachlorobiphenyl. I. Effects of exposure on tumor rejection and cytotoxic T cell activity in vivo. *Immunopharmacology* **16**(1), 1-12.

Kerkvliet, N. I., Baecher-Steppan, L., Smith, B. B., Youngberg, J. A., Henderson, M. C., and Buhler, D. R. (1990). Role of the Ah locus in suppression of cytotoxic T lymphocyte activity by halogenated aromatic hydrocarbons (PCBs and TCDD): structure-activity relationships and effects in C57Bl/6 mice congenic at the Ah locus. *Fundam Appl Toxicol* **14**(3), 532-41.

Kietz, S., and Fischer, B. (2003). Polychlorinated biphenyls affect gene expression in the rabbit preimplantation embryo. *Molecular reproduction and development* **64**(3), 251-60.

Kimbrough, R. D., Squire, R. A., Linder, R. E., Strandberg, J. D., Montalli, R. J., and Burse, V. W. (1975). Induction of liver tumor in Sherman strain female rats by polychlorinated biphenyl aroclor 1260. *J Natl. Cancer Inst* **55**(6), 1453-1459.

Kimura, N. T., Kanematsu, T., and Baba, T. (1976). Polychlorinated biphenyl(s) as a promotor in experimental hepatocarcinogenesis in rats. *Zeitschrift fur Krebsforschung und klinische Onkologie. Cancer research and clinical oncology* **87**(3), 257-266.

King, D. W., Fenoglio, C. M., and Lefkowitch, J. H. (1983). *General Pathology: Principles and Dynamics*. Lea & Febiger, Philadelphia.

Klaunig, J. E. (2013). Chemical carcinogenesis. In *Casarett and Doull's Toxicology: the Basic Science of Poisons*, 8th ed. (C. D. Klaassen, Ed.), pp. 393-443. McGraw Hill, New York.

Kleinstreuer, N. C., Sullivan, K., Allen, D., Edwards, S., Mendrick, D. L., Embry, M., Matheson, J., Rowlands, J. C., Munn, S., Maull, E., *et al.* (2016). Adverse outcome pathways: From research to regulation scientific workshop report. *Regul Toxicol Pharmacol* **76**, 39-50.

Knerr, S., and Schrenk, D. (2006). Carcinogenicity of "non-dioxinlike" polychlorinated biphenyls. *Crit Rev Toxicol* **36**(9), 663-94.

Kobayashi, K., Miyagawa, M., Wang, R.-S., Suda, M., Sekiguchi, S., and Honma, T. (2018). In utero exposure to 2,2',4,4',5,5'-hexachlorobiphenyl accelerates the onset of eye opening in rat offspring. *Fundamental Toxicological Sciences* **5**(4), 153-159.

Kobayashi, K., Miyagawa, M., Wang, R. S., Suda, M., Sekiguchi, S., and Honma, T. (2008). Effects of in utero exposure to 2,2',4,4',5,5'-hexachlorobiphenyl (PCB 153) on somatic growth and endocrine status in rat offspring. *Congenit Anom (Kyoto)* **48**(4), 151-7.

Kobayashi, K., Miyagawa, M., Wang, R. S., Suda, M., Sekiguchi, S., and Honma, T. (2009). Effects of in utero exposure to 2,2',4,4',5,5'-hexachlorobiphenyl on postnatal development and thyroid function in rat offspring. *Ind Health* **47**(2), 189-97.

Kodavanti, P. R. (2005). Neurotoxicity of persistent organic pollutants: possible mode(s) of action and further considerations. *Dose Response* **3**(3), 273-305.

358

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Kodavanti, P. R., Kannan, N., Yamashita, N., Derr-Yellin, E. C., Ward, T. R., Burgin, D. E., Tilson, H. A., and Birnbaum, L. S. (2001). Differential effects of two lots of Aroclor 1254: congener-specific analysis and neurochemical end points. *Environ Health Perspect* **109**(11), 1153-61.

Koller, L. D. (1977). Enhanced polychlorinated biphenyl lesions in Moloney leukemia virus-infected mice. *Clin Toxicol* **11**(1), 107-16.

Koller, L. D., Exon, J. H., Moore, S. A., and Watanabe, P. G. (1983a). Evaluation of ELISA for detecting in vivo chemical immunomodulation. *J Toxicol Environ Health* **11**(1), 15-22.

Koller, L. D., Exon, J. H., and Norbury, K. C. (1983b). Induction of humoral immunity to protein antigen without adjuvant in rats exposed to immunosuppressive chemicals. *J Toxicol Environ Health* **12**(2-3), 173-81.

Koller, L. D., and Thigpen, J. E. (1973). Biphenyl-exposed rabbits. *Am J Vet Res* **34**(12), 1605-6.

Kornbrust, D., and Dietz, D. (1985). Aroclor 1254 pretreatment effects on DNA repair in rat hepatocytes elicited by in vivo or in vitro exposure to various chemicals. *Environ Mutagen* **7**(6), 857-870.

Kostyniak, P. J., Hansen, L. G., Widholm, J. J., Fitzpatrick, R. D., Olson, J. R., Helferich, J. L., Kim, K. H., Sable, H. J. K., Seegal, R. F., Pessah, I. N., *et al.* (2005). Formulation and Characterization of an Experimental PCB Mixture Designed to Mimic Human Exposure from Contaminated Fish. *Toxicological Sciences* **88**(2), 400-411.

Kreitinger, J. M., Beamer, C. A., and Shepherd, D. M. (2016). Environmental Immunology: Lessons Learned from Exposure to a Select Panel of Immunotoxicants. *J Immunol* **196**(8), 3217-25.

Kuiper, J., Moran, M., and Cetkovic-Cvrlje, M. (2016). Exposure to polychlorinated biphenyl-153 decreases incidence of autoimmune Type 1 diabetes in non-obese diabetic mice. *J Immunotoxicol* **13**(6), 850-860.

Kuriyama, S. N., and Chahoud, I. (2004). In utero exposure to low-dose 2,3',4,4',5-pentachlorobiphenyl (PCB 118) impairs male fertility and alters neurobehavior in rat offspring. *Toxicology* **202**(3), 185-97.

Larsson, M., van den Berg, M., Brenerova, P., van Duursen, M. B., van Ede, K. I., Lohr, C., Luecke-Johansson, S., Machala, M., Neser, S., Pencikova, K., *et al.* (2015). Consensus toxicity factors for polychlorinated dibenzo-p-dioxins, dibenzofurans, and biphenyls combining in silico models and extensive in vitro screening of AhR-mediated effects in human and rodent cells. *Chem Res Toxicol* **28**(4), 641-650.

Lasky, R. E., Widholm, J. J., Crofton, K. M., and Schantz, S. L. (2002). Perinatal exposure to Aroclor 1254 impairs distortion product otoacoustic emissions (DPOAEs) in rats. *Toxicol Sci* **68**(2), 458-64.

Lecavalier, P., Chu, I., Yagminas, A., Villeneuve, D. C., Poon, R., Feeley, M., Hakansson, H., Ahlborg, U. G., Valli, V. E., Bergman, A., *et al.* (1997). Subchronic toxicity of 2,2',3,3',4,4'-hexachlorobiphenyl in rats. *J Toxicol Environ Health* **51**(3), 265-77.

Levin, E. D., Schantz, S. L., and Bowman, R. E. (1988). Delayed spatial alternation deficits resulting from perinatal PCB exposure in monkeys. *Arch Toxicol* **62**(4), 267-73.

Li, M. H., and Hansen, L. G. (1995). Uterotropic and enzyme induction effects of 2,2',5-trichlorobiphenyl. *Bull Environ Contam Toxicol* **54**(4), 494-500.

359

1015

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Lilienthal, H., Heikkinen, P., Andersson, P. L., van der Ven, L. T., and Viluksela, M. (2011). Auditory effects of developmental exposure to purity-controlled polychlorinated biphenyls (PCB52 and PCB180) in rats. *Toxicol Sci* **122**(1), 100-11.

Lilienthal, H., Heikkinen, P., Andersson, P. L., and Viluksela, M. (2013). Sexually dimorphic behavior after developmental exposure to characterize endocrine-mediated effects of different non-dioxin-like PCBs in rats. *Toxicology* **311**(1-2), 52-60.

Lilienthal, H., Neuf, M., Munoz, C., and Winneke, G. (1990). Behavioral effects of pre- and postnatal exposure to a mixture of low chlorinated PCBs in rats. *Fundam Appl Toxicol* **15**(3), 457-67.

Lilienthal, H., and Winneke, G. (1991). Sensitive periods for behavioral toxicity of polychlorinated biphenyls: determination by cross-fostering in rats. *Fundam Appl Toxicol* **17**(2), 368-75.

Litton Bionetics, Inc. (1981). Final Report: Effects of PCB on the Reproductive Performance of the Rhesus Monkey (Macaca mulatta).

Liu, Y., Hu, K., Jia, H., Jin, G., Glatt, H., and Jiang, H. (2017). Potent mutagenicity of some non-planar tri- and tetrachlorinated biphenyls in mammalian cells, human CYP2E1 being a major activating enzyme. *Arch Toxicol* **91**(7), 2663-2676.

Loeb, L. A., and Harris, C. C. (2008). Advances in chemical carcinogenesis: A historical review and prospective. *Cancer Res* **68**(17), 6863-6872.

Long, M., Deutch, B., and Bonefeld-Jorgensen, E. C. (2007). AhR transcriptional activity in serum of Inuits across Greenlandic districts. *Environ Health* **6**, 32.

Loo, J. C., Tryphonas, H., Jordan, N., Brien, R., Karpinski, K. F., and Arnold, D. L. (1989). Effects of Aroclor 1254 on hydrocortisone levels in adult rhesus monkeys (Macaca mulatta). *Bull Environ Contam Toxicol* **43**(5), 667-9.

Loose, L. D., Pittman, K. A., Benitz, K. F., and Silkworth, J. B. (1977). Polychlorinated biphenyl and hexachlorobenzene induced humoral immunosuppression. *J Reticuloendothel Soc* **22**(3), 253-71.

Loose, L. D., Pittman, K. A., Benitz, K. F., Silkworth, J. B., Mueller, W., and Coulston, F. (1978a). Environmental chemical-induced immune dysfunction. *Ecotoxicol Environ Saf* **2**(2), 173-98.

Loose, L. D., Silkworth, J. B., Charbonneau, T., and Blumenstock, F. (1981). Environmental chemical-induced macrophage dysfunction. *Environ Health Perspect* **39**, 79-92.

Loose, L. D., Silkworth, J. B., Mudzinski, S. P., Pittman, K. A., Benitz, K. F., and Mueller, W. (1979). Modification of the immune response by organochlorine xenobiotics. *Drug Chem Toxicol* **2**(1-2), 111-32.

Loose, L. D., Silkworth, J. B., Pittman, K. A., Benitz, K. F., and Mueller, W. (1978b). Impaired host resistance to endotoxin and malaria in polychlorinated biphenyl- and hexachlorobenzene-treated mice. *Infect Immun* **20**(1), 30-5.

Lubet, R. A., Lemaire, B. N., Avery, D., and Kouri, R. E. (1986). Induction of immunotoxicity in mice by polyhalogenated biphenyls. *Arch Toxicol* **59**(2), 71-7.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Lucier, G. W., Nelson, K. G., Everson, R. B., Wong, T. K., Philpot, R. M., Tiernan, T., Taylor, M., and Sunahara, G. I. (1987). Placental markers of human exposure to polychlorinated biphenyls and polychlorinated dibenzofurans. *Environ Health Perspect* **76**, 79-87.

Ludford, R. J. (1925). XV. - The general and experimental cytology of cancer. *J Microsc* **45**(3), 249-292.

Luster, M. I., Dean, J. H., and Germolec, D. R. (2003). Consensus workshop on methods to evaluate developmental immunotoxicity. *Environ Health Perspect* **111**(4), 579-83.

Luster, M. I., Munson, A. E., Thomas, P. T., Holsapple, M. P., Fenters, J. D., White, K. L., Jr., Lauer, L. D., Germolec, D. R., Rosenthal, G. J., and Dean, J. H. (1988). Development of a testing battery to assess chemical-induced immunotoxicity: National Toxicology Program's guidelines for immunotoxicity evaluation in mice. *Fundam Appl Toxicol* **10**(1), 2-19.

Lyche, J., Larsen, H., Skaare, J. U., Tverdal, A., Dahl, E., Johansen, G., and Ropstad, E. (2004). Effects of perinatal exposure to low doses of PCB 153 and PCB 126 on lymphocyte proliferation and hematology in goat kids. *J Toxicol Environ Health A* **67**(11), 889-904.

Lyche, J. L., Larsen, H. J., Skaare, J. U., Tverdal, A., Johansen, G. M., and Ropstad, E. (2006). Perinatal exposure to low doses of PCB 153 and PCB 126 affects maternal and neonatal immunity in goat kids. *J Toxicol Environ Health A* **69**(1-2), 139-58.

Makiura, S., Aoe, H., Sugihara, S., Hirao, K., and Arai, M. (1974). Inhibitory effect of polychlorinated biphenyls on liver tumorigenesis in rats treated with 3'-methyl-4-dimethylaminoazobenzene, n-2-fluorenylacetamide, and diethylnitrosamine. *JNCI* **53**(5), 1253-1257.

Maranghi, F., Tassinari, R., Moracci, G., Altieri, I., Rasinger, J. D., Carroll, T. S., Hogstrand, C., Lundebye, A. K., and Mantovani, A. (2013). Dietary exposure of juvenile female mice to polyhalogenated seafood contaminants (HBCD, BDE-47, PCB-153, TCDD): comparative assessment of effects in potential target tissues. *Food Chem Toxicol* **56**, 443-9.

Mariussen, E., and Fonnum, F. (2006). Neurochemical targets and behavioral effects of organohalogen compounds: an update. *Crit Rev Toxicol* **36**(3), 253-89.

Marks, T. A., Kimmel, G. L., and Staples, R. E. (1981). Influence of symmetrical polychlorinated biphenyl isomers on embryo and fetal development in mice. I. Teratogenicity of 3, 3', 4, 4', 5, 5',-hexachlorobiphenyl. *Toxicol Appl Pharmacol* **61**(2), 269-76.

Marks, T. A., Kimmel, G. L., and Staples, R. E. (1989). Influence of symmetrical polychlorinated biphenyl isomers on embryo and fetal development in mice. II. Comparison of 4,4'-dichlorobiphenyl, 3,3',4,4'-tetrachlorobiphenyl, 3,3',5,5'-tetrachlorobiphenyl, and 3,3',4,4'-tetramethylbiphenyl. *Fundam Appl Toxicol* **13**(4), 681-93.

Martincorena, I., Raine, K. M., Gerstung, M., Dawson, K. J., Haase, K., Van Loo, P., Davies, H., Stratton, M. R., and Campbell, P. J. (2017). Universal Patterns of Selection in Cancer and Somatic Tissues. *Cell* **171**(5), 1029-1041.e21.

Mayes, B. A., McConnell, E. E., Neal, B. H., Brunner, M. J., Hamilton, S. B., Sullivan, T. M., Peters, A. C., Ryan, M. J., Toft, J. D., Singer, A. W., *et al.* (1998). Comparative carcinogenicity in Sprague-Dawley rats of the polychlorinated biphenyl mixtures Aroclors 1016, 1242, 1254, and 1260. *Toxicol Sci* **41**(1), 62-76.

1017

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Mayura, K., Spainhour, C. B., Howie, L., Safe, S., and Phillips, T. D. (1993). Teratogenicity and immunotoxicity of 3,3',4,4',5-pentachlorobiphenyl in C57BL/6 mice. *Toxicology* **77**(1-2), 123-31.

McCoy, G., Finlay, M. F., Rhone, A., James, K., and Cobb, G. P. (1995). Chronic polychlorinated biphenyls exposure on three generations of oldfield mice (Peromyscus polionotus): effects on reproduction, growth, and body residues. *Arch Environ Contam Toxicol* **28**(4), 431-5.

McNulty, W. P. (1985). Toxicity and fetotoxicity of TCDD, TCDF and PCB isomers in rhesus macaques (Macaca mulatta). *Environ Health Perspect* **60**, 77-88.

Meeker, J. D., and Hauser, R. (2010). Exposure to polychlorinated biphenyls (PCBs) and male reproduction. *Syst Biol Reprod Med* **56**(2), 122-31.

Meerts, I. A., Hoving, S., van den Berg, J. H., Weijers, B. M., Swarts, H. J., van der Beek, E. M., Bergman, A., Koeman, J. H., and Brouwer, A. (2004). Effects of in utero exposure to 4-hydroxy-2,3,3',4',5-pentachlorobiphenyl (4-OH-CB107) on developmental landmarks, steroid hormone levels, and female estrous cyclicity in rats. *Toxicol Sci* **82**(1), 259-67.

Meigs, J. W., Albom, J. J., and Kartin, B. L. (1954). Chloracne from an unusual exposure to arochlor. *J Am Med Assoc* **154**(17), 1417-8.

Mele, P. C., Bowman, R. E., and Levin, E. D. (1986). Behavioral evaluation of perinatal PCB exposure in rhesus monkeys: fixed-interval performance and reinforcement-omission. *Neurobehav Toxicol Teratol* **8**(2), 131-8.

Mendelsohn, W. (1935). The significance of abnormal mitosis in the development of malignancy. *Amer J Cancer* **24**(3), 626-636.

Mikkola, H. K., and Orkin, S. H. (2006). The journey of developing hematopoietic stem cells. *Development* **133**(19), 3733-44.

Miller, D. B., Gray, L. E., Jr., Andrews, J. E., Luebke, R. W., and Smialowicz, R. J. (1993). Repeated exposure to the polychlorinated biphenyl (Aroclor 1254) elevates the basal serum levels of corticosterone but does not affect the stress-induced rise. *Toxicology* **81**(3), 217-22.

Miller, J. W. (1944). Pathologic changes in animals exposed to a commercial chlorinated diphenyl. *Public Health Reports* **59**(33), 1085-1093.

Mitoma, C., Uchi, H., Tsukimori, K., Yamada, H., Akahane, M., Imamura, T., Utani, A., and Furue, M. (2015). Yusho and its latest findings-A review in studies conducted by the Yusho Group. *Environ Int* **82**, 41-8.

Monsanto Chemical Company The Aroclor Compounds (PCB-ARCH0143688).

Monsanto Chemical Company Monsanto Plasticizers (PCB-ARCH0632796).

Monsanto Chemical Company (1940). Plasticizers and Resins. Specifications and Application Data (PCB-ARCH0617319). May.

Monsanto Chemical Company (1943). The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0616206). April.

1018

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Monsanto Chemical Company (1947a). Aroclor Label (PCB-ARCH0454771). May.

Monsanto Chemical Company (1947b). The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0232133). August.

Monsanto Chemical Company (1954). Aroclor 1260 Label (PCB-ARCH0513073). August.

Monsanto Chemical Company (1955). An Indirect Aroclor Heater for Unit Chemical Operations. Monsanto Technical Bulletin No. O-130 (MONS076335, 0358627, PCB-ARCH0390200). October.

Monsanto Chemical Company (1957). Aroclor Label (PCB-ARCH0513071). February.

Monsanto Chemical Company (1958). Monsanto Dielectric Fluids: Aroclors, Pyroclor (MONS079882).

Monsanto Chemical Company (1960). Aroclor Plasticizers. Monsanto Technical Bulletin PL-306 (PCB-ARCH0266982). December.

Monsanto Chemical Company (1968a). Aroclor 1221 Chlorinated Polyphenyls Label (PCB-ARCH0530221). March.

Monsanto Chemical Company (1968b). Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306 (PCB-ARCH0522411). January.

Monsanto Chemical Company (1969). Therminol FR-1. Heat Transfer Medium Label (PCB-ARCH0513280). August.

Monsanto Chemical Company (1970). Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306A (PCB-ARCH0298272). August.

Monsanto Company (1983). Monsato Handling of IBT. WATER_PCB-00059730.

Moore, J. A., Hardisty, J. F., Banas, D. A., and Smith, M. A. (1994). A comparison of liver tumor diagnoses from seven PCB studies in rats. *Regul. Toxicol Pharmacol* **20**(3 Pt 1), 362-370.

Morgan, R. W., Ward, J. M., and Hartman, P. E. (1981). Aroclor 1254-induced intestinal metaplasia and adenocarcinoma in the glandular stomach of F344 rats. *Cancer Res* **41**(12 Pt 1), 5052-5059.

Morrissey, R. E., Harris, M. W., Diliberto, J. J., and Birnbaum, L. S. (1992). Limited PCB antagonism of TCDD-induced malformations in mice. *Toxicol Lett* **60**(1), 19-25.

Nagasaki, H., Tomii, S., Mega, T., Marugami, M., and Ito, N. (1972). Communication - Hepatocarcinogenicity of polychlorinated biphenyls in mice. *GANN* **63**(6), 805.

Nair, A. B., and Jacob, S. (2016). A simple practice guide for dose conversion between animals and human. *Journal of basic and clinical pharmacy* **7**(2), 27-31.

Nath, R. G., Randerath, E., and Randerath, K. (1991). Short-term effects of the tumor promoting polychlorinated biphenyl mixture, Aroclor 1254, on I-compounds in liver, kidney and lung DNA of male Sprague-Dawley rats. *Toxicology* **68**(3), 275-289.

National Cancer Institute (1976). Guidelines for carcinogen bioassay in small rodents. *Natl Cancer Inst Carcinog Tech Rep Ser.* Feb.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

National Institutes of Health (1978). News Release. For release in A.M. papers, Friday, April 21, 1978. Availability of a report on animal tests of Aroclor 1254 for cancer-causing activity (carcinogenicity) was announced by HEW's National Cancer Institute in today's Federal Register.

National Research Council (1983). The Nature of Risk Assessment. In *Risk Assessment in the Federal Government: Managing the Process*, pp. 17-50. National Academy of Sciences, Washington DC.

NCI (1978). Bioassay of Aroclor 1254 for possible carcinogenicity. *Carcinogenesis - Technical Report Series No. 38.*

NCI (1979). Bioassay of 2,5-dithiobiurea for possible carcinogenicity. *Carcinogenesis - Technical Report Series No. 132.*

Nelson, D. R., Zeldin, D. C., Hoffman, S. M., Maltais, L. J., Wain, H. M., and Nebert, D. W. (2004). Comparison of cytochrome P450 (CYP) genes from the mouse and human genomes, including nomenclature recommendations for genes, pseudogenes and alternative-splice variants. *Pharmacogenetics* **14**(1), 1-18.

Nguon, K., Baxter, M. G., and Sajdel-Sulkowska, E. M. (2005). Perinatal exposure to polychlorinated biphenyls differentially affects cerebellar development and motor functions in male and female rat neonates. *Cerebellum (London, England)* **4**(2), 112-22.

Nishizumi, M. (1979). Effect of phenobarbital, dichlorodiphenyltrichloroethane, and polychlorinated biphenyls on diethylnitrosamine-induced hepatocarcinogenesis. *Gan* **70**(6), 835-837.

Niwa, T., Murayama, N., Imagawa, Y., and Yamazaki, H. (2015). Regioselective hydroxylation of steroid hormones by human cytochromes P450. *Drug Metab Rev* **47**(2), 89-110.

Norback, D. H., and Weltman, R. H. (1985). Polychlorinated biphenyl induction of hepatocellular carcinoma in the Sprague-Dawley rat. *Environ Health Perspect* **60**, 97-105.

NTP (1976). TR-2 Carcinogenesis Bioassay of Trichloroethylene. February.

NTP (1977). TR 13. Bioassay of Tetrachloroethylene for Possible Carcinogenicity. CAS No. 127-18-4. *Carcinogenesis.*

NTP (1988). TR-273 Toxicology and Carcinogenesis Studies of Trichloroethylene (CAS No. 79-01-6) in Four Strains of Rats (ACI, August, Marshall, Osborne-Mendal) (Gavage Studies). April.

NTP (1993). NTP toxicology and carcinogenesis studies of ethylene glycol (CAS No. 107-21-1) in B6C3F1 mice (feed studies). *National Toxicology Program - Technical Report Series* **413**.

NTP (2006a). NTP technical report on the toxicology and carcinogenesis studies of 2,2',4,4'5,5'-hexachlorobiphenyl (PCB 153) in female Harlan Sprague-Dawley Rats. *National Toxicology Program - Technical Report* **529**.

NTP (2006b). NTP technical report on the toxicology and carcinogenesis studies of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) (CAS No. 1746-01-6) in female Harlan Sprague-Dawley rats (gavage studies). *National Toxicology Program - Technical Report* **521**.

364

1020

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

NTP (2006c). NTP technical report on the toxicology and carcinogenesis studies of 3,3',4,4',5-pentachlorobiphenyl (PCB 126) in female Harlan Sprague-Dawley Rats. *National Toxicology Program - Technical Report* **520**.

NTP (2006d). NTP technical report on the toxicology and carcinogenesis studies of a binary mixture of 3,3',4,4',5 - Pentachlorobiphenyl (PCB126) and 2,2',4,4',5,5' - Hexachlorobiphenyl (PCB 153) in female Harlan Sprague-Dawley Rats. *National Toxicology Program - Technical Report* **530**.

NTP (2006e). NTP technical report on the toxicology and carcinogenesis studies of a binary mixture of 3,3'4,4',5 - Pentachlorobiphenyl (PCB 126) and 2,3',4,4',5 - Pentachlorobiphenyl (PCB 118) in female Harlan Sprague-Dawley Rats. *National Toxicology Program - Technical Report* **531**.

NTP (2010). NTP technical report on the toxicology and carcinogenesis studies of 2,3',4,4',5-pentachlorobiphenyl (PCB 118) in female Harlan Sprague-Dawley Rats. *National Toxicology Program - Technical Report* **559**.

Orberg, J., and Kihlstrom, J. E. (1973). Effects of long-term feeding of polychlorinated biphenyls (PCB, Clophen A 60) on the length of the oestrous cycle and on the frequency of implanted ova in the mouse. *Environ Res* **6**(2), 176-9.

Overmann, S. R., Kostas, J., Wilson, L. R., Shain, W., and Bush, B. (1987). Neurobehavioral and somatic effects of perinatal PCB exposure in rats. *Environ Res* **44**(1), 56-70.

Pan, X., Inouye, K., Ito, T., Nagai, H., Takeuchi, Y., Miyabara, Y., Tohyama, C., and Nohara, K. (2004). Evaluation of relative potencies of PCB126 and PCB169 for the immunotoxicities in ovalbumin (OVA)-immunized mice. *Toxicology* **204**(1), 51-60.

Pantaleoni, G. C., Fanini, D., Sponta, A. M., Palumbo, G., Giorgi, R., and Adams, P. M. (1988). Effects of maternal exposure to polychlorobiphenyls (PCBs) on F1 generation behavior in the rat. *Fundam Appl Toxicol* **11**(3), 440-9.

Papageorge, W. B. (1971). Letter from W.B. Papageorge, to M.W. Miller dated October 8, 1971 (PCB-ARCH0001391).

Patterson, D. G., Jr., Wong, L. Y., Turner, W. E., Caudill, S. P., Dipietro, E. S., McClure, P. C., Cash, T. P., Osterloh, J. D., Pirkle, J. L., Sampson, E. J., *et al.* (2009). Levels in the U.S. population of those persistent organic pollutants (2003-2004) included in the Stockholm Convention or in other long range transboundary air pollution agreements. *Environ. Sci. Technol* **43**(4), 1211-1218.

Pereg, D., Dewailly, E., Poirier, G. G., and Ayotte, P. (2002). Environmental exposure to polychlorinated biphenyls and placental CYP1A1 activity in Inuit women from northern Quebec. *Environ. Health Perspect* **110**(6), 607-612.

Pereira, M., Herren, S., Britt, A. L., and Khoury, M. M. (1982). Promotion by polychlorinated biphenyls of enzyme-altered foci in rat liver. *Cancer Lett* **15**(2), 185-190.

Pessah, I. N., Cherednichenko, G., and Lein, P. J. (2010). Minding the calcium store: Ryanodine receptor activation as a convergent mechanism of PCB toxicity. *Pharmacol Ther* **125**(2), 260-85.

365

1021

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Piedrafita, B., Erceg, S., Cauli, O., Monfort, P., and Felipo, V. (2008). Developmental exposure to polychlorinated biphenyls PCB153 or PCB126 impairs learning ability in young but not in adult rats. *Eur J Neurosci* **27**(1), 177-82.

Pienta, R. J. (1980). Transformation of Syrian hamster embryo cells by diverse chemicals and correlation with their reported carcinogenic and mutagenic activities. In *Chemical Mutagens, Prinicples and Methods for Their Detection, Volume 6*, pp. 175-202. Plenum Press, New York, NY.

Plesser, H. E. (2017). Reproducibility vs. Replicability: A Brief History of a Confused Terminology. *Frontiers in neuroinformatics* **11**, 76.

Pliskova, M., Vondracek, J., Canton, R. F., Nera, J., Kocan, A., Petrik, J., Trnovec, T., Sanderson, T., van den Berg, M., and Machala, M. (2005). Impact of polychlorinated biphenyls contamination on estrogenic activity in human male serum. *Environ Health Perspect* **113**(10), 1277-84.

Pocar, P., Fiandanese, N., Secchi, C., Berrini, A., Fischer, B., Schmidt, J. S., Schaedlich, K., Rhind, S. M., Zhang, Z., and Borromeo, V. (2012). Effects of polychlorinated biphenyls in CD-1 mice: reproductive toxicity and intergenerational transmission. *Toxicol Sci* **126**(1), 213-26.

Poon, E., Bandara, S. B., Allen, J. B., Sadowski, R. N., and Schantz, S. L. (2015). Developmental PCB exposure increases susceptibility to audiogenic seizures in adulthood. *Neurotoxicology* **46**, 117-24.

Poon, E., Powers, B. E., McAlonan, R. M., Ferguson, D. C., and Schantz, S. L. (2011). Effects of developmental exposure to polychlorinated biphenyls and/or polybrominated diphenyl ethers on cochlear function. *Toxicol Sci* **124**(1), 161-8.

Powers, B. E., Poon, E., Sable, H. J., and Schantz, S. L. (2009). Developmental exposure to PCBs, MeHg, or both: long-term effects on auditory function. *Environ Health Perspect* **117**(7), 1101-7.

Powers, B. E., Widholm, J. J., Lasky, R. E., and Schantz, S. L. (2006). Auditory deficits in rats exposed to an environmental PCB mixture during development. *Toxicol Sci* **89**(2), 415-22.

Pradeep, P., Carlson, L. M., Judson, R., Lehmann, G. M., and Patlewicz, G. (2019). Integrating data gap filling techniques: A case study predicting TEFs for neurotoxicity TEQs to facilitate the hazard assessment of polychlorinated biphenyls. *Regul Toxicol Pharmacol* **101**, 12-23.

Preston, B. D., Van Miller, J. P., Moore, R. W., and Allen, J. R. (1981). Promoting effects of polychlorinated biphenyls (Aroclor 1254) and polychlorinated dibenzofuran-free Aroclor 1254 on diethylnitrosamine-induced tumorigenesis in the rat. *J Natl. Cancer Inst* **66**(3), 509-515.

Priya, E. S., Kumar, T. S., Singh, P. R., Balakrishnan, S., and Arunakaran, J. (2018). Impact of Lactational Exposure to Polychlorinated Biphenyl Causes Epigenetic Modification and Impairs Sertoli Cells Functional Regulators in F1 Progeny. *Reprod Sci* **25**(6), 818-829.

Probst, G. S., McMahon, R. E., Hill, L. E., Thompson, C. Z., Epp, J. K., and Neal, S. B. (1981). Chemically-induced unscheduled DNA synthesis in primary rat hepatocyte cultures: a comparison with bacterial mutagenicity using 218 compounds. *Environ Mutagen* **3**(1), 11-32.

Provost, T. L., Juarez de Ku, L. M., Zender, C., and Meserve, L. A. (1999). Dose- and age-dependent alterations in choline acetyltransferase (ChAT) activity, learning and memory, and thyroid hormones in

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

15- and 30-day old rats exposed to 1.25 or 12.5 PPM polychlorinated biphenyl (PCB) beginning at conception. *Prog Neuropsychopharmacol Biol Psychiatry* **23**(5), 915-28.

Rao, C., and Banerji, A. S. (1988). Induction of liver tumors in male Wistar rats by feeding polychlorinated biphenyls (Aroclor 1260). *Cancer Lett* **39**(1), 59-67.

Rao, C. V., and Banerji, S. A. (1990). Effect of feeding polychlorinated biphenyl (Aroclor 1260) on hepatic enzymes of rats. *Indian J Exp Biol* **28**(2), 149-151.

Ravoori, S., Ayotte, P., Srinivasan, C., Pereg, D., Robertson, L. W., Russell, G. K., Jeyabalan, J., and Gupta, R. C. (2008). DNA damage associated with PCBs in the whole blood cells of Inuit. *Environ Toxicol Pharmacol* **25**(2), 273-276.

Rice, D. C. (1997). Effect of postnatal exposure to a PCB mixture in monkeys on multiple fixed interval-fixed ratio performance. *Neurotoxicol Teratol* **19**(6), 429-34.

Rice, D. C. (1998). Effects of postnatal exposure of monkeys to a PCB mixture on spatial discrimination reversal and DRL performance. *Neurotoxicol Teratol* **20**(4), 391-400.

Rice, D. C. (1999). Effect of exposure to 3,3',4,4',5-pentachlorobiphenyl (PCB 126) throughout gestation and lactation on development and spatial delayed alternation performance in rats. *Neurotoxicol Teratol* **21**(1), 59-69.

Rice, D. C., and Hayward, S. (1997). Effects of postnatal exposure to a PCB mixture in monkeys on nonspatial discrimination reversal and delayed alternation performance. *Neurotoxicology* **18**(2), 479-94.

Rice, D. C., and Hayward, S. (1998). Lack of effect of 3,3'4,4',5-pentachlorobiphenyl (PCB 126) throughout gestation and lactation on multiple fixed interval-fixed ratio and DRL performance in rats. *Neurotoxicol Teratol* **20**(6), 645-50.

Rice, D. C., and Hayward, S. (1999a). Effects of Exposure to 3,3',4,4',5-Pentachlorobiphenyl (PCB 126) Throughout Gestation and Lactation on Behavior (Concurrent Random Interval–Random Interval and Progressive Ratio Performance) in Rats. *Neurotoxicology and Teratology* **21**(6), 679-687.

Rice, D. C., and Hayward, S. (1999b). Effects of postnatal exposure of monkeys to a PCB mixture on concurrent random interval-random interval and progressive ratio performance. *Neurotoxicol Teratol* **21**(1), 47-58.

Rignell-Hydbom, A., Rylander, L., Giwercman, A., Jonsson, B. A., Lindh, C., Eleuteri, P., Rescia, M., Leter, G., Cordelli, E., Spano, M., *et al.* (2005). Exposure to PCBs and p,p'-DDE and human sperm chromatin integrity. *Environ Health Perspect* **113**(2), 175-179.

Roegge, C. S., Seo, B. W., Crofton, K. M., and Schantz, S. L. (2000). Gestational-lactational exposure to Aroclor 1254 impairs radial-arm maze performance in male rats. *Toxicol Sci* **57**(1), 121-30.

Roegge, C. S., Wang, V. C., Powers, B. E., Klintsova, A. Y., Villareal, S., Greenough, W. T., and Schantz, S. L. (2004). Motor impairment in rats exposed to PCBs and methylmercury during early development. *Toxicol Sci* **77**(2), 315-24.

Ross, P. S., de Swart, R. L., van der Vliet, H., Willemsen, L., de Klerk, A., van Amerongen, G., Groen, J., Brouwer, A., Schipholt, I., Morse, D. C., *et al.* (1997). Impaired cellular immune response in rats exposed perinatally to Baltic Sea herring oil or 2,3,7,8-TCDD. *Arch Toxicol* **71**(9), 563-74.

367

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Ross, P. S., Van Loveren, H., de Swart, R. L., van der Vliet, H., de Klerk, A., Timmerman, H. H., van Binnendijk, R., Brouwer, A., Vos, J. G., and Osterhaus, A. D. (1996). Host resistance to rat cytomegalovirus (RCMV) and immune function in adult PVG rats fed herring from the contaminated Baltic Sea. *Arch Toxicol* **70**(10), 661-71.

Roszko, M., Szterk, A., Szymczyk, K., and Waszkiewicz-Robak, B. (2012). PAHs, PCBs, PBDEs and Pesticides in Cold-Pressed Vegetable Oils. *J Am Oil Chem Soc* **89**(3), 389-400.

Rowe, V. K. (1975). Experience in industrial exposure control. *Annals of the New York Academy of Sciences* **246**(1), 306-310.

Rushneck, D. R., Beliveau, A., Fowler, B., Hamilton, C., Hoover, D., Kaye, K., Berg, M., Smith, T., Telliard, W. A., Roman, H., *et al.* (2004). Concentrations of dioxin-like PCB congeners in unweathered Aroclors by HRGC/HRMS using EPA Method 1668A. *Chemosphere* **54**(1), 79-87.

Sable, H. J., Eubig, P. A., Powers, B. E., Wang, V. C., and Schantz, S. L. (2009). Developmental exposure to PCBs and/or MeHg: effects on a differential reinforcement of low rates (DRL) operant task before and after amphetamine drug challenge. *Neurotoxicol Teratol* **31**(3), 149-58.

Sable, H. J., Powers, B. E., Wang, V. C., Widholm, J. J., and Schantz, S. L. (2006). Alterations in DRH and DRL performance in rats developmentally exposed to an environmental PCB mixture. *Neurotoxicol Teratol* **28**(5), 548-56.

Safe, S., Mason, G., Sawyer, T., Zacharewski, T., Harris, M., Yao, C., Keys, B., Farrell, K., Holcomb, M., Davis, D., *et al.* (1989). Development and validation of in vitro induction assays for toxic halogenated aromatic mixtures: a review. *Toxicol Ind Health* **5**(5), 757-75.

Sager, D. B. (1983). Effect of postnatal exposure to polychlorinated biphenyls on adult male reproductive function. *Environ Res* **31**(1), 76-94.

Sager, D. B., and Girard, D. M. (1994). Long-term effects on reproductive parameters in female rats after translactational exposure to PCBs. *Environ Res* **66**(1), 52-76.

Sahasrabudhe, S. N., Rodriguez-Martinez, V., O'Meara, M., and Farkas, B. E. (2017). Density, viscosity, and surface tension of five vegetable oils at elevated temperatures: Measurement and modeling. *International Journal of Food Properties* **20**(sup2), 1965-1981.

Sanders, O. T., and Kirkpatrick, R. L. (1977). Reproductive characteristics and corticoid levels of female white-footed mice fed ad libitum and restricted diets containing a polychlorinated biphenyl. *Environ Res* **13**(3), 358-63.

Sargent, L., Roloff, B., and Meisner, L. (1989). In vitro chromosome damage due to PCB interactions. *Mutat. Res* **224**(1), 79-88.

Schaeffer, E., Greim, H., and Goessner, W. (1984). Pathology of chronic polychlorinated biphenyl (PCB) feeding in rats. *Toxicol Appl Pharmacol* **75**(2), 278-288.

Schantz, S. L., Levin, E. D., Bowman, R. E., Heironimus, M. P., and Laughlin, N. K. (1989). Effects of perinatal PCB exposure on discrimination-reversal learning in monkeys. *Neurotoxicol Teratol* **11**(3), 243-50.

1024

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Schantz, S. L., Moshtaghian, J., and Ness, D. K. (1995). Spatial learning deficits in adult rats exposed to ortho-substituted PCB congeners during gestation and lactation. *Fundam Appl Toxicol* **26**(1), 117-26.

Schantz, S. L., Seo, B. W., Moshtaghian, J., Peterson, R. E., and Moore, R. W. (1996). Effects of gestational and lactational exposure to TCDD or coplanar PCBs on spatial learning. *Neurotoxicol Teratol* **18**(3), 305-13.

Schantz, S. L., Seo, B. W., Wong, P. W., and Pessah, I. N. (1997). Long-term effects of developmental exposure to 2,2',3,5',6-pentachlorobiphenyl (PCB 95) on locomotor activity, spatial learning and memory and brain ryanodine binding. *Neurotoxicology* **18**(2), 457-67.

Schiestl, R. H., Aubrecht, J., Yap, W. Y., Kandikonda, S., and Sidhom, S. (1997). Polychlorinated biphenyls and 2,3,7,8-tetrachlorodibenzo-p-dioxin induce intrachromosomal recombination in vitro and in vivo. *Cancer Res* **57**(19), 4378-4383.

Schilderman, P. A., Maas, L. M., Pachen, D. M., de Kok, T. M., Kleinjans, J. C., and Van Schooten, F. J. (2000). Induction of DNA adducts by several polychlorinated biphenyls. *Environ. Mol. Mutagen* **36**(2), 79-86.

Schoeny, R. S., Smith, C. C., and Loper, J. C. (1979). Non-mutagenicity for Salmonella of the chlorinated hydrocarbons aroclor 1254, 1,2,4-trichlorobenzene, mirex and kepone. *Mutat. Res* **68**(2), 125-132.

Schulz, D. E., Petrick, G., and Duinker, J. C. (1989). Complete characterization of polychlorinated biphenyl congeners in commercial Aroclor and Clophen mixtures by multidimensional gas chromatography-electron capture detection. *Environmental Science & Technology* **23**(7), 852-859.

Schwartz, L. (1936). Dermatitis from synthetic resins and waxes. *Am J Public Health Nations Health* **26**(6), 586-592.

Schwartz, T. R., Tillitt, D. E., Feltz, K. P., and Peterman, P. H. (1993). Determination of mono- and non-o,o'-chlorine substituted polychlorinated biphenyls in Aroclors and environmental samples. *Chemosphere* **26**(8), 1443-1460.

Segre, M., Arena, S. M., Greeley, E. H., Melancon, M. J., Graham, D. A., and French, J. B., Jr. (2002). Immunological and physiological effects of chronic exposure of Peromyscus leucopus to Aroclor 1254 at a concentration similar to that found at contaminated sites. *Toxicology* **174**(3), 163-72.

Selvakumar, K., Krishnamoorthy, G., Venkataraman, P., and Arunakaran, J. (2013). Reactive oxygen species induced oxidative stress, neuronal apoptosis and alternative death pathways. *Advances in Bioscience and Biotechnology* **4**, 14-21.

Shaddock, J. G., Heflich, R. H., McMillan, D. C., Hinson, J. A., and Casciano, D. A. (1989). Pretreatment with mixed-function oxidase inducers increases the sensitivity of the hepatocyte/DNA repair assay. *Environ. Mol. Mutagen* **13**(4), 281-288.

Shahin, M. M., Andrillon, P., Goetz, N., Bore, P., Bugaut, A., and Kalopissis, G. (1979). Studies on the mutagenicity of p-phenylenediamine in Salmonella typhimurium. Presence of PCB's in rat-liver microsomal fraction induced by Aroclor. *Mutat. Res* **68**(4), 327-336.

Shanle, E. K., and Xu, W. (2011). Endocrine disrupting chemicals targeting estrogen receptor signaling: identification and mechanisms of action. *Chem Res Toxicol* **24**(1), 6-19.

369

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Shi, H., Hardesty, J. E., Jin, J., Head, K. Z., Falkner, K. C., Cave, M. C., and Prough, R. A. (2019). Concentration dependence of human and mouse aryl hydrocarbon receptor responsiveness to polychlorinated biphenyl exposures: Implications for aroclor mixtures. *Xenobiotica* **49**(12), 1414-1422.

Shimada, A. L., Cruz, W. S., Loiola, R. A., Drewes, C. C., Dorr, F., Figueiredo, N. G., Pinto, E., and Farsky, S. H. (2015). Absorption of PCB126 by upper airways impairs G protein-coupled receptor-mediated immune response. *Sci Rep* **5**, 14917.

Shiota, K. (1976). Postnatal behavioral effects of prenatal treatment with PCBs (polychlorinated biphenyls) in rats. *Okajimas folia anatomica Japonica* **53**(2-3), 105-14.

Shirota, M., Mukai, M., Sakurada, Y., Doyama, A., Inoue, K., Haishima, A., Akahori, F., and Shirota, K. (2006). Effects of vertically transferred 3,3',4,4',5-pentachlorobiphenyl (PCB-126) on the reproductive development of female rats. *J Reprod Dev* **52**(6), 751-61.

Shubik, P., and Hartwell, J. L. (1957). Survey of compounds which have been tested for carcinogenic activity. National Cancer Institute, National Institute of Health, United States Public Health Service Publication No. 149, Supplement l.

Siegler, J. E., Li, X., Jones, S. D., and Kandil, E. (2012). Early-onset breast cancer in a woman with Graves' disease. *Int J Clin Exp Med* **5**(4), 358-62.

Sikka, S. C., and Wang, R. (2008). Endocrine disruptors and estrogenic effects on male reproductive axis. *Asian J Androl* **10**(1), 134-45.

Silkworth, J. B., Antrim, L., and Kaminsky, L. S. (1984). Correlations between polychlorinated biphenyl immunotoxicity, the aromatic hydrocarbon locus, and liver microsomal enzyme induction in C57BL/6 and DBA/2 mice. *Toxicol Appl Pharmacol* **75**(1), 156-65.

Silkworth, J. B., Antrim, L. A., and Sack, G. (1986). Ah receptor mediated suppression of the antibody response in mice is primarily dependent on the Ah phenotype of lymphoid tissue. *Toxicol Appl Pharmacol* **86**(3), 380-90.

Silkworth, J. B., and Grabstein, E. M. (1982). Polychlorinated biphenyl immunotoxicity: dependence on isomer planarity and the Ah gene complex. *Toxicol. Appl. Pharmacol* **65**(1), 109-115.

Silkworth, J. B., Koganti, A., Illouz, K., Possolo, A., Zhao, M., and Hamilton, S. B. (2005). Comparison of TCDD and PCB CYP1A induction sensitivities in fresh hepatocytes from human donors, Sprague-Dawley rats, and Rhesus monkeys and HepG2 cells. *Toxicol Sci* **87**(2), 508-519.

Silkworth, J. B., and Loose, L. D. (1979a). Environmental chemical-induced modification of cell-mediated immune responses. *Adv Exp Med Biol* **121**(A), 499-522.

Silkworth, J. B., and Loose, L. D. (1979b). PCB and HCB induced alteration of lymphocyte blastogenesis, Abstract#172, 18th Annual SOT meeting, New Orleans, LA, March 11-15, 1979. *Toxicol Appl. Pharmacol* **48**(1, Part 2), A86.

Silkworth, J. B., and Loose, L. D. (1981). Assessment of environmental contaminant-induced lymphocyte dysfunction. *Environ Health Perspect* **39**, 105-28.

1026

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Simanainen, U., Adamsson, A., Tuomisto, J. T., Miettinen, H. M., Toppari, J., Tuomisto, J., and Viluksela, M. (2004). Adult 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) exposure and effects on male reproductive organs in three differentially TCDD-susceptible rat lines. *Toxicol Sci* **81**(2), 401-7.

Simon, T., Aylward, L. L., Kirman, C. R., Rowlands, J. C., and Budinsky, R. A. (2009). Estimates of cancer potency of 2,3,7,8-tetrachlorodibenzo(p)dioxin using linear and nonlinear dose-response modeling and toxicokinetics. *Toxicol Sci* **112**(2), 490-506.

Sina, J. F., Bean, C. L., Dysart, G. R., Taylor, V. I., and Bradley, M. O. (1983). Evaluation of the alkaline elution/rat hepatocyte assay as a predictor of carcinogenic/mutagenic potential. *Mutat. Res* **113**(5), 357-391.

Sitarek, K., and Gralewicz, S. (2009). Early developmental effects of separate or combined perinatal exposure to methylmercury (MeHg) and 2,2',4,4',5,5'-hexachlorobiphenyl (PCB 153) in the rat. *Int J Occup Med Environ Health* **22**(2), 89-105.

Slikker, W., Jr., Paule, M. G., and Wang, C. (2018). *Handbook of Developmental Neurotoxicity*, 2nd ed. Academic Press, Elsevier.

Smialowicz, R. J., Andrews, J. E., Riddle, M. M., Rogers, R. R., Luebke, R. W., and Copeland, C. B. (1989). Evaluation of the immunotoxicity of low level PCB exposure in the rat. *Toxicology* **56**(2), 197-211.

Smialowicz, R. J., DeVito, M. J., Riddle, M. M., Williams, W. C., and Birnbaum, L. S. (1997). Opposite effects of 2,2',4,4',5,5'-hexachlorobiphenyl and 2,3,7,8-tetrachlorodibenzo-p-dioxin on the antibody response to sheep erythrocytes in mice. *Fundam Appl Toxicol* **37**(2), 141-9.

Smith, E. B. (1959). *Principles of Human Pathology*. Oxford University Press, New York.

Smith, L. W., and Gault, E. S. (1938). *Essentials of Pathology*. Appleton-Century, New York.

Sousa, N., Almeida, O. F., and Wotjak, C. T. (2006). A hitchhiker's guide to behavioral analysis in laboratory rodents. *Genes, brain, and behavior* **5 Suppl 2**, 5-24.

Spitz, S., Maguigan, W. H., and Dobriner, K. (1950). The carcinogenic action of benzidine. *Cancer* **3**(5), 789-804.

Storm, J. E., Hart, J. L., and Smith, R. F. (1980). Behavior of mice after pre- and postnatal exposure to Arochlor 1254. *Neurobehavioral Toxicology and Teratology* **3**(1), 5-9.

Street, J. C., and Sharma, R. P. (1975). Alteration of induced cellular and humoral immune responses by pesticides and chemicals of environmental concern: quantitative studies of immunosuppression by DDT, aroclor 1254, carbaryl, carbofuran, and methylparathion. *Toxicol Appl Pharmacol* **32**(3), 587-602.

Sugantha Priya, E., Sathish Kumar, T., Balaji, S., Bavithra, S., Raja Singh, P., Sakthivel, D., Ravi Sankar, B., and Arunakaran, J. (2017). Lactational exposure effect of polychlorinated biphenyl on rat Sertoli cell markers and functional regulators in prepubural and puberal F1 offspring. *Journal of endocrinological investigation* **40**(1), 91-100.

Sugawara, N., Nakai, K., Nakamura, T., Ohba, T., Suzuki, K., Kameo, S., Satoh, C., and Satoh, H. (2006). Developmental and neurobehavioral effects of perinatal exposure to polychlorinated biphenyls in mice. *Arch Toxicol* **80**(5), 286-92.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Sugawara, N., Ohba, T., Nakai, K., Kakita, A., Nakamura, T., Suzuki, K., Kameo, S., Shimada, M., Kurokawa, N., Satoh, C., *et al.* (2008). Effects of perinatal coexposure to methylmercury and polychlorinated biphenyls on neurobehavioral development in mice. *Arch Toxicol* **82**(6), 387-97.

Sulentic, C. E., and Kaminski, N. E. (2011). The long winding road toward understanding the molecular mechanisms for B-cell suppression by 2,3,7,8-tetrachlorodibenzo-p-dioxin. *Toxicol Sci* **120 Suppl 1**, S171-91.

Symth, H. F. (1975). Industrial Toxicology. In *Toxicology: The Basic Science of Poisons* (L. J. Casarett, and J. Doull, Eds.). Macmillan Publishing, New York.

Tabb, M. M., Kholodovych, V., Grun, F., Zhou, C., Welsh, W. J., and Blumberg, B. (2004). Highly chlorinated PCBs inhibit the human xenobiotic response mediated by the steroid and xenobiotic receptor (SXR). *Environ. Health Perspect* **112**(2), 163-169.

Takagi, Y., Aburada, S., Otake, T., and Ikegami, N. (1987). Effect of polychlorinated biphenyls (PCBs) accumulated in the dam's body on mouse filial immunocompetence. *Arch Environ Contam Toxicol* **16**(3), 375-81.

Takasuga, T., Kumar, K. S., Noma, Y., and Sakai, S. (2005). Chemical characterization of polychlorinated biphenyls, -dibenzo-p-dioxins, and -dibenzofurans in technical Kanechlor PCB formulations in Japan. *Arch Environ Contam Toxicol* **49**(3), 385-95.

Talcott, P. A., and Koller, L. D. (1983). The effect of inorganic lead and/or a polychlorinated biphenyl on the developing immune system of mice. *J Toxicol Environ Health* **12**(2-3), 337-52.

Talcott, P. A., Koller, L. D., and Exon, J. H. (1985). The effect of lead and polychlorinated biphenyl exposure on rat natural killer cell cytotoxicity. *Int J Immunopharmacol* **7**(2), 255-61.

Tatematsu, M., Nakanishi, K., Murasaki, G., Miyata, Y., Hirose, M., and Ito, N. (1979). Enhancing effect of inducers of liver microsomal enzymes on induction of hyperplastic liver nodules by N-2-fluorenylacetamide in rats. *J Natl Cancer Inst* **63**(6), 1411-1416.

Taylor, M. M., Crofton, K. M., and MacPhail, R. C. (2002). Schedule-controlled behavior in rats exposed perinatally to the PCB mixture Aroclor 1254. *Neurotoxicol Teratol* **24**(4), 511-8.

Telford, H. S., and Guthrie, J. E. (1945). Transmission of the toxicity of DDT through the milk of white rats and goats. *Science* **102**(2660), 647.

Thomas, P. T., and Hinsdill, R. D. (1978). Effect of polychlorinated biphenyls on the immune responses of rhesus monkeys and mice. *Toxicol Appl Pharmacol* **44**(1), 41-51.

Thomas, P. T., and Hinsdill, R. D. (1980). Perinatal PCB exposure and its effect on the immune system of young rabbits. *Drug Chem Toxicol* **3**(2), 173-84.

Tian, J., Feng, Y., Fu, H., Xie, H. Q., Jiang, J. X., and Zhao, B. (2015). The Aryl Hydrocarbon Receptor: A Key Bridging Molecule of External and Internal Chemical Signals. *Environ Sci Technol* **49**(16), 9518-31.

Tian, Y.-H., Hwan Kim, S., Lee, S.-Y., and Jang, C.-G. (2011). Lactational and postnatal exposure to polychlorinated biphenyls induces sex-specific anxiolytic behavior and cognitive deficit in mice offspring. *Synapse* **65**(10), 1032-1041.

1028

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Tilson, H. A., Davis, G. J., McLachlan, J. A., and Lucier, G. W. (1979). The effects of polychlorinated biphenyls given prenatally on the neurobehavioral development of mice. *Environ Res* **18**(2), 466-74.

Todaka, T., Honda, A., Imaji, M., Takao, Y., Mitoma, C., and Furue, M. (2016). Effect of colestimide on the concentrations of polychlorinated dibenzo-p-dioxins, polychlorinated dizenzofurans, and polychlorinated biphenyls in blood of Yusho patients. *Environ Health* **15**(1), 63.

Tomza-Marciniak, A., Pilarczyk, B., Stankiewicz, T., Blaszczyk, B., and Kuba, J. (2014). The effect of chitosan on the concentration of 17beta-estradiol and free triiodothyronine in mice exposed to polychlorinated biphenyls (PCBs). *J Environ Sci Health Part A Tox/Hazard Subst Environ Eng* **49**(4), 376-82.

Torok, P. (1976). Delayed pregnancy in NMRI mice treated with PCB:2,2'-dichlorobiphenyl. *Bull Environ Contam Toxicol* **16**(1), 33-6.

Treon, J. F., Cleveland, F. P., and Atchley, R. (1955a). The toxicity of a mist generated by the aspiration of Pydraul (TOXSTUDIES0388). 7/5/1955.

Treon, J. F., Cleveland, F. P., Cappel, J., Shaffer, F. E., Atchley, R. W., and Torbeck, J. P. (1955b). The toxicity of the vapor of aroclors 1242 and 1254. June 22.

Treon, J. F., Cleveland, F. P., Cappel, J., Shaffer, F. E., Atchley, R. W., and Torbeck, J. P. (1955c). The toxicity of the vapor of aroclors 1242 and 1254 - supplement to report of June 22, 1955. June 25.

Treon, J. F., Cleveland, F. P., Cappel, J., Shaffer, F. E., Atchley, R. W., and Torbeck, J. P. (1955d). The toxicity of the vapor of aroclors 1242 and 1254 - supplement to report of June 22, 1955 (TOXSTUDIES0314). 6/28/1955.

Treon, J. F., Cleveland, F. P., Cappel, J., Shaffer, F. E., Atchley, R. W., and Torbeck, J. P. (1955e). The toxicity of the vapor of aroclors 1242 and 1254 (TOXSTUDIES0212). 6/22/1955.

Treon, J. F., Cleveland, F. P., Shaffer, F. E., Cappel, J., and al., e. (1953a). The toxicity of the fogs formed by dropping Pydraul F-9 Aroclor 1248 and tricresyl phosphate, upon the surface of a heated Inconel. Mar 11.

Treon, J. F., Cleveland, F. P., Shaffer, F. E., Cappel, J., Gahegan, T., and Wagner, W. (1953b). The toxicity of the fogs formed by dropping Pydraul F-9, Aroclor 1248 and tricresyl phosphate, upon the surface of a heated Inconel (Project 49; TOXSTUDIES0100). 3/11/1953.

Truelove, J., Grant, D., Mes, J., Tryphonas, H., Tryphonas, L., and Zawidzka, Z. (1982). Polychlorinated biphenyl toxicity in the pregnant cynomolgus monkey: a pilot study. *Arch Environ Contam Toxicol* **11**(5), 583-8.

Truelove, J. F., Tanner, J. R., Langlois, I. A., Stapley, R. A., Arnold, D. L., and Mes, J. C. (1990). Effect of polychlorinated biphenyls on several endocrine reproductive parameters in the female rhesus monkey. *Arch Environ Contam Toxicol* **19**(6), 939-43.

Tryphonas, H., and Feeley, M. (2001). Polychlorinated biphenyl-induced immunomodulation and human health effects. In *PCBs: Recent advances in enviromental toxicology and health effects* (L. W. Robertson, and L. G. Hansen, Eds.), pp. 193-209. University Press of Kentucky, Lexington, KT.

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Tryphonas, H., Hayward, S., O'Grady, L., Loo, J. C., Arnold, D. L., Bryce, F., and Zawidzka, Z. Z. (1989). Immunotoxicity studies of PCB (Aroclor 1254) in the adult rhesus (Macaca mulatta) monkey--preliminary report. *Int J Immunopharmacol* **11**(2), 199-206.

Tryphonas, H., Luster, M. I., Schiffman, G., Dawson, L. L., Hodgen, M., Germolec, D., Hayward, S., Bryce, F., Loo, J. C., Mandy, F., *et al.* (1991a). Effect of chronic exposure of PCB (Aroclor 1254) on specific and nonspecific immune parameters in the rhesus (Macaca mulatta) monkey. *Fundam Appl Toxicol* **16**(4), 773-86.

Tryphonas, H., Luster, M. I., White, K. L., Jr., Naylor, P. H., Erdos, M. R., Burleson, G. R., Germolec, D., Hodgen, M., Hayward, S., and Arnold, D. L. (1991b). Effects of PCB (Aroclor 1254) on non-specific immune parameters in rhesus (Macaca mulatta) monkeys. *Int J Immunopharmacol* **13**(6), 639-48.

Tryphonas, L., Charbonneau, S., Tryphonas, H., Zawidzka, Z., Mes, J., Wong, J., and Arnold, D. L. (1986). Comparative aspects of Aroclor 1254 toxicity in adult cynomolgus and rhesus monkeys: a pilot study. *Arch Environ Contam Toxicol* **15**(2), 159-69.

Tsukimori, K., Uchi, H., Tokunaga, S., Yasukawa, F., Chiba, T., Kajiwara, J., Hirata, T., and Furue, M. (2013). Blood levels of PCDDs, PCDFs, and coplanar PCBs in Yusho mothers and their descendants: association with fetal Yusho disease. *Chemosphere* **90**(5), 1581-8.

U.S. Fish and Wildlife Service (2019a). *Largemouth bass.* Available at: https://www.fws.gov/fisheries/freshwater-fish-of-america/largemouth_bass.html. Accessed 11/4/2019.

U.S. Fish and Wildlife Service (2019b). *Walleye.* Available at: https://www.fws.gov/fisheries/freshwater-fish-of-america/walleye.html. Accessed 11/4/2019.

US EPA (1983). Summary of the IBT Review Program.

US EPA (1988). Recommendations for and documentation of biological values for use in risk assessment.

US EPA (1993). *Integrated Risk Information System (IRIS) Chemical Assessment Summary; Aroclor 1016; CASRN 12674-11-2.* Available at: https://cfpub.epa.gov/ncea/iris/iris_documents/documents/subst/0462_summary.pdf#nameddest=rfd. Accessed 04/16/2019.

US EPA (1994). Integrated Risk Information System (IRIS) Chemical Assessment Summary; Aroclor 1254; CASRN 11097-69-1. *Integrated Risk Information System (IRIS). Chemical Assessment Summary.* October 1.

US EPA (1995). Integrated Risk Information System (IRIS) Chemical Assessment Summary: Arsenic, inorganic; CASRN 7440-38-2.

US EPA (1996). PCBs: Cancer Dose-Response Assessment and Applicaiton to Environmental Mixtures. EPA/600/P–96/001F. September.

US EPA (2000). Guidance for Assessing Chemical Contaminant Data for Use in Fish Advisories: Volume 1. Fish Sampling and Analysis. 3rd Ed. November.

US EPA (2005). Guidelines for Carcinogen Risk Assessment. EPA/630/P-03/001F. March.

374

1030

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

US EPA (2007). Method 8082A. Revision 1. Polychlorinated biphenyls (PCBs) by gas chromatography. February.

US EPA (2011a). Exposure Factors Handbook.  EPA/600/R-090/052F. Chapter 8 - Body Weight Studies. September.

US EPA (2011b). Exposure Factors Handbook. EPA/600/R-090/052F. Sept.

US EPA (2011c). *Integrated Risk Information System (IRIS) Glossary. Terminology Services.* Available at: https://iaspub.epa.gov/sor_internet/registry/termreg/searchandretrieve/glossariesandkeywordlists/search.do?details=&vocabName=IRIS%20Glossary. Accessed October 14, 2017.

US EPA (2011d). Recommended Use of Body Weight[3/4] as the Default Method in Derivation of the Oral Reference Dose, EPA/100/R11/0001 Final. February.

US EPA (2012a). Benchmark Dose Technical Guidance. EPA/100/R-12/001. June.

US EPA (2012b). Quantitative Risk Assessment Calculations. In:  Sustainable Futures / P2 Framework Manual EPA-748-B12-001.

US EPA (2016). 40 CFR Part 131. Revision of Certain Federal Water Quality Criteria Applicable to Washington. *Federal Register* **81**(228), 85417-85437.

US EPA (2019a). 40 CFR Part 131 Water Quality Standards. *US Code of Regulations.*

US EPA (2019b). 40 CFR Part 131. Withdrawal of Certain Federal Water Quality Criteria Applicable to Washington. *Federal Register* **84**(151), 38150-38158.

US EPA (2019c). *Health Risk of Radon.* Available at: https://www.epa.gov/radon/health-risk-radon. Accessed 11/6/2019.

US EPA (2019d). *Integrated Risk Information System (IRIS) Glossary. Vocabulary Catalog.* Available at: https://iaspub.epa.gov/sor_internet/registry/termreg/searchandretrieve/glossariesandkeywordlists/search.do?details=&vocabName=IRIS%20Glossary. Accessed 04/20/2019.

van den Berg, M., Birnbaum, L. S., Denison, M., De, V. M., Farland, W., Feeley, M., Fiedler, H., Hakansson, H., Hanberg, A., Haws, L.*, et al.* (2006). The 2005 World Health Organization reevaluation of human and Mammalian toxic equivalency factors for dioxins and dioxin-like compounds. *Toxicol Sci* **93**(2), 223-241.

van Duursen, M. B. M., van Ede, K. I., and van den Berg, M. (2017). One TEF concept does not fit all: the case for human risk assessment of polychlorinated biphenyls. *Current Opinion in Toxicology* **2**, 103-108.

van Ede, K. I., van Duursen, M. B., and van den Berg, M. (2016). Evaluation of relative effect potencies (REPs) for dioxin-like compounds to derive systemic or human-specific TEFs to improve human risk assessment. *Arch Toxicol* **90**(6), 1293-305.

van Esterik, J. C., Verharen, H. W., Hodemaekers, H. M., Gremmer, E. R., Nagarajah, B., Kamstra, J. H., Dolle, M. E., Legler, J., and van der Ven, L. T. (2015). Compound- and sex-specific effects on programming of energy and immune homeostasis in adult C57BL/6JxFVB mice after perinatal TCDD and PCB 153. *Toxicol Appl Pharmacol* **289**(2), 262-75.

375

1031

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

van Pelt, F. N., Haring, R. M., Overkamp, M. J., and Weterings, P. J. (1991). Micronucleus formation in cultured human keratinocytes following exposure to mitomycin C and cyclophosphamide. *Mutat. Res* **252**(1), 45-50.

Viluksela, M., van der Ven, L. T. M., Schrenk, D., Lilienthal, H., Andersson, P. L., Halldin, K., and Håkansson, H. (2012). Biological and toxicological effects of non-dioxin-like PCBs. *Acta Veterinaria Scandinavica* **54**(1), S16 (journal article).

Vitalone, A., Catalani, A., Chiodi, V., Cinque, C., Fattori, V., Goldoni, M., Matteucci, P., Poli, D., Zuena, A. R., and Costa, L. G. (2008). Neurobehavioral assessment of rats exposed to low doses of PCB126 and methyl mercury during development. *Environ Toxicol Pharmacol* **25**(1), 103-13.

Vitalone, A., Catalani, A., Cinque, C., Fattori, V., Matteucci, P., Zuena, A. R., and Costa, L. G. (2010). Long-term effects of developmental exposure to low doses of PCB 126 and methylmercury. *Toxicol Lett* **197**(1), 38-45.

Voltura, M. B., and French, J. B., Jr. (2007). Effects of dietary PCB exposure on reproduction in the white-footed mouse (Peromyscus leucopus). *Arch Environ Contam Toxicol* **52**(2), 264-9.

Von Oettingen, W. F. (1955). *The halogenated aliphatic, olefinic, cyclic,aromatic, and aliphatic-aromatic hydrocarbons: Including the halogenated insecticides; their toxicity and potential dangers*, Vol. 414. US Department of Health, Education, and Welfare, Public Health Service, Washington, DC.

von Wedel, H., Holla, W. A., and Denton, J. (1943). Observations on the toxic effects resulting from exposure to chlorinated naphthalene and chlorinated phenyls with suggestions for prevention. *Rubber Age* **53**, 419-426.

Vos, J. G., and Beems, R. B. (1971). Dermal toxicity studies of technical polychlorinated biphenyls and fractions thereof in rabbits. *Toxicol Appl Pharmacol* **19**(4), 617-33.

Vos, J. G., and de Roij, T. (1972). Immunosuppressive activity of a polychlorinated diphenyl preparation on the humoral immune response in guinea pigs. *Toxicol Appl Pharmacol* **21**(4), 549-55.

Vos, J. G., and Notenboom-Ram, E. (1972). Comparative toxicity study of 2,4,5,2',4',5'-hexachlorobiphenyl and a polychlorinated biphenyl mixture in rabbits. *Toxicol Appl Pharmacol* **23**(4), 563-78.

Vos, J. G., and van Driel-Grootenhuis, L. (1972). PCB-induced suppression of the humoral and cell-mediated immunity in guinea pigs. *Sci Total Environ* **1**(3), 289-302.

WA Department of Ecology (2019). *EIM Search. Environmental Information Managment System*. Available at: https://apps.ecology.wa.gov/eim/search/Default.aspx. Accessed July 24, 2019.

WA Department of Health (2005). Health Consultation.  Evaluation of Polychlorinated Biphenyls (PCBs) in fish from Long Lake (A.K.A. Long Spokane). Prepared by Washington State Department of Health under a Cooperative Agreement with the Agency for Toxic Substances and Disease Registry (ATSDR). April 25.

WA Department of Health (2011). Health Consultation. Potential cumulative health effects associated with eating Spokane River fish. Spokane, Spokane County, Washington. Prepared by Washington State

376

1032

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Department of Health under a Cooperative Agreement with the Agency for Toxic Substances and Disease Registry (ATSDR). August 5.

WA Dept of Ecology (2011). Spokane River PCB source assessment 2003-2007. August.

WA Dept of Ecology (2014). Freshwater fish contaminant monitoring program 2012 results. Publication No. 14-03-020. May.

WA Dept of Ecology (2018). Evaluation of fish hatcheries as sources of PCBs to the Spokane River. April.

Wahlang, B., Falkner, K. C., Clair, H. B., Al-Eryani, L., Prough, R. A., States, J. C., Coslo, D. M., Omiecinski, C. J., and Cave, M. C. (2014). Human receptor activation by aroclor 1260, a polychlorinated biphenyl mixture. *Toxicol Sci* **140**(2), 283-97.

Walf, A. A., and Frye, C. A. (2007). The use of the elevated plus maze as an assay of anxiety-related behavior in rodents. *Nature protocols* **2**(2), 322-8.

Ward, J. M. (1985). Proliferative lesions of the glandular stomach and liver in F344 rats fed diets containing Aroclor 1254. *Environ Health Perspect* **60**, 89-95.

Wasserman, M., Wassermann, D., Kedar, E., and al., e. (1973). Effect of organochlorine compounds on serum proteins. *Bull Environ Contam Toxicol* **10**(1), 42-50.

Weisburger, J. H. (1999). Carcinogenicity and mutagenicity testing, then and now. *Mutation Research/Reviews in Mutation Research* **437**(2), 105-112.

Weisburger, J. H., and Weisburger, E. K. (1967). Tests for Chemical Carcinogens. In *Methods in Cancer Research. Vol. 1* (H. Busch, Ed.), pp. 307-398. Academic Press Inc, New York, NY.

Welsch, F. (1985). Effects of acute or chronic polychlorinated biphenyl ingestion on maternal metabolic homeostasis and on the manifestations of embryotoxicity caused by cyclophosphamide in mice. *Arch Toxicol* **57**(2), 104-13.

Wheeler, M. A., Rothhammer, V., and Quintana, F. J. (2017). Control of immune-mediated pathology via the aryl hydrocarbon receptor. *J Biol Chem* **292**(30), 12383-12389.

WHO (2016). Safety evaluation of certain food additives and contaminants Supplement 1: Non-dioxin-like polychlorinated biphenyls. Available at: https://apps.who.int/iris/bitstream/handle/10665/246225/9789241661713-eng.pdf;jsessionid=1CE58D30997BEF654B7309A27F69D293?sequence=1. Accessed April 16, 2019.

WHO (2019). *TEF Values from Van den Berg et al: The 2005 World Health Organization Re-evaluation of Human and Mammalian Toxic Equivalency Factors for Dioxins and Dioxin-like Compounds.* Available at: https://www.who.int/ipcs/assessment/tef_values.pdf. Accessed May 7, 2019.

Whysner, J., Montandon, F., McClain, R. M., Downing, J., Verna, L. K., Steward, R. E., III, and Williams, G. M. (1998). Absence of DNA adduct formation by phenobarbital, polychlorinated biphenyls, and chlordane in mouse liver using the 32P-postlabeling assay. *Toxicol. Appl. Pharmacol* **148**(1), 14-23.

Widholm, J. J., Clarkson, G. B., Strupp, B. J., Crofton, K. M., Seegal, R. F., and Schantz, S. L. (2001). Spatial reversal learning in Aroclor 1254-exposed rats: sex-specific deficits in associative ability and inhibitory control. *Toxicol Appl Pharmacol* **174**(2), 188-98.

377

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Widholm, J. J., Villareal, S., Seegal, R. F., and Schantz, S. L. (2004). Spatial alternation deficits following developmental exposure to Aroclor 1254 and/or methylmercury in rats. *Toxicol Sci* **82**(2), 577-89.

Wierda, D., Irons, R. D., and Greenlee, W. F. (1981). Immunotoxicity in C57BL/6 mice exposed to benzene and Aroclor 1254. *Toxicol Appl Pharmacol* **60**(3), 410-7.

Wimmerova, S., van den Berg, M., Chovancova, J., Patayova, H., Jusko, T. A., van Duursen, M. B., Palkovicova Murinova, L., Canton, R. F., van Ede, K. I., and Trnovec, T. (2016). Relative effect potency estimates of dioxin-like activity for dioxins, furans, and dioxin-like PCBs in adults based on cytochrome P450 1A1 and 1B1 gene expression in blood. *Environ Int* **96**, 24-33.

Wolf, C., Jr., Lambright, C., Mann, P., Price, M., Cooper, R. L., Ostby, J., and Gray, L. E., Jr. (1999). Administration of potentially antiandrogenic pesticides (procymidone, linuron, iprodione, chlozolinate, p,p'-DDE, and ketoconazole) and toxic substances (dibutyl- and diethylhexyl phthalate, PCB 169, and ethane dimethane sulphonate) during sexual differentiation produces diverse profiles of reproductive malformations in the male rat. *Toxicol Ind Health* **15**(1-2), 94-118.

Woodard, G., Ofner, R. R., and Montgomery, C. M. (1945). Accumulation of DDT in the body fat and its appearance in the milk of dogs. *Science* **102**(2642), 177-178.

Woodwell, G. M. (1967). Toxic Substances and Ecological Cycles. *Scientific American* **216**(3), 24-31.

Woodwell, G. M., Wurster, C. F., and Isaacson, P. A. (1967). DDT Residues in an East Coast Estuary: A Case of Biological Concentration of a Persistent Insecticide. *Science* **156**(3776), 821-824.

Wroniak, M., and Rekas, A. (2017). A preliminary study of PCBs, PAHs, pesticides and trace metals contamination in cold-pressed rapeseed oils from conventional and ecological cultivations. *J Food Sci Technol* **54**(5), 1350-1356.

Wu, P. J., Greeley, E. H., Hansen, L. G., and Segre, M. (1999). Immunological, hematological, and biochemical responses in immature white-footed mice following maternal Aroclor 1254 exposure: A possible bioindicator. *Arch Environ Contam Toxicol* **36**(4), 469-76.

Xie, X. L., Zhou, W. T., Zhang, K. K., Yuan, Y., Qiu, E. M., Shen, Y. W., and Wang, Q. (2019). PCB52 induces hepatotoxicity in male offspring through aggravating loss of clearance capacity and activating the apoptosis: Sex-biased effects on rats. *Chemosphere* **227**, 389-400.

Yamagiwa, K., and Ichikawa, K. (1918). Experimental study of the pathogenesis of carcinoma. *J Cancer Res* **3**(1), 1-29.

Yamamoto, M., Narita, A., Kagohata, M., Shirai, M., Akahori, F., and Arishima, K. (2005). Effects of maternal exposure to 3,3',4,4',5-pentachlorobiphenyl (PCB126) or 3,3',4,4',5,5'-hexachlorobiphenyl (PCB169) on testicular steroidogenesis and spermatogenesis in male offspring rats. *J Androl* **26**(2), 205-14.

Yang, D., Kim, K. H., Phimister, A., Bachstetter, A. D., Ward, T. R., Stackman, R. W., Mervis, R. F., Wisniewski, A. B., Klein, S. L., Kodavanti, P. R., *et al.* (2009). Developmental exposure to polychlorinated biphenyls interferes with experience-dependent dendritic plasticity and ryanodine receptor expression in weanling rats. *Environ Health Perspect* **117**(3), 426-35.

378

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Yoshizawa, K., Brix, A. E., Sells, D. M., Jokinen, M. P., Wyde, M., Orzech, D. P., Kissling, G. E., Walker, N. J., and Nyska, A. (2009). Reproductive lesions in female Harlan Sprague-Dawley rats following two-year oral treatment with dioxin and dioxin-like compounds. *Toxicol Pathol* **37**(7), 921-37.

Younger, F. M. (1951a). Scientific Associates. Certificate of Analysis - The minimum lethal dose of Pydraul F-9 when fed orally to laboratory rats (TOXSTUDIES0096). 4/17/1951.

Younger, F. M. (1951b). Scientific Associates. Certificate of Analysis - The minimum lethal dose of Pydraul F-9 when fed orally to New Zealand White rabbits (TOXSTUDIES0094). 2/19/1951.

Younger, F. M. (1953a). Scientific Associates. Certificate of Analysis - The acute oral toxicity ($LD_{50}$) of Aroclor 1242 for rats (TOXSTUDIES0185). 12/11/1953.

Younger, F. M. (1953b). Scientific Associates. Certificate of Analysis - The acute oral toxicity ($LD_{50}$) of Aroclor 1254 for rats (TOXSTUDIES0182). 11/10/1953.

Younger, F. M. (1954a). Scientific Associates. Certificate of Analysis - The acute oral toxicity ($LD_{50}$) of functional fluid (OS-54) for rats; Inhalation of OS-54 fumes by rabbits over period of three days; Ocular irritation produced by OS-54 (TOXSTUDIES0188). 1/13/1954.

Younger, F. M. (1954b). Scientific Associates. Certificate of Analysis - Toxicological Investigation of fluid OS-57 (Pydraul 150; TOXSTUDIES0194). 9/13/1954.

Younger, F. M. (1955a). Scientific Associates. Certificate of Analysis - Toxicological Investigation of  Fluid OS-63 (TOXSTUDIES0206). 2/3/1955.

Younger, F. M. (1955b). Scientific Associates. Certificate of Analysis - Toxicological Investigation of Pydraul 600 (TOXSTUDIES0404). 7/13/1955.

Younger, F. M. (1955c). Scientific Associates. Certificate of Analysis - Toxicological Investigation of Pydraul 600 (TOXSTUDIES0410). 9/26/1955.

Younger, F. M. (1955d). Scientific Associates. Certificate of Analysis - Toxicological Investigation of Pydraul F-9 (FH-103) (TOXSTUDIES0200). 2/1/1955.

Younger, F. M. (1956). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul AC (TOXSTUDIES0413). 8/3/1956.

Younger, F. M. (1957a). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1270 ammonia reaction product (TOXSTUDIES0430). 7/9/1957.

Younger, F. M. (1957b). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Hydraulic Fluids 0S-81 & 0S-83 (TOXSTUDIES0420). 2/26/1957.

Younger, F. M. (1958a). Younger Laboratories. Certificate of Analysis - The toxicity of the thermal decomposition products of 'OS-95' (TOXSTUDIES0467). 12/8/1958.

Younger, F. M. (1958b). Younger Laboratories. Certificate of Analysis - The toxicity of the thermal decomposition products of 'Pydraul 625' (TOXSTUDIES0440). 9/29/1958.

Younger, F. M. (1958c). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of  the following compounds 1) Polychlorinated Bisphenol (Hydrolyzed Aroclor 1268); 2) Diglycidyl ether of

379

1035

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

Tetrachlorobisphenol A; 3) Diglycidylether ether of Polychlorinated Bisphenol (TOXSTUDIES0448). 10/15/1958.

Younger, F. M. (1958d). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of OS-95 (TOXSTUDIES0433). 2/22/1958.

Younger, F. M. (1958e). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of OS-95 (TOXSTUDIES0463). 10/20/1958.

Younger, F. M. (1962a). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1221 (TOXSTUDIES0479). 6/13/1962.

Younger, F. M. (1962b). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1232 (TOXSTUDIES0475). 6/6/1962.

Younger, F. M. (1962c). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1242 (TOXSTUDIES0483). 6/19/1962.

Younger, F. M. (1962d). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1248 (TOXSTUDIES0487). 6/19/1962.

Younger, F. M. (1962e). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1254 (TOXSTUDIES0495). 6/25/1962.

Younger, F. M. (1962f). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1260 (TOXSTUDIES0491). 6/25/1962.

Younger, F. M. (1962g). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1262 (TOXSTUDIES0499). 6/25/1962.

Younger, F. M. (1962h). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 1268 (TOXSTUDIES0509). 7/9/1962.

Younger, F. M. (1962i). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 2565 (TOXSTUDIES0513). 7/17/1962.

Younger, F. M. (1962j). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Aroclor 4465 (TOXSTUDIES0503). 7/3/1962.

Younger, F. M. (1963a). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Inerteen PPO (TOXSTUDIES0525). 3/4/1963.

Younger, F. M. (1963b). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS - 300 (TOXSTUDIES0637). 12/19/1963.

Younger, F. M. (1963c). Younger Laboratories. Certificate of Analysis - Toxicological investigation of Pyranol 1470. (TOXSTUDIES0517). 3/4/1963.

Younger, F. M. (1964a). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of FH-145 (TOXSTUDIES0645). 2/13/1964.

Younger, F. M. (1964b). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of FH-159 (TOXSTUDIES0662). 7/20/1964.

380

1036

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Younger, F. M. (1964c). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 312 (TOXSTUDIES0678). 11/12/1964.

Younger, F. M. (1964d). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS - 295 (TOXSTUDIES0654). 6/13/1964.

Younger, F. M. (1964e). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul 280 (TOXSTUDIES0670). 8/11/1964.

Younger, F. M. (1966a). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of  MCS 153 (TOXSTUDIES0740). 11/9/1966.

Younger, F. M. (1966b). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul 625 (TOXSTUDIES0728). 11/9/1966.

Younger, F. M. (1966c). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul F-9 (TOXSTUDIES0736). 11/9/1966.

Younger, F. M. (1966d). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 90 (TOXSTUDIES0704). 10/17/1966.

Younger, F. M. (1966e). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 404  (TOXSTUDIES0732). 11/9/1966.

Younger, F. M. (1966f). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS 528 (TOXSTUDIES0712). 11/9/1966.

Younger, F. M. (1966g). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS - 395 (TOXSTUDIES0686). 1/10/1966.

Younger, F. M. (1966h). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of MCS - 404 (TOXSTUDIES0695). 1/12/1966.

Younger, F. M. (1966i). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul 135 (TOXSTUDIES0724). 11/9/1966.

Younger, F. M. (1966j). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul 280 (TOXSTUDIES0720). 11/9/1966.

Younger, F. M. (1966k). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul AC (TOXSTUDIES0716). 11/9/1966.

Younger, F. M. (1967a). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of (XA-140) Santicizer 1706 (TOXSTUDIES0752). 10/19/1967.

Younger, F. M. (1967b). Younger Laboratories. Certificate of Analysis - Toxicological Investigation of Pydraul 230 (TOXSTUDIES0744). 10/13/1967.

Zahalka, E. A., Ellis, D. H., Goldey, E. S., Stanton, M. E., and Lau, C. (2001). Perinatal exposure to polychlorinated biphenyls Aroclor 1016 or 1254 did not alter brain catecholamines nor delayed alternation performance in Long-Evans rats. *Brain Res Bull* **55**(4), 487-500.

1037

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

Zeiger, M., Haag, R., Hockel, J., Schrenk, D., and Schmitz, H. J. (2001). Inducing effects of dioxin-like polychlorinated biphenyls on CYP1A in the human hepatoblastoma cell line HepG2, the rat hepatoma cell line H4IIE, and rat primary hepatocytes: comparison of relative potencies. *Toxicol Sci* **63**(1), 65-73.

Zhao, F., Mayura, K., Harper, N., Safe, S. H., and Phillips, T. D. (1997). Inhibition of 3,3',4,4',5-pentachlorobiphenyl-induced fetal cleft palate and immunotoxicity in C57BL/6 mice by 2,2',4,4',5,5'-hexachlorobiphenyl. *Chemosphere* **34**(5-7), 1605-13.

382

1038

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## XII.    Attachments

### A.    Attachment 1. Monsanto studies and bulletins

1.    Attachment 1A.  List of PCB-related toxicology studies conducted under contract from Monsanto

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|---|---|---|---|---|---|
| 1 | 1934 | Aroclor 1248 (lot 5) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 2 | 1934 | Aroclor 1248 (lot 9) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 3 | 1934 | Aroclor 1248 Special (batch 8) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 4 | 1934 | Aroclor 1260 (lot 32) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 5 | 1934 | Aroclor 1262 (batch 8a) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 6 | 1934 | Aroclor 1262 (lot 3) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 7 | 1934 | Aroclor 1262 (lot notebook 176, p.121) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 8 | 1934 | Aroclor 1269 (lot 3, dry ground) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 9 | 1934 | Aroclor 1269 (lot 3, notebook 192, p.10, dry ground in pebble mill) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 10 | 1934 | Aroclor 1269 (lot notebook 176, p.121, dry ground) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 11 | 1934 | Aroclor 1269 (lot notebook 176, p.121; wet ground) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 12 | 1934 | Aroclor Special (lot notebook 192, p.9) | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 13 | 1934 | Halowax 1000 | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 14 | 1934 | Halowax 1001 | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 15 | 1934 | Halowax 1004 | Rabbit - Dermal | Irritation | [TOXSTUDIES0001] |
| 16 | 1937 | Chlorinated diphenyl (65% chlorine) | Rat - Inhalation | Repeated dose | [TOXSTUDIES0005] |
| 17 | 1937 | Chlorinated diphenyl (65% chlorine) | Rat - Inhalation | Repeated dose | [TOXSTUDIES0005] |
| 18 | 1937 | Chlorinated naphthalenes + chlorinated diphenyl | Rat - Inhalation | Repeated dose | [TOXSTUDIES0005] |
| 19 | 1937 | Chlorinated naphthalenes + chlorinated diphenyl | Rat - Inhalation | Repeated dose | [TOXSTUDIES0005] |
| 20 | 1937 | Chlorinated diphenyl (65% chlorine) | Rat - Oral | Repeated dose | [TOXSTUDIES0005] |
| 21 | 1937 | Chlorinated naphthalenes + chlorinated diphenyl | Rat - Oral | Repeated dose | [TOXSTUDIES0005] |
| 22 | 1938 | Aroclor 1268 | Rat - Inhalation | Repeated dose | [TOXSTUDIES0061] |

383

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 23 | 1938 | Aroclor 4465 | Rat - Inhalation | Repeated dose | [TOXSTUDIES0074] |
| 24 | 1938 | Aroclor 4465 | Rat - Inhalation | Repeated dose | [TOXSTUDIES0074] |
| 25 | 1938 | Aroclor 5460 | Rat - Inhalation | Repeated dose | [TOXSTUDIES0061] |
| 26 | 1938 | Chlorinated diphenyl (65% chlorine) | Rat - Inhalation | Repeated dose | [TOXSTUDIES0034] |
| 27 | 1938 | Chlorinated diphenyl (65% chlorine) | Rat - Inhalation | Repeated dose | [TOXSTUDIES0034] |
| 28 | 1938 | Chlorinated naphthalenes + chlorinated diphenyl | Rat - Inhalation | Repeated dose | [TOXSTUDIES0034] |
| 29 | 1938 | Chlorinated naphthalenes + chlorinated diphenyl | Rat - Inhalation | Repeated dose | [TOXSTUDIES0034] |
| 30 | 1938 | Chlorinated diphenyl (65% chlorine) | Rat - Oral | Repeated dose | [TOXSTUDIES0034] |
| 31 | 1938 | Chlorinated naphthalenes + chlorinated diphenyl | Rat - Oral | Repeated dose | [TOXSTUDIES0034] |
| 32 | 1938 | Chlorinated naphthalenes + chlorinated diphenyl | Rat - Oral | Repeated dose | [TOXSTUDIES0034] |
| 33 | 1949 | Aroclor [# not specified] | Human - Dermal | Irritation | [TOXSTUDIES0092] |
| 34 | 1951 | Pydraul F-9 | Human - Dermal | Irritation | [TOXSTUDIES0098] |
| 35 | 1951 | Pydraul F-9 | Rabbit - Oral | MLD | [TOXSTUDIES0094] |
| 36 | 1951 | Pydraul F-9 | Rat - Oral | MLD | [TOXSTUDIES0096] |
| 37 | 1953 | Aroclor 1248 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Repeated dose | [TOXSTUDIES0100] |
| 38 | 1953 | Pydraul F-9 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Repeated dose | [TOXSTUDIES0100] |
| 39 | 1953 | Aroclor 1248 | Rabbit - Dermal | Acute (single exposure) | [TOXSTUDIES0100] |
| 40 | 1953 | Pydraul F-9 | Rabbit - Dermal | Acute (single exposure) | [TOXSTUDIES0100] |
| 41 | 1953 | Aroclor 1242 | Rat - Oral | LD50 | [TOXSTUDIES0185] |
| 42 | 1953 | Aroclor 1254 | Rat - Oral | LD50 | [TOXSTUDIES0182] |
| 43 | 1954 | OS-57 | Rabbit - Dermal | MLD | [TOXSTUDIES0194] |
| 44 | 1954 | OS-57 | Rabbit - Dermal | Irritation | [TOXSTUDIES0194] |
| 45 | 1954 | OS-54 | Rabbit - Inhalation | Repeated dose | [TOXSTUDIES0188] |
| 46 | 1954 | OS-54 | Rabbit - Ocular | Irritation | [TOXSTUDIES0188] |
| 47 | 1954 | OS-57 | Rabbit - Ocular | Irritation | [TOXSTUDIES0194] |
| 48 | 1954 | OS-57 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0194] |
| 49 | 1954 | OS-54 | Rat - Oral | LD50 | [TOXSTUDIES0188] |
| 50 | 1954 | OS-57 | Rat - Oral | Acute (single exposure) | [TOXSTUDIES0194] |

384

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 51 | 1955 | Aroclor 1242 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Repeated dose | [TOXSTUDIES0212] |
| 52 | 1955 | Aroclor 1242 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Repeated dose | [TOXSTUDIES0212] |
| 53 | 1955 | Aroclor 1242 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Repeated dose | [TOXSTUDIES0314] |
| 54 | 1955 | Aroclor 1254 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Repeated dose | [TOXSTUDIES0212] |
| 55 | 1955 | Aroclor 1254 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Repeated dose | [TOXSTUDIES0314] |
| 56 | 1955 | Pydraul F-9 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Acute (single exposure) | [TOXSTUDIES0388] |
| 57 | 1955 | Pydraul F-9 | Multiple (cat, guinea pig, rabbit, rat) - Inhalation | Acute (single exposure) | [TOXSTUDIES0388] |
| 58 | 1955 | OS-63 | Rabbit - Dermal | MLD | [TOXSTUDIES0206] |
| 59 | 1955 | OS-63 | Rabbit - Dermal | Irritation | [TOXSTUDIES0206] |
| 60 | 1955 | Pydraul 600 | Rabbit - Dermal | MLD | [TOXSTUDIES0404] |
| 61 | 1955 | Pydraul 600 | Rabbit - Dermal | Irritation | [TOXSTUDIES0404] |
| 62 | 1955 | Pydraul F-9 | Rabbit - Dermal | MLD | [TOXSTUDIES0200] |
| 63 | 1955 | Pydraul F-9 | Rabbit - Dermal | Irritation | [TOXSTUDIES0200] |
| 64 | 1955 | OS-63 | Rabbit - Ocular | Irritation | [TOXSTUDIES0206] |
| 65 | 1955 | Pydraul 600 | Rabbit - Ocular | Irritation | [TOXSTUDIES0404] |
| 66 | 1955 | Pydraul F-9 | Rabbit - Ocular | Irritation | [TOXSTUDIES0200] |
| 67 | 1955 | Pydraul 600 | Rabbit - Oral | LD50 | [TOXSTUDIES0410] |
| 68 | 1955 | OS-63 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0206] |
| 69 | 1955 | Pydraul 600 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0404] |
| 70 | 1955 | Pydraul F-9 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0200] |
| 71 | 1955 | OS-63 | Rat - Oral | LD50 | [TOXSTUDIES0206] |
| 72 | 1955 | Pydraul 600 | Rat - Oral | LD50 | [TOXSTUDIES0404] |
| 73 | 1955 | Pydraul 600 | Rat - Oral | Acute (single exposure) | [TOXSTUDIES0410] |
| 74 | 1955 | Pydraul F-9 | Rat - Oral | LD50 | [TOXSTUDIES0200] |
| 75 | 1956 | Pydraul AC | Rabbit - Dermal | MLD | [TOXSTUDIES0413] |
| 76 | 1956 | Pydraul AC | Rabbit - Dermal | Irritation | [TOXSTUDIES0413] |
| 77 | 1956 | Pydraul AC | Rabbit - Ocular | Irritation | [TOXSTUDIES0413] |
| 78 | 1956 | Pydraul AC | Rabbit - Oral | MLD | [TOXSTUDIES0413] |
| 79 | 1956 | Pydraul AC | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0413] |
| 80 | 1956 | Pydraul AC | Rat - Oral | LD50 | [TOXSTUDIES0413] |

385

1041

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|-------------|------------------------|----------------|--------------|
| 81 | 1957 | Aroclor 1270 | Rabbit - Dermal | Irritation | [TOXSTUDIES0430] |
| 82 | 1957 | OS-81 | Rabbit - Dermal | Irritation | [TOXSTUDIES0420] |
| 83 | 1957 | OS-83 | Rabbit - Dermal | Irritation | [TOXSTUDIES0420] |
| 84 | 1957 | Aroclor 1270 | Rabbit - Ocular | Irritation | [TOXSTUDIES0430] |
| 85 | 1957 | OS-81 | Rabbit - Ocular | Irritation | [TOXSTUDIES0420] |
| 86 | 1957 | OS-83 | Rabbit - Ocular | Irritation | [TOXSTUDIES0420] |
| 87 | 1957 | OS-81 | Rabbit - Oral | MLD | [TOXSTUDIES0420] |
| 88 | 1957 | OS-83 | Rabbit - Oral | MLD | [TOXSTUDIES0420] |
| 89 | 1957 | OS-81 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0420] |
| 90 | 1957 | OS-83 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0420] |
| 91 | 1957 | Aroclor 1270 | Rat - Oral | LD50 | [TOXSTUDIES0430] |
| 92 | 1957 | OS-81 | Rat - Oral | LD50 | [TOXSTUDIES0420] |
| 93 | 1957 | OS-83 | Rat - Oral | LD50 | [TOXSTUDIES0420] |
| 94 | 1958 | Aroclor 1268 | Rabbit - Dermal | MLD | [TOXSTUDIES0448] |
| 95 | 1958 | Aroclor 1268 | Rabbit - Dermal | Irritation | [TOXSTUDIES0448] |
| 96 | 1958 | OS-95 | Rabbit - Dermal | MLD | [TOXSTUDIES0433] |
| 97 | 1958 | OS-95 | Rabbit - Dermal | Irritation | [TOXSTUDIES0433] |
| 98 | 1958 | OS-95 | Rabbit - Dermal | MLD | [TOXSTUDIES0463] |
| 99 | 1958 | OS-95 | Rabbit - Dermal | MLD | [TOXSTUDIES0463] |
| 100 | 1958 | OS-95 | Rabbit - Dermal | Irritation | [TOXSTUDIES0463] |
| 101 | 1958 | OS-95 | Rabbit - Dermal | Irritation | [TOXSTUDIES0463] |
| 102 | 1958 | Aroclor 1268 | Rabbit - Ocular | Irritation | [TOXSTUDIES0448] |
| 103 | 1958 | OS-95 | Rabbit - Ocular | Irritation | [TOXSTUDIES0433] |
| 104 | 1958 | OS-95 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0433] |
| 105 | 1958 | OS-95 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0467] |
| 106 | 1958 | OS-95 | Rat - Inhalation | Repeated dose | [TOXSTUDIES0467] |
| 107 | 1958 | Pydraul 625 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0440] |
| 108 | 1958 | Pydraul 625 | Rat - Inhalation | Repeated dose | [TOXSTUDIES0440] |
| 109 | 1958 | Aroclor 1268 | Rat - Oral | LD50 | [TOXSTUDIES0448] |
| 110 | 1958 | OS-95 | Rat - Oral | LD50 | [TOXSTUDIES0433] |
| 111 | 1962 | Aroclor 1221 | Rabbit - Dermal | MLD | [TOXSTUDIES0479] |
| 112 | 1962 | Aroclor 1232 | Rabbit - Dermal | MLD | [TOXSTUDIES0475] |
| 113 | 1962 | Aroclor 1242 | Rabbit - Dermal | MLD | [TOXSTUDIES0483] |
| 114 | 1962 | Aroclor 1248 | Rabbit - Dermal | MLD | [TOXSTUDIES0487] |
| 115 | 1962 | Aroclor 1254 | Rabbit - Dermal | MLD | [TOXSTUDIES0495] |
| 116 | 1962 | Aroclor 1260 | Rabbit - Dermal | MLD | [TOXSTUDIES0491] |
| 117 | 1962 | Aroclor 1262 | Rabbit - Dermal | MLD | [TOXSTUDIES0499] |
| 118 | 1962 | Aroclor 1268 | Rabbit - Dermal | MLD | [TOXSTUDIES0509] |
| 119 | 1962 | Aroclor 2565 | Rabbit - Dermal | MLD | [TOXSTUDIES0513] |
| 120 | 1962 | Aroclor 4465 | Rabbit - Dermal | MLD | [TOXSTUDIES0503] |

386

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 121 | 1962 | Aroclor 4465 | Rabbit - Dermal | Irritation | [TOXSTUDIES0503] |
| 122 | 1962 | Aroclor 4465 | Rabbit - Ocular | Irritation | [TOXSTUDIES0503] |
| 123 | 1962 | Aroclor 1221 | Rat - Oral | LD50 | [TOXSTUDIES0479] |
| 124 | 1962 | Aroclor 1232 | Rat - Oral | LD50 | [TOXSTUDIES0475] |
| 125 | 1962 | Aroclor 1242 | Rat - Oral | LD50 | [TOXSTUDIES0483] |
| 126 | 1962 | Aroclor 1248 | Rat - Oral | LD50 | [TOXSTUDIES0487] |
| 127 | 1962 | Aroclor 1254 | Rat - Oral | LD50 | [TOXSTUDIES0495] |
| 128 | 1962 | Aroclor 1260 | Rat - Oral | LD50 | [TOXSTUDIES0491] |
| 129 | 1962 | Aroclor 1262 | Rat - Oral | LD50 | [TOXSTUDIES0499] |
| 130 | 1962 | Aroclor 1268 | Rat - Oral | LD50 | [TOXSTUDIES0509] |
| 131 | 1962 | Aroclor 2565 | Rat - Oral | LD50 | [TOXSTUDIES0513] |
| 132 | 1962 | Aroclor 4465 | Rat - Oral | LD50 | [TOXSTUDIES0503] |
| 133 | 1963 | Aroclor 1221 | Rabbit - Dermal | Repeated dose | [TOXSTUDIES0583] |
| 134 | 1963 | Aroclor 1242 | Rabbit - Dermal | Repeated dose | [TOXSTUDIES0549] |
| 135 | 1963 | Aroclor 1248 | Rabbit - Dermal | Repeated dose | [TOXSTUDIES0533] |
| 136 | 1963 | Aroclor 1254 | Rabbit - Dermal | Repeated dose | [TOXSTUDIES0602] |
| 137 | 1963 | Aroclor 1268 | Rabbit - Dermal | Repeated dose | [TOXSTUDIES0566] |
| 138 | 1963 | Aroclor 4465 | Rabbit - Dermal | Repeated dose | [TOXSTUDIES0620] |
| 139 | 1963 | Inerteen PPO | Rabbit - Dermal | MLD | [TOXSTUDIES0525] |
| 140 | 1963 | Inerteen PPO | Rabbit - Dermal | Irritation | [TOXSTUDIES0525] |
| 141 | 1963 | MCS 300 | Rabbit - Dermal | MLD | [TOXSTUDIES0637] |
| 142 | 1963 | MCS 300 | Rabbit - Dermal | Irritation | [TOXSTUDIES0637] |
| 143 | 1963 | Pyranol 1470 | Rabbit - Dermal | MLD | [TOXSTUDIES0517] |
| 144 | 1963 | Pyranol 1470 | Rabbit - Dermal | Irritation | [TOXSTUDIES0517] |
| 145 | 1963 | Inerteen PPO | Rabbit - Ocular | Irritation | [TOXSTUDIES0525] |
| 146 | 1963 | MCS 300 | Rabbit - Ocular | Irritation | [TOXSTUDIES0637] |
| 147 | 1963 | Pyranol 1470 | Rabbit - Ocular | Irritation | [TOXSTUDIES0517] |
| 148 | 1963 | Inerteen PPO | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0525] |
| 149 | 1963 | MCS 300 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0637] |
| 150 | 1963 | Pyranol 1470 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0517] |
| 151 | 1963 | Inerteen PPO | Rat - Oral | LD50 | [TOXSTUDIES0525] |
| 152 | 1963 | MCS 300 | Rat - Oral | LD50 | [TOXSTUDIES0637] |
| 153 | 1963 | Pyranol 1470 | Rat - Oral | LD50 | [TOXSTUDIES0517] |
| 154 | 1964 | FH-145 | Rabbit - Dermal | MLD | [TOXSTUDIES0645] |
| 155 | 1964 | FH-145 | Rabbit - Dermal | Irritation | [TOXSTUDIES0645] |
| 156 | 1964 | FH-145 | Rabbit - Dermal | Irritation | [TOXSTUDIES0654] |
| 157 | 1964 | FH-159 | Rabbit - Dermal | MLD | [TOXSTUDIES0662] |
| 158 | 1964 | FH-159 | Rabbit - Dermal | Irritation | [TOXSTUDIES0662] |
| 159 | 1964 | MCS 295 | Rabbit - Dermal | MLD | [TOXSTUDIES0654] |
| 160 | 1964 | Pydraul 280 | Rabbit - Dermal | MLD | [TOXSTUDIES0670] |
| 161 | 1964 | Pydraul 280 | Rabbit - Dermal | Irritation | [TOXSTUDIES0670] |

387

1043

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 162 | 1964 | Pydraul 312 (MCS 312) | Rabbit - Dermal | Irritation | [TOXSTUDIES0678] |
| 163 | 1964 | Pydraul 312 (MCS 312) | Rabbit - Dermal | MLD | [TOXSTUDIES0678] |
| 164 | 1964 | FH-145 | Rabbit - Ocular | Irritation | [TOXSTUDIES0645] |
| 165 | 1964 | FH-145 | Rabbit - Ocular | Irritation | [TOXSTUDIES0654] |
| 166 | 1964 | FH-159 | Rabbit - Ocular | Irritation | [TOXSTUDIES0662] |
| 167 | 1964 | Pydraul 280 | Rabbit - Ocular | Irritation | [TOXSTUDIES0670] |
| 168 | 1964 | Pydraul 312 (MCS 312) | Rabbit - Ocular | Irritation | [TOXSTUDIES0678] |
| 169 | 1964 | FH-145 | Rabbit - Oral | MLD | [TOXSTUDIES0645] |
| 170 | 1964 | FH-145 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0645] |
| 171 | 1964 | FH-145 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0654] |
| 172 | 1964 | FH-159 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0662] |
| 173 | 1964 | Pydraul 280 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0670] |
| 174 | 1964 | Pydraul 312 (MCS 312) | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0678] |
| 175 | 1964 | FH-145 | Rat - Oral | LD50 | [TOXSTUDIES0645] |
| 176 | 1964 | FH-159 | Rat - Oral | LD50 | [TOXSTUDIES0662] |
| 177 | 1964 | MCS 295 | Rat - Oral | LD50 | [TOXSTUDIES0654] |
| 178 | 1964 | Pydraul 280 | Rat - Oral | LD50 | [TOXSTUDIES0670] |
| 179 | 1964 | Pydraul 312 (MCS 312) | Rat - Oral | LD50 | [TOXSTUDIES0678] |
| 180 | 1966 | MCS 153 | Rabbit - Dermal | MLD | [TOXSTUDIES0740] |
| 181 | 1966 | MCS 395 | Rabbit - Dermal | MLD | [TOXSTUDIES0686] |
| 182 | 1966 | MCS 395 | Rabbit - Dermal | MLD | [TOXSTUDIES0686] |
| 183 | 1966 | MCS 395 | Rabbit - Dermal | Irritation | [TOXSTUDIES0686] |
| 184 | 1966 | MCS 404 | Rabbit - Dermal | MLD | [TOXSTUDIES0695] |
| 185 | 1966 | MCS 404 | Rabbit - Dermal | Irritation | [TOXSTUDIES0695] |
| 186 | 1966 | MCS 404 | Rabbit - Dermal | MLD | [TOXSTUDIES0732] |
| 187 | 1966 | MCS 528 | Rabbit - Dermal | MLD | [TOXSTUDIES0712] |
| 188 | 1966 | MCS 90 | Rabbit - Dermal | MLD | [TOXSTUDIES0704] |
| 189 | 1966 | MCS 90 | Rabbit - Dermal | Irritation | [TOXSTUDIES0704] |
| 190 | 1966 | Pydraul 135 | Rabbit - Dermal | MLD | [TOXSTUDIES0724] |
| 191 | 1966 | Pydraul 280 | Rabbit - Dermal | MLD | [TOXSTUDIES0720] |
| 192 | 1966 | Pydraul 625 | Rabbit - Dermal | MLD | [TOXSTUDIES0728] |
| 193 | 1966 | Pydraul AC | Rabbit - Dermal | MLD | [TOXSTUDIES0716] |
| 194 | 1966 | Pydraul F-9 | Rabbit - Dermal | MLD | [TOXSTUDIES0736] |
| 195 | 1966 | MCS 395 | Rabbit - Ocular | Irritation | [TOXSTUDIES0686] |
| 196 | 1966 | MCS 404 | Rabbit - Ocular | Irritation | [TOXSTUDIES0695] |
| 197 | 1966 | MCS 90 | Rabbit - Ocular | Irritation | [TOXSTUDIES0704] |
| 198 | 1966 | MCS 404 | Rabbit - Oral | MLD | [TOXSTUDIES0695] |
| 199 | 1966 | MCS 395 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0686] |

388

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 200 | 1966 | MCS 404 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0695] |
| 201 | 1966 | MCS 90 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0704] |
| 202 | 1966 | MCS 153 | Rat - Oral | LD50 | [TOXSTUDIES0740] |
| 203 | 1966 | MCS 395 | Rat - Oral | LD50 | [TOXSTUDIES0686] |
| 204 | 1966 | MCS 404 | Rat - Oral | LD50 | [TOXSTUDIES0695] |
| 205 | 1966 | MCS 404 | Rat - Oral | LD50 | [TOXSTUDIES0732] |
| 206 | 1966 | MCS 528 | Rat - Oral | LD50 | [TOXSTUDIES0712] |
| 207 | 1966 | MCS 90 | Rat - Oral | LD50 | [TOXSTUDIES0704] |
| 208 | 1966 | Pydraul 135 | Rat - Oral | LD50 | [TOXSTUDIES0724] |
| 209 | 1966 | Pydraul 280 | Rat - Oral | LD50 | [TOXSTUDIES0720] |
| 210 | 1966 | Pydraul 625 | Rat - Oral | LD50 | [TOXSTUDIES0728] |
| 211 | 1966 | Pydraul AC | Rat - Oral | LD50 | [TOXSTUDIES0716] |
| 212 | 1966 | Pydraul F-9 | Rat - Oral | LD50 | [TOXSTUDIES0736] |
| 213 | 1967 | Pydraul 230 | Rabbit - Dermal | MLD | [TOXSTUDIES0744] |
| 214 | 1967 | Pydraul 230 | Rabbit - Dermal | Irritation | [TOXSTUDIES0744] |
| 215 | 1967 | Pydraul 230 | Rabbit - Ocular | Irritation | [TOXSTUDIES0744] |
| 216 | 1967 | Pydraul 230 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0744] |
| 217 | 1967 | (XA-140) Santicizer 1706 | Rat - Oral | LD50 | [TOXSTUDIES0752] |
| 218 | 1967 | Pydraul 230 | Rat - Oral | LD50 | [TOXSTUDIES0744] |
| 219 | 1969 | Aroclor 1242 | Bluegill fish - Water | LC50 | [TOXSTUDIES0798] |
| 220 | 1969 | Aroclor 1254 | Bluegill fish - Water | LC50 | [TOXSTUDIES0798] |
| 221 | 1969 | Aroclor 1260 | Bluegill fish - Water | LC50 | [TOXSTUDIES0798] |
| 222 | 1969 | Aroclor 5460 | Bluegill fish - Water | LC50 | [TOXSTUDIES0798] |
| 223 | 1969 | Halowax 1099 | Bluegill fish - Water | LC50 | [TOXSTUDIES0798] |
| 224 | 1969 | Toxaphene | Bluegill fish - Water | LC50 | [TOXSTUDIES0798] |
| 225 | 1969 | Aroclor 1242 | Chicken - Oral | LD50 | [TOXSTUDIES0773] |
| 226 | 1969 | Aroclor 1242 | Chicken - Oral | Tissue burden | [TOXSTUDIES0773] |
| 227 | 1969 | Aroclor 1254 | Chicken - Oral | LD50 | [TOXSTUDIES0773] |
| 228 | 1969 | Aroclor 1254 | Chicken - Oral | Tissue burden | [TOXSTUDIES0773] |
| 229 | 1969 | Aroclor 1260 | Chicken - Oral | LD50 | [TOXSTUDIES0773] |
| 230 | 1969 | Aroclor 1260 | Chicken - Oral | Tissue burden | [TOXSTUDIES0773] |
| 231 | 1969 | Aroclor 5460 | Chicken - Oral | LD50 | [TOXSTUDIES0773] |
| 232 | 1969 | Aroclor 5460 | Chicken - Oral | Tissue burden | [TOXSTUDIES0773] |
| 233 | 1969 | Halowax 1014 | Chicken - Oral | LD50 | [TOXSTUDIES0773] |
| 234 | 1969 | Halowax 1014 | Chicken - Oral | Tissue burden | [TOXSTUDIES0773] |
| 235 | 1969 | Halowax 1099 | Chicken - Oral | LD50 | [TOXSTUDIES0773] |
| 236 | 1969 | Halowax 1099 | Chicken - Oral | Tissue burden | [TOXSTUDIES0773] |
| 237 | 1969 | Toxaphene | Chicken - Oral | LD50 | [TOXSTUDIES0773] |
| 238 | 1969 | Toxaphene | Chicken - Oral | Tissue burden | [TOXSTUDIES0773] |
| 239 | 1969 | MCS 528 | Rabbit - Dermal | MLD | [TOXSTUDIES0754] |

389

1045

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 240 | 1969 | MCS 528 | Rabbit - Dermal | Irritation | [TOXSTUDIES0754] |
| 241 | 1969 | MCS 900 | Rabbit - Dermal | MLD | [TOXSTUDIES0789] |
| 242 | 1969 | MCS 900 | Rabbit - Dermal | Irritation | [TOXSTUDIES0789] |
| 243 | 1969 | MCS 9001 | Rabbit - Dermal | MLD | [TOXSTUDIES0832] |
| 244 | 1969 | MCS 9001 | Rabbit - Dermal | Irritation | [TOXSTUDIES0832] |
| 245 | 1969 | Pydraul 312 | Rabbit - Dermal | Irritation | [TOXSTUDIES0760] |
| 246 | 1969 | Pydraul 312 | Rabbit - Dermal | MLD | [TOXSTUDIES0760] |
| 247 | 1969 | MCS 528 | Rabbit - Ocular | Irritation | [TOXSTUDIES0754] |
| 248 | 1969 | MCS 900 | Rabbit - Ocular | Irritation | [TOXSTUDIES0789] |
| 249 | 1969 | MCS 9001 | Rabbit - Ocular | Irritation | [TOXSTUDIES0832] |
| 250 | 1969 | Pydraul 312 | Rabbit - Ocular | Irritation | [TOXSTUDIES0760] |
| 251 | 1969 | Aroclor 1242 | Rainbow trout - Water | LC50 | [TOXSTUDIES0798] |
| 252 | 1969 | Aroclor 1254 | Rainbow trout - Water | LC50 | [TOXSTUDIES0798] |
| 253 | 1969 | Aroclor 1260 | Rainbow trout - Water | LC50 | [TOXSTUDIES0798] |
| 254 | 1969 | Aroclor 5460 | Rainbow trout - Water | LC50 | [TOXSTUDIES0798] |
| 255 | 1969 | Halowax 1099 | Rainbow trout - Water | LC50 | [TOXSTUDIES0798] |
| 256 | 1969 | Toxaphene | Rainbow trout - Water | LC50 | [TOXSTUDIES0798] |
| 257 | 1969 | MCS 900 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0789] |
| 258 | 1969 | MCS 9001 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0832] |
| 259 | 1969 | Aroclor 1242 | Rat - Oral | Repeated dose | [TOXSTUDIES0766] |
| 260 | 1969 | Aroclor 1254 | Rat - Oral | Tissue burden | [TOXSTUDIES0766] |
| 261 | 1969 | Aroclor 1260 | Rat - Oral | Tissue burden | [TOXSTUDIES0766] |
| 262 | 1969 | Aroclor 5460 | Rat - Oral | Tissue burden | [TOXSTUDIES0766] |
| 263 | 1969 | Halowax 1014 | Rat - Oral | Tissue burden | [TOXSTUDIES0766] |
| 264 | 1969 | Halowax 1099 | Rat - Oral | Tissue burden | [TOXSTUDIES0766] |
| 265 | 1969 | MCS 528 | Rat - Oral | LD50 | [TOXSTUDIES0754] |
| 266 | 1969 | MCS 900 | Rat - Oral | LD50 | [TOXSTUDIES0789] |
| 267 | 1969 | MCS 9001 | Rat - Oral | LD50 | [TOXSTUDIES0832] |
| 268 | 1969 | Pydraul 312 | Rat - Oral | LD50 | [TOXSTUDIES0760] |
| 269 | 1969 | Toxaphene | Rat - Oral | Tissue burden | [TOXSTUDIES0766] |
| 270 | 1970 | Aroclor 1242 | Chicken - Oral | Reproductive toxicity | [TOXSTUDIES0864] |
| 271 | 1970 | Aroclor 1254 | Chicken - Oral | Reproductive toxicity | [TOXSTUDIES0864] |
| 272 | 1970 | Aroclor 1260 | Chicken - Oral | Reproductive toxicity | [TOXSTUDIES0864] |
| 273 | 1970 | Aroclor 4273 - MCS 1004 | Rabbit - Dermal | MLD | [TOXSTUDIES0965] |
| 274 | 1970 | Aroclor 4273 - MCS 1004 | Rabbit - Dermal | Irritation | [TOXSTUDIES0965] |
| 275 | 1970 | Aroclor 6037 - MCS 1057-1 | Rabbit - Dermal | MLD | [TOXSTUDIES0957] |
| 276 | 1970 | Aroclor 6037 - MCS 1057-1 | Rabbit - Dermal | Irritation | [TOXSTUDIES0957] |
| 277 | 1970 | Aroclor 6062 | Rabbit - Dermal | MLD | [TOXSTUDIES0950] |
| 278 | 1970 | Aroclor 6062 | Rabbit - Dermal | Irritation | [TOXSTUDIES0950] |

390

1046

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 279 | 1970 | Aroclor 6070 | Rabbit - Dermal | MLD | [TOXSTUDIES0982] |
| 280 | 1970 | Aroclor 6070 | Rabbit - Dermal | Irritation | [TOXSTUDIES0982] |
| 281 | 1970 | Aroclor 6090 | Rabbit - Dermal | MLD | [TOXSTUDIES0990] |
| 282 | 1970 | Aroclor 6090 | Rabbit - Dermal | Irritation | [TOXSTUDIES0990] |
| 283 | 1970 | MCS 1009 | Rabbit - Dermal | MLD | [TOXSTUDIES0848] |
| 284 | 1970 | MCS 1009 | Rabbit - Dermal | Irritation | [TOXSTUDIES0848] |
| 285 | 1970 | MCS 999 | Rabbit - Dermal | MLD | [TOXSTUDIES0856] |
| 286 | 1970 | MCS 999 | Rabbit - Dermal | Irritation | [TOXSTUDIES0856] |
| 287 | 1970 | Pydraul 281 | Rabbit - Dermal | MLD | [TOXSTUDIES0840] |
| 288 | 1970 | Pydraul 281 | Rabbit - Dermal | Irritation | [TOXSTUDIES0840] |
| 289 | 1970 | Aroclor 4273 - MCS 1004 | Rabbit - Ocular | Irritation | [TOXSTUDIES0965] |
| 290 | 1970 | Aroclor 6037 - MCS 1057-1 | Rabbit - Ocular | Irritation | [TOXSTUDIES0957] |
| 291 | 1970 | Aroclor 6062 | Rabbit - Ocular | Irritation | [TOXSTUDIES0950] |
| 292 | 1970 | Aroclor 6070 | Rabbit - Ocular | Irritation | [TOXSTUDIES0982] |
| 293 | 1970 | Aroclor 6090 | Rabbit - Ocular | Irritation | [TOXSTUDIES0990] |
| 294 | 1970 | MCS 1009 | Rabbit - Ocular | Irritation | [TOXSTUDIES0848] |
| 295 | 1970 | MCS 999 | Rabbit - Ocular | Irritation | [TOXSTUDIES0856] |
| 296 | 1970 | Pydraul 281 | Rabbit - Ocular | Irritation | [TOXSTUDIES0840] |
| 297 | 1970 | Aroclor 4273 - MCS 1004 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0965] |
| 298 | 1970 | Aroclor 6037 - MCS 1057-1 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0957] |
| 299 | 1970 | Aroclor 6070 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0982] |
| 300 | 1970 | MCS 1009 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0848] |
| 301 | 1970 | MCS 999 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0856] |
| 302 | 1970 | Pydraul 281 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0840] |
| 303 | 1970 | Aroclor 4273 - MCS 1004 | Rat - Oral | LD50 | [TOXSTUDIES0965] |
| 304 | 1970 | Aroclor 6037 - MCS 1057-1 | Rat - Oral | LD50 | [TOXSTUDIES0957] |
| 305 | 1970 | Aroclor 6062 | Rat - Oral | LD50 | [TOXSTUDIES0950] |
| 306 | 1970 | Aroclor 6070 | Rat - Oral | LD50 | [TOXSTUDIES0982] |
| 307 | 1970 | Aroclor 6090 | Rat - Oral | Acute (single exposure) | [TOXSTUDIES0990] |
| 308 | 1970 | MCS 1009 | Rat - Oral | LD50 | [TOXSTUDIES0848] |
| 309 | 1970 | MCS 999 | Rat - Oral | LD50 | [TOXSTUDIES0856] |
| 310 | 1970 | Pydraul 281 | Rat - Oral | LD50 | [TOXSTUDIES0840] |
| 311 | 1971 | Aroclor 1016 | Bluegill fish - Water | TL50 | [TOXSTUDIES1790] |
| 312 | 1971 | Aroclor 1242 | Bluegill fish - Water | TL50 | [TOXSTUDIES1790] |
| 313 | 1971 | Aroclor 1016 | Catfish - Water | TL50 | [TOXSTUDIES1790] |
| 314 | 1971 | Aroclor 1242 | Catfish - Water | TL50 | [TOXSTUDIES1790] |

391

1047

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 315 | 1971 | Aroclor 1242 | Chicken - Oral | Reproductive toxicity | [TOXSTUDIES1049] |
| 316 | 1971 | Aroclor 1221 | Dog - Oral | Repeated dose | [TOXSTUDIES1799] |
| 317 | 1971 | Aroclor 1242 | Dog - Oral | Chronic toxicity | [TOXSTUDIES1276] |
| 318 | 1971 | Aroclor 1254 | Dog - Oral | Chronic toxicity | [TOXSTUDIES1198] |
| 319 | 1971 | Aroclor 1260 | Dog - Oral | Chronic toxicity | [TOXSTUDIES1351] |
| 320 | 1971 | Aroclor 1016 (MCS 1016) | Rabbit - Dermal | Irritation | [TOXSTUDIES1008] |
| 321 | 1971 | Aroclor 1016 (MCS 1016) | Rabbit - Dermal | LD50 | [TOXSTUDIES1008] |
| 322 | 1971 | Aroclor 1221 | Rabbit - Dermal | LD50 | [TOXSTUDIES1008] |
| 323 | 1971 | Aroclor 1221 | Rabbit - Dermal | Irritation | [TOXSTUDIES1008] |
| 324 | 1971 | Aroclor 1272 | Rabbit - Dermal | MLD | [TOXSTUDIES1085] |
| 325 | 1971 | Aroclor 1272 | Rabbit - Dermal | Irritation | [TOXSTUDIES1085] |
| 326 | 1971 | Aroclor 5442 | Rabbit - Dermal | LD50 | [TOXSTUDIES1008] |
| 327 | 1971 | Aroclor 5442 | Rabbit - Dermal | Irritation | [TOXSTUDIES1008] |
| 328 | 1971 | Aroclor 1016 (MCS 1016) | Rabbit - Ocular | Irritation | [TOXSTUDIES1008] |
| 329 | 1971 | Aroclor 1221 | Rabbit - Ocular | Irritation | [TOXSTUDIES1008] |
| 330 | 1971 | Aroclor 1272 | Rabbit - Ocular | Irritation | [TOXSTUDIES1085] |
| 331 | 1971 | Aroclor 5442 | Rabbit - Ocular | Irritation | [TOXSTUDIES1008] |
| 332 | 1971 | Aroclor 1016 (MCS 1016) | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES1002] |
| 333 | 1971 | Aroclor 1016 (MCS 1016) | Rat - Oral | LD50 | [TOXSTUDIES1008] |
| 334 | 1971 | Aroclor 1221 | Rat - Oral | LD50 | [TOXSTUDIES1008] |
| 335 | 1971 | Aroclor 1242 | Rat - Oral | Teratology | [TOXSTUDIES1111] |
| 336 | 1971 | Aroclor 1242 | Rat - Oral | Reproductive toxicity | [TOXSTUDIES1147] |
| 337 | 1971 | Aroclor 1242 | Rat - Oral | Chronic toxicity | [TOXSTUDIES1702] |
| 338 | 1971 | Aroclor 1254 | Rat - Oral | Teratology | [TOXSTUDIES1091] |
| 339 | 1971 | Aroclor 1254 | Rat - Oral | Reproductive toxicity | [TOXSTUDIES1426] |
| 340 | 1971 | Aroclor 1254 | Rat - Oral | Chronic toxicity | [TOXSTUDIES1612] |
| 341 | 1971 | Aroclor 1260 | Rat - Oral | Teratology | [TOXSTUDIES1129] |
| 342 | 1971 | Aroclor 1260 | Rat - Oral | Reproductive toxicity | [TOXSTUDIES1477] |
| 343 | 1971 | Aroclor 1260 | Rat - Oral | Chronic toxicity | [TOXSTUDIES1525] |
| 344 | 1971 | Aroclor 1272 | Rat - Oral | MLD | [TOXSTUDIES1085] |
| 345 | 1971 | Aroclor 5442 | Rat - Oral | LD50 | [TOXSTUDIES1008] |
| 346 | 1972 | Aroclor 1016 (MCS 1016) | Bluegill fish - Water | TL50 | [TOXSTUDIES1873] |
| 347 | 1972 | Aroclor 1221 | Bluegill fish - Water | TL50 | [TOXSTUDIES1873] |
| 348 | 1972 | Aroclor 1242 | Bluegill fish - Water | TL50 | [TOXSTUDIES2137] |
| 349 | 1972 | Aroclor 1254 | Bluegill fish - Water | TL50 | [TOXSTUDIES2137] |
| 350 | 1972 | Aroclor 1260 | Bluegill fish - Water | TL50 | [TOXSTUDIES2137] |
| 351 | 1972 | Aroclor 5432 | Bluegill fish - Water | TL50 | [TOXSTUDIES1873] |
| 352 | 1972 | Aroclor 5442 | Bluegill fish - Water | TL50 | [TOXSTUDIES1873] |
| 353 | 1972 | Aroclor 5460 | Bluegill fish - Water | TL50 | [TOXSTUDIES1873] |

392

1048

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|-------------|------------------------|----------------|--------------|
| 354 | 1972 | Aroclor 1016 (MCS 1016) | Catfish - Water | TL50 | [TOXSTUDIES1873] |
| 355 | 1972 | Aroclor 1221 | Catfish - Water | TL50 | [TOXSTUDIES1873] |
| 356 | 1972 | Aroclor 1242 | Catfish - Water | TL50 | [TOXSTUDIES2137] |
| 357 | 1972 | Aroclor 1254 | Catfish - Water | TL50 | [TOXSTUDIES2137] |
| 358 | 1972 | Aroclor 1260 | Catfish - Water | TL50 | [TOXSTUDIES2137] |
| 359 | 1972 | Aroclor 5432 | Catfish - Water | TL50 | [TOXSTUDIES1873] |
| 360 | 1972 | Aroclor 5442 | Catfish - Water | TL50 | [TOXSTUDIES1873] |
| 361 | 1972 | Aroclor 5460 | Catfish - Water | TL50 | [TOXSTUDIES1873] |
| 362 | 1972 | Aroclor 1016 (MCS 1016) | Chicken - Oral | Reproductive toxicity | [TOXSTUDIES2081] |
| 363 | 1972 | Aroclor 1221 | Chicken - Oral | Reproductive toxicity | [TOXSTUDIES2109] |
| 364 | 1972 | Aroclor 1016 (MCS 1016) | Dog - Oral | Repeated dose | [TOXSTUDIES1962] |
| 365 | 1972 | Aroclor 1242 | Mouse - Intraperitoneal | Acute (single exposure) | [TOXSTUDIES1944] |
| 366 | 1972 | Aroclor 1242 | Mouse - Intraperitoneal | Dominant lethal mutagenicity | [TOXSTUDIES1944] |
| 367 | 1972 | Aroclor 1254 | Mouse - Intraperitoneal | Acute (single exposure) | [TOXSTUDIES1928] |
| 368 | 1972 | Aroclor 1254 | Mouse - Intraperitoneal | Dominant lethal mutagenicity | [TOXSTUDIES1928] |
| 369 | 1972 | Aroclor 1260 | Mouse - Intraperitoneal | Acute (single exposure) | [TOXSTUDIES1911] |
| 370 | 1972 | Aroclor 1260 | Mouse - Intraperitoneal | Dominant lethal mutagenicity | [TOXSTUDIES1911] |
| 371 | 1972 | MCS 1230 | Rabbit - Dermal | MLD | [TOXSTUDIES1902] |
| 372 | 1972 | MCS 1230 | Rabbit - Dermal | Irritation | [TOXSTUDIES1902] |
| 373 | 1972 | MCS 1230 | Rabbit - Ocular | Irritation | [TOXSTUDIES1902] |
| 374 | 1972 | MCS 1230 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES1902] |
| 375 | 1972 | MCS 1230 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES1902] |
| 376 | 1972 | Aroclor 1016 (MCS 1016) | Rat - Oral | Repeated dose | [TOXSTUDIES2017] |
| 377 | 1972 | Aroclor 1221 | Rat - Oral | Repeated dose | [TOXSTUDIES2049] |
| 378 | 1972 | MCS 1230 | Rat - Oral | MLD | [TOXSTUDIES1902] |
| 379 | 1974 | Aroclor 6040 | Rabbit - Dermal | MLD | [TOXSTUDIES0974] |
| 380 | 1974 | Aroclor 6040 | Rabbit - Dermal | Irritation | [TOXSTUDIES0974] |
| 381 | 1974 | Aroclor 6040 | Rabbit - Ocular | Irritation | [TOXSTUDIES0974] |
| 382 | 1974 | Aroclor 6040 | Rat - Inhalation | Acute (single exposure) | [TOXSTUDIES0974] |
| 383 | 1974 | Aroclor 6040 | Rat - Oral | LD50 | [TOXSTUDIES0974] |
| 384 | 0 | Aroclor 1242 | Bluegill fish - Water | TL50 | [TOXSTUDIES1871] |
| 385 | 0 | Aroclor 1242 | Rainbow trout - Water | TL50 | [TOXSTUDIES1871] |
| 386 | 0 | Aroclor 1260 | Rainbow trout - Water | TL50 | [TOXSTUDIES1869] |

393

1049

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|------|------|--------------|------------------------|----------------|--------------|
| 387 | 0 | Aroclor 1242, Aroclor 1254, Aroclor 1260 | Rat, Dog, chicken - Oral | Review of Acute, Repeated dose, Chronic, and Reproductive toxicity | [TOXSTUDIES0996] |
| 388 | | | - | | |
| 389 | 1963 | Therminol 77 | Rat - Inhalation | Acute (single dose) | [PCB-ARCH0089812] |
| 390 | 1963 | Therminol 77 (held at elevated temperature) | Rat - Inhalation | Acute (single dose) | [PCB-ARCH0089812] |
| 391 | 1963 | Therminol 77 | Rabbit - Dermal | Irritation | [PCB-ARCH0089812] |
| 392 | 1963 | Therminol 77 | Rabbit - Ocular | Irritation | [PCB-ARCH0089812] |
| 393 | 1963 | Therminol 77 | Rat - Oral | LD50 | [PCB-ARCH0089812] |
| 394 | 1963 | Therminol 77 | Rabbit - Dermal | MLD | [PCB-ARCH0089812] |
| 395 | 1970 | Pydraul 625-A (MCS 975) | Rat - Inhalation | Acute (single exposure) | [PCB-ARCH0396162] |
| 396 | 1970 | Pydraul AC-A (MCS 976) | Rat - Inhalation | Acute (single exposure) | [PCB-ARCH0623179] |
| 397 | 1970 | Pydraul AC-A (Winter Grade 28) | Rat - Inhalation | Acute (single exposure) | [PCB-ARCH0396146] |
| 398 | 1970 | Pydraul 625-A (MCS 975) | Rabbit - Dermal | Irritation | [PCB-ARCH0396162] |
| 399 | 1970 | Pydraul AC-A (MCS 976) | Rabbit - Dermal | Irritation | [PCB-ARCH0623179] |
| 400 | 1970 | Pydraul AC-A (Winter Grade 28) | Rabbit - Dermal | Irritation | [PCB-ARCH0396146] |
| 401 | 1970 | Pydraul 625-A (MCS 975) | Rabbit - Ocular | Irritation | [PCB-ARCH0396162] |
| 402 | 1970 | Pydraul AC-A (MCS 976) | Rabbit - Ocular | Irritation | [PCB-ARCH0623179] |
| 403 | 1970 | Pydraul AC-A (Winter Grade 28) | Rabbit - Ocular | Irritation | [PCB-ARCH0396146] |
| 404 | 1970 | Pydraul 625-A (MCS 975) | Rat - Oral | LD50 | [PCB-ARCH0396162] |
| 405 | 1970 | Pydraul AC-A (MCS 976) | Rat - Oral | LD50 | [PCB-ARCH0623179] |
| 406 | 1970 | Pydraul AC-A (Winter Grade 28) | Rat - Oral | LD50 | [PCB-ARCH0396146] |
| 407 | 1970 | Pydraul 625-A (MCS 975) | Rabbit - Dermal | MLD | [PCB-ARCH0396162] |
| 408 | 1970 | Pydraul AC-A (MCS 976) | Rabbit - Dermal | MLD | [PCB-ARCH0623179] |
| 409 | 1970 | Pydraul AC-A (Winter Grade 28) | Rabbit - Dermal | MLD | [PCB-ARCH0396146] |
| 410 | 1971 | Aroclor 1272 | Rabbit - Dermal | Irritation | [PCB-ARCH0396343] |
| 411 | 1971 | Aroclor 1272 | Rabbit - Ocular | Irritation | [PCB-ARCH0396343] |
| 412 | 1971 | Aroclor 1272 | Rabbit - Dermal | MLD | [PCB-ARCH0396343] |
| 413 | 1971 | Aroclor 1272 | Rat - Oral | MLD | [PCB-ARCH0396343] |
| 414 | 1972 | Therminol 77 | Rabbit - Dermal | Irritation | [PCB-ARCH0396372] |
| 415 | 1972 | Therminol 77 | Rabbit - Eye | Irritation | [PCB-ARCH0396372] |
| 416 | 1972 | Therminol 77 | Rabbit - Dermal | MLD | [PCB-ARCH0396372] |

394

1050

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Year | Study design | Species - Test article | Exposure route | Bates Number |
|---|---|---|---|---|---|
| 417 | 1972 | Therminol 77 | Rat - Oral | MLD | [PCB-ARCH0396372] |
| 418 | 1973 | MCS 1489 | Rat - Inhalation | Acute (single exposure) | [PCB-ARCH0445483] |
| 419 | 1973 | MCS 1489 | Rabbit - Dermal | Irritation | [PCB-ARCH0445483] |
| 420 | 1973 | MCS 1489 | Rabbit - Ocular | Irritation | [PCB-ARCH0445483] |
| 421 | 1973 | MCS 1489 | Rat - Oral | LD50 | [PCB-ARCH0445483] |
| 422 | 1973 | MCS 1489 | Rabbit - Dermal | MLD | [PCB-ARCH0445483] |
| 423 | 1974 | MCS 1043 | Rat - Inhalation | Acute (single exposure) | [PCB-ARCH0445359] |
| 424 | 1974 | MCS 1043 | Rabbit - Dermal | Irritation | [PCB-ARCH0445359] |
| 425 | 1974 | MCS 1717 | Rabbit - Dermal | Irritation | [PCB-ARCH0445361] |
| 426 | 1974 | MCS 1043 | Rabbit - Ocular | Irritation | [PCB-ARCH0445359] |
| 427 | 1974 | MCS 1717 | Rabbit - Ocular | Irritation | [PCB-ARCH0445361] |
| 428 | 1974 | MCS 1043 | Rabbit - Dermal | LD50 | [PCB-ARCH0445359] |
| 429 | 1974 | MCS 1717 | Rabbit - Dermal | LD50 | [PCB-ARCH0445361] |
| 430 | 1974 | MCS 1043 | Rat - Oral | LD50 | [PCB-ARCH0445359] |
| 431 | 1974 | MCS 1717 | Rat - Oral | LD50 | [PCB-ARCH0445361] |
| 432 | 1974 | Aroclor 1016 | Rat - Oral | Repeated dose | [PCB-ARCH0252565] |
| 433 | 1974 | Aroclor 1242 | Rat - Oral | Repeated dose | [PCB-ARCH0252565] |
| 434 | 1974 | MCS 1043 | Rat - Oral | Repeated dose | [PCB-ARCH0252565] |
| 435 | 1974 | MCS 1489 (Aroclor 1016 fraction) | Rat - Oral | Repeated dose | [PCB-ARCH0252565] |
| 436 | 1974 | Monochlorobiphenyl | Rat - Oral | Repeated dose | [PCB-ARCH0252565] |
| 437 | 1974 | MCS 1238 | Bluegills - Aquatic | TL50 (4-day) | [PCB-ARCH0445346] |
| 438 | 1974 | MCS 1475 | Bluegills - Aquatic | TL50 (4-day) | [PCB-ARCH0445348] |
| 439 | 1974 | MCS 1238 | Rainbow trout - Aquatic | TL50 (4-day) | [PCB-ARCH0445346] |
| 440 | 1974 | MCS 1475 | Rainbow trout - Aquatic | TL50 (4-day) | [PCB-ARCH0445348] |
| 441 | 1975 | Aroclor 1016 | Rabbit - Dermal | Irritation | [PCB-ARCH0070083] |
| 442 | 1975 | Aroclor 1016 | Rabbit - Ocular | Irritation | [PCB-ARCH0070083] |
| 443 | 1975 | Aroclor 1016 | Rabbit - Dermal | LD50 | [PCB-ARCH0070083] |
| 444 | 1975 | Aroclor 1016 | Rat - Oral | LD50 | [PCB-ARCH0070083] |
| 445 | 1981 | Aroclor 1254 | Monkey - Oral | Repeated dose | [PCB-ARCH0638056] |
| 446 | 1981 | PCBs | Mouse, rat, human - Review | Review | [PCB-ARCH0617804] |
| 447 | 1986 | Aroclor 1254 | Cow - Oral | Repeated dose | [PCB-ARCH0662330] |
| 448 | 0 | PCBs | Human - Occupational | Epidemiology-prospective mortality | [PCB-ARCH0715727] |
| 449 | 0 | PCBs | Human - Occupational | Epidemiology-retrospective mortality | [PCB-ARCH0675078] |
| 450 | 0 | PCBs | Human - Occupational | Epidemiology review-various morbidity | [PCB-ARCH0683351] |
| 451 | 0 | Aroclor 1260 | Rat - Oral | Repeated dose | [PCB-ARCH0029231] |
| 452 | 0 | Aroclor 1260 | Rainbow trout - Aquatic | TL50 (4-day) | [PCB-ARCH0636488] |

1051

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

2. **Attachment 1B. List of PCB-related analytical studies conducted under contract from Monsanto**

| Item | Date | Title* |
|------|------|--------|
| 453 | 1/1/1968 | FINAL REPORT ON ANALYTICAL CHEMISTRY AND SPECTROSCOPY INVESTIGATIONS - 1967 PART I - ANALYTICAL METHODS DEVELOPED REPORT NO 3513 JOB NO 2-02-760.01-6830-I (see 67-5; 67-18) |
| 454 | 1/1/1968 | FINAL REPORT ON ANALYTICAL CHEMISTRY AND SPECTROSCOPY INVESTIGATIONS - 1967 PART II - SPECIAL STUDIES REPORT NO 3514 JOB NO 2-20-760.01-6830-II 2-02-760.01-6520 2-20-760.01-6313 2-02-760.01-6308 (see 67-16; 67-18; 67-23; 67-33) |
| 455 | 5/1/1968 | REPORT ON THE MAY, 1968, SURVEY OF CHOCCOLOCCO CREEK AND TRIBUTARIES: BIOLOGY OF FISHES AND WATER QUALITY |
| 456 | 1/1/1969 | PROPOSAL FOR AN INDUSTRY STUDY OF THE LAKE MICHIGAN BASIN |
| 457 | 1/1/1969 | REPORT ON THE JANUARY, 1969, SURVEY OF CHOCCOLOCCO CREEK AND TRIBUTARIES: BIOLOGY OF FISHES AND WATER QUALITY |
| 458 | 1/1/1969 | FINAL REPORT ON SPECTROSCOPY METHODS DEVELOPED - 1968 REPORT NO 3549 JOB NO 2-02-760.01-8903209 (PARTIAL REPORT ONLY CONTAINS INDEX, INTRODUCTION, SECTION TITLES AND SUMMARY) (see 68-3) |
| 459 | 9/1/1969 | FINAL REPORT ON ANALYTICAL CHEMISTRY INVESTIGATIONS - 1968 METHOD DEVELOPMENT - GENERAL UTILITY (PARTIAL REPORT CONTAINS ONLY INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY} Report No. 3613 (see 68-13) |
| 460 | 9/15/1969 | SUMMARY OF RESULTS AS OF SEPTEMBER 8, 1969 (WATER SAMPLES FROM LAKE MICHIGAN) |
| 461 | 9/15/1969 | FINAL REPORT ON GAS CHROMATOGRAPHY METHOD DEVELOPMENT - 1968 (PARTIAL REPORT ONLY CONTAINS INDEX, SECTION TITLES, INTRODUCTION, AND SUMMARY) (see 68-10; 68-18; 68-19) Report 3598 |
| 462 | 10/1/1969 | REPORT ON THE OCTOBER 1969 SURVEY OF CHOCCOLOCCO CREEK AND TRIBUTARIES: FISHES AND WATER QUALITY (STUDY TO ENHANCE GENERAL KNOWLEDGE OF FISH FAUNA, DETERMINE WATER QUALITY, STUDY STREAM GEOGRAPHY, AND COLLECT ANIMAL SAMPLES FOR MONSANTO RESIDUE ANALYSIS) |
| 463 | 1/1/1970 | PROGRESS REPORT I LAKE MICHIGAN PESTICIDE INVESTIGATIONS |
| 464 | 1/1/1970 | FINAL REPORT ON SPECIAL SPECTROSCOPY STUDIES 1969 (PARTIAL REPORT CONTAINS ONLY INTRODUCTION, SECTION TITLES, INDEX AND SUMMARY) (see 69-5) Report 3630 |
| 465 | 2/1/1970 | IDENTIFICATION OF POLYCHLORINATED BIPHENYLS BY GAS CHROMATOGRAPHY/ MASS SPECTROMETRY SPECTROSCOPY METHOD 70-1 Report 3684 |
| 466 | 2/16/1970 | GAS CHROMATOGRAPHIC DETERMINATION OF 4-CHLOROBIPHENYL IN AROCLOR 1221 PHYSICAL CHEMISTRY METHOD NO. 70-1 (INCLUDES ADDENDUM) Report 3714 |
| 467 | 3/1/1970 | STUDY OF AROCLOR CHEMICAL CLEAN-UP PROCEDURES FOR USE WITH ELECTRON CAPTURE GAS CHROMATOGRAPHY METHODS ANALYTICAL CHEMISTRY SPECIAL STUDY 70-4 Report 3688 |
| 468 | 3/1/1970 | SOLUBILITY OF AROCLOR 1242, 1248, AND 1254 IN WATER ANALYTICAL CHEMISTRY SPECIAL STUDY 70-5 Report 3688 |
| 469 | 3/1/1970 | STUDY OF THE OPEN AIR COMBUSTION OF PAPER CONTAINING AROCLOR 1242 ANALYTICAL CHEMISTRY SPECIAL STUDY 70-6 Report 3688 |
| 470 | 3/1/1970 | THE PARTITION OF POLYCHLORINATED BIPHENYLS BETWEEN HEXANE AND VARIOUS ORGANIC POLAR SOLVENTS ANALYTICAL CHEMISTRY SPECIAL STUDY 70-7 Report 3688 |

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Date | Title* |
|---|---|---|
| 471 | 3/1/1970 | EXTRACTION OF AROCLOR 1254 FROM PAINTED SURFACES BY WATER ANALYTICAL CHEMISTRY SPECIAL STUDY 70-8 Report 3688 |
| 472 | 4/1/1970 | STUDY OF THE COMPLETENESS OF THERMAL OXIDATION OF POLYCHLORINATED BIPHENYLS AT JOHN ZINK POLLUTION RESEARCH ANALYTICAL CHEMISTRY SPECIAL STUDY 70-12 Report 3688 |
| 473 | 4/1/1970 | RETENTION TIMES AND ELECTRON CAPTURE RESPONSE FACTORS OF SOME POLYCHLORINATED BIPHENYL ISOMERS RELATIVE TO DDE ANALYTICAL CHEMISTRY SPECIAL STUDY 70-13 Report 3688 |
| 474 | 4/1/1970 | GAS CHROMATOGRAPHIC DETERMINATION OF LOW BOILERS IN RECLAIMED THERMINOL FR-1 AND FR-2 PHYSICAL CHEMISTRY METHOD NO. 70-12 Report 3714 |
| 475 | 4/1/1970 | DETERMINATION OF PCB RESIDUES IN FISH FROM LAKE MICHIGAN ANALYTICAL CHEMISTRY SPECIAL STUDY 70-11 Report 3688 |
| 476 | 7/1/1970 | MONOISOPROPYLBIPHENYL PHYSICAL PROPERTY DETERMINATIONS (PHYSICAL CHEMISTRY SPECIAL STUDY 70-28) Addendum 9/1970 Report 3713 |
| 477 | 7/17/1970 | FINAL REPORT ON GAS CHROMATOGRAPHY METHOD DEVELOPMENT - 1969 (PARTIAL REPORT CONTAINS ONLY THE INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) (see 69-13) Report 3658 |
| 478 | 9/1/1970 | DETERMINATION OF POLYCHLORINATED BIPHENYL RESIDUES IN RATS FROM 30 DAY AROCLOR FEEDING STUDIES ANALYTICAL CHEMISTRY SPECIAL STUDY 70-17 Report 3688 |
| 479 | 11/1/1970 | ANALYSIS OF WATER AND SEDIMENT FOR POLYCHLORINATED BIPHENYLS ANALYTICAL CHEMISTRY METHOD 69-13 Report 3677 |
| 480 | 11/1/1970 | ANALYSIS OF BIODEGRADATION DATA STATISTICS SPECIAL STUDY 70-22 Report 3682 |
| 481 | 11/1/1970 | CHLORINE DISTRIBUTION OF AROCLOR PRODUCTS BY PACKED COLUMN, ELECTRON CAPTURE, GAS CHROMATOGRAPHY/MASS SPECTROMETRY ANALYTICAL CHEMISTRY SPECIAL STUDY 70-18 Report 3688 |
| 482 | 11/1/1970 | A TENTATIVE PROCEDURE FOR THE DETERMINATION OF AIRBORNE-POLYCHLORINATED BIPHENYLS ANALYTICAL CHEMISTRY METHOD 70-6 Report 3687 |
| 483 | 11/1/1970 | ANALYSIS OF BIOLOGICAL MATERIALS FOR POLYCHLORINATED BIPHENYLS ANALYTICAL CHEMISTRY METHOD 70-1 Report 3687 |
| 484 | 12/1/1970 | AROCLOR DEFENSE - 1970 PCB SUPPORT ANALYSIS ANALYTICAL CHEMISTRY SPECIAL STUDY 70-21 Report 3688 |
| 485 | 12/1/1970 | PARTICLE SIZE DETERMINATION ON ANNISTON LIMESTONE PIT WASTE EFFLUENT SOLIDS PHYSICAL CHEMISTRY SPECIAL STUDY 70-44 (INCLUDES POLAROID PHOTOMICROGRAPHS OF THE PIT EFFLUENT SOLIDS) Report 3713 |
| 486 | 1/1/1971 | FINAL REPORT ON ANALYTICAL CHEMISTRY INVESTIGATIONS - 1970 SPECIAL STUDIES (PARTIAL REPORT CONTAINS ONLY INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) (see 70-4; 70-5; 70-6; 70-8; 70-11; 70-13· 70-17; 70-18; 70-21) Report 3688 |
| 487 | 1/1/1971 | FINAL REPORT ON ANALYTICAL CHEMISTRY INVESTIGATIONS - 1970 METHOD DEVELOPMENT - GENERAL UTILITY (PARTIAL REPORT CONTAINS ONLY INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) (see 70-1; 70-6) Report 3687 |
| 488 | 1/1/1971 | FINAL REPORT ON SPECTROSCOPY METHODS DEVELOPED - 1970 (PARTIAL REPORT - ONLY CONTAINS METHOD INDEX); Report No. 3684 (see 70-1: 70-12; 70-16; 70-17; 70-18; 70-19; 70-23; 70-25) |
| 489 | 1/22/1971 | COMPOSITION OF COMPETITIVE POLYCHLORINATED BIPHENYL PRODUCTS MEMO, R.E. KELLER TO A.F. REGAN, 11-5-70 (COVER FOR RESULTS OF ISOMER ANALYSES) Report 3784 71-3) |

397

1053

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Date | Title* |
|------|------|--------|
| 490 | 2/1/1971 | MCS 1016 - AN ENVIRONMENTALLY COMPATIBLE AROCLOR ANALYTICAL CHEMISTRY SPECIAL STUDY 71-2 Report 3819 |
| 491 | 3/1/1971 | DETERMINATION OF POLYCHLORINATED BIPHENYL RESIDUES IN WHITE LEGHORN CHICKENS FROM A TOXICITY, REPRODUCTION AND RESIDUE STUDY WITH AROCLOR 1242, AROCLOR 1254, AND AROCLOR 1260 ANALYTICAL CHEMISTRY SPECIAL STUDY 71-3 Report 3819 |
| 492 | 3/1/1971 | ANALYSIS OF ANNISTON PLANT WASTE EFFLUENT FOR TRACE ORGANIC COMPONENT SPECTROSCOPY SPECIAL STUDY 71-14 Report 3785 |
| 493 | 3/1/1971 | STUDY OF OPERATING VARIABLES IN THE ACTIVATED SLUDGE BIODEGRADABILITY TEST STATISTICS SPECIAL STUDY 71-2 Report 3760 |
| 494 | 4/1/1971 | COMPOSITION OF CHLORINATED BIPHENYL PRODUCTS IN THE RANGE FROM 8 TO 42% CHLORINATION LEVEL 71-11 Job no. 1711022 Report 3784 |
| 495 | 5/1/1971 | GAS CHROMATOGRAPHIC DETERMINATION OF PENTA- AND HEXA - CHLOROBIPHENYLS IN AROCLOR 1242 AND MCS 1016 PHYSICAL CHEMISTRY METHOD NO. 71-11 Report 3783 |
| 496 | 5/13/1971 | IMPROVED METHOD FOR THE GAS CHROMATOGRAPHIC DETERMINATION OF CHLORINATED BIPHENYL ISOMERS IN AROCLOR PRODUCTS PHYSICAL CHEMISTRY METHOD NO. 70-20 Report 3714 |
| 497 | 6/1/1971 | DETERMINATION OF AROCLORS AND RELATED PRODUCTS IN MIXED LIQUOR SAMPLES FROM SEMICONTINUOUS ACTIVATED SLUDGE UNITS BY ULTRAVIOLET ABSORPTION (71-17) Report 3820 |
| 498 | 8/1/1971 | BIODEGRADATION STUDIES COMPARISON OF MCS 1016 WITH AROCLOR 1142 RESIDUE STATISTICS SPECIAL STUDY 71-12 Report 3760 |
| 499 | 9/16/1971 | MONSANTO COMPANY, FOURTH QUARTERLY TRIP, FIRST YEAR OF SURVEY (FISHES FOR RESIDUE ANALYSIS; TURNED OVER TO MONSANTO COMPANY - SUMMARY OF TOTAL COLLECTED) |
| 500 | 10/1/1971 | ANALYSIS OF ENVIRONMENTAL MATERIALS FOR P0LYCHLORINATED BIPHENYLS (METHOD 71-35) Report 3820 |
| 501 | 10/1/1971 | SUGGESTED PROCEDURE FOR BIODEGRADABILITY SCREENING STATISTICS SPECIAL STUDY 71-17 Report 3760 |
| 502 | 10/1/1971 | DETERMINATION OF POLYCHLORINATED BIPHENYL RESIDUES IN ALBINO RATS FROM A TWO-YEAR CHRONIC ORAL TOXICITY STUDY ANALYTICAL CHEMISTRY SPECIAL STUDY 71-7 Report 3819 |
| 503 | 10/1/1971 | GAS CHROMATOGRAPHIC DETERMINATION OF PENTA- AND HEXA-CHLOROBIPHENYLS IN AROCLOR 1016 AND AROCLOR 1242 (METHOD NO. 71-11A) Report 3783 |
| 504 | 10/26/1971 | GAS CHROMATOGRAPHIC ANALYSIS DETERMINATION OF 4,4 -DICHLOROBIPHENYL IN AROCLOR PRODUCTS PHYSICAL CHEMISTRY METHOD NO. 71-18 Report 3783 |
| 505 | 12/1/1971 | ANALYSIS OF RECOVERED PYDRAUL 312 FROM CENTRAL FOUNDRY SPECTROSCOPY SPECIAL STUDY 71-31 Report 3785 |
| 506 | 12/1/1971 | PCB RESIDUES IN BEAGLE DOGS 71-25 Job no. 8505016 Report 3760 |
| 507 | 12/1/1971 | BIODEGRADATION TESTING OF POLYCHLORINATED BIPHENYLS ANALYTICAL CHEMISTRY SPECIAL STUDY 71-6 Report 3819 |
| 508 | 12/1/1971 | PERCHLORINATION OF POLYCHLORINATED BIPHENYLS AND TERPHENYLS PRIOR TO ELECTRON CAPTURE GAS CHROMATOGRAPHY 71-1 Job no. 1348006 8501006 Report 3804 |

398

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Date | Title* |
|------|------|--------|
| 509 | 12/9/1971 | MONSANTO COMPANY, FIRST QUARTERLY TRIP, SECOND YEAR OF SURVEY (FISHES FOR RESIDUE ANALYSIS; TURNED OVER TO MONSANTO COMPANY, DECEMBER 9, 1971.) |
| 510 | 1/1/1972 | POLYCHLORINATED BIPHENYL BIODEGRADATION STUDIES |
| 511 | 1/1/1972 | FINAL PROGRESS REPORT TO MONSANTO COMPANY, RESIDUE DATA, NOVEMBER, 1970 TO NOVEMBER, 1972 (FISH) |
| 512 | 1/1/1972 | FINAL REPORT ON SPECIAL SPECTROSCOPY STUDIES 1971 (PARTIAL REPORT CONTAINS ONLY INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) (see 71-14; 71-31) Report 3785 |
| 513 | 3/1/1972 | FINAL REPORT ON STATISTICAL APPLICATIONS – 1971 SPECIAL STUDIES (ALBINO RATS, LEGHORN CHICKENS ANO BEAGLE DOGS) (PARTIAL REPORT CONTAINS ONLY INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) (see 71-2; 71-12; 71-17; 71-25) Report 3760 |
| 514 | 3/1/1972 | NATIONAL BROILER COUNCIL INTERLABORATORY PCB METHODOLOGY CHECK 72-6 Job no. 8505016 Report 3818 |
| 515 | 3/1/1972 | ROUND ROBIN STUDY - PCB IN WATER 72-5 Job no. 8505016 Report 3818 |
| 516 | 3/8/1972 | (PROPOSAL FOR ENVIRONMENTAL PERSISTENCE STUDIES WITH PCBS) |
| 517 | 4/1/1972 | POLYCHLORINATED BIPHENYL BIODEGRADATION (SEMI-CONTINUOUS ACTIVATED SLUDGE INCLUDES CHARTS AND GRAPHS) BLUE GILLS CATFISH, LEGHORN CHICKENS, ALBINO RATS, BEAGLE DOGS) |
| 518 | 5/30/1972 | MONSANTO COMPANY, SECOND QUARTERLY TRIP, SECOND YEAR OF SURVEY MAY 30-JUNE 1, 1972 PART II - FISHES FOR ICHTHYOLOGICAL SURVEY (LIST OF SPECIES AND LOCAL) |
| 519 | 6/9/1972 | (RESIDUE DATA ON VARIOUS FISH SPECIES AROUND THE ANNISTON PLANT) |
| 520 | 9/14/1972 | FISHES FOR ICHTHYOLOGICAL SURVEY (FOURTH QUARTERLY TRIP, SECOND YEAR OF SURVEY) |
| 521 | 10/1/1972 | MONSANTO COMPANY, FOURTH QUARTERLY TRIP, SECOND YEAR OF SURVEY SEPTEMBER 12-14, 1972 PART I - FISHES FOR RESIDUE ANALYSIS; TURNED OVER TO MONSANTO COMPANY, SEPTEMBER 13-14, 1972 (LIST OF FISH WITH SCIENTIFIC AND COMMON NAMES, AND SAMPLE SITES) |
| 522 | 11/1/1972 | FINAL PROGRESS REPORT TO MONSANTO COMPANY, RESIDUE DATA, NOVEMBER, 1970 TO NOVEMBER (FISH) |
| 523 | 12/1/1972 | DETERMINATION OF POLYCHLORINATED BIPHENYL RESIDUES IN BEAGLE DOG TISSUE FROM A TWO- YEAR CHRONIC ORAL TOXICITY STUDY ANALYTICAL CHEMISTRY SPECIAL STUDY 71-9 Report 3819 |
| 524 | 12/1/1972 | AROCLOR 1016 SOIL MIGRATION STUDIES ANALYTICAL CHEMISTRY SPECIAL STUDY 72-6 Report 3895 |
| 525 | 12/1/1972 | DETERMINATION Of POLYCHLORINATED BIPHENYLS IN MHA ANALYTICAL CHEMISTRY METHOD NO. 71-27 Report 3820 |
| 526 | 1/1/1973 | THE EVALUATION OF BARRIER COATINGS IN FARM SILOS WHICH WERE PCB-CONTAMINATED |
| 527 | 1/1/1973 | DECONTAMINATION OF SILOS CONTAMINATED WITH POLYCHLORINATED BIPHENYLS (PCB'S) –SOME IMPORTANT CONSIDERATIONS |
| 528 | 1/1/1973 | THE DEGRADATION OF POLYCHLORINATED BIPHENYLS BY MICRO-ORGANISMS (INCLUDES GRAPHS) |
| 529 | 1/1/1973 | MIGRATION OF POLYCHLORINATED BIPHENYLS IN SOIL INDUCED BY PERCOLATING WATER |

399

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Date | Title* |
|------|------|--------|
| 530 | 1/1/1973 | FINAL PROGRESS REPORT TO MONSANTO COMPANY, RESIDUE DATA, NOVEMBER, 1970 TO NOVEMBER, 1972 |
| 531 | 1/1/1973 | BIODEGRADATION TESTING OF AROCLOR 1016 AND AROCLOR 1142 DISTILLATION RESIDUE ANALYTICAL CHEMISTRY SPECIAL STUDY 71-1 Report 3819 |
| 532 | 3/1/1973 | ANALYTICAL CHEMISTRY INVESTIGATIONS – 1971 METHOD DEVELOPMENT - GENERAL UTILITY (POULTRY, FISH & ALBINO RATS) (PARTIAL REPORT CONTAINS ONLY THE INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) (see 71-17: 71-27: 71-35) Report 3820 |
| 533 | 3/1/1973 | ANALYTICAL CHEMISTRY INVESTIGATIONS – 1971 SPECIAL STUDIES (ALBINO RATS, WHITE LEGHORN CHICKENS, & BEAGLE DOGS) (PARTIAL REPORT CONTAINS ONLY THE INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) Report No. 3819 (see 71-6; 71-7; 71-9) Report 3819 |
| 534 | 6/7/1973 | "Report to IBT Research - Toxicity and Reproduction Study with Aroclor 1242 in White Leghorn Chickens" Bio-Test BT-73-70 (J1291) |
| 535 | 9/10/1973 | REPORT (ANALYSIS FOR PCB) |
| 536 | 10/1/1973 | DETERMINATION Of POLYCHLORINATED BJPHENYLS IN THERMINOL 55 BY ELECTRON CAPTURE GAS CHROMATOGRAPHY 73-8 Job no.1048006 Report 3935 |
| 537 | 10/1/1973 | DETERMINATION OF POLYCHLORINATED BIPHENYLS IN THERMINOL 66 BY ELECTRON CAPTURE GAS CHROMATOGRAPHY 73-9 Job no. 1048006 Report 3935 |
| 538 | 12/1/1973 | COATINGS AS BARRIERS TO PREVENT POLYCHLORINATED BIPHENYL CONTAMINATION OF SILAGE |
| 539 | 1/1/1974 | INVERESK STUDIES (MODEL ECOSYSTEM, INCLUDING FISH, MOLLUSCA, WEED, CRUSTACEA, MUD & ALGAE; CONSUMPTION OF A-1254 & A-1242; MOVEMENT OF PCBS IN ECOSYSTEM) with attached graph |
| 540 | 1/1/1974 | RUABON POND EXPERIMENTS |
| 541 | 1/1/1974 | BIODEGRADATION OF POLYCHLORINATED BIPHENYLS |
| 542 | 1/1/1974 | DETERMINATION OF MONOCHLOROBIPHENYL IN SEMICONTINUOUS ACTIVATED SLUDGE MIXED LIQUOR SAMPLES 73-24 Job no. 1020006 Report 3935 |
| 543 | 6/8/1974 | Animal Feeding Studies for Tissue Residue Analysis Younger Y-74-46-Y-74-55 (mix PCB and non-PCB) |
| 544 | 6/12/1974 | SPECIAL SURVEY—COLLECTION OF FISHES FOR RESIDUE ANALYSIS |
| 545 | 7/1/1974 | GAS CHROMATOGRAPHIC DETERMINATION OF CHLORINATED BIPHENYL ISOMERS IN AROCLOR PRODUCTS 73-19 Job no. 1016022 Report 3908 |
| 546 | 8/1/1974 | DETERMINATION OF THE WEIGHT PERCENT HOMOLOG COMPOSITION OF AROCLOR 1016 ANALYTICAL CHEMISTRY SPECIAL STUDY 74-4 Report 3968 |
| 547 | 8/1/1974 | BIODEGRADABILITY OF AROCLOR 1221 ANALYTICAL CHEMISTRY SPECIAL STUDY 72-17 Report 3895 |
| 548 | 9/1/1974 | BIODEGRADATION DIE-AWAY TESTING OF AROCLOR 1016, AROCLOR 1242 AND AROCLOR 1142 DISTILLATION RESIDUES 72-19 Job no. 1650006 Report 3895 |
| 549 | 9/25/1974 | (TRANSMITTAL OF PCB RESIDUE DATA FROM FISH CAUGHT NEAR THE ANNISTON PLANT) |
| 550 | 10/4/1974 | (INFORMATION ON DEFORMITIES IN GOLDFISH AND SUNFISH EXPOSED TO PCBS NEAR ANNISTON PLANT) |
| 551 | 10/25/1974 | (ANALYSIS OF RESIDUE DATA ON VARIOUS SPECIES OF FISH) |

400

1056

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Date | Title* |
|------|------|--------|
| 552 | 11/1/1974 | ANALYTICAL CHEMISTRY INVESTIGATIONS - 1972 SPECIAL STUDIES REPORT NO 3895 JOB NO 43-000-760.21-85010 (PARTIAL REPORT CONTAINS ONLY THE INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) (see 72-6; 72-17; 72-19) Report 3895 |
| 553 | 1/1/1975 | TISSUE RESIDUES FROM SUB ACUTE ORAL FEEDING OF POLYCHLORINATED BIPHENYL DIELECTRIC FLUIDS (ALBINO RATS) |
| 554 | 1/1/1975 | DETERMINATION OF POLYCHLORINATED BIPHENYL RESIDUES IN ALBINO RAT AND BEAGLE DOG TISSUES FROM A 90 DAY SUBACUTE ORAL TOXICITY STUDY ANALYTICAL CHEMISTRY SPECIAL STUDY 73-26 (DISCUSSES IBT TEST NUMBERS 9888C, 9888D, 9885 AND 9887) Report 3967 |
| 555 | 1/1/1975 | INVERESK STUDIES (CONSUMPTION OF VARIOUS PCB PRODUCTS IN MODEL ECOSYSTEMS) |
| 556 | 3/14/1975 | THE DEGRADATION OF POLYCHLORINATED BIPHENYLS BY MICRO-ORGANISMS (BIODEGRADATION OF POLYCHLORINATED BIPHENYLS) |
| 557 | 3/28/1975 | ACTIVATED SLUDGE PRIMARY BIODEGRADATION OF POLYCHLORINATED BIPHENYLS |
| 558 | 5/1/1975 | BIODEGRADABILITY OF MONOCHLOROBIPHENYL (MCS 1547) ANALYTICAL CHEMISTRY SPECIAL STUDY 74-9 Report 3968 |
| 559 | 5/1/1975 | TISSUE RESIDUES FROM SUBACUTE ORAL FEEDING OF DIELECTRIC FLUIDS AND REPLACEMENT CANDIDATES ANALYTICAL CHEMISTRY SPECIAL STUDY 74-6 Report 3968 |
| 560 | 7/1/1975 | POND EXPERIMENT (PCB IN FISH AND WATER); Ruabon |
| 561 | 11/1/1975 | DETERMINATION OF AROCLOR 1016 IN AIR AT ELECTRIC UTILITIES COMPANY LASALLE ILLINOIS SPECTROSCOPY S-75-SS-42 Report 3979 |
| 562 | 1/1/1976 | FINAL REPORT ON ANALYTICAL CHEMISTRY INVESTIGATIONS - 1973 SPECIAL STUDIES ST. LOUIS RESEARCH REPORT NO. 3967 (PARTIAL REPORT CONTAINS ONLY THE INDEX, SECTION TITLES, INTRODUCTION ANO SUMMARY) (see 73-26: 73-27) |
| 563 | 1/1/1976 | FINAL REPORT ON ANALYTICAL CHEMISTRY INVESTIGATIONS - 1974 SPECIAL STUDIES REPORT NO. 3968 (PARTIAL REPORT CONTAINS ONLY THE INDEX, SECTION TITLES, INTRODUCTION AND SUMMARY) (see 74-6; 74-9) |
| 564 | 7/1/1976 | BIODEGRADABILITY OF PROCESS FLUIDS AND RELATED MATERIALS ANALYTICAL CHEMISTRY SPECIAL STUDY AC-75-SS-15 Report 3991 |
| 565 | 7/1/1976 | BIODEGRADABILITY OF DIELECTRIC FLUIDS AND COMPONENTS ANALYTICAL CHEMISTRY SPECIAL STUDY AC-75-SS-16 Report 3991 |
| 566 | 12/1/1976 | METHOD FOR THE QUANTITATIVE DETERMINATION OF POLYCHLOROBIPHENYL IN WORKPLACE AIR S-76-M-24 Report 126 |
| 567 | 4/7/1978 | WORK PLAN FOR THE ANALYSIS OF PCB CONTENT IN FAT TISSUE SPECIMENS |
| 568 | 1/1/1980 | PCB DEGRADATION: TRANSFORMATION BY ANAEROBIC BACTERIA FROM THE HUDSON RIVER |
| 569 | 1/1/1980 | FUNGAL DEGRADATION OF PCBS (ABSTRACT) |
| 570 | 7/1/1980 | DETERMINATION OF BIPHENYL (BP) POLYCHLORINATED BIPHENYLS (PCBS) AND HEXACHLOROBENZENE (HCB) IN LOW BOILING MATRICES REPORT ES-80-M-11 Report MSL 1567 |
| 571 | 9/19/1980 | REPORT ES-80-SS-18 POLYCHLORINATED BIPHENYLS IN SAMPLES FROM CAULKS CREEK SITE Report MSL 1568 |
| 572 | 6/2/1905 | MEASUREMENT OF SELECTED CHEMICALS IN SOIL FROM THE DEAD CREEK SITE ILLINOIS EPA SPLIT SAMPLES REPORT ES-80-SS-24 Report MSL 1568 |

401

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Item | Date | Title* |
|------|------|--------|
| 573 | 6/2/1905 | MEASUREMENT OF SELECTED CHEMICALS IN SOIL FROM THE DEAD CREEK SITE WG KRUMMRICH PLANT SAMPLINGS ES-80-SS-26 Report MSL 1568 |
| 574 | 6/2/1905 | MEASUREMENT OF SELECTED CHEMICALS IN SOIL FROM THE DEAD CREEK SITE REPORT ES-80-SS-27 Report MSL 1567 |
| 575 | 10/1/1980 | DETERMINATION OF POLYCHLORINATED BIPHENYLS (PCBS) IN SOIL AND SEDIMENT REPORT ES-80-M-28 Report MSL 1567 |
| 576 | 1/1/1981 | DEGRADATION OF POLYCHLORINATED BIPHENYLS |
| 577 | 2/27/1981 | MEASUREMENT OF POLYCHLORINATED BIPHENYLS IN SOIL CORES FROM WG KRUMMRICH PLANT STUDY ES-81-SS-17 Report MSL 2327 |
| 578 | 8/27/1981 | STATISTICAL ANALYSIS OF PCB CONTENT OF MONKEY TISSUE STUDY S-81-SS-2 Report MSL 2211 |
| 579 | 9/16/1982 | ANALYSIS OF PORT PLASTICS SERUM SAMPLES FOR PCBS REPORT MDA-323 |
| 580 | 2/25/1983 | PCB CONTENT OF MONKEY TISSUE REPORT NO. MDA-041 |

* List consists of analytical studies included in Monsanto list of studies (Plaintiff's Exhibit No. Kaley 20; 11-17-11)

402

1058

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

3. **Attachment 1C.  Reviewed PCB-related product bulletins**

**1932 - Aroclors [PCB-ARCH0274831].pdf** - Physical Properties of The Aroclors. Aroclor #1242, Aroclor #1254, Aroclor #1262, Aroclor #1268, Aroclor #4465, Aroclor #2565 (PCB-ARCH0274831)

**1934-07-17 - Aroclors [PCB-ARCH0207747].pdf** - Physical Properties of The Aroclors. Aroclor #1242, Aroclor #1248, Aroclor #1254, Aroclor #1262, Aroclor #1269, Aroclor #4465, Aroclor #2565 (PCB-ARCH0207747)

**1934 or before - Aroclors-Lacquers [PCB-ARCH0222139].pdf** - The Properties of Two Aroclors of Special Interest to Manufacturers of Lacquers. Aroclors 1254 and 1262. (PCB-ARCH0222139)

**1935-01-01 - Aroclors [PCB-ARCH0523839]** - Physical Properties of The Aroclors. Aroclor #1242, Aroclor #1248, Aroclor #1254, Aroclor #1262, Aroclor #1269, Aroclor #4465, Aroclor #2565 (PCB-ARCH0523839)

**1940-05-01 - Plasticizers and Resins [PCB-ARCH0617319].pdf** - Plasticizers and Resins. Specifications and Application Data (PCB-ARCH0617319)

**1943-04-00 - Aroclors [PCB-ARCH0616206].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0616206)

**1946-03-01 - Plasticizers and Resins [PCB-ARCH0617258].pdf** - Plasticizers and Resins. Specifications and Application Data (PCB-ARCH0617258)

**1946-01-01 - Aroclors [PCB-ARCH0232158].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0232158)

**1947-08-01 - Aroclors [PCB-ARCH0232133].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0232133)

**1948-11-01 - Co-Plasticizer-DOP-Vinyl Organosols and Pastes [PCB-ARCH0232353].pdf** - Aroclor 1254. Co-Plasticizer with DOP for Vinyl Organosols and Pastes. Monsanto Technical Bulletin No. P-134 (PCB-ARCH0232353)

**1948-04-15 - Aroclor-High Pressure Compressors [PCB-ARCH0616283].pdf** - Aroclor. Incombustible Lubricants used in High-Pressure Compressors. Monsanto Technical Bulletin No. P-128 (PCB-ARCH0616283)

**1948-05-01 - Co-Plasticizers-Polyvinylchloride [PCB-ARCH0390250].pdf** - Aroclors as Co-Plasticizers for Polyvinylchloride. Monsanto Technical Bulletin No. P-131 (PCB-ARCH0390250)

**1948-01-01 - Aroclors-Chlorinated Rubber [PCB-ARCH0629491].pdf** - Aroclors as Used in Chlorinated Rubber. Monsanto Technical Bulletin No. P-124 (PCB-ARCH0629491)

**1948-03-01 - Aroclors-Pliolite [PCB-ARCH0564354].pdf** - Aroclors as used in Pliolite S-5. Monsanto Technical Bulletin No. P-126 (PCB-ARCH0564354)

**1948-06-01 - Carnauba Wax [PCB-ARCH0523261].pdf** - Aroclors as used to Extend or Substitute Carnauba Wax. Monsanto Technical Bulletin No. P-132. June 1, 1948 (PCB-ARCH0523261)

**1948-09-01 - Carnauba Wax [PCB-ARCH0616000].pdf** - Aroclors as used to Extend or Substitute Carnauba Wax. Monsanto Technical Bulletin No. P-132. Sept. 1, 1948 (PCB-ARCH0616000)

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**1948-10-01 - Aroclors [PCB-ARCH0267230].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0267230)

**1949-09-01 - Heat Transfer [PCB-ARCH0523245].pdf** - An Indirect Aroclor Heater for Unit Chemical Operations. Monsanto Technical Bulletin No. P-130 (PCB-ARCH0523245)

**1949-04-04 - Lubricant-Plasticizer-Paper Draperies [PCB-ARCH0523777].pdf** - Aroclor 1254. Lubricant and Plasticizer in the Manufacture of Paper Draperies. Monsanto Technical Bulletin No. P-138 (PCB-ARCH0523777)

**1949-03-28 - Hydraulic Fluid-Die-Casting Systems [PCB-ARCH0523806].pdf** - Aroclor. A Nonflammable Hydraulic Fluid for Die-Casting Systems. Monsanto Technical Bulletin No. P-137 (PCB-ARCH0523806)

**1949-03-18 - Carnauba Wax [PCB-ARCH0232339].pdf** - Aroclors as used to Extend or Substitute Carnauba Wax. Monsanto Technical Bulletin No. P-132. March 18, 1949 [handwritten: supercedes Sept 1, 1948] (PCB-ARCH0232339)

**1949-04-01 - Aroclors [PCB-ARCH0524127].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0524127)

**1950-05-01 - Hydraulic Fluid-Die-Casting Systems [PCB-ARCH0090603].pdf** - Aroclor. A Nonflammable Hydraulic Fluid for Die-Casting Systems. Monsanto Technical Bulletin No. P-137 (PCB-ARCH0090603)

**1950-06-01 - Aroclors [PCB-ARCH0522252].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0522252)

**1952-11-01 - Aroclors [PCB-ARCH0498146].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0498146)

**1952-01-01 - Aroclors [PCB-ARCH0524071].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0524071)

**1953-10-01 - Co-Plasticizer-DOP-Vinyl Organosols and Pastes [PCB-ARCH0390194].pdf** - Aroclor 1254. Co-Plasticizer with DOP for Vinyl Organosols and Pastes. Monsanto Technical Bulletin No. P-134 (PCB-ARCH0390194)

**1953-02-03 - Lindane [PCB-ARCH0231494].pdf** - Lindane-Aroclor Combinations. Monsanto Bulletin No. EX-43 (PCB-ARCH0231494)

**1953-03-01 - Aroclors [PCB-ARCH0207716].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. P-115 (PCB-ARCH0207716)

**1953-02-01 - Aroclors - High Styrene [PCB-ARCH0522892].pdf** - The Use of Aroclors in Formulating High Styrene Copolymer Surface Coatings (Marbon 9200). Monsanto Technical Bulletin No. P-149 (PCB-ARCH0522892)

**1954-12-01 - Pydraul F9 (hydraulic) [PCB-ARCH0522346].pdf** - Pydraul F-9 (PCB-ARCH0522346)

**1954-03-01 - Aroclors [PCB-ARCH0019006].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. O-P-115 (CB-ARCH0019006)

404

1060

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**1954-12-01 - Proper Handling of Aroclors and Mixtures in Electrical Industry [PCB-ARCH0475346]** - The Proper Handling of Aroclors and Their Mixtures in the Electrical Industry, P.G. Benignus (PCB-ARCH0475346)

**1955-10-01 - Heat Transfer [PCB-ARCH0390200].pdf** - An Indirect Aroclor Heater for Unit Chemical Operations. Monsanto Technical Bulletin No. O-130 (MONS076335, 0358627, PCB-ARCH0390200)

**1955-11-01 - Plasticizer-Polyvinyn Acetate Emulsion Adhesives [PCB-ARCH0523798].pdf** - Aroclor 1221, 1232 and 1242 for Polyvinyl Acetate Emulsion Adhesives. Monsanto Technical Bulletin No. O-111 (PCB-ARCH0523798)

**1955-01-01 - Heat Transfer [PCB-ARCH0390206].pdf** - Aroclor 1248. For Safe, Forced Circulation Heating to 600 F, Fire-Resistant Indirect Heating (PCB-ARCH0390206)

**1956-04-01 - Heat Transfer [PCB-ARCH0090861].pdf** - Aroclor 1248. A Fire-Resistant, Heat-Transfer Agent that Operates up to 600 F in the Liquid Phase (PCB-ARCH0090861)

**1956-01-01 - Plasticizers [PCB-ARCH0523505].pdf** - Product-Building for Profits with Monsanto Plasticizers. Information Booklet (PCB-ARCH0523505)

**1956-10-01 - Pydraul AC (hydraulic) [PCB-ARCH0623142].pdf** - Pydraul AC Fire-Resistant Compressor Lubricant. Technical Bulletin O-133 (PCB-ARCH0623142)

**1956-08-01 - Pydraul AC (hydraulic) [PCB-ARCH0617487].pdf** - Pydraul AC Fire-Resistant Compressor Lubricant. Technical Bulletin ODB-56-27  (PCB-ARCH0617487)

**1956-11-01 - Aroclors [PCB-ARCH0298421].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. O-P-115 (PCB-ARCH0298421)

**1956-05-01 - Proper Handling - Electrical Industry [PCB-ARCH0143101].pdf** - The Proper Handling of Aroclors and Their Mixtures in the Electrical Industry, P.G. Benignus (PCB-ARCH0143101)

**1957-05-01 - Plasticizers-Chlorinated Rubber [PCB-ARCH0629121].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. O-124 (PCB-ARCH0629121)

**1957-07-01 - Pydraul AC (hydraulic) [PCB-ARCH0524856].pdf** - Pydraul AC Fire-Resistant Lubricant for Air Compressors (PCB-ARCH0524856)

**1957-11-01 - Aroclors [PCB-ARCH0018976].pdf** - The Aroclors. Physical Properties and Suggested Applications. Application Data Bulletin No. O-P-115 (PCB-ARCH0018976)

**1958-06-01 - Aroclor 1248 [PCB-ARCH0390276].pdf** - Aroclor 1248 (PCB-ARCH0390276)

**1958-01-01 - Aroclor resins and plasticizers [PCB-ARCH0523693].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. PL-311 (PCB-ARCH0523693)

**1958-01-01 - Dielectric Fluids [PCB-ARCH0615744].pdf** - Monsanto Dielectric Fluids: Aroclors, Pyroclor (MONS079882, 0613372, PCB-ARCH0615744)

**1959-07-01 - Aroclor 1221, 1232, 1242 [PCB-ARCH0306404].pdf** - Aroclor 1221, 1232 and 1242 for Polyvinyl Acetate-Emulsion Adhesives. Monsanto Technical Bulletin No. PL-321 (PCB-ARCH0306404)

**1959-07-01 - Aroclor 1248 [PCB-ARCH0615831].pdf** - Aroclor 1248 (PCB-ARCH0615831)

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**1959-05-01 - Aroclor resins and plasticizers [PCB-ARCH0216209].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. PL-311 (replaces O-124) (PCB-ARCH0216209)

**1959-12-01 - Pasticizers in Synthetic Resin Adhesives [PCB-ARCH0524664]** - Plasticizers in Synthetic-Resin Adhesives. Technical Bulletin No. PL-307 (PCB-ARCH0524664)

**1959-03-01 - Pydraul A-200 [PCB-ARCH0623418].pdf** - Pydraul A-200 (PCB-ARCH0623418)

**1960-04-25 - Aroclor HDK-1 [PCB-ARCH0162800].pdf** - Aroclor HDK-1. Technical Data Sheet (PCB-ARCH0162800)

**1960-12-01 - Aroclor Plasticizers [PCB-ARCH0266982].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin PL-306 (PCB-ARCH0266982)

**1960-01-01 - Aroclors in Polyester & Epoxy Resins [PCB-ARCH0615972]** - Aroclors in Polyester and Epoxy Resins. Technical Service Bulletin G5/1 (PCB-ARCH0615972)

**1960-06-01 - Bulk Receiving of Plasticizers [PCB-ARCH0232807]** - Bulk Receiving of Plasticizers. Technical Bulletin No. PL-314 (PCB-ARCH0232807)

**1960-08-01 - Pydraul 150 [PCB-ARCH0092664].pdf** - Pydraul 150 (PCB-ARCH0092664)

**1960-08-01 - High Viscosity Fire-Resistant Hydraulic Fluid for Heavy Duty App [PCB-ARCH0092668].pdf** - Pydraul 625 (PCB-ARCH0092668)

**1960-08-01 - Pydraul F-9 [PCB-ARCH0092660].pdf** - Pydraul F-9 (PCB-ARCH0092660)

**1960-05-01 - The Aroclor Compounds [PCB-ARCH0267128].pdf** - The Aroclor Compounds (PCB-ARCH0267128)

**1960-01-01 - Proper Handling of Aroclors-Electric Indsutry [PCB-ARCH0553764].pdf** - The Proper Handling of Aroclors and Their Mixtures in the Electrical Industry, P.G. Benignus (PCB-ARCH0553764)

**1962-01-01 - Aroclor 1248 [PCB-ARCH0544255].pdf** - Aroclor 1248 (PCB-ARCH0544255)

**1962-04-01 - Aroclor Resins & Plasticizers for Chlorinated Rubber [PCB-ARCH0298332].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. PL-311 (PCB-ARCH0298332)

**1962-08-01 - Askarel Inspection & Maintenance Guide [PCB-ARCH0376014].pdf** - Askarel. Inspection and Maintenance Guide (PCB-ARCH0376014)

**1962-05-01 - Askarel Transformer Fluid [PCB-ARCH0143013].pdf** - Care and Grooming of Askarel Transformer Fluid (PCB-ARCH0143013)

**1962-12-01 - Therminol Fluid Heat Systems [PCB-ARCH0443533].pdf** - Therminol FR Fluid Heat Systems Engineering Heat Transfer Data. A Design Guide for Engineering Low-Cost, Low-Pressure Fire-Resistant Heat Transfer Systems (PCB-ARCH0443533)

**1962-05-01 - Askarel-Type Transformers [PCB-ARCH0101643].pdf** - When You Want Fire Safety, Reliablity, and Minimim Maintenance, Specify Askarel-Type Transformers (PCB-ARCH0101643)

**1963-04-01 - Aroclor 1221, 1232, 1242 for Polyvinyl Acetate-Emulsion Adhesives [PCB-ARCH0018688].pdf** - Aroclor 1221, 1232 and 1242 for Polyvinyl Acetate-Emulsion Adhesives. Monsanto Technical Bulletin No. PL-321 (PCB-ARCH0018688)

**1963-09-01 - Askarel Inspection & Maintenance Guide [PCB-ARCH0255907].pdf** - Askarel. Inspection and Maintenance Guide (PCB-ARCH0255907)

406

1062

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**1964-01-01 - Pydraul Selector [PCB-ARCH0231313].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector (PCB-ARCH0231313)

**1965-08-01 - Askarel Inspection & Maintenance Guide [PCB-ARCH0143041].pdf** - Askarel. Inspection and Maintenance Guide (PCB-ARCH0143041)

**1965-01-01 - Pydraul 312 [PCB-ARCH0622259].pdf** - Pydraul 312. Technical Bulletin (PCB-ARCH0622259)

**1965-09-01 - Pydraul 312 [PCB-ARCH0443826].pdf** - Pydraul 312. Technical Bulletin P-312 [handwritten: obsolete 12/66] (PCB-ARCH0443826)

**1965-08-01 - Therminol Fluid Heat Systems [PCB-ARCH0141010].pdf** - Therminol FR Fluid Heat Systems Engineering Heat Transfer Data. A Design Guide for Engineering Low-Cost, Low-Pressure Fire-Resistant Heat Transfer Systems (PCB-ARCH0141010)

**1965-06-01 - Therminol Fluid Heat Systems [PCB-ARCH0443483].pdf** - Therminol FR Fluid Heat Systems Engineering Heat Transfer Data. A Design Guide for Engineering Low-Cost, Low-Pressure Fire-Resistant Heat Transfer Systems [hand-corrected copy dated June, 1965] (PCB-ARCH0443483)

**1966-03-01 - Aroclor for Capacitors [PCB-ARCH0524735].pdf** - Aroclor for Capacitors (PCB-ARCH0524735)

**1966-01-01 - Aroclor for Capacitors [PCB-ARCH0524773].pdf** - Aroclor for Capacitors (PCB-ARCH0524773)

**1966-09-01 - Aroclor Plasticizers [PCB-ARCH0544340].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306 (PCB-ARCH0544340)

**1966-10-31 - Aroclor Plasticizers [PCB-ARCH0216396].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306 [handwritten label states: Sample book. Revised 10-31-66] (PCB-ARCH0216396)

**1966-01-01 - Pydraul 135 [PCB-ARCH0621777].pdf** - Pydraul 135. Fire-Resistant Hydraulic Fluid [hand-written O/FF-4] (PCB-ARCH0621777)

**1966-09-01 - Pydraul 135 [PCB-ARCH0524943].pdf** - Pydraul 135. Fire-Resistant Hydraulic Fluid O/FF-4 (PCB-ARCH0524943)

**1966-11-01 - Pydraul 312 [PCB-ARCH0617434].pdf** - Pydraul 312. Fire-Resistant Hydraulic Fluid. Technical Bulletin O/FF-7 (PCB-ARCH0617434)

**1966-03-01 - Pydraul AC Fact Finder [PCB-ARCH0063692].pdf** - Pydraul AC Fire-Resistant Lubricant for Air Compressors. Fact Finder (PCB-ARCH0063692)

**1966-04-01 - Pydraul Selectro [PCB-ARCH0245918].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector O-FF/3 (PCB-ARCH0245918)

**1966-04-01 - Aroclor Polychlorinated Polyphenyls [PCB-ARCH0636456].pdf** - The Aroclor Polychlorinated Polyphenyls. Monsanto Technical Bulletin No. O-FF/1 (PCB-ARCH0636456)

**1967-05-01 - Aroclor [PCB-ARCH0616105].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. O/PL-311 (PCB-ARCH0616105)

**1967-05-01 - Askarel Inspection and Maintenance Guide [PCB-ARCH0245644].pdf** - Askarel. Inspection and Maintenance Guide (PCB-ARCH0245644)

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**1967-08-01 - Askarel [PCB-ARCH0231169].pdf** - Here's How to Get More Performance and Save Money when Specifying Transformers [hand-written: Sample book, new 8/67] (PCB-ARCH0231169)

**1967-04-01 - Pydraul 315 Fire Resistant Hydraulic Fluid [PCB-ARCH0617444].pdf** - Pydraul 135. Fire-Resistant Hydraulic Fluid O/FF-4 (EX) (PCB-ARCH0617444)

**1967-02-01 - Therminol Fluid Heat Systems [PCB-ARCH0443584].pdf** - Therminol FR Fluid Heat Systems Engineering Heat Transfer Data. A Design Guide for Engineering Low-Cost, Low-Pressure Fire-Resistant Heat Transfer Systems (PCB-ARCH0443584)

**1968-01-01 - Aroclor Plasticizers [PCB-ARCH0143389].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306 (PCB-ARCH0143389; PCB-ARCH0522411)

**1968-05-01 - Aroclor Plasticizers [PCB-ARCH0568314].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306 (PCB-ARCH0568314)

**1968-06-01 - Aroclor [PCB-ARCH0629366].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. O/PL-311 (PCB-ARCH0629366)

**1968-06-01 - Pydraul 312 [PCB-ARCH0443805].pdf** - Pydraul 312. Fire-Resistant Hydraulic Fluid. Technical Bulletin O/FF-7 (PCB-ARCH0443805)

**1968-03-01 - Pydraul A-200 [PCB-ARCH0266924].pdf** - Pydraul A-200 (PCB-ARCH0266924)

**1968-03 - Pydraul Fire Resistant Hydraulic Fluid Selector 1 [PCB-ARCH0617404].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector 1. Monsanto Technical Bulletin O-FF/3 (PCB-ARCH0617404)

**1968-01-01 - Pydraul Fire Resistant Hydraulic Fluid [PCB-ARCH0019202].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector 1. O/FF-3 (PCB-ARCH0019202)

**1968-09-12 - Pydraul Fire Resistant Hydraulic Fluid Selector 1 [PCB-ARCH0245876].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector 1. O/FF-3 (PCB-ARCH0245876)

**1968-03-01 - Pydraul Selector I [PCB-ARCH0524872].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector 1. O/FF-3 (PCB-ARCH0524872)

**1968-10-01 - Pydraul Fire Resistant Hydraulic Fluid Selector 2 [PCB-ARCH0063592].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector 2. O/FF-11 (PCB-ARCH0063592)

**1968-09-01 - Pydraul Fire Resistant Hydraulic Fluid Selector 2 [PCB-ARCH0063609].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector 2. O/FF-11 (PCB-ARCH0063609)

**1968-04-01 - Pydraul PCB-ARCH0245898.pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector O-FF/3 [hand-written obsolete 4/68, sample book 4000 run 4/66 revision] (PCB-ARCH0245898)

**1968-01-01 - Pydraul Fact Finder [PCB-ARCH0063654].pdf** - Pydraul Fire-Resistant Lubricants for Air Compressors. Fact Finder (PCB-ARCH0063654)

**1969-09-01 - Aroclor Plasticizers [PCB-ARCH0515425].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306A (PCB-ARCH0515425)

408

1064

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**1969-06-01 - Aroclor Resins and Plasticizers for Chlorinated Rubber [PCB-ARCH0629619].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. O/PL-311A (PCB-ARCH0629619)

**1969-01-01 - Developmental Synthetic Fluids [PCB-ARCH0595210]** - Developmental Synthetic Fluids (PCB-ARCH0595210)

**1969-10-01 - Plasticizers for the Widest Choice in the World [PCB-ARCH0502219]** - Plasticizers for the Widest Choice in the World [handwritten: Plasticizer Blue Book, 12/61, 1/67, 10/69], [Excerpt] (PCB-ARCH0502219)

**1969-06-01 - Pydraul Fire Resistant Hydraulic Fluid Selector 1 [PCB-ARCH0524883].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector 1. O/FF-3 (PCB-ARCH0524883)

**1969-06-01 - Pydraul Fire Resistant Hydraulic Fluid Selector 2 [PCB-ARCH0522330].pdf** - Pydraul Fire-Resistant Hydraulic Fluid Selector 2. O/FF-11 (PCB-ARCH0522330)

**1969-11-01 - Pyroclor [PCB-ARCH0024820].pdf** - Pyroclor 5. Transformer askarel by Monsanto. Technical Data Sheet (PCB-ARCH0024820)

**1969-08-01 - Askarel Fire Resistant Transformers Offer [PCB-ARCH0524995].pdf** - When Specifying Transformers Here's How to Get More Performance and Save Money: Askarel the Fire-Resistant Dielectric Preferred by Specifiers Who Want to Save Money Now and for Years to Come (PCB-ARCH0524995)

**1970-09-01 - Aroclor Plasticizers [PCB-ARCH0566489].pdf** - Aroclor Plasticizers (PCB-ARCH0566489)

**1970-01-01 - Aroclor Plasticizers [PCB-ARCH0580282].pdf** - Aroclor Plasticizers (PCB-ARCH0580282)

**1970-08-01 - Aroclor Plasticizers [PCB-ARCH0298272].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306A (PCB-ARCH0298272)

**1970-05-00 - Aroclor Plasticizers [PCB-ARCH0018671].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306A [handwritten label states: [5 or 8, illegible]/70, Obsolete] (PCB-ARCH0018671)

**1970-01-01 - How to Keep Your Therminol FR System Leak Free [PCB-ARCH0048779].pdf** - How to Keep Your Therminol FR System Leak-Free (PCB-ARCH0048779)

**1970-11-11 - Leakage and Disposal [PCB-ARCH0449061].pdf** - Leakage and Disposal Bulletin -- Therminol FR Fluids. Sales Information Bulletin No. 38 (PCB-ARCH0449061)

**1970-07-01 - The Compressor Lubricant Fact Finder [PCB-ARCH0019158].pdf** - Pydraul Air Compressor Lubricants by Monsanto. The Compressor Lubricant Fact Finder. O/FF-2 (PCB-ARCH0019158)

**1970-03-01 - Standard Analytical Methods for Determining Therminol [PCB-ARCH0059190].pdf** - Standard Analytical Methods for Determing Therminol: Viscosity, Acidity, Moisture. Monsanto Technical Bulletin O/FF-18 (PCB-ARCH0059190)

**1970-02-01 - Standard Analytical Methods for Determining Therminol [PCB-ARCH0522708].pdf** - Standard Analytical Methods for Determing Therminol: Viscosity, Acidity, Moisture. Monsanto Technical Bulletin O/FF-18 (PCB-ARCH0522708)

409

1065

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**1970-01-01 - Therminol Conversion [PCB-ARCH0588885].pdf** - Therminol Conversion Interim Bulletin SP-1TC (PCB-ARCH0588885)

**1971-10-01 - Aroclor & Pyroclor [PCB-ARCH0277364]** - Aroclor & Pyroclor. Bulk Handling (PCB-ARCH0277364)

**1971-04-01 - Aroclor [PCB-ARCH0232767].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. O/PL-311 (PCB-ARCH0232767)

**1971-03-01 - Aroclor [PCB-ARCH0524428].pdf** - Aroclor Resins and Plasticizers for Chlorinated Rubber. Monsanto Technical Bulletin No. O/PL-311A (PCB-ARCH0524428)

**1971-04-01 - Askarel Inspection and Maintenance Guide [PCB-ARCH0168693].pdf** - Askarel. Inspection and Maintenance Guide (PCB-ARCH0168693)

**1971-06-01 - Askarel Fire Resistant Transformers Offer [PCB-ARCH0442397].pdf** - Here's How to Get More Performance and Save Money when Specifying Transformers (PCB-ARCH0442397)

**1971-01-01 - Askarel Fire Resistant Transformers Offer [PCB-ARCH0616590].pdf** - Here's How to Get More Performance and Save Money when Specifying Transformers (PCB-ARCH0616590)

**1971-08-01 - The Aroclor Polychlorinated Polyphenyls [PCB-ARCH0231811].pdf** - The Aroclor Polychlorinated Polyphenyls. Dielectrics for Capacitors and Transformers. Monsanto Technical Bulletin No. O-FF/1R (PCB-ARCH0231811)

**1971-04-01 - Thermal Liquids A New Concept in Heating [PCB-ARCH0522672]** - Thermal Liquids: A New Concept in Heating (PCB-ARCH0522672)

**1971-12-08 - Therminol Conversion Bulletin [PCB-ARCH0588615].pdf** - Therminol Conversion Bulletin (PCB-ARCH0588615)

**1971-12-01 - Therminol Conversion Bulletin [PCB-ARCH0247276].pdf** - Therminol Conversion Bulletin SP/TC-1 (PCB-ARCH0247276)

**1971-07-01 - Askarel Fire Resistant Transformers Offer [PCB-ARCH0460107].pdf** - When Specifying Transformers Here's How to Get More Performance and Save Money: Askarel Fire-Resistant Transformers Offer  O/FF-14 (PCB-ARCH0460107)

**1972-01-01 - Aroclor 1242 E1 [PCB-ARCH0523419].pdf** - Aroclor 1242 E1 (PCB-ARCH0523419)

**1972-01-01 - Aroclor Plasticizers [PCB-ARCH0143469].pdf** - Aroclor Plasticizers. Monsanto Technical Bulletin O/PL-306A (PCB-ARCH0143469)

**1972-01-01 - Therminol Conversion Bulletin [PCB-ARCH0025593].pdf** - Therminol Conversion Bulletin SP/TC-1 (PCB-ARCH0025593)

**1972-02-15 - Therminol Conversion Bulletin [PCB-ARCH0498321].pdf** - Therminol Conversion Bulletin SP/TC-1 (PCB-ARCH0498321)

**1972-01-13 - Therminol Conversion Interim Bulletin [PCB-ARCH0506113].pdf** - Therminol Conversion Interim Bulletin SP-1TC (PCB-ARCH0506113)

**1973-08-01 - Aroclor [PCB-ARCH0036393]** - Aroclor (PCB-ARCH0036393)

**1973-03-01 - Aroclor [PCB-ARCH0545332]** - Aroclor (PCB-ARCH0545332)

410

1066

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**1973-08-01 - Aroclor 1242 E1 [PCB-ARCH0163690].pdf** - Aroclor 1242 E1 (PCB-ARCH0163690)

**1973-12-01 - Askarel Inspection & Maintenance Guide [PCB-ARCH0168665].pdf** - Askarel. Inspection and Maintenance Guide (PCB-ARCH0168665)

**1973-01-01 - Transformer Askarel [PCB-ARCH0272118].pdf** - Askarel. Inspection and Maintenance Guide [hand edited, not complete/partial copy] (PCB-ARCH0272118)

**1973-10-01 - Standard Analytical Methods for Determining Therminol [PCB-ARCH0522694].pdf** - Standard Analytical Methods for Determing Therminol: Viscosity, Acidity, Moisture. Monsanto Technical Bulletin IC/FF-18 (PCB-ARCH0522694)

**1974-02-01 - A Guide to Fire Resistant Hydraulic Fluids [PCB-ARCH0019038].pdf** - A Guide to Fire-Resistant Hydraulic Fluids (PCB-ARCH0019038)

**1974-04-01 - Pydraul Fact Finder [PCB-ARCH0524516].pdf** - Pydraul Fact Finder. Air Compressor Lubricants. Monsanto Bulletin No. IC/FF-2 (PCB-ARCH0524516)

**1975-04-15 - Aroclor 1242 E1 [PCB-ARCH0163696].pdf** - Aroclor 1242 E1 (PCB-ARCH0163696)

**1975-01-01 - Aroclor 1342 [PCB-ARCH0163708].pdf** - Aroclor 1342 (PCB-ARCH0163708)

**1975-02-01 - Aroclor 1342 [PCB-ARCH0168634].pdf** - Aroclor 1342 (PCB-ARCH0168634)

**1975-08-01 - Aroclor 1342 E1 [PCB-ARCH0168626].pdf** - Aroclor 1342 E1 (PCB-ARCH0168626)

**1975-03-01 - Askarel Inspection & Maintenance Guide [PCB-ARCH0206370].pdf** - Askarel. Inspection and Maintenance Guide. Bulletin No. IC/FF-38R. Revised March, 1975 (PCB-ARCH0206370)

**1975-04-01 - Askarel Inspection & Maintenance Guide [PCB-ARCH0523944].pdf** - Askarel. Inspection and Maintenance Guide. Bulletin No. IC/FF-38R. Revised March, 1975 (PCB-ARCH0523944)

**1976-08-01 - Askarel Inspection & Maintenance Guide [PCB-ARCH0523916].pdf** - Askarel. Inspection and Maintenance Guide. Bulletin No. IC/FF-38R-2. Revised August, 1976 (PCB-ARCH0523916)

**1976-08-17 - Dielectric Lines Info & News on Dielectric Fluids [PCB-ARCH0097113].pdf** - Dielectric Lines. Information and News on Dielectric Fluids. No. DL-3 by R.E. Hatton, 8/17/1976 (PCB-ARCH0097113)

**1976-03-01 - The Aroclor Polychlorinated Polyphenyls [PCB-ARCH0524595]** - The Aroclor Polychlorinated Polyphenyls. Dielectrics for Capacitors and Transformers. Monsanto Technical Bulletin No. O-FF/1R (PCB-ARCH0524595)

**1980-11-19 - Here's How to Convert to Pydraul [PCB-ARCH0633426].pdf** - Here's How to Convert to Pydraul (PCB-ARCH0633426)

**^no date - Aroclor 1248 [PCB-ARCH0231583]** - Aroclor 1248 (PCB-ARCH0231583)

**^no date - Aroclor [PCB-ARCH0375583]** - Aroclor 1248 (PCB-ARCH0375583)

**^no date - Aroclor for Capacitors [PCB-ARCH0231711].pdf** - Aroclor for Capacitors (PCB-ARCH0231711)

**^no date - Aroclor for Capacitors [PCB-ARCH0231737].pdf** - Aroclor for Capacitors (PCB-ARCH0231737)

**^no date - Aroclor Plasticizers [PCB-ARCH0530225].pdf** - Aroclor Plasticizers (PCB-ARCH0530225)

411

1067

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**^no date - Converting to Pydraul Hydraulic Fluids [PCB-ARCH0633434].pdf** - Converting to Pydraul Hydraulic Fluids (PCB-ARCH0633434)

**^no date - Plasticizers [PCB-ARCH0632796].pdf** - Monsanto Plasticizers (PCB-ARCH0632796)

**^no date - Therminol Conversion [PCB-ARCH0594941].pdf** - Therminol Conversion Interim Bulletin SP-1TC (PCB-ARCH0594941)

**^no date - Toxicology & Safe Handling of Aroclor Chlorinated Diphenyl [PCB-ARCH0577419].pdf** - Toxicology and Safe Handling of Monsanto Aroclor Chlorinated Diphenyl (PCB-ARCH0577419)

412

1068

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

## B.   Attachment 2.  Treon studies listed in Shubik and Hartwell, 1957

### 148.--ETHYL ACRYLATE     $CH_2=CHCOOC_2H_5$

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Treon et al., 1949c | 1 rabbit | ---- | ---- | 5 ml., 24 applications in one day | Skin | 0 | ---- | 53 d. |
| | 2 rabbits | ---- | ---- | 3 or 5 ml., 3 applications daily for 2 d. | Skin | 0 | 100% | 3 mos. |
| | 4 rabbits | ---- | ---- | 74.8 p.p.m., 50 seven hr. exposures daily | Inhalation | 0 | 100% | 70 d. |
| | 2 guinea pigs | ---- | ---- | 74.8 p.p.m., 50 seven hr. exposures daily | Inhalation | 0 | 100% | 70 d. |
| | 2 rats | ---- | ---- | 74.8 p.p.m., 50 seven hr. exposures daily | Inhalation | 0 | 100% | 70 d. |
| | 2 guinea pigs | ---- | ---- | 26.2 p.p.m., 130 seven hr. exposures daily | Inhalation | 0 | 100% | 185 d. |
| | 2 rats | ---- | ---- | 26.2 p.p.m., 130 seven hr. exposures daily | Inhalation | 0 | 100% | 185 d. |
| | 1 monkey | ---- | ---- | 26.2 p.p.m., 130 seven hr. exposures daily | Inhalation | 0 | 100% | 185 d. |
| | 4 rabbits | ---- | ---- | 24.5 p.p.m., 130 seven hr. exposures daily | Inhalation | 0 | 100% | 185 d. |
| | 2 guinea pigs | ---- | ---- | 24.5 p.p.m., 130 seven hr. exposures daily | Inhalation | 0 | 100% | 185 d. |
| | 2 rats | ---- | ---- | 24.5 p.p.m., 130 seven hr. exposures daily | Inhalation | 0 | 100% | 185 d. |
| | 1 monkey | ---- | ---- | 24.5 p.p.m., 130 seven hr. exposures daily | Inhalation | 0 | 100% | 185 d. |
| | 2 rabbits | ---- | ---- | 0.0315 gm. per kg., 25 doses | P.O. | 0 | 100% | 35 d. |

### 194.--2-NITROPROPANE     $(CH_3)_2CHNO_2$

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Treon and Dutra, 1952 | Monkey | ---- | ---- | 83 p.p.m. Air, 130 seven hr. exposures | Inhalation | 0 | 1 alive at 191 d. | 191 d. |
| | Guinea pigs | ---- | ---- | 83 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 2 alive at 191 d. | 191 d. |
| | Rabbits | ---- | ---- | 83 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 4 alive at 191 d. | 191 d. |

### 194.--2-NITROPROPANE     $(CH_3)_2CHNO_2$--Continued

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Treon and Dutra, 1952 | Rats | ---- | ---- | 83 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 1 alive at 191 d. | 191 d. |
| | Cats | ---- | ---- | 83 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 2 alive at 191 d. | 191 d. |
| | Guinea pigs | ---- | ---- | 317 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 2 alive at 199 d. | 199 d. |
| | Rabbits | ---- | ---- | 317 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 1 alive at 199 d. | 199 d. |
| | Rats | ---- | ---- | 317 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 2 at 199 d. | 199 d. |

### 237.--TRICHLOROACETONITRILE     $CCl_3CN$

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Treon et al., 1949b | 2 monkeys | ---- | ---- | 0.84 or 5.3 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 100% | 26 wks. |
| | 4 cats | ---- | ---- | 0.84 or 5.3 p.p.m. air, 130 seven hr. exposures | Inhalation | 0 | 100% | 26 wks. |
| | 3 guinea pigs | ---- | ---- | 0.84, 5.3 or 13.5 p.p.m. air, 50 or 130 seven hr. exposures | Inhalation | 0 | 100% | 26 wks. |
| | 9 rabbits | ---- | ---- | 0.84, 5.3 or 13.5 p.p.m. air, 22 to 130 seven hr. exposures | Inhalation | 0 | 100% | 26 wks. |
| | 1 rabbit | ---- | ---- | 6 ml., 1 hr. contact daily for 16 days | Skin | 0 | ---- | 2 mos. |
| | 2 rabbits | ---- | ---- | 0.035 gm. per kg. daily, 5 - 6 days per wk. in propylene glycol, 30 - 32 doses | P.O. | 0 | 100% | 2 mos. |

### 370.--2-ETHYLHEXYL DIPHENYL PHOSPHATE     $(C_6H_5O)_2P-OCH_2CH(C_2H_5)(CH_2)_3CH_3$

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Treon et al., 1953 | 4 rabbits | ---- | ---- | 9.4 ml. per kg. undiluted | Skin | 0 | ---- | 2 mos. |
| | 6 dogs | ---- | ---- | 0.5 ml. in capsules daily, and then 0.6 - 1.5% in the diet or 1.6 - 2.5% in the diet | P.O. | 0 | ---- | 26 mos. |
| | 160 rats | Carworth and Albino | MBF | 0.625 - 5.0% in the diet | P.O. | 0?95 | 102 died | 2 yrs. |

413

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

405. --N-MONOMETHYLANILINE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Treon et al., 1949a | 5 rabbits | ---- | ---- | 0.10 - 0.39 g. per kg. for periods of 1 hr., 12 - 27 times | Skin | 0 | 1 died after 12 applications | 50 d. |
| | 4 rabbits | ---- | ---- | 0.024 g. per kg. as 10% (W/V) in propylene glycol, 5 d. per wk., 77 - 100 doses | P.O. | 0 | 100% lived | Over 20 wks. |
| | 7 rabbits | ---- | ---- | 0.055 - 0.18 g. per kg., 10% W/V in propylene glycol | P.O. | 0 | 1 died at 1 mo. | 2 mos. |
| Treon et al., 1950 | 3 rats | ---- | ---- | 7.6 p.p.m., 130 seven hr. exposures | Inhalation | 0 | 1 died | Over 26 wks. |
| | 2 rats | ---- | ---- | 2.4 p.p.m., 130 seven hr. exposures | Inhalation | 0 | 100% alive | Over 26 wks. |
| | 2 rats | ---- | ---- | 26.6 p.p.m., 58 seven hr. exposures | Inhalation | 0 | 100% alive | Over 11 wks. |
| | 2 rats | ---- | ---- | 86 p.p.m., 50 seven hr. exposures | Inhalation | 0 | 100% alive | Over 10 wks. |
| | 4 rabbits | ---- | ---- | 2.3 p.p.m., 130 seven hr. exposures | Inhalation | 0 | 100% alive | Over 26 wks. |
| | 7 rabbits | ---- | ---- | 7.6 p.p.m., 130 seven hr. exposures | Inhalation | 0 | 6 died | Over 26 wks. |
| | 4 rabbits | ---- | ---- | 26.6 p.p.m., 58 seven hr. exposures | Inhalation | 0 | 2 died | Over 10 wks. |
| | 6 rabbits | ---- | ---- | 86 p.p.m., 50 seven hr. exposures | Inhalation | 0 | 3 died | Over 10 wks. |
| | 1 monkey | ---- | ---- | 2.4 p.p.m., 130 seven hr. exposures | Inhalation | 0 | ---- | Over 26 wks. |
| | 3 cats | ---- | ---- | 26.6 p.p.m., 58 seven hr. exposures | Inhalation | 0 | 2 died | Over 11 wks. |
| | 5 cats | ---- | ---- | 2.4 or 7.6 p.p.m., 130 seven hr. exposures | Inhalation | 0 | ---- | Over 26 wks. |

456. --XYLIDINE[446]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Treon et al., 1949a | 2 rabbits | ---- | ---- | 0.14 ml. per kg., 7 d. per wk. for 8 wk. | P.O. | 0 | ---- | 8 wks. |
| | 6 rabbits | ---- | ---- | 0.12 - 0.62 g. per kg. | P.O. | 0 | ---- | 2 mos. |
| Treon et al., 1950 | 2 cats | ---- | ---- | 7.8 p.p.m., 92 seven hr. exposures | Inhalation | 0 | 100% alive | Over 18.5 wks. |
| | 2 cats | ---- | ---- | 17.4 p.p.m., 31 seven hr. exposures | Inhalation | 0 | Both died by 6.5 wks. | 6.5 wks. |
| | 2 rats | ---- | ---- | 17.4 p.p.m., 7 seven hr. exposures | Inhalation | 0 | 100% alive | Over 14 wks. |
| | 3 rats | ---- | ---- | 60 p.p.m., 50 seven hr. exposures | Inhalation | 0 | 3 died | Over 10 wks. |
| | 1 guinea pig | ---- | ---- | 17.4 p.p.m., 70 seven hr. exposures | Inhalation | 0 | ---- | Over 14 wks. |
| | 2 guinea pigs | ---- | ---- | 50 p.p.m., 55 seven hr. exposures | Inhalation | 0 | 1 died | Over 10 wks. |
| | 2 guinea pigs | ---- | ---- | 60 p.p.m., 50 seven hr. exposures | Inhalation | 0 | 1 died | Over 10 wks. |
| | 4 rats | ---- | ---- | 132 - 142 p.p.m., 50 seven hr. exposures | Inhalation | 0 | 2 died | Over 10 wks. |
| | 2 guinea pigs | ---- | ---- | 132 - 142 p.p.m., up to 25 seven hr. exposures | Inhalation | 0 | 1 died at 2 wks. | 5 wks. |
| | 2 rabbits | ---- | ---- | 17.4 p.p.m., 70 seven hr. exposures | Inhalation | 0 | 100% alive | Over 14 wks. |
| | 4 rabbits | ---- | ---- | 50 p.p.m., 60 seven hr. exposures | Inhalation | 0 | 100% alive | Over 12 wks. |
| | 4 rabbits | ---- | ---- | 60 p.p.m., 50 seven hr. exposures | Inhalation | 0 | 1 died | Over 10 wks. |
| | 6 rabbits | ---- | ---- | 132 - 142 p.p.m., 50 seven hr. exposures | Inhalation | 0 | 100% alive | Over 10 wks. |
| | 1 monkey | ---- | ---- | 7.8 p.p.m., 92 seven hr. exposures | Inhalation | 0 | ---- | Over 18.5 wks. |
| | 12 rabbits | ---- | ---- | 2 - 50% in iso-octane | Skin | 0 | Several died early | 50 d. |

[446] Mixture of isomers.

758. --2-AMINOPYRIMIDINE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Treon et al., 1948 | 2 rabbits | ---- | ---- | 0.07 mg. per litre as vapor in air, 7 hrs. daily for 60 d. | Inhalation | 0 | 100% | 175 d. |
| | 2 guinea pigs | ---- | ---- | 0.07 mg. per litre as vapor in air, 7 hrs. daily for 60 d. | Inhalation | 0 | 100% | 175 d. |

414

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

**C.  Attachment 3.  Animal studies included in evaluation of potential immune effects of PCB**

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: alloantigenic cells | Mouse (males) | Aroclor 1254 (– CDBFs) [140 mg/kg-d; estimated] | Route: ip Duration: 1/w; 4 w | - | 14 mg/kg-d | - | (Clark *et al.*, 1983) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: alloantigenic cells | Mouse (males) | PCB155 [20 mg/kg-d; estimated] | Route: ip Duration: 1/w; 6 w | 20 mg/kg-d | - | - | (Clark *et al.*, 1983) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: alloantigenic cells | Mouse (males) | PCB77 [2 mg/kg-d; estimated] | Route: ip Duration: 1/w; 5 w | - | 2 mg/kg-d | LOAEL for ↓CTL = not specified beyond observation it occurred. Interpolated from graph at ~2 md/kg-d | (Clark *et al.*, 1983) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: alloantigenic cells | Rat (males) | Aroclor 1254 0.1 to 25 mg/kg-d | Route: oral (gavage) Duration: 1/d; 15w | 25 mg/kg-d | - | - | (Smialowicz *et al.*, 1989) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (not specified) | Aroclor 1016 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 40 w | 30 mg/kg-d | - | - | (Silkworth and Loose, 1981) |

415

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (males) | PCB153<br>30 to 300 mg/kg-d | Route: oral (gavage)<br>Duration: single dose; sac 10 d after P815 injection | 300 mg/kg-d | - | - | (Kerkvliet et al., 1990) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (males) | PCB156<br>10 to 100 mg/kg-d | Route: oral (gavage)<br>Duration: single dose; sac 10 d after P815 injection | 30 mg/kg-d | 100 mg/kg-d | - | (Kerkvliet et al., 1990) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (males) | PCB169<br>1 to 10 mg/kg-d | Route: oral (gavage)<br>Duration: single dose; sac 10 d after P815 injection | 1 mg/kg-d | 3 mg/kg-d | - | (Kerkvliet et al., 1990) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (males) | PCB169<br>1 to 100 mg/kg-d | Route: oral (gavage)<br>Duration: single dose; sac 12 d after P815 | 5 mg/kg-d | 10 mg/kg-d | - | (Kerkvliet and Baecher-Steppan, 1988) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (females) | PCB169<br>1 to 100 mg/kg-d | Route: oral (gavage)<br>Duration: single dose; sac 12 d after P815 | 5 mg/kg-d | 10 mg/kg-d | - | (Kerkvliet and Baecher-Steppan, 1988) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (males) | PCB169<br>10 or 100 mg/kg-d | Route: oral (gavage)<br>Duration: single dose; sac 10 d after P815 injection | 100 mg/kg-d | - | - | (Kerkvliet et al., 1990) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (male) | PCB169<br>10 mg/kg-d | Route: oral (gavage)<br>Duration: single dose; 10 d post exposure | - | 10 mg/kg-d | - | (De Krey et al., 1993) |

416

1072

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (males) | PCB169<br><br>10 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 10 d after P815 injection | - | 10 mg/kg-d | - | (Kerkvliet et al., 1990) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (male) | PCB169<br><br>10 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 9d post P815 injection | - | 10 mg/kg-d | - | (De Krey et al., 1994a) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (both) | PCB169<br><br>10 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 10 d post exposure | - | 10 mg/kg-d | - | (De Krey et al., 1994b) |
| Cell mediated immunity | Cytotoxic T Lymphocyte assay: P815 | Mouse (both) | PCB169<br><br>10 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 10-12 d after P815 | - | 10 mg/kg-d | - | (Kerkvliet and Baecher-Steppan, 1988) |
| Cell mediated immunity | Delayed type hypersensitivity: OVA, ear thickness | Rat (males) | Mix (derived from native herring oil)<br><br>Pups cumulative intake at 11d (2.03, 19.9 ng TEQ/kg Atlantic, Baltic oils); at 25 d (1.83, 17.3 ng TEQ/kg Atlantic, Baltic oils) mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; GD6 to pup weaning (41 exposure days) | - | - | No difference in Baltic or Atlantic groups | (Ross et al., 1997) |

417

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

418

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Delayed-type hypersensitivity response: Dinitrofluorobenzene [DNFB], skin thickness | Rabbit (both) | Aroclor 1248 [0.5, 4.0, or 13 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; mated after 4w on diet, exposure continued through 4w of nursing when infants weaned and placed on normal diet. Tested @ 7w of age | 4 mg/kg-d | 13 mg/kg-d | - | (Thomas and Hinsdill, 1980) |
| Cell mediated immunity | Delayed-type hypersensitivity response: OVA, ear thickness | Guinea pig (females) | Clophen A60 [6 or 30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 7 w | - | 6 mg/kg-d | - | (Vos and van Driel-Grootenhuis, 1972) |
| Cell mediated immunity | Delayed-type hypersensitivity response: Oxazolone, ear proliferation | Mouse (both) | Aroclor 1254 0.167, 16.7 or 41.7 mg/kg-d | Route: oral (diet) Duration: 1/d; to 8 w of age | 41.7 mg/kg-d | - | - | (Talcott and Koller, 1983) |
| Cell mediated immunity | Delayed-type hypersensitivity response: Turbuculin, skin sensitivity | Rabbit (males) | Aroclor 1254 0.18 to 6.54 mg/kg-d | Route: oral (diet) Duration: 1/d; 8 w | 6.54 mg/kg-d | - | - | (Street and Sharma, 1975) |
| Cell mediated immunity | Graft-vs-host response: - | Mouse (not specified) | Aroclor 1016 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 37 w | 30 mg/kg-d | - | - | (Silkworth and Loose, 1981) |
| Cell mediated immunity | Graft-vs-host response: - | Mouse (males) | Aroclor 1016 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; Spleen index assessed 9d after inoculation | 30 mg/kg-d | - | - | (Silkworth and Loose, 1979a) |

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (pups (both)) | Aroclor 1242<br><br>[21 mg/kg-d; estimated] | Route: sc<br><br>Duration: dams (3/wk); dams (2 w) | 21 mg/kg-d | - | - | (Arena *et al.*, 2003) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (pups (both)) | Aroclor 1254<br><br>[21 mg/kg-d; estimated] | Route: sc<br><br>Duration: dams (3/wk); dams (2 w) | 21 mg/kg-d | - | - | (Arena *et al.*, 2003) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (male) | Aroclor 1254<br><br>63 to 550 mg/kg-d | Route: ip<br><br>Duration: single dose; injection 1 w before sac | 550 mg/kg-d | - | - | (Wierda *et al.*, 1981) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (not specified) | Aroclor 1254<br><br>500 or 1000 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4, 8 or 15 d post-PCB treatment | 1000 mg/kg-d | - | - | (Lubet *et al.*, 1986) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (both) | Fenclor 42<br><br>500 or 1,000 mg/kg-d | Route: ip<br><br>Duration: 1/d; single dose | - | 500 mg/kg-d | - | (Franco *et al.*, 1989) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (both) | Fenclor 42<br><br>500 or 1,000 mg/kg-d | Route: ip<br><br>Duration: 1/d; 15d | - | 500 mg/kg-d | - | (Franco *et al.*, 1989) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (both (pooled)) | Mix (Aroclor 1242:Aroclor 1254 2:1)<br><br>[4.7 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; to 22 w of age | - | 4.7 mg/kg-d | - | (Segre *et al.*, 2002) |

419

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (females) | PCB118<br><br>82 to 260 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 2 d after treatment | 260 mg/kg-d | - | - | (Dahlman *et al.*, 1994) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (males) | PCB153<br><br>0.5 or 50 mg/kg-d | Route: ip<br><br>Duration: every other day; 10 days (5 total injections) | 0.5 mg/kg-d | 50 mg/kg-d | - | (Kuiper *et al.*, 2016) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (females) | PCB153<br><br>0.125 or 12.5 mg/kg-d | Route: ip<br><br>Duration: bi-weekly; up to 16 w (or until mouse became diabetic) | - | 0.125 mg/kg-d | - | (Kuiper *et al.*, 2016) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (males) | PCB153<br><br>0.00009 to 1.4 mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 2w prior to mating through PND21; offspring followed for 1 yr | - | - | Analysis limited to trend analysis. No dose/response observed. | (van Esterik *et al.*, 2015) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (females) | PCB153<br><br>0.00009 to 1.4 mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 2w prior to mating through PND21; offspring followed for 1 yr | - | - | Analysis limited to trend analysis. No dose/response observed. | (van Esterik *et al.*, 2015) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Mouse (females) | PCB77<br><br>7.3 to 29 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 2 d after treatment | 29 mg/kg-d | - | - | (Dahlman *et al.*, 1994) |

4.20

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA | Rat (males) | Aroclor 1254  0.1 to 25 md/kg-d | Route: oral (gavage)  Duration: 1/d; 15w | 25 mg/kg-d | - | - | (Smialowicz et al., 1989) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Goat (both) | PCB126  Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through lactation)  Duration: 3/w; sac at 9 mo of age | 0.000049 mg/kg-d | - | - | (Lyche et al., 2004) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Goat (both) | PCB153  Maternal: 0.098 mg/kg-d | Route: in utero and nursing (GD60 through lactation)  Duration: 3/w; sac at 9 mo of age | - | 0.098 mg/kg-d | - | (Lyche et al., 2004) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Monkey (females) | Aroclor 1254  0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)  Duration: 1/d; 55 mo | 0.08 mg/kg-d | - | - | (Tryphonas et al., 1991a) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Monkey (females) | Aroclor 1254  0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)  Duration: 1/d; 23 mo | 0.08 mg/kg-d | - | - | (Tryphonas et al., 1989) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Monkey (both) | Mix (major PCBs in Canadian human milk)  0.0075 mg/kg-d | Route: oral (in corn oil)  Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | - | - | (Arnold et al., 1999) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Mouse (not specified) | Aroclor 1016  [30 mg/kg-d; estimated] | Route: oral (diet)  Duration: 1/d; up to 41w | - | 30 mg/kg-d | - | (Silkworth and Loose, 1979b) |

421

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

422

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Mouse (dams exposed, both sex of pups) | Aroclor 1254<br><br>300 mg/kg-d | Route: in utero (ip to dams prior to mating)<br><br>Duration: single dose; in utero/lactation exposure. Pups weaned at 22 d of age. Sac at 6 w of age. | - | 300 mg/kg-d | - | (Wu et al., 1999) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Mouse (dams exposed, both sex of pups) | Aroclor 1254<br><br>300 mg/kg-d | Route: in utero (ip to dams prior to mating)<br><br>Duration: single dose; in utero/lactation exposure. Pups not weaned. Sac at 4 w of age. | 300 mg/kg-d | - | - | (Wu et al., 1999) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): ConA, PHA | Rabbit (both) | Aroclor 1248<br><br>[0.5, 4.0, or 13 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; mated after 4w on diet, exposure continued through 4w of nursing when infants weaned and placed on normal diet. Tested @ 7w of age | 13 mg/kg-d | - | - | (Thomas and Hinsdill, 1980) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): PHA | Mouse (male) | Aroclor 1016<br><br>[30 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 40 w | 30 mg/kg-d | - | - | (Silkworth and Loose, 1981) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): PHA | Mouse (males) | Aroclor 1016<br><br>[30 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 41w | 30 mg/kg-d | - | - | (Silkworth and Loose, 1979a) |

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): PHA | Rat (males) | Aroclor 1254<br><br>0.1 to 25 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 10 mg/kg-d | 25 mg/kg-d | - | (Smialowicz *et al.*, 1989) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): PHA | Rat (males) | Aroclor 1254<br><br>[22 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 7 d | - | 22 mg/kg-d | - | (Bonnyns and Bastomsky, 1976) |
| Cell mediated immunity | Lymphocyte blastogenesis, T cell mitogen(s): STM | Mouse (not specified) | Aroclor 1254<br><br>500 or 1000 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4, 8 or 15 d post-PCB treatment | 1000 mg/kg-d | - | - | (Lubet *et al.*, 1986) |
| Cell mediated immunity | Lymphocyte blastogenesis: ConA, PHA | Rat (females) | Mix (derived from native herring oil)<br><br>Pups cumulative intake at 11d (2.03, 19.9 ng TEQ/kg Atlantic, Baltic oils); at 25 d (1.83, 17.3 ng TEQ/kg Atlantic, Baltic oils) mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; GD6 to pup weaning (41 exposure days) | - | - | - | (Ross *et al.*, 1997) |
| Cell mediated immunity | Lymphocyte blastogenesis: ConA, PHA | Rat (females) | Mix (derived from native herring)<br><br>Atlantic: 0.3 ngTEQ/kg;<br>Baltic: 1.6 ngTEQ/kg mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 4.5 mo | - | - | - | (Ross *et al.*, 1996) |

423

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell mediated immunity | Mixed Lymphocyte reaction: lymph node lymphocytes | Rat (males) | Aroclor 1254<br><br>0.1 to 25 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 25 mg/kg-d | - | - | (Smialowicz *et al.*, 1989) |
| Cell mediated immunity | Mixed Lymphocyte reaction: peripherial blood mononuclear cells | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.08 mg/kg-d | - | - | (Tryphonas *et al.*, 1991a). |
| Cell mediated immunity | Mixed Lymphocyte reaction: splenocytes | Mouse (male) | Aroclor 1016<br><br>[30 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 40 w | 30 mg/kg-d | - | - | (Silkworth and Loose, 1981) |
| Cell mediated immunity | Mixed Lymphocyte reaction: splenocytes | Mouse (males) | Aroclor 1016<br><br>[30 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 24 w | - | 30 mg/kg-d | - | (Silkworth and Loose, 1979a) |
| Cell subset distributions | BAL cellularity | Rat (males) | Aroclor 1242<br><br>[0.75 mg/kg-d; estimated] | Route: inhalation<br><br>Duration: up to 10 d; 2 h/d | 0.75 mg/kg-d | - | - | (Hu *et al.*, 2010) |
| Cell subset distributions | BAL cellularity | Rat (females) | Mix (Aroclor 1242:Aroclor 1254 65:35)<br><br>[0.033 mg/kg-d; estimated] | Route: inhalation<br><br>Duration: 4 w; 2 h/d (w1), 1.5 hr/d (w2-4) | 0.033 mg/kg-d | - | - | (Hu *et al.*, 2012) |
| Cell subset distributions | Circulating cells | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.08 mg/kg-d | - | - | (Tryphonas *et al.*, 1991a) |

424

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell subset distributions | Circulating cells | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 23 mo | - | 0.08 mg/kg-d | - | (Tryphonas *et al.*, 1989) |
| Cell subset distributions | Circulating cells | Monkey (both) | Mix (major PCBs in Canadian human milk)<br><br>0.0075 mg/kg-d | Route: oral (formula)<br><br>Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | - | - | (Arnold *et al.*, 1999) |
| Cell subset distributions | Circulating cells | Monkey (males) | Mix (major PCBs in Canadian human milk)<br><br>0.0075 mg/kg-d | Route: oral (in corn oil)<br><br>Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | - | - | (Arnold *et al.*, 1999) |
| Cell subset distributions | Circulating cells | Mouse (both) | PCB126<br><br>0.0005 to 0.5 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; up to 7 d | - | 0.0005 mg/kg-d | - | (Du *et al.*, 2019) |
| Cell subset distributions | Circulating cells | Rat (males) | PCB126<br><br>0.0001 mg/kg-d | Route: intranasal<br><br>Duration: 1/d; 1/d for 15d | - | 0.001 mg/kg-d | - | (Shimada *et al.*, 2015) |
| Cell subset distributions | Circulating cells | Rat (males) | PCB180<br><br>0.01 mg/kg-d | Route: intranasal<br><br>Duration: 1/d; 1/d for 15d | 0.01 mg/kg-d | - | - | (Shimada *et al.*, 2015) |
| Cell subset distributions | Spleen cellularity | Mouse (females) | PCB153<br><br>0.125 or 12.5 mg/kg-d | Route: ip<br><br>Duration: bi-weekly; up to 16 w (or until mouse became diabetic) | - | 0.125 mg/kg-d | - | (Kuiper *et al.*, 2016) |

425

1081

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Cell subset distributions | Spleen cellularity | Mouse (males) | PCB153 <br><br> 0.5 or 50 mg/kg-d | Route: ip <br><br> Duration: every other day; 10 days (5 total injections) | - | 0.5 mg/kg-d | - | (Kuiper *et al.*, 2016) |
| Cell subset distributions | Thymus and spleen cellularity | Rat (females) | Mix (derived from native herring oil) <br><br> Pups cumulative intake at 11d (2.03, 19.9 ng TEQ/kg Atlantic, Baltic oils); at 25 d (1.83, 17.3 ng TEQ/kg Atlantic, Baltic oils) mg/kg-d | Route: oral (gavage) <br><br> Duration: 1/d; GD6 to pup weaning (41 exposure days) | - | - | - | (Ross *et al.*, 1997) |
| Cell subset distributions | Thymus and spleen cellularity | Rat (females) | Mix (derived from native herring) <br><br> Atlantic: 0.3 ngTEQ/kg; <br> Baltic: 1.6 ngTEQ/kg mg/kg-d | Route: oral (diet) <br><br> Duration: 1/d; 4.5 mo | - | - | - | (Ross *et al.*, 1996) |
| Circulating factors | ↑alpha1-thymosin | Monkey (female) | Aroclor 1254 <br><br> 0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule) <br><br> Duration: 1/d; 55 mo | - | 0.005 mg/kg-d | - | (Tryphonas *et al.*, 1991b) |

426

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Circulating factors | Corticosterone | Rat (male) | Aroclor 1254 0.1 to 25 mg/kg-d | Route: oral (gavage) Duration: 1/d; 15w | - | 0.1 mg/kg-d | With No Stress: LOAEL (↑ serum corticosterone) =0.1 mg/kg; With Stress: NOAEL (changes in serum corticosterone) =25 mg/kg; | (Miller *et al.*, 1993) |
| Circulating factors | Hydrocortisone | Monkey (females) | Aroclor 1254 0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule) Duration: 1/d; 55 mo | 0.08 mg/kg-d | - | - | (Tryphonas *et al.*, 1991a) |
| Circulating factors | Hydrocortisone | Monkey (females) | Aroclor 1254 0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule) Duration: 1/d; 23 mo | 0.08 mg/kg-d | - | - | (Tryphonas *et al.*, 1989) |
| Circulating factors | Hydrocortisone | Monkey (females) | Aroclor 1254 0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule) Duration: 1/d; 22 mo | 0.08 mg/kg-d | - | - | (Loo *et al.*, 1989) |
| Circulating factors | IL-2 | Mouse (pups (both)) | Aroclor 1242 [21 mg/kg-d; estimated] | Route: sc Duration: dams (3/wk); dams (2 w) | - | 21 mg/kg-d | - | (Arena *et al.*, 2003) |
| Circulating factors | IL-2 | Mouse (pups (both)) | Aroclor 1254 [21 mg/kg-d; estimated] | Route: sc Duration: dams (3/wk); dams (2 w) | - | 21 mg/kg-d | - | (Arena *et al.*, 2003) |

427

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

428

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Circulating factors | Circulating TNF-α, IFN-γ, IL-2 | Mouse (both) | PCB126<br><br>0.0005 to 0.5 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; up to 7 d | n/a, 0.0005, 0.0005 mg/kg for IFN-α, IFN-γ, IL-2, respectively | 0.0005, 0.005, 0.005 mg/kg(for IFN-α, IFN-γ, IL-2, respectively | - | (Du et al., 2019) |
| Circulating factors | Serum fibronectin | Mouse (males) | Aroclor 1242<br><br>[0.9 or 18 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 18w | - | 0.9 mg/kg-d | - | (Loose et al., 1981) |
| Humoral immunity | Circulating IgG (radial immunodiffusion) | Rabbit (males) | Aroclor 1221<br><br>[15 mg/kg-d; estimated] | Route: oral (drinking water)<br><br>Duration: 1/d; 3 mo | - | 15 mg/kg-d | - | (Wasserman et al., 1973) |
| Humoral immunity | Circulating IgG response (KLH antigen; ELISA) | Mouse (dams exposed, both sex of pups) | Aroclor 1254<br><br>300 mg/kg-d | Route: in utero (ip to dams prior to mating)<br><br>Duration: single dose; in utero/lactation exposure. Pups weaned at 22 d of age. Sac at 6 w of age. | 300 mg/kg-d | - | - | (Wu et al., 1999) |
| Humoral immunity | Circulating IgG response (KLH antigen; ELISA) | Mouse (dams exposed, both sex of pups) | Aroclor 1254<br><br>300 mg/kg-d | Route: in utero (ip to dams prior to mating)<br><br>Duration: single dose; in utero/lactation exposure. Pups not weaned. Sac at 4 w of age. | - | 300 mg/kg-d | - | (Wu et al., 1999) |

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (females) | Aroclor 1254<br><br>0.2 mg/kg-d | Route: oral (juice)<br><br>Duration: 5/w; 27-28 mo | 0.2 mg/kg-d | - | Small grp size (N=2) prevented definitive conclusions | (Tryphonas *et al.*, 1986) |
| Humoral immunity | Circulating antibodies (pseudo-rabies virus antigen; serum neutralization) | Rabbit (not specified) | Aroclor 1221<br><br>[20 mg/kg-d; estimated] | Route: oral (gavage)<br><br>Duration: 1/w; 14 w | - | 20 mg/kg-d | - | (Koller and Thigpen, 1973) |
| Humoral immunity | Circulating antibodies (pseudo-rabies virus antigen; serum neutralization) | Rabbit (not specified) | Aroclor 1242<br><br>[20 mg/kg-d; estimated] | Route: oral (gavage)<br><br>Duration: 1/w; 14 w | - | 20 mg/kg-d | - | (Koller and Thigpen, 1973) |
| Humoral immunity | Circulating antibodies (pseudo-rabies virus antigen; serum neutralization) | Rabbit (not specified) | Aroclor 1254<br><br>[20 mg/kg-d; estimated] | Route: oral (gavage)<br><br>Duration: 1/w; 14 w | - | 20 mg/kg-d | - | (Koller and Thigpen, 1973) |
| Humoral immunity | Circulating antibodies (tetanus antigen; radial immunodiffusion) | Monkey (females) | Aroclor 1254<br><br>0.1 or 0.4 mg/kg-d | Route: oral (juice)<br><br>Duration: 3/w; up to 267 d | - | - | Small grp size (N=1 or 2) prevented definitive conclusion but no difference was observed in TT antigen. | (Truelove *et al.*, 1982) |

429

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating antibody response (BSA antigen; ELISA) | Mouse (both) | Aroclor 1254<br><br>0.167, 16.7 or 41.7 (dams) mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; to 8 w of age | 41.7 mg/kg-d | - | - | (Talcott and Koller, 1983) |
| Humoral immunity | Circulating antibody response (BSA antigen; ELISA) | Rat (male) | Aroclor 1254<br><br>[0.03 or 0.3 mg/kg-d; estimated] | Route: oral (gavage)<br><br>Duration: 2/w; 14 w<br>blood collected on d96 | - | 0.03 mg/kg-d | - | (Koller et al., 1983a) |
| Humoral immunity | Circulating antibody response (EIV antigen; hemagglutination) | Goat (both) | PCB126<br><br>Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery)<br><br>Duration: 3/w; assessed at 2 to 8 w of age | 0.000049 mg/kg-d | - | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating antibody response (paratuberculosis antigen; ELISA) | Goat (both) | PCB126<br><br>Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery)<br><br>Duration: 3/w; assessed at 2 to 8 w of age | 0.000049 mg/kg-d | - | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating antibody response (paratuberculosis antigen; ELISA) | Goat (females) | PCB126<br><br>Maternal: 0.000049 mg/kg-d | Route: oral (gavage)<br><br>Duration: 3/w; GD60 through delivery | 0.000049 mg/kg-d | - | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating antibody response (paratuberculosis antigen; ELISA) | Goat (both) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: in utero and nursing<br><br>Duration: 3/w; assessed at 2 to 8 w of age | 0.098 mg/kg-d | - | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating antibody response (paratuberculosis antigen; ELISA) | Goat (females) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: oral (gavage)<br><br>Duration: 3/w; GD60 through delivery | 0.098 mg/kg-d | - | - | (Lyche et al., 2006) |

430

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating antibody response (pneumococcal antigens; RIA) | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.08 mg/kg-d | - | - | (Tryphonas *et al.*, 1991a) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) C57BL/6J (Ah+) | PCB156<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 10 mg/kg-d | 100 mg/kg-d | - | (Silkworth *et al.*, 1984) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) DBA/2 (Ah-) | PCB156<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1984) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) C57BL/6J (Ah+) | PCB47<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1984) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) DBA/2 (Ah-) | PCB47<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1984) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (male) C57BL/6J (Ah+) | PCB52<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth and Grabstein, 1982) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (male) DBA/2 (Ah-) | PCB52<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth and Grabstein, 1982) |

431

1087

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) CByD2F1 | PCB77<br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 10 mg/kg-d | 100 mg/kg-d | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (male) BALB/cBy | PCB77<br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth and Grabstein, 1982) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (male) DBA/2 | PCB77<br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth and Grabstein, 1982) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) DBA/2 | PCB77<br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) DBA/2 donor & recipient | PCB77<br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) BALB/cBy | PCB77<br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) BALB/cBy donor & recipient | PCB77<br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth *et al.*, 1986) |

432

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) DBA/2 donor, BALB/cBy recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | Circulating antibody response (SRBC antigen; hemagglutination) | Mouse (males) BALB/cBy donor, DBA/2 recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | Circulating gamma globulin (electrophoresis) | Monkey (female) | Aroclor 1248<br><br>[0.1 or 0.2 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; ~16 mo | 0.1 mg/kg-d | 0.2 mg/kg-d | - | (Thomas and Hinsdill, 1978) |
| Humoral immunity | Circulating gamma globulin (electrophoresis) | Rabbit (males) | Aroclor 1254<br><br>0.18 to 6.54 mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 8 w | 6.54 mg/kg-d | - | - | (Street and Sharma, 1975) |
| Humoral immunity | Circulating IgG (method unspecified) | Rabbit (not specified) | Aroclor 1221<br><br>[20 mg/kg-d; estimated] | Route: oral (gavage)<br><br>Duration: 1/w; 14 w | 20 mg/kg-d | - | - | (Koller and Thigpen, 1973) |
| Humoral immunity | Circulating IgG (method unspecified) | Rabbit (not specified) | Aroclor 1242<br><br>[20 mg/kg-d; estimated] | Route: oral (gavage)<br><br>Duration: 1/w; 14 w | 20 mg/kg-d | - | - | (Koller and Thigpen, 1973) |

433

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG (method unspecified) | Rabbit (not specified) | Aroclor 1254 [20 mg/kg-d; estimated] | Route: oral (gavage) Duration: 1/w; 14 w | 20 mg/kg-d | - | - | (Koller and Thigpen, 1973) |
| Humoral immunity | Circulating IgG (radial immunodiffusion) | Goat (both) | PCB126 Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery) Duration: 3/w; assessed at 2 to 8 w of age | 0.000049 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG (radial immunodiffusion) | Goat (females) | PCB126 Maternal: 0.000049 mg/kg-d | Route: oral (gavage) Duration: 3/w; GD60 through delivery | - | 0.000049 mg/kg-d | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG (radial immunodiffusion) | Goat (females) | PCB153 Maternal: 0.098 mg/kg-d | Route: oral (gavage) Duration: 3/w; GD60 through delivery | 0.098 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG (radial immunodiffusion) | Goat (both) | PCB153 Maternal: 0.098 mg/kg-d | Route: oral (gavage) Duration: 3/w; assessed at 2 to 8 w of age | - | 0.098 mg/kg-d | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (A. Pyogenes antigen; ELISA) | Goat (both) | PCB126 Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery) Duration: 3/w; assessed at 2 to 8 w of age | 0.000049 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (A. Pyogenes antigen; ELISA) | Goat (both) | PCB153 Maternal: 0.098 mg/kg-d | Route: oral (gavage) Duration: 3/w; assessed at 2 to 8 w of age | - | 0.098 mg/kg-d | - | (Lyche *et al.*, 2006) |

434

1090

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response (diphtheria antigen; hemagglutination) | Goat (both) | PCB126<br><br>Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery)<br><br>Duration: 3/w; assessed at 2 to 8 w of age | 0.000049 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (diphtheria antigen; hemagglutination) | Goat (both) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: in utero and nursing<br><br>Duration: 3/w; assessed at 2 to 8 w of age | 0.098 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (KLH antigen; 1° response; ELISA) | Rat (male) | Aroclor 1254<br><br>[4.3 or 43 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 9 w<br>blood collected up to 15d after initial KLH injection | 4.3 mg/kg-d | 43 mg/kg-d | LOAEL observed at day 8; recovered by day 15 | (Koller *et al.*, 1983b) |
| Humoral immunity | Circulating IgG response (KLH antigen; 2° response; ELISA) | Rat (male) | Aroclor 1254<br><br>[4.3 or 43 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 9 w<br>blood collected up to 21d after initial KLH injection | 43 mg/kg-d | - | - | (Koller *et al.*, 1983b) |
| Humoral immunity | Circulating IgG response (KLH antigen; 2° response; ELISA) | Rat (males) | Aroclor 1254<br><br>[4.3 or 43 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 10 w | - | 4.3 mg/kg-d | - | (Exon *et al.*, 1985) |
| Humoral immunity | Circulating IgG response (KLH antigen; ELISA) | Mouse (pups (both)) | Aroclor 1242<br><br>[21 mg/kg-d; estimated] | Route: sc<br><br>Duration: dams (3/wk); dams  (2 w) | 21 mg/kg-d | - | - | (Arena *et al.*, 2003) |

435

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response (KLH antigen; ELISA) | Mouse (pups (both)) | Aroclor 1254<br><br>[21 mg/kg-d; estimated] | Route: sc<br><br>Duration: dams (3/wk); dams (2 w) | 21 mg/kg-d | - | - | (Arena *et al.*, 2003) |
| Humoral immunity | Circulating IgG response (KLH antigen; ELISA) | Mouse (both (pooled)) | Mix (Aroclor 1242:Aroclor 1254 2:1)<br><br>[4.7 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; to 22 w of age | 4.7 mg/kg-d | - | - | (Segre *et al.*, 2002) |
| Humoral immunity | Circulating IgG response (M. hemolytica antigen; ELISA) | Goat (both) | PCB126<br><br>Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery)<br><br>Duration: 3/w; assessed at 2 to 8 w of age | 0.000049 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (M. hemolytica antigen; ELISA) | Goat (females) | PCB126<br><br>Maternal: 0.000049 mg/kg-d | Route: oral (gavage)<br><br>Duration: 3/w; GD60 through delivery | 0.000049 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (M. hemolytica antigen; ELISA) | Goat (females) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: oral (gavage)<br><br>Duration: 3/w; GD60 through delivery | 0.098 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (M. hemolytica antigen; ELISA) | Goat (both) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: oral (gavage)<br><br>Duration: 3/w; assessed at 2 to 8 w of age | - | 0.098 mg/kg-d | - | (Lyche *et al.*, 2006) |

436

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response (REO-1 antigen; hemagglutination) | Goat (both) | PCB126<br><br>Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery)<br><br>Duration: 3/w; assessed at 2 to 8 w of age | - | 0.000049 mg/kg-d | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (REO-1 antigen; hemagglutination) | Goat (both) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: oral (gavage)<br><br>Duration: 3/w; assessed at 2 to 8 w of age | - | 0.098 mg/kg-d | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.02 mg/kg-d | 0.04 mg/kg-d | Dose-related trend for ↓IgG SRBC antibody titers; only 0.040 mg/kg statistically different than control | (Tryphonas *et al.*, 1991a) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 23 mo | - | 0.005 mg/kg-d | - | (Tryphonas *et al.*, 1989) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (females) | Aroclor 1254<br><br>0.1 or 0.4 mg/kg-d | Route: oral (juice)<br><br>Duration: 3/w; up to 267 d | - | - | - | (Truelove *et al.*, 1982) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (females) | Aroclor 1254<br><br>0.1 or 0.4 mg/kg-d | Route: in utero and nursing<br><br>Duration: 3/w; 139 d | - | - | - | (Truelove *et al.*, 1982) |

437

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (both) Rhesus | Mix (major PCBs in Canadian human milk) 0.0075 mg/kg-d | Route: oral (formula) Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | - | 0.0075 mg/kg-d | Time-dependent ↓serum IgM & IgG anti-SRBC hemagglutination titer. Authors suspected small # of animals contributed to lack of treatment response | (Arnold *et al.*, 1999) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Monkey (males) Cymomolgus | Mix (major PCBs in Canadian human milk) 0.0075 mg/kg-d | Route: oral (in corn oil) Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | - | Time-dependent ↓serum IgM & IgG anti-SRBC hemagglutination titer. Authors suspected small # of animals contributed to lack of treatment response | (Arnold *et al.*, 1999) |
| Humoral immunity | Circulating IgG response (SRBC antigen; hemagglutination) | Rabbit (males) | Aroclor 1254 0.18 to 6.54 mg/kg-d | Route: oral (diet) Duration: 1/d; 8 w | - | 6.54 mg/kg-d | - | (Street and Sharma, 1975) |

438

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response (tetanus antigen; hemagglutination) | Goat (females) | PCB126 — Maternal: 0.000049 mg/kg-d | Route: oral (gavage) — Duration: 3/w; GD60 through delivery | 0.000049 mg/kg-d | - | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating IgG response (tetanus antigen; hemagglutination) | Goat (both) | PCB126 — Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery) — Duration: 3/w; assessed at 2 to 8 w of age | - | 0.000049 mg/kg-d | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating IgG response (tetanus antigen; hemagglutination) | Goat (both) | PCB153 — Maternal: 0.098 mg/kg-d | Route: oral (gavage) — Duration: 3/w; assessed at 2 to 8 w of age | 0.098 mg/kg-d | - | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating IgG response (tetanus antigen; hemagglutination) | Goat (females) | PCB153 — Maternal: 0.098 mg/kg-d | Route: oral (gavage) — Duration: 3/w; GD60 through delivery | - | 0.098 mg/kg-d | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating IgG response (Tetanus antigen; hemagglutination) | Monkey (female) | Aroclor 1248 — [0.1 or 0.2 mg/kg-d; estimated] | Route: oral (diet) — Duration: 1/d; ~16 mo | 0.2 mg/kg-d | - | - | (Thomas and Hinsdill, 1978) |
| Humoral immunity | Circulating IgG response EIV-1 antigen; hemagglutination) | Goat (both) | PCB126 — Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through delivery) — Duration: 3/w; assessed at 2 to 8 w of age | 0.000049 mg/kg-d | - | - | (Lyche et al., 2006) |
| Humoral immunity | Circulating IgG response EIV-1 antigen; hemagglutination) | Goat (females) | PCB126 — Maternal: 0.000049 mg/kg-d | Route: oral (gavage) — Duration: 3/w; GD60 through delivery | 0.000049 mg/kg-d | - | - | (Lyche et al., 2006) |

439

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG response EIV-1 antigen; hemagglutination) | Goat (females) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: oral (gavage)<br><br>Duration: 3/w; GD60 through delivery | 0.098 mg/kg-d | - | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response EIV-1 antigen; hemagglutination) | Goat (both) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: in utero and nursing<br><br>Duration: 3/w; assessed at 2 to 8 w of age | - | 0.098 mg/kg-d | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG response EIV-1 antigen; hemagglutination) | Goat (both) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: oral (gavage)<br><br>Duration: 3/w; assessed at 2 to 8 w of age | - | 0.098 mg/kg-d | - | (Lyche *et al.*, 2006) |
| Humoral immunity | Circulating IgG, IgM (ELISA) | Rat (females) | Mix (derived from native herring)<br><br>Atlantic: 0.3 ngTEQ/kg;<br>Baltic: 1.6 ngTEQ/kg mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 4.5 mo | - | - | - | (Ross *et al.*, 1996) |
| Humoral immunity | Circulating IgG, IgM, IgA (ELISA) | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 23 mo | 0.08 mg/kg-d | - | - | (Tryphonas *et al.*, 1989) |

440

1096

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG, IgM, IgA (immunoplates [ELISA]) | Monkey (females) | Aroclor 1254<br><br>0.2 mg/kg-d | Route: oral (juice)<br><br>Duration: 5/w; 12-13 mo | 0.2 mg/kg-d | - | Small grp size (N=2) prevented definitive conclusions but no difference in serum IgG and IgA. Trend for ↓IgM with 0.2 mg/kg | (Tryphonas et al., 1986) |
| Humoral immunity | Circulating IgG, IgM, IgA (immunoplates [ELISA]) | Monkey (females) | Aroclor 1254<br><br>0.2 mg/kg-d | Route: oral (juice)<br><br>Duration: 5/w; 27-28 mo | 0.2 mg/kg-d | - | Small grp size (N=2) prevented definitive conclusions but no difference in serum IgG and IgA. Trend for ↓IgM with 0.2 mg/kg | (Tryphonas et al., 1986) |
| Humoral immunity | Circulating IgG, IgM, IgA (radial immunodiffusion, RID) | Mouse (males) | Aroclor 1242<br><br>[30 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; sac 4-7 days following SRBC challenge | 30 mg/kg-d | - | - | (Loose et al., 1977) |
| Humoral immunity | Circulating IgG, IgM, IgA (radial immunodiffusion, RID) | Mouse (males) | Aroclor 1242<br><br>[30 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; sac 4-7 days following SRBC injection | - | 30 mg/kg-d | - | (Loose et al., 1977) |

441

1097

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgG, IgM, IgA (radial immunodiffusion, RID) | Mouse (males) | Aroclor 1242 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; sac 4-11 days following SRBC injection | - | 30 mg/kg-d | - | (Loose *et al.*, 1977) |
| Humoral immunity | Circulating IgG1 response (OVA antigen; ELISA) | Mouse (female) | PCB126 0.2 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 10d after treatment | 0.2 mg/kg-d | - | - | (Pan *et al.*, 2004) |
| Humoral immunity | Circulating IgG1 response (OVA antigen; ELISA) | Mouse (female) | PCB169 2 or 5 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 10d after treatment | 5 mg/kg-d | - | - | (Pan *et al.*, 2004) |
| Humoral immunity | Circulating IgM (radial immunodiffusion) | Rabbit (males) | Aroclor 1221 [15 mg/kg-d; estimated] | Route: oral (drinking water) Duration: 1/d; 3 mo | - | 15 mg/kg-d | - | (Wasserman *et al.*, 1973) |
| Humoral immunity | Circulating IgM response (LPS antigen) | Mouse (males) DBA/2 | PCB126 0.0012 to 0.12 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 0.0012 mg/kg-d | 0.012 mg/kg-d | - | (Harper *et al.*, 1994) |
| Humoral immunity | Circulating IgM response (LPS antigen) | Mouse (males) C57BL/6 | PCB126 0.00012 to 0.024 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 0.012 mg/kg-d | 0.024 mg/kg-d | - | (Harper *et al.*, 1994) |
| Humoral immunity | Circulating IgM response (LPS antigen) | Mouse (males) | PCB126 0.006 mg/kg-d | Route: ip Duration: single dose; 6 d post treatment | - | 0.006 mg/kg-d | - | (Zhao *et al.*, 1997) |

442

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

443

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgM response (LPS antigen) | Mouse (males) | PCB126+PCB153<br><br>0.006 mg/kg PCB126 + 18, 36, or 72 mg/kg PCB153 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | - | - | PCB126-induced ↓ inhibited by co-treatment of PCB153 in a dose-dependent manner | (Zhao *et al.*, 1997) |
| Humoral immunity | Circulating IgM response (LPS antigen) | Mouse (males) | PCB153<br><br>72 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 72 mg/kg-d | - | - | (Zhao *et al.*, 1997) |
| Humoral immunity | Circulating IgM response (LPS antigen) | Mouse (males) DBA/2 | PCB169<br><br>0.0024 to 0.096 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | 0.024 mg/kg-d | 0.048 mg/kg-d | - | (Harper *et al.*, 1994) |
| Humoral immunity | Circulating IgM response (LPS antigen) | Mouse (males) C57BL/6 | PCB169<br><br>0.00024 to 0.048 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | - | 0.00024 mg/kg-d | - | (Harper *et al.*, 1994) |
| Humoral immunity | Circulating IgM response (OVA antigen; ELISA) | Mouse (female) | PCB126<br><br>0.2 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 10d after treatment | - | 0.2 mg/kg-d | - | (Pan *et al.*, 2004) |
| Humoral immunity | Circulating IgM response (SRBC antigen; ELISA) | Mouse (females) | PCB126<br><br>0.01 to 1 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 4d (PFC) or 5d (serum IgM-SRBC) after immunization | - | 0.01 mg/kg-d | - | (Johnson *et al.*, 2000) |

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (female) | Aroclor 1248 [0.1 or 0.2 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; ~16 mo | 0.1 mg/kg-d | 0.2 mg/kg-d | - | (Thomas and Hinsdill, 1978) |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (females) | Aroclor 1254 0.2 mg/kg-d | Route: oral (juice) Duration: 5/w; 12-13 mo | 0.2 mg/kg-d | - | Small grp size (N=2) prevented definitive conclusions | (Tryphonas et al., 1986) |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (females) | Aroclor 1254 0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule) Duration: 1/d; 55 mo | - | 0.005 mg/kg-d | - | (Tryphonas et al., 1991a) |
| Humoral immunity | Circulating IgM response (SRBC antigen; hemolysis) | Monkey (females) | Aroclor 1254 0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule) Duration: 1/d; 23 mo | - | 0.005 mg/kg-d | All groups except 0.020 mg/kg statistically different than control | (Tryphonas et al., 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Goat (both) | PCB126 Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through lactation) Duration: 3/w; sac at 9 mo of age | 0.000049 mg/kg-d | - | - | (Lyche et al., 2004) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Goat (both) | PCB153 Maternal: 0.098 mg/kg-d | Route: in utero and nursing (GD60 through lactation) Duration: 3/w; sac at 9 mo of age | 0.098 mg/kg-d | - | - | (Lyche et al., 2004) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Mouse (male) | Aroclor 1016 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 40 w | 30 mg/kg-d | - | - | (Silkworth and Loose, 1981) |

444

1100

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Mouse (males) | Aroclor 1016 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 41w | 30 mg/kg-d | - | - | (Silkworth and Loose, 1979a) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Mouse (male) | Aroclor 1254 63 to 550 mg/kg-d | Route: ip Duration: single dose; injection 1 w before sac | 550 mg/kg-d | - | - | (Wierda et al., 1981) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Mouse (both) | Fenclor 42 500 or 1,000 mg/kg-d | Route: ip Duration: 1/d; single dose | - | 500 mg/kg-d | Recovered to baseline 5 to 8 d after exposure | (Franco et al., 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Mouse (both) | Fenclor 42 500 or 1,000 mg/kg-d | Route: ip Duration: 1/d; 15d | - | 500 mg/kg-d | Recovered to baseline 5 to 8 d after exposure | (Franco et al., 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Mouse (males) | PCB153 0.00009 to 1.4 mg/kg-d | Route: oral (diet) Duration: 1/d; 2w prior to mating through PND21; offspring followed for 1 yr | - | - | Analysis limited to trend analysis. No dose/response observed. | (van Esterik et al., 2015) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): LPS | Mouse (females) | PCB153 0.00009 to 1.4 mg/kg-d | Route: oral (diet) Duration: 1/d; 2w prior to mating through PND21; offspring followed for 1 yr | - | - | Analysis limited to trend analysis. No dose/response observed. | (van Esterik et al., 2015) |

445

1101

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): STM | Mouse (females) | PCB118<br><br>82 to 260 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 2 d after treatment | 260 mg/kg-d | - | - | (Dahlman *et al.*, 1994) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): STM | Mouse (females) | PCB77<br><br>7.3 to 29 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 2 d after treatment | 29 mg/kg-d | - | - | (Dahlman *et al.*, 1994) |
| Humoral immunity | Lymphocyte blastogenesis, B cell mitogen(s): STM | Rat (males) | Aroclor 1254<br><br>0.1 to 25 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 25 mg/kg-d | - | - | (Smialowicz *et al.*, 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Goat (both) | PCB126<br><br>Maternal: 0.000049 mg/kg-d | Route: in utero and nursing (GD60 through lactation)<br><br>Duration: 3/w; sac at 9 mo of age | 0.000049 mg/kg-d | - | - | (Lyche *et al.*, 2004) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Goat (both) | PCB153<br><br>Maternal: 0.098 mg/kg-d | Route: in utero and nursing (GD60 through lactation)<br><br>Duration: 3/w; sac at 9 mo of age | 0.098 mg/kg-d | - | - | (Lyche *et al.*, 2004) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.08 mg/kg-d | - | - | (Tryphonas *et al.*, 1991a) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Monkey (both) | Mix (major PCBs in Canadian human milk)<br><br>0.0075 mg/kg-d | Route: oral (in corn oil)<br><br>Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | - | - | (Arnold *et al.*, 1999) |

446

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Mouse (both) | Fenclor 42 500 or 1,000 mg/kg-d | Route: ip Duration: 1/d; single dose | 500 mg/kg-d | 1000 mg/kg-d | - | (Franco *et al.*, 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Mouse (both) | Fenclor 42 500 or 1,000 mg/kg-d | Route: ip Duration: 1/d; 15d | - | 500 mg/kg-d | - | (Franco *et al.*, 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Rat (males) | Aroclor 1254 [22 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 7 d | 22 mg/kg-d | - | - | (Bonnyns and Bastomsky, 1976) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Rat (males) | Aroclor 1254 0.1 to 25 mg/kg-d | Route: oral (gavage) Duration: 1/d; 15w | 25 mg/kg-d | - | - | (Smialowicz *et al.*, 1989) |
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Rat (females) | Mix (derived from native herring oil) Pups cumulative intake at 11d (2.03, 19.9 ng TEQ/kg Atlantic, Baltic oils); at 25 d (1.83, 17.3 ng TEQ/kg Atlantic, Baltic oils) mg/kg-d | Route: oral (gavage) Duration: 1/d; GD6 to pup weaning (41 exposure days) | - | - | - | (Ross *et al.*, 1997) |

447

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | Lymphocyte blastogenesis, B,T cell mitogen(s): PWM | Rat (females) | Mix (derived from native herring)<br><br>Atlantic: 0.3 ngTEQ/kg;<br>Baltic: 1.6 ngTEQ/kg mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 4.5 mo | - | - | - | (Ross *et al.*, 1996) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | Aroclor 1242<br><br>50 to 1000 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 100 mg/kg-d | 500 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | Aroclor 1248<br><br>50 to 1000 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | - | 50 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | Aroclor 1254<br><br>50 to 1000 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 50 mg/kg-d | 100 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | Aroclor 1260<br><br>50 to 1000 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | - | 50 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB105<br><br>25 to 150 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 25 mg/kg-d | 75 mg/kg-d | - | (Harper *et al.*, 1995) |

448

1104

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB118<br><br>25 to 150 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 75 mg/kg-d | 150 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB126<br><br>0.00012 to 0.024 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | 0.00012 mg/kg-d | 0.0012 mg/kg-d | - | (Harper *et al.*, 1993a) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB126<br><br>0.00012 to 0.012 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 0.0012 mg/kg-d | 0.0024 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB126<br><br>0.00012 to 0.012 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | 0.012 mg/kg-d | 0.024 mg/kg-d | - | (Harper *et al.*, 1993a) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB126<br><br>0.006 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | - | 0.006 mg/kg-d | - | (Zhao *et al.*, 1997) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB126+PCB153<br><br>0.006 mg/kg PCB126 + 18, 36, or 72 mg/kg PCB153 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | - | - | - | (Zhao *et al.*, 1997) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB153<br><br>9 to 72 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 72 mg/kg-d | - | - | (Harper *et al.*, 1995) |

449

1105

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB153<br><br>72 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 72 mg/kg-d | - | - | (Zhao *et al.*, 1997) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB156<br><br>25 to 150 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 25 mg/kg-d | 75 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB169<br><br>0.00024 to 0.048 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | 0.00024 mg/kg-d | 0.0024 mg/kg-d | - | (Harper *et al.*, 1993a) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB169<br><br>0.00024 to 0.024 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 0.00024 mg/kg-d | 0.0024 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB169<br><br>0.00024 to 0.069 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | 0.024 mg/kg-d | 0.048 mg/kg-d | - | (Harper *et al.*, 1993a) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB170<br><br>25 to 200 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 50 mg/kg-d | 100 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB180<br><br>50 to 200 mg/kg-d | Route: ip<br><br>Duration: single dose; 6 d post treatment | 50 mg/kg-d | 100 mg/kg-d | - | (Harper *et al.*, 1995) |

450

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB189 25 to 200 mg/kg-d | Route: ip Duration: single dose; 6 d post treatment | 25 mg/kg-d | 50 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (Polyclonal; LPS antigen) | Mouse (females) | PCB77 0.024 to 1.2 mg/kg-d | Route: ip Duration: single dose; 6 d post treatment | 0.024 mg/kg-d | .12 mg/kg-d | - | (Harper *et al.*, 1995) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1016 50 to 900 mg/kg-d | Route: ip Duration: single dose; sac 4 d after SRBC | - | - | - | (Davis and Safe, 1989) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1232 50 to 900 mg/kg-d | Route: ip Duration: single dose; sac 4 d after SRBC | - | - | - | (Davis and Safe, 1989) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | Aroclor 1242 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; sac 4-7 days following SRBC injection | - | 30 mg/kg-d | - | (Loose *et al.*, 1977) (Loose *et al.*, 1978a) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | Aroclor 1242 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; sac 4-7 days following SRBC injection | - | 30 mg/kg-d | - | (Loose *et al.*, 1977) (Loose *et al.*, 1978a) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | Aroclor 1242 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; sac 4-11 days following SRBC injection | - | 30 mg/kg-d | - | (Loose *et al.*, 1977) (Loose *et al.*, 1978a) |

451

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|----------|----------|---------------|--------------------------|-------------------|------------|------------|------------------------------|-----------|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1242<br>50 to 900 mg/kg-d | Route: ip<br>Duration: single dose; sac 4 d after SRBC | - | - | - | (Davis and Safe, 1989) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1248<br>50 to 900 mg/kg-d | Route: ip<br>Duration: single dose; sac 4 d after SRBC | - | - | - | (Davis and Safe, 1989) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1254<br>1.6 to 49 mg/kg-d | Route: ip<br>Duration: single dose; sac 10 d after SRBC | 49 mg/kg-d | - | - | (Bannister et al., 1987) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (not specified) | Aroclor 1254<br>125 to 750 mg/kg-d | Route: ip<br>Duration: single dose; sac 4-5 d after immunization | 125 mg/kg-d | 250 mg/kg-d | - | (Lubet et al., 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (not specified) | Aroclor 1254<br>125 to 750 mg/kg-d | Route: ip<br>Duration: single dose; sac 4-5 d after immunization | 125 mg/kg-d | 250 mg/kg-d | - | (Lubet et al., 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (not specified) | Aroclor 1254<br>500 or 750 mg/kg-d | Route: ip<br>Duration: single dose; sac 4-5 d after immunization | 750 mg/kg-d | - | - | (Lubet et al., 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1254<br>63 to 550 mg/kg-d | Route: ip<br>Duration: single dose; injection 1 w before sac | - | 63 mg/kg-d | - | (Wierda et al., 1981) |

452

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (not specified) | Aroclor 1254 250 to 1500 mg/kg-d | Route: ip Duration: single dose; sac 7, 42, or 102 d post-PCB treatment | - | 250 mg/kg-d | - | (Lubet *et al.*, 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (not specified) | Aroclor 1254 500 mg/kg-d | Route: ip Duration: single dose; sac 4-5 d after immunization | - | 500 mg/kg-d | - | (Lubet *et al.*, 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1254 50 to 900 mg/kg-d | Route: ip Duration: single dose; sac 4 d after SRBC | - | - | - | (Davis and Safe, 1989) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Aroclor 1260 50 to 900 mg/kg-d | Route: ip Duration: single dose; sac 4 d after SRBC | - | - | - | (Davis and Safe, 1989) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | Mix (major PCBs in human milk) 5 to 50 mg/kg-d | Route: ip Duration: single dose; sac 4 d after SRBC | 50 mg/kg-d | - | - | (Davis and Safe, 1989) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB108 15 to 65 mg/kg-d | Route: ip Duration: single dose; sac 4 d after SRBC | 33 mg/kg-d | 65 mg/kg-d | - | (Davis and Safe, 1990) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (females) | PCB118 15 to 480 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 4d (PFC) or 5d (serum IgM-SRBC) after immunization | 60 mg/kg-d | 120 mg/kg-d | - | (Johnson *et al.*, 2000) |

453

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (females) | PCB118 <br> 82 to 260 mg/kg-d | Route: oral (gavage) <br> Duration: single dose; sac 4 d after SRBC | 82 mg/kg-d | 260 mg/kg-d | - | (Dahlman *et al.*, 1994) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (females) | PCB118 <br> 15 to 480 mg/kg-d | Route: oral (gavage) <br> Duration: single dose; sac 4d (PFC) or 5d (serum IgM-SRBC) after immunization | 240 mg/kg-d | 480 mg/kg-d | - | (Johnson *et al.*, 2000) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB126 <br> 0.00012 to 0.12 mg/kg-d | Route: ip <br> Duration: single dose; sac 5 d after SRBC | - | 0.0012 mg/kg-d | - | (Mayura *et al.*, 1993) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (females) | PCB126 <br> 0.01 to 1 mg/kg-d | Route: oral (gavage) <br> Duration: single dose; sac 4d (PFC) or 5d (serum IgM-SRBC) after immunization | - | 0.01 mg/kg-d | - | (Johnson *et al.*, 2000) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (female) | PCB153 <br> 3.58 or 358 mg/kg-d | Route: oral (gavage) <br> Duration: single dose; 7 d following treatment, SRBC injected | 35.8 mg/kg-d | 358 mg/kg-d | - | (Smialowicz *et al.*, 1997) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (not specified) | PCB153 <br> 36 to 360 mg/kg-d | Route: ip <br> Duration: single dose; sac 10 d after chemical treatment | 360 mg/kg-d | - | - | (Biegel *et al.*, 1989) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB154 <br> 36 to 360 mg/kg-d | Route: ip <br> Duration: single dose; sac 4 d after SRBC | 360 mg/kg-d | - | - | (Davis and Safe, 1990) |

454

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB155<br><br>180 to 360 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after SRBC | 360 mg/kg-d | - | - | (Davis and Safe, 1990) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB156<br><br>0.36 to 36 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after SRBC | 0.36 mg/kg-d | 1.8 mg/kg-d | - | (Davis and Safe, 1990) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB156<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 10 mg/kg-d | 100 mg/kg-d | - | (Silkworth et al., 1984) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB156<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth et al., 1984) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB156<br><br>250 or 380 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | - | 250 mg/kg-d | - | (Silkworth et al., 1984) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB159<br><br>7.2 to 72 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after SRBC | 36 mg/kg-d | 72 mg/kg-d | - | (Davis and Safe, 1990) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB168<br><br>7.2 to 72 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after SRBC | 18 mg/kg-d | 36 mg/kg-d | - | (Davis and Safe, 1990) |

455

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB169 0.00024 to 0.24 mg/kg-d | Route: ip Duration: single dose; sac 5 d after SRBC | 0.00024 mg/kg-d | 0.0024 mg/kg-d | - | (Mayura *et al.*, 1993) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB206 4.6 to 46 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 4.6 mg/kg-d | 12 mg/kg-d | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB206 12 to 190 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 12 mg/kg-d | 46 mg/kg-d | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB207 12 to 190 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 46 mg/kg-d | 190 mg/kg-d | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB207 4.6 to 46 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | - | 4.6 mg/kg-d | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB208 12 to 190 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 12 mg/kg-d | 46 mg/kg-d | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB208 4.6 to 46 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | - | 4.6 mg/kg-d | - | (Harper *et al.*, 1993b) |

456

1112

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB209<br><br>5 to 50 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | 12 mg/kg-d | 50 mg/kg-d | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB209<br><br>12 to 200 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | - | 12 mg/kg-d | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB47<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1984) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) | PCB47<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1984) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB52<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth and Grabstein, 1982) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB52<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth and Grabstein, 1982) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB77<br><br>0.0012 to 1.2 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC | 0.0012 mg/kg-d | 0.012 mg/kg-d | - | (Mayura *et al.*, 1993) |

457

1113

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 10 mg/kg-d | 100 mg/kg-d | - | (Silkworth and Grabstein, 1982) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) DBA/2 donor & recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 10 mg/kg-d | 100 mg/kg-d | - | (Silkworth et al., 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (male) | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth and Grabstein, 1982) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) DBA/2 | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth et al., 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) DBA/2 donor; BALB/cBy recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth et al., 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (females) | PCB77<br><br>7.3 or 29 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 4 d after SRBC | - | 7.3 mg/kg-d | - | (Dahlman et al., 1994) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) BALB/cBy | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth et al., 1986) |

458

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) CByD2F1 | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) BALB/cBy | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Mouse (males) BALB/cBy donor; DBA/2 recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | - | - | (Silkworth *et al.*, 1986) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) | Rabbit (both) | Aroclor 1248<br><br>[0.5, 4.0, or 13 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; mated after 4w on diet, exposure continued through 4w of nursing when infants weaned and placed on normal diet. Tested @ 7w of age | 13 mg/kg-d | - | - | (Thomas and Hinsdill, 1980) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen)<br><br>PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB206<br><br>4.6 to 46 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4 d after immunization | 12 mg/kg-d | 46 mg/kg-d | - | (Harper *et al.*, 1993b) |

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-dependent; SRBC antigen) PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB207 4.6 to 46 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 46 mg/kg-d | - | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB208 4.6 to 46 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 46 mg/kg-d | - | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-dependent; SRBC antigen) PFC response (Polyclonal; LPS antigen) | Mouse (males) | PCB209 5 to 50 mg/kg-d | Route: ip Duration: single dose; sac 4 d after immunization | 50 mg/kg-d | - | - | (Harper *et al.*, 1993b) |
| Humoral immunity | PFC response (T-independent; DNP antigen) | Mouse (females exposed before mating; both sexes evaluated) | Kanechlor 500 14 mg/kg-d [divided wkly dose per day mg/kg-d; estimated] | Route: oral (gavage) Duration: 2/w; 3 w exposure to dams prior to mating, cross-over with controls during lactation to generate pre+postnatal, prenatal, or postnatal exposure grps. Offspring sac 5 d after DNP immunization | 14 mg/kg-d | - | - | (Takagi *et al.*, 1987) |

460

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Humoral immunity | PFC response (T-independent; DNP antigen) | Mouse (females exposed before mating; both sexes evaluated) | Kanechlor 500<br><br>14 mg/kg-d [divided wkly dose per day mg/kg-d; estimated] | Route: oral (gavage)<br><br>Duration: 2/w; 3 w exposure to dams prior to mating, cross-over with controls during lactation to generate pre+postnatal, prenatal, or postnatal exposure grps. Bacterial alpha-amylase (BaA) or DNP-KLH injections to mice generated BaA or DNP-KLH primed spleen cells for | 14 mg/kg-d | - | - | (Takagi *et al.*, 1987) |
| Nonspecific immunity | Complement activity | Monkey (female) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | - | 0.005 mg/kg-d | - | (Tryphonas *et al.*, 1991b) |
| Nonspecific immunity | Macrophage killing assay | Mouse (males) | Aroclor 1242<br><br>[0.9 or 18 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 18w | 0.9 mg/kg-d | 18 mg/kg-d | - | (Loose *et al.*, 1981) |
| Nonspecific immunity | Macrophage killing assay | Mouse (males) | Aroclor 1242<br><br>[0.9 or 18 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 18w | 18 mg/kg-d | - | - | (Loose *et al.*, 1981) |
| Nonspecific immunity | Macrophage killing assay | Mouse (males) | Aroclor 1242<br><br>[0.9 or 18 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 18w | 18 mg/kg-d | - | - | (Loose *et al.*, 1981) |
| Nonspecific immunity | NK cell activity | Monkey (female) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.08 mg/kg-d | - | - | (Tryphonas *et al.*, 1991b) |

461

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Nonspecific immunity | NK cell activity | Monkey (both) | Mix (major PCBs in Canadian human milk)<br><br>0.0075 mg/kg-d | Route: oral (formula)<br><br>Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | - | - | (Arnold *et al.*, 1999) |
| Nonspecific immunity | NK cell activity | Monkey (males) | Mix (major PCBs in Canadian human milk)<br><br>0.0075 mg/kg-d | Route: oral (in corn oil)<br><br>Duration: 1/d; 20 wks exposure, 66 wks total (w/ follow-up) | 0.0075 mg/kg-d | - | - | (Arnold *et al.*, 1999) |
| Nonspecific immunity | NK cell activity | Mouse (both) | Fenclor 42<br><br>500 or 1,000 mg/kg-d | Route: ip<br><br>Duration: 1/d; single dose | 1000 mg/kg-d | - | - | (Franco *et al.*, 1989) |
| Nonspecific immunity | NK cell activity | Mouse (both) | Fenclor 42<br><br>500 or 1,000 mg/kg-d | Route: ip<br><br>Duration: 1/d; 15d | 1000 mg/kg-d | - | - | (Franco *et al.*, 1989) |
| Nonspecific immunity | NK cell activity | Mouse (females) | PCB118<br><br>82 to 260 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 2 d after treatment | 260 mg/kg-d | - | - | (Dahlman *et al.*, 1994) |
| Nonspecific immunity | NK cell activity | Mouse (females) | PCB77<br><br>7.3 to 29 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 2 d after treatment | 29 mg/kg-d | - | - | (Dahlman *et al.*, 1994) |
| Nonspecific immunity | NK cell activity | Rat (males) | Aroclor 1254<br><br>0.1 to 25 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; 15w | 1 mg/kg-d | 10 mg/kg-d | - | (Smialowicz *et al.*, 1989) |

462

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Nonspecific immunity | NK cell activity | Rat (males) | Aroclor 1254<br><br>[4.3 or 43 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: feed; 10 w | - | 4.3 mg/kg-d | - | (Talcott *et al.*, 1985) |
| Nonspecific immunity | NK cell activity | Rat (males) | Aroclor 1254<br><br>[4.3 or 43 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 10 w | - | 4.3 mg/kg-d | - | (Exon *et al.*, 1985) |
| Nonspecific immunity | NK cell activity | Rat (females) | Mix (derived from native herring oil)<br><br>Pups cumulative intake at 11d (2.03, 19.9 ng TEQ/kg Atlantic, Baltic oils); at 25 d (1.83, 17.3 ng TEQ/kg Atlantic, Baltic oils) mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; GD6 to pup weaning (41 exposure days) | - | - | ↓splenic NK cell activity in Baltic vs Atlantic group when results were corrected in include virus infection (ratio of 46 to 25 day old pups) | (Ross *et al.*, 1997) |
| Nonspecific immunity | NK cell activity | Rat (females) | Mix (derived from native herring)<br><br>Atlantic: 0.3 ngTEQ/kg;<br>Baltic: 1.6 ngTEQ/kg mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 4.5 mo | - | - | No change in splenic NK cell activity in Baltic vs Atlantic groups | (Ross *et al.*, 1996) |

463

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Nonspecific immunity | Phagocytotic activity | Monkey (females) | Aroclor 1254 <br> 0.04 to 0.08 mg/kg-d | Route: oral (gelatin capsule) <br> Duration: 1/d; 55 mo | - | - | Dose-related ↓trend toward reduced monocyte activation following stimulation with zymosan or PMA | (Tryphonas *et al.*, 1991a) |
| Nonspecific immunity | Phagocytotic activity | Mouse (males) | Aroclor 1242 <br> [0.9 or 18 mg/kg-d; estimated] | Route: oral (diet) <br> Duration: 1/d; 18w | 18 mg/kg-d | - | - | (Loose *et al.*, 1981) |
| Nonspecific immunity | Phagocytotic activity | Mouse (both) | Aroclor 1254 <br> 0.167, 16.7 or 41.7 (dams) mg/kg-d | Route: oral (diet) <br> Duration: 1/d; to 8 w of age | 41.7 mg/kg-d | - | - | (Talcott and Koller, 1983) |
| Organ weight, histopath | Histology | Rabbit (males) | Aroclor 1254 <br> 0.18 to 6.54 mg/kg-d | Route: oral (diet) <br> Duration: 1/d; 8 w | - | 0.18 mg/kg-d | - | (Street and Sharma, 1975) |
| Organ weight, histopath | Organ weight | Mouse (males) | Aroclor 1016 <br> [30 mg/kg-d; estimated] | Route: oral (diet) <br> Duration: 1/d; 41w | 30 mg/kg-d | - | - | (Silkworth and Loose, 1979a) |
| Organ weight, histopath | Organ weight | Mouse (both) | Fenclor 42 <br> 60 to 2,000 mg/kg-d | Route: ip <br> Duration: 1/d; 15d | 250 mg/kg-d | 500 mg/kg-d | - | (Franco *et al.*, 1989) |

464

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight | Mouse (males) | PCB156 10 or 100 mg/kg-d | Route: ip Duration: single dose; sac 5 d after SRBC injection | 10 mg/kg-d | 100 mg/kg-d | - | (Silkworth *et al.*, 1984) |
| Organ weight, histopath | Organ weight | Mouse (males) | PCB156 10 or 100 mg/kg-d | Route: ip Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1984) |
| Organ weight, histopath | Organ weight | Mouse (males) | PCB169 1 to 100 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 12 d after P815 | 1 mg/kg-d | 5 mg/kg-d | - | (Kerkvliet and Baecher-Steppan, 1988) |
| Organ weight, histopath | Organ weight | Mouse (females) | PCB169 1 to 100 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 12 d after P815 | 5 mg/kg-d | 10 mg/kg-d | - | (Kerkvliet and Baecher-Steppan, 1988) |
| Organ weight, histopath | Organ weight | Mouse (males) | PCB169 10 or 100 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 17-18 d after exposure | - | 10 mg/kg-d | - | (Kerkvliet and Baecher-Steppan, 1988) |
| Organ weight, histopath | Organ weight | Mouse (females) | PCB169 10 or 100 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 17-18 d after exposure | 10 mg/kg-d | 100 mg/kg-d | - | (Kerkvliet and Baecher-Steppan, 1988) |
| Organ weight, histopath | Organ weight | Mouse (males) | PCB47 10 or 100 mg/kg-d | Route: ip Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1984) |

465

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight | Mouse (males) | PCB47<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1984) |
| Organ weight, histopath | Organ weight | Mouse (male) Ah(+) | PCB52<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth and Grabstein, 1982) |
| Organ weight, histopath | Organ weight | Mouse (male) Ah(-) | PCB52<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - |  | (Silkworth and Grabstein, 1982) |
| Organ weight, histopath | Organ weight | Mouse (male) Ah(+) | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | - | 10 mg/kg-d |  | (Silkworth and Grabstein, 1982) |
| Organ weight, histopath | Organ weight | Mouse (male) Ah(-) | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: 2 doses; sac 5 d after SRBC injection | 100 mg/kg-d | - |  | (Silkworth and Grabstein, 1982) |
| Organ weight, histopath | Organ weight | Rat (males) | PCB105<br><br>Not specified mg/kg-d | Route: ip<br><br>Duration: single dose; sac 14d after treatment | - | - | - | (Safe *et al.*, 1989) |
| Organ weight, histopath | Organ weight | Rat (males) | PCB114<br><br>Not specified mg/kg-d | Route: ip<br><br>Duration: single dose; sac 14d after treatment | - | - | - | (Safe *et al.*, 1989) |

466

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight | Rat (males) | PCB114<br>Not specified mg/kg-d | Route: ip<br>Duration: single dose; sac 14d after treatment | - | - | - | (Safe *et al.*, 1989) |
| Organ weight, histopath | Organ weight | Rat (males) | PCB118<br>Not specified mg/kg-d | Route: ip<br>Duration: single dose; sac 14d after treatment | - | - | - | (Safe *et al.*, 1989) |
| Organ weight, histopath | Organ weight | Rat (males) | PCB126<br>Not specified mg/kg-d | Route: ip<br>Duration: single dose; sac 14d after treatment | - | - | - | (Safe *et al.*, 1989) |
| Organ weight, histopath | Organ weight | Rat (males) | PCB156<br>Not specified mg/kg-d | Route: ip<br>Duration: single dose; sac 14d after treatment | - | - | - | (Safe *et al.*, 1989) |
| Organ weight, histopath | Organ weight | Rat (males) | PCB157<br>Not specified mg/kg-d | Route: ip<br>Duration: single dose; sac 14d after treatment | - | - | - | (Safe *et al.*, 1989) |
| Organ weight, histopath | Organ weight | Rat (males) | PCB169<br>Not specified mg/kg-d | Route: ip<br>Duration: single dose; sac 14d after treatment | - | - | - | (Safe *et al.*, 1989) |
| Organ weight, histopath | Organ weight, histopath | Monkey (not specified [both]) | Aroclor 1248<br>0.1 or 0.2 mg/kg-d | Route: in utero and nursing<br>Duration: 1/d; Discontinued treated diet of mothers 1 yr before mating | 0.1 mg/kg-d | 0.2 mg/kg-d | - | (Allen *et al.*, 1980) |

467

1123

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Monkey (not specified [both]) | Aroclor 1248<br><br>in utero mg/kg-d [0.1 or 0.2 mg/kg-d; estimated] | Route: in utero and nursing<br><br>Duration: 1/d; 18 months (6 mo before breeding to control males, throughout gestation, and 3 mo after delivery. Infants placed on milk supplement at 4 mo of age | - | 0.1 mg/kg-d | - | (Allen and Barsotti, 1976) |
| Organ weight, histopath | Organ weight, histopath | Monkey (both (1 mo old at study start)) | Aroclor 1248<br><br>35 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; 30 days | - | 35 mg/kg-d | - | (Abrahamson and Allen, 1973) |
| Organ weight, histopath | Organ weight, histopath | Monkey (females) | Aroclor 1254<br><br>0.2 mg/kg-d | Route: oral (juice)<br><br>Duration: 5/w; 12-13 mo | 0.2 mg/kg-d | - | - | (Tryphonas *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Monkey (females) | Aroclor 1254<br><br>0.2 mg/kg-d | Route: oral (juice)<br><br>Duration: 5/w; 27-28 mo | 0.2 mg/kg-d | - | - | (Tryphonas *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Mouse (female) | Aroclor 1248<br><br>[20 or 200 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 5 w | 200 mg/kg-d | - | - | (Thomas and Hinsdill, 1978) |
| Organ weight, histopath | Organ weight, histopath | Mouse (pups (both)) | Aroclor 1254<br><br>[21 mg/kg-d; estimated] | Route: sc<br><br>Duration: dams (3/wk); dams (2 w) | - | 21 mg/kg-d | - | (Arena *et al.*, 2003) |
| Organ weight, histopath | Organ weight, histopath | Mouse (male) | Aroclor 1254<br><br>63 to 550 mg/kg-d | Route: ip<br><br>Duration: single dose; injection 1 w before sac | - | 63 mg/kg-d | - | (Wierda *et al.*, 1981) |

468

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Mouse (dams exposed, both sex of pups) | Aroclor 1254<br><br>300 mg/kg-d | Route: in utero (ip to dams prior to mating)<br><br>Duration: single dose; in utero/lactation exposure. Pups weaned at 22 d of age. Sac at 6 w of age. | - | 300 mg/kg-d | - | (Wu *et al.*, 1999) |
| Organ weight, histopath | Organ weight, histopath | Mouse (dams exposed, both sex of pups) | Aroclor 1254<br><br>300 mg/kg-d | Route: in utero (ip to dams prior to mating)<br><br>Duration: single dose; in utero/lactation exposure. Pups not weaned. Sac at 4 w of age. | - | 300 mg/kg-d | - | (Wu *et al.*, 1999) |
| Organ weight, histopath | Organ weight, histopath | Mouse (both) | Fenclor 42<br><br>500 or 1,000 mg/kg-d | Route: ip<br><br>Duration: 1/d; single dose | - | 500 mg/kg-d | - | (Franco *et al.*, 1989) |
| Organ weight, histopath | Organ weight, histopath | Mouse (both) | Fenclor 42<br><br>500 or 1,000 mg/kg-d | Route: ip<br><br>Duration: 1/d; 15d | - | 500 mg/kg-d | - | (Franco *et al.*, 1989) |
| Organ weight, histopath | Organ weight, histopath | Mouse (both (pooled)) | Mix (Aroclor 1242:Aroclor 1254 2:1)<br><br>[4.7 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; to 22 w of age | - | 4.7 mg/kg-d | - | (Segre *et al.*, 2002) |
| Organ weight, histopath | Organ weight, histopath | Mouse (female) | PCB153<br><br>0.195 mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 28d | - | 0.195 mg/kg-d | - | (Maranghi *et al.*, 2013) |

469

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Mouse (males) BALB/cBy | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 10 mg/kg-d | 100 mg/kg-d | - | (Silkworth *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Mouse (males) CByD2F1 | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Mouse (males) DBA/2 | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Mouse (males) DBA/2 donor; BALB/cBy recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Mouse (males) DBA/2 donor & recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | 100 mg/kg-d | - | - | (Silkworth *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Mouse (males) BALB/cBy donor & recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth *et al.*, 1986) |

470

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Mouse (males) BALB/cBy donor; DBA/2 recipient | PCB77<br><br>10 or 100 mg/kg-d | Route: ip<br><br>Duration: single dose; sac 4-5 d after SRBC injection | - | 10 mg/kg-d | - | (Silkworth *et al.*, 1986) |
| Organ weight, histopath | Organ weight, histopath | Rabbit (both) | Aroclor 1248<br><br>[0.5, 4.0, or 13 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; mated after 4w on diet, exposure continued through 4w of nursing when infants weaned and placed on normal diet. Tested @ 7w of age | 13 mg/kg-d | - | - | (Thomas and Hinsdill, 1980) |
| Organ weight, histopath | Organ weight, histopath | Rabbit (females) | Aroclor 1260<br><br>[42 mg/kg-d; estimated] | Route: dermal<br><br>Duration: 1/day, 5d/w; 38d (27 treatments) | - | 42 mg/kg-d | - | (Vos and Beems, 1971) |
| Organ weight, histopath | Organ weight, histopath | Rabbit (females) | Aroclor 1260<br><br>[44 mg/kg-d; estimated] | Route: dermal<br><br>Duration: 1/day, 5d/w; 28 d (20 treatments) | - | 44 mg/kg-d | - | (Vos and Notenboom-Ram, 1972) |
| Organ weight, histopath | Organ weight, histopath | Rabbit (females) | Clophen A60<br><br>[42 mg/kg-d; estimated] | Route: dermal<br><br>Duration: 1/day, 5d/w; 38d (27 treatments) | - | 42 mg/kg-d | - | (Vos and Beems, 1971) |
| Organ weight, histopath | Organ weight, histopath | Rabbit (females) | PCB153<br><br>[44 mg/kg-d; estimated] | Route: dermal<br><br>Duration: 1/day, 5d/w; 28 d (20 treatments) | - | 44 mg/kg-d | - | (Vos and Notenboom-Ram, 1972) |

471

1127

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

472

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath | Rabbit (females) | Phenoclor DP6 [42 mg/kg-d; estimated] | Route: dermal Duration: 1/day, 5d/w; 38d (27 treatments) | - | 42 mg/kg-d | - | (Vos and Beems, 1971) |
| Organ weight, histopath | Organ weight, histopath | Rat (males) | PCB128 0.0042, 0.042, 0.43, 4.2 mg/kg-d | Route: oral (diet) Duration: 1/d; 13 w | 4.2 mg/kg-d | - | - | (Lecavalier et al., 1997) |
| Organ weight, histopath | Organ weight, histopath | Rat (females) | PCB128 0.0045, 0.045, 0.44, 4.4 mg/kg-d | Route: oral (diet) Duration: 1/d; 13 w | 4.4 mg/kg-d | - | - | (Lecavalier et al., 1997) |
| Organ weight, histopath, cellularity | Organ weight, histopath, cellularity | Mouse (pups (both)) | Aroclor 1242 [21 mg/kg-d; estimated] | Route: sc Duration: dams (3/wk); dams (2 w) | - | 21 mg/kg-d | Thymus cellularity changes at 7 days of age; no difference by 28 days. No changes to spleen cellularity | (Arena et al., 2003) |
| Organ weight, histopath, cellularity | Organ weight, histopath, cellularity | Mouse (female) | PCB126 0.2 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 4d after treatment | - | 0.2 mg/kg-d | - | (Pan et al., 2004) |
| Organ weight, histopath, cellularity | Organ weight, histopath, cellularity | Mouse (female) | PCB169 2 or 5 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 4d after treatment | 2 mg/kg-d | 5 mg/kg-d | - | (Pan et al., 2004) |

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Organ weight, histopath | Organ weight, histopath, cellularity | Mouse (female) | PCB169<br><br>2 or 5 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 4d after treatment | 2 mg/kg-d | 5 mg/kg-d | - | (Pan *et al.*, 2004) |
| Organ weight, histopath | Organ weight, histopah | Mouse (both) | PCB126<br><br>0.0005 to 0.5 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; up to 7 d | - | 0.005 mg/kg | - | (Du *et al.*, 2019) |
| Other | 2-year chronic immunotoxicity endpoints | Rat (females) | PCB118<br><br>0.1, 0.22, 0.46, 1.0, or 4.6 mg/kg-d | Route: oral (gavage)<br><br>Duration: 5d/w; 105 w | 1 mg/kg-d | 4.6 mg/kg-d | Bone marrow hyperplasia | (NTP, 2010) |
| Other | 2-year chronic immunotoxicity endpoints | Rat (females) | PCB126<br><br>0.000030, 0.000100, 0.000175, 0.000300, 0.000550, or 0.0010 mg/kg-d | Route: oral (gavage)<br><br>Duration: 5d/w; 105 w | 0.000100 mg/kg-d | 0.000175 mg/kg-d | Thymic atrophy | (NTP, 2006c) |
| Other | 2-year chronic immunotoxicity endpoints | Rat (females) | PCB153<br><br>0.01, 0.1, 0.3, 1.0, or 3.0 mg/kg-d | Route: oral (gavage)<br><br>Duration: 5d/w; 105 w | 1.00 mg/kg-d | 3.00 mg/kg-d | Bone marrow hyperplasia | (NTP, 2006a) |
| Other | Diabetes development | Mouse (females) | PCB153<br><br>0.125 or 12.5 mg/kg-d | Route: ip<br><br>Duration: bi-weekly; up to 16 w (or until mouse became diabetic) | - | 0.125 mg/kg-d | - | (Kuiper *et al.*, 2016) |

473

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Other | Globulin producing cells, Popliteal LN | Rabbit (males) | Aroclor 1254<br><br>0.18 to 6.54 mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 8 w | 6.54 mg/kg-d | - | - | (Street and Sharma, 1975) |
| Other | Gut microbiome | Mouse (male) | Mix (PCB138, PCB153, PCB180 1.7:3.2:1, molar ratio)<br><br>55<br>(16, 29, 10 of PCB138, 153, 180) mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; 2d post exposure | - | 55 mg/kg-d | - | (Choi *et al.*, 2013) |
| Other | IL-1 release, monocytes +LPS | Monkey (females) | Aroclor 1254<br><br>0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)<br><br>Duration: 1/d; 55 mo | 0.08 mg/kg-d | - | Trend for ↓IL1 release following *in vitro* stimulation of monocytes with LPS (no group was statistically different than control). | (Tryphonas *et al.*, 1991a) |
| Other | IL-2 release, splenocytes, bkg levels following KLH injections | Rat (males) | Aroclor 1254<br><br>[4.3 or 43 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 10 w | - | 4.3 mg/kg-d | - | (Exon *et al.*, 1985) |
| Other | IL-5 release, splenocytes cultured +OVA | Mouse (female) | PCB126<br><br>0.2 mg/kg-d | Route: oral (gavage)<br><br>Duration: single dose; sac 4d after treatment | - | 0.2 mg/kg-d | - | (Pan *et al.*, 2004) |

474

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Other | IL-5 release, splenocytes cultured +OVA | Mouse (female) | PCB169 2 or 5 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 4d after treatment | 5 mg/kg-d | - | - | (Pan *et al.*, 2004) |
| Other | Liver lesions with MLV infection | Mouse (males) | Aroclor 1221 [0.7, 7, 70 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 6 mo | 70 mg/kg-d | - | - | (Koller, 1977) |
| Other | Liver lesions with MLV infection | Mouse (males) | Aroclor 1242 [0.7, 7, 70 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 6 mo | - | 0.7 mg/kg-d | - | (Koller, 1977) |
| Other | Liver lesions with MLV infection | Mouse (males) | Aroclor 1254 [0.7, 7, 70 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 6 mo | - | 0.7 mg/kg-d | - | (Koller, 1977) |
| Other | Oxygen consumption (macrophages, PMNs, dead yeast) | Mouse (males) | Aroclor 1242 [0.9 or 18 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 18w | 18 mg/kg-d | - | - | (Loose *et al.*, 1981) |
| Other | Peritoneal cell population following P815 injection | Mouse (female) | PCB169 10 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 6-10 d after P815 | - | 10 mg/kg-d | - | (Kerkvliet and Baecher-Steppan, 1988) |
| Other | PGE2 release following P815 injection | Mouse (male) | PCB169 10 mg/kg-d | Route: oral (gavage) Duration: single dose; sac 9d post P815 injection | - | 10 mg/kg-d | - | (De Krey *et al.*, 1994a) |

475

1131

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

476

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Other | Potentiation of endometriosis lesion | Mouse (females) | PCB126  0.1 to 1 mg/kg-d | Route: oral (gavage)  Duration: 3 w btwn doses for 5 total doses; 16 w | 1 mg/kg-d | - | - | (Johnson *et al.*, 1997) |
| Other | Potentiation of endometriosis lesion | Mouse (females) | PCB153  3 to 30 mg/kg-d | Route: oral (gavage)  Duration: 3 w btwn doses for 5 total doses; 16 w | 30 mg/kg-d | - | - | (Johnson *et al.*, 1997) |
| Other | Reporting clinical findings prior to breeding portion of on-going study | Monkey (females) | Aroclor 1254  0.005 to 0.08 mg/kg-d | Route: oral (gelatin capsule)  Duration: 1/d; 37 mo | - | - | - | (Arnold *et al.*, 1993a) |
| Other | Serum interferon inducibility | Mouse (males) | Kanechlor 500  18, 33, or 66 mg/kg-d | Route: oral (diet)  Duration: daily; 21 d | 66 mg/kg-d | - | - | (Imanishi *et al.*, 1980) |
| Other | Reactive oxygen species (SOD/MDA in spleen, thymus supernatant) | Mouse (both) | PCB126  0.0005 to 0.5 mg/kg-d | Route: oral (gavage)  Duration: 1/d; up to 7 d | 0.0005 mg/kg | 0.005 mg/kg | - | (Du *et al.*, 2019) |
| Other | Reactive oxygen species (DCFH-DA intracellular probe in plated spleen cells) | Mouse (both) | PCB126  0.0005 to 0.5 mg/kg-d | Route: oral (gavage)  Duration: 1/d; up to 7 d | - | 0.0005 mg/kg | - | (Du *et al.*, 2019) |
| Resistance | Ectromelia virus | Mouse (males) | Kanechlor 500  18, 33, or 66 mg/kg-d | Route: oral (diet)  Duration: daily; 21 d | 18 mg/kg-d | 33 mg/kg-d | - | (Imanishi *et al.*, 1980) |

1132

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Resistance | EL-4 tumor cell injection | Mouse (males) | Aroclor 1242 [0.9 or 18 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 18w | 0.9 mg/kg-d | 18 mg/kg-d | - | (Loose *et al.*, 1981) |
| Resistance | Endotoxin | Mouse (males) | Aroclor 1016 [1 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 3w | - | 1 mg/kg-d | - | (Loose *et al.*, 1978a) (Loose *et al.*, 1977) (Loose *et al.*, 1979) |
| Resistance | Endotoxin | Mouse (males) | Aroclor 1242 [1 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 3w | - | 1 mg/kg-d | - | (Loose *et al.*, 1978a) (Loose *et al.*, 1977) (Loose *et al.*, 1979) |
| Resistance | Endotoxin | Mouse (males) | Aroclor 1242 [30 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 6w | - | 30 mg/kg-d | - | (Loose *et al.*, 1978b) |
| Resistance | Endotoxin | Mouse (female) | Aroclor 1248 [20 or 200 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 5 w | - | 20 mg/kg-d | - | (Thomas and Hinsdill, 1978) |
| Resistance | Herpes simplex virus [HSV] | Mouse (males) | Kanechlor 500 18, 33, or 66 mg/kg-d | Route: oral (diet) Duration: daily; 21 d | 18 mg/kg-d | 33 mg/kg-d | - | (Imanishi *et al.*, 1980) |
| Resistance | L1210 tumor cells | Mouse (males) | Aroclor 1242 [0.9 or 18 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 18w | 18 mg/kg-d | - | - | (Loose *et al.*, 1981) |

477

1133

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Resistance | Listeria, HSV-2 | Mouse (not specified) | Aroclor 1254<br><br>30 mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; 14 days prior to i.v. injection of microorganism | 30 mg/kg-d | - | - | (Bradley and Morahan, 1982) |
| Resistance | Lysteria monocytogenes | Mouse (not specified) | Aroclor 1254<br><br>500 mg/kg-d | Route: ip<br><br>Duration: single dose; deaths recorded daily | - | 500 mg/kg-d | - | (Lubet et al., 1986) |
| Resistance | Malaria | Mouse (males) | Aroclor 1016<br><br>[1 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 6w | 1 mg/kg-d | - | - | (Loose et al., 1978a)<br>(Loose et al., 1977)<br>(Loose et al., 1979) |
| Resistance | Malaria | Mouse (males) | Aroclor 1242<br><br>[1 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 6w | 1 mg/kg-d | - | - | (Loose et al., 1978a)<br>(Loose et al., 1977)<br>(Loose et al., 1979) |
| Resistance | Malaria | Mouse (males) | Aroclor 1242<br><br>[30 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 6w | - | 30 mg/kg-d | - | (Loose et al., 1978a; Loose et al., 1978b) |
| Resistance | mKSA tumor cell injection | Mouse (males) | Aroclor 1242<br><br>[0.9 or 18 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 18w | 18 mg/kg-d | - | - | (Loose et al., 1981) |
| Resistance | P388 tumor cells | Mouse (males) | Aroclor 1242<br><br>[0.9 or 18 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 18w | 18 mg/kg-d | - | - | (Loose et al., 1981) |

478

1134

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Resistance | PYB6 fibrosarcoma | Mouse (not specified) | Aroclor 1254<br><br>500 mg/kg-d | Route: ip<br><br>Duration: single dose; examined 2x/w for tumor appearance | - | 500 mg/kg-d | - | (Lubet et al., 1986) |
| Resistance | RMCV | Rat (females) | Mix (derived from native herring oil)<br><br>Pups cumulative intake at 11d (2.03, 19.9 ng TEQ/kg Atlantic, Baltic oils); at 25 d (1.83, 17.3 ng TEQ/kg Atlantic, Baltic oils) mg/kg-d | Route: oral (gavage)<br><br>Duration: 1/d; GD6 to pup weaning (41 exposure days) | - | - | RCMV-specific (IgG) titres of Baltic-fed infected rats were lower than those in Atlantic group at 25d post-infection. RCMV (virus) titres were not different | (Ross et al., 1997) |
| Resistance | RMCV | Rat (females) | Mix (derived from native herring)<br><br>Atlantic: 0.3 ngTEQ/kg;<br>Baltic: 1.6 ngTEQ/kg mg/kg-d | Route: oral (diet)<br><br>Duration: 1/d; 4.5 mo | - | - | No difference in RCMV-specific (IgG or IgM) titres. RCMV (virus) titres of Baltic-fed infected rats were higher than those in Atlantic group | (Ross et al., 1996) |
| Resistance | Salmonella typhimurium | Mouse (female) | Aroclor 1248<br><br>[200 mg/kg-d; estimated] | Route: oral (diet)<br><br>Duration: 1/d; 5 w | - | 200 mg/kg-d | - | (Thomas and Hinsdill, 1978) |

479

1135

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Category | Endpoint | Species (sex) | Test article Dose levels | Dosing parameters | NOAEL dose | LOAEL dose | Notes for NOAEL and/or LOAEL | Reference |
|---|---|---|---|---|---|---|---|---|
| Resistance | Tetanus toxin | Guinea pig (females) | Aroclor 1260 [6 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 6 w | 6 mg/kg-d | - | - | (Vos and van Driel-Grootenhuis, 1972) |
| Resistance | Tetanus toxin | Guinea pig (females) | Aroclor 1260 [1 or 5 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 8 w | - | 1 mg/kg-d | - | (Vos and de Roij, 1972) |
| Resistance | Tetanus toxin | Guinea pig (males) | Clophen A60 [0.94, 4.7, or 24 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 3w | 0.94 mg/kg-d | 4.7 mg/kg-d | - | (Vos and van Driel-Grootenhuis, 1972) |
| Resistance | Tetanus toxin | Guinea pig (females) | Clophen A60 [1 or 6 mg/kg-d; estimated] | Route: oral (diet) Duration: 1/d; 6 w | 1 mg/kg-d | 6 mg/kg-d | - | (Vos and van Driel-Grootenhuis, 1972) |

480

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

**D.  Attachment 4.  Animal studies included in evaluation of potential neurodevelopmental effects of PCBs**

LIST OF ANIMAL STUDIES INCLUDED IN EVALUATION OF NEURODEVELOPMENTAL EFFECTS OF PCBS

(ONLY STUDIES ADMINISTERING ORAL AND REPEATED DOSES WERE CONSIDERED)

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| NA002 | Rat | Aroclor 1254 | 0 or 15 | mg/kg-d | (Bowers *et al.*, 2004) |
| NA003 | NHP | Aroclor 1248 | 0, 2.5 or 5.0 | ppm feed | (Bowman *et al.*, 1978) |
| NA004 | NHP | Aroclor 1248 | 0, 2.5 | ppm feed | (Bowman and Heironimus, 1981) |
| NA005 | Mouse | Aroclor 1254 | 0 or 10 | mg/kg-d | (Branchi *et al.*, 2005) |
| NA006 | Rat | Aroclor 1254 | 0, 1 or 6 | mg/kg-d | (Bushnell *et al.*, 2002) |
| NA007 | Rat | Unspecified mixture in contaminated fish | 0 or 0.72 | µg/g feed | (Carpenter *et al.*, 2002) |
| NA009 | Rat | PCB126 or PCB153 | 0 or 0.0001 (PCB126); 0 or 1 (PCB153) | mg/kg-d | (Cauli *et al.*, 2013) |
| NA022 | Rat | Mixture of PCB47 and PCB77 | 0, 1.25, 12.5 or 25 | ppm feed | (Donahue *et al.*, 2004) |
| NA024 | Mouse | Mixture of PCB28, 52, 101, 138, 153 and 180 | 0, 0.000001, 0.00001 or 0.0001 | mg/kg-d | (Elnar *et al.*, 2012) |
| NA030 | Rat | Aroclor 1254 | 0 or 8 | mg/kg-d | (Goldey and Crofton, 1998) |

481

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| NA033 | Mouse | PCB153 | Gestation: 0.00073 or 0.170 (casein); 0.00069 or 0.160 (fish); Lactation: 0.00172 or 0.350 (casein); 0.00163 or 0.420 (fish) | mg/kg-d | (Haave *et al.*, 2011) |
| NA035 | Rat | PCB118 or PCB126 | 0, 1 or 5 (PCB118); 0 or 0.002 (PCB126) | mg/kg-d | (Holene *et al.*, 1995) |
| NA036 | Rat | PCB153 or PCB126 | 0 or 5 (PCB153); 0 or 0.002 (PCB126) | mg/kg-d | (Holene *et al.*, 1998) |
| NA037 | Rat | PCB153 | 0 or 5 | mg/kg-d | (Holene *et al.*, 1999) |
| NA039 | Rat | Mixture of PCB47 and 77 | 0, 12.5 or 25 | ppm feed | (Jolous-Jamshidi *et al.*, 2010) |
| NA042 | Rat | Aroclor 1254 | 0 or 6 | mg/kg-d | (Lasky *et al.*, 2002) |
| NA043 | NHP | Aroclor 1248 | 0 or 2.5 | ppm feed | (Levin *et al.*, 1988) |
| NA044 | Rat | Chlophen A30 | 0 or 30 | mg/kg-d | (Lilienthal and Winneke, 1991) |
| NA045 | Rat | Chlophen A30 | 0, 5 or 30 | mg/kg -d | (Lilienthal *et al.*, 1990) |
| NA048 | NHP | Aroclor 1248 | 0, 0.5 or 2.5 | ppm feed | (Mele *et al.*, 1986) |
| NA050 | Rat | Aroclor 1254 | 0 or 10 | mg/kg-d | (Nguon *et al.*, 2005) |
| NA052 | Rat | Aroclor 1254 | 0.02 (control), 2.5, 26 or 269 | ppm feed | (Overmann *et al.*, 1987) |
| NA056 | NHP | Mixture of PCB52, 66, 74, 105, 118, 138, 153, 156, 157, 180, 183, 187, 189, 194 and 203) | 0 or 0.0075 | mg/kg-d | (Rice, 1997) |

482

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| NA057 | NHP | Mixture of PCB52, 66, 74, 105, 118, 138, 153, 156, 157, 180, 183, 187, 189, 194 and 203) | 0 or 0.0075 | mg/kg-d | (Rice, 1998) |
| NA059 | NHP | Mixture of PCB52, 66, 74, 105, 118, 138, 153, 156, 157, 180, 183, 187, 189, 194 and 203) | 0 or 0.0075 | mg/kg-d | (Rice and Hayward, 1997) |
| NA060 | NHP | Mixture of PCB52, 66, 74, 105, 118, 138, 153, 156, 157, 180, 183, 187, 189, 194 and 203) | 0 or 0.0075 | mg/kg-d | (Rice and Hayward, 1999b) |
| NA061 | Rat | PCB126 | 0, 0.00025 or 0.001 | mg/kg-d | (Rice, 1999) |
| NA062 | Rat | PCB126 | 0, 0.00025 or 0.001 | mg/kg-d | (Rice and Hayward, 1998) |
| NA063 | Rat | Aroclor 1254 | 0, 6 | mg/kg-d | (Roegge *et al.*, 2000) |
| NA064 | Rat | Aroclor 1254 | 0 or 6 | mg/kg-d | (Roegge *et al.*, 2004) |
| NA065 | Rat | Mixture of Aroclor 1242, 1248, 1254, and 1260 | 0, 1, 3 or 6 | mg/kg-d | (Sable *et al.*, 2006) |
| NA066 | NHP | Aroclor 1248 | 0, 2.5 | ppm feed | (Schantz *et al.*, 1989) |
| NA067 | Rat | 28, 118, 153 | 0, 8 or 32 | mg/kg-d | (Schantz *et al.*, 1995) |

483

1139

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| NA069 | Mouse | Aroclor 1254 | 0, 6, 18 or 54 | mg/kg-d | (Sugawara *et al.*, 2006) |
| NA070 | Rat | Aroclor 1254 | 0, 6 | mg/kg-d | (Taylor *et al.*, 2002) |
| NA071 | Rat | Aroclor 1254 | 0, 6 | mg/kg-d | (Widholm *et al.*, 2001) |
| NA072 | Rat | Aroclor 1254 | 0 or 6 | mg/kg-d | (Widholm *et al.*, 2004) |
| NA074 | Rat | Aroclor 1254 | 0, 1 or 6 | mg/kg-d | (Yang *et al.*, 2009) |
| NA075 | Rat | Aroclor 1016 or Aroclor 1254 | 0 or 10 (Aroclor 1016); 0 or 8 (Aroclor 1254) | mg/kg-d | (Zahalka *et al.*, 2001) |
| NA076 | Mouse | PCB 77 | 0 or 32 | mg/kg-d | (Agrawal *et al.*, 1981) |
| NA077 | Rat | PCB52, 138 or 180 | 0 or 1 | mg/kg-d | (Boix *et al.*, 2010) |
| NA078 | Rat | PCB126 | 0, 0.25 or 1 | mg/kg-d | (Bushnell and Rice, 1999) |
| NA079 | Mouse | PCB77 | 0 or 32 | mg/kg-d | (Chou *et al.*, 1979) |
| NA081 | Mouse | Mixture of PCB28, 52, 101, 138, 153 and 180 | 0 or 0.00001 | mg/kg-d | (Elnar *et al.*, 2016) |
| NA082 | Rat | Aroclor 1254 | 0, 1 or 6 | mg/kg-d | (Geller *et al.*, 2001) |
| NA086 | Rat | PCB52, PCB180 or PCB153 | 0 or 10 | mg/kg-d | (Johansen *et al.*, 2011) |
| NA089 | Rat | Aroclor 1254 | 0 or 25 | mg/kg-d | (Meerts *et al.*, 2004) |
| NA091 | Rat | PCB153 or PCB126 | 0 or 1 (PCB153); 0 or 0.0001 (PCB26) | mg/kg-d | (Piedrafita *et al.*, 2008) |

484

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| NA093 | Rat | Mixture of Aroclors 1242, 1248, 1254, and 1260 | 0, 1, 3 or 6 | mg/kg-d | (Poon *et al.*, 2015) |
| NA094 | Rat | Aroclor 1254 | 0, 1.25 or 12.5 | ppm feed | (Provost *et al.*, 1999) |
| NA096 | Rat | PCB126 | 0, 0.00025 or 0.001 | mg/kg-d | (Rice and Hayward, 1999a) |
| NA097 | Rat | Mixture of Aroclor 1242, 1248, 1254 and 1260 | 0, 1 or 3 | mg/kg-d | (Sable *et al.*, 2009) |
| NA098 | Rat | PCB77 or PCB126 | 0, 2 or 8 (PCB77); 0, 0.00025 or 0.001 (PCB126) | mg/kg-d | (Schantz *et al.*, 1996) |
| NA099 | Rat | PCB95 | 0, 8 or 32 | mg/kg-d | (Schantz *et al.*, 1997) |
| NA100 | Rat | Kanechlor 500 | 0, 20 or 100 | mg/kg-d | (Shiota, 1976) |
| NA101 | Rat | PCB153 | 0, 1 or 5 | mg/kg-d | (Sitarek and Gralewicz, 2009) |
| NA102 | Mouse | Aroclor 1254 | 0 or 18 | mg/kg-d | (Sugawara *et al.*, 2008) |
| NA103 | Mouse | Aroclor 1254 | 0, 6 or 18 | mg/kg-d | (Tian *et al.*, 2011) |
| NA104 | Mouse | PCB77 | 0 or 32 | mg/kg-d | (Tilson *et al.*, 1979) |
| NA105 | Rat | PCB126 | 0 or 0.0001 | mg/kg-d | (Vitalone *et al.*, 2008) |
| NA106 | Rat | PCB126 | 0 or 0.0001 | mg/kg-d | (Vitalone *et al.*, 2010) |
| NA108 | Rat | Fenclor 42 | 0, 2 or 4 | mg/kg-d | (Pantaleoni *et al.*, 1988) |
| NA109 | NHP | Aroclor 1248 | 0 or 2.5 | ppm feed | (Bowman and Heironimus, 1981) |

485

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| NA110 | Mouse | Mixture of PCB28, 52, 101, 138, 153, and 180 | 0, 0.000085, 0.000216 or 0.0004 | mg/kg/d | (Dridi et al., 2014) |
| NA111 | Mouse | Mixture of PCB77, P105, P118, P126, P138, P153, P169 and P180 | 10 mg/kg each of PCB105, 118, 138, 153 and 180; 5 mg/kg (PCB77); 25 µg/kg (PCB126); 250 µg/kg-d (PCB169) | mg/kg-d or µg/kg-d | (Curran et al., 2012) |
| NA115 | Rat | PCB153 | 0, 1 or 5 | mg/kg-d | (Gralewicz et al., 2009) |
| NA117 | Mouse | Aroclor 1254 | 0, 11 or 82 | ppm feed | (Storm et al., 1980) |
| NA118 | Mouse | Mixture of PCB28, 52, 101, 138, 153 and 180 | 0, 0.00001 or 0.001 | mg/kg-d | (Karkaba et al., 2017) |
| NA119 | Rat | PCB153 | 0, 1, 3 or 6 | mg/kg-d | (Johansen et al., 2014) |
| NA120 | Rat | Mixture of Aroclor 1242, 1248, 1254 and 1260 | 0 or 6 | mg/kg-d | (Bandara et al., 2016) |
| NA121 | Rat | P52, P138 or P180 | 0 or 1 | mg/kg-d | (Boix et al., 2011) |
| NA123 | Rat | PCB126 | 0, 0.00025 or 0.001 | mg/kg-d | (Geller et al., 2001) |
| NA125 | Mouse | Mixture of PCB77, P105, P118, P126, P138, P153, P169 and P180 | 10 mg/kg each of PCB105, 118, 138, 153 and 180; 5 mg/kg (PCB77); 25 µg/kg (PCB126); 250 µg/kg-d (PCB169) | mg/kg-d or µg/kg-d | (Colter et al., 2018) |
| NA126 | Rat | Aroclor 1254 | 0 or 6 | mg/kg-d | (Crofton et al., 2000b) |

486

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| NA127 | Rat | Aroclor 1254 | 0 or 8 | mg/kg-d | (Crofton *et al.*, 2000a) |
| NA128 | Rat | Mixture of PCB47 and 77 | 0, 12.5 or 25 | ppm feed | (Cromwell *et al.*, 2007) |
| NA130 | Rat | Aroclor 1254 | 0, 1, 4 or 8 | mg/kg-d | (Goldey *et al.*, 1995) |
| NA131 | Rat | Mixture of PCB28, 77, 101, 105, 118, 126, 138, 146, 153, 156, 169, 170, 180 and 187 or Aroclor 1254 | 0 or 4 | mg/kg-d | (Hany *et al.*, 1999) |
| NA132 | Rat | Aroclor 1254 | 0, 1, 4 or 8 | mg/kg-d | (Herr *et al.*, 1996) |
| NA133 | Rat | Aroclor 1254 | 0, 1 or 6 | mg/kg-d | (Herr *et al.*, 2001) |
| NA134 | Rat | Mixture of PCB28, 77, 101, 105, 118, 126, 138, 146, 153, 156, 169, 170, 180 and 187 | 0, 0.5, 2 or 4 | mg/kg-d | (Kaya *et al.*, 2002) |
| NA135 | Rat | PCB95 | 0 or 6 | mg/kg-d | (Kenet *et al.*, 2007) |
| NA137 | Rat | PCB52 or PCB180 | 0, 3, 10, 30, 100 or 300 | mg/kg-d | (Lilienthal *et al.*, 2011) |
| NA138 | Rat | PCB74 | 0 or 11.68 | mg/kg-d | (Lilienthal *et al.*, 2013) |
| NA139 | Rat | Mixture of Aroclor 1242, 1248, 1254 and 1260 | 0, 3 or 6 | mg/kg-d | (Poon *et al.*, 2011) |

487

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| NA140 | Rat | Mixture of Aroclor 1242, 1248, 1254 and 1260 | 0, 1, 3 or 6 | mg/kg-d | (Powers *et al.*, 2006) |
| NA141 | Rat | Mixture of Aroclor 1242, 1248, 1254 and 1260 | 0, 1 or 3 | mg/kg-d | (Powers *et al.*, 2009) |

NHP, nonhuman primate

488

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

E.   Attachment 5.  Animal studies included in evaluation of potential reproductive effects of PCBs

LIST OF ANIMAL STUDIES INCLUDED IN EVALUATION OF REPRODUCTIVE EFFECTS OF PCBS

(ONLY STUDIES ADMINISTERING ORAL AND REPEATED DOSES WERE CONSIDERED)

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| RA002 | Rat | Kanechlor 400 | 0, 25, 75, 225, or 675 | mg/kg-d | (Kato *et al.*, 1972) |
| RA003 | Mouse | Clophen A60 | 0 or 0.025 | mg/d | (Orberg and Kihlstrom, 1973) |
| RA006 | Rat | Aroclor 1242 | 0, 75, or 150 | ppm feed | (Jonsson *et al.*, 1975) |
| RA008 | Rat | Aroclor 1254 | 0 or 50 | mg/kg-d | (Dikshith *et al.*, 1975) |
| RA009 | Mouse | PCB4 | 0, 375, or 750 | mg/kg-d | (Torok, 1976) |
| RA011 | Monkey | Aroclor 1248 | 0, 2.5, or 5 | ppm feed | (Allen and Barsotti, 1976) |
| RA012 | Rat | Aroclor 1254 | 0 or 6.4 | mg/kg-d | (Baker *et al.*, 1977) |
| RA013 | Mouse | Aroclor 1254 | 0, 25, or 100 (ad libitum); 36, 143 (70% ad libitum) | ppm feed | (Sanders and Kirkpatrick, 1977) |
| RA015 | Rat | Aroclor 1221, 1242, or 1260 | 0 or 30 | mg/kg-d | (Gellert and Wilson, 1979) |
| RA017 | Monkey | Aroclor 1248 | 0, 2.5, or 5 | ppm feed | (Allen *et al.*, 1980) |
| RA019 | Mouse | PCB169 | 0, 0.1, 1, 2, 4, 8, or 16 | mg/kg-d | (Marks *et al.*, 1981) |
| RA021 | Monkey | Aroclor 1254 | 0, 0.1, or 0.4 | mg/kg-d | (Truelove *et al.*, 1982) |

489

1145

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| RA022 | Rat | Aroclor 1254 | 0, 8, 32, or 64 | mg/kg-d | (Sager, 1983) |
| RA023 | Mouse | Aroclor 1254 | 0, 1.169, 116.69, or 291.69 | mg/kg-d | (Talcott and Koller, 1983) |
| RA024 | Rat | Aroclor 1254 | 0 or 10 | mg/kg-d | (Brezner *et al.*, 1984) |
| RA025 | Monkey | Aroclor 1016 | 0, 4.5, or 18.1 | mg/kg-d | (Barsotti and Van Miller, 1984) |
| RA026 | Mouse | PCB156 | 0, 10, or 20 | mg/kg-d | (Birnbaum *et al.*, 1985) |
| RA027 | Monkey | PCB77 | 0, 0.630, or 3.150 | mg/kg-d | (McNulty, 1985) |
| RA028 | Mouse | Aroclor 1254 | 0, 1, 10, or 100 | ppm feed | (Welsch, 1985) |
| RA031 | Rat | Aroclor 1254 | 0.02 (control),  2.5, 26, or 269 | ppm feed | (Overmann *et al.*, 1987) |
| RA035 | Mouse | PCB77 | 0, 1, 2, 4, 8, 16, 32, or 64 | mg/kg-d | (Marks *et al.*, 1989) |
| RA036 | Monkey | Aroclor 1254 | 0 or 0.28 | mg/kg-d | (Arnold *et al.*, 1990) |
| RA037 | Monkey | Aroclor 1254 | 0, 0.005, 0.02, 0.04, or 0.08 | mg/kg-d | (Truelove *et al.*, 1990) |
| RA041 | Rat | Aroclor 1254 | 0, 0.1, 1, 10, or  25 | mg/kg-d | (Gray *et al.*, 1993) |
| RA042 | Monkey | Aroclor 1254 | 0, 0.005, 0.02, 0.04, or 0.08 | mg/kg-d | (Arnold *et al.*, 1993a) |
| RA044 | Rat | Aroclor 1254 | 0, 8, 32, or 64 | mg/kg-d | (Sager and Girard, 1994) |
| RA047 | Mouse | Aroclor 1254 | 0 or 5 | mg PCB/kg feed | (McCoy *et al.*, 1995) |
| RA048 | Monkey | Aroclor 1254 | 0, 0.005, 0.02, 0.04, or 0.08 | mg/kg-d | (Arnold *et al.*, 1995) |
| RA051 | Monkey | Aroclor 1254 | 0, 0.005, 0.02, 0.04, or 0.08 | mg/kg-d | (Arnold *et al.*, 1996) |

490

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| RA053 | Rat | PCB77 or PCB28 | 0, 50, 500, 5000, or 50000 (P28); 0, 10, 100, 1000, 10000 (P77) | ppb | (Desaulniers *et al.*, 1997) |
| RA060 | Mouse | Aroclor 1242 | 0, 10, 25, 50, or 100 | mg/kg-2d | (Fielden *et al.*, 2001) |
| RA062 | Rat | Mixture (P28, P77, P101, P105, P118, P126, P138, P146, P153, P156, P169, P170, P180, P187) | 0, 0.5, or 2, 4 | mg/kg-d | (Kaya *et al.*, 2002) |
| RA066 | Monkey | Aroclor 1242 | 0 or 0.2 | mg/kg-d | (Ahmad *et al.*, 2003) |
| RA068 | Rat | Aroclor 1254 | 0 or 25 | mg/kg-d | (Meerts *et al.*, 2004) |
| RA072 | Rat | PCB169 | 0, 0.03 | mg/kg-d | (Yamamoto *et al.*, 2005) |
| RA080 | Rat | PCB126 | 0, 0.001, or 0.003 | mg/kg-d | (Shirota *et al.*, 2006) |
| RA081 | Mouse | Mixture (Aroclor 1242, Aroclor 1254) | 0, 2.64, or 6.19 | mg/kg-d | (Voltura and French, 2007) |
| RA087 | Rat | PCB153 | 0, 16, or 64 | mg/kg-d | (Kobayashi *et al.*, 2008) |
| RA089 | Rat | PCB153 | 0, 1, or 4 | mg/kg-d | (Kobayashi *et al.*, 2009) |
| RA091 | Rat | PCB126 | 0, 0.00001, 0.00003, 0.0001, 0.000175, 0.0003, 0.000550, or 0.001 | mg/kg-d | (Yoshizawa *et al.*, 2009) |
| RA096 | Mouse | Aroclor 1254 | 0, 0.0005, 0.005, 0.05, or 0.5 | mg/kg-d | (Cai *et al.*, 2011) |
| RA097 | Mouse | Mixture (PCB101, PCB118) | 0, 0.001, 0.01, or 0.1 | mg/kg-d | (Pocar *et al.*, 2012) |

491

1147

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE

| Internal Study ID | Species | Congener | Dose | Units | Reference |
|---|---|---|---|---|---|
| RA100 | Mouse | Mixture (P28, P52, P101, P118, P138, P153, P180) | 0 or 0.7 | mg/kg-d | (Tomza-Marciniak *et al.*, 2014) |
| RA106 | Mouse | Aroclor 1254 | 0, 0.005, or 0.5 | mg/kg-d | (Cai *et al.*, 2015) |
| RA108 | Mouse | Mixture (PCB101, PCB118) | 0 or 0.001 | mg/kg-d | (Fiandanese *et al.*, 2016) |
| RA109 | Rat | Aroclor 1254 | 0, 1, 2, or 5 | mg/kg-d | (Sugantha Priya *et al.*, 2017) |
| RA113 | Rat | Aroclor 1254 | 0, 1, or 6 | mg/kg-d | (Yang *et al.*, 2009) |
| RA115 | Mouse | Aroclor 1016 | 0 or 0.05 | mg/kg-d | (Gupta, 2000) |
| RA116 | Monkey | Aroclor 1248 | 0, 0.095, or 0.195 | mg/kg-d | (Barsotti *et al.*, 1976) |
| RA118 | Monkey | Aroclor 1254 | 0, 0.005, 0.025, or 0.1 | mg/kg-d | (Litton Bionetics, 1981) |
| RA119 | Rat | P153 | 0, 16, or 64 | mg/kg-d | (Kobayashi *et al.*, 2018) |
| RA120 | Rat | Mixture (P77, P126, P169, P105, P118, P138, P153, P180) | 0 or 3.96 | mg/kg-d | (Hufgard *et al.*, 2019) |
| RA121 | Rat | A1254 | 0, 1, 2, or 5 | mg/kg-d | (Priya *et al.*, 2018) |
| RA122 | Rat | P126 | 0, 0.02, 0.04 | mg/kg-d | (Ahmed *et al.*, 2018) |
| RA123 | Rat | P52 | 0 or 1 | mg/kg-d | (Xie *et al.*, 2019) |

492

DECLARATION OF ALICIA D. BUTLER, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE