# EXHIBIT I

## BASIC AND PERSONAL

| SEX | MAR ST | DATE OF BIRTH | YEARS | YR TO ORG. | HIGHEST DEGREE | CODE | TYPE DEGREE | CODE |
|-----|--------|---------------|-------|-----------|----------------|------|-------------|------|
| | | 01-24-35 | 1 | 57 | DOCT | 3 | VET | 1 |

| SOCIAL SECURITY NO. | EMPLOYE NAME (LAST NAME FIRST) |
|---|---|
| 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 | WRIGHT |

CO. CODE 001
EMPLOYE STREET ADDRESS: 1510 SHOEMAKER LT
EMPLOYE CITY, STATE, ZIP CODE: ST LOUIS MO 63141

| ADJUSTED HIRE DATE | LAST HIRE DATE | JOB DATE | ONE P/A DATE | RATING | SAL REV DATE |
|---|---|---|---|---|---|
| | 11-01-72 | 11-01-73 | 00000 000 | | |

| CONTR | WC CODE | STD WEEK (HRS-MIN) | PERSONNEL STATUS | CODE | PAY STATUS | CODE | WORK LOCATION | LOCATION CODE | CK DIST | PSNL REP | SAL REP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9810 | 40.00 | PERM. FULL TIME | | SEMI-MONTHLY | 1 | ST LOUIS GEN OFF | 0021 | A25 | | 2 |

## ORGANIZATION, JOB & SALARY

| CO. CODE | DIVISION | CODE | SO CODE | DEPARTMENT | CODE | SECTION | CODE |
|---|---|---|---|---|---|---|---|
| 113 | MED & ENV HL | 17 | 0 | MEDICAL | 0700 | | |

| LAST CHANGE DATE | REASONS FOR CHANGE | JOB TITLE | JOB CODE | FUNCTION | GRADE | EX | BASE SALARY | SHIFT PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 02-01-76 | 40235 | TOXICOLOGY MGR | E6408 | J3 | 19 | | 24500.00 | |

## DISTRIBUTION OF SALARY

| PERCENT | DIV. | G/L LOC. NO. | COST CTR. | ACCOUNT | | | |
|---|---|---|---|---|---|---|---|
| 100 | 01 | 0000 | 74403 | 000 | | | |

## EXPLANATION OF CHANGES

| ACCESSION SOURCE | CODE | RACE | REASON FOR ACTION | ACT. CODE | TRANSMIT INCREASE | PERCENT INCR. |
|---|---|---|---|---|---|---|

TERMINATION REASON CODE

## APPROVALS

| SIGNATURE | DATE | SIGNATURE |
|---|---|---|
| | 8/11/76 | |
| | 8/11/76 | |

Employe Achievement Award - $1,000.00
Charge to account 01-000-741.00-000
Please send check to P. G. Wright,
1510...

## SALARY AND POSITION HISTORY

| CHANGE | | REASONS FOR CHANGE | JOB TITLE | JOB CODE | GRADE | EX | | LOCATION |
|---|---|---|---|---|---|---|---|---|
| 01-16-75 | 44115 | | TOXICOLOGY MGR | E6408 | J3 | 19 | E | 0021 |
| 02-01-75 | 40200 | | TOXICOLOGY MGR | E6408 | J3 | 19 | E | 0021 |
| 08-16-74 | 44100 | | TOXICOLOGY MGR | E6408 | J3 | 19 | E | 0021 |
| 11-01-73 | 40168 | 31 | TOXICOLOGY MGR | E6408 | J3 | 19 | E | 0021 |
| 11-01-72 | 02 | | MANAGER TOXICOLOGY | I0930 | J3 | | E | 0021 |

## TAX INFORMATION

| FED MAR STATUS | FED EX | FED EXCESS | STATE | STATE MAR. STATUS | STATE EX | STATE EXCESS | CITY MAR. STATUS | CITY EX | CITY % | EFF PROCESS |
|---|---|---|---|---|---|---|---|---|---|---|
| MARIED | 3 | | MO | MARRIED | | | | | | 02-15-76 |

## SUMMARY

DATE PRINTED AND SUMMARY OF CHANGES
02-15-76
SALARY

## BENEFITS INFORMATION

| COVERAGE TYPE | GROUP LIFE INS. AMOUNT | EMPLOYE CONTRIBUTION | RETIREMENT PLAN | RETIREMENT PLAN |
|---|---|---|---|---|
| | 79,500.00 | | VARIABLE | |

## DEPOSIT PLAN

| BANK NO. | EMPLOYE ACCT. NO. |
|---|---|

# Monsanto

CHANGE OF EMPLOYE STATUS AND INFORMATION SHEET

DIVISION PERSONNEL

A 319-4 (REV 10-72)

WATER_PCB-00038620

STLCOPCB0018284

## ACTION CODES

### To Add To The Central Personnel/Payroll System

| | |
|---|---|
| 01 | NEW HIRE |
| 02 | REHIRE |
| 03 | REHIRE FROM LAYOFF |
| 04 | TRANSFER FROM HOURLY PAYROLL |
| 05 | TRANSFER FROM OTHER PAYROLL SYSTEM (SUBSIDIARY, ASSOCIATED OR AFFILIATED COMPANY) |

### To Return From Leave Of Absence With Pay

| | |
|---|---|
| 10 | RETURN FROM ACADEMIC LOA WITH PAY |
| 11 | RETURN FROM MEDICAL LOA WITH PAY |
| 12 | RETURN FROM PERSONAL LOA WITH PAY |
| 13 | RETURN FROM POLITICAL OR CIVIC AFFAIRS LOA WITH PAY |

### To Return From Leave Of Absence Without Pay

| | |
|---|---|
| 20 | RETURN FROM ACADEMIC LOA WITHOUT PAY |
| 21 | RETURN FROM MEDICAL LOA WITHOUT PAY |
| 22 | RETURN FROM PERSONAL LOA WITHOUT PAY |
| 23 | RETURN FROM POLITICAL OR CIVIC AFFAIRS LOA WITHOUT PAY |
| 24 | RETURN FROM MATERNITY LOA WITHOUT PAY |
| 25 | RETURN FROM MILITARY LOA WITHOUT PAY |

### To Take Action On People In The Central Personnel/Payroll System

| | |
|---|---|
| 30 | CHANGE IN PERSONNEL AND/OR PAY STATUS |
| 31 | CHANGE JOB CLASSIFICATION |
| 32 | PROMOTION-UPWARD GRADE CHANGE |
| 33 | DEMOTION - DOWNWARD GRADE CHANGE |
| 34 | TRANSFER WITHIN A DIVISION OR CENTRAL DEPARTMENT |
| 35 | TRANSFER BETWEEN DIVISIONS OR STAFF DEPARTMENTS |
| 36 | CHANGE LOCATION |
| 37 | TRANSFER TO OTHER COMPANY IN THE SYSTEM |
| 38 | TRANSFER FROM OTHER COMPANY IN THE SYSTEM |
| 39 | CHANGE OTHER INFORMATION |

### To Change Salary Rate – Chargeable Or Creditable

| | |
|---|---|
| 40 | MERIT INCREASE |
| 41 | SPECIAL MERIT INCREASE |
| 42 | PROMOTIONAL INCREASE |
| 43 | PROGRESSION TO OR TOWARD MINIMUM |
| 44 | ECONOMIC OR GENERAL ADJUSTMENT |
| 45 | PROFESSIONAL STARTING RATE ADJUSTMENT |
| 46 | DEMERIT |
| 47 | DEMOTION |

### To Change Salary Rate Or Shift – Non-chargeable Or Non-creditable

| | |
|---|---|
| 48 | CHANGE IN BASE OR AMOUNT PAID FROM ST. LOUIS |
| 49 | MERIT INCREASE |
| 50 | SPECIAL MERIT INCREASE |
| 51 | PROMOTIONAL INCREASE |
| 52 | PROGRESSION TO OR TOWARD MINIMUM |
| 53 | ECONOMIC OR GENERAL ADJUSTMENT |
| 54 | PROFESSIONAL STARTING RATE ADJUSTMENT |
| 55 | SALARY CHANGE DUE TO CHANGE IN HOURS WORKED |
| 56 | INCREASE OR DECREASE ON REINSTATEMENT FROM LOA WITHOUT PAY |
| 57 | DISABILITY INCOME PLAN REDUCTION OR INCREASE |
| 58 | SPECIAL BASE OR INTERNATIONAL SERVICE PREMIUM CHANGE |
| 59 | SHIFT PREMIUM CHANGE |

### To Place On Leave Of Absence With Pay

| | |
|---|---|
| 60 | TO ACADEMIC LOA WITH PAY |
| 61 | TO MEDICAL LOA WITH PAY |
| 62 | TO PERSONAL LOA WITH PAY |
| 63 | TO POLITICAL OR CIVIC AFFAIRS LOA WITH PAY |
| 64 | CONTRACTUAL LOA WITH PAY |
| 65 | SEPARATION LOA WITH PAY |

### To Place On Leave Of Absence Without Pay

| | |
|---|---|
| 70 | TO ACADEMIC LOA WITHOUT PAY |
| 71 | TO MEDICAL LOA WITHOUT PAY |
| 72 | TO PERSONAL LOA WITHOUT PAY |
| 73 | TO POLITICAL OR CIVIC AFFAIRS LOA WITHOUT PAY |
| 74 | TO MATERNITY LOA WITHOUT PAY |
| 75 | TO MILITARY LOA WITHOUT PAY |

### To Remove From The Central Personnel/Payroll System

| | |
|---|---|
| 80 | TRANSFER TO HOURLY PAYROLL |
| 81 | LAYOFF |
| 82 | TRANSFER TO OTHER PAYROLL SYSTEM – DOMESTIC |
| 83 | "        "        "        "        – NORTH AMERICAN |
| 84 | "        "        "        "        – CENTRAL AMERICAN |
| 85 | "        "        "        "        – SOUTH AMERICAN |
| 86 | "        "        "        "        – EUROPEAN |
| 87 | "        "        "        "        – ASIAN |
| 88 | "        "        "        "        – AUSTRALIAN |
| 90 | NORMAL RETIREMENT |
| 91 | EARLY RETIREMENT - OWN REQUEST |
| 92 | EARLY RETIREMENT - COMPANY REQUEST |
| 93 | DEFERRED RETIREMENT |
| 94 | DISABILITY RETIREMENT |
| 95 | DEATH |
| 98 | TERMINATION - VOLUNTARY |
| 99 | TERMINATION - INVOLUNTARY |

WATER_PCB-0003862 1

STLCOPCB0018285

Declaration of Brett Land in Response to Defendants' Motions in Limine - 735

Monsanto

*ACHIEVEMENT AWARD DATA SHEET*

| Name of Nominee | | | Location |
|---|---|---|---|
| Paul L. Wright | | | Creve Coeur |

| Company Unit or Staff Dept. | Division | Business Group | Department |
|---|---|---|---|
| Med. & Env. Hlth. | | | |

| Position Title | Salary Grade | Annual Salary | Date of Last Increase |
|---|---|---|---|
| Toxicology Manager | 19 | $31,800 | 2/1/76 |

| Performance | Growth | | Date Last Employe Review |
|---|---|---|---|
| | | | |

Type of Award (Select the award category from the opposite side of this sheet which most appropriately describes the award and enter the category and code below.)

| Award Category | Category Code Number |
|---|---|
| Technical - Accomplishment of significant results | 106 |

Describe the achievement and its significance to Monsanto below:

At a recent meeting in Creve Coeur, Glenn Schweitzer, head of the Office of Toxic Substances of EPA, offered some interesting comments. He observed that Monsanto's toxicologists were held in high regard at EPA. However, since it lacked an in-house toxicology facility, Monsanto as a company was not as highly regarded overall as duPont, Carbide, or Dow.

Dr. Wright's professional and personal characteristics have contributed significantly to Monsanto's image at EPA. He has shown unusual perseverance and dedication, frequently involving his own time, to review and interpret large volumes of data which he subsequently organized for presentation to EPA officials. Particularly noteworthy were his efforts on polychlorinated biphenyls (Aroclors) and chlorinated isocyanurates (ACL products). In the former instance, his excellent analysis and synthesis of widely scattered observations played a prominent role in forestalling EPA's promulgation of unrealistic regulations to limit discharges of polychlorinated biphenyls. EPA's proposed regulations would have precluded the use of these materials by Monsanto's customers. With respect to chlorinated isocyanurates, Dr. Wright has had several contacts with individual scientists at EPA to answer specific questions that they had raised or to inform them of the status of additional studies which had been undertaken.

Overall, by virtue of the qualities of leadership which Dr. Wright has displayed, he has made an important contribution to Monsanto's image at EPA. That favorable image will become increasingly important to Monsanto as the areas of interaction with EPA multiply.

| Recommended By: | Date | Award Amount Recommended: | Approved By: | Date | Award amount approved for payment: |
|---|---|---|---|---|---|
| *[signature]* Levine Bas | 16 July '76 | | *[signatures]* | *[date]* | *[amount]* |

G-2532 (Rev. 10/74)

WATER_PCB-00038622

STLCOPCB0018286

Declaration of Brett Land in Response to Defendants' Motions in Limine - 736

# EXHIBIT J

Monsanto                                                    APR 2? 1970

OM (NAME & LOCATION):    St. Louis - General Offices

DATE        :        April 21, 1970                 cc:    J. R. Eck
                                                           T. K. Smith, Jr.
SUBJECT     :                                              H. L. Minckler
                                                           C. J. Smith
REFERENCE   :        PCB's                                 R. E. Kelly/E. P. Wheeler
                                                           H. S. Bergen
TO          :        FILE                                  J. E. Springgate
                                                           W. B. Papageorge
                                                           Sam Pickard, Wash., D.C.

REPORT ON MEETING WITH
CONGRESSMAN WM. F. RYAN (DEM.)
20th DISTRICT - NEW YORK

Washington, D.C., April 16, 1970
Sam Pickard and I met with Congressman Ryan this afternoon.  We told Mr. Ryan
that the purpose of our visit was to enable him to raise any questions he might
have in relation to Monsanto's involvement in the manufacture of PCB's and
also we hoped that he would give us an opportunity to clarify some of the points
which he had made during his press conference.  He explained that he was
extremely short of time but he was quite willing to discuss the situation with
us, emphasizing that he hoped that he would still receive a formal response to
his letter to Mr. Bock.  We assured him that this would be replied to in due
course.

We were impressed with Ryan's apparent understanding of the problem although
he disclaimed any abilities in the scientific area.  His questions led us
to the conclusion that at his press conference he was not simply reading
something that someone else had written for him.  He assured us that on at
least two occasions that his total interest in the matter was to safeguard the
health of the public and we confirmed that we also had a similar concern.

The following is my recollection of the issues that were raised by Ryan and
ourselves.

1.  Referring to his press release, we explored the question of the
    toxicity of Aroclors in more detail.  We indicated to him that we
    were extremely concerned that the stories in the press would cause
    undue concern in the public mind.  He was advised that based on the
    work we have done on toxicity of the Aroclors we believe these
    materials are only mildly toxic and compare favorably with many
    other industrial chemicals.  We pointed out that the information he
    had given to the press obviously came from one of our technical
    bulletins and was extracted from a standard warning issued to
    operatives processing Aroclors in large quantities and usually at
    high temperatures.  We indicated that any PCB's currently being
    found in the environment were at extremely low levels and there
    was absolutely no danger to the health of the public.  Ryan

DSW 526533

IN 10 REV 11-65

Memo to File
Subject: PCB's                    -2-                April 21, 1970

explored this subject in more detail and was particularly interested
in the health of our own operatives who were manufacturing Aroclors
on a continuing basis. We told him that we had been producing
Aroclors for close to 40 years without any serious problems to the
health of our operatives.

2.  We advised Ryan that his implication that all Aroclors could be
    classified as PCB's was erroneous. We endeavored to explain that
    only a certain number of our Aroclors fall into this category and
    we use the Aroclor trademark for other materials as well. He
    appeared genuinely concerned that he had made an error here and this
    point was discussed at some length. We believe that we helped to
    clarify his mind. It was difficult to get across the point that
    the PCB's so far found in the environment were those containing five
    and six chlorines only and some progress was made. This subject
    should be pursued at any future meeting.

3.  Ryan repeated his request that Monsanto should disclose their total
    manufacture of PCB's both in the United States and in the U.K. We
    pointed out that it was not normal for manufacturers to disclose
    such information and before we could agree to his request we would
    have to receive a guarantee that this information would be treated
    as strictly confidential by any government agency to whom the details
    were given. He was not too pleased with this suggestion and we did
    not pursue the subject further.

4.  Ryan then turned to the subject of our disclosing the names of manu-
    facturers making products containing PCB's and requesting that all
    these products be labeled accordingly. We pointed out that it was
    not possible for Monsanto to disclose such information without approval
    from each individual customer and we also had no power to compel them
    to label their products as containing PCB's. He appreciated this point
    (referring to the fact that it might be necessary for the Federal
    Government to direct that the products be labeled in this way), but
    he did consider that Monsanto had a duty to do everything possible to
    persuade their customers to take such action voluntarily. Further
    discussion in this area made it clear that his primary concern here
    is that PCB's are being used in the manufacture of household products
    which are handled by the public and could have an adverse effect on
    their health. We confirmed again that in our opinion this was not a
    problem as the quantities of Aroclors used would not have any adverse
    effect on public health.

    He returned to this subject several times listing such products as
    paints, inks, garment coatings, food packaging and flooring as
    products where problems may exist. We did everything possible to
    satisfy him that Aroclors were not used to any extent in these
    articles and that the major use for Aroclors was in the electrical

DSW 526534

Memo to File
Subject: PCB's                        -3-                        April 21, 1970

industry primarily in transformers where the material was operating
in closed systems.  We made the point that the use of Aroclors for
this type of application was extremely important to the nation as
a whole in view of their fire resistant properties and the fact that
Aroclor-containing transformers are much smaller in size than
transformers using other forms of coolant which made them particularly
suitable for use in heavily built up areas such as New York.

5. Ryan raised the use of PCB's as pesticide carriers and we advised him
   we had already written to the USDA requesting that they refuse
   registration of pesticide formulations containing Aroclors.  He was
   advised that current usage in this application was extremely small
   and like many recommendations made in our old bulletins no real
   market had developed.

6. Emissions from our manufacturing plants were queried by Ryan and
   we made it clear that it had been Monsanto's practice for many years
   to control such emissions from all of our manufacturing operations.
   We also advised him that in view of the current concern over PCB's
   in the environment we had made significant improvements and had a
   program in hand which would ensure that any such emissions were
   completely controlled.

Congressman Ryan's time was somewhat limited and the meeting was terminated
after about 30 minutes.  However, he expressed himself as being interested in
a more detailed discussion with Monsanto emphasizing that he would like to
have a scientist present with him and also underlining once again that his
real interest here was in protecting the safety of the public.  We gained
the impression that Ryan was genuinely concerned that some of the statements
he had made to the press were not strictly accurate and he appeared to be a
man who wants to be certain that any statement he makes is true and factual.

We recommend that Mr. Bock reply to Congressman Ryan's letter giving definite
answers to the questions raised, and also mentioning our willingness to hold
further discussions at a suitable time.

JOHN MASON

gl

DSW 526535

# EXHIBIT K

WILLIAM F. RYAN
20th District, New York

COMMITTEES:
JUDICIARY
INTERIOR AND INSULAR AFFAIRS

( )                                                    )

303 Cannon Building
Washington, D.C. 20515
225-6616

DISTRICT OFFICE:
1840 St. Nicholas Avenue
(At 161st Street)
New York, New York 10032
ADirondack 4-4000

# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

June 18, 1970

Mr. John Mason
Assistant General Manager
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166

Dear Mr. Mason:

Despite your letter of April 28 I am most disturbed by the PCB danger and what I consider Monsanto's unwillingness to deal candidly with a dangerous situation.

While you specifically answer some questions I raised in my April 9 letter, you also chose to ignore others.

I asked Monsanto to fully cooperate with scientists doing independent research on PCBs. In return, I was assured that Monsanto scientists have met with others investigating the problem. The two are not the same. If Monsanto truly wanted outside opinions it would offer its findings to men like Dr. Robert Risebrough, who are widely known for the PCB research.

I asked that Monsanto state clearly whether during the manufacturing process Aroclor is released to the environment, and in what form and quantities, and what control measures are in effect or being developed.

Your letter said, "...we have stated clearly our total commitment to pollution abatement. Production of polychlorinated biphenyls came under even stricter scrutiny when it appeared as a possible environmental hazard. We have improved production techniques and are continually upgrading pollution abatement devices in our plants."

I consider that a vague reply. Surely you must know specifically what quantity of PCBs is escaping during the manufacturing process. And if you do not know, then certainly now is the time to find out.

MONS   087863

Declaration of Brett Land in Response to Defendants' Mo

(   )

Mr. Mason                              June 18, 1970

You also avoided a specific reply to the question of what controls are now in effect. It is not enough for you to assure me that you are doing your best. I want to know how efficient and effective your best is.

In my letter I also asked for copies of five bulletins on PCB use mentioned in your Technical Bulletin O/PL-306. Actually, that technical bulletin referred to seven more. I understand that these bulletins offer additional information on use in resins, chlorinated rubber, emulsion adhesives, protective coatings, modifiers for polysulfides, fire-retarding plasticizers and wax compounds.

From these bulletins I hoped to learn how many uses have previously been suggested for this dangerous family of chemicals. Despite your assurances that PCBs are only used in closed systems, independent researchers have found them in the environment. I wonder if it surprises you to learn that Dr. Risebrough has discovered PCBs in paints bought at a Berkeley, California hardware store.

I again ask that you send me copies of the seven bulletins and any other material used to promote the sale and use of Aroclor.

I understand that you admit that during the early days of PCB use there were many suggested chemical uses that have since been discontinued. I wonder how much Monsanto has done to discourage continuation of these uses. Have you issued any notices recalling bulletins such as Technical Bulletin O/PL-306? Have you issued any warnings to all potential users of PCBs?

I again request that Monsanto inform me immediately of its annual production and sales figures for each year since 1940 for each of its two plants in the United States and its plant in England. These figures are necessary so that scientists can determine the extent to which PCBs are getting into the environment.

I again request that Monsanto release to the public a complete list of the uses of Aroclor, as well as the names of the products and their manufacturers, so that consumers can be aware of the presence of PCBs. I also ask for a list of all Monsanto products containing Aroclor. And Monsanto should make sure that all companies which use Aroclor label their products accordingly.

MONS   087864

Declaration of Brett Land in Response to Defendants' Mo



Mr. Mason                                June 18, 1970

      In general, I would have appreciated a more specific reply to many of the questions I raised in my April 9 letter and hope that you will respond completely as soon as possible.

    With kindest regards.

                  Sincerely,

                  William F. Ryan
                  Member of Congress

WFR/sp

MONS   087865

Declaration of Brett Land in Response to Defendants' Mo

# EXHIBIT L

## UNIVERSITY OF CALIFORNIA

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO



SANTA BARBARA · SANTA CRUZ

BODEGA MARINE LABORATORY

P. O. BOX 247
BODEGA BAY, CALIFORNIA  94923

October 25, 1971

Mr. W. B. Papageorge
Manager, Environmental Control
Monsanto Company
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166

Dear Mr. Papageorge:

Public interest in PCB and the effects of environmental contamination
by PCB has evidently increased since your visit to our laboratory
in Berkeley.

Among the current research priorities of pollution ecologists is the
determination of accumulation rates and mass balance equations of
PCB in "sinks" such as the oceans. An approach to the formulation of
a mass balance equation for the DDT compounds in the oceans was made
in a recent publication of the National Academy of Sciences entitled
"Chlorinated Hydrocarbons in the Marine Environment". The problem is
now of crucial importance since it is possible that the amounts of
PCB already manufactured  and that will be released eventually into
the environment are sufficient to increase PCB concentrations in marine
fish of the coastal waters beyond acceptable limits.

In a letter of April 6, 1971 to Dr. S. G. Herman in response to his
request for information about PCB production figures in the United
States you wrote:
"Regarding your question of divulging sensitive marketing information,
I regret I cannot help you. We believe the information would be of
extremely limited value since the PCB problem is worldwide and there
are producers in Germany, France, Italy, Spain, Japan, Poland,
Czechoslovakia and Russia. We also believe we have a responsibility
to our employees, shareholders and in some cases to our customers
to preserve the business while taking responsible action to reduce
PCB contamination".

Mr. Papageorge, page 2

We currently have some information about PCB production figures in Japan which are sufficiently high to indicate that knowledge of production figures in other industrial countries is badly needed if we are to predict future levels of oceanic contamination.

In addition to your responsibility to your employees, shareholders and customers, there is also an evident responsibility to all other persons who may eventually be affected by PCB contamination of the environment.

The Monsanto Company has made several commendable steps in recognizing the environmental hazards of PCB and in reducing the input of PCB to the environment. Contrary to the announcement by Monsanto, however, that PCB useage would be restricted to closed-system applications, PCB has continued to be used in various paper products until it was found that foods were becoming contaminated with PCB from recycled paper. Moreover, some of the closed systems have an evident tendency to leak.

If input of PCB into the environment could be substantially reduced so that steady state levels were considerably below those now found in our coastal waters, there would be no need to call for a complete ban on the use of these chemicals. But we can not adequately protect the environment unless it is possible to relate production figures and environmental input to contamination levels in fish and other components of the biosphere. To do this it is absolutely essential that production and use figures be made public.

I hope that Monsanto will agree to cooperate with the environmental science community to protect what is evidently the public interest.

Very truly yours,

Robert W. Risebrough
Associate Research Ecologist

cc:  Professor E.D.Goldberg
     Professor H.S.Olcott
     Senator Gaylord Nelson
     Senator George McGovern
     Mr. Michael Palmer, Environmental Defense Fund

# EXHIBIT M

PCB

## UNIVERSITY OF CALIFORNIA

SCRIPPS INSTITUTION OF OCEANOGRAPHY
LA JOLLA, CALIFORNIA   92037

November 10, 1971

Mr. W. B. Papageorge, Manager
Environmental Protection
Monsanto Industrial Chemicals Co.
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166

RECEIVED

NOV 1 3 1971

OFFICE OF
SENATOR GAYLORD NELSON

Dear Mr. Papageorge:

I have received your letter of 4 November 1971 to Dr. Robert W. Risebrough, University of California, Bodega Bay, California 94923, repeating the stance of MONSANTO in refusing to release production and usage data of the PCB's to the scientific community.  I consider the rationale in your letter both without substance and inadequate.

The world environmental scientific community over the past five years has well defined the seriousness of the escape of chlorinated hydrocarbons to our surroundings.  The PCB's have been singled out as posing first-order threats on the bases of the amounts dispersed, their toxicities and their stability.  At the present time, all evidences indicate they are the most widespread collective of synthetic organics in the environment.  The PCB levels in marine fish and plankton now exceed those of DDT residues, according to the recent evidences from Woods Hole Oceanographic Laboratory and from the Bureau of Commercial Fisheries in La Jolla.

The world environmental scientific community has been most responsible in pursuing the PCB problem.  I have served on national and international committees, both in the capacity as chairman and as member (FAO, NATO, National Academy of Sciences, National Research Council, UNESCO, etc.) and have been impressed by the desires of the scientists to determine where PCB's are leaking to the environment, what their toxicities are to organisms including man and the potential hazards to marine resources.  Such studies often require both production and usage data of the PCB's.

The denial of such data to the scientists is the denial of their potential power to develop a clear and comprehensive understanding of the problems posed by present usages of these substances, an understanding upon which governments can act sensibly to protect their citizens.  MONSANTO, in refusing to release this much needed data to the scientists, a group who can be a powerful resource to them, is in my opinion, playing god.  They assume responsibility for insults rendered through the production and distribution of these chemicals.  The world scientific community has defined the dangers; the substances have been implicated in the deaths of Japanese who ingested them.

Mr. W. B. Papageorge                                    November 10, 1971
                                                        Page 2


    Are you really serious when you keep this most important data privileged
through the statement "our responsibilities should and do include not only
consideration of our employees, shareholders and customers, but also consideration
of all other persons who may eventually be affected by such contamination".

                                        Sincerely,



                                        Edward D. Goldberg
                                        Professor of Chemistry

EDG:nl

cc:  Dr. Robert W. Risebrough
     Associate Research Ecologist
     Bodega Marine Laboratory
     University of California
     P. O. Box 247
     Bodega Bay, California  94923

     The Honorable George McGovern
     United States Senate
     Washington, D. C.  20510

     The Honorable Gaylord Nelson
     United States Senate
     Washington, D. C.  20510

     Dr. H. S. Olcott
     Professor, Marine Resources
     College of Agriculture & Environmental Sciences
     University of California, Davis
     Davis, California  95616

     Mr. Michael W. Palmer
     Environmental Defense Fund
     2728 Durant Avenue
     Berkeley, California  94704



Wisconsin State Historical Society Archives
Call No. MSS 1020
Gaylord Nelson Papers
Box : 170
Folder : MSS 1020 Press, 1971-1972, J4,
170/16

# EXHIBIT N

# UNIVERSITY OF CALIFORNIA, DAVIS



BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO       SANTA BARBARA · SANTA CRUZ

INSTITUTE OF MARINE RESOURCES                          DAVIS, CALIFORNIA   95616
COLLEGE OF AGRICULTURAL AND
ENVIRONMENTAL SCIENCES

November 15, 1971

Dr. W. B. Papageorge, Manager
Environmental Protection
Monsanto Industrial Chemicals Co.
800 N. Lindbergh Boulevard
St. Louis, Missouri 63166

Dear Dr. Papageorge:

I appreciated receiving a copy of your letter of 4 November
to Dr. Risebrough.  Several questions, however, continue to bother
me.  Perhaps you can furnish some answers.

I assume it is true that the PCB contamination of fish meal
that lead to problems with poultry and eggs on the east coast was
due to a leak or leaks in the plant that made the fish meal.  But
has the presence of PCB's in poultry and eggs in Minnesota been
accounted for?

If rice bran oil contaminated with PCB's caused "Yusho" disease
in Japan, how can we be sure to avoid it in the future?  Do you know
whether it was indeed PCB or something else that caused it?

I think that the uneasiness suggested by the Risebrough and
Goldberg letters stems from a feeling that Monsanto is not telling
all that it knows – including production figures.  In my opinion
Monsanto could get a plus in PR if it would do so.

Best regards.

Very truly yours,

H. S. Olcott
Professor, Marine Food Science

HSO:cfg
Risebrough

# EXHIBIT O

bcc:  H. S. Bergen — B2SL
      C. P. Cunningham — B2SA
      W. B. Papageorge — B2NK

March 3, 1972

Mr. Paul DeFalco, Jr.
Regional Administrator
U.S. Environmental Protection Agency
Region IX
100 California Street
San Francisco, California 94111

Dear Mr. DeFalco:

I have been asked to respond to your letter addressed
to Mr. E. J. Bock, asking for certain information
regarding sales of polychlorinated biphenyls by
Monsanto and Central Solvents and Chemicals in the
Los Angeles County area.  I know that you have dis-
cussed this by telephone with Mr. W. B. Papageorge and
I have reviewed the situation with him.

It has always been Monsanto's policy not to divulge
the names of our customers for the products we make,
nor the quantities of products these customers
purchase.  We consider this to be proprietary informa-
tion and therefore hold it confidential.  Consequently
we do not feel free to comply with your request for
data on customer names and quantities purchased.

On the other hand, last November we did release to
governmental agencies, including the EPA, Monsanto's
total production and sales figures on PCB's for the
years 1960 through 1971.  These statistics have been
released publicly and earlier this year we discussed
them in detail with members of the scientific

DSW 369806

Mr. Paul DePalco, Jr.
March 3, 1972
Page 2

community and with representatives of the Washington
multi-agency PCB task force of which EPA is a member.
For your ready reference I am enclosing a copy of this
information.

We certainly share your concern and desire to control
the discharge of PCB's into the environment.  It is
because of this concern that we implemented a program
of self-imposed curtailment of sales of these products
so that now we are only offering continuing supplies
for closed system dielectric applications where the
potential danger of environmental contamination is
carefully controlled.

Furthermore, as another step in safeguarding the
environment we have informed all customers of PCB
materials of the potential dangers should these
materials escape and have strongly urged them to take
every precaution to prevent losses through spills,
usage, leakage, disposal, vaporization or otherwise.

I regret we cannot comply with your request for customer
information but if we can be of assistance to you in
other ways we will be glad to visit you or your
designees to discuss the PCB situation further.

                              Sincerely,


                              W. R. Corey, Director
                              Functional Product Groups

/jf

Enclosure

cc:  Mr. Charles H. Sommer/Monsanto

DSW 369807

EXHIBIT P

Robert Kaley

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CITY OF SPOKANE, a          )
municipal corporation       )
located in the County       )
of Spokane, State of        )
Washington,                 )
                            )
            Plaintiff,       )   Case No.:
                            )   2:15-cv-00201-
v.                          )   SMJ
                            )
MONSANTO COMPANY, et        )
al.,                        )
                            )
            Defendants.     )

TUESDAY, JANUARY 7, 2020

- - -

Videotaped 30(b)(6) deposition of

Robert Kaley, held at the offices of CAPES,

SOKOL, GOODMAN & SARACHAN, P.C., 7701 Forsyth

Boulevard, 12th Floor, St. Louis, Missouri,

commencing at 8:58 a.m., on the above date,

before Carrie A. Campbell, Registered

Diplomate Reporter, Certified Realtime

Reporter, Illinois, California & Texas

Certified Shorthand Reporter, Missouri &

Kansas Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph- 917.591.5672 fax
deps@golkow.com

Declaration of Brett Land in Response to Defendants' Motions in Limine - 758

Robert Kaley

Page 126

```
 1   QUESTIONS BY MS. EVANGELISTI:
 2          Q.      I've handed you Deposition
 3   Exhibit 12.
 4                  Can you identify that for the
 5   record, please?
 6          A.      Yes.  It's a letter from a
 7   person, Henry Strand, at Rising & Strand in
 8   London, to Mr. David Wood at Monsanto, dated
 9   November 28, 1966.
10          Q.      And in this -- you've seen this
11   before?
12          A.      I have.
13          Q.      And in this document -- now,
14   first of all, who is Henry Strand at Rising &
15   Strand?
16          A.      He is Mr. Strand -- I'm sorry,
17   but I don't really know.  I think this is a
18   public relations firm, but it could be a law
19   firm.  I don't really know.  But anyway, he's
20   obviously one of the -- I assume he's one of
21   the principals of this Rising & Strand firm.
22          Q.      Okay.  So this is some sort of
23   firm in -- do we know where they --
24          A.      I always thought it was London,
25   but I don't know what the Aktiebolag means,
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 759

Robert Kaley

Page 127

```
 1   so now I don't really know.
 2        Q.      Oh, it says Stockholm.
 3        A.      There you go.
 4        Q.      Right?
 5        A.      That would be it.
 6        Q.      Okay.  So an individual from
 7   Rising & Strand in Stockholm -- we don't know
 8   what kind of company it is, but it is
 9   reporting to Mr. Wood of Monsanto Europe in
10   Belgium regarding Soren Jensen's findings in
11   Sweden, correct?
12        A.      That's correct.
13        Q.      And in this document he is
14   reporting that Soren Jensen had found what he
15   determined to be PCBs accumulating in organs
16   of animals, correct?
17        A.      Yes, that's -- excuse me.
18   That's how the document reads, yes.
19        Q.      And separate from the document,
20   Soren Jensen was analyzing -- looking at DDT
21   in the environment, and he was finding
22   unknown peaks at that time, correct?
23        A.      Yes.
24        Q.      And he was able to determine
25   eventually that those peaks he identified as
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 760

Robert Kaley

Page 128

```
 1    being PCBs, correct?
 2         A.    Yes.
 3         Q.    And he was reporting that in
 4    his mind the compounds that he was
 5    identifying as PCBs were related to DDT and
 6    equally poisonous, correct?
 7         A.    That's what the document says,
 8    yes.
 9         Q.    And this was being reported to
10    Monsanto Brussels in 1966?
11         A.    That's correct.
12         Q.    And Soren Jensen had found what
13    he determined to be PCBs in salmon and in
14    pike and in sea eagles living on fish,
15    correct?
16         A.    That's what this letter
17    reports, yes.
18         Q.    And this was what was reported
19    to Monsanto, correct?
20         A.    Yes.
21         Q.    Jensen had found it in the
22    surface of the needles of the fir trees and
23    in the air, correct?
24         A.    That's what it says.
25         Q.    And it was -- he found it in
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 761

Robert Kaley

Page 129

1    the hair of his five-month-old child; is that

2    correct?

3         A.    That's what he reported, yes.

4         Q.    And this was reported to

5    Monsanto in 1966?

6         A.    Yes.

7         Q.    He also was reporting that PCB

8    is broken down considerably slower than DDT

9    and, quote, "gives rise to damage of liver

10   and skin," correct?

11            MR. MILLER:  Let me object to

12        the form.  It's vague and ambiguous as

13        to who "he" was when you say "he was

14        reporting."

15            MS. EVANGELISTI:  I'll start --

16        that's a fair objection.

17   QUESTIONS BY MS. EVANGELISTI:

18        Q.    In this document it is being

19   reported to Monsanto Europe that the Swedish

20   daily paper was reporting about Soren

21   Jensen's findings, and it was being reported

22   that, quote, "PCB is broken down considerably

23   slower than DDT and gives rise to the damage

24   of liver and skin," end quote, correct?

25        A.    That's what this letter says,

Golkow Litigation Services  |  877.370.DEPS

Declaration of Brett Land in Response to Defendants' Motions in Limine - 762

Robert Kaley

Page 130

1    that the reporter writing the article in the

2    newspaper wrote, yes.

3        Q.        Okay.

4        A.        There's nothing in Jensen's

5    article that I know of that said any of those

6    things, but that's what the newspaper

7    reporter said.

8        Q.        And this newspaper in Sweden

9    had reported that the PCBs were equally

10    common in nature as chlorinated hydrocarbons

11    of the type of DDT, DDE and Lindane, correct?

12        A.        That's what this translation

13    says, yes.

14        Q.        And the translation reported

15    that even fish in Lapland contained PCBs,

16    correct?

17        A.        Yes, that's what it reads.

18        Q.        It was reported in this article

19    that the PCBs were also found in

20    Mr. Jensen -- the hair of Mr. Jensen's wife,

21    but also that the five-month-old girl had

22    more PCBs in her hair than of her brothers

23    and sisters of age 3 to 6 years, correct?

24                MR. MILLER:  Object to the

25        form.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 763

Robert Kaley

Page 131

```
 1                    THE WITNESS:  That's what the
 2          translation of this article says.
 3     QUESTIONS BY MS. EVANGELISTI:
 4          Q.     And the hypothesis was that the
 5     girl had gotten PCBs via the mother's milk,
 6     correct?
 7                    MR. MILLER:  Object to the
 8          form.
 9                    THE WITNESS:  Again, that's
10          what the article says, yes.
11     QUESTIONS BY MS. EVANGELISTI:
12          Q.     And this article that was then
13     reported to Monsanto indicated that Jensen
14     had examined a whole collection of sea eagles
15     in a state museum going back to 1880 and
16     determined that PCBs were only in birds from
17     1944 on and were not in the birds from 1944
18     and before, correct?
19          A.     That is how it reads, yes.
20          Q.     Now, Mr. Strand then reported
21     to Mr. Wood of Monsanto, last page, quote, "I
22     suppose there is no doubt that what has been
23     termed 'polychlorinated biphenyl' is equal to
24     Aroclor."
25                    Correct?
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 764

Robert Kaley

Page 132

```
 1           A.      That's what he wrote in this
 2    paper -- or in this letter, yes.
 3           Q.      Okay.  And then the last two
 4    sentences of that paragraph state, quote,
 5    "The problem in some cases, of course, may be
 6    the disposal of used material.  I understand
 7    that there hardly exists a convenient method
 8    of destroying Aroclor and that possibly
 9    burying unusable material may be the only
10    answer."
11                   Correct?
12           A.      That's how it reads, yes.
13           Q.      So the issue of disposal of
14    Aroclors was brought to Monsanto's attention
15    by November of 1966, correct?
16           A.      By whoever Mr. Strand was, yes.
17    That's his view of the situation.
18           Q.      And there was an understanding
19    at that time by Mr. Strand that there was not
20    a convenient method for destroying Aroclor,
21    correct?
22           A.      That's --
23                   MR. MILLER:  Hold on.  Object
24           to the form.
25                   THE WITNESS:  That was his
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 765

Robert Kaley

```
 1        understanding.

 2    QUESTIONS BY MS. EVANGELISTI:

 3        Q.    And was that Monsanto's

 4    understanding in that time frame, 1966, that

 5    there was not a convenient method of

 6    destroying Aroclor?

 7        A.    I can't -- I don't know for

 8    sure.

 9              (Kaley 30(b)(6) Exhibit 13

10        marked for identification.)

11    QUESTIONS BY MS. EVANGELISTI:

12        Q.    Handing you Exhibit 13.

13              Now, this document is a

14    communication from Gunnar Widmark to Mr. Ford

15    at Monsanto, dated December 29, 1966,

16    correct?

17        A.    Yes.

18        Q.    Tell us who Gunnar Widmark was.

19        A.    He was a co-researcher with

20    Dr. Jensen in Sweden.

21        Q.    And who was Mr. Ford at that

22    time?

23        A.    I'm not sure.

24        Q.    And he's reporting, Mr. Widmark

25    is reporting, to Mr. Ford at Monsanto in
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 766

Robert Kaley

Page 142

```
 1        Q.      Okay.  I'll take it back.
 2                What was it ultimately
 3   determined to have been causing the fish
 4   kills in Snow Creek and in Choccolocco Creek?
 5        A.      They never -- they never
 6   determined what was eventually the cause.
 7        Q.      What exhibit did I just hand
 8   you?
 9        A.      It's not marked, so it probably
10   should have been 14.
11                MR. MILLER:  It was.
12                MS. EVANGELISTI:  I gave you --
13        did I -- oh, it was 14.  I just didn't
14        mark it.
15                (Kaley 30(b)(6) Exhibit 15
16        marked for identification.)
17   QUESTIONS BY MS. EVANGELISTI:
18        Q.      Handing you Exhibit 15.
19                And Exhibit 15 is an internal
20   communication from D. Wood at -- in Belgium,
21   Monsanto Belgium, to G.R. Buchanan, Monsanto,
22   St. Louis, again discussing Soren Jensen's
23   findings, correct?
24        A.      Yes.  Excuse me, yes.
25        Q.      And he reports, quote, "To
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 767

Robert Kaley

Page 145

```
 1         A.      Right.

 2              Q.      So Monsanto's reaching out to

 3    Jensen and talking to him about what

 4    information Jensen might publish about his

 5    work on PCBs?

 6         A.      So that others -- yeah, so that

 7    others reading that work would have specific

 8    information on which to base their comments,

 9    not just generalized information.

10         Q.      And on the next page, Mr. Wood

11    points out that Monsanto should make

12    available to Jensen quantities of pure

13    isomers of PCBs because that would be helpful

14    in gaining Jensen's further support, correct?

15         A.      Right, which they did.

16         Q.      And then the last paragraph,

17    again, it states, quote, "As you will see

18    from the press release, one of the major

19    points that is made is the difficulty in

20    disposing of waste chlorinated diphenyls.

21    And again, I must mention that constructive

22    recommendations for the safe disposal of our

23    materials would be most helpful."

24              Do you see that reference?

25         A.      Yes.
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 768

Robert Kaley

Page 146

1      Q.      So, again, the issue of

2  disposing of PCB waste was being raised by

3  D. Wood to various individuals at Monsanto,

4  correct?

5      A.      Yes.

6      Q.      What did Monsanto do at this

7  time in the beginning of 1967 to address the

8  concern about the difficulty of disposing of

9  waste PCBs?

10     A.      At that specific point in time,

11  I don't know, but certainly within a fairly

12  short period of time, months, maybe a year,

13  they started considering what was happening

14  at their plants and making recommendations to

15  some of their customers.

16     Q.      I'm talking about disposal of

17  PCBs, not what was going on at plants.

18     A.      Oh, you mean disposal of

19  customers?  Consumers?

20     Q.      So he -- Wood is referencing

21  the disposal of waste chlorinated diphenyls.

22     A.      Yes.

23     Q.      What does that mean to you?

24     A.      Primarily plant waste, I would

25  think.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 769

Robert Kaley

Page 232

```
 1      were.
 2           Q.     And again, this was after the
 3      Riseborough presentation?
 4           A.     Yes.
 5           Q.     And the issue of PCBs being in
 6      the environment, generally in mainstream
 7      media, this didn't come about until after
 8      Riseborough's presentation with his findings,
 9      correct?
10           A.     I'm not sure when the first
11      mainstream media, whenever that was, was.
12      Certainly the San Francisco Chronicle article
13      would have been one.  Whether there was
14      something before that, I don't recall.
15           Q.     Okay.  Well, I think I have
16      documents later, but...
17                  Okay.  And we discussed earlier
18      that in 1966 David Wood was expressing
19      concern about disposal of PCB waste, correct?
20                  MR. MILLER:  Object to the form
21           of the question.  The document speaks
22           for itself.
23                  THE WITNESS:  I believe that's
24           correct based on that document, yes.
25
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 770

Robert Kaley

Page 235

1      Q.      And I asked you what that
2  referred to, and I thought you told me that
3  referred to effluent from manufacturing
4  facilities.
5      A.      That -- I think I do recall
6  saying that, and that would be one
7  component --
8      Q.      Okay.
9      A.      -- of it.  And I don't know
10 specifically what he was referring to, but
11 the disposal of PCBs in products to which
12 they had been added in open uses --
13     Q.      Is also --
14     A.      -- would also be a component of
15 that.
16     Q.      Okay.  So in the 1966 time
17 frame, Monsanto was aware that PCB
18 contamination could be as a result of
19 disposal of PCB waste, first, in terms of
20 effluent from facilities, correct?
21     A.      Yes.
22     Q.      And also from disposal of
23 products which may contain PCBs used in open
24 uses, correct?
25     A.      Yes.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 771

Robert Kaley

Page 236

```
 1              Q.      Okay.  So going back to this
 2    document which is Exhibit 34, Mr. Richard
 3    also states, if you look at the second page,
 4    quote, "We cannot easily control hydraulic
 5    fluid losses in small plants.  It will still
 6    be more difficult to control other end uses
 7    such as cutting oils, adhesives, plastics and
 8    NCR paper.  In those applications, exposure
 9    to consumers is greater and the disposal
10    problem becomes complex."
11                      Do you see that reference?
12          A.      Yes.
13              Q.      So there's an acknowledgement
14    in March of 1969 that environmental
15    contamination can also be caused by small
16    leaks of hydraulic fluid, small losses in
17    small plants, correct?
18          A.      Yes.
19              Q.      And also, there's a recognition
20    that PCBs being used in NCR paper could be a
21    source of contamination to the environment.
22                      This is in March of 1969,
23    correct?
24          A.      Yes.
25              Q.      Okay.  So tell us how PCBs are
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 772

Robert Kaley

Page 246

1    manufacturing facilities.

2        Q.      Okay.

3        A.      And the PCB waste from the

4    manufacturing facilities would not be

5    flammable, so they wouldn't have been burned

6    in the open.

7        Q.      Okay.  Would you agree that --

8    I'm going to move on.

9                What was Monsanto's knowledge

10    in the mid-1960s regarding how its customers

11    disposed of PCB waste?

12                MR. MILLER:  Objection.  Vague

13        and ambiguous.

14                THE WITNESS:  I don't know what

15        specific information they had.

16    QUESTIONS BY MS. EVANGELISTI:

17        Q.      Do you know if they did any

18    investigation to determine how their

19    customers were disposing of PCB waste?

20        A.      Not that I'm aware of.

21        Q.      Did Monsanto in the mid-'60s

22    make a determination, or attempt to make a

23    determination, to see how open-use products

24    containing PCBs were being disposed at the

25    end of their useful life?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 773

Robert Kaley

Page 252

```
 1    QUESTIONS BY MS. EVANGELISTI:
 2            Q.       I'm handing you Exhibit 37.
 3                     And you recognize this
 4    document, correct?
 5            A.       Yes.
 6            Q.       Can you identify it for the
 7    record?
 8            A.       Yes.  It's a report by a
 9    consultant from the University of Illinois,
10    Robert Metcalf, who Monsanto had engaged to
11    take a look at the PCB issues.  It's entitled
12    "Report and comments on meeting on
13    chlorinated biphenyls in the environment and
14    at Industrial Bio-Test Laboratories of
15    Chicago, dated March 21, 1969."
16            Q.       So there was a meeting with
17    Metcalf and Monsanto individuals and also
18    individuals from IBT on or about March 21,
19    1969?
20            A.       I believe that's correct.  I
21    think that's the date of the meeting rather
22    than the date of the report, but probably
23    doesn't matter.
24            Q.       And the report -- right.
25                     And the report --
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 774

Robert Kaley

Page 253

```
 1        A.      You're right.  I didn't see

 2   that.  You're correct.  April was when the

 3   report was written.

 4        Q.      So there was a meeting on or

 5   about March 21, 1969, with Robert Metcalf,

 6   the consultant you just described,

 7   individuals from Monsanto and individuals

 8   from IBT to discuss chlorinated biphenyls,

 9   correct?

10        A.      Yes.

11        Q.      And this report of Metcalf is

12   dated April 2, 1969?

13        A.      That's correct.

14        Q.      Other than what's memorialized

15   in this memo, do you have any other

16   information about what went on at the meeting

17   and what information was given to Metcalf?

18        A.      I do not.

19        Q.      And Metcalf, is he not a -- I

20   don't know the technical word.  Wasn't he a

21   bug doctor?

22        A.      I think he was an entomologist.

23        Q.      An entomologist?

24        A.      I believe that's correct.

25        Q.      So what was his expertise that
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 775

Robert Kaley

Page 254

1   Monsanto would seek his assistance in

2   assessing a PCB issue?

3        A.    Well, I mean, he was a

4   biologist, and so he would have some broader

5   understanding rather than just insects, so I

6   think they presumably were aware of his

7   potential usefulness as a consultant on

8   broader issues.

9        Q.    So what we do know is that

10   Monsanto provided information to him in some

11   form, and then he came to some conclusions,

12   correct?

13        A.    Yes.

14        Q.    And the conclusions are

15   memorialized in this document?

16        A.    Yes.

17        Q.    And doc -- Metcalf concludes in

18   April of 1969, based on information provided

19   to him by Monsanto, that 40 million pounds

20   annually of PCBs is stated to be used as

21   plasticizers, hydraulic fluid, adhesives and

22   in carbon paper, and from this amount, a very

23   substantial percentage must escape into the

24   environment of waste, correct?  As waste,

25   correct?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 776

Robert Kaley

Page 255

1          A.     Okay, I'm with you now.  That's
2     what he wrote.
3          Q.     Okay.  And he also opined that
4     because of the apparent high stability of
5     PCB, amounts entering the environment would
6     be degraded very slowly, and it seems
7     possible that at least 10 million pounds
8     annually may become environmental
9     contaminants, correct?
10          A.     That's his estimation, yes.
11          Q.     And this is all based on
12     information presumably that Monsanto provided
13     to him about what they knew about PCBs?
14          A.     It's his interpretation of that
15     information.
16          Q.     And that's what he was hired to
17     do by Monsanto?
18          A.     I'm not sure what he was hired
19     to do, but that's what he obviously did.
20               I don't know -- I don't know
21     what -- I don't know what his charge was,
22     whether it was to make these kinds of
23     calculations or not, but he did do them and
24     report them.
25          Q.     He makes reference to -- well,

Declaration of Brett Land in Response to Defendants' Motions in Limine - 777

Robert Kaley

Page 256

```
 1    he states, "Because of the apparent stability
 2    of these compounds, most of this amount may
 3    still be circulating in the global ecosystem,
 4    and this is suggested by the levels reported
 5    by Holmes and Riseborough in animal tissues
 6    which are quite comparable to those found for
 7    DDT."
 8              Do you see that reference?
 9        A.    That's what he wrote, yes.
10        Q.    Do you know anything about the
11    Holmes report from 1967 to which he refers?
12        A.    Yes, it's a report of PCBs in
13    the British environment.  I don't know the
14    specific location.  It's one of the earlier
15    reports after Jensen.
16        Q.    What other, if any, analysis of
17    the presence of PCBs in the environment
18    existed before Jensen?
19        A.    I'm not aware of any.
20        Q.    And after Jensen, you have
21    Holmes and Riseborough, correct?
22        A.    Yes.
23        Q.    Are there any others that
24    you're aware of prior to Riseborough?
25        A.    There are others, yes.
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 778

Robert Kaley

Page 257

```
 1          Q.      Where was PCBs being found,
 2    other than as reflected by Jensen and Holmes?
 3          A.      My recollection is that --
 4    there were few reports, but my recollection
 5    is most of them were in the UK.
 6          Q.      That's where the scientists
 7    were that were doing the studies?
 8          A.      That's where the scientists
 9    were.  I think that's also where the samples
10    were taken.  That's my recollection.
11          Q.      Okay.  And Metcalf also
12    concluded on the second page that the
13    environmental contamination described for PCB
14    is due to waste amounts of these compounds,
15    correct?
16          A.      He said that's quite reasonable
17    to conclude, yes.
18          Q.      And he also opined that there
19    is an important environmental quality problem
20    involved in waste of PCBs, correct?
21          A.      That's what he wrote, yes.
22                  Well, that the evidence
23    suggests that there is.
24          Q.      Now, he goes on to talk about
25    the IBT tests that are planned, correct?
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 779

# EXHIBIT Q

Robert Kaley

```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
 2

 3     CITY OF SPOKANE, a       )
       municipal corporation    )
 4     located in the County    )
       of Spokane, State of     )
 5     Washington,              )
                                )
 6              Plaintiff,       )   Case No.:
                                )   2:15-cv-00201-
 7     v.                       )   SMJ
                                )
 8     MONSANTO COMPANY, et     )
       al.,                     )
 9                              )
                Defendants.     )
10

11              WEDNESDAY, JANUARY 8, 2020

12                     - - -

13              Videotaped 30(b)(6) deposition of
14     Robert Kaley, Volume II, held at the offices
15     of CAPES, SOKOL, GOODMAN & SARACHAN, P.C.,
16     7701 Forsyth Boulevard, 12th Floor, St.
17     Louis, Missouri, commencing at 9:57 a.m., on
18     the above date, before Carrie A. Campbell,
19     Registered Diplomate Reporter, Certified
20     Realtime Reporter, Illinois, California &
21     Texas Certified Shorthand Reporter, Missouri
22     & Kansas Certified Court Reporter.
23                     - - -
               GOLKOW LITIGATION SERVICES
24        877.370.3377 ph- 917.591.5672 fax
                   deps@golkow.com
25
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 781

Robert Kaley

1           made its way to the technical and

2           trade press.  As far as the general

3           press, I don't have a specific

4           recollection.

5       QUESTIONS BY MS. EVANGELISTI:

6           Q.      Okay.  Okay.  Looking at

7       Monsanto's statement dated March 3, 1969, the

8       second page of it, which ends -- your MONS

9       document, do you have the MONS Bates number?

10          A.      Yes.

11          Q.      It ends in 07 -- I'm sorry,

12      097502.

13          A.      Yes.

14          Q.      It reads, quote, "Several years

15      ago, two Swedish scientists at Stockholm

16      University's Institution of Analytical

17      Chemistry, Professor Gunnar Widmark and Soren

18      Jensen, reported that they had identified the

19      other substances which were appearing during

20      analysis of chlorinated pesticide residues.

21      They said some of the materials were

22      polychlorinated biphenyl, or PCB.  The amount

23      reported was in the parts per billion range

24      or less."

25                  Do you see that reference?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 782

Robert Kaley

1    A.    Yes.

2    Q.    First of all, by this time it

3  had been confirmed by Monsanto that the

4  materials that had been found were, in fact,

5  PCBs, correct?

6    A.    Certainly what Jensen was

7  calling PCBs were PCBs, yes.

8    Q.    Okay.    And also Jensen was

9  finding PCBs in the parts per million range,

10  not just part per billion range or less,

11  correct?

12    A.    I believe that is correct

13  without looking at the data, but I believe

14  that is correct, yes.

15    Q.    Okay.    And then it says, "Since

16  PCBs are not broadcast or spread around the

17  land as are pesticides, the scientists

18  theorize that the source must be the

19  industrial waste of PCB users."

20    Do you see that reference?

21    A.    I do.

22    Q.    Now, there is evidence that

23  truckloads of PCBs were in fact spread around

24  the land as pesticides -- as chemicals used

25  along with pesticides, correct?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 783

Robert Kaley

1          MR. MILLER:  Object to the

2      form.

3          THE WITNESS:  No.

4  QUESTIONS BY MS. EVANGELISTI:

5      Q.    Which part did I get wrong?

6      A.    I believe that the truckloads

7  reference is to polychlorinated terphenyls,

8  not polychlorinated biphenyls.

9      Q.    But regardless, there is

10 evidence that quantities of PCBs were in fact

11 utilized along with pesticides, correct?

12      A.    Some small amounts were

13 certainly, yes.

14      Q.    Then it goes on to discuss

15 Riseborough's more recent work identifying

16 PCBs.

17          Do you see that reference?

18      A.    Yes.

19      Q.    And then it says, quote, "The

20 conclusions of these scientists are puzzling

21 from several aspects.  Polychlorinated

22 biphenyls are stable chemical compounds which

23 are essentially insoluble in water.  Their

24 use does not make them easily released into

25 the natural environment."

Declaration of Brett Land in Response to Defendants' Motions in Limine - 784

Robert Kaley

1       Do you see that reference?

2       A.      Yes.

3       Q.      Now, by that time, Monsanto had

4    already done their study on NCR paper which

5    determined that when burned, the PCBs would

6    escape and there was a potential for

7    widespread atmospheric contamination by the

8    PCBs, correct?

9       A.      I don't know about why it

10   spread, but certainly the potential for

11   atmospheric release of PCBs had been

12   demonstrated in the laboratory.

13      Q.      And during that time -- prior

14   to that time, Monsanto at their own

15   facilities were in fact sewering the waste at

16   their manufacturing facility, meaning the PCB

17   waste was going directly into the water

18   system, correct?

19      A.      There were discharges -- the

20   PCB waste, per se, were being landfilled.

21   There were discharges into water systems that

22   had some amounts of PCBs in them, mostly

23   hydrochloric acid that contained some PCBs.

24      Q.      And Monsanto also knew that

25   their customers were similarly disposing of

Declaration of Brett Land in Response to Defendants' Motions in Limine - 785

Robert Kaley

1    their waste in the same way as Monsanto was,

2    correct?

3         A.    I think I said yesterday, I

4    don't know what the customers were doing or

5    what Monsanto at that point in time knew what

6    the customers were doing.  I don't know.

7         Q.    Okay.

8         A.    There was speculation around

9    that, but I don't know if they know -- knew.

10         Q.    And Monsanto also knew that

11    there were small releases during the use --

12    and there was a document we discussed

13    yesterday; I can pull it out if you'd like.

14              Monsanto was aware that small

15    releases from use of PCBs as industrial

16    fluids were occurring that could not be

17    controlled, correct?

18              MR. MILLER:  Let me object to

19         the form of the question with respect

20         to the commentary.

21              THE WITNESS:  There was a

22         document -- I don't know the date, I

23         don't know the date in relation to

24         this particularly -- but around that

25         time that did discuss potential

Declaration of Brett Land in Response to Defendants' Motions in Limine - 786

Robert Kaley

1          releases, yes.

2     QUESTIONS BY MS. EVANGELISTI:

3          Q.       So Monsanto did have knowledge

4     of ways that PCBs were being released into

5     the natural environment; would you agree?

6          A.       They had some information, yes.

7          Q.       So it goes on to say, "A

8     principal market for PCB is in electrical

9     applications where they're used as insulated

10    fluids for transformers and capacitors."   And

11    then it talks about "in this use, the

12    chemical is completely sealed in metal

13    containers."

14             Do you see that reference?

15         A.       Yes.

16         Q.       And then it says, "Another

17    market is for heat transfer applications

18    where the PCB fluid functions in a closed

19    system."

20             Do you see that reference?

21         A.       Yes.

22         Q.       And Monsanto was aware that

23    leaks occurred from heat transfer

24    applications routinely, correct?

25             MR. MILLER:  Object to the form

Declaration of Brett Land in Response to Defendants' Motions in Limine - 787

Robert Kaley

1      of the question.

2              THE WITNESS:  They were aware

3      there was potential for leaks.

4      Whether those leaks resulted in

5      environmental levels of PCBs, I don't

6      know that they were aware of that

7      particularly.

8    QUESTIONS BY MS. EVANGELISTI:

9         Q.    And then it makes reference to

10   "in the functional fluids market, we have

11   carried out a program for several years for

12   the reclamation of used PCBs to reuse these

13   valuable materials."

14            Do you see that reference?

15        A.    Yes.

16        Q.    Can you tell us about this

17   program?

18        A.    I don't know the timing.

19   Certainly we discussed a little bit yesterday

20   the use of Findett and other reclamation

21   facilities for PCBs, but I don't know -- I

22   can't verify that the program had been in

23   existence for several years, as I sit here.

24        Q.    Okay.  So documents discussing

25   Findett would refer to that program, and what

Declaration of Brett Land in Response to Defendants' Motions in Limine - 788

Robert Kaley

1    reclamation of used PCB program?

2          A.      Not in this time frame, no.

3          Q.      Okay.

4                  MR. MILLER:  Show my objection

5          to the form of that question.

6    QUESTIONS BY MS. EVANGELISTI:

7          Q.      And then it goes on to say,

8    "PCBs are also used in several plastic-type

9    applications.  Here the chemical is

10   incorporated into the polymer as an integral

11   part of the solid material.  This applies

12   whether the polymer is used as an adhesive

13   and elastomer or a surface coating."

14                Do you see that reference?

15         A.      Yes.

16         Q.      Now, Monsanto in the mid-'50s

17   had done a number of studies where they

18   determined -- or looked into the issue of

19   PCBs emanating out of paint where PCBs were

20   used as a plasticizer, correct?

21                 MR. MILLER:  Object to the

22         form.

23                 THE WITNESS:  They had done

24         experimental studies on latex paints

25         in Great Britain, and such paints were

Declaration of Brett Land in Response to Defendants' Motions in Limine - 789

Robert Kaley

```
 1            not used in the United States.  They
 2            had done those under fairly severe
 3            laboratory conditions.
 4    QUESTIONS BY MS. EVANGELISTI:
 5            Q.      And there was awareness,
 6    though, as a result of those studies that
 7    when PCB was used as a plasticizer in the
 8    paint, as you described, PCBs were coming out
 9    of the paint even after a month, correct?
10                  MR. MILLER:  Object -- hold on.
11                  THE WITNESS:  I'm sorry.
12                  MR. MILLER:  Object to the form
13            of the question.  It's vague and
14            ambiguous.
15                  THE WITNESS:  That's what the
16            document reports.
17    QUESTIONS BY MS. EVANGELISTI:
18            Q.      And nowhere in this statement
19    does Monsanto discuss the fact that PCBs are
20    also used in conjunction with the manufacture
21    of NCR paper, correct?
22            A.      I don't recall seeing that in
23    here, so I think you are correct.
24            Q.      And other than use of PCBs in
25    electrical fluid, NCR was Monsanto's biggest
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 790

Robert Kaley

1    customer in terms of sales of PCB for use in

2    products; would you agree?

3                MR. MILLER:  Object to the

4        form.  It's vague in terms of time.

5                THE WITNESS:  I believe that is

6        correct.

7    QUESTIONS BY MS. EVANGELISTI:

8        Q.    Then it goes on in that

9    paragraph.  At the end it says, quote, "PCBs

10   are not hazardous when properly handled and

11   used.  During more than 30 years of US

12   production and use, cases of any toxic effect

13   have been extremely rare, and then only where

14   the simple precautions recommended for use

15   were not followed."

16                Do you see that reference?

17       A.    Yes.

18       Q.    And in our last deposition, I

19   went through a number of documents, and we

20   had identified by that time over 20 instances

21   where customers had complained to Monsanto

22   that their employers -- their employees had

23   been having negative effects as a result of

24   using PCB in their work, correct?

25                MR. MILLER:  Object to the

Declaration of Brett Land in Response to Defendants' Motions in Limine - 791

Robert Kaley

```
 1          form.  Vague.

 2                  THE WITNESS:  There were

 3          documents that we discussed, some of

 4          which may have been related to

 5          allegations of PCB effects, some of

 6          which didn't, but I think I made the

 7          point then that 20 or 30 cases over

 8          the lifetime of that product, I would

 9          say, are extremely rare.

10  QUESTIONS BY MS. EVANGELISTI:

11          Q.     Well, those were only the 20

12  that were memorialized in documentation that

13  I was able to identify.

14                  So would you agree that there

15  likely were more that were just not

16  memorialized?

17                  MR. MILLER:  Object to the form

18          of the question.  Calls for

19          speculation and the preface is -- or

20          the colloquy is objectionable.

21                  THE WITNESS:  I have no idea.

22  QUESTIONS BY MS. EVANGELISTI:

23          Q.     Then it makes a reference to,

24  quote, "To our knowledge, polychlorinated

25  biphenyls are not sprayed or dusted on crops,
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 792

Robert Kaley

```
 1   woodlands or other areas as are pesticides,"
 2   end quote.
 3              As we discussed earlier, there
 4   was some use of PCBs being sprayed onto crops
 5   in other areas, correct?
 6              MR. MILLER:  Object to the
 7        form.  Vague.
 8              THE WITNESS:  No, the PCBs were
 9        used on solid surfaces.  I'm not aware
10        of documentation of use on crops.
11   QUESTIONS BY MS. EVANGELISTI:
12        Q.    Well, we'll move on from that
13   because the testimony is what it is.
14        A.    Okay.
15              MR. MILLER:  Object to the
16        form.
17   QUESTIONS BY MS. EVANGELISTI:
18        Q.    Then it says, "It is therefore
19   not only puzzling but extremely difficult to
20   conceive how commercially produced PCB can
21   show up in wildlife in the quantities
22   reported."
23              Do you see that reference?
24        A.    I do.
25        Q.    Now, Metcalf, who is Monsanto's
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 793

Robert Kaley

1    consultant, with information provided to him

2    by Monsanto, certainly was able to come up

3    with his conclusion as how and why the PCBs

4    were getting out into the wildlife in the

5    quantities reported, correct?

6              MR. MILLER:  Object to the

7         form.  The document speaks for itself.

8              THE WITNESS:  He reported in

9         the document his estimations of

10        possible amounts.  I don't know that

11        that addresses the levels in the

12        animals, but -- or in the wildlife,

13        but he did certainly make

14        calculations.

15   QUESTIONS BY MS. EVANGELISTI:

16        Q.    And none of that information

17   was contained within the statement?

18              MR. MILLER:  Object to the form

19        of the question.

20              THE WITNESS:  Not that I see,

21        no.

22   QUESTIONS BY MS. EVANGELISTI:

23        Q.    And then it says, quote, "This

24   raises the question whether the substances

25   identified in the Swedish work and now in

Declaration of Brett Land in Response to Defendants' Motions in Limine - 794

Robert Kaley

1    California are actually PCBs or whether they

2    are compounds which due to the metabolism of

3    their materials in the marine environment

4    appear to be PCBs."

5              Do you see that reference?

6       A.    I do.

7       Q.    Now, internally Monsanto had

8    admitted by the end of '67 that what Jensen

9    was finding was in fact PCBs, correct?

10      A.    That's correct.

11            MR. MILLER:  Object to the

12      form.

13   QUESTIONS BY MS. EVANGELISTI:

14      Q.    And with respect to

15   Riseborough's findings, while Monsanto may

16   have had doubts of certain opinions

17   Riseborough had, there was no doubt that what

18   he had found was in fact PCBs, correct?

19            MR. MILLER:  Objection.

20      Compound.

21            THE WITNESS:  It's hard for me

22      to know that one way or the other.

23      There are certainly other documents

24      that say that we need to confirm what

25      he was finding.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 795

Robert Kaley

```
1        Q.      Okay.  So PCTs were in fact
2   able to be used as part of a spraying?
3        A.      Yeah, I think there are
4   obviously -- I'm sure you've seen the use of
5   spraying solid surfaces in a barn in an
6   advertisement.  So they were in formulations.
7   They weren't just PCT plus pesticide.
8                (Kaley 30(b)(6) Exhibit 39
9        marked for identification.)
10  QUESTIONS BY MS. EVANGELISTI:
11       Q.      I'm going to hand you
12  Exhibit 39.
13               Have you seen this document
14  before?
15       A.      I have, but I'd like to review
16  it, please.
17               All right.
18       Q.      And can you identify this
19  Exhibit 39, please?
20       A.      It's a letter to a
21  Mrs. Arbogast dated March 13, 1969, from
22  Mr. Ford, who this confirms is in the public
23  relations department.
24       Q.      And in this -- presumably
25  Mr. Ford, who this letter identifies as being
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 796

Robert Kaley

1  the manager, divisional public relations,

2  correct?

3       A.     Yes.

4       Q.     And he's responding to

5  Ms. Arbogast, who presumably wrote a letter

6  to Monsanto after having read the San

7  Francisco Chronicle about Riseborough's

8  findings, correct?

9       A.     His -- that was Mr. Ford's

10  presumption, yes.

11      Q.     And in this letter, Mr. Ford

12  presents to -- presumably this woman is just

13  a member of the general public writing to

14  Monsanto?

15      A.     I have no knowledge, but I

16  believe that might be correct.

17      Q.     And he provides some additional

18  details to her regarding -- or in response to

19  the article, correct?

20      A.     I don't know whether they're

21  additional, but there are numbered statements

22  in here.

23      Q.     And one of them is he

24  represents that PCBs -- PCB is not a highly

25  toxic chemical, correct?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 797

Robert Kaley

```
1            A.      Yes.

2            Q.      And he reports that Monsanto

3   has doubt as to whether Riseborough

4   identified the materials correctly, correct?

5            A.      That's what he says, yes.

6            Q.      And then it says, quote, "It

7   seems like he went on an earlier

8   identification made by two Swedish scientists

9   using different sources."

10                    Do you see that reference?

11           A.      I do.

12           Q.      Do you know what Ford was

13   referring to that the "two Swedish scientists

14   using different sources"?

15           A.      No, I don't.

16           Q.      And then it says, "The research

17   work in Sweden reported traces of PCB in

18   wildlife approaching that of DDT.  Frankly,

19   we are very puzzled by this report.  PCBs are

20   not spread around the land as are

21   pesticides."

22                    Do you see that reference?

23           A.      Yes.

24           Q.      And does it appear to you that

25   Ford is disclaiming that what the Swedish
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 798

Robert Kaley

```
1    scientists were finding was PCBs?
2              MR. MILLER:  Object to the
3         form.
4              THE WITNESS:  In this
5         particular paragraph, I don't read
6         that into it necessarily.  He says
7         he's puzzled, but I don't see that
8         he's saying it isn't.
9    QUESTIONS BY MS. EVANGELISTI:
10        Q.    And again, going through the
11   markets for PCBs, he identifies in this
12   letter to Ms. Arbogast that PCBs are found in
13   electrical applications, sealed in metal
14   containers, and also references PCB as a
15   modifier in specialized adhesives and surface
16   coatings, correct?
17        A.    Yes.
18        Q.    He does not mention PCB use in
19   NCR paper, which was the biggest
20   nonelectrical use, correct?
21             MR. MILLER:  Object to the
22        form.
23             THE WITNESS:  He does not
24        mention NCR paper.
25
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 799

Robert Kaley

```
 1    QUESTIONS BY MS. EVANGELISTI:
 2         Q.     He also expresses the --
 3    Monsanto's statement that it's difficult to
 4    see how commercially produced PCB could be
 5    showing up in the environment in the
 6    quantities reported, correct?
 7         A.     That's how the document reads,
 8    yes.
 9         Q.     He also indicates that PCBs are
10    not used in house paints, correct?
11         A.     Yes.
12         Q.     Now, Monsanto specifically
13    marketed PCBs for use in house paints,
14    correct?
15         A.     I don't believe that's correct.
16    At least certainly in the United States,
17    anyway.
18         Q.     Not in the United States?
19         A.     Yeah, I don't know whether --
20    you know, the experiments that we talked
21    about were Great Britain.  I don't know
22    whether they were marketed there or not.
23              (Kaley 30(b)(6) Exhibit 40
24         marked for identification.)
25
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 800

Robert Kaley

```
 1          that was the tenor of the meeting.
 2                  I mean, the tenor of the
 3          meeting was how to address these
 4          issues.
 5                  (Kaley 30(b)(6) Exhibit 65
 6          marked for identification.)
 7     QUESTIONS BY MS. EVANGELISTI:
 8          Q.     Handing you Exhibit 65.
 9                  Have you seen this document
10     before?
11          A.     Yes.
12          Q.     Can you identify it, please?
13          A.     Yes.
14                  It's a document -- well, the
15     cover memo is a letter from Mr. Bergen to, I
16     think these are primarily salespeople,
17     attaching a rough draft from Dr. Richard to
18     Mr. Wheeler regarding Aroclor toxicity.  The
19     attachment is Mr. Richard's view of the world
20     at this point.
21          Q.     And Mr. Richard's view at this
22     point included as a general policy, quote,
23     "Make the government, states and universities
24     prove their case, but avoid as much
25     confrontation as possible."
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 801

Robert Kaley

1              Correct?

2         A.      That's what's written here.

3         Q.      And another one of his thoughts

4    was to prove PCBs bio harmful.  Let

5    government prove its case on a case-by-case

6    basis.

7              Correct?

8         A.      Yes, that's how -- well, that's

9    what's written here.

10         Q.      And he also advocated that

11    Monsanto question evidence against us,

12    correct?

13         A.      That's what's written here on

14    the safe levels, yes.

15         Q.      And he wrote, "If Aroclor bad,

16    others must be worse."

17              Correct?

18         A.      That's what's written here.

19         Q.      And there's an acknowledgement

20    in this that Monsanto can't defend against

21    everything and that some animals or fish or

22    insects will be harmed?

23         A.      That's what Mr. Richard wrote.

24              Well, that's his view of a

25    probable outcome.  That isn't necessarily

Declaration of Brett Land in Response to Defendants' Motions in Limine - 802

Robert Kaley

1      A.      Correct.

2          Q.      It says, "Leakage from plant,"

3  and then it says, dash, "scrap materials,"

4  correct?

5      A.      Yes.

6          Q.      On the page that ends in 289,

7  there's a discussion here that with respect

8  to capacitor products there will ultimately

9  have -- they will ultimately have to dispose

10  of capacitor products, correct?

11      A.      Yes.

12          Q.      On the next page, there's a

13  mention that reworked transformers pose a

14  threat if the Aroclor is dumped into a water

15  stream, correct?

16      A.      I see that wording.

17          Q.      On page 7 of that document,

18  there's a discussion about evaluating

19  potentially building an incinerator, correct?

20      A.      Well, I think this is actually

21  discussing existing incinerators.

22          Q.      It says, middle of it, "set up

23  an incinerator" --

24      A.      Oh, okay, I'm sorry, I'm still

25  on the top page.  Yes.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 803

Robert Kaley

1          Q.        Set up an incinerator to handle

2     Aroclor disposal, preferably one which will

3     handle solids such as muds, slurries, as well

4     as liquids; have an operation within

5     12 months; ideally have incinerators

6     available different sections for disposal.

7                    Do you see that reference?

8          A.        That's -- yes, I see what

9     you're reading.

10         Q.        And Monsanto did ultimately

11    build one incinerator, correct?

12         A.        Correct.

13         Q.        But it only handled liquid

14    Aroclors and did not ultimately handle solids

15    such as muds, correct?

16         A.        That's correct.

17                   (Kaley 30(b)(6) Exhibit 66

18          marked for identification.)

19    QUESTIONS BY MS. EVANGELISTI:

20         Q.        Exhibit 66.

21                   Have you seen this document

22    before?

23         A.        I do not think I have.

24                   Okay.

25         Q.        This is an internal Monsanto

Declaration of Brett Land in Response to Defendants' Motions in Limine - 804

Robert Kaley

1      Q.      And again, Wheeler is from
2   Monsanto's medical department, and this is at
3   least a draft of his proposed presentation to
4   the corporate development committee?
5      A.      Yes.
6      Q.      And it says, number 2, "From a
7   chronic toxicity standpoint, the PCBs may be
8   considered moderately toxic to man, animals
9   and fish."
10              Do you see that reference?
11     A.      Yes.
12     Q.      If you'll turn to the page that
13   ends in 52232.
14     A.      Okay.
15     Q.      Mr. Wheeler -- Dr. Wheeler or
16   Mr. Wheeler?
17     A.      No, Mr. Wheeler.
18     Q.      Mr. Wheeler, in his proposed
19   presentation to the corporate development
20   committee, states, quote, "The future of
21   these materials is threatened more by the
22   potential effect on some forms of wildlife
23   rather than potential toxic effects as we
24   usually think of them in relation to human or
25   animal foods."

Declaration of Brett Land in Response to Defendants' Motions in Limine - 805

Robert Kaley

1         Do you see that reference?

2      A.      Yes.

3      Q.      So Wheeler, in this time frame,

4   believed that the threat to PCB as a product

5   was a result of potential effects on

6   wildlife, correct?

7            MR. MILLER:  Object to the

8       form.

9            THE WITNESS:  On a relative

10     basis, yes.

11  QUESTIONS BY MS. EVANGELISTI:

12     Q.      If you'll turn to the page that

13  ends in 52234, Wheeler was reporting -- or

14  was proposing to report to the CDC in

15  November of 1969 that, quote, "The possible

16  sources of indirect contamination might be

17  related to every single use of our products,

18  whether the uses be in electrical

19  applications, other industrial fluids or

20  plasticizer usage."

21            Do you see that reference?

22     A.      I see it.

23     Q.      So at this time in November

24  of 1969, Monsanto was aware that there was a

25  potential for environmental contamination

Declaration of Brett Land in Response to Defendants' Motions in Limine - 806

Robert Kaley

1   posed by every single one of the use of its

2   products; is that fair to say?

3            MR. MILLER:  Objection.

4       Misstates the document which speaks

5       for itself.

6            THE WITNESS:  The document says

7       the indirect contamination might be

8       related to every single use of our

9       products, in Mr. Wheeler's view.

10   QUESTIONS BY MS. EVANGELISTI:

11       Q.     If you'll turn to the page that

12   ends in 52235.

13            This is -- this page talks

14   about 1242, correct?

15       A.     Largely, yes.

16       Q.     And it says, quote, "We hope to

17   develop data that will show that the lower

18   chlorinated biphenyls, that is, Aroclor 1242,

19   and those lower in chlorination are degraded

20   in the environment and thus do not present a

21   threat to wildlife," end quote.

22            Do you see that reference?

23       A.     Yes.

24       Q.     So at that point they hadn't

25   actually established whether or not 1242

Declaration of Brett Land in Response to Defendants' Motions in Limine - 807

# EXHIBIT R

Robert Kaley

```
 1              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
 2
 3    CITY OF SPOKANE, a        )
      municipal corporation     )
 4    located in the County     )
      of Spokane, State of      )
 5    Washington,               )
                                )
 6                Plaintiff,    )  Case No.:
                                )  2:15-cv-00201-
 7    v.                        )  SMJ
                                )
 8    MONSANTO COMPANY, et      )
      al.,                      )
 9                              )
                  Defendants.   )
10
11           THURSDAY, JANUARY 9, 2020
12                   - - -
13           Videotaped 30(b)(6) deposition of
14    Robert Kaley, Volume III, held at the offices
15    of CAPES, SOKOL, GOODMAN & SARACHAN, P.C.,
16    7701 Forsyth Boulevard, 12th Floor, St.
17    Louis, Missouri, commencing at 9:02 a.m., on
18    the above date, before Carrie A. Campbell,
19    Registered Diplomate Reporter, Certified
20    Realtime Reporter, Illinois, California &
21    Texas Certified Shorthand Reporter, Missouri
22    & Kansas Certified Court Reporter.
23                   - - -
           GOLKOW LITIGATION SERVICES
24      877.370.3377 ph- 917.591.5672 fax
                deps@golkow.com
25
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 809

Robert Kaley

```
1              (Kaley 30(b)(6) Exhibits 73, 74

2         and 75 marked for identification.)

3

4         DIRECT EXAMINATION (continued)

5    QUESTIONS BY MS. EVANGELISTI:

6         Q.     Good morning, Dr. Kaley.

7         A.     Good morning.

8         Q.     I've put in front of you three

9    exhibits, the first one, Exhibit 73.  These

10   are the minutes of the meeting of the

11   corporate development committee of

12   November 17, 1969, correct?

13        A.     Yes.

14        Q.     And these are minutes of the

15   meeting where the PCB ad hoc committee

16   presented to the corporate development

17   committee the options regarding what they

18   could possibly do to address the PCB

19   situation?

20        A.     Yes, this was the results of

21   the ad hoc meeting.

22        Q.     On the first page is a

23   reference to Monsanto's worldwide Aroclor

24   business amounting to $22 million in sales.

25               Do you see that reference?
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 810

Robert Kaley

1          A.      Yes.

2          Q.      And was that a correct figure

3    at that time?

4          A.      We've seen that before.  As far

5    as I know it was.

6          Q.      Okay.  On the second page, as

7    part of the discussion of the issue, the

8    corporate development committee discussed

9    the, quote, rule -- the rule that, quote, "If

10   a manufacturer knows or should have known

11   that a product of its manufacture may cause

12   damage if not properly used, he has a duty to

13   give warning to customers and users," end

14   quote.

15               Do you see that reference?

16         A.      It said, "Although the law is

17   unsettled, that is the present general rule."

18               Yes, I see that.

19         Q.      And that was discussed at that

20   meeting?

21         A.      Apparently, based on this

22   document, yes.

23         Q.      And one of the recommendations

24   from the legal standpoint was to provide

25   adequate warnings to customers and users,

Declaration of Brett Land in Response to Defendants' Motions in Limine - 811

Robert Kaley

1    including advice as to disposal methods,

2    correct?

3        A.    That's correct.

4        Q.    And then finally on the last

5    page, the ultimate decision of the corporate

6    development committee was to, quote, "In

7    light of the recent and developing evidence

8    of a possible threat to certain species of

9    bird and aquatic life, we should plan to

10   discontinue the manufacture of Aroclors 1254

11   and 1260.  The division is instructed to

12   develop a program to discontinue these

13   products and report this to the committee,

14   and the status of Aroclor 1242 should

15   continue to be tested to determine whether it

16   contributes to this problem," end quote.

17            Do you see that?

18        A.    Yes, you read that correctly.

19        Q.    And that was the conclusion of

20   the committee on that date?

21        A.    At that date, yes.

22        Q.    Okay.  Then moving to the

23   second -- or the second exhibit of the day,

24   which is Exhibit 74, you've seen this

25   document, correct?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 812

Robert Kaley

```
 1           A.      Yes.

 2           Q.      So this document reflects a

 3   meeting between individuals from Monsanto and

 4   individuals from General Electric on or about

 5   January 22nd -- January 21st and 22nd of

 6   1970, correct?

 7           A.      That's correct.

 8           Q.      So that's subsequent to this

 9   meeting we just discussed of the corporate

10   development committee?

11           A.      Yes, it is.

12           Q.      If you'll go to the second

13   page, the status of the Aroclor studies at

14   IBT were discussed during that meeting,

15   correct?

16           A.      That's one of the subject -- or

17   the titles, yes.

18           Q.      And it was reported by

19   Mr. Wheeler -- Mr. Wheeler reported on the

20   chronic animal toxicity tests and animal

21   reproducibility studies underway, correct?

22           A.      Yes.

23           Q.      And he reported that they were,

24   quote, "not as favorable as we had hoped or

25   anticipated.  Particularly alarming is
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 813

Robert Kaley

```
1                   MR. MILLER:  Object to the
2          form.  Misstates prior testimony.
3          Improper impeachment.
4                   THE WITNESS:  As far as I know,
5          that's correct, yes.
6   QUESTIONS BY MS. EVANGELISTI:
7              Q.     And if you'll look at the page
8   that ends in 838.
9              A.     Are we back to 74?
10             Q.     The meeting minutes, yes,
11  sorry.
12             A.     Yes.  Yes.  All right.
13             Q.     It was also discussed -- I'm
14  referring to the second paragraph -- that at
15  that time at GE alone, apparatus in which
16  Askarel fluid is used represents $100 million
17  annually, correct?
18             A.     That's what the document reads.
19             Q.     And also during that meeting,
20  it was discussed the various environmental
21  sources of PCBs from dielectric applications,
22  correct?
23             A.     Yes.
24             Q.     And the various sources include
25  spills, yes?
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 814

Robert Kaley

```
 1        A.    Yes.

 2        Q.    Disposal of waste?

 3        A.    Yes.

 4              MR. MILLER:  I'm sorry, where

 5        are you?

 6              MS. EVANGELISTI:  F.

 7              MS. WERSTAK:  What exhibit?

 8        Sorry.

 9              MS. EVANGELISTI:  The meeting

10        minutes.  The January --

11              MR. MILLER:  74?

12              MS. EVANGELISTI:  Yes.

13              MR. MILLER:  There are a number

14        of Fs.  Can you just give me a page

15        number?

16              MS. EVANGELISTI:  838.  Okay.

17        It's the third page of the document.

18        The reference to GE's $100 million

19        annually is the second paragraph.

20              MR. MILLER:  I got that.

21              MS. EVANGELISTI:  Okay.  So

22        then we're going to F, which is the

23        environmental sources.

24    QUESTIONS BY MS. EVANGELISTI:

25        Q.    So discussed at that meeting
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 815

Robert Kaley

1  were environmental sources of PCBs from

2  dielectric applications, correct?

3          A.      Yes.

4          Q.      And it includes spills?

5          A.      Yes.

6          Q.      Disposal of waste?

7          A.      Yes.

8          Q.      Ultimate disposal of product

9  for failed apparatus, correct?

10          A.      Written down here, yes.

11          Q.      Ventilation of operation for

12  employee protection, correct?

13          A.      Yes.

14          Q.      And does that refer to the --

15  in a facility where PCBs were used and

16  heated, there was a recommendation and

17  warning to ventilate so the employees

18  wouldn't be exposed to the fumes?

19          A.      Certainly related to that, yes.

20          Q.      And so that those fumes would

21  be ventilated outside the facility?

22          A.      Generally, yes.

23          Q.      And that was identified as an

24  environmental source of PCB in this meeting,

25  correct?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 816

Robert Kaley

1           A.      In the document, yes.

2           Q.      Also waste from containers,

3    correct?

4           A.      Yes.

5           Q.      Field on service failures.

6                   Do you see that reference?

7           A.      I do.

8           Q.      Do you know what that refers

9    to?

10          A.      I suspect it's a typo.  It

11   should be "or."  I don't know that for sure,

12   though.  Makes more sense if it's "field or

13   service failures."  I don't know that.

14          Q.      Meaning failure of the

15   equipment while in use?

16          A.      Yeah, which is the same as 3,

17   so -- well, no, it's disposal -- I don't

18   know.  I'm just going to say I don't know

19   what it means.

20          Q.      Okay.  One potential source,

21   environmental source, of PCBs is if there was

22   a failure of equipment while being used,

23   correct?

24                  MR. MILLER:  Object to the

25          form.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 817

Robert Kaley

```
 1   QUESTIONS BY MS. EVANGELISTI:

 2        Q.    I'll move on.

 3        A.    I don't know what that -- you

 4   know, as I said, I don't know for sure what 6

 5   means.

 6        Q.    Okay.   Number 7, identified as

 7   repair and return apparatus, service jobs,

 8   correct?

 9        A.    Yes.

10        Q.    If you'll go to page that

11   ends -- it's the fourth page.   At the top it

12   says number 4.

13            Discussed at that meeting were

14   the estimated annual amounts of contaminated

15   and scrap PCBs from the electrical industry,

16   correct?

17        A.    That's Topic H, yes.

18        Q.    And with respect to the

19   transformer industry, identified were

20   in-plant -- this is A.   In-plant and field

21   spills are small and controllable with

22   absorbants, which should be incinerated.

23            Do you see that reference?

24        A.    Yes.

25        Q.    So that refers to, for example,
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 818

Robert Kaley

1    if there was a spill of liquid PCB and

2    sawdust was used to absorb the spill, that's

3    what you're referring to, correct, that type

4    of scenario?

5             MR. MILLER:  Okay.

6             THE WITNESS:   That's what the

7         document's referring to.

8    QUESTIONS BY MS. EVANGELISTI:

9         Q.     Okay.  And the recommendation

10   is that those materials should be

11   incinerated, correct?

12        A.     That's what this document says,

13   yes.

14        Q.     And Monsanto, although they did

15   build an incinerator, the incinerator

16   Monsanto built was not built to incinerate

17   those types of absorbants, correct?

18        A.     That's my understanding.

19        Q.     And what Monsanto recommended

20   to its customers, those that utilized PCBs,

21   were that they should put those contaminated

22   absorbants into landfills, correct?

23             MR. MILLER:  Object to the

24        form.

25             THE WITNESS:  But there was an

Declaration of Brett Land in Response to Defendants' Motions in Limine - 819

Robert Kaley

1           incinerator in Texas that I also think

2           Monsanto referred some customers to.

3   QUESTIONS BY MS. EVANGELISTI:

4           Q.      You've seen many letters -- and

5   if not, I'll bring them out.  But you've seen

6   many letters where there was warnings by

7   Papageorge that we recommend that you put

8   these contaminated sawdust and rags into

9   landfills?

10          A.      Certainly that was one of the

11  recommendations, yes.

12          Q.      Then it goes on and talks about

13  with respect to the transformer industry,

14  "near 2 million pounds a year of transformer

15  Askarels are sold to service and repair

16  shops.  These people do not manufacture new

17  transformers, although on occasion they may

18  fill new transformers sent into the field

19  without fluid.  As these service shops are

20  devoted primarily to repairing faulty

21  transformers, we can assume that as much as

22  100 million pounds annually of scrap is

23  generated.  Most of this has been dumped or

24  disposed of in streams."

25                  Do you see that reference?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 820

Robert Kaley

1      A.      I do see that.

2      Q.      And that was Monsanto's

3  understanding in January of 1970?

4      A.      Well, it's in this document.  I

5  don't know whether that information came from

6  Monsanto or General Electric, but it is in

7  this document.

8      Q.      And that was discussed at that

9  meeting?

10      A.      Apparently.  Obviously, yes, it

11  was in the minutes of the meeting.

12      Q.      What did Monsanto do to address

13  this situation, if anything?

14              MR. MILLER:  Object to the

15      form.

16              THE WITNESS:  They labeled

17      their products and their bulletins

18      with information that PCBs should not

19      be disposed of where they could reach

20      waterways.

21  QUESTIONS BY MS. EVANGELISTI:

22      Q.      And was there any effort to go

23  out and determine whether those warnings were

24  being followed?

25      A.      I have no information to

Declaration of Brett Land in Response to Defendants' Motions in Limine - 821

Robert Kaley

1    that -- of that type.   I don't know.

2         Q.    When the warning that you

3    described is given, don't -- tell me again

4    what the information that was provided to

5    prevent this from happening.

6              MR. MILLER:  Object to the

7         form.

8    QUESTIONS BY MS. EVANGELISTI:

9         Q.    I want to use your words.

10             MR. MILLER:  Object to the

11        form.   Asked and answered.

12             THE WITNESS:  I don't have it

13        memorized, but it was something to the

14        effect that PCBs should be disposed of

15        carefully and that disposal should be

16        not -- or should be somewhere to avoid

17        where the waste could get to

18        waterways.

19   QUESTIONS BY MS. EVANGELISTI:

20        Q.    Waterways.

21             Okay.  So what does that mean

22   in terms of what should be done differently?

23             MR. MILLER:  Object to the

24        form.

25             What time period are you

Declaration of Brett Land in Response to Defendants' Motions in Limine - 822

Robert Kaley

```
 1        talking about?
 2                MS. EVANGELISTI:  1970 through
 3        '73.
 4                THE WITNESS:  That would depend
 5        on what each individual facility was
 6        doing.
 7   QUESTIONS BY MS. EVANGELISTI:
 8        Q.      So Monsanto left it up to the
 9   facility, the decisionmaker, those who
10   normally dumped or disposed of in streams, to
11   make a decision as to how to comply with that
12   warning?
13        A.      As far as I know, that's
14   correct.
15        Q.      And then with respect to the
16   capacitor industry, if you'll look at B,
17   there's a reference to scrap badly
18   contaminated with polypropylene, epoxides,
19   solvents, oil, grease and junk, is generated
20   at not over 50,000 pounds a year.  This
21   material should be incinerated along with
22   150,000 pounds of scrap from transformers.
23                Do you see that reference?
24        A.      I do.
25        Q.      And likewise, Monsanto's
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 823

Robert Kaley

```
1    incinerator was not designed to incinerate

2    that generated waste, correct?

3                MR. MILLER:  Object to the

4         form.

5                THE WITNESS:  They could not

6         generate -- the Monsanto incinerator

7         could not handle solid materials, that

8         is correct.

9    QUESTIONS BY MS. EVANGELISTI:

10        Q.    If you'll turn to page 8,

11   number 14.  Flipping back real quick.

12                This is a list of, quote,

13   "facts as agreed by those in attendance,"

14   correct?

15        A.    That's how it's labeled, yes.

16        Q.    And so then number 14 says,

17   "Based on six months of chronic studies in

18   rats and dogs, some PCBs are moderately toxic

19   and more so than DDT, but less toxic than

20   some of the other chlorinated hydrocarbon

21   insecticides."

22                Do you see that reference?

23        A.    I do.

24        Q.    And that was Monsanto's

25   understanding in that time frame based on the
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 824

Robert Kaley

```
1        hour.

2                VIDEOGRAPHER:  Yeah, over an

3        hour.

4                MR. MILLER:  Okay.  Let's take

5        a break.

6                VIDEOGRAPHER:  We are going off

7        the record, 11:28 a.m.

8         (Off the record at 11:28 a.m.)

9                VIDEOGRAPHER:  We are back on

10       the record, 11:39 a.m.

11               (Kaley 30(b)(6) Exhibit 92

12       marked for identification.)

13   QUESTIONS BY MS. EVANGELISTI:

14       Q.      I've put in front of you

15   Exhibit 92, which is a letter from

16   H.A. Vodden to J.W. Barrett in London.

17               Have you seen this before?

18       A.      No, I have not.

19       Q.      Who is H.A. Vodden?

20       A.      He was an employee, I believe,

21   in Great Britain.

22       Q.      Of Monsanto?

23       A.      Yes.

24       Q.      And he indicates in this letter

25   that he's inclined to agree that small
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 825

Robert Kaley

```
1    capacitors --

2           A.      Okay.  Yes.

3           Q.      He writes in this letter, open

4    quote, "I'm inclined to agree that small

5    capacitors, which are or have been used as

6    ballast capacitors in fluorescent lighting

7    fittings and in motor start/run applications,

8    are not controllable from the point of view

9    of eventual disposal and are therefore open

10   uses."

11               Do you see that?

12          A.      Quote, "open," unquote, yes.

13          Q.      Does Monsanto agree with the

14   proposition that small capacitors are

15   considered open from the point of view of

16   eventual disposal?

17          A.      Well, Mr. Vodden agreed with

18   that, or he is inclined to agree with that.

19          Q.      What, if anything, did Monsanto

20   do to address the potential issue of disposal

21   of small capacitors at the end of their life

22   to ensure that it did not -- they did not

23   cause environmental contamination?

24               MR. MILLER:  Object to the

25          form.  It assumes a duty to do
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 826

Robert Kaley

```
 1              something.
 2                    THE WITNESS:   I'm not aware of
 3        anything that Monsanto particularly
 4        did.  When the EPA regulated PCBs,
 5        they allowed them to be disposed of in
 6        regular disposal routes.
 7   QUESTIONS BY MS. EVANGELISTI:
 8        Q.     None of the articulated steps
 9   proposed by the PCB ad hoc committee and
10   agreed to by Monsanto management addressed
11   the issue of potential environmental
12   contamination that may be caused by the
13   disposal of small capacitors at the end of
14   their useful life?
15        A.     That's correct.
16              (Kaley 30(b)(6) Exhibit 93
17        marked for identification.)
18   QUESTIONS BY MS. EVANGELISTI:
19        Q.     Exhibit 93.
20              This is a letter from
21   Congressman Ryan to John Mason at Monsanto
22   dated June 18, 1970, responding to his
23   letter, Mason's letter, of April 28th
24   regarding PCBs.
25              Have you seen this before?
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 827

Robert Kaley

```
 1          A.     I wish I could tell you.  I

 2  don't know.  I should.  I think I've looked

 3  it up before, but I don't remember what it

 4  is.  Something -- I'm not even going to

 5  speculate.

 6               MR. MILLER:  It's an accounting

 7      code.

 8               MS. EVANGELISTI:  Okay.

 9               (Kaley 30(b)(6) Exhibit 101

10      marked for identification.)

11  QUESTIONS BY MS. EVANGELISTI:

12          Q.     Exhibit 101.

13               I'm sorry, did I put that --

14          A.     Well, it slips under there.

15          Q.     Sorry.

16          A.     If you don't do it, I do it.

17          Q.     This is a document dated

18  November 11, 1970, from Papageorge to

19  Benignus providing comments concerning a

20  letter dated October 28 -- I'm sorry,

21  October 27, 1970, from R.F. Casey, Ohio

22  Edison.

23               Have you seen this document

24  before?

25          A.     I think I have, yes.
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 828

Robert Kaley

1      Q.      This document reports that

2  there was increasing evidence that PCBs

3  similar to Aroclor 1248 and Aroclor 1242 are

4  being identified, especially near industrial

5  plant effluents, correct?

6      A.      Yeah, I've said that before,

7  yes.

8      Q.      Is this just a reference, to

9  your understanding, to the analysis that

10 Monsanto had done previously that we talked

11 about in that document?

12     A.      Well, I think it's not only our

13 findings, but I think other people were

14 confirming that Aroclor 1242 could be found

15 right outside of facilities where it was

16 being used.

17     Q.      So not just Monsanto; others

18 were finding Aroclor 1242 out in the

19 environment by industrial plant effluents?

20              MR. MILLER:  Hold on.  Object

21         to the form.  Misstates prior

22         testimony.

23              THE WITNESS:  I believe that's

24         correct.

25

Declaration of Brett Land in Response to Defendants' Motions in Limine - 829

Robert Kaley

1    QUESTIONS BY MS. EVANGELISTI:

2           Q.     And it also indicates, quote,

3    "There is also evidence that these lower

4    chlorinated materials are having adverse

5    effects on some species of wildlife."

6                  Do you see that reference?

7           A.     I do.

8           Q.     What does that refer to; do you

9    know?

10          A.     I do not know.  Do not know.

11          Q.     And at the bottom of this first

12   page, Papageorge here is discussing how to

13   deal with solid waste contaminated with PCBs,

14   correct?

15          A.     Yes.

16          Q.     And he's saying that --

17   basically he's discussing the possibility of

18   dealing with this type of waste in an

19   incinerator, but the economics was not yet

20   known, correct?

21                 MR. MILLER:  Objection.  Vague

22          and compound.

23                 THE WITNESS:  I think that's a

24          generally fair reading.

25

Declaration of Brett Land in Response to Defendants' Motions in Limine - 830

Robert Kaley

1   QUESTIONS BY MS. EVANGELISTI:

2          Q.      But he's saying right now that

3   he's recommending using properly operated

4   landfills for this waste until they are

5   declared illegal, correct?

6          A.      That's what he wrote.

7          Q.      On the next page it indicates

8   that "the capacitor manufacturers have

9   discouraged the utilities from using

10  landfills.  I can understand their concern,

11  which I suspect is legally motivated, but for

12  the time being, landfills are the only

13  practical solution anyone has to offer," end

14  quote.

15                 Do you see that reference?

16         A.      I do.

17         Q.      So at that time frame in

18  November of 1970, Monsanto hadn't built

19  any -- had not built its incinerator yet,

20  correct?

21         A.      That is correct.

22         Q.      And so there was -- at this

23  point, the only place where PCB waste could

24  be disposed of is in landfills, correct?

25         A.      No, there were other

Declaration of Brett Land in Response to Defendants' Motions in Limine - 831

Robert Kaley

1    the aqueous layer of that liquid should not

2    be dumped under any circumstances and that

3    you may wish to check this out with the

4    chemical cleaning service concerned as to how

5    they can handle the disposal, correct?

6        A.    Correct.

7        Q.    That's the extent of the

8    information provided to those customers when

9    asking about that issue?

10              MR. MILLER:  Object to the

11       form.  It calls for speculation.

12              THE WITNESS:  Based on this

13       letter, this is certainly the starting

14       point.

15   QUESTIONS BY MS. EVANGELISTI:

16       Q.    Okay.  And the next document is

17   105.

18       A.    Yes.

19       Q.    This is another communication

20   internal of Monsanto regarding PCB heat

21   transfer fluids, Therminol FR, and it goes to

22   all Monsanto offices.

23              Have you seen this before?

24       A.    Yes, I have.

25       Q.    In essence, does this

Declaration of Brett Land in Response to Defendants' Motions in Limine - 832

Robert Kaley

1  communication indicate that the customer,

2  when converting from PCB-containing Therminol

3  fluid to non-PCB-containing Therminol fluid,

4  is told that ultimately the conversion and

5  disposal are his problem?

6      A.    It contains that sentence, but

7  I think that has to be taken into

8  consideration on the second page where it

9  says he should check with his own legal

10  authorities.  Because it goes out to the

11  world, so it's -- each country may have

12  different regulations that they need to

13  comply with.

14      Q.    And also, Monsanto individuals

15  were told to be helpful but to, quote, "avoid

16  accepting any direct responsibility for a

17  successful conversion and safe disposal."

18          Correct?

19      A.    That's the words in this

20  document.

21      Q.    And the reason why is, quote,

22  "the stakes are simply too high for us to

23  accept any such risks," end quote.

24          Do you see that reference?

25      A.    Yes.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 833

Robert Kaley

1          MR. MILLER:  Object to the

2      form.

3  QUESTIONS BY MS. EVANGELISTI:

4          Q.      The stakes referenced, are they

5  those associated with potential environmental

6  contamination by PCBs?

7          A.      Well, either that or

8  noncompliance with worldwide regulations in

9  some country.

10          Q.      Also indicated in this letter

11  is that complete destruction of FR fluids

12  require incineration temperatures of

13  2000 degrees Fahrenheit, and it is highly

14  doubtful that such facilities would be

15  available in your area.

16              Do you see that reference?

17      A.      I do.

18          Q.      Does this indicate that in the

19  1972 time frame there were insufficient

20  incinerators available that were able to

21  destroy PCB fluids?

22          MR. MILLER:  Objection.  Vague.

23              THE WITNESS:  I don't think it

24      means that necessarily because, again,

25      this is going to the worldwide

Declaration of Brett Land in Response to Defendants' Motions in Limine - 834

Robert Kaley

1           situation, so it really doesn't

2           address the US situation.  And

3           Monsanto's incinerator was online by

4           this time, and we were accepting

5           materials for incineration.

6     QUESTIONS BY MS. EVANGELISTI:

7           Q.      Are these individuals on the

8     right outside of the US?

9                   I'm trying to figure out where

10    it indicates it's outside the US.

11          A.      I thought I read that

12    somewhere.  I guess I was reading into the

13    second sentence on the page about seeking the

14    advice of local authorities.  I read into

15    that that it would include foreign users.

16                  And also, there's a reference

17    at the bottom to material from MCL may have

18    been sold in Santa -- excuse me,

19    Santotherm FR, and that would have not

20    happened in the United States.

21                  (Kaley 30(b)(6) Exhibit 106

22          marked for identification.)

23    QUESTIONS BY MS. EVANGELISTI:

24          Q.      Okay.  I'm handing you

25    Exhibit 106.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 835

Robert Kaley

```
1              This is a document produced by

2    Monsanto dated August 2, 1971.

3              MR. MILLER:  It's not.  Want to

4         start over?

5              MS. EVANGELISTI:  Well,

6         TOWOLDMON is a Monsanto production

7         Bates number.

8              MR. MILLER:  It might be, but

9         it's a document produced by the

10        National Electrical Manufacturers

11        Association.

12             MS. EVANGELISTI:  It was

13        produced in the litigation.

14             MR. MILLER:  Oh, I see.  Okay.

15        Well, then --

16             MS. EVANGELISTI:  I didn't say

17        it was authored by.

18             MR. MILLER:  Okay.  I

19        apologize.  I just wanted you to have

20        a clean record.

21             MS. EVANGELISTI:  That's my

22        goal.

23   QUESTIONS BY MS. EVANGELISTI:

24        Q.     Starting again, Exhibit 106 is

25   a document produced to us in litigation by
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 836

Robert Kaley

```
 1          A.     No.

 2          Q.     You're not aware of what

 3   happened to either of Ryan's bills or to

 4   Congressman Ryan, correct?

 5          A.     No, I'm not aware of

 6   specifically what happened.

 7                 (Kaley 30(b)(6) Exhibit 107

 8          marked for identification.)

 9   QUESTIONS BY MS. EVANGELISTI:

10          Q.     Exhibit 107.

11                 Exhibit 107 is an internal

12   Monsanto communication from W.R. Richard to

13   Paul Benignus dated April 14, 1969, regarding

14   disposal incineration of Aroclor.

15                 Have you seen this document

16   before?

17          A.     I don't recall having seen it.

18          Q.     I'll give you a second to

19   review it, or a minute.

20          A.     All right.

21          Q.     Is it true that one of the

22   reasons why Monsanto elected to build the

23   incinerator is to defend the Aroclor

24   position?

25          A.     That's what this document
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 837

Robert Kaley

1    implies.

2                    (Kaley 30(b)(6) Exhibit 108

3           marked for identification.)

4    QUESTIONS BY MS. EVANGELISTI:

5           Q.        Exhibit 108.

6                      This is a communication from

7    Benignus to Olson, December 5, 1969,

8    regarding PCB toxicity problem, proper

9    disposal of scrap Aroclor.

10                     Have you seen this before?

11          A.    Yes, I have.

12          Q.      It indicates that over six

13   months previous -- well, I'll just read it.

14   Quote, "Over six months ago we pointed out an

15   impending need for Monsanto to provide an

16   incinerator either on Monsanto property or

17   elsewhere to effectively dispose of scrap

18   Aroclor."

19                    And then it says, "We were

20   surprised to learn at a meeting last

21   Wednesday that this request had not received

22   support," end quote.

23                    Do you see that reference?

24          A.      Yes.

25          Q.      And then it says at the very

Declaration of Brett Land in Response to Defendants' Motions in Limine - 838

Robert Kaley

1    bottom, "At the present time, our only means

2    for disposal is to a landfill.  We are warned

3    that this will no longer be acceptable.

4    Accordingly, Mr. Kountz will now explore

5    incineration, and Mr. Kuhn will explore

6    distillation at our plants."

7              Do you see that reference?

8        A.    I do.

9        Q.    Isn't it true that internally

10   in December of 1969, Monsanto was discussing

11   the fact that disposal to a landfill of PCB

12   waste was no longer going to be acceptable?

13       A.    It says they had received that

14   warning.  It doesn't say that they in fact

15   would not be acceptable or continue to be

16   acceptable.

17             MR. MILLER:  Today.

18   QUESTIONS BY MS. EVANGELISTI:

19       Q.    Do you know who was warning

20   them that it was -- no longer be acceptable?

21       A.    I don't -- I do not.

22             (Kaley 30(b)(6) Exhibit 109

23       marked for identification.)

24   QUESTIONS BY MS. EVANGELISTI:

25       Q.    Exhibit 109.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 839

Robert Kaley

1           This is another communication

2    internal to Monsanto from R.M. Kountz to

3    various individuals, copying a number of

4    other individuals, dated December 8, 1969,

5    regarding Aroclor waste disposal.

6           Have you seen this before?

7    A.    Yes, I have.

8    Q.    And this indicates that there

9    was a strong feeling internally in some parts

10   of the Monsanto business -- the PCB-related

11   business group that incineration facilities

12   were needed for disposal of contaminated

13   Aroclor, correct?

14   A.    Yes, that's consistent with the

15   previous memo.

16   Q.    And in fact, what's represented

17   in this Monsanto internal communication is

18   that there was a serious question and doubt

19   as to whether landfill is the proper disposal

20   method, correct?

21   A.    It says that, yes.

22          (Kaley 30(b)(6) Exhibit 110

23   marked for identification.)

24   QUESTIONS BY MS. EVANGELISTI:

25   Q.    Exhibit 110.

Declaration of Brett Land in Response to Defendants' Motions in Limine - 840

Robert Kaley

1          This is a Monsanto

2     communication from Benignus to Wheeler dated

3     February 16, 1970, regarding transformer

4     Askarel calls in the San Francisco area.

5               Have you seen this document?

6          A.     I believe I have, yes.

7          Q.     It analyzes the scrap Askarel

8     situation in the San Francisco area, correct?

9          A.     That's correct.

10         Q.     And at the --

11         A.     Well, Los Angeles also.

12               Well, the title is San

13    Francisco area, but the last entry is a

14    contact with a firm in Los Angeles.  They may

15    have had a San Francisco facility, I don't

16    know that, but it speaks to other places

17    besides just San Francisco.

18         Q.     Okay.  One of the things that

19    was determined in this time frame, being

20    February of 1970, was that the City of San

21    Francisco had a landfill in the Bay area, but

22    it was about full, correct?

23         A.     That's the first point made,

24    yes.

25         Q.     And there was a landfill called

Declaration of Brett Land in Response to Defendants' Motions in Limine - 841

Robert Kaley

1 Mountain View located just south of Redwood

2 City, correct?

3        A.     Yes.

4        Q.     But also these landfills are

5 adjacent to the shoreline, so only solids, no

6 liquids, can be disposed there, correct?

7        A.     That's what this document

8 reads.

9        Q.     One of the conclusions of this

10 document on the second page was that, quote,

11 "While the amount of scrap Askarel generated

12 on the West Coast is small, there are no good

13 disposal areas on the coast."

14        Do you see that reference?

15    A.     Yes, I do.

16    Q.     And that was Monsanto's

17 assessment of that situation in that area of

18 the country at that time frame?

19        MR. MILLER:  Objection.

20        THE WITNESS:  Certainly

21    Mr. Benignus wrote that.

22 QUESTIONS BY MS. EVANGELISTI:

23    Q.     And Monsanto -- the one

24 incinerator that Monsanto built was where?

25        A.     At the Krummrich plant in

Declaration of Brett Land in Response to Defendants' Motions in Limine - 842

Robert Kaley

```
 1    Illinois.

 2                 (Kaley 30(b)(6) Exhibit 111

 3         marked for identification.)

 4    QUESTIONS BY MS. EVANGELISTI:

 5         Q.      I'm handing you Exhibit 111.

 6                 This is -- appears to be the

 7    appropriation request at Monsanto for the

 8    finances to build the incinerator.

 9                 Is that a generally accurate

10    description?

11         A.      Yes.

12         Q.      Have you seen this before?

13         A.      Yes.

14         Q.      And one of the reasons for why

15    Monsanto was requesting the resources to

16    build the incinerator was, quote, "To close

17    the loop on closed system applications of

18    Aroclor such as electrical equipment and heat

19    transfer systems."

20                 Correct?

21         A.      Yes.

22                 MR. MILLER:  Object to the

23         form.  Incomplete.

24    QUESTIONS BY MS. EVANGELISTI:

25         Q.      In particular, it was
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 843

Robert Kaley

1    represented that Monsanto needed the

2    capacity -- capability, I'm sorry, the

3    capability to reclaim or destroy spent or

4    contaminated fluid, correct?

5          A.     That's how it reads.

6          Q.     And if you go to page 3 of the

7    document, under the Premises --

8          A.     Yes.

9          Q.     -- it indicates that with

10   respect to applications where Aroclor safety

11   and electric stability are irreplaceable, we

12   believe, quote, "and have indicated to

13   regulatory agencies, concerned legislators

14   and the public that closed system

15   applications pose no threat to the ecology,"

16   end quote.

17               Do you see that reference?

18         A.     I do.

19         Q.     And in order to fully implement

20   the program, it was determined internally at

21   Monsanto that it must have a working system

22   for disposal of fluid drained from dismantled

23   transformers or otherwise contaminated or

24   unusable materials, correct?

25         A.     That's how the document reads,

Declaration of Brett Land in Response to Defendants' Motions in Limine - 844

Robert Kaley

1    yes.

2            Q.      And that was the basis and

3    rationale why Monsanto built its one

4    incinerator?

5                    MR. MILLER:    Object to the

6        form.    Incomplete.    Argumentative.

7                    THE WITNESS:    Well, I think it

8        goes on to say the key premise of this

9        project is that customers can be

10       motivated to return such materials for

11       reclamation or disposal, given an

12       economical and practical way to do so.

13               So it was an inducement to our

14       customers to implement appropriate

15       disposal methods.

16   QUESTIONS BY MS. EVANGELISTI:

17           Q.      Is it fair to say that

18   Monsanto's position in this time frame was

19   that to ensure that the closed system

20   applications that they were continuing to

21   manufacture PCBs for, to ensure that those

22   systems posed no threat to the ecology, there

23   had to be incinerators available to deal with

24   drain fluid, contaminated or unusable

25   materials?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 845

Robert Kaley

```
 1              MR. MILLER:  Object to the
 2       form.  Incomplete.
 3              THE WITNESS:  I think that's
 4       generally a fair appraisal.
 5              (Kaley 30(b)(6) Exhibit 112
 6       marked for identification.)
 7   QUESTIONS BY MS. EVANGELISTI:
 8       Q.    Exhibit 112.
 9              This is a document produced by
10   Monsanto in this litigation.  It's entitled
11   "Questions and Answers to be Used Only to
12   Respond to Direct Questions from the Media,
13   second draft approved, November 7, 1977."
14              Have you seen this document
15   before?
16       A.    It's November 4th --
17       Q.    I'm sorry.
18       A.    -- but other than that, I have
19   seen the document.
20       Q.    I have no idea what I even
21   said, but you have seen it?
22       A.    I believe so, yes.
23       Q.    And this discusses the
24   phase-out of PCBs at that time frame,
25   correct?
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 846

Robert Kaley

1        A.      Yes.

2        Q.      And it also has a section

3    talking about what will happen to the

4    incinerator at the Krummrich plant, correct?

5        A.      Yes.

6        Q.      And it indicates, quote, "That

7    incinerator was built six years ago,

8    primarily to burn residues created when PCB

9    is manufactured."

10              Do you see that reference?

11        A.      Yes.

12        Q.      So the incinerator that

13    Monsanto used when taking back fluid, was it

14    an incinerator that had already been in

15    existence for a different purpose?

16        A.      No.

17        Q.      Okay.

18        A.      The primary -- as it says here,

19    it says primarily.  I don't know that that

20    was the total primary reason, but the

21    incinerator was built largely to deal with

22    our own manufacturing waste at the Krummrich

23    plant, and as an adjunct, we were offering

24    incineration to our customers.

25        Q.      Okay.  And it goes on to say,

Declaration of Brett Land in Response to Defendants' Motions in Limine - 847

Robert Kaley

```
 1    total.

 2                    (Kaley 30(b)(6) Exhibit 114

 3          marked for identification.)

 4    QUESTIONS BY MS. EVANGELISTI:

 5          Q.      Okay.  Exhibit 114.

 6                  This is a document dated

 7    May 11, 1978, an internal Monsanto

 8    communication regarding EPA manual for

 9    enforcement of PCB regulations.

10                  Have you seen this document

11    before?

12          A.      I believe I have, yes.

13          Q.      And it indicates that as of the

14    moment, there are no disposal sites, either

15    incineration or burial, which have been

16    approved by EPA.

17                  Do you see that reference?

18          A.      I do.

19          Q.      And is that accurate, that as

20    of May 1978, as far as Monsanto was aware,

21    there were no disposal sites, either

22    incineration or burial, which had been

23    approved by the EPA?

24          A.      It was accurate for at least a

25    month -- until about a month after that, at
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 848

Robert Kaley

1  which time the EPA issued their regulations

2  and I believe listed a number of approved

3  burial sites.

4        Q.      And by then Monsanto's

5  incinerator had been shut down, correct?

6        A.      Yes, it had.

7              (Kaley 30(b)(6) Exhibits 115

8        and 116 marked for identification.)

9  QUESTIONS BY MS. EVANGELISTI:

10       Q.      Exhibit 115 and 116.

11              This Exhibit 115 is an

12  interoffice communication of Monsanto's dated

13  September 17, 1979, regarding PCB disposal.

14              Have you seen this before?

15       A.      I do not believe I have.

16              Okay.

17       Q.      This memo indicates that there

18  are at that time, September of '79, only

19  three incinerators in the United States

20  capable of the destruction of PCBs for

21  general commercial use, and none have been

22  approved to date.  The latest estimate is

23  approval by the end of '79.

24              Was that an accurate assessment

25  in that time frame of the availability of

Declaration of Brett Land in Response to Defendants' Motions in Limine - 849

Robert Kaley

1    incinerators in the United States capable of

2    destroying PCBs?

3           A.      As far as I know it is, yes.

4           Q.      And then the next document is a

5    September 27, 1979 memo responding to this

6    previous document that's marked as

7    Exhibit 115.

8                   Have you seen this before?

9           A.      No, I have not.

10          Q.      Actually, I'm not even going to

11   ask any questions on that.

12          A.      Okay.

13          Q.      Trying to save time.

14                  (Kaley 30(b)(6) Exhibit 117

15          marked for identification.)

16   QUESTIONS BY MS. EVANGELISTI:

17          Q.      Exhibit 117.

18                  This is a document produced by

19   Monsanto in litigation.   It appears to be a

20   photocopy of a page of Toxic Materials News

21   dated December 12, 1979, and there's a

22   paragraph entitled "PCB landfills" -- sorry,

23   "PCB landfill disposal facilities listed by

24   EPA."

25                  Have you seen this before?

Declaration of Brett Land in Response to Defendants' Motions in Limine - 850

Robert Kaley

1          A.     No.

2                 Okay.

3          Q.     And this document indicates
4    that there were -- at that point in time,
5    December of '79, there were several
6    facilities for the disposal of materials
7    containing PCBs that had been approved by the
8    EPA, but they were all landfills, and at that
9    time there were still no approved commercial
10   PCB incineration disposal facilities.

11         A.     That's what this document
12   reads.

13         Q.     And do you have any doubt that
14   that was an accurate assessment of the
15   facilities available in that time frame?

16         A.     No, I'm sure it was accurate.

17                (Kaley 30(b)(6) Exhibit 118

18         marked for identification.)

19   QUESTIONS BY MS. EVANGELISTI:

20         Q.     Exhibit 118.

21                Okay.  I think the last two

22   pages shouldn't be on there.  The last three

23   pages.  I'm going to fix your exhibit.

24                Okay.  So for the record, the

25   exhibit PCB-ARCH-EXT0020549 through 552, the

Declaration of Brett Land in Response to Defendants' Motions in Limine - 851

Robert Kaley

1    original image had extra pages that weren't

2    related, so I just took them off.

3         A.    I understand.

4         Q.    Okay.  This is a Monsanto

5    communication from John Craddock attaching a

6    copy of the most recent, June 1980, listing

7    of EPA-approved chemical waste landfills for

8    PCB disposal.

9              Have you seen this before?

10        A.    Yes, I have.

11        Q.    Okay.  So in June of 1980,

12   there were only eight landfills available

13   that had been approved by the EPA for

14   disposal of PCB waste; is that right?

15        A.    Assuming this document is

16   correct, which I believe it is, yes.

17              (Kaley 30(b)(6) Exhibit 119

18        marked for identification.)

19   QUESTIONS BY MS. EVANGELISTI:

20        Q.    Exhibit 119.

21              This is a Monsanto October

22   monthly report from Craddock dated

23   November 4, 1981.

24              Have you seen this before?

25        A.    I'm going to say probably, but

Declaration of Brett Land in Response to Defendants' Motions in Limine - 852

Robert Kaley

1   I don't have a specific recollection of it.

2           I may not have, actually.

3       Q.     Oh, you're done.  I'm sorry.

4       A.     Oh, yes.

5       Q.     This indicates that in

6   California at that time frame, November 1981,

7   there were no EPA-approved PCB landfills in

8   the state of California, and nor are there

9   any PCB incinerators there.

10          Do you see that reference?

11      A.     Yes.

12      Q.     Was that an accurate assessment

13  of the state of the facilities in California

14  that were approved by EPA to dispose of PCB

15  waste?

16          MR. MILLER:  Object to the

17      form.

18          THE WITNESS:  I have no reason

19      to believe it's not.

20          (Kaley 30(b)(6) Exhibit 120

21      marked for identification.)

22  QUESTIONS BY MS. EVANGELISTI:

23      Q.     Exhibit 120.

24          This is a December 31, 1991

25  monthly report on PCB issues, December

Declaration of Brett Land in Response to Defendants' Motions in Limine - 853

Robert Kaley

1    highlights, authored by Craddock and Mappes.

2            Have you seen this before?

3    A.    Obviously, I have.

4    Q.    Oh, were you copied on it?

5            The second page indicates:    Of

6    the four permitted commercial PCB

7    incinerators in the US, only one is currently

8    in operation, resulting in skewed demand and

9    significant increase in pricing.

10           Do you see that reference?

11   A.    Yes.

12   Q.    Is that accurate, that in

13   December of 1991, of the four permitted

14   commercial PCB incinerators in the US, only

15   one was currently in operation?

16           MR. MILLER:  Object to the

17       form.

18           THE WITNESS:  I have no reason

19       to believe it's not true.

20   QUESTIONS BY MS. EVANGELISTI:

21   Q.    Did Monsanto at any time do any

22   analysis or assessment to determine in what

23   way PCB waste was being disposed of?

24   A.    In what time frame?

25   Q.    You know, after -- basically

Declaration of Brett Land in Response to Defendants' Motions in Limine - 854

Robert Kaley

1    after 1970 or '71.

2              I mean, was there ever an

3    assessment to determine by Monsanto that X

4    percent were using incinerators, X percent

5    were putting in landfills, and X percent were

6    dumping?

7              Any type of analysis like that

8    overall to see what was happening with PCB

9    waste?

10        A.    Not that I'm aware of.

11             MR. MILLER:  Other than the

12    documents you've previously

13    identified?

14             THE WITNESS:  Right.

15             MS. EVANGELISTI:  I don't see

16    any assessment of who was using what

17    facility.  I just saw assessments of

18    the fact that there weren't any

19    available.

20             MR. MILLER:  Oh, there's

21    assessments that --

22             MS. EVANGELISTI:  You can do it

23    on cross, Adam.

24             MR. MILLER:  -- there are

25    300 --

Declaration of Brett Land in Response to Defendants' Motions in Limine - 855

# EXHIBIT S

Job No. 3414348

```
 1                    UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

 3

     SAN DIEGO UNIFIED PORT         )
 4   DISTRICT, a public corporation; )
     and CITY OF SAN DIEGO, a       )
 5   municipal corporation,         ) Case No.:
                                     ) 3:15-CV-0578-WQH-AGS
 6             Plaintiffs,           )
                                     )
 7   vs.                             )
                                     )
 8   MONSANTO COMPANY, SOLUTIA,      )
     INC., and PHARMACIA CORPORATION,)
 9                                   )
               Defendants.           )
10

11

12          VIDEOTAPED DEPOSITION OF ROBERT KALEY, Ph.D.

13               Taken on Behalf of the Plaintiffs

14                        June 13, 2019

15                         Volume IV

16        (Starting time of the deposition:  9:08 a.m.)

17

18

19

20

21

22

23

24

25

                                            Page  647
```

Declaration of Brett Land in Response to Defendants' Motions in Limine - 857

Job No. 3414348

1          A.    To the bugs.  And I believe -- I -- it says

2    in here somewhere, as I've read it, that at some point

3    after they stopped feeding the bugs the Aroclors, that

4    they continued to monitor the system.  And I think

5    what this is saying is that there was no significant

6    decrease in the 1254 over that period subsequent to

7    the feeding.

8          Q.    So no continued biodegradation?

9          A.    That would be the inference, yes.  At least

10   not significant.

11         Q.    So Page 3 at the bottom, I want to put a

12   date on it.  It says, "The final sampling period for

13   the Aroclor 1254 and Aroclor 1242," et cetera,

14   et cetera, "was started February 8th, 1971 and

15   completed March 8th, 1971."  Do you see that?

16         A.    That's with the feed rate of 1 milligram

17   per cubic -- or, oh, 1 -- yes, for 20 -- 48 hours.

18   Yes, I do.  I agree.

19         Q.    So this -- this test was completed in the

20   March 1971 time frame?

21         A.    Yes.  Okay.  Yes.

22               [Marked Exhibit No. 162.]

23         Q.    (By Ms. Evangelisti) That's all I wanted on

24   that.  I'm handing you exhibit -- Exhibit 162.  This

25   is the presentation to the Interdepartmental Task

Page 842

Declaration of Brett Land in Response to Defendants' Motions in Limine - 858

Job No. 3414348

1    Force on PCBs, Washington, D.C., May 15, 1972 by

2    Monsanto Company.  Have you seen this document before?

3         A.    Yes, I have.

4         Q.    And tell us the point of the task force.

5    Why was it created?

6         A.    The point of the task force, as I understand

7    it, was to accumulate and assimilate the knowledge of

8    PCBs in the various government agencies that had

9    responsibilities for various aspects of the PCB issue.

10        Q.    And in that time frame, there was discussion

11   in the media and concern about PCB in the environment;

12   is that fair to say?

13        A.    Yes.

14        Q.    And the task force was created to gather

15   information together and kind of assess the situation?

16        A.    For the -- for those government agencies,

17   yes.

18        Q.    And this presentation is Monsanto presenting

19   to the -- the members of the task force Monsanto's

20   experience with PCBs?

21        A.    Yeah, this is the -- you'll note that this

22   is dated after the issuance of the actual task force

23   report.  So this is apparently, as I understand it,

24   additional information that was presented after the

25   report had been issued.

Page 843

Job No. 3414348

1          Q.    Do you know why Monsanto presented

2     additional information after the report had been

3     issued?

4          A.    I do not specifically know why.

5          Q.    If you look at the first page, this is the

6     introduction of the presentation by William

7     Papageorge, correct?

8          A.    Yes.

9          Q.    And it says, slide one, "We plan to discuss

10     current results of laboratory biodegradation studies

11     of PCBs and the levels of PCB residues for -- observed

12     in the tissues of laboratory animals which were used

13     in our toxicity studies."  Do you see that?

14          A.    Yes.

15          Q.    So there's two things that Monsanto planned

16     to discuss, at least as referenced here.  One is

17     biodegradation studies, and another is PCB residues.

18     Those are two separate things; is that right?

19          A.    In -- in the animals in the toxicity

20     studies, yes.

21          Q.    And then it says "We will review briefly

22     actions Monsanto has taken to reduce PCB usage and

23     environmental losses."  Do you see that?

24          A.    Yeah.  Yes.

25          Q.    And then it says, "We will also discuss the

                                        Page  844

Declaration of Brett Land in Response to Defendants' Motions in Limine - 860

Job No. 3414348

1    application of our laboratory findings to the

2    development of a modified, more readily degradable PCB

3    mixture for use by the capacitor industry as a

4    dielectric fluid."  And that fluid is Aroclor 1016,

5    correct?

6         A.   Yes.

7         Q.   So, basically, Monsanto was representing to

8    the task force that Monsanto has knowledge about

9    biodegradation of PCBs and that it was introducing a

10   more environmentally friendly product, 1016; is that

11   fair to say?

12        A.   Yes.

13        Q.   And that Monsanto had taken steps to reduce

14   PCB usage and environmental losses, correct?

15        A.   Yes.

16        Q.   So basically Monsanto's representation to

17   the task force, and I'm not specifically looking at

18   this, I'm saying in general is, there was a problem,

19   but we're resolving it; is that fair?

20        A.   We're working on it, trying to resolve it,

21   yes.

22        Q.   And if you look at page -- I don't know the

23   page, but a few pages later is "The Assessment of the

24   Biological Persistence of Polychlorinated Biphenyls"

25   by Dr. E.S. Tucker.  Do you see that?

                                              Page  845

Declaration of Brett Land in Response to Defendants' Motions in Limine - 861

Job No. 3414348

```
 1          MR. MILLER:  The same objection.
 2      A.   No.  He was suggesting that homologs with
 3  four or fewer chlorines would degrade at one -- at
 4  one -- one sort or another at measurable rates.
 5      Q.   (By Ms. Evangelisti) And that would be 1242?
 6      A.   And below, as well -- yeah.  Yeah, generally
 7  1242 and below.
 8      Q.   But nowhere does he talk about the fact that
 9  1254 wouldn't and would still be in the environment,
10  correct?
11          MR. MILLER:  Object to the form of the
12  question.
13      A.   The results don't say that.  It says it
14  shows that they're degrading slowly, and that would
15  explain why they are being detected, because they are
16  not degrading as quickly as the other materials.
17      Q.   (By Ms. Evangelisti) If you look at the page
18  "Monsanto PCB Actions by Dr. C. Paton" -- it's about
19  three-quarters of the way through.
20      A.   Yes.  It's probably after that.
21          MR. MILLER:  Are we still on the slides?
22  Okay.  Yeah.
23      A.   I'm there.
24      Q.   (By Ms. Evangelisti) In this section,
25  Mr. Paton is representing to the task force that the
```

Page 857

# EXHIBIT T



*ANSI.*

american national standards institute, inc.

Address Secretary at:
National Electrical Manufacturers Association
821 Fifteenth St., N.W., Suite 438
Washington, D.C. 20005 (202) 393-6606

MINUTES

MINUTES:                          ANSI COMMITTEE, C107, ON USE
                                  AND DISPOSAL OF ASKAREL AND
                                  ASKAREL-SOAKED MATERIALS

PLACE OF MEETING:                 SHERATON O'HARE NORTH
                                  ROSEMONT, ILLINOIS

DATE AND TIME:                    MONDAY, JANUARY 12, 1976
                                  1:00 P.M. --

                                  TUESDAY, JANUARY 13, 1976
                                  10:00 A.M.  -  11:15 A.M.

MEMBERS PRESENT

Certified Ballast Manufacturers Association (CBMA)

N. R. Clark                       Universal Manufacturing Company

Electric Light & Power (ELP)

W. E. Shoulders (Representing     Union Electric Company
  F. R. Lengefeld)
E. C. Edwards (Representing       Commonwealth Edison Co.
  H. A. Onishi)

Electronic Industries Association (EIA)

C. Tuttle                         Aerovox Industries, Inc.

Institute of Electrical & Electronic Engrs., Inc. (IEEE)

E. L. Raab                        General Electric Company

National Electrical Manufacturers Association (NEMA)

J. L. Butner                      Sangamo Electric Company
R. D. McClain                     Westinghouse Electric Corp.
J. R. Willy                       McGraw-Edison Power Systems Div.

ANSI C107               - 9 -          January 12-13, 1976

0223560

PCB-ARCH0233536
Declaration of Brett Land in Response to Defendants' Mo

Government

T. Kopp                                    Environmental Protection Agency

Individuals

D. Hillis (Representing            Electrical Utilities Company
  R. L. Hauser)
W. P. Papageorge                   Monsanto Company
W. Philipbar                       Rollins Environmental Services
A. L. Rickley                      Doble Engineering Co.
L. E. Wagner                       Chem-Trol Pollution Svcs, Inc.

MEMBERS ABSENT

Certified Ballast Manufacturers Association (CBMA)

E. S. Dunham                  ·       General Electric Company

Government

D. M. Crabtree                     Department of the Army
Dr. K. J. Hood                     Environmental Protection Agency
Dr. J. Leutritz, Jr.               Rural Electrification Admin. (REA)
W. R. Nicholas                     Tennessee Valley Authority (TVA)
C. C. Travis                       General Services Admin. (GSA)
Dr. S. P. Wasik                    National Bureau of Standards (NBS)

Individuals

R. J. Schatz                       Gilbert Associates, Inc.

OTHERS PRESENT

J. M. Booe                         P. R. Mallory & Co.
K. E. Bremer                       Surveillance & Analysis Div.
                                     (Environmental Prot. Agency)
W. S. Brenneman                    Illinois Power Company
J. C. Brucciani                    Food & Drug Administration (FDA)
G. N. Bull                         General Electric Co.
R. N. Cascarano                    Commonwealth Edison Co.
A. S. Corson                       Ofc. of Solid Waste Mgmt. Programs
                                     (Environmental Prot. Agency)
D. L. Gebhart                      Electrical Apparatus Svc. Assoc.
J. Goldstein                       Environmental Protection Agency
R. L. Grinde                       Burlington Northern, Inc.

C107                       - 10 -              January 12-13, 1976

0223561

PCB-ARCH0233537

Declaration of Brett Land in Response to Defendants' Mo

OTHERS PRESENT Cont'd

K. Klein                    Energy Research & Develop. Admin.
J. J. Nay                   Hevi-Duty Electric
A. D. Otte                  Ofc.of Solid Waste Mgmt. Programs
                              (Environmental Prot. Agency)
R. Rollins                  Jard Company
E. R. Schlaf                Illinois Central Gulf Rd.
N. C. Sears                 Sprague Electric Company
T. K. Sloat                 Westinghouse Electric Corp.
R. A. Stenger               General Electric Company
P. J. Student               Bureau of Explosives, Assoc. of
                              American Railroads
G. Wallis                   P. R. Mallory & Company
J. C. Weber                 Monsanto Company
H. Zar                      Enformement Div. (Environmental
                              Protection Agency)
C. R. Willmore              NEMA Staff

PRESIDING OFFICER:          W. P. Papageorge, Chairman

I. APPROVAL OF PREVIOUS MINUTES OF OCTOBER 3, 1972

The minutes of the previous meeting held October 3, 1972 were approved as distributed.

II. GENERAL DISCUSSION AND BACKGROUND INFORMATION

In general discussion regarding ANSI Standard C107.1-1974 and the overall askarel problem, it was noted that since C107.1 was adopted, a number of developments have occurred that necessitate a major revision of this document.

In December 1973, the Environmental Protection Agency (EPA) came out with limits for several toxic materials. In 1974, hearings were held on effluent standards for PCBs. In 1975, the first indication that PCBs were a problem in Great Lakes' fish was revealed at a Governor's Interagency Hearing on pesticides. Also, in November 1975 at an EPA sponsored national conference on PCBs held in Chicago, considerable evidence was given to indicate that PCBs are becoming serious environmental problems. On December 22, 1975, Mr. Russell Train, Administrator for the Environmental Protection Agency, held a press conference stating that the United States must move toward totally eliminating the use of polychlorinated biphenyls as rapidly as possible, and must in the meantime, make every effort to assure that PCBs do not enter into the environment. Mr. Train's statement is attached as Exhibit A. On December 30, 1975, EPA issued a notice of proposed rulemaking to add a new Section 311 to the Federal Water Pollution Control Act covering hazardous substances, among which is listed PCBs.

C107                        - 11 -                January 12-13, 1976

0223562

PCB-ARCH0233538

Declaration of Brett Land in Response to Defendants' Mo

II.     Cont'd:

Mr. Train has called for a meeting of manufacturer of PCBs (Monsanto) and transformer and capacitor manufacturers to be held January 14, 1976 at EPA Headquarters in Washington, D. C., and a subsequent meeting of users of equipment containing PCBs to be held January 22, 1976.

Mr. Papageorgé (Monsanto) and Mr. Kopp (EPA) both stated that EPA does want the Toxic Substances Control Act passed by Congress.  Mr. Kopp stated that EPA cannot wait for the passage of such an action, therefore, will work within the framework of existing laws.  Mr. Kopp summarized the situation as follows:

> 1.  How can we stop PCBs from getting into the waterways?
>
> 2.  What can we do to control the estimated 500 million pounds of PCBs still in service?

Mr. Kopp noted that the proposed rule on water quality will be significant in helping to minimize or eliminate the discharge of PCBs into the nation's waterways. He further stated that Mr. Russell Train, EPA Administrator, realizes that the PCB problem will have to be attacked and solved on a voluntary basis without the Toxic Substances Control Act. Mr. Kopp noted that recent information involving animal studies indicates that PCBs are a suspected carcinogen, and because of this, there is a new urgency to minimizing the discharge of PCBs into the environment.  One bright spot noted was that in most foodstuff PCB content appears to be going down.  However, for fish, notably from the Great Lakes' region, the levels are at least static and may be going up.

Summarizing the general discussion part of the meeting it was the concensus of those present that ANSI Standard C107.1-1974 on Askarels, is definitely in need of a major revision job to include a number of items that were not as urgent when the document was originally developed.

III.    FORMATION OF CAPACITOR AND TRANSFORMER WORKING GROUPS

During the course of the general discussion, it became obvious that the most effective way to begin work on revision of ANSI C107.1-1974, would be to break into two separate groups; one to consider the problems from the capacitor industry point of view, and the other from the transformer industry point of view.  Attached as Exhibit B is the attendance roster for the respective groups.

0223563

C107                          - 12 -                January 12-13, 1976

PCB-ARCH0233539

Declaration of Brett Land in Response to Defendants' Mc

III.   Cont'd:

Each of the working groups were instructed to elect a Chairman who would speak for the working group and record the actions and decisions made, to then report to the main Committee on the following day.

The working groups met separately from 3:45 P.M. to 5:00 P.M. on Monday, January 12, 1976, and from 8:00 A.M. to 10:00 A.M. on Tuesday, January 13, 1976.

On Tuesday, January 13, 1976, 10:00 A.M., the main Committee convened and the working groups reported as follows:

A.  Capacitor Working Group

Mr. R. Rollins was appointed as Chairman of the Capacitor Working Group and reported that their group had gone through the agenda item by item, and that the minutes for this working group would be prepared and sent to the Secretary for circulation to the entire Committee (Exhibit C). Mr. Rollins stated that in view of the magnitude of the revision job as his working group sees it, there will very definitely be the need for another meeting of the working group and the full Committee in the not too distant future.

B.  Transformer Working Group

Mr. E. Raab was appointed as Chairman of the Transformer Working Group and reported that his working group had reviewed C107.1-1974 and had gone through the agenda item by item, and came to the same conclusion that Mr. Rollins did that it would very definitely be necessary to have a meeting of the working group and full Committee in the very near future. The minutes of the Transformer Working Group are to be prepared and sent to the Secretary for circulation to the entire Committee (Exhibit D).

In general discussion regarding the revision of C107.1-1974, a number of comments and suggestions were made regarding possible inclusions in the new Standard such as:

1.  Possible establishment of emergency crews to be trained to handle transit problems involving PCBs.

2.  Detailed information as to how to alert local fire departments and other emergency groups as to how to handle PCB spills.

3.  Possible inclusion of details on "Chemtrec", Chemical Transportation Emergency Center (details in Exhibit E).

0223564

C107                         - 13 -                 January 12-13, 1976

Declaration of Brett Land in Response to Defendants' Mc

III.    Cont'd:

        Various documents were distributed at the meeting are
attached to the minutes:

        Exhibit F, OSHA Material Safety Data Sheet from
General Electric Company.

        Exhibit G, OSHA Material Safety Data Sheet from
Monsanto Company.

        Exhibit H, EIA Spill Notification and Control
Plan for PCBs.

        Exhibit J, Paper from "Electra" on the Properties
of Askarels and Recommendations for their Use in Electrical
Equipment, prepared by Working Group 02 of Cigre No. 15.

IV.     RESIGNATION OF CHAIRMAN

        Mr. William Papageorge, Chairman of ANSI C107, had,
prior to this meeting, notified the Secretary that due to
a change in his duties with the Monsanto Company, he would be
rendering his resignation as Chairman at this meeting and
suggested that the Committee select a new Chairman.  During the
course of the meeting this item was discussed in considerable
detail and the Committee was unable to come up with a candidate
at this time.  In view of this fact, and considering the
importance and urgency of getting the revision work started,
it was decided that the Committee would continue to function
without a Chairman, and at the next meeting attempt to fill this
position.

        A number of representatives at this meeting expressed
their opinions to the effect that they felt that Monsanto
should supply a Chairman of this Committee.

V.      TIME AND PLACE OF THE NEXT MEETING

        The next meeting of the full Committee and the Trans-
former and Capacitor working groups was scheduled to be held
at EPA Headquarters in Washington, D. C. on February 24, 1976
from 8:00 A.M. to 5:00 P.M., and February 25, 1976 from 8:00 A.M.
to 12:00 Noon.

                                                0223565

C107                          - 14 -              January 12-13, 1976

PCB-ARCH0233541

Declaration of Brett Land in Response to Defendants' Mo

VI.     ADJOURNMENT

        The Committee adjourned at 11:15 A.M. on Tuesday,
January 13, 1976.


                                        C. R. Willmore
                                        Secretary

CRW:pmk
Attachments - Exhibits A through J


0223566

Declaration of Brett Land in Response to Defendants' Mo

# EXHIBIT U

M. A. Pierle - E1SF G. O.

Sept. 30, 1976

<u>PCB'S - ANSI C-107</u>

A. E. Leisy
W. W. Withers
D. Wood

J. C. Weber - B2SK

Comments on ANSI Publication C-107 are as follows:

1. <u>Section 3.3.2.</u>  Last paragraph

   Drums to be retired should <u>not</u> be delivered to scrap
   dealers under any conditions.

2. <u>Section 3.5.2.2.</u>

   We should not support landfill of liquid PCB's.

3. <u>Section 4.1.6.2.2.</u>

   We should not support landfilling liquids contaminated
   with PCB's.

This looks like a very good, comprehensive effort to control
PCB's in the environment.

                                        M. A. Pierle

/ms

0519800

PCB-ARCH0530403

Declaration of Brett Land in Response to Defendants' Mo

# EXHIBIT V

## Monsanto

FROM (NAME & LOCATION) : P. G. Benignus - B2SH

DATE : July 22, 1971                    CC: D. R. Hansen - 1800

SUBJECT : Askarel Inspection and
          Maintenance Guide

REFERENCE :

TO : C. L. CURTIS - A3NH

Please note page 16 section A where in parenthesis it is
stated regarding arced Askarel, "(Discard by dumping or
burying where it will not contaminate a water supply)".

Since the advent of the PCB pollution problem and as we
now have an incinerator, the above is no longer adequate.

Please change it to read, "Due to possible environmental
pollution by PCB materials, scrap askarel must not be al-
lowed to contaminate a water supply. The material needs
to be destroyed by proper incineration at 2,000°F including
facilities to neutralize hydrogen chloride gas. The user
may ship the scrap to Monsanto Co., W. G. Krummrich Plant,
Sauget, Illinois, Attention Supervisor Dept. A-245. It
will be incinerated properly, at a charge of 3 cents a pound."

P. G. Benignus

cs



EXHIBIT

91

2/20/19     BSD

0012642

PCB-ARCH0012145

Declaration of Brett Land in Response to Defendants' Motions in Limine - 874