**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel (WSBA #20240)
Salvatore J. Faggiano (WSBA #15696)
Assistant City Attorneys
808 W. Spokane Falls Blvd.
Spokane, Washington 99201
Telephone: (509) 625-6225

**BARON & BUDD, P.C.**
Scott Summy, TX Bar No. 19507500 (*Pro Hac Vice*)
Carla Burke, TX Bar No. 24012490 (*Pro Hac Vice*)
Celeste Evangelisti, CA Bar No. 225232 (*Pro Hac Vice*)
Brett Land, TX Bar No. 24092664 (*Pro Hac Vice*)
Cary McDougal, TX Bar No. 13569600 (*Pro Hac Vice*)
Alicia Butler, TX Bar No. 00797823 (*Pro Hac Vice*)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605

John P. Fiske, CA Bar No. 249256 (*Pro Hac Vice*)
Jason J. Julius, CA Bar No. 249036 (*Pro Hac Vice*)
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Telephone: (858) 251-7424
[Additional Attorneys on Signature Page]

*Attorneys for Plaintiff City of Spokane*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington,<br><br>    Plaintiff,<br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>    Defendants. | Case No.:  2:15-cv-00201-SMJ<br><br>**DECLARATION OF ALICIA BUTLER IN OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE** |

Declaration of Alicia Butler in Opposition to Defendants' Motions in Limine - 1

**MICHAEL C. ORMSBY, City Attorney**
OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
5th Floor, Municipal Building
Spokane, WA 99201-3326
(509) 625-6225
FAX (509) 625-6277

I, Alicia Butler, hereby declare:

1. I am an attorney licensed to practice law in the State of Texas and authorized to practice before this Court. I am counsel of record the City of Spokane in the above-styled matter.

2. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motions in Limine in the above-styled matter.

3. **Exhibit A** is a true and correct copy of the Expert Report "Monsanto's Manufacture, Promotion and Sale of Polychlorinated Biphenyls (PCBs)" by Jack V. Matson, Ph.D., P.E., dated August 6, 2019.

4. **Exhibit B** is a true and correct copy of the "Expert Report of Gerald Markowitz, Ph.D., and David Rosner, Ph.D." dated October 11, 2019.

5. **Exhibit C** is a true and correct copy of a May 18, 2016 memorandum from Dave Dilks to the Spokane River Regional Toxics Task Force, Bates Stamped PCB-SPOKANE-00834281.

6. **Exhibit D** is a true and correct copy of excerpted portions of the January 7, 2020 deposition of Robert Kaley.

7. **Exhibit E** is a true and correct copy of excerpted portions of the January 8, 2020 deposition of Robert Kaley.

Declaration of Alicia Butler in Opposition to Defendants' Motions in Limine - 2

MICHAEL C. ORMSBY, City Attorney
OFFICE OF THE CITY ATTORNEY
808 W. Spokane Falls Blvd.
5th Floor, Municipal Building
Spokane, WA 99201-3326
(509) 625-6225
FAX (509) 625-6277

8. **Exhibit F** is a true and correct copy of a 1979 EPA publication, "Polychlorinated Biphenyls: An Alert for Food and Feed Facilities."

9. **Exhibit G** is a true and correct copy of an excerpt from the Expert Report of John Woodyard, PE.

10. **Exhibit H** is a true and correct copy of a February 23, 1973 letter Bates-stamped MONS_092757.

11. **Exhibit I** is a true and correct copy of is a true and correct copy of excerpts from the Deposition of John Schell, Ph.D., on January 11, 2018.

12. **Exhibit K** is a true and correct copy of an excerpt of the deposition of Robert Kaley dated January 9, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Alicia D. Butler
Alicia D. Butler

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez, CA Bar No. 171485
 *(Pro Hac Vice)*
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490

Declaration of Alicia Butler in Opposition to Defendants' Motions in Limine - 3

**MICHAEL C. ORMSBY, City Attorney**
**OFFICE OF THE CITY ATTORNEY**
808 W. Spokane Falls Blvd.
5th Floor, Municipal Building
Spokane, WA 99201-3326
(509) 625-6225
FAX (509) 625-6277

# CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

| | |
|---|---|
| Brent J. Gilhousen | brent.gilhousen@earthlink.net |
| Robert M. Howard | robert.howard@lw.com |
| Kelly E. Richardson | kelly.richardson@lw.com |
| Adam E. Miller | miller@capessokol.com |
| Anthony N. Upshaw | aupshaw@mwe.com |
| James A. Pardo | jpardo@mwe.com |
| Lisa A. Gerson | lgerson@mwe.com |
| James A. Tupper | tupper@tmw-law.com |
| Lynne M. Cohee | cohee@tmw-law.com |
| Susan L. Werstak | werstak@capessokol.com |
| Michael W. Cromwell | cromwell@capessokol.com |
| David S. Haase | Monsanto-Litigation@shb.com |
| Richard L. Campbell | Monsanto-Litigation@shb.com |
| Thomas M. Goutman | Monsanto-Litigation@shb.com |
| Geana M. Van Dessel | SpokaneLitigationFilings@KutakRock.com |
| Melissa Nott Davis | Monsanto-Litigation@shb.com |
| Stephen I. Hansen | Monsanto-Litigation@shb.com |
| Rosemary R. Schnall | Monsanto-Litigation@shb.com |
| Lisa DeBord | debord@capessokol.com |

By:/s/ Rosemarie Hulvey
Rosemarie Hulvey, Attorney Assistant
Office of the City Attorney
808 West Spokane Falls Blvd.
5th Floor, Municipal Building
Spokane, WA 99201
Phone (509) 625-6225
Fax (509) 625-6277

Declaration of Alicia Butler in Opposition to Defendants' Motions in Limine - 4

**MICHAEL C. ORMSBY, City Attorney**
**OFFICE OF THE CITY ATTORNEY**
**808 W. Spokane Falls Blvd.**
**5th Floor, Municipal Building**
**Spokane, WA 99201-3326**
**(509) 625-6225**
**FAX (509) 625-6277**