# EXHIBIT 2

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
Honorable Elizabeth B. Hogan, Judge

BENITO WALKER, ET AL.,              )
                                    )
                Plaintiffs,         )
                                    )
        vs.                         ) Cause No. 1122–CC09621–01
                                    )
MONSANTO COMPANY, ET AL.,           )
                                    )
                Defendants.         )

**MAY 17, 2016 – TRIAL TRANSCRIPT VOLUME 12B**

**APPEARANCES**

For the Plaintiffs:                 For the Defendants:

Mr. Steven Kherkher                 Mr. James Bennett
Mr. Allen Stewart                   Mr. Thomas Goutman
Ms. Amy Gunn                        Mr. Adam Spicer
Ms. Erica Slater                    Ms. Robyn Buck

ALICE M. BAKER, CCR #361
OFFICIAL COURT REPORTER
TWENTY–SECOND JUDICIAL CIRCUIT
CITY OF ST. LOUIS

1        A        Yes.

2        Q        Okay.  Finally, let me ask you, are you an

3    expert on the historical standards, industry standards of

4    chemical companies such as Monsanto in the 1930s, the

5    1940s, the 1950s, the 1960s?

6        A        I am not an expert.

7        Q        Have I ever asked you to look into that to see

8    what is contained in the available literature on that

9    subject?

10       A        You've never asked me to do that.

11       Q        Have you ever been qualified as an expert at any

12    time in your 30-year history to be giving qualified

13    opinions in a court on the historical standards of

14    corporations in America in the '30s, '40s, '50s, '60s or

15    at any time?

16       A        No, I haven't.

17       Q        So this book, you own it; right?  Biology of

18    Cancer?

19       A        I do.

20       Q        You were shown this chart, Table 2.8, a Sampling

21    of Bruce Ames' Roster; correct?

22       A        That's correct.

23       Q        Can you please read what that says right there.

24    Right before that chart.

25       A        A diverse set of discoveries led to the model,

2559

1               <u>**CERTIFICATE**</u>

2                        I, Alice M. Baker, Certified Court Reporter, do

3        hereby certify that I am an Official Court Reporter for

4        the Circuit Court of the City of St. Louis; that on May

5        17, 2016, I was present and reported the proceedings had

6        in the case of BENITO WALKER, ET AL., Plaintiffs, vs.

7        MONSANTO COMPANY, ET AL., Defendants, Cause

8        No. 1122-CC09621-01.  I further certify that the

9        foregoing pages contain a true and accurate reproduction

10       of the proceedings.

11

12

13                             <u>/s/ Alice M. Baker</u>

14                        ALICE M. BAKER, CCR #0361

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 3

Page 1

1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
2

      _____
3                                          )
      CITY OF HARTFORD and               )
4     HARTFORD BOARD OF                   )
      EDUCATION,                         )
5                                          )
      Plaintiffs,                        )  Case No.
6                                          )  3:15-CV-01544(RNC)
      vs.                                )
7                                          )
      MONSANTO COMPANY, SOLUTIA,         )
8     INC., and PHARMACIA                )
      CORPORATION,                       )
9                                          )
      Defendants.                        )
10    _____)
11
12
13
14                    VIDEOTAPED DEPOSITION OF:
15                  RICHARD DeGRANDCHAMP, Ph.D.
16                      Denver, Colorado
17                      March 21, 2018
18
19
20
21
22
23    Reported by:
24    MELANIE L. GIAMARCO, RMR, CRR, RPR, CSR
25    JOB NO.:  139255

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 716

1                    R. DeGrandchamp

2                    March 21, 2018

3                    10:02 a.m.

4

5           VIDEOTAPED DEPOSITION OF RICHARD

6    DeGRANDCHAMP, Ph.D., taken by the Defendants, held

7    at 1750 Welton Street, Denver, Colorado, before

8    Melanie L. Giamarco, a Registered Professional

9    Reporter, Registered Merit Reporter, Certified

10   Realtime Reporter and Notary Public of the State of

11   Colorado.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 41

R. DeGrandchamp

1

2    A.   Okay.

3    Q.   Now, obviously, this is not the first

4    time that you and other folks on this side of the

5    table have met, correct?

6    A.   That's correct.

7    Q.   You have testified in a number of

8    depositions and trials; is that correct?

9    A.   That's correct.

10   Q.   Each time that you testified in a

11   deposition or trial, whether it was in a Monsanto

12   matter or otherwise, you've given an oath just like

13   our reporter has given to you today; is that

14   correct?

15   A.   That's correct.

16   Q.   And you told the full, complete and

17   honest truth to all the questions that were asked

18   either by counsel opposite Monsanto or otherwise,

19   or by counsel for Monsanto; is that correct?

20   A.   I believe so, yes.

21   Q.   Would you agree, Doctor, that it would

22   not be a sound scientific method to support your

23   opinions by citing studies that actually do not say

24   what you say they say?

25   A.   As a fact or as --

1                    R. DeGrandchamp

2    was issued that you don't have?

3         A.   I think it was the 29th, about the same

4    date that I finished my report.

5         Q.   29th of January?

6         A.   January, yes.

7         MR. LAND:   I just want to point out that

8    this most recent exhibit was after that date, so

9    that might not be completely correct.

10        A.   I have not -- I don't look at these, so

11   I apologize, but I think there's one additional

12   invoice.  I don't -- I think I was mistaken with

13   the answer I just provided you.  I think it was the

14   last month, the 29th, which would have been

15   February.

16        Q.   Okay.  So you billed time between

17   February 1 and March 1?

18        A.   That's correct.

19        Q.   Do you know how much time?

20        A.   I don't.

21        Q.   Your invoice would be probably the best

22   record of the amount that you spent; is that

23   correct?

24        A.   Up until that billing date.  And then

25   I've probably -- again, I apologize.  If you want

R. DeGrandchamp

1

2  to go ahead and ask me that question.

3      Q.  How much time have you billed since

4  March 1 in connection with this matter?

5      A.  Probably about a week and a half,

6  somewhere in that neighborhood, preparing this.

7      Q.  A full week and a half?

8      A.  Yes.

9      Q.  How many hours would that be?

10     A.  Sixty hours, maybe.

11     Q.  And your billing rate is $225 an hour?

12     A.  That's correct.

13     Q.  And did you bill any time to this matter

14  between June 2017 and the date of this first

15  invoice we've marked as Exhibit 6, which is

16  December 18, 2017?

17     A.  I don't believe so.  I believe there was

18  a -- I'm sorry.

19     Q.  That's all right.  Go ahead.

20     A.  I believe there was a total of three

21  invoices that I collected from Patricia, my wife,

22  in connection with this case.  I don't know the

23  dates.  She just handed me the invoices and said,

24  "This is what I sent out," so . . .

25     Q.  In connection with the preparation of

Page 80

1                     R. DeGrandchamp

2  companies belonged to that collectively put

3  together guidelines for industry practice.  I'm

4  aware of those.  I am not aware of any formal

5  agreement that companies agreed to sign and abide

6  by their rules.  I do know that the -- I think I

7  provided a couple documents.  I think the

8  organization was Industrial Hygienists Association.

9        Q.  Where in your report do you refer to any

10  written standard or guideline for members of the

11  chemical industry as to how or under what

12  circumstances to conduct carcinogenicity testing

13  from the '30s to '60s?

14        A.  Oh, now you're getting specific.  None,

15  no.

16        Q.  And as you sit here, it's true that you

17  can't identify any such document; is that correct?

18        A.  Specific for cancer testing?

19        Q.  Yes.

20        A.  No.

21        Q.  Correct?

22        A.  Yes.  I'm sorry.

23        Q.  It's true, Doctor, that you have never

24  been qualified as an expert to be giving qualified

25  opinions in a court on the historical standards of

Page 124

1                    R. DeGrandchamp

2  two dates, reprinted, is that it, 1962?  Yes.

3        Q.  All right.  It also says "obsolete."

4        A.  Yeah.  What's . . .

5        Q.  You wouldn't rely on an obsolete

6  document, would you?

7        A.  Ah, that's a tricky, question.

8        Q.  Would you or would you not?

9        A.  It depends on what the definition of

10  "obsolete" is.

11        Q.  Wow.

12        A.  Am I being too cagey?

13        Q.  I guess a jury can decide that.

14        A.  I do think -- just to clarify, I think

15  this was the cover page.  It looks somewhat

16  familiar.  So if you take me through this, you'd

17  need to let me read whatever, because I don't

18  recall this document.

19        Q.  Take a look page 16.  It's a section of

20  this brochure entitled "Aroclors in Special Product

21  Formulations."

22        A.  Okay, mm-hmm.

23        Q.  All right?  And on the next page it

24  reads, "Aroclor 5460 and 1254 act as vapor

25  suppressants"; do you see that?

Page 125

1                    R. DeGrandchamp

2          A.  I do.

3          Q.  Then it reads, "The United States

4   Department of Agriculture scientists reported that

5   the inclusion of from 5 to 25 parts per hundred by

6   weight of Aroclor increased the effective kill-life

7   of a lindane spray up to 10 times"; do you see

8   that?

9          A.  Yes, I do.

10         Q.  And then it goes on.  "A painted or

11  metallic surface sprayed with certain chlorinated

12  insecticides fortified with Aroclor will remain

13  toxic to flies, ants, roaches, silverfish up to two

14  to three months."

15         Again, it refers to the application onto

16  painted or metallic surfaces, correct?

17         A.  It doesn't specify what those surfaces

18  are, but you are correct, it pertains to surfaces.

19         Q.  Are you aware of crops ever being

20  painted or having a metallic surface?

21         A.  Am I aware of crops?

22         Q.  Right.

23         A.  If you have a silo, I -- do you paint

24  the inside of a silo where you store the corn?

25         Q.  Are crops metallic or painted?

1                    R. DeGrandchamp

2    in the Hartwell compendium are polycyclic aromatic

3    hydrocarbons?

4           A.  I would not be able to.

5           Q.  What is a heterocyclic compound?

6           A.  You're describing the same thing.  As I

7    just mentioned, PAHs are polyaromatic hydrocarbons.

8    Sometimes we slide a "cyclic" in there.  Cyclic

9    means you're talking about the -- what you call

10   condensed phenyl rings.  Those are cyclical

11   compounds.

12          Q.  PAHs are cyclical compounds, too,

13   correct?

14          A.  Yes.  That's what I just described.

15          Q.  And how many chemicals within the

16   Hartwell compendium are characterized as

17   heterocyclic compounds?

18          A.  As I mentioned, I don't -- or as I just

19   answered, I don't know all the chemicals.

20          Q.  Would you be able to refute the

21   observation that, together, the polycyclic aromatic

22   hydrocarbons and these heterocyclic compounds make

23   up about 61 percent of the compounds identified in

24   the Hartwell compendium?

25          A.  I have no opinion.

Page 153

1               R. DeGrandchamp

2          Q.  And heterocyclic compounds, like

3    polycyclic aromatic hydrocarbons, were already

4    known by the 1930s to cause cancers in humans,

5    correct?

6          A.  By 1930?

7          Q.  By the '30s.

8          A.  Well, you said -- did you -- I don't

9    want to be per -- the date.  Ichikawa and Yamaguchi

10   were the first to apply coal tar.  They knew

11   something was in coal tar that was causing the

12   cancer.  That was early 1930.  After that, yes.  By

13   1940, let's say, it was known these compounds were

14   carcinogens.

15         Q.  Aniline dyes were known by the 1930s to

16   cause cancers in humans, correct?

17         A.  Azo dyes were known in Germany to cause

18   cancer.  It was well-known.  I'd have to refer to

19   the Hueper study, if you have that.

20         Q.  Do you know what an azo structure is?

21         A.  Yes.

22         Q.  What is it?

23         A.  It's a phenyl -- it's an attached phenyl

24   ring with two nitrogen atoms attached to either

25   side.

Page 154

1        R. DeGrandchamp

2        Q.   All right.   Butter yellow is an example

3   of an aniline dye?

4        A.   Yes.

5        Q.   Butter yellow was known by the 1930s to

6   cause cancers in humans?

7        A.   I believe so.

8        Q.   Would you agree -- strike that.

9        Do you have any reason to refute the

10  observation that almost 40 of the 696 compounds

11  listed in Hartwell are aniline dyes?

12       A.   I have no opinion.

13       Q.   What is an aromatic aniline?

14       A.   That -- we just talked about that.   An

15  amine is a nitrogen-containing compound.

16       Q.   Okay.   So the Hueper study, for example,

17  was an amine-related compound, correct?

18       A.   That's correct.

19       Q.   And it was known by the 1930s that those

20  amine-related compound were associated with human

21  cancers?

22       A.   It was known 30 years prior to that.

23  That -- and let me clarify.   It was known prior --

24  many years before that that some of azo dyes were

25  carcinogens.

Page 329

1                    REPORTER'S CERTIFICATE

2     STATE OF COLORADO            )

3                                  ) ss.

4     COUNTY OF DENVER             )

5           I, MELANIE L. GIAMARCO, do hereby certify

6     that I am a Registered Professional Reporter and

7     Notary Public within the State of Colorado; that

8     previous to the commencement of the examination,

9     the deponent was duly sworn by me.

10          I further certify that this deposition was

11    taken in machine shorthand by me at the time and

12    place herein set forth, that it was thereafter

13    reduced to typewritten form, and that the foregoing

14    constitutes a true and correct transcript of the

15    proceedings had.

16          I further certify that I am not employed by,

17    related to, nor of counsel for any of the parties

18    herein, nor otherwise interested in the result of

19    the within litigation.

20          In witness whereof, I have affixed my

21    signature this 2nd day of April, 2018.

22

23          _____

              Melanie L. Giamarco, CSR RPR CRR

24

      My commission expires:  August 21, 2021.

25    Notary ID:  20014025991

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 727

# EXHIBIT 4

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF LOS ANGELES

 3   DEPARTMENT 3                    HON. J. STEPHEN CZULEGER, JUDGE

 4

 5    ROSLYN DAUBER AND                    )
      JOHN DI COSTANZO,                    )
 6                                         )
                        PLAINTIFFS,        )
 7                                         )  CASE NO. BC483342
         VS.                               )
 8                                         )
      MONSANTO COMPANY, ET AL.,            )
 9                                         )
                        DEFENDANTS.        )
10   _____)

11

12               REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                     MONDAY, MARCH 14, 2016

14                         P.M. SESSION

15   APPEARANCES OF COUNSEL:

16   FOR PLAINTIFFS:

17            WATERS KRAUS
              BY:  GARY PAUL, ESQ.
18            222 NORTH SEPULVEDA BOULEVARD
              SUITE 1900
19            EL SEGUNDO, CALIFORNIA 90245
              (310)414-8146
20            MARMITAGE@WATERSKRAUS.COM

21

              ALLEN STEWART, P.C.
22            BY: SCOTT R. FRIELING, ESQ.
              325 NORTH ST. PAUL STREET
23            SUITE 4000
              DALLAS, TEXAS 72501
24            (214)965-5700
              SFRIELING@ALLENSTEWART.COM

25

26   (APPEARANCES CONTINUED ON NEXT PAGE.)

27                         MARK SCHWEITZER, CSR, CRR, RPR
                           OFFICIAL PRO TEM COURT REPORTER
28                         LICENSE NO. 10514
                           213-663-3494
```

1          Q.    Would you agree with me there were thousands of

2    chemicals on the market in 1939?

3          A.    The number I use in my course is 80,000 today,

4    but I don't know when the development of all those chemicals

5    occurred in terms of manufacturing.  But I assume there was an

6    explosion back then.

7          Q.    Doctor, would you agree that certainly all the

8    chemicals that were available on the market in 1939 had not

9    been tested for cancer?

10         A.    Again, counselor, I don't know how many

11   chemicals -- I assume there were more than 700 chemicals.  I

12   don't know the number.  I didn't look for that information.

13         Q.    So you don't know what the percentage is of all

14   the chemicals on the market that were actually tested for

15   cancer?

16         A.    No, I don't.

17         Q.    Now, the Hartwell compendium, it lists a bunch

18   of chemicals that were tested, but it doesn't tell you why

19   those chemicals were tested, does it?

20         A.    The Rhodes document does that you cited.

21         Q.    The Hartwell compendium does not identify why

22   those chemicals were tested for cancer, correct?

23         A.    I don't know the answer to that question.

24         Q.    All right.  Well, let's take a step back.

25   About 200 of the chemicals listed in the Hartwell compendium

26   were polycyclic compounds, correct?

27         A.    Yes.

28         Q.    PAH, as we kind of know them today?

105

1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                     FOR THE COUNTY OF LOS ANGELES

3    DEPARTMENT 3                  HON. J. STEPHEN CZULEGER, JUDGE

4

5    ROSLYN DAUBER AND                   )
     JOHN DI COSTANZO,                    )
6                                         )
                          PLAINTIFFS,     )
7                                         )  CASE NO. BC483342
         VS.                              )
8                                         )
     MONSANTO COMPANY, ET AL.,            )
9                                         )
                          DEFENDANTS.     )
10                                        )
     _____

11

12

13

14            I, MARK SCHWEITZER, OFFICIAL COURT REPORTER PRO TEM

15   OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF

16   LOS ANGELES, DO HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT,

17   DATED MARCH 14, 2016, P.M. SESSION, COMPRISES A FULL, TRUE,

18   AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HELD IN THE

19   ABOVE-ENTITLED CAUSE.

20            DATED THIS 14TH DAY OF MARCH, 2016.

21

22            /S/ MARK SCHWEITZER
              MARK SCHWEITZER, RPR, CRR, CSR NO. 10514
23

24

25

26

27

28

# EXHIBIT 5

Page 1

1
2                     MISSOURI CIRCUIT COURT
3               TWENTY-SECOND JUDICIAL CIRCUIT
4                        ST. LOUIS CITY
5     _____
                                          )
6     BENITO WALKER, et al.,              )
                                          )
7           Plaintiffs,                   )    CAUSE NO.
                                          )
8     vs.                                 )    1122-CC-9621-01
                                          )
9     MONSANTO COMPANY, et al.            )
                                          )
10          Defendants.                   )
      _____)
11
12

                   VIDEOTAPED DEPOSITION OF
13
                   RICHARD DeGRANDCHAMP, PhD
14
                        Denver, Colorado
15
                        April 14, 2016
16
17
18
19
20
21
22
23
24    Reported by:
      MARGIE R. DAUSTER, RMR, CRR
25    JOB NO. 106240

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 733

Page 2

1

2

3

4

5                          APRIL 14, 2016

6                            9:15 A.M.

7

8           Videotaped Deposition of RICHARD

9     DeGRANDCHAMP, PhD, held at the offices of Husch

10    Blackwell LLP, Wells Fargo Center, Suite 4700,

11    Denver, Colorado 80203, before Margie R. Dauster,

12    Registered Merit Reporter, Registered Professional

13    Reporter, Certified Realtime Reporter, and Notary

14    Public of the State Colorado.

15

16

17

18

19

20

21

22

23

24

25

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 734

Page 175

1                      DeGrandchamp, PhD

2        A.    I haven't -- I haven't looked into

3    that.  I mean, I -- I have no opinion on that.

4        Q.    Do you know which lymphomas express

5    CD47?

6        A.    I have no opinion.  I -- I --

7              MR. KHERKHER:  Stop.  You answered the

8    question.  Let's go.  You're fine.

9        Q.    That's fine.

10             How many products -- chemical products

11   did DuPont manufacture in the 1930s?

12       A.    No idea.

13       Q.    How many were tested for cancer by

14   DuPont?  How many of DuPont's products --

15   chemical products manufactured in the 1930s did

16   DuPont test for cancer?

17       A.    I don't know how many products they

18   tested.  My opinion is based on that -- that

19   textbook or the book.

20       Q.    Where is the book?

21       A.    The Haskell.

22             I don't know.  I brought it to trial

23   once and it --

24       Q.    Do you have the book?

25       A.    It disappeared.  No.  I purchased it

Page 178

1                     DeGrandchamp, PhD

2          Q.    Well --

3          A.    They could not produce bladder cancer

4    in rats and mice.  That was -- so what I don't

5    want you to do is twist the purpose of that

6    slide.  I do not have an opinion on what

7    chemicals DuPont tested.  But their goal was to

8    test all products to protect the public and

9    their employees.  That --

10         Q.    Is -- is the only chemical product you

11   can identify that DuPont tested for cancer in

12   the 1930s azo-dyes?

13         A.    That -- that's all I've investigated,

14   yes.  That's the extent of my --

15         Q.    Have you identified any chemical

16   product manufactured by DuPont in the 1940s that

17   they tested for cancer?

18         A.    I have no opinion.

19         Q.    How many products did DuPont

20   manufacture in the 1940s?

21         A.    Same answer.

22         Q.    How about in the 1950s?  How many

23   chemical products did DuPont manufacture in the

24   1950s?

25         A.    Same answer.

Page 179

1                    DeGrandchamp, PhD

2        Q.    And how many did DuPont test for

3    cancer in the 1950s?

4        A.    I have no opinion.

5        Q.    How about Dow?  How many products did

6    Dow manufacture in the 1930s?

7        A.    I have no opinion.  I don't know.

8    They said they tested -- their first cancer test

9    was on that slide, and I could not find that.

10   Many of these companies have proprietary

11   information.  They don't want to reveal what

12   they're doing.  But they were certainly proud

13   that they had completed their first long-term

14   cancer study in a very early time point.

15       Q.    And you don't know what that product

16   is; correct?

17       A.    I looked.  And, again, many

18   companies -- well, yes or no.  Yes, I -- I do

19   not know.

20       Q.    All right.  How many chemical products

21   did Dow manufacture or process in the 1930s?

22       A.    I do not know.

23       Q.    And what percent of those products did

24   Dow test for cancer in the 1930s?

25       A.    I do not know.

Page 180

1                    DeGrandchamp, PhD

2        Q.    How many chemical products did Dow

3    manufacture in the 1940s?

4        A.    Don't know.

5        Q.    What percentage of those chemicals did

6    it test for cancer in the 1940s?

7              MR. KHERKHER:  Argumentative.

8        A.    Same answer.

9        Q.    Can you identify one chemical that Dow

10   manufactured in the 1940s that it tested for

11   cancer?

12       A.    No.

13       Q.    How about in the 1950s?

14       A.    No.

15       Q.    We've talked about PFOA/PFOS.

16       A.    Yes.

17       Q.    And you left open -- I don't mean to

18   mischaracterize your testimony.  But we talked

19   whether or not Dow and DuPont tested PFOS or

20   PFOA for cancer before it marketed those

21   products.

22             Do you know the answer to the question

23   whether those were tested for cancer before PFOS

24   and PFOA were marketed?

25       A.    Do I know if they conducted toxicity

Page 186

1

2               C E R T I F I C A T E

3    STATE OF COLORADO      )

                            ) ss.

4    COUNTY OF LARIMER      )

5             I, MARGIE R. DAUSTER, a Notary Public

6    within and for the State of Colorado, do hereby

7    certify:

8             That RICHARD DeGRANDCHAMP, PhD, the

9    witness whose deposition is hereinbefore set

10   forth, was duly sworn by me and that such

11   deposition is a true record of the testimony

12   given by such witness.

13            I further certify that I am not

14   related to any of the parties to this action by

15   blood or marriage; and that I am in no way

16   interested in the outcome of this matter.

17            IN WITNESS WHEREOF, I have hereunto

18   set my hand this 15th day of April, 2016.

19

20

     _____

21            MARGIE R. DAUSTER, RMR, CRR

22

23

24

25

# EXHIBIT 6

```
1        IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
                 TWENTY-FIRST JUDICIAL CIRCUIT
2           BEFORE THE HONORABLE STEVEN H. GOLDMAN


3

   SYDELL DUBLIN, et al.,    )
4                            )
          Plaintiffs,        )
5                            ) Cause No. 10SL-CC03822
   vs.                       )
6                            ) Division 12
   MONSANTO CO., et al.,     )
7                            )
          Defendants.        )
8


9
   ======================================================
10          REPORTER'S TRANSCRIPT OF PROCEEDINGS
                         VOLUME 10
11                    JUNE 19, 2015
                       Session B
12      Cont'd Cross-Examination of Dr. DeGrandchamp
           Reported by: Linda M. Dattilo, RPR, CCR
13 ======================================================

14 For the Plaintiff:          For the Defendants:
   Allen Stewart, P.C.         White & Williams
15 Mr. Allen Stewart           Mr. Thomas M. Goutman
   Mr. Scott R. Frieling
16 Mr. Steve Baughman Jensen   Husch Blackwell
                               Ms. Robyn D. Buck
17 Williams, Kherkher          Mr. Adam Miller
   Mr. Steven J. Kherkher

18

19

20

21

22

23

24

25
```

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 741

1    to cancer testing.

2            A.    Define paradigm.

3            Q.    I'm sorry.  That was argumentative.

4                    MR. FRIELING:  It most certainly

5    was.

6                    MR. MILLER:  Sustained. (Laughter.)

7                    MR. FRIELING:  I agree.

8                    MR. MILLER:  I will rephrase.

9                    THE COURT:  Go ahead.

10            Q.    (BY MR. MILLER)  Let's talk about

11    DuPont.  Now DuPont was making a lot of products at

12    the time in the 1930's, do you agree with that?

13            A.    I don't know anything about the

14    manufacturing operation.

15            Q.    Can you tell this jury whether DuPont

16    was conducting a two-year cancer bioassays on every

17    product it made?

18            A.    Dow or DuPont?  Which one?

19            Q.    DuPont.

20            A.    Were they conducting cancer studies on

21    every compound?  No.  Well, I'm not certain.  I do

22    not know.

23            Q.    All right.  Now you do know that DuPont

24    was conducting some cancer assays on azo dyes?

25            A.    That's correct.

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 742

1     A.    And that's why they didn't have to

2    conduct animals.  They were looking for the antidote.

3    They were looking for a treatment, so they had

4    developed an animal model to do that, and that's why

5    they conducted the animal studies.

6         Q.    Let's circle back.  The animal studies

7    were being conducted in part because they already

8    knew that the azo dyes were causing a problem in

9    their workers?

10        A.    The distinction I'm trying to make is

11   you don't conduct animal studies to confirm human

12   cancers.  There's a very specific reason.  So I think

13   you're intimating at least that they were trying to

14   confirm human studies that they already knew was part

15   of the -- This had been known for 20 years.

16        Q.    That's the point.  They knew that these

17   azo dyes were causing cancers in humans for 20 years

18   before they started doing the animal studies?

19        A.    Right.

20        Q.    That's the point.  Now let's talk about

21   Dow.  Can you tell me the products Dow was conducting

22   cancer tests on?

23        A.    They did not publish those studies.

24        Q.    You looked at a website and you couldn't

25   found out what Dow was doing?

1808

# **EXHIBIT 7**

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                     FOR THE COUNTY OF LOS ANGELES

 3   DEPARTMENT 3              HON. J. STEPHEN CZULEGER, JUDGE

 4

 5   PAUL BROWNLEE, FRED STEELE and     )
     ARUTYUN KARABADZHAKYAN,            )
 6                                      )
                     PLAINTIFFS,        )
 7                                      ) SUPERIOR COURT
              vs.                       ) CASE NO. BC 497582, ETC
 8                                      )
     MONSANTO COMPANY, ET AL.,          )
 9                                      )
                     DEFENDANTS.        )
10   _____)

11

12             REPORTER'S TRANSCRIPT OF PROCEEDINGS

13                    Monday, April 23, 2016

14                       A.M. Session

15

     APPEARANCES OF COUNSEL:
16
     FOR PLAINTIFFS:       WATERS KRAUS
17                         BY:  GARY PAUL, ESQ.
                                MICHAEL ARMITAGE, ESQ.
18                         222 North Sepulveda Boulevard
                           Suite 1900
19                         El Segundo, California  90245
                           (310)414-8146
20                         gpaul@waterskraus.com
                           marmitage@waterskraus.com
21                                   &

22                         ALLEN STEWART, P.C.
                           BY:  SCOTT R. FRIELING, ESQ.
23                         325 North St. Paul Street
                           Suite 4000
24                         Dallas, Texas  72501
                           (214)965-5700
25                         sfrieling@allenstewart.com

26
     (Appearances continued on next page.)
27
                           DAVID A. SALYER, CSR, RMR, CRR
28                         Official Pro Tem Court Reporter
                           License No. 4410
```

1      Q.    And you're familiar with a 1938 paper that he

2  published entitled "Experimental Production of Bladder Tumors

3  in Dogs by Administration of Beta Naphthalene"?

4      A.    Beta?

5      Q.    I may have to spell it out.  I'm sorry, there's

6  a typo.  Sorry, yes, beta.  Beta naphthalene.

7      A.    Naphthalene, yes.

8      Q.    That study was basically on something called an

9  azo dye, correct?

10     A.    That's correct.

11     Q.    By the time he began that study in the '30s, it

12  was well known that azo dyes were causing cancers in the

13  workforce, right?

14     A.    Yes.

15     Q.    So the trigger for that study that he did was an

16  observation that azo dyes were causing cancer to workers, and

17  therefore a study was done?

18     A.    No.  I would disagree with the trigger.

19  He was trying to develop an antidote.

20  It was already known that that particular chemical

21  caused human cancers.  He was trying to -- he was trying to

22  develop an animal model to help his workers and he couldn't

23  produce it in rats or mice.

24     Q.    That's the point, though, is that the first step

25  in the sequence that led to this study was that workers were

26  having an increased incidence of cancer from exposure to azo

27  dyes, correct?

28     A.    Well, again, the purpose of this study was not

1    intended to investigate the workers.

2         Q.    I'm not really asking the purpose.  I'm asking

3    you what was the first -- he's obviously not going to do a

4    study -- he is studying azo dyes because it causes cancer in

5    workers?

6         A.    He studied to develop an antidote.  That's the

7    purpose of his study.

8         But the workers were developing cancer prior to that,

9    so -- I would agree that the workers, that was already known.

10        Q.    That's all I'm trying to establish.

11        A.    Oh, okay.

12        Q.    Thank you, Doctor.

13        And you don't know of any signal or trigger in the

14   '30s, '40s or '50s coming from Monsanto's workforce where

15   Monsanto workers making PCBs had excess cancers outside the

16   background level, do you?

17        A.    I'm not aware of any studies -- cancer

18   studies no.

19        Q.    You're aware that General Electric,

20   Westinghouse, a company called National Cash Register, a

21   multitude of other companies were using PCBs in the '30s, '40s

22   and '50s, correct?

23        A.    I was not asked to look at the human

24   epidemiology for this.  I was asked to restrict my expertise

25   to toxicology.

26        Q.    In any event, for whatever reason, you are not

27   aware, as you sit here today, having spent 25 years of your

28   life that you told us Friday dedicated to PCBs, you're not

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2                    FOR THE COUNTY OF LOS ANGELES

 3   DEPARTMENT 3                 HON. J. STEPHEN CZULEGER, JUDGE

 4

 5   PAUL BROWNLEE, et al.,            )
                                       )
 6                   Plaintiffs,       )
                                       ) SUPERIOR COURT
 7         vs.                         ) CASE NO. BC 497582, ETC.
                                       )
 8   MONSANTO COMPANY, et al.,         )
                                       )
 9                   Defendants.       )
     _____)

10

11

12

13

14        I, DAVID A. SALYER, Official Pro Tem Reporter of the

15   Superior Court of the State of California, for the County of

16   Los Angeles, do hereby certify that the foregoing pages, 1

17   through 135, inclusive, comprise a true and correct transcript

18   of the proceedings taken in the above-entitled matter reported

19   by me on April 25, 2016.

20        DATED: April 25, 2016.

21

22

23

24        _____

25            DAVID A. SALYER, CSR, RMR, CRR
              Official Pro Tem Court Reporter
26            CSR No. 4410

27

28
```

# EXHIBIT 8

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

Case No.: BC480068
_____

ANNA MONTGOMERY,

            Plaintiff,

vs.

MONSANTO CO.; SOLUTIA INC.; PHARMACIA CORP.;
PFIZER, INC.; SOUTHERN CALIFORNIA GAS CO.;
and DOES 1-350 Inclusive,

            Defendants.
_____

AND

MISSOURI CIRCUIT COURT
TWENTY-FIRST JUDICIAL CIRCUIT
ST. LOUIS COUNTY

Cause No.: 12SL-CC-01497
Div. 16
_____

LESLIE HEARON, et al.,

            Plaintiffs,

v.

MONSANTO COMPANY, et al.,

            Defendants.

_____

VIDEOTAPED DEPOSITION OF:
RICHARD DEGRANDCHAMP, Ph.D.
                              December 5, 2014
_____

Richard DeGrandchamp, PhD
December 5, 2014

Page 3

1          Pursuant to notice and the California

2     Code of Civil Procedure, the videotaped deposition

3     of RICHARD DEGRANDCHAMP, Ph.D., called by

4     Defendants was taken on Friday, December 5, 2014,

5     commencing at 8:58 a.m., at 1700 Lincoln Street,

6     Suite 4700, Denver, Colorado, before Petina Falk,

7     Registered Professional Reporter and Notary Public

8     for the State of Colorado.

9

10                  I N D E X

11    DEPOSITION OF RICHARD DEGRANDCHAMP

12    EXAMINATION BY:                        PAGE

13         Mr. Jensen                    206, 214

14         Mr. Miller                     10, 210

15

16

17

18

19

20

21

22

23

24

25

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Richard DeGrandchamp, PhD
December 5, 2014

Page 211

1   scientific literature where a scientist has

2   expressed the opinion that to a reasonable degree

3   of scientific probability had a bioassay been

4   conducted in the 1930s, '40s, or '50s using the

5   technology and the protocols then in existence

6   cancer would have been found using PCBs?

7        A    I have not seen that.

8        Q    Okay.  Have you seen anywhere in the

9   medical or scientific literature that any

10  recommendation had been made either by a

11  scientist, whether he be a toxicologist,

12  epidemiologist, or public health official,

13  recommend to Monsanto Company or the major users

14  of polychlorinated biphenyls that they conduct a

15  cancer bioassay in the '30s, the 1940s, the

16  1950s?

17       A    I haven't looked for that.

18       Q    Okay.  Have you seen anywhere in the

19  medical or scientific literature where an excess

20  of cancers had been experienced in occupational

21  cohorts that were either manufacturing PCBs or

22  using them day in and day out in their

23  manufacturing processes?

24       A    No.

25       Q    You had said that if a study had been

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 752

**Richard DeGrandchamp, PhD**
**December 5, 2014**

Page 216

1   STATE OF COLORADO)

2                    ) ss.    REPORTER'S CERTIFICATE

3   COUNTY OF DENVER )

4            I, Petina Falk, do hereby certify that I

5   am a Registered Professional Reporter and Notary

6   Public within the state of Colorado; that previous

7   to the commencement of the examination, the

8   deponent was duly sworn to testify to the truth.

9            I further certify that this deposition

10  was taken in shorthand by me at the time and place

11  herein set forth, that it was thereafter reduced

12  to typewritten form, and that the foregoing

13  constitutes a true and correct transcript.

14           I further certify that I am not related

15  to, employed by, nor of counsel for any of the

16  parties or attorneys herein, nor otherwise

17  interested in the result of the within action.

18           In witness whereof, I have affixed my

19  signature this 12th day of December, 2014.

20           My commission expires November 2, 2017.

21

22           _____

             Petina Falk, RPR
23           216 - 16th Street, Suite 600
             Denver, Colorado 80202

24

25

**Paszkiewicz Court Reporting**
**(618) 307-9320 / Toll-Free (855) 595-3577**

# EXHIBIT 9

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
Honorable Elizabeth Hogan, Judge


BENITO WALKER, ET AL.,          )
                                )
          Plaintiffs,           )
                                )
v.                              )   No. 1122-CC09621-01
                                )
                                )
MONSANTO COMPANY, ET AL.,       )
                                )
          Defendants.           )
_____

**MAY 17, 2016 - TRIAL TRANSCRIPT VOLUME 12A**
_____



**Appearances**

For the Plaintiffs:          For the Defendants:

Steven Kherkher             James Bennett
Allen Stewart               Thomas Goutman
Erica Slater                Robyn Buck
                            Adam Spicer




SHERRY GANTNER, CCR #839, CSR, RPR
OFFICIAL COURT REPORTER
CITY OF ST. LOUIS
TWENTY-SECOND JUDICIAL CIRCUIT

1    to laboratory work now?

2         Q.   Yes.

3         A.   Yes, laboratory.

4         Q.   Isn't it true that you've never done a study

5    looking at something called COX-2 in animals

6    administered PCBs?

7         A.   That's correct.

8         Q.   Am I also true that you haven't done a study

9    looking at telomere lengths and leukocytes?

10        A.   That's correct.

11        Q.   Am I also true that you have not conducted

12   any of the cellular studies that you described to the

13   jury?  Is that correct?

14        A.   That's correct.

15        Q.   Now, you are also here to talk about

16   two-year cancer tests, right?

17        A.   That's correct.

18        Q.   Am I correct, sir, that you have not

19   yourself conducted from start to finish a two-year

20   cancer study?

21        A.   Can I just ask for clarification?  By myself

22   a two-year study?

23        Q.   My question is simply this:  Is it true that

24   you have not yourself conducted from start to finish a

25   two-year cancer study?

1        A.    That's correct.

2        Q.    Am I correct, sir, that you have never been

3    personally involved in conducting any animal tests

4    involving PCBs?

5        A.    That's correct.

6        Q.    Am I also correct that when we first took

7    your deposition in August of 2014, you had not

8    reviewed any of the modern animal cancer tests for

9    PCBs, correct?

10        A.    Not for this case, no, that's correct.

11        Q.    You had not as of August of 2014?

12        A.    Not for this case, that's correct.

13        Q.    Am I correct that when we took your

14    deposition again in December of 2014, you still had

15    not reviewed all of the chronic bioassays for Aroclors

16    and PCBs?

17        A.    Not all of them, no.

18        Q.    Doctor, am I also correct you showed a slide

19    about the NTP studies?  Remember that?

20        A.    Yes, I do.

21        Q.    And you referred to the NTP studies as the

22    gold standard?

23        A.    Yes.

24        Q.    And they were conducted in 2006 and 2010,

25    some time ago?

1      Q.   Okay.  So we'll take that off.  So DuPont

2  was not testing azo dyes for cancer in the 1930s?

3      A.   They were trying to develop cancer in order

4  to develop an antidote for their workers, yes.

5      Q.   Okay.  So you can't name any cancer studies

6  that DuPont did in the '30s, '40s, '50s or '60s,

7  correct?

8      A.   That's correct, other than --

9      Q.   You mentioned that you don't know how many

10  chemicals Dow made in the '30s, '40s, '50 or '60s,

11  correct?

12      A.   That's correct.

13      Q.   At the end of the day, sir, you don't know

14  what chemicals, if any, Dow was testing for cancer in

15  the '30s, '40s, or '50s or under what circumstances

16  any such tests were prompted, right?

17      A.   That's correct.

18      Q.   Now, I'd like to talk with you a little bit

19  about this Hartwell compendium.  And this is --

20      MR. GOUTMAN:  Has this document been moved

21  into evidence?

22      MR. STEWART:  It has.

23      MR. GOUTMAN:  Thank you.

24      Q.   (By Mr. Goutman) It's P-289.  And just to

25  orient the jury, this is a publication that came out

1

2                                 **CERTIFICATE**

3

4                I, Sherry L. Gantner, Certified Court

5     Reporter, do hereby certify that I am an official

6     court reporter for the Circuit Court of the City of

7     St. Louis; that on May 17, 2016, I was present and

8     reported all the proceedings had in the case of BENITO

9     WALKER, ET AL., Plaintiffs, vs. MONSANTO COMPANY, ET

10    AL., Defendants, Cause No. 1122-CC09621-01.

11               I further certify that the foregoing

12    pages contain a true and accurate reproduction of the

13    proceedings.

14

15                    _/S/Sherry Gantner_

16               Sherry L. Gantner, CCR 839
                    RPR, CSR (IL and MO)
17

18

19

20

21

22

23    TRANSCRIBED:  May 17, 2016

24

25