# EXHIBIT 10

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

_____
                                 )
SAN DIEGO UNIFIED PORT           )
DISTRICT, a public               )
corporation; and CITY OF         )
SAN DIEGO, a municipal           )
corporation,                     )   Case No.
                                 )   3:15-cv-00578-WQH-AGS
    Plaintiffs,                  )
                                 )
vs.                              )
                                 )
MONSANTO COMPANY, SOLUTIA        )
INC., and PHARMACIA              )
CORPORATION,                     )
                                 )
    Defendants.                  )
_____)


              VIDEOTAPED DEPOSITION OF:
              RICHARD DeGRANDCHAMP, Ph.D.
                 Denver, Colorado
                 June 18, 2019






Reported by:  Melanie L. Giamarco, RMR CRR
Job No.:  161725

Page 2

1            June 18, 2019

2              9:00 a.m.

3

4        VIDEOTAPED DEPOSITION OF RICHARD

5    DeGRANDCHAMP, Ph.D., taken by the Defendants, at

6    1750 Welton Street, Denver, Colorado, before

7    Melanie L. Giamarco, a Registered Professional

8    Reporter, Registered Merit Reporter, Certified

9    Realtime Reporter and Notary Public of the State of

10   Colorado.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 762

1      Q.   That's all I asked.

2      A.   All right.

3      Q.   Okay.  Do you know what products Dow

4  tested for cancer in the 1930s?

5      A.   It'll be my same answer I gave you last

6  time.  No.  They were tremendously proud of the

7  fact that they conducted their first cancer study

8  in the late 1930s, but as most companies are loathe

9  to do, they didn't give any details.  And they

10 didn't publish that study in the scientific

11 literature, that I could find.  And I spent some

12 time looking for it.

13     Q.   Do you know what the product was that

14 they first tested?

15     A.   As I just said, I could not find any

16 information because, apparently, they didn't

17 publish it.

18     Q.   And you don't know what triggered their

19 interest in conducting that study, correct?

20     MR. CORLEY:  Objection, form.  It's vague

21 and ambiguous.  Calls for the witness to speculate.

22     A.   No.

23     Q.   Do you know how many chemicals Dow

24 tested for cancer between 1930 and 1970?

25     A.   I do not.

Page 108

1          Q.   Do you know how many chemicals Dow

2    manufactured in that period of time?

3          A.   As test compounds, or massive quantities

4    like PCBs?

5          Q.   How many chemicals did Mon- -- strike

6    that.

7          How many chemicals did Dow manufacture and

8    sell between the 1930s and 1970s?

9          A.   I have no firsthand knowledge of any

10   product study.

11         Q.   Do you have any knowledge of the

12   percentage of products that it manufactured and

13   sold between 1930 and 1970 that it tested for

14   cancer?

15         A.   I have no knowledge.

16         Q.   You are familiar with DuPont's

17   evaluation of the carcinogenicity of azo dyes in

18   the 1930s?

19         A.   Are you using DuPont as a euphemism for

20   Dr. Huber?  I'm not aware of any publication by

21   DuPont.  Are you including Dr. Huber and any

22   employee of -- yeah, we've discussed the Huber

23   study.  Is that what you're referring to?

24         Q.   Absolutely.

25         A.   Okay.  Well . . .

Page 230

1  content in the body.

2          So there is another -- there's another

3  factor here she hasn't taken into account, but I

4  don't know definitively, sitting here, without me

5  reviewing all my records, whether that was

6  recognized back then or not.

7          Q.  All right.  Let's go to the last

8  paragraph.

9          A.  Okay.

10         Q.  "Thus, despite positive laboratory

11  animal data, and except for chloracne, exposure to

12  PCBs has led to no convincing clinically

13  demonstrable chronic health effects in humans"; I

14  read that correctly?

15         A.  Yes.

16         Q.  And is that a correct statement of the

17  science as it existed in 1988?

18         MR. LAND:  Objection; lacks foundation,

19  calls for speculation.

20         A.  Sitting here today, I can't reconstruct

21  what was known in '88.

22         Q.  Have you seen anywhere in the

23  peer-reviewed scientific literature the statement

24  that had Monsanto conducted a chronic study of PCBs

25  using the same methodology and protocol as Fitzhugh

Page 231

1    and Nelson in 1946, that PCBs would have been

2    determined to be carcinogenic?

3         A.   I have not seen anything published to

4    that effect, no.

5         Q.   Have you seen that hypothesis expressed

6    anywhere in the literature that had Monsanto

7    conducted a carcinogenicity assay or a chronic

8    assay using the same protocol that Fitzhugh and

9    Nelson did in 1946, that PCBs, more likely than

10   not, would have been determined to be carcinogenic?

11        A.   Is that different from the question you

12   just asked me?  I think they're the same question.

13        Q.   They're close.

14        A.   What's the difference, then?

15        Q.   Well, one is the statement, the other is

16   the suggestion of a hypothesis.

17        A.   Oh, did someone propose a hypothesis?

18   No, not that I'm aware of.

19        Q.   It's your belief that Fitzhugh and

20   Nelson's 1946 study --

21        A.   '47?

22        Q.   '47 -- demonstrated the carcinogenicity

23   of DDT?

24        A.   Yes.

25        Q.   Can you describe the protocol used by

Page 245

1   in a paper that has nothing to do with cancer, does

2   he state, does it have cancer?

3        Q.  No, I didn't ask that at all.  Please

4   pay attention to my question, sir.

5        A.  I'm trying.  I'm trying.

6        Q.  Does the FDA know, in 1948, that DDT

7   causes cancer in the liver of laboratory rats?

8        A.  Yes.

9        Q.  Did FDA ban DDT in 1948?

10       A.  Oh, that's -- no.  No.

11       Q.  Did it ban DDT in 1950?

12       A.  No.

13       Q.  Did it ban DDT in 1960?

14       A.  It didn't have any authority to ban it.

15       Q.  Did it ban it, sir?  That's my question.

16       MR. LAND:  Whoa, whoa, whoa, whoa, whoa,

17   whoa.

18       MR. CORLEY:  You yell at this witness and

19   we're going to quit.

20       MR. MILLER:  Authority or not.

21       MR. LAND:  This is out of line.

22       MR. CORLEY:  You need to back off a little

23   bit.

24       MR. MILLER:  Oh, stop it.

25       MR. LAND:  Do we need to take a break?

Page 248

1    DDT on food crops greatly expanded after Fitzhugh
2    and Nelson's 1947 paper, correct?
3          A.  I am not aware of the overall number of
4    tons used, no.
5          Q.  By 1950, if I understand your report
6    correctly, it was understood in the scientific
7    community that DDT could bioaccumulate?
8          A.  After what time?
9          Q.  1950.
10         A.  It was known much earlier than that,
11   but, yeah, certainly by 1950.
12         Q.  And by 1950, is it your testimony that
13   DDT was known to biomagnify?
14         A.  We're going to have to have a discussion
15   of this term, because it seems to have a loaded
16   meaning.  To me, I use biomagnification as the
17   increase in one trophic level.  So when I
18   discuss -- I just want to make sure we're clear on
19   what your definition of "biomagnification" is.  I'm
20   not an ecologist, so I don't conduct
21   biomagnification studies in the environment.
22         Q.  But in any event, by 1950, your
23   testimony is that the scientific community
24   understood that DDT could bioaccumulate in living
25   organisms?

Page 249

1    A.  Yes.  Yes.

2         (Exhibit 26 was marked for identification.)

3    Q.  Okay.  I'm going to hand you what I've

4  marked as Exhibit 26.  It's entitled "DDT:  A

5  Review of Scientific and Economic Aspects of the

6  Decision to Ban Its Use As a Pesticide."  And this

7  is dated 1975; do you see that?

8    A.  I do.

9    Q.  And it's published by the U.S.

10 Environmental Protection Agency, correct?

11   A.  Yes.

12   Q.  Okay.  Now, it's a long document, so

13 I've only excerpted one -- or a few particular

14 pages, but if you look at page 149 that I've

15 attached to that exhibit, it has the domestic

16 production consumption and exports of DDT in the

17 United States, 1950 to 1972; do you see that?

18   A.  Yes.

19   Q.  The domestic consumption of DDT

20 expressed in 1,000 pounds in 1957 was 57 million

21 638 pounds; is that correct?

22   A.  I'm sorry.  Where are you?

23   Q.  1950.

24   A.  Oh, in 1950, yes.

25   Q.  Domestic consumption, 57 million.

Page 250

1      A.   I thought you said 53.  I'm sorry.  Yes,

2   that's correct.

3      Q.   And by 1960, that had expanded to 70

4   million 146 pounds of domestic consumption of DDT?

5      A.   That looks correct.

6      MR. LAND:  Slight clarification.  70

7   million, 146 thousand, but that's fine.

8      Q.   Yeah.  70 million, 146 thousand pounds

9   of domestic consumption of DDT in 1960, is that

10   correct?  Yes.  Domestically --

11      A.   Are you answering your own question?

12      Q.   I am.

13      A.   Okay.

14      Q.   Is it true that domestically, 70 million

15   146 thousand pounds of DDT was used in 1960?

16      A.   Yeah.  That looks correct, yes.

17      Q.   Thank you.

18      A.   Thank you for the answer.

19      Q.   I could help you out a lot more if you'd

20   let me.

21      A.   You could.

22      Q.   So, you know, roughly, the use of DDT

23   domestically jumped, from 1950 to 1960, by about 13

24   million pounds, correct?

25      A.   Approximately.

Page 251

1          Q.  And a substantial portion of that DDT

2    was used on food crops, correct?

3          MR. CORLEY:  Objection, form; calls for

4    speculation.

5          A.  It doesn't indicate what it was used

6    for.

7          Q.  DDT was used during that period of time

8    in residential neighborhoods, correct?

9          MR. LAND:  Objection; calls for speculation.

10         A.  I have no information on that.

11         Q.  During the period of time that it was

12   already known, according to your testimony, that

13   DDT caused cancer in laboratory animals and that it

14   was known that DDT could bioaccumulate in living

15   organisms, DDT nevertheless was used in greater

16   volumes during that period of time, correct?

17         A.  It appears to be.  Now, one thing I

18   want --

19         Q.  There's no pending question, Doctor.

20         MR. LAND:  We can address this later, if you

21   need it.  No question is pending.

22         (Exhibit 27 was marked for identification.)

23         Q.  Doctor, I'm going to hand you what we've

24   marked as Exhibit 27.  This is a 1957 publication

25   by the United States Department of Public Health,

Page 259

1          MR. LAND:  Same objections.

2          A.  I have no opinion.

3          Q.  Okay.  After 1950, when you say the

4    medical and scientific community understood that

5    DDT could bioaccumulate, did the patterns of DDT's

6    use domestically change?

7          MR. CORLEY:  The same objections.

8          A.  Opinions about its use changed.  I

9    haven't looked at production and use numbers, but

10   during that time period, keep in mind, unlike other

11   compounds that were bioaccumulating, DDT was very

12   useful.  So, did the subsequent wars, Korea and so

13   forth -- did they produce more to keep them from

14   developing typhoid, other -- so there's a

15   cost-benefit analysis that they have to conduct.

16   So they're not responding to these toxicity

17   studies.  Whether or not they increased the

18   production or not, I don't know.

19          (Exhibit 28 was marked for identification.)

20          Q.  I'm going to hand you what I've marked

21   as Exhibit Number 28.

22          You mentioned Dr. Lehman earlier in your

23   testimony today?

24          A.  I did.

25          Q.  Who is Dr. Lehman?

Page 260

1          A.   He was the chief of -- I think it was

2     the pharmacology division in the FDA.

3          Q.   And, in fact, what I've handed you as

4     Exhibit Number 28 is the document entitled

5     "Summaries of Pesticide Toxicity" by A.J. Lehman,

6     L-e-h-m-a-n, M.D., Director, Division of

7     Pharmacology, Bureau of Scientific Research, Food

8     and Drug Administration, U.S. Department of Health,

9     Education, and Welfare, Washington, D.C., correct?

10         A.   Yes.

11         Q.   And the date of this is 1965; is that

12    right?

13         A.   That's correct.

14         Q.   And this is after, obviously, Fitzhugh

15    and Nelson's paper was published, correct?

16         A.   That's correct.

17         Q.   And after you believe that it was

18    well-known that DDT could bioaccumulate, correct?

19         A.   That's correct.

20         Q.   And if you turn to page 16, there's a

21    discussion of DDT; is that correct?

22         A.   That's correct.

23         Q.   And it reads, "DDT," and then there's a

24    section entitled "Toxicity in rats," correct?

25         A.   That's correct.

Page 261

1          Q.   And I've highlighted on your copy where

2     it refers to neoplasms, correct?

3          A.   That's correct.

4          Q.   And that would refer to cancer; is that

5     right?

6          A.   That's correct.

7          Q.   And Dr. Lehman writes DDT is not a

8     carcinogen, correct?

9          A.   That's what he writes.

10         Q.   Can you identify a single study of DDT

11    in which it was observed -- strike that.  Let's do

12    this in a little bit more methodical way.

13         Let me ask this:  Did you find a single

14    report in the scientific literature that referred

15    to PCBs as bioaccumulating between 1930 and 1966?

16         A.   Yeah, could you just hold off for just a

17    second?

18         Q.   Sure.

19         A.   (Document reviewed.)  I just want to

20    make sure the previous answer I gave you was

21    correct.

22         (Document reviewed.)  Okay.  I gave you the

23    previous answer that he stated neoplasm DDT is not

24    a carcinogen.

25         Q.   Thank you.

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 774

Page 262

1          A.  I see that, but I want to also state I

2     don't see a reference to the Fitzhugh study.

3          Q.  Look at --

4          A.  Oh, yes.  I'm sorry.  I'm sorry.  Yes,

5     you're right.

6          Q.  Look at "chronic feeding."  It says

7     "Fitzhugh, O.G., and Nelson, A.A., Journal of

8     Pharmacology" --

9          A.  Yes, sir.  You're correct.

10          Q.  -- "Experimental Therapy," correct?

11          A.  Right.

12          Q.  That's the 1947 paper we've talked

13     about?

14          A.  Right.  Yes.

15          Q.  So Lehman is specifically referring to

16     Fitzhugh and Nelson that we've talked about that

17     you said indicated that DDT was carcinogenic,

18     correct?

19          A.  I didn't say that, but I read you what

20     Fitzhugh said.

21          Q.  You cited in your report a paper by

22     Woodward [sic], 1945?

23          A.  Woodard.

24          Q.  Woodard.  I'm sorry.

25          It's entitled "Accumulation of DDT in the

Page 317

1                    REPORTER'S CERTIFICATE

2   STATE OF COLORADO            )

3                                ) ss.

4   COUNTY OF DENVER             )

5          I, MELANIE L. GIAMARCO, do hereby certify

6   that I am a Registered Professional Reporter and

7   Notary Public within the State of Colorado; that

8   previous to the commencement of the examination,

9   the deponent was duly sworn by me.

10         I further certify that this deposition was

11  taken in machine shorthand by me at the time and

12  place herein set forth, that it was thereafter

13  reduced to typewritten form, and that the foregoing

14  constitutes a true and correct transcript of the

15  proceedings had.

16         I further certify that I am not employed by,

17  related to, nor of counsel for any of the parties

18  herein, nor otherwise interested in the result of

19  the within litigation.

20         In witness whereof, I have affixed my

21  signature this 21st day of June, 2019.

22

23  _____

            Melanie L. Giamarco, CSR RPR CRR

24

    My commission expires:  August 21, 2021.

25  Notary ID:  20014025991

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 776

# EXHIBIT 11

```
                                                     Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

CASE NO. BC461315

_____

VIDEO DEPOSITION OF RICHARD L. DEGRANDCHAMP, PHD

AUGUST 21, 2014

_____

MICHAEL E. WILLIAMS, VIRGINIA RODRIGUEZ AND SUSAN

LAURY,

          Plaintiffs,

vs.

MONSANTO COMPANY, ET AL.,

          Defendants.

_____

APPEARANCES:

      ALLEN STEWART, P.C.
           By Steve Baughman Jensen, Esq.
              Republic Center
              325 North St. Paul Street, Suite 4000
              Dallas, Texas  75201
              Appearing for Plaintiffs.


      STEPTOE & JOHNSON, LLP
           By Lawrence P. Riff, Esq.
              633 West Fifth Street, Suite 700
              Los Angeles, California  90071
              and
      HUSCH BLACKWELL, LLP
           By Adam E. Miller, Esq.
              190 Carondelet Plaza, Suite 600
              St. Louis, Missouri  63105
              Appearing for Defendants.

ALSO PRESENT:  Robert Kaley
```

**Richard L. DeGrandchamp, PhD**
**August 21, 2014**

Page 2

1           Pursuant to Notice and the California Rules

2    of Civil Procedure, the Video Deposition of

3    Richard L. DeGrandchamp, PhD., called by Defendants,

4    was taken on August 21, 2014, commencing at 9:00 a.m.,

5    at 1700 Lincoln Street, Suite 4700, Denver, Colorado,

6    before Harriet S. Weisenthal, Registered Professional

7    Reporter and Notary Public within and for the State of

8    Colorado.

9

10

11                    I N D E X

12   DEPOSITION OF RICHARD L. DEGRANDCHAMP, PHD:

13   EXAMINATION                                    PAGE

14   Examination by Mr. Riff                           5
     Examination by Mr. Jensen                       196
15   Examination by Mr. Riff                         197

16

17

18

19

20

21

22

23

24

25

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 779

Richard L. DeGrandchamp, PhD
August 21, 2014

Page 52

1   history of science?

2           A       Science?

3           Q       Right.

4           A       No.

5           Q       Are you an expert in the history of

6   animal bioassay testing?

7                   MR. JENSEN:  Objection to form.

8                   THE WITNESS:  Do I have a degree in that?

9   BY MR. RIFF:

10          Q       No.

11          A       Could you --

12          Q       Okay.  So, I am now asking, really, an

13  opinion question.  I am asking your opinion whether you

14  are -- whether you consider yourself an expert in a

15  subject.  That's what I am asking.

16                  And, so, that's what I am asking:  Do you

17  consider yourself an expert in the history of cancer

18  studies involving animal bioassays?

19                  MR. JENSEN:  Objection to form.  Calls

20  for a legal conclusion.

21                  THE WITNESS:  The history, no.

22  BY MR. RIFF:

23          Q       Does the term, "state-of-the-art," mean

24  something to you?

25          A       Yes.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Richard L. DeGrandchamp, PhD
August 21, 2014

Page 200

1   STATE OF COLORADO)

2                   )ss.   REPORTER'S CERTIFICATE

3   COUNTY OF DENVER )

4       I, Harriet S. Weisenthal, do hereby certify that I

5   am a Registered Professional Reporter and Notary Public

6   within the State of Colorado; that previous to the

7   commencement of the examination, the deponent was duly

8   sworn to testify to the truth.

9       I further certify that this deposition was taken

10  in shorthand by me at the time and place herein set

11  forth, that it was thereafter reduced to typewritten

12  form, and that the foregoing constitutes a true and

13  correct transcript.

14      I further certify that I am not related to,

15  employed by, nor of counsel for any of the parties

16  or attorneys herein, nor otherwise interested in

17  the result of the within action.

18      In witness thereof, I have affixed my signature

19  and seal this August 26, 2014.

20      My Commission expires September 7, 2017.

21

22                  _____

23                  Harriet S. Weisenthal

24

25

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 781

# EXHIBIT 12

Page 1380

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
TWENTY-FIRST JUDICIAL CIRCUIT
THE HONORABLE STEVEN H. GOLDMAN, PRESIDING


JULIA SMITH, et al.,        )
                            )
          PLAINTIFFS,       )
                            )
          vs.               ) Cause No. 10SL-CC03822
                            )
MONSANTO CO., et al.,       )
                            )
          DEFENDANTS.       )




================================================
REPORTER'S TRANSCRIPT OF PROCEEDINGS
VOLUME 8
SEPTEMBER 17, 2015
SESSION B
CROSS EXAMINATION OF
DR. RICHARD DEGRANDCHAMP
Reported by:  Rhonda J. Laurentius, CCR, RPR
================================================

For the Plaintiffs:          For the Defendants:
Allen Stewart, P.C.          White & Williams
Mr. Allen Stewart            Mr. Thomas Goutman
Mr. Steve Baughman Jensen    Mr. Christopher DiMuro

Williams Kherkher            Husch Blackwell
Mr. Steven J. Kherkher       Ms. Christine Miller
                             Mr. Adam Miller

Page 1394

1    Q.    Now you mentioned that you were an

2    adjunct -- What is your title there?

3        A.    I'm a lecturer.

4        Q.    Lecturer.  You teach two courses a

5    year, is that right?

6        A.    Yes.

7        Q.    And one is in the fall, one is in the

8    spring, and for each of those courses you earn

9    $5,000?

10       A.    Yes.

11       Q.    All right.  But as a lecturer, as

12   whatever faculty position you might have at the

13   University of Colorado, you don't operate or run a

14   toxicology lab, is that correct?

15       A.    Not in my current position, no.

16       Q.    In fact, you haven't run a lab or

17   worked in a lab since the early 90s, correct?

18       A.    I believe my last lab was at the

19   Medical School, University of Colorado, and I think

20   that was the early 90s, yes.

21       Q.    So about 24 years ago was the last

22   time?

23       A.    Yeah, it's been a long time.

24       Q.    So when you said we, this is what we as

25   toxicologists do in a laboratory, you haven't done

Page 1395

1    that kind of work in a quarter century, correct?

2         A.    I haven't done any laboratory work in a

3    quarter century, but I'm part of the toxicology

4    community.

5         Q.    Okay.  But you haven't done laboratory

6    work in 24 years or so?

7         A.    That's correct.

8         Q.    All right.  Now you talked a little bit

9    about these various genetic assays or tests that

10   could be run, and you showed the jury some

11   demonstrative showing these results.  One of them

12   is called a Comet Assay, correct?

13        A.    Correct.

14        Q.    You've never conducted that kind of

15   test yourself, is that correct?

16        A.    I have not.

17        Q.    And one of them was a P32 post-labeling

18   study, do you remember that study?

19        A.    Yes.

20        Q.    And you've never conducted that kind of

21   study yourself, correct?

22        A.    No.

23        Q.    And another one was a study to evaluate

24   whether PCBs could potentially have an effect on a

25   tumor suppressor gene you called TP-53?