# EXHIBIT 13

```
 1              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
 2               CASE NO. 15-cv-00201-SMJ


 3


 4
    CITY OF SPOKANE, a municipal :
 5  corporation, located in the  :
    County of Spokane, State of   :
 6  Washington,                   :
                                  :
 7              Plaintiff,        :
                                  :
 8         vs.                    :
                                  :
 9  MONSANTO CORPORATION,         :
    SOLUTIA, INC., and PHARMACIA  :
10  CORPORATION, and DOEs 1       :
    through 100,                  :
11                                :
                Defendants.       :
12  -----------------------------

13

14           Deposition of RICHARD DEGRANDCHAMP,

15  Ph.D. taken in the above-entitled matter before

16  Suzanne J. Stotz, a Certified Realtime

17  Reporter, Registered Professional Reporter, and

18  Notary Public of the State of Colorado, taken

19  at the offices of Shook, Hardy & Bacon, LLP,

20  1660 17th Street, Suite 450, Denver, Colorado

21  80202, on November 19, 2019, commencing at 9:17

22  a.m.

23


24


25  Job No. 171877
```

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 787

1             RICHARD DeGRANDCHAMP, Ph.D.

2        A.    Ultimately, human exposures, that's

3   correct.

4        Q.    All right.  Have you made any

5   attempt to correlate a decline -- a rate of

6   decline of PCBs to the Spokane River that will

7   result in any particular percentage of decline

8   in an individual's blood level?

9        A.    In an individual, no.

10       Q.    How about on a population basis?

11       A.    I haven't done that yet.

12       Q.    Have you made any estimate of any

13  individual's body burden of PCBs from the

14  Spokane River -- let me ask that a different

15  way.

16             Have you made any effort to estimate

17  the proportion of PCBs in an individual who

18  consumes fish from the river attributable to

19  PCBs from those fish?

20       A.    I have not included that in my

21  report, no.

22       Q.    Have you been asked to comment as an

23  expert witness in this case on any statement or

24  publication issued by the American Council for

25  Science and Health?

1            RICHARD DeGRANDCHAMP, Ph.D.

2    much people are exposed to.  I care about their

3    final body burden at any one point.

4            So all I'm saying is -- you read

5    that correctly.  If that's what you want --

6        Q.    Yeah, that's --

7        A.    If that's -- yeah, you read that

8    correctly.

9        Q.    And this is the depiction that the

10   Agency for Toxic Substances and Disease

11   Registry put forth in the document regarding

12   health risks associated with the consumption of

13   fish in Long Lake, correct?

14       A.    Correct.

15       Q.    Okay.  Doctor, you are -- you have

16   seen no serum PCB levels for any population

17   within the City of Spokane, correct?

18       A.    That's correct.

19       Q.    You have not seen any serum PCB

20   levels for population of fish consumers from

21   the Spokane River, correct?

22       A.    That's correct.

23       Q.    Incidentally, you don't know the

24   proportion of individuals who reside in the

25   City of Spokane whose daily intake of PCBs

1                RICHARD DeGRANDCHAMP, Ph.D.

2        Q.    I want to ask you about your book 3,

3    page 51.

4        A.    151?

5        Q.    No.  Page 51.

6        A.    51.

7        Q.    If you can find page 151, we are

8    talking about a different book 3.

9             MR. LAND:  It's just page 51.  I

10        think he's just directing you to page 51.

11    BY MR. MILLER:

12        Q.    Yeah.  Page 51.

13        A.    Okay.  This page?

14        Q.    Yeah.  Exhibit 18 on page 51 has

15    exposure assumptions.  Do you see those?

16        A.    Yes, I see that.

17        Q.    Okay.  And it uses -- well, first of

18    all, what does this table represent?

19        A.    This is a table that was presented

20    in, I think; the 2007 document.  So I wanted to

21    be consistent with what I was reviewing from

22    the state.  So there are health -- I believe it

23    was from the health consultation 2007.

24        Q.    Okay.  And how are averaging times

25    used in a non-cancer and cancer human health

1              RICHARD DeGRANDCHAMP, Ph.D.

2    risk assessment?

3         A.    Well, the averaging time goes on the

4    denominator.  And the averaging time is, for

5    non-carcinogens, the time that you live in a

6    certain residence, which would be 30 years.

7    And the averaging time for a cancer would be

8    the number of days in 70 years.

9         Q.    Okay.  You have an ingestion rate.

10   What is the ingestion rate?  And -- generally.

11   Not the specific --

12        A.    Yeah.  Again, these are not my

13   derived values, but this is 42 grams per day.

14        Q.    Okay.  And that is what?  What does

15   that represent?

16        A.    An intake rate, as -- I'm just

17   trying to compare this to the more recent value

18   that the state uses.

19             So the screening levels that the

20   state uses were 59.7 and 175.  Okay.

21        Q.    Okay.  So what is the ingestion

22   rate?  What is it intended to capture or

23   express?

24        A.    The average daily intake.

25        Q.    From -- by whom?  The average

1              RICHARD DeGRANDCHAMP, Ph.D.

2    individual?

3         A.    Yeah, the average recreational

4    angler.

5         Q.    Okay.  If you were to line up all

6    the recreational anglers in a row, would this

7    be the guy or the woman exactly in the middle?

8         A.    That would be the median.

9         Q.    Okay.

10        A.    That would be the 50th.

11        Q.    Percentile.

12        A.    50 percent would be below the

13   median; 50 percent would be above.  If it's

14   lognormally distributed data, the median is

15   usually to the left; it's lower than the mean.

16   So the mean and the median concentrations are

17   different.

18        Q.    Okay.  So this is the average intake

19   rate, not the 50th percentile of intake?

20        A.    It depends on the underlying

21   probability density function.  If you are

22   dealing with a Gaussian distribution -- and I

23   don't know what the underlying distribution is

24   for anglers -- but if it's a bell-shaped curve,

25   it's a normal distribution, the mean and the

1                RICHARD DeGRANDCHAMP, Ph.D.

2    median would be identical.

3        Q.    Have you ever seen a distribution of

4    fish consumption that looks like a bell-shaped

5    curve?

6        A.    I don't typically look at the

7    distributions.

8        Q.    Okay.  Have you ever -- well, have

9    you ever plotted a distribution of fish

10   consumption?

11       A.    Yes.

12       Q.    Okay.  And most of the people who

13   live in a community don't fish, and so the --

14   most of the people would have zeros, the amount

15   of daily intake from fish from that community.

16       A.    This number doesn't represent the

17   average of everyone in the community of people

18   that don't fish and people that fish.

19       Q.    No, I know.  I am just talking about

20   in general, right?  I mean --

21       A.    People that don't eat fish wouldn't

22   be in this distribution.

23       Q.    Even people that who do eat fish --

24   the distribution usually is sloped down, isn't

25   it?

1              RICHARD DeGRANDCHAMP, Ph.D.

2        A.    Sloped -- a lognormally distributed

3   curve is skewed to the right.  So you have a

4   lot of people that eat little fish -- and these

5   are anglers; these aren't people that are --

6   this is not the Russian community.

7        Q.    I got it.

8        A.    Okay.  So you take your data and you

9   graph it.  And if it's normal distribution, if

10  there's equal number of people that eat a lot

11  of fish and people that don't eat a lot of

12  fish, it would be a bell-shaped curve.

13       Q.    So tell me, with respect to this

14  community of anglers in the Spokane River, what

15  does this distribution look like?

16       A.    I don't -- that's what I'm saying.

17  I have not plotted the data.

18       Q.    Have you even seen the data?

19       A.    I have seen the data, but I didn't

20  plot it.

21       Q.    Where did you see the data?

22       A.    In one of the documents that I

23  briefly reviewed.

24             I didn't recreate the wheel, if

25  that's what you're asking.  I didn't start with

1            RICHARD DeGRANDCHAMP, Ph.D.

2    the raw data to calculate what the average fish

3    intake -- so I haven't plotted the data.  I

4    have not confirmed this as the average value.

5    And this -- it's changed now, so it's not even

6    the same 42.

7         Q.    So what percentage of Spokane River

8    anglers consume fish at 42 grams per day?

9         A.    I don't know.  This is an average.

10        Q.    No, I know.  I'm just --

11        A.    But I don't know if that's an

12   arithmetic average or a geometric average.

13   If --

14        Q.    Okay.  Do you know what the 10 --

15   the consumption rate is at the lowest 10

16   percent aisle of consumption is?

17        A.    No, I don't.

18        Q.    How about the lowest 20 percent of

19   consumption?  What's that rate?

20        A.    I don't know.

21        Q.    What about the 30th percentile of

22   consumption?

23        A.    Same answer.

24        Q.    How about the 50th percentile?

25        A.    Same answer.

```
 1              RICHARD DeGRANDCHAMP, Ph.D.

 2      Q.    How about the 90th percentile?

 3      A.    Same answer.

 4      Q.    95th percentile?

 5      A.    Same answer.

 6      Q.    Do you know how many consumers of

 7   Spokane River fish consume over the advisories

 8   that we've talked about earlier today?

 9      A.    Do I have a numerical estimate of

10   the people that -- I wouldn't even know where

11   to get that information.

12      Q.    Okay.

13      A.    If they are certainly not adhering

14   to the advisories, they're not going to be in

15   the survey.  That information would not even be

16   available.

17      Q.    Do you --

18              MR. MILLER:  Move to strike after "I

19         don't have a numeric estimate of the

20         people."

21   BY MR. MILLER:

22      Q.    Do you have an estimate of the

23   percentage of Spokane River anglers that

24   consume fish over the advisory levels that we

25   talked about earlier today?
```

1              RICHARD DeGRANDCHAMP, Ph.D.

2        A.    No.

3        Q.    Would you even know how to generate

4   such an estimate?

5        A.    Repeat your question again.

6        Q.    Would you even know how to generate

7   such an estimate?

8        A.    Such an estimate couldn't even be

9   generated.  If people are eating more fish than

10  the -- or if they're exceeding the recommended

11  amount, number one, they're unlikely to admit

12  that in a survey; number two, how would you

13  identify those folks who know generally, based

14  on my professional experience at these sites --

15  sites similar to this, they don't know the

16  recommended amount for each species.  So if

17  they catch a trout, for example, they don't run

18  back to their truck and see how many fish they

19  can eat.

20             This is a general rule of thumb as

21  it's applied in reality.  So you were talking

22  about hypothetical just a second ago.  People

23  have a general idea of what type of fish pose

24  the highest risk, the bottom feeders.  But

25  other than that, you know, these are general

1               RICHARD DeGRANDCHAMP, Ph.D.

2    guidelines.

3         Q.    All right.  So you would not know if

4    it's possible to generate an estimate of the

5    number of people or the proportion of anglers

6    who consume over an advisory limit, correct?

7         A.    I wouldn't even know how to identify

8    those people.

9         Q.    Okay.  You have said that the ATSDR

10   and the Washington Department of Health fish

11   advisories throughout the years have been

12   consistent and scientifically tenable, relying

13   on the best available measurements of fish

14   tissue, PCB data, as well as toxicological and

15   exposure information available at the time,

16   correct?

17        A.    That's what I stated.

18        Q.    Okay.  Can you tell me how the 42

19   grams per day ingestion rate used by ATSDR and

20   WDOH was derived?

21        A.    No.  Have I looked at the underlying

22   document?  Yes.  I haven't done an independent

23   analysis of how that average concentration was

24   calculated.  If that's your question, that's my

25   answer.

1           RICHARD DeGRANDCHAMP, Ph.D.

2      Q.    Well, I wanted to know because I am

3  confused where the 42 grams per day comes from.

4      A.    Well, what you just read -- the

5  citation you just read from my report and you

6  asked me if it was correct.

7      Q.    Yeah.

8      A.    There is a key phrase in there, and

9  it says based on the best available information

10  at the time.

11      Q.    Yeah.

12      A.    The ingestion rates have changed

13  over time, the assumptions that they're using

14  to calculate risk and derive fish advisory

15  levels, those have changed.

16           And I was just looking for the most

17  recent value here in Dave McBride's document.

18  So if you want me to find it, I will.  But they

19  have changed over time.

20      Q.    What factors go in to why ingestion

21  rates change over time for a population?

22      A.    What factors?

23      Q.    Yeah.

24      A.    You take surveys.

25      Q.    Yeah, but what are the factors that

1              RICHARD DeGRANDCHAMP, Ph.D.

2    affect a population's change in ingestion

3    rates?

4         A.    What are the biological factors?

5    You say factors.  You take a survey.  You call

6    up 8,000 people:  How much fish do you eat?  Or

7    you show them a portion size.  Is this the

8    amount that you eat in a meal?

9              I mean, these are not -- you know,

10   with all due respect to the folks that carried

11   these out, this is not brain surgery.  You are

12   trying to get a gauge on how much fish people

13   eat.

14        Q.    I understand.

15        A.    Okay.

16        Q.    I'm just asking, what are the

17   factors that you believe affect a population's

18   ingestion rate of locally caught fish over

19   time?

20        A.    They're based on, typically,

21   surveys.

22        Q.    I understand what they're based on.

23   But what I'm getting at is, are there factors

24   such as availability of other nutritional

25   options?  Is it that people have other

1              RICHARD DeGRANDCHAMP, Ph.D.

2    activities that they prefer to engage in than

3    angling?

4              I mean, there are factors like that

5    that would account for why ingestion rates over

6    time change.

7         A.    I don't look for the fact -- I have

8    never done an analysis of the factor that lead

9    to the change.  I want to know what the fish

10   ingestion rate is.  Unless I am conducting a

11   sociological analysis of why these -- you are

12   asking me for why these change.

13        Q.    And you have not studied it?

14        A.    I have not studied it.

15        Q.    That's fine.  Okay.  So you wouldn't

16   be able to tell me in this particular community

17   why the ingestion rate has changed from 42

18   grams per day to whatever it is that ATSDR or

19   the Department of Health now uses as the

20   ingestion rate?

21        A.    I can tell you what my experience

22   has been at other sites.  I can't tell you what

23   the underlying factors are here.  But I know at

24   other sites, when the plant closes down and 600

25   people are out of work and they've got to feed

1                RICHARD DeGRANDCHAMP, Ph.D.

2    their families, they start doing things in

3    their community to supplement their diets.

4                So that is a socioeconomic factor

5    that has driven people to -- to go from maybe

6    42 grams a day up to, you know, five fish meals

7    a week, because they don't have a job.

8        Q.    Right.  Now, in this population, the

9    ingestion rate has fallen from 42 grams per day

10   to something lower, correct?

11       A.    Well, if you'll give me a second, I

12   can find that information.  I haven't followed

13   the ingestion -- my document was primarily

14   focused on the veracity of the health

15   consultations.  I did not do an independent

16   analysis of the changing fish ingestion rates.

17       Q.    Okay.  If you haven't done the

18   analysis, fine.

19       A.    Well, I don't know if that's --

20       Q.    Okay.

21       A.    You asked me for the socioeconomic

22   factors that are driving that.

23       Q.    And if you don't know, that's fine.

24       A.    Yeah, I don't know --

25       Q.    Okay.

Page 255

1              RICHARD DeGRANDCHAMP, Ph.D.

2       A.     -- here.

3       Q.     That's all you have to do.

4       A.     Okay.

5       Q.     All right?  You don't have to

6    quarrel with me about the validity of the

7    proposition in the first place.

8              Can you find the ingestion rate that

9    the Department of Health now uses?

10      A.     As of 2013 -- well, let me see what

11   McBride states.  He's got the screening levels,

12   which we've already talked about.  Right?  So

13   you've got those.  And that was 59.7 and 175

14   for the average and the high-end subsistence.

15             The meal size here are -- he's got

16   at .227 kilograms, so I would have to do a

17   conversion there.  So let's see if he gives us

18   a number.  I don't know what the current level

19   is, and I don't think he has stated it in his

20   report.  So the answer is I don't know the

21   answer to that question.  I don't know what the

22   current fish consumption rate is post-2013.

23             Now, on page -- well, in McBride's

24   document, the DOH document, he has a page --

25   and this is not -- this doesn't have a page

1          RICHARD DeGRANDCHAMP, Ph.D.

2    number, so I am just showing you the page.  And

3    the page is titled, "Why the change."  And this

4    discusses the change in fish consumption rates.

5              So if you want to take a look at

6    this, this is what I'd say.  So that's the

7    change.  And he's comparing it to Oregon.

8         Q.    Those aren't actual intake rates,

9    are they?

10        A.    These are -- what do you mean?  This

11   is used in Washington, used in Oregon.

12        Q.    Wait.  So we're trying to answer the

13   question what is the current ingestion rate

14   that is used by DOH in its risk assessments.

15   It has moved from 42 to something else.  We're

16   trying to establish what that something else

17   is.

18        A.    I am trying to tell you that I gave

19   you the fish advisories based on a download

20   from their site, the 2019 fish advisories,

21   which they have not produced a supporting

22   document yet.  I don't know what those fish

23   consumption rates are because they have not

24   produced the documents to support those new

25   fish advisories.

1            RICHARD DeGRANDCHAMP, Ph.D.

2       Q.    Okay.  But it's your understanding

3   that it's something less than 42 grams per day?

4       A.    I don't -- I don't have an answer.

5       Q.    Well, look at Exhibit 3.

6       A.    Okay.  This is 2013.

7       Q.    Right.  Do you have page 72?

8       A.    I have to find the whole document.

9   200-what?

10      Q.    Page 72.

11      A.    Oh, 72.

12      Q.    It's table 32 entitled, fish

13  consumption information relevant to Washington

14  and considered by ecology.

15      A.    Yes.

16      Q.    Do you see where it says Lake

17  Roosevelt, DOH?

18      A.    Yes.

19      Q.    Okay.  And it refers to a

20  footnote J?

21      A.    Yes.

22      Q.    And it says, Washington, DOH, 1997.

23      A.    Okay.

24      Q.    All right.  Now, it reads, "DOH, in

25  cooperation with the Spokane tribe, water body

1              RICHARD DeGRANDCHAMP, Ph.D.

2    and angler-specific creel survey, 42 meals per

3    year, assuming eight-ounce meal, this is

4    approximately 26 grams per day."

5         A.    I think that should be 32.  Is that

6    what you're getting at?  I don't know.

7         Q.    Well, it says 26 grams per day,

8    doesn't it?

9         A.    It does.

10        Q.    All right.  Now, that's different

11    than 42 grams per day, correct?

12        A.    That's for Lake Roosevelt, yes.

13        Q.    Okay.  And it's derived from the

14    2007 -- I'm sorry -- the 1997 Washington DOH

15    study which we've, I think, talked about

16    before.

17        A.    Yeah, that's 1997.  I thought you

18    were asking me what the current fish

19    consumption rates were that underlie the

20    current fish advisories.  I thought that was

21    the question.

22        Q.    Right.  And what is it?

23        A.    I don't know.  They haven't produced

24    the document yet.  And that's all I was trying

25    to say.

1              RICHARD DeGRANDCHAMP, Ph.D.

2         Q.    Okay.  All right.  That's fine.

3    So -- but you've put in your report the

4    ingestion rate in table -- or Exhibit 18, the

5    assumptions was 42 grams per day.  I want to go

6    back to that.  I understand that it's changed.

7    But 42 grams per day.  That's the intake rate

8    that's used in the Department of Health and

9    ATSDR risk assessments, correct?

10        A.    Yes.

11        Q.    Okay.  Now let's go back to where

12   that comes from.  Now -- let's go to the Lake

13   Roosevelt survey.

14        A.    Wait.  What document are you on now?

15        Q.    I am going to go to --

16        A.    Are we in the same --

17        Q.    Let's go to the ATSDR 2005 document.

18             MR. LAND:  Do you know if you have

19        marked that as an exhibit?

20             MR. MILLER:  I'm sure we have.

21             THE WITNESS:  All right.  I've got

22        it.

23   BY MR. MILLER:

24        Q.    Okay.

25        A.    Okay.

Decl. of A. Miller in Support of Daubert Motion
To Exclude R. DeGrandchamp Expert Testimony - 807

1           RICHARD DeGRANDCHAMP, Ph.D.

2      Q.    The ATSDR 2005 document --

3  Exhibit 12?

4           MR. CROMWELL:  Yes.

5  BY MR. MILLER:

6      Q.    Okay.  Let's see where they say that

7  42 grams per day comes from.

8           MR. LAND:  2005?

9           MR. MILLER:  Yeah.

10  BY MR. MILLER:

11      Q.    So if I look at page 5 -- point me

12  to where this is.  Because I'm --

13      A.    I think you're looking at the

14  footnote.  Assuming that a meal size is eight

15  ounces, that's 42 grams per day.  So that --

16      Q.    Oh, I see.  Go to the paragraph

17  "populations of concern."

18      A.    Okay.

19      Q.    It reads, "Therefore, recreational

20  consumption rates were used to estimate

21  exposure to contaminants in Long Lake fish.

22  Average and high-end consumption rates of 42

23  and 90 grams per day of fish were derived from

24  a survey of Lake Roosevelt anglers and were

25  used as the most appropriate estimate for Long

1              RICHARD DeGRANDCHAMP, Ph.D.

2    Lake anglers."

3              And then it refers to B.  Do you see

4    that?

5         A.    Yes.

6         Q.    Okay.  So 42 grams per day -- all

7    right.  Assuming that a meal size is eight

8    ounces, 42 grams per day would be about one

9    meal per week, about ten ounces.  And 92 grams

10   per day is almost three meals per week, or 22

11   ounces.  I got that right?

12        A.    Yes.

13        Q.    Okay.  So if we go then to the Lake

14   Roosevelt angler survey -- that's the '97

15   survey, correct?

16        A.    Are you referring to the document

17   that I brought?

18        Q.    No.

19        A.    Well --

20        Q.    What --

21        A.    To -- the technical supporting

22   document is the one I brought.

23        Q.    Well, no.  We've marked this as an

24   exhibit, the Lake Roosevelt survey of

25   anglers --

1          RICHARD DeGRANDCHAMP, Ph.D.

2          MR. LAND:  I think he is talking

3      about this one.

4          MR. MILLER:  Right.

5  BY MR. MILLER:

6      Q.   -- is the 1997 --

7      A.   Oh.  You are talking about the

8  supporting document for the one that I brought?

9  All right.

10     Q.   Yeah.

11     A.   So you want to go back to the

12 original data?

13     Q.   Well, I want to go back to that

14 original study, because that's where this 42

15 grams per day comes from.

16     A.   Yeah, and I just -- I just -- you

17 haven't asked the question, but I already

18 stated I haven't read that document.

19     Q.   Well, take a look at it, Exhibit 19.

20     A.   Okay.

21     Q.   And looking at this particular

22 document, the number 42 --

23     A.   Wait.  What page are you on?

24     Q.   Oh, I'm sorry.  I'm in the abstract.

25     A.   Okay.  Got it.

1            RICHARD DeGRANDCHAMP, Ph.D.

2        Q.    All right.  It says, "Fish

3    consumption survey was conducted at Lake

4    Roosevelt during 1994 and 1995 to determine the

5    consumption patterns of anglers who repeatedly

6    fished the lake."

7            It goes on, "These data were

8    gathered in an effort to determine fish

9    consumption patterns for the population of

10   concern, those who -- those who consumed the

11   greatest amount of fish, in order to assess the

12   public health impacts associated with ingestion

13   of chemically contaminated fish.  Inherently,

14   all [sic] populations consuming fish less

15   frequently (or in lesser quantity) will also be

16   protected.  Surveyed individuals were primarily

17   older adult Caucasian males that are part of

18   two-adult households in which both individuals

19   consume fish.  The results indicate that

20   surveyed anglers consume an average of 42 meals

21   per year, with greater than 90 percent

22   consuming 103.2 meals (or two meals per week),

23   or less per year."

24            Okay.  This indicates to me that the

25   42 grams per day isn't accurate, but that they

1           RICHARD DeGRANDCHAMP, Ph.D.

2    transposed 42 meals per year into grams per

3    day.

4         A.    I have no -- I have no basis to

5    answer that.  As I told you, I haven't read

6    this document.  I haven't plotted the data.

7    But what is more important to me is if you look

8    at the rest of that sentence, with greater than

9    the 90 percent consuming 103 meals -- that's

10   two meals per week.  Well, with the current

11   fish advisories, we are down to, in some of

12   these places, one fish meal per month.  So

13   whatever the fish ingestion rate is -- well --

14        Q.    Okay.  But --

15        A.    I -- I am not -- again, I have to

16   restate this -- and I have said it several

17   times -- I am not concerned about the average.

18   No public health professional would be

19   concerned about the average.  So I can't answer

20   your question where the 42 -- I would have to

21   spend a considerable amount of time, and you've

22   only given a portion of the document, I think.

23        Q.    I don't think so.

24        A.    But it does show here that people --

25   I mean, these are really rough -- look at how

1              RICHARD DeGRANDCHAMP, Ph.D.

2      they provide this information.  How many meals

3      per week?  How big was the -- you know, months

4      per year did you eat?  I mean, these are all

5      self-administered, and people are not weighing

6      their fish before they eat it.  So I don't know

7      the answer to your question.

8              MR. MILLER:  Okay.  So I will move

9          to strike everything after "I have no basis

10         to answer that."  Because anything you

11         answered after "I have no basis to answer"

12         is an answer to a question I haven't asked.

13         So I am going to move to strike that.

14             THE WITNESS:  Okay.

15     BY MR. MILLER:

16         Q.   As you sit here today, can you tell

17     me where 42 grams per day or 90 grams per day

18     for the upper consumers comes from?

19         A.   No.

20         Q.   Now, in your report, you said that

21     ATSDR and the Washington Department of Health

22     used the best available measurements of tissue

23     and exposure information.  And if you can't

24     tell me where this ingestion rate comes from,

25     how can you tell me that that's the best