# EXHIBIT 2

**ORIGINAL**

MISSOURI CIRCUIT COURT

TWENTY-FIRST JUDICIAL CIRCUIT

ST. LOUIS COUNTY
-------------------------------------x
LIVINGSTON HAMPTON, et al.,

               Plaintiffs,

    vs.

MONSANTO CO., et al.,

               Defendants.

Case No. 10SL-CC03428
-------------------------------------x


             630 Third Avenue
             New York, New York

             December 13, 2011
             9:00 a.m.


          Videotaped Deposition of DAVID ROSNER,

before Shari Cohen, a Notary Public of the State of

New York.

**PohlmanUSA.com**
*Court Reporting*

10 South Broadway, Suite 1400 • St. Louis, MO • 63102
P 877.421.0099
140 South Dearborn, Suite 1605 • Chicago, IL • 60603
P 312.346.1626
www.**Pohlman**USA.com

Page 12

1    different kinds of issues that were raised in our

2    chronology.

3        Q.    So these documents are all either letters

4    or memos or other documents that are listed in the

5    chronology?

6        A.    That's right.

7        Q.    You are not an expert in the historical

8    developments or the evolution of analytical chemistry

9    as a science, are you?

10       A.    No, I have studied at different moments

11   aspects of the history of chemistry and history of

12   chemistry in industry, but I would not consider myself

13   an expert on the science of evolution of chemical

14   ideas.

15       Q.    Your resume lists over 40 books or

16   portions of books that you have written?

17       A.    Well, we've written I guess 10 or 11

18   books and many, many articles, but not 40 books I

19   don't think.

20       Q.    My question was that your resume lists

21   over 40 books or portions of books that you have

22   written?

23       A.    You mean like edited collections and

24   articles in edited collections I guess so. I haven't

25   counted them, but that might be true, chapters in

Page 56

1    need to substantially reduce what we have now?

2          A.      **That's right.**

3          Q.      And do you have a view that at least in

4    part you can assist in reversing that by being an

5    expert witness in environmental cases and cases where

6    there are injured people?

7                  MR. JENSEN: Objection to form.

8          A.      **I'm not quite sure what the question is.**

9    **Do I -- say that again.**

10          Q.      Let me ask it more openly.  Do you see

11    any role that you can play as an expert witness that

12    might counter what's going on with the decapitating of

13    these agencies like OSHA and EPA?

14                  MR. JENSEN: Objection to form.

15          A.      **I don't see my role necessarily in**

16    **relationship to OSHA and EPA.  I see my role as a**

17    **citizen, someone who's been involved in public health**

18    **for 30 years as a professor of public health and who**

19    **is concerned about the health of the American public**

20    **and who sees the court cases as an important arena**

21    **within which Americans can try to control their**

22    **environment and which I as someone who has a certain**

23    **kind of expertise have an obligation almost to**

24    **participate.**

25          Q.      Let's switch gears.  Do you agree that

Page 57

1    PCBs "durability and resistance to fire made PCBs

2    excellent dielectric fluids for use in high

3    temperature electrical transformers"?

4         **A.    This again is what the industry said**

5    **historically going back to the 1950s and forties.  I'm**

6    **not an electrical engineer.  I cannot judge that.  I**

7    **cannot say that this is absolutely the reason why they**

8    **are adapted, I just don't know.**

9         Q.    Do you recall preparing an Affidavit in

10   this case?

11        **A.    Yes.**

12             MR. CARNEY: Mark this as Defendant's

13        Exhibit 8.

14             (Defendant's Exhibit 8, Affidavit,

15        marked for Identification.)

16        Q.    Do you recognize that as an Affidavit you

17   prepared in this case?

18        **A.    Yes.**

19             MR. JENSEN: I just want the record to be

20        clear that what I think is happening is that we

21        are numbering consecutively from yesterday's

22        deposition of Dr. Markowitz for purposes of

23        this deposition today?

24             MR. CARNEY: Yes.  Some of them overlap.

25             MR. JENSEN: That's fine.  I think it

Page 123

1    workers throughout the United States?

2              MR. JENSEN: Objection to form.

3        A.    **During what period of time?**

4        Q.    Over the last 30 or 40 years?

5        A.    **Since the 1970s, eighties, seventies and**

6    **eighties?**

7        Q.    Yes.

8        A.    **I'm sure there have been.  I haven't**

9    **followed those.**

10       Q.    Are you aware of any -- let me ask you

11   this.  What would be the value of studying workers

12   such as PCB workers who were exposed to the product

13   day in and day out for decade?

14       A.    **What would be the value if there were any**

15   **obvious unpredictable occurrences of disease you could**

16   **tell whether or not workers were being put in danger.**

17       Q.    Are you aware of any such epidemiology

18   studies among the dozens or so studies that have

19   studied PCB workers where they have concluded that

20   PCBs were causing any kind of adverse health impacts?

21             MR. JENSEN: Objection to form and

22        foundation.

23       A.    **Again, that's really outside my**

24   **expertise. I'm really not following that epidemiology**

25   **in the recent decades, I just haven't done it.**

Page 168

1    a problem here until we are forced to acknowledge it.

2        Q.    But my question is you are not able to

3    say one way or another whether slightly tumorgenic was

4    a more accurate description or less accurate

5    description than does not appear to be carcinogenic

6    with regard to the IBT studies?

7        A.    Well, you know, again, I think you have

8    to take it at face value.  If they are the same thing,

9    if they were not trying to change the results, then

10   all they are doing is finding a different way that

11   seems to be less problematic of stating them and

12   either they are trying to get IBT to change its

13   results which is one thing which I hope they weren't

14   trying to do or alternatively they were trying to find

15   a less damaging way of talking about what IBT was

16   observing.

17       Q.    You have not reviewed the actual

18   pathology of the IBT studies?

19       A.    No, I haven't.

20       Q.    You are not able to say that Monsanto was

21   trying to change the IBT conclusion from slightly

22   tumorgenic to does not appear to be carcinogenic in an

23   improper way?

24           MR. JENSEN: Objection to form.

25       A.    I always think it's improper for an

Page 169

1    industry to change the wording of people who are

2    trying to do an evaluation of research.  I think it is

3    improper.

4         Q.    Even if the change is more accurate?

5         A.    You know, again, that's going to have to

6    be left to pathologists to battle over, but this is

7    the way that that organization saw it stated and

8    unless there is absolutely clear reason to change it

9    from other pathologists I don't quite get why would

10   they be told to do this.  I don't know who was telling

11   them.  I don't really recall. If you could show me the

12   place where we see that because it would be

13   interesting to see whether pathologists were telling

14   other pathologists or whether it was somebody in the

15   administration of Monsanto that was suggesting this.

16   What year is that?

17        Q.    I believe it was 1972 or '73, but my

18   question is really a simple one and that is you don't

19   know which term is more accurate to describe what was

20   being shown in the IBT studies and that is the PCBs

21   were slightly tumorgenic or that "it does not appear

22   to be carcinogenic", you don't know which one is more

23   accurate?

24             MR. JENSEN: Objection to form.

25        A.    I would tend to stick with the scientists

Page 172

1          MR. JENSEN: Objection to form.

2     **A.    Again, I'm not a pathologist. I would**

3 **have to leave that to pathologists to answer. I don't**

4 **know.**

5     Q.    It's possible for a substance to be or is

6 it possible for a substance to be tumorgenic, but not

7 carcinogenic?

8     **A.    I think in the 1970s there was actually a**

9 **debate about what those terms meant about what**

10 **carcinogenic and tumorgenic were and that's just a**

11 **historical debate.  Obviously carcinogenic is a more**

12 **severe form of tumorgenic.  Carcinogenic is pretty**

13 **much a cancer and tumorgenic may indicate a benign**

14 **growth or it may indicate a cancer.**

15     Q.    Isn't the first indication from your

16 document review of the Monsanto documents that they

17 should have done earlier chronic testing of PCBs in a

18 December 19, 1977 radio interview where the Monsanto

19 president says, "Now it turned out that we didn't know

20 as much as we should and you can criticize the

21 company, the company can be criticized for its

22 scientific voids, but it acted in a very responsible

23 manner based on the information that it had"?

24          MR. JENSEN: Objection to form.

25     **A.    What's the question?**

Page 208

1        A.      We know that it has an affect on us in

2    the sense that since we got rid of it the bald eagle

3    is back.  Since we got rid of it all sorts of animal

4    life has begun -- has come back. That the absence of

5    this material has certainly had an impact on us. That

6    the fish kills in Lake Michigan or other places are

7    not necessarily, you know, happening quite the

8    regularity or Lake Erie is no longer a dead lake.  We

9    have indirect evidence of he fact that at least in the

10   United States getting rid of DDT was quite beneficial

11   to the society and to human beings.

12            There are arguments and I think there can

13   be valid arguments about Africa and South America and

14   other areas where malaria is really prevalent, but I

15   don't think many people would argue that getting rid

16   of DDT has been harmful to human beings in the United

17   States.  I think most people would agree that we've

18   lived very well without it.

19        Q.    I understand getting rid of DDT has been

20   helpful to the bald eagle and certain other animals,

21   but that's one example that you gave.  My question

22   really is are you aware of whether there is any

23   adverse impact on man through the daily absorption of

24   small amounts of DDT from food, water and air?

25        A.    It's really outside my province.  I think

Page 209

1    that epidemiologists have discussed that and there is

2    a lot of people that think that DDT has been a problem

3    and I cannot evaluate that argument.  I think that

4    it's certainly been beneficial to human beings in the

5    sense that our environment and our children are not

6    being exposed to a chlorinated hydrocarbon that's

7    persistent and that is potentially a danger, it's a

8    danger to other forms of life. I'm not sure why it

9    would not potentially be a danger to us as well so I

10   don't see any down side to having limited it at all,

11   in fact a lot of upsides.

12        Q.    I recognize the up sides.  I take it, I

13   think you said this, but I want to make sure I

14   understood it right that it's very difficult to prove

15   with a compound like DDT that's everywhere and

16   everybody has been exposed to it whether it harms

17   human beings or not; is that accurate?

18            MR. JENSEN: Objection to form.

19        A.    Well, I mean it's something that has to

20   be paid attention to and it should be paid attention

21   to and there should be studies and I'm sure that there

22   are studies that show danger.  It's not something you

23   can just make a statement like this regarding this.

24   This is persistent chronic exposure to a chemical

25   that's known to be biologically -- to have biological

POHLMANUSA COURT REPORTING (877) 421-0099

Page 229

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF NEW YORK   )

 4                        ) ss.:

 5    COUNTY OF NEW YORK  )

 6

 7              I, SHARI COHEN, a Notary Public within

 8    and for the State of New York, do hereby certify:

 9              That DAVID ROSNER, the witness whose

10    deposition is hereinbefore set forth, was duly sworn

11    by me and that such deposition is a true record of the

12    testimony given by such witness.

13              I further certify that I am not related

14    to any of the parties to this action by blood or

15    marriage; and that I am in no way interested in the

16    outcome of this matter.

17              IN WITNESS WHEREOF, I have hereunto set

18    my hand this 21st day of December, 2011.

19

20

21

22

23

24    -----------------------------
25    SHARI COHEN
```

POHLMANUSA COURT REPORTING (877) 421-0099

# EXHIBIT 3

```
SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
-------------------------------------------x
JACQUELINE SMITH; VIRGINIA PIERCE; and
MARK RAMETTA,

                    Plaintiffs,

        -against-              Case No. BC 459771

MONSANTO CO.; SOLUTIA, INC.; PHARMACIA
CORP.; PFIZER, INC.; SOUTHERN CALIFORNIA
GAS CO.; and DOES 1-350 Inclusive,

                    Defendants.
-------------------------------------------x
AND RELATED CASES
-------------------------------------------x

                    340 Madison Avenue
                    New York, New York

                    January 4, 2013
                    9:00 a.m.



            Videotaped Deposition of DAVID

ROSNER, before Shari Cohen, a Notary Public

of the State of New York.
```

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -264

Page 23

1      Q.    The type of information that historians

2   rely upon are documents which we've talked about?

3      **A.    Yes.**

4      Q.    They also rely upon conversations with

5   people involved in events if they can talk to them?

6      **A.    Sometimes if it's relevant, if not, it's**

7   **not relevant.**

8      Q.    What if the documents don't provide all

9   the information needed as to whether an event occurred

10  in the past?

11          MR. FRIELING: Objection to form.

12     **A.    Just as with any science or social**

13  **science if evidence is not there and information is**

14  **not there, you try to make informed decisions based on**

15  **other evidence.**

16     Q.    Based on other evidence?

17     **A.    Yeah.**

18     Q.    Such as?

19     **A.    Other documents, other statements, other**

20  **reports, other materials, other events that happened.**

21  **I'm not quite sure what you're trying to get at.**

22     Q.    You've answered my question.  I

23  appreciate that.  It's improper for historians to

24  speak to what was in the mind of an author of a

25  document, correct?

Page 24

1          MR. FRIELING: Objection to form.

2      **A.    If the author has written down what was**

3  **in their mind, you can write about it and you can**

4  **speak about it, but of course historians are not**

5  **futurists or not mind tellers, mind readers and of**

6  **course you cannot be in the mind of an actor, you have**

7  **no idea what various factors are operating.  If they**

8  **wrote it down, you have a good sense of what was going**

9  **on in that person's mind.**

10      Q.    In that vein, if the author of a document

11  was silent about her or his intentions, then it's not

12  up to the historian to assume or suppose what those

13  intentions might be, correct?

14          MR. FRIELING: Objection to form.

15      **A.    Again, it depends on the circumstance.**

16  **It depends on the actor, their position in the**

17  **historical moment and historical context. What was in**

18  **their mind may or may not be relevant to anything.  I**

19  **don't know.**

20      Q.    My point was not whether or not it was

21  relevant or not.  It's not up to the historian to put

22  themselves in the author's position to determine what

23  the author's intentions were granted if those

24  intentions are not written in the document?

25          MR. FRIELING: Objection to form.

Page 43

1    to cause historically chloracne, liver damage,

2    pathological change in the liver, changes in blood.

3    Whatever they are, these are materials that have an

4    effect on the biology of human beings and animals and

5    I think that Monsanto would not disagree with that,

6    would they?

7         Q.    Therefore, Doctor, do you have the

8    opinion that PCBs are toxic?

9         A.    Yes, I think they are toxic.

10        Q.    Can you name any substance that is not

11   toxic?

12        A.    You can be buried by salt.  You could be

13   killed by sugar.  You could be hit over the head by a

14   loaf of bread.  There are many -- that's such a

15   general question.  Everything in the world could be

16   considered toxic in some level.

17        Q.    Can you name any chemical that is not

18   toxic?

19        A.    Again, I'm not a chemist.  I don't know

20   how to define that for different people, but certainly

21   we live in a world in which we are assuming I hope

22   that most of the chemicals we come in contact with I

23   hope that's the case otherwise we are really in

24   trouble are not toxic.

25        Q.    Is aspirin a chemical?

Page 76

1          MR. FRIELING: Objection to form.

2     A.    I'm saying --

3          MR. FRIELING: Argumentative.

4     A.    **They were not looking at the issue.  They**

5     **were not finding problems and didn't look for**

6     **problems.**

7     Q.    What issue should they have been looking

8     for?

9     A.    **Whether or not this material was**

10    **potentially a danger after long term exposure of**

11    **populations.  This is the issue that they define in**

12    **1937 as a possible problem that PCBs, diphenyls,**

13    **chlorinated diphenyls at the time were that chronic**

14    **exposures at unknown levels at low levels of exposure**

15    **were potentially a hazard.  That's what they say.**

16    Q.    What should they have done, sir, if that

17    was an identified issue?  What are you saying that

18    Monsanto didn't do?

19    A.    **We've gone over this in two previous**

20    **depositions.  It goes over and over again. I refer to**

21    **that, but I'm not a biochemist, I'm not a**

22    **toxicologist, I'm not an industrial engineer, I'm not**

23    **an industrial mechanic.  All I can say is that people**

24    **were doing long term studies of animals, they were**

25    **doing toxicological studies for long periods of time,**

Page 84

1    there were PCBs identified in animals in the

2    environment?

3              MR. FRIELING: Objection to form.

4         Q.   I think that's what I asked.  If not,

5    that's what I'm asking now.

6         A.   **Article on persistent chlorinated**

7    **hydrocarbons just talks about hydrocarbons as a class**

8    **and that's what was a concern at the time and PCBs are**

9    **part of that class.**

10        Q.   DDTs would be part of that class?

11        A.   **Absolutely.**

12        Q.   Tell me the difference between DDT and

13   PCB?

14        A.   **I could not.  I'm not a chemist.  I would**

15   **not know.  All I know is that they were being lumped**

16   **together as one class of chemicals.**

17        Q.   Lumped together where?

18        A.   **In the literature that talked about**

19   **chlorinated hydrocarbons.**

20        Q.   You could not tell me how they are

21   similar or different?

22        A.   **No, I have no idea of the chemistry.**

23   **That's for a chemist to talk about.**

24        Q.   Are there different risks or dangers?

25        A.   **You know, again, I really don't know.**

Page 134

1   diligent about minor problems.  They were saying they

2   were trying to make their products safe and they were

3   going to make sure that before it reached the consumer

4   it would be a safe product and people would have the

5   proper information and people would know and people

6   would be aware of how to use it and all the rest.

7          Q.    Each company created that standard and

8   they did what they felt was appropriate for that

9   standard whether it included chronic animal testing or

10  not?

11              MR. FRIELING: Objection to form.

12         A.    I cannot read their mind.  I don't know

13  what Monsanto was thinking.  Were they thinking that

14  all this evidence coming out about the chronicity of

15  disease and PCBs as a chronic problem was not worth

16  investigating further because it had the word chronic

17  in it.  No, I think they were saying we will make sure

18  our product is safe and we know and we talked about in

19  the past chronic exposures being a possible hazard and

20  we should be following up on that.

21         Q.    Where does it say we should be following

22  up on that?

23         A.    Their mission statement was to make sure

24  they were putting out a safe product and if you are

25  going to test and you are going to make sure your

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -270

1                    C E R T I F I C A T E

2

3    STATE OF NEW YORK  )

4                       ) ss.:

5    COUNTY OF NEW YORK )

6

7              I, SHARI COHEN, a Notary Public within

8    and for the State of New York, do hereby certify:

9              That DAVID ROSNER, the witness whose

10   deposition is hereinbefore set forth, was duly sworn

11   by me and that such deposition is a true record of the

12   testimony given by such witness.

13             I further certify that I am not related

14   to any of the parties to this action by blood or

15   marriage; and that I am in no way interested in the

16   outcome of this matter.

17             IN WITNESS WHEREOF, I have hereunto set

18   my hand this 14th day of January, 2013.

19

20

21

22

23   _____

24   SHARI COHEN

25

# EXHIBIT 4

```
          IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
                   TWENTY-FIRST JUDICIAL CIRCUIT
                 BEFORE THE HONORABLE STEVEN H. GOLDMAN


SYDELL DUBLIN, et al., )
                       )
      Plaintiffs,      )
                       ) Cause No. 10SL-CC03822
vs.                    )
                       ) Division 12
MONSANTO CO., et al.,  )
                       )
      Defendants.      )



         ========================================================
                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
                              VOLUME 7
                           JUNE 16, 2015
                             Session C
                 Cont. of Cross-Examination of Dr. Rosner
                 Reported by:  Alicia A. Carter, RPR, CCR
         ========================================================

For the Plaintiff:            For the Defendants:
Allen Stewart, P.C.           White & Williams
Mr. Allen Stewart             Mr. Thomas M. Goutman
Mr. Scott R. Frieling
Mr. Steve Baughman Jensen     Husch Blackwell
                              Ms. Robyn D. Buck
Williams, Kherkher            Mr. Adam Miller
Mr. Steven J. Kherkher
```

1362

1    (The following proceedings were held in the
2    courtroom outside the presence of the jury.)
3    THE COURT: So, first of all, about this
4    sniping with each other, you guys are all
5    professionals. And you're all good lawyers. And I
6    don't pretend to try and make you like each other or
7    get along with each other, but when we're here in the
8    courtroom, there just can't be anymore cross-sniping at
9    each other. I'm just not going to allow that. I know
10    you guys can abide by that. So that's that.
11    And then the next thing is the book. So I
12    went over the book and the excerpts that were -- that
13    the plaintiff wants to use, as well as other parts of
14    the book.
15    I'm going to find that although the book, I'm
16    sure is authoritative for the research base of it, that
17    part about what happened in the book, the dates and
18    all, but it's just -- I'm not going to find that --
19    It's historically correct, I assume, but I'm not going
20    to allow it to be used to impeach as a learned treatise
21    because I read a lot of the book over the lunch hour.
22    It's really a political -- politically stated, whether
23    it's true or not. It could be true. But it's
24    politically a statement as opposed to an authoritative,
25    neutral type source. And let's see the rest of my

1363

1    notes here.
2    I think it's too opinionated and
3    argumentative. It could cause speculation in areas by
4    the type of writing that it is, the statements. It can
5    cause too much speculation. It doesn't really deal
6    specifically with Monsanto. I just think in any case
7    the prejudice would outweigh the relevance of it, so
8    I'm just not going to allow the book.
9    MR. KHERKHER: Your Honor, we understand your
10    ruling. I still hope that when the first Exponent
11    witness comes into play, that you're open minded to
12    their 10K and their internal documents because this
13    employer of many, many Monsanto experts has some
14    admissions that this jury should be entitled to know
15    what their mission statement and their purpose and
16    their objective is.
17    THE COURT: That doesn't mean the book,
18    though.
19    MR. KHERKHER: I understand that, Your Honor,
20    but it seems like we're just getting shut down on every
21    aspect to put in bits and pieces. And life is full of
22    bits and pieces, and this case is full of bits and
23    pieces.
24    THE COURT: You know, I know you guys have put
25    in so much work on this case, and I'm cognizant of

1364

1    that, and I'm trying to give you both a lot of leeway
2    because of that. You guys know the case so much better
3    than I do. This case is so much more involved than a
4    typical case, maybe not for you guys. I'm not going to
5    allow it as a learned treatise.
6    MR. KHERKHER: Yes, sir.
7    THE COURT: I'm not saying you can't impeach
8    people with other stuff.
9    MR. GOUTMAN: I was just going to suggest,
10    this witness has to catch a plane. Rather than argue a
11    document that won't be in front of the Court until next
12    week or the week after --
13    THE COURT: Would you prefer that, doctor, to
14    rather than -- You have to come back anyway, so...
15    DR. ROSNER: It sounds like I'm going to have
16    to come back anyway. I'll figure that out with you,
17    Judge.
18    THE COURT: So, the defense, you think your
19    cross, you're not going to get done with him this
20    afternoon?
21    MR. MILLER: There's a chance, but I can't
22    guarantee it.
23    THE COURT: Okay. Well, we can leave it.
24    What do you guys want to do? This is off the
25    record.

1365

1    (A discussion was held off the record.)
2    (The following proceedings were held in the
3    courtroom in the presence of the jury.)
4    THE COURT: We'll be in session. You may be
5    seated. I've been told they're supposed to stop this
6    noise completely at 1:20, but who knows if that'll
7    happen. If it's too loud or if you can't hear
8    something, let us know. You have to be able to hear
9    the question and the answer.
10    And I know after having lunch and this
11    comfortable courtroom, it's easy to dose off, so I
12    don't want to see any of that. Just don't close your
13    eyes. I know people always say, I'm just resting my
14    eyes. I'm not sleeping. Well, I can't tell if you're
15    resting your eyes or you're not, so just keep them
16    open, okay?
17    We're on cross-examination. Mr. Miller.
18    MR. MILLER: Your Honor, thank you very much.
19    CONTINUATION OF CROSS-EXAMINATION
20    BY MR. MILLER:
21    Q.  Good afternoon, ladies and gentlemen.
22    Dr. Rosner, we were talking before we took a
23    lunch break about PCBs being applied in foods. And I
24    think we established that to your knowledge PCBs were
25    not intentionally added to food as an ingredient; is

1366

1  that correct?

2      A.  That's correct.

3      Q.  And to your knowledge, doctor, based on your

4  review of the historical record, would you agree that

5  PCBs were not directly sprayed onto food crops to your

6  knowledge?

7      A.  Well, again, I've seen it advertised as

8  insecticide and not on food crops, I guess, no.

9      Q.  During the course of direct examination,

10 P-0188 was admitted into evidence.  I wanted to ask you

11 some questions about this, doctor.

12      THE COURT:  Adam, your voice is kind of -- Can

13 you all hear him?  Your voice kind of drops.

14      MR. MILLER:  My voice is dropping, and I'm

15 about to fall, so...

16      Q.  (By Mr. Miller)  Doctor, can you see the

17 document?

18      A.  Yes.  It's a little small, but I can see it.

19      Q.  Okay.  And just for our recollection, this is

20 the March 1961 Monsanto document entitled Monsanto

21 Aroclor Resins for Insecticide Formulations; is that

22 right?

23      A.  That's correct.

24      Q.  And it starts out with how the development

25 came to be that aroclors were suggested as use a

                        1367

1  pesticide extender; is that correct?

2      A.  That's what I believe, yes.

3      Q.  Okay.  Now, just as we read through this, I

4  want to you to confirm that Aroclor 5460 is a

5  polychlorinated terphenyl and not a polychlorinated

6  biphenyl, correct?

7      A.  Yes.  In general, that's how it's referred.

8      Q.  Okay.  And it reads "A Discovery.  A simple

9  method of increasing the service life of expensive

10 lindane sprays was developed several years ago by the

11 U.S. Department of Agriculture scientists at their

12 Beltsville, Maryland testing station.  The technique

13 was to incorporate Monsanto's Aroclor 5460, a resinous

14 chlorinated terphenyl in the lindane solution."

15      So this indicates that the use of aroclors as

16 a pesticide extender was first developed by the United

17 States Department of Agriculture.

18      A.  Yes.

19      Q.  All right.

20      A.  Well, this is '61.  That I'm not sure of.

21      Q.  All right.

22      A.  I just don't know.  I think that it was

23 advertised earlier than that as an extender in other

24 materials I've seen.  I'm not sure.

25      Q.  All right.  Well, with respect to lindane

                        1368

1  sprays, it says the USDA scientists developed this

2  technique, correct?

3      A.  That's what that says.

4      Q.  All right.  And if you'd refer to the

5  remaining portion of the document, there are various

6  so-called recipes that Monsanto, on page 3 refers to

7  experimental work and formulations.  Do you see that?

8      A.  I'm sorry?

9      MR. MILLER:  May I approach the witness,

10 Your Honor?

11      THE COURT:  Yes.

12      Q.  (By Mr. Miller)  I don't know what happened to

13 the exhibits up here, but it says "Experimental Work

14 and Formulations"?

15      A.  Yes.

16      Q.  And it refers to Aroclor 5460 formulations as

17 used in the USDA experiments, correct?

18      A.  That's right.

19      Q.  And below that, for application as an

20 emulsion, the recommendation is, again, 5460; is that

21 correct?

22      A.  That's what it says therehere, yes.

23      Q.  And on the next page, again, for use as

24 pressurized aerosol type sprays, Aroclor 5460 is a

25 terphenyl and not a PCB, correct, doctor?

                        1369

1      A.  Yes.  Of course, there's a little bit of PCB

2  in it, but basically it's a terphenyl.

3      Q.  By the way, doctor, at this period of time

4  would you confirm that it was not known that PCBs, a

5  tiny fraction would be remaining in PCTs?

6      A.  That I can't say.  I don't know.

7      Q.  That was a scientific development that

8  occurred much later than 1961 as far as you recall?

9      A.  Not that I know of.  I just don't know.

10      Q.  All right.  Doctor, during direct examination

11 you were provided, and this was admitted into evidence,

12 P-3240.  This is an advertisement from 1957 from the

13 journal Chemical Week, correct?

14      A.  That's right.

15      MR. MILLER:  Can you turn to the second page,

16 please, Scott.

17      Q.  (By Mr. Miller)  This, again, refers to

18 Aroclor 5460; is that correct?

19      A.  In the top margin it does, yes.

20      Q.  All right.  And these two applications that

21 are depicted photographically, this doesn't indicate

22 that these are PCBs, correct, doctor?

23      A.  It doesn't say either way.

24      Q.  And with respect to your testimony concerning

25 PCBs as a pesticide extender -- Do you need a copy,

                        1370

1 Steve?

2    MR. JENSEN:  I don't.

3    A.  All I think that we did here was point out

4 that it mentioned the PCBs 1254 for wet surfaces as a

5 possible use.

6    Q.  (By Mr. Miller)  As a possible use.  So let's

7 just go back so we can refresh where we are.  We're

8 looking at P-0155.  This is the Technical Bulletin from

9 December 1960; is that correct?

10    A.  Yes.

11    Q.  And it's called Aroclor Plasticizers.  Will

12 you confirm that for us, please?

13    A.  Yes.

14    Q.  And if you turn to page 36, which is 074946,

15 this is the portion that you've highlighted for the

16 jury; is that correct?

17    A.  I'm sorry.  Could you give me a minute?  I'm

18 sorry.

19    Q.  Yes?

20    A.  Yes.

21    Q.  Okay.  This section reads "Vapor Suppression

22 (For Longer Insecticide Kill-Life)"; is that right?

23    A.  That's what.

24    Q.  And it discusses the use of, again, the

25 Polychlorinated Terphenyl 5460 as the aroclor for use

1371

1 as an insecticide extender.  There's a little

2 discussion of something else at the bottom, but

3 primarily it's regarding 5460; is that correct?

4    A.  Well, this is for hard surfaces, and they say

5 at the bottom, "For non-crop insecticide formulations

6 containing chlordane, other resinous aroclor compounds

7 1254, 1260, 1262, 4465 and 5442, also nonvolatile and

8 sticky or tacky, likewise merit evaluation as

9 insecticide extenders."

10    Q.  Right.  Now, would you agree with me,

11 Dr. Rosner, that this document, and specifically the

12 portion that you read, doesn't say anything about

13 Monsanto recommending PCBs for use on crops, correct?

14    A.  This is for non-crop insect formulations.

15    Q.  Thank you.  We talked about Therminol this

16 morning and various applications in food processes,

17 correct?

18    A.  Yes.

19    Q.  And we talked about the Yusho incident that

20 occurred in Japan involving the Japanese manufacturers

21 of PCBs, correct?

22    A.  That's right.

23    Q.  All right.  And after that incident occurred,

24 you're aware that Monsanto undertook an effort to do an

25 inventory of the various users of Therminol to

1372

1 determine whether there had been any leaks into food by

2 Therminol FR in heat exchange systems?

3    A.  If you can show me the document to refresh my

4 memory.  I'm not sure if it was a survey or just a

5 questionnaire.

6    Q.  Doctor, I'm going to hand you P-0506.

7    THE COURT:  Is that already in evidence?

8    MR. MILLER:  I don't believe it is.

9    MS. BUCK:  It is.

10    MR. MILLER:  It is?  Do you need another copy,

11 Your Honor?

12    THE COURT:  No.

13    Q.  (By Mr. Miller)  This is the January 3, 1969

14 document Therminol FR.  FR refers to resistant; is that

15 correct?

16    A.  Yes.

17    Q.  Okay.  Fire resistant then would refer to the

18 application of Therminol in areas where fire resistance

19 was specifically important, correct?

20    A.  Yes.

21    Q.  All right.  It reads, "Therminol FR system

22 experience and design considerations for food

23 applications."  And it reads, "We know of two metal

24 failures that allowed Aroclor/Therminol FR to contact

25 the food product.  In both incidents, the cooking oil

1373

1 and food product was discarded."  I read that

2 correctly?

3    A.  Yes.

4    Q.  All right.  It goes on to read -- I'm going to

5 read what wasn't highlighted here.  "The contamination

6 was discovered when the characteristic odor of

7 Aroclor/Therminol FR was noticed."  That indicates to

8 you that Therminol FR had a characteristic odor that in

9 certain circumstances would alert the user that there

10 was a possible leak, correct?

11    A.  I guess if there was enough of it, correct.

12    Q.  "These failures were the result of pinhole

13 leaks in the exchanger piping.  In one case, cooking

14 oil caused the pinholes to occur in mild steel

15 exchanger tubing, where Therminol FR-2 is used to heat

16 the cooking oil to approximately 420 degrees Farenheit.

17    "In the second case, Therminol FR-1 leaked

18 into a food fryer through a faulty weld site on 304

19 stainless steel pipe."

20    For my next act, ladies and gentlemen.

21    This indicates that there was some effort

22 undertaken by Monsanto to determine how these leaks

23 occurred, correct?

24    A.  It's hardly a survey, I guess.  That's all I

25 was thinking about.

1374

1    Q.   Monsanto was trying to learn under what
2  circumstances these two metal failures allowed
3  Aroclor/Therminol to leak into oil, correct?
4    A.   Yes.
5    Q.   All right.  It goes on to read, "Two
6  additional failures in Therminol heated food equipment
7  are noted where the heat transfer fluid did not contact
8  the food product or food contacted surfaces.  One
9  failure was due to the expansion difference of two
10  metals, and the other failure was the result of poor
11  design, high temperature and low flow.  It is also
12  interesting to note that not one failure has been
13  reported on the approximately 192,000 electrically
14  heated stainless steel fry pans containing Therminol
15  FR-3."
16       So there are a couple of things being
17  discussed here.  One is that there have been two
18  instances where Therminol was allowed to contact
19  surfaces, correct, where food was -- food equipment
20  was -- Well, let me start again.
21       It says, "Two additional failures in Therminol
22  heated food equipment are noted where the heat transfer
23  fluid did not contact the food product or food
24  contacted surfaces."  So what that's saying is there
25  was a leak, but it didn't touch food or food surfaces,

1375

1  correct?
2    A.   Yes, in those two additional failures, that's
3  what it says.
4    Q.   All right.  And in the bottom paragraph, the
5  memo refers to the West Bend fry pans that you
6  discussed during direct examination, correct?
7    A.   I guess.
8    Q.   And with respect to the 192,000 West Bend
9  fry pans, there hasn't been a single report that those
10  fry pans have leaked, correct?
11    A.   Right.  I'm not --
12    Q.   That's correct?
13    A.   That's what it says, but you asked me the
14  question about whether this was a survey.  These are
15  just reports that they're getting in.  They have no
16  idea what broke and what happened elsewhere.  Just
17  don't know.
18    Q.   Doctor, have you determined by looking at the
19  West Bend fry company what their failure rate was with
20  respect to these products?
21    A.   I don't know how you'd ever know if you broke
22  that in your home.  I just have no idea whether it
23  would be reported or not.
24    Q.   In any event, you know of no circumstance
25  where one of these West Bend fry pans leaked Therminol,

1376

1  correct?
2    A.   As I said, you know, I don't generally report
3  when I break a glass.  I just don't report it.  I don't
4  know who would report it.
5    Q.   Doctor, that wasn't the question I asked.
6    A.   I don't know.
7    Q.   I asked the question, do you know?
8    A.   I do not know.
9    Q.   All right.  And we're not here to speculate.
10    A.   I know.  That's what I'm saying.  I don't know
11  how they got this information.  You're asking me about
12  a survey.  This is not a survey.  That's all.
13    Q.   All right.
14    A.   Some reports.
15    Q.   But you have seen no document in the hundreds
16  of thousands of pages you have reviewed that indicates
17  that any of these West Bend fryers leaked Therminol
18  into food, correct?
19    A.   I don't know.
20    Q.   But you do know that these fry pans had a very
21  small amount of Therminol in a contained box.  Is that
22  your understanding?
23    A.   I don't know how they're made.
24    Q.   All right.  So we know from this document of
25  four instances where Therminol has been reported to

1377

1  have leaked, and in no instance has food been sold that
2  contained Therminol in it as far as this document
3  reports, correct?
4    A.   As far as that document reports, yes.
5    Q.   All right.  And it's true, doctor, that you
6  know of no instance where food contaminated with
7  Therminol was sold and consumed prior to Monsanto
8  getting out of that business in 1970; is that correct?
9    A.   Again, you know, the only instances we have
10  are the Frito Lay where they reported that they had it
11  in their frying oil and that ostensibly something was
12  cooked in it, but I have no idea whether it got into
13  the food itself.
14    Q.   But you have no document whatsoever from the
15  hundreds of thousands that you have reviewed that
16  indicates that Frito Lay sold one potato chip with --
17  that had been cooked in oil contaminated with
18  Therminol, correct?
19    A.   No, I have not.
20    Q.   Nor any other food manufacturer?  You have no
21  information that any food was sold that had been
22  contaminated with Therminol, correct, sir?
23    A.   I have no information about that, other than,
24  of course, the Yusho experiment.
25    Q.   Which occurred in Japan and did not include

1378

Monsanto's Therminol, correct?
A. That's correct.
Q. And, incidentally, there had been no report in the United States of an event like Yusho, correct, sir, where people were poisoned with PCBs that had been contaminated in rice grain?
A. No, there's not.
Q. You mentioned -- Either you mentioned or Mr. Jensen mentioned with respect to this Saturday Evening Post advertisement that you showed the jury, that paints had been used to paint the interior of silos. And this morning you talked about various reports in 1970 that interiors of silos had been painted with paint containing PCBs, correct?
A. I believe it was the exterior of silos in that advertisement, but I may be wrong.
Q. Okay. That was a smoke stack, by the way.
A. Oh, was it?
Q. Yeah.
A. Okay.
Q. All right. So let's talk about the silos. Those reports were first received by Monsanto in 1970, correct?
A. I believe so.
Q. All right. And those reports in 1970 referred

to a paint that had Aroclor 1254 in it, correct?
A. That's the number I remember also.
Q. All right. And would you confirm for us that Monsanto did not manufacture that paint, correct?
A. I was -- Well, again, I don't know the various parts of Monsanto. I think it was probably some other company that bought it, but I don't really know that.
Q. Doctor, are you familiar with the process in which silage ferments in silos?
A. No, I'm not.
Q. Okay. I want you to assume hypothetically that when silage ferments, it produces something called acetic acid, all right? Will you assume that for me?
A. I'll assume anything you want.
Q. Okay. And digging through some documents here with the help of Miss Jeffery, do you recall, sir, that Monsanto's bulletins for its PCBs to be used as a plasticizers referred to the solubility of Aroclor 1254 in acetic acid?
A. I remember some line in some chart, but that's all I remember.
Q. And these bulletins as we discussed earlier -- They looked like these. Here's one, Aroclor Plasticizers. This is a Technical Bulletin?
A. Yes.

Q. And some of the information that is contained in this type of a bulletin would be information about the solubility of various aroclors, PCBs?
A. They have various kinds of information, yes.
Q. Various chemical characteristics and properties of PCBs, correct?
A. That's right.
Q. And solubility refers to whether or not a particular material can be dissolved in a solution?
A. Yes.
Q. For example, if we put sugar in water, that will dissolve, correct?
A. Yes.
Q. And when we do that, when we do that, we say that sugar is soluble in water, correct?
A. Yes.
Q. Now, typically aroclors are not soluble in water. That was one of the huge benefits of aroclor?
A. That's right.
Q. Particularly PCBs, they were not soluble in water, correct?
A. That's right.
Q. Which means when you put them in paint, like the U.S. Navy did, or when industry put them on vessels, in chemical plants, they would not dissolve in

water, correct, sir?
A. That's right.
Q. And that was an enormous benefit to the Navy because you can keep your ships out in the ocean and not have them in a dry dock as frequently, correct?
A. I guess so. I suppose it happened.
Q. And in a chemical plant it would be important so that you could mix chemicals in vats without those chemical -- without the painted coating on those vats being soluble in the material that you mixed, correct?
A. I would assume so, yes.
Q. All right. And would you agree with me that in the product bulletins that Monsanto issued in the '50s and '60s, before it was ever understood that somebody had used Aroclor 1254 in silo paint, that Monsanto reported to its customers in these bulletins that Aroclor 1254 was soluble in acetic acid?
A. Again, maybe that's the chart I recall. That's all I remember.
Q. This is Defendant's Exhibit D-4045. I'll hand this to you.
MR. JENSEN: May I have a copy?
MR. MILLER: Yes.
Here, Your Honor.
THE COURT: Thank you.

1    Q.  (By Mr. Miller)  You've seen this document,
2    sir?  You've reviewed, relied on it or considered it in
3    connection with reaching your opinions in this case?
4    A.  Well, I've seen many like it, but I'm not sure
5    if I've seen this specific one.  I don't see a date on
6    this.
7    Q.  This one is dated 1970.
8    A.  1970.  Okay.
9        MR. MILLER:  Your Honor, I'd ask for the
10   admission of D-4045.
11       MR. JENSEN:  No objection.
12       THE COURT:  4045 will be received in evidence.
13   Q.  (By Mr. Miller)  My crew is shouting to me.
14   Doctor, I want to show you also P-0155.  This, I'm
15   being told, is already in evidence.
16       MR. MILLER:  May I approach, Your Honor?
17       THE COURT:  Yes.
18   Q.  (By Mr. Miller)  And, doctor, I don't mean to
19   cramp you here.  But there is a table very similar to
20   the one that we looked at before.  It's on page 40,
21   MONS 074950.  It will be up on your screen.
22   A.  Okay.  Thanks.
23   Q.  And, incidentally, doctor, this is a Technical
24   Bulletin from December 1960; is that right?
25   A.  That's right.

1383

1    Q.  If you look at the Table 8 that we have here
2    entitled "Solubility" -- that's not going to work.
3        MR. MILLER:  Scott, can you zoom in on -- I'm
4    sorry.  Table 13.  Perfect.  No, just the top portion
5    of it.  Thank you.
6    Q.  (By Mr. Miller)  Do you see down at the second
7    entry, it says, "Acetic Acid"?
8    A.  Is that the first one or the second one?
9    Q.  It's the first one under "Acid."  It's called
10   "Acetic Acid".
11   A.  Yes.
12   Q.  All right.  And this table would indicate that
13   Aroclor 1254 is soluble in acetic acid.  That's what
14   that "S" indicates there?
15   A.  Yes.
16   Q.  All right.  Now, there came a time, as you
17   mentioned earlier, that it was recorded in 1970 that
18   PCBs had been used in silos, and Monsanto undertook
19   some response; is that correct?
20   A.  I'm not sure what you're referring to, but I'm
21   sure they did.
22   Q.  Okay.  One of the things they did is they
23   contacted the people in Ohio and Georgia where these
24   reports had been made, correct?
25   A.  Yes.

1384

1    Q.  And Monsanto also issued an environmental
2    warning just after those reports were received,
3    correct, sir?
4    A.  Yes.
5    Q.  All right.  Now, I'm going to hand you D-4045
6    that I think Your Honor just admitted into evidence.
7    This is the Technical Bulletin from May of 1974,
8    Aroclor Plasticizers, correct?
9    A.  Yes.  It looks like it's the same.
10   Q.  And if you would, sir, would you turn to the
11   second to last page.
12   A.  It says "District Sales Offices"?
13   Q.  Too far.  I'm sorry.  There is a paragraph
14   entitled "Environmental Hazards".  Previous page.  All
15   right.
16       MR. MILLER:  All right.  Would you blow that
17   up, Mr. Watson.
18   Q.  (By Mr. Miller)  Let's read that.  Now, this
19   is from May of 1970, correct, sir?
20   A.  Yes.
21   Q.  "Environmental Hazards.  Aroclor 1232,
22   Aroclor 1242, Aroclor 1248, Aroclor 1254,
23   Aroclor 1260, Aroclor 1262, Aroclor 1268, Aroclor 4465
24   and Montar 1 all contain polychlorinated biphenyls
25   (PCB) of various types and in varying amounts.  PCB

1385

1    residues in small amounts have been found in the
2    environment and some studies have indicated that they
3    may be harmful to certain forms of animal life.
4    Extreme care should therefore be taken by all users of
5    PCB containing products to prevent any entry into the
6    environment through spills, leakage, use, disposal,
7    vaporization or otherwise.  Further, the products in
8    which PCB materials are used or which are formulated
9    using PCB materials as a component, should be given
10   careful study to eliminate the possibility that PCB
11   might reach the environment as a result of use in a
12   given application.
13       "Some specific applications where the use of
14   PCB should definitely be avoided are in paints and
15   sealants for swimming pools, paints and waterproofing
16   agents in silos and other buildings where food products
17   for humans or animals are stored, and as a component of
18   any container or wrapping used in the packaging of food
19   products", correct, sir?
20   A.  Yes.
21   Q.  Now, would you agree with me, Dr. Rosner, that
22   in terms of our environmental awareness in the United
23   States, that this is the first warning that you have
24   seen of an environmental hazard using a chemical
25   product?

1386

1    A.   Well, I mean, chemical products are supposed
2  to have warnings going back to the '40s. There were
3  all sorts of American Standard Association warnings.
4  There were all sorts of recommendations from the MCA.
5  There were National Safety Council warnings. There
6  were lots of warnings.
7    Q.   This was the first warning that you are aware
8  of about an environmental hazard associated with an
9  industrial product that was not intended to be sprayed
10 on crops, correct, sir?
11   A.   Well, again, I think we all know --
12   Q.   Is that correct, sir?
13   A.   Not really, no. I mean, if you want me to
14 answer, I can answer that, but it's not really correct.
15   Q.   You ever seen a warning like this on
16 industrial products not intended to be sprayed on
17 crops? Is that your testimony?
18   A.   Not like this. But I think we all know about
19 tetraethyl lead, used to be leaded gasoline. And there
20 are always signs on the side of leaded gasoline about
21 not breathing the material in, about the dangers of
22 lead. These go back to the 1920's. I mean, it's not
23 the only thing.
24   Q.   This is the first warning you are aware of
25 where a manufacturer of an industrial product put on

1387

1  a -- in a bulletin like this a warning about the
2  environmental hazards associated with the product,
3  correct, sir?
4    A.   Well, maybe I'm misunderstanding what you mean
5  by environmental, but if you're talking about the
6  dispersal of a toxin into the atmosphere, certainly
7  lead, tetraethyl lead was considered a toxin, and it
8  was not supposed to be -- it was supposed to be handled
9  very carefully because it was dangerous.
10   Q.   Well, this is a worry about the risks
11 associated with material affecting specifically the
12 environment, and this is the first warning you're aware
13 of, sir?
14   A.   No. Again, I'd have to think carefully about
15 that. I can't really answer that, but certainly this
16 is a period of greater environmental awareness, and
17 this would be an example of that.
18   Q.   I want to talk to you, doctor, about these
19 standards that you talked about with the jury
20 yesterday. You talked about this document called the
21 Hartwell compendium. It looks like this, P-2401.
22   A.   Thank you.
23   Q.   This is the Hartwell compendium you spoke
24 about yesterday with the jury?
25   A.   Yes.

1388

1    Q.   And the date of this is 1941; is that correct?
2    A.   1942, I believe.
3    Q.   '42. I apologize. This is a review of
4  abstracts relating to testing that had been done,
5  toxicological testing on various compounds, correct?
6    A.   That's right.
7    Q.   And the reason they were put into this
8  compendium is because whether or not the test was done
9  for the purpose of detecting cancer, there were reports
10 in these studies that might reflect that cancers could
11 be caused by these materials?
12        THE COURT: I'm sorry. We have to take a
13 break for the jury.
14        MR. MILLER: Okay.
15        THE COURT: Ladies and gentlemen, we will have
16 a recess.
17        (The Court duly admonished the jury.)
18        THE COURT: We'll be in brief recess.
19        (A recess was taken.)
20        THE COURT: Mr. Miller, you may resume your
21 cross-examine.
22        MR. MILLER: Thank you, Your Honor. I just
23 wanted the record to reflect that I spilled my coffee
24 on the inside of the lectern. I apologize to
25 Your Honor.

1389

1    Q.   (By Mr. Miller) Dr. Rosner, we were talking
2  before our break about the Hartwell compendium that's
3  Exhibit 2401. This is one of the documents that you
4  showed the jury in connection with the standards that
5  you proposed with respect to industrial conduct and
6  testing of products, correct?
7    A.   Yes.
8    Q.   All right. Would you confirm for me,
9  Dr. Rosner, that nowhere in this document is there a
10 suggestion or requirement stated that all products be
11 tested for cancer?
12   A.   No.
13   Q.   Incidentally, at the time that this compendium
14 was prepared, there were thousands and thousands of
15 products in commerce. Would you agree with that?
16   A.   Certainly.
17   Q.   And thousands and thousands of chemicals in
18 commerce at that time?
19   A.   Yes.
20   Q.   And would you agree with me that the
21 compendium only refers to tests being taken on about
22 696 chemicals, correct?
23   A.   That's right.
24   Q.   So there were thousands and thousands of
25 chemicals in commerce that had not been tested for

1390

1  cancer; is that right?

2      A.  I would assume so, yes.

3      Q.  All right.  Now, of the products that --

4  Sorry -- the chemicals that were tested, you referred

5  specifically to one called thorium dioxide, correct?

6      A.  Did I?

7      Q.  Yes.  You showed the jury this table.

8      A.  Oh, let's see.  Oh, I see.

9      Q.  Page -- Let me tell the page.

10     A.  It was an example of.

11     Q.  Right.  PLTEXP034288.  It's page 27 of the

12  exhibit, correct?

13     A.  I'm sorry.  Could you just point it out to me

14  again?  I don't know what you're referring to.

15     Q.  Sure.  You showed the jury this table?

16     A.  Yes.

17     Q.  Which if you look on the previous page --

18     A.  Yes.

19     Q.  -- it's a continuation of a table for a

20  chemical called, at the very top, 29, thorium dioxide.

21     A.  I see.

22     Q.  Would you confirm for us that thorium dioxide

23  was a compound that was known to be radioactive?

24     A.  I just don't know.  That sounds like it could

25  be.  Thorium was.

1391

1      Q.  Thorium was.  And in the early part of the

2  20th century would you confirm for us that radioactive

3  compounds were already known to cause cancers in humans

4  who were working with them?

5      A.  Well, thorium, I'm not sure.  Radium certainly

6  was.  I'm not sure about thorium at that point, but

7  that makes sense.

8      Q.  Thank you.  Would you also confirm that a

9  number of compounds for which tests are recorded in the

10  Hartwell index or compendium were chemicals called

11  polycyclic compounds?

12     A.  Yeah.  I'm sure that's in here.

13     Q.  In fact, there are about 180 different studies

14  about polycyclic compounds, correct?

15     A.  I would assume so.  I mean, I'd agree with

16  that.  I don't have any knowledge.  I mean, I don't --

17  I never counted them, but I would take your word for

18  the 180.

19     Q.  And would you agree with me that polycyclic

20  compounds like benzo(a)pyrene back in the 1930's was

21  known to cause cancers in workers who were exposed to

22  that material?

23     A.  Well, benzene compounds had been identified,

24  benzene containing compounds.  Benzene is a structure

25  which had long been identified as a potential

1392

1  carcinogen.

2      A.  Well, let's take a step back here.

3  Benzo(a)pyrene was a chemical constituent of soot,

4  correct?

5      A.  Yes.  I accept that, yes.

6      Q.  And soot had been identified for over a

7  hundred years before the Hartwell compendium as causing

8  cancers in individuals who worked around it, correct?

9      A.  Probably a couple hundred years back.

10     Q.  A couple hundred years.  So another compound

11  in the Hartwell compendium are heterocyclic compounds,

12  correct?

13     A.  I would guess so.  You tell me.

14     Q.  I just told you.  And would you agree with me

15  that by 1930 it was well known that these heterocyclic

16  compounds were causing cancers in the workers who

17  worked with them or exposed to these materials?

18     A.  I'm sure it was suspected.  I'm not sure what

19  was known in the workforce.

20     Q.  Another group of compounds included in the

21  Hartwell compendium are aniline dyes, correct?

22     A.  Yes.

23     Q.  And aniline dyes, would you confirm for us,

24  were also known by the early 1900's and particularly by

25  1930 to cause cancer in workers who handled those

1393

1  aniline dyes, correct?

2      A.  In Germany, yes.

3      Q.  And there are dyes in the Hartwell compendium

4  that were tested called azo dyes, correct?

5      A.  Again, I take your word for it.

6      Q.  And by the 1930's azo dyes were also known to

7  cause bladder cancer in workers who handled azo dyes,

8  correct?

9      A.  That makes sense, but I'm not sure about that.

10     Q.  And another group of compounds tested in the

11  Hartwell compendium were a group of chemicals called

12  steroids or steroid derivatives?

13     A.  Again, you're telling me.  I don't know what's

14  in the compendium.

15     Q.  Could you confirm for us that by the 1930's

16  these steroid and steroid derivatives were already

17  known to cause cancers in humans who were exposed to

18  them frequently?

19     A.  Again, I'm not sure about that.

20     Q.  All right.  So we've identified a number of

21  compounds that were being tested for their

22  carcinogenicity that had already been established as

23  being causes of cancers in humans and workers who

24  worked around them, correct, sir?

25     A.  Certainly.  I'm sure there were lots of

1394

1 compounds.
2      Q.   Now, would you agree with me, Dr. Rosner, that
3 in the 1930's -- through the 1930's there had been no
4 reports by Monsanto that its workers who worked in the
5 PCB departments at Anniston or Krummrich had excess
6 cancers?
7      A.   That was the point.  It was being developed at
8 this moment, yes.
9      Q.   I'm sorry.  Could you answer my question?
10      A.   Yes.
11      Q.   Could you confirm that there was no excess
12 reporting?
13      A.   Again, I don't know that for a fact, but I
14 wouldn't expect it to.
15      Q.   And in companies like General Electric and
16 Westinghouse and NCR and other companies that were
17 exposing workers to PCBs day in and day out, there
18 weren't reports in the 1930's that their workers were
19 contracting excess cancers, correct?
20      A.   I don't know that anyone looked for it, so I
21 don't know.
22      Q.   And that's true in the 1940's, correct, that
23 there hadn't been reports by the end of the 1940's that
24 workers handling and using PCBs day in and day out at
25 their work were experiencing excess cancers, correct,

1395

1 sir?
2      A.   Not that I recall.
3      Q.   And that's true for the 1950's.  PCB workers
4 at Monsanto, Sauget and Krummrich -- I'm sorry --
5 Sauget and Anniston and GE workers and Westinghouse
6 workers, they weren't reporting excess cancers among
7 their workers, correct?
8      A.   Well, again, I really don't know what their
9 reporting system was.  All I can say is that Monsanto
10 kept this informal list of people who were developing
11 cancers all over the place.  So I don't know if they
12 ever figured out if they were excess or not.  I don't
13 think they were.  It was a very informal list.
14      Q.   Have you heard or seen any documents in the
15 hundreds of thousands that you have reviewed that
16 suggests that General Electric was reporting to
17 Monsanto that its capacitor manufacturing workers who
18 worked day in and day out in PCBs up to their elbows
19 had excess cancers?
20      A.   I don't know about your depiction of how they
21 worked with them.  Monsanto, I don't know -- I assume.
22 I have no idea whether there was any reporting system
23 at all.
24      Q.   You haven't seen any report, any document that
25 says General Electric is reporting to Monsanto that

1396

1 they have workers who work with PCBs every day who have
2 excess cancers?  You haven't seen any such document?
3      A.   No.
4      Q.   And you haven't seen any such document about
5 Westinghouse or NCR, correct?
6      A.   No.
7      Q.   And that's true of the 1960's, correct, sir?
8      A.   That's right.  I don't think I saw them in the
9 1970's or '80s either about Westinghouse or those
10 companies.
11      Q.   Thank you.  Now, let's take a step back about
12 the Hartwell compendium.  Would you agree with me,
13 doctor, that there isn't a section in this compendium
14 that says, here's the specific method you should use to
15 test your product for cancer?
16      A.   No.  These are all just searching for
17 literature.
18      Q.   And you haven't seen any document or any
19 portion of this document that says here are the number
20 of species that you need to use in order to test for
21 cancer, correct?
22      A.   No.  Some were individual rats.  Some were
23 mice.  Some were one animal.  Some were observational
24 reports.  It's a wide variety of materials.
25      Q.   The Hartwell compendium doesn't tell you how

1397

1 long to conduct such a test, correct?
2      A.   No.  Just at least a month.
3      Q.   At least a month.  Thank you.  Does the
4 Hartwell compendium say anything about whether cancer
5 testing was a standard in the industry in the 1940's?
6      A.   No.  Just that it was being done.
7      Q.   I want to turn your attention to another
8 document that you relied on for the proposition that
9 there were standards for testing.  This one is P-1126
10 from 1942.
11      A.   I don't think I said standards for testing.  I
12 said there are standards for good behavior.
13      Q.   Okay.  Well, let's evaluate some.  So this is
14 a document published in the Industrial Hygiene
15 Foundation of America -- What did you call it?  A
16 proceedings from the Seventh Annual Meeting of Members?
17      A.   It's the report, the Industrial Hygiene
18 Foundation of America, Seventh Annual Meeting of
19 Members.
20      Q.   And this was written by a
21 Dr. Francis R. Holden; is that correct?
22      A.   That's right.
23      Q.   Would you confirm for me that there is no
24 mention in this document that long-term cancer tests
25 were the standard in the industry?

1398

A. No.
Q. Do the words "cancer" or "chronic" even appear in this document?
A. No.
Q. It did say -- I think you mentioned that it said every new chemical or product should be investigated as to its toxicity before it is prepared in large amounts to be released in public, correct?
A. That's right.
Q. All right. This was 1942; is that right?
A. Yes, I believe it was.
Q. And PCBs had been marketed by Monsanto and used by General Electric and Westinghouse for 12 years at the time, correct, or more?
A. Well, it was created in 1930, and I don't know how heavily marketed it was.
Q. And you know that during the 1930's -- And we'll talk about this in a little bit -- there were toxicity testing undertaken by Monsanto of PCBs and other compounds?
A. Well, that's the Drinker studies that you're referring to?
Q. Yes.
A. Yes.
Q. All right. You also mentioned a document by

1399

Hueper.
A. Wilhelm Hueper.
Q. Dr. Hueper was a gentleman that came over to the United States and worked at DuPont; is that correct?
A. Originally, yes.
Q. And did he work at a laboratory called the Haskell Laboratories?
A. Yes.
Q. And that was a laboratory that was operated by DuPont; is that right?
A. That's right.
Q. Now, the document you showed the jury, this Hueper document, would you confirm for us that it, too, says nothing about a standard for doing long-term cancer tests, correct?
A. No. Again, it says that this is a problem we have to be following and watching, and it's about occupational tumors. It's a compendium of about 700 pages.
Q. Doctor, would you agree with me that prior to 1970 you can't say one way or the other whether it was actually common practice for chemical companies to do long-term, chronic animal tests?
A. Again, I think each company made its own

1400

decisions about what it had to do. It was supposed to look for dangers of its product. That's what it was supposed to do. If it was appropriate to do long-term testing, that's what they should be doing. That's what the standard was.
Q. Dr. Rosner, on December 13, 2011, your deposition was taken in connection with these matters; is that correct?
A. 2011?
Q. Yes.
A. I guess so, yes.
Q. I'd like to refer you, doctor, to page 138, lines 18 to 24. This is a deposition that you sat in. You gave testimony under oath that day; is that correct?
A. Oh, certainly.
Q. The same oath that was administered to you by our court reporter this morning, correct?
A. That's right.
Q. And you were asked the following question: "QUESTION: You cannot say one way or another whether it was common practice for chemical companies to do long-term, chronic animal tests prior to 1970?" And your answer was, "I cannot say one way or the other because I have not studied the entire world of chemical

1401

industry"; is that correct? That was the testimony you gave under oath that day, correct, sir?
A. That's what I just said. I talked to you about the chemicals I know.
Q. Doctor, there's no question on the floor.
And, doctor, would you confirm for me that you have no document that you can show this jury today that you brought with you or that you found in the last eight years looking at materials relating to this matter, you have no document that says cancer testing was the standard in the industry in the 1930's, '40s, '50s or '60s, correct, sir?
A. I never said that. No, I don't.
Q. You gave testimony in May of 2015; is that correct?
A. I have given testimony in every year since 2008.
Q. Specifically on May 14, 2015 you gave testimony in a proceeding; is that correct, sir?
A. Yes.
Q. Would you turn to, in that proceeding, the transcript there, page 260.
MR. JENSEN: What's the page and line? Did you say?
MR. MILLER: I'm getting there. Sorry.

1402

1    MR. JENSEN:  Your Honor, I have an objection.
2  I don't think this is proper impeachment.  There's not
3  been a prior inconsistent statement.
4    MR. MILLER:  Why don't I ask the question
5  again?
6    THE COURT:  All right.
7    Q.  (By Mr. Miller)  So you don't have a document
8  that says long-term cancer testing was the standard in
9  the industry from the 1930's, correct?
10   A.  I'm sorry.  Where are you?
11   Q.  I'm on page 260, line 11.  Your answer is on
12 lines 14 and 15.
13   A.  Okay.  That's right.  Okay.  Yes.
14   Q.  Okay.  We don't have a document in the 1940's
15 that says cancer testing was the standard in the
16 industry, correct?
17   A.  That's right.  No, I don't believe so.
18   Q.  All right.  And we don't have one document
19 from the 1950's that says cancer testing was the
20 standard in the industry, correct?
21   A.  That's right.  Again, that's what I've been
22 saying.
23   Q.  And we don't have one document from the '60s
24 that says the standard in the industry was to test for
25 cancer, correct, sir?

1403

1    A.  I think that's what I've been answering all
2  along here.
3    THE COURT:  I think he did testify to that.
4  That's what your objection was.
5    MR. MILLER:  Thank you, Judge.
6    Q.  (By Mr. Miller)  Now, doctor, I want to refer
7  back to some of these early tests that Monsanto did.
8  And you understand that during the course of the period
9  of time that we've been talking about from the 1930's
10 through the late 1970's Monsanto conducted over 300
11 toxicological tests of PCBs, correct?
12   A.  I believe short-term tests, yes.
13   Q.  But 300 of them?
14   A.  Yes.
15   Q.  All right.  Now, when we talk about these
16 early cancer tests or any toxicological tests, even
17 those that are done in modern times today, very high
18 doses of the chemical are used in the assay, correct?
19 And the assay's the test?
20   A.  Again, it depends on the model, the design
21 they're using in developing the test.  There are some
22 who do get very high doses, but depending upon the
23 model, you might have low dose, middle dose, high dose.
24 There are all sorts of models that are being used for
25 epidemiological studies.

1404

1    Q.  Let's talk about -- We're going to get to the
2  Drinker study.  So let's talk about the Drinker study.
3    In the Drinker study in 1937,
4  Dr. Cecil Drinker from Harvard conducted toxicological
5  tests using animals, exposing them to compounds that
6  included PCBs and chlorinated naphthalenes, correct?
7    A.  Yes, I believe so.
8    Q.  All right.  And the doses that were
9  administered to the laboratory animals were very high.
10 Would you agree with that?
11   A.  They were more than you would normally get.
12 Of course, they're high, yes.  You need to have a
13 response in a very short period of time.
14   Q.  In fact, doctor, those tests exposed the
15 laboratory animals to doses of PCBs and naphthalenes
16 tens of thousands to hundreds of thousands of times
17 higher than average daily human intake.  Would you
18 agree with that?
19   A.  I would hope so, yes.
20   Q.  All right.  And the reason why very high doses
21 in these studies are used is because you want to see a
22 response, and so giving a low dose might not result in
23 a response.  You want to see a result, so you give a
24 very high dose, correct?
25   A.  That's why you give different levels of doses

1405

1  and different time lengths, and that's why you try to
2  design a study that will detect some change at some
3  level, so you get a sense of whether or not this is a
4  material that can cause change biologically.
5    Q.  Not only whether you can determine whether the
6  material causes change biologically, but at what dose
7  those biological changes occur, correct?
8    A.  Well, at what dose for that animal, for what
9  period of time.  I mean they're not going to substitute
10 the amount for the length of time.  You can't keep an
11 animal alive for 40 years and watch them at low doses.
12 You give them a large amount in -- a relatively large
13 amount for a short period of time because the animal
14 only lives, at most, for two years.
15   So you have to kind of compensate for the fact
16 that the animal will not live for a long time for them
17 to develop long-term cancers or whatever, by giving
18 them high doses in hoping of finding some sort of
19 physiological change in a short period of time, and
20 what that will be is the question.
21   Q.  Right.  And one of the purposes of these
22 tests, including Dr Drinker's test, was to determine at
23 what dose workers could work safely with this material
24 and at what dose over that level dangerous levels could
25 arise, correct, sir?

1406

1      A.   They were hoping to establish a safe level of
2   exposure, yes.
3      Q.   All right.  Now, let's take a step back.
4   Doctor, I want to hand you D-4186.
5          THE COURT:  It's already in evidence, right,
6   the Smyth article?
7          MR. MILLER:  Yes.
8      Q.   (By Mr. Miller)  Doctor, and just for our
9   recollection, this is a report of a study by
10  Dr. Henry Field Smyth, M.D., Ph.D., from the University
11  of Pennsylvania, correct?
12     A.   At that point he was an assistant professor,
13  yes.
14     Q.   And the date of -- I'm sorry.  Did you finish
15  your answer?
16     A.   Yes.
17     Q.   And the date of the study is 1931, correct?
18     A.   Yes.
19     Q.   And Dr. Smyth was conducting animal studies on
20  various compounds.  Would you agree with that?
21     A.   Yes.
22     Q.   All right.  And he was exposing animals to a
23  variety of compounds, mostly benzene containing
24  compounds; is that correct?
25     A.   Sort of a wide variety, a wide range of

                          1407

1   compounds, some of which we may have considerable
2   information, but others that we don't know.  That's all
3   I can tell you about it.
4      Q.   One of the compounds administered to the
5   laboratory animals in the study was polychlorinated
6   biphenyls, correct?
7      A.   Yes.
8      Q.   And the doses that Dr. Smyth administered to
9   the laboratory animals in connection with this study
10  were enormous.  Would you agree with that?
11     A.   Well, if you'd point me where he says
12  enormous, but they obviously had to be high from what
13  you would normally -- At that point you wouldn't
14  normally come in contact with this material, so
15  whatever it would be, it would be high.
16     Q.   Well, as a matter of fact, doctor, Dr. Smyth
17  fed these animals the equivalent of four grams per
18  kilogram, correct?
19     A.   That's right.
20     Q.   So if you turn to page 93, it's got 5078 at
21  the bottom.  You go to the right -- Well, down at the
22  bottom left it refers to diphenyls and diphenyl
23  derivatives, correct, on this section?
24     A.   Yes.
25     Q.   Okay.  Go to the next paragraph.  The second

                          1408

1   one down talks about PCBs.
2      A.   Well, so does the first one.  The first
3   paragraph also talks about PCBs.
4      Q.   Okay.  All right.
5          MR. MILLER:  Go back to the first paragraph,
6   please.
7      A.   No.
8          MR. MILLER:  Sorry, Scott.  Bottom left.
9   There you go.
10     Q.   (By Mr. Miller)  Two chlorodiphenyl
11  preparations, C11H.  Do you know what that is?
12     A.   H9Cl, I guess that is.
13     Q.   Okay.  And that's a polychlorinated biphenyl?
14     A.   No.  The second one is.
15     Q.   The first one is called monochlorodiphenyl?
16     A.   I'm sorry.  These are mono.  Yes, you put two
17  of them together, it would be bichlorinated.
18     Q.   So it's a monochlorbiphenyl were tested, and
19  both proved slightly toxic.  Slightly, correct?
20     A.   Yes.
21     Q.   All right.  "The 2-chloro compound killed in
22  from -- The next paragraph -- "20 to 40 hours in a dose
23  of 2.5 grams per kilo, with mild convulsions.  And the
24  4-chloro compound killed in 40 hours in a dose of
25  3.5 grams per kilo, with no convulsions.  Both were fed

                          1409

1   in pastes as they were apparently insoluble.  Here the
2   position of the chlorine atom seemed to govern the
3   degree of toxicity."  All right?
4      A.   Yes.
5      Q.   The next paragraph actually refers to, doctor,
6   polychlorinated diphenyls.  And in this paper it's
7   referred to as polychlorodiphenyls, correct?  Those are
8   PCBs, correct?
9      A.   Well, all I can say is you're playing with
10  words.  The fact is they're -- PCBs are often referred
11  to as chlorinated diphenyls in other documents that
12  you've shown me and that we've used.  So we're talking
13  about one chlorinated diphenyl.  And in this case over
14  here, one 4-chlorinated compound, which would be a
15  polychlorinated version of that.
16         This second group is about two
17  polychlorinated diphenyls, the definite composition of
18  which were undecided, proved nontoxic.  So they don't
19  know what those were.  These above them, they do know,
20  and those caused convulsions.
21     Q.   These two polychlorinated diphenyls -- I'm
22  sorry -- polychlorodiphenyls, the definite compositions
23  of which were undetermined, proved nontoxic in doses of
24  4 grams per kilogram, correct?
25     A.   That's right.

                          1410

1    Q.  Four grams per kilogram would be the
2  equivalent for you and me of over a cup of PCBs,
3  correct?
4    A.  I guess if you multiplied your weight by
5  4 grams per kilo, yes.
6    Q.  All right.  So that is about feeding these
7  animals a cup of PCBs, and in that case they proved
8  nontoxic, correct?
9    A.  In that case, yes.
10    Q.  So Dr. Smyth is reporting to the scientific
11  community that these two polychlorodiphenyls can be fed
12  to these laboratory animals the equivalent of a cup of
13  PCBs, and they would appear, at least in his test, to
14  be nontoxic, correct, sir?
15    A.  Yes.  The definite composition of which was
16  undecided.  That's what was distinguishing, what he
17  says in this section which is called "Diphenyl and
18  Diphenyl Derivatives."  That's what he's
19  distinguishing.
20    Q.  You've also referred in your testimony to a
21  May 25, 1934 report of Dr. Frederick Flinn of patch
22  tests made on natural -- material received from
23  Swann Research, Incorporated, correct?
24    A.  Yes.
25    Q.  And the object of the investigation undertaken

1411

1  by Dr. Flinn was to determine what the cause of various
2  dermatological conditions were that Swann was
3  experiencing at that time?
4    A.  That was part of it, yes.
5    Q.  Well, he refers to a condition called
6  chloracne, correct?
7    A.  Right.  He says, "The object of this
8  investigation was to determine whether or not the
9  various chlorinated diphenyl compounds" -- Again, it's
10  the same term they used in the previous document,
11  chlorinated diphenyls -- "compounds submitted or some
12  impurities contained therein might be the causative
13  agent producing the dermatitis which had developed
14  among some of the workmen in the plant."  That's what
15  the objective is.
16    Q.  So, again, Swann was the predecessor of
17  Monsanto?
18    A.  Yes.
19    Q.  Swann was in Anniston, Alabama?
20    A.  Yes.
21    Q.  Anniston, Alabama is where Monsanto first
22  started making PCBs, correct?
23    A.  Yes.
24    Q.  And in the 1930's, very early on, they had an
25  outbreak of a dermatological condition described by

1412

1  Dr. Flinn here as dermatitis, correct?
2    A.  Yes.
3    Q.  And what we know that to be is a condition
4  called chloracne?
5    A.  That's right.
6    Q.  Now, Swann went to Dr. Flinn because at the
7  time he was a rather prominent figure in occupational
8  health, correct?
9    A.  He was -- He had been known for lead research
10  previously, and now he was working on this, yes.
11    Q.  But he was at some -- I don't know.  What was
12  the institution called?  Columbia University?
13    A.  That's right.
14    Q.  No slouch, since you're a professor there
15  yourself?
16    A.  That's right.
17    Q.  Swann at the time went to one of the foremost
18  scientists from one of the most premier institutions in
19  the world to learn about what was causing their workers
20  to have this dermatitis, correct?
21    A.  Yes.
22    Q.  All right.  And Dr. Flinn conducted what are
23  called patch tests, correct?
24    A.  That's right.
25    Q.  And describe for the jury what a patch test

1413

1  is.
2    A.  Well, basically it's taking a material and
3  putting it on the skin, on the shaved part of the skin
4  of a rabbit and taking it off after a short period of
5  time and seeing whether there's any reaction on the
6  skin.
7    Q.  Dr. Flinn used large white rabbits, correct?
8    A.  That's right.
9    Q.  And he conducted these tests for the purpose
10  of determining if he could find out what was the cause
11  of this chloracne, right?
12    A.  That's right.
13    Q.  And he --
14    MR. MILLER:  Scott, could you please go to the
15  second page.
16    Q.  (By Mr. Miller)  This lists, does it not, the
17  various tests, and it goes on for a couple of pages,
18  that Dr. Flinn conducted?
19    A.  Yes.
20    Q.  He used various substances and he used various
21  mixtures of substances to try to determine what was the
22  specific cause of the chloracne that was arising in the
23  workers that were working in the PCB department at
24  Swann?
25    A.  Yes.

1414

1  Q. And he reached conclusions, did he not?
2  A. Yes.
3  Q. Would you turn to the last page. He writes in
4  the second paragraph there, "One cannot feel that any
5  styrene compound which may be found to be present as an
6  impurity is the cause of your trouble." What he's
7  referring to here is that at the time benzene was a
8  primary compound used in the preparation of chlorinated
9  biphenyl, correct?
10  A. I guess so, yes.
11  Q. And at the time Swann was receiving its
12  benzene supply that was contaminated with styrene. And
13  Dr. Flinn is reporting that it is the styrene
14  contaminant in the PCBs or in the benzene that is
15  causing these workers to develop their chloracne,
16  correct?
17  A. That's one line. You could read the first
18  paragraph as well.
19  Q. Sure. Let's read it all.
20  MR. MILLER: Scott, would you blow up the
21  first paragraph. Make it a little bigger, please.
22  Q. (By Mr. Miller) "One is impressed with the
23  fact that each of the aroclors giving a positive
24  reaction were of a fluid nature. Attempts were made to
25  expose the animals to vapors, but observations made us

1415

1  conclude that the only difference was that the animal
2  would be exposed to the hot material, and it was well
3  known that the reaction where such an exposure is given
4  is more severe."
5  So he says we're not going to be exposing them
6  to the vapors because there might be a problem, so
7  we're not going to figure out what the cause of this
8  chloracne is.
9  A. Right.
10  Q. Let's use the patch test, right?
11  A. Yes.
12  Q. But then he goes on. "One cannot feel" --
13  "One cannot but feel that any styrene compound which
14  may be found to be present as an impurity is the cause
15  of your trouble. I was rather surprised that more of
16  the compound submitted did not show or give reaction
17  with the skin. It has been shown in some
18  investigations that chlorine did not produce a
19  dermatitis when metal like" --
20  THE COURT: "Metallic."
21  Q. (By Mr. Miller) -- "metallic" -- Thank you,
22  Your Honor -- "electrodes were used, but did if the
23  metallic electrodes were replaced by carbon electrodes.
24  The theory was advanced that some organic chlorine
25  compounds were produced in the latter case."

1416

1  In any event, he's saying it's the styrene
2  impurity in your material that's causing your workers
3  to have chloracne; is that right?
4  A. He believes that. He feels that.
5  Q. He was a toxicologist, preeminent, at Columbia
6  University in the 1930's?
7  A. Uh-huh.
8  Q. A guy that you would want to go to if you had
9  an occupational dermatologic problem at that time,
10  correct?
11  A. If you wanted to know about 24-, 48-hour patch
12  tests, yes.
13  Q. Did you see anywhere where Dr. Flinn
14  recommended that Swann or, later, Monsanto, do any
15  other kind of test?
16  A. No.
17  Q. You're familiar with a paper by Drs. Flinn and
18  Jarvik. It's here, D-5848, Action of Certain
19  Chlorinated Naphthalenes on the Liver?
20  A. Yes.
21  THE COURT: Is it in evidence?
22  MR. JENSEN: It's in evidence as a plaintiff's
23  exhibit, I believe, Your Honor.
24  Q. (By Mr. Miller) Okay. And the date of this
25  document is 1936; is that right?

1417

1  A. Again, I'm not sure. I believe that's right.
2  Q. All right. And Drs. Flinn and Jarvik are also
3  at the Columbia University, correct?
4  A. Yes.
5  Q. And they report that three cases of yellow
6  atrophy of the liver have occurred in each of three
7  widely separated plants and under different management
8  within a year or two.
9  Let's stop right here. What he's referring to
10  in terms of these plants are plants owned and operated
11  by a company called Halowax, correct?
12  A. I believe so.
13  Q. All right. And Halowax was a company that was
14  manufacturing at the time wire coatings; is that right?
15  A. Yes.
16  Q. And the wire coatings that they were
17  manufacturing were coatings that prevented wires from
18  overheating and causing fires, correct?
19  A. That's what I assume.
20  Q. All right. And they were using a chemical
21  called naphthalenes, correct?
22  A. That's right.
23  Q. Polychlorinated naphthalenes, right?
24  A. That's right.
25  Q. And they were also using PCBs in their

1418

1 facilities, correct?
2     A.  I would assume so.  He doesn't mention PCBs in
3 this report.  This is about naphthalenes, but I assume
4 there were PCBs around there.
5     Q.  In any event, Drs. Flinn and Jarvik evaluated
6 three cases of individuals who had a condition called
7 yellow atrophy of the liver, correct?
8     A.  Yes.
9     Q.  Would you confirm for us that yellow atrophy
10 of the liver, at least as you understand it from a
11 position of historical -- history of science and
12 medicine, that that is not cancer?
13     A.  It's a -- It's what it says.  It's atrophy of
14 the liver.  It's not cancer.
15     Q.  It's not cancer.
16     A.  As it's defined here.
17     Q.  And these two researchers conducted
18 evaluations of various chlorinated naphthalenes to
19 determine what the cause of the yellow atrophy was
20 among these workers; is that correct?
21     A.  That's right.
22     Q.  And they did animal experience -- experiments,
23 correct?
24     A.  Yes.
25     Q.  And these experiments dosed these animals with

1419

1 A.  Yes.
2     Q.  So Drs. Flinn and Jarvik are saying, this,
3 with the history of the industrial cases, points to its
4 being -- chlorinated naphthalenes being a possible
5 cause in these factory cases.  No other materials used
6 in the factory was found to produce a lesion", correct?
7     A.  That's what it says.
8     Q.  All right.  Doctor, I want to hand you D-4574.
9 You're certainly familiar with this paper.  It is
10 written by Dr. Cecil Drinker, Madeleine Warren,
11 Granville Bennett.  It's dated September 1937?
12     A.  Yes.
13        MR. MILLER:  Your Honor, this has previously
14 been published as Plaintiff's 11-A.
15        THE COURT:  All right.  Thank you.
16     Q.  (By Mr. Miller)  This is the Drinker paper
17 first published in 1937 that we've talked about -- you
18 talked about yesterday with plaintiffs counsel and we
19 mentioned a few minutes ago; is that right?
20     A.  Yes.
21     Q.  And this was published in the Journal of
22 Industrial Hygiene and Toxicology, correct?
23     A.  That's right.
24     Q.  And at the time in 1937 this was a brand new
25 industrial hygiene journal?

1421

1 very, very high levels of chlorinated naphthalenes; is
2 that right?
3     A.  Again, I'm sure they must have to get results
4 in a short period of time.
5     Q.  In fact, they injected these rabbits with the
6 naphthalenes?
7     A.  Yes.
8     Q.  And they concluded, did they not, that the
9 substance responsible for the yellow atrophy of the
10 liver among the three workers who suffered from it at
11 Halowax was chlorinated naphthalenes.  It doesn't
12 mention PCBs at all, correct?
13     A.  It doesn't mention PCBs.  It's a paper about
14 naphthalenes.
15     Q.  Turn to page 120, last page.  These test
16 reports from the evidence obtained from 30 rabbits all
17 show the same pathological picture.  We feel that
18 certain chlorinated naphthalenes or impurities
19 contained within them are capable of producing yellow
20 atrophy of the liver in the rabbits, correct?
21     A.  That's right.
22     Q.  This, with the history of the industrial
23 cases, points to its being a possible etiologic agent
24 in the factory cases.  And etiology refers to cause,
25 correct?

1420

1 A.  Well, it started in 1930 or thereabouts, '29
2 or '30.
3     Q.  All right.  It was in its infancy.
4 Drs. Drinker -- And was it his brother, another
5 Drinker?
6     A.  Phillip, yes.
7     Q.  And Phillip Drinker started this journal; is
8 that right?
9     A.  Yes.  That's essentially -- They're the
10 editors, first editors.
11     Q.  And this became the premier journal of
12 industrial hygiene and toxicology in the country during
13 that era?
14     A.  It certainly was a major journal, yes.
15     Q.  All right.  Drs. Drinker, Warren and Bennett
16 were hired by the Halowax company, correct?
17     A.  Yes.
18     Q.  They were hired to follow up on the work by
19 the researchers whose paper we just reviewed, Flinn and
20 Jarvik; is that right?
21     A.  And, again, I'm not sure of the origins of it,
22 but certainly they had a long-term interest in it, and
23 this was another paper that -- or another group they
24 asked to investigate it.
25     Q.  You need to keep your voice up.

1422

1    A.  I'm sorry.  This was another group they asked
2  to investigate it.  I'm not sure of the origins of how
3  they got to them.
4    Q.  Let's talk about Dr. Drinker.  He started this
5  journal.  It became the premier journal of industrial
6  hygiene and toxicology in the 1930's and '40s.  And he
7  was a rather significant figure in the field of
8  industrial hygiene and physiology, correct?
9    A.  Yes.
10    Q.  In fact, he was --
11        MR. MILLER:  If you could blow that up, Scott.
12    Q.  (By Mr. Miller)  He was at the Department of
13  Physiology, Harvard School of Public Health and the
14  Department of Pathology at the Harvard Medical School
15  in Boston, Massachusetts?
16    A.  Yes.
17    Q.  And you would agree with me, doctor, that if
18  you had a problem in your work force involving a
19  potential -- a potential exposure issue, this is the
20  guy, this is the group that you would want to go to for
21  advice?
22    A.  Well, it's certainly a very, very, very
23  respectable group, and I always like to go to them for
24  any kind of advice.
25    Q.  He was well known.  He was well recognized.

1423

1  He was considered an authoritative figure in the field
2  of occupational health and toxicology at the time?
3    A.  Yes.
4    Q.  And he was dean of the -- although it doesn't
5  say there, dean of the Harvard School of Public Health?
6    A.  That's correct.
7    Q.  And would you agree with me that this journal,
8  this Journal of Industrial Hygiene and Toxicology
9  was, as it was becoming the premier journal, widely
10  read by industrial, medical officers and directors in
11  major companies around the country?
12    A.  I would assume that it was widely read by
13  toxicologists and people who were in charge of medical
14  issues at various corporations.  I'm not sure that the
15  executives read it or not or depended upon their
16  medical personnel to get this information, but
17  certainly it was a widely distributed journal.
18    Q.  And, again, Drs. Drinker, Warren and Bennett
19  were looking at the issue of yellow atrophy of the
20  liver in these Halowax workers, correct?
21    A.  That's right.
22    Q.  Now, these researchers also conducted animal
23  experiments?
24    A.  Yes.
25    Q.  They conducted animal experiments not by

1424

1  injecting naphthalenes or PCBs into white rabbits, but
2  by exposing them to vapor, correct?
3    A.  I think it was both ingestion and vapor.
4    Q.  It was both ingestion and vapor.  Let's talk
5  about the first test.  The first test involved vapors;
6  is that correct?
7    A.  Well, I'm not sure it was the first test, but
8  certainly vapors were a part of the study.
9    Q.  Now, one of the interesting aspects of this
10  paper is that Drs. Drinker, et cetera described the
11  methods that they used in order to expose the animals
12  to the vapors of the materials they were exposing them
13  to, correct?
14    A.  That's right.
15    Q.  And they go through the trouble of explaining
16  that they had to heat these materials up to very, very
17  high temperatures just to get the vapors at a
18  sufficient concentration to expose the animals for the
19  purpose of the test?
20    A.  That's right.
21    Q.  And the reason they had to do that is because
22  these materials don't readily volatilize, correct,
23  doctor?
24    A.  I believe that they're pretty stable.  I
25  believe that they -- I've since seen information that

1425

1  they may volatilize very, very slowly.  I just can't
2  really answer that very specifically.  I think that,
3  you know, in general you have to heat them pretty high
4  to get any kind of significant volatilization.
5    Q.  Let's talk about volatility.  Volatility is a
6  very simple concept that expresses the degree to which
7  a substance like a liquid is going to evaporate,
8  correct?
9    A.  Well, evaporate or go into the air.
10    Q.  Go into the air.  Okay.  That's an even
11  simpler term.  For example, alcohol or acetone goes
12  into the air very, very rapidly, correct?
13    A.  That's right.
14    Q.  We call that rapid volatilization, correct?
15    A.  Some people do.
16    Q.  Water will volatilize.  If I have a cup of
17  water about this size, open up the top, in about a day
18  or so, maybe two, the water is going to completely
19  evaporate, correct?
20    A.  Yes.
21    Q.  If I have an Aroclor 1242, 1254, 1268, 1262,
22  and I put it here, tomorrow I'm going to have just
23  about the same amount?
24    A.  Just about, yes.
25    Q.  Because it volatilizes very, very slowly,

1426

```
1   correct?
2       A.  That's right.
3       Q.  And if I come back in a week, I'm going to
4   have just about the same amount that I left here,
5   correct?
6       A.  Probably.
7       Q.  And if I come back in a month or two or a
8   year, it's pretty much going to be the same as the
9   amount that I left on the table, correct?
10      A.  That I can't attest to, but it's very stable.
11      Q.  Very stable.  It volatilizes very, very
12  slowly, and that's why these doctors had to heat this
13  material up to extraordinarily high temperatures, just
14  to expose the animals?
15      A.  That's right.
16          MR. MILLER:  Your Honor, did you want to take
17  a break at this time?
18          THE COURT:  We'll take a short recess.  The
19  admonition about not talking about the case is in
20  effect.
21              (A recess was taken.)
22
23
24
25
                        1427
```

**'**

**'29** [1] - 1422:1
**'30** [1] - 1422:2
**'40s** [3] - 1387:2, 1402:11, 1423:6
**'42** [1] - 1389:3
**'50s** [2] - 1382:14, 1402:12
**'60s** [3] - 1382:14, 1402:12, 1403:23
**'61** [1] - 1368:20
**'80s** [1] - 1397:9

**0**

**074946** [1] - 1371:14
**074950** [1] - 1383:21

**1**

**1** [1] - 1385:24
**10K** [1] - 1364:12
**10SL** [1] - 1362:4
**10SL-CC03822** [1] - 1362:4
**11** [1] - 1403:11
**11-A** [1] - 1421:14
**12** [2] - 1362:5, 1399:13
**120** [1] - 1420:15
**1232** [1] - 1385:21
**1242** [2] - 1385:22, 1426:21
**1248** [1] - 1385:22
**1254** [9] - 1371:4, 1372:7, 1380:1, 1380:18, 1382:15, 1382:17, 1384:13, 1385:22, 1426:21
**1260** [2] - 1372:7, 1385:23
**1262** [3] - 1372:7, 1385:23, 1426:21
**1268** [2] - 1385:23, 1426:21
**13** [2] - 1384:4, 1401:6
**138** [1] - 1401:12
**14** [2] - 1402:18, 1403:12
**15** [1] - 1403:12
**16** [1] - 1362:10
**18** [1] - 1401:13
**180** [2] - 1392:13, 1392:18
**1900's** [1] - 1393:24
**192,000** [2] - 1375:13, 1376:8
**1920's** [1] - 1387:22
**1930** [4] - 1393:15, 1393:25, 1399:15, 1422:1
**1930's** [13] - 1392:20, 1394:6, 1394:15,

1395:3, 1395:18, 1399:17, 1402:11, 1403:9, 1404:9, 1412:24, 1417:6, 1423:6
**1931** [1] - 1407:17
**1934** [1] - 1411:21
**1936** [1] - 1417:25
**1937** [4] - 1405:3, 1421:11, 1421:17, 1421:24
**1940's** [4] - 1395:22, 1395:23, 1398:5, 1403:14
**1941** [1] - 1389:1
**1942** [3] - 1389:2, 1398:10, 1399:10
**1950's** [2] - 1396:3, 1403:19
**1957** [1] - 1370:12
**1960** [2] - 1371:9, 1383:24
**1960's** [1] - 1397:7
**1961** [2] - 1367:20, 1370:8
**1969** [1] - 1373:13
**1970** [10] - 1378:8, 1379:13, 1379:22, 1379:25, 1383:7, 1383:8, 1384:17, 1385:19, 1400:22, 1401:23
**1970's** [2] - 1397:9, 1404:10
**1974** [1] - 1385:7
**1:20** [1] - 1366:6

**2**

**2-chloro** [1] - 1409:21
**2.5** [1] - 1409:23
**20** [1] - 1409:22
**2008** [1] - 1402:17
**2011** [2] - 1401:6, 1401:9
**2015** [3] - 1362:10, 1402:14, 1402:18
**20th** [1] - 1392:2
**24** [2] - 1401:13, 1417:11
**2401** [1] - 1390:3
**25** [1] - 1411:21
**260** [2] - 1402:22, 1403:11
**27** [1] - 1391:11
**29** [1] - 1391:20

**3**

**3** [2] - 1369:6, 1373:13
**3.5** [1] - 1409:25
**30** [1] - 1420:16
**300** [2] - 1404:10,

1404:13
**304** [1] - 1374:18
**36** [1] - 1371:14

**4**

**4** [2] - 1410:24, 1411:5
**4-chlorinated** [1] - 1410:14
**4-chloro** [1] - 1409:24
**40** [4] - 1383:20, 1406:11, 1409:22, 1409:24
**4045** [1] - 1383:12
**420** [1] - 1374:16
**4465** [2] - 1372:7, 1385:23
**48-hour** [1] - 1417:11

**5**

**5078** [1] - 1408:20
**5442** [1] - 1372:7
**5460** [8] - 1368:4, 1368:13, 1369:16, 1369:20, 1369:24, 1370:18, 1371:25, 1372:3

**6**

**696** [1] - 1390:22

**7**

**7** [1] - 1362:10
**700** [1] - 1400:20

**8**

**8** [1] - 1384:1

**9**

**93** [1] - 1408:20

**A**

**abide** [1] - 1363:10
**able** [1] - 1366:8
**abstracts** [1] - 1389:4
**accept** [1] - 1393:5
**Acetic** [2] - 1384:7, 1384:10
**acetic** [4] - 1380:13, 1380:19, 1382:17, 1384:13
**acetone** [1] - 1426:11
**acid** [4] - 1380:13, 1380:19, 1382:17, 1384:13
**Acid** [2] - 1384:7, 1384:9
**Acid"** [1] - 1384:10
**act** [1] - 1374:20
**Action** [1] - 1417:18

**Adam** [2] - 1362:16, 1367:12
**added** [1] - 1366:25
**additional** [3] - 1375:6, 1375:21, 1376:2
**administered** [4] - 1401:17, 1405:9, 1408:4, 1408:8
**admission** [1] - 1383:10
**admissions** [1] - 1364:14
**admitted** [3] - 1367:10, 1370:11, 1385:6
**admonished** [1] - 1389:17
**admonition** [1] - 1427:19
**advanced** [1] - 1416:24
**advertised** [2] - 1367:7, 1368:23
**advertisement** [3] - 1370:12, 1379:10, 1379:16
**advice** [2] - 1423:21, 1423:24
**aerosol** [1] - 1369:24
**affecting** [1] - 1388:11
**afternoon** [2] - 1365:20, 1366:21
**agent** [2] - 1412:13, 1420:23
**agents** [1] - 1386:16
**ago** [2] - 1368:10, 1421:19
**agree** [18] - 1367:4, 1372:10, 1382:12, 1386:21, 1390:15, 1390:20, 1392:15, 1392:19, 1393:14, 1395:2, 1397:12, 1400:21, 1405:10, 1405:18, 1407:20, 1408:10, 1423:17, 1424:7
**Agriculture** [2] - 1368:11, 1368:17
**air** [3] - 1426:9, 1426:10, 1426:12
**al** [2] - 1362:3, 1362:6
**Alabama** [2] - 1412:19, 1412:21
**alcohol** [1] - 1426:11
**alert** [1] - 1374:9
**Alicia** [1] - 1362:12
**alive** [1] - 1406:11
**Allen** [2] - 1362:14, 1362:14
**allow** [4] - 1363:9, 1363:20, 1364:8,

1365:5
**allowed** [3] - 1373:24, 1375:2, 1375:18
**America** [2] - 1398:15, 1398:18
**American** [1] - 1387:3
**amount** [7] - 1377:21, 1406:10, 1406:12, 1406:13, 1426:23, 1427:4, 1427:9
**amounts** [3] - 1385:25, 1386:1, 1399:8
**aniline** [3] - 1393:21, 1393:23, 1394:1
**animal** [13] - 1386:3, 1397:23, 1400:24, 1401:23, 1406:8, 1406:11, 1406:13, 1406:16, 1407:19, 1416:1, 1419:22, 1424:22, 1424:25
**animals** [15] - 1386:17, 1405:5, 1405:9, 1405:15, 1407:22, 1408:5, 1408:9, 1408:17, 1411:7, 1411:12, 1415:25, 1419:25, 1425:1, 1425:18, 1427:14
**Anniston** [4] - 1395:5, 1396:5, 1412:19, 1412:21
**Annual** [2] - 1398:16, 1398:18
**answer** [9] - 1366:9, 1387:14, 1388:15, 1395:9, 1401:24, 1403:11, 1407:15, 1426:2
**answering** [1] - 1404:1
**anyway** [2] - 1365:14, 1365:16
**apologize** [2] - 1389:3, 1389:24
**appear** [2] - 1399:2, 1411:13
**application** [3] - 1369:19, 1373:18, 1386:12
**applications** [4] - 1370:20, 1372:16, 1373:23, 1386:13
**applied** [1] - 1366:23
**approach** [2] - 1369:9, 1383:16
**appropriate** [1] - 1401:3
**areas** [2] - 1364:3, 1373:18
**argue** [1] - 1365:10

1

**argumentative** [1] - 1364:3

**arise** [1] - 1406:25

**arising** [1] - 1414:22

**aroclor** [3] - 1371:25, 1372:6, 1381:18

**Aroclor** [23] - 1367:21, 1368:4, 1368:13, 1369:16, 1369:24, 1370:18, 1371:11, 1380:1, 1380:18, 1380:23, 1382:15, 1382:17, 1384:13, 1385:8, 1385:21, 1385:22, 1385:23, 1426:21

**Aroclor/Therminol** [3] - 1373:24, 1374:7, 1375:3

**aroclors** [5] - 1367:25, 1368:15, 1381:3, 1381:17, 1415:23

**article** [1] - 1407:6

**aspect** [1] - 1364:21

**aspects** [1] - 1425:9

**assay** [1] - 1404:18

**assay's** [1] - 1404:19

**assistant** [1] - 1407:12

**associated** [3] - 1387:8, 1388:2, 1388:11

**Association** [1] - 1387:3

**assume** [12] - 1363:19, 1380:11, 1380:13, 1380:14, 1382:11, 1391:2, 1392:15, 1396:21, 1418:19, 1419:2, 1419:3, 1424:12

**atmosphere** [1] - 1388:6

**atom** [1] - 1410:2

**atrophy** [8] - 1418:6, 1419:7, 1419:9, 1419:13, 1419:14, 1420:9, 1420:20, 1424:19

**Attempts** [1] - 1415:24

**attention** [1] - 1398:7

**attest** [1] - 1427:10

**authoritative** [3] - 1363:16, 1363:24, 1424:1

**average** [1] - 1405:17

**avoided** [1] - 1386:14

**aware** [4] - 1372:24, 1387:7, 1387:24, 1388:12

**awareness** [2] - 1386:22, 1388:16

**azo** [3] - 1394:4,

1394:6, 1394:7

## B

**base** [1] - 1363:16

**based** [1] - 1367:3

**Baughman** [1] - 1362:15

**became** [2] - 1422:11, 1423:5

**becoming** [1] - 1424:9

**BEFORE** [1] - 1362:2

**behavior** [1] - 1398:12

**believes** [1] - 1417:4

**below** [1] - 1369:19

**Beltsville** [1] - 1368:12

**Bend** [5] - 1376:5, 1376:8, 1376:19, 1376:25, 1377:17

**benefit** [1] - 1382:3

**benefits** [1] - 1381:18

**Bennett** [3] - 1421:11, 1422:15, 1424:18

**benzene** [7] - 1392:23, 1392:24, 1407:23, 1415:7, 1415:12, 1415:14

**benzo(a)pyrene** [2] - 1392:20, 1393:3

**better** [1] - 1365:2

**bichlorinated** [1] - 1409:17

**bigger** [1] - 1415:21

**biological** [1] - 1406:7

**biologically** [2] - 1406:4, 1406:6

**biphenyl** [3] - 1368:6, 1409:13, 1415:9

**biphenyls** [2] - 1385:24, 1408:6

**bit** [2] - 1370:1, 1399:18

**bits** [3] - 1364:21, 1364:22

**Blackwell** [1] - 1362:15

**bladder** [1] - 1394:7

**blow** [3] - 1385:16, 1415:20, 1423:11

**book** [8] - 1363:11, 1363:12, 1363:14, 1363:15, 1363:17, 1363:21, 1364:8, 1364:17

**Boston** [1] - 1423:15

**bottom** [6] - 1372:2, 1372:5, 1376:4, 1408:21, 1408:22, 1409:8

**bought** [1] - 1380:7

**box** [1] - 1377:21

**brand** [1] - 1421:24

**break** [5] - 1366:23, 1377:3, 1389:13, 1390:2, 1427:17

**breathing** [1] - 1387:21

**brief** [1] - 1389:18

**broke** [2] - 1376:16, 1376:21

**brother** [1] - 1422:4

**brought** [1] - 1402:8

**BUCK** [1] - 1373:9

**Buck** [1] - 1362:16

**buildings** [1] - 1386:16

**bulletin** [2] - 1381:2, 1388:1

**Bulletin** [4] - 1371:8, 1380:24, 1383:24, 1385:7

**bulletins** [4] - 1380:17, 1380:22, 1382:13, 1382:16

**business** [1] - 1378:8

**BY** [1] - 1366:20

## C

**C11H** [1] - 1409:11

**cancer** [20] - 1389:9, 1390:11, 1391:1, 1393:25, 1394:7, 1397:15, 1397:21, 1398:4, 1398:24, 1399:2, 1400:16, 1402:10, 1403:8, 1403:15, 1403:19, 1403:25, 1404:16, 1419:12, 1419:14, 1419:15

**cancers** [15] - 1389:10, 1392:3, 1392:21, 1393:8, 1393:16, 1394:17, 1394:23, 1395:6, 1395:19, 1395:25, 1396:6, 1396:11, 1396:19, 1397:2, 1406:17

**cannot** [5] - 1401:21, 1401:24, 1415:4, 1416:12, 1416:13

**capable** [1] - 1420:19

**capacitor** [1] - 1396:17

**carbon** [1] - 1416:23

**carcinogen** [1] - 1393:1

**carcinogenicity** [1] - 1394:22

**care** [1] - 1386:4

**careful** [1] - 1386:10

**carefully** [2] - 1388:9, 1388:14

**Carter** [1] - 1362:12

**case** [14] - 1364:6, 1364:22, 1364:25, 1365:2, 1365:3, 1365:4, 1374:13, 1374:17, 1383:3, 1410:13, 1411:7, 1411:9, 1416:25, 1427:19

**cases** [6] - 1418:5, 1419:6, 1420:23, 1420:24, 1421:3, 1421:5

**catch** [1] - 1365:10

**causative** [1] - 1412:12

**caused** [3] - 1374:14, 1389:11, 1410:20

**causes** [2] - 1394:23, 1406:6

**causing** [6] - 1393:7, 1393:16, 1413:19, 1415:15, 1417:2, 1418:18

**CC03822** [1] - 1362:4

**CCR** [1] - 1362:12

**Cecil** [2] - 1405:4, 1421:10

**century** [1] - 1392:2

**Certain** [1] - 1417:18

**certain** [3] - 1374:9, 1386:3, 1420:18

**certainly** [12] - 1388:6, 1388:15, 1390:16, 1392:5, 1394:25, 1401:16, 1421:9, 1422:14, 1422:22, 1423:22, 1424:17, 1425:8

**cetera** [1] - 1425:10

**chance** [1] - 1365:2

**change** [4] - 1406:2, 1406:4, 1406:6, 1406:19

**changes** [1] - 1406:7

**characteristic** [2] - 1374:6, 1374:8

**characteristics** [1] - 1381:5

**charge** [1] - 1424:13

**chart** [2] - 1380:20, 1382:18

**Chemical** [1] - 1370:13

**chemical** [14] - 1381:5, 1381:25, 1382:7, 1382:9, 1386:24, 1387:1, 1391:20, 1393:3, 1399:6, 1400:23, 1401:22, 1401:25, 1404:18, 1418:20

**chemicals** [8] -

1382:8, 1390:17, 1390:22, 1390:25, 1391:4, 1392:10, 1394:11, 1402:4

**chip** [1] - 1378:16

**chloracne** [7] - 1412:6, 1413:4, 1414:11, 1414:22, 1415:15, 1416:8, 1417:3

**chlordane** [1] - 1372:6

**chlorinated** [12] - 1368:14, 1405:6, 1410:11, 1410:13, 1412:9, 1412:11, 1415:8, 1419:18, 1420:1, 1420:11, 1420:18, 1421:4

**Chlorinated** [1] - 1417:19

**chlorine** [3] - 1410:2, 1416:18, 1416:24

**chlorodiphenyl** [1] - 1409:10

**chronic** [3] - 1399:2, 1400:24, 1401:23

**CIRCUIT** [2] - 1362:1, 1362:1

**circumstance** [1] - 1376:24

**circumstances** [2] - 1374:9, 1375:2

**close** [1] - 1366:12

**CO** [1] - 1362:6

**coating** [1] - 1382:9

**coatings** [3] - 1418:14, 1418:16, 1418:17

**coffee** [1] - 1389:23

**cognizant** [1] - 1364:25

**Columbia** [3] - 1413:12, 1417:5, 1418:3

**comfortable** [1] - 1366:11

**commerce** [3] - 1390:15, 1390:18, 1390:25

**common** [2] - 1400:23, 1401:22

**community** [1] - 1411:11

**companies** [6] - 1395:15, 1395:16, 1397:10, 1400:23, 1401:22, 1424:11

**company** [6] - 1376:19, 1380:7, 1400:25, 1418:11, 1418:13, 1422:16

**compendium** [18] - 1388:21, 1388:23,

1389:8, 1390:2, 1390:13, 1390:21, 1392:10, 1393:7, 1393:11, 1393:21, 1394:3, 1394:11, 1394:14, 1397:12, 1397:13, 1397:25, 1398:4, 1400:19

**compensate** [1] - 1406:15

**completely** [2] - 1366:6, 1426:18

**component** [2] - 1386:9, 1386:17

**composition** [2] - 1410:17, 1411:15

**compositions** [1] - 1410:22

**compound** [9] - 1391:23, 1393:10, 1409:21, 1409:24, 1410:14, 1415:5, 1415:8, 1416:13, 1416:16

**compounds** [25] - 1372:6, 1389:5, 1392:3, 1392:9, 1392:11, 1392:14, 1392:20, 1392:23, 1392:24, 1393:11, 1393:16, 1393:20, 1394:10, 1394:21, 1395:1, 1399:20, 1405:5, 1407:20, 1407:23, 1407:24, 1408:1, 1408:4, 1412:9, 1412:11, 1416:25

**concentration** [1] - 1425:18

**concept** [1] - 1426:6

**concerning** [1] - 1370:24

**conclude** [1] - 1416:1

**concluded** [1] - 1420:8

**conclusions** [1] - 1415:1

**condition** [4] - 1412:5, 1412:25, 1413:3, 1419:6

**conditions** [1] - 1412:2

**conduct** [2] - 1390:5, 1398:1

**conducted** [8] - 1404:10, 1405:4, 1413:22, 1414:9, 1414:18, 1419:17, 1424:22, 1424:25

**conducting** [1] - 1407:19

**confirm** [15] - 1368:4,

1370:4, 1371:12, 1380:3, 1390:8, 1391:22, 1392:2, 1392:8, 1393:23, 1394:15, 1395:11, 1398:23, 1400:14, 1402:6, 1419:9

**connection** [4] - 1383:3, 1390:4, 1401:7, 1408:9

**considerable** [1] - 1408:1

**considerations** [1] - 1373:22

**considered** [3] - 1383:2, 1388:7, 1424:1

**constituent** [1] - 1393:3

**consumed** [1] - 1378:7

**Cont** [1] - 1362:11

**contact** [5] - 1373:24, 1375:7, 1375:18, 1375:23, 1408:14

**contacted** [3] - 1375:8, 1375:24, 1384:23

**contain** [1] - 1385:24

**contained** [5] - 1377:21, 1378:2, 1381:1, 1412:12, 1420:19

**container** [1] - 1386:18

**containing** [6] - 1372:6, 1375:14, 1379:14, 1386:5, 1392:24, 1407:23

**contaminant** [1] - 1415:14

**contaminated** [5] - 1378:6, 1378:17, 1378:22, 1379:6, 1415:12

**contamination** [1] - 1374:5

**continuation** [1] - 1391:19

**CONTINUATION** [1] - 1366:19

**contracting** [1] - 1395:19

**convulsions** [3] - 1409:23, 1409:25, 1410:20

**cooked** [2] - 1378:12, 1378:17

**cooking** [3] - 1373:25, 1374:13, 1374:16

**copy** [3] - 1370:25, 1373:10, 1382:22

**corporations** [1] -

1424:14

**correct** [158] - 1363:19, 1367:1, 1367:2, 1367:23, 1368:1, 1368:6, 1369:2, 1369:17, 1369:21, 1369:25, 1370:13, 1370:18, 1370:22, 1371:9, 1371:16, 1372:3, 1372:13, 1372:17, 1372:21, 1373:15, 1373:19, 1374:10, 1374:11, 1374:23, 1375:3, 1375:19, 1376:1, 1376:6, 1376:10, 1376:12, 1377:1, 1377:18, 1378:3, 1378:8, 1378:18, 1378:22, 1379:1, 1379:2, 1379:4, 1379:14, 1379:23, 1380:1, 1380:4, 1381:6, 1381:12, 1381:15, 1381:21, 1382:1, 1382:5, 1382:10, 1384:19, 1384:24, 1385:3, 1385:8, 1385:19, 1386:19, 1387:10, 1387:12, 1387:14, 1388:3, 1389:1, 1389:5, 1390:6, 1390:22, 1391:5, 1391:12, 1392:14, 1393:4, 1393:8, 1393:12, 1393:21, 1394:1, 1394:4, 1394:8, 1394:24, 1395:19, 1395:22, 1395:25, 1396:7, 1397:5, 1397:7, 1397:21, 1398:1, 1398:21, 1399:8, 1399:14, 1400:5, 1400:16, 1401:8, 1401:15, 1401:18, 1402:1, 1402:2, 1402:12, 1402:15, 1402:19, 1403:9, 1403:16, 1403:20, 1403:25, 1404:11, 1404:18, 1405:6, 1405:24, 1406:7, 1406:25, 1407:11, 1407:17, 1407:24, 1408:6, 1408:18, 1408:23, 1409:19, 1410:7, 1410:8, 1410:24, 1411:3, 1411:8, 1411:14, 1411:23, 1412:6, 1412:22,

1413:1, 1413:8, 1413:20, 1413:23, 1414:7, 1415:9, 1415:16, 1417:10, 1418:3, 1418:11, 1418:18, 1418:21, 1419:1, 1419:7, 1419:20, 1419:23, 1420:12, 1420:20, 1420:25, 1421:6, 1421:22, 1422:16, 1423:8, 1424:6, 1424:20, 1425:2, 1425:6, 1425:13, 1425:22, 1426:8, 1426:12, 1426:14, 1426:19, 1427:1, 1427:5, 1427:9

**correctly** [1] - 1374:2

**Council** [1] - 1387:5

**counsel** [1] - 1421:18

**counted** [1] - 1392:17

**country** [2] - 1422:12, 1424:11

**COUNTY** [1] - 1362:1

**couple** [4] - 1375:16, 1393:9, 1393:10, 1414:17

**course** [5] - 1367:9, 1370:1, 1378:24, 1404:8, 1405:12

**Court** [2] - 1365:11, 1389:17

**court** [1] - 1401:18

**COURT** [27] - 1362:1, 1363:3, 1364:17, 1364:24, 1365:7, 1365:13, 1365:18, 1365:23, 1366:4, 1367:12, 1369:11, 1373:7, 1373:12, 1382:25, 1383:12, 1383:17, 1389:12, 1389:15, 1389:18, 1389:20, 1403:6, 1404:3, 1407:5, 1416:20, 1417:21, 1421:15, 1427:18

**courtroom** [4] - 1363:2, 1363:8, 1366:3, 1366:11

**cramp** [1] - 1383:19

**created** [1] - 1399:15

**crew** [1] - 1383:13

**crop** [2] - 1372:5, 1372:14

**crops** [5] - 1367:5, 1367:8, 1372:13, 1387:10, 1387:17

**Cross** [1] - 1362:11

**CROSS** [1] - 1366:19

**cross** [4] - 1363:8, 1365:19, 1366:17,

1389:21

**Cross-Examination** [1] - 1362:11

**cross-examination** [1] - 1366:17

**CROSS-EXAMINATION** [1] - 1366:19

**cross-examine** [1] - 1389:21

**cross-sniping** [1] - 1363:8

**cup** [4] - 1411:2, 1411:7, 1411:12, 1426:16

**customers** [1] - 1382:16

# D

**D-4045** [3] - 1382:20, 1383:10, 1385:5

**D-4186** [1] - 1407:4

**D-4574** [1] - 1421:8

**D-5848** [1] - 1417:18

**daily** [1] - 1405:17

**dangerous** [2] - 1388:9, 1406:24

**dangers** [2] - 1387:21, 1401:2

**date** [5] - 1383:5, 1389:1, 1407:14, 1407:17, 1417:24

**dated** [2] - 1383:7, 1421:11

**dates** [1] - 1363:17

**deal** [1] - 1364:5

**dean** [2] - 1424:4, 1424:5

**December** [3] - 1371:9, 1383:24, 1401:6

**decisions** [1] - 1401:1

**Defendant's** [1] - 1382:20

**Defendants** [2] - 1362:7, 1362:13

**defense** [1] - 1365:18

**defined** [1] - 1419:16

**definite** [3] - 1410:17, 1410:22, 1411:15

**definitely** [1] - 1386:14

**degree** [2] - 1410:3, 1426:6

**degrees** [1] - 1374:16

**department** [1] - 1414:23

**Department** [4] - 1368:11, 1368:17, 1423:12, 1423:14

**departments** [1] - 1395:5

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -293

depended [1] - 1424:15
depicted [1] - 1370:21
depiction [1] - 1396:20
deposition [2] - 1401:7, 1401:13
Derivatives [1] - 1411:18
derivatives [3] - 1394:12, 1394:16, 1408:23
dermatitis [4] - 1412:13, 1413:1, 1413:20, 1416:19
dermatologic [1] - 1417:9
dermatological [2] - 1412:2, 1412:25
describe [1] - 1413:25
described [2] - 1412:25, 1425:10
design [4] - 1373:22, 1375:11, 1404:20, 1406:2
detect [1] - 1406:2
detecting [1] - 1389:9
determine [8] - 1373:1, 1374:22, 1406:5, 1406:22, 1412:1, 1412:8, 1414:21, 1419:19
determined [1] - 1376:18
determining [1] - 1414:10
develop [2] - 1406:17, 1415:15
developed [5] - 1368:10, 1368:16, 1369:1, 1395:7, 1412:13
developing [2] - 1396:10, 1404:21
development [2] - 1367:24, 1370:7
difference [2] - 1375:9, 1416:1
different [4] - 1392:13, 1405:25, 1406:1, 1418:7
digging [1] - 1380:15
dioxide [3] - 1391:5, 1391:20, 1391:22
diphenyl [3] - 1408:22, 1410:13, 1412:9
Diphenyl [2] - 1411:17, 1411:18
diphenyls [6] - 1408:22, 1410:6, 1410:11, 1410:17, 1410:21, 1412:11

direct [3] - 1367:9, 1370:10, 1376:6
directly [1] - 1367:5
directors [1] - 1424:10
discarded [1] - 1374:1
discovered [1] - 1374:6
Discovery [1] - 1368:8
discussed [3] - 1375:17, 1376:6, 1380:22
discusses [1] - 1371:24
discussion [2] - 1366:1, 1372:2
dispersal [1] - 1388:6
disposal [1] - 1386:6
dissolve [2] - 1381:12, 1381:25
dissolved [1] - 1381:9
distinguishing [2] - 1411:16, 1411:19
distributed [1] - 1424:17
District [1] - 1385:12
Division [1] - 1362:5
dock [1] - 1382:5
Doctor [2] - 1367:16, 1407:8
doctor [29] - 1365:13, 1367:3, 1367:11, 1369:25, 1370:3, 1370:10, 1370:22, 1373:6, 1376:18, 1377:5, 1378:5, 1380:8, 1383:14, 1383:18, 1383:23, 1388:18, 1397:13, 1400:21, 1401:12, 1402:5, 1402:6, 1404:6, 1405:14, 1407:4, 1408:16, 1410:5, 1421:8, 1423:17, 1425:23
doctors [1] - 1427:12
document [35] - 1365:11, 1367:17, 1367:20, 1369:5, 1372:11, 1373:3, 1373:14, 1377:15, 1377:24, 1378:2, 1378:4, 1378:14, 1383:1, 1388:20, 1390:9, 1396:24, 1397:2, 1397:4, 1397:18, 1397:19, 1398:8, 1398:14, 1398:24, 1399:3, 1399:25, 1400:13, 1400:14, 1402:7, 1402:10, 1403:7, 1403:14, 1403:18, 1403:23, 1412:10,

1417:25
documents [5] - 1364:12, 1380:15, 1390:3, 1396:14, 1410:11
done [5] - 1365:19, 1389:4, 1389:8, 1398:6, 1404:17
dose [12] - 1366:11, 1404:23, 1405:22, 1405:24, 1406:6, 1406:8, 1406:23, 1406:24, 1409:22, 1409:24
dosed [1] - 1419:25
doses [10] - 1404:18, 1404:22, 1405:8, 1405:15, 1405:20, 1405:25, 1406:11, 1406:18, 1408:8, 1410:23
down [4] - 1364:20, 1384:6, 1408:21, 1409:1
Dr [28] - 1362:11, 1366:22, 1372:11, 1386:21, 1390:1, 1390:9, 1395:2, 1398:21, 1400:3, 1401:6, 1405:4, 1406:22, 1407:10, 1407:19, 1408:8, 1408:16, 1411:10, 1411:21, 1412:1, 1413:1, 1413:6, 1413:22, 1414:7, 1414:18, 1415:13, 1417:13, 1421:10, 1423:4
DR [1] - 1365:15
Drinker [14] - 1399:21, 1405:2, 1405:3, 1405:4, 1421:10, 1421:16, 1422:4, 1422:5, 1422:7, 1422:15, 1423:4, 1424:18, 1425:10
Drinker's [1] - 1406:22
dropping [1] - 1367:14
drops [1] - 1367:13
Drs [8] - 1417:17, 1418:2, 1419:5, 1421:2, 1422:4, 1422:15, 1424:18, 1425:10
dry [1] - 1382:5
DUBLIN [1] - 1362:3
due [1] - 1375:9
duly [1] - 1389:17
DuPont [2] - 1400:4, 1400:11
during [6] - 1367:9,

1370:10, 1376:6, 1399:17, 1404:8, 1422:12
dyes [7] - 1393:21, 1393:23, 1394:1, 1394:3, 1394:4, 1394:6, 1394:7

---

## E

early [5] - 1392:1, 1393:24, 1404:7, 1404:16, 1412:24
easy [1] - 1366:11
editors [2] - 1422:10
effect [1] - 1402:9
effort [2] - 1372:24, 1374:21
eight [1] - 1402:9
Either [1] - 1379:8
either [2] - 1370:23, 1397:9
elbows [1] - 1396:18
Electric [4] - 1395:15, 1396:16, 1396:25, 1399:13
electrically [1] - 1375:13
electrodes [3] - 1416:22, 1416:23
eliminate [1] - 1386:10
elsewhere [1] - 1376:16
employer [1] - 1364:13
emulsion [1] - 1369:20
end [1] - 1395:23
enormous [3] - 1382:3, 1408:10, 1408:12
entire [1] - 1401:25
entitled [4] - 1364:14, 1367:20, 1384:2, 1385:14
entry [2] - 1384:7, 1386:5
environment [4] - 1386:2, 1386:6, 1386:11, 1388:12
environmental [2] - 1385:1, 1385:21, 1386:22, 1386:24, 1387:8, 1388:2, 1388:5, 1388:16
Environmental [1] - 1385:14
epidemiological [1] - 1404:25
equipment [3] - 1375:6, 1375:19, 1375:22

equivalent [3] - 1408:17, 1411:2, 1411:12
era [1] - 1422:13
essentially [1] - 1422:9
establish [1] - 1407:1
established [2] - 1366:24, 1394:22
et [3] - 1362:3, 1362:6, 1425:10
etiologic [1] - 1420:23
etiology [1] - 1420:24
evaluate [1] - 1398:13
evaluated [1] - 1419:5
evaluation [1] - 1372:8
evaluations [1] - 1419:18
evaporate [3] - 1426:7, 1426:9, 1426:19
Evening [1] - 1379:10
event [4] - 1376:24, 1379:4, 1417:1, 1419:5
evidence [10] - 1367:10, 1370:11, 1373:7, 1383:12, 1383:15, 1385:6, 1407:5, 1417:21, 1417:22, 1420:16
Examination [1] - 1362:11
examination [4] - 1366:17, 1367:9, 1370:10, 1376:6
EXAMINATION [1] - 1366:19
examine [1] - 1389:21
example [4] - 1381:11, 1388:17, 1391:10, 1426:11
excerpts [1] - 1363:12
excess [8] - 1395:5, 1395:11, 1395:19, 1395:25, 1396:6, 1396:12, 1396:19, 1397:2
exchange [1] - 1373:2
exchanger [2] - 1374:13, 1374:15
executives [1] - 1424:15
exhibit [2] - 1391:12, 1417:23
Exhibit [2] - 1382:20, 1390:3
exhibits [1] - 1369:13
expansion [1] - 1375:9
expect [1] - 1395:14
expensive [1] - 1368:9

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -294

**experience** [2] - 1373:22, 1419:22

**experiencing** [2] - 1395:25, 1412:3

**experiment** [1] - 1378:24

**experimental** [1] - 1369:7

**Experimental** [1] - 1369:13

**experiments** [5] - 1369:17, 1419:22, 1419:25, 1424:23, 1424:25

**experts** [1] - 1364:13

**explaining** [1] - 1425:15

**Exponent** [1] - 1364:10

**expose** [4] - 1415:25, 1425:11, 1425:18, 1427:14

**exposed** [5] - 1392:21, 1393:17, 1394:17, 1405:14, 1416:2

**exposing** [6] - 1395:17, 1405:5, 1407:22, 1416:5, 1425:2, 1425:12

**exposure** [3] - 1407:2, 1416:3, 1423:19

**expresses** [1] - 1426:6

**extender** [5] - 1368:1, 1368:16, 1368:23, 1370:25, 1372:1

**extenders** [1] - 1372:9

**exterior** [1] - 1379:15

**extraordinarily** [1] - 1427:13

**Extreme** [1] - 1386:4

**eyes** [3] - 1366:13, 1366:14, 1366:15

## F

**facilities** [1] - 1419:1

**fact** [9] - 1392:13, 1395:13, 1405:14, 1406:15, 1408:16, 1410:10, 1415:23, 1420:5, 1423:10

**factory** [2] - 1420:24, 1421:5, 1421:6

**failure** [4] - 1375:9, 1375:10, 1375:12, 1376:19

**failures** [6] - 1373:24, 1374:12, 1375:2, 1375:6, 1375:21, 1376:2

**fall** [1] - 1367:15

**familiar** [3] - 1380:8, 1417:17, 1421:9

**far** [4] - 1370:8, 1378:2, 1378:4, 1385:13

**Farenheit** [1] - 1374:16

**faulty** [1] - 1374:18

**fed** [3] - 1408:17, 1409:25, 1411:11

**feeding** [1] - 1411:6

**ferments** [2] - 1380:9, 1380:12

**few** [1] - 1421:19

**field** [2] - 1423:7, 1424:1

**Field** [1] - 1407:10

**figure** [5] - 1365:16, 1413:7, 1416:7, 1423:7, 1424:1

**figured** [1] - 1396:12

**finish** [1] - 1375:15

**fire** [2] - 1373:17, 1373:18

**fires** [1] - 1418:18

**FIRST** [1] - 1362:1

**first** [22] - 1363:3, 1364:10, 1368:16, 1379:22, 1384:8, 1384:9, 1386:23, 1387:7, 1387:24, 1388:12, 1409:2, 1409:5, 1409:15, 1412:21, 1415:17, 1415:21, 1421:17, 1422:10, 1425:5, 1427:9

**Flinn** [14] - 1411:21, 1412:1, 1413:1, 1413:6, 1413:22, 1414:7, 1414:18, 1415:13, 1417:13, 1417:17, 1418:2, 1419:5, 1421:2, 1422:19

**floor** [1] - 1402:5

**flow** [1] - 1375:11

**fluid** [3] - 1375:7, 1375:23, 1415:24

**follow** [1] - 1422:18

**following** [4] - 1363:1, 1366:2, 1400:18, 1401:20

**food** [27] - 1366:25, 1367:5, 1367:8, 1372:16, 1373:1, 1373:22, 1373:25, 1374:1, 1374:18, 1375:6, 1375:8, 1375:19, 1375:22, 1375:23, 1375:25, 1377:18, 1378:1, 1378:6, 1378:13,

1378:20, 1378:21, 1386:8

**foods** [1] - 1366:23

**force** [1] - 1423:18

**foremost** [1] - 1413:17

**forms** [1] - 1386:3

**formulated** [1] - 1386:8

**Formulations** [2] - 1367:21, 1369:14

**formulations** [4] - 1369:7, 1369:16, 1372:5, 1372:14

**Foundation** [2] - 1398:15, 1398:18

**four** [3] - 1377:25, 1408:17, 1411:1

**FR** [7] - 1373:2, 1373:14, 1373:21, 1373:24, 1374:7, 1374:8

**FR-1** [1] - 1374:17

**FR-2** [1] - 1374:15

**FR-3** [1] - 1375:15

**fraction** [1] - 1374:20

**Francis** [1] - 1398:21

**Frederick** [1] - 1411:21

**frequently** [2] - 1382:5, 1394:18

**Frieling** [1] - 1362:15

**Frito** [2] - 1378:10, 1378:16

**front** [1] - 1365:11

**fry** [7] - 1375:14, 1376:5, 1376:9, 1376:10, 1376:19, 1376:25, 1377:20

**fryer** [1] - 1374:18

**fryers** [1] - 1377:17

**frying** [1] - 1378:11

**full** [2] - 1364:21, 1364:22

## G

**gasoline** [2] - 1387:19, 1387:20

**GE** [1] - 1396:5

**general** [2] - 1368:7, 1426:3

**General** [4] - 1395:15, 1396:16, 1396:25, 1399:13

**generally** [1] - 1377:2

**gentleman** [1] - 1400:3

**gentlemen** [3] - 1366:21, 1374:20, 1389:15

**Georgia** [1] - 1384:23

**Germany** [1] - 1394:2

**given** [4] - 1386:9,

1386:12, 1402:16, 1416:3

**glass** [1] - 1377:3

**GOLDMAN** [1] - 1362:2

**GOUTMAN** [1] - 1365:9

**Goutman** [1] - 1362:14

**govern** [1] - 1410:2

**grain** [1] - 1379:6

**grams** [6] - 1408:17, 1409:23, 1409:25, 1410:24, 1411:1, 1411:5

**Granville** [1] - 1421:11

**greater** [1] - 1388:16

**group** [8] - 1393:20, 1394:10, 1394:11, 1410:16, 1422:23, 1423:1, 1423:20, 1423:23

**guarantee** [1] - 1365:22

**guess** [10] - 1367:8, 1374:11, 1374:24, 1376:7, 1382:6, 1393:13, 1401:11, 1409:12, 1411:4, 1415:10

**guy** [2] - 1417:8, 1423:20

**guys** [6] - 1363:4, 1363:10, 1364:24, 1365:2, 1365:4, 1365:24

## H

**H9Cl** [1] - 1409:12

**Halowax** [5] - 1418:11, 1418:13, 1420:11, 1422:16, 1424:20

**hand** [5] - 1373:6, 1382:20, 1385:5, 1407:4, 1421:8

**handled** [3] - 1388:8, 1393:25, 1394:7

**handling** [1] - 1395:24

**hard** [1] - 1372:4

**hardly** [1] - 1374:24

**harmful** [1] - 1386:3

**Hartwell** [12] - 1388:21, 1388:23, 1390:2, 1392:10, 1393:7, 1393:11, 1393:21, 1394:3, 1394:11, 1397:12, 1397:25, 1398:4

**Harvard** [4] - 1405:4, 1423:13, 1423:14, 1424:5

**Haskell** [1] - 1400:8

**hazard** [2] - 1386:24, 1387:8

**Hazards** [1] - 1385:21

**hazards** [1] - 1388:2

**Hazards"** [1] - 1385:14

**health** [2] - 1413:8, 1424:2

**Health** [2] - 1423:13, 1424:5

**hear** [3] - 1366:7, 1366:8, 1367:13

**heard** [1] - 1396:14

**heat** [7] - 1373:2, 1374:15, 1375:7, 1375:22, 1425:16, 1426:3, 1427:12

**heated** [3] - 1375:6, 1375:14, 1375:22

**heavily** [1] - 1399:16

**held** [3] - 1363:1, 1366:1, 1366:2

**help** [1] - 1380:16

**Henry** [1] - 1407:10

**heterocyclic** [2] - 1393:11, 1393:15

**high** [15] - 1375:11, 1404:17, 1404:22, 1404:23, 1405:9, 1405:12, 1405:20, 1405:24, 1406:18, 1408:12, 1408:15, 1420:1, 1425:17, 1426:3, 1427:13

**higher** [1] - 1405:17

**highlighted** [2] - 1371:15, 1374:5

**hired** [2] - 1422:16, 1422:18

**historical** [2] - 1367:4, 1419:11

**historically** [1] - 1363:19

**history** [3] - 1419:11, 1420:22, 1421:3

**Holden** [1] - 1398:21

**home** [1] - 1376:22

**Honor** [16] - 1364:9, 1364:19, 1366:18, 1369:10, 1373:11, 1382:24, 1383:9, 1383:16, 1385:6, 1389:22, 1389:25, 1403:1, 1416:22, 1417:23, 1421:13, 1427:16

**HONORABLE** [1] - 1362:2

**hope** [2] - 1364:10, 1405:19

**hoping** [2] - 1406:18, 1407:1

hot [1] - 1416:2
hour [1] - 1363:21
hours [2] - 1409:22, 1409:24
Hueper [4] - 1400:1, 1400:2, 1400:3, 1400:14
huge [1] - 1381:18
human [1] - 1405:17
humans [4] - 1386:17, 1392:3, 1394:17, 1394:23
hundred [3] - 1393:7, 1393:9, 1393:10
hundreds [4] - 1377:15, 1378:15, 1396:15, 1405:16
Husch [1] - 1362:15
Hygiene [4] - 1398:14, 1398:17, 1421:22, 1424:8
hygiene [4] - 1421:25, 1422:12, 1423:6, 1423:8
hypothetically [1] - 1380:11

**I**

idea [4] - 1376:16, 1376:22, 1378:12, 1396:22
identified [4] - 1392:23, 1392:25, 1393:6, 1394:20
impeach [2] - 1363:20, 1365:7
impeachment [1] - 1403:2
important [2] - 1373:19, 1382:7
impressed [1] - 1415:22
impurities [2] - 1412:12, 1420:18
impurity [3] - 1415:6, 1416:14, 1417:2
IN [1] - 1362:1
incident [2] - 1372:19, 1372:23
incidentally [3] - 1379:3, 1383:23, 1390:13
incidents [1] - 1373:25
include [1] - 1378:25
included [2] - 1393:20, 1405:6
including [1] - 1406:22
inconsistent [1] - 1403:3
incorporate [1] -

1368:13
Incorporated [1] - 1411:23
increasing [1] - 1368:9
index [1] - 1392:10
indicate [2] - 1370:21, 1384:12
indicated [1] - 1386:2
indicates [6] - 1368:15, 1374:7, 1374:21, 1377:16, 1378:16, 1384:14
individual [1] - 1397:22
individuals [2] - 1393:8, 1419:6
Industrial [4] - 1398:14, 1398:17, 1421:22, 1424:8
industrial [4] - 1387:9, 1387:16, 1387:25, 1390:5, 1420:22, 1421:3, 1421:25, 1422:12, 1423:5, 1423:8, 1424:10
industry [9] - 1381:24, 1398:5, 1398:25, 1402:1, 1402:11, 1403:9, 1403:16, 1403:20, 1403:24
infancy [1] - 1422:3
informal [2] - 1396:10, 1396:13
information [9] - 1377:11, 1378:21, 1378:23, 1381:1, 1381:2, 1381:4, 1408:2, 1424:16, 1425:25
ingestion [2] - 1425:3, 1425:4
ingredient [1] - 1386:25
injected [1] - 1420:5
injecting [1] - 1425:1
insect [1] - 1372:14
insecticide [4] - 1367:8, 1372:1, 1372:5, 1372:9
Insecticide [2] - 1367:21, 1371:22
inside [1] - 1389:24
insoluble [1] - 1410:1
instance [2] - 1378:1, 1378:6
instances [3] - 1375:18, 1377:25, 1378:9
institution [1] - 1413:12
institutions [1] -

1413:18
intake [1] - 1405:17
intended [2] - 1387:9, 1387:16
intentionally [1] - 1366:25
interest [1] - 1422:22
interesting [2] - 1375:12, 1425:9
interior [1] - 1379:11
interiors [1] - 1379:13
internal [1] - 1364:12
inventory [1] - 1372:25
investigate [2] - 1422:24, 1423:2
investigated [1] - 1399:7
investigation [2] - 1411:25, 1412:8
investigations [1] - 1416:18
involved [1] - 1365:3, 1425:5
involving [2] - 1372:20, 1423:18
issue [2] - 1423:19, 1424:19
issued [2] - 1382:13, 1385:1
issues [1] - 1424:14
itself [1] - 1378:13

**J**

January [1] - 1373:13
Japan [2] - 1372:20, 1378:25
Japanese [1] - 1372:20
Jarvik [5] - 1417:18, 1418:2, 1419:5, 1421:2, 1422:20
Jeffery [1] - 1380:16
Jensen [2] - 1362:15, 1379:9
JENSEN [6] - 1371:2, 1382:22, 1383:11, 1402:23, 1403:1, 1417:22
Journal [2] - 1421:21, 1424:8
journal [10] - 1370:13, 1421:25, 1422:7, 1422:11, 1422:14, 1423:5, 1424:7, 1424:9, 1424:17
Judge [2] - 1365:17, 1404:5
JUDICIAL [1] - 1362:1
JUNE [1] - 1362:10
jury [15] - 1363:2, 1364:14, 1366:3,

1371:16, 1379:10, 1388:19, 1388:24, 1389:13, 1389:17, 1390:4, 1391:7, 1391:15, 1400:13, 1402:7, 1413:25

**K**

keep [4] - 1366:15, 1382:4, 1406:10, 1422:25
kept [1] - 1396:10
Kherkher [2] - 1362:16, 1362:17
KHERKHER [3] - 1364:9, 1364:19, 1365:6
Kill [1] - 1371:22
Kill-Life [1] - 1371:22
killed [2] - 1409:21, 1409:24
kilo [2] - 1409:23, 1409:25, 1411:5
kilogram [3] - 1408:18, 1410:24, 1411:1
kind [6] - 1367:12, 1367:13, 1406:15, 1417:15, 1423:24, 1426:4
kinds [1] - 1381:4
knowledge [4] - 1366:24, 1367:3, 1367:6, 1392:16
known [12] - 1370:4, 1391:23, 1392:3, 1392:21, 1393:15, 1393:19, 1393:24, 1394:6, 1394:17, 1413:9, 1416:3, 1423:25
knows [1] - 1366:6
Krummrich [2] - 1395:5, 1396:4

**L**

Laboratories [1] - 1400:8
laboratory [7] - 1400:7, 1400:10, 1405:9, 1405:15, 1408:5, 1408:9, 1411:12
ladies [3] - 1366:21, 1374:20, 1389:15
large [4] - 1399:8, 1406:12, 1414:7
last [4] - 1385:11, 1402:8, 1415:3, 1420:15
late [1] - 1404:10
latter [1] - 1416:25

lawyers [1] - 1363:5
Lay [2] - 1378:10, 1378:16
lead [5] - 1387:19, 1387:22, 1388:7, 1413:9
leaded [2] - 1387:19, 1387:20
leak [3] - 1374:10, 1375:3, 1375:25
leakage [1] - 1386:6
leaked [5] - 1374:17, 1376:10, 1376:25, 1377:17, 1378:1
leaks [3] - 1373:1, 1374:13, 1374:22
learn [2] - 1375:1, 1413:19
learned [2] - 1363:20, 1365:5
least [4] - 1398:2, 1398:3, 1411:13, 1419:10
leave [1] - 1365:23
lectern [1] - 1389:24
leeway [1] - 1365:1
left [4] - 1408:22, 1409:8, 1427:4, 1427:9
length [1] - 1406:10
lengths [1] - 1406:1
lesion [1] - 1421:6
level [3] - 1406:3, 1406:24, 1407:1
levels [3] - 1405:25, 1406:24, 1420:1
life [3] - 1364:21, 1368:9, 1386:3
Life [1] - 1371:22
likewise [1] - 1372:8
lindane [3] - 1368:10, 1368:14, 1368:25
line [2] - 1380:20, 1402:23, 1403:11, 1415:17
lines [2] - 1401:13, 1403:12
liquid [1] - 1426:7
list [2] - 1396:10, 1396:13
lists [1] - 1414:16
literature [1] - 1397:17
live [1] - 1406:16
Liver [1] - 1417:19
liver [7] - 1418:6, 1419:7, 1419:10, 1419:14, 1420:10, 1420:20, 1424:20
lives [1] - 1406:14
long-term [8] - 1398:24, 1400:15, 1400:24, 1401:3,

6

1401:23, 1403:8, 1406:17, 1422:22
**look** [3] - 1384:1, 1391:17, 1401:2
**looked** [3] - 1380:23, 1383:20, 1395:20
**looking** [4] - 1371:8, 1376:18, 1402:9, 1424:19
**looks** [2] - 1385:9, 1388:21
**loud** [1] - 1366:7
**LOUIS** [1] - 1362:1
**low** [4] - 1375:11, 1404:23, 1405:22, 1406:11
**lunch** [3] - 1363:21, 1366:10, 1366:23

## M

**M.D** [1] - 1407:10
**Madeleine** [1] - 1421:10
**major** [2] - 1422:14, 1424:11
**management** [1] - 1418:7
**manufacture** [1] - 1380:4
**manufacturer** [2] - 1378:20, 1387:25
**manufacturers** [1] - 1372:20
**manufacturing** [3] - 1396:17, 1418:14, 1418:17
**March** [1] - 1367:20
**margin** [1] - 1370:19
**marketed** [2] - 1399:12, 1399:16
**Maryland** [1] - 1368:12
**Massachusetts** [1] - 1423:15
**material** [14] - 1381:9, 1382:10, 1387:21, 1388:11, 1392:22, 1406:4, 1406:6, 1406:23, 1408:14, 1411:22, 1414:2, 1416:2, 1417:2, 1427:13
**materials** [11] - 1368:24, 1386:8, 1386:9, 1389:11, 1393:17, 1397:24, 1402:9, 1421:5, 1425:12, 1425:16, 1425:22
**matter** [2] - 1402:10, 1408:16
**matters** [1] - 1401:7

**MCA** [1] - 1387:4
**mean** [9] - 1364:17, 1383:18, 1387:1, 1387:13, 1387:22, 1388:4, 1392:15, 1392:16, 1406:9
**means** [1] - 1381:23
**Medical** [1] - 1423:14
**medical** [3] - 1424:10, 1424:13, 1424:16
**medicine** [1] - 1419:12
**Meeting** [2] - 1398:16, 1398:18
**Members** [2] - 1398:16, 1398:19
**memo** [1] - 1376:5
**memory** [1] - 1373:4
**mention** [4] - 1398:24, 1419:2, 1420:12, 1420:13
**mentioned** [8] - 1371:4, 1379:8, 1379:9, 1384:17, 1399:5, 1399:25, 1421:19
**merit** [1] - 1372:8
**metal** [3] - 1373:23, 1375:2, 1416:19
**metallic** [3] - 1416:20, 1416:21, 1416:23
**metals** [1] - 1375:10
**method** [2] - 1368:9, 1397:14
**methods** [1] - 1425:11
**mice** [1] - 1397:23
**middle** [1] - 1404:23
**might** [6] - 1386:11, 1389:10, 1404:23, 1405:22, 1412:12, 1416:6
**mild** [2] - 1374:14, 1409:23
**Miller** [24] - 1362:16, 1366:17, 1367:16, 1369:12, 1370:17, 1371:6, 1373:13, 1383:1, 1383:13, 1383:18, 1384:6, 1385:18, 1389:20, 1390:1, 1403:7, 1404:6, 1407:8, 1409:10, 1414:16, 1415:22, 1416:21, 1417:24, 1421:16, 1423:12
**MILLER** [26] - 1365:21, 1366:18, 1366:20, 1367:14, 1369:9, 1370:15, 1373:8, 1373:10, 1382:23, 1383:9, 1383:16, 1384:3,

1385:16, 1389:14, 1389:22, 1402:25, 1403:4, 1404:5, 1407:7, 1409:5, 1409:8, 1414:14, 1415:20, 1421:13, 1423:11, 1427:16
**minded** [1] - 1364:11
**minute** [1] - 1371:17
**minutes** [1] - 1421:19
**Miss** [1] - 1380:16
**mission** [1] - 1364:15
**misunderstanding** [1] - 1388:4
**mix** [1] - 1382:8
**mixed** [1] - 1382:10
**mixtures** [1] - 1414:21
**model** [2] - 1404:20, 1404:23
**models** [1] - 1404:24
**modern** [1] - 1404:17
**moment** [1] - 1395:8
**mono** [1] - 1409:16
**monochlorbiphenyl** [1] - 1409:18
**monochlorodiphenyl** [1] - 1409:15
**MONS** [1] - 1383:21
**MONSANTO** [1] - 1362:6
**Monsanto** [30] - 1364:6, 1364:13, 1367:20, 1369:6, 1372:13, 1372:24, 1374:22, 1375:1, 1378:7, 1379:22, 1380:4, 1380:6, 1382:13, 1382:16, 1384:18, 1385:1, 1395:4, 1396:4, 1396:9, 1396:17, 1396:21, 1396:25, 1399:12, 1399:19, 1404:7, 1404:10, 1412:17, 1412:21, 1417:14
**Monsanto's** [3] - 1368:13, 1379:1, 1380:17
**Montar** [1] - 1385:24
**month** [3] - 1398:2, 1398:3, 1427:7
**morning** [3] - 1372:16, 1379:12, 1401:18
**most** [2] - 1406:14, 1413:18
**mostly** [1] - 1407:23
**MR** [36] - 1364:9, 1364:19, 1365:6, 1365:9, 1365:21, 1366:18, 1366:20, 1367:14, 1369:9, 1370:15, 1371:2,

1373:8, 1373:10, 1382:22, 1382:23, 1383:9, 1383:11, 1383:16, 1384:3, 1385:16, 1389:14, 1389:22, 1402:23, 1402:25, 1403:1, 1403:4, 1404:5, 1407:7, 1409:5, 1409:8, 1414:14, 1415:20, 1417:22, 1421:13, 1423:11, 1427:16
**MS** [1] - 1373:9
**multiplied** [1] - 1411:4
**must** [1] - 1420:3

## N

**naphthalenes** [13] - 1405:6, 1405:15, 1418:21, 1418:23, 1419:3, 1419:18, 1420:1, 1420:6, 1420:11, 1420:14, 1420:18, 1421:4, 1425:1
**Naphthalenes** [1] - 1417:19
**National** [1] - 1387:5
**natural** [1] - 1411:22
**nature** [1] - 1415:24
**Navy** [2] - 1381:24, 1382:3
**NCR** [2] - 1395:16, 1397:5
**need** [5] - 1370:25, 1373:10, 1397:20, 1405:12, 1422:25
**neutral** [1] - 1363:25
**never** [2] - 1392:17, 1402:13
**new** [2] - 1399:6, 1421:24
**next** [7] - 1363:11, 1365:11, 1369:23, 1374:20, 1408:25, 1409:22, 1410:5
**noise** [1] - 1366:6
**non** [2] - 1372:5, 1372:14
**non-crop** [2] - 1372:5, 1372:14
**nontoxic** [4] - 1410:18, 1410:23, 1411:8, 1411:14
**nonvolatile** [1] - 1372:7
**normally** [3] - 1405:11, 1408:13, 1408:14
**note** [1] - 1375:12
**noted** [2] - 1375:7,

1375:22
**notes** [1] - 1364:1
**nothing** [1] - 1400:15
**noticed** [1] - 1374:7
**nowhere** [1] - 1390:9
**number** [4] - 1380:2, 1392:9, 1394:20, 1397:19

## O

**oath** [3] - 1401:14, 1401:17, 1402:2
**object** [2] - 1411:25, 1412:7
**objection** [3] - 1383:11, 1403:1, 1404:4
**objective** [2] - 1364:16, 1412:15
**observational** [1] - 1397:23
**observations** [1] - 1415:25
**obtained** [1] - 1420:16
**obviously** [1] - 1408:12
**occupational** [4] - 1400:19, 1413:7, 1417:9, 1424:2
**occur** [2] - 1374:14, 1406:7
**occurred** [6] - 1370:8, 1372:20, 1372:23, 1374:23, 1378:25, 1418:6
**ocean** [1] - 1382:4
**odor** [2] - 1374:6, 1374:8
**OF** [4] - 1362:1, 1362:9, 1366:19
**officers** [1] - 1424:10
**Offices** [1] - 1385:12
**often** [1] - 1410:10
**Ohio** [1] - 1384:23
**oil** [6] - 1373:25, 1374:14, 1374:16, 1375:3, 1378:11, 1378:17
**One** [3] - 1415:4, 1415:22, 1416:13
**one** [37] - 1374:13, 1375:8, 1375:12, 1375:17, 1376:25, 1378:16, 1380:23, 1381:18, 1383:5, 1383:7, 1383:20, 1384:8, 1384:9, 1384:22, 1390:3, 1391:5, 1397:23, 1398:9, 1400:22, 1401:21, 1401:24, 1403:18, 1403:23,

1406:21, 1408:4, 1409:1, 1409:2, 1409:14, 1409:15, 1410:13, 1410:14, 1413:17, 1413:18, 1415:17, 1416:12, 1425:9

**open** [3] - 1364:11, 1366:16, 1426:17

**operated** [2] - 1400:10, 1418:10

**opinionated** [1] - 1364:2

**opinions** [1] - 1383:3

**opposed** [1] - 1363:24

**order** [2] - 1397:20, 1425:11

**organic** [1] - 1416:24

**originally** [1] - 1400:6

**origins** [2] - 1422:21, 1423:2

**ostensibly** [1] - 1378:11

**otherwise** [1] - 1386:7

**outbreak** [1] - 1412:25

**outside** [1] - 1363:2

**outweigh** [1] - 1364:7

**overheating** [1] - 1418:18

**own** [1] - 1400:25

**owned** [1] - 1418:10

### P

**P-0155** [2] - 1371:8, 1383:14

**P-0188** [1] - 1367:10

**P-0506** [1] - 1373:6

**P-1126** [1] - 1398:9

**P-2401** [1] - 1388:21

**P-3240** [1] - 1370:12

**P.C** [1] - 1362:14

**packaging** [1] - 1386:18

**page** [20] - 1369:6, 1369:23, 1370:15, 1371:14, 1383:20, 1385:11, 1385:14, 1391:9, 1391:11, 1391:17, 1401:12, 1402:22, 1402:23, 1403:11, 1408:20, 1414:15, 1415:3, 1420:15

**pages** [3] - 1377:16, 1400:20, 1414:17

**paint** [6] - 1379:11, 1379:14, 1380:1, 1380:4, 1381:23, 1382:15

**painted** [2] - 1379:14, 1382:9

**paints** [3] - 1379:11,

1386:14, 1386:15

**pans** [6] - 1375:14, 1376:5, 1376:9, 1376:10, 1376:25, 1377:20

**paper** [8] - 1410:6, 1417:17, 1420:13, 1421:9, 1421:16, 1422:19, 1422:23, 1425:10

**paragraph** [10] - 1376:4, 1385:13, 1408:25, 1409:3, 1409:5, 1409:22, 1410:5, 1415:4, 1415:18, 1415:21

**part** [5] - 1363:17, 1392:1, 1412:4, 1414:3, 1425:8

**particular** [1] - 1381:9

**particularly** [2] - 1381:20, 1393:24

**parts** [2] - 1363:13, 1380:6

**pastes** [1] - 1410:1

**patch** [5] - 1411:21, 1413:23, 1413:25, 1416:10, 1417:11

**pathological** [1] - 1420:17

**Pathology** [1] - 1423:14

**PCB** [12] - 1369:25, 1370:1, 1385:25, 1386:5, 1386:8, 1386:9, 1386:10, 1386:14, 1395:5, 1396:3, 1414:23

**PCBs** [40] - 1366:23, 1366:24, 1367:5, 1370:4, 1370:22, 1370:25, 1371:4, 1372:13, 1372:21, 1379:5, 1379:14, 1380:17, 1381:3, 1381:6, 1381:20, 1384:18, 1395:17, 1395:24, 1396:18, 1397:1, 1399:12, 1399:19, 1404:11, 1405:6, 1405:15, 1409:1, 1409:3, 1410:8, 1410:10, 1411:2, 1411:7, 1411:13, 1412:22, 1415:14, 1418:25, 1419:2, 1419:4, 1420:12, 1420:13, 1425:1

**PCTs** [1] - 1370:5

**Pennsylvania** [1] - 1407:11

**people** [7] - 1365:8,

1366:13, 1379:5, 1384:23, 1396:10, 1424:13, 1426:15

**per** [6] - 1408:17, 1409:23, 1409:25, 1410:24, 1411:1, 1411:5

**perfect** [1] - 1384:4

**period** [9] - 1370:3, 1388:16, 1404:8, 1405:13, 1406:9, 1406:13, 1406:19, 1414:4, 1420:4

**personnel** [1] - 1424:16

**pesticide** [3] - 1368:1, 1368:16, 1370:25

**Ph.D** [1] - 1407:10

**Phillip** [2] - 1422:6, 1422:7

**photographically** [1] - 1370:21

**physiological** [1] - 1406:19

**physiology** [1] - 1423:8

**Physiology** [1] - 1423:13

**picture** [1] - 1420:17

**pieces** [3] - 1364:21, 1364:22, 1364:23

**pinhole** [1] - 1374:12

**pinholes** [1] - 1374:14

**pipe** [1] - 1374:19

**piping** [1] - 1374:13

**place** [1] - 1396:11

**plaintiff** [1] - 1363:13

**Plaintiff** [1] - 1362:13

**plaintiff's** [1] - 1417:22

**Plaintiff's** [1] - 1421:14

**Plaintiffs** [1] - 1362:4

**plaintiffs** [1] - 1421:18

**plane** [1] - 1365:10

**plant** [2] - 1382:7, 1412:14

**plants** [4] - 1381:25, 1418:7, 1418:10

**Plasticizers** [3] - 1371:11, 1380:24, 1385:8

**plasticizers** [1] - 1380:18

**play** [1] - 1364:11

**playing** [1] - 1410:9

**PLTEXP034288** [1] - 1391:11

**point** [7] - 1371:3, 1391:13, 1392:6, 1395:7, 1407:12, 1408:11, 1408:13

**points** [2] - 1420:23,

1421:3

**poisoned** [1] - 1379:5

**political** [1] - 1363:22

**politically** [2] - 1363:22, 1363:24

**polychlorinated** [10] - 1368:5, 1385:24, 1408:5, 1409:13, 1410:6, 1410:15, 1410:17, 1410:21, 1418:23

**Polychlorinated** [1] - 1371:25

**polychlorodiphenyls** [3] - 1410:7, 1410:22, 1411:11

**polycyclic** [3] - 1392:11, 1392:14, 1392:19

**pools** [1] - 1386:15

**poor** [1] - 1375:10

**portion** [5] - 1369:5, 1371:15, 1372:12, 1384:4, 1397:19

**position** [2] - 1410:2, 1419:11

**positive** [1] - 1415:23

**possibility** [1] - 1386:10

**possible** [5] - 1371:5, 1371:6, 1374:10, 1420:23, 1421:4

**Post** [1] - 1379:10

**potato** [1] - 1378:16

**potential** [3] - 1392:25, 1423:19

**practice** [2] - 1400:23, 1401:22

**predecessor** [1] - 1412:16

**preeminent** [1] - 1417:5

**prefer** [1] - 1365:13

**prejudice** [1] - 1364:7

**premier** [4] - 1413:18, 1422:11, 1423:5, 1424:9

**preparation** [1] - 1415:8

**preparations** [1] - 1409:11

**prepared** [2] - 1390:14, 1399:7

**presence** [2] - 1363:2, 1366:3

**present** [2] - 1415:5, 1416:14

**pressurized** [1] - 1369:24

**pretend** [1] - 1363:6

**pretty** [3] - 1425:24, 1426:3, 1427:8

**prevent** [1] - 1386:5

**prevented** [1] - 1418:17

**previous** [3] - 1385:14, 1391:17, 1412:10

**previously** [2] - 1413:10, 1421:13

**primarily** [1] - 1372:3

**primary** [1] - 1415:8

**problem** [4] - 1400:17, 1416:6, 1417:9, 1423:18

**proceeding** [2] - 1402:19, 1402:21

**PROCEEDINGS** [1] - 1362:9

**proceedings** [3] - 1363:1, 1366:2, 1398:16

**process** [1] - 1380:8

**processes** [1] - 1372:16

**produce** [2] - 1416:18, 1421:6

**produced** [1] - 1416:25

**produces** [1] - 1380:12

**producing** [2] - 1412:13, 1420:19

**product** [12] - 1373:25, 1374:1, 1375:8, 1375:23, 1382:13, 1386:25, 1387:9, 1387:25, 1388:2, 1397:15, 1399:6, 1401:2

**products** [11] - 1376:20, 1386:5, 1386:7, 1386:16, 1386:19, 1387:1, 1387:16, 1390:6, 1390:10, 1390:15, 1391:3

**professionals** [1] - 1363:5

**professor** [2] - 1407:12, 1413:14

**prominent** [1] - 1413:7

**proper** [1] - 1403:2

**properties** [1] - 1381:6

**proposed** [1] - 1390:5

**proposition** [1] - 1398:8

**proved** [4] - 1409:19, 1410:18, 1410:23, 1411:7

**provided** [1] - 1370:11

**public** [1] - 1399:8

**Public** [2] - 1423:13, 1424:5

8

**published** [4] - 1398:14, 1421:14, 1421:17, 1421:21
**purpose** [4] - 1364:15, 1389:9, 1414:9, 1425:19
**purposes** [1] - 1406:21
**put** [9] - 1364:21, 1364:24, 1381:11, 1381:23, 1381:24, 1387:25, 1389:7, 1409:16, 1426:22
**putting** [1] - 1414:3

**Q**

**QUESTION** [1] - 1401:21
**questionnaire** [1] - 1373:5
**questions** [1] - 1367:11

**R**

**rabbit** [1] - 1414:4
**rabbits** [5] - 1414:7, 1420:5, 1420:16, 1420:20, 1425:1
**radioactive** [2] - 1391:23, 1392:2
**radium** [1] - 1392:5
**range** [1] - 1407:25
**rapid** [1] - 1426:14
**rapidly** [1] - 1426:12
**rate** [1] - 1376:19
**rather** [5] - 1365:10, 1365:14, 1413:7, 1416:15, 1423:7
**rats** [1] - 1397:22
**reach** [1] - 1386:11
**reached** [1] - 1415:1
**reaching** [1] - 1383:3
**reaction** [4] - 1414:5, 1415:24, 1416:3, 1416:16
**read** [13] - 1363:21, 1368:3, 1372:12, 1374:1, 1374:4, 1374:5, 1375:5, 1385:18, 1415:17, 1415:19, 1424:10, 1424:12, 1424:15
**readily** [1] - 1425:22
**reads** [4] - 1368:8, 1371:21, 1373:21, 1373:23
**really** [8] - 1363:22, 1364:5, 1380:7, 1387:13, 1387:14, 1388:15, 1396:8, 1426:2
**reason** [3] - 1389:7,

**received** [4] - 1405:20, 1425:21
1379:22, 1383:12, 1385:2, 1411:22
**receiving** [1] - 1415:11
**recess** [5] - 1389:16, 1389:18, 1389:19, 1427:18, 1427:21
**recipes** [1] - 1369:6
**recognized** [1] - 1423:25
**recollection** [2] - 1367:19, 1407:9
**recommendation** [1] - 1369:20
**recommendations** [1] - 1387:4
**recommended** [1] - 1417:14
**recommending** [1] - 1372:13
**record** [4] - 1365:25, 1366:1, 1367:4, 1389:23
**recorded** [2] - 1384:17, 1392:9
**refer** [4] - 1369:4, 1373:17, 1401:12, 1404:6
**referred** [7] - 1368:7, 1379:25, 1380:18, 1391:4, 1410:7, 1410:10, 1411:20
**referring** [5] - 1384:20, 1391:14, 1399:22, 1415:7, 1418:9
**refers** [5] - 1369:6, 1369:16, 1370:17, 1373:14, 1376:5, 1381:8, 1390:21, 1408:22, 1410:5, 1412:5, 1420:24
**reflect** [2] - 1389:10, 1389:23
**refresh** [2] - 1371:7, 1373:3
**regarding** [1] - 1372:3
**relating** [2] - 1389:4, 1402:9
**relatively** [1] - 1406:12
**released** [1] - 1399:8
**relevance** [1] - 1364:7
**relied** [2] - 1383:2, 1398:8
**remaining** [2] - 1369:5, 1370:5
**remember** [4] - 1380:2, 1380:20, 1380:21, 1382:19
**replaced** [1] - 1416:23
**report** [11] - 1376:9,

1377:2, 1377:3, 1377:4, 1379:3, 1396:24, 1398:17, 1407:9, 1411:21, 1418:5, 1419:3
**reported** [6] - 1362:12, 1375:13, 1376:23, 1377:25, 1378:10, 1382:16
**reporter** [1] - 1401:18
**REPORTER'S** [1] - 1362:9
**reporting** [8] - 1395:12, 1396:6, 1396:9, 1396:16, 1396:22, 1396:25, 1411:10, 1415:13
**reports** [15] - 1376:15, 1377:14, 1378:3, 1378:4, 1379:13, 1379:22, 1379:25, 1384:24, 1385:2, 1389:9, 1395:4, 1395:18, 1395:23, 1397:24, 1420:16
**requirement** [1] - 1390:10
**Research** [1] - 1411:23
**research** [2] - 1363:16, 1413:9
**researchers** [3] - 1419:17, 1422:19, 1424:22
**residues** [1] - 1386:1
**resinous** [2] - 1368:13, 1372:6
**Resins** [1] - 1367:21
**resistance** [1] - 1373:18
**resistant** [2] - 1373:14, 1373:17
**respect** [6] - 1368:25, 1370:24, 1376:8, 1376:20, 1379:9, 1390:5
**respectable** [1] - 1423:23
**response** [4] - 1384:19, 1405:13, 1405:22, 1405:23
**responsible** [1] - 1420:9
**rest** [1] - 1363:25
**resting** [2] - 1366:13, 1366:15
**result** [5] - 1374:12, 1375:10, 1386:11, 1405:22, 1405:23
**results** [1] - 1420:3
**resume** [1] - 1389:20
**review** [2] - 1367:4, 1389:3

**reviewed** [5] - 1377:16, 1378:15, 1383:2, 1396:15, 1422:19
**rice** [1] - 1379:6
**risks** [1] - 1388:10
**Robyn** [1] - 1362:16
**ROSNER** [1] - 1365:15
**Rosner** [8] - 1362:11, 1366:22, 1372:11, 1386:21, 1390:1, 1390:9, 1395:2, 1401:6
**RPR** [1] - 1362:12
**ruling** [1] - 1364:10

**S**

**safe** [1] - 1407:1
**safely** [1] - 1406:23
**Safety** [1] - 1387:5
**Sales** [1] - 1385:12
**sat** [1] - 1401:13
**Saturday** [1] - 1379:9
**Sauget** [2] - 1396:4, 1396:5
**saw** [1] - 1397:8
**School** [3] - 1423:13, 1423:14, 1424:5
**science** [1] - 1419:11
**scientific** [2] - 1370:7, 1411:10
**scientists** [3] - 1368:11, 1369:1, 1413:18
**Scott** [7] - 1362:15, 1370:16, 1384:3, 1409:8, 1414:14, 1415:20, 1423:11
**screen** [1] - 1383:21
**sealants** [1] - 1386:15
**searching** [1] - 1397:16
**seated** [1] - 1366:5
**second** [10] - 1370:15, 1374:17, 1384:6, 1384:8, 1385:11, 1408:25, 1409:14, 1410:16, 1414:15, 1415:4
**section** [4] - 1371:21, 1397:13, 1408:23, 1411:17
**see** [13] - 1363:25, 1366:12, 1367:16, 1367:18, 1369:7, 1383:5, 1384:6, 1391:8, 1391:21, 1405:21, 1405:23, 1417:13
**seeing** [1] - 1414:5
**sense** [3] - 1392:7, 1394:9, 1406:3

**separated** [1] - 1418:7
**September** [1] - 1421:11
**service** [1] - 1368:9
**session** [2] - 1362:11, 1366:4
**Seventh** [2] - 1398:16, 1398:18
**several** [1] - 1368:10
**severe** [1] - 1416:4
**shaved** [1] - 1414:3
**ships** [1] - 1382:4
**short** [7] - 1404:12, 1405:13, 1406:13, 1406:19, 1414:4, 1420:4, 1427:18
**short-term** [1] - 1404:12
**shouting** [1] - 1383:13
**show** [5] - 1373:3, 1383:14, 1402:7, 1416:16, 1420:17
**showed** [5] - 1379:10, 1390:4, 1391:7, 1391:15, 1400:13
**shown** [2] - 1410:12, 1416:17
**shut** [1] - 1364:20
**side** [1] - 1387:20
**significant** [2] - 1423:7, 1426:4
**signs** [1] - 1387:20
**silage** [2] - 1380:9, 1380:12
**silo** [1] - 1382:15
**silos** [7] - 1379:12, 1379:13, 1379:15, 1379:21, 1380:9, 1384:18, 1386:16
**similar** [1] - 1383:19
**simple** [2] - 1368:8, 1426:6
**simpler** [1] - 1426:11
**single** [1] - 1376:9
**site** [1] - 1374:18
**size** [1] - 1426:17
**skin** [4] - 1414:3, 1414:6, 1416:17
**sleeping** [1] - 1366:14
**slightly** [2] - 1409:19
**slouch** [1] - 1413:14
**slowly** [3] - 1426:1, 1426:25, 1427:12
**small** [3] - 1367:18, 1377:21, 1386:1
**smoke** [1] - 1379:17
**Smyth** [6] - 1407:6, 1407:10, 1407:19, 1408:8, 1408:16, 1411:10
**sniping** [2] - 1363:4, 1363:8

9

so-called [1] - 1369:6
so.. [2] - 1365:14, 1367:15
sold [4] - 1378:1, 1378:7, 1378:16, 1378:21
solubility [3] - 1380:18, 1381:3, 1381:8
Solubility [1] - 1384:2
soluble [6] - 1381:15, 1381:17, 1381:20, 1382:10, 1382:17, 1384:13
solution [2] - 1368:14, 1381:9
soot [2] - 1393:3, 1393:6
sorry [16] - 1369:8, 1371:17, 1371:18, 1384:4, 1385:13, 1389:12, 1391:13, 1395:9, 1396:4, 1402:25, 1403:10, 1407:14, 1409:8, 1409:16, 1410:22, 1423:1
Sorry [1] - 1391:4
sort [2] - 1406:18, 1407:25
sorts [3] - 1387:3, 1387:4, 1404:24
sounds [2] - 1365:15, 1391:24
source [1] - 1363:25
species [1] - 1397:20
specific [4] - 1383:5, 1386:13, 1397:14, 1414:22
specifically [7] - 1364:6, 1372:11, 1373:19, 1388:11, 1391:5, 1402:18, 1426:2
speculate [1] - 1377:9
speculation [2] - 1364:3, 1364:5
spilled [1] - 1389:23
spills [1] - 1386:6
sprayed [3] - 1367:5, 1387:9, 1387:16
sprays [3] - 1368:10, 1369:1, 1369:24
ST [1] - 1362:1
stable [3] - 1425:24, 1427:10, 1427:11
stack [1] - 1379:17
stainless [2] - 1374:19, 1375:14
standard [9] - 1398:5, 1398:25, 1400:15, 1401:5, 1402:11, 1403:8, 1403:15,

1403:20, 1403:24
Standard [1] - 1387:3
standards [5] - 1388:19, 1390:4, 1398:9, 1398:11, 1398:12
start [1] - 1375:20
started [4] - 1412:22, 1422:1, 1422:7, 1423:4
starts [1] - 1367:24
statement [3] - 1363:24, 1364:15, 1403:3
statements [1] - 1364:4
States [4] - 1368:17, 1379:4, 1386:23, 1400:4
station [1] - 1368:12
steel [3] - 1374:14, 1374:19, 1375:14
step [3] - 1393:2, 1397:11, 1407:3
steroid [3] - 1394:12, 1394:16
steroids [1] - 1394:12
Steve [2] - 1362:15, 1371:1
Steven [1] - 1362:17
STEVEN [1] - 1362:2
Stewart [2] - 1362:14, 1362:14
sticky [1] - 1372:8
still [1] - 1364:10
stop [2] - 1366:5, 1418:9
stored [1] - 1386:17
structure [1] - 1392:24
studied [1] - 1401:25
studies [7] - 1386:2, 1389:10, 1392:13, 1399:21, 1404:25, 1405:21, 1407:19
study [10] - 1386:10, 1405:2, 1405:3, 1406:2, 1407:9, 1407:17, 1408:5, 1408:9, 1425:8
stuff [1] - 1365:8
styrene [5] - 1415:5, 1415:12, 1415:13, 1416:13, 1417:1
submitted [2] - 1412:11, 1416:16
substance [2] - 1420:9, 1426:7
substances [2] - 1414:20, 1414:21
substitute [1] - 1406:9
suffered [1] - 1420:10
sufficient [1] -

1425:18
sugar [2] - 1381:11, 1381:15
suggest [1] - 1365:9
suggested [1] - 1367:25
suggestion [1] - 1390:10
suggests [1] - 1396:16
supply [1] - 1415:12
suppose [1] - 1382:6
supposed [6] - 1366:5, 1387:1, 1388:8, 1401:1, 1401:3
Suppression [1] - 1371:21
surfaces [6] - 1371:4, 1372:4, 1375:8, 1375:19, 1375:24, 1375:25
surprised [1] - 1416:15
survey [5] - 1373:4, 1374:24, 1376:14, 1377:12
suspected [1] - 1393:18
Swann [9] - 1411:23, 1412:2, 1412:16, 1412:19, 1413:6, 1413:17, 1414:24, 1415:11, 1417:14
swimming [1] - 1386:15
SYDELL [1] - 1362:3
system [3] - 1373:21, 1396:9, 1396:22
systems [1] - 1373:2

## T

table [7] - 1383:19, 1384:4, 1384:12, 1391:7, 1391:15, 1391:19, 1427:9
Table [1] - 1384:1
tacky [1] - 1372:8
talks [2] - 1409:1, 1409:3
Technical [4] - 1371:8, 1380:24, 1383:23, 1385:7
technique [2] - 1368:12, 1369:2
temperature [1] - 1375:11
temperatures [2] - 1425:17, 1427:13
tens [1] - 1405:16
term [11] - 1398:24, 1400:15, 1400:24,

1401:3, 1401:23, 1403:8, 1404:12, 1406:17, 1412:10, 1422:22, 1426:11
terms [2] - 1386:22, 1418:10
terphenyl [4] - 1368:5, 1368:14, 1369:25, 1370:2
Terphenyl [1] - 1371:25
tested [7] - 1390:11, 1390:25, 1391:4, 1394:4, 1394:10, 1394:21, 1409:18
testify [1] - 1404:3
testimony [8] - 1370:24, 1387:17, 1401:14, 1402:1, 1402:14, 1402:16, 1402:19, 1411:20
testing [13] - 1368:12, 1389:4, 1389:5, 1390:6, 1398:5, 1398:9, 1398:11, 1399:19, 1401:4, 1402:10, 1403:8, 1403:15, 1403:19
tests [19] - 1390:21, 1392:9, 1398:24, 1400:16, 1400:24, 1401:23, 1404:7, 1404:11, 1404:12, 1404:16, 1405:5, 1405:14, 1406:22, 1411:22, 1413:23, 1414:9, 1414:17, 1417:12
tetraethyl [2] - 1387:19, 1388:7
that'll [1] - 1366:6
THE [29] - 1362:1, 1362:2, 1363:3, 1364:17, 1364:24, 1365:7, 1365:13, 1365:18, 1365:23, 1366:4, 1367:12, 1369:11, 1373:7, 1373:12, 1382:25, 1383:12, 1383:17, 1389:12, 1389:15, 1389:18, 1389:20, 1403:6, 1404:3, 1407:5, 1416:20, 1417:21, 1421:15, 1427:18
theory [1] - 1416:24
thereabouts [1] - 1422:1
therefore [1] - 1386:4
therehere [1] - 1369:22
therein [1] - 1412:12

Therminol [22] - 1372:15, 1372:25, 1373:2, 1373:14, 1373:18, 1373:21, 1374:8, 1374:15, 1374:17, 1375:6, 1375:14, 1375:18, 1375:21, 1376:25, 1377:17, 1377:21, 1377:25, 1378:2, 1378:7, 1378:18, 1378:22, 1379:1
thinking [1] - 1374:25
Thomas [1] - 1362:14
thorium [7] - 1391:5, 1391:20, 1391:22, 1391:25, 1392:1, 1392:5, 1392:6
thousands [11] - 1377:16, 1378:15, 1390:14, 1390:17, 1390:24, 1396:15, 1405:16
three [4] - 1418:5, 1418:6, 1419:6, 1420:10
tiny [1] - 1370:5
today [2] - 1402:7, 1404:17
together [1] - 1409:17
tomorrow [1] - 1426:22
took [1] - 1366:22
top [4] - 1370:19, 1384:4, 1391:20, 1426:17
touch [1] - 1375:25
toxic [1] - 1409:19
toxicity [3] - 1399:7, 1399:19, 1410:3
toxicological [4] - 1389:5, 1404:11, 1404:16, 1405:4
toxicologist [1] - 1417:5
toxicologists [1] - 1424:13
Toxicology [2] - 1421:22, 1424:8
toxicology [3] - 1422:12, 1423:6, 1424:2
toxin [2] - 1388:6, 1388:7
transcript [1] - 1402:22
TRANSCRIPT [1] - 1362:9
transfer [2] - 1375:7, 1375:22
treatise [2] - 1363:20, 1365:5
trouble [3] - 1415:6,

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -300

1416:15, 1425:15
**true** [6] - 1363:23,
1378:5, 1395:22,
1396:3, 1397:7
**try** [3] - 1363:6,
1406:1, 1414:21
**trying** [2] - 1365:1,
1375:1
**tubing** [1] - 1374:15
**tumors** [1] - 1400:19
**turn** [8] - 1370:15,
1371:14, 1385:10,
1398:7, 1402:21,
1408:20, 1415:3,
1420:15
**TWENTY** [1] - 1362:1
**TWENTY-FIRST** [1] -
1362:1
**two** [15] - 1370:20,
1373:23, 1375:2,
1375:9, 1375:17,
1376:2, 1406:14,
1409:16, 1410:16,
1410:21, 1411:11,
1418:8, 1419:17,
1426:18, 1427:7
**Two** [3] - 1375:5,
1375:21, 1409:10
**type** [4] - 1363:25,
1364:4, 1369:24,
1381:2
**types** [1] - 1385:25
**typical** [1] - 1365:4
**typically** [1] - 1381:17

## U

**U.S** [2] - 1368:11,
1381:24
**undecided** [2] -
1410:18, 1411:16
**under** [5] - 1375:1,
1384:9, 1401:14,
1402:2, 1418:7
**understood** [1] -
1382:14
**undertaken** [3] -
1374:22, 1399:19,
1411:25
**undertook** [2] -
1372:24, 1384:18
**undetermined** [1] -
1410:23
**United** [4] - 1368:16,
1379:4, 1386:22,
1400:4
**University** [4] -
1407:10, 1413:12,
1417:6, 1418:3
**up** [11] - 1369:13,
1383:21, 1385:17,
1396:18, 1415:20,
1422:18, 1422:25,

1423:11, 1425:16,
1426:17, 1427:13
**USDA** [2] - 1369:1,
1369:17
**user** [1] - 1374:9
**users** [2] - 1372:25,
1386:4

## V

**vapor** [3] - 1425:2,
1425:3, 1425:4
**Vapor** [1] - 1371:21
**vaporization** [1] -
1386:7
**vapors** [6] - 1415:25,
1416:6, 1425:5,
1425:8, 1425:12,
1425:17
**variety** [3] - 1397:24,
1407:23, 1407:25
**various** [18] - 1369:5,
1372:16, 1372:25,
1379:12, 1380:5,
1381:3, 1381:4,
1381:5, 1385:25,
1389:5, 1407:20,
1412:1, 1412:9,
1414:17, 1414:20,
1419:18, 1424:14
**varying** [1] - 1385:25
**vats** [2] - 1382:8,
1382:9
**version** [1] - 1410:15
**vessels** [1] - 1381:25
**voice** [4] - 1367:12,
1367:13, 1367:14,
1422:25
**volatility** [2] - 1426:5
**volatilization** [2] -
1426:4, 1426:14
**volatilize** [3] -
1425:22, 1426:1,
1426:16
**volatilizes** [2] -
1426:25, 1427:11
**VOLUME** [1] - 1362:10
**vs** [1] - 1362:5

## W

**wants** [1] - 1363:13
**warning** [7] - 1385:2,
1386:23, 1387:7,
1387:15, 1387:24,
1388:1, 1388:12
**warnings** [4] - 1387:2,
1387:3, 1387:5,
1387:6
**Warren** [3] - 1421:10,
1422:15, 1424:18
**watch** [1] - 1406:11
**watching** [1] -
1400:18

**water** [8] - 1381:11,
1381:15, 1381:18,
1381:21, 1382:1,
1426:16, 1426:17,
1426:18
**waterproofing** [1] -
1386:15
**Watson** [1] - 1385:17
**week** [3] - 1365:12,
1427:3
**Week** [1] - 1370:13
**weight** [1] - 1411:4
**weld** [1] - 1374:18
**West** [5] - 1376:5,
1376:8, 1376:19,
1376:25, 1377:17
**Westinghouse** [5] -
1395:16, 1396:5,
1397:5, 1397:9,
1399:13
**wet** [1] - 1371:4
**whatsoever** [1] -
1378:14
**White** [1] - 1362:14
**white** [2] - 1414:7,
1425:1
**wide** [3] - 1397:24,
1407:25
**widely** [4] - 1418:7,
1424:9, 1424:12,
1424:17
**Wilhelm** [1] - 1400:2
**Williams** [2] -
1362:14, 1362:16
**wire** [2] - 1418:14,
1418:16
**wires** [1] - 1418:17
**witness** [3] - 1364:11,
1365:10, 1369:9
**word** [2] - 1392:17,
1394:5
**words** [2] - 1399:2,
1410:10
**workers** [23] -
1392:21, 1393:16,
1393:25, 1394:7,
1394:23, 1395:4,
1395:17, 1395:18,
1395:24, 1396:3,
1396:5, 1396:6,
1396:7, 1396:17,
1397:1, 1406:23,
1413:19, 1414:23,
1415:15, 1417:2,
1419:20, 1420:10,
1424:20
**workforce** [1] -
1393:19
**workmen** [1] -
1412:14
**world** [2] - 1401:25,
1413:19
**worry** [1] - 1388:10

**wrapping** [1] -
1386:18
**writes** [1] - 1415:3
**writing** [1] - 1364:4
**written** [2] - 1398:20,
1421:10

## Y

**year** [3] - 1402:16,
1418:8, 1427:8
**years** [8] - 1368:10,
1393:7, 1393:9,
1393:10, 1399:13,
1402:9, 1406:11,
1406:14
**yellow** [7] - 1418:5,
1419:7, 1419:9,
1419:19, 1420:9,
1420:19, 1424:19
**yesterday** [3] -
1388:20, 1388:24,
1421:18
**yourself** [1] - 1413:15
**Yusho** [3] - 1372:19,
1378:24, 1379:4

## Z

**zoom** [1] - 1384:3

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -301