# EXHIBIT 5

Page 1

1

2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF WASHINGTON
3    ---------------------------------------x

4    CITY OF SPOKANE, a municipal
     corporation, located in the County
5    of Spokane, State of Washington,

6                          Plaintiff,

7           -against-                    Case No.
                                         15-cv-00201-
8    MONSANTO COMPANY, SOLUTIA INC., and SMJ
     PHARMACIA CORPORATION, and DOES 1
9    through 100,

10                         Defendants.

11   ---------------------------------------x

12                        December 10, 2019
                          9:06 a.m.
13

14

15         Videotaped deposition of DAVID ROSNER,

16   taken by Defendants, pursuant to Notice, held

17   at The Courtyard Marriott Central Park, 1717

18   Broadway, New York, New York, before Joseph R.

19   Danyo, a Shorthand Reporter and Notary Public

20   within and for the State of New York.

21

22

23   Job No. 171881

24

25

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -303

Page 20

1                      Rosner

2    Spokane specifically.

3        Q.   You are not offering opinions in this

4    case on the extent to which PCBs were used in

5    building materials in Spokane, correct?

6            MR. JULIUS:  Can you read that back

7        for me.

8            (Record read)

9        A.   Well, again, I have reviewed

10   information about building materials, but I have

11   not ever read anything specifically about

12   Spokane.

13       Q.   Okay.  My question was, I appreciate

14   that, my question had to do with the extent to

15   which PCBs might have been used in building

16   materials in buildings existing in Spokane.  So

17   it has to do with the magnitude as opposed to

18   their mere presence.

19       A.   No, I have not seen any information

20   regarding that.

21       Q.   Okay.  Do you hold yourself out as an

22   expert in the field of waste management and

23   practices in the 20th Century?

24       A.   Well, I know a bit about it since I

25   am a historian of public health, and that is one

1                     Rosner

2    of the issues you follow as a historian, but I

3    wouldn't say this is my field of specific

4    expertise in terms of modern practices.  I'm not

5    quite sure whether that answers it.

6         Q.   Well, let me sort of plumb the depths

7    of that.

8         A.   Sure.

9         Q.   Obviously you are not an engineer.

10   You are a professor of history.  Is that correct?

11        A.   That's right.

12        Q.   You have no training as an

13   environmental engineer, correct?

14        A.   No, just its history.

15        Q.   Have you ever published on the

16   history of pollution control by industry in the

17   United States in the 20th Century?

18        A.   Well, I have published a lot on

19   public health and industry, and a lot of that has

20   to do with various aspects of pollution, whether

21   it be pollution of the plant or pollution of the

22   environment.  As you know, you have the article

23   on I think it is actually called something about

24   pollution.  I don't know what the title of this

25   is.  Let me just see.

Page 22

1              Rosner

2          Monsanto PCBs and the Creation of a

3    Worldwide Ecological Problem, so to the extent

4    that I followed this issue.

5          Q.   That's fine.  It was a poorly worded

6    question.  Have you authored or published any

7    paper, book, treatise that identifies the

8    principles for the determination of the adequacy

9    of waste disposal practices in the 30's through

10   the 60's?

11         A.   Again, I wrote articles.  The article

12   I was thinking of is the persistence -- the

13   article I wrote for environmental research, I

14   believe, the title of which is The Politics of

15   Pollution, I believe, but I'm not sure of the

16   exact title, but I believe it has pollution in

17   it, but the adequacy, that sounds like a

18   technical problem, technical issue, that would be

19   better addressed from a contemporary point of

20   view by I guess an industrial engineer or a

21   chemist or I'm not quite sure what field would be

22   best suited.

23         Q.   Well, let me ask you do you hold

24   yourself out as an expert in the evolution of the

25   technology of waste disposal in the 20th Century?

Page 23

1                              Rosner

2              A.    Well, only insofar as I have read a

3    great deal about it and have tried to follow it

4    indirectly from my work as a public health

5    historian.

6              Q.    You have never yourself been asked,

7    nor would you hold yourself out as having

8    expertise in the design of a suitable waste

9    disposal facility?

10             A.    Oh, no, definitely not.

11             Q.    You don't have any expertise in the

12   technical aspects of that work?

13             A.    That's right.

14             Q.    All right, and you have no expertise

15   in the technical aspects of the design of a waste

16   disposal facility that might have been used in

17   the 30's through the 60's in the United States?

18             A.    Well, only insofar as from what I

19   have read in the documents.

20             Q.    Which documents?

21             A.    Well, the documents talk about

22   dumping.  They talk about toxic waste dumps.

23   They talk about burning, incinerators, things

24   like that, which are materials I have available

25   to me.  But I wouldn't say I was an expert on.

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -307

1                    Rosner

2     chemical waste from the 30's to the 60's?

3               MR. JULIUS:  Incomplete hypothetical.

4          A.   No.

5          Q.   For your work in this case or for the

6     development of your report and article that we

7     have marked as Exhibit 2, did you do a

8     comprehensive review of the literature on waste

9     disposal practices from the 30's through the

10    60's?

11         A.   Not a comprehensive one, no.

12         Q.   Can you cite to me any learned

13    treatise or authoritative article, book, journal,

14    article that identifies the state of art in

15    landfill technology in the 30's through the

16    1960's?

17         A.   No.

18         Q.   Have you done a comprehensive review

19    of the engineering and scientific literature

20    relating to technologies recognized as being

21    adequate to contain chemical wastes in landfills

22    from the 30's to the 60's?

23               MR. JULIUS:  Assumes facts.  Vague.

24         A.   No.  Not a systematic review.

25         Q.   Have you ever published on that

Page 29

1                         Rosner

2      topic, the topic of engineering and scientific

3      literature relating to technologies recognized as

4      being adequate to contain chemical wastes from

5      the 30's through the 60's?

6           A.   If you are asking as an engineering

7      issue, I have not.  What I have done is look at

8      the history of the discussions of the problems of

9      industrial pollution.  Insofar as it deals with

10     industrial waste, then I guess that is an issue,

11     but as I mentioned, the persistent pollutant

12     problem article that I wrote, this essay all in

13     different ways address the issue of what happens

14     to materials and the responsibilities of industry

15     to know what the dangers of their materials and

16     to know not to put them into the environment.

17          MR. MILLER:  Move to strike.

18          Q.   Doctor, do you agree that your report

19     does not identify the standards by which industry

20     determined the appropriate methods for the

21     disposal of chemical wastes during the 30's

22     through the 60's?

23          A.   Not the technological

24     responsibilities.

25          Q.   Have you cited in your report an

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -309

1                          Rosner

2    article, any reference material or treatise in

3    waste disposal practices that you would look to

4    to say this provided a standard by which industry

5    should have addressed the appropriate disposal

6    methods for chemical waste?

7            A.   Well, I guess what comes to mind is

8    Monsanto's Garrett in 1957 who writes in a

9    journal called Industrial Waste an article in

10   which he talks about the responsibilities of

11   industry not to pollute, not to dump their

12   materials in streams and not to put it in

13   waterways and the like, if that is what you mean.

14           Q.   You are talking about Jack Garrett's

15   1957 article?

16           A.   That's right.

17           Q.   Any other document that establishes a

18   standard for the determination of appropriate

19   methods to dispose of chemical wastes from the

20   30's to the 60's?

21           A.   Well, again, Manufacturing Chemists

22   Association, their L1.  You had to know the

23   dangers of your product before you put it into

24   commerce.  Your standard was to make sure that

25   your material was safe for the environment and

1                          Rosner

2    safe for the consumer.  I mean I don't quite know

3    how else to answer.  I don't remember the

4    technological information.

5          Q.  You are familiar obviously with the

6    L1 manuals?

7          A.  Yes.

8          Q.  Would you confirm for me that there

9    isn't a single proposed warning in any L1 manual

10   from the 1940's, or whenever they began, to the

11   1970's that provides instructions regarding waste

12   disposal for a product?

13              MR. JULIUS:  Assumes facts.  It may

14          call for speculation.

15         A.  Yeah.  They are talking about

16   warnings without knowing the dangers of your

17   product and knowing not to put people in harm's

18   way.

19         Q.  My question was a little different.

20   Are you aware of any proposed warning that

21   appears in the L1 manual that includes

22   instructions for the disposal of a product?

23              MR. JULIUS:  Same objections.

24         A.  No, I don't remember that.

25         Q.  Is there a single document that you

Page 32

1                        Rosner

2    can identify that includes an instruction on how

3    to dispose of chemical waste provided either by

4    or to industry from the 30's to the 1960's or

5    70's?

6          A.   I really haven't studied that.  I

7    can't answer that.

8          Q.   Was there any regulatory body that

9    existed that established recommended waste

10   disposal practices for chemical wastes in the

11   30's through the 1960's?

12         A.   Again, I haven't studied that.  I

13   don't know.  I don't think so.

14         Q.   Have you in your report or your

15   article that we have marked as Exhibit 2 cited

16   any law or regulation that would have compelled

17   GE or Kaiser or Westinghouse to alter the way

18   they disposed of their chemical wastes in Spokane

19   or elsewhere from the 30's to the 1960's?

20         A.   I don't know about any local public

21   health regulations, if that is what you are

22   asking.

23         Q.   Or federal or state law?

24         A.   I don't really know.  I don't think

25   there is any federal law at that point.

Page 33

1                          Rosner

2          Q.    Have you looked to see whether there

3    was any state law from the State of Washington?

4          A.    No.

5          Q.    Do you understand that a substantial

6    or a portion, I don't want to quarrel about the

7    magnitude, but a portion of the PCBs from the

8    Spokane River come from sources in Idaho?

9               MR. JULIUS:   Assumes facts, but go

10          ahead.

11          A.    I'm sorry, do I know that?

12          Q.    Yes.

13          A.    I guess the Spokane River comes from

14    Idaho, but I don't really know any more than

15    that.

16          Q.    Obviously -- take a step back.  You

17    haven't looked at any law or regulation that

18    discussed or proscribed any -- let me start over

19    again.  You have not looked at any law or

20    regulation from Idaho that would have informed

21    users of PCBs how to dispose of PCBs or chemical

22    waste from the 30's to the 60's in Idaho, is that

23    right?

24          A.    I have not looked at those.

25          Q.    Can you identify for me the first

Page  34

1                        Rosner

2     company product manufacturer that included an

3     instruction on the disposal of their product to

4     its customers?

5              A.   No.

6              Q.   You have seen in the context of these

7     cases material safety data sheets that Monsanto

8     issued to customers starting in about 1971

9     concerning its PCBs.  Correct?

10             A.   I may have.  I don't recall them now.

11    I haven't studied them for this case.

12             Q.   Let me find them.

13                  (Defendants' Exhibit 3, Compilation

14             of material safety data sheets issued by

15             Monsanto Company from May 1971, was so

16             marked for identification, as of this

17             date.)

18             Q.   Doctor, Exhibit 3 is a compilation of

19    material safety data sheets issued by Monsanto

20    Company.  They are all from May 1971 for a

21    variety of PCB products.  Do you recognize

22    Exhibit 3 to be what I just described?

23             A.   Yes.

24             Q.   The first page of Exhibit 3 is for

25    Inerteen 70-30.  Do you see that?  It would be on

Page  37

1                         Rosner

2    surrounded the disposal practices at Monsanto

3    itself and at Anniston in the mid '60's when they

4    understood that sewers were leaking materials

5    into the streams.

6         Q.    Maybe my question wasn't clear.  Are

7    you aware of any other chemical manufacturer that

8    provided instructions to their customers on

9    disposal practices before May 1971?

10        A.    I haven't studied that.  I haven't

11   looked at that.

12        Q.    You obviously know from your work

13   that PCBs are regarded as lipophilic?

14        A.    Yes.

15        Q.    Which means they reside in fat,

16   correct?

17        A.    That's right.

18        Q.    You understand that they are not very

19   soluble in water, correct?

20        A.    That's right.

21        Q.    And in those respects, they share

22   characteristics with other chlorinated

23   hydrocarbons.  Is that correct?

24        A.    Yes.

25        Q.    Among others, aldrin, dieldrin,

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -315

Page 38

1                      Rosner

2   heptachlor, chlordane and DDT to name a few?

3        A.   That's right.

4        Q.   Are you aware, Dr. Rosner, of any

5   other manufacturer of compounds sharing those

6   characteristics that provided warnings about

7   disposal of their products prior to May 1971?

8             MR. JULIUS:   It may call for

9        speculation.

10       A.   No.   This is the period when during

11  the 60's after Silent Spring, that this became a

12  major national concern.

13       Q.   I understand, but are you aware of

14  manufacturers of any of those chemical products

15  providing instructions to customers on how to

16  dispose of their products?

17            MR. JULIUS:   Same objection.

18       A.   Again, I haven't studied those other

19  products or those other industries, but I don't

20  recall any.

21       Q.   Some of the products that I just

22  mentioned, DDT, aldrin, dieldrin, heptachlor,

23  chlordane, are or were insecticides that were

24  applied to crops, among other locations, correct?

25       A.   That's right.

Page  39

Rosner

1

2      Q.   And in that regard, they had to be

3 registered with USDA or EPA under the regulatory

4 framework of FIFRA?

5      A.   Well, yes, FDA requirements, yes.

6      Q.   All right.  Are you familiar to some

7 degree with FIFRA requirements for labeling?

8      A.   No.  Only if there was a possibility

9 of it getting into the food supply.  That is

10 really my understanding of it.

11      Q.   Are you aware as to whether or not

12 EPA or USDA ever required manufacturers of the

13 products that we have been talking about, these

14 chlorinated hydrocarbon insecticides, to provide

15 instructions to customers about how to dispose of

16 their product?

17          MR. JULIUS:   Objection.

18      A.   No.  I don't recall that.  I didn't

19 study that.

20      Q.   Do you know if FIFRA ever required an

21 instruction to be provided by product

22 manufacturers of the products we have been

23 talking about about disposal practices?

24      A.   Again, no.  EPA, first of all, didn't

25 even exist until 1970, so they wouldn't have did

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -317

1                          Rosner

2      it.   Whether the FDA had requirements, I know

3      they had requirements about materials that could

4      get into the human food supply.   I don't know

5      that they talked about waste disposal.   I don't

6      think that was their province.

7              Q.    In connection with either the

8      San Diego case or the City of Spokane case, have

9      you been asked to offer opinions on statements

10     issued by the American Council for Science and

11     Health on topics associated with PCBs?

12             A.    No.   I mean I know that organization

13     from other topics I have studied, but no.

14             Q.    Have you looked at any statements

15     made by the American Council for Science and

16     Health related to polychlorinated biphenyls?

17             A.    Yes.

18             Q.    In your report and your journal --

19             A.    I'm sorry.   I'm sorry.   I have looked

20     at statements about polyvinyl chloride.   That is

21     what I was thinking of.   No, not biphenyls.

22             Q.    So you haven't seen any statements,

23     to your knowledge, regarding PCBs that was issued

24     by or were issued by the American Council of

25     Science and Health?

Page 134

1                          Rosner

2          Q.   Do you know what the regulations were

3    that EPA proposed?

4          A.   No, I don't.

5          Q.   And therefore you don't know what the

6    bases was proposed that EPA used to propose those

7    regulations, whatever they were?

8          A.   The bases?

9          Q.   Correct.

10         A.   The bases was their worry about the

11   fact that this was an environmental contaminant

12   that had polluted virtually the entire world.

13         Q.   That wasn't quite my question.  I

14   understand from your testimony that you

15   understand that the proposed regulations have to

16   do with effluent limitations on PCBs into

17   receiving streams, correct?

18         A.   Again, I don't remember.  I remember

19   his getting the award and being very proud that

20   he -- what I interpreted and I think what the

21   letter said was that he foiled their attempt.

22         Q.   Did you ever look at the proposal

23   that EPA submitted for comment that is the

24   subject of this discussion?

25         A.    All I remember is some kind of

Page 135

1                              Rosner

2     response that Monsanto, and I think it is about

3     this particular proposal, but I'm not sure, was

4     very happy that they listened to most of

5     Monsanto's objections.  That is what I remember,

6     and it may be a different regulation, but I

7     remember their feeling like it went from .01 to

8     .05.  You know.  There were numbers associated

9     with it, but they felt that they had been fairly

10    successful in changing, getting the EPA to change

11    their standard.

12         Q.    Do you know the scientific basis for

13    the proposed regulations that EPA sought to

14    promulgate?

15         A.    The scientific basis?

16         Q.    Yes.

17         A.    They are trying to figure out just as

18    with the TLVs and the MACs, they are trying to

19    figure out some number they can start limiting

20    the exposure of the population to.  They are

21    trying to establish some standard.

22         Q.    I understand that.

23         A.    I mean I don't know that there is

24    good science about it.

25         Q.    Okay.  That's sort of what I'm

Page 136

1                    Rosner

2    getting at.  Do you know what the science was

3    behind the EPA proposed regulations?

4         A.   The science was the fact that they

5    realized that it was impossible I think by that

6    time, '75?

7         Q.   '74.

8         A.   '74.  Their suspicion that it may be

9    a carcinogen, that it is getting into the broad

10   environment.  These were the standards that they

11   were trying to figure out how to lower the

12   exposure of the American population and the

13   environment to this material.

14        Q.   Well, my question is a little bit

15   more specific, which is what are the scientific

16   underpinnings of the proposed regulations?  Do

17   you know one way or the other?

18        A.   The scientific underpinnings were

19   what was obvious to scientists and the general

20   public, which is that this material is getting

21   into the environment, and it is dangerous, and we

22   don't have enough information about it to allow

23   it into the environment.

24             It is at this point that most

25   carcinogens are being identified as having

Page 137

Rosner

1  virtually zero exposure limits.  This is one of

2  the things about the early 70's.  They are saying

3  we don't know enough about this material to say

4  that there is a safe limit.  We have to lower it.

5  That is all we know.

6          There is no epidemiology.  You

7  couldn't do epidemiology.  That would take, you

8  know, years and years and years to do.  They had

9  some information about some animals and some rat

10  studies, and we had Kimbrough and you have other

11  scientists who were indicating that you have a

12  real human health problem as well as a broad

13  environmental problem and that this is material

14  we had to figure out how to limit.

15          Q.   Well, Doctor, I appreciate that

16  narrative.  I am asking specifically what were

17  the numeric factors that EPA used in proposing

18  this effluent limitation?

19          A.   They were trying to establish as low

20  a limit as they could get.

21          Q.   Do you know what a water quality

22  criteria is?

23          A.   You mean a criteria statement?

24          Q.   Well, what a water quality criteria

Page 138

1                    Rosner

2    is that EPA would develop or promulgate?

3         A.   No.  I don't remember that.

4         Q.   Do you know what the factors are that

5    EPA considers in the development of water quality

6    criteria?

7         A.   I would assume they look at the water

8    quality.  They look at the oxygen levels, its

9    cloudiness.  These are the historical measures of

10   water quality.  You know, whether it smelled.

11   They probably measure certain kinds of chemicals

12   that might be available in it, but, you know,

13   this is a number, this is an issue that changes

14   over time.

15        Q.   Let me cut to the chase.  So you

16   probably don't know this, but in 1974 the EPA

17   regulations about which we're talking had to do

18   with the application of what's called a

19   bioconcentration factor of PCBs into fish.  Does

20   that ring a bell to you at all?

21        A.   Well, that was one of the issues,

22   that this is accumulating in animal life.

23        Q.   And to create the water quality

24   criteria, EPA had proposed the use of a

25   bioconcentration factor of a particular number?

Page 139

Rosner

1

2        A.   Oh, I don't recall that.

3        Q.   Okay.  Is that something you studied

4   in connection with your work in this case?

5        A.   No.  That sounds like a technical

6   issue.  They were concerned about PCBs in

7   animals.

8        Q.   I understand, but with respect to

9   this bioconcentration factor, do you understand

10  that the issue that Dr. Wright raised in his

11  critique of the proposed EPA regulations had to

12  do with the derivation of the bioconcentration

13  factor EPA had decided upon?

14       A.   No.  I am sure that there are all

15  sorts of arguments that could be made about any

16  of these criteria.

17       Q.   So you have no basis to challenge Dr.

18  Wright's critique of the EPA bioconcentration

19  factor that was subsumed within its water quality

20  criteria proposed in 1974.  Is that correct?

21            MR. JULIUS:  Assumes facts, lacks

22       foundation.

23       A.   I have every basis for saying this.

24  This is a real concern to try to get PCBs out of

25  the environment and not to allow more in.  That

Page 140

1                              Rosner

2    was what the issue was in general in the early

3    70's.  The numbers have changed over time.  There

4    are arguments about methodology.  There are

5    arguments about whether animal studies, whether

6    rats or rabbits, should be used.  There is all

7    sorts of technological information that is being

8    debated, but the simple fact is what the crisis

9    was at that period was that they knew that PCBs

10   were in the environment.  There are certain

11   indications that they were getting into human

12   beings and that there is a potential long-term

13   hazard that could not be measured

14   epidemiologically, because it would take 30 or 40

15   or 50 years before the impact of this material

16   would show up, and that is what they understood.

17            The science was not very

18   sophisticated, and there were all sorts of

19   arguments that were made about what were the

20   proper measurements, and Wright made a

21   measurement that was very pleasing to or made an

22   argument very pleasing to Monsanto, it appears,

23   that said let's not go so low.  You know, that is

24   what I seem to understand.

25            Q.   Do you have an opinion regarding the

Page 141

Rosner

1

2    scientific validity of the criticisms made by Dr.

3    Wright concerning EPA's proposed bioconcentration

4    factor subsumed within its proposed water quality

5    criteria in 1974?

6         A.    I don't know what methodology he

7    used.

8              MR. JULIUS:   Objection, lacks

9         foundation, assumes facts, may be beyond

10        the scope of his designation.

11        A.    I don't know what methodology he

12    used.  You're going to have to ask somebody who

13    is more sophisticated in the science of

14    epidemiology at that point and what that science

15    was, but the simple fact is that nobody

16    understood what levels of exposure could cause

17    human harm, and that is what the early 70's were

18    all about with the EPA, and asbestos and vinyl

19    chloride and all the substances that they are

20    trying to regulate.

21              And there is, you know, arguments

22    that could be made about what is good and what is

23    bad science, but the simple fact is by 1970 the

24    basic principle in public health was do you not

25    wait until you have perfect proof before you act

Page 142

1                          Rosner

2    on what you know, and what you know is PCBs were

3    bad, and let's get them out of our materials.

4          Q.    Move to strike, Doctor.

5                Do you know what science supported

6    Dr. Wright's opinion regarding the

7    bioconcentration factor suggested by EPA in 1974?

8          A.    No, I don't know.

9                MR. JULIUS:    Assumes facts, lacks

10         foundation.

11         A.    I don't know what the technology was

12   that he used.

13         Q.    You cannot testify as to the validity

14   or invalidity of Dr. Wright's opinion submitted

15   to EPA?

16               MR. JULIUS:    Asked and answered.

17         Assumes facts.

18         A.    I can look at what was said in these

19   documents, and what was said in this document is

20   that they were very pleased that Mr. Wright was

21   successful in his efforts to lower the acceptable

22   limits.

23               Beyond that, I cannot answer what the

24   technology was, and I can't answer what was

25   appropriate at that time other than to say what

Page 143

Rosner

1

2   everyone understood was that PCBs were lousy to

3   have in the human body, were lousy to have in the

4   environment, and that they were desperate to try

5   to restrict it as much as possible, and Mr.

6   Wright did not support restricting it as much as

7   the EPA said was possible.

8          Q.    And you understand that EPA agreed

9   with Dr. Wright regarding the mistake that EPA

10  made concerning the derivation of its

11  bioconcentration factor?

12         A.    They may have.

13              MR. JULIUS:  Assumes facts.

14         A.    This is something that the EPA often

15  had to do to find compromises that the industry

16  would accept and that was going to be accepted to

17  a broader public.  They did the best they could.

18              MR. MILLER:  Move to strike.

19         Q.    Doctor, do you have a particular

20  understanding of this proposed EPA water effluent

21  limit in terms of what science went into its

22  development or derivation?

23         A.    No.

24              MR. JULIUS:  Asked and answered.

25              (Defendants' Exhibit 31, Document

Page 189

1                        Rosner

2        Q.   I want to be very precise, because

3    this document that we have marked as Exhibit 36

4    refers to disposal of PCBs in a toxic dump, and I

5    want to know if you can cite to me a specific

6    document that says it is an inappropriate

7    recommendation to recommend the disposal of PCBs

8    in a "toxic dump," as it was known in 1968?

9             MR. JULIUS:   Asked and answered.

10       A.   I can't come up with a specific

11   document, if you ask me that.

12       Q.   I hand you what I have marked as

13   Exhibit 37.

14            (Defendants' Exhibit 37, Article

15            entitled Polychlorinated Biphenyls:  How

16            Do They Affect Human Health, written by

17            Renate Kimbrough, M.D. published in August

18            1988, was so marked for identification, as

19            of this date.)

20       Q.   Have you seen what we have marked as

21   Exhibit 37, which is an article entitled

22   Polychlorinated Biphenyls:  How Do They Affect

23   Human Health, written by -- turn to the second

24   page -- Renate Kimbrough, M.D., U.S.

25   Environmental Protection Agency, Office of

Page 197

1                        Rosner

2    those materials.

3         Q.   Between the 30's and 60's, can you

4    identify any chemicals that were tested using a

5    two-year cancer protocol that were not previously

6    identified as causing cancers in workers,

7    pharmaceuticals were not used as ingredients in

8    foods?

9         A.   No.  That is why, I mean that is why

10   I found it interesting that they could be so sure

11   that it didn't cause cancer, because they had

12   never done studies in 1965 when they talked to

13   DuPont.

14        Q.   Just answer my question.  I

15   understand what you want to say, but in terms of

16   my question --

17             MR. MILLER:  Can you read it back.

18        Q.   I think your answer was no, and then

19   you elaborated, but I just want to make sure I

20   have an answer.

21             (Record read)

22        A.   Not off the top of my head, no.

23             MR. MILLER:  That's all I have.

24             THE WITNESS:  Great.  Thank you.

25             MR. JULIUS:  I have two questions.

Page 200

1

2                    C E R T I F I C A T I O N

3

4           I, JOSEPH R. DANYO, a Shorthand Reporter

5    and Notary Public, within and for the State of New

6    York, do hereby certify:

7           That I reported the proceedings in the

8    within entitled matter, and that the within transcript

9    is a true record of such proceedings.

10          I further certify that I am not related, by

11   blood or marriage, to any of the parties in this

12   matter and that I am in no way interested in the

13   outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto set

15   my hand this 16th day of December, 2019.

16

17          _____

18               JOSEPH R. DANYO

19

20

21

22

23

24

25

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -331

# EXHIBIT 6

MISSOURI CIRCUIT COURT
TWENTY-FIRST JUDICIAL CIRCUIT
ST. LOUIS COUNTY

--------------------------------------------x
HELEN HAMMONDS, individually and as
survivor of Decedent WILLIAM HAMMONDS,

                    Plaintiffs,

        -vs-

MONSANTO COMPANY, et al.,

                    Defendants.

Cause No.:  10SL-CC03437-01
--------------------------------------------x


                        340 Madison Avenue
                        New York, New York

                        December 15, 2014
                        9:12 a.m.


    Videotaped Deposition of DAVID ROSNER, Ph.D.,

pursuant to Notice, before Darby Ginsberg, RPR, a

Notary Public of the State of New York.

David Rosner, PhD
December 15, 2014

Page 266

1     Q.  Every available method?

2     **A.  Yeah.  That's what it would mean, wouldn't it?**

3     Q.  And who would determine whether or not every

4  available method was actually being pursued --

5              MR. JENSEN:  Objection to form.

6              MR. UPSHAW:  -- to meet this standard?

7              THE WITNESS:  I think the executives in the

8  company.  I think the medical director.  I think the

9  people in various parts of the country.  They all have a

10 responsibility.

11 BY MR. UPSHAW:

12    Q.  Were there other companies that were performing

13 every test available to test thoroughly for their

14 products?

15    **A.  I don't know.**

16    Q.  You don't know.  So you were applying -- this is

17 an industry standard.  You are saying that it applies

18 not only to Monsanto but other companies in the

19 industry?

20    **A.  That's right.**

21    Q.  And you are not aware of any other company that

22 was applying the standard that you have just talked

23 about?

24    **A.  Again, I don't know.  I can't talk about this**

25 **wide world.  I would hope that people were doing it.  If**

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -334

David Rosner, PhD
December 15, 2014

Page 267

1   they were doing it, great.  If not, they should be held

2   accountable for what they say they are going to do.

3       Q.  Do you believe that Monsanto had satisfied this

4   standard?

5       A.  No.

6       Q.  Why not?

7       A.  Because they still had to wait for Woodmark in

8   Sweden to tell them who produced the material that there

9   was a problem here and that they were producing it for

10  now -- from 1963 to 1931, '32, '33, when they bought

11  Swann, they were now doing it for three decades,

12  profiting from it, and they just hadn't done the basic

13  work.  They had to wait for somebody in Sweden to

14  discover this.  It seems to me they should have been

15  following it very directly from the moment they started

16  making a profit off of it.

17      Q.  So were the paint manufacturers satisfying the

18  standard, then?

19      A.  Well, there were -- some of them were and some of

20  them weren't.

21      Q.  How about the paint manufacturers that were using

22  PCBs in their paints, were they satisfying the standard?

23      A.  Well, they would not -- you know, I guess, they

24  really should have known, too.

25      Q.  How about the caulk manufacturers that were using

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -335

David Rosner, PhD
December 15, 2014

Page 291

1                        C E R T I F I C A T E

2

3     STATE OF NEW YORK      )

4                           )ss.:

5     COUNTY OF NEW YORK     )

6

7           I, DARBY GINSBERG, a Notary Public within and for

8     the State of New York, do hereby certify:

9           That DAVID ROSNER, Ph.D., the witness whose

10    deposition is herein before set forth, was duly sworn by

11    me and that such deposition is a true record of the

12    testimony given by such witness.

13          I further certify that I am not related to any of

14    the parties to this action by blood or marriage; and

15    that I am in no way interested in the outcome of this

16    matter.

17          IN WITNESS WHEREOF, I have hereunto set my hand

18    this 24th day of December, 2014.

19

20

21

22

23

      _____
24    DARBY GINSBERG
      Commission Number: 01GI6230654
25    Expires:  11-1-2018

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -336

# EXHIBIT 7

DAVID ROSNER                                    November 18, 2010

1

MISSOURI CIRCUIT COURT
TWENTY-FIRST JUDICIAL CIRCUIT
ST. LOUIS COUNTY


EDWARD COLELLA,                       )
                                      )
            Plaintiff,                )
      vs.                             )
MONSANTO COMPANY, and                 ) Cause No.
SOLUTIA, INC.,                        ) 095L-CC01972
                                      )
            Defendants.               )
---------------------------          )
RUTH NISHIDA, NICHOLAS                )
WHITE, Individually and as            )
Survivor of MARK WHITE,               )
deceased, and ALLISON                 )
TUCKER,                               )
                                      )
            Plaintiffs,               )
      vs.                             )
MONSANTO COMPANY, and                 )
SOLUTIA, INC.,                        )
                                      )
            Defendants.               )
                                      )
-------------------------------)


      VIDEOTAPED DEPOSITION OF DAVID ROSNER

            New York, New York

         Thursday, November 18, 2010



Reported by:
TAMI H. TAKAHASHI, RPR, CSR
JOB NO. 309926



Toll Free: 888.462.2780
Facsimile: 314.621.1667

Suite 1610
720 Olive Street
St Louis, MO 63101
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -338

DAVID ROSNER                                    November 18, 2010

                                                            2

 1

 2                    November 18, 2010

 3                    8:53 a.m.

 4

 5           Videotaped Deposition of DAVID

 6     ROSNER, held at the offices of Leader &

 7     Berkon LLP, 630 Third Avenue, New York, New

 8     York, pursuant to Notice, before TAMI H.

 9     TAKAHASHI, a Registered Professional Reporter

10     and Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.462.2780
Facsimile: 314.621.1667

Suite 1610
720 Olive Street
St Louis, MO 63101
www.esquiresolutions.com

DAVID ROSNER                                      November 18, 2010

52

                           Rosner
 1
 2    that polyvinyl chloride was related to
 3    carcinoma of the liver, angiocarcinoma of the
 4    liver.
 5          Q.    Which book did this come from?
 6          A.    This was in "Deceit and Denial."
 7          Q.    Do you hold yourself out as an
 8    expert in the evolution of analytical
 9    chemistry?
10          A.    No, I'm not an analytical chemist.
11    I'm -- I've read some studies, but no.
12          Q.    From what I understand you just
13    answered, you're not an expert in analytical
14    chemistry.
15                What I'm asking is are you an
16    expert in the historical developments or the
17    evolution of analytical chemistry as a
18    science?
19          A.    You know, I've looked at the
20    history of chemistry as a science, but not
21    analytic chemistry, if you're specifically
22    focused on that.
23          Q.    Okay.  Have you ever conducted a
24    toxicological study?
25          A.    No.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.462.2780
Facsimile: 314.621.1667

Suite 1610
720 Olive Street
St Louis, MO 63101
www.esquiresolutions.com

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. ROSNER Expert Testimony -340

DAVID ROSNER                                    November 18, 2010

117

1                        Rosner

2              THE VIDEOGRAPHER:    This completes

3        DVD number 1.    Going off the record at

4        11:03 a.m.

5              (Recess taken.)

6              THE VIDEOGRAPHER:    This is DVD

7        number 2.    Back on the record at 11:07

8        a.m.

9    BY MR. MILLER:

10             Q.    Dr. Rosner, are you an expert on

11   human factors?

12             A.    You mean advertising, marketing of

13   products and how to get across messages?

14             Q.    No.

15             A.    Only the history of human factors

16   research.

17             Q.    Are you an expert in the efficacy

18   of warnings?

19             A.    I'm an expert on the history of

20   the -- of arguments about warnings.

21             Q.    Are you an expert in determining

22   under what circumstances warnings work?

23             A.    I'm a historian who looks at the

24   history of arguments about warnings and the

25   contention of whether or not they work.



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.462.2780
Facsimile: 314.621.1667

Suite 1610
720 Olive Street
St Louis, MO 63101
www.esquiresolutions.com

DAVID ROSNER                                    November 18, 2010

                                                              118

                              Rosner

1

2        Q.    Okay.   Are you -- to summarize,

3    then, you're not an expert in determining

4    under what conditions warnings alter

5    behavior; is that correct?

6        A.    No, I would not say I was.

7        Q.    Okay.

8        A.    Today, no.

9        Q.    Are you offering any opinions in

10   this case on whether, if Monsanto could have

11   issued some different warnings at some time

12   in the past to purchasers of PCBs or

13   customers, whether those warnings would have

14   altered Monsanto's customers' use, handling

15   or disposal of PCBs?

16            MR. FRIELING:   Object to the form.

17       A.    I could only assume that given --

18   given our understanding of the ways in which

19   warnings can alert people to danger, that

20   some of these customers may have said to

21   Monsanto, what do you mean you're putting

22   something that causes liver damage and

23   toxicity -- toxic materials into our

24   substance?   And may have said to them, you

25   know, what is it that you know or don't know



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.462.2780
Facsimile: 314.621.1667

Suite 1610
720 Olive Street
St Louis, MO 63101
www.esquiresolutions.com

DAVID ROSNER                                    November 18, 2010

371

1

2                    C E R T I F I C A T E

3     STATE OF NEW YORK      )

4                            : ss.

5     COUNTY OF NEW YORK     )

6

7          I, TAMI H. TAKAHASHI, a Notary

8     Public within and for the State of New

9     York, do hereby certify:

10         That DAVID ROSNER, the witness

11    whose deposition is hereinbefore set

12    forth, was duly sworn by me and that

13    such deposition is a true record of the

14    testimony given by the witness.

15         I further certify that I am not

16    related to any of the parties to this

17    action by blood or marriage, and that I

18    am in no way interested in the outcome

19    of this matter.

20         IN WITNESS WHEREOF, I have hereunto

21    set my hand this 30th day of November

22    2010.

23

24         /s/ Tami H. Takahashi

25         TAMI H. TAKAHASHI



ESQUIRE
an Alexander Gallo Company

Toll Free: 888.462.2780
Facsimile: 314.621.1667

Suite 1610
720 Olive Street
St Louis, MO 63101
www.esquiresolutions.com