# EXHIBIT A

Expert Report

Polychlorinated Biphenyls and Cancer Risk

Peter G. Shields, MD

11/15/19

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 2


I have been asked to provide opinions on the relationship between exposure to polychlorinated biphenyls (PCBs) and human cancer risk based on the available scientific evidence, and as it relates to epidemiology, carcinogenesis, metabolism and biomarkers.  In this report, I will provide a description the methods that I use.  My opinions are formulated based upon my general scientific and medical knowledge, my comprehensive literature review, my research and my clinical practice as a hematologist and oncologist.  I rely upon a number of sources including general knowledge, textbooks, reports of regulatory and review agencies, and peer-reviewed scientific studies. I have performed computerized literature searches through the National Library of Medicine (PubMed) that included search terms such as PCBs, organochlorine, cancer, blood levels, body burdens, half-lives, cancer risk factors, toxicology, environment and others. These types of activities are not very different from my regular day-to-day activities as a clinician, researcher and educator.  For example, my research involves the study of cancer risk and I regularly have to interpret data and communicate such in scientific journals and to the lay public.  Related to the above and my expertise, I offer opinions about toxicology, carcinogenesis epidemiology, cancer risk and risk assessment, specific and general causation.

This report details a summary of my opinions and a detailed explanation and literature citations supporting opinions. At the end of this report is a list of references cited herein, which are not necessarily all inclusive, but are representative of the studies and publications that support my opinions.  The opinions expressed herein are my own and were not developed in relationship to my Ohio State University service.

The opinions herein I hold to a reasonable degree of medical and scientific certainty.  As additional information becomes available, I may supplement or modify my opinions.


Signed


Peter G. Shields, M.D.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 3

# TABLE OF CONTENTS

Qualifications ................................................................................................................. 4
Documents Reviewed ..................................................................................................... 5
Summary of Opinions Regarding the Association Between PCBs and Human Cancers ............... 6
How cancer develops and the latency of cancer ................................................................ 8
Immunology and Immunotoxicity .................................................................................... 14
Methodological Approaches to Causation Inference .......................................................... 22
    The Use of Toxicology for Causation Assessment ...................................................... 29
    Target organ specificity ........................................................................................... 30
    Regulatory and Review Agency Classifications ........................................................... 31
        Risk Assessment Levels of Risk ......................................................................... 32
        Toxic Equivalency Concept ............................................................................... 33
        The IARC 2015 Monograph 107 for PCBs .......................................................... 35
Lung cancer and Smoking Discussion .............................................................................. 37
Some Major Causes of Cancer ........................................................................................ 43
General Discussion of non-Hodgkin's Lymphoma .............................................................. 43
PCB Metabolism and Body Burdens ................................................................................ 48
    PCB body burdens ................................................................................................. 50
        Occupational Body Burdens ............................................................................. 56
    Effects of weight loss, cancer and cancer treatment on PCB blood levels ...................... 56
PCB Immunology and Immunotoxicity ............................................................................. 58
PCB Biomarker Studies .................................................................................................. 61
PCBs and Human Cancer Risk ........................................................................................ 64
    Melanoma ............................................................................................................ 69
    Non-Hodgkin lymphoma ......................................................................................... 74
    Breast cancer ........................................................................................................ 87
    Prostate cancer ..................................................................................................... 95
    Colon Cancer ........................................................................................................ 96
    Gastric and Esophageal Cancer .............................................................................. 97
    Liver, biliary tree and gall bladder cancers ............................................................... 97
    Pancreas .............................................................................................................. 98
    Lung Cancer ......................................................................................................... 99
    Hematological Malignancies ................................................................................... 99
    Sarcoma .............................................................................................................. 99
    Thyroid Cancer ..................................................................................................... 99
    All Cancers Combined ............................................................................................ 100
    Published overviews .............................................................................................. 100
Plaintiff Expert Reports ................................................................................................. 101
Literature Cited ............................................................................................................ 103

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 4

## QUALIFICATIONS

I am currently a tenured Professor in the Departments of Internal Medicine in the College of Medicine and the Department of Epidemiology at the College of Public Health at The Ohio State University.  At Ohio State University, I hold the endowed Julius F. Stone Chair in Cancer Research.  I also am an adjunct Professor at Georgetown University.  At The Ohio State University, I am the Deputy Director of the OSU Comprehensive Cancer Center, assuming this position as of September 1, 2011.  Prior to that, for 11 years I worked at Georgetown University, where I was the Deputy Director of the Lombardi Comprehensive Cancer Center. Other positions that I have held in the past several years at Georgetown included Interim-Chair of the Department of Medicine, Chief of the Division of Cancer Genetics and Epidemiology in the Department of Oncology, Vice-Chair of the Department of Oncology and Associate Director for Cancer Control and Population Sciences.  As such, I have been responsible for directing a multidisciplinary and transdisciplinary research program that focuses on identifying the environmental and genetic causes of cancer using epidemiology and biomarkers.  Through all these activities, I am responsible for mentoring many junior and senior faculty, postdoctoral fellows, PhD, medical students, interns, residents, master's graduate students, and undergraduate students.  My teaching responsibilities include, or have included, leading the academic mission of the Department of Medicine at Georgetown University, giving lectures and serving as a course director in the areas of cancer risk and epidemiology.  Prior to my position at the Lombardi Comprehensive Cancer Center, I was a tenured investigator and Chief of the Molecular Epidemiology Section of the Laboratory of Human Carcinogenesis at the National Cancer Institute.

I have published more than 240 papers in scientific journals, many in high-impact journals, and I serve, or have served, on the editorial boards of important journals such as Carcinogenesis; Molecular Carcinogenesis; Journal of Cancer Epidemiology; and, Cancer, Epidemiology, Biomarkers and Prevention.  I have been elected as President of the American Society of Preventive Oncology and was the first elected chair to lead the Molecular Epidemiology Group of the American Association of Cancer Research.  I have also been elected as a Fellow of the American College of Epidemiology.

Over the years, I have been the Program Chair or member of numerous program committees for national and international scientific meetings.  Regularly, I am an invited speaker at national and international meetings, and at universities around the world. I also sit on various committees and panels that provide research opinions, identify funding priorities or review other investigators' research proposals about the causes of cancer.  For example, I have served on the National Institutes of Health Study Section that reviews Comprehensive Centers (Subcommittee B), the NCI Clinical Trials Advisory Committee, and was a standing member of the Epidemiology and Disease Control 2 NIH study section.  In the past, I have served on the National Cancer Institute's (NCI) Tobacco Research Implementation Group, NCI Lung Cancer

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 5

Progress Review Group, and also on the Institute of Medicine Committee on Tobacco Harm Reduction.

Throughout my career, I have conducted research into the chemical and genetic causes of cancer, as well as the development of tests for cancer risk and early detection of cancer. And in doing so, I regularly conduct epidemiological studies. Relevant to the case addressed here, I am an expert in the development of cancer, and have published widely in this area, and have served on numerous committees that have considered this particular area of science. My publications, which include those that relate directly to some of the chemicals at issue here, have appeared in highly respected peer-reviewed journals (including those that focus on the occupational and environmental setting). Also relevant to this evaluation is that my work is considered toxicological in nature, because of the consideration of how carcinogens or cancer therapies affect the body, I frequently use laboratory methods (including animal studies), and I have published toxicology studies.

Lastly, I remain clinically active by caring for oncology patients. My clinical expertise has been recognized as I have been twice appointed to the District of Columbia Board of Medicine, which is a board that sets medical practice guidelines, grants licenses and disciplines physicians. And I have been provided awards for my work with charity patients, and have been cited as a Castle Connolly's Top Doctors for Cancer in multiple years, as recently as 2015, and also a Newsweek/Castle Connnoly America's Top Doctor in 2015. Thus, I am an expert in cancer risk, cancer causation, carcinogenesis, epidemiology, and hematology/oncology.

## DOCUMENTS REVIEWED

- Exhibits about Spokane River, including fish testing and health communications

**Expert disclosures**

- David Carpenter (8/12/19)
- Kevin Coghlan (10/11/19)
- Richard DeGrandchamp (10/11/19)
- David Dilks (10/10/19)
- Frank Gobas (10/10/19)
- Gerald Markowitz and David Rosner (10/11/19)
- Jack Matson (8/6/19)
- J. Kieth Nelson (8/12/19)
- James Olson (10/11/19)
- Lisa Rodenberg (10/11/19)
- Daniel Schlenk (10/11/19)
- Michael Trapp and Joel Bowdan (10/11/19)

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 6

## SUMMARY OF OPINIONS REGARDING THE ASSOCIATION BETWEEN PCBS AND HUMAN CANCERS

The following is a summary of my opinions.  Following this is a detailed explanation and literature citations supporting opinions

- Environmental PCB levels are decreasing and so too are human exposures to PCBs.

- PCBs can be measured in persons around the world. The method to do this is well-validated and PCBs can be measured in any organ. Most commonly, blood levels are used to assess exposure, although adipose tissue also has been used.  The half-life of PCBs in the body can be very long, and vary by congener, continued exposure and levels (higher levels are associated with shorter half-lives).  There is a range of levels reported in the general population, but the highest levels occur in workers occupationally exposed because they directly worked with PCBs.  In the general population, the primary determinants of serum PCB blood levels include age, diet, body mass index (BMI), weight loss, smoking, number of children and breast feeding.

- There are numerous human epidemiology studies assessing cancer risks from PCB exposures.  These include occupational retrospective cohort studies representing very high levels of exposure, general population cohort studies where exposure (e.g., blood) is assessed prior to diagnosis, and general population case-control studies where exposure (e.g., blood) is assessed after diagnosis.  Each of these studies have strengths and limitations common to the type of study.  Studies can vary in strengths and limitations based on the study design and implementation, analytic plan, scope, size and quality.

- The most important studies for understanding cancer risk in humans are high quality studies that assess human risk at the highest levels of human exposure.  These are the occupational studies.  For PCB workers discussed herein, the very high levels of exposure are evident through blood and fat testing, industrial hygiene testing, the use of validated job exposure matrixes, the development of skin-related diseases (chloracne) as a surrogate for high exposures, and personal accounts as published in the literature.  These studies, in addition to mechanistic data, provide convincing epidemiologic evidence that PCBs do not measurably cause human cancers at the highest doses to which workers have been exposed.

- Using two weight of evidence reviews and given that there are many studies at high

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 7

levels of exposure in some workplaces, it is my opinion that there is insufficient human
evidence that PCBs cause cancer of any type, a conclusion that should provide
reassurance for a lack of effect for the general population, including individuals who
consume fish from Spokane River.

- Other human studies exist for assessing cancer risk related to PCB exposure.  These
  include case reports and ecological studies.  These, however, provide limited evidence
  for a casual analysis.

- I am aware that the International Agency for Research on Cancer (IARC) convened a
  working group as recently as 2015 to consider the world's literature for PCBs and cancer
  and concluded that there was sufficient evidence to conclude that PCBs are a known
  cause of one type of cancer, specifically malignant melanoma of the skin.  However, a
  review of the Working Groups report demonstrates a lack of transparency for their
  conclusions and numerous inconsistencies.  Based on my independent review of the
  literature, I conclude that the weight of the scientific evidence does not support a causal
  association between PCB exposures and malignant melanoma.  There was a lack of
  transparency and inconsistencies for the IARC working group process.

- For all other cancers, the IARC concluded – and I agree – that the scientific evidence is
  insufficient to conclude that PCBs are causally associated with all other forms of human
  cancers.   Additional studies published after the Working Group concluded its review
  further strengthens my opinions.

-  I have also considered numerous laboratory toxicology studies. It is well-established
  that PCBs are bioactive in cell culture systems, and carcinogenic in laboratory animals.
  While these studies provide interesting mechanistic data about how PCBs might affect
  cancer in laboratory studies, the lack of epidemiology evidence for a carcinogenic effect
  in humans makes these studies of limited value for drawing a causal relationship
  between PCBs and cancers in humans.  For example, in the IARC process, one line of
  evidence for inferring a causal relationship between an exposure and human cancers is
  the existence of documented carcinogenic mechanisms shared by laboratory animals
  and humans.  However, the IARC Working Group did not use this mechanism to classify
  total PCBs in humans a carcinogen for non-melanoma cancers, and for melanoma, they
  did not invoke this mechanism because they believed that they had sufficient human
  evidence.  I note that actually there are important differences among species that limit
  the usefulness of laboratory studies for human risk assessment for both total PCBs.

- IARC classified some PCB congeners as human carcinogens based only on mechanistic
  data studying individual or small numbers of congeners grouped together.  Humans are
  not exposed to only individual congeners, but total PCBs.  Therefore, such studies are
  used only for risk assessment and are not predictive of human risk.  They represent
  mechanisms not documented in humans, or circumstances were there are wide

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 12

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 8

interspecies differences (e.g., humans and human cell lines are much less sensitive).

- There are human studies for PCB exposure and biomarkers attempting to demonstrate that PCBs may cause cancer in humans, for example by showing changes in blood cell gene expression, inflammatory cells and proteins, telomerase activity and genotoxicity. Typically, these are cross-sectional studies that do not demonstrate cause and effect. These studies are subject to confounding and bias. Importantly, to date there is no validated biomarker for cancer risk, and so these studies provide little weight for actually informing a causal opinion.

- Regulatory agencies such as the Environmental Protection Agency and the Occupational Safety and Health Administration are tasked to reduce human risk from carcinogen exposure. Agencies such as IARC help prioritize regulatory actions. These agencies follow a precautionary principle to protect public health. When these regulatory and review agencies make a determination that an agent such as PCBs are a known human carcinogen, it should not be inferred that they will cause cancer in humans.

- The opinions expressed by Plaintiffs' experts, including James Olson and Richard DeGrandchamp, are not supported by an appropriate methodology for evaluating the carcinogenicity of PCB in humans or the weight of the epidemiological evidence.

## HOW CANCER DEVELOPS AND THE LATENCY OF CANCER

Cancers are multistage processes of normal cell growth, differentiation and development gone awry (1-8). Cancer is driven by spontaneous (e.g., a defect that happens by mistake during normal replication) and carcinogen-induced genetic and epigenetic events. Carcinogens may be from exogenous (outside the body) or endogenous (made by the body) sources. Carcinogens can affect all cells, but cancer likely develops in cancer stem cells, which can vary in number by organ, fueled by signals from the local microenvironment. Carcinogens bind to DNA in our genes and cause mutations and gross chromosome changes (e.g., chromosomal deletions, transfers of DNA from one chromosome to another, and chromosomal breaks) and/or alter gene expression (e.g., by affecting the switches for gene transcription that then make proteins for cell functions). However, gene damage is a necessary but not sufficient cause of cancer. The effect on gene expression by mutations and chromosomal damage is a hallmark of cancer, which is considered a genetic disease (1, 9). Carcinogens also affect gene regulation, a term called epigenetic effect, or induce changes in the body that secondarily cause genetic or epigenetic effects, e.g., via inflammation or changes in hormone levels (10).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 9

Cells normally replicate, differentiate and provide basic functions that sustain life, and then they die naturally, which are controlled by functions within the cells and by signals from neighboring cells (5). However, cancer cells corrupt natural pathways for control and survival, and display several hallmarks of cancer such as the ability to escape growth suppression, have increased proliferation, have resistance to cell death, have genome instability and evade the immune system (1, 9, 11-16). Cancer cells (and precancerous cells) replicate at faster rates than normal cells, a process that increases cell stress, decreased time for DNA, and increased DNA damage and genomic instability (17). Tumors also can promote blood vessel growth so that they can feed themselves with blood (18). Stem cells, thought to be the origin of cancer cells, have a higher capacity to resist these mechanisms when damaged (9). The hallmarks of cancer cells for acquired traits making them cancer cells, as originally described by Hanahan and Weinberg in 2000 are shown in **Figure 1** (19). To this has been added the impact and alteration of the immune system (20) . An illustration for the cancer process is shown in **Figure 2**, from Langie, 2015 (9). It is thought that the hallmarks of cancer develop from the accumulation of genetic and epigenetic damage to each of these pathways, making cancer a complex multi-step process (21). However, the local environment around the cancer cells acquiring genetic



Figure 1: The Hallmarks of Cancer (from Hanahan and Weinberg, 2000)

Figure 1. Acquired Capabilities of Cancer
We suggest that most if not all cancers have acquired the same set of functional capabilities during their development, albeit through various mechanistic strategies.

damage also plays a necessary and significant role in allowing the cancer to develop (22). Separately the contribution of the mitochondria to the hallmarks of cancer, especially under cell stress also is widely recognized (23).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 14

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 10



Figure 2: Principles of Carcinogenesis (from Langie, 2015)

Figure 1. Cellular mechanisms linking exposures to chemical mixtures with cancer. Effects of chemical mixtures may be modulated by various pathways and mechanisms, including enzymic and non-enzymic antioxidants, phase I and II metabolizing enzymes, cell cycle arrest, DNA repair, apoptosis, and by epigenetic mechanisms (such as DNA methylation) that can regulate gene expression. Defense mechanisms limit the accumulation of DNA damage and reduce the risk of genome instability (mutations, chromosomal anomalies, telomere shortening etc.) and the progression to cancer. It should be noted, however, that phase I metabolism can result in the transient presence of activated carcinogens.

The genes that make proteins to carry out the functions of cells are regulated through epigenetic controls, namely DNA methylation, histone modification (the holder of DNA) and the production on small noncoding RNAs called microRNAs (24).   DNA methylation itself is regulated by microRNAs and the converse also is true (25).  Epigenetic alterations are common in the development of cancer, and there are drugs reversing the adverse effects in both solid tumors and hematological malignancies.  Chemical carcinogens can affect DNA methylation and microRNAs, including genotoxic carcinogens (26). Separate from protein functions for the cell's normal activity, there are recently discovered long non-coding RNAs that also regulate key biological processes, and these are increasingly recognized to promote several aspects of the cancer process, e.g., apoptosis, angiogenesis, and proliferation (27).  The expression of these long non-coding RNAs also will be regulated by epigenetic mechanisms.

        The development of cancer is due to mutated genes and damaged chromosomes, which are necessary but not sufficient for the development of cancer (1, 4, 28-32).   Cancer is therefore a genetic disease. The cancer process is supported by epigenetic changes (that can be reversible) and signals that come from other cells, e.g., senescent cells (the tumor microenvironment)(33). As carcinogens cause cumulative damage, the probability of "initiated" cells to transform into a malignancy increases, the odds of which are increased during repeated rounds of cell replication stimulated by a lack of control in the cancer cell and signals from the surrounding stroma (21). The primary genes involved in driving the cancer process are proto-

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 11

oncogenes and tumor suppressor genes.  Proto-oncogenes are important to the regulatory mechanisms of growth, cell cycle and terminal differentiation.  Activation of proto-oncogenes enhance the probability of neoplastic transformation, which can either be an early or late event.  Tumor suppressor genes also code for proteins that regulate cell growth and terminal differentiation.  However, they have the opposite effect by limiting growth and stimulating terminal differentiation.  If inactivated, then the cell may grow uncontrollably or replicate without limits defined only by blood supply and space (11, 12).  Among the most widely studied tumor suppressor gene is the p53 gene, which affects numerous cancer pathways (34).  There are several mechanisms for which chemicals can cause DNA damage, including carcinogen metabolites binding to DNA, called DNA adducts that cause mistakes during DNA replication (35) and gross chromosomal breaks called aberrations.  Some chemical exposures are thought to cause specific mutations in tumor suppressor genes or oncogenes, and some of the mutations or patterns of mutations might represent gene signatures for exposure (36, 37).

There is an extensive apparatus in cells that maintain the genome in a healthy state, for example redundant DNA repair mechanisms, which are more effective in stem cells (9).  There are several specific types of DNA repair mechanisms that target different types of DNA damage (38-41).  The existence of DNA repair is one example why there are likely thresholds for exposure leading to cancer development (42-44).   Increased replicative rates, such as occurs in precancerous and cancer cells due to genetic and epigenetic events, decreases time and efficiency for DNA repair (17).   DNA repair is regulated in different ways, including by epigenetic effects and DNA methylation (45-47).

If the genes in a cell are damaged and not repaired, or damaged in a critical way, the cell can be triggered to die, either acutely or through programmed cell death (apoptosis) or decreased autophagy (12, 48).  The aging process in a cell also triggers cells to die through senescence via telomere shortening and stressors (DNA damage, hypoxia) (15, 49, 50).  Dead cells do not go on to become cancer, obviously, so a cancer cell must develop a mechanism to escape cell death by affecting the hallmarks of cancer.

There are additional mechanisms that increase tumor cell survival.  Some senescent cells do not die and remain metabolically active and secrete various cytokines to stimulate cell-to-cell signaling (15, 16, 33, 49).  One way they do this is to attract inflammatory cells, which can both to suppress tumor growth, but also to decrease their function.  Thus, senescent cells are both a barrier to tumorigenesis and then become tumor promoters by affecting the microenvironment (33).  Another mechanism that both inhibits tumors and later promotes them is autophagy, which is a mechanism that cleans up damaged proteins in a cell, such as when a cell is under stress, e.g., as occurs normally during starvation or for a tumor cell that is growing and proliferating rapidly (48).  A cell deficient in autophagy is more likely to undergo senescence, growth arrest or cell death.  However, if the cells do not die, a deficient autophagy allows for damaged proteins to accumulate and trigger tumor promotion.  If autophagy is intact in a tumor cell, it will allow them to survive under stress of growth.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 12

As cancer cells develop, they alter their metabolism, which allows them to survive the rapid growth rates in environments with less nutrients and oxygen.  There is a resultant metabolic reprogramming that effects gene expression, cellular differentiation, and the tumor microenvironment (17). These changes include a deregulated uptake of glucose and amino acids, using different ways of acquiring nutrients, using glycolysis intermediates for biosynthesis and NADPH production, and increasing the demand for nitrogen.  Cancer cells increase their utilization of glucose, a phenomena known as the Warburg effect, and allows the cells to survive by decreasing energy consumption, evading apoptosis, and producing lactate to fuel the growth of tumors (50-53).

Most cells in the body are differentiated to carry on specific functions within an organ. However, within the organs are stem cells that replicate and differentiate to replace cells that die from senescence. Stem cells can be pluripotent, meaning that they can differentiate in multiple types of multipotent and then unipotent stem cells (54). Cancer stem cells may come from mutated normal stem cells or differentiated tumor cells.  For the latter, there are data to indicate that differentiated cells may de-differentiate and become cancer stem cells, a process known as epithelial–mesenchymal transition (EMT) program which has been more recently recognized as a central driver of solid tumor tumorigenicity (55, 56).  Cells pass through a transition from an epithelial phenotype to a more immature mesenchymal phenotype, which become cancer stem cells.  This happens when a normal terminally differentiated cell in an organ de-differentiates into pluripotent stem cells.  The cancer stem cells have normal stem cell properties that promote survival and replication, and so are often responsible for tumor recurrence.

An important aspect of carcinogenesis is carcinogen metabolism (1, 57, 58).  Most carcinogens when entering the body are not capable of causing DNA damage. However, as the body seeks to remove these foreign chemicals from the blood, cytochrome P450 and other enzymes metabolize these chemicals so that they can be excreted from the body.  However, during this process, they are reactive to many molecules, including DNA and proteins.  It is that effect that increases the risk of a cell to develop DNA adducts and mutations (35).

The micro-environment, namely surrounding stromal cells, creates signals and hormones that promote the cancer cell to grow, proliferate and provide the soil for metastases (5, 6).  Inflammation and immunity are thought to play a role both for increasing risk and tumor control (59, 60).  Emerging research also shows the contribution of infections, considered as the microbiome, to the development of cancer (61).

With the advent of new technologies, it is now recognized that cancer cells and the surrounding cells are perturbed in many ways affecting genes, gene expression, and metabolism, and that these work together to allow for a cancer cell to grow, divide and metastasize (62).  And actually, the most recent thinking about the causes of cancer is that this is a multi-system problem bridging the changes in the cells and microenvironment to the effects of the macroenvironment such as lifestyle and health care policy (62).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 13

Also with newer technologies, it is recognized that clonal mutations in blood cells and other organs of apparently normal people exist before the development of clinical cancer; while these can be commonly detected, people with these abnormalities do not necessarily develop cancer (most do not) (63). Examples include clonal B-cell lymphocytosis detected in persons before they develop chronic lymphocytic leukemia, a monoclonal gammopathy of underdetermined significance for multiple myeloma, and an idiopathic dysplasia of underdetermined significance for myelodysplastic syndrome.

Cancer risk increases with age (although some cancers are particular childhood diseases). While the DNA in our cells are constantly being exposed and affected by mutagens from birth, and before, most cancers do not develop until adulthood, and mostly much later. This also is likely to be due to the redundant and protective mechanisms through DNA repair, immunity and apoptosis. People are exposed to carcinogens, mutagens and other toxins every day from many sources. Humans may ingest up to 10,000 different natural pesticides, and as much as 1500 mg per day (64, 65). Other sources of mutagens and carcinogens include radiation via sunlight, in our homes, doctors' offices, airplanes, etc. There are numerous carcinogens that are ubiquitous in the environment. We are exposed to potential human carcinogens such as benzene, aflatoxins, pesticides, PAHs, N-nitrosamines, heterocyclic amines and other chemicals every day in the diet (e.g., coffee, vegetables, smoked meats, urban air) (66). Cooking produces 2000 mg/day mutagens, e.g., 1.8 ug of heterocyclic amines (66, 67). Human cells have 150,000+ DNA adducts from chemicals produced in our bodies. As aging happens, senescence increases (sometimes considered premalignant cells (49)), and immunity decreases, along with accumulated genetic and epigenetic damage, cancer rates increase (15, 49). It is possible that hormesis contributes to our ability to survive into old age by allowing for adaptability at young ages, and degrades at older ages (68). It is remarkable that we do not all get cancer in childhood, if the presence of mutations, or single molecules were sufficient to cause cancer. Also, it is remarkable that persons we treat with chemotherapy or radiotherapy do not all get cancer.

Given that cancer develops from multiple genetic and epigenetic defects in the cancer cells plus support from the surrounding microenvironment, and that humans have redundant repair mechanism to preserve normal cell function, there is likely a threshold level for carcinogenesis. (14, 42-44, 69). The construct of a no threshold effect for genotoxicity, or that one molecule can cause cancer is not valid. Clearly, cancer is a complex process that is not affected by a single molecule, as has been previously thought, contributed to by both the micro- and macroenvironment (70). For example, as dose increases, there is increased risk to overwhelm the repair mechanisms, changes in the microenvironment and accumulate pro-oncogenic damage in cancer cells. The origin for the concept of a linear no-threshold model in the regulatory arena was based on principles of radiation carcinogenesis, and not chemical carcinogenesis (71). The radiation concept was that cancer can develop from a single hit, and risk was directly related to the number of hits, which was related linearly to dose. However, the determination of genotoxicity and epigenetic alterations is generally determined by

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 14

experimental studies with unclear relevance to humans. The adoption of the linear no dose threshold was done for its simplicity, and although more current models incorporate a more complex concept of carcinogenesis, the linear concept has been retained for some regulatory purposes (71), notwithstanding laboratory data to demonstrate thresholds, as cited above. There are no equivalent human models to conclude that a human carcinogen only works by one mechanism or the other.

A recently published study articulates several principles described in my report, and provides additional data analysis. This paper, by Tomasetti and Vogelstein, published in the January 2, 2015 issue of *Science* provides an explanation of cancer etiology based on normal cellular mechanisms gone awry (72). They consider different cancer rates by organ and the number of stem cell replications in those organs. Based on their calculations, the authors state that most cancer is due to "bad luck", by acquiring DNA damage during stem cell replication. Increased replication increases the likelihood of errors, caused endogenously, which later lead to cancer. They posit that only about 35% of cancers are due to environmental factors (e.g., lifestyle, diet, and environment) and inheritance, while 65% can be attributed to stem cell division. They note the extreme target organ specificity for developing cancer, and believe that this is due to the stem cell replication rate, rather than exposures, noting that the gastrointestinal system is exposed to many of the same mutagens and carcinogens, yet have very different cancer rates within that system. Although there are limitations in the analysis that supports the authors hypotheses (e.g., the quantitative reliability for characterizing stem cells and their replicative rate, not accounting for age and gender effects, and not accounting for other host effects), this paper highlights reasons why most cancer patients do not have identifiable risk factors. It also supports my opinion that simply because a given cancer patient does not have identifiable risk factors, it is not appropriate to arbitrarily ascribe risk to a work-place or other exposure based on weak or non-existing evidence.

## IMMUNOLOGY AND IMMUNOTOXICITY

The immune system's task is to identify, rid or isolate foreign molecules, initially considered as infectious pathogens (**Figure 3**, copied from Szabo,2009 (73)), but also targets foreign bodies and tumor cells. It mounts an inflammatory response in order to "kill" the agent that is carrying the foreign molecule. In autoimmune diseases, the immune system recognizes a patient's own cells and mounts an inflammatory response against those cells, for example in the joints causing arthritis or in the liver causing hepatitis. The immune response to foreign molecules is complex. It includes different types of cells and the secretion of chemicals. One can think of the immune system in two categories: 1) providing general defenses, called innate, where the response is non-specific; and, 2) an adaptive immune system that is specific to the type of foreign agent and its foreign molecules and mounts a specific antibody attack, for example.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 15



Figure 3 (copied from Szabo, 2009)

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 16

The cells of the immune system are many, and they differentiate to have different functions.  For example, the many roles of B lymphocytes are shown in **Figure 4** below (74). Most lymphomas, acute and chronic lymphocytic leukemias and multiple myeloma develop from B cells.   Differentiated B cells, responsible for fighting foreign antigens, first develop in the bone marrow during postnatal life and then migrate to the spleen (75).  They go through numerous changes noted by their cell surface markers originating from the hematopoietic stem



Figure 4 (copied from LeBien, 2008)

cell (HSC), which differentiates into a multipotent progenitor, which then differentiates into either the myeloid series (common myeloid progenitor) and the common lymphoid progenitor **Figure 5** (75). In the bone marrow, they further develop into follicular B lymphocytes that then migrate to lymph nodes and are ready to leave the nodes to sites of infection or other foreign antigens. A small population of lymphocytes in the spleen becomes marginal zone B lymphocytes; they permanently reside in the spleen and fight blood borne infections when the blood circulates through the spleen.  Differentiation is governed by various cytokines and growth factors (75).  T cells develop in the thymus from the common lymphocyte progenitor, which migrated from the bone marrow.  In the thymus, the T lymphocytes acquire the T-lymphocyte receptor, responsible for antigen recognition, and then early T cells differentiate through a number of steps to form CD4, CD8 and  natural killer cells (76).   It should be noted that although Figure 12 shows the differentiation of cells from early cells as the predominant

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 17

linear pathway, there is some evidence that it is possible for early cells to differentiate into



## Figure 5 (copied from Monroe, 2007)

**FIGURE 1**   Stages of primary B lymphocyte development in the bone marrow and of transitional stages in the spleen. Some of the cell surface determinants used to define cells at the different stages of development as well as the environmental signals that affect the growth and/or differentiation of cells at various stages of development are indicated. FL, Flt3 ligand; FO, follicular B lymphocyte; MZ, marginal zone B lymphocyte; HSC, hematopoietic stem cell; MPP, multipotent progenitor; ELP, early lymphoid progenitor; CLP, common lymphoid progenitor.

other types of blood cells (75).  This is depicted as an alternate model of hematopoiesis, where the hematopoietic stem cell can also differentiate into an early T lineage progenitor, which can then develop ultimately into T cells, natural killer cells, dendritic cells and macrophages (77).

The innate system triggers inflammation, for example experienced by redness, swelling, and fever.  This represents increased blood flow to allow the immune system better access to the location of the foreign molecules.  The eicosanoids and cytokines produced in inflammation, e.g., interleukins and interferons, increase the blood flow but also attract immune system cells to the site and promote local changes to cells and make them resistant to infection. They then also promote healing.  Another part of innate immunity is the complement system, which consists of proteins that coat the foreign body and mark it for destruction by the immune system.  They also have proteases that destroy the foreign agent's protein on the surface making it easier to destroy them.  Several types of white cells are also part of innate immunity. These include macrophages, neutrophils, dendritic cells, mast cells, eosinophils, basil cells and natural killer cells (essentially everything but B and T lymphocytes).   The phagocytes engulf the foreign agent and its chemicals destroy it.  Neutrophils are phagocytes that work mostly through the blood while macrophages generally reside in tissues.  Both are called to sites of infection by the chemokines.  Mast cells are in tissues, including mucous membrane,

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 18

and are associated with allergy and inflammation.  The natural killer cells target the body's cells that are infected with viruses, but also target tumor cells.   The adaptive immune system mounts specific attacks against foreign agents (78).  It consists of different types of lymphocytes, recognized by their cell surface markers (e.g., CD4, CD8) (see **Figure 6** (74)).  The lymphocytes are generally B and T cells, where the former makes antibodies and the latter attacks foreign agents directly.  The T cells are further subdivided by helper and killer cells.  The helper cell recognizes specific foreign molecules, binds to it and then this is recognizable by the killer cell, which then attacks the foreign agent.  The B cells attack foreign cells that have

## Figure 6 (copied from LeBien, 2008)

Table 1. Cell surface CD molecules that are preferentially expressed by B cells

| Name | Original names | Cellular reactivity | Structure |
|------|----------------|---------------------|-----------|
| CD19 | B4 | Pan-B cell, FDCs? | Ig superfamily |
| CD20 | B1 | Mature B cells | MS4A family |
| CD21 | B2, HB-5 | Mature B cells, FDCs | Complement receptor family |
| CD22 | BL-CAM, Lyb-8 | Mature B cells | Ig superfamily |
| CD23 | FcεRII | Activated B cells, FDCs, others | C-type lectin |
| CD24 | BA-1, HB6 | Pan-B cell, granulocytes, epithelial cells | GPI anchored |
| CD40 | Bp50 | B cells, epithelial cells, FDCs, others | TNF receptor |
| CD72 | Lyb-2 | Pan-B cell | C-type lectin |
| CD79a,b | Igα,β | Surface Ig+ B cells | Ig superfamily |

FDCs indicates follicular dendritic cells.

antibody bound to them.  Helper T cells, recognized by cell surface CD4 markers, identify foreign agents and directs other cells, such as killer cells or B lymphocytes (or cells for innate immunity).  Thus, they are regulatory cells.  The killer T cells use the T cell receptor (TCR) to recognize cells that are damaged, for example with viruses in them or are cancer cells.  The TCR binds to a specific antigen, in conjunction with CD8 lymphocytes, and then attacks the cell surface to make it permeable to destroy the cell with toxins that induce cell death.  These T and B cells recognize foreign agents by having specific antigen receptors on their cell surface (79).  There is a wide diversity of receptors with variable regions in order to recognize the multitude of foreign agents.  They are assembled through gene rearrangements (i.e., chromosomal aberrations) known as V(D)J recombination (variable, diversity and joining gene segments).  Also, mutations via nucleotide insertions and deletions occur. This mechanism occurs for both T and B cells (74, 78).   In the lymphocyte, therefore, there are mutational mechanisms and repair pathways that are similar to carcinogenic pathways in general.  However, here it is beneficial, and the lymphocyte deviates from other cellular pathways to both allow the cell to develop the

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 19

gene damage and survive (79).   Upon recognizing the antigen, lymphocytes proliferate and mutate more in order to increase specificity.  These gene alterations take place in very early lymphocyte development.   There are different cytokines that govern lymphocyte differentiation, for example the most potent B cell cytokine for activation and differentiation is IL21 (80).  Central to mounting an immune response is the germinal center reaction in nodal tissues (80, 81).  When an antigen is identified, these centers composed of highly proliferative lymphocytes that work together to mount the response.  Adaptive immunity has a memory, so that once the infection is cleared, the system remains prime for a rapid response upon re-infection.  Thus, the second infection is blocked.  It is believed that lymphomas develop when the above gene rearrangements go awry (79).  Most lymphomas have translocations with the IgH locus, except the relatively rare lymphoblastic and mantle-cell lymphomas, and when this occurs adjacent to an oncogene, for example, and the processes are not repaired, then the cell may become cancerous (79, 81).

The immune system also plays an important role in cancer control (82).  While the ability of a cell to become cancerous is independent of the immune system (except for tumors arising in sites of chronic inflammation), some cancers develop antigens on the cell surface that make them recognizable to the immune system as foreign.  This allows for killer cells, sometimes with helper cells, to attack the tumor.   There are several steps for recognizing the tumor, namely production of cytokines, activation of natural killer cells and macrophages via the production of interferon and interleukins, induction of apoptosis, and then CD4 and CD8 cells hon the cytolytic T cells to destroy the tumor cells.  Thus, there is redundancy and different ways that the immune system attacks tumors.  Antibody-mediated cytotoxicity also can occur if the body makes antibody to the tumor antigens.  Tumor cells can cleverly evade the immune system. They can hide their surface antigens or reduce their numbers, or they can make cytokines like TGF-beta, which suppresses macrophage and lymphocyte activity. Thus, the concept that immunodeficiency may lead to cancer is a complex topic.

There are examples of immunodeficiencies that increase the risk of developing a clinical cancer.  However, not all types of immunodeficiency, even when severe, lead to clinical cancer. Also, and paradoxically, inflammation and macrophages that secrete cytokines acting as growth factors can promote cancers.  In this latter example, immunodeficiency would theoretically reduce the risk of cancer.  As discussed below under development of cancer, it is noted that there are 6 critical components that allow a cancer cell to develop into a clinically-detectable tumor.  It should be noted that each of these have some interaction with the immune system, and another intrinsic characteristic of cancer cells is to foul the immune response for each of the cancer cell characteristics, e.g., promoting T cell death so that local cells cannot kill cancer cells, or tumor cytokines suppress the immune system response (83).

While it has been long hypothesized that immune system "dysfunction" leads to the development of lymphoma under specific circumstances, More recently it has been hypothesized that increased risk for lymphoma among individuals with inherited risk for

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 20

autoimmune diseases might instead be associated with inherited risks for lymphoma co-exist
with the autoimmune risk (84).  Thus, immunity issues are not on the pathway to lymphoma,
but more likely it is that the two disease risks are inherited together and have parallel tracks.

Immunodeficiency is defined as a reduced capacity to rid foreign agents. Many people
have some level of immunodeficiency that can be measured with laboratory tests and
sometimes becomes clinically significant.  After the age of 50, overall immune system function
begins to decline.  The most common causes of poor immune function in developed countries
are obesity, alcohol use, diabetes and medications.  Vitamin deficiencies, such as iron, copper,
zinc and vitamin C also can lead to depressed immune system function.  Only obesity and
diabetes are associated with lymphoma, but most other causes of immunodeficiency are not.

Hypersensitivity is another form of immune system dysfunction, such as allergies,
asthma and urticaria.  These are triggered by mast cells, IgE antibodies, basophils and
eosinophils.  Antibodies also can bind to foreign agents causing immune complexes that
produce inflammation.  These are not associated with cancers in general or lymphomas in
particular.

There are clinical tests to assess deficiency, and depending on the degree of
abnormality, the clinical tests may or may not have clinical significance.  Blood cell counts that
include lymphocyte subsets and functional assays are commonly used.  Antibody and
complement levels can be measured.   Other tests include measuring the levels of cytokines
and other chemicals involved in immune system responses.  Only extreme alterations are
associated with clinical disease.   For example, persons with HIV infection are not generally
susceptible to infections until the CD4 lymphocyte count becomes low.  As another example,
low neutrophil counts for persons undergoing chemotherapy do not increase the risk of
infections unless the count is less than 500-1000.

Some immunological disorders may increase lymphoma risk (85). Given the spectrum of
clinical immune system diseases, it appears that there is a dose-response effect for risk, where
more severe diseases have clearer and higher risks (86).  However, this association has not been
extended via experimental or human studies to chemical carcinogens, including PCBs (86).
There are two general categories of immunological disorders that can be considered - those of
immunodeficiency and those of autoimmune diseases.   The risks from any of these disorders,
though, are not known to be increased by the chemical exposures at issue in this case.

Acquired immunodeficiency that can lead to lymphoma includes being infected with HIV
and being treated with immunosuppressive medications for organ transplantation (not all
immunosuppressive drugs, though, increase lymphoma risk).  Persons infected with HIV, when
their CD4 counts drop, start developing manifestations of an altered immune system. While in
early stage with high CD4 counts, patients are well and might have lymphadenopathy.  But at
lower levels they become susceptible to opportunistic infections.  At this stage, HIV patients
also are at increased risk for large B cell lymphomas, and about 60% have EBV.   High grade

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 21

anaplastic and Burkitt Cell lymphomas also can occur.  It should be noted that PCBs do not
induce syndromes that resemble AIDS.  There are primary immunodeficiency disorders that are
inherited and increase lymphoma risk, but these will not be reviewed here (85).

The well-documented association for EBV infections and Burkitt's lymphoma is
instructive to consider in the context of interactions with the immune system.(87, 88).  EBV
infection is highly prevalent; almost all humans have been infected and are carriers.  It is a
cause of mononucleosis.  EBV infects lymphocytes and can induce a chromosomal translocation
adjoining the c-MYC oncogene and an immunoglobulin gene, allowing for increased expression
of c-MYC and cell proliferation.  After infection, a low number of lymphocytes carry the virus,
but the immune system suppresses these.   In immunosuppressed patients, the infection can
cause a lymphoproliferative disease that resembles lymphomas (see below for post-transplant
lymphoproliferative diseases).  The EBV genome does not restrict itself to B cell lymphomas, but
also can be found in other types of lymphomas and gastric cancers.  However, the EBV-induced
lymphomas occur in obviously immunocompromised persons, or are restricted to some
geographic regions.  For sporadic Burkitt's, such as occurs in the U.S., EBV usually is not present.
PCBs do not cause the types of damage reported for EBV, and basic science review articles
about EBV mechanisms and lymphomas do not discuss the chemicals at issue in this case (87,
88).

Persons who undergo solid organ or stem cell transplants and receive
immunosuppressive drugs to suppress the graft-versus host reaction, are at up to a 30-fold
increased risk for a particular type of lymphoma called the post-transplant lymphoproliferative
disorders (PTLD) (85).   The difference in risk depends on the age, the type of organ
transplanted, number of transplants and infectious status with hepatitis B or EBV.  About 80%
of these tumors are positive for EBV, in contrast to diffuse large cell lymphomas that are only
10%. The lymphomas actually have a spectrum of types ranging from benign self-limited
disease to aggressive tumors.  While the immunodeficiency states described here might
increase lymphoma risk, it should be noted, and as described below, that persons with very
high exposures to PCBs do not have immunodeficiency that in any way resembles these states.
Thus, one cannot look to these disorders as analogies for opining that these chemicals can
cause lymphoma.

Autoimmune diseases are characterized by the immune system going awry and
attacking a patient's organs and cells.  Some of these, but not all, are associated with an
increased risk of lymphoma (89).  Examples of positive associations include thyroiditis,
rheumatoid arthritis, Sjogren's syndrome, lupus erythematosis, psoriasis, sarcoidosis and
coeliac disease (89-99).   However, these are striking clinical entities that are distinguishable
from normal people.  There also appears to be a specific lymphoma type associated with
particular types of autoimmune disease (100).  Other immunological diseases, such as allergies,
eczema, hay fever, type I diabetes are not associated with NHL risk (101).  Histological analysis
by subtype that includes mantle cell lymphomas, though, are not statistically associated various

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 26

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 22

autoimmune disorders (102).  Importantly, PCB exposure is not associated with these
autoimmune diseases.   In review articles on autoimmune diseases and lymphomagenesis,
chemicals in general, and PCBs in particular, are not mentioned (89, 100, 102, 103).

Several immunosuppressive drugs are associated with an increased risk of lymphoma,
such as methotrexate and other treatments for rheumatoid arthritis (85).  These can induce
almost any type of lymphoma.  In these tumors, EBV also is frequently found.  When the drugs
are removed, the lymphoma may regress.  Other highly immunosuppressive drugs, such as
steroids, do not increase the risk of lymphoma (104-106).   It should be noted that PCBs do not
induce immunodeficiency like these drugs and so drug related immunodeficiency should not be
analogized to a lymphoma risk for plaintiffs.  Also, not all immunosuppressive drugs, e.g.,
prednisone, increase lymphoma risk.  Actually, prednisone is used as a treatment.  Moreover,
immunosuppressive drugs, such as antihistamines, and non-steroidal anti-inflammatory drugs
(NSAIDS) are not associated with an increased NHL risk (107-111).

I am aware of a review paper published by Kramer and co-workers (2012) concluding
that PCBs are a cause of NHL (in contrast to IARC), which they believed was through
immunosuppressive and pro-inflammatory effects (112). Their opinions are not congruent with
many exposures that effect the immune system but do not increase the risk of NHL.  The
immune system is easily perturbed by many lifestyle exposures and medications, and yet none
of these are associated with NHL.  The immune system response is primarily an adaptive
response that allows us to fight infections and be healthy.  One needs only to consider the
known immosuppressive effects such as cigarette smoking that do have clinical outcomes, e.g.,
the promotion of infections in the lungs  and elsewhere that may contribute to the increased
cancer risk (not lymphoma) from smoking (113). Cigarette smoke activates macrophages,
increases white blood cell counts, increases and decreases some inflammatory cytokines,
decreases killer cell lymphocytes, decreases serum immunoglobulins, affects cytotoxic T cells,
increases the rate of respiratory infections, and increases the risk of asthma.  Yet, as indicated
above, after numerous studies, cigarette smoking in most studies is not associated with
lymphoma.  Also, drinking alcoholic beverages can suppress the immune system, both with
small doses and in chronic drinkers.  In fact, the immunosuppression and decreased
inflammatory response may be one reason that low to moderate alcohol drinking reduces heart
disease risk (114).  In this case, immunotoxicity has beneficial effects.  It also should be noted,
as indicated above, that while alcohol drinking has immunological effects, it is not associated
with NHL. It is important to note that the effects on the immune system are dependent on the
dose of an exposure, so that small exposures can yield clinically insignificant results, and in
some cases such as alcohol drinking, opposite responses compared to larger doses (114).

## METHODOLOGICAL APPROACHES TO CAUSATION INFERENCE

There are well-established practices for considering if a chemical and chemical mixtures
cause cancer, under what circumstances and, if there is a causal relationship, at what dose.  To

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 23

answer these questions, I apply a weight of evidence review and a causality assessment. It is done by reviewing scientific textbooks and articles, including systematic reviews using computerized literature searches and drawing upon my experience as a researcher, clinician and epidemiologist. I have published on such methods (1, 115-121). The method for the determination of cancer causality is described below. My approach adopts an "evidence-based causation methodology" that recognizes the importance of human data, challenges in extrapolating laboratory toxicology data to human risk, use of laboratory toxicology data to support conclusions based on mechanisms, and then integrating data ranging from the laboratory to epidemiology (122, 123). It is derived from the Bradford-Hill criteria published more than 50 years ago (124). The methodology considers all publications, no matter how remote or the quality, and provides predetermined weighting criteria (125). Considering different types of evidence leads to multiple systematic reviews. It is important to assess different types of scientific data, relying on the best studies, and even though a researcher might postulate causality (e.g., as might be done through a publication of a case report, an ecological study or a case series), this is different from concluding a causal relationship of exposure to an outcome.

Applying a causation methodology includes scientific judgment based on a variety of data from the laboratory demonstrating effects and biological mechanisms to observational (e.g., epidemiology) and intervention studies, and includes reliance on statistical assessments. While scientific judgment occurs within a causation assessment, there are clear methodologies to make the process transparent, consistent, and valid (122-135). How causation methodology is applied depends somewhat on the goals and application for the conclusions, e.g., for regulation or concluding risks specifically for individuals, small groups of individuals or localized communities (123, 131, 136). Confidence in the conclusions of a causality assessment is heightened with concordance among a variety of data, and human studies of different design and populations. The goal of causation methodology is to evaluate disparate types of data to reduce the chances that human observations are due to chance, bias and/or confounding, and represent true biological relationships. Among the types of data that should be evaluated, human studies are considered more informative, when they exist, and are of sufficient scope and quality, and when they do not exist, *in vitro* and other experimental evidence are increasingly considered informative when specific pathways are studied in the context of outcomes and regulatory decision making (but not for a process leading to risk for individuals, small groups of individuals or localized communities (133, 134, 137-139). If there is sufficient epidemiological data to make a conclusion, then experimental animal or other studies are considered only in the context of understanding biological mechanisms. For the causation analysis herein, I substantially rely on the available epidemiological evidence, independent of whether or not there is a plausible biological mechanism. This is because the extrapolation of risk to an individual requires understanding if there is an exposure-response relationship, and how that applies to the individual. Without epidemiological data of sufficient scope, size and quality, the opinion of an individual's risk is precluded. If there is sufficient reason to consider

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 24

that the chemical has a potential to cause the type of cancer identified for the individual or a group of individuals (target organ specificity is important), then an individual risk assessment is made to determine the doses reported in the literature that may be associated with an increased cancer risk, and in what settings. The dose, i.e., how much of a carcinogen enters the body, and then reaches the critical organs and targets within the organ, best determines an individual's cancer risk, as carcinogens clearly have a dose-response relationship.

The distinction between dose and exposure must be noted and is important. An individual might be in a room that has a chemical in the air or come into skin contact with a workplace solvent, and so has a potential exposure, but this does necessarily translate into dose, which is the amount of the agent that enters the body. Thus, one must consider that exposure may not be a sufficient marker for dose. Importantly, there is some level below which we can no longer measure an increased risk, and so any conclusions of cancer causation for exposures below that level are speculative, unsupportable, and at best only hypothetical. (Herein, the concept of increased risk is accompanied by the conventional use of statistics and findings of statistical significance.)

The evaluation of cancer causation, i.e., can an exposure cause cancer, requires examination of different types of data and studies. I generally follow the criteria set forth about 50 years ago by Sir Austin Bradford-Hill (124). Some criterions are absolutely required (e.g., consistency and not violating dose-response for the context of clinical assessments). Violating some of the principals will preclude the ability to support a causal relationship (e.g., temporality). Actually, similar principles espoused by Sir Bradford-Hill were well-applied first in the first Surgeon General's Report on smoking and health, concluding in 1964 that smoking caused lung cancer in men, and distinctions between the original Report and the recent 2014 Report are noted in the latter (140, 141). Other published guidelines for assessing causation exist, in addition to that proposed by Sir Austin Bradford-Hill (124, 126-129, 141). These and my experience allow me to conceptually develop an opinion about causation. It has been argued that the Bradford-Hill criteria may be difficult to apply or have limitations (126, 130), but there is an appeal for having the best possible framework to guide research agendas and study design (127, 128). Some believe that stating the existence of a statistical association is sufficient to communicate causality in the context of protecting public health, and while I agree that consistency of statistical significance is necessary for opining causality, it is not sufficient by itself, for example one must consider the level of risk and the potential for confounding and bias (129). In some ways, the different models reflect a purely scientific perspective, while others are derived to satisfy public health needs. However, the Bradford-Hill methodology remains highly appropriate and useful for assessing general causation. It also remains the citation and methodology for the International Agency for Research on Cancer (http://monographs.iarc.fr/ENG/Preamble/index.php), and used by the EPA and US Public Health Service (e.g., Surgeon General's reports). As an example, for applying a causation analysis, I provide a summary of smoking and lung cancer below.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 25

While we remain true in many ways to the original writings of Bradford-Hill, there is a better understanding of how to apply the criteria after 50 years of research, and the following discussion includes several important concepts.  As Bradford-Hill wrote, not all criteria are required, but today, we understand that when there is data available for any criteria, then that data cannot be ignored and some criteria are required to be fulfilled when data exists; there are some criteria that if violated would exclude the likelihood of causation, while fulfilling some may not lead to a definitive conclusion of causation without considering other criteria.  The following are the elements of the Bradford-Hill Criteria:

- Consistency among epidemiology studies (how many good quality studies say the same thing?):  When multiple studies are available, especially when the research questions are asked in different populations and with different methodologies, and with statistical significance, this criterion is given the greatest weight.  Multiple studies that have consistency are required for understanding clinical risks and specific causation, as no single epidemiology study is definitive. Within the evaluation, different studies, depending on size, scope and quality, would be weighted differently.   Where there is inconsistency, it also is considered.   A lack of consistency, with considerations of statistical significance, argues strongly against causality.  Also, a lack of consistency precludes an opinion of causality in an individual.

- Dose-response (does more exposure cause more disease?):  This is a fundamental principle of toxicology.  The greater the dose, the greater the effect, and while there may be different shapes of a dose response curve, it must be demonstrated.

   The lack of a demonstrated dose-response relationship weakens a causality conclusion.  There are no known exposures that are associated with cancer at low level exposure that do not exist at higher levels of exposure.  And actually, there is the concept of hormesis, which indicates that there are opposite effects at lower exposures contrasting with an adverse effect at higher doses, or that at very high exposures the adverse effect is reduced (e.g., a J shape or inverted U shape dose-response curve), and where lower doses are hypothesized to reduce risks (9, 142, 143).  Those studies reporting dose-response relationships are given greater weight.  They are also required to provide reasonable estimates of exposure and risk in a clinical setting to allow for extrapolation of risks to individuals or groups of individuals.

- Timing of exposure or temporality (does the cancer come after the exposure and a after believable period of time?):  For experimental studies, temporality is not an issue, but there are some epidemiological study designs where the timing of exposure and effect are unclear (e.g., brief latency periods). These studies therefore are given low weight, if any.   It mostly applies to study designs where exposure and outcome is of brief duration, less

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 26

- Strength of Association (is the risk estimate clinically meaningful and plausible?): This criteria examines whether the magnitude of effect is reasonable and consistent with current expectations and incidence of disease, and, if so, at what level of statistical significance. For example, a high risk reported in studies might be observed, but inconsistent with the frequency of a risk factor and disease in the population.

- Specificity (is the disease unique?): Following the model of causation for infectious disease, this criterion assesses if the outcome of interest is uniquely related to a specific causal agent, and if so, is strong evidence of causality. For cancer, there are only a few examples of this, such as asbestos and mesothelioma, and vinyl chloride and angiosarcoma.

- Biologically plausible (does it make sense?): This criterion is the most loosely applied in a weight of evidence causation, although there are more transparent methods that are now available (cited above, and discussed below). Simply having data to support a hypothesis is not sufficient, and there must be specificity relating laboratory findings to human disease pathways, e.g., simply because a chemical causes DNA damage or affects the immune system is not sufficient evidence of biological plausibility.

- Coherence (is it contradictory to laboratory data?): The causal conclusion must not run counter to available experimental data.

- Human interventions (are there reliable clinical studies to consider?): This criterion can provide strong evidence for causation, when a human trial or experiment can show reduction or reversal of a causation outcome.

- Analogous similarities to other toxins.

To be informative, studies must be of sufficient size, scope and quality, and an assessment is made for study results to be due to chance, bias and confounding. These reflect the ability of a true to identify true effects. Statistical power is a critical concept reflecting the size of the study and the expected magnitude of effect. While some studies might be limited to small size for either the number of subjects or the rarity of a tumor, it is the combination of the size and expected magnitude effect that are equally important. The concept that rare tumors are hard to find and so one cannot rely on occupational studies is incorrect. such as for angiosarcoma and mesothelioma. Observing only one case with a particular cancer may be highly informative if almost none are expected and observed in multiple studies. Researchers use statistical significance as an important tool to assess chance findings. While some data that is not statistically significant may be considered important for making a causal conclusion, it would not be important if the consistency of the data was null, without a sufficient rationale. And statistical significance in one study or another may not indicate a causal relationship without consistency among studies.

Commonly, studies investigating cancer can find a statistically significant positive

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 27

association with a particular cancer, at a rate of 5 associations per 100 examined, because so many cancer endpoints are studied and there is a multiple comparison issue.  For this reason, we also need to have results of one study replicated in others, and also, we need to examine dose-response relationships. Even dose-response relationships can happen by chance alone. The lack of a dose-response relationship, when examined, makes the association much more likely to have occurred by chance.  More important, even with a dose-response relationship, no single epidemiological study is definitive, and for this reason an association is not considered believable in the context of causality, until there are other studies that show similar findings in different populations and with different study designs.

Occupational cohort studies representing the highest level of human exposure are the most informative for assessing general causation.  Conventionally, they use broad inclusion criteria to establish the cohort, and then conduct analyses based on some measure of dose, e.g., duration of exposure, air measurements, and job classification. I note that these studies have limitations that can bias results toward null such as small size; studying rare tumors; mortality studies that do not identify risks for cancers that are treatable; and/or, healthy worker effect. However, these are understood by the research community as general limitations, but well-conducted studies with high ranges of exposure are highly useful for causation assessment.  The concept that mortality studies do not identity risks for cancers that are treatable do not apply unless the cancer is easily curable in most patients; unfortunately for cancer this is historically not applicable.  Healthy worker effects are considered one way that a study could be biased.  However, this is not a universal application, and so is particular only to specific worker groups, e.g., one that requires workers to be in better shape or be non-smokers. Unfortunately, for many worker groups, while that might be an entrance criterion into the workforce, it does not extend to the workers after employment.  Further, the healthy worker effect is widely accepted not to apply to cancer, since it is generally a disease of older age and does not affect employability.  Also, one can infer a healthy worker effect by considering the all-cause mortality risks, e.g., if the risk is <90% and statistically significant.

While epidemiology studies cannot exclude a risk at any level of exposure above what is known for the human experience, the converse cannot be opined where studies of lower exposure may be positive when higher levels of exposure are not.  For example, if humans are exposed in the workplace at much higher levels than the general population, and there is no measurable increased risk for a particular cancer, then one can conclude that if higher levels of exposure are not causing cancer, using acceptable epidemiology methods, there is reasonable reassurance for no measurable risk at lower levels of exposure.  There are no known human precedents for low level exposures causing cancer that do not cause more cancer at higher levels of exposure, e.g., a dose response applies.

When considering epidemiology studies in the context of causation analysis, an important distinction is the difference between a risk factor and a cause.  A risk factor is something that can be established from consistent epidemiology studies with statistical

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 28

significance and dose-response relationships, but a confounding factor cannot be ruled out, as well as chance and bias.  A cause is decided after considering multiple types of data and the application of the Bradford-Hill criteria that substantially reduces the chances of confounding in epidemiology studies.  Importantly, one should not opine a cause without sufficient human evidence.  (In some cases, following the precautionary principle, organizations such as the International Agency for Research on Cancer makes causal conclusions based on limited (inadequate) human evidence and the presence of mechanistic evidence.)

Given that more than 50 years of cancer research has found the continued usefulness of the Bradford-Hill criteria, the application of this has evolved. Specifically, I also use an approach termed  a mode of action (MOA) and human relevance weight of evidence approach, which has directly evolved from the concepts of Bradford-Hill (124), where more recent considerations now are applied in the context of modern scientific principles and specific defining questions (133, 139). It is somewhat complementary to applying the Bradford-Hill Guidelines, because it better incorporates experimental data and different types of data, while Bradford-Hill heavily relies on epidemiology.  Importantly, it also is useful as a complement to the Bradford-Hill criteria because the method dictates for greater transparency and to determine if similar conclusions result using different approaches. Thus, it is a clear framework for understanding biological plausibility.  The MOA links the exposure of a cell to a substance that reflects the outcome of interest, e.g., increasing cancer risk, and does this in the context of human relevance. This framework explicitly considers the consistency of the data from disparate types of studies, outcomes based on a sequence of events, biological evidence of pathways which can be interrupted so that risk is not considered inevitable, and necessitates the consideration of dose-response relationship. A template for weighting the evidence has been proposed, assessing the following questions:

- Does the hypothesized MOA conflict with broader biological knowledge?
- How well established is the MOA?
- Is the sequence of events reversible if dosing is stopped or a key event prevented?
- Dose–response: Are the key events observed at doses below or similar to those associated with end (adverse) effect?
- Temporality: Are the key events observed in hypothesized order?
- Incidence: Is the occurrence of the end (adverse) effect less than that for the preceding key events?
- Is the pattern of observations across species/strains/organs/test systems
  What would be expected based on the hypothesized MOA?

- Would the MOA be anticipated based on broader chemical specific knowledge (e.g., the chemical is a member of a category for which related chemicals have known or strongly suspected MOA)?

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 29

### The Use of Toxicology for Causation Assessment

It is the practice today that Industries, academics and regulatory agencies use laboratory and human testing to screen for unknown carcinogenic risks when there is insufficient human study and to gain insights for mechanisms for how an agent might affect cancer risk. The best direct evidence for increased cancer risk, or other disease risk in humans are human studies with disease outcomes. This would be done in the naturalistic environment with epidemiology studies. However, cancer is a disease of long latency, e.g., more than 40 years for most carcinogens, and so it is problematic to rely on such studies because large numbers of people would have to be using the potentially dangerous product over a long period of time and would develop disease unwittingly. Given that epidemiology studies in a naturalistic environment for cancer outcomes and other long-latency disease outcomes are problematic, chemical, *in vitro* (cell culture) and *in vivo* (experimental animal studies) methods have been used. The reliance on such studies provides corroborative evidence for human studies and mechanistic information, as indicated above for weight of evidence reviews. They are also used as screening tests to predict potential adverse effects of a particular experimental condition, such as for changes in cigarette smoke condensate due to cigarette design change.

*In vitro* cell culture may use bacterial, mammalian and human cell lines or primary cultures. The latter is most appealing conceptually, but may not provide more relevant data for understanding human cancer risk. The major problem with cell culture studies is that the cells are grown in artificial environments void of the interactions with human organisms. Some *in vitro* studies are validated in that they are reproducible in the laboratory, but none are validated for predicting risk in humans, or for predicting mechanistic effects in humans. Cell culture studies used for screening of carcinogenic potential use endpoints of mutagenicity, cytotoxicity, changes in gene expression or other physiological changes. The dosing levels for most studies are somewhat arbitrary. To avoid false negatives, dose levels of exposure are chosen based on cytotoxicity or other endpoints. However, these typically represent much higher levels than would be in humans. When lower doses are used at physiological levels in humans, they still represent proportionately large exposures compared to living organisms, including humans.

*In vivo* animal studies have appeal because they can be used for tumor endpoints under experimental conditions, but their predictive ability to human cancer risk also has not been validated. Most human chemical carcinogens can induce tumors in experimental animals, although the tumors may not be in the same organ, the exposure pathways may differ from human exposure, and the causative mechanisms may not exist in humans. A critical consideration for assessing carcinogenic potential and carcinogenicity mechanisms is dose level. Most studies use levels based on the maximally tolerated doses where there is not overt toxicity. Yet, at these high levels, there still may be acute toxic affects making any results less applicable to humans. Even when levels are chosen to replicate human exposure, the use in small rodents and larger animals still do not account for specifies differences, especially when

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 30

body size is very different.  In some cases, though, the cell of origin, morphogenesis, phenotypic markers, and genetic alterations are qualitatively identical to corresponding human cancers. Furthermore, animal models have revealed the constancy of carcinogen-host interaction among mammalian species by reproducing organ-specific cancers in animals with chemicals identified as human carcinogens, such as coal tar and squamous cell carcinomas, vinyl chloride and hepatic angiosarcomas, aflatoxin and hepatocarcinomatous, and aromatic amines and bladder cancer, but not for PCBs and the cancers associated with exposure.  The introduction of genetically-modified mice designed to reproduce specific human cancer syndromes, and precancer models, has accelerated both the understanding of the contributions of chemicals to cancer causation and the identification of potential exogenous carcinogens (144, 145). Furthermore, construction of mouse strains genetically altered to express human drug-metabolizing enzymes has added both to the relevance of mouse studies for understanding human carcinogen metabolism and the prediction of genotoxicity from suspected human carcinogens and other chemical exposures (146). Together, these studies have indicated that carcinogenic agents can directly activate oncogenes, inactivate tumor suppressor genes, and cause the genomic changes that are associated with autonomous growth, enhanced survival, and modified gene expression profiles that are required for the malignant phenotype (147).

### *Target organ specificity*

With only a few possible exceptions, chemicals exert their carcinogenic effect specifically to only one or a few organs, and this applies to subtypes of cells that lead to different subtypes of cancer within an organ (e.g., lymphomas and leukemias).  Target organ specificity is common and biologically plausible given that cancer arises from the combination of the abnormal clonal cells and the microenvironment around those cells. Among the best examples of this is tobacco smoking and cancer, and where smokers are bathing their lungs with 1000's of chemicals, cigarette smoking is only a known cause of 18 cancers, sparing many organs (see below).  Some organs are resistant to chemically induced cancers such as the heart. Another example are viruses causing only some types of lymphomas and solid tumors (see below).  Just as our organs are not interchangeable, the types of cancers that arise from them are different.  Exposure routes allow for greater or lesser exposure at the cellular level in the target organ (i.e., different blood flow or blockage of exposure by the blood-brain barrier). Different tissues express different metabolizing proteins such as cytochrome P450s, which are "intended" by evolution to be protective and aid excretion.  Different tissues have different DNA damage, repair and programmed cell death capacities.  The microenvironment from adjacent cells provides signaling molecules and other hormones.  Organs have different clearance mechanisms. There are some chemicals that one would predict would be multiorgan carcinogens in humans, as repeatedly identified from animal and cell culture studies, but are not.  These include phenobarbital and caffeine.  There are some carcinogens in the laboratory that may cause multiple tumors in an experimental animal model, but the exposure circumstances are different, and perturbations of cell function occur that do not occur in

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 31

humans. If a particular chemical exposure were a multi-organ carcinogen, then these exposures would still have a consistent effect within a species. For humans, we would find consistent effects across studies, namely that all cancer-combined incidence should be increased, and we should see replication of at least some individual cancer types across studies.

## *Regulatory and Review Agency Classifications*

Several review and regulatory agencies have considered the carcinogenic potential for chemicals cited in the complaint for this case. It is important to realize that regulatory and review processes, and the conclusions derived therein, are not applicable to the process of directly assessing past and future risk for individuals or groups of individuals. These agencies are classifying agents in order to prioritize which potential exposures should be considered for risk assessments and regulatory control. It also is important to understand that these agencies consider population cancer risks (e.g., in thousands and millions of people) and do not provide conclusions regarding individual cancer risks (or for small groups of individuals). Their conclusions are focused on protecting public health, i.e., to acknowledge that there are limitations in the scientific data and some risks might not be measurable. Their methods lead to an interpretation of data in ways that err on the side of caution and assume worse risk than can exist. While this is an important process to protect humans before we learn whether a chemical causes cancer in people, these agency methods and findings are not appropriate to support a conclusion of cancer causation in a particular individual, or to predict risk in particular individuals, or to conclude whether the chemical is carcinogenic in humans at all. Moreover, a conclusion of possible or probable carcinogenic potential for one type of cancer in a target organ does not imply that the chemical can cause cancer in other organs. It should be noted that a classification of an exposure or occupation as a chemical carcinogen does not provide any indication of the actual hazard to the public health, the degree of risk or the number of people who might be affected (148).

An example of the application of the precautionary principle is the use of linear no-threshold models for carcinogens that may act through regulatory pathways. Actually, as explained in the section on how cancer develops, given the redundant protective mechanisms that exist within our bodies, it is likely that a threshold does exist. There are other approaches that have been advocated, such as the use of J shape curves, or the application of hormesis (J shape or inverted U shape curves) (68, 71, 142, 143, 149-151).

When reviewing the preambles or methodologies for all the regulatory and review agencies, it is clear that they instruct the reader to not infer individual causation from the classification assessments. In fact, they also make it clear that their classification scheme, for example labeling a chemical exposure as probable or possible human carcinogen, should not be equated with the conclusion that the exposure actually is a human carcinogen. For example, ATSDR indicates that their minimal risk levels serve as a "screening tool to help public health

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 32

professionals decide where to look more closely" (http://www.atsdr.cdc.gov/mrls/index.asp). The International Agency for Research on Cancer writes: "The Monographs are used by national and international authorities to make risk assessments, formulate decisions concerning preventive measures, provide effective cancer control programmes and decide among alternative options for public health decisions." (http://monographs.iarc.fr/ENG/Preamble/index.php).  The EPA, in its IRIS assessment writes: "In general IRIS values cannot be validly used to accurately predict the incidence of human disease or the type of effects that chemical exposures have on humans. This is due to the numerous uncertainties involved in risk assessment, including those associated with extrapolations from animal data to humans and from high experimental doses to lower environmental exposures. The organs affected and the type of adverse effect resulting from chemical exposure may differ between study animals and humans. In addition, many factors besides exposure to a chemical influence the occurrence and extent of human disease."  The National Toxicology Program adopts the same language (http://ntp.niehs.nih.gov/index.cfm?objectid=03CA6383-9766-1F64-6637241FE0114FE9).

As an example, for how the scientific community uses carcinogen classifications, the American Cancer Society writes about classification lists: "The lists describe the level of evidence that something can cause cancer, not how likely it is that something will cause cancer in any particular person. For example, IARC considers there to be strong evidence that both tobacco smoking and eating processed meat can cause cancer, so both are listed as "carcinogenic to humans." But smoking is much more likely to cause cancer than eating processed meat, even though both are in the same category." (https://www.cancer.org/cancer/cancer-causes/general-info/known-and-probable-human-carcinogens.html).

PCBS overall are classified as a known carcinogen in humans for malignant melanoma, but there is insufficient evidence for other cancers to also classify it that way (see below) (152). Other organizations, such as the National Toxicology Program, however, only lists is at "reasonable anticipated to be human carcinogens", a lower classification than a "known" carcinogen (153).  Based on mechanisms, and not human data, IARC also stated:  "Dioxin-like" PCBs, with a toxicity equivalency factor (TEF) according to WHO (PCB-77, PCB-81, PCB-105, PCB-114, PCB-118, PCB-123, PCB-126, PCB-169, PCB-156, PCB-157, PCB-167, PCB-189), are carcinogenic to humans (Group 1)."

### Risk Assessment Levels of Risk

Given the precautionary principle, risk assessment defines increased risk at levels of 1 additional cancer in 1000 to 1,000,000 people.  There are many papers that use risk assessment methodology to model cancer risks. The processes used by government agencies include safety factors to intentionally overestimate risk.  These also are done both by Aroclor mixtures and individual congeners, and often based on toxic equivalent factors of unclear relevance to actual human risk.  Importantly, the models result in a magnitude of the risk in the general population is almost imperceptible, cannot be validated

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 33

with human studies and not measurable for individuals, groups of individuals and even large communities.  For example, studies model risks of about 10 per million excess cancer risks from food and beverages (154). Others report similar extremely low-level risk (155). Risk based on congener 153 in Inuit women at the 50% is at the level of $10^{-6}$ or lower, depending slope factors used (156).  These levels of risk are so low to not predict actual risk in humans and it should not be inferred that such risk estimate should be used to infer any impact on the community or use of community resources.

A 2019 publication by Persson, et al., reported a model for recommendations for fish consumption that considered health benefits and contaminants including PCBS (157). Using dietary data from Denmark, they concluded that most of the population should increase their fish consumption.

It is important to place into context a risk assessment for environmental exposures and the regulatory context versus actual risks in people. As discussed above, the risk assessment process is a modeled approach based on precautionary principles.  The data it relies upon generally, and specifically for PCBs are experimental animal and cell culture models, and not data for human risk.  Although the data is insufficient to consider PCBs as an actual human carcinogen, given the existence of experimental data, the risk assessment process proceeds using data that cannot be extrapolated to human risk.  As a policy perspective, only modeled very low risks are considered acceptable, and below that which can be measured in humans.  To place this in context, one can consider lung  cancer risks from environmental tobacco smoke (ETS), which has been estimated to cause 2,600 to 7,400 lung cancer deaths per year among non-smokers in the U.S (158, 159).  In another paper, the estimate for lung cancer incidence from ETS is 4.8 to 15.8 (160) per 100,000 years (161). Another exposure, air pollution, has an incidence rate of 116 per 100,000 persons (162).  It should be noted that these incidence are derived from actual human data, and not experimental data as done for PCBs.

### Toxic Equivalency Concept

One research methodology that has been used for assessing dioxin, furans and coplanar PCBs in risk assessment is based on the toxic equivalency factor (TEF) approach.  The approach was originally developed for dioxin and furan congeners as a way of estimating risk given that most experimental studies only examined 2,3,7,8-TCDD, and some method was desired that could inform studies that include multiple congeners (163).  The use of TEF values was a way to facilitate the risk assessment process and address considerations that risks were not underestimated in mixed exposure scenarios for dioxins, furans and PCBs (164).  TEFs are calculated based on different types of experimental studies, and not a measure of carcinogenicity (although some TEFs are calculated based on tumor promotion studies) (163).  More generally, the TEFs are derived from experimental studies for enzymatic activity and induction for the aryl hydrocarbon receptor and aryl hydrocarbon hydroxylase (AHH) activity, which is considered a surrogate for "toxic effects".  For a mixture of TEF compounds, a total toxic equivalency (TEQ) value is calculated from the sum of the TEF times the concentration of the components.  This has been considered an interim research method (165), and remains in use as such.  Today, it is recognized that there are substantial limitations, as described below, and the methodology has not been validated for actual human cancer risk (163).  There are different ways to calculate TEFs and TEQs (165).  Separate from the scientific issues regarding the validity of this method, it is not appropriate here in the consideration of causality, because basic premises and the overestimation of risk make it not applicable.

In 2005, the World Health Organization convened a panel to harmonize TEF values for PCBs and

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 38

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 34

other compounds to be used for human risk assessment (166). Their criteria for data to be included was: 1) show a structural relationship to the PCDDs and PCDFs; 2) bind to the Ah receptor (AhR); 3) elicit AhR mediated biochemical and toxic responses; and, 4) be persistent and accumulate in the food chain. Preference was given to *in vivo* studies over *in vitro* studies. It was explicitly stated that the TEFs were developed for oral ingestion (e.g., by dietary intake) and not for other matrices such as soil, industrial wastes, soot, fly ash from municipal incinerators, waste water and sediment, because the TEFs were determined largely by oral *in vivo* studies, and other matrices have reduced bioavailability. **Figure below**, reproduced from Van den Berg, 2007, showed the assigned TEFs.

The TEF calculations are based on numerous uncertain and unproven assumptions (167, 168). (See below for significant limitations.) For example, the risk is derived from a non-cancer endpoint, specifically a pathway that relates to the metabolism of some xenobiotics by aryl hydrocarbon hydroxylase and associated enzymes. It assumes an additive effect, where for PCBs this is known not to

## TEF values (copied from Van den Berg, 2007)

Table 1
Summary of WHO 1998 and WHO 2005 TEF values

| Compound | WHO 1998 TEF | WHO 2005 TEF |
|---|---|---|
| *chlorinated dibenzo-p-dioxins* | | |
| 2,3,7,8-TCDD | 1 | 1 |
| 1,2,3,7,8-PeCDD | 1 | 1 |
| 1,2,3,4,7,8-HxCDD | 0.1 | 0.1 |
| 1,2,3,6,7,8-HxCDD | 0.1 | 0.1 |
| 1,2,3,7,8,9-HxCDD | 0.1 | 0.1 |
| 1,2,3,4,6,7,8-HpCDD | 0.01 | 0.01 |
| OCDD | 0.0001 | 0.0003 |
| *chlorinated dibenzofurans* | | |
| 2,3,7,8-TCDF | 0.1 | 0.1 |
| 1,2,3,7,8-PeCDF | 0.05 | 0.03 |
| 2,3,4,7,8-PeCDF | 0.5 | 0.3 |
| 1,2,3,4,7,8-HxCDF | 0.1 | 0.1 |
| 1,2,3,6,7,8-HxCDF | 0.1 | 0.1 |
| 1,2,3,7,8,9-HxCDF | 0.1 | 0.1 |
| 2,3,4,6,7,8-HxCDF | 0.1 | 0.1 |
| 1,2,3,4,6,7,8-HpCDF | 0.01 | 0.01 |
| 1,2,3,6,7,8,9-HpCDF | 0.01 | 0.01 |
| OCDF | 0.0001 | 0.0003 |
| *non-ortho substituted PCBs* | | |
| 3,3',4,4'-tetraCB (PCB 77) | 0.0001 | 0.0001 |
| 3,4,4',5-tetraCB (PCB 81) | 0.0001 | 0.0003 |
| 3,3',4,4',5-pentaCB (PCB 126) | 0.1 | 0.1 |
| 3,3',4,4',5,5'-hexaCB (PCB 169) | 0.01 | 0.03 |
| *mono-ortho substituted PCBs* | | |
| 2,3,3',4,4'-pentaCB (PCB 105) | 0.0001 | 0.00003 |
| 2,3,4,4',5-pentaCB (PCB 114) | 0.0005 | 0.00003 |
| 2,3',4,4',5-pentaCB (PCB 118) | 0.0001 | 0.00003 |
| 2',3,4,4',5-pentaCB (PCB 123) | 0.0001 | 0.00003 |
| 2,3,3',4,4',5-hexaCB (PCB 156) | 0.0005 | 0.00003 |
| 2,3,3',4,4',5'-hexaCB (PCB 157) | 0.0005 | 0.00003 |
| 2,3',4,4',5,5'-hexaCB (PCB 167) | 0.00001 | 0.00003 |
| 2,3,3',4,4',5,5'-heptaCB (PCB 189) | 0.0001 | 0.00003 |

*Bold values indicate a change in TEF value.

be the case, especially when the mixtures contain PCBs that are thought not to contribute to the TEF, and weaker than additive effects are found (165, 169-171), and antagonists can block the effects of agonists (170, 172-175). The 2005 WHO panel specifically noted the limitations for using TEFs in the context of additivity but that synergy and inhibition exists (166). For example, in a study three different congeners (congeners 126, 105, and 153) in a rat tumor promotion assay using N-nitrosodiethylamine as the initiator, a weak antagonistic effect was seen (170). In another study, using a cell culture model for malignant transformation, congener 153 almost completely antagonized the effects of TCDD and the addition of congener 126 had no additive effect with TCDD (173). In yet other liver tumor promotion study using altered hepatic foci as the endpoint following diethylnitrosamine exposure, there was less than an additive effect for different combinations of congeners 126 and 153, although the authors showed increasing levels of these congeners in the adipose and liver tissues (174, 176). In some cases, a

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 39

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 35

tumor promotion assay is used.  There is some published data where there is a relative incidence of tumors for comparing TCDD and congener 126 in study without initiation (e.g., the test compounds are used by themselves) (177).  However, one analysis based on body burdens indicates that the TEFs overestimate risk using the same data (178). The authors distinguished assessment based on delivered dose versus body burdens, noting differences in metabolism.  There also is data to show that the mixture of organochlorine compounds with high TEF particularly overestimates the promoting effects (165, 173, 179).  Also, studies that *a priori* predicted responses on breast cell proliferation were not consistent with TEF predictions, and the positive effects were small (180). The TEF approach assumes that dose-response curves are parallel, and that toxicity is additive (and is likely not, see above about congener mixtures).  It also assumes that there is no inter-species difference in toxicity, but there are large ones (181-183), and some data show that humans are less sensitive than rodents (184, 185).   Also, enzymatic induction can vary depending on the organ under study and the dose [341](183, 185).  There is much data to show that AHH induction is neither necessary or sufficient to induce cell proliferation and carcinogenic pathways, and the TEF approach ignores important cell to cell interactions, e.g., epithelia and stroma (186).   Whether the mechanistic relationship of PCBs to tumorigenesis in animals is due solely to aryl hydrocarbon hydroxylase (AHH) pathways also remains speculative, and non-AHH-inducing congeners also behave as tumor promoters (reviewed in van der Plas, et al., 1999 [(179).  Thus, one can question the whole appropriateness of the actual TEF rankings.  The net effect of the TEF research method is to overstate the PCB toxicity (179).

A significant limitation for the use of PCB TEFs for human risk assessment is that human cell models are much more resistant to PCBs than animal or other cell culture models, for example, see Larrson and coworkers (2015) (187). The IARC working group wrote "Noteworthy is that the relative contributions of different PCB congeners to the carcinogenicity of PCB mixtures are not known (188). Larsson and coworkers conducted series of studies noting cell culture and animal studies comparing rat and human WHO TEFs to actual results, calculating relative effect potency (REP) for animal to human response (187).  They found that PCB congeners induce only weak responses in the human cells, and the exception was PCB126 that as still 30 times less responsive in human cells than rodent cells or live rodents (187). Separately, Harris and coworkers assessed the actual versus calculated AHH induction capabilities based on rodent studies and estimated TEQs, respectively (189).  The two were poorly related (calculated values overestimated the tumor inducing effect), and actually the Aroclors with the greatest tumorigenicity potential (Aroclor 1254 and 1260) had the lower TEQs.  A relationship with phenobarbital inducing potential, however, was better demonstrated with tumorigenicity potential. The overestimation for PCBs  using TEF methods can be directly seen in humans when considering the Yusho and YuCheng  data for informational purposes (even though there is no evidence that plaintiffs were exposed to  furans), where clinical disease is evident in these cooking oil-exposed persons, but not in noncooking oil-exposed persons with similar PCB levels.  For these Yusho/YuCheng persons, furans, rather than PCBs are considered to have caused the clinical disease.

### The IARC 2015 Monograph 107 for PCBs

The IARC working group concluded that PCBs are a known human carcinogen for melanoma; the latest review was in 2013, with a publication in 2014, and other ancillary publications (152, 188, 190).  The Working Group considered that both occupational studies and population-based case-control studies provided important information, and one was not

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 36

considered more important than the other.  The working group wrote that they concluded that there were positive associations for breast cancer and NHL, which means that the consensus was that the data was insufficient for classifying PCBs causally related to these cancers, rather that they found that there were only credible associations.  However, these associations could not be reconciled by consistency and an incongruity with the occupational studies in which workers were more heavily exposed than exposures that occur from environmental levels.

For all other cancers excerpt melanoma, the Working Group did not conclude the presence of credible associations.  They wrote: "Several other cancer sites were considered in one or more cohort or case–control studies. There were positive findings for cancer of the prostate and brain in several studies, but null findings in others. Other cancers with sporadic positive findings were those of the liver and biliary tract, extrahepatic biliary tract, lung and respiratory tract, thyroid, stomach, pancreas, colon and rectum, urothelial organs, breast, uterus and ovary combined, as well as childhood acute lymphatic leukaemia, and multiple myeloma."  Thus, as of 2015, other than for melanoma (see below), the Working Group concluded that there was insufficient human evidence to conclude that PCBs were causally related to cancer at any site, or all cancers combined.

A discussion about the conclusions for melanoma are discussed below. In this case, the process for IARC was not transparent, and a weight of evidence would not lead to a causal conclusion.  They stated that all but one of the occupational studies were positive for melanoma, but in doing so they deviated from their usual practice relying on statistical significance and meta-analyses. They also claimed that there were exposure-response relationships, but again they failed to identify any studies reporting such with statistical significance.  They claimed that there was statistical significance in large studies to rule out chance, but they cited none.  Finally, they claimed that sunlight was unlikely to confound associations because PCB workers are indoors, but this is true for most workers, and does not rule out community trends for outdoor recreation.

Based on mechanistic studies and toxic equivalency factors, IARC also considered some "dioxin-like" PCB congeners to be carcinogenic to humans (188). Because there was insufficient human evidence about this, IARC does not name particular at-risk cancer types.  They call out to congeners (PCB-77, PCB-81, PCB-105, PCB-114, PCB-118, PCB-123, PCB-126, PCB-169, PCB-156, PCB-157, PCB-167, and PCB-189.  Most of these are measurable in human blood, but at levels <1% of all detectable congers (191).  A review of their mechanistic summary, however, indicates very limited evidence for the testing of each congener, and apparently the Working Group defaulted to considering any congener that was "dioxin-like".  As indicated below, the categorization for "dioxin-like" are based on laboratory studies of questionable relevance to humans, based on the lack of concordance for inter-species comparisons.   In the published summary, IARC wrote: "Noteworthy is that the relative contributions of different PCB congeners to the carcinogenicity of PCB mixtures are not known." (188).

IARC establishes working groups with the intent of diversifying expertise and lack of

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 37

conflicts.  However, for the PCB monograph, I note that few members had PCB expertise, most were toxicologists rather than experts in human studies, and the group included David Carpenter as an "invited specialist", a well-known PCB plaintiff's expert. (I have been involved in cases where Dr. Carpenter was an expert around the time of the IARC working group meetings. e.g., he provided list of prior testimony in the Spirer and Walker cases against Monsanto.) The IARC process specifically includes members with no PCB experience, but the members with some type of PCB research experience mostly have limited experience and only a few with experience in human studies.  The preamble to IARC indicates that "The procedures through which a Working Group implements these principles are not specified in detail. They usually involve operations that have been established as being effective during previous Monograph meetings but remain, predominantly, the prerogative of each individual Working Group." Thus, the lack of transparency is apparently sanctioned and, as stated above, is problematic for this particular PCB monograph.

## LUNG CANCER AND SMOKING DISCUSSION

Tobacco smoking is among the best examples of a human carcinogen, and is very well-documented to cause lung cancer (192, 193).  In 1950, Doll and Hill (194), and Wynder and Graham (195) both reported the extremely high incidence of smoking in lung cancer patients. In fact, lung cancer was a rare disease before smoking (194), and it is the cause of many cancers and diseases in addition to lung cancer (**Figure 8**, copied from the 2014 Surgeon General Report (196).  If one is to use almost any method to assess causality, such  as that proposed in the first Surgeon General's Report (197), and later articulated in more detail by Sir Austin Bradford Hill (124), that clearly the use of tobacco products causes cancer.  This conclusion comes from substantial epidemiology, laboratory animal and *in vitro* studies.  It accounts for about 90% of lung cancer cases (198).  Even low levels of cigarette smoking increases lung cancer risk (199). A summary of selected studies is shown in Table 1.  Tobacco smoke contains more than 100 carcinogens and mutagens, many of which are classified as carcinogens based upon human and animal studies, the latter of which include target organ specificity.  It is estimated that 20% of all cancers worldwide are attributed to smoking (200).  Smoke constituents include PAHs, arsenic, benzene, dioxins, nitrosamines, aromatic amines, vinyl chloride, and chromium (201-204).  A dose-response relationship for cigarette smoking and lung cancer has been established in cohort studies of both men and women (**Table 1**).  These studies show remarkable consistency.  Both daily smoking amounts and duration of smoking are important contributors to risk in various models, although there are some disagreements about whether smoking per day or duration is more important (205, 206).  An earlier age at initiation is a separate lung cancer risk factor (207-209).  Zang and Wynder had proposed an estimate of cumulative "tar" exposure by determining all brands used for different periods of life, the quantity per day and the milligram yields were calculated per the FTC method (210).  The reported effect of how deeply someone inhales also has been associated with an increased risk (208, 209).  In a cohort

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 38

of smokers with lung disease (chronic airway obstruction), about 33% of middle-aged smokers developed lung cancer after 14.5 years (211).

There is data to show that smoking unfiltered cigarettes had higher risks compared with smoking other types of cigarettes.  Analyses of large cohort studies support this conclusion (212) .  In studies of filtered versus nonfiltered cigarettes, smokers of filtered cigarettes had a decreased lung cancer risk by 30% in a French study of 1,057 lung cancer cases and 1,503



| Table 1: Selected Lung Cancer and Smoking Studies – Consistency of Association | | | |
|---|---|---|---|
| Cohort | Number of subjects | Positive lung cancer association? | Dose-Response (risk estimate) |
| British Doctors  (213) | 34439 | Yes | Yes (15) |

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 39

| ACS-25 State Study (214, 215) | 120000 men<br>619925 women | Yes<br>Yes | Yes (11) |
|---|---|---|---|
| U.S. Veterans (216) | 293,958 | Yes | Yes (11) |
| Japanese Study (217) | 265000 | Yes | Yes (5) |
| ACS – 9 State Study (218) | 187,783 | Yes | Yes (11) |
| Canadian Veterans (158) | 78000 | Yes | Yes (NA) |
| Swedish Study (158) | 25,444 | Yes | Yes (NA) |
| California Study (219) | 68,153 | Yes | Yes (8) |
| MRFIT (220) | 12,866 | Yes | Yes (7) |
| Iowa Women's Health Study (221) | 41,843 | Yes | Yes (10) |
| Norwegian Study (222) | 68,825 | Yes | Yes (16) |
| ACS CPSI and CPSII, Nurses, AARP, Physicians (223) | 183,060<br>335,922 | Yes<br>Yes | Yes (25)<br>Yes (26) |

controls (224), a 2-fold lower risk in a Philadelphia study (225) and a 4-fold decrease for women in a Spanish study (226). Wynder and Stellman (227) reported that in 684 cases and 9,547 controls, there was a reduced risk for smokers of nonfilters cigarettes for ten years or more, although the results were not statistically significant. However, when they later reported data for 1,242 lung cancer cases compared to 2,300 controls, and accounted for increasing smoking per day after switching to lower "tar" cigarettes, they found that lung cancer risk was not reduced, and even increased in the highest levels of compensation (228). Other studies also have reported a reduced risk for filtered cigarettes (229, 230), but dose-response relationships for persons mixing their brands was harder to demonstrate (230, 231). There are some studies, however, which do not support a decreased risk for filtered cigarettes. In a population-based case-control study, when amount of smoking was considered, there was no benefit to the filtered cigarettes (232). Data pooled from four cohorts failed to show a statistically significant benefit for filtered cigarettes and lung cancer risk, even among different levels of smoking (233), as did another large cohort of 79,946 members of Kaiser Permanente (RR=1.03 for men and 0.65 for women, neither statistically significant), although women who used filtered cigarettes for more than 20 years had a risk of 0.36 (95%CI=0.18, 0.75) (234). Thus, while there are a significant number of studies to indicate that smoking unfiltered cigarettes is more risky for lung cancer, this conclusion is tempered by contrasting studies. Filtered cigarettes compared to nonfiltered cigarettes are more closely associated with adenocarcinomas rather than squamous cell cancers (235), although this observation is more strongly related to women smokers (236).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 40

Corroborating the increased risk of smoking for lung cancer are clinical trials that show that quitting reduces the incidence of lung cancer (211)  Large cohort and case-control studies also report the benefits of quitting (212).  **Figure 9** (copied from Halperin, 1993 (237)) shows that quitting smoking at any age has benefits, but the risk of lung cancer is never reduced back to that of a never smoker.  Men greater than the age of 80 remain with a significant increased risk of lung cancer, which is likely rising with increasing age (data only shows age up to 80 with an increasing slope).  Reducing how much someone smokes per day short of quitting, may



Figure 9: Lung Cancer in Former Smokers (males) (Copied from Halpern, 1993)

Fig. 1. Model estimates of lung cancer death rates by age for male current, former, and never smokers, based on smokers who started at age 17.5 and smoked 26 cigarettes/day. Estimates are plotted for current smokers (solid line), never smokers (dotted line), and former smokers (dashed lines). The five age-at-quitting cohorts are distinguished by the following symbols on the graph at the age of quitting and also at age 80: △ 30–39, ◇ 40–49, □ 50–54, ○ 55–59, ▽ 60–64.

reduce the risk of lung cancer and smoking-related mortality, although the evidence is contradictory (238-240).

The reasons why cigarette smoke causes lung cancer are well-understood.  A summary of pathways leading to lung cancer are indicated in **Figure 10** (Copied from the 2014 Surgeon General Report (196)**.**  Burning of tobacco during smoking of cigarettes results in combustion, pyrolysis and other chemical reactions that cause the  smoker to be exposed to thousands of chemicals  (158, 203, 241, 242).  The mechanisms by which tobacco smoke cause cancer and other tobacco-related diseases have been studied intensively during the past decades.  Much has been learned through the use of toxicology methods, particularly experimental in vitro (cell culture) and in vivo (animal) studies.  The use of tobacco products, as they are intended to be used, results in the exposure to more than 100 mutagens and carcinogens (243, 244) that have

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 41

different potencies and effects.  Mainstream smoke



**Figure 10:  Lung Cancer Development (copied from SGR, 2014)**

Pathway for causation of cancer by carcinogens in tobacco smoke

*Source:* Modified from U.S. Department of Health and Human Services 2010.

consists of particulate and vapor phases.  While carcinogens have been identified in both the vapor and particulate phases, the latter shows more overall carcinogenic activity.  The particulate phase contains over 3500 compounds, of which at least 55 have been identified as possible human carcinogens(243).  The vapor phase contains more than 500 compounds (243). It is commonly considered that among the tobacco toxicants, tobacco-specific nitrosamines (TSNs) and polycyclic aromatic hydrocarbons (PAHs) are classes of compounds that most affect human cancer risk (245). Fowles and Dybing, using analogies to environmental pollutants have ranked what they considered the most potent tobacco carcinogens (203).  Tobacco and tobacco products have changed over time, with resultant differences in predicted exposure using the FTC method for the measurement of "tar" and "nicotine"(243).  It is known that the FTC method for estimating tar exposure provides substantial underestimates of actual human exposure because it does not sufficiently mimic human smoking behavior (246).   Cigarette smoke condensate is mutagenic in bacterial and human cell lines, and can cause a malignant transformation in human bronchial epithelial cells (247).  Tobacco smoke constituents and tobacco smoke tar are carcinogenic in experimental animal models (248-251). In the human lung, the large variety of smoke carcinogens induces a large variety of genetic and epigenetic effects that create a "field effect" that allows for cumulative damage that leads to the development of cancer cells (252).  Before the development of cancer, even normal appearing cells have evidence of genetic damage and gene regulation changes (e.g., changes in microRNA and messenger RNA) in smokers compared to non-smokers.  There are specific genetic mutations identified in lung cancer that are believed to be part of the carcinogenic process

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 42

(253).   One pathway that has been particular implicated that links smoking to lung cancer is inflammation.  Inflammatory cells and cytokines are increased with smoking, and these are considered part of the carcinogenic pathway (252).

The substantial impact of smoking on numerous disease and worse overall mortality is well-known (196, 254-259).   Among persons who survive to the age of 70, less than 10% are current smokers (**Figure 9**, copied from Jha, 2013) (258).  Overall, independent of age, smokers live about 3 years less than non-smokers (260).  However, **Figure 10** (copied from Jha, 2013) shows that an 80 year old never smoker would be living 12 years more than a current smoker (258). **Figure 11** shows that for men at the age of 60, that while 65% of smokers are still alive at age 80, this is true for only 32% (copied from Doll, 2004)(257).



This is a study of men who have a high socioeconomic status and were doctors and so likely underestimates the survival difference because of the types of cigarettes that they would have smoked (filtered "light" cigarettes)(196, 261).  Consistent with the data showing that smokers live less long, there also are numerous studies demonstrating that persons who quit at any age have a longer life expectancy, although the impact is less when quitting at later ages (255, 258, 262, 263).

Life Tables are provided by the Centers for Disease Control (CDC) for life expectancy and the likelihood that someone will live until a specific age, e.g., for 2012 and released in 2016 (264).  These clearly vary by age and race/ethnicity; data for vulnerable subgroups such as persons who smoke are not provided by the CDC. Thus, these tables would overestimate the survival of subpopulations such as smokers (265).  There are methodologies, however, that can be used to adjust life tables based on co-morbidities (e.g., heart disease, stroke, hypertension and high cholesterol) and for smoking (266-268).  This has been done by researchers

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 43

considering smoking and all causes of death, and with lung cancer removed to estimate the burden of lung cancer (259, 269).

Given the high burden of smoking on disease, it also follows that smokers have less productive working years (141). This is due overall to premature mortality as well as increased disability (270).  Across all ages, the mean loss of working years for smokers is 3.3  less due to disability (260).



Figure 12: Survival by Age and Smoking Status (From Jha, 2013)

Figure 13: Percent of Smokers Surviving By Age (From Doll, 2004)

In summary, if one assesses the causation criteria by Bradford-Hill to smoking and lung cancer, every criterion is fulfilled.

## SOME MAJOR CAUSES OF CANCER

While there are well established known causes and risk factors for cancer, the cause of cancer in most people is unknown.  Such cancers are termed "idiopathic".  Some patients might have one or a few identifiable risk factors, bust most risk factors convey only small risks and so the attributable risk would be small. The known causes of cancer can be generally lumped into groups as chemicals (e.g., benzene and diesel exhaust), physical agents (e.g., asbestos and radiation), and infectious (e.g., virus and bacteria).  It is important to note, as indicated below, that a carcinogen might be identified as a cause of a particular cancer, and in some cases several cancers, but carcinogens are not known to be established causes of many cancers.  As such, carcinogens have target organ specificity, and it cannot be opined that if a carcinogen is a known cause of a cancer type, then it is a cause of any type of cancer.

## GENERAL DISCUSSION OF NON-HODGKIN'S LYMPHOMA

Lymphomas are a group of hematologic cancers that have distinct characteristics,

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 44

clinical courses and treatments.  It is presumed that they also have different etiologies as well (271, 272).  Lymphomas are the largest category of hematological malignancies. Lymphomas arise from lymphocytes, which are cells that are part of the immune system. These cells reside mostly in the lymph nodes, spleen and bone marrow, but also in all other organs of the body in smaller amounts.  Lymphocytes can circulate through the body via the blood and lymphatic systems.  Most lymphomas arise in the lymph nodes.  Chromosomal abnormalities are seen in virtually all lymphomas, with some specificity for the type of lymphoma.  For the purposes of this report, I will consider specifically mantle cell, marginal zone and follicular lymphomas for diagnosis, treatment and prognosis.  However, for etiology, each of these types will be specifically considered when possible, but in actuality, most studies only report data for all non-Hodgkin's lymphomas combined, and so the latter applies unless otherwise indicated.

Non-Hodgkin's lymphoma can be classified in several different ways. There are currently more than 30 classified histological subtypes.   Classification schemes have changed over time in order to specifically classify study subjects to enhance research and identify types of lymphomas for clinicians to provide treatments to similarly identified subjects in research studies.

Lymphomas are generally classified by the type of lymphocyte involved (e.g., B or T cell), prognostic categories, their appearance under the microscope (91, 273).  The diagnosis is made by microscopy, immunohistochemistry staining and chromosome analysis (273-275). The correct diagnosis is important because the prognosis, course and treatments can vary.  For example, we classify lymphomas as high, intermediate or low grade, where the former can be much more aggressive, and paradoxically the easiest to cure.  Conversely, low grade lymphomas tend to be chronic, affecting people for years because they are slow growing, and are more difficult to treat.  A formal method for classification that had been widely used that was proposed by the International Lymphoma Study Group in 1994 (276), for which the clinical utility has been demonstrated (277).  However, other classification schemes have been developed since then, and in 2008, a new classification by the World Health Organization was adopted (273, 275, 278).  The most common type of non-Hodgkin's lymphoma are diffuse large B cell lymphomas (DLBCL), comprising 30-50% of  B-cell lymphoma cases (279-281).  These types of lymphoma are frequently fatal if not treated, but in the last 10-20 years, the treatments have substantially improved.  As a combined group with chronic lymphocytic leukemia (CLL) and small lymphocytic leukemia (SLL), these are the next most common among B-cell malignancies, about 30% as well.   The cancer incidence rate for diffuse large cell lymphomas is about 7.14 and for CLL/SLL is 5.17 per 100,000 person-years.  The next most common form of NHL are follicular lymphomas, with a rate of 3.18.

According to the American Cancer Society for 2009, non-Hodgkin's lymphoma overall is the 6th most common cancer in men and fifth in women, excluding skin cancer, and is the ninth most common cause of death due to cancer among men and sixth among women (282). In 2010, about 475000 Americans are living with non-Hodgkin's lymphoma, 150,000 Hodgkin's

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 45

disease, 43,000 leukemia, and 70,000 multiple myeloma.   It is estimated that about 65,980 new cases are diagnosed each year in the United States, and 19,500 die from this disease.  The incidence overall in some ways has been slowly increasing from 1975 to 2000, but some of this is attributable to better diagnostic methods and HIV infection (a major risk factor for lymphomas) (93, 283).  Other reasons might be the increasing rates of obesity and diabetes (see below).  Also, rates since 1990 have apparently stabilized and may be decreasing, or at least the increase has slowed for some histological types (279, 282, 284-286).  Specifically, diffuse large cell B cell lymphomas and follicular cell lymphomas are relatively stable, small lymphocytic lymphomas have decreased and marginal zone and marginal zone and mantle cell lymphomas have increased (281).   It has not been possible to attribute changing incidences of non-Hodgkin's lymphoma to a particular exposure; it apparently is occurring worldwide in both urban and rural areas (285).  The lifetime chance of getting a non-Hodgkin's lymphoma is 1 in 45 for men (282).  The overall 5-year survival is 57%, but this varies considerably by type of lymphoma.  Men are affected more than women (279, 281, 282, 284, 287).  For diffuse lymphomas, the age incidence increases steadily from the age of 20 to 80; at age 60, it is about 10 per 100,000 people (279, 281).   For CLL/SLL, the incidence rates increase steadily from about the age of 25 (281).  It also is more common in men than women, and less common in African Americans (287).  For some lymphomas, such as follicular and mantle cell, the rates are almost double for Whites, and 50% increased for DLBCL (281).

        The development of B-cell lymphomas mimic normal B-cell differentiation, and there are many types of B cell malignancies, e.g., lymphomas, multiple myeloma and leukemias; most hematological malignancies are of B-cell origin (74, 288).  B cell differentiation is relatively well described and the transformation to lymphoma is thought to occur during genotoxic events that develop during what is known as the germinal center reaction (75, 80, 288).  Germinal centers form naturally generally within nodal tissues like lymph nodes, spleen and tonsils, when a foreign antigen is encountered and B or T cells become activated to attack the antigen (81).  They are composed of highly proliferated cells.  The genetic defects lead to a change in transcription factors that normally regulate B-cell differentiation, but then promote lymphomagenesis (80, 288).  These generally lead to a specific type of lymphoma, supporting the understanding that it is not a single stem cell that leads to any type of lymphoma or hematological malignancy (80, 288, 289).  The gene defects are usually chromosomal translocations that involve the Ig locus and associated with somatic hypermutation or class switch recombination, or they occur during V(D)J recombination of immature B cells (80, 288).  These gene defects are actually a normal process that the immune system depends upon to promote gene diversity to fight antigens.  However, this normal process can go awry, and when the translocations erroneously happen adjacent to critical cancer genes, e.g., oncogenes, then a lymphoma can develop (79).  These abnormal translocations affect gene expression and cytokine production that upsets the balance among cell survival, proliferation and programmed death, leading to clonal expansion of the early lymphoma cell.  Examples include the t(8:14) translocation of Burkitt lymphoma, t(11:14) for mantle cell and t(14:18) translocation of

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 46

follicular lymphomas. BCL6 translocations are found in a subtype of diffuse large B cell lymphomas.   NHL and its subtypes are no different than other cancers and typically have observable cytogenetic abnormalities via a variety of techniques.  And many of these are characteristic and diagnostic for specific NHL subtypes.  However, it should be noted that specific chemical exposures are not known to cause an increase in DNA damage in lymphomas in general or in specific NHL subtypes.  There is one study from 1989 that reported that patients exposed to solvents (not defined) more frequently had chromosomal aberrations, with a tendency for these to be at 14q32 (290).  However, the study results were not replicated and were done at a time when NHL classification was crude.  Thus, it is unclear what the investigators were measuring for both exposure and outcome.

There is some consideration that immunodeficiency leads to lymphoma, and this depends on the degree of immunodeficiency, but as explained below, the exposures at issue in this case do not cause immunodeficiency syndromes, and have not been demonstrated to be immunotoxic in humans (86).

It is unclear what triggers the development of one type of hematological malignancy versus another, and for specific lymphomas. Clearly, there are substantial morphological, molecular and clinical differences among the hematological diseases.   There is a complex lineage development with numerous markers that become expressed or unexpressed as cells differentiate (74).  Genetic events that promote cancer happen within each cell type so that a particular lymphoma type develops, e.g., a pre-B lymphocytic, follicular, mantle cell and marginal zone lymphoma, or multiple myeloma.  (In some cases, like EBV-induced Burkitt's, the effect is in a defined window of differentiation (88).)  This is thought to happen to stem cells, but there are more and less differentiated stem cells that lead to different leukemias, lymphomas and myelomas (289).  In fact, there are decision points that occur that lead to the development of one type of lymphoma or another, and although we do not know the triggers of these for most lymphomas, it is likely that according to the principles of chemical carcinogenesis, there are different cellular susceptibilities for the triggers (289, 291, 292). (This assumes that chemicals trigger this decision point; given that common carcinogens such as cigarette smoke and alcohol drinking do not cause lymphomas, it may be that hematological stem cells that lead to different lymphomas are relatively resistant to chemical carcinogens.)  As an example of particular more mature stem cells being affected to cause different lymphoid cancers, it is known that multiple myeloma and the associated gene rearrangements occurs in the maturing B cell that is undergoing normal mutation and rearrangement to make antibodies, which is why the paraproteinemias are precursors to multiple myeloma (293). The decisions about differentiation are governed, in part, by transcription factors and cytokine receptors (74, 75, 77, 81, 294, 295).

Hematopoietic differentiation decreases with aging (75).  This implies that the effects of gene damage in lymphomagenesis happens via more differentiated lymphocytes given that lymphoma risk increases with aging.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 47

There are a few examples of chronic antigenic stimulation leading to the formation of lymphomas, although there are none known for mantle cell lymphomas.  The best example is the development of gastric mucosa-associated lymphoid tissue (MALT), which occurs as a result of chronic helicobacter infection and regresses with treatment for the infection (See **Figure)** (288, 296). MALT lymphomas are a common low-grade B cell lymphoma, with unique chromosomal defects and which can be triggered by other infections as well (288). (A very small subset of gastric MALT lymphomas can transform into high grade lymphomas.) Figure 4 shows the development of MALT relating to helicobacter, and associated genetic changes (288).  It also is known that chronic hepatitis C infection also can produce a MALT lymphoma in a similar



way as helicobacter (288).  However, hepatitis C virus is not known to increase the risk of mantle cell lymphomas (297).  It should be noted that PCBs do not cause clinical symptoms related to helicobacter or chronic hepatitis C infections, do not have similar immunological reactions, and are not known to cause the genotoxic effects noted to occur in the Figure.  As another example of chronic antigenic stimulation, some autoimmune disorders, where the patient's cells act as the foreign antigen, also can cause lymphoma (102, 288).  These very clinically apparent disorders are manifested by significant immunological alterations.  The cytokines that trigger autoimmune disease-related lymphomas are different than for other

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 48

types of lymphomas.   Again, PCBs do not cause autoimmune diseases or the alterations seen in those diseases that are associated with lymphoma development.


## PCB METABOLISM AND BODY BURDENS

A detailed description of PCB pharmacokinetics in animals and humans must take into consideration the complexity of various Aroclor compositions, and also genetically determined differences across species; however, certain general properties of PCBs can be described.  PCBs can be absorbed through the skin, lungs and gastrointestinal tract (298) .  Dermal absorption is the major route in occupational groups (299), while ingestion is generally the major route in reported environmental exposures  (300-303).  In adults non-occupationally exposed, most PCBs come from dairy products, meat and fish (298, 304-313), and levels vary depending on types of diet (e.g. Mediterranean-like)(314-316).  PCBs are transported by the blood stream for redistribution mostly to adipose tissue.  Increased BMI is associated with higher PCB levels, but varies by congener (310, 317, 318) (319, 320), although the opposite for lower levels may be the case for children (321). An equilibrium is established under which partitioning among tissues remains relatively constant for a given species (see below for human discussion). Elimination of PCBs is slow, and even low levels of absorption can lead to bioaccumulation. In the general population, PCB levels are declining, although this varies by congener (315, 322-328), and older age populations have higher levels (313, 315, 316, 318, 321, 325-327, 329-331) (319, 320).  Non-occupational levels of persons in the general population at the highest levels are still correlated with BMI and age (332).  Levels of PCBs can vary greatly by regions (333).

PCBs are highly lipophilic, and so the highest concentrations occur in adipose tissue of any species (298). .

The input-output equation for ingestion and excretion for feces demonstrates the potential for bioaccumulation in humans, and this is dependent on higher body fat, where low body fat actually has a net excretion for some congeners (334).  Thus, as people typically gain weight in later life, their input-output equation for different congeners will change, where some will bioaccumulate and some will be excreted (303, 335).  Other determinants of the input-output equation were the individual congener (lower chlorinated congeners are absorbed more efficiently), BMI and  weight changes (decreasing BMI increases levels)(see below) (334, 336). Other studies report the relationship of net absorption to increased blood lipid PCB levels and net excretion in older people (337).  At low dietary exposures, excretion will be greater, while higher dietary exposures will result in bioaccumulation (298).

PCBs are metabolized in the liver to form hydroxylated compounds  (338-343).  They can be excreted as such, or as methylsulfonyl or glucuronide metabolites formed via other metabolic pathways (342-344).  Lower chlorinated PCBs are metabolized faster than higher chlorinated PCBs (341). PCBs with chlorines in the meta- and para-positions increases the

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 49

chances of cytochrome P450 (CYP) mediated transformation (341). The rate of formation of
metabolic products varies depending on the congener and animal species.  Dogs and rodents
metabolize PCBs relatively quickly compared with primates (339).  People metabolize PCBs
differently, and so experimental animal studies have little relevance to human assessments.
Most information about PBC metabolism comes from laboratory studies; there is insufficient
study in humans to understand which metabolic enzymes affect PCBs, but cytochrome P4501A1
is involved (298, 341).  Indirect evidence also indicates a potential role for CYP2B6, and its
genetic variants (345).  Metabolism results in the formation of hydroxylated metabolites, which
are further metabolized to glucuronic acid or sulfate conjugates, and there are reactive epoxide
and semiquinone intermediates (298, 341).  Excretion is via the biliary tract to feces or via the
urine.  PCBs may affect the metabolism of other compounds.  PCBs have been found to induce
cytochrome P450 enzymes in various organs of laboratory animals, including liver, lung, and
small intestine (346, 347).  This induction may alter the metabolism of other chemicals, but may
only have minor effects on the metabolism of PCBs.  Different P450 enzymes are induced
depending upon the number and position of chlorine atoms within the PCB congener, e.g.,
meta- and para- versus ortho substitution.  Induction varies widely across species (338, 346,
348, 349).  The coplanar congeners tend to cause the greatest induction of aryl hydrocarbon
hydroxylase, compared with mono-ortho-substituted compounds, and then other congeners
(see above) (346, 350).  However, other PCBs primarily induce other P450s.

        The half-life of PCBs in the body varies by congener, but is shorter in experimental
animals than humans, and in general is less for lower chlorinated congeners, and range from 1
to 90+ years depending on the congener and the study.  (PCB levels in the environment have
been decreasing since the 1970s, with half-lives in fish and air about 9-17 years (351).)  Half-
lives in different studies have been reviewed, and given the wide range of half-lives depending
on the congener, it is clear that there are numerous factors that affect half-lives, and
uncertainties (329, 336, 352-355). Half-lives will vary depending on the current level, where
PCBs half-lives are shorter with higher levels (328, 356-358). Older persons have longer half-
lives due to slower metabolism (329), although in one study congener half-life for PCB105 and
PCB 156 were independent of age (half-life 5.79 and 15.1 years, respectively) (329). In a
publication by Seegal and coworkers, 45 heavily exposed capacitor manufacturing workers
were studied over a 28-year period (359). They reported a range of half-lives in men ranging
from 4.2 to 33.3 years and for women ranging from 6.6 to 90.1 years; the half-lives were
greater for higher chlorinated congeners, women, and low initial exposure.  The sum of all PCBs
was 9 years for men and 19.8 years for women.  There was a ten-fold decrease in levels over
the 28-year period, estimated to be twice that for the general population.  The coplanar and
mono-ortho coplanar congeners are the least readily metabolized (298).  In a small group of
occupationally exposed  persons, the serum half-life was reported to be 6 to 7 months for
Aroclor 1242 and 33 to 34 months for Aroclor 1260 (360).  In other studies, the half-life in
workers was about 2.6 and  4.6 years for lower chlorinated congeners and higher chlorinated
congeners, and 1.8, 3.3 and 4.1  years for Aroclors 1242, 1254 and 1260, respectively (361,

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 50

362).  An overview of studies (352) concluded that there was substantial variation in reported half-lives among all studies published.  (The wide values reported in the literature limit the confidence for speculating what a person's levels would be earlier in their life.)  The elimination rate of PCBs in the body also is related to the body burden, where higher levels are cleared faster, likely due to the induction of metabolizing enzymes by PCBs (357, 363). Higher percent body-fat increases half-lives (336, 353). Weight loss affects congeners differently for men and women (see below) (364).  Thus, workers with higher levels will have shorter half-lives, and persons at background and with environmental exposures will have substantially longer half-lives.  This can be seen, for example, in YuCheng and Yusho patients, with levels determined as much as 30 years from exposure (365).  For example, the average initial half-lives were 4.6 years, but 14-29 years later when the levels were much lower the average half-life was 14.6 years. An additional hypothesis for long half-lives for persons with low blood levels is that continued exposure impacts the input-output equation (352).  Also, the biological half-life increases with aging, so that as time goes on, an individual's half-life would increase (365).  For the non-occupational setting, the half-life of total PCBs has been estimated to be 25 years, and factors such as pregnancy and lactation affect this, as well as the initial PCB level (336, 366). In a study of tetrachlorophenol workers not occupationally exposed to PCBs, but with high levels of other organochlorines, the reported half-lives of approximately 5 years for PCBs 105 and 118, 11 years for PCB 138, 14.4 years for PCB 153, and 20 years or more for PCB 180 (354).

Serial blood testing was done for Akwesasne Mohawk adolescents (collected between 1995–2000) and again in young adulthood (collected between 2000–2005) and reported half-lives (age mean age at baseline was 13, and 18 at follow-up; n=151) (336). This is a significant study because the community reported a significant change in locally caught fish consumption, and represents a time of rapid body size and metabolic changes. Overall levels decreased over time.  The study demonstrates the long half-lives (5 to 27 years depending on the congener), and some subjects increased levels over time. Other studies from that cohort indicate that even low-level fish exposure can still affect body burdens, and inhalational pathways may contribute as well (although not replicated in other studies) (312).

There is some evidence that Olestra consumption may reduce PCB levels, as reported for a pilot trial of Anniston residents over 1 year (367).


### PCB body burdens

The measurement of PCB levels in the blood is a well-accepted method for determining exposure to PCBs and actual body burdens.  It is the most frequent biomarker used. Historically, PCB levels were reported on a wet weight, but now they are reported on a lipid-adjusted basis. There is no data, however, that the latter is better predictive for the risk of disease, but it does recognize that levels vary among individuals based on their lipid concentrations (368, 369). The conversion for wet-weight to lipids is simple math based on the lipid blood levels.  Most PCBs in

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 51

the body are PCB 138, PCB 153 and PCB 180, and using just these 3, or with the addition of PCBs 28, 52 and 101, there is a good correlation with measurements of all 209 theoretical congeners; levels of these 3 or 6 congeners can be formulaically used to estimate total levels (191). Generally, individual congeners are correlated with each other and other organochlorines (321, 370). A summary of the detectable PCBs in the body are shown in the **Figure** below (copied from Kraft, 2017) (191). It should be noted that many of the high TEF congeners that IARC considers to be carcinogenic in humans are not detectable or only present at less than 1%.

Body burdens in humans depend on many factors, including route and length of exposure, gender, age, higher body fat, and possibly extent of alcohol consumption (301, 353, 369, 371-378). The correlations are reported similarly for African American women, including higher levels with age and smoking and lower levels with higher BMI (378).



Fig. 3. Share of single PCB congeners (>1%) to the total body burden in 44 blood samples and in 42 plasma samples from Bavaria (Median).

Among the many datasets available for documenting the level of PCBs in the general US population is the National Health and Nutrition Examination Survey (NHANES) by the Centers for Disease Control. They provide data for PCBS and many other organochlorines; the NHANES study is not a PCB study but a descriptive cross-sectional study of numerous environmental exposures (including smoking) and clinical parameters in the blood and physical examination. The subjects are considered representative of the general population and they report weighted percentage of subjects by age and quartile. The latest report is the Fourth Report on Human Exposure to Environmental Chemicals (379), but there are updates on-line and the data can be obtained for analysis, with the most recent sampling for organochlorines (and PCBs) dated

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 52

January, 2019 (https://www.cdc.gov/exposurereport/index.html).  The data provided by the
CDC is presented in a way that is typically used by physicians and scientists for interpreting
clinical tests, such as blood cholesterol, hemoglobin, and glucose.  In medical practice, the 95th
percentile is routinely used for determining the upper level of the reference range for clinical
laboratory tests.  The 95th percentile reference range is provided by clinical laboratories for
virtually every quantitative value, and this range is routinely used by physicians to determine
what laboratory tests might have clinical relevance.  This range is so commonly used as an aid
to physicians, clinical laboratories place an asterisk or otherwise flag values that are outside the
95% reference range.  (Typically, the mean values are not provided to clinicians.)  If the levels
are not above values determined by population studies, then there is no particular attention
called to them, even if they are close to reference range limits.  It is important to realize that
while some physicians may refer to the reference range as "normal", the reference range
actually does not define "normal", clinical or subclinical effects.   Further, physicians recognize
that results falling outside the reference range, especially those that are close to the reference
range, may still represent normal values for the patient and/or may not be clinically significant.
As stated by the CDC in the 2009 report, the intended purpose of the data is (page 8): "The
higher percentiles (75th, 90th, 95th) provided for each chemical convey useful information
about the upper distribution and range of levels in the population. The 95th percentile is
helpful for determining whether levels observed in separate public health investigations or
other studies are unusual."

        Needham and coworkers (2005) used the data from the CDC Second National Report
and summed the levels among individuals for 11 PCB congeners that they considered
representative for total PCB blood levels, and they reported levels at the 95th percentile as 3.04
ppb wet weight and 463.6 ng/g lipid levels (380).  The also considered that congeners 138, 153
and 180 represented about 65% of congener profile levels, so that the sum of these three times
1.54 would also provide an estimate of the total level. Using this method, they stated that the
95th percentiles were 2.77 ppb and 418 ng/g lipid.  They also stated that the median age of
those with the highest whole weight levels was 65 years, with a 95th percentile upper bound of
83 years. A publication by Jain and coworkers (2010) indicated that in the NHANES dataset that
they could estimate total PCB levels with a regression coefficient of 86.6% if the regression
equation included age, gender, race/ethnicity and only congener 153 (381).  However, the
authors cautioned that this equation might not be applicable to special populations, such as for
persons who consume high amounts of fatty fish.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 53

Several publications have provided additional information from the NHANES data. Patterson and coworkers published TEQ data based on age, gender and race/ethnicity, and used age groups of 20-39, 30-59 and >60 (370). Nichols and coworkers published data age in 10 year intervals (382). Patterson and coworkers also provided 2003-2004 by age, race/ethnicity and gender categories of 20-39, 40-59 and >60, and provided confidence intervals for each percentile (383). Also, there is wide differences by racial and ethnic groups, and changes over time with decreasing levels are greater for younger adults compared to older adults (384).

In the NHANES dataset for the U.S. population, age, race/ethnicity and gender explained 54.8% of the variance in total PCBs (381). Higher body mass is associated with increased PCB body burdens, although measurements in blood and fat vary by congener and may not vary by BMI in some studies (377, 385-390). This indicates that there may be a dilutional effect that when there is a larger compartment to distribute into, the measurable levels can be lower. The associations, however, may vary by predictor and congener (391, 392). The number of children and more breast-feeding decreases levels (310, 320, 353, 377, 393). The calendar year at birth reflects the potential for exposure to times when there were higher food exposures (320, 335). Smoking has been associated with higher and lower levels, depending on the PCB congener (353, 394).

Although PCB levels have been decreasing overall in the general population (303) (315, 322-327), PCBs bioaccumulate in the body, so that persons exposed to background levels in the diet have an increasing or decreasing levels of PCBs in their body as they age, depending on their input-output equations (335) (315, 321, 325-327, 329, 330). For example, over a five-year period, about 70-75% of women decreased levels, while 25-30% increased levels (395). This depends in part on body mass index, weight change, lactation, age and higher blood level (335, 366). As another example, while congener 153 decreases over a 10-year period, the rate of decrease is less in persons who have higher consumption of fish (396). It is difficult to predict prior levels of PCBs by measuring current PCB blood levels, e.g., among persons consuming fish contaminated with PCBs, or in persons with high exposures to PBBs, prior body burdens can be higher or lower. This is supported by an analysis by Verner and coworkers (397). An another example, Vo and coworkers conducted PCB testing in 126 pregnant women at baseline and again measured PCB blood levels after 22 years, from 1978-1982 to 2003-2004 (366). The study indicates that higher levels of PCBs at baseline predicted lower levels at follow-up, indicating that back-extrapolation to estimate earlier PCB levels is problematic. Other findings of this study indicate that weight loss over 20-25 years exerts a positive effect, and that a higher BMI at baseline predicted lower rates of excretion. However, for the latter effect the

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 54

BMI would reflect the pregnancy BMI and so this data is not generalizable to non-pregnant people. While somewhat informative, there are two major limitations to this study. The first is that the baseline blood draw occurred while women were at the end of their term pregnancy and the second was that lipid levels were not available for the baseline assessment and so the results were not lipid adjusted. (The authors adjusted baseline data for lipid content using levels estimated from another study.)   The comparison for baseline and follow-up levels yielded a correlation coefficient of 0.43, based on wet-weights, and an estimated 0.5 based on lipid-adjusted estimates.

The 2000 ATSDR Toxicological Profile for PCBs provides data from different studies for nonoccupationally exposed persons who are not fish eaters over a 20-year period.  The arithmetic means have generally been decreasing for the most recent studies.  Generally, background levels are less than 10 ppb (for example, see the summary table in the 2000 ATSDR Profile, Table 6-21) (398).  In contrast, occupationally exposed persons can have PCB blood levels up to 3,300 ppb (399).  PCBs levels vary depending on whether the person is fasting, but lipid adjustment corrects for this variation, which can be as much as 29% (400).  As evidence of the high levels of exposure among occupational studies, many of the workers have a history of chloracne.

The 2000 ATSDR report on pages 557 and 560 states "Currently, mean serum PCB levels range from 0.9 to 1.5 ng/mL in individuals who do not have a diet high in fish, especially fish from the Great Lakes (Anderson et al., 1998; Hanrahan et al., 1999)" (401, 402).  The statement is directed toward the Hanrahan, et al., paper (401).  Although the reported mean was 0.9 to 1.5 ng/ml, depending on the gender, that study has a PCB blood level range up to 9.7.  Specifically, in women, the mean was 0.9 with a reference range of 0.5 - 3.3, and in males the mean was 1.5, and the range was 0.5-9.7.  There are reasons to believe that this paper is not broadly applicable and may be biased.  There were 1664 referents approached, but only 99 agreed to provide blood.  It is unknown how these individuals actually represent the general population.  The level was determined in systematically collected persons who did not consume Great Lakes fish.  They were not sport fisherman and ate less than 6 Great Lake fish meals per year.  In fact, these referents were infrequent fish eaters; an important exposure to PCBs in the general population is through fish consumption.  Thus, their levels might be lower than the general population.  Also, levels are known to vary across the United States, for example being higher in some cities.  And the low participation rate of subjects increases the likelihood of bias in this study.  Participants were more educated and had a higher socioeconomic status so it is unknown what bias might have been introduced through the low participation rate.  The study

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 55

suggests a difference in levels for men and women, however, the range of results for each gender were very different for unclear reasons.

Several studies are available for blood levels among residents of Anniston, Alabama, the location of a Monsanto plant and where levels of PCBs in the environment are elevated (403). These studies have reported that PCB levels vary by race and are correlated with blood lipids, but vary by congener type (389, 404).

Inhalation is not considered a significant source of PCB body burdens, but there is some evidence that volatilized very low chlorinated PCBs have some correlation with blood levels, with correlation coefficients of about 0.50(405, 406). As with the general population, higher levels were observed with age, race, smoking and fish consumption; eating clay also had a strong effect among African Americans (407, 408).

PCBs can be detected in many organs of the body, and levels will vary depending upon fat content; on a lipid basis, levels in different organs are similar, and increase with age (409, 410). Historically adipose levels are generally less than 3 ppm in the general population, but levels up to 33 ppm have been reported in the occupational  setting (369, 399, 411).  In 1985, it was reported in the National Human Adipose Tissue Survey that levels above 3 ppm in the general population have been decreasing over a 10-year period ending in 1983; however, the prevalence of any detectable level has been increasing (374).  There are recent studies around the world, including in areas with high environmental exposure, where a wide range of Aroclor and congeners can be observed (376). The factors that affect levels in adipose tissue are similar to those of blood, described above, e.g., levels are higher in older people, increased with fish consumption (376).   The partitioning coefficient between adipose tissue and blood varies from 100 -190:1, depending upon PCB body burdens  (369, 411-413).  There is an intercorrelation for PCB congeners so it is not clear that the study of congener patterns or total PCBs is better than studying only a single congener, or the converse (414, 415).  Blood levels can be dependent on a number of factors, which differ depending on age (i.e., newborns, adolescents and adults) (376, 388).  For example, body fat has a higher correlation coefficient in adults, compared to adolescents and newborns.  Age has a greater effect in newborns than adults.  Gender affects levels in adolescents.  There also is a seasonal variation in blood levels, as much as 14% (388).  A recent study by Cho and coworkers indicated that both lean mass and fat mass were correlated with PCBs in persons over the age of 50, but under 50 the congener correlations were different (positive and negative) depending on the mass compartment and PCB concenter (416).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 56

Some studies use carpet dust PCB levels as surrogates for body burdens.  This is a poor marker, however (417, 418).  The determinants of indoor dust levels have some correlation with outdoor PCB sources, which is not the principle source of PCBs for the body (419).

### Occupational Body Burdens

The highest levels of PCBs found in people are from those exposed occupationally to PCBs.  This is well documented through blood and adipose tissue testing of representative groups of workers reflecting the work-place as a whole.  Actually, they likely underestimate life-time exposures because levels in the plants were historically much higher (see below for air levels) (359, 420).  Levels are well-correlated with duration of exposure (369).  For example, train workers who were regularly exposed to PCB-containing transformer fluids had an average, non-lipid adjusted, level of 33.4 ppb, with a range from 10 - 312 ppb (369).  Capacitor manufacturers have been reported to have a geometric mean of 26 ppb for Aroclor 1254, with a range of 1-546 and a mean of 161 with a range of 18 - 2530 for Aroclor 1248 (371).  Other data is available for capacitor manufacturers from General Electric (399, 421-423).  Workers exposed to PCBs as electrical public utility company employees had a lower chlorinated PCB geometric mean of 14, with a range of 5 - 52, while private utility company workers had a mean of 22 and a range of 9 - 48 ppb (399).  Similar levels were found separately for higher chlorinated PCB levels.  General population PCB studies indicate that occupation is a higher predictor of higher PCB levels than diet (424).

The available occupational studies do not assess cancer risk based on cohort blood levels.  Rather, they classify subjects based on retrospective exposure assessments.  There are PCB studies that validate this method, for example correlating exposure assessments with blood levels (356, 359, 424-426).

### Effects of weight loss, cancer and cancer treatment on PCB blood levels

Some studies, such as the ones discussed above for lymphoma risk, are case-control studies where patients are assessed at time of diagnosis for PCB levels.  However, this introduces a bias because these subjects are sick and have weight loss and other metabolic effects related to cancer. Weight loss is known to increase blood PCB levels, presumably due to transfer of PCBs from fat to the blood during lipolysis (364, 366, 388, 395, 427, 428).  While many studies show this occurs over the short-term, other studies indicate the effect is persistent over 20-25 years (366).  While levels in individuals may decline over time, losing weight makes this decline less while gaining weight increases the decline (395, 396).  In a 15 week clinical trial for weight loss, all measured congeners increased for men, although the

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 57

increase for women was less and not for all congeners (364).  Among the best evidence to show that blood levels increase are studies of subjects undergoing bariatric surgery or diets (428-430). A study by He and coworkers (2017) studied 40 subjects undergoing weight loss after 64 weeks through protein packing and caloric restriction showed that PCB levels increase with weight loss (431). However, some specific congeners went up, while others were more stable. None were reported to decrease.  As a corollary, Glynn and coworkers measured the changes for lipids, weight and PCBs during pregnancy (387). The results showed that blood lipids increased while lipid adjusted PCBs decreased, indicating a dilutional effect.

An important study from Spain measured PCB levels in both breast adipose tissue and serum for breast cancer patients (319). They reported that weight loss increased serum PCBs, but decreased breast PCBs, indicating a mobilization effect. Other studies show that after 5 years, there may be a re-equilibrium established because levels are similar for subjects who did and did not lose weight (430).

There is very limited data to indicate the effects of cancer and cancer treatments on PCB body burdens. There are only two studies that assess this, which give conflicting data (432, 433).  The studies provide a confusing picture of whether the observed changes are due to cancer, chemotherapy or both.   Clearly, the effects of weight loss, and perhaps cachexins or other proteins secreted by cancers without significant weight loss, immune responses, changes in diet or lifestyle, effects of cancer on metabolic pathways, changes in partitioning coefficients, and effects of therapies on metabolic pathways makes the assessment of PCB body burdens complex.  This is even more true if one were to consider individual congeners.  The limited studies preclude conclusions about PCB body burdens prior to the development of cancer, and do not address the usefulness of case-control studies for understanding PCB and lymphoma causation due to case bias.

Porta and coworkers studied the effects of symptoms in pancreatic cancer patients (434).  They showed that symptoms such as jaundice, diarrhea and vomiting could increase levels.  They assessed a history of weight loss in the context of a constitutional syndrome and did not find any relation to PCB levels.  There was a relation, though with time from onset of symptoms to blood draw/ The longer the duration, the higher the level, indicating that feeling unwell, a possible surrogate for weight loss, increases levels.  It should be noted that this study was cross-sectional, did not adjust for body weight and did not do serial measures.

A recent study by DeRoos and colleagues was a cross-sectional study of body composition and weight change in relation to PCB blood levels (392).  As with other studies, higher BMI and several measures of fat mass was associated with lower total PCB blood levels, however the results for individual congeners varied.  Weight gain had both positive and negative associations with individual PCB congeners.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 58

## PCB IMMUNOLOGY AND IMMUNOTOXICITY

Associations for PCBs and the immune system has been extensively studied, with consistent results for minimal impact without clinical significance.  While some positive studies exist, the effects are minimal and subclinical, and the studies are frequently confounded and/or biased.

Among the best groups to assess associations for PCB exposures and effects on the immune system is to assess PCB-exposed workers.  As above, these workers have had very high levels of exposure, some 100-fold more than background and the plaintiffs in this case.   Maroni studied 80 electrical workers exposed to PCBs with 42% chlorine and had non-lipid adjusted levels as high as 1319 ppb (435, 436). The levels exposures were so great that 4 workers had chloracne.  Although the investigators conducted in depth clinical histories, illnesses related to infections or autoimmunity were not identified.  The white blood cell counts and serum protein electrophoresis were normal.  Chase and colleagues studied workers exposed to Aroclor 1242 and had blood levels as high as 312 ppb and fat levels as high as 21 ppm (369).  Chloracne was identified, but no unusual medical histories relating to the immune system. PCBs were not associated with altered white blood cell counts.  Smith and coworkers studied capacitor manufacturers and electrical workers who underwent a clinical assessment and blood testing for white blood cells and a differential white blood cell count.  There were no observed abnormalities relating to the immune system.   Lawton and coworkers studied the same electrical workers twice over years, which was during and after PCB use was stopped (423).  The were no clinical complaints relating to the immune system.  Multiple white cell parameters revealed only an increase in the number of people with high percentages of lymphocytes and eosinophils while working with PCBs.  However, 3 years later this resolved and the percent monocytes were increased.  Globulins were not affected at either time point.   There were no symptomatic effects observed.  Emmett and coworkers published several papers about transformer workers.  In the first publication, although the workers underwent a detailed questionnaire and were hospitalized for 24 hours, no immunological issues were reported and the total protein levels were not related to exposure (437).  In a subsequent publication, the group reported that PCBs were not associated with changes in skin testing for delayed cutaneous hypersensitivity (411).  There was no difference for white blood cells or a differential for white blood cells (438).   Acquavella studied 205 capacitor manufacturers with levels up to 424 ppb, and while clinical symptoms were assessed, there were no reports related to immune system abnormalities (439).  In yet another study with three publications, Fischbein and coworkers studied 326 capacitor manufacturers and did not report any infection or immune

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 59

system problems in relation to PCB exposure (440-442), and one in Japan also had no other illness except for skin problems (443). One study reported only a eczematous rash on hands, arguably an immunological reaction,  but either way the relationship to PCB levels was weak (444). Other studies also document the lack of human evidence for clinically significant immune system effects (399, 411, 437, 438, 445, 446).  In summary, there have been many studies of highly exposed PCB workers that would have allowed the discovery of immune system problems easily.  If PCB exposure were to affect the immune system in ways similar to patients with autoimmune disease, then this would have been observed, at least, by the scientists in the above studies.  Further, as indicated above, the consistency among the scientific literature is that occupational exposure to PCBs is not associated with NHL.

Melino and coworkers reported an investigation of 12 workers who were exposed to a PCB fire in an electrical station; blood was drawn 14 days after exposure (447).  Although small numbers, there was no pattern to levels of immunoglobulins or lymphocyte subsets; a few workers had values outside of the reference range.  The reasons for this, though, could be many and unrelated to exposure.   In this study, actual PCB levels were not reported, and it was unknown what the exposure would have been for PCDFs and PCDDs.

Daniel, et al studied various immune system parameters in 146 workers "occupationally" exposed to PCBs via (448).  Actually, the authors classified occupational exposure as: "Most of them were teachers, construction workers, or telecommunication technicians who were exposed to PCBs in schools, building sites, or factories."  They wrote: " In conclusion, exposure to PCBs, HCB, or HCHs is associated with weak immunologic abnormalities. These results contrast with those obtained in earlier studies of blood levels of PCP, which showed a strong dose-dependent relationship with immunologic impairments."  Importantly, the subjects were patients with a variety of medical symptoms such as fatigue, memory problems, allergy type symptoms, bronchitis and other non-specific complaints, but severe enough to warrant medical evaluation.  The actual results were comparing assay results only within cases, as they did not assess PCB levels in the controls.  Given the selection of cases based on illness, it is not surprising that there would be some differences in immune assay results.  For correlations of the various parameters, there were a few that were reported to be statistically significant; all but one was not significant when corrected for multiple comparisons.

There are some studies of immune system testing in adults, children and infants who are exposed to PCBs only through the environment, i.e., at background (449).  One example are adults who consumed great lake fish, and the studies are summarized by Tryphonas in 1995 (450).  The author noted some early studies in consumers of Great Lakes fish in which multiple

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 60

chemicals and metals were present that reported increase in bacterial infections in both mothers and children.  There were no specific comments about these studies toward a casual conclusion, and the author wrote that future studies need to assess other exposures and consider antagonistic effects.  In a later review (1998), Tryphonas discussed other studies of children reporting various associations for PCBs and immune system testing (451).  Again, no causal conclusions were noted and it was stated that the clinical significance of such changes is unclear.  In contrast to the 1995 review, the 1998 review noted that there were no associations with infections.  Serder and coworkers (2014) used the NHANES dataset to report associations with white blood cells counts, but the authors noted that the subjects' levels were within reference ranges (452). Spector and coworkers (2014) used an exercise study in postmenopausal women and found no relation for PCBs to immune cell subtypes (453).

Van den Hovel and coworkers measured blood counts, CD counts, immunoglobulin levels and various symptomatology in 200 adolescents (454).  Remarkably, among all the assays, there was only a correlation with IgG levels and no other assays.  There also was an association only with bronchial wheezing and hay fever, but not any other types of wheezing. Allergy testing and other symptoms also were null.  When they conducted an assessment of all dioxin-like compounds they measured, they found that allergic diseases were decreased with higher levels.

Wiesglas-Kuperus studied 167 school-age children and assessed parental complaints of symptoms related to immune system dysfunction and infection (455).  They reported that while postnatal PCB exposure was associated with increased middle ear infections, prenatal PCB levels were associated with decreased shortness of breath and wheezing.  This contradiction indicates a chance finding, and it should be noted that most of the symptomatology that was assessed was not increased.

Weber and Roy studied infant cord blood of mothers who had primary fish-based rural consumption and urban diets (456).  PCBs, namely congeners 138, 153 and 180 in the former were 2-3 time higher than the latter.   DDE and mercury levels also were significantly higher. According to the authors, only subtle differences were identified of unclear significance between the two groups, as was true for the mercury and DDE.  Actually, nothing was statistically significant except for three markers - IgM, IgG and conA-5 CD54+CD4+.  Given the broad screen of assays, it is remarkable that more results were not different by chance alone, as it is likely for these results.  Also, when examined in relation to blood PCB levels, there was no correlation for the IgG and IgM, while these remained for mercury, lead and DDE.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 61

Schoenroth and coworkers assessed PCB levels in a population living near a hazardous waste treatment facility and used an assay for assessing autoantibodies (non-specific that would include lupus, rheumatoid arthritis and others commonly found in the general population) (457). They found no correlation for PCB levels and antibody titers, and no association with an increased prevalence for autoimmune illness.

Kumar and coworkers (2014) studied various markers of inflammation in a large population-based cross-sectional study of elderly Swedes providing mixed results with both positive and negative correlations (458, 459).

It also is important to note that in the laboratory there are many examples of antagonistic effects by different PCB congeners and other chlorinated hydrocarbons such as dioxin congeners (460, 461). This antagonism is thought to be clinically relevant (450).

The 2014 IARC report wrote: "No studies defining an association between exposure to PCBs and the development of inflammation in relation to cancer in humans were available to the Working Group." (152)

In summary, there are different types of studies that can be assessed for an effect of PCBs on the immune system in humans. These include occupational studies, rice oil poisoning and environmental exposures. Together, they clearly do not indicate a clinical effect on the immune system. While some studies indicate that there may be subtle subclinical effects, most of the assessed parameters are null or are inconsistent. For the scattered statistically significant results, assuming that they are not chance findings, it is unclear if the results represent a toxic or a protective effective, because clinical symptoms are both increased and decreased in different studies.

## PCB Biomarker Studies

Numerous studies assess correlations and associations for PCB levels and some biomarker intended to represent some type of disease risk. These studies are intended to infer disease mechanisms that may exist in humans. They are often considered as surrogates for disease outcomes, and useful for assessing risk for diseases with long latency, such as cancer. However, today, there are no validated biomarkers of cancer risk, so any relationship of PCBs to some type of biomarker can only be speculative for its inference for cancer risk.

Telomere length and activity have been extensively studied, but the relationship to predicting cancer risk remains a hypothesis (462). Shorter telomeres and decreased activity are considered part of the cancer process, and has been reported to shorten following PCB exposure in cell culture (see above). For PCBs, several cross-sectional studies provide the

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 62

converse result, which is that PCBs are associated with longer telomeres or increased activities (463-465). And, there are conflicting studies (464). A study by Ziegler and coworkers (2017) also found shorter telomere length in workers with some occupational exposure to PCBS from their work in transformer recycling company (466). To date, the relationship to cancer, however, remains a hypothesis (462).

Several studies have considered the relationship for PCBs with the immune system. There also is some evidence for increased inflammation correlated with PCB levels, including in pregnant women (467). Serial measurements over several years indicates correlation with immune cell subtypes, but levels remain within the general population reference range even for subjects with the highest PCB levels (468). A study by He and coworkers (2017) studied 40 subjects undergoing weight loss after 64 weeks through protein packing and caloric restriction showed that PCB levels increase with weight loss, along with a reduction in oxidative stress (e.g., TBARS) (431). Spector and coworkers (2014) studied postmenopausal women and not associations were found (453). Other studies report positive results, also of unclear clinical significance (459).

Some studies assess gene regulation and transcription in blood cells in relation to PCBs. The relationship of changes in gene regulation and transcription are of unclear human significance as it cannot be determined if any differences among subjects reflects normal and protective responses or adverse effects (469-471). If the latter, how they translate to actual human risk is unknown. Also, these studies are frequently and easily confounded by other factors, as they are sensitive to many lifestyle exposures and behavior (e.g., sleep, depression). Some studies consider DNA methylation in blood cells, although the relationship of this in blood cells that are heterogeneous and differentiated to cancer is unclear (472-476). Also, there are studies that attempt to explain changes in gene expression associated with PCB levels based on genetic susceptibilities, but the genetic polymorphism assays are not predictive of human cancer risk (477).

Oxidative stress and some hormonal markers also has been assessed for associations with PCBs with reported mixed results (458, 478). Such markers, however, are not known to predict future cancer risk.

***Genotoxicity:*** There are a few cross-sectional studies that have considered PCB blood levels or PCB exposure in relation to genotoxic biomarkers in the blood. A relationship to human studies for genotoxicity to cancer risk has not been established. In these studies, as is typical for cross-sectional studies, it is impossible to rule out confounding variables or to establish causality. Kalina and coworkers published a small study of Czechoslovakian PCB production unit (479). Chromosome aberrations and sister chromatid exchanges were measured in relation to PCB exposure. The exposed group was much older than the controls, and their PCB blood levels ranged up to a mean of 420 ppb. The authors reported that both the percent of aberrant cells (but not mean aberrations per cell) and SCE were increased with duration of exposure; whether this was due to duration or higher PCB levels was not studied. The increase in frequency did

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 63

not occur until after 10 years of exposure and mean blood levels greater than 487 ppb.  It should be noted that while the magnitude of PCB blood levels is much greater in exposed compared to controls, the increase in aberrations and SCEs were not.    It should be noted that these people also were exposed to benzene and formaldehyde, which are known genotoxins, although it was stated that these exposures were below permissible limits at that time.

Melino and coworkers reported an investigation of 12 workers who were exposed to a PCB fire in an electrical station; blood was drawn 14 days after exposure (447).  Overall, there was no difference for SCE and chromosomal aberrations in exposed versus controls, although the investigators reported that some workers had elevated levels.  The reasons for this, though, could be many and unrelated to exposure.   In this study, actual PCB levels were not reported, and it was unknown what the exposure would have been for PCDFs and PCDDs.

De Coster and coworkers conducted a cross-sectional study in Belgium of 1583 residents aged 50-65 (480, 481).  They measured cadmium, lead, DDE, hexachlorobenzene, PCBs, benzene metabolites and 1-hydroxypyrene. They also measured micronuclei, prostate specific antigen, p53 serum protein levels, comet formation in cultured lymphocytes and 8-hydroxyguanosine in urine.  Several markers were higher in urban areas and residents living near incinerators.  They also reported that congener 118 was associated with increased micronuclei and DNA damage, but neither the other congeners (99, 170, 138, 153 and 180) nor total PCBs were. Several confounding factors were reported, which included age, gender, smoking and BMI.  The regression coefficients, however, were quite low.   The authors also reported an association with consumption of fish fat, and vegetables for micronuclei, and meat fat, indoor burning, exposure to solvents, consumption of fish, and noise for the Comet assay. There are many things known to affect micronuclei and Comet levels not considered in this study, including other confounders, such as quality of life, exercise, sleep, and overtime working (482).  Thus, a conclusion for a relationship to PCBs is problematic.   P53 protein levels were higher for congeners 138, 153 and 180, but not 118.  It should be noted that the authors conducted a dichotomous analysis for persons above and below the 90th percentile for p53. Why this cutoff was used and not some other percentile was not apparent, although the rationale was presented that there was evidence for a bivariate regression plot.  Oxidative damage was not related to PCBs. Unfortunately, correlations with levels, rather than dichotomous analyses were not presented, but it can be inferred that these were not statistically significant.

***IARC Summary:***  IARC considered some of the above biomarker studies in their evaluation (152).  Overall, they were noting the existence of such studies but noted their limitations and it can be they that they did not give these studies great weight.  For example:

- For genotoxicity, they wrote that data: "was available on cytogenetic effects in peripheral lymphocytes (chromosomal aberration, sister-chromatid exchange, micronucleus formation) and urinary concentrations of 8-hydroxy-2'-deoxyguanosine (8-OHdG) in populations with possible exposure to PCBs. Although all these studies

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 64

provided valuable information on genetic and related effects in humans exposed occupationally and environmentally to PCBs, the interpretation and generalization of the results was hindered by lack of information about PCB exposure, analysis, and levels, the lack of a real unexposed control population, the small number of individuals examined, confounding exposure to other chemicals, and lifestyle factors."

- For effects on the immune system they wrote that there was only limited data that was insufficient evidence for human health effects: "The limited data available for human exposure suggested that PCBs may cause immunosuppression. PCBs can affect an impressive number of immune parameters that include changes in bone-marrow cellularity; shifts in T-lymphocyte subsets and function; thymus and spleen atrophy, which correlate strongly with humoral and cell-mediated immunosuppression; reduced resistance to microbial infection; and a compromised immune-surveillance mechanism. Alterations in the immune system and immunotoxicity were also reported after PCB exposure during prenatal or early life."

## PCBs and Human Cancer Risk

There are more than 70 studies of persons exposed to PCBs, including persons with high occupational exposures over long periods of time (i.e., capacitor and transformer workers), evidenced by the very high blood levels and also histories of chloracne. Multiple follow-ups of some cohorts have been undertaken. Taken together, these reports fail to consistently demonstrate increased death rates either for all causes of death, cancer deaths, or any individual cause of death, when compared to the expected number for the general population. The most important evidence to assess for understanding PCB risks are those of occupationally exposed cohorts who have more than 100-fold higher levels of PCBs than the general population. If occupational cohorts do not demonstrate an increased cancer risk, then this provides reasonable assurance for the lack of measurable risk in the general population. Any positive general population study for whatever type of cancer, as some exist, are more likely to be positive due to chance, bias and/or confounding. There are more than 6 separate occupational groups where the cancer mortality is reported and is not increased, and in some cases decreased for individual cancers (421, 483-489). These studies preclude the opinion that overall cancer risk is increased.

The IARC working group concluded that PCBs are a known human carcinogen for melanoma; the latest review was in 2013, with a publication in 2014, and other ancillary publications(190) (152, 188). The Working Group considered that both occupational studies and population-based case-control studies provided important information, and one was not considered more important than the other. As indicated above, the working group wrote that they concluded that there were positive associations for breast cancer and NHL, which means the data was insufficient for classifying PCBs causally related to these cancers, rather that they

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 65

found that there were only credible associations.  However, these associations could not be reconciled by consistency and an incongruity with the occupational studies.  For other cancers, they did not even conclude there were credible associations.  They wrote: "Several other cancer sites were considered in one or more cohort or case–control studies. There were positive findings for cancer of the prostate and brain in several studies, but null findings in others. Other cancers with sporadic positive findings were those of the liver and biliary tract, extrahepatic biliary tract, lung and respiratory tract, thyroid, stomach, pancreas, colon and rectum, urothelial organs, breast, uterus and ovary combined, as well as childhood acute lymphatic leukaemia, and multiple myeloma."  Thus, as of 2015, other than for melanoma (see below), the Working Group concluded that there was insufficient human evidence to conclude that PCBs were causally related to cancer at any site, or all cancers combined.

PCB workers, e.g., capacitor and transformer workers, had substantial exposures to PCBs compared to the general population, which are documented by blood testing as indicated above, and blood testing tends to under-represent historical levels because of the time when the blood testing was done. Many of these work sites had reported cases of chloracne (411, 435, 441, 490).  The **Figure** below shows air levels by year (152).  Several publications describe



Fig. 1.9 Air PCB concentrations in capacitor manufacturing plants (µg/m³) by year

Compiled by the Working Group using data from Ouw et al. (1976), Brown & Jones (1981), Bertazzi et al. (1982), Fischbein et al. (1982), Lawton et al.(1985) and Gustavsson et al.(1986)
PCB, polychlorinated biphenyl

the excessive exposure circumstances (399, 491).(411, 421, 441, 492).  There are a sufficient number of PCB studies of highly exposed workers that should have identified an increased cancer risk, if it were measurable.  Studies of similar scope and size for other exposures and cancer have been able to this.  The largest occupational studies are summarized in **Tables 7 and 8**. These exposures a reflect a time when PCB exposures in manufacturing plants were substantial.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 66

| | Loomis (485) | Mallin (489) | Prince (493)[1,2] | Pesatori (494) | Kimbrough (491)** | Ruder (495) |
|---|---|---|---|---|---|---|
| Date | 1997 | 2004 | 2006 | 2013 | 2015 | 2017 |
| No. Subjects | | | | | | |
| Males | 153,868 | 1376 | 1247 (6497) | 917 | 4053 | 9891 |
| Females | 0 | 1894 | 1325 (7961) | 1648 | 3055 | 11426 |
| Minimal Employment | 6 month | 1 day | 3 months | | 3 months | 1 day |
| Mean Years Traced | 38 | 56 | 58 | | 41 | 46 |
| Person-years | 2,660,000 | nr | 93,623 | 103,258 | 287,712 | 427,511.2 |
| No. of deaths | | | | | | |
| Males | 20733 | 478 | 355 (1674) | 408 male + female | 1623 | 3069 |
| Females | 0 | 721 | 443 (1743) | | 114 | 3365 |

Table 7
Summary of Selected Occupational Studies

[1]Prince and Kimbrough studies have some overlap for workers; note that this table reports data for both Prince 2006 publications (488, 493), where the data presented is for the group considered highly exposed and the data in parenthesis is for the entire cohort.
[2]Prince study used a job exposure matrix as later reported (426).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 67

| Table 8 PCB Worker Studies – Risk Estimates[1] | | | | | | |
|---|---|---|---|---|---|---|
| | Loomis (1997) | Mallin (2004) (male/female) | Prince (2006)[2] | Pesatori (2013) | Kimbrough (2015)[2] | Ruder (2017) |
| No. of subjects | 153,868 | 2885 | 2572 (14458) | 2565 | 7061 | 21,317 |
| No. of deaths | 20733 | 1199 | 798 (3417) | 408 | 2767 | 6,434 |
| **Risk Estimates** | | | | | | |
| All cause death | 77* | 107/93 | 99 | 98 | 92* | Nr |
| All cancers combined | 86 | 114/108 | 101 (93**) | 98 | 103 | 93* |
| Liver, gall bladder and BT | 73** | 260/227** | 211** (89) | 57/170 | 85 | Nr |
| Skin (melanoma) | 104 | 83/111 | 34 (126) | 50 | 134 | Nr |
| Hematological | 82** | 57/113 | 109 (105) | 128 | 92 | 88 |
| Bladder | 85 (urinary organs) | | 110 (100) | 157 | 70 | Nr |
| Sarcoma | nr (grouped with lymph 77) | nr | nr | Nr | 128 | Nr |
| Colon | 93 | 84/144 | 132 (116) | 117 | 111 | 88 |
| Breast | 80 | -/124 | 59** (95) | 79 | 94 | 181 |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 72

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 68

| | | | | | | |
|---|---|---|---|---|---|---|
| non-Hodgkin's lymphoma | 77** | none/153 | 131 (98) | 165 | 64* | Nr |
| Pancreas | 84 | 93/76 | 113 (91) | 109 | 106 | Nr |
| Thyroid | nr | 1522**/none | nr | Nr | No deaths | 56 |
| Gastric | 67 | 225**/159 | 84(118) | 103 | 90 | 123 |
| Brain | 95 | 65/82 | 50 (79) | 182 | 78 | 82 |
| Lung | 91** | 131/81 | 98 (93) | 92 | 101 | 116 |
| Prostate | 89 | 107/- | 114 (104) | 166 | 118 | 83 |

[1]Risk estimates revised for consistency using 100 to indicate no increased risk.

[2] Prince and Kimbrough studies have some overlap for workers; note that this table reports data for both Prince 2006 publications (488, 493), where the data presented is for the group considered highly exposed and the data in parenthesis is for the entire cohort. Data provided for hourly workers (all-cause mortality statistically decreased for salary workers)

*nr=not reported

**statistically significantly different than 100

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 69

*Melanoma*

The hypothesis that melanoma might be related to PCB exposure was first raised in a letter by Bahn et al. (1976) (496), but in fact, this was not reported as an epidemiological study. (The original report of this preliminary study indicates substantial limitations typical for small studies including incompletely collecting retrospective data. (497)). Subsequently, Sinks, et al., (1992) (484), reported an SMR of 4.1 (95% CI=1.8-8.0) (8 observed and 2 expected), with no dose response. There were 8 cases of melanoma reported versus 2 expected. The 4.1-fold effect is actually a huge magnitude of risk and so not believable. If this were a true measure of association and risk, then we would easily have seen an increased risk in most of the other PCB studies. Also, three cases likely should not have been included in analysis due to limited opportunity for exposure (ATSDR Toxicological Profile for PCBs, 2000). There was no dose, duration or latency relationship, and so the failure of such argues against PCB exposure as the probable cause of the observed elevation. It also is unclear to what extent Sinks et al. (1992) accounted for exposure to sunlight. The Sinks study has recently been updated by Ruder (421). While the risk for melanoma was still increased, the risk estimate has decreased to 2.43 (95% CI=1.1, 4.6). Importantly, there was no dose-response relationship and the highest risk was in the lowest exposed. This was based on a total of 9 cases, so that only 1 additional case was reported in 14 years of additional follow-up (versus 8 in the first 29 years). Even more important, this cohort has again recently been updated by Ruder in 2017, and melanoma incidence was analyzed but not mentioned in the text (495).

Loomis, et al., 1997 (485) reported an increased relative risk for melanoma in a subgroup of workers with the greatest years of exposure and a lag period greater than 10 years, but a dose-response relationship was not clear and the overall SMR=1.04 was not statistically significant. A significant association was found for mechanics with 0-5 years of work, but not for longer work time or for workers with greater exposure. There also was no association for total career exposure. Thus, the data are not internally consistent. Also, the sunlight exposure assessment was poor. The remainder of the literature fails to support a melanoma risk. There are many null studies and studies that must surely have examined the cancer risk for this category that were likely null, even though they did not list the risk estimate in the paper (483, 486, 488, 489, 498, 499).

Melanoma was not increased in the latest updates for the Prince. Pesatori and Kimbrough cohorts (488, 491, 493, 494).

There are a few general population studies for melanoma. A "preliminary report by Gallagher and coworkers reported an associated for non-dioxin-like PCBS and several individual congeners ((500). Cao and coworkers (2019) recently reported a case-control study of 450 cases and 500 controls that had an increased risk of 1.44 (95% CI=1.02, 2.03) for total PCBs (p trend 0.03) (501). They used hospital-based controls and also reported positive results for only PCBs 52, 170, and 180, but not others. Danat-Vargas and coworkers (2017 and 2019) assessed

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 70

two large Swedish cohorts, initially reporting a statistically increased risk with dietary exposure, but with additional follow-up the results were null (502, 503).  In 2019, these authors wrote: "No association was discerned between PCB exposure and cancer mortality, while some indication of a u-shaped association was observed for the EPA-DHA intake. . . There is scarce evidence on PCB-carcinogenicity among nonoccupationally exposed populations. Although biologically plausible, the PCB classification into group 1 by the IARC was based on the risk of melanoma mainly in workers highly exposed to PCBs, as the evidence on both non-Hodgkin lymphoma and breast cancers is limited and for other cancers sites inconclusive [49]. While we previously observed association between dietary PCB exposure and incidence of malignant melanoma and high-grade and fatal prostate cancer in our cohort [50], there were mainly null associations in relation to the development of female hormone-related cancers [51, 52]. Thus, the null association between dietary PCB exposure and cancer mortality it is not surprising."

Magoni and coworkers (2018) conducted a hospital-based case-control study assessing 33 congeners and found no statistical increases (504).  A 2019 paper by Cao and coworkers reported a Chinese case-control study of 450 cases and 500 controls indicating an increased risk for total congeners (33) and for congeners 52, 170 and 180 (501).  The authors stated that theybadjusted for sunlight exposure. They considered the risk of PCBS and melanoma, as of 2019, to be a hypothesis, although consistent with studies from North American and Europe. Thus, the population studies are contradictory and few.  They contrast overall with the results of the consistency among the occupational studies.

An article was published by Longnecker, Korrick and Moysich (2003) (505), where  they reviewed various cancer studies and provided summary statistics.  They provide a table that includes 8 different studies and report a summary risk estimate of 1.7 (95% CI = 1.1, 2.6).  There are several methodological flaws that makes this risk estimate unreliable.  The footnote of the table includes several important qualifiers to their data leading to much uncertainty.  In their Table, they are including unpublished studies, but have not conducted a systematic search to reduce the effects of publication bias.  Clearly, the data is driven by the Sinks, et al., paper (484), with 8 skin cancers and 2 expected, while all of the other studies except Yassi are null. They should not have included the Yassi paper, because there are more recent data and Yassi and  coworkers note that this was a transformer plant that predominantly used mineral oil, rather than  PCBs (506).  Nonetheless, based on the analysis, the authors concluded that the data for melanoma remained inconclusive.  The authors did comment that there was consistency among studies, but qualified this in their conclusions that this was based on a small number of cases.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 71

Paolo Bofetta and coworkers (2018) conducted a meta-analysis for melanoma (507). They used a systematic method to identify all published studies and reported an overall risk estimate for 12 populations using two models reporting a fixed-effect summary relative risk (RR) for MM of 0.91 (95% CI= 0.82–1.00] and a random effects summary RR of 1.05 (95% CI= 0.78–1.32).. The **Figure** below indicates their results.



Results of the meta-analysis on polychlorinated biphenyl exposure and the risk of malignant melanoma. CI, confidence interval.

Zani and coworkers (2013 and 2017) also conducted a meta-analysis for melanoma initially reporting null results (508), and then updating the analysis and reporting positive results (509). This meta-analysis, however, did not include the more recent Kimbrough and other studies that were in the published literature at the time. The **Figure** below shows their results, where most the prior Ruder paper (2014) paper was positive. The authors, overall, concluded that their results did not provide strong evidence for increasing risk in humans.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 72

    In 2014, the IARC working group concluded that PCBS caused malignant melanoma (152).  Their summary evaluation, however, was clearly inconsistent with the studies reviewed and data reported.  They wrote: "'The association between malignant melanoma and exposure to PCBs was consistently observed across studies of occupational exposure in different industries in several countries, in the general population, and with both cohort and case–control designs. These findings were unlikely to be a result of chance, since statistically significant associations were observed in large studies.'"  However, the **Table** below for the studies they reviewed demonstrates the clear lack of consistency and dose-response relations. While they claimed consistency, among 20 studies that they cited, only 4 were statistically significant, only one had biological plausibility due to a reported dose-response relationship and positive results were only in 2 countries.  For the general population, they only reviewed 2 studies, one of which was considered preliminary and the other was about ocular melanomas (which is different from skin melanomas) (500, 510).



**Fig. 1.** Meta-analysis of cohort studies on mortality for melanoma among workers occupationally exposed to PCBs. ES: SMR estimates.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 73

| IARC Melanoma Evaluation | | | |
|---|---|---|---|
| Occupational Study | Result cited by the IARC Working Group | Statistically significant for any analysis? | Biologically Plausible (Dose-response) |
| Tironi, 1996 (499) | No Melanoma | No | No |
| Pesatori, 2013 (494) | No Melanoma | No | No |
| Gustavsson, 1997 (483) | No Melanoma | No | No |
| Mallin, 2004 (489) | No Melanoma | No | No |
| Ruder, 2006 (421)<br>Ruder, 2017 (495) | Lowest SMR, 3.7 (1.2–8.7)<br>Middle SMR, 1.5 (0.2–5.4)<br>Highest SMR, 2.4 (1.1–4.6)<br>P trend = 0.72 | **Yes (2017 results not reported)** | **No** |
| Prince, 2006b (493) | No Melanoma | No | No |
| Kimbrough, 2003 (486) | Hourly workers SMR, 1.2 (0.6–2.4)<br>Salaried workers [SMR, 2.1 (0.8–4.7)] | No | No |
| Greenland, 1994 (511) | No Melanoma | No | No |
| Yassi, 2003 (506) | > 1 mo SIR, 2.2 (1.1–4.0)<br>> 6 mo SMR, 1.8 (0.2–6.4) | **Yes** | **No** |
| Caironi, 2005  (512) | No Melanoma | No | No |
| De Guire, 1992 (513) | Men SMR, 3.0 (0.6–8.8)<br>Women SMR, 4.8 (0.1–27)<br>**Men, < 20 yr latency SMR, 9.4 (1.1–34)**<br>Men, ≥ 20 yr latency SMR, 1.3 (0.0–7.1)<br>Women, < 20 yr latency SMR, 12.1 (0.0–67) | **Yes** | **No** |
| Tynes, 1994 (514) | SIR, 1.1 (0.7–1.8) | No | No |
| Loomis, 1997 (485) | Cumulative PCB exposure (h),<br>20-yr lag:<br>> 0 to 2000 42 RR, 1.3 (0.8–2.2)<br>> 2000–10 000 8 RR, 2.6 (1.1–6.0)<br>> 10 000 1 RR, 4.8 (1.5–15) | **Yes** | **Yes** |
| Hay, 1997 (515) | No Melanoma | No | No |
| Cammarano, 1986 | No Melanoma | No | No |
| Yusho/YuCheg (5 studies) | No Melanoma | No | No |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 78

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 74

### *Non-Hodgkin lymphoma*

The IARC working group concluded that there was insufficient evidence to conclude a causal relationship for PCBs and NHL, and stated only that there were associations (152). Several reviews by academics and government agencies do not even mention PCBs as a cause of NHL (516-526).

The largest studies examining this association of heavily exposed workers have been null or showed a decreased risk (**Table 8** above).

In contrast to the occupational studies, there are some general population studies that have found positive associations, although the consistency among the studies is that there is no increased risk, especially among the better designed studies.  There are some studies that report associations for specific congeners, but these also are not consistent among studies.  An important aspect of these studies to evaluate is which statistical methods are used, specially assessing potential bias and confounding.  For example, studies report positive associations for PCB congeners and NHL that are statistically significant, but when adjusted for levels of other organochlorines, the statistical significance for the congener is no longer positive.  Also, as indicated below, there is great importance for study design, which assesses blood levels years before diagnosis (e.g., in the cohort studies) or after diagnosis (in the case-control studies), and how they select control populations. A summary of studies is shown in the **Figure** below.



P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 75

Two cohort studies have been published for lymphoma risk in background exposed persons from the same research group at Harvard University (527, 528). They provide contradictory results based on gender; there is no clear *a priori* hypothesis to have different results by gender given that estrogens and related hormones are not related to lymphoma risk. The study by Laden and coworkers used the Nurses' Health Study and did not find an association for any PCB congener with lymphoma risk (527). They studied 145 cases with 2 controls per case using a nested case-control study design. The results were null for the sum of 53 congeners, and those labeled as immunotoxic (PCBs 66, 74, 105, 118, 156, and 167), the sum of PCBs 118, 138, 153, 180 or individually when considered by quartiles. Subtype analysis by histological types (large cell, follicular and CLL/SLL) also yielded null results. It should be noted that all the PCB risk estimates for the highest quartiles had reduced risk estimates, and so it is unlikely that statistical power accounts for the null results. The DDE estimates were positive, however. From the same research group using the Physician's Health Study, a positive association was found for the sum of 53 congeners and also 138, 153, and 180, but not 118 (528). The authors stated that they studied these latter congeners because they are found in the population at higher levels. A subset analysis showed a positive association for large cell lymphoma, while the result just missed statistical significance for follicular lymphoma and not at all for CLL/SLL. The authors used the same laboratory and analysis methods. The median time to follow-up was 12 years. The authors considered that their results support a hypothesis, rather than concluding a causal relationship for PCBs and lymphoma.

Fritschi and coworkers conducted a case-control study in Australia of 694 cases with non-Hodgkin lymphoma and 694 controls (529). This questionnaire study for occupational exposure to PCBs was a null study. Cocco and coworkers conducted a case control study of 174 cases and 203 controls and measured 9 PCB congeners (530). None were associated with increased lymphoma risk.

A report by Quinanta and coworkers studied total adipose PCB levels in 175 non-Hodgkin lymphoma cases compared with 481 controls (531). They reported results as Aroclor 1254 and 1260, and only the categorical data available for the National Tissue Adipose Survey were available. These cases and controls were mostly autopsy subjects, matched on gender, race and residence, although some surgical cases were included. There was no relationship to PCB levels in the fat and NHL risk. The limitations of this study include grouping all types of lymphomas together, the reporting of PCB results because raw data was not available, and this was an autopsy study where circumstances before death could affect partitioning and PCB levels in adipose tissues.

Rothman and coworkers published a nested case-control study examining 74 persons with non-Hodgkin lymphomas ("non-Hodgkin's lymphoma") from a prospective cohort of 25,802 adults with a mean duration of follow-up of 12.1 years (532). In examining the data, a dose-response relationship was found between non-Hodgkin's lymphoma and lipid-corrected serum PCB concentration. The risk, in the highest quartile was 4.1 (95% CI=1.4-11.9). This is a

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 76

very large risk and implausible given the rarity of this tumor in the general population.  Also, the grouping of all lymphomas together is generally considered inappropriate because of the largely different types of non-Hodgkin's lymphoma that exist. This is done in the literature because of convenience to increase statistical power, and not because of a biological hypothesis.  Further, the authors noted: "These results should be regarded as hypothesis-generating.  Before causal inferences can be made about exposure to PCBs and increased risk of non-Hodgkin lymphoma, our findings require replication and the biological plausibility of the association needs further investigation."  The authors also noted that past studies had documented serum levels in occupational studies of at least one order of magnitude greater than those found in his cases -- yet no association was found between non-Hodgkin's lymphoma and PCBs.  Thus, the study concluded that: (1) "it is possible that confounding was present in our studies -- i.e., that an unrecognized risk factor was associated with PCB concentrations and, more strongly, with risk of non-Hodgkin lymphoma"; (2) "the inconsistency between our findings and those from studies of PCB-exposed occupational cohorts needs to be explained"; and (3) "the biological plausibility of this association requires further investigation."

DeRoos and coworkers conducted a case-control study of 100 non-Hodgkin's lymphoma cases and 100 controls (533).  The risk for total PCBs was not reported, but among 40 different PCB congener assays, there were positive associations for congeners 180 and 194 at the highest quartiles of exposure.  There also were some associations for some furan congeners, but not dioxins (including 2,3,7,8-TCDD, which had a large number of non-detects).  It should be noted that such studies can be subjected to case-bias, and that the results of this congener-specific study are novel and need to be replicated.  It is possible that the results here are chance findings due to multiple comparisons.  Also, humans are exposed to congeners within PCB mixtures, so the best assessment of cancer risk from PCB exposure comes from the assessment of total PCBs. It also should be noted that the study by Engel and coworkers, discussed below, had contradictory findings (534).  The results were adjusted for "other organochlorines" that they limited to furans and dioxins, but not for pesticides, which did not have statistical associations.

Engel and coworkers reported the results for non-Hodgkin's lymphoma from three separate cohorts (534).  They used a Norwegian cohort study of 190 cases and 190 controls, a cohort from Maryland of 74 cases and 147 controls, and a U.S. study of nurses with 30 cases and 78 controls.  It should be noted that the Maryland study is the same as that reported by Rothman, et al., and that the Nurses study was updated by Laden above.  In this study, congener 118 had an increasing risk with blood levels in the Norwegian and Maryland cohorts (the only 2 that were examined by stratification), congener 138 had an increasing risk in only the Maryland study, and congener 153 was increased in both.  Total PCBs were statistically increased in risk for the highest quartile only in the Maryland cohort.  In contrast to the DeRoos publication, however, congener 118 was studied and the risk in the highest quartile was only 0.73 (95% CI=0.29, 1.84) (533).  This study also had results contradictory to DeRoos, because congeners 180 and 194 were studied and the results were not reported; it can be inferred that

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 77

the results were null.  When they examined risk in the persons with the shortest time to follow-up (5-16 years), they relationships had more statistical consistency among all 3 cohorts.  For 13-25 years later, there was no association. The supplementary material breaks this down by cohort, and for most analyses that were statistically significant for recent periods lost significance for greater time since diagnosis (which would indicate a longer duration of exposure). This implies some effect due to early diagnosis, e.g., the presence of cancer affected the blood levels.  It should be noted that the authors wrote: "The discrepancy between the health effects observed among workers with occupational exposure to industrial-grade PCB mixtures (i.e., Aroclor) and the association between environmental exposure to PCBs as measured in blood and risk of non-Hodgkin's lymphoma in the general population needs further exploration before conclusions can be made about the carcinogenicity of PCBs."   The supplementary material provides data for covariance of various congeners and congener groupings, which shows high levels of correlations.

Colt and coworkers studied non-Hodgkin's lymphoma cases and controls in Iowa, Los Angeles and Detroit (535).  PCB blood levels were not available, but they studied levels in carpet dust and conducted a congener analysis.  They had 603 cases and 443 controls.  The group reported an overall association for PCBs in the carpet dust, but there was no dose response relationship.  There were some positive associations within dose levels for the individual congeners they studied (PCBs 105, 138, 153, 170 and 180), although not with dose response trends.  PCB 180 had a positive trend test and the highest OR was 1.7 (95% CI 1.1, 2.6).  Analysis by histology revealed that there was an association for follicular but not large cell diffuse lymphomas, indicating some specificity for the type of lymphoma.  They also found an increased risk for DDE, which suggests that the PCB relationship might be confounded.  One limitation of this study might have been survival bias. They also had a high rate of refusal and unlocatability.  The authors note that the assessment of carpet dust leads to some uncertainty, because carpet dust is not likely to be an important source for exposure and may only reflect the potential for recent exposure. A subsequent publication by Morton and coworkers reported similar data by histology, although the study added an analysis for marginal zone lymphomas and CLL/SLL that was and was not statistically associated with congener 180, respectively (272).

Hardell and coworkers reported an analysis of PCB congeners in adipose tissue  using a very small study set of 28 non-Hodgkin cases and 17 controls (536); the study set was increased in size (see below) (537).  Among 42 congeners, there was a statistically significant increase in levels among cases for about 16 congeners, and the difference for the sum of PCBs was borderline statistically significant.  The mean sum PCB for controls was 1614 ng/g lipid adjusted, while the mean sum PCB for cases was 1213.  Very few epidemiological details are provided to evaluate this study, and no information to indicate the representativeness of the study population. One of their findings, however, exemplifies the importance of case bias in case-control studies. They reported that the PCB levels were higher in patients with higher stages of disease. Thus, the metabolic effects associated with cancer, such as rapid weight loss, might be

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 78

affecting PCB body burdens, resulting in a bioconcentration in remaining fat.  This study also grouped all non-Hodgkin lymphoma cases together.

In 2001, Hardell and coworkers reported an expanded analysis of the above study (536) with 82 cases and 83 controls (537).  Still there was an association with the sum of PCBs, and also a subset of "immunotoxic" PCBs.  However, several organochlorines were associated with increased risk, and some varied with each other.  When the authors adjusted their multivariate analysis to include the different organochlorines, the statistical significance was lost, and the risks were 1.1.  The "immunotoxic" PCB group dropped to 2.1 (95% CI= 0.56, 9.0).  The designation of "immunotoxic" PCBs is a contrived grouping without foundation for human analysis.  Actually, the authors cited our paper (538) for justification.  However, our paper was not intended to justify such an approach, but we were demonstrating that various groupings can be used for statistical analysis, clearly not to validate the hypothesis for the grouping.  In this case, this category was actually proposed by Wolff, et al in a letter, and not in a scientific study (539).  In this study, a study of EBV titers in a subset of the subjects (n=67 cases and 78 controls) were reported to be significant for NHL risk (see below).  The analyses were not adjusted for other organochlorines.

In 2009, Hardell and coworkers reported a study of 99 cases and 99 controls (540). They conducted 36 congener specific analyses, but only reported results for groups of congeners. For all congeners combined, there was a statistically significant increase at p=0.02, although the odds ratio missed statistical significance.  Subset analysis indicated that the association was for moderately and higher chlorinated PCBs, but not lower chlorinated or "immunotoxic" PCBs. There also was an association for hexachlorobenzene and chlordanes. The study also showed that the risks differed for follicular and diffuse large cell lymphomas, where the risks were statistically elevated for follicular lymphomas.  The risk estimates were higher for the chlordanes than the PCBs.  There was no adjustment in the analyses for other organochlorines. The authors also reported an interaction with Epstein Barr Virus antibodies (see below).

Spinelli and coworkers conducted a case-control study of 422 cases and 422 controls (2007) (541).  They examined 15 different congeners, and virtually all of them were positively associated with non-Hodgkin's lymphoma risk, which is in contrast to the other studies. Naturally, when PCBs were examined as a total or according to dioxin-like and non-dioxin-like, both classifications were statistically significantly positive.  This would not have been predicted *a priori*.  Further, the congeners were reported for almost all histological types.  It is important to note that when the PCB association was adjusted for chlordane exposure, the PCB association was null.  In a separate study, Cocco and colleagues examined many of the same congeners and did not find any relationship (530).  While the latter report is a smaller study, the difference was not due to sample size alone.

Tomasallo and coworkers published a study of persons who compared PCB contaminated Great Lake fish, and although a small cohort study, there was no increase in lymphoid/hematopoietic malignancies, and so by inference there was no increase in NHL (542).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 79

Helmfrid and coworkers (2012) reported an ecological study from a heavily contaminated river community in Sweden and there was a borderline association for lymphoma among men and not women and a positive association with fish consumption (543). Confounding variables were not assessed, other types of contamination were noted and the type of lymphomas were not specified.

Viel and coworkers (2011) published the results of a case-control study for a region surrounding an incinerator (544). They reported that PCB levels increased the risk of NHL. However, there numerous limitations and flaws to this study that temper any conclusions. Specifically, this is a very small study that sampled subjects without regard to time and treatment. Importantly, the control population were blood donors.

Colt and coworkers provided genetic analyses for the study from the SEER registry (545), using the subjects previously reported in the DeRoos (533) and Colt studies (535). In this study, they reported that the positive associations for congener 180 and a TEQ calculation was modified by genetic variants in some immune genes. They also studied chlordane exposure and found similar results, namely an association with the *IFNG* and *IL4* genes. Examining the plasma and dust levels, they reported an association for variants with *IL16, IL8,* and *IL10.* However, they studied 61 polymorphisms in 36 genes, and so their results could be chance findings. The authors point out a number of limitations, and also note that their results were exploratory and need replication.

Brauner and coworkers (2012) reported a prospective study of NHL by assessing PCB levels in adipose tissues, and using a Danish registry (546). The use of adipose tissues has advantages over blood studies, and this was a prospective cohort. No association with PCB congeners were found.

Czarnota and coworkers (2015) conducted a population-based case-control study using SEER registries in Detroit, Iowa, Los Angeles and Seattle (547). Exposure was assessed by house dust. Controls were found by random digit dialing or Medicare and Medicaid roles. They reported a positive association for a composite index of blood testing that included PCBs. Their supplemental materials indicate that there were no statistical increases in risk for PCBs 105, 138, 153, and 170. For PCB 180, there as a positive result in Detroit, but not the other sites.

Kelly and coworkers (2017) used two cohort studies in Europe, measuring 6 PCB congeners and reported inverse associations for risk (548).

Klil-Drori and coworkers (2018) conducted a small case-control study in Israel for Israeli Jews and Palestinians (549). Positive associations with NHL were reported. Blood samples were taken after diagnosis and within 30 days of starting chemotherapy. Controls were friends and family of the cases. Thus, there are substantial limitations to this study.

Magoni and coworkers in a 2019 publication that "…present findings on the association of PCB exposure and NHL are still controversial" (550). They conducted a case-control study in

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 80

Italy oaf 215 cases and 215 controls, and measured serum PCB levels.  While reporting an association for HCV, there was no relationship for total PCBs or specific congeners.

Bassig and coworkers (2019) conducted a nested case-control study of 3 cohorts in China and Singapore (551).  There was no association with NHL for total PCBs or individual congeners.  In this publication, the authors summarized the relative levels of PCB congeners in different cohorts (see **Figure** below).

A meta-analysis was conducted by Catalani and coworkers (2018) for 30 populations ((10 occupational exposure, seven high environmental exposure, 13 without special exposure) (552).  Overall, the results were null. The **Figure** below summarizes their findings.  Zani and coworkers also conducted a meta-analysis (2017), also concluding that their results do not provide strong evidence for an association (509).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 81



Meta-analysis of studies on total polychlorinated biphenyl exposure and risk of non-Hodgkin lymphoma. CI, confidence interval.

It should be noted that IARC classified congener 126 as a known human carcinogen. However, congener 126 is not one of the congeners associated with NHL in the published studies.   In addition, there is absolutely no evidence associating PCB 126 with human cancer. The IARC classification was based on a single animal study and a hypothesized mechanistic relationship to TCDD.  IARC wrote: "PCB-126 was tested for carcinogenicity in one study in female rats treated by gavage. PCB-126 caused significant increases in the incidences of benign and malignant tumours of the liver (hepatocellular adenoma, hepatocholangioma, and cholangiocarcinoma), lung (cystic keratinizing epithelioma), and oral mucosa (gingival squamous cell carcinoma). In two studies of transplacental/perinatal exposure in female rats treated by gavage, PCB-126 had an inhibitory effect on the development of tumours of the

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 82

mammary gland induced by 7,12-dimethylbenz[a]anthracene(DMBA) in the offspring."  In the document in section 4.4.2, the single study referred to NTP reports (553-555).  Thus, they noted both the pro- and anti-tumor effects of PCBS as noted herein.

Some of the above studies report risks specifically for different histological types of lymphomas.  Given the diversity of lymphomas, and the known etiologies, it is critical for PCB studies address this issue.  A review of those studies indicate PCBs are not associated with any particular type of NHL.

I have reviewed a publication by Freeman and Kohles (2012) purportedly conducting a Bradford-Hill analysis for PCB lymphomas, as well as a meta-analysis (556).  They concluded a causal relationship, in contrast to IARC in both 2012 and 2015.  The paper was flawed in many ways, cherry picked the literature, had methodological flaws in their methodology, and does not include the most-recent studies.  I note that this work was actually funded by a law firm for litigation, but this was not disclosed.

The 2015 IARC Working Group concluded: "In summary, the balance of evidence, taking into account study size and quality, suggested increased risk of non-Hodgkin lymphoma in relation to PCB exposure, and this is biologically plausible. However, since heterogeneous results were observed in high-quality studies, the Working Group could not exclude chance as a potential explanation for the associations observed. It is noteworthy that bias and confounding were excluded." (152). While it is unclear how they excluded bias (particularly with reference to the inflated PCB levels within the post-diagnosis case control studies) and confounding among the various studies (e.g.., when adjusted for other organochlorines), the lack of heterogeneity, especially comparing worker to general population studies, is a critical conclusion for the Working Group.

In summary, many studies have examined a relationship between PCB exposure and non-Hodgkin's lymphoma.  Clearly there is no consistency among the literature to conclude a causal relationship (509, 552).   There has been sufficient number of studies to have established consistency.  Occupational studies do not support a causal relationship.  While some general population studies have found associations, these report a positive association for other organochlorines in post-diagnostic studies, suggesting a case bias.   If one considers only cohort studies, virtually all of the results are null.  There also are some data implicating changes in risk by exposure to Epstein Barr Virus and genetic polymorphisms, however these are small studies that are exploratory and need replication.  There is insufficient evidence to conclude that PCB exposure leads to a measurable increase in non-Hodgkin's lymphoma risk.

***NHL, PCBs and Epstein Barr Virus:***  It has been hypothesized that there might be an interaction for PCBs and Epstein-Barr virus infection for NHL risk.  The Epstein Barr virus (EBV) is a human herpes virus that is ubiquitous, infecting over 90% of people worldwide (557).   Most people are infected during childhood, and the virus can stay in the body throughout life, which is retained in a small fraction of B lymphocytes (557).   The virus can cause a wide spectrum of diseases

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 83

from acute mono-like illness and chronic fatigue syndrome to unique types of lymphomas, e.g., Burkitt's lymphoma.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 84

The mechanism for EBV infection is shown in the **Figure** below. The primary EBV infection happens through the mouth (558). Oral mucosa lymphoid tissue is the major site of virus replication and shedding. The initial EBV infection usually causes only mild symptoms during childhood, but the infection in adolescents commonly causes mononucleosis-like symptoms of prolonged fever, fatigue, sore throat, enlarged nodes, increased liver and spleen, and other symptoms (559). Acute infection is associated with the ability to detect the EBV virus in the blood for about 20 days (559). The virus remains in the body, specifically memory B lymphocytes, throughout life and kept under control by cytotoxic T lymphocytes (558).



Mechanisms of EBV Infections In Humans (copied from Kimura, 2008)

Under specific immunosuppressive conditions, the virus can be reactivated. The genes expressed during primary infection are different than when the virus is expressed later in life, where the latter is more restrictive including two EBV-encoded RNAs (EBER-1 and EBER-2), six EBV nuclear antigens (EBNA-2, EBNA-2,EBNA-3A, -3B and -3C, leader protein (EBNA-LP)), and three integral membrane proteins (LMP-1, LMP-2A and -2B) (560). Along with a 90% infection rate in the general population, the virus is detectable in as much as 20% in plasma of asymptomatic persons (viremia), 84% of persons in the lymphocytes (viral road), and following patients over about 15 months indicated that about 40% can have reactivation and detectable viral loads (557, 561, 562). The life-course for EBV infections is shown in **Figure** below (558).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 89

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 85

There is a spectrum of antibody response to EBV infection as indicated in the Figure below (557). The IgM and the IgA against the viral capsid antigen is the most useful for diagnosis. The early antigen is sometimes useful. The EBV nuclear antigen, or EBNA, is a marker of prior exposure. While all of these antibodies have specificity, this is reduced at lower titers. Cross-reactivity can happen with other viruses such as CMV and herpes.

The hypothesis for a PCB and EBV interaction increasing NHL risk was started by the 1997 nested case-control study described above by Rothman and colleagues who found an interaction for NHL risk in the CLUE cohort when considering EBV status and PCB levels (532). For persons who were "seropositive", defined as EBV-EA >20, the odds ratio was inexplicably



**Figure 1.** Serological titers distinguish primary infection from remote infection. IgG anti-VCA and IgM anti-VCA rise in concert with symptoms of primary infection and a positive heterophile test. After symptoms resolve, remote infection is characterized by EBNA and IgG anti-VCA without EA, although EA and IgM may reappear with or without symptoms on viral reactivation or EBV-related neoplasia.

increased at 22.3 (95% CI = 4.3, 115.0). Actually, a titer <20 is not considered to be positive clinically, and may not represent a true history of infection due to the nonspecificity of the titer. The Rothman et al study was very small, as is the CLUE cohort, and only 12 cases and 3 controls fell into this category. One issue of this study is that about 10% of subjects were EBV positive, substantially lower than what is known for the general population. Regarding consistency in the literature, it should be noted that the Hardell 2001 paper, as discussed below, used a much higher titer (>80) to investigate the association. Thus, it is unknown if these papers replicate each other, if they used the same cut-off, and if they used the same cut-off, would one or the

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 86

other have been null. In the Rothman study, having PCBs less than 810 ng/g lipid and elevated EBV was not increased.  The age of the cases is not reported.

Another paper that reports an association for PCBs, EBV and lymphoma risk is the 2001 Hardell paper, which is a small case-control study (563).  They reported that EBV exposure was associated with increased non-Hodgkin's lymphoma, and that the risk estimate increased in persons with higher PCB levels to 4.0 (95% CI=1.2 - 14), although analysis by histological type shows the association only held for low grade and not high-grade lymphomas.  This risk estimate was based only on 22 cases and 12 controls and is not believable, more so because of the limitations noted above.  The "immunotoxic" congeners and EBV exposure yielded an OR of 6.4 (95% CI = 1.9, 2.4).  Given the high prevalence of EBV exposure in the general population and the low frequency of non-Hodgkin's lymphoma, if the OR of 4.0 was a true estimate then these lymphomas would be more common.  There are major flaws in this paper, such as using subjects collected at two different times, with different methods, and combining blood and adipose analyses.  Also, in this paper, it is impossible to attribute an increased non-Hodgkin's lymphoma risk to PCBs separately from the other organochlorines. Thus, the confounding by other organochlorines, which they did not assess, cannot be excluded and so these papers are not useful for a causality assessment.  For the high-grade lymphomas, the subgroup for higher PCB and EBV titers was positive for hexachlorobenzene, but PCBs were null.

In second small case-control study by Hardell and coworkers, published in 2009, they reported that the sum of PCBs above the median with EBV EA >40 was 5.2 (95% CI = 1.9-14) (540).  Why they used a different cut-off for seropositivity in this study than their earlier study is unclear.  There is some inference that this was chosen because of a median in the control population, but if so, this would be a gross misapplication of titers to infer seropositivity. Similar high estimates were given for hexaclorobenzene, higher estimates for chlordane and almost as high for DDE.  All the limitations discussed above apply in this study as well, including a case bias.  Also, overall, the authors did not replicate their earlier studies for a main affect association for PCBs and lymphoma risk.  Relevant to plaintiffs, follicular lymphomas were studied as a subset and the results were null, including for the "immunotoxic" congeners. (Diffuse large cell lymphomas were positive, directly contradicting the earlier Hardell paper.)

A subsequent study, which is a cohort study and the largest to date, considered the EBV and the risk of NHL in both the Nurse's Health Study and the Physician's Health Study (564). While this study did not specifically report the PCB levels and an analysis for EBV and lymphoma risk, the paper stated that PCBs were assess for confounding, but was not found.  For an EBV risk related to lymphomas, this was a null study for 340 cases and 662 controls, and they conducted a more comprehensive analysis of EBV exposure, namely the viral capsid antigen, early antigen, and the nuclear antigens.  The only exception was that they reported a borderline association for the combined category of the chronic lymphocytic leukemia and small lymphocytic lymphoma for the VCA and EBNA antibodies, but not the early antigens that were studied in earlier publications.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 87

Bertand and coworkers  published the results of a prospective study showing that EBV antibody responses were not related to lymphoma risk, and specifically looked at histological subtypes (564).  Relevant to plaintiffs, there was no association of EBV titers and follicular lymphomas, as well as DLBCL. (Another study, a case control study, also reported decreased risk for an abnormal EBV titer pattern in patients with follicular lymphoma (565)).   It should be noted that all of these studies classify prior history of EBV infection as positive or negative seropositivity based on a titer cut-off, but there was no analysis by the level of titer.

It should be noted that in all the above studies, the use of the EBV titers was to signify seropositivity and not used as a quantitative estimate of infection, severity of past infection or a quantitative risk for lymphoma. Also, it is odd that in the above studies it was the early antigen, a marker of recent exposure, and not the viral capsid or EBNA antibodies that was associated with risk.  This makes it unclear what the studies were actually measuring for risk, as it is unlikely that many of the subjects in the studies had a recent infection.

There are some circumstances in which EBV has been associated with lymphomas, namely Hodgkin's disease and a subset of unusual types of NHL  (87, 96, 557, 566-568).  Hodgkin's disease, a type of lymphoma that obviously is not a non-Hodgkin's lymphoma, includes a subset of cases thought to be a result of EBV infection (566, 569).

EBV infection is associated with a subset of non-Hodgkin's lymphomas as well, but these are unusual types of lymphoma and not the more common types of NHL (557, 567). The 1997 IARC monograph on EBV and human carcinogenesis makes the same conclusion (568).  Thus, using the example of Hodgkin's disease and for these subtypes of NHL, it cannot not be opined that this can be extrapolated to all lymphomas.  In a review of viral associations with NHL using the Bradford Hill Criteria, Hjalgrim provided analyses for HIV and HCV, but not EBV (566).  The types of NHL associated with EBV infection are post-transplant lymphoproliferative disorders, Burkitt's lymphoma, AIDS-associated NHL and Extranodal NK. T-cell NHL (566).  For each of these, the evidence is strong and the virus can be found in the tumors.  For some, such at the PTLD, the infection with EBV is primary and not from an earlier infection (560)

In summary, while there was early interest in the relationship for PCBs with EBV for causing NHL, this is a dated finding and there are no governmental or review agencies that conclude a positive interaction.

### *Breast cancer*

The IARC working group concluded that there was insufficient evidence to conclude a causal relationship for PCBs and breast cancer, and stated only that there were associations (152).  The largest studies examining this association of heavily exposed workers, which include women, have been null or showed a decreased risk (**Table 8**).  There have been numerous studies on this topic, and at this point the  broad epidemiological community considers this a nonissue for some time (for example, see paper by Calle, et  al (570) and others (571-574)).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 88

Specifically, the epidemiological literature has substantially failed to demonstrate a relationship of PCB exposure to breast cancer, even for a congener specific analysis.  The initial interest began when Wolff and coworkers published the report of a nested case-control study of women enrolled in the New York University Women's Health Cohort Study (575).  They found that in 68 cases compared to 171 matched controls from 14,290 women in a screening project, serum PCBs were borderline elevated in cases (mean difference 1.0 ng/mL), but the paired difference was not statistically significantly different.  There are several methodological limitations to this study and almost all subsequent cohort and case-control studies have been null (see below).  These newer studies were large enough to have had sufficient statistical power to replicate the findings.  In fact, an analysis from this same cohort using samples collected at a different time point, and for more women, failed to show the  positive relationship (576).  Separately, Krieger et al. (577), of which Wolff also was a coauthor, conducted a nested case-control study of serum DDE and PCB levels in a prospective study from which there were 150 subjects with breast cancer.  This study controlled for most known risk factors for breast cancer including age at menarche, body mass index, number of pregnancies at exam, and menopausal status at diagnosis.  Serum DDE and PCB levels were not significantly different between the case and matched control groups, and the authors concluded that their work "did not support the hypothesis that exposure to DDE and PCBs increases the risk of breast cancer."

In a large prospective study, Hunter et al (578) reported the results for the Nurses' Health Study with 121,700 women from 11 states.  Among these women, 240 developed breast cancer.  Lipid-adjusted levels of PCBs (230 matched pairs to controls without breast cancer) were determined.  Known breast cancer risk factors including age at menarche, body mass index, number of children, age at birth of the first child, lactation history, and family history of breast cancer were also considered.  There were no differences between cases and controls in mean PCB levels (5.08 ng/ml in 230 women with breast cancer and 5.16 ng/ml in matched controls).  Gammon, et al, also did not find an association (579).  In our paper, with Kirsten Moysich as the lead author (580), we examined the effects of PCBs on postmenopausal breast cancer risk.  The study consisted of 154 breast cancer cases and 192 controls and sought to correlate breast cancer incidence with PCB serum levels.  In this study, there was no association for total PCBs, moderately chlorinated PCBs, more highly chlorinated PCBs, or individual PCB congeners.  However, there was some indication of a modest increase in risk for women with detectable levels of less chlorinated PCBs.  This was not postulated *a priori*.  We wrote that the "results suggest that an increase in risk of postmenopausal breast cancer associated with environmental exposure to PCBs . . . , if at all present, is restricted to parous women who had never breast-fed an infant."  Importantly, we were careful not to overvalue the results until other data replicates our findings, because it was quite possible that the results were due to a chance effect from a multiple comparison analysis.  Subsequently, the issue of breast cancer risk in general, and for parous women who never lactated in particular, was addressed in a large pooled  analysis of five studies that included ours (581).  There was no increased risk for

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 89

either.  Other single studies also examined parity and lactation with null results (579, 581-583).  Thus, the consistency in the literature is that PCBs do not cause a measurable increase for breast cancer risk in women overall, or by menopausal status, parity, etc.  A study of African American women also failed to identify and association for PCBs and breast cancer risk (584).

Fish consumption has been considered a surrogate marker for PCBs exposure.  In a large study of women consuming fish from the Great Lakes, no association with PCBs were found, although in the subgroup of women less than 40, sport fish but not Great Lake fish consumption had a borderline association (585).  I note, however,  that there is a publication by Rubin and coworkers who studied 63 banked sera from 63 women and then subsequently developed breast cancer and 63 age-matched controls who were Alaskan natives and fish eaters, and found no overall association with PCBs (586). Also, Helmfrid and coworkers (2012) reported an ecological study from a heavily contaminated river community in Sweden and there was a positive association for breast cancer with fish consumption (543).  Confounding variables were not assessed and other types of contamination were noted.

There also has been extensive study of breast cancer risk by individual congeners.  However, while congener-specific analysis increases the likelihood of false-positive findings, there are more than enough congener-specific studies that allow for the conclusion that the consistent finding in the epidemiological literature is that individual congeners are not associated with breast cancer.  Other epidemiologists agree with this conclusion (570).  Aside from the  finding of consistency in the literature, having myself directly participated in these types of  studies (580), it becomes clear that the analysis by congeners is difficult in that people are  exposed to PCB mixtures, not individual congeners.  It is a particularly difficult way to study PCB risks because there are intercorrelations of congeners and also other organochlorines (414, 415).  Because most congeners are highly correlated (587), it is not likely that a congener-specific analysis will yield more information than total PCB levels, and more likely to provide for false positives due to multiple comparison analyses.  For breast cancer, even if there is some biological plausibility that individual congeners might increase risk through a hypothesized estrogenic effect, there are other congeners that act antagonistically and would negate this effect.  In fact, this probably happens more often (reviewed in Tharappel, et al, and others (588-591)).  (And TCDD actually is anti-estrogenic (592, 593))  Synergistic effects have been studied and have not been demonstrable (588, 594).  Nonetheless, there are a sufficient number of congener-specific studies that can be considered.  A representative summary of the literature, if not all published studies, is shown in Table 11.  This table demonstrates that congener-specific analyses (blood or adipose tissue) for breast cancer risk was not any more informative than total PCB analysis.  In both approaches, PCB exposure, measured by blood or fat levels, have not been shown to be breast cancer risk factors.

Hoyer et al.  (595) reported a large and well-conducted nested case-control study within a prospective cohort of 7,712 women from the Copenhagen City Heart Study, whose blood serum was sampled 17 years earlier.  There were 268 women with breast cancer.  This study

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 90

found no relation between total PCBs and breast cancer, or for 28 PCB individual congeners. There was clearly no dose response relationship (p trend = 0.77). Other cohort studies also failed to find an association with breast cancer risk and specific congeners (596, 597). This also is true for case-control studies (415). In fact, for PCB 156, a protective effect was reported (415).

An exception to the bulk of the literature is a study reported by Demers, et al (598). They conducted a case-control study in Canada with 314 cases and 523 controls. Three of the 14 congeners that they measured reached a statistically significant difference between cases and controls (PCB 99, 118 and 156, but not 105). Importantly, these were only for premenopausal and not postmenopausal women. Notably, these were not chosen *a priori* as those more likely to have an effect. *A posteriori*, they grouped those three together and reported the results in TEQ, and of course they found a statistically significant result, which is a flawed way to approach the data. In a separate study, Stellman (599) reported an increase for congener 183 in postmenopausal women with the highest levels of PCBs, but as Table 11 demonstrates, no other study had similar results.

There are some studies of congener-specific analysis in adipose tissue, sometimes from the breast directly. Aronson, et. al., reported in 217 cases compared to 213 controls with benign breast disease, that there was no increased risk for Aroclor 1260 in premenopausal or postmenopausal women, but an increased risk for congeners 105 (OR=3.91; 95%CI = 1.73, 8.86) and 118 (OR=2.85; 95% CI = 1.24, 6.52) in premenopausal women in the highest percentiles (>13 ppm and > 50 ppm, respectively), while congeners 170 and 180 were positive for the bottom half of the exposure levels, but not the top half in postmenopausal women (600). Thus, for the latter, the data does not support the assumption of risk. It should be noted that most of the 10 congeners studied were null for either pre- or postmenopausal women. As there is a strong correlation with blood and adipose tissue levels in the chronic exposure setting (such as these environmental analyses), the adipose studies should provide similar results to the large epidemiological studies using blood, except that these adipose tissue studies are generally more difficult to conduct, and so are less representative of the general population. For example, they are not prospective and so are subject to case-bias. The authors noted that only one other adipose tissue study agreed with theirs, one had the opposite finding, and others were null. Other studies that are well designed with as much power as the above study are negative (601). As would be expected from multiple comparison analyses at least, it also has been reported that some congeners are protective of breast cancer risk (415).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 91

| Table 11: Selected Examples of PCB Congener-Specific Analysis and Breast Cancer Risk | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Paper | Study design (n) | Tissue | Congener (p value "ns" if null and p value not reported) (Mean in controls) | | | | | Comments |
| | | | 99 | 105 | 118 | 156 | 126 | |
| Demers (2002)(598) | Case-control; Canada (314/523) | Serum | 0.02 | ns | 0.03 | 0.006 | Not reported | |
| Ward (2000) (602) | Cohort; Norway (150/25,431) | Serum | 0.12 | 0.96 | 0.46 | 0.23 | 0.70 | |
| Moysich (1998) (580) | Case-control (154/192) | Serum | ns | not reported | ns | ns | Not reported | |
| Hoyer (1998) (595) | Cohort; Denmark (240/7712) | Serum | ns | ns | ns | ns | Not reported | |
| Gammon (2002) (579) | Case-control (646/429) | Serum | not reported | not reported | ns | not reported | Not reported | Other congeners determined but not reported likely are not significant. |
| Dorgan (1999) (596) | Cohort; Missouri (105/7224) | Serum | 0.99 | .99 | 0.25 | 0.74 | Not reported | 118 examined by quartiles and all ns. |
| Laden (2001)(597) | Prospective, Nurses Health (372/121,700) | Serum | not reported | not reported | 0.66 | Not reported | Not reported | |
| Stellman (2000) (599) | Case-control (232/323) | Serum | 0.2 | not reported | 0.9 | 0.8 | Not reported | |
| Zheng (2000) (582) | Case-control (475/502) | Serum | not reported | not reported | ns | ns | Not reported | Grouped by estrogenic activity and all were ns. |
| Holford (2000) (415) | Case-control (304/186) | Serum | ns | ns | ns | ns | Not reported | PCB 156 had a protective effect |

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 92

| Charlier (2004) (603) | Case-control (60/60) | Serum | not reported | not reported | not reported | not reported | Not reported | Reported positives for 138 and 153 |
|---|---|---|---|---|---|---|---|---|
| Rancho-Nielsen 2005 (604) | Cohort (409/409) | Serum | ns | ns | ns | ns | not reported | Postmenopausal women; 118 statistically decreased in ER-women. Adipose results reported below. |
| Aronson (2000) (600) | Case-control (217/213) | Adipose | ns | ns -see comment | ns - see comment | ns | Not reported | PCB 105 for postmenopausal (OR 3.91 for premenopausal) and 118 (OR 2.85) |
| Zheng (2000) (601) | Case-control (304/186) | Adipose | ns | ns | ns | ns | Not reported | |
| Lilegren 1998 (605) | Case-control (43/35) | Adipose | Not reported | Not reported | Not reported | Not reported | ns | |
| Raasschou 2005 (604) | Cohort (409/409) | Adipose | 0.85 | Not reported | 0.99 | 0.26 | Not reported | Serum results reported above. |
| Lucena 2001 (606) | Case-control (65/69) | Adipose | Not reported | Not reported | ns | Not reported | Not reported | |
| Guttes 1998 (607) | Case/control (45/20) | Adipose | Not reported | Not reported | 0.04 | ns | Not reported | |

Consistent with the Aronson study, a 2019 study by Li and coworkers reported PCB levels in breast tissues with breast cancer and controls with benign breast disease from upstate New York (410). No significant differences were reported. Another study by Huang, et al., (2019) examining breast adipose in China with 109 cases and 165 controls reported some positive increases in PCB congeners, but the authors noted numerous inverse results, making the results likely to be due to chance findings (608).

An effect by genetics on breast cancer risk in relation to PCB exposure has been extensively studied. In a study for which I was a key author, where Kirsten Moysich was the first author (609), we reported that among postmenopausal women with higher PCB blood levels, a variant in the cytochrome P4501A1 gene (valine) was associated with an increased breast cancer risk. Only about 12% of women carry this particular genetic variant. We considered the results preliminary and awaited replication. Subsequent to this, the Nurses'

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 93

Health Study (610), the North Carolina Breast Cancer Study (611) and a study at Yale University (612) seemingly replicated our results. In the paper by Laden, et al (610), which is of a prospective study in the Nurse's Health cohort, with 267 postmenopausal breast cancer case-control pairs, they reported a statistically significant interaction (p=0.05) for postmenopausal women, where the highest tertile of exposure with the CYP1A1 variant had a borderline statistically significant relative risk of 2.78 (95% CI = 0.99, 7.82). In that study, 17% of women carried one or two variant alleles. The North Carolina Breast study seemingly reported similar risk estimates to the above (611). But actually, it was only consistent in finding interactions, and it was only in premenopausal women, while postmenopausal women were null. Also, there was no dose-response trend and null results were found for all levels of exposure. In their recent report, they stated a need for further study, noting that all the prior publications were small with imprecise risk estimates. Another study has been published by Zhang and coworkers, examining 374 cases and 406 controls (612). They reported that the variant allele and the higher PCB blood level OR in postmenopausal women was 4.3 (95% CI=1.6, 12), but they also reported a statistically significant positive main effect for the CYP1A1 genotype by itself, which the other studies did not find. There is a significant difference among these 3 studies that investigate the same CYP1A1 genotype. The frequency of women with the variant allele is 12, 18 and 6%, and I note that the NCI database (http://snp500cancer.nci.nih.gov/snp.cfm?ethnic=true&snp_id=CYP1A1-01), albeit with a smaller sample size, has 22% for Caucasian women (each study was almost all Caucasian). This wide range of genotypes is not biologically plausible as the populations are not substantially different. This suggests some bias to the laboratory or epidemiological methods. Importantly, all three studies are very small because of the subset analyses (low frequency genotype, postmenopausal women, and subset analysis by PCB levels). For example, in the Zhang study, the risk estimate for the highest tertile was based only on 19 cases and 7 controls. It should be noted that this polymorphic variant has been studied for numerous other cancers, including those where there is clear biological justification such as lung cancer, and it is not considered a risk factor for any other cancer. Authors in all studies have noted the limitations of their small sizes and the need for larger studies, although it does not seem that scientists consider this area a high priority for study. Thus, for all the above reasons, one cannot claim that the CYP1A1 genetic polymorphism is a risk factor for breast cancer in persons exposed to PCBs.

Some studies have examined breast cancer risk in relationship to tumor markers such as estrogen receptor status, and no increased risks within these categories have been found (599, 613-615), although one study reported a positive relationship for some congeners and metastases (616). Only limited studies consider breast cancer prognostic markers, which are small and have numerous limitations (617). This undermines the concept that PCBs could be acting as estrogenic agents in the environment.

Several occupational studies had women included so that we can consider breast cancer risk among highly exposed women (**Table 8**). These women have had substantially higher

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 94

exposures than the women of the studies described above.  These also found that PCB exposures were not associated with breast cancer risk.  The Loomis, et. al., study reported an SMR of 0.80 (95% CI = 0.29, 1.74) (485).  The Kimbrough, Ruder and other studies are also null and/or trend to a protective effect (486, 487, 491, 495).  The Mallin study also is null (489).  Some had significant  numbers of women, and the methods suggest that breast cancer was considered, but the data was  not reported and so can be inferred as nul (499).  In addition to the studies in **Table 11**, Silver and coworkers have recently published a large study of 5,752 women employed in one of three capacitor manufacturing plants (618).  These women were identified as the same cohorts for Prince (488, 493) and Ruder (421).  The result was null.

Recent studies also have been null, including for populations in Tunisia, Alaskan natives Inuit women (using both blood and dietary data) (619-622).  However, a contrasting Inuit study was positive (623).  One study assessed stored serum for PCBs collected post-partum for an average of 17 years before breast cancer diagnosis, and reported lower risks for PCBs 167 and 187, but increased risk for PCB 203 (624).  These likely represent chance findings. A small prospective study using NHANES blood levels reported an association for PCB 138, but not other congeners, likely representing a chance finding (625).

Leng and coworkers (2016) conducted a meta-analysis for breast cancer risk by congener and reported statistically significant summary statistics for PCBs 187, 99 and 183 (626).  However, each were only borderline statistically significant, based on small numbers and usually post-diagnosis sample collections.

The 2015 IARC Working Group concluded: "On the balance of evidence, when taking into account study size, quality, and magnitude of risk, an increased risk of cancer of the breast was seen in relation to PCBs, with higher risks among some subgroups, and these associations are biologically plausible. Bias and confounding are unlikely to explain these results. However, as the results across high-quality studies were heterogeneous, the Working Group could not exclude chance as a possible explanation for positive associations." (152). While it is unclear how they excluded bias and confounding among the various studies, the lack of heterogeneity, especially comparing worker to general population studies, is a critical conclusion for the Working Group.

In summary, many studies have examined a relationship between PCB exposure and non-Hodgkin's lymphoma.  Clearly there is no consistency among the literature to conclude a causal relationship (509, 552).  There has been sufficient number of studies to have established consistency.  Occupational studies do not support a causal relationship.  While a few general population studies have found associations, these report a positive association for other organochlorines in post-diagnostic studies, suggesting a case bias.   If one considers only cohort studies, virtually all of the results are null.  Thus, the weight of the epidemiological evidence demonstrates that PCBs are not a cause of breast cancer.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 95

### *Prostate cancer*

The occupational studies cited above do not support a causal conclusion for PCBs and prostate cancer. Other occupational studies also are null (627).  While prostate cancer mortality studies, and incidence studies, have limitations due to the long survival time, high cure rates, and recent increased incidence due to increased detection of prostate tumors that would not otherwise affect mortality, the combination of the incidence and mortality studies from the occupation setting were sufficient to have identified a relationship.

There also are general population studies that do not support a causal conclusion for PCBs and prostate cancer.

Ritchie and coworkers published the results of a pilot study in two papers  (628, 629). This small study of 58 cases and 99 controls conducted a congener specific analysis.  Overall, there was no association for the sum of PCBs and case status.  Individual congener analyses also were null.  However, the authors in their abstract concluded an association for the 2003 publication (628).  In their 2005 publication (629),  they conducted  analyses by grouping PCBs. They cautiously reported that "that these results suggest that a higher burden of PCBs that are [phenobarbital-like] agonists may be positively associated with an increased risk of prostate cancer and they encourage further research in this area."  A review of the data indicates a trend with less non-significant risk estimates when using lipid-adjusted PCBs.  The potential of case-bias due to case status would make the lipid-adjusted data more informative.

Hardell and coworkers conducted a case-control study of 58 cases and 20 controls, and PCB congeners were measured in adipose tissue (630).  Other organochlorines were measured and similar associations were found, making it less likely that the PCB associations reflected an etiology.  Controls were hospital cases and both cases and controls had adipose tissue removed from the abdominal wall during surgery.  The controls were never described.  PCBs, including the individual congeners, were not associated with prostate cancer risk unless subjects were stratified by PSA levels.  In this case, those with higher levels (>16.5) had an association with congener 153, but not others, or total PCBs.  Examining PSA by tertiles showed the middle tertile to have a decreased risk, although not statistically significant.  The authors classified the PCBs in 10 different ways and none of the results were positive, except for persons with PSA >16.5 and only for congeners thought to induce enzymes generally, phenobarbital-like and lower chlorinated congeners.  This arbitrary grouping likely represents chance findings.

Charles and coworkers studied electrical utility workers and conducted a nested case-control study with 387 prostate cancer cases and 5 controls for each case (631).  The odds ratio for PCB exposure and prostate cancer mortality was 1.47 (95% CI=0.97, 2.24).  PCB exposure was not directly assessed, but estimated by occupational category, presumably for persons working with transformers and capacitors.  However, high exposure has not been documented for this industry, and many of these capacitors and transformers are mineral oil.  By their

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 96

assessment, 293 cases of the total 387 had exposure to PCBs, although a review of the job descriptions makes this seem unlikely.  Importantly, there was no dose-response relationship and the borderline association was after adjustment for factors such as electromagnetic radiation and an interaction term for EMF and PCBs.   A study by Robinson and coworkers indicated a modest increase in prostate cancer risk for electrical workers, but it was unclear if these workers were exposed to PCBs (632).

An ecological study comparing a PCB contaminated region to surrounding areas without contamination in the Slovak republic found no difference in prostate cancer rates (633).

A hospital-based case control study from Singapore found statistically significant associations for some congeners with early stage prostate cancer (using hospital-based controls) (634).  A second study from Korea also reported positive results, but they provided no information about stage of disease or how the controls were selected (635).  In a prospective Swedish study using a dietary assessment of PCBs, Ali and coworkers (2016) reported an association for non-dioxin like congener PCB 153 (assessed by questionnaire) as associated with fatal prostate cancer (636).  However, Koutrous and coworkers (2015) used the Norwegian Janus Cohort for metastatic prostate cancer risk and reported a statistically significant decrease in risk for some of the congeners, and congener groups (637). Most of the results were null. Thus, this is among the largest studies to date and is of high quality, and they reported that the most clinically significant prostate cancer diagnosis was not associated with an increase risk. Another publication by Emeville and coworkers (2015) reported reduced risk in a French West Indies case-control study (638). Most subjects were early stage.

In summary, there is a lack of consistency for PCB exposure and prostate cancer risk among many studies.  The absence of consistency precludes any finding that PCBs are a cause of prostate cancer.

### *Colon Cancer*

Some studies report risks for colon cancers alone, or within the group of intestinal cancers.  This latter category would include small and large bowel tumors, but given that small intestinal tumors are rare, we can infer that reported intestinal risks are mostly colon cancer risks.  The occupational studies above indicate that PCBS are not a measurable cause of colon cancer in humans.

A small case-control study by Howsam and coworkers found that the risk of congener 118, but not 6 other congeners, was associated with colorectal cancer risk (639).  This was a hospital-based case-control study from Spain of 132 cases and 76 controls, and epidemiological details are cited back to an earlier study (640). Controls were identified from departments across the hospital who were coming for their first diagnosis of a disease. They studied 7 congeners selected from a list of the ICES 7 (from the International Council for the Exploration

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 97

of the Sea).  Thus, there is not a representative profile of congeners, and results cannot be placed into the context of exposure to Aroclors.  In this study, alcohol drinking also was associated with risk, which could confound the results.  The congener 118 median was almost twice for cases compared to controls, while the other congeners were more similar.  When logistic regression was used, they divided the subjects into less than the limit of detection and then for those above this limit, by the median.  They reported that in those above the median (92 ng/g) had a risk of 2.02 (1.00 - 4.00), which was borderline statistically significant.  The trend had a p value of 0.045, adjusted for age, gender, energy intake and body mass index.  Importantly, smoking was not in the statistical model (the data indicated a nonstatistically significant decreased risk of colon cancer, opposite to what would be predicted). For congener 28, persons with levels above 3.5 ng/g had a risk estimate of 2.75 (1.29 - 5.83), with a trend test of 0.006. The finding for only 2 congeners of 7 as positive is not plausible as the congeners should covary, and suggests a laboratory error in quantitation, or an unidentified contaminant co-eluting with the 118 peak.  There are several limitations to this study, including its case-control study design.  This could lead to a case bias due to the presence of cancer.  Also, the use of hospital-based controls is considered suboptimal, as it is not clear if the cases and controls really come from the same population, or represent the general population.  Clearly, this study is not consistent with numerous studies of highly exposed workers, and the authors report their findings as hypothesis generating.  This is the first report of associations with specific PCB congeners, and prior to using this data to opine causality, it must be replicated in other studies.

One hospital-based case control study reported an association of some PCB congeners with the risk of colorectal polyps, but not cancer (641).  Callahan and coworkers (2017) studied Lake Ontario Sport Fish consumption that were contaminated with PCBS and other organochlorines, and did not find an association with colorectal cancer, but did report a decreased risk for colon cancer (642). The implication of this study is that any theoretical adverse colon cancer effects for PCBs are outweighed by fish consumption.

In summary, the risk of increased colon or intestinal cancer has been extensively studied in worker studies, which are null.  The general population studies are also generally null.

### Gastric and Esophageal Cancer

There is no evidence that PCBS are a cause of gastric or esophageal cancer, based on the above occupational studies.  I am not aware of any general population studies.

### Liver, biliary tree and gall bladder cancers

Because an initial report by Brown in 1987 (487) suggested an increased risk of the combined tumors of the liver, biliary tree and gall bladder,  subsequent other studies have

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 98

examined this.  The initial Brown report (487) indicated a  standardized mortality ratio of 280 based on 5 observed cases and 1.9 expected.  However, it was statistically significant only with a1-sided p value, and an examination of the cancers by pathology showed that 1 case was a metastatic cancer to the liver from a different organ and 1 was not pathologically confirmed.  Also, 4 of the 5 cases were exposed to PCBs for less than 1.5 years, and 3 of them were exposed for less than 1 year.  None were liver cancer.  Thus, it is highly improbable that these cases were caused by the PCB exposure.  Finally, the rationale for grouping these cancers was based on convenience of coding and not for biological reasons.  In fact, the known risk factors for these tumors are quite distinct, where many causes of liver cancer are known, and do not apply to biliary tract and gall bladder cancers.  Thus, there are many  reasons to discount the Brown study (487) as supportive of a causal relationship for PCBs and  cancer.  The recent update of the Brown study was published last year (488).  The SMR was now reported as 2.11 (95% CI = 1.05, 3.77), thus only borderline statistically significant.  This was based only on 11 deaths. While there was some relation with duration of employment categories, there was no dose-response relationship with overall duration of employment.  In an unexplained manner, risks for Plant 1 increased with later years of follow-up, while it decreased for Plant 2.  This suggests the presence of a confounding factor.

As shown above, today, with many worker studies, there is no indication that PCBs are causing liver or biliary tree cancer in highly exposed occupational cohorts.

## Pancreas

The worker studies are consistently null for pancreatic cancer.

Hoppin, et. al., conducted a case-control study of pancreatic cancer (643).  They reported an increase risk with PCB exposure, specifically for persons with levels higher than 360 ng/g lipid (odds ratio = 4.2; 95% CI = 1.8, 9.4).  There are significant limitations to this study. In addition to the possible case-bias, acknowledged by the authors, the participation rate was only 18%, which is extremely low and so precludes the use of this study for understanding how this might represent the general population. Regarding case-bias, 55% of cases reported unintended weight loss, and cholesterol was 26% lower in cases compared with controls.  Also, among these individuals, who were survivors at the time of contact (more than 55% of the identified cases were dead by the time of contact), the number of people receiving therapies was not reported.  This would likely be a high number and could affect PCB levels.

A meta-analysis published in 2001 did not find an increased risk for PCBs and pancreatic cancer (644), and this did not include data from many of the recent major cohort publications.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 99


## *Lung Cancer*

There is no study that I am aware of that reports a statistical increase in lung cancer risk for PCB exposure among workers.  Given that about 90% of human lung cancer is tobacco-related, the presence of lung cancer in these cohorts demonstrate that these were smoking populations.  Thus, if PCBs were a human tumor promoter, then lung cancer would have been increased.  A small general population study from Mexico reported that congener 18 was associated with lung cancer risk, but not the other 19 congeners tested, likely a chance finding (645).


## *Hematological Malignancies*

Most worker studies have specifically examined this association for all hematological malignancies or by individual hematological malignancies and found null results. Bassig and coworkers (2019) recently studied the risk for PCBs using the Norwegian Janus cohort and reported null results for AML (646). Tomasallo and coworkers published a small cohort study of persons who consumed PCB contaminated Great Lake fish and there was no increase in lymphoid/hematopoietic malignancies (542).  There is one case-control study for multiple myeloma that reported a positive association for serum PCBs (647)  However, this single study does not overcome the occupational studies of highly exposed workers that demonstrate the absence of causation.  Bassig and coworkers (2019) assessed the Janus cohort for the risk of acute myelogenous leukemia and no increased risk was found for any PCB congener or total PCBs (646).

## *Sarcoma*

No studies that I am aware of associate sarcoma with PCB exposure in worker studies.  A report by Guercio, et al (2019) indicated that for 52 cases and 99 hospital-based controls, there were some small increases in risk depending on how the authors grouped the congeners, and for congeners 170 and 138 (648).

## *Thyroid Cancer*

Worker studies are null for thyroid cancer.   The Janus cohort was studied with no overall associations with thyroid cancer, although when studied for interactions with birth cohort, some positive associations were reported (649).  Studies of sport fisherman with an estimated PCB intake are null for thyroid cancer (650, 651). Recent reviews cite negative data (652, 653).  Thus, PCBs are not a known cause of thyroid cancer.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 100

### All Cancers Combined

No study that I am aware of reports that the risk for all cancers combined is increased in workers highly exposed to PCBs. The lack of such findings undermines an opinion that PCBs are tumor promoters, because then all cause cancer mortality would have to be increased.  None of the major cohorts, as shown in Table 7 and 8, identify an increase in all cancers combined.   This is true for other types of studies.  While carcinogens have target organ specificity, as described above, these studies demonstrate that it cannot be concluded that PCBs can cause any type of cancer, because human studies would have to show that the sum of all cancers is increased compared with reference populations.

A small study by Lin and coworkers (2012) reported an overall increase in all-cause mortality with dioxin and dioxin-like PCBs using the NHANES study, but all cancer combined was not increased (654). Another NHANES analysis for subjects 60 years and older did not have an increase in all-cause mortality or all cancers combined (655). A publication by Ki and coworkers (2015) was null for overall all cancers among elderly NHANES subjects, but there was an inverse association for subjects with high fat mass (656).

A 2019 publication by Lind and coworkers examined all cause mortality in a population-based study of 900 elderly subjects with blood testing reported an all-cause mortality increase associated with PCBs, but the association was found for cardiovascular disease (657).  Cancer deaths were not increased.  A second study by Donat-Vargas, et al (2019) from Sweden assessing fish consumption in a very large cohort of men and women also did not find an increase in risk for all cancers combined (503). The intent of the authors was to specifically assess the beneficial effects of fish consumption in the context of hypothesized cancer risk for PCBS.

### Published overviews

Some authors have reviewed studies and attempted meta-analysis-like processes. There are many limitations to the use of meta-analysis, and its applicability to making public health recommendations.  But, methodology exists that reduces some of these limitations, for example the process needs to consider publication bias (typically null papers are not published so the literature is skewed with positive findings), assesses the studies for heterogeneity, and unlike studies should not be grouped together.   Recently published overviews generally do not indicate that there is sufficient evidence to conclude that PCBs are a human cancer risk factor (96, 119, 507-509, 552, 570, 572, 574, 658).  Among the most striking inconsistencies is the positive results in some environmental exposure studies and the consistent null results in the occupational studies.  There are no precedents for human cancer risk where lower dose exposures yield higher risks than higher dose studies.  A recent weight of evidence review indicated that there was insufficient evidence to link PCB exposure with any cancer (574).

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 101

An article published by Longnecker, Korrick and Moysich (505) reviewed various cancer studies and provided summary statistics.  For all cancers combined, and any individual cancer, they did not conclude a causal relationship.  In some cases they provide overall summary statistics, and while they use an incomplete meta-analysis-like process, and include some studies of limited or no value, their summary tables clearly show that for 8 different cancers, the results were null.  (They did report an elevated summary statistic for melanoma, which is discussed above).  The risk estimate for all cancers combined was 0.9.  The authors also concluded that there was no relation of PCB exposure to breast cancer, and that data for pancreas cancer and non-Hodgkin's lymphoma was limited.  While the authors do not appear to incorporate usual methods for meta-analysis, the individual data is consistent with the conclusion that there is no measurable relationship for PCBs and cancer.

## PLAINTIFF EXPERT REPORTS

I have reviewed the plaintiff reports as cited above in the documents I reviewed.  Across the experts, I note:

- They claim that there is an increased risk for cancer based on fish levels and risk assessment methods that have not been validated for actual risk.  There are no human studies that indicate that consumption of fish at PCB levels in Spokane river water at any frequency or duration are known causes of any cancer.

- The risks of cancer proposed by plaintiffs using models not validated for actual human cancer risk are trivial, and need to be taken into context that eating fish is healthy.

- Plaintiff's experts cite to IARC and other sources claiming that Spokane residents are at risk of all cancers.  No study that I am aware of reports an association of PCB exposure and increased all cancers combined in humans.  Even for specific cancers, as they rely upon the flawed IARC classification for melanoma, they fail to note that this is based on worker studies at the highest levels of human exposures.  They also fail to note that while IARC reported that they found positive associations for NHL and breast cancer, that the IARC working group found that the studies were insufficient to classify PCBs as a cause of these cancers.

- None of the plaintiff's admit to the uncertainty of their methods, and the limitations for reliance on risk estimates, e.g., by using TEFs.

- Plaintiff's expert, Richard DeGrandchamp estimates a reduction of risk by remediation.  This is a fundamentally flawed methodology.  He bases his assessment on predicted decreases in PCB fish levels by Frank Gobas. The assumption of actual risk based on the lack of human data is discussed above.  But, now Dr. DeGrandchamp is using risk assessment methodology to predict reductions in risk based on predicted decrease in levels.  The risk assessment methodology was never intended for such a use, and has no

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 102

scientific validity.  Given the trivial levels of risk predicted through the risk assessment process, an impact on reduction would unlikely have a measurable effect in the population.  I note that he does not provide examples or authoritative sources supporting this use.

- Plaintiff's expert James Olson provides his opinions about the history, toxicology and epidemiology for PCB research.  His opinions contrast with numerous authors and regulatory and review agencies, such as IARC.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 103


# LITERATURE CITED

1. Yuspa S, Shields PG. Principles of Carcinogenesis:  Chemical. In: In DeVita VT, Hellman S, Rosenberg SA, editors. Cancer:  Principles and Practice of Oncology, Eighth ed. Philadelphia, PA.: J.B. Lippincott Co.; 2015.
2. Sell S. On the stem cell origin of cancer. *Am J Pathol* 2010; 176: 2584-2494.
3. Vineis P, Schatzkin A, Potter JD. Models of carcinogenesis: an overview. *Carcinogenesis* 2010; 31: 1703-1709.
4. Kulawiec M, Salk JJ, Ericson NG, Wanagat J, Bielas JH. Generation, function, and prognostic utility of somatic mitochondrial DNA mutations in cancer. *Environ Mol Mutagen* 2010; 51: 427-439.
5. Cabarcas SM, Mathews LA, Farrar WL. The cancer stem cell niche--there goes the neighborhood? *Int J Cancer* 2011; 129: 2315-2327.
6. Boral D, Nie D. Cancer stem cells and niche mircoenvironments. *Front Biosci (Elite Ed)* 2012; 4: 2502-2514.
7. Chaffer CL, Weinberg RA. How does multistep tumorigenesis really proceed? *Cancer Discov* 2015; 5: 22-24.
8. Hyndman IJ. Review: the Contribution of both Nature and Nurture to Carcinogenesis and Progression in Solid Tumours. *Cancer Microenviron* 2016; 9: 63-69.
9. Langie SA, Koppen G, Desaulniers D, Al-Mulla F, Al-Temaimi R, Amedei A, Azqueta A, Bisson WH, Brown DG, Brunborg G, Charles AK, Chen T, Colacci A, Darroudi F, Forte S, Gonzalez L, Hamid RA, Knudsen LE, Leyns L, Lopez de Cerain Salsamendi A, Memeo L, Mondello C, Mothersill C, Olsen AK, Pavanello S, Raju J, Rojas E, Roy R, Ryan EP, Ostrosky-Wegman P, Salem HK, Scovassi AI, Singh N, Vaccari M, Van Schooten FJ, Valverde M, Woodrick J, Zhang L, van Larebeke N, Kirsch-Volders M, Collins AR. Causes of genome instability: the effect of low dose chemical exposures in modern society. *Carcinogenesis* 2015; 36 Suppl 1: S61-88.
10. Cui Y, Gao D, Linghu E, Zhan Q, Chen R, Brock MV, Herman JG, Guo M. Epigenetic changes and functional study of HOXA11 in human gastric cancer. *Epigenomics* 2015; 7: 201-213.
11. Nahta R, Al-Mulla F, Al-Temaimi R, Amedei A, Andrade-Vieira R, Bay SN, Brown DG, Calaf GM, Castellino RC, Cohen-Solal KA, Colacci A, Cruickshanks N, Dent P, Di Fiore R, Forte S, Goldberg GS, Hamid RA, Krishnan H, Laird DW, Lasfar A, Marignani PA, Memeo L, Mondello C, Naus CC, Ponce-Cusi R, Raju J, Roy D, Roy R, Ryan EP, Salem HK, Scovassi AI, Singh N, Vaccari M, Vento R, Vondracek J, Wade M, Woodrick J, Bisson WH. Mechanisms of environmental chemicals that enable the cancer hallmark of evasion of growth suppression. *Carcinogenesis* 2015; 36 Suppl 1: S2-18.
12. Narayanan KB, Ali M, Barclay BJ, Cheng QS, D'Abronzo L, Dornetshuber-Fleiss R, Ghosh PM, Gonzalez Guzman MJ, Lee TJ, Leung PS, Li L, Luanpitpong S, Ratovitski E, Rojanasakul Y, Romano MF, Romano S, Sinha RK, Yedjou C, Al-Mulla F, Al-Temaimi R, Amedei A, Brown DG, Ryan EP, Colacci A, Hamid RA, Mondello C, Raju J, Salem HK, Woodrick J, Scovassi AI, Singh N, Vaccari M, Roy R, Forte S, Memeo L, Kim SY,

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 104

Bisson WH, Lowe L, Park HH. Disruptive environmental chemicals and cellular mechanisms that confer resistance to cell death. *Carcinogenesis* 2015; 36 Suppl 1: S89-110.

13. Engstrom W, Darbre P, Eriksson S, Gulliver L, Hultman T, Karamouzis MV, Klaunig JE, Mehta R, Moorwood K, Sanderson T, Sone H, Vadgama P, Wagemaker G, Ward A, Singh N, Al-Mulla F, Al-Temaimi R, Amedei A, Colacci AM, Vaccari M, Mondello C, Scovassi AI, Raju J, Hamid RA, Memeo L, Forte S, Roy R, Woodrick J, Salem HK, Ryan EP, Brown DG, Bisson WH. The potential for chemical mixtures from the environment to enable the cancer hallmark of sustained proliferative signalling. *Carcinogenesis* 2015; 36 Suppl 1: S38-60.

14. Goodson WH, 3rd, Lowe L, Carpenter DO, Gilbertson M, Manaf Ali A, Lopez de Cerain Salsamendi A, Lasfar A, Carnero A, Azqueta A, Amedei A, Charles AK, Collins AR, Ward A, Salzberg AC, Colacci A, Olsen AK, Berg A, Barclay BJ, Zhou BP, Blanco-Aparicio C, Baglole CJ, Dong C, Mondello C, Hsu CW, Naus CC, Yedjou C, Curran CS, Laird DW, Koch DC, Carlin DJ, Felsher DW, Roy D, Brown DG, Ratovitski E, Ryan EP, Corsini E, Rojas E, Moon EY, Laconi E, Marongiu F, Al-Mulla F, Chiaradonna F, Darroudi F, Martin FL, Van Schooten FJ, Goldberg GS, Wagemaker G, Nangami GN, Calaf GM, Williams G, Wolf GT, Koppen G, Brunborg G, Lyerly HK, Krishnan H, Ab Hamid H, Yasaei H, Sone H, Kondoh H, Salem HK, Hsu HY, Park HH, Koturbash I, Miousse IR, Scovassi AI, Klaunig JE, Vondracek J, Raju J, Roman J, Wise JP, Sr., Whitfield JR, Woodrick J, Christopher JA, Ochieng J, Martinez-Leal JF, Weisz J, Kravchenko J, Sun J, Prudhomme KR, Narayanan KB, Cohen-Solal KA, Moorwood K, Gonzalez L, Soucek L, Jian L, D'Abronzo LS, Lin LT, Li L, Gulliver L, McCawley LJ, Memeo L, Vermeulen L, Leyns L, Zhang L, Valverde M, Khatami M, Romano MF, Chapellier M, Williams MA, Wade M, Manjili MH, Lleonart ME, Xia M, Gonzalez MJ, Karamouzis MV, Kirsch-Volders M, Vaccari M, Kuemmerle NB, Singh N, Cruickshanks N, Kleinstreuer N, van Larebeke N, Ahmed N, Ogunkua O, Krishnakumar PK, Vadgama P, Marignani PA, Ghosh PM, Ostrosky-Wegman P, Thompson PA, Dent P, Heneberg P, Darbre P, Sing Leung P, Nangia-Makker P, Cheng QS, Robey RB, Al-Temaimi R, Roy R, Andrade-Vieira R, Sinha RK, Mehta R, Vento R, Di Fiore R, Ponce-Cusi R, Dornetshuber-Fleiss R, Nahta R, Castellino RC, Palorini R, Abd Hamid R, Langie SA, Eltom SE, Brooks SA, Ryeom S, Wise SS, Bay SN, Harris SA, Papagerakis S, Romano S, Pavanello S, Eriksson S, Forte S, Casey SC, Luanpitpong S, Lee TJ, Otsuki T, Chen T, Massfelder T, Sanderson T, Guarnieri T, Hultman T, Dormoy V, Odero-Marah V, Sabbisetti V, Maguer-Satta V, Rathmell WK, Engstrom W, Decker WK, Bisson WH, Rojanasakul Y, Luqmani Y, Chen Z, Hu Z. Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: the challenge ahead. *Carcinogenesis* 2015; 36 Suppl 1: S254-296.

15. Lasry A, Ben-Neriah Y. Senescence-associated inflammatory responses: aging and cancer perspectives. *Trends Immunol* 2015; 36: 217-228.

16. Ruhland MK, Coussens LM, Stewart SA. Senescence and cancer: An evolving inflammatory paradox. *Biochim Biophys Acta* 2016; 1865: 14-22.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 105

17. Taylor EM, Lindsay HD. DNA replication stress and cancer: cause or cure? *Future Oncol* 2016; 12: 221-237.

18. Hu Z, Brooks SA, Dormoy V, Hsu CW, Hsu HY, Lin LT, Massfelder T, Rathmell WK, Xia M, Al-Mulla F, Al-Temaimi R, Amedei A, Brown DG, Prudhomme KR, Colacci A, Hamid RA, Mondello C, Raju J, Ryan EP, Woodrick J, Scovassi AI, Singh N, Vaccari M, Roy R, Forte S, Memeo L, Salem HK, Lowe L, Jensen L, Bisson WH, Kleinstreuer N. Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: focus on the cancer hallmark of tumor angiogenesis. *Carcinogenesis* 2015; 36 Suppl 1: S184-202.

19. Hanahan D, Weinberg RA. The hallmarks of cancer. *Cell* 2000; 100: 57-70.

20. Berraondo P, Minute L, Ajona D, Corrales L, Melero I, Pio R. Innate immune mediators in cancer: between defense and resistance. *Immunol Rev* 2016; 274: 290-306.

21. Horne SD, Pollick SA, Heng HH. Evolutionary mechanism unifies the hallmarks of cancer. *International journal of cancer Journal international du cancer* 2015; 136: 2012-2021.

22. Pickup MW, Mouw JK, Weaver VM. The extracellular matrix modulates the hallmarks of cancer. *EMBO Rep* 2014; 15: 1243-1253.

23. Giampazolias E, Tait SW. Mitochondria and the hallmarks of cancer. *FEBS J* 2016; 283: 803-814.

24. Paluch BE, Naqash AR, Brumberger Z, Nemeth MJ, Griffiths EA. Epigenetics: A primer for clinicians. *Blood Rev* 2016; 30: 285-295.

25. Tu J, Liao J, Luk AC, Tang NL, Chan WY, Lee TL. MicroRNAs mediated targeting on the Yin-yang dynamics of DNA methylation in disease and development. *Int J Biochem Cell Biol* 2015; 67: 115-120.

26. Chappell G, Pogribny IP, Guyton KZ, Rusyn I. Epigenetic alterations induced by genotoxic occupational and environmental human chemical carcinogens: A systematic literature review. *Mutat Res Rev Mutat Res* 2016; 768: 27-45.

27. Bartonicek N, Maag JL, Dinger ME. Long noncoding RNAs in cancer: mechanisms of action and technological advancements. *Mol Cancer* 2016; 15: 43.

28. Taby R, Issa JP. Cancer epigenetics. *CA Cancer J Clin* 2010; 60: 376-392.

29. Chen T. The role of MicroRNA in chemical carcinogenesis. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev* 2010; 28: 89-124.

30. Molchadsky A, Rivlin N, Brosh R, Rotter V, Sarig R. p53 is balancing development, differentiation and de-differentiation to assure cancer prevention. *Carcinogenesis* 2010; 31: 1501-1508.

31. Ushijima T, Asada K. Aberrant DNA methylation in contrast with mutations. *Cancer Sci* 2010; 101: 300-305.

32. Bianchi NO. Mitochondrial genome instability in cancer. *Cytogenet Genome Res* 2010; 128: 66-76.

33. Di Mitri D, Alimonti A. Non-Cell-Autonomous Regulation of Cellular Senescence in Cancer. *Trends Cell Biol* 2016; 26: 215-226.

34. Charni M, Aloni-Grinstein R, Molchadsky A, Rotter V. p53 on the crossroad between regeneration and cancer. *Cell Death Differ* 2016.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 106

35. Poirier MC. Linking DNA adduct formation and human cancer risk in chemical carcinogenesis. *Environ Mol Mutagen* 2016; 57: 499-507.
36. Petljak M, Alexandrov LB. Understanding mutagenesis through delineation of mutational signatures in human cancer. *Carcinogenesis* 2016; 37: 531-540.
37. Hollstein M, Alexandrov LB, Wild CP, Ardin M, Zavadil J. Base changes in tumour DNA have the power to reveal the causes and evolution of cancer. *Oncogene* 2016.
38. Roos WP, Thomas AD, Kaina B. DNA damage and the balance between survival and death in cancer biology. *Nat Rev Cancer* 2016; 16: 20-33.
39. Hsieh HJ, Peng G. Cellular responses to replication stress: Implications in cancer biology and therapy. *DNA Repair (Amst)* 2016.
40. Fontes FL, Pinheiro DM, Oliveira AH, Oliveira RK, Lajus TB, Agnez-Lima LF. Role of DNA repair in host immune response and inflammation. *Mutat Res Rev Mutat Res* 2015; 763: 246-257.
41. Dizdaroglu M. Oxidatively induced DNA damage and its repair in cancer. *Mutat Res Rev Mutat Res* 2015; 763: 212-245.
42. Klapacz J, Pottenger LH, Engelward BP, Heinen CD, Johnson GE, Clewell RA, Carmichael PL, Adeleye Y, Andersen ME. Contributions of DNA repair and damage response pathways to the non-linear genotoxic responses of alkylating agents. *Mutat Res Rev Mutat Res* 2016; 767: 77-91.
43. Guerard M, Baum M, Bitsch A, Eisenbrand G, Elhajouji A, Epe B, Habermeyer M, Kaina B, Martus HJ, Pfuhler S, Schmitz C, Sutter A, Thomas AD, Ziemann C, Froetschl R. Assessment of mechanisms driving non-linear dose-response relationships in genotoxicity testing. *Mutat Res Rev Mutat Res* 2015; 763: 181-201.
44. Jenkins GJ, Zair Z, Johnson GE, Doak SH. Genotoxic thresholds, DNA repair, and susceptibility in human populations. *Toxicology* 2010; 278: 305-310.
45. Gao D, Herman JG, Guo M. The clinical value of aberrant epigenetic changes of DNA damage repair genes in human cancer. *Oncotarget* 2016; 7: 37331-37346.
46. Zhang C, Peng G. Non-coding RNAs: an emerging player in DNA damage response. *Mutat Res Rev Mutat Res* 2015; 763: 202-211.
47. Christmann M, Kaina B. Transcriptional regulation of human DNA repair genes following genotoxic stress: trigger mechanisms, inducible responses and genotoxic adaptation. *Nucleic Acids Res* 2013; 41: 8403-8420.
48. White E, Mehnert JM, Chan CS. Autophagy, Metabolism, and Cancer. *Clinical cancer research : an official journal of the American Association for Cancer Research* 2015; 21: 5037-5046.
49. Loaiza N, Demaria M. Cellular senescence and tumor promotion: Is aging the key? *Biochim Biophys Acta* 2016; 1865: 155-167.
50. Lopez-Otin C, Galluzzi L, Freije JM, Madeo F, Kroemer G. Metabolic Control of Longevity. *Cell* 2016; 166: 802-821.
51. Ngo DC, Ververis K, Tortorella SM, Karagiannis TC. Introduction to the molecular basis of cancer metabolism and the Warburg effect. *Mol Biol Rep* 2015; 42: 819-823.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 107

52. Xu XD, Shao SX, Jiang HP, Cao YW, Wang YH, Yang XC, Wang YL, Wang XS, Niu HT. Warburg effect or reverse Warburg effect? A review of cancer metabolism. *Oncol Res Treat* 2015; 38: 117-122.

53. Devic S. Warburg Effect - a Consequence or the Cause of Carcinogenesis? *J Cancer* 2016; 7: 817-822.

54. De Los Angeles A, Ferrari F, Xi R, Fujiwara Y, Benvenisty N, Deng H, Hochedlinger K, Jaenisch R, Lee S, Leitch HG, Lensch MW, Lujan E, Pei D, Rossant J, Wernig M, Park PJ, Daley GQ. Hallmarks of pluripotency. *Nature* 2015; 525: 469-478.

55. Ye X, Weinberg RA. Epithelial-Mesenchymal Plasticity: A Central Regulator of Cancer Progression. *Trends Cell Biol* 2015; 25: 675-686.

56. Liu X, Fan D. The epithelial-mesenchymal transition and cancer stem cells: functional and mechanistic links. *Curr Pharm Des* 2015; 21: 1279-1291.

57. Rendic S, Guengerich FP. Contributions of human enzymes in carcinogen metabolism. *Chem Res Toxicol* 2012; 25: 1316-1383.

58. Wahlang B, Falkner KC, Cave MC, Prough RA. Role of Cytochrome P450 Monooxygenase in Carcinogen and Chemotherapeutic Drug Metabolism. *Adv Pharmacol* 2015; 74: 1-33.

59. Muller-Hubenthal B, Azemar M, Lorenzen D, Huber M, Freudenberg MA, Galanos C, Unger C, Hildenbrand B. Tumour Biology: tumour-associated inflammation versus antitumor immunity. *Anticancer Res* 2009; 29: 4795-4805.

60. Schetter AJ, Heegaard NH, Harris CC. Inflammation and cancer: interweaving microRNA, free radical, cytokine and p53 pathways. *Carcinogenesis* 2010; 31: 37-49.

61. Compare D, Nardone G. Contribution of gut microbiota to colonic and extracolonic cancer development. *Dig Dis* 2011; 29: 554-561.

62. Chen R, Snyder M. Promise of personalized omics to precision medicine. *Wiley Interdisc Rev Syst Biol Med* 2013; 5: 73-82.

63. Genovese G, Kahler AK, Handsaker RE, Lindberg J, Rose SA, Bakhoum SF, Chambert K, Mick E, Neale BM, Fromer M, Purcell SM, Svantesson O, Landen M, Hoglund M, Lehmann S, Gabriel SB, Moran JL, Lander ES, Sullivan PF, Sklar P, Gronberg H, Hultman CM, McCarroll SA. Clonal hematopoiesis and blood-cancer risk inferred from blood DNA sequence. *N Engl J Med* 2014; 371: 2477-2487.

64. Ames BN, Gold LS. Paracelsus to parascience: the environmental cancer distraction. *Mutat Res* 2000; 447: 3-13.

65. Ames BN, Shigenaga MK, Gold LS. DNA lesions, inducible DNA repair, and cell division: three key factors in mutagenesis and carcinogenesis. *Environ Health Perspect* 1993; 101 Suppl 5: 35-44.

66. Goldman R, Shields PG. Food mutagens. *J Nutr* 2003; 133 Suppl 3: 965S-973S.

67. Felton JS, Knize MG. A meat and potato war: implications for cancer etiology. *Carcinogenesis* 2006; 27: 2367-2370.

68. Calabrese EJ, Dhawan G, Kapoor R, Iavicoli I, Calabrese V. What is hormesis and its relevance to healthy aging and longevity? *Biogerontology* 2015; 16: 693-707.

69. Thomas AD, Fahrer J, Johnson GE, Kaina B. Theoretical considerations for thresholds in chemical carcinogenesis. *Mutat Res Rev Mutat Res* 2015; 765: 56-67.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 108

70. Lynch S, Rebbeck TR. Bridging the Gap between Biological, Individual and Macro-Environmental Factors in Cancer: A Multi-Level Approach. *Cancer Epidemiol Biomarkers Prev* 2013.

71. Calabrese EJ. Origin of the linearity no threshold (LNT) dose-response concept. *Arch Toxicol* 2013; 87: 1621-1633.

72. Tomasetti C, Vogelstein B. Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science* 2015; 347: 78-81.

73. Szabo G, Mandrekar P. A recent perspective on alcohol, immunity, and host defense. *Alcohol Clin Exp Res* 2009; 33: 220-232.

74. LeBien TW, Tedder TF. B lymphocytes: how they develop and function. *Blood* 2008; 112: 1570-1580.

75. Monroe JG, Dorshkind K. Fate decisions regulating bone marrow and peripheral B lymphocyte development. *Adv Immunol* 2007; 95: 1-50.

76. Carpenter AC, Bosselut R. Decision checkpoints in the thymus. *Nat Immunol* 2010; 11: 666-673.

77. Laiosa CV, Stadtfeld M, Graf T. Determinants of lymphoid-myeloid lineage diversification. *Annu Rev Immunol* 2006; 24: 705-738.

78. Bonilla FA, Oettgen HC. Adaptive immunity. *J Allergy Clin Immunol* 2010; 125: S33-S40.

79. Puebla-Osorio N, Zhu C. DNA damage and repair during lymphoid development: antigen receptor diversity, genomic integrity and lymphomagenesis. *Immunol Res* 2008; 41: 103-122.

80. Schmidlin H, Diehl SA, Blom B. New insights into the regulation of human B-cell differentiation. *Trends Immunol* 2009; 30: 277-285.

81. Klein U, la-Favera R. Germinal centres: role in B-cell physiology and malignancy. *Nat Rev Immunol* 2008; 8: 22-33.

82. Disis ML. Immune regulation of cancer. *J Clin Oncol* 2010; 28: 4531-4538.

83. Zitvogel L, Tesniere A, Kroemer G. Cancer despite immunosurveillance: immunoselection and immunosubversion. *Nat Rev Immunol* 2006; 6: 715-727.

84. Conde L, Bracci PM, Halperin E, Skibola CF. A search for overlapping susceptibility loci between non-Hodgkin lymphoma and autoimmune diseases. *Genomics* 2011.

85. Tran H, Nourse J, Hall S, Green M, Griffiths L, Gandhi MK. Immunodeficiency-associated lymphomas. *Blood Rev* 2008; 22: 261-281.

86. Grulich AE, Vajdic CM, Cozen W. Altered immunity as a risk factor for non-Hodgkin lymphoma. *Cancer Epidemiol Biomarkers Prev* 2007; 16: 405-408.

87. Klein E, Kis LL, Klein G. Epstein-Barr virus infection in humans: from harmless to life endangering virus-lymphocyte interactions. *Oncogene* 2007; 26: 1297-1305.

88. Klein G, Klein E, Kashuba E. Interaction of Epstein-Barr virus (EBV) with human B-lymphocytes. *Biochem Biophys Res Commun* 2010; 396: 67-73.

89. Smedby KE, Askling J, Mariette X, Baecklund E. Autoimmune and inflammatory disorders and risk of malignant lymphomas--an update. *J Intern Med* 2008; 264: 514-527.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 109

90. Kristinsson SY, Goldin LR, Bjorkholm M, Koshiol J, Turesson I, Landgren O. Genetic and immune-related factors in the pathogenesis of lymphoproliferative and plasma cell malignancies. *Haematologica* 2009.

91. Hennessy BT, Hanrahan EO, Daly PA. Non-Hodgkin lymphoma: an update. *Lancet Oncol* 2004; 5: 341-353.

92. Vineis P, Crosignani P, Sacerdote C, Fontana A, Masala G, Miligi L, Nanni O, Ramazzotti V, Rodella S, Stagnaro E, Tumino R, Vigano C, Vindigni C, Costantini AS. Haematopoietic cancer and medical history: a multicentre case control study. *J Epidemiol Community Health* 2000; 54: 431-436.

93. Fisher SG, Fisher RI. The epidemiology of non-Hodgkin's lymphoma. *Oncogene* 2004; 23: 6524-6534.

94. Ekstrom K, Hjalgrim H, Brandt L, Baecklund E, Klareskog L, Ekbom A, Askling J. Risk of malignant lymphomas in patients with rheumatoid arthritis and in their first-degree relatives. *Arthritis Rheum* 2003; 48: 963-970.

95. Kassan SS, Thomas TL, Moutsopoulos HM, Hoover R, Kimberly RP, Budman DR, Costa J, Decker JL, Chused TM. Increased risk of lymphoma in sicca syndrome. *Ann Intern Med* 1978; 89: 888-892.

96. Alexander DD, Mink PJ, Adami HO, Chang ET, Cole P, Mandel JS, Trichopoulos D. The non-Hodgkin lymphomas: a review of the epidemiologic literature. *International journal of cancer Journal international du cancer* 2007; 120 Suppl 12: 1-39.

97. Soderberg KC, Jonsson F, Winqvist O, Hagmar L, Feychting M. Autoimmune diseases, asthma and risk of haematological malignancies: a nationwide case-control study in Sweden. *Eur J Cancer* 2006; 42: 3028-3033.

98. Ji J, Shu X, Li X, Sundquist K, Sundquist J, Hemminki K. Cancer risk in hospitalized sarcoidosis patients: a follow-up study in Sweden. *Ann Oncol* 2009; 20: 1121-1126.

99. Ji J, Shu X, Sundquist K, Sundquist J, Hemminki K. Cancer risk in hospitalised psoriasis patients: a follow-up study in Sweden. *Br J Cancer* 2009; 100: 1499-1502.

100. Goldin LR, Landgren O. Autoimmunity and lymphomagenesis. *Int J Cancer* 2009; 124: 1497-1502.

101. Doody MM, Linet MS, Glass AG, Friedman GD, Pottern LM, Boice JD, Jr., Fraumeni JF, Jr. Leukemia, lymphoma, and multiple myeloma following selected medical conditions. *Cancer Causes Control* 1992; 3: 449-456.

102. Ekstrom SK, Vajdic CM, Falster M, Engels EA, Martinez-Maza O, Turner J, Hjalgrim H, Vineis P, Seniori CA, Bracci PM, Holly EA, Willett E, Spinelli JJ, La VC, Zheng T, Becker N, de SS, Chiu BC, Dal ML, Cocco P, Maynadie M, Foretova L, Staines A, Brennan P, Davis S, Severson R, Cerhan JR, Breen EC, Birmann B, Grulich AE, Cozen W. Autoimmune disorders and risk of non-Hodgkin lymphoma subtypes: a pooled analysis within the InterLymph Consortium. *Blood* 2008; 111: 4029-4038.

103. Martin DN, Mikhail IS, Landgren O. Autoimmunity and hematologic malignancies: associations and mechanisms. *Leuk Lymphoma* 2009; 50: 541-550.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 110

104. Doody MM, Linet MS, Glass AG, Curtis RE, Pottern LM, Rush BB, Boice JD, Jr., Fraumeni JF, Jr., Friedman GD. Risks of non-Hodgkin's lymphoma, multiple myeloma, and leukemia associated with common medications. *Epidemiology* 1996; 7: 131-139.

105. Engels EA, Cerhan JR, Linet MS, Cozen W, Colt JS, Davis S, Gridley G, Severson RK, Hartge P. Immune-related conditions and immune-modulating medications as risk factors for non-Hodgkin's lymphoma: a case-control study. *Am J Epidemiol* 2005; 162: 1153-1161.

106. Hellgren K, Iliadou A, Rosenquist R, Feltelius N, Backlin C, Enblad G, Askling J, Baecklund E. Rheumatoid arthritis, treatment with corticosteroids, and risk of malignant lymphomas - results from a case-control study. *Ann Rheum Dis* 2009.

107. Bernatsky S, Lee JL, Rahme E. Non-Hodgkin's lymphoma--meta-analyses of the effects of corticosteroids and non-steroidal anti-inflammatories. *Rheumatology (Oxford)* 2007; 46: 690-694.

108. Chang ET, Smedby KE, Hjalgrim H, Schollkopf C, Porwit-MacDonald A, Sundstrom C, Tani E, d'Amore F, Melbye M, Adami HO, Glimelius B. Medication use and risk of non-Hodgkin's lymphoma. *Am J Epidemiol* 2005; 162: 965-974.

109. Holly EA, Lele C, Bracci PM, McGrath MS. Case-control study of non-Hodgkin's lymphoma among women and heterosexual men in the San Francisco Bay Area, California. *Am J Epidemiol* 1999; 150: 375-389.

110. Cerhan JR, Wallace RB, Folsom AR, Potter JD, Sellers TA, Zheng W, Lutz CT. Medical history risk factors for non-Hodgkin's lymphoma in older women. *J Natl Cancer Inst* 1997; 89: 314-318.

111. Cartwright RA, McKinney PA, O'Brien C, Richards ID, Roberts B, Lauder I, Darwin CM, Bernard SM, Bird CC. Non-Hodgkin's lymphoma: case control epidemiological study in Yorkshire. *Leuk Res* 1988; 12: 81-88.

112. Kramer S, Hikel SM, Adams K, Hinds D, Moon K. Current status of the epidemiologic evidence linking polychlorinated biphenyls and non-hodgkin lymphoma, and the role of immune dysregulation. *Environ Health Perspect* 2012; 120: 1067-1075.

113. Stampfli MR, Anderson GP. How cigarette smoke skews immune responses to promote infection, lung disease and cancer. *Nat Rev Immunol* 2009; 9: 377-384.

114. Szabo G, Mandrekar P. A recent perspective on alcohol, immunity, and host defense. *Alcohol Clin Exp Res* 2009; 33: 220-232.

115. Shields PG. Inherited factors and environmental exposures in cancer risk. *J Occup Med* 1993; 35: 34-41.

116. Shields PG. Molecular epidemiology of lung cancer. *Ann Oncol* 1999; 10 Suppl 5: S7-11.

117. Shields PG. Methods for determining cancer etiology in the human assessing risks in individuals. Biomarkers and Epidemiology. New York: Marcel Dekker publisher; 2005.

118. Shields PG. Publication bias is a scientific problem with adverse ethical outcomes: the case for a section for null results. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 771-772.

119. Shields PG. Understanding population and individual risk assessment: the case of polychlorinated biphenyls. *Cancer Epidemiol Biomarkers Prev* 2006; 15: 830-839.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 111

120. Shields PG, Harris CC. Environmental causes of cancer. *Med Clin North Am* 1990; 74: 263-277.

121. Shields PG, Weston A, Sugimura H, Bowman ED, Caporaso NE, Manchester DK, Trivers GE, Tamai S, Resau JH, Trump BF, Harris CC. Molecular epidemiology: dosimetry, susceptibility and cancer risk. In: Vanderlaan M, Stanker LH, Watkins BE, Roberts DW, editors. Immunoassays for Trace Chemical Analysis  Monitoring Toxic Chemicals in Humans, Food, and the Environment. Washington, D.C.: Americal Chemical Society; 1991. p. 186-206.

122. Hoffmann S, Hartung T, Stephens M. Evidence-Based Toxicology. *Adv Exp Med Biol* 2016; 856: 231-241.

123. Borgert CJ, Wise K, Becker RA. Modernizing problem formulation for risk assessment necessitates articulation of mode of action. *Regul Toxicol Pharmacol* 2015; 72: 538-551.

124. Hill AB. The environment and disease: association or causation. *Proc Royal Soc Med* 1965; 58: 295-300.

125. Rhomberg LR, Goodman JE, Bailey LA, Prueitt RL, Beck NB, Bevan C, Honeycutt M, Kaminski NE, Paoli G, Pottenger LH, Scherer RW, Wise KC, Becker RA. A survey of frameworks for best practices in weight-of-evidence analyses. *Crit Rev Toxicol* 2013; 43: 753-784.

126. Rothman KJ, Greenland S. Causation and causal inference in epidemiology. *Am J Public Health* 2005; 95 Suppl 1: S144-S150.

127. Olsen J. What characterises a useful concept of causation in epidemiology? *J Epidemiol Community Health* 2003; 57: 86-88.

128. Parascandola M, Weed DL. Causation in epidemiology. *J Epidemiol Community Health* 2001; 55: 905-912.

129. Lipton R, Odegaard T. Causal thinking and causal language in epidemiology: it's in the details. *Epidemiol Perspect Innov* 2005; 2: 8.

130. Thygesen LC, Andersen GS, Andersen H. A philosophical analysis of the Hill criteria. *J Epidemiol Community Health* 2005; 59: 512-516.

131. James RC, Britt JK, Halmes NC, Guzelian PS. Evidence-based causation in toxicology: A 10-year retrospective. *Hum Exp Toxicol* 2015; 34: 1245-1252.

132. Klimisch HJ, Andreae M, Tillmann U. A systematic approach for evaluating the quality of experimental toxicological and ecotoxicological data. *Regul Toxicol Pharmacol* 1997; 25: 1-5.

133. Becker RA, Ankley GT, Edwards SW, Kennedy SW, Linkov I, Meek B, Sachana M, Segner H, Van Der Burg B, Villeneuve DL, Watanabe H, Barton-Maclaren TS. Increasing Scientific Confidence in Adverse Outcome Pathways: Application of Tailored Bradford-Hill Considerations for Evaluating Weight of Evidence. *Regul Toxicol Pharmacol* 2015; 72: 514-537.

134. Lavelle KS, Robert Schnatter A, Travis KZ, Swaen GM, Pallapies D, Money C, Priem P, Vrijhof H. Framework for integrating human and animal data in chemical risk assessment. *Regul Toxicol Pharmacol* 2012; 62: 302-312.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 112

135. McCarthy WJ, Mistry R, Lu Y, Patel M, Zheng H, Dietsch B. Density of tobacco retailers near schools: effects on tobacco use among students. *Am J Public Health* 2009; 99: 2006-2013.

136. Weed DL. Methodologic implications of the Precautionary Principle: causal criteria. *Int J Occup Med Environ Health* 2004; 17: 77-81.

137. Berman ML, Connolly G, Cummings KM, Djordjevic MV, Hatsukami DK, Henningfield JE, Myers M, O'Connor RJ, Parascandola M, Rees V, Rice JM, Shields PG. Providing a Science Base for the Evaluation of Tobacco Products. *Tob Regul Sci* 2015; 1: 76-93.

138. Patlewicz G, Simon TW, Rowlands JC, Budinsky RA, Becker RA. Proposing a scientific confidence framework to help support the application of adverse outcome pathways for regulatory purposes. *Regul Toxicol Pharmacol* 2015; 71: 463-477.

139. Meek ME, Palermo CM, Bachman AN, North CM, Jeffrey Lewis R. Mode of action human relevance (species concordance) framework: Evolution of the Bradford Hill considerations and comparative analysis of weight of evidence. *J Appl Toxicol* 2014; 34: 595-606.

140. Advisory Committee to the Surgeon General of the Public Health Service W, DC. U.S. Public Health Service, Smoking and health. Washington, DC; 1964 No. Publication no.1103.

141. U.S.Department of Health and Human Services CfDCaP, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health. The Health Consequences of Smoking: 50 Years of Progress. A Report of the Surgeon General. *U S Department of Health and Human Services* 2014; Atlanta, Georgia.

142. Calabrese EJ. Hormetic mechanisms. *Crit Rev Toxicol* 2013; 43: 580-606.

143. Calabrese EJ, Shamoun DY, Hanekamp JC. Cancer risk assessment: Optimizing human health through linear dose-response models. *Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association* 2015; 81: 137-140.

144. Eastmond DA, Vulimiri SV, French JE, Sonawane B. The use of genetically modified mice in cancer risk assessment: challenges and limitations. *Crit Rev Toxicol* 2013; 43: 611-631.

145. Boverhof DR, Chamberlain MP, Elcombe CR, Gonzalez FJ, Heflich RH, Hernandez LG, Jacobs AC, Jacobson-Kram D, Luijten M, Maggi A, Manjanatha MG, Benthem J, Gollapudi BB. Transgenic animal models in toxicology: historical perspectives and future outlook. *Toxicol Sci* 2011; 121: 207-233.

146. Cheung C, Gonzalez FJ. Humanized mouse lines and their application for prediction of human drug metabolism and toxicological risk assessment. *J Pharmacol Exp Ther* 2008; 327: 288-299.

147. Hanahan D, Weinberg RA. Hallmarks of cancer: the next generation. *Cell* 2011; 144: 646-674.

148. Boobis AR, Cohen SM, Dellarco VL, Doe JE, Fenner-Crisp PA, Moretto A, Pastoor TP, Schoeny RS, Seed JG, Wolf DC. Classification schemes for carcinogenicity based on

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 113

hazard-identification have become outmoded and serve neither science nor society. *Regul Toxicol Pharmacol* 2016; 82: 158-166.

149. Calabrese E. Hormesis, non-linearity, and risk communication. *Hum Exp Toxicol* 2009; 28: 5-6.

150. Calabrese EJ. The road to linearity: why linearity at low doses became the basis for carcinogen risk assessment. *Arch Toxicol* 2009; 83: 203-225.

151. Calabrese EJ, Baldwin LA. Can the concept of hormesis Be generalized to carcinogenesis? *Regul Toxicol Pharmacol* 1998; 28: 230-241.

152. Cancer IAfRO. Polychlorinated Biphenyls and Polybrominated Biphenyls. *World Health Organization* 2014; 107.

153. Program NT. 14th Edition Report on Carcinogens. *https://ntpniehsnihgov/pubhealth/roc/index-1html#toc1* 2016.

154. Cheasley R, Keller CP, Setton E. Lifetime excess cancer risk due to carcinogens in food and beverages: Urban versus rural differences in Canada. *Can J Public Health* 2017; 108: e288-e295.

155. Goel A, Upadhyay K, Chakraborty M. Investigation of levels in ambient air near sources of Polychlorinated Biphenyls (PCBs) in Kanpur, India, and risk assessment due to inhalation. *Environ Monit Assess* 2016; 188: 278.

156. Abass K, Huusko A, Nieminen P, Myllynen P, Pelkonen O, Vahakangas K, Rautio A. Estimation of health risk by using toxicokinetic modelling: a case study of polychlorinated biphenyl PCB153. *J Hazard Mater* 2013; 261: 1-10.

157. Persson M, Fagt S, Nauta MJ. Optimising healthy and safe fish intake recommendations: a trade-off between personal preference and cost. *Br J Nutr* 2019; 122: 206-219.

158. Cancer IAfRo. Tobacco smoke and involuntary smoking. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, 83 ed. Lyon, France: IARC; 2004.

159. Kim AS, Ko HJ, Kwon JH, Lee JM. Exposure to Secondhand Smoke and Risk of Cancer in Never Smokers: A Meta-Analysis of Epidemiologic Studies. *Int J Environ Res Public Health* 2018; 15.

160. Brownson RC, Alavanja MC, Caporaso N, Simoes EJ, Chang JC. Epidemiology and prevention of lung cancer in nonsmokers. *Epidemiol Rev* 1998; 20: 218-236.

161. Wakelee HA, Chang ET, Gomez SL, Keegan TH, Feskanich D, Clarke CA, Holmberg L, Yong LC, Kolonel LN, Gould MK, West DW. Lung cancer incidence in never smokers. *J Clin Oncol* 2007; 25: 472-478.

162. Raaschou-Nielsen O, Andersen ZJ, Hvidberg M, Jensen SS, Ketzel M, Sorensen M, Loft S, Overvad K, Tjonneland A. Lung cancer incidence and long-term exposure to air pollution from traffic. *Environ Health Perspect* 2011; 119: 860-865.

163. van Ede KI, van Duursen MB, van den Berg M. Evaluation of relative effect potencies (REPs) for dioxin-like compounds to derive systemic or human-specific TEFs to improve human risk assessment. *Arch Toxicol* 2016; 90: 1293-1305.

164. van den BM, Peterson RE, Schrenk D. Human risk assessment and TEFs. *Food Addit Contam* 2000; 17: 347-358.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 114

165. Birnbaum LS, DeVito MJ. Use of toxic equivalency factors for risk assessment for dioxins and related compounds. *Toxicology* 1995; 105: 391-401.

166. Van den Berg M, Birnbaum LS, Denison M, De Vito M, Farland W, Feeley M, Fiedler H, Hakansson H, Hanberg A, Haws L, Rose M, Safe S, Schrenk D, Tohyama C, Tritscher A, Tuomisto J, Tysklind M, Walker N, Peterson RE. The 2005 World Health Organization reevaluation of human and Mammalian toxic equivalency factors for dioxins and dioxin-like compounds. *Toxicol Sci* 2006; 93: 223-241.

167. Safe SH. Development validation and problems with the toxic equivalency factor approach for risk assessment of dioxins and related compounds. *J Anim Sci* 1998; 76: 134-141.

168. Safe S. Limitations of the toxic equivalency factor approach for risk assessment of TCDD and related compounds. *Teratog Carcinog Mutagen* 1997; 17: 285-304.

169. van den BM, Birnbaum L, Bosveld AT, Brunstrom B, Cook P, Feeley M, Giesy JP, Hanberg A, Hasegawa R, Kennedy SW, Kubiak T, Larsen JC, van Leeuwen FX, Liem AK, Nolt C, Peterson RE, Poellinger L, Safe S, Schrenk D, Tillitt D, Tysklind M, Younes M, Waern F, Zacharewski T. Toxic equivalency factors (TEFs) for PCBs, PCDDs, PCDFs for humans and wildlife. *Environ Health Perspect* 1998; 106: 775-792.

170. Haag-Gronlund M, Johansson N, Fransson-Steen R, Hakansson H, Scheu G, Warngard L. Interactive effects of three structurally different polychlorinated biphenyls in a rat liver tumor promotion bioassay. *Toxicol Appl Pharmacol* 1998; 152: 153-165.

171. Rignall B, Grote K, Gavrilov A, Weimer M, Kopp-Schneider A, Krause E, Appel KE, Buchmann A, Robertson LW, Lehmler HJ, Kania-Korwel I, Chahoud I, Schwarz M. Biological and tumor-promoting effects of dioxin-like and non-dioxin-like polychlorinated biphenyls in mouse liver after single or combined treatment. *Toxicol Sci* 2013; 133: 29-41.

172. Anderson LM, Beebe LE, Fox SD, Issaq HJ, Kovatch RM. Promotion of mouse lung tumors by bioaccumulated polychlorinated aromatic hydrocarbons [published erratum appears in Exp Lung Res 1992 May-Jun;18(3):433]. *Exp Lung Res* 1991; 17: 455-471.

173. Wolfle D. Interactions between 2,3,7,8-TCDD and PCBs as tumor promoters: limitations of TEFs. *Teratog Carcinog Mutagen* 1997; 17: 217-224.

174. Dean CE, Jr., Benjamin SA, Chubb LS, Tessari JD, Keefe TJ. Nonadditive hepatic tumor promoting effects by a mixture of two structurally different polychlorinated biphenyls in female rat livers. *Toxicol Sci* 2002; 66: 54-61.

175. Wahlang B, Falkner KC, Clair HB, Al-Eryani L, Prough RA, States JC, Coslo DM, Omiecinski CJ, Cave MC. Human receptor activation by aroclor 1260, a polychlorinated biphenyl mixture. *Toxicol Sci* 2014; 140: 283-297.

176. Bager Y, Hemming H, Flodstrom S, Ahlborg UG, Warngard L. Interaction of 3,4,5,3',4'-pentachlorobiphenyl and 2,4,5,2',4',5'-hexachlorobiphenyl in promotion of altered hepatic foci in rats. *Pharmacol Toxicol* 1995; 77: 149-154.

177. Walker NJ, Crockett PW, Nyska A, Brix AE, Jokinen MP, Sells DM, Hailey JR, Easterling M, Haseman JK, Yin M, Wyde ME, Bucher JR, Portier CJ. Dose-additive carcinogenicity of a defined mixture of "dioxin-like compounds". *Environ Health Perspect* 2005; 113: 43-48.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 115

178. Gray MN, Aylward LL, Keenan RE. Relative cancer potencies of selected dioxin-like compounds on a body-burden basis: comparison to current toxic equivalency factors (TEFs). *J Toxicol Environ Health A* 2006; 69: 907-917.

179. van der Plas SA, Haag-Gronlund M, Scheu G, Warngard L, van den BM, Wester P, Koeman JH, Brouwer A. Induction of altered hepatic foci by a mixture of dioxin-like compounds with and without 2,2',4,4',5,5'-hexachlorobiphenyl in female Sprague-Dawley rats. *Toxicol Appl Pharmacol* 1999; 156: 30-39.

180. Oenga GN, Spink DC, Carpenter DO. TCDD and PCBs inhibit breast cancer cell proliferation in vitro. *Toxicol In Vitro* 2004; 18: 811-819.

181. Zeiger M, Haag R, Hockel J, Schrenk D, Schmitz HJ. Inducing effects of dioxin-like polychlorinated biphenyls on CYP1A in the human hepatoblastoma cell line HepG2, the rat hepatoma cell line H4IIE, and rat primary hepatocytes: comparison of relative potencies. *Toxicol Sci* 2001; 63: 65-73.

182. Huang S, Gibson GG. Species and congener specific induction of hepatic cytochrome P4504A by polychlorinated biphenyls. *Biochem Pharmacol* 1992; 43: 637-639.

183. van Ede KI, Gaisch KP, van den Berg M, van Duursen MB. Differential relative effect potencies of some dioxin-like compounds in human peripheral blood lymphocytes and murine splenic cells. *Toxicology letters* 2014; 226: 43-52.

184. Silkworth JB, Koganti A, Illouz K, Possolo A, Zhao M, Hamilton SB. Comparison of TCDD and PCB CYP1A Induction Sensitivities in Fresh Hepatocytes from Human Donors, Sprague-Dawley Rats, and Rhesus Monkeys and HepG2 Cells. *Toxicol Sci* 2005; 87: 508-519.

185. Strapacova S, Brenerova P, Krcmar P, Andersson P, van Ede KI, van Duursen MBM, van den Berg M, Vondracek J, Machala M. Relative effective potencies of dioxin-like compounds in rodent and human lung cell models. *Toxicology* 2018; 404-405: 33-41.

186. Cunha GR, Cooke PS, Kurita T. Role of stromal-epithelial interactions in hormonal responses. *Arch Histol Cytol* 2004; 67: 417-434.

187. Larsson M, van den Berg M, Brenerova P, van Duursen MB, van Ede KI, Lohr C, Luecke-Johansson S, Machala M, Neser S, Pencikova K, Poellinger L, Schrenk D, Strapacova S, Vondracek J, Andersson PL. Consensus toxicity factors for polychlorinated dibenzo-p-dioxins, dibenzofurans, and biphenyls combining in silico models and extensive in vitro screening of AhR-mediated effects in human and rodent cells. *Chem Res Toxicol* 2015; 28: 641-650.

188. Lauby-Secretan B, Loomis D, Baan R, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Grosse Y, Straif K. Use of mechanistic data in the IARC evaluations of the carcinogenicity of polychlorinated biphenyls and related compounds. *Environ Sci Pollut Res Int* 2016; 23: 2220-2229.

189. Harris M, Zacharewski T, Safe S. Comparative potencies of Aroclors 1232, 1242, 1248, 1254, and 1260 in male Wistar rats--assessment of the toxic equivalency factor (TEF) approach for polychlorinated biphenyls (PCBs). *Fundam Appl Toxicol* 1993; 20: 456-463.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 116

190. Lauby-Secretan B, Loomis D, Grosse Y, El GF, Bouvard V, brahim-Tallaa L, Guha N, Baan R, Mattock H, Straif K. Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls. *Lancet Oncol* 2013; 14: 287-288.

191. Kraft M, Rauchfuss K, Sievering S, Wockner M, Neugebauer F, Fromme H. Quantification of all 209 PCB congeners in blood-Can indicators be used to calculate the total PCB blood load? *Int J Hyg Environ Health* 2017; 220: 201-208.

192. Alberg AJ, Brock MV, Samet JM. Epidemiology of lung cancer: looking to the future. *J Clin Oncol* 2005; 23: 3175-3185.

193. Proctor RN. The global smoking epidemic: a history and status report. *Clin Lung Cancer* 2004; 5: 371-376.

194. Doll R, Hill AB. Smoking and carcinoma of the lung: Preliminary report. *Br Med J* 1950; 2: 739-748.

195. Wynder EL, Graham EA. Tobacco smoking as a possible etiologic factor in bronchogenic carcinoma. *J A M A* 1950; 143: 329-336.

196. U.S. Department of Health and Human Services CfDCaP, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health,. The Health Consequences of Smoking: 50 Years of Progress. A Report of the Surgeon General. *U S Department of Health and Human Services* 2014; Atlanta, Georgia.

197. Service PH. Smoking and Health. Report of the Advisory Committee to the Surgeon General of the Public Health Service; 1964 No. PHS publication No. 1103.

198. Barbone F, Bovenzi M, Cavallieri F, Stanta G. Cigarette smoking and histologic type of lung cancer in men. *Chest* 1997; 112: 1474-1479.

199. Bjartveit K, Tverdal A. Health consequences of smoking 1-4 cigarettes per day. *Tob Control* 2005; 14: 315-320.

200. Parkin DM, Pisani P, Ferlay J. Global cancer statistics. *CA Cancer J Clin* 1999; 49: 33-64, 32.

201. Lofroth G, Zebuhr Y. Polychlorinated dibenzo-p-dioxins (PCDDs) and dibenzofurans (PCDFs) in mainstream and sidestream cigarette smoke. *Bull Environ Contam Toxicol* 1992; 48: 789-794.

202. Kasai A, Hiramatsu N, Hayakawa K, Yao J, Maeda S, Kitamura M. High levels of dioxin-like potential in cigarette smoke evidenced by in vitro and in vivo biosensing. *Cancer Res* 2006; 66: 7143-7150.

203. Fowles J, Dybing E. Application of toxicological risk assessment principles to the chemical constituents of cigarette smoke. *Tob Control* 2003; 12: 424-430.

204. Muto H, Takizawa Y. Dioxins in cigarette smoke. *Arch Environ Health* 1989; 44: 171-174.

205. Flanders WD, Lally CA, Zhu BP, Henley SJ, Thun MJ. Lung cancer mortality in relation to age, duration of smoking, and daily cigarette consumption: results from Cancer Prevention Study II. *Cancer Res* 2003; 63: 6556-6562.

206. Knoke JD, Shanks TG, Vaughn JW, Thun MJ, Burns DM. Lung cancer mortality is related to age in addition to duration and intensity of cigarette smoking: an analysis of CPS-I data. *Cancer Epidemiol Biomarkers Prev* 2004; 13: 949-957.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 117

207. Hegmann KT, Fraser AM, Keaney RP, Moser SE, Nilasena DS, Sedlars M, Higham-Gren L, Lyon JL. The effect of age at smoking initiation on lung cancer risk [see comments]. *Epidemiology* 1993; 4: 444-448.

208. Benhamou S, Benhamou E, Auquier A, Flamant R. Differential effects of tar content, type of tobacco and use of a filter on lung cancer risk in male cigarette smokers. *Int J Epidemiol* 1994; 23: 437-443.

209. Khuder SA, Dayal HH, Mutgi AB, Willey JC, Dayal G. Effect of cigarette smoking on major histological types of lung cancer in men [see comments]. *Lung Cancer* 1998; 22: 15-21.

210. Zang EA, Wynder EL. Cumulative tar exposure. A new index for estimating lung cancer risk among cigarette smokers. *Cancer* 1992; 70: 69-76.

211. Anthonisen NR, Skeans MA, Wise RA, Manfreda J, Kanner RE, Connett JE. The effects of a smoking cessation intervention on 14.5-year mortality: a randomized clinical trial. *Ann Intern Med* 2005; 142: 233-239.

212. Harris JE, Thun MJ, Mondul AM, Calle EE. Cigarette tar yields in relation to mortality from lung cancer in the cancer prevention study II prospective cohort, 1982-8. *BMJ* 2004; 328: 72-76.

213. Doll R, Peto R, Wheatley K, Gray R, Sutherland I. Mortality in relation to smoking: 40 years' observations on male British doctors. *BMJ* 1994; 309: 901-911.

214. Stellman SD, Garfinkel L. Lung cancer risk is proportional to cigarette tar yield: evidence from a prospective study. *Prev Med* 1989; 18: 518-525.

215. Garfinkel L, Stellman SD. Smoking and lung cancer in women: findings in a prospective study. *Cancer Res* 1988; 48: 6951-6955.

216. McLaughlin JK, Hrubec Z, Blot WJ, Fraumeni JF, Jr. Smoking and cancer mortality among U.S. veterans: a 26-year follow-up. *Int J Cancer* 1995; 60: 190-193.

217. Akiba S, Hirayama T. Cigarette smoking and cancer mortality risk in Japanese men and women--results from reanalysis of the six-prefecture cohort study data. *Environ Health Perspect* 1990; 87: 19-26.

218. Hammond EC, Horn D. Smoking and death rates--report on forty-four months of follow-up of 187,783 men. By E. Cuyler Hammond and Daniel Horn, 1958 [classical article]. *CA Cancer J Clin* 1988; 38: 28-58.

219. Weir JM, Dunn JE, Jr. Smoking and mortality: a prospective study. *Cancer* 1970; 25: 105-112.

220. Shaten BJ, Kuller LH, Kjelsberg MO, Stamler J, Ockene JK, Cutler JA, Cohen JD. Lung cancer mortality after 16 years in MRFIT participants in intervention and usual-care groups. Multiple Risk Factor Intervention Trial. *Ann Epidemiol* 1997; 7: 125-136.

221. Potter JD, Sellers TA, Folsom AR, McGovern PG. Alcohol, beer, and lung cancer in postmenopausal women. The Iowa Women's Health Study. *Ann Epidemiol* 1992; 2: 587-595.

222. Tverdal A, Thelle D, Stensvold I, Leren P, Bjartveit K. Mortality in relation to smoking history: 13 years' follow-up of 68,000 Norwegian men and women 35-49 years. *J Clin Epidemiol* 1993; 46: 475-487.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 118

223. Thun MJ, Carter BD, Feskanich D, Freedman ND, Prentice R, Lopez AD, Hartge P, Gapstur SM. 50-year trends in smoking-related mortality in the United States. *N Engl J Med* 2013; 368: 351-364.
224. Benhamou E, Benhamou S, Auquier A, Flamant R. Changes in patterns of cigarette smoking and lung cancer risk: results of a case-control study. *Br J Cancer* 1989; 60: 601-604.
225. Khuder SA, Dayal HH, Mutgi AB, Willey JC, Dayal G. Effect of cigarette smoking on major histological types of lung cancer in men. *Lung Cancer* 1998; 22: 15-21.
226. Agudo A, Barnadas A, Pallares C, Martinez I, Fabregat X, Rosello J, Estape J, Planas J, Gonzalez CA. Lung cancer and cigarette smoking in women: a case-control study in Barcelona (Spain). *Int J Cancer* 1994; 59: 165-169.
227. Wynder EL, Stellman SD. Impact of long-term filter cigarette usage on lung and larynx cancer risk: a case-control study. *J Natl Cancer Inst* 1979; 62: 471-477.
228. Augustine A, Harris RE, Wynder EL. Compensation as a risk factor for lung cancer in smokers who switch from nonfilter to filter cigarettes. *Am J Public Health* 1989; 79: 188-191.
229. Friedman GD, Dales LG, Ury HK. Mortality in middle-aged smokers and nonsmokers. *N Engl J Med* 1979; 300: 213-217.
230. Pathak DR, Samet JM, Humble CG, Skipper BJ. Determinants of lung cancer risk in cigarette smokers in New Mexico. *J Natl Cancer Inst* 1986; 76: 597-604.
231. Lubin JH, Blot WJ, Berrino F, Flamant R, Gillis CR, Kunze M, Schmahl D, Visco G. Patterns of lung cancer risk according to type of cigarette smoked. *Int J Cancer* 1984; 33: 569-576.
232. Wilcox HB, Schoenberg JB, Mason TJ, Bill JS, Stemhagen A. Smoking and lung cancer: risk as a function of cigarette tar content. *Prev Med* 1988; 17: 263-272.
233. Tang JL, Morris JK, Wald NJ, Hole D, Shipley M, Tunstall-Pedoe H. Mortality in relation to tar yield of cigarettes: a prospective study of four cohorts. *BMJ* 1995; 311: 1530-1533.
234. Sidney S, Tekawa IS, Friedman GD. A prospective study of cigarette tar yield and lung cancer. *Cancer Causes Control* 1993; 4: 3-10.
235. Stellman SD, Muscat JE, Hoffmann D, Wynder EL. Impact of filter cigarette smoking on lung cancer histology. *Prev Med* 1997; 26: 451-456.
236. Lubin JH, Blot WJ. Assessment of lung cancer risk factors by histologic category. *J Natl Cancer Inst* 1984; 73: 383-389.
237. Halpern MT, Gillespie BW, Warner KE. Patterns of absolute risk of lung cancer mortality in former smokers. *J Natl Cancer Inst* 1993; 85: 457-464.
238. Godtfredsen N, Prescott E, Osler M. Effect of smoking reduction on lung cancer risk. *JAMA* 2005; 294: 1505-1510.
239. Hart C, Gruer L, Bauld L. Does smoking reduction in midlife reduce mortality risk? Results of 2 long-term prospective cohort studies of men and women in Scotland. *Am J Epidemiol* 2013; 178: 770-779.
240. Gerber Y, Myers V, Goldbourt U. Smoking reduction at midlife and lifetime mortality risk in men: a prospective cohort study. *Am J Epidemiol* 2012; 175: 1006-1012.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 123

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 119

241. Hoffmann D, Djordjevic MV, Hoffmann I. The changing cigarette. *Prev Med* 1997; 26: 427-434.
242. la Cruz CS, Tanoue LT, Matthay RA. Lung cancer: epidemiology, etiology, and prevention. *Clin Chest Med* 2011; 32: 605-644.
243. Hoffmann D, Hoffmann I. The changing cigarette, 1950-1995. *J Toxicol Environ Health* 1997; 50: 307-364.
244. Zaridze DG, Safaev RD, Belitsky GA, Brunnemann KD, Hoffmann D. Carcinogenic substances in Soviet tobacco products. *IARC Sci Publ* 1991: 485-488.
245. Hecht SS. Tobacco smoke carcinogens and lung cancer. *J Natl Cancer Inst* 1999; 91: 1194-1210.
246. Marian C, O'Connor RJ, Djordjevic MV, Rees VW, Hatsukami DK, Shields PG. Reconciling human smoking behavior and machine smoking patterns: implications for understanding smoking behavior and the impact on laboratory studies. *Cancer Epidemiol Biomarkers Prev* 2009; 18: 3305-3320.
247. Johnson MD, Schilz J, Djordjevic MV, Rice JR, Shields PG. Evaluation of in vitro assays for assessing the toxicity of cigarette smoke and smokeless tobacco. *Cancer Epidemiol Biomarkers Prev* 2009; 18: 3263-3304.
248. Hecht SS. Progress and Challenges in Selected Areas of Tobacco Carcinogenesis. *Chem Res Toxicol* 2007.
249. Hecht SS. Carcinogenicity studies of inhaled cigarette smoke in laboratory animals: old and new. *Carcinogenesis* 2005; 26: 1488-1492.
250. Roemer E, Ottmueller TH, Zenzen V, Wittke S, Radtke F, Blanco I, Carchman RA. Cytotoxicity, mutagenicity, and tumorigenicity of mainstream smoke from three reference cigarettes machine-smoked to the same yields of total particulate matter per cigarette. *Food and chemical toxicology : an international journal published for the British Industrial Biological Research Association* 2009; 47: 1810-1818.
251. Walaszek Z, Hanausek M, Slaga TJ. The role of skin painting in predicting lung cancer. *Int J Toxicol* 2007; 26: 345-351.
252. Gomperts BN, Spira A, Massion PP, Walser TC, Wistuba II, Minna JD, Dubinett SM. Evolving concepts in lung carcinogenesis. *Semin Respir Crit Care Med* 2011; 32: 32-43.
253. Wen J, Fu J, Zhang W, Guo M. Genetic and epigenetic changes in lung carcinoma and their clinical implications. *Mod Pathol* 2011; 24: 932-943.
254. Stenholm S, Head J, Kivimaki M, Kawachi I, Aalto V, Zins M, Goldberg M, Zaninotto P, Magnuson Hanson L, Westerlund H, Vahtera J. Smoking, physical inactivity and obesity as predictors of healthy and disease-free life expectancy between ages 50 and 75: a multicohort study. *Int J Epidemiol* 2016; 45: 1260-1270.
255. Nash SH, Liao LM, Harris TB, Freedman ND. Cigarette Smoking and Mortality in Adults Aged 70 Years and Older: Results From the NIH-AARP Cohort. *Am J Prev Med* 2017; 52: 276-283.
256. Murphy M, Di Cesare M. Use of an age-period-cohort model to reveal the impact of cigarette smoking on trends in twentieth-century adult cohort mortality in England and Wales. *Popul Stud (Camb)* 2012; 66: 259-277.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 120

257. Doll R, Peto R, Boreham J, Sutherland I. Mortality in relation to smoking: 50 years' observations on male British doctors. *BMJ* 2004; 328: 1519.

258. Jha P, Ramasundarahettige C, Landsman V, Rostron B, Thun M, Anderson RN, McAfee T, Peto R. 21st-century hazards of smoking and benefits of cessation in the United States. *N Engl J Med* 2013; 368: 341-350.

259. Rosenberg MA, Feuer EJ, Yu B, Sun J, Henley SJ, Shanks TG, Anderson CM, McMahon PM, Thun MJ, Burns DM. Chapter 3: Cohort life tables by smoking status, removing lung cancer as a cause of death. *Risk Anal* 2012; 32 Suppl 1: S25-38.

260. Kiiskinen U, Vartiainen E, Puska P, Pekurinen M. Smoking-related costs among 25 to 59 year-old males in a 19-year individual follow-up. *Eur J Public Health* 2002; 12: 145-151.

261. Song MA, Benowitz NL, Berman M, Brasky TM, Cummings KM, Hatsukami DK, Marian C, O'Connor R, Rees VW, Woroszylo C, Shields PG. Cigarette Filter Ventilation and its Relationship to Increasing Rates of Lung Adenocarcinoma. *J Natl Cancer Inst* 2017; 109.

262. van Domburg RT, op Reimer WS, Hoeks SE, Kappetein AP, Bogers AJ. Three life-years gained from smoking cessation after coronary artery bypass surgery: a 30-year follow-up study. *Am Heart J* 2008; 156: 473-476.

263. Carrozzi L, Falcone F, Carreras G, Pistelli F, Gorini G, Martini A, Viegi G. Life gain in Italian smokers who quit. *Int J Environ Res Public Health* 2014; 11: 2395-2406.

264. Prevention CfDCa. National Vital Statistics Reports  United States Life Tables, 2012; 2016.

265. Blakely T, Soeberg M, Carter K, Costilla R, Atkinson J, Sarfati D. Bias in relative survival methods when using incorrect life-tables: lung and bladder cancer by smoking status and ethnicity in New Zealand. *International journal of cancer Journal international du cancer* 2012; 131: E974-982.

266. Day SM, Reynolds RJ, Kush SJ. The relationship of life expectancy to the development and valuation of life care plans. *NeuroRehabilitation* 2015; 36: 253-266.

267. Vachon PJ, Sestier F. Life expectancy determination. *Phys Med Rehabil Clin N Am* 2013; 24: 539-551.

268. Strauss DJ, Vachon PJ, Shavelle RM. Estimation of future mortality rates and life expectancy in chronic medical conditions. *J Insur Med* 2005; 37: 20-34.

269. Ellis L, Coleman MP, Rachet B. The impact of life tables adjusted for smoking on the socio-economic difference in net survival for laryngeal and lung cancer. *Br J Cancer* 2014; 111: 195-202.

270. Menzin J, Marton JP, Menzin JA, Willke RJ, Woodward RM, Federico V. Lost productivity due to premature mortality in developed and emerging countries: an application to smoking cessation. *BMC Med Res Methodol* 2012; 12: 87.

271. Evens AM, Chiu BC. The challenges of epidemiologic research in non-Hodgkin lymphoma. *JAMA* 2008; 300: 2059-2061.

272. Morton LM, Wang SS, Cozen W, Linet MS, Chatterjee N, Davis S, Severson RK, Colt JS, Vasef MA, Rothman N, Blair A, Bernstein L, Cross AJ, De Roos AJ, Engels EA, Hein DW, Hill DA, Kelemen LE, Lim U, Lynch CF, Schenk M, Wacholder S, Ward MH, Hoar ZS, Chanock SJ, Cerhan JR, Hartge P. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes. *Blood* 2008; 112: 5150-5160.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 121

273. Jaffe ES, Harris NL, Stein H, Isaacson PG. Classification of lymphoid neoplasms: the microscope as a tool for disease discovery. *Blood* 2008; 112: 4384-4399.

274. Higgins RA, Blankenship JE, Kinney MC. Application of immunohistochemistry in the diagnosis of non-Hodgkin and Hodgkin lymphoma. *Arch Pathol Lab Med* 2008; 132: 441-461.

275. Network NCC. **NCCN Clinical Practice Guidelines in Oncology - Non-Hodgkin's Lymphoma**; 2014.

276. Harris NL, Jaffe ES, Stein H, Banks PM, Chan JK, Cleary ML, Delsol G, Wolf-Peeters C, Falini B, Gatter KC. A revised European-American classification of lymphoid neoplasms: a proposal from the International Lymphoma Study Group [see comments]. *Blood* 1994; 84: 1361-1392.

277. A clinical evaluation of the International Lymphoma Study Group classification of non-Hodgkin's lymphoma. The Non-Hodgkin's Lymphoma Classification Project. *Blood* 1997; 89: 3909-3918.

278. SH S, E C, NL H, ES J, SA P, H S, J T, JW V. WHO Classification of Tumors of Haematopoietic and Lymphoid Tissue. Lyon, France: International Agency for Research On Can, WHO; 2008.

279. Groves FD, Linet MS, Travis LB, Devesa SS. Cancer surveillance series: non-Hodgkin's lymphoma incidence by histologic subtype in the United States from 1978 through 1995. *J Natl Cancer Inst* 2000; 92: 1240-1251.

280. Project N-HsLPC. National Cancer Institute sponsored study of classifications of non-Hodgkin's lymphomas: summary and description of a working formulation for clinical usage. *Cancer* 1982; 49: 2112-2135.

281. Morton LM, Wang SS, Devesa SS, Hartge P, Weisenburger DD, Linet MS. Lymphoma incidence patterns by WHO subtype in the United States, 1992-2001. *Blood* 2006; 107: 265-276.

282. Jemal A, Siegel R, Ward E, Hao Y, Xu J, Thun MJ. Cancer statistics, 2009. *CA Cancer J Clin* 2009; 59: 225-249.

283. Clarke CA, Glaser SL, Dorfman RF, Bracci PM, Eberle E, Holly EA. Expert review of non-Hodgkin's lymphomas in a population-based cancer registry: reliability of diagnosis and subtype classifications. *Cancer Epidemiol Biomarkers Prev* 2004; 13: 138-143.

284. Chiu BC, Weisenburger DD. An update of the epidemiology of non-Hodgkin's lymphoma. *Clin Lymphoma* 2003; 4: 161-168.

285. Broccia G, Cocco P, Casula P. Incidence of non-Hodgkin's lymphoma and Hodgkin's disease in Sardinia, Italy: 1974-1993. *Haematologica* 2001; 86: 58-63.

286. Clarke CA, Glaser SL. Changing incidence of non-Hodgkin lymphomas in the United States. *Cancer* 2002; 94: 2015-2023.

287. Dores GM, Anderson WF, Curtis RE, Landgren O, Ostroumova E, Bluhm EC, Rabkin CS, Devesa SS, Linet MS. Chronic lymphocytic leukaemia and small lymphocytic lymphoma: overview of the descriptive epidemiology. *Br J Haematol* 2007; 139: 809-819.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 122

288. Illes A, Varoczy L, Papp G, Wilson PC, Alex P, Jonsson R, Kovacs T, Konttinen YT, Zeher M, Nakken B, Szodoray P. Aspects of B-cell non-Hodgkin's lymphoma development: a transition from immune-reactivity to malignancy. *Scand J Immunol* 2009; 69: 387-400.

289. Johnsen HE, Kjeldsen MK, Urup T, Fogd K, Pilgaard L, Boegsted M, Nyegaard M, Christiansen I, Bukh A, Dybkaer K. Cancer stem cells and the cellular hierarchy in haematological malignancies. *Eur J Cancer* 2009; 45 Suppl 1: 194-201.

290. Brandt L, Kristoffersson U, Olsson H, Mitelman F. Relation between occupational exposure to organic solvents and chromosome aberrations in non-Hodgkin's lymphoma. *Eur J Haematol* 1989; 42: 298-302.

291. Singer A, Adoro S, Park JH. Lineage fate and intense debate: myths, models and mechanisms of CD4- versus CD8-lineage choice. *Nat Rev Immunol* 2008; 8: 788-801.

292. Pillai S, Cariappa A. The follicular versus marginal zone B lymphocyte cell fate decision. *Nat Rev Immunol* 2009; 9: 767-777.

293. Gonzalez D, van der BM, Garcia-Sanz R, Fenton JA, Langerak AW, Gonzalez M, van Dongen JJ, San Miguel JF, Morgan GJ. Immunoglobulin gene rearrangements and the pathogenesis of multiple myeloma. *Blood* 2007; 110: 3112-3121.

294. Rosenbauer F, Tenen DG. Transcription factors in myeloid development: balancing differentiation with transformation. *Nat Rev Immunol* 2007; 7: 105-117.

295. Ye M, Graf T. Early decisions in lymphoid development. *Curr Opin Immunol* 2007; 19: 123-128.

296. Sagaert X, Van CE, De HG, Geboes K, Tousseyn T. Gastric MALT lymphoma: a model of chronic inflammation-induced tumor development. *Nat Rev Gastroenterol Hepatol* 2010; 7: 336-346.

297. Goldman L, Ezzat S, Mokhtar N, bdel-Hamid A, Fowler N, Gouda I, Eissa SA, bdel-Hamid M, Loffredo CA. Viral and non-viral risk factors for non-Hodgkin's lymphoma in Egypt: heterogeneity by histological and immunological subtypes. *Cancer Causes Control* 2009; 20: 981-987.

298. Lotti M. Pharmacokinetics and blood levels of polychlorinated biphenyls. *Toxicol Rev* 2003; 22: 203-215.

299. Lees PS, Corn M, Breysse PN. Evidence for dermal absorption as the major route of body entry during exposure of transformer maintenance and repairmen to PCBs. *Am Ind Hyg Assoc J* 1987; 48: 257-264.

300. Humphrey HEB. Population Studies of PCB's in Michigan Residents. *Human and Environmental Hazards* 1983; 21: 299-311.

301. Mussalo-Rauhamaa H, Pyysalo H, Moilanen R. Influence of diet and other factors on the levels of organochlorine compounds in human adipose tissue in Finland. *J Toxicol Environ Health* 1984; 13: 689-704.

302. Fiore BJ, Anderson HA, Hanrahan LP, Olson LJ, Sonzogni WC. Sport fish consumption and body burden levels of chlorinated hydrocarbons: a study of Wisconsin anglers. *Arch Environ Health* 1989; 44: 82-88.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 123

303. Alcock RE, Sweetman AJ, Juan CY, Jones KC. A generic model of human lifetime exposure to persistent organic contaminants: development and application to PCB-101. *Environ Pollut* 2000; 110: 253-265.

304. Lorber M, Patterson D, Huwe J, Kahn H. Evaluation of background exposures of Americans to dioxin-like compounds in the 1990s and the 2000s. *Chemosphere* 2009; 77: 640-651.

305. Arrebola JP, Castano A, Esteban M, Bartolome M, Perez-Gomez B, Ramos JJ. Differential contribution of animal and vegetable food items on persistent organic pollutant serum concentrations in Spanish adults. Data from BIOAMBIENT.ES project. *Sci Total Environ* 2018; 634: 235-242.

306. Boada LD, Sangil M, Alvarez-Leon EE, Hernandez-Rodriguez G, Henriquez-Hernandez LA, Camacho M, Zumbado M, Serra-Majem L, Luzardo OP. Consumption of foods of animal origin as determinant of contamination by organochlorine pesticides and polychlorobiphenyls: results from a population-based study in Spain. *Chemosphere* 2014; 114: 121-128.

307. Christensen KY, Thompson BA, Werner M, Malecki K, Imm P, Anderson HA. Levels of persistent contaminants in relation to fish consumption among older male anglers in Wisconsin. *Int J Hyg Environ Health* 2016; 219: 184-194.

308. Chung SWC, Lau JSY, Chu JYK. Dietary exposure to non-dioxin-like PCBs of the Hong Kong adult population from a total diet study. *Food Addit Contam Part A Chem Anal Control Expo Risk Assess* 2018; 35: 519-528.

309. Desvignes V, Volatier JL, de Bels F, Zeghnoun A, Favrot MC, Marchand P, Le Bizec B, Riviere G, Leblanc JC, Merlo M. Study on polychlorobiphenyl serum levels in French consumers of freshwater fish. *Sci Total Environ* 2015; 505: 623-632.

310. Fernandez-Rodriguez M, Arrebola JP, Artacho-Cordon F, Amaya E, Aragones N, Llorca J, Perez-Gomez B, Ardanaz E, Kogevinas M, Castano-Vinyals G, Pollan M, Olea N. Levels and predictors of persistent organic pollutants in an adult population from four Spanish regions. *Sci Total Environ* 2015; 538: 152-161.

311. Morales-Suarez-Varela M, Lopez Santana N, Marti Requena P, Beser Santos MI, Peraita-Costa I, Llopis-Gonzalez A. Estimation of daily intake of polychlorinated biphenyls not similar to dioxins (NDL-PCB) from fish consumption in Spain in different population groups. *Public Health Nutr* 2018; 21: 2959-2968.

312. Ravenscroft J, Schell LM. Patterns of PCB exposure among Akwesasne adolescents: The role of dietary and inhalation pathways. *Environ Int* 2018; 121: 963-972.

313. Xue J, Liu SV, Zartarian VG, Geller AM, Schultz BD. Analysis of NHANES measured blood PCBs in the general US population and application of SHEDS model to identify key exposure factors. *J Expo Sci Environ Epidemiol* 2014; 24: 615-621.

314. Ax E, Lampa E, Lind L, Salihovic S, van Bavel B, Cederholm T, Sjogren P, Lind PM. Circulating levels of environmental contaminants are associated with dietary patterns in older adults. *Environ Int* 2015; 75: 93-102.

315. Huetos O, Bartolome M, Aragones N, Cervantes-Amat M, Esteban M, Ruiz-Moraga M, Perez-Gomez B, Calvo E, Vila M, Castano A. Serum PCB levels in a representative

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 124

sample of the Spanish adult population: the BIOAMBIENT.ES project. *Sci Total Environ* 2014; 493: 834-844.

316. Singh K, Karthikeyan S, Vladisavljevic D, St-Amand A, Chan HM. Factors associated with plasma concentrations of polychlorinated biphenyls (PCBs) and dichlorodiphenyldichloroethylene (p,p'-DDE) in the Canadian population. *Int J Environ Health Res* 2019; 29: 326-347.

317. Gasull M, Castell C, Pallares N, Miret C, Pumarega J, Te Llez-Plaza M, Lopez T, Salas-Salvado J, Lee DH, Goday A, Porta M. Blood Concentrations of Persistent Organic Pollutants and Unhealthy Metabolic Phenotypes in Normal-Weight, Overweight, and Obese Individuals. *Am J Epidemiol* 2018; 187: 494-506.

318. Zubero MB, Aurrekoetxea JJ, Murcia M, Ibarluzea JM, Goni F, Jimenez C, Ballester F. Time trends in serum organochlorine pesticides and polychlorinated biphenyls in the general population of Biscay, Spain. *Arch Environ Contam Toxicol* 2015; 68: 476-488.

319. Artacho-Cordon F, Fernandez-Rodriguez M, Garde C, Salamanca E, Iribarne-Duran LM, Torne P, Exposito J, Papay-Ramirez L, Fernandez MF, Olea N, Arrebola JP. Serum and adipose tissue as matrices for assessment of exposure to persistent organic pollutants in breast cancer patients. *Environ Res* 2015; 142: 633-643.

320. Berg V, Nost TH, Sandanger TM, Rylander C. Predicting human plasma concentrations of persistent organic pollutants from dietary intake and socio-demographic information in the Norwegian Women and Cancer study. *Environ Int* 2018; 121: 1311-1318.

321. Morck TA, Erdmann SE, Long M, Mathiesen L, Nielsen F, Siersma VD, Bonefeld-Jorgensen EC, Knudsen LE. PCB concentrations and dioxin-like activity in blood samples from Danish school children and their mothers living in urban and rural areas. *Basic Clin Pharmacol Toxicol* 2014; 115: 134-144.

322. Hopf NB, Ruder AM, Succop P. Background levels of polychlorinated biphenyls in the U.S. population. *Sci Total Environ* 2009; 407: 6109-6119.

323. Consonni D, Sindaco R, Bertazzi PA. Blood levels of dioxins, furans, dioxin-like PCBs, and TEQs in general populations: A review, 1989-2010. *Environ Int* 2012.

324. Goen T, Lermen D, Hildebrand J, Bartel-Steinbach M, Weber T, Kolossa-Gehring M. Discovering time-trends of the German populations exposure to contaminants by analysis of human samples of the German Environmental Specimen Bank (ESB). *Toxicology letters* 2018.

325. Ingelido AM, Abate V, Abballe A, Albano FL, Battista T, Carraro V, Conversano M, Corvetti R, De Luca S, Franchini S, Fulgenzi AR, Giambanco L, Iacovella N, Iamiceli AL, Maiorana A, Maneschi F, Marra V, Pirola F, Porpora MG, Procopio E, Suma N, Valentini S, Valsenti L, Vecchie V, De Felip E. Concentrations of polychlorinated dibenzodioxins, polychlorodibenzofurans, and polychlorobiphenyls in women of reproductive age in Italy: A human biomonitoring study. *Int J Hyg Environ Health* 2017; 220: 378-386.

326. Magoni M, Donato F, Speziani F, Leonardi L, Orizio G, Scarcella C, Gaia A, Apostoli P. Substantial decline of polychlorinated biphenyls serum levels 10years after public health

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 125

interventions in a population living near a contaminated site in Northern Italy. *Environ Int* 2016; 95: 69-78.

327. Nost TH, Breivik K, Fuskevag OM, Nieboer E, Odland JO, Sandanger TM. Persistent organic pollutants in Norwegian men from 1979 to 2007: intraindividual changes, age-period-cohort effects, and model predictions. *Environ Health Perspect* 2013; 121: 1292-1298.

328. Raffetti E, Speziani F, Donato F, Leonardi L, Orizio G, Scarcella C, Apostoli P, Magoni M. Temporal trends of polychlorinated biphenyls serum levels in subjects living in a highly polluted area from 2003 to 2015: a follow-up study. *Int J Hyg Environ Health* 2017; 220: 461-467.

329. Gao Q, Ben Y, Dong Z, Hu J. Age-dependent human elimination half-lives of dioxin-like polychlorinated biphenyls derived from biomonitoring data in the general population. *Chemosphere* 2019; 222: 541-548.

330. Hansen S, Nieboer E, Bravo N, Okland I, Matiocevich S, Alvarez MV, Nilsen ST, Grimalt JO, Odland JO. Variations in serum concentrations of selected organochlorines among delivering women in Argentina. The EMASAR study. *Environ Sci Process Impacts* 2017; 19: 1542-1553.

331. Wong LY, Uddin MS, Turner W, Ragin AD, Dearwent S. Serum PCB concentrations in residents of Calcasieu and Lafayette Parishes, Louisiana with comparison to the U.S. population. *Chemosphere* 2015; 118: 156-162.

332. Pumarega J, Gasull M, Lee DH, Lopez T, Porta M. Number of Persistent Organic Pollutants Detected at High Concentrations in Blood Samples of the United States Population. *PLoS One* 2016; 11: e0160432.

333. Wattigney WA, Irvin-Barnwell E, Pavuk M, Ragin-Wilson A. Regional Variation in Human Exposure to Persistent Organic Pollutants in the United States, NHANES. *J Environ Public Health* 2015; 2015: 571839.

334. Juan CY, Thomas GO, Sweetman AJ, Jones KC. An input-output balance study for PCBs in humans. *Environ Int* 2002; 28: 203-214.

335. Sweeney AM, Symanski E, Burau KD, Kim YJ, Humphrey HE, Smithci MA. Changes in serum PBB and PCB levels over time among women of varying ages at exposure. *Environ Res* 2001; 86: 128-139.

336. Gallo MV, Deane GD, DeCaprio AP, Schell LM. Changes in persistent organic pollutant levels from adolescence to young adulthood. *Environ Res* 2015; 140: 214-224.

337. Schlummer M, Moser GA, McLachlan MS. Digestive tract absorption of PCDD/Fs, PCBs, and HCB in humans: mass balances and mechanistic considerations. *Toxicol Appl Pharmacol* 1998; 152: 128-137.

338. Safe S. Polychlorinated biphenyls (PCBs): mutagenicity and carcinogenicity. *Mutat Res* 1989; 220: 31-47.

339. Sipes IG, Slocumb ML, Perry DF, Carter DE. 4,4'-Dichlorobiphenyl: distribution, metabolism, and excretion in the dog and the monkey. *Toxicol Appl Pharmacol* 1980; 55: 554-563.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 126

340. Safe S. Toxicology, structure-function relationship, and human and environmental health impacts of polychlorinated biphenyls: progress and problems. *Environ Health Perspect* 1993; 100: 259-268.
341. Grimm FA, Hu D, Kania-Korwel I, Lehmler HJ, Ludewig G, Hornbuckle KC, Duffel MW, Bergman A, Robertson LW. Metabolism and metabolites of polychlorinated biphenyls. *Crit Rev Toxicol* 2015; 45: 245-272.
342. Quinete N, Schettgen T, Bertram J, Kraus T. Occurrence and distribution of PCB metabolites in blood and their potential health effects in humans: a review. *Environ Sci Pollut Res Int* 2014; 21: 11951-11972.
343. Quinete N, Schettgen T, Bertram J, Kraus T. Analytical approaches for the determination of PCB metabolites in blood: a review. *Anal Bioanal Chem* 2014; 406: 6151-6164.
344. Sipes IG, Schnellmann RG. Biotransformation of PCB's: Metabolic Pathways and Mechanisms. *Environ Toxin Series* 1987; 1: 110.
345. Ng E, Salihovic S, Lind PM, Mahajan A, Syvanen AC, Axelsson T, Ingelsson E, Lindgren CM, van Bavel B, Morris AP, Lind L. Genome-wide association study of plasma levels of polychlorinated biphenyls disclose an association with the CYP2B6 gene in a population-based sample. *Environ Res* 2015; 140: 95-101.
346. Safe SH. Polychlorinated biphenyls (PCBs): environmental impact, biochemical and toxic responses, and implications for risk assessment. *Crit Rev Toxicol* 1994; 24: 87-149.
347. Ueng TH, Alvares AP. Selective induction and inhibition of liver and lung cytochrome P-450-dependent monooxygenases by the PCBs mixture, Aroclor 1016. *Toxicology* 1985; 35: 83-94.
348. Abdel-Hamid FM, Moore JA, Matthews HB. Comparative study of 3,4,3',4'-tetrachlorobiphenyl in male and female rats and female monkeys. *J Toxicol Environ Health* 1981; 7: 181-191.
349. McConnell EE. Comparative toxicity of PCBs and related compounds in various species of animals. *Environ Health Perspect* 1985; 60: 29-33.
350. Chu I, Villeneuve DC, Yagminas A, Lecavalier P, Hakansson H, Ahlborg UG, Valli VE, Kennedy SW, Bergman A, Seegal RF, . Toxicity of PCB 77 (3,3',4,4'-tetrachlorobiphenyl) and PCB 118 (2,3',4,4'5-pentachlorobiphenyl) in the rat following subchronic dietary exposure. *Fundam Appl Toxicol* 1995; 26: 282-292.
351. Hites RA, Holsen TM. Temporal trends of PCBs and DDTs in Great Lakes fish compared to those in air. *Sci Total Environ* 2019; 646: 1413-1418.
352. Shirai JH, Kissel JC. Uncertainty in estimated half-lives of PCBS in humans: impact on exposure assessment. *Sci Total Environ* 1996; 187: 199-210.
353. Milbrath MO, Wenger Y, Chang CW, Emond C, Garabrant D, Gillespie BW, Jolliet O. Apparent half-lives of dioxins, furans, and polychlorinated biphenyls as a function of age, body fat, smoking status, and breast-feeding. *Environ Health Perspect* 2009; 117: 417-425.
354. Aylward LL, Collins JJ, Bodner KM, Wilken M, Bodnar CM. "Intrinsic" elimination rate and dietary intake estimates for selected indicator PCBs: toxicokinetic modeling using serial sampling data in US subjects, 2005-2010. *Chemosphere* 2014; 110: 48-52.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 127

355. Bu Q, MacLeod M, Wong F, Toms LM, Mueller JF, Yu G. Historical intake and elimination of polychlorinated biphenyls and organochlorine pesticides by the Australian population reconstructed from biomonitoring data. *Environ Int* 2015; 74: 82-88.

356. Hopf NB, Ruder AM, Waters MA, Succop P. Concentration-dependent half-lives of polychlorinated biphenyl in sera from an occupational cohort. *Chemosphere* 2013.

357. Wolff MS, Fischbein A, Selikoff IJ. Changes in PCB serum concentrations among capacitor manufacturing workers. *Environ Res* 1992; 59: 202-216.

358. Knobeloch L, Turyk M, Imm P, Schrank C, Anderson H. Temporal changes in PCB and DDE levels among a cohort of frequent and infrequent consumers of Great Lakes sportfish. *Environ Res* 2009; 109: 66-72.

359. Seegal RF, Fitzgerald EF, Hills EA, Wolff MS, Haase RF, Todd AC, Parsons P, Molho ES, Higgins DS, Factor SA, Marek KL, Seibyl JP, Jennings DL, McCaffrey RJ. Estimating the half-lives of PCB congeners in former capacitor workers measured over a 28-year interval. *J Expo Sci Environ Epidemiol* 2010.

360. Steele G, Stehr-Green P, Welty E. Estimates of the biologic half-life of polychlorinated biphenyls in human serum. *N Engl J Med* 1986; 314: 926-927.

361. Phillips DL, Smith AB, Burse VW, Steele GK, Needham LL, Hannon WH. Half-life of polychlorinated biphenyls in occupationally exposed workers. *Arch Environ Health* 1989; 44: 351-354.

362. Taylor PR, Lawrence CE. Polychlorinated biphenyls: estimated serum half lives. *Br J Ind Med* 1992; 49: 527-528.

363. Ryan JJ, Levesque D, Panopio LG, Sun WF, Masuda Y, Kuroki H. Elimination of polychlorinated dibenzofurans (PCDFs) and polychlorinated biphenyls (PCBs) from human blood in the Yusho and Yu-Cheng rice oil poisonings. *Arch Environ Contam Toxicol* 1993; 24: 504-512.

364. Imbeault P, Chevrier J, Dewailly E, Ayotte P, Despres JP, Tremblay A, Mauriege P. Increase in plasma pollutant levels in response to weight loss in humans is related to in vitro subcutaneous adipocyte basal lipolysis. *Int J Obes Relat Metab Disord* 2001; 25: 1585-1591.

365. Masuda Y. Fate of PCDF/PCB congeners and change of clinical symptoms in patients with Yusho PCB poisoning for 30 years. *Chemosphere* 2001; 43: 925-930.

366. Vo TT, Gladen BC, Cooper GS, Baird DD, Daniels JL, Gammon MD, Richardson DB. Dichlorodiphenyldichloroethane and polychlorinated biphenyls: intraindividual changes, correlations, and predictors in healthy women from the southeastern United States. *Cancer Epidemiol Biomarkers Prev* 2008; 17: 2729-2736.

367. Jandacek RJ, Heubi JE, Buckley DD, Khoury JC, Turner WE, Sjodin A, Olson JR, Shelton C, Helms K, Bailey TD, Carter S, Tso P, Pavuk M. Reduction of the body burden of PCBs and DDE by dietary intervention in a randomized trial. *J Nutr Biochem* 2014; 25: 483-488.

368. Penell J, Lind L, Salihovic S, van Bavel B, Lind PM. Persistent organic pollutants are related to the change in circulating lipid levels during a 5 year follow-up. *Environ Res* 2014; 134: 190-197.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 128

369. Chase KH, Wong O, Thomas D, Berney BW, Simon RK. Clinical and metabolic abnormalities associated with occupational exposure to polychlorinated biphenyls (PCBs). *J Occup Med* 1982; 24: 109-114.

370. Patterson D, WE T, SP C, LL- N. Total TEQ reference range (PCDDs, PCDFs, cPCBs, mono-PCBs) for the US population 2001–2002. *Chemosphere* 2008; 73: S261-S277.

371. Wolff MS, Fischbein A, Thornton J, Rice C, Lilis R, Selikoff IJ. Body burden of polychlorinated biphenyls among persons employed in capacitor manufacturing. *Int Arch Occup Environ Health* 1982; 49: 199-208.

372. Kreiss K, Roberts C, Humphrey HE. Serial PBB levels, PCB levels, and clinical chemistries in Michigan's PBB cohort. *Arch Environ Health* 1982; 37: 141-147.

373. Kreiss K. Studies on populations exposed to polychlorinated biphenyls. *Environ Health Perspect* 1985; 60: 193-199.

374. Mack GA, Mohadjer L. Baseline Estimates and Time Trends for Beta-benzene hexachloride, hexachlorobenzene, and Polychlorinated Biphenyls in Human Adipose Tissue 1970-1983. Washington, D.C.: United States Environmental Protectiona Agency, Office of Toxic Substances, Exposure Evaluation Division; 1985.

375. Lordo RA, Dinh KT, Schwemberger JG. Semivolatile organic compounds in adipose tissue: estimated averages for the US population and selected subpopulations. *Am J Public Health* 1996; 86: 1253-1259.

376. Achour A, Derouiche A, Barhoumi B, Kort B, Cherif D, Bouabdallah S, Sakly M, Rhouma KB, Touil S, Driss MR, Tebourbi O. Organochlorine pesticides and polychlorinated biphenyls in human adipose tissue from northern Tunisia: Current extent of contamination and contributions of socio-demographic characteristics and dietary habits. *Environ Res* 2017; 156: 635-643.

377. Bravo N, Hansen S, Okland I, Gari M, Alvarez MV, Matiocevich S, Odland JO, Grimalt JO. Influence of maternal and sociodemographic characteristics on the accumulation of organohalogen compounds in Argentinian women. The EMASAR study. *Environ Res* 2017; 158: 759-767.

378. Wesselink AK, Bethea TN, McClean M, Weuve J, Williams PL, Hauser R, Sjodin A, Brasky TM, Baird DD, Wise LA. Predictors of plasma polychlorinated biphenyl concentrations among reproductive-aged black women. *Int J Hyg Environ Health* 2019; 222: 1001-1010.

379. Prevention CfDCa. Fourth National Report on Human Exposure to Environmental Chemicals. *https://wwwcdcgov/exposurereport/indexhtml* 2009.

380. Needham LL, Barr DB, Caudill SP, Pirkle JL, Turner WE, Osterloh J, Jones RL, Sampson EJ. Concentrations of environmental chemicals associated with neurodevelopmental effects in U.S. population. *Neurotoxicology* 2005; 26: 531-545.

381. Jain RB, Wang RY. Regression models to estimate total polychlorinated biphenyls in the general US population: 2001-2002 and 2003-2004. *Chemosphere* 2010; 79: 243-252.

382. Nichols BR, Hentz KL, Aylward L, Hays SM, Lamb JC. Age-specific reference ranges for polychlorinated biphenyls (PCB) based on the NHANES 2001-2002 survey. *J Toxicol Environ Health A* 2007; 70: 1873-1877.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 129

383. Patterson DG, Jr., Wong LY, Turner WE, Caudill SP, DiPietro ES, McClure PC, Cash TP, Osterloh JD, Pirkle JL, Sampson EJ, Needham LL. Levels in the U.S. population of those persistent organic pollutants (2003-2004) included in the Stockholm Convention or in other long range transboundary air pollution agreements. *Environ Sci Technol* 2009; 43: 1211-1218.

384. Bichteler A, Wikoff DS, Loko F, Harris MA. Estimating serum concentrations of dioxin-like compounds in the U.S. population effective 2005-2006 and 2007-2008: A multiple imputation and trending approach incorporating NHANES pooled sample data. *Environ Int* 2017; 105: 112-125.

385. Dhooge W, Den HE, Koppen G, Bruckers L, Nelen V, Van De ME, Bilau M, Croes K, Baeyens W, Schoeters G, Van LN. Internal exposure to pollutants and body size in Flemish adolescents and adults: associations and dose-response relationships. *Environ Int* 2010; 36: 330-337.

386. Kim MJ, Marchand P, Henegar C, Antignac JP, Alili R, Poitou C, Bouillot JL, Basdevant A, Le Bizec B, Barouki R, Clement K. Fate and complex pathogenic effects of dioxins and polychlorinated biphenyls in obese subjects before and after drastic weight loss. *Environ Health Perspect* 2011; 119: 377-383.

387. Glynn A, Larsdotter M, Aune M, Darnerud PO, Bjerselius R, Bergman A. Changes in serum concentrations of polychlorinated biphenyls (PCBs), hydroxylated PCB metabolites and pentachlorophenol during pregnancy. *Chemosphere* 2011; 83: 144-151.

388. Den HE, Govarts E, Bruckers L, Schoeters G. Determinants of polychlorinated aromatic hydrocarbons in serum in three age classes--Methodological implications for human biomonitoring. *Environ Res* 2009; 109: 495-502.

389. Aminov Z, Haase RF, Pavuk M, Carpenter DO. Analysis of the effects of exposure to polychlorinated biphenyls and chlorinated pesticides on serum lipid levels in residents of Anniston, Alabama. *Environ Health* 2013; 12: 108.

390. Arrebola JP, Ocana-Riola R, Arrebola-Moreno AL, Fernandez-Rodriguez M, Martin-Olmedo P, Fernandez MF, Olea N. Associations of accumulated exposure to persistent organic pollutants with serum lipids and obesity in an adult cohort from Southern Spain. *Environ Pollut* 2014; 195: 9-15.

391. Brauner EV, Raaschou-Nielsen O, Gaudreau E, Leblanc A, Tjonneland A, Overvad K, Sorensen M. Predictors of adipose tissue concentrations of organochlorine pesticides in a general Danish population. *J Expo Sci Environ Epidemiol* 2011.

392. De Roos AJ, Ulrich CM, Sjodin A, McTiernan A. Adiposity, body composition, and weight change in relation to organochlorine pollutant plasma concentrations. *J Expo Sci Environ Epidemiol* 2012; 22: 617-624.

393. Alcala CS, Phillips LJ. PCB concentrations in women based on breastfeeding history: NHANES 2001-2004. *Environ Res* 2017; 154: 35-41.

394. Moon HJ, Lim JE, Jee SH. Association between serum concentrations of persistent organic pollutants and smoking in Koreans: A cross-sectional study. *J Epidemiol* 2017; 27: 63-68.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 130

395. Hoyer AP, Jorgensen T, Grandjean P, Hartvig HB. Repeated measurements of organochlorine exposure and breast cancer risk (Denmark). *Cancer Causes Control* 2000; 11: 177-184.

396. Hagmar L, Wallin E, Vessby B, Jonsson BA, Bergman A, Rylander L. Intra-individual variations and time trends 1991-2001 in human serum levels of PCB, DDE and hexachlorobenzene. *Chemosphere* 2006; 64: 1507-1513.

397. Verner MA, Bachelet D, McDougall R, Charbonneau M, Guenel P, Haddad S. A case study addressing the reliability of polychlorinated biphenyl levels measured at the time of breast cancer diagnosis in representing early-life exposure. *Cancer Epidemiol Biomarkers Prev* 2011; 20: 281-286.

398. Orloff KG, Dearwent S, Metcalf S, Kathman S, Turner W. Human exposure to polychlorinated biphenyls in a residential community. *Arch Environ Contam Toxicol* 2003; 44: 125-131.

399. Smith AB, Schloemer J, Lowry LK, Smallwood AW, Ligo RN, Tanaka S, Stringer W, Jones M, Hervin R, Glueck CJ. Metabolic and health consequences of occupational exposure to polychlorinated biphenyls. *Br J Ind Med* 1982; 39: 361-369.

400. Phillips DL, Pirkle JL, Burse VW, Bernert JT, Jr., Henderson LO, Needham LL. Chlorinated hydrocarbon levels in human serum: effects of fasting and feeding. *Arch Environ Contam Toxicol* 1989; 18: 495-500.

401. Hanrahan LP, Falk C, Anderson HA, Draheim L, Kanarek MS, Olson J. Serum PCB and DDE levels of frequent Great Lakes sport fish consumers-a first look. The Great Lakes Consortium. *Environ Res* 1999; 80: S26-S37.

402. Anderson HA, Falk C, Hanrahan L, Olson J, Burse VW, Needham L, Paschal D, Patterson D, Jr., Hill RH, Jr. Profiles of Great Lakes critical pollutants: a sentinel analysis of human blood and urine. The Great Lakes Consortium. *Environ Health Perspect* 1998; 106: 279-289.

403. Birnbaum LS, Dutton ND, Cusack C, Mennemeyer ST, Pavuk M. Anniston community health survey: Follow-up and dioxin analyses (ACHS-II)--methods. *Environ Sci Pollut Res Int* 2016; 23: 2014-2021.

404. Aminov Z, Haase R, Olson JR, Pavuk M, Carpenter DO. Racial differences in levels of serum lipids and effects of exposure to persistent organic pollutants on lipid levels in residents of Anniston, Alabama. *Environ Int* 2014; 73: 216-223.

405. Kraft M, Sievering S, Grun L, Rauchfuss K. Mono-, di-, and trichlorinated biphenyls (PCB 1-PCB 39) in the indoor air of office rooms and their relevance on human blood burden. *Indoor Air* 2018; 28: 441-449.

406. Pedersen EB, Ebbehoj NE, Goen T, Meyer HW, Jacobsen P. Exposure to 27 polychlorinated biphenyls in the indoor environment of a workplace: a controlled bio-monitoring study. *Int Arch Occup Environ Health* 2016; 89: 43-47.

407. Pavuk M, Olson JR, Wattigney WA, Dutton ND, Sjodin A, Shelton C, Turner WE, Bartell SM. Predictors of serum polychlorinated biphenyl concentrations in Anniston residents. *Sci Total Environ* 2014; 496: 624-634.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 131

408. Pavuk M, Olson JR, Sjodin A, Wolff P, Turner WE, Shelton C, Dutton ND, Bartell S. Serum concentrations of polychlorinated biphenyls (PCBs) in participants of the Anniston Community Health Survey. *Sci Total Environ* 2014; 473-474: 286-297.

409. Zani C, Gelatti U, Donato F, Capelli M, Portolani N, Bergonzi R, Apostoli P. Polychlorinated biphenyls in serum, liver and adipose tissue of subjects with hepatocellular carcinoma living in a highly polluted area. *Chemosphere* 2013; 91: 194-199.

410. Li AJ, Feldman SM, McNally RK, Kannan K. Distribution of Organohalogen and Synthetic Musk Compounds in Breast Adipose Tissue of Breast Cancer Patients in Ulster County, New York, USA. *Arch Environ Contam Toxicol* 2019; 77: 68-78.

411. Emmett EA, Maroni M, Schmith JM, Levin BK, Jefferys J. Studies of transformer repair workers exposed to PCBs: I. Study design, PCB concentrations, questionnaire, and clinical examination results. *Am J Ind Med* 1988; 13: 415-427.

412. Wolff MS, Thornton J, Fischbein A, Lilis R, Selikoff IJ. Disposition of polychlorinated biphenyl congeners in occupationally exposed persons. *Toxicol Appl Pharmacol* 1982; 62: 294-306.

413. Brown JF, Jr., Lawton RW. Polychlorinated biphenyl (PCB) partitioning between adipose tissue and serum. *Bull Environ Contam Toxicol* 1984; 33: 277-280.

414. Gladen BC, Doucet J, Hansen LG. Assessing human polychlorinated biphenyl contamination for epidemiologic studies: lessons from patterns of congener concentrations in canadians in 1992. *Environ Health Perspect* 2003; 111: 437-443.

415. Holford TR, Zheng T, Mayne ST, Zahm SH, Tessari JD, Boyle P. Joint effects of nine polychlorinated biphenyl (PCB) congeners on breast cancer risk. *Int J Epidemiol* 2000; 29: 975-982.

416. Cho MR, Shin JY, Hwang JH, Jacobs DR, Jr., Kim SY, Lee DH. Associations of fat mass and lean mass with bone mineral density differ by levels of persistent organic pollutants: National Health and Nutrition Examination Survey 1999-2004. *Chemosphere* 2011; 82: 1268-1276.

417. Whitehead TP, Brown FR, Metayer C, Park JS, Does M, Dhaliwal J, Petreas MX, Buffler PA, Rappaport SM. Polychlorinated biphenyls in residential dust: sources of variability. *Environ Sci Technol* 2014; 48: 157-164.

418. Whitehead TP, Crispo Smith S, Park JS, Petreas MX, Rappaport SM, Metayer C. Concentrations of Persistent Organic Pollutants in California Children's Whole Blood and Residential Dust. *Environ Sci Technol* 2015; 49: 9331-9340.

419. DellaValle CT, Wheeler DC, Deziel NC, De Roos AJ, Cerhan JR, Cozen W, Severson RK, Flory AR, Locke SJ, Colt JS, Hartge P, Ward MH. Environmental determinants of polychlorinated biphenyl concentrations in residential carpet dust. *Environ Sci Technol* 2013; 47: 10405-10414.

420. Kimbrough RD, Krouskas CA, Xu W, Shields PG. Mortality among capacitor workers exposed to polychlorinated biphenyls (PCBs), a long-term update. *Int Arch Occup Environ Health* 2014.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 132

421. Ruder AM, Hein MJ, Nilsen N, Waters MA, Laber P, Davis-King K, Prince MM, Whelan E. Mortality among workers exposed to polychlorinated biphenyls (PCBs) in an electrical capacitor manufacturing plant in Indiana: an update. *Environ Health Perspect* 2006; 114: 18-23.

422. Lawton RW, Brown JF, Jr., Ross MR, Feingold J. Comparability and precision of serum PCB measurements. *Arch Environ Health* 1985; 40: 29-37.

423. Lawton RW, Ross MR, Feingold J, Brown JF, Jr. Effects of PCB exposure on biochemical and hematological findings in capacitor workers. *Environ Health Perspect* 1985; 60: 165-184.

424. DellaValle CT, Purdue MP, Ward MH, Locke SJ, Stewart PA, De Roos AJ, Hartge P, Rothman N, Friesen MC. Validity of expert assigned retrospective estimates of occupational polychlorinated biphenyl exposure. *Ann Occup Hyg* 2015; 59: 609-615.

425. Hopf NB, Ruder AM, Succop P, Waters MA. Evaluation of cumulative PCB exposure estimated by a job exposure matrix versus PCB serum concentrations. *Environ Sci Pollut Res Int* 2014; 21: 6314-6323.

426. Hopf NB, Waters MA, Ruder AM, Prince MM. Development of a Retrospective Job Exposure Matrix for PCB-exposed Workers in Capacitor Manufacturing. *J Occup Health* 2010.

427. Pelletier C, Imbeault P, Tremblay A. Energy balance and pollution by organochlorines and polychlorinated biphenyls. *Obes Rev* 2003; 4: 17-24.

428. Dirtu AC, Dirinck E, Malarvannan G, Neels H, Van GL, Jorens PG, Covaci A. Dynamics of organohalogenated contaminants in human serum from obese individuals during one year of weight loss treatment. *Environ Sci Technol* 2013.

429. Jansen A, Polder A, Muller MHB, Skjerve E, Aaseth J, Lyche JL. Increased levels of persistent organic pollutants in serum one year after a great weight loss in humans: Are the levels exceeding health based guideline values? *Sci Total Environ* 2018; 622-623: 1317-1326.

430. Mullerova D, Matejkova D, Dvorakova J, Muller L, Rosmus J, Kovarova K. PERSISTENT ORGANOCHLORINE POLLUTANTS IN OBESE WOMEN AFTER DIET INDUCED WEIGHT LOSS: FIVE YEARS FOLLOW UP STUDY. *Cent Eur J Public Health* 2015; 23: 214-217.

431. He F, Zuo L, Ward E, Arciero PJ. Serum Polychlorinated Biphenyls Increase and Oxidative Stress Decreases with a Protein-Pacing Caloric Restriction Diet in Obese Men and Women. *Int J Environ Res Public Health* 2017; 14.

432. Baris D, Kwak LW, Rothman N, Wilson W, Manns A, Tarone RE, Hartge P. Blood levels of organochlorines before and after chemotherapy among non-Hodgkin's lymphoma patients. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 193-197.

433. Gammon MD, Wolff MS, Neugut AI, Terry MB, Britton JA, Greenebaum E, Hibshoosh H, Levin B, Wang Q, Santella RM. Treatment for breast cancer and blood levels of chlorinated hydrocarbons. *Cancer Epidemiol Biomarkers Prev* 1996; 5: 467-471.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 133

434. Porta M, Pumarega J, Lopez T, Jariod M, Marco E, Grimalt JO. Influence of tumor stage, symptoms, and time of blood draw on serum concentrations of organochlorine compounds in exocrine pancreatic cancer. *Cancer Causes Control* 2009.

435. Maroni M, Colombi A, Arbosti G, Cantoni S, Foa V. Occupational exposure to polychlorinated biphenyls in electrical workers. II. Health effects. *Br J Ind Med* 1981; 38: 55-60.

436. Maroni M, Colombi A, Cantoni S, Ferioli E, Foa V. Occupational exposure to polychlorinated biphenyls in electrical workers. I. Environmental and blood polychlorinated biphenyls concentrations. *Br J Ind Med* 1981; 38: 49-54.

437. Emmett EA. Polychlorinated biphenyl exposure and effects in transformer repair workers. *Environ Health Perspect* 1985; 60: 185-192.

438. Emmett EA, Maroni M, Jefferys J, Schmith J, Levin BK, Alvares A. Studies of transformer repair workers exposed to PCBs: II. Results of clinical laboratory investigations. *Am J Ind Med* 1988; 14: 47-62.

439. Acquavella JF, Hanis NM, Nicolich MJ, Phillips SC. Assessment of clinical, metabolic, dietary, and occupational correlations with serum polychlorinated biphenyl levels among employees at an electrical capacitor manufacturing plant. *J Occup Med* 1986; 28: 1177-1180.

440. Fischbein A, Rizzo JN, Solomon SJ, Wolff MS. Oculodermatological findings in workers with occupational exposure to polychlorinated biphenyls (PCBs). *Br J Ind Med* 1985; 42: 426-430.

441. Fischbein A, Thornton J, Wolff MS, Bernstein J, Selifoff IJ. Dermatological findings in capacitor manufacturing workers exposed to dielectric fluids containing polychlorinated biphenyls (PCBs). *Arch Environ Health* 1982; 37: 69-74.

442. Fischbein A. Liver function tests in workers with occupational exposure to polychlorinated biphenyls (PCBs): comparison with yusho and yu-cheng. *Environ Health Perspect* 1985; 60: 145-150.

443. Hara I. Health status and PCBs in blood of workers exposed to PCBs and of their children. *Environ Health Perspect* 1985; 59: 85-90.

444. Ouw HK, Simpson GR, Siyali DS. Use and health effects of Aroclor 1242, a polychlorinated biphenyl, in an electrical industry. *Arch Environ Health* 1976; 31: 189-194.

445. Baker EL, Jr., Landrigan PJ, Glueck CJ, Zack MM, Jr., Liddle JA, Burse VW, Housworth WJ, Needham LL. Metabolic consequences of exposure to polychlorinated biphenyls (PCB) in sewage sludge. *Am J Epidemiol* 1980; 112: 553-563.

446. Ouw HK, Simpson GR, Siyali DS. Use and health effects of Aroclor 1242, a polychlorinated biphenyl, in an electrical industry. *Arch Environ Health* 1976; 31: 189-194.

447. G M, P V, M A, B N, C C, A F-a. Immunological and Cytogenetic Damage In Workers Accidentally Exposed to Polyhlorinated Biphenyls (PCB). *Clin Chem Enzyme Comms* 1992; 4: 341-353.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 134

448. Daniel V, Huber W, Bauer K, Suesal C, Conradt C, Opelz G. Associations of blood levels of PCB, HCHS, and HCB with numbers of lymphocyte subpopulations, in vitro lymphocyte response, plasma cytokine levels, and immunoglobulin autoantibodies. *Environ Health Perspect* 2001; 109: 173-178.

449. Gascon M, Morales E, Sunyer J, Vrijheid M. Effects of persistent organic pollutants on the developing respiratory and immune systems: a systematic review. *Environ Int* 2013; 52: 51-65.

450. Tryphonas H. Immunotoxicity of PCBs (Aroclors) in relation to Great Lakes. *Environ Health Perspect* 1995; 103 Suppl 9: 35-46.

451. Tryphonas H. The impact of PCBs and dioxins on children's health: immunological considerations. *Can J Public Health* 1998; 89 Suppl 1: S49-47.

452. Serdar B, LeBlanc WG, Norris JM, Dickinson LM. Potential effects of polychlorinated biphenyls (PCBs) and selected organochlorine pesticides (OCPs) on immune cells and blood biochemistry measures: a cross-sectional assessment of the NHANES 2003-2004 data. *Environ Health* 2014; 13: 114.

453. Spector JT, De Roos AJ, Ulrich CM, Sheppard L, Sjodin A, Wener MH, Wood B, McTiernan A. Plasma polychlorinated biphenyl concentrations and immune function in postmenopausal women. *Environ Res* 2014; 131: 174-180.

454. Van Den Heuvel RL, Koppen G, Staessen JA, Hond ED, Verheyen G, Nawrot TS, Roels HA, Vlietinck R, Schoeters GE. Immunologic biomarkers in relation to exposure markers of PCBs and dioxins in Flemish adolescents (Belgium). *Environ Health Perspect* 2002; 110: 595-600.

455. Weisglas-Kuperus N, Vreugdenhil HJ, Mulder PG. Immunological effects of environmental exposure to polychlorinated biphenyls and dioxins in Dutch school children. *Toxicology letters* 2004; 149: 281-285.

456. Belles-Isles M, Ayotte P, Dewailly E, Weber JP, Roy R. Cord blood lymphocyte functions in newborns from a remote maritime population exposed to organochlorines and methylmercury. *J Toxicol Environ Health A* 2002; 65: 165-182.

457. Schoenroth L, Chan S, Fritzler M. Autoantibodies and levels of polychlorinated biphenyls in persons living near a hazardous waste treatment facility. *J Investig Med* 2004; 52: 170-176.

458. Kumar J, Monica Lind P, Salihovic S, van Bavel B, Lind L, Ingelsson E. Influence of persistent organic pollutants on oxidative stress in population-based samples. *Chemosphere* 2014; 114: 303-309.

459. Kumar J, Lind PM, Salihovic S, van Bavel B, Ingelsson E, Lind L. Persistent organic pollutants and inflammatory markers in a cross-sectional study of elderly Swedish people: the PIVUS cohort. *Environ Health Perspect* 2014; 122: 977-983.

460. Harper N, Connor K, Steinberg M, Safe S. Immunosuppressive activity of polychlorinated biphenyl mixtures and congeners: nonadditive (antagonistic) interactions. *Fundam Appl Toxicol* 1995; 27: 131-139.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 135

461. N H, N S, K C, S S. Antagonism of 2,3,7,8-TCDD and 3,3',4,4',5-pentaCB Induced Immunotoxicity by 2,2',4,4',5,5'-HexaCB in B6C3F1 Mice. *Organohalogen Compounds* 1994; 21: 25-28.

462. Gadalla SM, Andreotti G. Polychlorinated Biphenyls and Cancer: Are Telomeres to Blame? *EBioMedicine* 2015; 2: 1856-1857.

463. Scinicariello F, Buser MC. Polychlorinated Biphenyls and Leukocyte Telomere Length: An Analysis of NHANES 1999-2002. *EBioMedicine* 2015; 2: 1974-1979.

464. Mitro SD, Birnbaum LS, Needham BL, Zota AR. Cross-sectional Associations between Exposure to Persistent Organic Pollutants and Leukocyte Telomere Length among U.S. Adults in NHANES, 2001-2002. *Environ Health Perspect* 2016; 124: 651-658.

465. Callahan CL, Pavuk M, Birnbaum LS, Ren X, Olson JR, Bonner MR. Serum polychlorinated biphenyls and leukocyte telomere length in a highly-exposed population: The Anniston Community Health Survey. *Environ Int* 2017; 108: 212-220.

466. Ziegler S, Schettgen T, Beier F, Wilop S, Quinete N, Esser A, Masouleh BK, Ferreira MS, Vankann L, Uciechowski P, Rink L, Kraus T, Brummendorf TH, Ziegler P. Accelerated telomere shortening in peripheral blood lymphocytes after occupational polychlorinated biphenyls exposure. *Arch Toxicol* 2017; 91: 289-300.

467. Zota AR, Linderholm L, Park JS, Petreas M, Guo T, Privalsky ML, Zoeller RT, Woodruff TJ. Temporal comparison of PBDEs, OH-PBDEs, PCBs, and OH-PCBs in the serum of second trimester pregnant women recruited from San Francisco General Hospital, California. *Environ Sci Technol* 2013; 47: 11776-11784.

468. Haase H, Fahlenkamp A, Schettgen T, Esser A, Gube M, Ziegler P, Kraus T, Rink L. Immunotoxicity Monitoring in a Population Exposed to Polychlorinated Biphenyls. *Int J Environ Res Public Health* 2016; 13.

469. Ghosh S, Loffredo CA, Mitra PS, Trnovec T, Palkovicova Murinova L, Sovcikova E, Hoffman EP, Makambi KH, Dutta SK. PCB exposure and potential future cancer incidence in Slovak children: an assessment from molecular finger printing by Ingenuity Pathway Analysis (IPA(R)) derived from experimental and epidemiological investigations. *Environ Sci Pollut Res Int* 2017.

470. Guida M, Marra ML, Zullo F, Guida M, Trifuoggi M, Biffali E, Borra M, De Mieri G, D'Alessandro R, De Felice B. Association between exposure to dioxin-like polychlorinated biphenyls and miR-191 expression in human peripheral blood mononuclear cells. *Mutat Res* 2013; 753: 36-41.

471. Krauskopf J, de Kok TM, Hebels DG, Bergdahl IA, Johansson A, Spaeth F, Kiviranta H, Rantakokko P, Kyrtopoulos SA, Kleinjans JC. MicroRNA profile for health risk assessment: Environmental exposure to persistent organic pollutants strongly affects the human blood microRNA machinery. *Sci Rep* 2017; 7: 9262.

472. Lee JY, Lee KM, Lee DH, Kim DS. Association of low-dose exposure to persistent organic pollutants with E-cadherin promoter methylation in healthy Koreans. *Biomarkers* 2018; 23: 293-298.

473. Itoh H, Iwasaki M, Kasuga Y, Yokoyama S, Onuma H, Nishimura H, Kusama R, Yoshida T, Yokoyama K, Tsugane S. Association between serum organochlorines and global

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 136

methylation level of leukocyte DNA among Japanese women: a cross-sectional study. *Sci Total Environ* 2014; 490: 603-609.

474. Lee MH, Cho ER, Lim JE, Jee SH. Association between serum persistent organic pollutants and DNA methylation in Korean adults. *Environ Res* 2017; 158: 333-341.

475. Lind L, Penell J, Luttropp K, Nordfors L, Syvanen AC, Axelsson T, Salihovic S, van Bavel B, Fall T, Ingelsson E, Lind PM. Global DNA hypermethylation is associated with high serum levels of persistent organic pollutants in an elderly population. *Environ Int* 2013; 59: 456-461.

476. Park SY, Kim KS, Lee YM, Kim MJ, Jacobs DR, Jr., Porta M, Kim DS, Lee DH. Persistent organic pollutants and promoter hypermethylation of the O(6)-methylguanine-DNA methyltransferase gene. *Biomarkers* 2015; 20: 136-142.

477. Espin-Perez A, de Kok TM, Jennen DG, Hendrickx DM, De Coster S, Schoeters G, Baeyens W, van Larebeke N, Kleinjans JC. Distinct genotype-dependent differences in transcriptome responses in humans exposed to environmental carcinogens. *Carcinogenesis* 2015; 36: 1154-1161.

478. Luzardo OP, Henriquez-Hernandez LA, Valeron PF, Lara PC, Almeida-Gonzalez M, Losada A, Zumbado M, Serra-Majem L, Alvarez-Leon EE, Boada LD. The relationship between dioxin-like polychlorobiphenyls and IGF-I serum levels in healthy adults: evidence from a cross-sectional study. *PLoS One* 2012; 7: e38213.

479. Kalina I, Sram RJ, Konecna H, Ondrussekova A. Cytogenetic analysis of peripheral blood lymphocytes in workers occupationally exposed to polychlorinated biphenyls. *Teratog Carcinog Mutagen* 1991; 11: 77-82.

480. Program NT. NTP technical report on the toxicology and carcinogenesis studies of 2,2',4,4',5,5'-hexachlorobiphenyl (PCB 153) (CAS No. 35065-27-1) in female Harlan Sprague-Dawley rats (Gavage studies). *Natl Toxicol Program Tech Rep Ser* 2006: 4-168.

481. De CS, Koppen G, Bracke M, Schroijen C, Den HE, Nelen V, Van De ME, Bruckers L, Bilau M, Baeyens W, Schoeters G, Van LN. Pollutant effects on genotoxic parameters and tumor-associated protein levels in adults: a cross sectional study. *Environ Health* 2008; 7: 26.

482. Huang P, Huang B, Weng H, Nakayama K, Morimoto K. Effects of lifestyle on micronuclei frequency in human lymphocytes in Japanese hard-metal workers. *Prev Med* 2009; 48: 383-388.

483. Gustavsson P, Hogstedt C, Rappe C. Short-term mortality and cancer incidence in capacitor manufacturing workers exposed to polychlorinated biphenyls (PCBs). *Am J Ind Med* 1986; 10: 341-344.

484. Sinks T, Steele G, Smith AB, Watkins K, Shults RA. Mortality among workers exposed to polychlorinated biphenyls. *Am J Epidemiol* 1992; 136: 389-398.

485. Loomis D, Browning SR, Schenck AP, Gregory E, Savitz DA. Cancer mortality among electric utility workers exposed to polychlorinated biphenyls. *Occup Environ Med* 1997; 54: 720-728.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 137

486. Kimbrough RD, Doemland ML, Mandel JS. A mortality update of male and female capacitor workers exposed to polychlorinated biphenyls. *J Occup Environ Med* 2003; 45: 271-282.

487. Brown DP. Mortality of workers exposed to polychlorinated biphenyls- -an update. *Arch Environ Health* 1987; 42: 333-339.

488. Prince MM, Ruder AM, Hein MJ, Waters MA, Whelan EA, Nilsen N, Ward EM, Schnorr TM, Laber PA, vis-King KE. Mortality and exposure response among 14,458 electrical capacitor manufacturing workers exposed to polychlorinated biphenyls (PCBs). *Environ Health Perspect* 2006; 114: 1508-1514.

489. Mallin K, McCann K, D'Aloisio A, Freels S, Piorkowski J, Dimos J, Persky V. Cohort mortality study of capacitor manufacturing workers, 1944-2000. *JOEM* 2004; 46: 565-576.

490. Leijs MM, Esser A, Amann PM, Schettgen T, Gube M, Merk HF, Kraus T, Baron JM. Hyperpigmentation and higher incidence of cutaneous malignancies in moderate-high PCB- and dioxin exposed individuals. *Environ Res* 2018; 164: 221-228.

491. Kimbrough RD, Krouskas CA, Xu W, Shields PG. Mortality among capacitor workers exposed to polychlorinated biphenyls (PCBs), a long-term update. *Int Arch Occup Environ Health* 2015; 88: 85-101.

492. Brown DP, Jones M. Mortality and industrial hygiene study of workers exposed to polychlorinated biphenyls. *Arch Environ Health* 1981; 36: 120-129.

493. Prince MM, Hein MJ, Ruder AM, Waters MA, Laber PA, Whelan EA. Update: cohort mortality study of workers highly exposed to polychlorinated biphenyls (PCBs) during the manufacture of electrical capacitors, 1940-1998. *Environ Health* 2006; 5: 13.

494. Pesatori AC, Grillo P, Consonni D, Caironi M, Sampietro G, Olivari L, Ghisleni S, Bertazzi PA. Update of the mortality study of workers exposed to polychlorinated biphenyls (Pcbs) in two Italian capacitor manufacturing plants. *Med Lav* 2013; 104: 107-114.

495. Ruder AM, Hein MJ, Hopf NB, Waters MA. Cancer incidence among capacitor manufacturing workers exposed to polychlorinated biphenyls. *Am J Ind Med* 2017; 60: 198-207.

496. Bahn AK, Rosenwaike I, Hermann N, Grover P, Stellman J, O'Leary K. Letter: Melanoma after exposure to PCB's. *N Engl J Med* 1976; 295: 450.

497. Bahn AK, Rosenwaike I, Hermann N, Grover P, Stellman J. Title (In press).

498. Bertazzi PA, Riboldi L, Pesatori A, Radice L, Zocchetti C. Cancer mortality of capacitor manufacturing workers. *Am J Ind Med* 1987; 11: 165-176.

499. Tironi A, Pesatori A, Consonni D, Zocchetti C, Bertazzi PA. [The mortality of female workers exposed to PCBs]. *Epidemiol Prev* 1996; 20: 200-202.

500. Gallagher RP, Macarthur AC, Lee TK, Weber JP, Leblanc A, Mark EJ, Borugian M, Abanto Z, Spinelli JJ. Plasma levels of polychlorinated biphenyls and risk of cutaneous malignant melanoma: a preliminary study. *Int J Cancer* 2011; 128: 1872-1880.

501. Cao J, Fan T, Li W, Xiao S. Association study between plasma levels of polychlorinated biphenyls and risk of cutaneous malignant melanoma. *Environ Int* 2019; 126: 298-301.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 138

502. Donat-Vargas C, Berglund M, Glynn A, Wolk A, Akesson A. Dietary polychlorinated biphenyls, long-chain n-3 polyunsaturated fatty acids and incidence of malignant melanoma. *Eur J Cancer* 2017; 72: 137-143.

503. Donat-Vargas C, Bellavia A, Berglund M, Glynn A, Wolk A, Akesson A. Cardiovascular and cancer mortality in relation to dietary polychlorinated biphenyls and marine polyunsaturated fatty acids: a nutritional-toxicological aspect of fish consumption. *J Intern Med* 2019.

504. Magoni M, Apostoli P, Donato F, Manganoni A, Comba P, Fazzo L, Speziani F, Leonardi L, Orizio G, Scarcella C, Calzavara Pinton P. Plasma levels of polychlorinated biphenyls and risk of cutaneous malignant melanoma: A hospital-based case-control study. *Environ Int* 2018; 113: 20-25.

505. Longnecker M, Korick S, Moysich K. Human Health Effects of Polychlorinated Biphenyls. In: A S, TA G, editors. Dioxins and Health, Second ed. Hoboken, NJ: John Wiley & Sons; 2003. p. 679-728.

506. Yassi A, Tate RB, Routledge M. Cancer incidence and mortality in workers employed at a transformer manufacturing plant: update to a cohort study. *Am J Ind Med* 2003; 44: 58-62.

507. Boffetta P, Catalani S, Tomasi C, Pira E, Apostoli P. Occupational exposure to polychlorinated biphenyls and risk of cutaneous melanoma: a meta-analysis. *Eur J Cancer Prev* 2018; 27: 62-69.

508. Zani C, Toninelli G, Filisetti B, Donato F. Polychlorinated biphenyls and cancer: an epidemiological assessment. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev* 2013; 31: 99-144.

509. Zani C, Ceretti E, Covolo L, Donato F. Do polychlorinated biphenyls cause cancer? A systematic review and meta-analysis of epidemiological studies on risk of cutaneous melanoma and non-Hodgkin lymphoma. *Chemosphere* 2017; 183: 97-106.

510. Behrens T, Kaerlev L, Cree I, Lutz JM, Afonso N, Eriksson M, Guenel P, Merletti F, Morales-Suarez-Varela M, Stengrevics A, Sabroe S, Cyr D, Llopis-Gonzalez A, Gorini G, Sharkova G, Hardell L, Ahrens W. Hormonal exposures and the risk of uveal melanoma. *Cancer Causes Control* 2010; 21: 1625-1634.

511. Greenland S, Salvan A, Wegman DH, Hallock MF, Smith TJ. A case-control study of cancer mortality at a transformer-assembly facility. *Int Arch Occup Environ Health* 1994; 66: 49-54.

512. Caironi M, Olivari L, Sampietro G, Mandelli G, Mosconi G. [Introductional results of a mortality study in 471 ex-exposed workers to PCBs]. *G Ital Med Lav Ergon* 2005; 27: 279-281.

513. DeGuire L, Cyr D, Theriault G, Provencher S, Iturra H, Case BW. Malignant melanoma of the skin among workers in a telecommunications industry: mortality study 1976-83. *Br J Ind Med* 1992; 49: 728-731.

514. Tynes T, Jynge H, Vistnes AI. Leukemia and brain tumors in Norwegian railway workers, a nested case- control study. *Am J Epidemiol* 1994; 139: 645-653.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 139

515. Hay A, Tarrel J. Mortality of power workers exposed to phenoxy herbicides and polychlorinated biphenyls in waste transformer oil. *Ann N Y Acad Sci* 1997; 837: 138-156.

516. Linet MS, Vajdic CM, Morton LM, de Roos AJ, Skibola CF, Boffetta P, Cerhan JR, Flowers CR, de Sanjose S, Monnereau A, Cocco P, Kelly JL, Smith AG, Weisenburger DD, Clarke CA, Blair A, Bernstein L, Zheng T, Miligi L, Clavel J, Benavente Y, Chiu BC. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; 2014: 26-40.

517. Slager SL, Benavente Y, Blair A, Vermeulen R, Cerhan JR, Costantini AS, Monnereau A, Nieters A, Clavel J, Call TG, Maynadie M, Lan Q, Clarke CA, Lightfoot T, Norman AD, Sampson JN, Casabonne D, Cocco P, de Sanjose S. Medical history, lifestyle, family history, and occupational risk factors for chronic lymphocytic leukemia/small lymphocytic lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; 2014: 41-51.

518. Smedby KE, Sampson JN, Turner JJ, Slager SL, Maynadie M, Roman E, Habermann TM, Flowers CR, Berndt SI, Bracci PM, Hjalgrim H, Weisenburger DD, Morton LM. Medical history, lifestyle, family history, and occupational risk factors for mantle cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; 2014: 76-86.

519. Vajdic CM, Landgren O, McMaster ML, Slager SL, Brooks-Wilson A, Smith A, Staines A, Dogan A, Ansell SM, Sampson JN, Morton LM, Linet MS. Medical history, lifestyle, family history, and occupational risk factors for lymphoplasmacytic lymphoma/Waldenstrom's macroglobulinemia: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; 2014: 87-97.

520. Wang SS, Flowers CR, Kadin ME, Chang ET, Hughes AM, Ansell SM, Feldman AL, Lightfoot T, Boffetta P, Melbye M, Lan Q, Sampson JN, Morton LM, Zhang Y, Weisenburger DD. Medical history, lifestyle, family history, and occupational risk factors for peripheral T-cell lymphomas: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; 2014: 66-75.

521. Cerhan JR, Kricker A, Paltiel O, Flowers CR, Wang SS, Monnereau A, Blair A, Dal ML, Kane EV, Nieters A, Foran JM, Miligi L, Clavel J, Bernstein L, Rothman N, Slager SL, Sampson JN, Morton LM, Skibola CF. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; 2014: 15-25.

522. Lam CJ, Curtis RE, Dores GM, Engels EA, Caporaso NE, Polliack A, Warren JL, Young HA, Levine PH, Elmi AF, Fraumeni JF, Jr., Tucker MA, Morton LM. Risk Factors for Melanoma Among Survivors of Non-Hodgkin Lymphoma. *J Clin Oncol* 2015; 33: 3096-3104.

523. Morton LM, Sampson JN, Cerhan JR, Turner JJ, Vajdic CM, Wang SS, Smedby KE, de SS, Monnereau A, Benavente Y, Bracci PM, Chiu BC, Skibola CF, Zhang Y, Mbulaiteye SM, Spriggs M, Robinson D, Norman AD, Kane EV, Spinelli JJ, Kelly JL, La VC, Dal

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 140

ML, Maynadie M, Kadin ME, Cocco P, Costantini AS, Clarke CA, Roman E, Miligi L, Colt JS, Berndt SI, Mannetje A, De Roos AJ, Kricker A, Nieters A, Franceschi S, Melbye M, Boffetta P, Clavel J, Linet MS, Weisenburger DD, Slager SL. Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project. *J Natl Cancer Inst Monogr* 2014; 2014: 1-14.

524. Wang SS, Nieters A. Unraveling the interactions between environmental factors and genetic polymorphisms in non-Hodgkin lymphoma risk. *Expert Rev Anticancer Ther* 2010; 10: 403-413.

525. Agency USEP. Lymphohematopoietic Cancers Induced by Chemicals and Other Agents: Overview and Implications for Risk Assessment. *EPA/600/R-10/095F* 2012.

526. Bassig BA, Zheng T, Zhang Y, Berndt SI, Holford TR, Hosgood HD, 3rd, Hu W, Leaderer B, Yeager M, Menashe I, Boyle P, Xu J, Zou K, Zhu Y, Chanock S, Rothman N, Lan Q. Polymorphisms in complement system genes and risk of non-Hodgkin lymphoma. *Environ Mol Mutagen* 2012; 53: 145-151.

527. Laden F, Bertrand KA, Altshul L, Aster JC, Korrick SA, Sagiv SK. Plasma organochlorine levels and risk of non-Hodgkin lymphoma in the Nurses' Health Study. *Cancer Epidemiol Biomarkers Prev* 2010; 19: 1381-1384.

528. Bertrand KA, Spiegelman D, Aster JC, Altshul LM, Korrick SA, Rodig SJ, Zhang SM, Kurth T, Laden F. Plasma organochlorine levels and risk of non-Hodgkin lymphoma in a cohort of men. *Epidemiology* 2010; 21: 172-180.

529. Fritschi L, Benke G, Hughes AM, Kricker A, Vajdic CM, Grulich A, Turner J, Milliken S, Kaldor J, Armstrong BK. Risk of non-Hodgkin lymphoma associated with occupational exposure to solvents, metals, organic dusts and PCBs (Australia). *Cancer Causes Control* 2005; 16: 599-607.

530. Cocco P, Brennan P, Ibba A, de Sanjose LS, Maynadie M, Nieters A, Becker N, Ennas MG, Tocco MG, Boffetta P. Plasma polychlorobiphenyl and organochlorine pesticide level and risk of major lymphoma subtypes. *Occup Environ Med* 2008; 65: 132-140.

531. Quintana PJ, Delfino RJ, Korrick S, Ziogas A, Kutz FW, Jones EL, Laden F, Garshick E. Adipose tissue levels of organochlorine pesticides and polychlorinated biphenyls and risk of non-Hodgkin's lymphoma. *Environ Health Perspect* 2004; 112: 854-861.

532. Rothman N, Cantor KP, Blair A, Bush D, Brock JW, Helzlsouer K, Zahm SH, Needham LL, Pearson GR, Hoover RN, Comstock GW, Strickland PT. A nested case-control study of non-Hodgkin lymphoma and serum organochlorine residues. *Lancet* 1997; 350: 240-244.

533. De Roos AJ, Hartge P, Lubin JH, Colt JS, Davis S, Cerhan JR, Severson RK, Cozen W, Patterson DG, Jr., Needham LL, Rothman N. Persistent organochlorine chemicals in plasma and risk of non-Hodgkin's lymphoma. *Cancer Res* 2005; 65: 11214-11226.

534. Engel LS, Laden F, Andersen A, Strickland PT, Blair A, Needham LL, Barr DB, Wolff MS, Helzlsouer K, Hunter DJ, Lan Q, Cantor KP, Comstock GW, Brock JW, Bush D, Hoover RN, Rothman N. Polychlorinated biphenyl levels in peripheral blood and non-Hodgkin's lymphoma: a report from three cohorts. *Cancer Res* 2007; 67: 5545-5552.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 141

535. Colt JS, Severson RK, Lubin J, Rothman N, Camann D, Davis S, Cerhan JR, Cozen W, Hartge P. Organochlorines in carpet dust and non-Hodgkin lymphoma. *Epidemiology* 2005; 16: 516-525.

536. Hardell L, Van Havel B, Lindsrom G, Fredrikson M, Hagberg H, Liljegren G, Nordstrom M, Johansson B. Higher concentrations of specific polychlorinated biphenyl congeners in adipose tissue from non-Hodgkin's lymphoma patients compared with controls without a malignant disease. *International Journal of Oncology* 1996; 9: 603-608.

537. Hardell E, Eriksson M, Lindstrom G, van Bavel B, Linde A, Carlberg M, Liljegren G. Case-control study on concentrations of organohalogen compounds and titers of antibodies to Epstein-Barr virus antigens in the etiology of non-Hodgkin lymphoma

1. *Leuk Lymphoma* 2001; 42: 619-629.

538. Moysich KB, Mendola P, Schisterman EF, Freudenheim JL, Ambrosone CB, Vena JE, Shields PG, Kostyniak P, Greizerstein H, Graham S, Marshall JR. An evaluation of proposed frameworks for grouping polychlorinated biphenyl (PCB) congener data into meaningful analytic units. *Am J Ind Med* 1999; 35: 223-231.

539. Wolff MS, Camann D, Gammon M, Stellman SD. Proposed PCB congener groupings for epidemiological studies. *Environ Health Perspect* 1997; 105: 13-14.

540. Hardell K, Carlberg M, Hardell L, Bjornfoth H, Ericson J, I, Eriksson M, van BB, Lindstrom G. Concentrations of organohalogen compounds and titres of antibodies to Epstein-Barr virus antigens and the risk for non-Hodgkin lymphoma. *Oncol Rep* 2009; 21: 1567-1576.

541. Spinelli JJ, Ng CH, Weber JP, Connors JM, Gascoyne RD, Lai AS, Brooks-Wilson AR, Le ND, Berry BR, Gallagher RP. Organochlorines and risk of non-Hodgkin lymphoma. *International journal of cancer Journal international du cancer* 2007; 121: 2767-2775.

542. Tomasallo C, Anderson H, Haughwout M, Imm P, Knobeloch L. Mortality among frequent consumers of Great Lakes sport fish. *Environ Res* 2010; 110: 62-69.

543. Helmfrid I, Berglund M, Lofman O, Wingren G. Health effects and exposure to polychlorinated biphenyls (PCBs) and metals in a contaminated community. *Environ Int* 2012.

544. Viel JF, Floret N, Deconinck E, Focant JF, De Pauw E, Cahn JY. Increased risk of non-Hodgkin lymphoma and serum organochlorine concentrations among neighbors of a municipal solid waste incinerator. *Environ Int* 2011; 37: 449-453.

545. Colt JS, Rothman N, Severson RK, Hartge P, Cerhan JR, Chatterjee N, Cozen W, Morton LM, De Roos AJ, Davis S, Chanock S, Wang SS. Organochlorine exposure, immune gene variation, and risk of non-Hodgkin lymphoma. *Blood* 2009; 113: 1899-1905.

546. Brauner EV, Sorensen M, Gaudreau E, Leblanc A, Eriksen KT, Tjonneland A, Overvad K, Raaschou-Nielsen O. A prospective study of organochlorines in adipose tissue and risk of nonHodgkin lymphoma. *Environ Health Perspect* 2012; 120: 105-111.

547. Czarnota J, Gennings C, Colt JS, De Roos AJ, Cerhan JR, Severson RK, Hartge P, Ward MH, Wheeler DC. Analysis of Environmental Chemical Mixtures and Non-Hodgkin Lymphoma Risk in the NCI-SEER NHL Study. *Environ Health Perspect* 2015; 123: 965-970.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 142

548. Kelly RS, Kiviranta H, Bergdahl IA, Palli D, Johansson AS, Botsivali M, Vineis P, Vermeulen R, Kyrtopoulos SA, Chadeau-Hyam M. Prediagnostic plasma concentrations of organochlorines and risk of B-cell non-Hodgkin lymphoma in envirogenomarkers: a nested case-control study. *Environ Health* 2017; 16: 9.

549. Klil-Drori AJ, Kleinstern G, Seir RA, Choshen-Cohen L, Abdeen Z, Hussein E, Aqel M, Goen T, Perlman R, Ben-Yehuda D, Paltiel O. Serum organochlorines and non-Hodgkin lymphoma: A case-control study in Israeli Jews and Palestinians. *Chemosphere* 2018; 213: 395-402.

550. Magoni M, Donato F, Apostoli P, Rossi G, Comba P, Fazzo L, Speziani F, Leonardi L, Orizio G, Scarcella C, Anastasia A, Tucci A. Serum levels of polychlorinated biphenyls and risk of non-Hodgkin lymphoma: A hospital-based case-control study. *Chemosphere* 2019; 235: 969-975.

551. Bassig BA, Shu XO, Sjodin A, Koh WP, Gao YT, Adams-Haduch J, Davis M, Wang R, Xiang YB, Engel LS, Purdue MP, Ji BT, Yang G, Jones RS, Langseth H, Hosgood HD, Grimsrud TK, Seow WJ, Wong JYY, Hu W, Chen D, Zheng W, Yuan JM, Lan Q, Rothman N. Pre-diagnostic blood levels of organochlorines and risk of non-Hodgkin lymphoma in three prospective cohorts in China and Singapore. *International journal of cancer Journal international du cancer* 2019.

552. Catalani S, Donato F, Tomasi C, Pira E, Apostoli P, Boffetta P. Occupational and environmental exposure to polychlorinated biphenyls and risk of non-Hodgkin lymphoma: a systematic review and meta-analysis of epidemiology studies. *Eur J Cancer Prev* 2018.

553. Program N. NTP toxicology and carcinogenesis studies of 3,3',4,4',5-pentachlorobiphenyl (PCB 126) (CAS No. 57465-28-8) in female Harlan Sprague-Dawley rats (Gavage Studies). *Natl Toxicol Program Tech Rep Ser* 2006: 4-246.

554. Program NT. NTP Toxicology and Carcinogenesis Studies of a Binary Mixture of 3,3',4,4',5-Pentachlorobiphenyl (PCB 126) (CAS No. 57465-28-8) and 2,2',4,4',5,5'-Hexachlorobiphenyl (PCB 153) (CAS No. 35065-27-1) in Female Harlan Sprague-Dawley Rats (Gavage Studies). *Natl Toxicol Program Tech Rep Ser* 2006: 1-258.

555. Program NT. NTP Toxicology and Carcinogenesis Studies of a Binary Mixture of 3,3',4,4',5-Pentachlorobiphenyl (PCB 126) (CAS No. 57465-28-8) and 2,3',4,4',5-Pentachlorobiphenyl (PCB 118) (CAS No. 31508-00-6) in Female Harlan Sprague-Dawley Rats (Gavage Studies). *Natl Toxicol Program Tech Rep Ser* 2006: 1-218.

556. Freeman M, Kohles S. Plasma Levels of Polychlorinated Biphenyls, Non-Hodgkin Lymphoma, and Causation. *Journal of Environmental and Public Health* 2012; 2012: 1-15.

557. Gulley ML, Tang W. Laboratory assays for Epstein-Barr virus-related disease. *J Mol Diagn* 2008; 10: 279-292.

558. Kimura H, Ito Y, Suzuki R, Nishiyama Y. Measuring Epstein-Barr virus (EBV) load: the significance and application for each EBV-associated disease. *Rev Med Virol* 2008; 18: 305-319.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 143

559. Bauer CC, Aberle SW, Popow-Kraupp T, Kapitan M, Hofmann H, Puchhammer-Stockl E. Serum Epstein-Barr virus DNA load in primary Epstein-Barr virus infection. *J Med Virol* 2005; 75: 54-58.

560. Chang CM, Yu KJ, Mbulaiteye SM, Hildesheim A, Bhatia K. The extent of genetic diversity of Epstein-Barr virus and its geographic and disease patterns: a need for reappraisal. *Virus Res* 2009; 143: 209-221.

561. Cavallo R, Elia M, Gruosso V, Curtoni A, Costa C, Bergallo M. Molecular epidemiology of Epstein-Barr virus in adult kidney transplant recipients. *Transplant Proc* 2010; 42: 2527-2530.

562. Maurmann S, Fricke L, Wagner HJ, Schlenke P, Hennig H, Steinhoff J, Jabs WJ. Molecular parameters for precise diagnosis of asymptomatic Epstein-Barr virus reactivation in healthy carriers. *J Clin Microbiol* 2003; 41: 5419-5428.

563. Hardell L, Lindstrom G, van BB, Hardell K, Linde A, Carlberg M, Liljegren G. Adipose tissue concentrations of dioxins and dibenzofurans, titers of antibodies to Epstein-Barr virus early antigen and the risk for non-Hodgkin lymphoma. *Environ Res* 2001; 87: 99-107.

564. Bertrand KA, Birmann BM, Chang ET, Spiegelman D, Aster JC, Zhang SM, Laden F. A prospective study of Epstein-Barr virus antibodies and risk of non-Hodgkin lymphoma. *Blood* 2010.

565. de SS, Bosch R, Schouten T, Verkuijlen S, Nieters A, Foretova L, Maynadie M, Cocco PL, Staines A, Becker N, Brennan P, Benavente Y, Boffetta P, Meijer CJ, Middeldorp JM. Epstein-Barr virus infection and risk of lymphoma: immunoblot analysis of antibody responses against EBV-related proteins in a large series of lymphoma subjects and matched controls. *Int J Cancer* 2007; 121: 1806-1812.

566. Hjalgrim H, Engels EA. Infectious aetiology of Hodgkin and non-Hodgkin lymphomas: a review of the epidemiological evidence. *J Intern Med* 2008; 264: 537-548.

567. Engels EA. Infectious agents as causes of non-Hodgkin lymphoma. *Cancer Epidemiol Biomarkers Prev* 2007; 16: 401-404.

568. Hsu JL, Glaser SL. Epstein-barr virus-associated malignancies: epidemiologic patterns and etiologic implications. *Crit Rev Oncol Hematol* 2000; 34: 27-53.

569. Kapatai G, Murray P. Contribution of the Epstein Barr virus to the molecular pathogenesis of Hodgkin lymphoma. *J Clin Pathol* 2007; 60: 1342-1349.

570. Calle EE, Frumkin H, Henley SJ, Savitz DA, Thun MJ. Organochlorines and breast cancer risk. *CA Cancer J Clin* 2002; 52: 301-309.

571. Safe S. Endocrine disruptors and human health: is there a problem. *Toxicology* 2004; 205: 3-10.

572. Negri E, Bosetti C, Fattore E, La Vecchia C. Environmental exposure to polychlorinated biphenyls (PCBs) and breast cancer: a systematic review of the epidemiological evidence. *Eur J Cancer Prev* 2003; 12: 509-516.

573. Auerbach O, Brewster G, Forman JB, Petrick TG, Smolin HJ, Meuhsam GE, Kassouny DY, Stout AP. Changes in the Bronchial Epithelium in Relation to Smoking and Cancer of the Lung. *The New England Journal of Medicine* 1957; 256: 97-104.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 144

574. Golden R, Kimbrough R. Weight of evidence evaluation of potential human cancer risks from exposure to polychlorinated biphenyls: an update based on studies published since 2003. *Crit Rev Toxicol* 2009; 39: 299-331.

575. Wolff MS, Toniolo PG, Lee EW, Rivera M, Dubin N. Blood levels of organochlorine residues and risk of breast cancer [see comments]. *J Natl Cancer Inst* 1993; 85: 648-652.

576. Wolff MS, Zeleniuch-Jacquotte A, Dubin N, Toniolo P. Risk of breast cancer and organochlorine exposure. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 271-277.

577. Krieger N, Wolff MS, Hiatt RA, Rivera M, Vogelman J, Orentreich N. Breast cancer and serum organochlorines: a prospective study among white, black, and Asian women [see comments]. *J Natl Cancer Inst* 1994; 86: 589-599.

578. Hunter DJ, Hankinson SE, Laden F, Colditz GA, Manson JE, Willett WC, Speizer FE, Wolff MS. Plasma organochlorine levels and the risk of breast cancer. *N Engl J Med* 1997; 337: 1253-1258.

579. Gammon MD, Wolff MS, Neugut AI, Eng SM, Teitelbaum SL, Britton JA, Terry MB, Levin B, Stellman SD, Kabat GC, Hatch M, Senie R, Berkowitz G, Bradlow HL, Garbowski G, Maffeo C, Montalvan P, Kemeny M, Citron M, Schnabel F, Schuss A, Hajdu S, Vinceguerra V, Niguidula N, Ireland K, Santella RM. Environmental toxins and breast cancer on Long Island. II. Organochlorine compound levels in blood. *Cancer Epidemiol Biomarkers Prev* 2002; 11: 686-697.

580. Moysich KB, Ambrosone CB, Vena JE, Shields PG, Mendola P, Kostyniak P, Greizerstein H, Graham S, Marshall JR, Schisterman EF, Freudenheim JL. Environmental organochlorine exposure and postmenopausal breast cancer risk. *Cancer Epidemiol Biomarkers Prev* 1998; 7: 181-188.

581. Laden F, Collman G, Iwamoto K, Alberg AJ, Berkowitz GS, Freudenheim JL, Hankinson SE, Helzlsouer KJ, Holford TR, Huang HY, Moysich KB, Tessari JD, Wolff MS, Zheng T, Hunter DJ. 1,1-Dichloro-2,2-bis(p-chlorophenyl)ethylene and polychlorinated biphenyls and breast cancer: combined analysis of five U.S. studies. *J Natl Cancer Inst* 2001; 93: 768-776.

582. Zheng T, Holford TR, Mayne ST, Tessari J, Ward B, Carter D, Owens PH, Boyle P, Dubrow R, Archibeque-Engle S, Dawood O, Zahm SH. Risk of female breast cancer associated with serum polychlorinated biphenyls and 1,1-dichloro-2,2'-bis(p-chlorophenyl)ethylene. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 167-174.

583. Millikan R, DeVoto E, Duell EJ, Tse CK, Savitz DA, Beach J, Edmiston S, Jackson S, Newman B. Dichlorodiphenyldichloroethene, polychlorinated biphenyls, and breast cancer among African-American and white women in North Carolina. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 1233-1240.

584. Gatto NM, Longnecker MP, Press MF, Sullivan-Halley J, Kean-Cowdin R, Bernstein L. Serum organochlorines and breast cancer: a case-control study among African-American women. *Cancer Causes Control* 2007; 18: 29-39.

585. McElroy JA, Kanarek MS, Trentham-Dietz A, Robert SA, Hampton JM, Newcomb PA, Anderson HA, Remington PL. Potential exposure to PCBs, DDT, and PBDEs from sport-

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 145

caught fish consumption in relation to breast cancer risk in Wisconsin. *Environ Health Perspect* 2004; 112: 156-162.

586. Rubin CH, Lanier A, Kieszak S, Brock JW, Koller KR, Strosnider H, Needham L, Zahm S, Harpster A. Breast cancer among Alaska Native women potentially exposed to environmental organochlorine chemicals. *Int J Circumpolar Health* 2006; 65: 18-27.

587. DeVoto E, Fiore BJ, Millikan R, Anderson HA, Sheldon L, Sonzogni WC, Longnecker MP. Correlations among human blood levels of specific PCB congeners and implications for epidemiologic studies. *Am J Ind Med* 1997; 32: 606-613.

588. Tharappel JC, Lee EY, Robertson LW, Spear BT, Glauert HP. Regulation of cell proliferation, apoptosis, and transcription factor activities during the promotion of liver carcinogenesis by polychlorinated biphenyls. *Toxicol Appl Pharmacol* 2002; 179: 172-184.

589. Ramamoorthy K, Gupta MS, Sun G, McDougal A, Safe SH. 3,3'4,4'-Tetrachlorobiphenyl exhibits antiestrogenic and antitumorigenic activity in the rodent uterus and mammary cells and in human breast cancer cells. *Carcinogenesis* 1999; 20: 115-123.

590. Kramer VJ, Helferich WG, Bergman A, Klasson-Wehler E, Giesy JP. Hydroxylated polychlorinated biphenyl metabolites are anti-estrogenic in a stably transfected human breast adenocarcinoma (MCF7) cell line. *Toxicol Appl Pharmacol* 1997; 144: 363-376.

591. Moore M, Mustain M, Daniel K, Chen I, Safe S, Zacharewski T, Gillesby B, Joyeux A, Balaguer P. Antiestrogenic activity of hydroxylated polychlorinated biphenyl congeners identified in human serum. *Toxicol Appl Pharmacol* 1997; 142: 160-168.

592. Safe S, Astroff B, Harris M, Zacharewski T, Dickerson R, Romkes M, Biegel L. 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) and related compounds as antioestrogens: characterization and mechanism of action. *Pharmacol Toxicol* 1991; 69: 400-409.

593. DeVito MJ, Thomas T, Martin E, Umbreit TH, Gallo MA. Antiestrogenic action of 2,3,7,8-tetrachlorodibenzo-p-dioxin: tissue-specific regulation of estrogen receptor in CD1 mice. *Toxicol Appl Pharmacol* 1992; 113: 284-292.

594. Fadhel Z, Lu Z, Robertson LW, Glauert HP. Effect of 3,3',4,4'-tetrachlorobiphenyl and 2,2',4,4',5,5'-hexachlorobiphenyl on the induction of hepatic lipid peroxidation and cytochrome P-450 associated enzyme activities in rats. *Toxicology* 2002; 175: 15-25.

595. Hoyer AP, Grandjean P, Jorgensen T, Brock JW, Hartvig HB. Organochlorine exposure and risk of breast cancer. *Lancet* 1998; 352: 1816-1820.

596. Dorgan JF, Brock JW, Rothman N, Needham LL, Miller R, Stephenson HE, Jr., Schussler N, Taylor PR. Serum organochlorine pesticides and PCBs and breast cancer risk: results from a prospective analysis (USA). *Cancer Causes Control* 1999; 10: 1-11.

597. Laden F, Hankinson SE, Wolff MS, Colditz GA, Willett WC, Speizer FE, Hunter DJ. Plasma organochlorine levels and the risk of breast cancer: an extended follow-up in the Nurses' Health Study. *Int J Cancer* 2001; 91: 568-574.

598. Demers A, Ayotte P, Brisson J, Dodin S, Robert J, Dewailly E. Plasma concentrations of polychlorinated biphenyls and the risk of breast cancer: a congener-specific analysis. *Am J Epidemiol* 2002; 155: 629-635.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 146

599. Stellman SD, Djordjevic MV, Britton JA, Muscat JE, Citron ML, Kemeny M, Busch E, Gong L. Breast cancer risk in relation to adipose concentrations of organochlorine pesticides and polychlorinated biphenyls in Long Island, New York. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 1241-1249.

600. Aronson KJ, Miller AB, Woolcott CG, Sterns EE, McCready DR, Lickley LA, Fish EB, Hiraki GY, Holloway C, Ross T, Hanna WM, SenGupta SK, Weber JP. Breast adipose tissue concentrations of polychlorinated biphenyls and other organochlorines and breast cancer risk. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 55-63.

601. Zheng T, Holford TR, Tessari J, Mayne ST, Owens PH, Ward B, Carter D, Boyle P, Dubrow R, Archibeque-Engle S, Zahm SH. Breast cancer risk associated with congeners of polychlorinated biphenyls. *Am J Epidemiol* 2000; 152: 50-58.

602. Ward EM, Schulte P, Grajewski B, Andersen A, Patterson DG, Jr., Turner W, Jellum E, Deddens JA, Friedland J, Roeleveld N, Waters M, Butler MA, DiPietro E, Needham LL. Serum organochlorine levels and breast cancer: a nested case-control study of Norwegian women. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 1357-1367.

603. Charlier CJ, Albert AI, Zhang L, Dubois NG, Plomteux GJ. Polychlorinated biphenyls contamination in women with breast cancer. *Clin Chim Acta* 2004; 347: 177-181.

604. Raaschou-Nielsen O, Pavuk M, Leblanc A, Dumas P, Philippe WJ, Olsen A, Tjonneland A, Overvad K, Olsen JH. Adipose organochlorine concentrations and risk of breast cancer among postmenopausal Danish women. *Cancer Epidemiol Biomarkers Prev* 2005; 14: 67-74.

605. Liljegren G, Hardell L, Lindstrom G, Dahl P, Magnuson A. Case-control study on breast cancer and adipose tissue concentrations of congener specific polychlorinated biphenyls, DDE and hexachlorobenzene. *Eur J Cancer Prev* 1998; 7: 135-140.

606. Lucena RA, Allam MF, Costabeber IH, Villarejo ML, Navajas RF. Breast cancer risk factors: PCB congeners. *Eur J Cancer Prev* 2001; 10: 117-119.

607. Guttes S, Failing K, Neumann K, Kleinstein J, Georgii S, Brunn H. Chlororganic pesticides and polychlorinated biphenyls in breast tissue of women with benign and malignant breast disease. *Arch Environ Contam Toxicol* 1998; 35: 140-147.

608. Huang W, He Y, Xiao J, Huang Y, Li A, He M, Wu K. Risk of breast cancer and adipose tissue concentrations of polychlorinated biphenyls and organochlorine pesticides: a hospital-based case-control study in Chinese women. *Environ Sci Pollut Res Int* 2019.

609. Moysich KB, Shields PG, Freudenheim JL, Schisterman EF, Vena JE, Kostyniak P, Greizerstein H, Marshall JR, Graham S, Ambrosone CB. Polychlorinated biphenyls, cytochrome P4501A1 polymorphism, and postmenopausal breast cancer risk. *Cancer Epidemiol Biomarkers Prev* 1999; 8: 41-44.

610. Laden F, Ishibe N, Hankinson SE, Wolff MS, Gertig DM, Hunter DJ, Kelsey KT. Polychlorinated biphenyls, cytochrome P450 1A1, and breast cancer risk in the Nurses' Health Study. *Cancer Epidemiol Biomarkers Prev* 2002; 11: 1560-1565.

611. Li Y, Millikan RC, Bell DA, Cui L, Tse CK, Newman B, Conway K. Polychlorinated biphenyls, cytochrome P450 1A1 (CYP1A1) polymorphisms, and breast cancer risk

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 147

among African American women and white women in North Carolina: a population-based case-control study. *Breast Cancer Res* 2005; 7: R12-R18.

612. Zhang Y, Wise JP, Holford TR, Xie H, Boyle P, Zahm SH, Rusiecki J, Zou K, Zhang B, Zhu Y, Owens PH, Zheng T. Serum polychlorinated biphenyls, cytochrome P-450 1A1 polymorphisms, and risk of breast cancer in Connecticut women. *Am J Epidemiol* 2004; 160: 1177-1183.

613. Rusiecki JA, Holford TR, Zahm SH, Zheng T. Polychlorinated biphenyls and breast cancer risk by combined estrogen and progesterone receptor status. *Eur J Epidemiol* 2004; 19: 793-801.

614. Woolcott CG, Aronson KJ, Hanna WM, SenGupta SK, McCready DR, Sterns EE, Miller AB. Organochlorines and breast cancer risk by receptor status, tumor size, and grade (Canada). *Cancer Causes Control* 2001; 12: 395-404.

615. He TT, Zuo AJ, Wang JG, Zhao P. Organochlorine pesticides accumulation and breast cancer: A hospital-based case-control study. *Tumour Biol* 2017; 39: 1010428317699114.

616. Koual M, Cano-Sancho G, Bats AS, Tomkiewicz C, Kaddouch-Amar Y, Douay-Hauser N, Ngo C, Bonsang H, Delomenie M, Lecuru F, Le Bizec B, Marchand P, Botton J, Barouki R, Antignac JP, Coumoul X. Associations between persistent organic pollutants and risk of breast cancer metastasis. *Environ Int* 2019; 132: 105028.

617. Arrebola JP, Fernandez-Rodriguez M, Artacho-Cordon F, Garde C, Perez-Carrascosa F, Linares I, Tovar I, Gonzalez-Alzaga B, Exposito J, Torne P, Fernandez MF, Olea N. Associations of persistent organic pollutants in serum and adipose tissue with breast cancer prognostic markers. *Sci Total Environ* 2016; 566-567: 41-49.

618. Silver SR, Whelan EA, Deddens JA, Steenland NK, Hopf NB, Waters MA, Ruder AM, Prince MM, Yong LC, Hein MJ, Ward EM. Occupational exposure to polychlorinated biphenyls and risk of breast cancer. *Environ Health Perspect* 2009; 117: 276-282.

619. Ghisari M, Eiberg H, Long M, Bonefeld-Jorgensen EC. Polymorphisms in phase I and phase II genes and breast cancer risk and relations to persistent organic pollutant exposure: a case-control study in Inuit women. *Environ Health* 2014; 13: 19.

620. Donat-Vargas C, Akesson A, Berglund M, Glynn A, Wolk A, Kippler M. Dietary exposure to polychlorinated biphenyls and risk of breast, endometrial and ovarian cancer in a prospective cohort. *Br J Cancer* 2016; 115: 1113-1121.

621. Arrebola JP, Belhassen H, Artacho-Cordon F, Ghali R, Ghorbel H, Boussen H, Perez-Carrascosa FM, Exposito J, Hedhili A, Olea N. Risk of female breast cancer and serum concentrations of organochlorine pesticides and polychlorinated biphenyls: a case-control study in Tunisia. *Sci Total Environ* 2015; 520: 106-113.

622. Holmes AK, Koller KR, Kieszak SM, Sjodin A, Calafat AM, Sacco FD, Varner DW, Lanier AP, Rubin CH. Case-control study of breast cancer and exposure to synthetic environmental chemicals among Alaska Native women. *Int J Circumpolar Health* 2014; 73: 25760.

623. Wielsoe M, Kern P, Bonefeld-Jorgensen EC. Serum levels of environmental pollutants is a risk factor for breast cancer in Inuit: a case control study. *Environ Health* 2017; 16: 56.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 148

624. Cohn BA, Terry MB, Plumb M, Cirillo PM. Exposure to polychlorinated biphenyl (PCB) congeners measured shortly after giving birth and subsequent risk of maternal breast cancer before age 50. *Breast Cancer Res Treat* 2012; 136: 267-275.

625. Morgan M, Deoraj A, Felty Q, Roy D. Environmental estrogen-like endocrine disrupting chemicals and breast cancer. *Mol Cell Endocrinol* 2017; 457: 89-102.

626. Leng L, Li J, Luo XM, Kim JY, Li YM, Guo XM, Chen X, Yang QY, Li G, Tang NJ. Polychlorinated biphenyls and breast cancer: A congener-specific meta-analysis. *Environ Int* 2016; 88: 133-141.

627. Seidler A, Heiskel H, Bickeboller R, Elsner G. Association between diesel exposure at work and prostate cancer. *Scand J Work Environ Health* 1998; 24: 486-494.

628. Ritchie JM, Vial SL, Fuortes LJ, Guo H, Reedy VE, Smith EM. Organochlorines and risk of prostate cancer. *J Occup Environ Med* 2003; 45: 692-702.

629. Ritchie JM, Vial SL, Fuortes LJ, Robertson LW, Guo H, Reedy VE, Smith EM. Comparison of proposed frameworks for grouping polychlorinated biphenyl congener data applied to a case–control pilot study of prostate cancer. *Environmental Research* 2005; 98: 104-113.

630. Hardell L, Andersson SO, Carlberg M, Bohr L, van BB, Lindstrom G, Bjornfoth H, Ginman C. Adipose tissue concentrations of persistent organic pollutants and the risk of prostate cancer. *J Occup Environ Med* 2006; 48: 700-707.

631. Charles LE, Loomis D, Shy CM, Newman B, Millikan R, Nylander-French LA, Couper D. Electromagnetic fields, polychlorinated biphenyls, and prostate cancer mortality in electric utility workers. *Am J Epidemiol* 2003; 157: 683-691.

632. Robinson CF, Petersen M, Palu S. Mortality patterns among electrical workers employed in the U.S. construction industry, 1982-1987. *Am J Ind Med* 1999; 36: 630-637.

633. Bencko V, Rames J, Ondrusova M, Plesko I, Jurickova L, Trnovec T. Human exposure to polyhalogenated hydrocarbons and incidence of selected malignancies -central European experience. *Neoplasma* 2009; 56: 353-357.

634. Pi N, Chia SE, Ong CN, Kelly BC. Associations of serum organohalogen levels and prostate cancer risk: Results from a case-control study in Singapore. *Chemosphere* 2016; 144: 1505-1512.

635. Lim JE, Nam C, Yang J, Rha KH, Lim KM, Jee SH. Serum persistent organic pollutants (POPs) and prostate cancer risk: A case-cohort study. *Int J Hyg Environ Health* 2017; 220: 849-856.

636. Ali I, Julin B, Glynn A, Hogberg J, Berglund M, Johansson JE, Andersson SO, Andren O, Giovannucci E, Wolk A, Stenius U, Akesson A. Exposure to polychlorinated biphenyls and prostate cancer: population-based prospective cohort and experimental studies. *Carcinogenesis* 2016; 37: 1144-1151.

637. Koutros S, Langseth H, Grimsrud TK, Barr DB, Vermeulen R, Portengen L, Wacholder S, Freeman LE, Blair A, Hayes RB, Rothman N, Engel LS. Prediagnostic Serum Organochlorine Concentrations and Metastatic Prostate Cancer: A Nested Case-Control Study in the Norwegian Janus Serum Bank Cohort. *Environ Health Perspect* 2015; 123: 867-872.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 149

638. Emeville E, Giusti A, Coumoul X, Thome JP, Blanchet P, Multigner L. Associations of plasma concentrations of dichlorodiphenyldichloroethylene and polychlorinated biphenyls with prostate cancer: a case-control study in Guadeloupe (French West Indies). *Environ Health Perspect* 2015; 123: 317-323.

639. Howsam M, Grimalt JO, Guino E, Navarro M, Marti-Rague J, Peinado MA, Capella G, Moreno V. Organochlorine exposure and colorectal cancer risk. *Environ Health Perspect* 2004; 112: 1460-1466.

640. Landi S, Moreno V, Gioia-Patricola L, Guino E, Navarro M, de OJ, Capella G, Canzian F. Association of common polymorphisms in inflammatory genes interleukin (IL)6, IL8, tumor necrosis factor alpha, NFKB1, and peroxisome proliferator-activated receptor gamma with colorectal cancer. *Cancer Res* 2003; 63: 3560-3566.

641. Lee YM, Kim SA, Choi GS, Park SY, Jeon SW, Lee HS, Lee SJ, Heo S, Lee DH. Association of colorectal polyps and cancer with low-dose persistent organic pollutants: A case-control study. *PLoS One* 2018; 13: e0208546.

642. Callahan CL, Vena JE, Green J, Swanson M, Mu L, Bonner MR. Consumption of Lake Ontario sport fish and the incidence of colorectal cancer in the New York State Angler Cohort Study (NYSACS). *Environ Res* 2017; 154: 86-92.

643. Hoppin JA, Tolbert PE, Holly EA, Brock JW, Korrick SA, Altshul LM, Zhang RH, Bracci PM, Burse VW, Needham LL. Pancreatic cancer and serum organochlorine levels. *Cancer Epidemiol Biomarkers Prev* 2000; 9: 199-205.

644. Ojajarvi A, Partanen T, Ahlbom A, Boffetta P, Hakulinen T, Jourenkova N, Kauppinen T, Kogevinas M, Vainio H, Weiderpass E, Wesseling C. Risk of pancreatic cancer in workers exposed to chlorinated hydrocarbon solvents and related compounds: a meta-analysis. *Am J Epidemiol* 2001; 153: 841-850.

645. Recio-Vega R, Mendez-Henandez A, Gabriel AP, Jacobo-Avila A, Portales-Castanedo A, Hernandez-Gonzalez S, Gallegos-Arreola MP, Ocampo-Gomez G. Potentially estrogenic polychlorinated biphenyls congeners serum levels and its relation with lung cancer. *J Appl Toxicol* 2013; 33: 906-914.

646. Bassig BA, Engel LS, Langseth H, Grimsrud TK, Cantor KP, Vermeulen R, Purdue MP, Barr DB, Wong JYY, Blair A, Rothman N, Lan Q. Pre-diagnostic serum concentrations of organochlorines and risk of acute myeloid leukemia: A nested case-control study in the Norwegian Janus Serum Bank Cohort. *Environ Int* 2019; 125: 229-235.

647. Weber L, Song K, Boyle T, Gaudreau E, Lai A, Sutherland HJ, LeBlanc A, Spinelli JJ. Organochlorine Levels in Plasma and Risk of Multiple Myeloma. *J Occup Environ Med* 2018; 60: 911-916.

648. Guercio V, Donato F, Pelucchi C, Verga F, Passini V, Galeone C, Negri E, Garzaro G, Boffetta P, La Vecchia C, Tavani A, Pira E. Plasma levels of polychlorinated biphenyls (PCB) and the risk of soft tissue sarcoma. *Med Lav* 2019; 110: 342-352.

649. Lerro CC, Jones RR, Langseth H, Grimsrud TK, Engel LS, Sjodin A, Choo-Wosoba H, Albert P, Ward MH. A nested case-control study of polychlorinated biphenyls, organochlorine pesticides, and thyroid cancer in the Janus Serum Bank cohort. *Environ Res* 2018; 165: 125-132.

P. Shields
11/15/19
Polychlorinated Biphenyls - Spokane
Page: 150

650. Haslam A, Robb SW, Bonner MR, Lindblad W, Allegra J, Shen Y, Vena JE. Polychlorinated biphenyls and omega-3 fatty acid exposure from fish consumption, and thyroid cancer among New York anglers. *J Environ Sci (China)* 2016; 41: 270-277.

651. Paliwoda RE, Newbigging AM, Wang Z, Le XC. Benefits and risks associated with consumption of Great Lakes fish containing omega-3 fatty acids and polychlorinated biphenyls (PCBs). *J Environ Sci (China)* 2016; 41: 1-5.

652. Han MA, Kim JH, Song HS. Persistent organic pollutants, pesticides, and the risk of thyroid cancer: systematic review and meta-analysis. *Eur J Cancer Prev* 2018.

653. Fiore M, Oliveri Conti G, Caltabiano R, Buffone A, Zuccarello P, Cormaci L, Cannizzaro MA, Ferrante M. Role of Emerging Environmental Risk Factors in Thyroid Cancer: A Brief Review. *Int J Environ Res Public Health* 2019; 16.

654. Lin YS, Caffrey JL, Hsu PC, Chang MH, Faramawi MF, Lin JW. Environmental exposure to dioxin-like compounds and the mortality risk in the U.S. population. *Int J Hyg Environ Health* 2012.

655. Fry K, Power MC. Persistent organic pollutants and mortality in the United States, NHANES 1999-2011. *Environ Health* 2017; 16: 105.

656. Kim SA, Kim KS, Lee YM, Jacobs DR, Lee DH. Associations of organochlorine pesticides and polychlorinated biphenyls with total, cardiovascular, and cancer mortality in elders with differing fat mass. *Environ Res* 2015; 138: 1-7.

657. Lind PM, Salihovic S, Stubleski J, Karrman A, Lind L. Association of Exposure to Persistent Organic Pollutants With Mortality Risk: An Analysis of Data From the Prospective Investigation of Vasculature in Uppsala Seniors (PIVUS) Study. *JAMA Netw Open* 2019; 2: e193070.

658. Bosetti C, Negri E, Fattore E, Vecchia CL. Occupational exposure to polychlorinated biphenyls and cancer risk. *Eur J Cancer Prev* 2003; 12: 251-255.

# EXHIBIT B

IARC MONOGRAPHS

# POLYCHLORINATED BIPHENYLS AND POLYBROMINATED BIPHENYLS

## VOLUME 107

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

International Agency for Research on Cancer

World Health Organization

# IARC MONOGRAPHS

# POLYCHLORINATED BIPHENYLS AND POLYBROMINATED BIPHENYLS

## VOLUME 107

This publication represents the views and expert opinions of an IARC Working Group on the Evaluation of Carcinogenic Risks to Humans, which met in Lyon, 12–19 February 2013

Lyon, France - 2016

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

International Agency for Research on Cancer
World Health Organization

## IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals. The programme was subsequently expanded to include evaluations of carcinogenic risks associated with exposures to complex mixtures, lifestyle factors and biological and physical agents, as well as those in specific occupations. The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed and on specific exposure situations; to evaluate these data in terms of human risk with the help of international working groups of experts in chemical carcinogenesis and related fields; and to indicate where additional research efforts are needed. The lists of IARC evaluations are regularly updated and are available on the Internet at http://monographs.iarc.fr/.

This programme has been supported since 1982 by Cooperative Agreement U01 CA33193 with the United States National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the European Commission Directorate-General for Employment, Social Affairs, and Inclusion, initially by the Unit of Health, Safety and Hygiene at Work, and since 2014 by the European Union Programme for Employment and Social Innovation "EaSI" (2014–2020) (for further information please consult: http://ec.europa.eu/social/easi). Support has also been provided since 1992 by the United States National Institute of Environmental Health Sciences, Department of Health and Human Services. The contents of this volume are solely the responsibility of the Working Group and do not necessarily represent the official views of the United States National Cancer Institute, the United States National Institute of Environmental Health Sciences, the United States Department of Health and Human Services, or the European Commission.

Published by the International Agency for Research on Cancer,
150 cours Albert Thomas, 69372 Lyon Cedex 08, France
©International Agency for Research on Cancer, 2016
On-line publication, 29 June 2015 (see Corrigenda)

Distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
(tel.: +41 22 791 3264; fax: +41 22 791 4857; email: bookorders@who.int).

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

Corrigenda to the IARC Monographs are published online at http://monographs.iarc.fr/ENG/Publications/corrigenda.php
To report an error, please contact: editimo@iarc.fr

 Co-funded by the European Union

The International Agency for Research on Cancer welcomes requests for permission to reproduce or translate its publications, in part or in full. Requests for permission to reproduce or translate IARC publications – whether for sale or for non-commercial distribution – should be addressed to the IARC Communications Group at: publications@iarc.fr.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The IARC Monographs Working Group alone is responsible for the views expressed in this publication.

**IARC Library Cataloguing in Publication Data**

Polychlorinated biphenyls and polybrominated biphenyls / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2013: Lyon, France)

(IARC monographs on the evaluation of carcinogenic risks to humans ; volume 107)

1. Polychlorinated Biphenyls – adverse effects 2. Polychlorinated Biphenyls – metabolism 3. Polychlorinated Biphenyls – toxicity 4. Polybrominated Biphenyls – adverse effects 5. Polybrominated Biphenyls – metabolism 6. Polybrominated Biphenyls – toxicity 7. Carcinogens 8. Neoplasms – chemically induced
I. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans
II. Series

ISBN 978 92 832 0173 1                                   (NLM Classification: W1)
ISSN 1017-1606

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 160

# CONTENTS

**NOTE TO THE READER** ................................................................ **1**

**LIST OF PARTICIPANTS** .............................................................. **3**

**PREAMBLE** ............................................................................ **9**
    A. GENERAL PRINCIPLES AND PROCEDURES .............................. 9
        1.  Background ................................................................ 9
        2.  Objective and scope ...................................................... 10
        3.  Selection of agents for review ......................................... 11
        4.  Data for the *Monographs* ............................................... *11*
        5.  Meeting participants ..................................................... 12
        6.  Working procedures ...................................................... 13
    B. SCIENTIFIC REVIEW AND EVALUATION .............................. 14
        1.  Exposure data ........................................................... 15
        2.  Studies of cancer in humans ........................................... 16
        3.  Studies of cancer in experimental animals ........................... 20
        4.  Mechanistic and other relevant data .................................. 23
        5.  Summary ................................................................. 26
        6.  Evaluation and rationale ................................................ 27
    References ...................................................................... 31

**GENERAL REMARKS** ................................................................ **33**


**POLYCHLORINATED BIPHENYLS**

**1. EXPOSURE DATA** .................................................................. **41**
    1.1  Identification of the agent ................................................... 41
    1.2  Analysis ..................................................................... 60
    1.3  Production and uses ......................................................... 70
    1.4  Environmental occurrence and exposure .................................. 74
    1.5  Occupational exposure to PCBs ........................................... 117

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 161

    1.6  Exposure assessment of epidemiological studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .128
    1.7  Regulations and guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .130

**2. CANCER IN HUMANS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **165**
    2.1  Cohort studies of occupational exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .165
    2.2  Cohort studies of environmental exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .182
    2.3  Case–control studies of occupational and environmental exposure . . . . . . . . . . . . . . . . . . . . . . . .216

**3. CANCER IN EXPERIMENTAL ANIMALS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **259**
    3.1  Oral administration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .259
    3.2  Transplacental and perinatal exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .281
    3.3  Initiation–promotion and co-carcinogenicity studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .293

**4. MECHANISTIC AND OTHER RELEVANT DATA** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **313**
    4.1  Absorption, distribution, metabolism, and excretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .313
    4.2  Genetic and related effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .328
    4.3  Biochemical and cellular effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .354
    4.4  Organ toxicity relevant to carcinogenicity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .379
    4.5  Susceptibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .386
    4.6  Mechanistic considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .390

**5. SUMMARY OF DATA REPORTED** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **423**
    5.1  Exposure data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .423
    5.2  Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .425
    5.3  Animal carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .427
    5.4  Mechanistic and other relevant data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .430

**6. EVALUATION AND RATIONALE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **439**
    6.1  Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .439
    6.2  Cancer in experimental animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .439
    6.3  Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .439
    6.4  Rationale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .439

**POLYBROMINATED BIPHENYLS**

**POLYBROMINATED BIPHENYLS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **443**
    1.  Exposure Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .443
      1.1  Identification of the agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .443
      1.2  Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .451
      1.3  Production and uses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .453

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 162

1.4    Environmental occurrence and human exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 454
1.5    Occupational exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 464
1.6    Regulations and guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 468
2.  Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 468
3.  Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 469
   3.1    Mouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 469
   3.2    Rat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 476
   3.3    Hamster . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 484
4.  Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 485
   4.1    Absorption, distribution, metabolism, and excretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 485
   4.2    Genetic and related effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486
   4.3    Biochemical and cellular effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486
   4.4    Organ toxicity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 488
   4.5    Mechanistic considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 489
5.  Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 490
   5.1    Exposure data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 490
   5.2    Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 490
   5.3    Animal carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 490
   5.4    Mechanistic and other relevant data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 491
6.  Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 492
   6.1    Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 492
   6.2    Cancer in experimental animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 492
   6.3    Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 492

**LIST OF ABBREVIATIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **501**

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 163

# NOTE TO THE READER

The term 'carcinogenic risk' in the *IARC Monographs* series is taken to mean that an agent is capable of causing cancer. The *Monographs* evaluate cancer hazards, despite the historical presence of the word 'risks' in the title.

Inclusion of an agent in the *Monographs* does not imply that it is a carcinogen, only that the published data have been examined. Equally, the fact that an agent has not yet been evaluated in a *Monograph* does not mean that it is not carcinogenic. Similarly, identification of cancer sites with *sufficient evidence* or *limited evidence* in humans should not be viewed as precluding the possibility that an agent may cause cancer at other sites.

The evaluations of carcinogenic risk are made by international working groups of independent scientists and are qualitative in nature. No recommendation is given for regulation or legislation.

Anyone who is aware of published data that may alter the evaluation of the carcinogenic risk of an agent to humans is encouraged to make this information available to the Section of IARC Monographs, International Agency for Research on Cancer, 150 cours Albert Thomas, 69372 Lyon Cedex 08, France, in order that the agent may be considered for re-evaluation by a future Working Group.

Although every effort is made to prepare the *Monographs* as accurately as possible, mistakes may occur. Readers are requested to communicate any errors to the Section of IARC Monographs, so that corrections can be reported in future volumes.

1

# LIST OF PARTICIPANTS

## Members[1]

*Antonio Agudo*

> Cancer Epidemiology Research Program
> Catalan Institute of Oncology
> Barcelona
> Spain

*Kristan J. Aronson*

> Department of Community Health and
> Epidemiology
> Queen's University
> Kingston, Ontario
> Canada

*Eva Cecilie Bonefeld-Jørgensen*

> Centre of Arctic Health, Cellular and
> Molecular Toxicology
> University of Aarhus
> Roskilde
> Denmark

*Pierluigi Cocco (Subgroup Chair, Cancer in Humans)*

> Department of Public Health
> University of Cagliari
> Monserrato
> Italy

*Vincent Cogliano (Overall Chair)*

> Integrated Risk Information System (IRIS)
> US Environmental Protection Agency
> Washington DC
> USA

*Jean-Pierre Cravedi*

> French National Institute for Agricultural
> Research
> Toulouse
> France

---

[1] Working Group Members and Invited Specialists serve in their individual capacities as scientists and not as representatives of their government or any organization with which they are affiliated. Affiliations are provided for identification purposes only. Invited Specialists do not serve as Meeting Chair or Subgroup Chair, draft text that pertains to the description or interpretation of cancer data, or participate in the evaluations.

Each participant was asked to disclose pertinent research, employment, and financial interests. Current financial interests and research and employment interests during the past 4 years or anticipated in the future are identified here. Minor pertinent interests are not listed and include stock valued at no more than US $1000 overall, grants that provide no more than 5% of the research budget of the expert's organization and that do not support the expert's research or position, and consulting or speaking on matters not before a court or government agency that does not exceed 2% of total professional time or compensation. All grants that support the expert's research or position and all consulting or speaking on behalf of an interested party on matters before a court or government agency are listed as significant pertinent interests.

3

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 166

*Harald Esch*

Institute of Pharmacy and Food Chemistry
University of Würzburg
Bavaria
Germany

*Heidelore Fiedler (Subgroup Chair, Exposure Data)*

United Nations Environment Programme
Geneve
Switzerland

*Howard Perry Glauert*

Graduate Center for Nutritional Sciences
University of Kentucky
Lexington, KY
USA

*Yue-Liang Leon Guo*

Department of Environmental and
Occupational Medicine
Taiwan University
Taiwan
China

*Ronald A. Herbert (Subgroup Chair, Cancer in Experimental Animals)*

Pathology Support Group
National Institute of Environmental Health
Sciences
Research Triangle Park, NC
USA

*Nancy B. Hopf*

Institute for Work and Health
Epalinges, Lausanne
Switzerland

*Margaret O. James*

Department of Medicinal Chemistry
University of Florida
Gainesville, FL
USA

*Niklas Johansson*

Institute of Environmental Medicine
Karolinska Institute
Stockholm
Sweden

*Bruno Le Bizec*

Laboratory for the Study of Residues and
Contaminants in Food (LABERCA)
Nantes Atlantic National College of
Veterinary Medicine, Food Science and
Engineering (ONIRIS)
Nantes
France

*Gabriele Ludewig*

Department of Occupational and
Environmental Health
University of Iowa
Iowa City, IA
USA

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 167

Miroslav Machala

    Veterinary Research Institute
    Brno
    Czech Republic

Franco Merletti

    Cancer Epidemiology Unit and Center for
      Cancer Prevention
    University of Turin
    Turin
    Italy

Jean-François Narbonne

    Laboratory of Physico- and Toxico-Chemistry
      of the Environment
    University of Bordeaux
    Talence
    France

Larry W. Robertson (Subgroup Chair,
    Mechanistic and Other Relevant Data)

    Department of Occupational and
      Environmental Health
    University of Iowa
    Iowa City, IA
    USA

Avima Ruder

    Centers for Disease Control and Prevention
    National Institute for Occupational Safety
      and Health
    Cincinnati, OH
    USA

Helen Tryphonas

    C.P.T. Consultants in Pathology and
      Toxicology
    Ottawa, Ontario
    Canada

Roel Vermeulen [unable to attend]

    Institute for Risk Assessment Sciences
    University of Utrecht
    Utrecht
    The Netherlands

Katrin Vorkamp

    Department of Environmental Science
    University of Aarhus
    Roskilde
    Denmark

Nigel Walker

    National Toxicology Program
    National Institute of Environmental Health
      Sciences
    Research Triangle Park, NC
    USA

## Invited specialist

David O. Carpenter [2]

    Institute for Health and the Environment
    University of Albany
    Rensselaer, NY
    USA

---

[2] David Carpenter has served as an expert witness in PCB-related legal cases.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 168

## Representatives

*Julien Jean [unable to attend]*

> French Agency for Food, Environment and
> Occupational Health and Safety (ANSES)
> Maisons-Alfort
> France

*Ron Johnson*

> Division of Cancer Biology
> US National Cancer Institute
> Rockville, MD
> USA

*Bernard W. Stewart* [3]

> Cancer Control Program
> South Eastern Sydney Public Health Unit
> Randwick
> Australia

*Dadan Wardhana Hasanuddin [unable to attend]*

> United Nations Environment Programme
> Geneva
> Switzerland

## Observers[4]

*Erik A. Carlson* [5]

> General Electric Company
> Niskayuna, NY
> USA

*Nicole Falette*

> Department of Cancer and the Environment
> Léon Bérard Centre
> Lyon
> France

*John D. Schell* [6]

> Center for Toxicology and Mechanistic
> Biology
> Exponent
> Houston, TX
> USA

---

[3] Bernard W. Stewart attended as a Representative of Cancer Australia.
[4] Each Observer agreed to respect the Guidelines for Observers at IARC Monographs meetings. Observers did not serve as Meeting Chair or Subgroup Chair, draft any part of a Monograph, or participate in the evaluations. They also agreed not to contact participants before the meeting, not to lobby them at any time, not to send them written materials, and not to offer them meals or other favours. IARC asked and reminded Working Group Members to report any contact or attempt to influence that they may have encountered, either before or during the meeting.
[5] Erik Carlson is employed by General Electric Company as a toxicologist and works on PCB-related issues. He has provided expert opinion and testimony in the context of regulatory and legislative process and he holds stocks and bonds from stakeholders.
[6] John Schell has consulted for several companies on PCB-related issues and provided expert opinions on regulatory issues related to PCBs.

6

## IARC Secretariat

Robert Baan, *Senior Visiting Scientist*
Lamia Benbrahim-Tallaa *(Rapporteur, Mechanisic and Other Relevant Data)*
Véronique Bouvard *(Rapporteur, Mechanisic and Other Relevant Data)*
Rafael Carel, *Visiting Scientist*
Fatiha El Ghissassi *(Rapporteur, Mechanisic and Other Relevant Data)*
Yann Grosse *(Rapporteur, Cancer in Experimental Animals)*
Neela Guha *(Rapporteur, Cancer in Humans)*
Béatrice Lauby-Secretan *(Responsible Officer)*
Dana Loomis *(Rapporteur, Cancer in Humans)*
Heidi Mattock *(Scientific Editor)*
Sabina Rinaldi
Augustin Scalbert
Leah Schinasi
Kurt Straif *(Head of Programme)*

## Administrative Assistance

Sandrine Egraz
Brigitte Kajo
Michel Javin
Annick Leroux
Helene Lorenzen-Augros
Karine Racinoux

## Production Team

Elisabeth Elbers
Solène Quennehen
Dorothy Russell

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 170

# PREAMBLE

The Preamble to the *IARC Monographs* describes the objective and scope of the programme, the scientific principles and procedures used in developing a *Monograph*, the types of evidence considered and the scientific criteria that guide the evaluations. The Preamble should be consulted when reading a *Monograph* or list of evaluations.

## A. GENERAL PRINCIPLES AND PROCEDURES

### 1. Background

Soon after IARC was established in 1965, it received frequent requests for advice on the carcinogenic risk of chemicals, including requests for lists of known and suspected human carcinogens. It was clear that it would not be a simple task to summarize adequately the complexity of the information that was available, and IARC began to consider means of obtaining international expert opinion on this topic. In 1970, the IARC Advisory Committee on Environmental Carcinogenesis recommended '...that a compendium on carcinogenic chemicals be prepared by experts. The biological activity and evaluation of practical importance to public health should be referenced and documented.' The IARC Governing Council adopted a resolution concerning the role of IARC in providing government authorities with expert, independent, scientific opinion on environmental carcinogenesis. As one means to that end, the Governing Council recommended that IARC should prepare monographs on the evaluation of carcinogenic risk of chemicals to man, which became the initial title of the series.

In the succeeding years, the scope of the programme broadened as *Monographs* were developed for groups of related chemicals, complex mixtures, occupational exposures, physical and biological agents and lifestyle factors. In 1988, the phrase 'of chemicals' was dropped from the title, which assumed its present form, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*.

Through the *Monographs* programme, IARC seeks to identify the causes of human cancer. This is the first step in cancer prevention, which is needed as much today as when IARC was established. The global burden of cancer is high and continues to increase: the annual number of new cases was estimated at 10.1 million in 2000 and is expected to reach 15 million by 2020 (Stewart & Kleihues, 2003). With current trends in demographics and exposure, the cancer burden has been shifting from high-resource countries to low- and medium-resource countries. As a result of *Monographs* evaluations, national health agencies have been able, on scientific grounds, to take measures to reduce human exposure to carcinogens in the workplace and in the environment.

9

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 172

The criteria established in 1971 to evaluate carcinogenic risks to humans were adopted by the Working Groups whose deliberations resulted in the first 16 volumes of the *Monographs* series. Those criteria were subsequently updated by further ad hoc Advisory Groups (IARC, 1977, 1978, 1979, 1982, 1983, 1987, 1988, 1991; Vainio *et al.*, 1992; IARC, 2005, 2006).

The Preamble is primarily a statement of scientific principles, rather than a specification of working procedures. The procedures through which a Working Group implements these principles are not specified in detail. They usually involve operations that have been established as being effective during previous *Monograph* meetings but remain, predominantly, the prerogative of each individual Working Group.

## 2.  Objective and scope

The objective of the programme is to prepare, with the help of international Working Groups of experts, and to publish in the form of *Monographs*, critical reviews and evaluations of evidence on the carcinogenicity of a wide range of human exposures. The *Monographs* represent the first step in carcinogen risk assessment, which involves examination of all relevant information to assess the strength of the available evidence that an agent could alter the age-specific incidence of cancer in humans. The *Monographs* may also indicate where additional research efforts are needed, specifically when data immediately relevant to an evaluation are not available.

In this Preamble, the term 'agent' refers to any entity or circumstance that is subject to evaluation in a *Monograph*. As the scope of the programme has broadened, categories of agents now include specific chemicals, groups of related chemicals, complex mixtures, occupational or environmental exposures, cultural or behavioural practices, biological organisms and physical agents. This list of categories may expand as

causation of, and susceptibility to, malignant disease become more fully understood.

A cancer 'hazard' is an agent that is capable of causing cancer under some circumstances, while a cancer 'risk' is an estimate of the carcinogenic effects expected from exposure to a cancer hazard. The *Monographs* are an exercise in evaluating cancer hazards, despite the historical presence of the word 'risks' in the title. The distinction between hazard and risk is important, and the *Monographs* identify cancer hazards even when risks are very low at current exposure levels, because new uses or unforeseen exposures could engender risks that are significantly higher.

In the *Monographs*, an agent is termed 'carcinogenic' if it is capable of increasing the incidence of malignant neoplasms, reducing their latency, or increasing their severity or multiplicity. The induction of benign neoplasms may in some circumstances (see Part B, Section 3a) contribute to the judgement that the agent is carcinogenic. The terms 'neoplasm' and 'tumour' are used interchangeably.

The Preamble continues the previous usage of the phrase 'strength of evidence' as a matter of historical continuity, although it should be understood that *Monographs* evaluations consider studies that support a finding of a cancer hazard as well as studies that do not.

Some epidemiological and experimental studies indicate that different agents may act at different stages in the carcinogenic process, and several different mechanisms may be involved. The aim of the *Monographs* has been, from their inception, to evaluate evidence of carcinogenicity at any stage in the carcinogenesis process, independently of the underlying mechanisms. Information on mechanisms may, however, be used in making the overall evaluation (IARC, 1991; Vainio *et al.*, 1992; IARC, 2005, 2006; see also Part B, Sections 4 and 6). As mechanisms of carcinogenesis are elucidated, IARC convenes international scientific conferences to determine whether a broad-based consensus has emerged

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 173

on how specific mechanistic data can be used in an evaluation of human carcinogenicity. The results of such conferences are reported in IARC Scientific Publications, which, as long as they still reflect the current state of scientific knowledge, may guide subsequent Working Groups.

Although the *Monographs* have emphasized hazard identification, important issues may also involve dose–response assessment. In many cases, the same epidemiological and experimental studies used to evaluate a cancer hazard can also be used to estimate a dose–response relationship. A *Monograph* may undertake to estimate dose–response relationships within the range of the available epidemiological data, or it may compare the dose–response information from experimental and epidemiological studies. In some cases, a subsequent publication may be prepared by a separate Working Group with expertise in quantitative dose–response assessment.

The *Monographs* are used by national and international authorities to make risk assessments, formulate decisions concerning preventive measures, provide effective cancer control programmes and decide among alternative options for public health decisions. The evaluations of IARC Working Groups are scientific, qualitative judgements on the evidence for or against carcinogenicity provided by the available data. These evaluations represent only one part of the body of information on which public health decisions may be based. Public health options vary from one situation to another and from country to country and relate to many factors, including different socioeconomic and national priorities. Therefore, no recommendation is given with regard to regulation or legislation, which are the responsibility of individual governments or other international organizations.

## 3.  Selection of agents for review

Agents are selected for review on the basis of two main criteria: (a) there is evidence of human

exposure and (b) there is some evidence or suspicion of carcinogenicity. Mixed exposures may occur in occupational and environmental settings and as a result of individual and cultural habits (such as tobacco smoking and dietary practices). Chemical analogues and compounds with biological or physical characteristics similar to those of suspected carcinogens may also be considered, even in the absence of data on a possible carcinogenic effect in humans or experimental animals.

The scientific literature is surveyed for published data relevant to an assessment of carcinogenicity. Ad hoc Advisory Groups convened by IARC in 1984, 1989, 1991, 1993, 1998 and 2003 made recommendations as to which agents should be evaluated in the *Monographs* series. Recent recommendations are available on the *Monographs* programme web site (http://monographs.iarc.fr). IARC may schedule other agents for review as it becomes aware of new scientific information or as national health agencies identify an urgent public health need related to cancer.

As significant new data become available on an agent for which a *Monograph* exists, a re-evaluation may be made at a subsequent meeting, and a new *Monograph* published. In some cases it may be appropriate to review only the data published since a prior evaluation. This can be useful for updating a database, reviewing new data to resolve a previously open question or identifying new tumour sites associated with a carcinogenic agent. Major changes in an evaluation (e.g. a new classification in Group 1 or a determination that a mechanism does not operate in humans, see Part B, Section 6) are more appropriately addressed by a full review.

## 4.  Data for the *Monographs*

Each *Monograph* reviews all pertinent epidemiological studies and cancer bioassays in experimental animals. Those judged inadequate

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 174

or irrelevant to the evaluation may be cited but not summarized. If a group of similar studies is not reviewed, the reasons are indicated.

Mechanistic and other relevant data are also reviewed. A *Monograph* does not necessarily cite all the mechanistic literature concerning the agent being evaluated (see Part B, Section 4). Only those data considered by the Working Group to be relevant to making the evaluation are included.

With regard to epidemiological studies, cancer bioassays, and mechanistic and other relevant data, only reports that have been published or accepted for publication in the openly available scientific literature are reviewed. The same publication requirement applies to studies originating from IARC, including meta-analyses or pooled analyses commissioned by IARC in advance of a meeting (see Part B, Section 2c). Data from government agency reports that are publicly available are also considered. Exceptionally, doctoral theses and other material that are in their final form and publicly available may be reviewed.

Exposure data and other information on an agent under consideration are also reviewed. In the sections on chemical and physical properties, on analysis, on production and use and on occurrence, published and unpublished sources of information may be considered.

Inclusion of a study does not imply acceptance of the adequacy of the study design or of the analysis and interpretation of the results, and limitations are clearly outlined in square brackets at the end of each study description (see Part B). The reasons for not giving further consideration to an individual study also are indicated in the square brackets.

# 5.   Meeting participants

Five categories of participant can be present at *Monograph* meetings.

## (a)   The Working Group

The Working Group is responsible for the critical reviews and evaluations that are developed during the meeting. The tasks of Working Group Members are: (i) to ascertain that all appropriate data have been collected; (ii) to select the data relevant for the evaluation on the basis of scientific merit; (iii) to prepare accurate summaries of the data to enable the reader to follow the reasoning of the Working Group; (iv) to evaluate the results of epidemiological and experimental studies on cancer; (v) to evaluate data relevant to the understanding of mechanisms of carcinogenesis; and (vi) to make an overall evaluation of the carcinogenicity of the exposure to humans. Working Group Members generally have published significant research related to the carcinogenicity of the agents being reviewed, and IARC uses literature searches to identify most experts. Working Group Members are selected on the basis of (a) knowledge and experience and (b) absence of real or apparent conflicts of interests. Consideration is also given to demographic diversity and balance of scientific findings and views.

## (b)   Invited Specialists

Invited Specialists are experts who also have critical knowledge and experience but have a real or apparent conflict of interests. These experts are invited when necessary to assist in the Working Group by contributing their unique knowledge and experience during subgroup and plenary discussions. They may also contribute text on non-influential issues in the section on exposure, such as a general description of data on production and use (see Part B, Section 1). Invited Specialists do not serve as meeting chair or subgroup chair, draft text that pertains to the description or interpretation of cancer data, or participate in the evaluations.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 175

### (c)    Representatives of national and international health agencies

Representatives of national and international health agencies often attend meetings because their agencies sponsor the programme or are interested in the subject of a meeting. Representatives do not serve as meeting chair or subgroup chair, draft any part of a *Monograph,* or participate in the evaluations.

### (d)    Observers with relevant scientific credentials

Observers with relevant scientific credentials may be admitted to a meeting by IARC in limited numbers. Attention will be given to achieving a balance of Observers from constituencies with differing perspectives. They are invited to observe the meeting and should not attempt to influence it. Observers do not serve as meeting chair or subgroup chair, draft any part of a *Monograph*, or participate in the evaluations. At the meeting, the meeting chair and subgroup chairs may grant Observers an opportunity to speak, generally after they have observed a discussion. Observers agree to respect the Guidelines for Observers at *IARC Monographs* meetings (available at http://monographs.iarc.fr).

### (e)    The IARC Secretariat

The IARC Secretariat consists of scientists who are designated by IARC and who have relevant expertise. They serve as rapporteurs and participate in all discussions. When requested by the meeting chair or subgroup chair, they may also draft text or prepare tables and analyses.

Before an invitation is extended, each potential participant, including the IARC Secretariat, completes the WHO Declaration of Interests to report financial interests, employment and consulting, and individual and institutional research support related to the subject of the meeting. IARC assesses these interests to determine whether there is a conflict that warrants some limitation on participation. The declarations are updated and reviewed again at the opening of the meeting. Interests related to the subject of the meeting are disclosed to the meeting participants and in the published volume (Cogliano *et al.*, 2004).

The names and principal affiliations of participants are available on the *Monographs* programme web site (http://monographs.iarc.fr) approximately two months before each meeting. It is not acceptable for Observers or third parties to contact other participants before a meeting or to lobby them at any time. Meeting participants are asked to report all such contacts to IARC (Cogliano *et al.*, 2005).

All participants are listed, with their principal affiliations, at the beginning of each volume. Each participant who is a Member of a Working Group serves as an individual scientist and not as a representative of any organization, government or industry.

## 6.    Working procedures

A separate Working Group is responsible for developing each volume of *Monographs*. A volume contains one or more *Monographs*, which can cover either a single agent or several related agents. Approximately one year in advance of the meeting of a Working Group, the agents to be reviewed are announced on the *Monographs* programme web site (http://monographs.iarc.fr) and participants are selected by IARC staff in consultation with other experts. Subsequently, relevant biological and epidemiological data are collected by IARC from recognized sources of information on carcinogenesis, including data storage and retrieval systems such as PubMed. Meeting participants who are asked to prepare preliminary working papers for specific sections are expected to supplement the IARC literature searches with their own searches.

13

Industrial associations, labour unions and other knowledgeable organizations may be asked to provide input to the sections on production and use, although this involvement is not required as a general rule. Information on production and trade is obtained from governmental, trade and market research publications and, in some cases, by direct contact with industries. Separate production data on some agents may not be available for a variety of reasons (e.g. not collected or made public in all producing countries, production is small). Information on uses may be obtained from published sources but is often complemented by direct contact with manufacturers. Efforts are made to supplement this information with data from other national and international sources.

Six months before the meeting, the material obtained is sent to meeting participants to prepare preliminary working papers. The working papers are compiled by IARC staff and sent, before the meeting, to Working Group Members and Invited Specialists for review.

The Working Group meets at IARC for seven to eight days to discuss and finalize the texts and to formulate the evaluations. The objectives of the meeting are peer review and consensus. During the first few days, four subgroups (covering exposure data, cancer in humans, cancer in experimental animals, and mechanistic and other relevant data) review the working papers, develop a joint subgroup draft and write summaries. Care is taken to ensure that each study summary is written or reviewed by someone not associated with the study being considered. During the last few days, the Working Group meets in plenary session to review the subgroup drafts and develop the evaluations. As a result, the entire volume is the joint product of the Working Group, and there are no individually authored sections.

IARC Working Groups strive to achieve a consensus evaluation. Consensus reflects broad agreement among Working Group Members, but not necessarily unanimity. The chair may elect to poll Working Group Members to determine the diversity of scientific opinion on issues where consensus is not readily apparent.

After the meeting, the master copy is verified by consulting the original literature, edited and prepared for publication. The aim is to publish the volume within six months of the Working Group meeting. A summary of the outcome is available on the *Monographs* programme web site soon after the meeting.

# B. SCIENTIFIC REVIEW AND EVALUATION

The available studies are summarized by the Working Group, with particular regard to the qualitative aspects discussed below. In general, numerical findings are indicated as they appear in the original report; units are converted when necessary for easier comparison. The Working Group may conduct additional analyses of the published data and use them in their assessment of the evidence; the results of such supplementary analyses are given in square brackets. When an important aspect of a study that directly impinges on its interpretation should be brought to the attention of the reader, a Working Group comment is given in square brackets.

The scope of the *IARC Monographs* programme has expanded beyond chemicals to include complex mixtures, occupational exposures, physical and biological agents, lifestyle factors and other potentially carcinogenic exposures. Over time, the structure of a *Monograph* has evolved to include the following sections:

    Exposure data
    Studies of cancer in humans
    Studies of cancer in experimental animals
    Mechanistic and other relevant data
    Summary
    Evaluation and rationale

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 177

In addition, a section of General Remarks at the front of the volume discusses the reasons the agents were scheduled for evaluation and some key issues the Working Group encountered during the meeting.

This part of the Preamble discusses the types of evidence considered and summarized in each section of a *Monograph*, followed by the scientific criteria that guide the evaluations.

## 1.  Exposure data

Each *Monograph* includes general information on the agent: this information may vary substantially between agents and must be adapted accordingly. Also included is information on production and use (when appropriate), methods of analysis and detection, occurrence, and sources and routes of human occupational and environmental exposures. Depending on the agent, regulations and guidelines for use may be presented.

### (a)   General information on the agent

For chemical agents, sections on chemical and physical data are included: the Chemical Abstracts Service Registry Number, the latest primary name and the IUPAC systematic name are recorded; other synonyms are given, but the list is not necessarily comprehensive. Information on chemical and physical properties that are relevant to identification, occurrence and biological activity is included. A description of technical products of chemicals includes trade names, relevant specifications and available information on composition and impurities. Some of the trade names given may be those of mixtures in which the agent being evaluated is only one of the ingredients.

For biological agents, taxonomy, structure and biology are described, and the degree of variability is indicated. Mode of replication, life cycle, target cells, persistence, latency, host response and clinical disease other than cancer are also presented.

For physical agents that are forms of radiation, energy and range of the radiation are included. For foreign bodies, fibres and respirable particles, size range and relative dimensions are indicated.

For agents such as mixtures, drugs or lifestyle factors, a description of the agent, including its composition, is given.

Whenever appropriate, other information, such as historical perspectives or the description of an industry or habit, may be included.

### (b)   Analysis and detection

An overview of methods of analysis and detection of the agent is presented, including their sensitivity, specificity and reproducibility. Methods widely used for regulatory purposes are emphasized. Methods for monitoring human exposure are also given. No critical evaluation or recommendation of any method is meant or implied.

### (c)   Production and use

The dates of first synthesis and of first commercial production of a chemical, mixture or other agent are provided when available; for agents that do not occur naturally, this information may allow a reasonable estimate to be made of the date before which no human exposure to the agent could have occurred. The dates of first reported occurrence of an exposure are also provided when available. In addition, methods of synthesis used in past and present commercial production and different methods of production, which may give rise to different impurities, are described.

The countries where companies report production of the agent, and the number of companies in each country, are identified. Available data on production, international trade and uses are

15

obtained for representative regions. It should not, however, be inferred that those areas or nations are necessarily the sole or major sources or users of the agent. Some identified uses may not be current or major applications, and the coverage is not necessarily comprehensive. In the case of drugs, mention of their therapeutic uses does not necessarily represent current practice nor does it imply judgement as to their therapeutic efficacy.

### (d)   Occurrence and exposure

Information on the occurrence of an agent in the environment is obtained from data derived from the monitoring and surveillance of levels in occupational environments, air, water, soil, plants, foods and animal and human tissues. When available, data on the generation, persistence and bioaccumulation of the agent are also included. Such data may be available from national databases.

Data that indicate the extent of past and present human exposure, the sources of exposure, the people most likely to be exposed and the factors that contribute to the exposure are reported. Information is presented on the range of human exposure, including occupational and environmental exposures. This includes relevant findings from both developed and developing countries. Some of these data are not distributed widely and may be available from government reports and other sources. In the case of mixtures, industries, occupations or processes, information is given about all agents known to be present. For processes, industries and occupations, a historical description is also given, noting variations in chemical composition, physical properties and levels of occupational exposure with date and place. For biological agents, the epidemiology of infection is described.

### (e)   Regulations and guidelines

Statements concerning regulations and guidelines (e.g. occupational exposure limits, maximal levels permitted in foods and water, pesticide registrations) are included, but they may not reflect the most recent situation, since such limits are continuously reviewed and modified. The absence of information on regulatory status for a country should not be taken to imply that that country does not have regulations with regard to the exposure. For biological agents, legislation and control, including vaccination and therapy, are described.

## 2.   Studies of cancer in humans

This section includes all pertinent epidemiological studies (see Part A, Section 4). Studies of biomarkers are included when they are relevant to an evaluation of carcinogenicity to humans.

### (a)   Types of study considered

Several types of epidemiological study contribute to the assessment of carcinogenicity in humans — cohort studies, case–control studies, correlation (or ecological) studies and intervention studies. Rarely, results from randomized trials may be available. Case reports and case series of cancer in humans may also be reviewed.

Cohort and case–control studies relate individual exposures under study to the occurrence of cancer in individuals and provide an estimate of effect (such as relative risk) as the main measure of association. Intervention studies may provide strong evidence for making causal inferences, as exemplified by cessation of smoking and the subsequent decrease in risk for lung cancer.

In correlation studies, the units of investigation are usually whole populations (e.g. in particular geographical areas or at particular times), and cancer frequency is related to a summary measure of the exposure of the population

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 179

to the agent under study. In correlation studies, individual exposure is not documented, which renders this kind of study more prone to confounding. In some circumstances, however, correlation studies may be more informative than analytical study designs (see, for example, the *Monograph* on arsenic in drinking-water; IARC, 2004).

In some instances, case reports and case series have provided important information about the carcinogenicity of an agent. These types of study generally arise from a suspicion, based on clinical experience, that the concurrence of two events — that is, a particular exposure and occurrence of a cancer — has happened rather more frequently than would be expected by chance. Case reports and case series usually lack complete ascertainment of cases in any population, definition or enumeration of the population at risk and estimation of the expected number of cases in the absence of exposure.

The uncertainties that surround the interpretation of case reports, case series and correlation studies make them inadequate, except in rare instances, to form the sole basis for inferring a causal relationship. When taken together with case–control and cohort studies, however, these types of study may add materially to the judgement that a causal relationship exists.

Epidemiological studies of benign neoplasms, presumed preneoplastic lesions and other end-points thought to be relevant to cancer are also reviewed. They may, in some instances, strengthen inferences drawn from studies of cancer itself.

## (b)    Quality of studies considered

It is necessary to take into account the possible roles of bias, confounding and chance in the interpretation of epidemiological studies. Bias is the effect of factors in study design or execution that lead erroneously to a stronger or weaker association than in fact exists between an agent and disease. Confounding is a form of bias that occurs when the relationship with disease is made to appear stronger or weaker than it truly is as a result of an association between the apparent causal factor and another factor that is associated with either an increase or decrease in the incidence of the disease. The role of chance is related to biological variability and the influence of sample size on the precision of estimates of effect.

In evaluating the extent to which these factors have been minimized in an individual study, consideration is given to several aspects of design and analysis as described in the report of the study. For example, when suspicion of carcinogenicity arises largely from a single small study, careful consideration is given when interpreting subsequent studies that included these data in an enlarged population. Most of these considerations apply equally to case–control, cohort and correlation studies. Lack of clarity of any of these aspects in the reporting of a study can decrease its credibility and the weight given to it in the final evaluation of the exposure.

First, the study population, disease (or diseases) and exposure should have been well defined by the authors. Cases of disease in the study population should have been identified in a way that was independent of the exposure of interest, and exposure should have been assessed in a way that was not related to disease status.

Second, the authors should have taken into account — in the study design and analysis — other variables that can influence the risk of disease and may have been related to the exposure of interest. Potential confounding by such variables should have been dealt with either in the design of the study, such as by matching, or in the analysis, by statistical adjustment. In cohort studies, comparisons with local rates of disease may or may not be more appropriate than those with national rates. Internal comparisons of frequency of disease among individuals at different levels of exposure are also desirable in cohort studies, since they minimize the potential for

17

confounding related to the difference in risk factors between an external reference group and the study population.

Third, the authors should have reported the basic data on which the conclusions are founded, even if sophisticated statistical analyses were employed. At the very least, they should have given the numbers of exposed and unexposed cases and controls in a case–control study and the numbers of cases observed and expected in a cohort study. Further tabulations by time since exposure began and other temporal factors are also important. In a cohort study, data on all cancer sites and all causes of death should have been given, to reveal the possibility of reporting bias. In a case–control study, the effects of investigated factors other than the exposure of interest should have been reported.

Finally, the statistical methods used to obtain estimates of relative risk, absolute rates of cancer, confidence intervals and significance tests, and to adjust for confounding should have been clearly stated by the authors. These methods have been reviewed for case–control studies (Breslow & Day, 1980) and for cohort studies (Breslow & Day, 1987).

### (c)   Meta-analyses and pooled analyses

Independent epidemiological studies of the same agent may lead to results that are difficult to interpret. Combined analyses of data from multiple studies are a means of resolving this ambiguity, and well conducted analyses can be considered. There are two types of combined analysis. The first involves combining summary statistics such as relative risks from individual studies (meta-analysis) and the second involves a pooled analysis of the raw data from the individual studies (pooled analysis) (Greenland, 1998).

The advantages of combined analyses are increased precision due to increased sample size and the opportunity to explore potential confounders, interactions and modifying effects

that may explain heterogeneity among studies in more detail. A disadvantage of combined analyses is the possible lack of compatibility of data from various studies due to differences in subject recruitment, procedures of data collection, methods of measurement and effects of unmeasured co-variates that may differ among studies. Despite these limitations, well conducted combined analyses may provide a firmer basis than individual studies for drawing conclusions about the potential carcinogenicity of agents.

IARC may commission a meta-analysis or pooled analysis that is pertinent to a particular *Monograph* (see Part A, Section 4). Additionally, as a means of gaining insight from the results of multiple individual studies, ad hoc calculations that combine data from different studies may be conducted by the Working Group during the course of a *Monograph* meeting. The results of such original calculations, which would be specified in the text by presentation in square brackets, might involve updates of previously conducted analyses that incorporate the results of more recent studies or de-novo analyses. Irrespective of the source of data for the meta-analyses and pooled analyses, it is important that the same criteria for data quality be applied as those that would be applied to individual studies and to ensure also that sources of heterogeneity between studies be taken into account.

### (d)   Temporal effects

Detailed analyses of both relative and absolute risks in relation to temporal variables, such as age at first exposure, time since first exposure, duration of exposure, cumulative exposure, peak exposure (when appropriate) and time since cessation of exposure, are reviewed and summarized when available. Analyses of temporal relationships may be useful in making causal inferences. In addition, such analyses may suggest whether a carcinogen acts early or late in the process of carcinogenesis, although, at best, they

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 181

allow only indirect inferences about mechanisms of carcinogenesis.

### (e)    Use of biomarkers in epidemiological studies

Biomarkers indicate molecular, cellular or other biological changes and are increasingly used in epidemiological studies for various purposes (IARC, 1991; Vainio *et al.*, 1992; Toniolo *et al.*, 1997; Vineis *et al.*, 1999; Buffler *et al.*, 2004). These may include evidence of exposure, of early effects, of cellular, tissue or organism responses, of individual susceptibility or host responses, and inference of a mechanism (see Part B, Section 4b). This is a rapidly evolving field that encompasses developments in genomics, epigenomics and other emerging technologies.

Molecular epidemiological data that identify associations between genetic polymorphisms and interindividual differences in susceptibility to the agent(s) being evaluated may contribute to the identification of carcinogenic hazards to humans. If the polymorphism has been demonstrated experimentally to modify the functional activity of the gene product in a manner that is consistent with increased susceptibility, these data may be useful in making causal inferences. Similarly, molecular epidemiological studies that measure cell functions, enzymes or metabolites that are thought to be the basis of susceptibility may provide evidence that reinforces biological plausibility. It should be noted, however, that when data on genetic susceptibility originate from multiple comparisons that arise from subgroup analyses, this can generate false-positive results and inconsistencies across studies, and such data therefore require careful evaluation. If the known phenotype of a genetic polymorphism can explain the carcinogenic mechanism of the agent being evaluated, data on this phenotype may be useful in making causal inferences.

### (f)    Criteria for causality

After the quality of individual epidemiological studies of cancer has been summarized and assessed, a judgement is made concerning the strength of evidence that the agent in question is carcinogenic to humans. In making its judgement, the Working Group considers several criteria for causality (Hill, 1965). A strong association (e.g. a large relative risk) is more likely to indicate causality than a weak association, although it is recognized that estimates of effect of small magnitude do not imply lack of causality and may be important if the disease or exposure is common. Associations that are replicated in several studies of the same design or that use different epidemiological approaches or under different circumstances of exposure are more likely to represent a causal relationship than isolated observations from single studies. If there are inconsistent results among investigations, possible reasons are sought (such as differences in exposure), and results of studies that are judged to be of high quality are given more weight than those of studies that are judged to be methodologically less sound.

If the risk increases with the exposure, this is considered to be a strong indication of causality, although the absence of a graded response is not necessarily evidence against a causal relationship. The demonstration of a decline in risk after cessation of or reduction in exposure in individuals or in whole populations also supports a causal interpretation of the findings.

Several scenarios may increase confidence in a causal relationship. On the one hand, an agent may be specific in causing tumours at one site or of one morphological type. On the other, carcinogenicity may be evident through the causation of multiple tumour types. Temporality, precision of estimates of effect, biological plausibility and coherence of the overall database are considered. Data on biomarkers may be employed in

19

an assessment of the biological plausibility of epidemiological observations.

Although rarely available, results from randomized trials that show different rates of cancer among exposed and unexposed individuals provide particularly strong evidence for causality.

When several epidemiological studies show little or no indication of an association between an exposure and cancer, a judgement may be made that, in the aggregate, they show evidence of lack of carcinogenicity. Such a judgement requires first that the studies meet, to a sufficient degree, the standards of design and analysis described above. Specifically, the possibility that bias, confounding or misclassification of exposure or outcome could explain the observed results should be considered and excluded with reasonable certainty. In addition, all studies that are judged to be methodologically sound should (a) be consistent with an estimate of effect of unity for any observed level of exposure, (b) when considered together, provide a pooled estimate of relative risk that is at or near to unity, and (c) have a narrow confidence interval, due to sufficient population size. Moreover, no individual study nor the pooled results of all the studies should show any consistent tendency that the relative risk of cancer increases with increasing level of exposure. It is important to note that evidence of lack of carcinogenicity obtained from several epidemiological studies can apply only to the type(s) of cancer studied, to the dose levels reported, and to the intervals between first exposure and disease onset observed in these studies. Experience with human cancer indicates that the period from first exposure to the development of clinical cancer is sometimes longer than 20 years; latent periods substantially shorter than 30 years cannot provide evidence for lack of carcinogenicity.

# 3. Studies of cancer in experimental animals

All known human carcinogens that have been studied adequately for carcinogenicity in experimental animals have produced positive results in one or more animal species (Wilbourn et al., 1986; Tomatis et al., 1989). For several agents (e.g. aflatoxins, diethylstilbestrol, solar radiation, vinyl chloride), carcinogenicity in experimental animals was established or highly suspected before epidemiological studies confirmed their carcinogenicity in humans (Vainio et al., 1995). Although this association cannot establish that all agents that cause cancer in experimental animals also cause cancer in humans, it is biologically plausible that agents for which there is *sufficient evidence of carcinogenicity* in experimental animals (see Part B, Section 6b) also present a carcinogenic hazard to humans. Accordingly, in the absence of additional scientific information, these agents are considered to pose a carcinogenic hazard to humans. Examples of additional scientific information are data that demonstrate that a given agent causes cancer in animals through a species-specific mechanism that does not operate in humans or data that demonstrate that the mechanism in experimental animals also operates in humans (see Part B, Section 6).

Consideration is given to all available long-term studies of cancer in experimental animals with the agent under review (see Part A, Section 4). In all experimental settings, the nature and extent of impurities or contaminants present in the agent being evaluated are given when available. Animal species, strain (including genetic background where applicable), sex, numbers per group, age at start of treatment, route of exposure, dose levels, duration of exposure, survival and information on tumours (incidence, latency, severity or multiplicity of neoplasms or preneoplastic lesions) are reported. Those studies in experimental animals that are judged to be irrelevant to the evaluation or judged to be inadequate

(e.g. too short a duration, too few animals, poor survival; see below) may be omitted. Guidelines for conducting long-term carcinogenicity experiments have been published (e.g. OECD, 2002).

Other studies considered may include: experiments in which the agent was administered in the presence of factors that modify carcinogenic effects (e.g. initiation–promotion studies, co-carcinogenicity studies and studies in genetically modified animals); studies in which the end-point was not cancer but a defined precancerous lesion; experiments on the carcinogenicity of known metabolites and derivatives; and studies of cancer in non-laboratory animals (e.g. livestock and companion animals) exposed to the agent.

For studies of mixtures, consideration is given to the possibility that changes in the physicochemical properties of the individual substances may occur during collection, storage, extraction, concentration and delivery. Another consideration is that chemical and toxicological interactions of components in a mixture may alter dose–response relationships. The relevance to human exposure of the test mixture administered in the animal experiment is also assessed. This may involve consideration of the following aspects of the mixture tested: (i) physical and chemical characteristics, (ii) identified constituents that may indicate the presence of a class of substances and (iii) the results of genetic toxicity and related tests.

The relevance of results obtained with an agent that is analogous (e.g. similar in structure or of a similar virus genus) to that being evaluated is also considered. Such results may provide biological and mechanistic information that is relevant to the understanding of the process of carcinogenesis in humans and may strengthen the biological plausibility that the agent being evaluated is carcinogenic to humans (see Part B, Section 2f).

## (a)    Qualitative aspects

An assessment of carcinogenicity involves several considerations of qualitative importance, including (i) the experimental conditions under which the test was performed, including route, schedule and duration of exposure, species, strain (including genetic background where applicable), sex, age and duration of follow-up; (ii) the consistency of the results, for example, across species and target organ(s); (iii) the spectrum of neoplastic response, from preneoplastic lesions and benign tumours to malignant neoplasms; and (iv) the possible role of modifying factors.

Considerations of importance in the interpretation and evaluation of a particular study include: (i) how clearly the agent was defined and, in the case of mixtures, how adequately the sample characterization was reported; (ii) whether the dose was monitored adequately, particularly in inhalation experiments; (iii) whether the doses, duration of treatment and route of exposure were appropriate; (iv) whether the survival of treated animals was similar to that of controls; (v) whether there were adequate numbers of animals per group; (vi) whether both male and female animals were used; (vii) whether animals were allocated randomly to groups; (viii) whether the duration of observation was adequate; and (ix) whether the data were reported and analysed adequately.

When benign tumours (a) occur together with and originate from the same cell type as malignant tumours in an organ or tissue in a particular study and (b) appear to represent a stage in the progression to malignancy, they are usually combined in the assessment of tumour incidence (Huff et al., 1989). The occurrence of lesions presumed to be preneoplastic may in certain instances aid in assessing the biological plausibility of any neoplastic response observed. If an agent induces only benign neoplasms that appear to be end-points that do not readily undergo

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 184

transition to malignancy, the agent should nevertheless be suspected of being carcinogenic and requires further investigation.

### (b)    Quantitative aspects

The probability that tumours will occur may depend on the species, sex, strain, genetic background and age of the animal, and on the dose, route, timing and duration of the exposure. Evidence of an increased incidence of neoplasms with increasing levels of exposure strengthens the inference of a causal association between the exposure and the development of neoplasms.

The form of the dose–response relationship can vary widely, depending on the particular agent under study and the target organ. Mechanisms such as induction of DNA damage or inhibition of repair, altered cell division and cell death rates and changes in intercellular communication are important determinants of dose–response relationships for some carcinogens. Since many chemicals require metabolic activation before being converted to their reactive intermediates, both metabolic and toxicokinetic aspects are important in determining the dose–response pattern. Saturation of steps such as absorption, activation, inactivation and elimination may produce nonlinearity in the dose–response relationship (Hoel et al., 1983; Gart et al., 1986), as could saturation of processes such as DNA repair. The dose–response relationship can also be affected by differences in survival among the treatment groups.

### (c)    Statistical analyses

Factors considered include the adequacy of the information given for each treatment group: (i) number of animals studied and number examined histologically, (ii) number of animals with a given tumour type and (iii) length of survival. The statistical methods used should be clearly stated and should be the generally accepted techniques refined for this purpose (Peto et al., 1980;

Gart et al., 1986; Portier & Bailer, 1989; Bieler & Williams, 1993). The choice of the most appropriate statistical method requires consideration of whether or not there are differences in survival among the treatment groups; for example, reduced survival because of non-tumour-related mortality can preclude the occurrence of tumours later in life. When detailed information on survival is not available, comparisons of the proportions of tumour-bearing animals among the effective number of animals (alive at the time the first tumour was discovered) can be useful when significant differences in survival occur before tumours appear. The lethality of the tumour also requires consideration: for rapidly fatal tumours, the time of death provides an indication of the time of tumour onset and can be assessed using life-table methods; nonfatal or incidental tumours that do not affect survival can be assessed using methods such as the Mantel-Haenzel test for changes in tumour prevalence. Because tumour lethality is often difficult to determine, methods such as the Poly-K test that do not require such information can also be used. When results are available on the number and size of tumours seen in experimental animals (e.g. papillomas on mouse skin, liver tumours observed through nuclear magnetic resonance tomography), other more complicated statistical procedures may be needed (Sherman et al., 1994; Dunson et al., 2003).

Formal statistical methods have been developed to incorporate historical control data into the analysis of data from a given experiment. These methods assign an appropriate weight to historical and concurrent controls on the basis of the extent of between-study and within-study variability: less weight is given to historical controls when they show a high degree of variability, and greater weight when they show little variability. It is generally not appropriate to discount a tumour response that is significantly increased compared with concurrent controls by arguing that it falls within the range of historical controls,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 185

particularly when historical controls show high between-study variability and are, thus, of little relevance to the current experiment. In analysing results for uncommon tumours, however, the analysis may be improved by considering historical control data, particularly when between-study variability is low. Historical controls should be selected to resemble the concurrent controls as closely as possible with respect to species, gender and strain, as well as other factors such as basal diet and general laboratory environment, which may affect tumour-response rates in control animals (Haseman *et al.*, 1984; Fung *et al.*, 1996; Greim *et al.*, 2003).

Although meta-analyses and combined analyses are conducted less frequently for animal experiments than for epidemiological studies due to differences in animal strains, they can be useful aids in interpreting animal data when the experimental protocols are sufficiently similar.

# 4. Mechanistic and other relevant data

Mechanistic and other relevant data may provide evidence of carcinogenicity and also help in assessing the relevance and importance of findings of cancer in animals and in humans. The nature of the mechanistic and other relevant data depends on the biological activity of the agent being considered. The Working Group considers representative studies to give a concise description of the relevant data and issues that they consider to be important; thus, not every available study is cited. Relevant topics may include toxicokinetics, mechanisms of carcinogenesis, susceptible individuals, populations and life-stages, other relevant data and other adverse effects. When data on biomarkers are informative about the mechanisms of carcinogenesis, they are included in this section.

These topics are not mutually exclusive; thus, the same studies may be discussed in more than one subsection. For example, a mutation in a gene that codes for an enzyme that metabolizes the agent under study could be discussed in the subsections on toxicokinetics, mechanisms and individual susceptibility if it also exists as an inherited polymorphism.

## (a) Toxicokinetic data

Toxicokinetics refers to the absorption, distribution, metabolism and elimination of agents in humans, experimental animals and, where relevant, cellular systems. Examples of kinetic factors that may affect dose–response relationships include uptake, deposition, biopersistence and half-life in tissues, protein binding, metabolic activation and detoxification. Studies that indicate the metabolic fate of the agent in humans and in experimental animals are summarized briefly, and comparisons of data from humans and animals are made when possible. Comparative information on the relationship between exposure and the dose that reaches the target site may be important for the extrapolation of hazards between species and in clarifying the role of in-vitro findings.

## (b) Data on mechanisms of carcinogenesis

To provide focus, the Working Group attempts to identify the possible mechanisms by which the agent may increase the risk of cancer. For each possible mechanism, a representative selection of key data from humans and experimental systems is summarized. Attention is given to gaps in the data and to data that suggests that more than one mechanism may be operating. The relevance of the mechanism to humans is discussed, in particular, when mechanistic data are derived from experimental model systems. Changes in the affected organs, tissues or cells can be divided into three non-exclusive levels as described below.

23

*(i)    Changes in physiology*

Physiological changes refer to exposure-related modifications to the physiology and/or response of cells, tissues and organs. Examples of potentially adverse physiological changes include mitogenesis, compensatory cell division, escape from apoptosis and/or senescence, presence of inflammation, hyperplasia, metaplasia and/or preneoplasia, angiogenesis, alterations in cellular adhesion, changes in steroidal hormones and changes in immune surveillance.

*(ii)    Functional changes at the cellular level*

Functional changes refer to exposure-related alterations in the signalling pathways used by cells to manage critical processes that are related to increased risk for cancer. Examples of functional changes include modified activities of enzymes involved in the metabolism of xenobiotics, alterations in the expression of key genes that regulate DNA repair, alterations in cyclin-dependent kinases that govern cell cycle progression, changes in the patterns of post-translational modifications of proteins, changes in regulatory factors that alter apoptotic rates, changes in the secretion of factors related to the stimulation of DNA replication and transcription and changes in gap–junction-mediated intercellular communication.

*(iii)    Changes at the molecular level*

Molecular changes refer to exposure-related changes in key cellular structures at the molecular level, including, in particular, genotoxicity. Examples of molecular changes include formation of DNA adducts and DNA strand breaks, mutations in genes, chromosomal aberrations, aneuploidy and changes in DNA methylation patterns. Greater emphasis is given to irreversible effects.

The use of mechanistic data in the identification of a carcinogenic hazard is specific to the mechanism being addressed and is not readily described for every possible level and mechanism discussed above.

Genotoxicity data are discussed here to illustrate the key issues involved in the evaluation of mechanistic data.

Tests for genetic and related effects are described in view of the relevance of gene mutation and chromosomal aberration/aneuploidy to carcinogenesis (Vainio *et al.*, 1992; McGregor *et al.*, 1999). The adequacy of the reporting of sample characterization is considered and, when necessary, commented upon; with regard to complex mixtures, such comments are similar to those described for animal carcinogenicity tests. The available data are interpreted critically according to the end-points detected, which may include DNA damage, gene mutation, sister chromatid exchange, micronucleus formation, chromosomal aberrations and aneuploidy. The concentrations employed are given, and mention is made of whether the use of an exogenous metabolic system in vitro affected the test result. These data are listed in tabular form by phylogenetic classification.

Positive results in tests using prokaryotes, lower eukaryotes, insects, plants and cultured mammalian cells suggest that genetic and related effects could occur in mammals. Results from such tests may also give information on the types of genetic effect produced and on the involvement of metabolic activation. Some end-points described are clearly genetic in nature (e.g. gene mutations), while others are associated with genetic effects (e.g. unscheduled DNA synthesis). In-vitro tests for tumour promotion, cell transformation and gap–junction intercellular communication may be sensitive to changes that are not necessarily the result of genetic alterations but that may have specific relevance to the process of carcinogenesis. Critical appraisals of these tests have been published (Montesano *et al.*, 1986; McGregor *et al.*, 1999).

Genetic or other activity manifest in humans and experimental mammals is regarded to be of

greater relevance than that in other organisms. The demonstration that an agent can induce gene and chromosomal mutations in mammals in vivo indicates that it may have carcinogenic activity. Negative results in tests for mutagenicity in selected tissues from animals treated in vivo provide less weight, partly because they do not exclude the possibility of an effect in tissues other than those examined. Moreover, negative results in short-term tests with genetic end-points cannot be considered to provide evidence that rules out the carcinogenicity of agents that act through other mechanisms (e.g. receptor-mediated effects, cellular toxicity with regenerative cell division, peroxisome proliferation) (Vainio et al., 1992). Factors that may give misleading results in short-term tests have been discussed in detail elsewhere (Montesano et al., 1986; McGregor et al., 1999).

When there is evidence that an agent acts by a specific mechanism that does not involve genotoxicity (e.g. hormonal dysregulation, immune suppression, and formation of calculi and other deposits that cause chronic irritation), that evidence is presented and reviewed critically in the context of rigorous criteria for the operation of that mechanism in carcinogenesis (e.g. Capen et al., 1999).

For biological agents such as viruses, bacteria and parasites, other data relevant to carcinogenicity may include descriptions of the pathology of infection, integration and expression of viruses, and genetic alterations seen in human tumours. Other observations that might comprise cellular and tissue responses to infection, immune response and the presence of tumour markers are also considered.

For physical agents that are forms of radiation, other data relevant to carcinogenicity may include descriptions of damaging effects at the physiological, cellular and molecular level, as for chemical agents, and descriptions of how these effects occur. 'Physical agents' may also be considered to comprise foreign bodies, such as

surgical implants of various kinds, and poorly soluble fibres, dusts and particles of various sizes, the pathogenic effects of which are a result of their physical presence in tissues or body cavities. Other relevant data for such materials may include characterization of cellular, tissue and physiological reactions to these materials and descriptions of pathological conditions other than neoplasia with which they may be associated.

### (c)    Other data relevant to mechanisms

A description is provided of any structure–activity relationships that may be relevant to an evaluation of the carcinogenicity of an agent, the toxicological implications of the physical and chemical properties, and any other data relevant to the evaluation that are not included elsewhere.

High-output data, such as those derived from gene expression microarrays, and high-throughput data, such as those that result from testing hundreds of agents for a single end-point, pose a unique problem for the use of mechanistic data in the evaluation of a carcinogenic hazard. In the case of high-output data, there is the possibility to overinterpret changes in individual end-points (e.g. changes in expression in one gene) without considering the consistency of that finding in the broader context of the other end-points (e.g. other genes with linked transcriptional control). High-output data can be used in assessing mechanisms, but all end-points measured in a single experiment need to be considered in the proper context. For high-throughput data, where the number of observations far exceeds the number of end-points measured, their utility for identifying common mechanisms across multiple agents is enhanced. These data can be used to identify mechanisms that not only seem plausible, but also have a consistent pattern of carcinogenic response across entire classes of related compounds.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 188

### (d)  Susceptibility data

Individuals, populations and life-stages may have greater or lesser susceptibility to an agent, based on toxicokinetics, mechanisms of carcinogenesis and other factors. Examples of host and genetic factors that affect individual susceptibility include sex, genetic polymorphisms of genes involved in the metabolism of the agent under evaluation, differences in metabolic capacity due to life-stage or the presence of disease, differences in DNA repair capacity, competition for or alteration of metabolic capacity by medications or other chemical exposures, pre-existing hormonal imbalance that is exacerbated by a chemical exposure, a suppressed immune system, periods of higher-than-usual tissue growth or regeneration and genetic polymorphisms that lead to differences in behaviour (e.g. addiction). Such data can substantially increase the strength of the evidence from epidemiological data and enhance the linkage of in-vivo and in-vitro laboratory studies to humans.

### (e)  Data on other adverse effects

Data on acute, subchronic and chronic adverse effects relevant to the cancer evaluation are summarized. Adverse effects that confirm distribution and biological effects at the sites of tumour development, or alterations in physiology that could lead to tumour development, are emphasized. Effects on reproduction, embryonic and fetal survival and development are summarized briefly. The adequacy of epidemiological studies of reproductive outcome and genetic and related effects in humans is judged by the same criteria as those applied to epidemiological studies of cancer, but fewer details are given.

## 5.  Summary

This section is a summary of data presented in the preceding sections. Summaries can be found on the *Monographs* programme web site (http://monographs.iarc.fr).

### (a)  Exposure data

Data are summarized, as appropriate, on the basis of elements such as production, use, occurrence and exposure levels in the workplace and environment and measurements in human tissues and body fluids. Quantitative data and time trends are given to compare exposures in different occupations and environmental settings. Exposure to biological agents is described in terms of transmission, prevalence and persistence of infection.

### (b)  Cancer in humans

Results of epidemiological studies pertinent to an assessment of human carcinogenicity are summarized. When relevant, case reports and correlation studies are also summarized. The target organ(s) or tissue(s) in which an increase in cancer was observed is identified. Dose–response and other quantitative data may be summarized when available.

### (c)  Cancer in experimental animals

Data relevant to an evaluation of carcinogenicity in animals are summarized. For each animal species, study design and route of administration, it is stated whether an increased incidence, reduced latency, or increased severity or multiplicity of neoplasms or preneoplastic lesions were observed, and the tumour sites are indicated. If the agent produced tumours after prenatal exposure or in single-dose experiments, this is also mentioned. Negative findings, inverse relationships, dose–response and other quantitative data are also summarized.

### (d)  Mechanistic and other relevant data

Data relevant to the toxicokinetics (absorption, distribution, metabolism, elimination) and

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 189

the possible mechanism(s) of carcinogenesis (e.g. genetic toxicity, epigenetic effects) are summarized. In addition, information on susceptible individuals, populations and life-stages is summarized. This section also reports on other toxic effects, including reproductive and developmental effects, as well as additional relevant data that are considered to be important.

## 6.   Evaluation and rationale

Evaluations of the strength of the evidence for carcinogenicity arising from human and experimental animal data are made, using standard terms. The strength of the mechanistic evidence is also characterized.

It is recognized that the criteria for these evaluations, described below, cannot encompass all of the factors that may be relevant to an evaluation of carcinogenicity. In considering all of the relevant scientific data, the Working Group may assign the agent to a higher or lower category than a strict interpretation of these criteria would indicate.

These categories refer only to the strength of the evidence that an exposure is carcinogenic and not to the extent of its carcinogenic activity (potency). A classification may change as new information becomes available.

An evaluation of the degree of evidence is limited to the materials tested, as defined physically, chemically or biologically. When the agents evaluated are considered by the Working Group to be sufficiently closely related, they may be grouped together for the purpose of a single evaluation of the degree of evidence.

### (a)   Carcinogenicity in humans

The evidence relevant to carcinogenicity from studies in humans is classified into one of the following categories:

***Sufficient evidence of carcinogenicity***: The Working Group considers that a causal relationship has been established between exposure to the agent and human cancer. That is, a positive relationship has been observed between the exposure and cancer in studies in which chance, bias and confounding could be ruled out with reasonable confidence. A statement that there is *sufficient evidence* is followed by a separate sentence that identifies the target organ(s) or tissue(s) where an increased risk of cancer was observed in humans. Identification of a specific target organ or tissue does not preclude the possibility that the agent may cause cancer at other sites.

***Limited evidence of carcinogenicity***: A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence.

***Inadequate evidence of carcinogenicity***: The available studies are of insufficient quality, consistency or statistical power to permit a conclusion regarding the presence or absence of a causal association between exposure and cancer, or no data on cancer in humans are available.

***Evidence suggesting lack of carcinogenicity***: There are several adequate studies covering the full range of levels of exposure that humans are known to encounter, which are mutually consistent in not showing a positive association between exposure to the agent and any studied cancer at any observed level of exposure. The results from these studies alone or combined should have narrow confidence intervals with an upper limit close to the null value (e.g. a relative risk of 1.0). Bias and confounding should be ruled out with reasonable confidence, and the studies should have an adequate length of follow-up. A conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the cancer sites, conditions and levels of exposure, and length of observation covered by the available studies. In

addition, the possibility of a very small risk at the levels of exposure studied can never be excluded.

In some instances, the above categories may be used to classify the degree of evidence related to carcinogenicity in specific organs or tissues.

When the available epidemiological studies pertain to a mixture, process, occupation or industry, the Working Group seeks to identify the specific agent considered most likely to be responsible for any excess risk. The evaluation is focused as narrowly as the available data on exposure and other aspects permit.

### (b)   Carcinogenicity in experimental animals

Carcinogenicity in experimental animals can be evaluated using conventional bioassays, bioassays that employ genetically modified animals, and other in-vivo bioassays that focus on one or more of the critical stages of carcinogenesis. In the absence of data from conventional long-term bioassays or from assays with neoplasia as the end-point, consistently positive results in several models that address several stages in the multistage process of carcinogenesis should be considered in evaluating the degree of evidence of carcinogenicity in experimental animals.

The evidence relevant to carcinogenicity in experimental animals is classified into one of the following categories:

***Sufficient evidence of carcinogenicity***: The Working Group considers that a causal relationship has been established between the agent and an increased incidence of malignant neoplasms or of an appropriate combination of benign and malignant neoplasms in (a) two or more species of animals or (b) two or more independent studies in one species carried out at different times or in different laboratories or under different protocols. An increased incidence of tumours in both sexes of a single species in a well conducted study, ideally conducted under Good Laboratory Practices, can also provide *sufficient evidence.*

A single study in one species and sex might be considered to provide *sufficient evidence of carcinogenicity* when malignant neoplasms occur to an unusual degree with regard to incidence, site, type of tumour or age at onset, or when there are strong findings of tumours at multiple sites.

***Limited evidence of carcinogenicity***: The data suggest a carcinogenic effect but are limited for making a definitive evaluation because, e.g. (a) the evidence of carcinogenicity is restricted to a single experiment; (b) there are unresolved questions regarding the adequacy of the design, conduct or interpretation of the studies; (c) the agent increases the incidence only of benign neoplasms or lesions of uncertain neoplastic potential; or (d) the evidence of carcinogenicity is restricted to studies that demonstrate only promoting activity in a narrow range of tissues or organs.

***Inadequate evidence of carcinogenicity***: The studies cannot be interpreted as showing either the presence or absence of a carcinogenic effect because of major qualitative or quantitative limitations, or no data on cancer in experimental animals are available.

***Evidence suggesting lack of carcinogenicity***: Adequate studies involving at least two species are available which show that, within the limits of the tests used, the agent is not carcinogenic. A conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the species, tumour sites, age at exposure, and conditions and levels of exposure studied.

### (c)   Mechanistic and other relevant data

Mechanistic and other evidence judged to be relevant to an evaluation of carcinogenicity and of sufficient importance to affect the overall evaluation is highlighted. This may include data on preneoplastic lesions, tumour pathology, genetic and related effects, structure–activity relationships, metabolism and toxicokinetics,

28

physicochemical parameters and analogous biological agents.

The strength of the evidence that any carcinogenic effect observed is due to a particular mechanism is evaluated, using terms such as 'weak', 'moderate' or 'strong'. The Working Group then assesses whether that particular mechanism is likely to be operative in humans. The strongest indications that a particular mechanism operates in humans derive from data on humans or biological specimens obtained from exposed humans. The data may be considered to be especially relevant if they show that the agent in question has caused changes in exposed humans that are on the causal pathway to carcinogenesis. Such data may, however, never become available, because it is at least conceivable that certain compounds may be kept from human use solely on the basis of evidence of their toxicity and/or carcinogenicity in experimental systems.

The conclusion that a mechanism operates in experimental animals is strengthened by findings of consistent results in different experimental systems, by the demonstration of biological plausibility and by coherence of the overall database. Strong support can be obtained from studies that challenge the hypothesized mechanism experimentally, by demonstrating that the suppression of key mechanistic processes leads to the suppression of tumour development. The Working Group considers whether multiple mechanisms might contribute to tumour development, whether different mechanisms might operate in different dose ranges, whether separate mechanisms might operate in humans and experimental animals and whether a unique mechanism might operate in a susceptible group. The possible contribution of alternative mechanisms must be considered before concluding that tumours observed in experimental animals are not relevant to humans. An uneven level of experimental support for different mechanisms may reflect that disproportionate resources

have been focused on investigating a favoured mechanism.

For complex exposures, including occupational and industrial exposures, the chemical composition and the potential contribution of carcinogens known to be present are considered by the Working Group in its overall evaluation of human carcinogenicity. The Working Group also determines the extent to which the materials tested in experimental systems are related to those to which humans are exposed.

### (d)   Overall evaluation

Finally, the body of evidence is considered as a whole, to reach an overall evaluation of the carcinogenicity of the agent to humans.

An evaluation may be made for a group of agents that have been evaluated by the Working Group. In addition, when supporting data indicate that other related agents, for which there is no direct evidence of their capacity to induce cancer in humans or in animals, may also be carcinogenic, a statement describing the rationale for this conclusion is added to the evaluation narrative; an additional evaluation may be made for this broader group of agents if the strength of the evidence warrants it.

The agent is described according to the wording of one of the following categories, and the designated group is given. The categorization of an agent is a matter of scientific judgement that reflects the strength of the evidence derived from studies in humans and in experimental animals and from mechanistic and other relevant data.

### Group 1: The agent is carcinogenic to humans.

This category is used when there is *sufficient evidence of carcinogenicity* in humans. Exceptionally, an agent may be placed in this category when evidence of carcinogenicity in humans is less than *sufficient* but there is *sufficient evidence of carcinogenicity* in experimental

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 192

animals and strong evidence in exposed humans that the agent acts through a relevant mechanism of carcinogenicity.

### Group 2.

This category includes agents for which, at one extreme, the degree of evidence of carcinogenicity in humans is almost *sufficient*, as well as those for which, at the other extreme, there are no human data but for which there is evidence of carcinogenicity in experimental animals. Agents are assigned to either Group 2A (*probably carcinogenic to humans*) or Group 2B (*possibly carcinogenic to humans*) on the basis of epidemiological and experimental evidence of carcinogenicity and mechanistic and other relevant data. The terms *probably carcinogenic* and *possibly carcinogenic* have no quantitative significance and are used simply as descriptors of different levels of evidence of human carcinogenicity, with *probably carcinogenic* signifying a higher level of evidence than *possibly carcinogenic*.

### Group 2A: The agent is probably carcinogenic to humans.

This category is used when there is *limited evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals. In some cases, an agent may be classified in this category when there is *inadequate evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals and strong evidence that the carcinogenesis is mediated by a mechanism that also operates in humans. Exceptionally, an agent may be classified in this category solely on the basis of *limited evidence of carcinogenicity* in humans. An agent may be assigned to this category if it clearly belongs, based on mechanistic considerations, to a class of agents for which one or more members have been classified in Group 1 or Group 2A.

### Group 2B: The agent is possibly carcinogenic to humans.

This category is used for agents for which there is *limited evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals. It may also be used when there is *inadequate evidence of carcinogenicity* in humans but there is *sufficient evidence of carcinogenicity* in experimental animals. In some instances, an agent for which there is *inadequate evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals together with supporting evidence from mechanistic and other relevant data may be placed in this group. An agent may be classified in this category solely on the basis of strong evidence from mechanistic and other relevant data.

### Group 3: The agent is not classifiable as to its carcinogenicity to humans.

This category is used most commonly for agents for which the evidence of carcinogenicity is *inadequate* in humans and *inadequate* or *limited* in experimental animals.

Exceptionally, agents for which the evidence of carcinogenicity is *inadequate* in humans but *sufficient* in experimental animals may be placed in this category when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans.

Agents that do not fall into any other group are also placed in this category.

An evaluation in Group 3 is not a determination of non-carcinogenicity or overall safety. It often means that further research is needed, especially when exposures are widespread or the cancer data are consistent with differing interpretations.

### Group 4: The agent is probably not carcinogenic to humans.

This category is used for agents for which there is *evidence suggesting lack of carcinogenicity*

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 193

in humans and in experimental animals. In some instances, agents for which there is *inadequate evidence of carcinogenicity* in humans but *evidence suggesting lack of carcinogenicity* in experimental animals, consistently and strongly supported by a broad range of mechanistic and other relevant data, may be classified in this group.

## (e) Rationale

The reasoning that the Working Group used to reach its evaluation is presented and discussed. This section integrates the major findings from studies of cancer in humans, studies of cancer in experimental animals, and mechanistic and other relevant data. It includes concise statements of the principal line(s) of argument that emerged, the conclusions of the Working Group on the strength of the evidence for each group of studies, citations to indicate which studies were pivotal to these conclusions, and an explanation of the reasoning of the Working Group in weighing data and making evaluations. When there are significant differences of scientific interpretation among Working Group Members, a brief summary of the alternative interpretations is provided, together with their scientific rationale and an indication of the relative degree of support for each alternative.

# References

Bieler GS & Williams RL (1993). Ratio estimates, the delta method, and quantal response tests for increased carcinogenicity. *Biometrics*, 49: 793–801. doi:10.2307/2532200 PMID:8241374

Breslow NE & Day NE (1980). Statistical methods in cancer research. Volume I - The analysis of case-control studies. *IARC Sci Publ*, 32: 5–338. PMID:7216345

Breslow NE & Day NE (1987). Statistical methods in cancer research. Volume II–The design and analysis of cohort studies. *IARC Sci Publ*, 82: 1–406. PMID:3329634

Buffler P, Rice J, Baan R *et al.* (2004). Workshop on Mechanisms of Carcinogenesis: Contributions of Molecular Epidemiology. Lyon, 14–17 November 2001. Workshop report. *IARC Sci Publ*, 157: 1–27. PMID:15055286

Capen CC, Dybing E, Rice JM, Wilbourn JD (1999). Species Differences in Thyroid, Kidney and Urinary Bladder Carcinogenesis. Proceedings of a consensus conference. Lyon, France, 3–7 November 1997. *IARC Sci Publ*, 147: 1–225.

Cogliano V, Baan R, Straif K *et al.* (2005). Transparency in IARC Monographs. *Lancet Oncol*, 6: 747. doi:10.1016/S1470-2045(05)70380-6

Cogliano VJ, Baan RA, Straif K *et al.* (2004). The science and practice of carcinogen identification and evaluation. *Environ Health Perspect*, 112: 1269–1274. doi:10.1289/ehp.6950 PMID:15345338

Dunson DB, Chen Z, Harry J (2003). A Bayesian approach for joint modeling of cluster size and subunit-specific outcomes. *Biometrics*, 59: 521–530. doi:10.1111/1541-0420.00062 PMID:14601753

Fung KY, Krewski D, Smythe RT (1996). A comparison of tests for trend with historical controls in carcinogen bioassay. *Can J Stat*, 24: 431–454. doi:10.2307/3315326

Gart JJ, Krewski D, Lee PN *et al.* (1986). Statistical methods in cancer research. Volume III–The design and analysis of long-term animal experiments. *IARC Sci Publ*, 79: 1–219. PMID:3301661

Greenland S (1998). Meta-analysis. In: *Modern Epidemiology.* Rothman KJ, Greenland S, editors. Philadelphia: Lippincott Williams & Wilkins, pp. 643–673

Greim H, Gelbke H-P, Reuter U *et al.* (2003). Evaluation of historical control data in carcinogenicity studies. *Hum Exp Toxicol*, 22: 541–549. doi:10.1191/0960327103ht394oa PMID:14655720

Haseman JK, Huff J, Boorman GA (1984). Use of historical control data in carcinogenicity studies in rodents. *Toxicol Pathol*, 12: 126–135. doi:10.1177/019262338401200203 PMID:11478313

Hill AB (1965). The environment and disease: Association or causation? *Proc R Soc Med*, 58: 295–300. PMID:14283879

Hoel DG, Kaplan NL, Anderson MW (1983). Implication of nonlinear kinetics on risk estimation in carcinogenesis. *Science*, 219: 1032–1037. doi:10.1126/science.6823565 PMID:6823565

Huff JE, Eustis SL, Haseman JK (1989). Occurrence and relevance of chemically induced benign neoplasms in long-term carcinogenicity studies. *Cancer Metastasis Rev*, 8: 1–22. doi:10.1007/BF00047055 PMID:2667783

IARC (1977). *IARC Monographs Programme on the Evaluation of the Carcinogenic Risk of Chemicals to Humans.* Preamble (IARC Intern Tech Rep No. 77/002)

IARC (1978). *Chemicals with Sufficient Evidence of Carcinogenicity in Experimental Animals –* IARC Monographs *Volumes 1–17* (IARC Intern Tech Rep No. 78/003)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 194

IARC (1979). *Criteria to Select Chemicals for* IARC Monographs (IARC Intern Tech Rep No. 79/003)

IARC (1982). Chemicals, industrial processes and industries associated with cancer in humans (IARC Monographs, Volumes 1 to 29). *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 4: 1–292.

IARC (1983). *Approaches to Classifying Chemical Carcinogens According to Mechanism of Action* (IARC Intern Tech Rep No. 83/001)

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1988). *Report of an IARC Working Group to Review the Approaches and Processes Used to Evaluate the Carcinogenicity of Mixtures and Groups of Chemicals* (IARC Intern Tech Rep No. 88/002)

IARC (1991). *A Consensus Report of an IARC Monographs Working Group on the Use of Mechanisms of Carcinogenesis in Risk Identification* (IARC Intern Tech Rep No. 91/002)

IARC (2005). *Report of the Advisory Group to Recommend Updates to the Preamble to the* IARC Monographs (IARC Intern Rep No. 05/001)

IARC (2006). *Report of the Advisory Group to Review the Amended Preamble to the* IARC Monographs (IARC Intern Rep No. 06/001)

IARC (2004). Some drinking-water disinfectants and contaminants, including arsenic. *IARC Monogr Eval Carcinog Risks Hum*, 84: 1–477. PMID:15645577

McGregor DB, Rice JM, Venitt S, editors (1999). The use of short- and medium-term tests for carcinogens and data on genetic effects in carcinogenic hazard evaluation. Consensus report. *IARC Sci Publ*, 146: 1–536.

Montesano R, Bartsch H, Vainio H *et al.*, editors (1986). Long-term and short-term assays for carcinogenesis—a critical appraisal. *IARC Sci Publ*, 83: 1–564.

OECD (2002). *Guidance Notes for Analysis and Evaluation of Chronic Toxicity and Carcinogenicity Studies* (Series on Testing and Assessment No. 35), Paris: OECD

Peto R, Pike MC, Day NE *et al.* (1980). Guidelines for simple, sensitive significance tests for carcinogenic effects in long-term animal experiments. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 2: 311–426. PMID:6935185

Portier CJ & Bailer AJ (1989). Testing for increased carcinogenicity using a survival-adjusted quantal response test. *Fundam Appl Toxicol*, 12: 731–737. doi:10.1016/0272-0590(89)90004-3 PMID:2744275

Sherman CD, Portier CJ, Kopp-Schneider A (1994). Multistage models of carcinogenesis: an approximation for the size and number distribution of late-stage clones. *Risk Anal*, 14: 1039–1048. doi:10.1111/j.1539-6924.1994.tb00074.x PMID:7846311

Stewart BW, Kleihues P, editors (2003). *World Cancer Report,* Lyon: IARC

Tomatis L, Aitio A, Wilbourn J, Shuker L (1989). Human carcinogens so far identified. *Jpn J Cancer Res*, 80: 795–807. PMID:2513295

Toniolo P, Boffetta P, Shuker DEG *et al.*, editors (1997). Proceedings of the workshop on application of bio-markers to cancer epidemiology. Lyon, France, 20–23 February 1996. *IARC Sci Publ*, 142: 1–318.

Vainio H, Magee P, McGregor D, McMichael A, editors (1992). Mechanisms of carcinogenesis in risk identification. IARC Working Group Meeting. Lyon, 11–18 June 1991. *IARC Sci Publ*, 116: 1–608.

Vainio H, Wilbourn JD, Sasco AJ *et al.* (1995). [Identification of human carcinogenic risks in IARC monographs.] *Bull Cancer*, 82: 339–348. PMID:7626841

Vineis P, Malats N, Lang M *et al.*, editors (1999). Metabolic Polymorphisms and Susceptibility to Cancer. *IARC Sci Publ*, 148: 1–510. PMID:10493243

Wilbourn J, Haroun L, Heseltine E *et al.* (1986). Response of experimental animals to human carcinogens: an analysis based upon the IARC Monographs programme. *Carcinogenesis*, 7: 1853–1863. doi:10.1093/carcin/7.11.1853 PMID:3769134

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 195

# GENERAL REMARKS

This one-hundred-and-seventh volume of the *IARC Monographs* contains evaluations of the carcinogenic hazard to humans of exposure to polychlorinated biphenyls (PCBs) and poly-brominated biphenyls (PBBs). The *IARC Monographs* programme has conducted several evaluations of the carcinogenicity of these agents (IARC, 1978, 1979, 1987; Table 1). At the meeting of the Advisory Group to Recommend Priorities for the IARC Monographs in 2008, PCBs were identified as an agent with high priority for re-evaluation (IARC, 2009). In the framework of the re-evaluation of 2,3,7,8-tetrachlorodibenzo-*para*-dioxin (TCDD) in October 2009 (IARC, 2012), the congener PCB-126 was upgraded to Group 1, and the Working Group recommended that there be an in-depth re-evaluation of agents with properties similar to TCDD (IARC, 2012). In February 2013, the *IARC Monographs* Working Group undertook a re-evaluation of PCBs and PBBs. A summary of the findings of this meeting appears in *The Lancet Oncology* (Lauby-Secretan *et al.*, 2013).

## 1. Considerations for definitions and nomenclature of PCBs and PBBs

Four decades after national governments began to ban their production and use, PCBs and PBBs remain a major concern to human health and the natural environment. Epidemiological studies in occupational settings generally studied workers exposed to the "fresh" product, by inhalation or dermal contact, while studies in the general population assessed individuals exposed primarily through intake of contaminated food, for which the exposure profile is difficult to assess. In contrast, experimental studies assessed individual congeners, combinations of a few congeners, or "fresh" commercial PCB products; however, none of these are identical to the PCB or PBB profiles to which people are exposed today. Indeed, most human exposure today is to complex mixtures originating from commercial products that have been altered by environmental processes (i.e. weathering, transport, and bioaccumulation).

The reason that PCB and PBB mixtures in the environment today differ from the original commercial products is that after release into the environment, the congener composition changes through partitioning, chemical transformation, and bioaccumulation. Partitioning refers to processes by which different congeners separate into air, water, sediment, and soil. Some congeners tend to volatilize or disperse as aerosols, providing an effective vehicle for long-range transport. Congeners with low chlorine or bromine content tend to be more volatile, and also somewhat soluble in water. Many congeners adsorb to organic materials in sediments and

33

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 196

**Table 1 Historical overview of the *IARC Monographs* evaluations of PCBs and PBBs**

| Agent | Volume | Reference | Evidence in humans | Evidence in experimental animals | Mechanistic considerations | Group |
|-------|--------|-----------|--------------------|----------------------------------|----------------------------|-------|
| PCBs | 7 | IARC (1974) | No formal evaluation | No formal evaluation | – | – |
| | 18 | IARC (1978) | No formal evaluation | No formal evaluation | – | – |
| | Suppl. 1 | IARC (1979) | Inadequate | Sufficient | – | 2B[a] |
| | Suppl. 4 | IARC (1982) | Inadequate | Sufficient | – | 2B |
| | Suppl. 7 | IARC (1987) | Limited | Sufficient | – | 2A |
| PCB-126 | 100F | IARC (2012) | – | Sufficient | Mechanistic upgrade | 1 |
| PBBs | 18 | IARC (1978) | No formal evaluation | No formal evaluation | – | |
| | 41 | IARC (1986) | Inadequate | Sufficient | No evidence for genotoxicity | – |
| | Suppl. 7 | IARC (1987) | Inadequate | Sufficient | No evidence for genotoxicity | 2B |

[a]  Possible target organs in humans identified as "skin (melanoma)" and "all sites"
PBB, polybrominated biphenyl; PCB, polychlorinated biphenyl

soils; adsorption tends to increase with chlorine or bromine content of the congener and with the organic content of the other material. Chemical transformation refers to the dechlorination or debromination of congeners. This can occur through photolysis, especially for some PBB congeners, or through interactions with bacteria. Chemical transformation is not synonymous with detoxication, as congeners having carcinogenic activity can be formed through dechlorination. Bioaccumulation occurs because PCBs and PBBs are absorbed by fish and other animals, and are highly soluble in lipids, while metabolism and elimination are relatively slower than absorption. Bioaccumulation through the food-chain tends to concentrate congeners of higher chlorine and bromine content.

The nomenclature of PCBs is complex. Publications often attempt to find dichotomies in these mixtures, or refer to PCBs in loose terms, such as:

- Higher and lower chlorinated
- Non-*ortho*, di-*ortho*, and similar terms
- Planar and non-planar
- Dioxin-like and non-dioxin-like
- Aryl hydrocarbon receptor-activating and non-activating
- High and low toxic equivalency (TEQ)

- Estrogenic and non-estrogenic
- Immunotoxic and non-immunotoxic.

The Working Group considered how to characterize the agents to be evaluated. The possibilities included:

- Specific congeners (e.g. PCB-126, PBB-153);
- Groupings of a small number of congeners (e.g. PCB-126 plus PCB-153);
- Commercial products (e.g. Aroclor 1242, Firemaster FF1);
- Large subsets of congeners (e.g. dioxin-like PCB congeners);
- PCBs or PBBs as a class.

Since human exposure always occurs to mixtures, the Working Group considered that it was appropriate to evaluate PCBs and PBBs each as a group.

## 2.   Analysis of PCBs and PBBs

There are some difficulties in assessing and comparing PCB or PBB concentrations in any medium because of differences in analytical methods between laboratories, and differences in the numbers and types of congeners reported. Since there are 209 congeners, values reported

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 197

are rarely for true total PCB or PBB concentrations, but rather for a few selected congeners, or a "total" PCB or PBB concentration reported on the basis of analysis of a certain number of congeners only. Thus both the number and the specific congeners analysed must be considered when comparing results among studies. Another complication is that some authors present results for concentrations in total serum (usually called "wet weight"), while others report concentration in the lipid fraction of serum or other media (called "lipid adjusted"). The rationale for lipid adjustment is that these compounds are lipophilic, although there is some evidence that lipid adjustment poses risk of bias. Some investigators now report results as wet weight concentrations with serum lipids considered as a covariate. A further complication is that concentrations are reported in different units in different studies, and cannot always be directly compared.

Several biomarkers of exposure have been used as indicators of the internal dose or the body burden of PCBs or PBBs. These include measurement in blood (serum or plasma), adipose tissue, maternal or cord blood, breast milk and hair. In principle, blood lipid concentrations reflect recent exposures and the full spectrum of congeners to which a person is exposed, while the profile in adipose tissue reflects long-term intakes. However, recent exposure to less chlorinated congeners could result in higher non-equilibrium levels in the circulation. Levels in breast milk largely reflect the concentrations in adipose tissue.

A common theme with PCBs and PBBs is that major industrial accidents have resulted in unforeseeable human dietary exposure. In the 1968 Yusho incident in Japan, leaking Kanechlor 400 contaminated rice oil destined for human consumption. The 1979 Yucheng incident in Taiwan, China, also involved contamination of rice oil, this time by Kanechlor 500. And during 1973–1974, PBBs were unintentionally shipped as an animal feed supplement, contaminating milk, eggs, other dairy products, beef, pork, sheep, and chickens in Michigan, USA. Each incident involved relatively small amounts of PCBs or PBBs, but soon affected thousands of people. It should be noted that the effects of these incidents are not limited to cancer. The Yusho and Yucheng incidents also involved major effects on skin, such as severe chloracne, and recent studies have linked PBB exposure in Michigan to increased risks of spontaneous abortion, genitourinary conditions in male offspring, and suggestions of altered ovarian function.

## 3. Assessment of exposure to PCBs in epidemiological studies

Epidemiological studies investigating the potential carcinogenic effects of PCBs are basically of three types: occupational cohorts, environmental cohorts, and case–control studies. Most cohort studies were unable to quantify PCB exposures, although in some studies potential PCB exposure was estimated, or a qualitative scale was used. Within some cohort studies, more detailed analyses were achieved through nested case–control studies that collected additional information, sometimes including biomarkers, for specific subgroups of cancer cases and controls. Studies (nested case–control, and case–control) with biomarkers of exposure allow quantification of PCBs in serum or adipose tissue.

In this last group of studies, PCB exposure has been evaluated in a variety of ways: as to a group of congeners; as more or less specific commercial products; as specific PCB functional groupings; as specific combinations, such as PCB-118 + PCB-126; or as specific congeners.

There are several challenges in the interpretation and evaluation of the evidence for PCBs and cancer:

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 198

- In studies of workers and consumers of food items allegedly or known to have been "contaminated" with PCBs, it is usually not possible to determine the actual level of exposure.

- PCB exposure usually occurs to mixtures, and while these are often analysed as individual congeners in studies using biomarkers, many congeners are highly correlated and disentangling results for specific congeners is difficult.

- Several specific congeners are rarely or never included in epidemiological studies, primarily because they are excluded from "batch" gas chromatography analyses in many laboratories. Different studies focus on different PCBs; sometimes congeners are grouped and these groupings may differ across studies. Analytical results for specific congeners are best interpreted as markers for exposure to PCBs in general.

- In the occupational cohorts, the exposure route is usually dermal and inhalation, while in the environmental cohorts and case–control studies, the exposure route is usually ingestion (PCB exposure through diet).

- A few environmental studies refer to acute exposures (accidents), while most studies refer to long-term exposures (occupational exposure, and contamination of diet) and long-term consequences of accidents.

- Latency considerations are usually not possible when using biomarker samples collected long after exposure. This may be a cause for concern in interpreting findings on less persistent lower-chlorinated PCBs, but it would be less so for the persistent highly chlorinated PCBs.

- In principle, the use of biomarkers should reduce exposure-measurement error; studies evaluating biomarkers for many PCB congeners tend to generate multiple comparisons,

potentially increasing the number of false-positive associations.

- Sampling may be problematic when adjusting plasma or serum measurements by lipid content, because of lipid degradation in samples. Most cohort studies could not take into account relevant confounders, while some of these were considered in the nested case–control and case–control studies.

- Very few studies have addressed interaction or effect modification with other environmental exposures such as tobacco smoke and other chemicals.

## 4. Genotoxicity of PCBs

Many early tests for genotoxicity with PCBs, performed 10 years ago or more, reported negative results. However, almost all of these studies are not suited for hazard assessment, primarily due to the low doses tested and, in case of studies in vitro, the lack of an exogenous metabolic system. If retested with metabolic activation, many PCB congeners would show genotoxicity. Most PCB mixtures and the few congeners that were tested gave negative results in the Ames test with and without metabolic activation [reviewed in (Silberhorn et al., 1990; Ludewig, 2001)]. A negative result in the Ames test is not uncommon for compounds with complicated and multistep activation pathways such as that proposed for less chlorinated PCBs, i.e. metabolic activation to quinones. Thus a bacterial test for mutagenicity is probably not an appropriate assay for evaluating the genotoxicity of PCBs.

## 5. The pleiotropic carcinogenicity of PCBs

In experimental animals, commercial PCB mixtures and some individual congeners are complete carcinogens, producing neoplastic

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 199

lesions primarily in the liver (hepatocytes and biliary tract); however, benign and malignant tumours have also been observed in many other organs of the treated animals (lung, oral mucosa, thyroid gland, uterus, skin, and the mammary gland in the offspring of treated mothers).

Accidental release of PCBs into food in Taiwan, China, and in Japan, has led to acute and chronic PCB toxicity in thousands of people. Examination of the mortality rate of the Yusho victims in Japan 40 years after the event revealed an increased risk of all types of cancer combined, cancers of the liver and lung in men, and cancer of the liver in women (Onozuka et al., 2009). A similar 24-year follow-up study of Yucheng victims in Taiwan, China, found increased mortality from liver disease, but no increase in risk of cancer of the liver (Tsai et al., 2007). After reviewing all epidemiological studies on occupational and environmental exposure to PCBs, the Working Group concluded that there was *sufficient evidence* of carcinogenicity in humans, on the basis of an increased risk of malignant melanoma; one study found a significant association with uveal melanoma in exposed workers. In addition, increased risks were seen in some studies between exposure to PCBs and non-Hodgkin lymphoma, and for cancer of the breast in some subgroups of women. Positive findings were observed in individual studies for cancers of the brain, prostate, stomach, and pancreas.

PCBs bioaccumulate in fatty tissue, so higher marine mammals are particularly exposed. Reports of cancers in marine wildlife living in areas with high measured PCB concentrations provide another source of cancer data. For example, a large cell immunoblastic lymphoma in a bottlenose dolphin (*Tursiops truncates*) with high blood PCB concentrations (Jaber et al., 2005); uterine leiomyomas in 257 female Baltic grey seals (*Halichoerus grypus*) (Bredhult et al., 2008); and undefined carcinomas in 38 stranded wild California sea lions (*Zalophus californianus*), which were reported to be strongly associated with high PCB concentrations measured in the animals (Ylitalo et al., 2005).

## 6.  Toxicity and carcinogenicity of PBBs

The Working Group also considered the evidence on carcinogenicity of PBBs. The chemical structure of PBBs resembles that of PCBs, with substitution by bromine rather than chlorine atoms. PBBs were used primarily as flame retardants in the 1970s, but production has been discontinued in most countries for many years. Following the accidental release of PBBs in Michigan, USA, the one study that investigated cancer reported adjusted odds ratios of up to 23-fold for cancer of the digestive system and up to 33-fold for lymphoma, with an exposure–response trend across exposure groups. This study included cancer results until 1993; the study has not yet been updated to include cancers that have occurred during the subsequent 20 years. Concerning experimental and mechanistic studies, while there is an extensive body of literature on the carcinogenicity of PCBs, their brominated analogues have received much less attention and study. PBBs will likely be found to exhibit their toxicity and disease potential via many of the same pathways as their chlorinated counterparts, with equivalent or greater toxicity.

The information contained in this volume has contributed to the report "Health risks of PCB in the indoor climate in Denmark," published by the Sundhedsstyrelsen (Danish Health and Medicines Authority, 2013) and was considered during the evaluation of non-dioxin like PCBs by the Joint FAO/WHO Expert Committee on Food Additives (June 2015).

37

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 200

# References

Bredhult C, Bäcklin BM, Bignert A, Olovsson M (2008). Study of the relation between the incidence of uterine leiomyomas and the concentrations of PCB and DDT in Baltic gray seals. *Reprod Toxicol*, 25(2):247–55. doi:10.1016/j.reprotox.2007.11.008 PMID:18187284

Danish Health and Medicines Authority (2013). Health risks of PCB in the indoor climate in Denmark. Background for setting recommended action levels. Copenhagen, Denmark. Available from: http://sundhedsstyrelsen.dk/publ/Publ2013/12dec/HAofPCBindoorDK_en.pdf

IARC (1974). Some anti-thyroid and related substances, nitrofurans and industrial chemical. *IARC Monogr Eval Carcinog Risk Chem Man*, 7:1–326. Available from: http://monographs.iarc.fr/ENG/Monographs/vol1-42/mono7.pdf

IARC (1978). Polychlorinated biphenyls and polybrominated biphenyls. *IARC Monogr Eval Carcinog Risk Chem Hum*, 18:1–124. Available from: http://monographs.iarc.fr/ENG/Monographs/vol1-42/mono18.pdf PMID:215509

IARC (1979). Chemicals and industrial processes associated with cancer in humans. IARC Monographs, volumes 1 to 20. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 1:1–71. Available from: http://monographs.iarc.fr/ENG/Monographs/suppl1/index.php PMID:296141

IARC (1982). Chemicals, industrial processes and industries associated with cancer in humans (IARC Monographs, volumes 1 to 29). *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 4:1–292. Available from: http://monographs.iarc.fr/ENG/Monographs/suppl4/index.php

IARC (1986). Some halogenated hydrocarbons and pesticide exposures. *IARC Monogr Eval Carcinog Risk Chem Hum*, 41:1–407. Available from: http://monographs.iarc.fr/ENG/Monographs/vol1-42/mono41.pdf PMID:3473020

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7:1–440. Available from: http://monographs.iarc.fr/ENG/Monographs/suppl7/index.php PMID:3482203

IARC (2009). Identification of research needs to resolve the carcinogenicity of high-priority IARC carcinogens. Views and Expert opinions of an IARC/NORA expert group meeting. Technical Publication No. 42. Lyon, France. Available from: http://monographs.iarc.fr/ENG/Publications/techrep42/TR42-Full.pdf

IARC (2012). Chemical agents and related occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F:1–599. Available from: http://monographs.iarc.fr/ENG/Monographs/vol100F/index.php PMID:23189753

Jaber JR, Pérez J, Carballo M, Arbelo M, Espinosa de los Monteros A, Herráez P *et al.* (2005). Hepatosplenic large cell immunoblastic lymphoma in a bottlenose dolphin (*Tursiops truncatus*) with high levels of polychlorinated biphenyl congeners. *J Comp Pathol*, 132(2–3):242–7. doi:10.1016/j.jcpa.2004.09.009 PMID:15737353

Lauby-Secretan B, Loomis D, Grosse Y, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L *et al.* ; International Agency for Research on Cancer Monograph Working Group IARC, Lyon, France (2013). Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls. *Lancet Oncol*, 14(4):287–8. doi:10.1016/S1470-2045(13)70104-9 PMID:23499544

Ludewig G (2001). Cancer Initiation by PCBs. In: Robertson LW, Hansen LG editors. *PCBs: recent advances in environmental toxicology and health effects*. Lexington (Ky): The University Press of Kentucky; pp. 337–54.

Onozuka D, Yoshimura T, Kaneko S, Furue M (2009). Mortality after exposure to polychlorinated biphenyls and polychlorinated dibenzofurans: a 40-year follow-up study of Yusho patients. *Am J Epidemiol*, 169(1):86–95. doi:10.1093/aje/kwn295 PMID:18974082

Silberhorn EM, Glauert HP, Robertson LW (1990). Carcinogenicity of polyhalogenated biphenyls: PCBs and PBBs. *Crit Rev Toxicol*, 20(6):440–96. doi:10.3109/10408449009029331 PMID:2165409

Tsai PC, Ko YC, Huang W, Liu HS, Guo YL (2007). Increased liver and lupus mortalities in 24-year follow-up of the Taiwanese people highly exposed to polychlorinated biphenyls and dibenzofurans. *Sci Total Environ*, 374(2–3):216–22. doi:10.1016/j.scitotenv.2006.12.024 PMID:17257654

Ylitalo GM, Stein JE, Hom T, Johnson LL, Tilbury KL, Hall AJ *et al.* (2005). The role of organochlorines in cancer-associated mortality in California sea lions (*Zalophus californianus*). *Mar Pollut Bull*, 50(1):30–9. doi:10.1016/j.marpolbul.2004.08.005 PMID:15664031

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 201

# POLYCHLORINATED BIPHENYLS

# 1. EXPOSURE DATA

## 1.1    Identification of the agent

### 1.1.1    Nomenclature

Polychlorinated biphenyls (PCBs) are a class of aromatic chemical compounds in which some or all hydrogen atoms attached to the biphenyl ring are substituted by chlorine atoms ($m + n$ = 1–10) (Fig. 1.1). Synonyms for PCBs include chlorinated biphenyls, chlorinated diphenyls, chlorobiphenyls, or polychlorobiphenyls.

The general chemical formula is $C_{12}H_{(10-m-n)}$ $Cl_{(m+n)}$, where ($m + n$) is the number of chlorine atoms on the two rings. Depending on the position and number of the chlorine atoms, there are theoretically 209 individual PCB compounds (congeners). The carbon positions are numbered 1 to 6 on one ring, and 1′ to 6′ on the other. While positions 2,2′,6, and 6′ are called "*ortho*," positions 3,3′,5 and 5′ are named "*meta*" and positions 4 and 4′ are called "*para*."

Two different but correlated nomenclature systems are currently used. According to the International Union of Pure and Applied Chemistry (IUPAC) and in particular rule A-52.3 related to hydrocarbon systems, an unprimed number is considered lower (higher priority) than the same number when primed. Assemblies of unprimed and primed numbers are arranged in ascending numerical order. For a given PCB congener, the name lists the numbers sequentially [e.g. the PCB congener with chlorines on carbons 2,4,5, and 3′,4′ is identified as 2,3′,4,4′,5 (and not 2′,3,4,4′,5′)]. A deviation in that system

lists the unprimed and primed chlorinated ring positions separately, sometimes eliminating the prime symbols and the commas for clarity and ease of typing (e.g. 245–3′4′5′ or 245–345).

In an additional strategy proposed by Ballschmiter & Zell (1980), a number (called "BZ number") is attributed to each individual congener. This number correlates the structural arrangement of the PCB congener and ascending order of number of chlorine substitutions within each sequential homologue (Ballschmiter & Zell, 1980). This results in the congeners being numbered from PCB-1 to PCB-209. This shorthand nomenclature has become quite popular and is convenient for many uses, although it is important to note that it obscures the chemical identity of the congener and does not strictly follow the IUPAC rules.

Slight changes in the original BZ congener-numbering system were later recommended to correct some errors (Schulte & Malisch, 1983; Ballschmiter *et al.*, 1992), and this resulted in the renumbering of BZ numbers 199–201. Guitart *et al.* (1993) used a computer program to systematically renumber the PCBs according to the strict IUPAC rules. As a result, they recommended that the congeners previously numbered 107, 108, 109, 199, 200, and 201 be renumbered 109, 107, 108, 200, 201, and 199, respectively (reviewed in Mills *et al.*, 2007). The nomenclature for PCB congeners based on this report is shown in Table 1.1 and will be preferred in this *Monograph*. However, in the scientific literature,

41

**Table 1.1 Correspondance between BZ number[a] and position of chlorine atoms on each phenyl ring of the PCBs[b]**

| Position of chlorine atom on each ring | 2 | 3 | 4 | 2,3 | 2,4 | 2,5 | 2,6 | 3,4 | 3,5 | 2,3,4 | 2,3,5 | 2,3,6 | 2,4,5 | 2,4,6 | 3,4,5 | 2,3,4,5 | 2,3,4,6 | 2,3,5,6 | 2,3,4,5,6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| None | 1 | 2 | 3 | 5 | 7 | 9 | 10 | 12 | 14 | 21 | 23 | 24 | 29 | 30 | 38 | 61 | 62 | 65 | 116 |
| 2' | 4 | 6 | 8 | 16 | 17 | 18 | 19 | 33 | 34 | 41 | 43 | 45 | 48 | 50 | 76 | 86 | 88 | 93 | 142 |
| 3' |  | 11 | 13 | 20 | 25 | 26 | 27 | 35 | 36 | 55 | 57 | 59 | 67 | 69 | 78 | 106 | 109 | 112 | 160 |
| 4' |  |  | 15 | 22 | 28 | 31 | 32 | 37 | 39 | 60 | 63 | 64 | 74 | 75 | **81** | **114** | 115 | 117 | 166 |
| 2,3' |  |  |  | 40 | 42 | 44 | 46 | 56 | 58 | 82 | 83 | 84 | 97 | 98 | 122 | 129 | 131 | 134 | 173 |
| 2,4' |  |  |  |  | 47 | 49 | 51 | 66 | 70 | 85 | 90 | 91 | 99 | 100 | **123** | 137 | 139 | 147 | 181 |
| 2,5' |  |  |  |  |  | 52 | 53 | 68 | 72 | 87 | 92 | 95 | 101 | 103 | 124 | 141 | 144 | 151 | 185 |
| 2,6' |  |  |  |  |  |  | 54 | 71 | 73 | 89 | 94 | 96 | 102 | 104 | 125 | 143 | 145 | 152 | 186 |
| 3,4' |  |  |  |  |  |  |  | **77** | 79 | **105** | **107** | 110 | **118** | 119 | **126** | **156** | 158 | 163 | 190 |
| 3,5' |  |  |  |  |  |  |  |  | 80 | 108 | 111 | 113 | 120 | 121 | 127 | 159 | 161 | 165 | 192 |
| 2,3,4' |  |  |  |  |  |  |  |  |  | 128 | 130 | 132 | 138 | 140 | **157** | 170 | 171 | 177 | 195 |
| 2,3,5' |  |  |  |  |  |  |  |  |  |  | 133 | 135 | 146 | 149 | 162 | 172 | 175 | 178 | 198 |
| 2,3,6' |  |  |  |  |  |  |  |  |  |  |  | 136 | 148 | 150 | 164 | 174 | 176 | 179 | 199 |
| 2,4,5' |  |  |  |  |  |  |  |  |  |  |  |  | 153 | 154 | **167** | 180 | 183 | 187 | 203 |
| 2,4,6' |  |  |  |  |  |  |  |  |  |  |  |  |  | 155 | 168 | 182 | 184 | 188 | 204 |
| 3,4,5' |  |  |  |  |  |  |  |  |  |  |  |  |  |  | **169** | **189** | 191 | 193 | 205 |
| 2,3,4,5' |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 194 | 196 | 201 | 206 |
| 2,3,4,6' |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 197 | 200 | 207 |
| 2,3,5,6' |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 202 | 208 |
| 2,3,4,5,6' |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 209 |

[a] Revised PCB numbering system, including the revised numbering of congeners 107–109 and 199–201. For several PCB congeners, the indicated (truncated) structural names do not strictly adhere to the IUPAC rules (primed and unprimed numbers are interchanged). A comprehensive review of PCB nomenclature, including IUPAC names, is given in Mills et al. (2007).

[b] Dioxin-like PCBs are indicated in bold type

BZ, Ballschmiter and Zell; IUPAC, International Union of Pure and Applied Chemistry; PCB, polychlorinated biphenyl

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 205

**Fig. 1.1 Chemical structure of PCBs and the IUPAC numbering system**



Hydrogen atoms in positions 2,2′,6,6′ (*ortho*), 3,3′,5,5′ (*meta*) and/or 4,4′ (*para*) may be substituted by chlorine atoms; (m + n) is the number of chlorine atoms on the two rings
IUPAC, International Union of Pure and Applied Chemistry; PCB, polychlorinated biphenyl

the revised numbering of congeners 107–109 has not been adopted systematically; the numbering system commonly used has been that proposed by Ballschmiter *et al.* (1992) where only the original BZ numbers 199–201 are changed.

PCBs can be categorized by degree of chlorination (number of chlorine atoms) in 10 homologue groups (Table 1.2) from monochlorobiphenyls to decachlorobiphenyls. More than 60% of the PCBs are tetra- to hexachlorophenyls.

In the biphenyl molecule, the two aromatic rings can rotate about the connecting single 1,1′-bond (Fig. 1.1). As with all molecules, there is a low-energy preferred conformation. With PCBs, this conformation is dependent on the degree of chlorine substitution, since chlorine is larger than hydrogen and creates more steric hindrance to the rotation (Erickson, 2001). Two extreme theoretical configurations are "planar" or "coplanar," in which the two benzene rings are in the same plane, and "non-planar" in which the benzene rings are at a 90° angle to each other (Faroon *et al.*, 2000). The probability of attaining a planar configuration is essentially determined by the number of substitutions in the *ortho* positions (2,2′,6,6′): the benzene rings of non-*ortho* substituted PCBs as well as mono-*ortho* substituted

PCBs can assume a planar configuration and are referred to as "planar" or "coplanar" congeners (Erickson, 1997). The replacement of hydrogen atoms in the *ortho* positions with larger chlorine atoms forces the aromatic rings to rotate out of the planar configuration (Fig. 1.2); such structures are referred to as "non-planar" or "non-coplanar" congeners. [The Working Group does not recommend the use of this terminology, which is not technically appropriate since these PCBs do not easily assume a planar conformation.]

The relationship between PCB congener number and the Chemical Abstracts Service (CAS) registry number is given in Table 1.3. The congener numbering presented in this table follows that in Table 1.1, with the revised numbering of congeners 107–109. The congener lipophilicity is given in the same table, and was expressed against capacity to partition in octanol and water ($K_{ow}$) (see Section 1.1.2). Congeners can also be characterized by descriptors (CP0, CP1, 4Cl, PP, 2M) that give rapid access to geometry and substituent positions. The first descriptor, CP0, characterizes 20 congeners that are referred to as non-*ortho* congeners, consisting of those with chlorine substitution at none of the *ortho* positions on the biphenyl backbone. The second descriptor, CP1, comprises 48 congeners that are referred to as mono-*ortho* congeners and include those with chlorine substitution at only one of the *ortho* positions; CP0 and CP1 congeners can adopt a planar configuration. The 4Cl descriptor designates 169 congeners that have a total of four or more chlorine substituents, regardless of position. There are 54 PP congeners that have both *para* positions chlorinated. The 2M group contains 140 congeners that have two or more of the *meta* positions chlorinated. A total of 11 congeners have no descriptor.

The twelve congeners that display all descriptors are referred to as "dioxin-like" (Table 1.4). These twelve PCBs, namely PCB-77, PCB-81, PCB-105, PCB-114, PCB-118, PCB-123, PCB-126, PCB-156, PCB-157, PCB-167, PCB-169, and

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 206

**Table 1.2 Physical and chemical properties of PCBs according to homologue group**

| Homologue group | CAS No. | Formula | No. of isomers | BZ No. | Relative molecular mass | Chlorine (% w/w) | Vapour pressure (Pa at 25 °C)[a] | Melting point (°C)[b] | Boiling point (°C)[c] |
|---|---|---|---|---|---|---|---|---|---|
| Monochlorobiphenyl | 27323-18-8 | $C_{12}H_9Cl$ | 3 | 1–3 | 188.66 | 18.79 | 1.1 | 25–77.9 | 285 |
| Dichlorobiphenyl | 25512-42-9 | $C_{12}H_8Cl_2$ | 12 | 4–15 | 223.10 | 31.77 | 0.24 | 24.4–149 | 312 |
| Trichlorobiphenyl | 25323-68-6 | $C_{12}H_7Cl_3$ | 24 | 16–39 | 257.55 | 41.30 | 0.054 | 28–87 | 337 |
| Tetrachlorobiphenyl | 26914-33-0 | $C_{12}H_6Cl_4$ | 42 | 40–81 | 291.99 | 48.65 | 0.012 | 47–180 | 360 |
| Pentachlorobiphenyl | 25429-29-2 | $C_{12}H_5Cl_5$ | 46 | 82–127 | 326.44 | 54.30 | $2.6.10^{-3}$ | 76.5–124 | 381 |
| Hexachlorobiphenyl | 26601-64-9 | $C_{12}H_4Cl_6$ | 42 | 128–169 | 360.88 | 58.93 | $5.8.10^{-4}$ | 77–200 | 400 |
| Heptachlorobiphenyl | 28655-71-2 | $C_{12}H_3Cl_7$ | 24 | 170–193 | 395.33 | 62.77 | $1.3.10^{-4}$ | 83–149 | 417 |
| Octachlorobiphenyl | 55722-26-4 | $C_{12}H_2Cl_8$ | 12 | 194–205 | 429.77 | 65.98 | $2.8.10^{-5}$ | 159–162 | 432 |
| Nonachlorobiphenyl | 53742-07-7 | $C_{12}HCl_9$ | 3 | 206–208 | 464.22 | 68.73 | $6.3.10^{-6}$ | 182.8–206 | 445 |
| Decachlorobiphenyl | 2051-24-3 | $C_{12}Cl_{10}$ | 1 | 209 | 498.66 | 71.10 | $1.4.10^{-6}$ | 305.9 | 456 |

[a] Mean value for liquid.
[b] Values are approximations of the range across the isomers.
[c] Average value of all isomers in the group.
[The Working Group noted that the CAS No. for octachlorobiphenyl homologue group differs between ATSDR (2000) and Lindell (2012).]
BZ, Ballschmiter and Zell; CAS, Chemical Abstracts Service
From Shiu & Mackay (1986), ATSDR (2000), Erickson (2001), and Lindell (2012)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 207

**Fig. 1.2 Tridimensional chemical structures of selected PCBs**



Upper panel: Spatial configuration of two dioxin-like PCBs: PCB-77 (3,3',4,4'-tetrachlorobiphenyl), a non-*ortho* congener (left), and PCB-105 (2,3,3',4,4'-pentachlorobiphenyl), a mono-*ortho* congener (right)
Lower panel: Spatial configuration of two di-*ortho* PCBs: PCB-153 (2,2',4,4',5,5'-hexachlorobiphenyl; left) and PCB-180 (2,2',3,4,4',5,5'-heptachlorobiphenyl; right)
Courtesy of Professor B. LeBizec

PCB-189, have been assigned toxicity equivalency factors (TEFs, assigned by WHO in 1998 and revised in 2005) (Van den Berg *et al.*, 2006). [The Working Group stressed that the activities of these PCB congeners are not solely dioxin-like.]

Depending on the context of the study or investigation, specific congeners may be monitored. For instance, the Stockholm Convention on Persistent Organic Pollutants (POPS) recommends measurement of six indicator PCBs (PCB-28, PCB-52, PCB-101, PCB-138, PCB-153, and PCB-180) to characterize contamination by PCBs. These congeners were chosen because they are found at higher concentrations in the environment, in food, or in human fluids/tissues. Depending on country and context, different lists of varying numbers of congeners may be used, e.g. 36 congeners for the Centers for Disease Control and Prevention, USA, or only PCB-138, PCB-153, and PCB-180 most frequently in epidemiological studies with human blood (see Section 2).

Of the 209 PCB congeners, 78 display axial chirality. Only 19 of these congeners, those with three or more chlorine atoms in the *ortho* position, exist as two mirror-image atropisomers, i.e. two chiral atropisomers (Lehmler & Robertson,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 208

**Table 1.3 Relationship between BZ number, CAS number, IUPAC name,[a] congener descriptor, and log $K_{ow}$ for individual PCBs**

| BZ No. | IUPAC name | CAS No. | Descriptor[b] | Log $K_{ow}$ | Vapour pressure (atm at 25 °C)[c] |
|---|---|---|---|---|---|
| 1 | 2-CB | 2051-60-7 | CP1 | 4.46 | |
| 2 | 3-CB | 2051-61-8 | CP0 | 4.69 | |
| 3 | 4-CB | 2051-62-9 | CP0 | 4.69 | |
| 4 | 2,2′-DiCB | 13029-08-8 | | 4.65 | $1.5$ to $4.2 \times 10^{-6}$ |
| 5 | 2,3-DiCB | 16605-91-7 | CP1 | 4.97 | |
| 6 | 2,3′-DiCB | 25569-80-6 | CP1 | 5.06 | |
| 7 | 2,4-DiCB | 33284-50-3 | CP1 | 5.07 | $9.9 \times 10^{-7}$ to $2.1 \times 10^{-6}$ |
| 8 | 2,4′-DiCB | 34883-43-7 | CP1 | 5.07 | |
| 9 | 2,5-DiCB | 34883-39-1 | CP1 | 5.06 | $2.0$ to $2.3 \times 10^{-6}$ |
| 10 | 2,6-DiCB | 33146-45-1 | | 4.84 | |
| 11 | 3,3′-DiCB | 2050-67-1 | CP0, 2M | 5.28 | $4.1$ to $9.1 \times 10^{-7}$ |
| 12 | 3,4-DiCB | 2974-92-7 | CP0 | 5.22 | $1.3 \times 10^{-8}$ to $7.8 \times 10^{-7}$ |
| 13 | 3,4′-DiCB | 2974-90-5 | CP0 | 5.29 | |
| 14 | 3,5-DiCB | 34883-41-5 | CP0, 2M | 5.28 | |
| 15 | 4,4′-DiCB | 2050-68-2 | CP0, PP | 5.30 | $5.0$ to $7.4 \times 10^{-7}$ |
| 16 | 2,2′,3-TriCB | 38444-78-9 | | 5.16 | |
| 17 | 2,2′,4-TriCB | 37680-66-3 | | 5.25 | |
| 18 | 2,2′,5-TriCB | 37680-65-2 | | 5.24 | $3.5 \times 10^{-7}$ to $1.2 \times 10^{-6}$ |
| 19 | 2,2′,6-TriCB | 38444-73-4 | | 5.02 | |
| 20 | 2,3,3′-TriCB | 38444-84-7 | CP1, 2M | 5.57 | |
| 21 | 2,3,4-TriCB | 55702-46-0 | CP1 | 5.51 | |
| 22 | 2,3,4′-TriCB | 38444-85-8 | CP1 | 5.58 | |
| 23 | 2,3,5-TriCB | 55720-44-0 | CP1, 2M | 5.57 | |
| 24 | 2,3,6-TriCB | 55702-45-9 | | 5.35 | |
| 25 | 2,3′,4-TriCB | 55712-37-3 | CP1 | 5.67 | |
| 26 | 2,3′,5-TriCB | 38444-81-4 | CP1, 2M | 5.66 | $1.8$ to $4.5 \times 10^{-7}$ |
| 27 | 2,3′,6-TriCB | 38444-76-7 | | 5.44 | |
| 28 | 2,4,4′-TriCB | 7012-37-5 | CP1, PP | 5.67 | $1.5$ to $3.3 \times 10^{-7}$ |
| 29 | 2,4,5-TriCB | 15862-07-4 | CP1 | 5.60 | |
| 30 | 2,4,6-TriCB | 35693-92-6 | | 5.44 | $9.3 \times 10^{-7}$ to $1.5 \times 10^{-6}$ |
| 31 | 2,4′,5-TriCB | 16606-02-3 | CP1 | 5.67 | |
| 32 | 2,4′,6-TriCB | 38444-77-8 | | 5.44 | |
| 33 | 2,3′,4′-TriCB | 38444-86-9 | CP1 | 5.60 | |
| 34 | 2,3′,5′-TriCB | 37680-68-5 | CP1, 2M | 5.66 | |
| 35 | 3,3′,4-TriCB | 37680-69-6 | CP0, 2M | 5.82 | |
| 36 | 3,3′,5-TriCB | 38444-87-0 | CP0, 2M | 5.88 | |
| 37 | 3,4,4′-TriCB | 38444-90-5 | CP0, PP | 5.83 | |
| 38 | 3,4,5-TriCB | 53555-66-1 | CP0, 2M | 5.76 | |
| 39 | 3,4′,5-TriCB | 38444-88-1 | CP0, 2M | 5.89 | |
| 40 | 2,2′,3,3′-TetraCB | 38444-93-8 | 4CL, 2M | 5.66 | $4.5 \times 10^{-8}$ to $1.1 \times 10^{-7}$ |
| 41 | 2,2′,3,4-TetraCB | 52663-59-9 | 4CL | 5.69 | |
| 42 | 2,2′,3,4′-TetraCB | 36559-22-5 | 4CL | 5.76 | |
| 43 | 2,2′,3,5-TetraCB | 70362-46-8 | 4CL, 2M | 5.75 | |
| 44 | 2,2′,3,5′-TetraCB | 41464-39-5 | 4CL, 2M | 5.75 | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 209

Polychlorinated biphenyls

## Table 1.3  (continued)

| BZ No. | IUPAC name | CAS No. | Descriptor[b] | Log $K_{ow}$ | Vapour pressure (atm at 25 °C)[c] |
|--------|------------|---------|---------------|--------------|-----------------------------------|
| 45 | 2,2′,3,6-TetraCB | 70362-45-7 | 4CL | 5.53 | |
| 46 | 2,2′,3,6′-TetraCB | 41464-47-5 | 4CL | 5.53 | |
| 47 | 2,2′,4,4′-TetraCB | 2437-79-8 | 4CL, PP | 5.85 | |
| 48 | 2,2′,4,5-TetraCB | 70362-47-9 | 4CL | 5.78 | |
| 49 | 2,2′,4,5′-TetraCB | 41464-40-8 | 4CL | 5.85 | |
| 50 | 2,2′,4,6-TetraCB | 62796-65-0 | 4CL | 5.63 | |
| 51 | 2,2′,4,6′-TetraCB | 68194-04-7 | 4CL | 5.63 | |
| 52 | 2,2′,5,5′-TetraCB | 35693-99-3 | 4CL, 2M | 5.84 | 1.8 to 8.9 × $10^{-7}$ |
| 53 | 2,2′,5,6′-TetraCB | 41464-41-9 | 4CL | 5.62 | 1.1 to 4.0 × $10^{-7}$ |
| 54 | 2,2′,6,6′-TetraCB | 15968-05-5 | 4CL | 5.21 | 1.2 × $10^{-6}$ to 6.5 × $10^{-7}$ |
| 55 | 2,3,3′,4-TetraCB | 74338-24-2 | CP1, 4CL, 2M | 6.11 | |
| 56 | 2,3,3′,4′-TetraCB | 41464-43-1 | CP1, 4CL, 2M | 6.11 | |
| 57 | 2,3,3′,5-TetraCB | 70424-67-8 | CP1, 4CL, 2M | 6.17 | |
| 58 | 2,3,3′,5′-TetraCB | 41464-49-7 | CP1, 4CL, 2M | 6.17 | |
| 59 | 2,3,3′,6-TetraCB | 74472-33-6 | 4CL, 2M | 5.95 | |
| 60 | 2,3,4,4′-TetraCB | 33025-41-1 | CP1, 4CL, PP | 6.11 | |
| 61 | 2,3,4,5-TetraCB | 33284-53-6 | CP1, 4CL, 2M | 6.04 | |
| 62 | 2,3,4,6-TetraCB | 54230-22-7 | 4CL | 5.89 | |
| 63 | 2,3,4′,5-TetraCB | 74472-34-7 | CP1, 4CL, 2M | 6.17 | |
| 64 | 2,3,4′,6-TetraCB | 52663-58-8 | 4CL | 5.95 | |
| 65 | 2,3,5,6-TetraCB | 33284-54-7 | 4CL, 2M | 5.86 | |
| 66 | 2,3′,4,4′-TetraCB | 32598-10-0 | CP1, 4CL, PP | 6.20 | |
| 67 | 2,3′,4,5-TetraCB | 73575-53-8 | CP1, 4CL, 2M | 6.20 | |
| 68 | 2,3′,4,5′-TetraCB | 73575-52-7 | CP1, 4CL, 2M | 6.26 | |
| 69 | 2,3′,4,6-TetraCB | 60233-24-1 | 4CL | 6.04 | |
| 70 | 2,3′,4′,5-TetraCB | 32598-11-1 | CP1, 4CL, 2M | 6.20 | |
| 71 | 2,3′,4′,6-TetraCB | 41464-46-4 | 4CL | 5.98 | |
| 72 | 2,3′,5,5′-TetraCB | 41464-42-0 | CP1, 4CL, 2M | 6.26 | |
| 73 | 2,3′,5′,6-TetraCB | 74338-23-1 | 4CL, 2M | 6.04 | |
| 74 | 2,4,4′,5-TetraCB | 32690-93-0 | CP1, 4CL, PP | 6.20 | |
| 75 | 2,4,4′,6-TetraCB | 32598-12-2 | 4CL, PP | 6.05 | |
| 76 | 2,3′,4′,5′-TetraCB | 70362-48-0 | CP1, 4CL, 2M | 6.13 | |
| 77 | 3,3′,4,4′-TetraCB | 32598-13-3 | **CP0, 4CL, PP, 2M** | 6.36 | 5.2 × $10^{-9}$ to 2.1 × $10^{-8}$ |
| 78 | 3,3′,4,5-TetraCB | 70362-49-1 | CP0, 4CL, 2M | 6.35 | |
| 79 | 3,3′,4,5′-TetraCB | 41464-48-6 | CP0, 4CL, 2M | 6.42 | |
| 80 | 3,3′,5,5′-TetraCB | 33284-52-5 | CP0, 4CL, 2M | 6.48 | |
| 81 | 3,4,4′,5-TetraCB | 70362-50-4 | **CP0, 4CL, PP, 2M** | 6.36 | |
| 82 | 2,2′,3,3′,4-PentaCB | 52663-62-4 | 4CL, 2M | 6.20 | |
| 83 | 2,2′,3,3′,5-PentaCB | 60145-20-2 | 4CL, 2M | 6.26 | |
| 84 | 2,2′,3,3′,6-PentaCB | 52663-60-2 | 4CL, 2M | 6.04 | |
| 85 | 2,2′,3,4,4′-PentaCB | 65510-45-4 | 4CL, PP | 6.30 | |
| 86 | 2,2′,3,4,5-PentaCB | 55312-69-1 | 4CL, 2M | 6.23 | |
| 87 | 2,2′,3,4,5′-PentaCB | 38380-02-8 | 4CL, 2M | 6.29 | |
| 88 | 2,2′,3,4,6-PentaCB | 55215-17-3 | 4CL | 6.07 | |
| 89 | 2,2′,3,4,6′-PentaCB | 73575-57-2 | 4CL | 6.07 | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 210

IARC MONOGRAPHS – 107

## Table 1.3 (continued)

| BZ No. | IUPAC name | CAS No. | Descriptor[b] | Log $K_{ow}$ | Vapour pressure (atm at 25 °C)[c] |
|---|---|---|---|---|---|
| 90 | 2,2′,3,4′,5-PentaCB | 68194-07-0 | 4CL, 2M | 6.36 | |
| 91 | 2,2′,3,4′,6-PentaCB | 68194-05-8 | 4CL | 6.13 | |
| 92 | 2,2′,3,5,5′-PentaCB | 52663-61-3 | 4CL, 2M | 6.35 | |
| 93 | 2,2′,3,5,6-PentaCB | 73575-56-1 | 4CL, 2M | 6.04 | |
| 94 | 2,2′,3,5,6′-PentaCB | 73575-55-0 | 4CL, 2M | 6.13 | |
| 95 | 2,2′,3,5′,6-PentaCB | 38379-99-6 | 4CL, 2M | 6.13 | |
| 96 | 2,2′,3,6,6′-PentaCB | 73575-54-9 | 4CL | 5.71 | |
| 97 | 2,2′,3,4′,5′-PentaCB | 41464-51-1 | 4CL, 2M | 6.29 | |
| 98 | 2,2′,3,4,6′-PentaCB | 60233-25-2 | 4CL | 6.13 | |
| 99 | 2,2′,4,4′,5-PentaCB | 38380-01-7 | 4CL, PP | 6.39 | |
| 100 | 2,2′,4,4′,6-PentaCB | 39485-83-1 | 4CL, PP | 6.23 | |
| 101 | 2,2′,4,5,5′-PentaCB | 37680-73-2 | 4CL, 2M | 6.38 | 1.4 to $3.5 \times 10^{-8}$ |
| 102 | 2,2′,4,5,6′-PentaCB | 68194-06-9 | 4CL | 6.16 | |
| 103 | 2,2′,4,5′,6-PentaCB | 60145-21-3 | 4CL | 6.22 | |
| 104 | 2,2′,4,6,6′-PentaCB | 56558-16-8 | 4CL | 5.81 | $4.3 \times 10^{-8}$ to $1.7 \times 10^{-7}$ |
| **105** | 2,3,3′,4,4′-PentaCB | 32598-14-4 | **CP1, 4CL, PP, 2M** | **6.65** | $8.6 \times 10^{-9}$ |
| 106 | 2,3,3′,4,5-PentaCB | 70424-69-0 | CP1, 4CL, 2M | 6.64 | |
| 107 | 2,3,3′,4′,5-PentaCB | 70424-68-9 | CP1, 4CL, 2M | 6.71 | |
| 108 | 2,3,3′,4,6-PentaCB | 70362-41-3 | 4CL, 2M | 6.72 | |
| 109 | 2,3,3′,4′,5-PentaCB | 74472-35-8 | CP1, 4CL, 2M | 6.48 | |
| 110 | 2,3,3′,4′,6-PentaCB | 38380-03-9 | 4CL, 2M | 6.48 | |
| 111 | 2,3,3′,5,5′-PentaCB | 39635-32-0 | CP1, 4CL, 2M | 6.76 | |
| 112 | 2,3,3′,5,6-PentaCB | 74472-36-9 | 4CL, 2M | 6.45 | |
| 113 | 2,3,3′,5′,6-PentaCB | 68194-10-5 | 4CL, 2M | 6.54 | |
| **114** | 2,3,4,4′,5-PentaCB | 74472-37-0 | **CP1, 4CL, PP, 2M** | **6.65** | |
| 115 | 2,3,4,4′,6-PentaCB | 74472-38-1 | 4CL, PP | 6.49 | |
| 116 | 2,3,4,5,6-PentaCB | 18259-05-7 | 4CL, 2M | 6.33 | |
| 117 | 2,3,4′,5,6-PentaCB | 68194-11-6 | 4CL, 2M | 6.46 | |
| **118** | 2,3′,4,4′,5-PentaCB | 31508-00-6 | **CP1, 4CL, PP, 2M** | **6.74** | $1.2 \times 10^{-8}$ |
| 119 | 2,3′,4,4′,6-PentaCB | 56558-17-9 | 4CL, PP | 6.58 | |
| 120 | 2,3′,4,5,5′-PentaCB | 68194-12-7 | CP1, 4CL, 2M | 6.79 | |
| 121 | 2,3′,4,5′,6-PentaCB | 56558-18-0 | 4CL, 2M | 6.64 | |
| 122 | 2,3,3′,4′,5′-PentaCB | 76842-07-4 | CP1, 4CL, 2M | 6.64 | |
| **123** | 2,3′,4,4′,5′-PentaCB | 65510-44-3 | **CP1, 4CL, PP, 2M** | **6.74** | |
| 124 | 2,3′,4′,5,5′-PentaCB | 70424-70-3 | CP1, 4CL, 2M | 6.73 | |
| 125 | 2,3′,4′,5′,6-PentaCB | 74472-39-2 | 4CL, 2M | 6.51 | |
| **126** | 3,3′,4,4′,5-PentaCB | 57465-28-8 | **CP0, 4CL, PP, 2M** | **6.89** | |
| 127 | 3,3′,4,5,5′-PentaCB | 39635-33-1 | CP0, 4CL, 2M | 6.95 | |
| 128 | 2,2′,3,3′,4,4′-HexaCB | 38380-07-3 | 4CL, PP, 2M | 6.74 | 1.0 to $3.6 \times 10^{-9}$ |
| 129 | 2,2′,3,3′,4,5-HexaCB | 55215-18-4 | 4CL, 2M | 6.73 | |
| 130 | 2,2′,3,3′,4,5′-HexaCB | 52663-66-8 | 4CL, 2M | 6.80 | |
| 131 | 2,2′,3,3′,4,6-HexaCB | 61798-70-7 | 4CL, 2M | 6.58 | |
| 132 | 2,2′,3,3′,4,6′-HexaCB | 38380-05-1 | 4CL, 2M | 6.58 | |
| 133 | 2,2′,3,3′,5,5′-HexaCB | 35694-04-3 | 4CL, 2M | 6.86 | |
| 134 | 2,2′,3,3′,5,6-HexaCB | 52704-70-8 | 4CL, 2M | 6.55 | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 211

## Table 1.3  (continued)

| BZ No. | IUPAC name | CAS No. | Descriptor[b] | Log $K_{ow}$ | Vapour pressure (atm at 25 °C)[c] |
|---|---|---|---|---|---|
| 135 | 2,2′,3,3′,5,6′-HexaCB | 52744-13-5 | 4CL, 2M | 6.64 | |
| 136 | 2,2′,3,3′,6,6′-HexaCB | 38411-22-2 | 4CL, 2M | 6.22 | |
| 137 | 2,2′3,4,4′,5-HexaCB | 35694-06-5 | 4CL, PP, 2M | 6.83 | |
| 138 | 2,2′,3,4,4′,5′-HexaCB | 35065-28-2 | 4CL, PP, 2M | 6.83 | $5.2 \times 10^{-9}$ |
| 139 | 2,2′,3,4,4′,6-HexaCB | 56030-56-9 | 4CL, PP | 6.67 | |
| 140 | 2,2′,3,4,4′,6′-HexaCB | 59291-64-4 | 4CL, PP | 6.67 | |
| 141 | 2,2′,3,4,5,5′-HexaCB | 52712-04-6 | 4CL, 2M | 6.82 | |
| 142 | 2,2′,3,4,5,6-HexaCB | 41411-61-4 | 4CL, 2M | 6.51 | |
| 143 | 2,2′,3,4,5,6′-HexaCB | 68194-15-0 | 4CL, 2M | 6.60 | |
| 144 | 2,2′,3,4,5′,6-HexaCB | 68194-14-9 | 4CL, 2M | 6.67 | |
| 145 | 2,2′,3,4,6,6′-HexaCB | 74472-40-5 | 4CL | 6.25 | |
| 146 | 2,2′,3,4′,5,5′-HexaCB | 51908-16-8 | 4CL, 2M | 6.89 | |
| 147 | 2,2′,3,4′,5,6-HexaCB | 68194-13-8 | 4CL, 2M | 6.64 | |
| 148 | 2,2′,3,4′,5,6′-HexaCB | 74472-41-6 | 4CL, 2M | 6.73 | |
| 149 | 2,2′,3,4′,5′,6-HexaCB | 38380-04-0 | 4CL, 2M | 6.67 | |
| 150 | 2,2′,3,4′,6,6′-HexaCB | 68194-08-1 | 4CL | 6.32 | |
| 151 | 2,2′,3,5,5′,6-HexaCB | 52663-63-5 | 4CL, 2M | 6.64 | |
| 152 | 2,2′,3,5,6,6′-HexaCB | 68194-09-2 | 4CL, 2M | 6.22 | |
| 153 | 2,2′,4,4′,5,5′-HexaCB | 35065-27-1 | 4CL, PP, 2M | 6.92 | $1.9 \times 10^{-9}$ to $6.9 \times 10^{-8}$ |
| 154 | 2,2′,4,4′,5,6′-HexaCB | 60145-22-4 | 4CL, PP | 6.76 | |
| 155 | 2,2′,4,4′,6,6′-HexaCB | 33979-03-2 | 4CL, PP | 6.41 | $3.5 \times 10^{-9}$ to $4.4 \times 10^{-8}$ |
| **156** | 2,3,3′,4,4′,5-HexaCB | 38380-08-4 | **CP1, 4CL, PP, 2M** | **7.18** | $2.1 \times 10^{-9}$ |
| **157** | 2,3,3′,4,4′,5′-HexaCB | 69782-90-7 | **CP1, 4CL, PP, 2M** | **7.18** | |
| 158 | 2,3,3′,4,4′,6-HexaCB | 74472-42-7 | 4CL, PP, 2M | 7.02 | |
| 159 | 2,3,3′,4,5,5′-HexaCB | 39635-35-3 | CP1, 4CL, 2M | 7.24 | |
| 160 | 2,3,3′,4,5,6-HexaCB | 41411-62-5 | 4CL, 2M | 6.93 | |
| 161 | 2,3,3′,4,5′,6-HexaCB | 74472-43-8 | 4CL, 2M | 7.08 | |
| 162 | 2,3,3′,4′,5,5′-HexaCB | 39635-34-2 | CP1, 4CL, 2M | 7.24 | |
| 163 | 2,3,3′,4′,5,6-HexaCB | 74472-44-9 | 4CL, 2M | 6.99 | $7.9 \times 10^{-10}$ |
| 164 | 2,3,3′,4′,5′,6-HexaCB | 74472-45-0 | 4CL, 2M | 7.02 | |
| 165 | 2,3,3′,5,5′,6-HexaCB | 74472-46-1 | 4CL, 2M | 7.05 | |
| 166 | 2,3,4,4′,5,6-HexaCB | 41411-63-6 | 4CL, PP, 2M | 6.93 | |
| **167** | 2,3′,4,4′,5,5′-HexaCB | 52663-72-6 | **CP1, 4CL, PP, 2M** | **7.27** | |
| 168 | 2,3′,4,4′,5′,6-HexaCB | 59291-65-5 | 4CL, PP, 2M | 7.11 | |
| **169** | 3,3′,4,4′,5,5′-HexaCB | 32774-16-6 | **CP0, 4CL, PP, 2M** | **7.42** | $7.9 \times 10^{-10}$ |
| 170 | 2,2′,3,3′,4,4′,5-HeptaCB | 35065-30-6 | 4CL, PP, 2M | 7.27 | |
| 171 | 2,2′,3,3′,4,4′,6-HeptaCB | 52663-71-5 | 4CL, PP, 2M | 7.11 | |
| 172 | 2,2′,3,3′,4,5,5′-HeptaCB | 52663-74-8 | 4CL, 2M | 7.33 | |
| 173 | 2,2′,3,3′,4,5,6-HeptaCB | 68194-16-1 | 4CL, 2M | 7.02 | |
| 174 | 2,2′,3,3′,4,5,6′-HeptaCB | 38411-25-5 | 4CL, 2M | 7.11 | |
| 175 | 2,2′,3,3′,4,5′,6-HeptaCB | 40186-70-7 | 4CL, 2M | 7.17 | |
| 176 | 2,2′,3,3′,4,6,6′-HeptaCB | 52663-65-7 | 4CL, 2M | 6.76 | |
| 177 | 2,2′,3,3′,4,5′,6′-HeptaCB | 52663-70-4 | 4CL, 2M | 7.08 | |
| 178 | 2,2′,3,3′,5,5′,6-HeptaCB | 52663-67-9 | 4CL, 2M | 7.14 | |
| 179 | 2,2′,3,3′,5,6,6′-HeptaCB | 52663-64-6 | 4CL, 2M | 6.73 | |

49

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 212

IARC MONOGRAPHS – 107

## Table 1.3  (continued)

| BZ No. | IUPAC name | CAS No. | Descriptor[b] | Log $K_{ow}$ | Vapour pressure (atm at 25 °C)[c] |
|---|---|---|---|---|---|
| 180 | 2,2′,3,4,4′,5,5′-HeptaCB | 35065-29-3 | 4CL, PP, 2M | 7.36 | $1.3 \times 10^{-9}$ |
| 181 | 2,2′,3,4,4′,5,6-HeptaCB | 74472-47-2 | 4CL, PP, 2M | 7.11 | |
| 182 | 2,2′,3,4,4′,5,6′-HeptaCB | 60145-23-5 | 4CL, PP, 2M | 7.20 | |
| 183 | 2,2′,3,4,4′,5′,6-HeptaCB | 52663-69-1 | 4CL, PP, 2M | 7.20 | |
| 184 | 2,2′,3,4,4′,6,6′-HeptaCB | 74472-48-3 | 4CL, PP | 6.85 | |
| 185 | 2,2′,3,4,5,5′,6-HeptaCB | 52712-05-7 | 4CL, 2M | 7.11 | |
| 186 | 2,2′,3,4,5,6,6′-HeptaCB | 74472-49-4 | 4CL, 2M | 6.69 | |
| 187 | 2,2′,3,4′,5,5′,6-HeptaCB | 52663-68-0 | 4CL, 2M | 7.17 | |
| 188 | 2,2′,3,4′,5,6,6′-HeptaCB | 74487-85-7 | 4CL, 2M | 6.82 | |
| **189** | **2,3,3′,4,4′,5,5′-HeptaCB** | **39635-31-9** | **CP1, 4CL, PP, 2M** | **7.71** | |
| 190 | 2,3,3′,4,4′,5,6-HeptaCB | 41411-64-7 | 4CL, PP, 2M | 7.46 | |
| 191 | 2,3,3′,4,4′,5′,6-HeptaCB | 74472-50-7 | 4CL, PP, 2M | 7.55 | |
| 192 | 2,3,3′,4,5,5′,6-HeptaCB | 74472-51-8 | 4CL, 2M | 7.52 | |
| 193 | 2,3,3′,4′,5,5′,6-HeptaCB | 69782-91-8 | 4CL, 2M | 7.52 | |
| 194 | 2,2′,3,3′,4,4′,5,5′-OctaCB | 35694-08-7 | 4CL, PP, 2M | 7.80 | |
| 195 | 2,2′,3,3′,4,4′,5,6-OctaCB | 52663-78-2 | 4CL, PP, 2M | 7.56 | |
| 196 | 2,2′,3,3′,4,4′,5,6′-OctaCB | 42740-50-1 | 4CL, PP, 2M | 7.65 | |
| 197 | 2,2′,3,3′,4,4′,6,6′-OctaCB | 33091-17-7 | 4CL, PP, 2M | 7.30 | |
| 198 | 2,2′,3,3′,4,5,5′,6-OctaCB | 68194-17-2 | 4CL, 2M | 7.62 | |
| 199 | 2,2′,3,3′,4,5,5′,6′-OctaCB | 52663-75-9 | 4CL, 2M | 7.62 | |
| 200 | 2,2′,3,3′,4,5,6,6′-OctaCB | 52663-73-7 | 4CL, 2M | 7.20 | |
| 201 | 2,2′,3,3′,4,5′,6,6′-OctaCB | 40186-71-8 | 4CL, 2M | 7.27 | |
| 202 | 2,2′,3,3′,5,5′,6,6′-OctaCB | 2136-99-4 | 4CL, 2M | 7.24 | |
| 203 | 2,2′,3,4,4′,5,5′,6-OctaCB | 52663-76-0 | 4CL, PP, 2M | 7.65 | |
| 204 | 2,2′,3,4,4′,5,6,6′-OctaCB | 74472-52-9 | 4CL, PP, 2M | 7.30 | |
| 205 | 2,3,3′,4,4′,5,5′,6-OctaCB | 74472-53-0 | 4CL, PP, 2M | 8.00 | |
| 206 | 2,2′,3,3′,4,4′,5,5′,6-NonaCB | 40186-72-9 | 4CL, PP, 2M | 8.09 | |
| 207 | 2,2′,3,3′,4,4′,5,6,6′-NonaCB | 52663-79-3 | 4CL, PP, 2M | 7.74 | |
| 208 | 2,2′,3,3′,4,5,5′,6,6′-NonaCB | 52663-77-1 | 4CL, 2M | 7.71 | |
| 209 | 2,2′,3,3′,4,4′,5,5′,6,6′-DecaCB | 2051-24-3 | 4CL, PP, 2M | 8.18 | |

[a]  The nomenclature in this table adheres to the IUPAC rules and thus primed and unprimed numbers may be interchanged compared with Table 1.1. Please see text for more details.

[b]  Congener descriptors (CP0, CP1, 4CL, PP, 2M) have been given where relevant; they give rapid access to geometry and substituent positions. 68 coplanar congeners fall into one of two groups CP0 or CP1.

The first group of 20 congeners consists of those without chlorine substitution at any of the "ortho" positions on the biphenyl backbone and are referred to as CP0 or non-"ortho" congeners. The second group of 48 congeners includes those with chlorine substitution at only one of the "ortho" positions and are referred to as CP1 or mono-"ortho" congeners. 175 congeners have a total of four or more chlorine substituents, regardless of position (4Cl). 54 congeners have both "para" positions chlorinated (PP). 146 congeners have two or more of the "meta" positions chlorinated (2M). The twelve congeners that have all four of the congener descriptors are referred to as being "dioxin-like," and are indicated in bold type.

In ATSDR (2000), PCB-63 was mistakenly attributed the CAS number of a pentachlorobiphenyl; for Henry's law constants, vapour pressure and solubility of most individual congeners, the reader is referred to Dunnivant & Elzerman (1988) and references within.

[c]  Vapour pressures have been indicated for a selection of individual congeners.

BZ, Ballschmiter and Zell; CAS, Chemical Abstracts Service; CB, chlorinated biphenyl; IUPAC, International Union of Pure and Applied Chemistry

From Dunnivant & Elzerman (1988), ATSDR (2000), Mills et al. (2007), and Lindell (2012)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 213

**Table 1.4 The 12 dioxin-like PCBs, with corresponding CAS number, IUPAC name, and individual WHO₁₉₉₈-TEF and WHO₂₀₀₅-TEF values**

| PCB | IUPAC name | CAS No. | WHO$_{1998}$-TEF | WHO$_{2005}$-TEF |
|---|---|---|---|---|
| PCB-77 | 3,3′,4,4′-TetraCB | 32598-13-3 | 0.0001 | 0.0001 |
| PCB-81 | 3,4,4′,5-TetraCB | 70362-50-4 | 0.0001 | 0.0003 |
| PCB-105 | 2,3,3′,4,4′-PentaCB | 32598-14-4 | 0.0001 | 0.00003 |
| PCB-114 | 2,3,4,4′,5-PentaCB | 74472-37-0 | 0.0005 | 0.00003 |
| PCB-118 | 2,3′,4,4′,5-PentaCB | 31508-00-6 | 0.0001 | 0.00003 |
| PCB-123 | 2′,3,4,4′,5-PentaCB | 65510-44-3 | 0.0001 | 0.00003 |
| PCB-126 | 3,3′,4,4′,5-PentaCB | 57465-28-8 | 0.1 | 0.1 |
| PCB-156 | 2,3,3′,4,4′,5-HexaCB | 38380-08-4 | 0.0005 | 0.00003 |
| PCB-157 | 2,3,3′,4,4′,5′-HexaCB | 69782-90-7 | 0.0005 | 0.00003 |
| PCB-167 | 2,3′,4,4′,5,5′-HexaCB | 52663-72-6 | 0.00001 | 0.00003 |
| PCB-169 | 3,3′,4,4′,5,5′-HexaCB | 32774-16-6 | 0.01 | 0.03 |
| PCB-189 | 2,3,3′,4,4′,5,5′-HeptaCB | 39635-31-9 | 0.0001 | 0.00003 |

CAS, Chemical Abstracts Service; CB, chlorinated biphenyl; IUPAC, International Union of Pure and Applied Chemistry; PCB, polychlorinated biphenyl; TEF, toxicity equivalency factor
From Van den Berg et al. (1998, 2006)

2001; Kania-Korwel & Lehmler, 2013). The IUPAC nomenclature and BZ number for the 19 atropisomeric PCBs are listed in Table 1.5. They are stereoisomers resulting from hindered rotation around single bonds where the steric-strain barrier to rotation is high enough to allow for the isolation of the enantiomers (Haglund & Wiberg, 1996; Harju & Haglund, 1999). Both atropisomers have the same chemical and physical behaviour, except for optical rotation (Lehmler et al., 2010). They are stable at 25 °C, but at elevated temperatures it is necessary to separate the enantiomers via high-resolution chiral gas chromatography (GC) (Schurig & Reich, 1998; Harju & Haglund, 1999).

### 1.1.2 Chemical and physical properties of PCBs

Pure single PCB congeners are mostly colourless or slightly yellowish, often odourless, crystalline compounds. Commercial products, however, are viscous liquid mixtures of these compounds, with viscosity increasing with degree of chlorination, and colour ranging from light yellow to a dark colour. For example,

Aroclor 1242 is a "mobile liquid" and Aroclor 1260 is a "sticky resin" (Erickson, 2001). These products do not crystallize at low temperatures, but turn into solid resins. An important property of PCBs is their general inertness; they resist acids, alkalis and oxidants and are fire-resistant because of their high flash-points (IPCS, 2003). However, under certain conditions, they may be destroyed by chemical, thermal and biochemical processes. PCBs show excellent dielectric (insulating) properties. This has made them useful in a wide variety of applications, including as dielectric fluids in transformers and capacitors, heat-transfer fluids, and lubricants.

The physical properties of PCBs are important in understanding their analytical, physiological, and environmental properties. However, the interactions of the various physical properties can be extremely complex (Erickson, 2001). Chemical and physical properties such as solubility, vapour pressure, and Henry's law constant have been reported for individual congeners (Shiu & Mackay, 1986; Murphy et al., 1987; Sabljić & Güsten, 1989; Dunnivant et al., 1992; Falconer & Bidleman, 1994). Data for homologue groups and for a selection of PCBs are presented in Table 1.2,

51

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 214

**Table 1.5 PCB congeners that exist as chiral atropisomers**

| PCB | IUPAC name |
|---|---|
| PCB-45 | 2,2′,3,6-TetraCB |
| PCB-84 | 2,2′,3,3′,6-PentaCB |
| PCB-88 | 2,2′,3,4,6-PentaCB |
| PCB-91 | 2,2′,3,4′,6-PentaCB |
| PCB-95 | 2,2′,3,5′,6-PentaCB |
| PCB-131 | 2,2′,3,3′,4,6-HexaCB |
| PCB-132 | 2,2′,3,3′,4,6′-HexaCB |
| PCB-135 | 2,2′,3,3′,5,6′-HexaCB |
| PCB-136 | 2,2′,3,3′,6,6′-HexaCB |
| PCB-139 | 2,2′,3,4,4′,6-HexaCB |
| PCB-144 | 2,2′,3,4,5′,6-HexaCB |
| PCB-149 | 2,2′,3,4′,5′,6-HexaCB |
| PCB-171 | 2,2′,3,3′,4,4′,6-HeptaCB |
| PCB-174 | 2,2′,3,3′,4,5,6′-HeptaCB |
| PCB-175 | 2,2′,3,3′,4,5′,6-HeptaCB |
| PCB-176 | 2,2′,3,3′,4,6,6′-HeptaCB |
| PCB-183 | 2,2′,3,4,4′,5′,6-HeptaCB |
| PCB-196 | 2,2′,3,3′,4,4′,5,6′-OctaCB |
| PCB-197 | 2,2′,3,3′,4,4′,6,6′-OctaCB |

CB, chlorinated biphenyl; IUPAC, International Union of Pure and Applied Chemistry; PCB, polychlorinated biphenyl

Table 1.3, and Table 1.6. Melting points range from 25 °C (PCB-2, PCB-7 and PCB-9) to 306 °C (PCB-209). Boiling points increase from low (monochlorobiphenyl, 285 °C) to highly (decachlorobiphenyl, 456 °C) chlorinated congeners (Hutzinger et al., 1974; Shiu & Mackay, 1986).

The solubility of PCBs in water is extremely low, ranging from an average of 0.0012 to 4830 µg/L for the chlorobiphenyl congeners that occur commonly. The high solubility of the ortho-chlorinated congeners (4.8 mg/L for PCB-1) may be due to hydrogen bonding associated with the more polar character of these molecules. Solubility decreases rapidly in ortho-vacant congeners, especially as the para positions are filled, which may result in greater and more uniform perimeter electronegativity and interference with hydrogen bonding. PCBs are freely soluble in non-polar organic solvents, oils and biological lipids, and the shift from water

to lipid solubility is linked to the degree of chlorination (Hutzinger et al., 1974; Shiu & Mackay, 1986; ATSDR, 2000; IPCS, 2003).

The octanol/water partition coefficient ($K_{ow}$) is defined as the ratio of a chemical's concentration in the octanol phase to its concentration in the aqueous phase of a two-phase octanol/water system; values of $K_{ow}$ are thus unitless (Table 1.3 and Table 1.6). The reported log $K_{ow}$ values have been reviewed by Shiu & Mackay (1986). Fig. 1.3 shows the remarkable correlation between log $K_{ow}$ (lipophilicity) and number of chlorine atoms (BZ numbers); log $K_{ow}$ values ranged from 4.5 to 8.3. This partitioning plays a key role in environmental fate and transport. PCBs tend to favour the non-polar phase and will partition away from water to most solids, the organic portion being the preferred site (Erickson, 2001).

PCBs are characterized by Henry's law constants [a measure of the equilibrium distribution coefficient between air and water] that tend to decrease with a higher degree of chlorination. Less chlorinated PCB congeners have a considerably higher vapour pressure (1–2 Pa at 25 °C for monochlorobiphenyls) than the more highly chlorinated congeners ($1.4 \times 10^{-6}$ Pa for decachlorobiphenyl) (Shiu & Mackay, 1986). Therefore, the composition in air is dominated by the less chlorinated congeners and atropisomers.

At high temperatures, PCBs are combustible, and the products of combustion include polychlorinated dibenzofurans (PCDFs) and hydrogen chloride, and polychlorinated dibenzodioxins (PCDDs) (IPCS, 1993; ATSDR, 2000).

Photochemical degradation may be one route for the breakdown of PCBs in the environment: photochemical experiments conducted under simulated natural conditions on several pure chlorobiphenyls and on commercial PCB products have indicated several degradative reactions, such as dechlorination, polymerization and solvolysis.

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 215

**Table 1.6 Physical and chemical data for a selection of PCB congeners**

| PCB | No. of chlorine atoms | Melting point (°C) | Boiling point (°C) | Vapour pressure ($10^{-6}$ kPa at 25 °C) | Log $K_{ow}$ | Water solubility (µg/L) |
|---|---|---|---|---|---|---|
| PCB-1[a] | 1 | 34 | 274 | 184 | 4.5 | 4830 (25 °C) |
| PCB-105 | 5 | – | – | 0.87 | 7.0 | 3.4 (25 °C) |
| PCB-118 | 5 | – | – | 1.20 | 7.1 | 13.4 (20 °C) |
| PCB-138 | 6 | 78.5–80 | 400[b] | 0.53 | 6.5–7.4[b] | 15.9[b] |
| PCB-153 | 6 | 103–104 | – | 0.05 | 6.7 | 0.9 (25 °C) |
| PCB-156 | 6 | – | – | 0.21 | 7.6 | 5.3 (20 °C) |
| PCB-163 | 6 | – | – | 0.08 | 7.2 | 1.2 (25 °C) |
| PCB-169 | 6 | 201–202 | – | 0.05 | 7.4 | 0.04–12.3[b] |
| PCB-180 | 7 | 109–110 | 240–280 (at 2.66 kPa) | 0.13 | 6.7–7.2[b] | 0.2 (25 °C) |
| PCB-183 | 7 | 83 | – | – | 8.3 | 4.9 (20 °C) |

[a] Included based on its significantly different solubility and vapour pressure
[b] Calculated
$K_{ow}$, octanol/water partition coefficient; PCB, polychlorinated biphenyl
From Lindell (2012)

## 1.1.3 Trade names and composition of commercial products

PCBs have never been used as single compounds, but rather as complex mixtures. The commercial products were manufactured to yield a certain degree of chlorination to fulfil technical requirements, generally between 21% and 68% chlorine.

Trade names for commercial products are given in Table 1.7. The most well known are Aroclor, Clophen, Phenochlor, Kanechlor, Pyralene, Fenclor, and Delor. The Aroclors, which were manufactured in the USA, are identified by a four-digit numbering code in which the first two digits indicate the type of mixture and the last two digits indicate the approximate chlorine content by percentage weight. Thus Aroclor 1242 is a chlorinated biphenyl mixture with an average chlorine content of 42%. The exception to this code is Aroclor 1016, which has an average chlorine content of 41% (Hutzinger et al., 1974). Similarly, the Kanechlors are identified by a three-digit value indicating the average chlorine content (300 for 30%). Other products of similar chlorination content have been produced by different companies in Europe, Japan, and China.

Table 1.8 indicates equivalencies between main commercial formulations of PCBs. [The Working Group noted that these should be considered as approximate.] Since different production yield slight differences in the congener mixture, mixtures with comparable chlorine content but from different manufacturers (e.g. Aroclor 1260 and Clophen A60) show varying compositions, although with strong similarities (Johnson et al., 2000).

The homologue composition of the commercial PCB products varies greatly according to chlorination degree achieved (Table 1.9). For example, Aroclor 1242 is a mixture of mono- to heptachlorobiphenyls, while Aroclor 1260 contains penta- to octachlorinated homologues. The concentrations of single congeners within each homologue group also differ between different products and batches (Fig. 1.4). About 130 of the 209 congeners have been identified in commercial formulations at concentrations above 0.05%. Generally, commercial PCB products consist of about 100–140 PCB congeners, with mono- and non-ortho substituted PCBs as minor or trace constituents (Frame et al., 1996a, b; Johnson et al., 2000).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 216

**Fig. 1.3 Octanol/water partition coefficient ($K_{ow}$) of PCB congeners according to the degree of chlorination (BZ number)**



BZ, Ballschmiter and Zell; PCB, polychlorinated biphenyl
Compiled by the Working Group

An archetypal distribution of PCB congeners was detected in Aroclor 1254, lot 124–191 (corresponding to the historical G4 production process), while lot 6024 showed a profile characteristic of the A4 production process used between 1974 and 1976 (Kodavanti et al., 2001). Indeed, Aroclor 1254 was produced by two different chlorination procedures (two-step versus single-step chlorination) (Frame et al., 1996a, b). The differences in composition of the two lots are given in Table 1.10. Although Aroclor 1254 A4 probably represented less than 1% of the total production of Aroclor 1254, this PCB product was extensively used by standard suppliers and thus by researchers (Frame, 1999).

Chiral PCB congeners are important constituents of both technical and environmental mixtures of PCBs. For example, the total concentration of chiral PCB congeners in the commercial mixtures Aroclor 1242 and Aroclor 1260 is 6% and 30% by weight, respectively (Kania-Korwel et al., 2007). Chiral enantiomers may have different biological and toxicological properties (Püttmann et al., 1989; Rodman et al., 1991). There is evidence that PCB atropisomers differ in their biological activities (Kania-Korwel et al., 2006, 2008). They have been found in non-racemic proportions in many species (Lehmler et al., 2010; Wong & Warner, 2009). While physical and chemical processes in the environment generally affect the two enantiomers of a known compound at the same rate, biological processes may result in the enrichment of one of the enantiomers, because of enantio-selective interactions with biological macromolecules (Buser & Mueller, 1993).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 217

## Table 1.7 Trade names for commercial PCB products[a, b]

| | |
|---|---|
| Asbestol (trans, cap) | Hydol (trans, cap) |
| Askarel | Montar |
| Bakola 131 (trans, cap) | Nepolin |
| Biclor (cap) | No-Flamol (trans, cap) |
| Chlorextol (trans) | Phenoclor (trans, cap) |
| Chlorinol | Pydraul |
| Clophen (trans, cap) | Pyralene (trans, cap) |
| Clorphen (trans) | Pyranol (trans, cap) |
| Delor | Pyroclor (trans) |
| Duconol (cap) | Saf-T-Kuhl (trans, cap) |
| Dykanol (trans, cap) | Santotherm FR |
| EEC-18 | Santovac 1 and 2 |
| Elemex (trans, cap) | Siclonyl (cap) |
| Eucarel | Solvol (trans, cap) |
| Fenchlor (trans, cap) | Sovol |
| Elemex (trans, cap) | Therminol FR |
| Hivar (cap) | |

[a] Each trade name may correspond to one or several products with varying chlorine content (see Table 1.8).
[b] Products may be used in transformers (trans) or capacitors (cap).
PCB, polychlorinated biphenyl
From IPCS (1993)

### 1.1.4 Contaminants and impurities of commercial products

Commercial PCB products have been reported to be contaminated with other chlorinated aromatic compounds, such as polychlorinated naphthalenes and PCDFs (IARC, 1978). Vos & Koeman (1970) were able to identify tetrachlorodibenzofurans, pentachlorodibenzofurans, and chlorinated naphthalenes in samples of Phenoclor DP-6 and Clophen A60. Bowes et al. (1975) examined samples of Aroclor 1248, 1254 and 1260 produced in 1969, samples of Aroclor 1254 from 1970 and Aroclor 1016 from 1972, and samples of Aroclor 1260, Phenoclor DP-6 and Clophen A60. They found PCDFs in all Aroclor preparations except Aroclor 1016, and in Clophen A60 and Phenoclor DP-6 (Table 1.11). The levels of PCDFs were in the low microgram per gram range (Erickson, 2001), but additional PCDFs may be formed from PCBs on heating. Impurities such as 2,3,7,8-tetrachlorodibenzofuran and 2,3,4,7,8-pentachlorodibenzofuran

have been reported in different amounts under various manufacturing conditions in Aroclor 1248, Aroclor 1254, Clophen A-60, Phenoclor DP-6, and Kanechlor 400 (de Voogt & Brinkman, 1989). Rappe & Gara (1977) confirmed by capillary gas chromatography–mass spectrometry (GC–MS) that 2,3,7,8-tetrachlorodibenzofuran was one of the main PCDFs in "Yusho oil," as reported by Nagayama et al. (1976).

The proportion of impurities may vary between batches. For example, Aroclor 1254 with lot numbers 6024 and 124–191, which were produced by the same company by two different production processes, showed a 3.4-fold difference in the total concentration of PCDFs (Table 1.10).

It is important to note that PCDDs are not found in commercial PCB preparations (Erickson, 2001).

Overall, differences in composition as well as the presence of toxicologically relevant impurities may have had a significant impact on the results of toxicological studies with commercial

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 218

**Table 1.8 Comparison of commercial PCB products based on percentage chlorination**

| Average number of chlorine atoms/molecule | Range of chlorination (%) | Aroclor (USA) | Clophen (Germany) | Phenoclor (France) | Pyralene (France) | Kanechlor (Japan) | Fenclor (Italy) | Delor (former Czechoslovakia) | PCB (China) |
|---|---|---|---|---|---|---|---|---|---|
| 1.15 | 21 | 1221 | | | | | | | |
| 2 | 32–33 | 1232 | | | 2000 | 200 | | | |
| 2.5 | 38 | | | | 1500 | | | | |
| 3 | 40–42 | 1242, 1016 | A30 | CP3 | 3000 | 300 | 42 | 2; 103 | $PCB_3$ |
| 4 | 48 | 1248 | A40 | DP4 | | 400 | | 3; 104 | |
| 5 | 52–54 | 1254 | A50 | DP5 | | 500 | 54 | 4 and 5; 105 | $PCB_5$ |
| 6–6.8 | 60–62 | 1260, 1262 | A60 | DP6 | | 600 | 64 | 106 | |
| 8.7 | 68 | 1268 | | | | | 70 | | |
| 10 | 71 | 1270 | | | | | DK | | |

PCB, polychlorinated biphenyl
Adapted from de Voogt & Brinkman (1989), Erickson (1992), and Johnson et al. (2000)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 219

**Table 1.9 Homologue composition and physical properties of selected commercial PCB products**

| | Arochlor | | | | | | | Kanechlor | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1221 | 1232 | 1016 | 1242 | 1248 | 1254 | 1260 | 300 | 400 | 500 |
| *Composition (%)* | | | | | | | | | | |
| Biphenyl | 11 | 6 | <0.01 | - | - | - | - | - | - | - |
| Monochlorobiphenyl | 51 | 26 | 1 | 1 | - | - | - | - | - | - |
| Dichlorobiphenyl | 32 | 29 | 20 | 17 | 1 | - | - | 17 | 3 | - |
| Trichlorobiphenyl | 4 | 24 | 57 | 40 | 23 | - | - | 60 | 33 | 5 |
| Tetrachlorobiphenyl | 2 | 15 | 21 | 32 | 50 | 16 | - | 23 | 44 | 27 |
| Pentachlorobiphenyl | 0.5 | 0.5 | 1 | 10 | 20 | 60 | 12 | 0.6 | 16 | 55 |
| Hexachlorobiphenyl | - | - | <0.01 | 0.5 | 1 | 23 | 46 | - | - | 13 |
| Heptachlorobiphenyl | - | - | - | - | - | 1 | 36 | - | - | - |
| Octachlorobiphenyl | - | - | - | - | - | - | 6 | - | - | - |
| Nonachlorobiphenyl | - | - | - | - | - | - | - | - | - | - |
| *Properties* | | | | | | | | | | |
| Relative molecular mass | 200.7 | 232.2 | 257.9 | 266.5 | | 328.0 | 357.7 | | | |
| Colour | Clear | Clear | Clear | Clear | | Light yellow | Light yellow | | | |
| Density (g/cm³ at 25 °C) | 1.18 | 1.26 / 1.27 | 1.37 | 1.38 | 1.41 / 1.44 | 1.50 / 1.54 | 1.56 / 1.62 | | | |
| Viscosity (cP at 38 °C) | 5 | 8 | 20 | 24 | 70 | 700 | Resin | | | |
| Physical state | Oil | Oil | Oil | Oil | Oil | Viscous liquid | Viscous liquid | | | |
| Boiling point (°C) | 275–320 | 290–325 | 325–356 | 325–366 | | 365–390 | 385–420 | | | |
| Water solubility (µg/L at 25 °C) | 200 / 15 000[a] | 1450[b] | 240 / 420 | 240 | 52 / 54 | 12 | 3 | | | |
| Vapour pressure ($10^{-6}$ kPa at 25 °C) | 893 | 613 | 53 | 53 | 53 | 11 | 5.3 | | | |
| Henry's law K (atm.m³/mol, 25 °C) | $3.5 \times 10^{-3}$ | | $2.9 \times 10^{-4}$ | $5.2 \times 10^{-4}$ | | $2.0 \times 10^{-3}$ | $4.6 \times 10^{-3}$ | | | |
| Log $K_{ow}$[b] | 2.8 | 3.2 | 4.4 | 4.1 | 6.1 | 6.5 | 6.9 | | | |
| Flashpoint (°C) | 141–150 | 152–154 | 170 | 176–180 | 193–196 | None to boiling | None to boiling | | | |

[a] Estimated value

[b] Log $K_{ow}$ represents an average value for the major components of the Arochlor mixture. The Henry's law constants were estimated by dividing the vapour pressure by the water solubility (Cohen & Mercer, 1993; Erickson, 1997).

PCB, polychlorinated biphenyl

From Hutzinger et al. (1974), Pellet et al. (1993), and Lindell (2012).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 220

**Fig. 1.4 Congener-specific composition of Aroclor formulations**



Only the 100 most abundant congeners are shown in this figure.
Reprinted from Johnson *et al.* (2000). Copyright (2000), with permission from Elsevier

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 221

**Table 1.10 Chemical profile and impurities (polychlorodibenzodioxins, polychlorodibenzofurans and polychlorinated naphthalenes) in lots 124–191 and 6024 of Aroclor 1254**

| PCBs and impurities | Aroclor 1254 | |
|---|---|---|
| | Lots 124–191 (G4 process) | Lot 6024 (A4 process) |
| *Non*-ortho *congeners* | | |
| PCB-77 | 0.01 mg/g | 27.2 mg/g |
| PCB-81 | 0.01 mg/g | 0.28 mg/g |
| PCB-126 | 0.17 mg/g | 3.24 mg/g |
| PCB-169 | 0.01 mg/g | 0.02 mg/g |
| *Mono*-ortho *congeners* | | |
| PCB-105 | 51.00 mg/g | 130.00 mg/g |
| PCB-114 | 0.05 mg/g | 0.78 mg/g |
| PCB-118 | 127.00 mg/g | 124.00 mg/g |
| PCB-123 | 0.57 mg/g | 2.14 mg/g |
| PCB-156 | 4.80 mg/g | 51.00 mg/g |
| PCB-157 | 0.36 mg/g | 26.30 mg/g |
| PCB-167 | ND | ND |
| PCB-189 | ND | ND |
| *PCDFs* | | |
| 2,3,7,8-TetraCDF | 129.9 ng/g | 350.1 ng/g |
| 1,2,3,7,8-PentaCDF | 295 ng/g | 1920.2 ng/g |
| 2,3,4,7,8-PentaCDF | 821 ng/g | 4049.2 ng/g |
| 1,2,3,4,7,8-HexaCDF | 1638.1 ng/g | 4571.4 ng/g |
| 1,2,3,6,7,8-HexaCDF | 733.7 ng/g | 3190.5 ng/g |
| 1,2,3,7,8,9-HexaCDF | ND | ND |
| 2,3,4,6,7,8-HexaCDF | 213.3 ng/g | 1333.3 ng/g |
| 1,2,3,4,6,7,8-HeptaCDF | 581.8 ng/g | 1506.5 ng/g |
| 1,2,3,4,7,8,9-HeptaCDF | 533.3 ng/g | 1459.4 ng/g |
| 1,2,3,4,6,7,8,9-OctaCDF | 356 ng/g | 945.6 ng/g |
| Σ polychlorinated dibenzofurans (PCDF) | 11.3 μg/g | 38.7 μg/g |
| Σ polychlorinated dibenzo-p-dioxins (PCDD) | < 2 ng/g | < 2 ng/g |
| Σ polychlorinated naphtalenes | 155 μg/g | 171 μg/g |
| Σ non-*ortho* congeners-TEQ | 17.3 μg WHO-TEQ/g | 353 μg WHO-TEQ/g |
| Σ mono-*ortho* congeners-TEQ | 5.51 μg WHO-TEQ/g | 10 μg WHO-TEQ/g |
| Σ PCDF-TEQ | 0.54 μg WHO-TEQ/g | 2.25 μg WHO-TEQ/g |
| Total PCDD+PCDF+PCB-TEQ | 23.4 μg WHO-TEQ/g | 365.3 μg WHO-TEQ/g |

CDF, chlorodibenzofuran; ND, not detected; PCB, polychlorinated biphenyl; PCDFs, polychlorodibenzofurans; TEQ, toxic equivalent
Adapted from Kodavanti *et al.* (2001) and EFSA (2005)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 222

**Table 1.11 Concentrations of chlorodibenzofurans in Aroclor, Clophen, and Phenoclor**

| Commercial PCB mixture (date of production) | Polychlorodibenzofurans (concentrations in mg/g) | | | |
|---|---|---|---|---|
| | Tetra-CDF | Penta-CDF | Hexa-CDF | Total |
| Aroclor 1248 (1969) | 0.5 | 1.2 | 0.3 | 2.0 |
| Aroclor 1254 (1969) | 0.1 | 0.2 | 1.4 | 1.7 |
| Aroclor 1254 (1970) | 0.2 | 0.4 | 0.9 | 1.5 |
| Aroclor 1260 (1969) | 0.1 | 0.4 | 0.5 | 1.0 |
| Aroclor 1260 (lot AK3) | 0.2 | 0.3 | 0.3 | 0.8 |
| Aroclor 1016 (1972) | < 0.001 | < 0.001 | < 0.001 | – |
| Clophen A60 | 1.4 | 5.0 | 2.2 | 8.6 |
| Phenoclor DP6 | 0.7 | 10.0 | 2.9 | 13.6 |

CDF, chlorodibenzofuran
Adapted from Bowes *et al.* (1975)

PCB products and mixtures (EFSA, 2005). Consistent interpretation of the results of such studies, especially differentiation of the effects caused by respective PCBs, may only be achieved if the congener composition of these mixtures is known. The determination of the content in specific congeners was not feasible in most cases due to the lower sensitivity of analytical techniques available in the past.

## 1.2 Analysis

### 1.2.1 General considerations

Past and current methods for the chemical analysis of PCBs have been reviewed recently (Le Bizec *et al.*, 2015). Since the 1960s, PCBs have been determined using GC techniques with electron capture detection (ECD), initially using packed columns. Today the separation has been improved by the use of capillary columns and the selectivity by the use of MS detectors. Increase in sensitivity, expressed as decreasing detection limits, has been achieved as analytical techniques have improved.

Originally, PCB concentrations were determined on the basis of commercial products, e.g. various Aroclor products with different chlorination levels. Later, PCB concentrations were determined based on homologue groups, while today

congener-specific analysis is a common practice. These methodological changes, including differences in the basis of quantification, are an obstacle when comparing older with more recent studies.

Even when comparing studies from the same period, it can be difficult to compare PCB concentrations reported by different laboratories, if information on data quality is not available and if the results for different numbers of congeners are summarized. Often "total" PCB concentrations are reported, summing up all the congeners included in the laboratory's method and assumed to approach the true total PCB concentration. Operational sum parameters have been defined to harmonize congener lists and improve comparability, for example, the six indicator PCB congeners (PCB-28, PCB-52, PCB-101, PCB-138, PCB-153, and PCB-180), expressed as $PCB_6$. The six congeners were not selected from a toxicological point of view, but were considered as indicators for the different PCB patterns in various sample types and are most suitable for evaluating non-dioxin-like PCBs (NDL-PCBs) (EFSA, 2005). This parameter is used, for example, in the European food and feed regulation (EC, 2011a).

Some agencies, such as the International Council for the Exploration of the Sea (ICES), recommend reporting $PCB_7$, which includes the

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 223

mono-*ortho* congener PCB-118 in addition to the PCB$_6$ (ICES, 2012; Webster *et al.*, 2013). In the Arctic Monitoring and Assessment Programme (AMAP), the sum of 10 PCB congeners is often reported (PCB-28, PCB-31, PCB-52, PCB-101, PCB-105, PCB-118, PCB-138, PCB-153, PCB-156, PCB-180), which includes the six indicator PCBs. However, reports of individual concentrations in scientific studies have the advantage of allowing sum calculations as required. In food analyses, PCB concentrations are preferred to compliance/non-compliance reports (EFSA, 2005).

Depending on the sample type and the purpose of the study, PCB concentrations may be reported in different units. Concentrations in solid samples are generally reported in mass per mass. Normalizations to dry weight or lipid weight are common for abiotic matrices (e.g. soil and sediment) and those with a high lipid content (e.g. fatty food products), respectively. For liquid and air samples, the concentrations are often given in mass per volume. However, as liquid volumes are susceptible to small changes during sample storage and cannot be determined as precisely as masses, concentrations in small liquid volume samples (e.g. blood) are increasingly related to mass instead of volume.

Apart from the adjustment of mass for fresh weight (also referred to as raw weight, wet weight), lipid normalization of PCB concentrations in blood samples is also common. (Schisterman *et al.*, 2005; Phillips *et al.*, 1989; Grimvall *et al.*, 1997). [The Working Group has acknowledged that a variety of lipid determination methods for blood are used and that there is no consensus on how to determine lipid concentrations.]

Given the low concentrations of PCBs in some matrices, reliable quality assurance and quality control are particularly important, including for example monitoring of recovery rates and procedural blanks, duplicate analyses, analyses of in-house reference material and external quality control in proficiency testing schemes.

The transport and storage of samples can be a source of error through PCB loss or contamination. Studying the effects of storage conditions on PCBs in biological material, De Boer & Smedes (1997) generally did not find temperature effects as long as the temperature was < 5 °C, or downward trends in PCB contents. Practical guidance on the storage and transport of marine samples intended for PCB analysis is given by OSPAR (1999, 2002) and Webster *et al.* (2013).

[The Working Group stressed the importance of how the "non-detects" were reported and treated in the data analysis. There are a variety of methods used and there is currently no global consensus.]

### 1.2.2 Analytical tools

Instrumental analysis is essentially identical for all matrices. Dioxin-like PCBs (DL-PCBs) are often analysed together with dioxins and furans by gas chromatography-high resolution mass spectrometry (GC-HRMS). For this purpose, DL-PCBs are separated from other PCB congeners as part of the clean-up and fractionation process, for example using activated carbon, porous graphite columns, or 2-(1-pyrenyl) ethyldimethylsilyated (PYE) silica (Hess *et al.*, 1995).

Gas chromatography-electron capture detection (GC-ECD) provides low detection limits and high precision, but is less specific than MS, as it separates PCB congeners only by retention time. MS adds a second dimension in terms of different mass spectra. Therefore, [13]C-labelled PCB congeners can be separated from the native molecule on a mass basis. In contrast, as retention times are identical to the native analogues, [13]C-labelled PCB congeners cannot be used in GC-ECD analyses.

Due to lower selectivity and the risk of interference, GC-ECD is often based on two GC capillary columns of different polarity (dual column GC) (Covaci & Schepens, 2001). Webster

61

*et al.* (2013) recommend that retention times be checked for shifts between analytical runs, usually with the help of characteristic peaks, for example those added as injection standards. Coelution of PCB-138 and PCB-163 occurs on many common capillary columns.

Among the MS techniques, electron capture negative ionization (ECNI) is very sensitive for detection of penta- to decachlorinated PCBs (Webster *et al.*, 2013). However, electron impact (EI) has better selectivity than ECNI and comparable sensitivity when combined with large-volume injection, which requires rigorous sample clean-up (Covaci *et al.*, 2002a). Suitable target and qualifier ions for PCBs are listed by Webster *et al.* (2013).

Some studies have applied gas chromatography-ion trap mass spectrometry (GC-ITMS), for example for the analysis of PCBs in human milk (Gómara *et al.*, 2011). GC-ITMS with its MS/MS option offers increased selectivity while being less expensive than HRMS (Webster *et al.*, 2013). Triple quadrupole mass spectrometry (LRMS/MS) operated in the selected reaction monitoring mode has also been shown to provide selectivity and sensitivity comparable to that of HRMS in food analyses (Ingelido *et al.*, 2012).

Bioassays are an alternative method of determining PCB concentrations and have been suggested as screening tools for monitoring PCDD/Fs and DL-PCBs in foodstuffs by the European Commission Directive 2002/69 (EC, 2002). The dioxin-responsive chemically activated luciferase (CALUX or lux) assay is mechanism-specific and uses the interaction with the aryl hydrocarbon (Ah) receptor. Differences between results of the bioassay and of the conventional targeted high resolution gas chromatography-high-resolution mass spectrometry (HRGC-HRMS) analysis of PCDD/Fs and DL-PCBs have been shown (van Leeuwen *et al.*, 2007), possibly caused by other compounds capable of interactions with the AhR (Vorkamp *et al.*, 2012).

Enzyme-linked immunosorbent assays (ELISA) have been successfully applied to PCB analyses in environmental samples, showing reasonable agreement with conventional GC analyses, but with a high dependence on sample pretreatment (Johnson & Van Emon, 1996; Deng *et al.*, 2002). Recent developments include, for example, immunosensors for applications in situ (Lin *et al.*, 2008) and immunoaffinity chromatography for sample purification (Van Emon & Chuang, 2013).

### 1.2.3 Analysis of environmental samples

Selected methods for analysis of PCBs in environmental matrices are presented in Table 1.12.

Supplementary material on analysis of PCBs in soil and sediment is available online at: http://monographs.iarc.fr/ENG/Monographs/vol107/suppl_S1.pdf.

#### (a) Air and dust

Both active and passive sampling are used for PCB analysis in air. Passive sampling has been applied to the analysis of outdoor air using semi-permeable membrane devices (Ockenden *et al.*, 2001) and polyurethane foam (Mari *et al.*, 2008). Vegetation is used as a natural passive sampler, for example tree bark integrating atmospheric PCB concentrations over the life time of the tree (Hermanson and Hites, 1990) or pine needles reflecting up to several years of PCB exposure (Kylin *et al.*, 1994).

Polyurethane foam has also been used for indoor air collection (Hazrati & Harrad, 2006), but active sampling is often the preferred method (EPA, 1999; Kohler *et al.*, 2005). To account for concentration differences and the limited air volume in an indoor setting, outdoor air is usually sampled by high-volume sampling, while low-volume sampling is used for indoor air.

Once retained on a solid matrix (filter, sorbent), PCBs are solvent-extracted using the same techniques as commonly applied for soil,

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 225

Polychlorinated biphenyls

**Table 1.12 Selected methods of analysis of PCBs in environmental matrices**

| Sample matrix | Sample preparation | Assay method | Detection limit[a] | Reference |
|---|---|---|---|---|
| Air | Collection on sorbent/filter, solvent extraction, evaporation, acid treatment and/or other clean-up (if necessary), separation of dioxin-like and non-dioxin-like PCBs if required. | GC-ECD; GC-HRMS | 0.03–10 pg/m³; 10 pg/m³ | McConnell et al. (1998), Mari et al. (2008) |
| Dust | Sieving of samples (during sampling or afterwards), solvent extraction, evaporation, acid treatment, back extraction, clean-up, evaporation. | GC-MS | NA | Harrad et al. (2009) |
| Water | Liquid-liquid extraction or SPE of unfiltered or filtered water, evaporation, clean-up if necessary. Alternative technique: Passive sampling | GC-ECD; GC-HRMS | 0.22–3 ng/L; 0.004–0.5 ng/L | Hope et al. (1997), EPA (2008a) |
| Soil | (Water removal), extraction, evaporation, clean-up, including sulfur removal, separation of dioxin-like and non-dioxin-like PCBs if required. | GC-HRMS | 1.5 ng/kg; 0.4–46 ng/kg | Wang et al. (2010), EPA (2008a) |
| Sediment | (Water removal), extraction, possibly in combination with sulfur removal, evaporation, clean-up, including sulfur removal, separation of dioxin-like and non-dioxin-like PCBs if required. | GC-ECD; GC-MS; GC-HRMS | NA; 0.4–46 ng/kg | Webster et al. (2013), EPA (2008a) |

[a] Detection limits are given for individual PCB congeners
PCB, polychlorinated biphenyl; ECD, electron capture detection; EI, electron impact; GC, gas chromatography; HRMS, high-resolution mass spectrometry; MS, mass spectrometry; NA, not available; SPE, solid-phase extraction

63

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 226

sediment or biota. Before extraction, recovery/internal standards are added, e.g. PCB congeners that are not present in the environment, or ¹³C-labelled PCB congeners. Extraction is often performed by Soxhlet (EPA, 1999; Menichini et al., 2007). Ultrasonic extraction and pressurized liquid extraction (PLE) have also been described (Aydin et al., 2007; Mari et al., 2008). Barro et al. (2005) applied headspace-solid phase micro extraction, which does not involve solvents.

Whether or not clean-up steps are required depends on potential interferences from the matrix (e.g. particles) and co-extracted compounds as well as on expected concentrations. Adsorption chromatography can be applied, for example using alumina (Zhang et al., 2011a) or silica. As all PCB congeners are acid stable, acid treatment is possible.

Dust for PCB analysis has been collected in several ways, for example from the residents' vacuum cleaner bags (Franzblau et al., 2009; Knobeloch et al., 2012), by vacuuming (Wilson et al., 2001; Harrad et al., 2009) and from air conditioning units (Tan et al., 2007). Dust samples originating from vacuum bags might be sieved, but cut-off sizes differ, e.g. 150 µm (Wilson et al., 2001) and 1 mm (Knobeloch et al., 2012) have been described.

Extraction techniques are basically the same as described for sorbents, including Soxhlet extraction (Dirtu & Covaci, 2010), PLE (Harrad et al., 2009) and ultrasonic extraction (Wilson et al., 2001). Before extraction, internal/recovery standards should be added, as described for air samples. Due to interferences from the matrix and co-extraction of other compounds, clean-up of dust samples will be required. PLE can be combined with simultaneous clean-up by adding adsorption materials to the cells; however, additional clean-up steps may be necessary (Harrad et al., 2009). Various sorbents have been used for clean-up of dust samples, including Florisil (Wilson et al., 2001; Harrad et al., 2009), silica

gel (Dirtu & Covaci, 2010), and combinations of both (Knobeloch et al., 2012). As described for air samples, acid treatment has also been applied (Harrad et al., 2009).

(b)    Water

The PCB content in a water sample is strongly influenced by the amount of suspended particulate matter (SPM) that adsorbs PCBs. Depending on the objectives of the analysis, different approaches can be chosen, resulting in different fractions to be analysed:

- Unfiltered water includes dissolved components and those bound to colloids and SPM.
- Filtered water gives PCB concentration on SPM (residue on the filter) and dissolved or bound to colloids (filtrate).
- Passive sampling targets the dissolved fraction.

Passive sampling devices integrate PCB concentrations over time, which reduces temporal variability. Common formats for water sampling include semipermeable membrane devices, low density polyethylene, and silicone rubber (Lohmann et al., 2012). Passive sampling techniques have been applied for analysis of PCBs in river water (Grabic et al., 2010) and seawater (Granmo et al., 2000; Fernandez et al., 2012).

In water bodies with a low SPM content, e.g. seawater, PCB concentrations will likely be low, and large amounts of water will have to be sampled and processed, while avoiding contamination. Guidelines for seawater sampling and the subsequent analysis of organic contaminants have been established by OSPAR (OSPAR, 2013). Studies have shown that the critical part of such analysis occurs outside the laboratory, i.e. during sampling, transport, and storage (Wolska et al., 2005). As described for air and dust, recovery/internal standards should be added before extraction.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 227

PCBs from water samples are typically extracted by either liquid–liquid extraction (LLE), i.e. the direct extraction of PCBs with a non-polar solvent (Hope *et al.*, 1997), or solid-phase extraction (SPE), where PCBs are retained on a solid phase and subsequently eluted with a non-polar solvent (Russo *et al.*, 1999). The United States Environmental Protection Agency (EPA) method 1668B for determination of PCBs in several matrices describes SPE, continuous LLE, and separatory funnel extraction as suitable extraction methods for aqueous samples (EPA, 2008a).

The amount of SPM in the sample is a critical factor, as LLE might be insufficient and SPE cartridges might become blocked by samples with a high SPM content (Erger *et al.*, 2012). Alternatively, SPM might be removed by filtration and analysed separately, for example by Soxhlet or ultrasonic extraction. This could be the method of choice for water samples with a high SPM content, for example wastewater samples or landfill leachate (Zorita & Mathiasson, 2005).

To what extent purification is necessary depends on the nature of the sample, its SPM content, PCB concentration and that of interfering compounds. Although sampling only freely dissolved PCBs, some passive sampling approaches add a clean-up step after extraction, for example using acid silica or aluminium (Grabic *et al.*, 2010). Surface-water samples, however, have often been analysed without clean-up (Hope *et al.*, 1997; Erger *et al.*, 2012), while other studies have included adsorption chromatographic steps (Khim *et al.*, 2001). Gel permeation chromatography (GPC) may be used for water extracts that contain organic compounds of high relative molecular mass (EPA, 2008a).

PCB exposure from snow can be considered insignificant, with the exception of polar regions where snow may be a source of drinking-water. Analytical methods are similar to those for water (Carrera *et al.*, 1998).

### 1.2.4 Analysis of biological samples

Several matrices have been analysed to determine internal exposure to PCBs, or body burden, including adipose tissue, meconium, placenta, blood, umbilical cord blood, human milk, and hair (Table 1.13).

#### (a) Tissues (adipose tissue and placenta)

The analytical methods applied to the analysis of PCBs in tissues such as adipose and placenta are similar to those used for environmental samples. The characteristically high lipid content of adipose and other tissues, however, requires rigorous lipid removal before instrumental analysis.

Different ways of sample pretreatment have been applied after or as part of the homogenization procedure, for example sample drying with $Na_2SO_4$ or hydromatrix (Covaci *et al.*, 2002a; Saito *et al.*, 2004), melting of fat (De Saeger *et al.*, 2005), mixing with base (Kim & Fisher, 2008) and addition of ethanol for protein precipitation (Whitcomb *et al.*, 2005).

Extraction is generally carried out with a non-polar solvent such as toluene or hexane, in some cases in a mixture with acetone, dichloromethane or propanol (Guvenius *et al.*, 2002; Saito *et al.*, 2004; Fernandez *et al.*, 2008). The extraction could often proceed by shaking or rotating, for example in an Ultra Turrex or Vortex (Guvenius *et al.*, 2002). Other extraction techniques are the same as those applied in environmental analyses, including ultrasonic extraction (Suzuki *et al.*, 2005), Soxhlet (Fernandez *et al.*, 2008), PLE (Saito *et al.*, 2004), and MAE (Li *et al.*, 2006). Supercritical fluid extraction with carbon dioxide (sometimes modified with dichloromethane) has also been applied (Stellman *et al.*, 1998). For the extraction of placenta, Gómara *et al.* (2012) additionally described the preparation of a suspension that was liquid–liquid extracted. As for other matrices, recovery/internal standards are generally added before extraction.

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 228

**Table 1.13 Selected methods for analysis of PCBs in biological matrices**

| Sample matrix | Sample preparation | Assay method | Detection limit[a] | Reference |
|---|---|---|---|---|
| Adipose tissue | Pre-treatment (drying and/or protein denaturation), extraction, evaporation, lipid removal, further clean-up, separation of dioxin-like and non-dioxin-like PCBs if required. | GC-ECD; GC-HRMS | 0.009–1.1 ng/g lipid; 0.002–0.2 ng/g lipid | Whitcomb et al. (2005), Fernandez et al. (2008) |
| Placenta | Pretreatment (drying and/or protein denaturation), extraction, evaporation, lipid removal, further clean-up, separation of dioxin-like and non-dioxin-like PCBs if required. | GC-ECD; GC-MS (ECNI) | NA | Gómara et al. (2012), Ma et al. (2012) |
| Blood | Protein denaturation, extraction, evaporation, lipid removal, further clean-up, separation of dioxin-like and non-dioxin-like PCBs if required. | GC-ECD; GC-MS; GC-HRMS | 10–100 pg/mL; 2–5 pg/mL | Covaci & Schepens (2001), Lu et al. (2012) |
| Urine (hydroxylated PCBs) | Acidification, extraction, evaporation, derivatization. | GC-MS (EI) | 0.02–0.04 ng/mL | Hong et al. (2005a, b) |
| Human milk | Drying or protein denaturation + fat globules dispersion, extraction, evaporation, lipid removal, further clean-up, separation of dioxin-like and non-dioxin-like PCBs if required. | GC-ECD; GC-MS; GC-HRMS | NA; 0.01–0.03 ng/mL; NA | Duarte-Davidson et al. (1991), Covaci et al. (2001), Fürst (2006) |
| Hair | Washing, incubation with HCl, extraction, evaporation, lipid removal, further clean-up. | GC-ECD; GC-MS (EI) | 0.3–2 ng/g | Covaci et al. (2002b) |

[a] Detection limits are given for individual PCB congeners
ECD, electron capture detection; ECNI, electron capture negative ionization; EI, electron impact; GC, gas chromatography; HCl, hydrochloric acid; HRMS, high-resolution mass spectrometry; MS, mass spectrometry; NA, not available

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 229

A common method for lipid removal is treatment of the sample with acid, usually sulfuric acid (Whitcomb *et al.*, 2005). GPC is another suitable method (Ma *et al.*, 2012), but may not achieve complete removal of lipids. The use of partially deactivated neutral aluminium for lipid removal has also been described (Stellman *et al.*, 1998).

For further clean-up of the extracts, the same techniques are applied as in the environmental analyses, either individually or in combinations. These include silica gel (Suzuki *et al.*, 2005; Fernandez *et al.*, 2008), alumina (Covaci *et al.*, 2002a), Florisil (Whitcomb *et al.*, 2005) and GPC (Saito *et al.*, 2004). Impregnating the silica gel with acid is a common way of combining adsorption chromatography with lipid removal (Covaci *et al.*, 2002a; Fernandez *et al.*, 2008).

Some studies have analysed PCB metabolites in adipose tissue and placenta, e.g. hydroxylated PCBs and methylsulfonyl-PCBs. These methods usually included a fractionation by adsorption chromatography and elution with different solvents (Guvenius *et al.*, 2002; Saito *et al.*, 2004). In the method by Gómara *et al.* (2012), hydroxylated PCBs were separated from the parent compounds during liquid-liquid extraction (LLE). After derivatization, the fraction containing hydroxylated PCBs was cleaned up in the same way as described for the parent compounds.

### (b)    Blood (including umbilical cord blood)

Numerous studies have analysed PCBs in blood, mostly in serum, but also in plasma (Schettgen *et al.*, 2011). The analytical methods used generally do not differ for serum and plasma. Given the low lipid content of blood, PCB concentrations are generally low and the sample amount available for analysis may be a challenge. Most studies work with volumes of 0.5–2 mL. Methods have recently been developed to extract PCBs from only 50 µL of plasma and from dried blood spots (Lu *et al.*, 2012).

Umbilical cord blood has often been analysed in combination with maternal blood, using the same methods. Given the lower lipid content and usually lower PCB concentrations in cord blood, adjustments of the sample intake might be useful; however, sample availability is usually the limiting factor.

Apart from the addition of internal standards, the first step in PCB analysis of serum, plasma or cord blood is generally the denaturation of protein, e.g. by addition of formic acid (Kang *et al.*, 2008), methanol (Korrick *et al.*, 2000), or acetonitrile (Agudo *et al.*, 2009). Different extraction techniques have been described, among which the simple mixing of the sample with solvent (Apostoli *et al.*, 2005; Schettgen *et al.*, 2011). LLE has also been used (Kawashiro *et al.*, 2008; Bachelet *et al.*, 2011) as well as SPE on $C_{18}$ or hydrophilic–lipophilic balanced reversed phase sorbent (Covaci & Schepens, 2001; Lee *et al.*, 2011). Guvenius *et al.* (2003) used Lipidex 5000, a lipophilic gel, for extraction of PCBs from cord blood.

Since they are present at low concentration, lipids are not always removed from the extract (Lu *et al.*, 2012). Lipids can be removed by direct addition of acid to the extracts (Atuma & Aune, 1999) or by clean-up methods on acidified silica (Covaci & Schepens, 2001). Further clean-up sorbents include Florisil (Whitcomb *et al.*, 2005), alumina (Stellman *et al.*, 1998), neutral silica gel (Atuma & Aune, 1999), or combinations of these (Guvenius *et al.*, 2003; Apostoli *et al.*, 2005).

To account for the low concentrations of PCBs in blood, extracts are often reduced to very small volumes, e.g. 50 µL (Covaci & Schepens, 2001). This is achieved by addition of non-volatile keepers (Covaci & Schepens, 2001), or by evaporation to dryness (Apostoli *et al.*, 2005) and reconstitution in the desired solvent or a solution of syringe standards in this solvent. Evaporation to dryness carries the risk of loss of volatile PCB congeners.

67

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 230

IARC MONOGRAPHS – 107

Hydroxylated PCB metabolites have been analysed in blood and umbilical cord blood. Guvenius et al. (2003) used the same extraction method as for parent PCBs, but obtained hydroxylated PCBs in an isolated fraction, based on different elution solvents. Park et al. (2009) treated the sample with hydrochloric acid and 2-propanol, and extracted hydroxylated PCBs by LLE. Hydroxylated PCBs require derivatization to non-polar molecules before separation by GC (Sandau et al., 2000).

### (c)  Urine

A few studies have assessed PCB metabolites (hydroxylated PCBs) in urine samples. Hydroxylated PCBs are more polar than their parent compounds and act as weak acids, which has to be taken into account in extraction, clean-up, and separation by GC.

Hong et al. (2005a, b) presented two methods for the extraction of hydroxylated PCBs from urine. The first method combined SPE testing of four different phases, with five derivatization methods. Best recoveries and GC separations were found for hydroxylated PCBs extracted on a $C_2$ phase and derivatized with iodopropane under basic conditions (Hong et al., 2005a). The second method used headspace solid-phase microextraction and on-fibre derivatization, achieved by placing the needle in the headspace of a solution of bis(trimethylsilyl)trifluoroacetamide (BSTFA) (Hong et al., 2005b). The derivatized hydroxylated PCBs were transferred to the GC injector by thermic desorption. Several fibre materials were tested, of which polydimethylsiloxane-divinylbenzene (PDMS-DVB) gave the highest signal in the analysis.

### (d)  Human milk

Breast milk is the most extensively analysed matrix for the estimation of PCB body burden in humans. The first studies date back to the 1970s (Musial et al., 1974), and programmes for the biomonitoring of human milk have been established in several countries or regions (Wilhelm et al., 2007; Krauthacker et al., 2009; Cerná et al., 2012). Analytical methods are very diverse: the milk samples may be treated as liquid, or the lipid phase may be isolated, or the sample may be freeze-dried and treated as solid.

When the whole milk sample is treated as a liquid, the first steps usually include protein denaturation and dispersion of fat globules by addition of sodium oxalate, or acetic acid and methanol, sometimes in combination with ultrasound treatment (Dmitrovic & Chan, 2002; Fürst, 2006). Before or after this step, internal standards are usually added, and the sample is extracted by LLE (Chovancová et al., 2011), or SPE (Covaci et al., 2001; Dmitrovic & Chan, 2002). Hexane is a commonly used solvent, although a large variety of solvent combinations and solvent sequences have been described in the literature.

In some studies, the lipid phase of the milk sample is separated or extracted and a defined amount of fat used for further analysis (Fürst, 2006; Pérez et al., 2012).

In the third approach, milk samples are freeze-dried and a defined amount is extracted with techniques commonly applied to solid samples, e.g. Soxhlet extraction (Duarte-Davidson et al., 1991) and PLE (She et al., 2007). Matrix solid-phase dispersion has also been described (Gómara et al., 2011). However, freeze-drying always runs the risk of loss of volatile PCBs and cross-contamination.

As described for other human matrices, lipids in the extract are removed before instrumental analysis. Furthermore, the extracts usually contain co-extracted compounds that are likely to interfere with PCBs in the instrumental analysis. The clean-up techniques therefore generally include lipid destruction by acid treatment, either directly in the extract (Duarte-Davidson et al., 1991), or by acidified silica gel (Covaci et al., 2001). Alternatively, GPC has been used, but usually in combination with acid treatment (She et al., 2007). Further clean-up techniques include

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 231

adsorption chromatography on neutral or basic silica (She et al., 2007), alumina (Chovancová et al., 2011), and Florisil (Pérez et al., 2012), also in combinations (Fürst, 2006). Ingelido et al. (2007) described clean-up by supercritical fluid extraction.

### (e)  Human hair

With a lipid content of about 2% (Altshul et al., 2004), hair accumulates lipophilic compounds such as PCBs and has the advantage of being sampled non-invasively. However, to what extent hair PCB content reflects internal exposure to PCBs is difficult to determine, even if the hair is washed before analysis to avoid co-extraction of dust particles. Comparisons of serum and hair samples showed weak correlations for most PCB congeners and considerably higher PCB concentrations in hair, also on a lipid-normalized basis (Altshul et al., 2004). Effects of hair colour (natural or dyed) cannot be ruled out (Covaci et al., 2002b).

Sample amounts of less than 1 g are sufficient for detection of PCBs. The hair samples are washed, and cut or pulverized, and then spiked with internal or recovery standards and incubated with hydrochloric acid (Covaci et al., 2002b). Extraction techniques applied in hair analyses include LLE (Covaci et al., 2002b), Soxhlet (Zhang et al., 2007), and ultrasonic extraction (Barbounis et al., 2012). The same methods for lipid removal and extraction clean-up as for other biological matrices have been used, e.g. adsorption chromatography on acidified silica gel, alumina (Covaci et al., 2002b), and Florisil (Zhang et al., 2007). A comparison between three laboratories analysing the same hair sample but using different internal standards, extraction techniques and analytical instruments (GC-ECD, GC-LRMS and GC-HRMS) showed good agreement, with a relative standard deviation of 15% (Gill et al., 2004).

### 1.2.5 Analysis of food samples

Food items are regularly analysed for PCBs in various national and international food-monitoring programmes (Fromberg et al., 2011; EFSA, 2005), and market-basket or duplicate-diet studies have been performed to identify PCB intake from food (Voorspoels et al., 2008; Fromme et al., 2009).

These studies have often applied methods that are sufficiently versatile to allow analysis of different kinds of food item with varying lipid content and consistency. The first step is often a drying of the food material with sodium sulfate (Voorspoels et al., 2008; Schecter et al., 2010), followed by the addition of recovery or internal standards, and Soxhlet extraction using hexane:acetone (Voorspoels et al., 2008), or toluene (Kiviranta et al., 2004). The clean-up usually includes lipid removal by acid treatment, either as direct addition to the extracts (Fromme et al., 2009), or via acid-impregnated silica gel (Voorspoels et al., 2008). Further clean-up steps can include neutral and basic silica gel (Son et al., 2012), alumina (Kiviranta et al., 2004), and Florisil (Schecter et al., 2010); however, the extent of purification and fractionation is highly dependent on the target analytes.

Food monitoring sometimes focuses on DL-PCBs, which are analysed together with dioxins and furans. These are separated from other PCB congeners by fractionation on a carbon column, which separates the molecules by planarity (Fernandes et al., 2004). Given the low concentrations of DL-PCBs, the fractions are sometimes further purified before instrumental analysis (Fromme et al., 2009).

Some studies have used more specific methods for different food items, for example, protein denaturation and dispersion of fat globules in dairy products, by the addition of sodium oxalate, or potassium oxalate and ethanol (Fromberg et al., 2011; Sirot et al., 2012), followed by LLE. In other studies using cows' milk, the samples

are freeze-dried before extraction (Lake et al., 2013), or the fat is separated using a detergent (Pérez et al., 2012). The clean-up steps may be the same as for other lipid-containing matrices. For the analysis of butter and vegetable oil, Roszko et al. (2012) described a dialysis method based on low-density polyethylene semi-permeable membranes, followed by GPC and common column clean-up.

Numerous studies have dealt with analysis of PCBs in fish, as summarized by Domingo & Bocio (2007). Analyses of meat and fish basically follow the same methods (Su et al., 2012). Samples are often dried as the first step, e.g. by freeze-drying (Abalos et al., 2010; Liu et al., 2011) or addition of anhydrous sodium sulfate (de Boer et al., 2010). After addition of internal standards, the samples are extracted on a Soxhlet apparatus (Su et al., 2012), by PLE (Pérez-Fuentetaja et al., 2010), or ultrasonic extraction (Son et al., 2012). The clean-up techniques are the same as described for other food matrices, including acid treatment (Su et al., 2012), acid and neutral silica gel, and alumina (Liu et al., 2011), and Florisil (Villa et al., 2011), sometimes in an automated PowerPrep system (Abalos et al., 2010). A rapid extraction and purification method was presented by Kalachova et al. (2011), combining PCB partitioning into ethyl acetate and lipid removal on a silica gel microcolumn.

Eggs are commonly analysed for PCBs, with a focus on the egg yolk (Kiviranta et al., 2004; Voorspoels et al., 2008). While the same methods could be applied as for other food samples, recent publications have only equilibrated the sample with solvents (Fromberg et al., 2011; Rawn et al., 2012). The clean-up steps include lipid removal by direct acid treatment and adsorption chromatography on acid silica and Florisil (Rawn et al., 2012).

Fruit and vegetables are analysed less frequently than lipid-rich food items. In the methods described by Grassi et al. (2010) and Sirot et al. (2012), freeze-drying, extraction using Soxhlet or PLE, and acid treatment were applied, in a manner very similar to that used for analyses of other food items.

## 1.3 Production and uses

### 1.3.1 Production processes

PCBs have commonly been synthesized commercially by catalytic chlorination of biphenyl. The catalysts used include iron, iodine, and chlorides of aluminium, tin, and antimony. The synthesis is performed as a one-step chlorination process, or in two steps with further chlorination of residues from the first step. The crude products are purified by alkali wash to remove hydrogen chloride and ferric chloride, blown with air, and sometimes also by distillation (IARC, 1978). The degree of chlorination is controlled by the time (range, 12–36 hours) in the reactor.

The manufacturing process for Aroclors involved the chlorination of biphenyl with anhydrous chlorine in the presence of a catalyst, such as iron filings or ferric chloride. In 1974–1977, "late production" Aroclor 1254 was made by a two-stage chlorination procedure. In the first stage, biphenyl was chlorinated to 42% chlorine content by weight as for Aroclor 1242. This was then fractionated to give a distillate (Aroclor 1016). The residue (mostly mono-ortho tetrachlorobiphenyls and higher homologues) was further chlorinated to 54% chlorine by weight, resulting in a lot (Monsanto lot KI-02–6024) with markedly higher levels of the high non-ortho and mono-ortho PCB congeners than the Aroclor 1254 lots produced earlier. The differences between the early and late lots of Aroclor 1254 are discussed in more detail above (see Section 1.1.3 and Table 1.10).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 233

Polychlorinated biphenyls

## 1.3.2 Production volumes and trends

Although the commercial production of PCBs began in the 1920s, it was not until after 1945 that production reached substantial volumes. Production peaked in the 1960s and 1970s, and had ceased in most countries by the end of the 1970s or early 1980s.

Estimates of the total cumulative worldwide production of PCBs indicate that 1 to 1.5 million tonnes (or more) of commercial PCB products were manufactured. Production volumes from former Czechoslovakia, France, Germany, Italy, Japan, China, Poland, the Russian Federation and the former Soviet Union, Spain, the United Kingdom, and the USA, as reported by Tatsukawa (1976), de Voogt & Brinkman (1989), Jiang et al. (1997), AMAP (2000), Holoubek et al. (2001a), and Sułkowski et al. (2003), add up to around 1 325 000 tonnes for 1930–1993 (Table 1.14).

In the USA, annual production peaked in 1970 with a total volume of 39 000 tonnes. From 1957 to 1971, 12 different types of Aroclor with chlorine contents ranging from 21% to 68% were produced in the USA by Monsanto Chemicals Co. (see Section 1.1). In addition, Geneva Industries produced a smaller amount of PCBs from 1972 to 1974 (EPA, 2008b).

In China, the production of PCBs began in 1965 and was gradually stopped between 1974 and the 1980s. According to preliminary investigation and analysis, 7000–10 000 tonnes of PCBs were produced in China from 1965 to 1974, with 9000 tonnes as $PCB_3$ [similar to Aroclor 1242] and 1000 tonnes as $PCB_5$ [similar to Aroclor 1254] (Xing et al., 2005; NIP China, 2007).

Information from the Democratic People's Republic of Korea (NIP Korea DPR, 2008) indicated that production of PCBs has been ongoing at two sites since the 1960s. The initial production capacity for PCBs was 1200 tonnes per year, with a tendency to increase until the 1980s; however, capacity has decreased since the early 1990s, and the average annual production

volume in 2001–2006 was 411.6 tonnes. The total amount produced up to 2006 could be estimated at around 30 000 tonnes. According to this report, the Democratic People's Republic of Korea planned to reconsider its production of PCBs in 2012.

The commercial products were marketed under more than one hundred different trade names, depending on place of manufacture, production process, and chlorine content. Aroclors comprised at least 10 different commercial PCB products, under the names Aroclor 1016, 1221, 1232, 1242, 1248, 1254, 1260, 1262, 1268, and 1270. It should be noted that Aroclor 5460 was not a PCB product, but consisted of polychlorinated terphenyls. Other commercial PCB products include Clophen (four products), Delor (three products), Fenclor (five products), Kanechlor (five products), Phenochlor (four products), Pyralene (three products), Sovol, and Therminol (see Section 1.1.3).

## 1.3.3 Uses

Due to the physical and chemical properties of PCBs, such as non-flammability, chemical stability, high boiling point, and high dielectric constants, PCBs were widely used in several industrial and commercial open and closed applications (Table 1.15). PCBs have also been used in corresponding military applications, but detailed information on military use is typically very scarce.

As a result of the production process, PCBs were never used as individual congeners, but as technical products composed of multiple congeners. The commercial PCB products were generally used as such, but mixtures with other compounds were also produced to obtain specific properties. For example, the PCB product Sovol may have been mixed with α-nitronaphtalene to increase volatility, and sold as Nitrosovol (UNEP, 1988). Similarly, Galbestos was a mixture of PCBs and asbestos used on galvanized steel and

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 234

**Table 1.14 Volume and duration of PCB production in countries with known production (by production volume)**

| Producer | Country | Duration | | Volume (tonnes) | Reference |
|---|---|---|---|---|---|
| | | Start | Stop | | |
| Monsanto | USA | 1930 | 1977 | 641 246 | de Voogt & Brinkman (1989) |
| Bayer AG | Germany, western | 1930 | 1983 | 159 062 | de Voogt & Brinkman (1989) |
| Orgsteklo | Russian Federation | 1939 | 1990 | 141 800 | AMAP (2000) |
| Prodelec | France | 1930 | 1984 | 134 654 | de Voogt & Brinkman (1989) |
| Monsanto | United Kingdom | 1954 | 1977 | 66 542 | de Voogt & Brinkman (1989) |
| Kanegafuchi | Japan | 1954 | 1972 | 56 326 | Tatsukawa (1976) |
| Orgsintez | Russian Federation | 1972 | 1993 | 32 000 | AMAP (2000) |
| Caffaro | Italy | 1958 | 1983 | 31 092 | de Voogt & Brinkman (1989) |
| 2.8 Vinalon and the Sunchon Vinalon Complex | Democratic Republic of Korea | 1960[a] | 2012[b] | 30 000[c] | NIP Korea DPR (2008) |
| SA Cros | Spain | 1955 | 1984 | 29 012 | de Voogt & Brinkman (1989) |
| Chemko | Former Czechoslovakia | 1959 | 1984 | 21 482 | Schlosserová (1994) |
| Xi'an | China | 1965 | 1980 | 10 000 | Jiang et al. (1997), NIP China (2007) |
| Mitsubishi | Japan | 1969 | 1972 | 2 461 | Tatsukawa (1976) |
| Electrochemical Co. | Poland | 1966 | 1970 | 1 000 | Sułkowski et al. (2003) |
| Zaklady Azotowe Tarnow-Moscice | Poland | 1974 | 1977 | 679 | Sułkowski et al. (2003) |
| Geneva Industries | USA | 1972 | 1974 | 454 | EPA (2008b) |
| Total | | 1930 | 2012 | 1 355 810 | |

[a] During the 1960s

[b] "The Ministry of Chemical Industry will, by 2012, take measures to dismantle the PCBs production process and establish a new process of producing an alternative."

[c] Estimated from Republic of Korea 2008, National Implementation Plan for the Stockholm Convention on Persistent Organic Pollutants.

PCB, polychlorinated biphenyl

Adapted from Breivik et al. (2007)

galvanized corrugated sliding panels in various industrial and military applications.

*(a)    Closed applications*

The predominant applications for PCBs were in dielectric fluids in capacitors and transformers. These applications are considered to be closed applications, since PCBs are not expected to leak out of the system. However, transformers had occasionally to be topped up with PCBs so that these systems were not completely closed.

While applications in hydraulic and heat transfer, and cooling systems are also usually considered to be closed applications, there have been reports of accidental leaks from such systems, and thus these applications are often referred to as "normally closed."

During the 1960s, dielectric fluid in capacitors and transformers represented 50–60% of the sales of PCBs in the USA (IARC, 1978). In 1972, Monsanto restricted its sale of PCBs to capacitor and transformer applications (Erickson, 2001); after this date, these applications represented some 99% of the total use of PCBs in the USA (Durfee et al., 1976). In China, $PCB_3$ [similar to Aroclor 1242] was used primarily in power capacitors applied in electricity production, distribution and transmission, while $PCB_5$ [similar to Aroclor 1254] was used mainly as a paint additive (see Table 1.8).

Polychlorinated biphenyls

**Table 1.15 Industrial uses of PCBs**

| System/category | Aroclor | | | | | | | | | DecaCB |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1221 | 1232 | 1016 | 1242 | 1248 | 1254 | 1260 | 1262 | 1268 | |
| *Dielectric fluids* | | | | | | | | | | |
| Capacitors | ✓ | | ✓+ | | | ✓ | | | | |
| Transformers | ✓ | | ✓ | ✓ | | ✓+ | ✓+ | | | |
| *Hydraulic/lubricants/heat-transfer fluids* | | | | | | | | | | |
| Heat transfer | | | | ✓ | ✓ | ✓ | | | | |
| Hydraulic fluids | | ✓ | | ✓ | ✓ | ✓ | ✓ | | | |
| Vacuum pumps | | | | | ✓ | ✓ | ✓ | | | |
| Gas transmission turbines | ✓ | | | ✓ | | | | | | |
| Immersion oil for microscopes | | | | | | | ✓ | | | ✓ |
| *PCBs incorporated into products and materials* | | | | | | | | | | |
| Rubber | ✓ | ✓ | | ✓+ | ✓ | ✓ | ✓ | | ✓ | |
| Synthetic resins | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| Carbonless copy paper | | | | ✓+ | | | | | | |
| Pipeline valve grease | | | | | | | | | ✓ | |
| Adhesives | ✓ | ✓ | | ✓+ | ✓ | ✓ | | | ✓ | |
| Wax extenders | | | | ✓+ | | ✓ | | | | |
| Caulk and joint sealants | | | | | | ✓[a] | | | | |
| Insulation and other building materials | | | | | | ✓ | | | ✓ | |
| De-dusting agents | | | | | | ✓ | ✓ | | | |
| Inks | | | | | | ✓ | | | | |
| Cutting oils | | | | | | ✓ | ✓ | | | |
| Wire and cable coatings | | | | | | ✓ | ✓ | | | |
| Die or investment casting | | | | | | | | | | ✓ |
| Pesticide extenders | | | | | | ✓ | | | | |

[a] Also others
✓ Denotes use of given Aroclor in a specific end-use
✓+ Denotes principal use
PCB, polychlorinated biphenyl
Adapted from Johnson et al. (2000) and Erickson & Kaley (2011)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 236

As production and use of PCBs became banned, outdated PCB-containing equipment (equipment filled with PCBs as dielectric fluid) was generally removed from use and stored for disposal (Xing et al. 2005). In this equipment, about 6000 tonnes of PCBs came from capacitors (NIP China, 2007).

*(b)    Open applications*

PCBs were also used in several open applications as a major constituent of permanent elastic sealants and as flame-retardant coatings (Heinzow et al., 2007).

The use as plasticizer in sealants (caulking material) and flooring material was common in many countries, representing up to 15–20% of the total use of PCBs in Sweden (Jansson et al. 1997). The sealants were mainly used in outdoor applications, but indoor use was not uncommon. Use in flooring material was limited to indoor use.

Sealants that were mixed with PCBs were mainly of the polysulfide type. The mixing was often performed on site. Information on concentrations to be used were not available to the Working Group; however, from a technical point of view, PCB concentrations were likely to be above 5%. Sealants analysed some 40 years after application often contained concentrations of PCBs of 5–15%, with concentrations of up to 35% being reported. The concentration may vary not only between sites, but also within a building. These variations may be the result of use of sealants with different PCB content, or of secondary processes, such as migration out of the matrix. There are reports indicating that inner parts of sealants could contain higher concentrations than the superficial parts (Johansson et al., 2003).

In addition to the use as sealants and flame-retardant coatings, PCBs have also been used in other open applications, such as in inks, adhesives, microencapsulation of dyes for carbonless duplicating paper, conveyor belts, rubber products, paints, pesticide fillers, plasticizers,

polyolefin catalyst carriers, immersion oil for microscopes, cutting and lubricating oils, surface coatings, wire insulators, and metal coatings (ATSDR, 2000; Erickson, 2001; Erickson & Kaley, 2011). Also, use in small ballasts for fluorescent lights could be regarded as an open application, especially after long-lasting usage.

*(c)    Disposal of equipment containing PCBs*

Improper handling of electronic waste (e-waste) has been identified as a source of environmental contamination with PCBs, especially for old equipment (Leung et al., 2006). Dismantling of ships has also been identified as a potentially important source of occupational exposure to and environmental contamination with PCBs (Basel Convention, 2003).

With the complete ban on the use of PCBs, stockpiles awaiting elimination have successively appeared in many countries.

In 2000, 23 companies worldwide had facilities for the disposal of equipment containing PCBs, of which 11 were in Europe. The use of solvent for decontamination represents the most common procedure of disposal, followed by destruction by incineration, dechlorination with sodium, retrofilling and vitrification. The most common technology used for destruction of PCBs is by incineration, with an efficiency of between 99% and 99.99999% (IOMC, 1998). For exemple, France has an installed capacity for incineration of PCB residues amounting to around 20 000 tonnes per year (INERIS, 2013).

## 1.4    Environmental occurrence and exposure

PCBs are found worldwide at measurable levels in all environmental media (soils and sediments, water, air), in wildlife, and also probably in the body of every human. Human exposure to PCBs occurs mostly via ingestion of

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 237

contaminated food (see Section 1.4.7), but also via inhalation and dermal absorption.

Soils are natural sinks for persistent and lipophilic compounds such as PCBs; PCBs are absorbed by the organic carbon of the soil, and once absorbed they are relatively persistent (Buckley-Golder, 1999) (see Section 1.4.5). PCBs enter the soil via different pathways: industrial releases from manufacture, use and disposal, accidental releases, atmospheric deposition, application of sewage sludge, and erosion and leachate from nearby contaminated areas. PCBs in organic liquids may be dissolved by soils and then migrate with the solvent.

The congener patterns of PCBs in soils and sediments change over time as a result of the activity of aerobic bacteria (that degrade less chlorinated congeners) and anaerobic bacteria (that can cause partial dechlorination of more highly chlorinated congeners) (Hardell et al., 2010). The patterns found in environmental biota are often referred to as "weathered," since they result from alterations in the composition of a mixture (e.g. resulting from bio accumulative and metabolic processes in higher biological organisms and through bacterial action, exposure to ultraviolet radiation, etc.). "Weathering" processes result in PCB patterns with either a higher chlorinated fraction or congeners with higher bioaccumulative properties compared with the commercial products. "Weathering" must be considered when assessing PCB-associated risks based on studies with experimental animals exposed to commercial PCB products.

Water is a major pathway for migration of PCBs, both in solution and particulate-bound, although PCBs are lipophilic and generally not very soluble in water (see Section 1.4.6). Less chlorinated PCB congeners have greater solubility than more highly chlorinated congeners.

Air is another major pathway for PCB migration (see Sections 1.4.3 and 1.4.4). PCBs are semi-volatile compounds and, as with water solubility, less chlorinated congeners are more volatile than

more highly chlorinated ones (Totten et al., 2006). There is extensive evidence that PCBs in aquatic systems exchange with PCBs in air (Bamford et al., 2002). Air transport of PCBs can occur in either the vapour phase or particulate-bound, thus contributing to global pollution and PCB contamination of remote regions of the earth. PCBs in air come from several direct or indirect sources, including industrial facilities, military sites, contaminated bodies of water, landfills and hazardous waste sites, electric arc furnaces, incineration and other forms of combustion, sewage sludge applied to agricultural lands, and construction materials, including in paints (Hu & Hornbuckle, 2010), caulking, light ballasts, floor sealants, and adhesives and plasticizers in older buildings (Wallace et al., 1996).

PCBs from soil, sediment, air and water enter the food-chain by uptake and bioaccumulation in plants and animal fats. There is significant biological magnification of PCB concentration as PCBs move up the food-chain. PCB concentrations vary depending on the degree of bioaccumulation, and are usually highest in carnivorous fish coming from contaminated waters. PCBs are found in the fat of all meat animals, in all dairy products containing fat, and in eggs (ATSDR, 2000; IOM, 2003), sometimes at high concentrations due to local contamination of grasses, and feeding practices in some countries (see Section 1.4.2). Also, it is not uncommon to feed domestic animals with fish meal or oil, or waste animal fats, which results in recycling of PCBs (IOM, 2003). For example, farmed salmon fed with concentrated fish meal or fish oil containing significant amounts of PCBs showed elevated concentrations of PCBs (Hites et al., 2004). PCBs found in food are typically of higher chlorination, since they are less volatile and more biologically persistent in plants and animals than the lower congeners.

Another important route of exposure to PCBs is inhalation; however, it is difficult to determine the relative contribution of inhalation

compared with ingestion. Harrad *et al.* (2006) have suggested that inhalation may account for 4–63% (median, 15%) of overall exposure in humans. PCBs may be attached to indoor dust, which can be either ingested or inhaled. Individuals who spend significant periods of time in the presence of either outdoor or indoor vapour-phase PCBs will have continuous exposure that is not reflected in measurements of "total" PCBs, because the less chlorinated congeners are more rapidly metabolized and excreted by the human body (Fig. 1.5; Johansson *et al.*, 2003). Concentrations of different PCB congeners were measured in blood from individuals living in houses where PCB-containing sealant was used. Concentrations of most congeners were only slightly elevated (1.2 to 3.2 times), but the two congeners with a low level of chlorination (PCB-28 and PCB-66) were detected at much higher concentrations (30 and 9 times, respectively) in contaminated flats than in control flats.

Dermal absorption of PCBs may occur primarily in the occupational setting, but also through contact with contaminated sediments or other applications to the skin (Wester *et al.*, 1987, 1993). Less chlorinated congeners are more rapidly absorbed through the skin than more highly chlorinated congeners (Garner & Matthews, 1998).

Congener patterns in the general human population are always different from any pattern found in commercial PCB products (Patterson *et al.*, 2009). The factors that may explain this are:

- The general public is exposed to multiple sources of PCBs, only rarely to a single commercial product.
- There may be more than one route of exposure for almost all matrices/animals/humans.
- Dechlorination occurs to varying degrees in sediments, soils, water and air. Commercial PCB products will volatize to some degree, and in doing so, will lose less chlorinated congeners.

- PCBs ingested by fish and animals will be metabolized (to less chlorinated and hydroxylated congeners) to different degrees. Thus most food stuffs will demonstrate a shift in the congener profile compared to the commercial product.
- When inhalation is the major route of exposure, there is selective exposure to the more volatile, less chlorinated and less persistent congeners.
- Genetic differences among individuals may confer differences in metabolic activity and selective metabolism of different congeners.

### 1.4.1 Diffuse sources of PCBs worldwide

#### (a) North America

The two Monsanto facilities that manufactured PCBs in the USA were located in Anniston, Alabama, and Sauget, Illinois. In Anniston, more than 400 000 tonnes of PCBs were produced, at least 4550 tonnes were discarded in two landfills, and at least 20.5 tonnes were released into the atmosphere (Hermanson & Johnson, 2007). Many of the large industries using PCBs manufactured by Monsanto were located near major bodies of water, and PCBs were released into the environment as a result of unintentional leaks, volatilization during the production process, and migration from associated landfills and waste products. There was also production, at lower quantities, by Geneva Industries in Houston, Texas (de Voogt & Brinkman, 1989). As a result, contamination has occurred in many rivers and streams near these sites of production (see Section 1.4.6(a)).

#### (b) Europe

In western Europe, many chemical plants are located along major rivers (i.e. Rhine, Rhone, and Seine) and there have been several isolated incidents of organic chemical pollution. The Seine estuary remains one of the most polluted

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 239

**Fig. 1.5 Blood PCB concentrations in individuals living in PCB-contaminated flats relative to individuals living in control flats**



PCB, polychlorinated biphenyl
From Johansson et al. (2003)

in Europe (RNO, 2012). Also, the Venice lagoon in Italy is particularly polluted owing to the proximity of an important industrial district (the Marghera Harbour) (see Section 1.4.6(b)).

In the Slovak Republic, the Chemko Chemical Co. (based in the Michalovce district) produced 21 000 tonnes of commercial PCB mixtures between 1959 and 1984 (Delor 103, 104, 105, 106, Delotherm DK and DH, Hydelor 137). Improper disposal from the Chemko plant via release of effluent directly into the Laborec river resulted in long-term environmental contamination.

During the conflict of the former state union of Serbia and Montenegro throughout the 1990s, the burning or damaging of industrial and military targets resulted in the release of large amounts of PCBs into the environment: more than 1000 electro-transformer stations that contained PCB oil were damaged. After the bombardment of Kragujevac, Serbia, 2500 kg of PCB-based oil from the transformers of the Zastava automobile industry were spilled.

A French inventory reported that the number of installed transformers containing at least 100 kg of PCBs was 100 000 units in 1987, corresponding to 50 000 tonnes of fluids containing 60% PCBs (Pyralene), and to 50 000 tonnes of carcasses with 5% of PCB residues. The 250 000 medium-voltage capacitors represented about 3000–5000 tonnes of pure PCBs, while the low-voltage capacitors represented 1500–2000 tonnes of hardly extractable PCBs.

In Spain, an inventory in 1997 reported some 6000 tonnes of PCBs, although the amount of material containing or contaminated with PCBs could reach 200 000 tonnes.

77

*(c)    Asia*

Contamination of soil and sediments has been reported in the Russian Federation, China, Viet Nam, and Japan. Such contamination may originate from PCB producing plants (e.g. China, Japan, Democratic People's Republic of Korea), or from e-waste recycling facilities (e.g. China). In addition, two major accidents of food contamination occurred in Taiwan, China and Japan (see Section 1.4.2(a)).

*(d)    South and Central America*

There has been no manufacture of PCBs in South and Central America, but there has been widespread use of PCB-containing transformers and other PCB-containing devices.

*(e)    Africa*

There has been no manufacture of PCBs in Africa, but there has been widespread use of PCB-containing transformers and other PCB-containing devices. In Africa, several studies showed an increase in the number of sources of PCBs, due to leakage and wrongly disposed transformers, shipwrecks, and biomass burning.

Another major source of exposure is the importing of e-waste and increase of e-waste recycling facilities, usually illegal, but common in Ghana, Senegal, Nigeria, Kenya, and the United Republic of Tanzania. A report by the United Nations Environment Programme (UNEP) documented issues concerning e-waste in South Africa, Kenya, Uganda, Morocco, and Senegal (UNEP, 2009).

In spite of the lack of homogenous data, an attempt has been made to compare the main PCB stocks that reside in the various countries of the region. [These data should only be seen on the relative scale since lacking the accuracy to make them valuable in the absolute sense.]

In Algeria, the national inventory of electrical equipment and PCB wastes identified 6770

appliances and around 4000 tonnes of oil to remove. The deposit of transformers, capacitors and various equipment containing PCBs was estimated at 1700 tonnes in Tunisia and 1150 tonnes in Morocco (Business Med, 2010).

### 1.4.2 Accidental releases into the food-chain

*(a)    Asia*

Cooking oil contaminated by Kanechlor has been the source of two accidental mass poisonings in western Japan (later called "Yusho," oil disease in Japanese) and in Taiwan, China (later called "Yucheng," oil disease in Chinese). Commercial PCB mixtures were used as heat-transfer media in oil tanks; leakage of the pipes caused exposure to the PCB mixture and PCB pyrolytic products, mainly PCDFs and polychlorinated quaterphenyls (PCQs) (Masuda *et al.*, 1986). Patients from both countries have been exposed to comparable quantities of PCBs and PCDFs. The PCB/PCDF concentrations in the Yusho oil were higher (several hundred ppm to 3000 ppm) than those in the Yucheng oil (53 to 100 ppm) (Guo *et al.*, 2003); however, on average, Yucheng patients consumed the contaminated oil for a longer duration than the Yusho patients.

*(i)    Yusho incident, Japan*

In 1968, the Yusho incident involved approximately 1800 people who ingested rice oil contaminated by Kanechlor 400 and its pyrolytic products, mainly in Fukuoka and Nagasaki prefectures (Masuda, 1994a, b; Kuratsune, 1996; Matsueda *et al.*, 1993; Todaka *et al.*, 2007a; Nagayama *et al.*, 1977; Tanabe *et al.*, 1989; Masuda *et al.*, 1998; Ohta *et al.*, 2008a). Affected people developed a "strange skin disease," including acne-form eruption, follicular accentuation, and pigmentation, as well as eye discharge and swelling of eyelids. The mean concentrations of seven PCB congeners (PCB-105, PCB-118, PCB-138, PCB-153, PCB-157, PCB-170, and PCB-180) detected in blood were 6.7 ppb and 3.84 ppb (95% confidence

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 241

interval, 3.54–4.17), 5 and 20 years after being exposed, respectively (Masuda & Yoshimura, 1982). Mortality data among registered Yusho patients were identified by follow-up studies to 1990 and 2007. The first of these two reports (Ikeda & Yoshimura, 1996) reported serum PCB concentrations in the range of 0 to 35 ppb in 1972, and a decrease to about 5 ppb in 1984 (Iida et al., 1999) (see Sections 1.4.9(b)(iii) and (c)(iv) for additional data on PCB concentrations in blood and adipose tissue, respectively).

### (ii)    Yucheng incident, Taiwan, China

In 1978–9, the Yucheng incident involved approximately 2000 people who ingested rice oil contaminated with Kanechlor 500 and its pyrolytic products (Hsu et al., 1985). After a few months, these people developed chloracne, hyperpigmentation, severe fatigue, peripheral neuropathy, and other signs and symptoms similar to Yusho disease. On the basis of a dietary questionnaire, it was estimated that Yucheng patients had consumed on average about 1 g (range, 0.7–1.4) of PCBs and 3.8 mg (range, 1.8–5.6) of PCDFs (Lan et al., 1981). Another study estimated the intakes of PCBs, PCDFs, and PCQs by Yucheng patients at 673, 3.8, and 490 mg, respectively (Masuda et al., 1986). DL-PCBs contributed to approximately 30% and 20% of the total TEQ (toxic equivalent) in Yucheng men and women, respectively. Compared with the general population in Taiwan, China, the mean total serum PCB concentrations in the Yucheng victims were still nine times higher 15 years after exposure (see Sections 1.4.9(b)(iii) and (c)(iv) for additional data on PCB concentrations in blood and adipose tissue, respectively).

### (b)    Europe

In Europe, the "Belgian dioxin crisis" was caused by the accidental release of 50 kg of a commercial PCB mixture contaminated with 1 g of dioxins commonly found in transformers, to a stock of recycled fat used for the production

of 500 tonnes of animal feed. In May 1999, it appeared that more than 2500 poultry and pig farms could have been contaminated. Chickens showed the classical signs of oedema disease.

In Ireland in 2008, a tank for storage of pork fat was contaminated with heat-transfer fluid containing PCBs (Hovander et al., 2006). [The Working Group noted that the label of "dioxin crisis" attributed to these episodes of PCB feed contamination was inappropriate.]

### 1.4.3 Outdoor air

PCBs in outdoor air may be a significant source of exposure. Concentrations of PCBs in air depend on a variety of factors, including temperature and proximity to local sources. Temperature is particularly important in controlling the cycle of volatilization and precipitation. Proximity to local sources, such as industrial facilities, landfills, or contaminated bodies of water, results in elevated air concentrations of both vapour phase and particulate-bound PCBs that dissipate with distance at different rates, resulting in both local and distant contamination. Combustion and other high-temperature processes generate PCBs, in particular during combustion of highly chlorinated compounds; however, this route of unintentional formation is considered to contribute little to total airborne PCBs. Migration to the outdoor environment has also been shown to occur as a result of erosion of exposed sealants.

### (a)    North America

PCB concentrations in outdoor air vary greatly between urban and rural sites in North America, and may be very high near industrial facilities and other contaminated sites (Table 1.16). These differences reflect primarily the impact of local sources and dilution in air, but also the deposition of PCBs at lower temperatures.

The major sources in Chicago are from landfills, sewage sludge drying beds, and transformer storage yards (Hsu et al., 2003). Shen et al.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 242

**Table 1.16 PCB concentrations in outdoor air in North America**

| Reference | Location, sources | PCBs measured | PCB concentration in pg/m³ as mean and/or range | Comments |
|---|---|---|---|---|
| Vorhees et al. (1997) | Near a PCB-contaminated site, New Bedford Harbor, Massachusetts | "PCB concentrations" | 400–61 000 | |
| | Comparison neighbourhood | | 100–8200 | |
| Hung et al. (2001) | Canadian Arctic | Sum of 102 congeners | 28 in 1993; 23 in 1997 | PCB-28, PCB-52, and PCB-118 showed little or no decline over time |
| Hermanson et al. (2003) | Near the former Monsanto PCB-manufacturing facility in Anniston, Alabama | Sum of 120 congeners | 8700–82 000 [annual average, 27 000] | |
| Totten et al. (2004) | Urban sites (Camden and Jersey City, New Jersey) | Sum of 116 congeners | Average, 3250 and 1260, respectively | |
| | Remote and suburban areas at various sites near the New York City metropolitan region | | Averages of 150–220 | |
| Sun et al. (2006) | Six sites near near USA–Canadian Great Lakes (Lake Michigan near Chicago) | Sum of 84 congeners | ± 100–1400 | |
| Hermanson & Johnson (2007) | Near the former Monsanto PCB-manufacturing facility in Anniston, Alabama | PCBs in tree bark | 171 927 ng/g (ppb) lipid near the site, to 35 ng/g (ppb) lipid at a distance of 7 km | Tree bark serves as passive vapour-phase air sampler |
| Sun et al. (2007) | Six sites distant from urban areas near USA–Canadian Great Lakes (Lakes Superior and Huron) | Sum of 84 congeners | 60–86 | |
| | Six sites near near USA–Canadian Great Lakes (Lake Erie) | | ± 1.1–230 | |
| Palmer et al. (2008) | Near the contaminated Hudson River, downstream communities | Sum of 84 congeners | Median, 711 | Concentrations were higher closer to the river than further away, and higher in warmer than cooler months of the year. The congener pattern in air was primarily PCBs with three or four chlorines |
| | City upstream of the industrial sites that caused the contamination | | Median, 431 | |
| Palmer et al. (2008) | Contaminated portion of the Hudson River | Sum of 84 congeners | 102–4011 (median, 711) | |
| | Community upstream of the contamination | | 80–2366 | |
| Harrad et al. (2009) | Toronto, Canada | Sum of 8 congeners | 100–1400 (mean, 350) | |
| Li et al. (2010) | North America | Sum of PCBs | 79 (49–120) | |
| | Remote sites in Alaska and rural sites in the lower 48 states of the USA | | 1–50 | |
| | Large urban areas like Chicago | | 1000 and 150 000 | |
| Persoon et al. (2010) | Cleveland, Ohio | Sum of 151 congeners | 1730–4240 | |
| | Chicago, Illinois | | 1130–2690 | |

PCB, polychlorinated biphenyl

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 243

(2006) found large relative differences in air PCB concentrations between urban, rural and remote sites, with the highest concentrations in Toronto, Canada, and the Eastern third of the USA [absolute concentrations could not be quantified] using results from passive air samplers in 31 stations in Canada and the USA.

(b)    Europe

In Europe, the reported PCB concentrations in outdoor air range from ~10 up to ~1000 pg/m³ in western European countries and from ~50 up to ~9000 pg/m³ in eastern European contries.

Measurement in the Baltic region showed PCB concentrations in southern Norway to be rather high and similar to those in urban areas (Backe et al., 2000; Agrell et al., 2001). Results from the Czech national monitoring system and European Monitoring and Evaluation Programme (EMEP) background monitoring stations also showed relatively high PCB concentrations in this country (EC, 2004). Typical values for background sites usually range up to ~100 pg/m³ and up to several 100s pg/m³ for contaminated areas (Kocan, 2000, 2001).

PCB concentrations in outdoor air may also be measured in precipitation as total deposition rates (ng/m² per day). In southern Sweden (Backe et al., 2002), PCB concentrations ranged from 1.18 to 81.4 ng/L, with no seasonal trends. In Paris, France, average PCB concentrations (sum of seven congeners) in rain during 1986–2001 remained approximately constant at about 40 ng/L (Chevreul et al., 2001).

Declining concentrations of PCBs have been observed since the early 1960s and 1970s, decreasing by 67% in France (EC, 2004) and by 78% in the United Kingdom (CITEPA, 2013) over 20 years. The difference observed between the steady concentrations in rain and the decrease in general atmospheric emissions may be partly explained by water solubility limits and differences between point sources and global emissions.

Air concentrations of the seven indicator PCBs 28, 52, 101, 118, 153, 138 and 180 were measured at four locations in the Czech Republic, Finland, Sweden, and the Netherlands, from 1996 to 2001. Measured values did not vary noticeably during this period at any location (Fig. 1.6). This suggests that a steady-state has been reached between degradation and environmental cycling, with an ongoing low-level input from existing equipment and contaminated material (Holoubek et al., 2003).

(c)    Asia

Limited information on the concentrations of PCBs in air and dust has been reported in Asian countries (Table 1.17). One of the most extensive studies reported results for outdoor air samples from 55 sites in Japan, 20 in China, 30 in the Republic of Korea, and 1 in Taiwan, China. The range of concentrations was 100–1000 pg/m³.

(d)    South and Central America

Shen et al. (2006) found large relative differences in air PCB concentrations between urban, rural and remote sites using passive air samplers in 4 stations in Mexico, Belize, and Costa Rica. One site in Mexico had higher concentrations than sites in Central America and in Canada.

Li et al. (2010) reviewed information from various research groups around the world and reported the average concentration of the sum of PCBs in air to be 66 pg/m³ (range, 9–670 pg/m³) for South America, and 59 pg/m³ (range, 17–150 pg/m³) for Central America.

(e)    Africa

Only recently have data from passive air samplers deployed on the African continent become available. PCB concentrations have been reported as very high in Senegal (500 pg/m³) (Klánová et al., 2009), Côte d'Ivoire, and the Gambia (up to 300 pg/m³) (Gioia et al., 2011). Concentrations in some areas in South Africa, Kenya, Egypt, the Democratic Republic of the

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 244

**Fig. 1.6 Annual average atmospheric concentrations of seven indicator PCBs (PCB$_7$) from four European Monitoring and Evaluation Programme stations in Europe, 1996–2001**



PCB$_7$, sum concentration of PCB-28, PCB-52, PCB-101, PCB-118, PCB-153, PCB-138, and PCB-180
From Holoubek *et al.* (2003)

Congo, Ghana, Mali, and the Sudan were also high, and comparable to those in urban areas in more developed countries. These levels could not be explained by biomass burning or primary emissions, and were probably due to e-waste dumps. Lower concentrations have been measured in the Congo, Ethiopia, Mauritius, Nigeria, the Togolese Republic, Tunisia, and Zambia.

*(f)    Vegetation used for monitoring studies*

Plant foliage is a reliable proxy for monitoring levels of vapour-phase compounds in outdoor air since it bioaccumulates organic pollutants. Several researchers have used vegetation, grass, conifer needles, mosses, pollen, and leafy vegetable species (cabbage and lettuce) as biomonitors to evaluate patterns of PCB contamination

(Larsen *et al.*, 1985; Reischl *et al.*, 1989; Kylin, 1994; Simonich & Hites, 1995). This method has been employed in high-mountain ecosystems (Daly & Wania, 2005), and in several countries, including the Czech Republic (Holoubek *et al.*, 1994), Poland (Migaszewski, 1999), western Finland (Sinkkonen *et al.*, 1995), Germany (Reischl *et al.*, 1987), Italy (Gaggi *et al.*, 1985), and France (Granier & Chevreuil, 1992).

### 1.4.4 Indoor air

PCBs have been shown to migrate into surrounding materials, such as concrete or wood, and to indoor air. The major sources are PCB-containing caulk, paint (where PCB-11 is the main marker), floor sealants, and ballasts

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 245

**Table 1.17 PCB concentrations in outdoor air and dust in Asian countries**

| Reference | Country, region Date of study | Sources | PCBs measured Comments | Concentrations |
|---|---|---|---|---|
| Iwata et al. (1995) | Russian Federation, Lake Baikal May 1992 | Six outdoor air samples from research vessel | Kanechlors 300, 400, 500, 600 as standards | Range, 8.7–23 pg/L. |
| McConnell et al. (1996) | Russian Federation, Lake Baikal June 1991 | A total of 19 outdoor air samples | Aroclors 1242 and 1254 as standards | Mean, 196 ± 65 pg/m³ |
| Hogarth et al. (2012) | Taiwan, China; China; Japan; Republic of Korea March–May, 2008 | Outdoor air samples from 55 sites in Japan (37 rural, 4 suburban and 14 urban), 20 in China (3 rural and 17 urban), 30 in the Republic of Korea (12 rural, 2 suburban and 16 urban), and 1 in Taiwan, China | Sum of 202 congeners | Japan, 40–760 pg/m³ China, 300–2500 pg/m³ Taiwan, China, about 317 pg/m³ Republic of Korea, 36–600 pg/m³ |
| Thacker et al. (2013) | India, central and western regions 2009–2010 | Outdoor air samples from various cities | Sum of dioxin-like PCBs | Range, 0.0001 × 10⁻¹ to 0.0295 ng TEQ/Nm³ |

PCB, polychlorinated biphenyl; TEQ, toxic equivalent

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 246

in lighting devices. Outgassing from contaminated dust may also contribute. Joint sealants are increasingly recognized as important diffuse sources of indoor air contamination by PCBs.

### (a)    North America

PCBs have been measured in indoor air in several studies (Vorhees *et al.*, 1997; Vorhees *et al.*, 1999; Herrick *et al.*, 2004; Colt *et al.*, 2005; Franzblau *et al.*, 2009; Harrad *et al.*, 2009). In the USA it was reported that indoor air concentrations of PCBs were 5–300 times greater than those in outdoor air (Wallace *et al.*, 1996), and that concentrations were higher in older buildings. The concentrations of PCBs in indoor air in North America are summarized in Table 1.18.

### (b)    Europe

The highest indoor concentrations (up to 7500 ng/m³) have been reported in buildings constructed between 1960 and 1975 from prefabricated concrete elements sealed with elastic materials containing PCBs (Balfanz *et al.*, 1993). Joint sealants containing PCB were discovered in various public buildings in Europe (Kohler *et al.*, 2005; Wilkins *et al.*, 2002). Estimated indoor PCB concentrations in contaminated sections were the lowest in microenvironments such as cars (8.92 ng/m³), and were inversely related to the degree of chlorination of the PCB mixtures used (Hammar 1992; Harrad *et al.*, 2006; Kuusisto *et al.*, 2006, 2007; Frederiksen *et al.*, 2012). The concentrations of PCBs in indoor air in Europe are summarized in Table 1.19.

### (c)    Asia

Indoor floor dust samples (*n* = 43) collected from rural homes and mosques in Gujarat, Pakistan, showed median total PCB concentrations of 0.67 ng/g (range, 0.3–6.1 ng/g) (Ali *et al.*, 2012). The PCB profile was dominated by PCB-153 (> 60% of the sum of PCBs), with concentrations between < 0.2 and 2.4 ng/g. These

PCB concentrations were 10 times lower than those reported in house dust in Singapore (Tan *et al.*, 2007).

### 1.4.5 Soil and sediments

PCBs can enter soil and sediments through various routes. Sediments constitute an important sink for PCBs entering the marine environment. Sewage sludges are monitored for PCBs in countries where they are largely used (60%) in agriculture. The dumping of incinerator-related materials and/or the inadequate management of commercial PCBs have resulted in significantly elevated PCB concentrations.

### 1.4.6 Water

Inputs of PCBs to the hydrological cycle are principally via discharges of sewage and industrial effluents, urban run-off, leachates from solid waste landfill sites, atmospheric deposition and, of increasing concern, via agricultural run-off (Scrimshaw *et al.*, 1996).

Water can contain PCBs either in solution or bound to particulates. While PCBs are not very water-soluble, water can be a significant source of exposure to less chlorinated congeners that have a greater solubility than more highly chlorinated congeners. PCB concentrations in sea and freshwater are summarized in Table 1.20.

### (a)    North America

### (i)    Drinking-water

In the USA, the EPA has set a goal for PCBs in drinking-water of zero, and a maximum contaminant concentration of 500 ng/L (500 ppt), with sources being primarily landfills, and discharge of waste chemicals (EPA, 2014). While conventional treatment of drinking-water will remove particulate-bound PCBs, those that are soluble are often not completely removed. Solubilities of individual PCB congeners vary from about 4 ppm for monochlorobiphenyl to as low as 0.0007

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 247

**Table 1.18 PCB concentrations in indoor air in North America**

| Reference | Location | Source | PCBs measured | Concentration | Comments |
|---|---|---|---|---|---|
| Vorhees et al. (1997) | New Bedford Harbor, Massachusetts, USA | 18 homes | Sum of 65 congeners | Geometric mean concentration, 18 ng/m³ (range, 7.9–61 ng/m³) | |
| | | Comparison neighbourhood | | Geometric mean concentration, 10 ng/m³ (range, 5.2–51 ng/m³) | |
| Vorhees et al. (1999) | New Bedford Harbor, Massachusetts, USA | House dust in homes surrounding the Superfund site | Sum of 65 congeners | 1400 (range, 320–23 000) ng/g dry weight | |
| | | Comparison neighbourhood | | 60 (15–290) ng/g | |
| Herrick et al. (2004) | Greater Boston, USA | 24 university buildings | | > 36 200 ppm 111–395 ng/m³ | One third of the 24 buildings investigated contained caulk at concentrations > 50 ppm (the EPA limit) |
| Colt et al. (2005) | Four geographical regions in the USA | PCBs in carpet dust, 443 homes of Caucasian Americans who served as controls in a case–control study on non-Hodgkin lymphoma | | Specific concentrations not reported | PCB concentration in dust was significantly related to age of the house, being greatest in homes built before 1940, and significantly greater in homes built in 1960–1979 (when PCBs were being manufactured in the USA) than in homes constructed after 1980 |
| Franzblau et al. (2009) | Five counties in Michigan, USA | House dust House dust | PCB-123 PCB-118 | 439 000 ppt 33 600 000 ppt | Dioxin-like PCBs contributed 66.2% of the total WHO TEQ found in dust |
| Harrad et al. (2009) | Texas, USA | 20 homes | Sum of 9 tri- to heptachlorinated congeners | 200 ng/g (ppb); (range, 0.71–620 ng/g) | |
| | Toronto, Ontario, Canada | 10 homes | Sum of 9 tri- to heptachlorinated congeners | 260 ng/g (ppb) (range, 51–820 ng/g) | Levels were more than four times higher than those measured in cities in the United Kingdom and New Zealand |

EPA, United States Environmental Protection Agency; PCB, polychlorinated biphenyl

85

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 248

**Table 1.19 PCB concentrations in indoor air in Europe**

| Reference | Country | Source | PCB concentration (mean or range) | Comments |
|---|---|---|---|---|
| Hammar (1992) | Sweden | Joint sealants | 80 ng/m³ | Outside the building, mean concentrations were 0.5–4.6 ng/m³ |
| Balfanz et al. (1993) | Germany | Air from contaminated buildings | Range, > 300–7500 ng/m³ | Indoor PCB concentrations were inversely related to the degree of chlorination of the PCB mixtures used |
| Wilkins et al. (2002) | Denmark (Organization of Sealant Branch's Manufacturers and Distributors) | Dust from public and residential buildings with excessive microbial growth | Estimated inventory of 75 tonnes in caulking materials | Concentration in polluted buildings was 10–20 times higher than the amount found in samples from other buildings |
| Kohler et al. (2005) | Switzerland | Joint sealants in public buildings | > 10 g/kg in 48% of samples | 70% of samples contained PCB mixtures such as Clophen A50, Aroclor 1248, and Aroclor 1254 |
| Harrad et al. (2006) | United Kingdom | Homes, offices, cars, public microenvironments | 8.92 ng/m³ | The least contaminated microenvironment was the car (average, 1391 pg/m³) |
| Kuusisto et al. (2007) | Finland | Walls/floor | 110–540 µg/m² | Detected PCBs were highly chlorinated |
| Frederiksen et al. (2012) | Denmark | Air from uncontaminated apartments | 168–3843 ng/m³ | Significant correlations were observed between the lower chlorinated congeners in air and sealant |
| | | Elastic sealants from contaminated apartments | 187–221 680 mg/kg | |

PCB, polychlorinated biphenyl

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 249

Polychlorinated biphenyls

**Table 1.20 PCB concentrations in various types of water around the world**

| Reference | Type of water | Location | PCB measured | Concentration | Comments |
|---|---|---|---|---|---|
| *North America* | | | | | |
| Jeremiason et al. (1994) | Lake | Lake Superior, USA | | 2.4 ng/L in 1980; 0.18 ng/L in 1992 | |
| Connolly et al. (2000) | River | Hudson River | | Sometimes > 1300 ng/L | Varied greatly with season and water flow |
| Rowe et al. (2007) | River | Delaware River | Sum of 116 congeners | 420–1650 pg/L | |
| Wang et al. (2012) | River | Mississippi River | Sum of 27 congeners | 86 and 254 ng/L | |
| | Lake | Lake Pontchartrain | | 134–728 ng/L | In some months the PCBs in river water were primarily in the liquid phase, whereas in other months primarily in the sediment |
| *South and Central America* | | | | | |
| Rissato et al. (2006) | River | Sao Paulo State, Brazil | Sum of seven congeners | 0.02–0.5 ng/L | Predominantly lower chlorinated congeners |
| *Africa* | | | | | |
| Scarpato et al. (2010) | Sea | Tunisia Morocco–Algeria coastal sites | Sum of 10 congeners | 10–12 ng/g 7–8 ng/g | PCB contamination evaluated by mussel-caging technique (exposure, 12 weeks) |
| Jayed et al. (2010) | Ocean | Thirteen sites along the Atlantic Moroccan coast | Sum of PCB-28, PCB-153, PCB-138 | Wet season: 11 ng/g Dry season: 8.2 ng/g | Concentrations in mussels during wet and dry seasons not significantly different, but values in the northern sites exceeded 2–3 times the medians registered for the other sampling sites |
| Vorkamp et al. (2010) | Ocean | Cape Town harbour Cape Town sea shore Ghana coast | Sum of congeners | 81 ng/g dw 15 ng/g dw 5 ng/g dw | Bivalve samples |
| *Europe* | | | | | |
| Nondek & Frolikova (1991) | Lake | Sumava lakes, Czech Republic | | 1900 ng/g | Contamination due to atmospheric transport to non-industrialized areas |
| Winkels et al. (1998) | River | River Danube, Czech Republic | | < 5 ng/g dw | Contamination due to flood disaster in the Moravian part of the Czech Republic in July 1997 |

87

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 250

**Table 1.20 (continued)**

| Reference | Type of water | Location | PCB measured | Concentration | Comments |
|---|---|---|---|---|---|
| Fillmann et al. (2002) | | | Sum of seven congeners | ≤ 700 ng/g dw (2–196 µg/kg ww in fish) | The factory in Semič was storing 5–6 tonnes of waste oil containing PCBs |
| UNEP (2002) | River | Krupa, Sana and Lepenica rivers, Balkan area, Slovenia | Sum of seven congeners | 380 ng/L (in 1988) 100 ng/L (in 1997) | |
| Desmet et al. (2012) | River | Rhone river, France | Sum of PCB₇ | 1–40 ng/g dw | Concentrations consistently lower than those found during the previous decade (Burns & Villeneuve, 1987). Maximum PCB concentration was identified in 1960–75. The downward trends in concentration followed emission reductions, although soil concentrations decreased at much slower rates (Tolosa et al., 1995) |
| ADEME (1998), Blanchard et al. (2001) | Wastewater | Wastewater treatment plants, France | Sum of seven congeners | Input water, 100–300 ng/L. Output water, 15–54 ng/L. | In 1999, average concentration was 15–26 ng/L. High levels of DL-PCBs in eel from Dutch freshwater were reported in a screening of Dutch fishery products (Van Leeuwen et al. 2002) |
| *Asia* | | | | | |
| Kucklick et al. (1994) | Lake | Lake Baikal, Siberia, the Russian Federation, June 1991 | 61 PCB congeners using standards of Aroclor 1242, 1254, and 1260 | Mean, 560 ± 180 pg/L for dissolved phase, and 420 ± 400 pg/L for particulate phase | |
| Iwata et al. (1995) May 1992 | Lake | Lake Baikal, the Russian Federation, June 1991 | Kanechlors 300, 400, 500, 600 as standards | Range, 8.7–23 pg/m³ | |
| McConnell et al. (1996) June 1991 | Lake | Lake Baikal, the Russian Federation, June 1991 | Aroclors 1242, 1254 as standards | Mean, 1 324 ± 96 pg/m³ | |

DL-PCB, dioxin-like polychlorinated biphenyl; dw, dry weight; PCB, polychlorinated biphenyl; ww, wet weight

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 251

ppm for the decachlorobiphenyl (Erickson, 1997). Thus under certain circumstances, drinking-water can still be a source of exposure to less chlorinated congeners.

### (ii)    Sea and freshwater

The USA–Canadian Great Lakes are contaminated by multiple sources of PCBs (Bhavsar et al., 2007; Turyk et al., 2012). It has been shown that industrial sites on rivers feeding Lake Erie received the largest quantities of PCBs, with 26% derived from atmospheric deposition (Kelly et al., 1991). The Hudson River in New York is highly contaminated with PCBs because of releases from two large capacitor plants (Carpenter & Welfinger-Smith, 2011), the Fox River in Wisconsin is highly contaminated because of releases from a manufacturer of carbonless copy paper, and a paper mill (Imamoglu et al., 2004), and the St Lawrence River and several of its tributaries have been contaminated by releases from aluminium foundries operated by companies that discarded hydraulic fluids containing PCBs in drains (Fitzgerald et al., 1996). The Hudson and Fox Rivers are being dredged to remove these contaminants.

### (b)    Europe

### (i)    Sea

An extensive review of data obtained during the 1980s has been published (Tolosa et al., 1995). In general, the concentrations of PCBs for all the investigated areas in the Mediterranean Sea were similar except in the Ligurian Sea where concentrations were higher. Predictably, the highest concentrations were reported in urban and industrial wastewaters (e.g. from Marseille and Barcelona) as well as in river discharges (e.g. from the Rhone), and decreasing concentration gradients have been found in transects offshore from these sources. PCB concentrations in the suspended particulate matter from coastal and open Western Mediterranean waters were of 5–35 pg/L in 1990, of the same order of magnitude as those reported in other regions, e.g. North Sea and North Atlantic. A more recent study covering the whole Western basin also shows a spatial gradient from the continental shelf (3.5–26.6 pg/L) towards the open sea (1.7–6.6 pg/L); a relatively important enrichment (8.4 pg/L) in open sea stations located in higher productivity frontal zones was observed (Dachs et al., 1997). The dissolved PCBs ($\Sigma$12 congeners) amounted to 28–63 pg/L. Total concentrations of PCBs in estuarine and coastal sediment samples of the Mediterranean Sea ranged from 0.04 to 1684 ng/g dw (Koci, 1998; Vale et al., 2002; Vojinovic-Miloradov et al., 2002; Cardellicchio et al., 2007).

During 1974–82, PCB concentrations decreased by a factor of 3 in offshore Monaco (Burns & Villeneuve, 1987), while the surface sediments of the Adriatic coast did not show a temporal trend (Picer & Picer, 1991).

Concentrations of PCBs in ocean water are usually in the low picogram per litre range. The general trend for concentrations in the Baltic Proper suggests an increase in PCB concentrations from the early 1970s onwards (ICES, 2000). This is an opposing trend to the decreasing concentration trends for PCBs in biota from the Baltic Proper (HELCOM, 1996; Roots, 1996).

The monitoring of PCBs in coastal areas may be based on measurements in mussels. Trends in PCB concentrations in the Seine estuary in France are reported in Fig. 1.7 (RNO, 2012). The rate of decrease was 3.5% per year. As reported by the Arctic Monitoring and Assessment Programme (AMAP), several time-series of PCB-153 concentrations in blue mussels from around Iceland showed significant decreasing trends; however, one time-series from a fjord system showed a significant increase (Rigét et al., 2010). Active mussel watching (mussel transplantation) has also been applied in monitoring programmes in Africa (see Table 1.20).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 252

**Fig. 1.7 PCB contamination along the coast of France**



Concentrations of PCB-153 in mussels or oysters (used as "sentinel species") sampled from coastal areas of France. The Seine estuary and bay are heavily exposed to manmade chemicals of terrestrial origin derived from the urbanized and industrialized river Seine.
Data from The French pollution monitoring programme (Réseau National d'Observation de la qualité du milieu marin)
Reproduced from Abarnou et al. (2002), with permission from the publisher

*(ii)    Freshwater*

The major source of freshwater contamination in Europe comes from diffuse leaching of products from users, households, and industries into wastewater streams (UNEP, 2002). The areas most polluted by flood disasters are in Poland (the River Odra) (Wolska et al., 1999; Protasowicki et al., 1999) and in the Czech Republic. The River Danube is a major source of contamination to the Black Sea; however, many chlorinated hydrocarbons have been banned by several European and other countries in the past 10 years (Winkels et al., 1998; Covaci et al., 2002c; Fillmann et al., 2002; see Table 1.20).

Industrial contamination is known to have occurred in Germany (the Rivers Elbe and Rhine and their tributaries) (Brauch, 1993), in former Czechoslovakia (the Sumava Lakes) (Nondek & Frolikova, 1991), in England and Ireland (where however approximately a 50% decline in concentrations between 1970 and 1990, was recorded) (Sanders et al., 1992; Harrad et al., 1994) and in Slovenia through the dumping of industrial waste in the Krupa river during the manufacture of transformers. PCB contamination also occurred in the Balkan area, in the cities of Pancevo, Novi Sad, Belgrade, Kragujevac, in Serbia, after military intervention by NATO in spring 1999.

*1.4.7 Food products*

Since the early 1990s, food has been identified as the major route of human exposure to lipophilic and persistent organochlorines such as PCBs, PCDDs, and PCDFs. In populations that are not exposed to other known sources, dietary intake contributes to about 90% of the total daily intake of dioxin-like compounds including dioxin-like PCBs, and of this, food of animal origin contributes about 90% in various regions of the world (Schecter et al., 1997; Büchert et al., 2001; Llobet et al., 2003a, b; Päpke & Fürst, 2003; Schecter et al., 2003a; Charnley & Doull, 2005; Huwe & Larsen, 2005).

Similarly, it is generally accepted that the major route of exposure to non-dioxin-like PCBs, namely to $PCB_6$, is dietary intake, by consumption of fatty foodstuffs (IARC, 1978; IPCS, 1993; EFSA, 2005; Lindell, 2012). However, inhalation can also be a significant source of exposure (see Section 1.4.4).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 253

Human food can become contaminated by PCBs via three main routes:

- uptake from the environment, by fish, birds, livestock (via food-chains), and crops;
- contamination of animal feed, by regular practices or accidentally;
- direct contamination of food, accidentally.

Data on PCB concentrations in food are reported in many different ways, making comparisons difficult. The number of congeners analysed differs between studies and often congeners are summed according to groups, such as indicator PCBs, DL-PCBs, or some other number of congeners. When using TEQs, the scheme used should be noted; also some studies report TEQ on the basis of bioassays such as the CALUX system as biological equivalents (BEQ). Results have been reported with different reference units (wet weight, dry weight, or lipid weight). Further difficulties in interpretation arise since different parts of fish or seafood are analysed (muscle, liver, skin, etc.) and PCB concentrations are also sometimes reported on the basis of prepared food (to account for changes by cooking or frying). Finally, the objectives of a study may bias the sampling strategy, often resulting in reporting of higher concentrations.

(a)    PCB concentrations in food

Concentrations of DL-PCBs in various meats and dairy products from selected countries and regions are presented in Table 1.21.

(i)    Polar regions and North America

PCB concentrations in food for polar regions and North America are summarized in Table 1.22. Domingo & Bocio (2007) reviewed the concentrations of PCB and PCDD/PCDF in marine species and human intake through fish and seafood consumption by different region-specific sections.

The traditional food items for indigenous peoples in the Arctic include lipid-rich tissue of high trophic-level animals. After long-range transport and biomagnification of PCBs in the Arctic marine food-chain, PCBs accumulate in edible animals like fish, seals and whales (AMAP, 2004). This dietary exposure led to PCB concentrations in Arctic inhabitants that exceeded those of individuals living at temperate latitudes (Dewailly et al., 1993), but levels have been shown to decrease (AMAP, 2009). Likewise, PCBs in traditional food items have generally decreased (Rigét et al., 2010).

(ii)    Africa

Loutfy et al. (2006) investigated levels of WHO-TEQs from diet in Egypt, and determined a range of 6.59–9.98 pg TEQ/kg per day, with about 40% of this value due to DL-PCBs. This value exceeds the maximum WHO tolerable daily intake (TDI) of 4 pg TEQ/kg per day. The primary source was found to be dairy products, in which PCB concentrations were several times higher than in such products in more developed countries. Loutfy et al. (2007) determined the concentrations of PCDD/PCDF and dioxin-like PCBs in samples of fish and seafood (mullet fish, bolti fish, bivalves and crab) randomly acquired in local markets in Egypt. The upper-bound concentrations of dioxin-like PCBs ranged from 0.14 (bivalves) to 0.76 (mullet) pg WHO-TEQ/g wet weight, respectively.

Adu-Kumi et al. (2010) reported an average TEQ for dioxin-like PCBs in fish from two lakes in Ghana to be 0.7 pg WHO-TEQ/g.

(iii)    Australia and New Zealand

In 2000–2001, 168 samples of 22 foods collected for the Australian Total Diet Survey were analysed for DL-PCBs and compared with those from other areas of the world (Table 1.21; Food Standards Australia New Zealand, 2004).

A more recent study reported PCB concentrations from composite samples of Australian farmed yellowtail kingfish (mean, 21 µg/kg; range, 8.6–29 µg/kg), mulloway (mean, 5.4 µg/kg; range,

91

**Table 1.21 Concentrations of dioxin-like PCBs in selected foods from various countries and regions**

| Food | PCB concentration (range of means), pg TEQ/g lipid | | | | | |
|------|-----------|---------|---------------|----------------|-------------|-------------------|
| | Australia | Europe[a] | New Zealand[a,b] | North America[a] | Netherlands[c] | United Kingdom |
| Beef | 0.03–0.11 | – | 0.0036–0.092 | 0.5 | 1.24 | 0.25–0.31[f] |
| Pork | 0.04–0.07[d] | 0.8 | 0.15–0.43[e] | 0.02–1.7 | 0.23 | – |
| Lamb | 0.02–0.06 | – | 0.01–0.045 | – | – | – |
| Poultry | 0.18–0.24 | 0.7 | 0.08–0.14 | 0.3 | 1.72 | 0.47–0.53 |
| Fish | 9.46–9.5 | 0.03–9[h] | 0.77 | 0.11–0.28[h] | 0.412[g,h] | 3.57–3.57 |
| Eggs | 0.04–0.11 | 0.2–0.6 | 0.05–0.11 | 0.029[h] | 0.87 | 0.11–0.20 |
| Milk | 0.04–0.11 | 0.2–1.8 | 0.027–0.15 | 0.5 | 0.69 | 0.34–0.43 |
| Bread | 0.0003–0.005 | – | 0.00099–0.004 | – | – | 0.06–0.15 |
| Butter | 0.021–0.086 | – | 0.15–0.15 | – | 0.96 | – |

[a] Results reported in international toxic equivalents (I-TEQ), which are 10–20% lower than WHO-TEQs
[b] Results reported in the range of lower to middle bound
[c] Results reported as lower bound only
[d] Assumes bacon is representative of all pork products
[e] Pork meat
[f] Carcass meat
[g] Lean fish
[h] Reported on a fresh-weight basis
From Food Standards Australia New Zealand (2004)
PCB, polychlorinated biphenyl; TEQ, toxic equivalent

4.7–6 μg/kg) and manufactured feed (Padula et al., 2012). The mean concentration of DL-PCBs was 2.1 pg TEQ/g (range, 1.2–2.8 pg TEQ/g) in kingfish, and 0.51 pg TEQ/g (range, 0.41–0.61 pg TEQ/g) in mulloway.

*(iv) Asia*

Concentrations of specific PCB congeners in samples of food from Asia are summarized in Table 1.23. In Japan, a study sponsored by the Ministry of Health and Welfare showed a more than 50% decrease in concentrations of three non-*ortho* substituted PCBs in human milk samples between 1973 and 1996 (Environment Agency of Japan, 1999). A report from the Republic of Korea demonstrated regular dietary exposure (Son et al., 2012; Table 1.23). In China, Liu et al. (2011) determined concentrations of seven indicator PCBs in marine fish. The sum of PCB$_7$ ranged from 0.3 to 3.1 μg/g wet weight, with median and mean values of 6.4 ng/g wet weight

and 398 ng/g wet weight, respectively (Table 1.23). The average concentrations and contributions of the seven specific congeners at four different sites are presented in Table 1.24. [It was noted that the concentrations found in this study were higher than in other parts of the world.]

*(v) Europe*

The major contributors to total exposure in Europe appeared to be milk and dairy products for almost all groups of infants and toddlers (Barr et al., 2006; Becker et al., 2009), and fish and seafood products for most of the adolescents, adults, elderly and very elderly groups (Langer et al., 2007; Fréry et al., 2009; ANSES, 2011).

The most comprehensive assessment of PCB concentrations in food was undertaken by the European Food Safety Agency (EFSA) (EFSA, 2005, 2010, 2012). For the 27 European Union Member States, and Switzerland and Norway, in a report that took all food groups together, the

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 255

**Table 1.22 PCB concentrations in marine foods and estimated dietary intake in polar regions and North America**

| Country | Food analysed | PCB concentration | Estimated dietary intake | Comments | References |
|---|---|---|---|---|---|
| *Polar regions* | | | | | |
| Inuit of Quebec, Canada | ΣPCB10 in:<br>Polar bear fat<br>Seal blubber<br>Arctic char muscle | 7 μg/g lipid<br>1 μg/g lipid<br>150 ng/g lipid | | Female consumers of these foods had higher PCB concentrations in milk than as a group in Southern Quebec | Dewailly *et al.* (1993) |
| West Greenland | ΣPCB10 in:<br>Minke whale, beluga and narwhal blubber<br>Halibut liver, kittiwake liver and muscle, minke whale skin, and seal blubber | > 500 ng/g<br><br>50–500 ng/g | 23 μg/day per person (3 μg/day per person if blubber food items are excluded from the diet) | Compared with the marine animals, concentrations in food sources from the terrestrial environment were characterized as low | Johansen *et al.* (2004) |
| North-western Territory, Canada | Food including cooked sucker flesh, raw beluga mattak (skin/blubber) and boiled Canada goose meat | Foodstuffs in the 50–500 ng/g group (Berti *et al.*, 1998) | Mean, 23 ng/kg bw per day<br>Median, 11 ng/kg bw per day | Provisional tolerable daily intake was 300 ng/kg bw per day, based on Health Canada | Johansen *et al.* (2004) |
| Canada | Fish products from retail market | Geometric mean WHO-TEQ (pg/g wet weight): 0.06 (shrimp), 0.08 (tilapia), 0.92 (salmon) | | No information on human exposure | Rawn *et al.* (2006) |
| *North America* | | | | | |
| USA (California coast) | Samples of a variety of fish | Mean I-TEQ: 109 pg/g lipid (non-*ortho* PCBs 77, 126, 169) | | No information on human exposure | Brown *et al.* (2006) |
| USA, Maryland, Washington, DC, and North Carolina | Commercially wild caught and farm-raised fish | Bluefish, 800 ng/g ww (highest)<br>Coho salmon, 0.35 ng/g ww (lowest) | | | Hayward *et al.* (2007) |
| USA | Salmon and canned sardines | Salmon: PCB-153, 1.2 ng/g ww; PCB-138, 0.93 ng/g ww<br>Canned sardines: PCB-153 and PCB-138, 1.8 ng/g ww | | Six of seven NDL-PCBs congeners were detected, with PCB-153 and PCB-138 at highest levels | Schecter *et al.* (2010) |

NDL-PCB, non-dioxin-like polychlorinated biphenyls; ww, wet weight

93

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 256

IARC MONOGRAPHS – 107

**Table 1.23 PCB concentrations in food in Asia**

| Country, region | Date | Source | PCBs measured | Concentration | Reference |
|---|---|---|---|---|---|
| *Russian Federation* | | | | | |
| Lake Baikal, Siberia | June 1991 | Pelagic sculpin, omul, Baikal seal | 61 PCB congeners using standards of Aroclor 1242, 1254, and 1260 | Ranges, 2.7–2.8 mg/kg of lipid for pelagic sculpin, and 0.73–1.6 mg/kg of lipid for omul | Kucklick et al. (1994) |
| Lake Baikal, Siberia | May–June 1992 | Five species of 35 fresh fish samples collected from Lake Baikal in 1993 | Total PCBs using an equivalent mixture of Kanechlors 300, 400, 500, and 600 as standards | Mean, 1.7 ± 0.96 µg/g lipid | Nakata et al. (1995) |
| Lake Baikal, Siberia | 1993 | Three species of fish collected from Lake Baikal in 1993 | Total PCBs using an equivalent mixture of Kanechlors 300, 400, 500, and 600 as standards | 350 ± 350 ng/g ww | Nakata et al (1997) |
| *China* | | | | | |
| Shanghai and its vicinity | 2000–1 | Various fish and seafood | Kanechlor-300, 400, 500, 600 as standards | Range, 0.20 (shrimp and mussel) to 2.5 (mackerel) ng/g ww | Nakata et al. (2002b) |
| North-eastern, Bohai Sea coastline | Early 2000s | Bivalves and gastropods | PCB mixture (EPA 68A-LCS) | Range, 62.3–344.9 ng/g lipid, for bivalves Range, 81.6–583.6 ng/g lipid, for gastropods | Zhao et al. (2005) |
| Dalian, Tianjin, and Shanghai | | Fish and shellfish collected from local supermarkets | PCB-138 and PCB-153 were dominant, followed by PCB-101 and PCB-180 | 3.60 (0.83–8.04) ng/g ww Estimated daily intake: 1.83 ng/kg bw | Yang et al. (2006) |
| Guangzhou and Zhoushan | 2003–4 | Seafood (mainly harvested locally) purchased from local markets in Guangzhou and Zhoushan | PCBs 81, 77, 123, 118, 114, 105, 126, 167, 156, 157, 169, 189 | Range, 1510–10 200 pg/g lipid | Jiang et al. (2007) |
| South China Sea, Bohai Sea, East China Sea, and Yellow Sea | 2006–9 | Marine fish | 7 PCB congeners (28, 52, 101, 118, 138, 153, and 180); details in Table 1.24 | Mean, 398 ng/g ww Median, 6.4 ng/g ww Range, 0.3–3100 ng/g ww | Liu et al. (2011) |
| South, Daya Bay and Hailing Bay | July 2007, December 2007 | Fish | PCBs 31/28, 52, 44, 99, 149/118, 153, 138, 180, 170, 194, 101, 110, 147, 146, 187 | Range, 1.5–4.0 ng/g ww | Yu et al. (2011a, b) |
| Nanjing | July, 2006 | Fish and meat from 10 markets | PCBs 8, 18, 28, 52, 44, 66, 101, 81, 77, 123, 118, 114, 105, 153, 126, 138, 128, 187, 167, 156, 157, 170, 180, 189, 169, 195, 206, 209 | Range, 0.87–15 ng/g ww for different fishery product; 5.1–20 ng/g ww for meat product | Su et al. (2012) |
| Fengjiang town (Taizhou) | 2005–9 | Rice hulls from a waste electrical and electronic-equipment dismantling area | PCBs 77, 81, 105, 114, 118, 123, 126, 156, 157, 167, 169, 28, 52, 101, 138, 153, 180, 3, 15, 19, 202, 205, 208, 209 (dry weight basis) | 44.1 ng/g (range, 12.8–124 ng/g) in 2005, 16.3 ng/g (range, 5.44–24.9 ng/g) in 2006, 9.01 ng/g (range, 2.57–22.8 ng/g) in 2007, 7.90 ng/g (range, 3.08–16.5 ng/g) in 2008, 7.39 ng/g (range, 3.80–10.7 ng/g) in 2009 | Fu et al. (2012) |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 257

Polychlorinated biphenyls

**Table 1.23  (continued)**

| Country, region | Date | Source | PCBs measured | Concentration | Reference |
|---|---|---|---|---|---|
| *Japan* | | | | | |
| Ariake Sea | | Shrimp, mussel, and mackerel | | Range, 0.20–2.5 ng/g ww | Nakata et al. (2002a) |
| Japan | | Fish and shellfish | PCB-126 and PCB-118 were the highest contributing congeners | In 1999: $0.98 \times 10^{-3}$ WHO-TEQ$_{PCDD/PCDF/PCB}$; In 2004: $0.91 \times 10^{-3}$ WHO-TEQ$_{PCDD/PCDF/PCB}$ | Sasamoto et al. (2006) |
| Hirakata city, Osaka Prefecture | Unspecified | Domestic and imported seafood purchased from three food markets | PCBs 81, 77, 123, 118, 114, 105, 126, 167, 156, 157, 169, 180, 170, 189 | Range, 13–40 182 pg/g ww | Ohta et al. (2008b) |
| *Lao People's Democratic Republic* | | | | | |
| Vientiane (Agent Orange-non-sprayed capital) | 2001 | Meat, fish, and dairy products from food markets | PCBs 37, 77, 126, 169, 81, 28, 33, 55, 60, 66, 74, 105, 114, 118, 122, 123, 124, 156, 157, 167, 189, 52, 101, 128, 138, 153, 170, 180, 187, 194, 206, 209 | Range, 0.004–0.186 pg TEQ/g in fish samples; 0.011–0.063 pg TEQ/g in meat and dairy products | Schecter et al. (2003a) |
| *Republic of Korea* | | Muscle of sport and market fish | 22 PCB congeners | 23.0 (4.48–95.6) ng/g ww (sport fish) 8.91 (2.96–68.2) ng/g ww (market fish) | Yim et al. (2005) |
| | | 40 species of marine organism | DL-PCBs | $0.4 \times 10^{-3}$ (0.008–0.6) $\times 10^{-3}$ WHO-TEQ ww | Moon & Ok (2006) |
| | 2005 to 2007 | 26 marine species ($n = 78$) collected annually during 2005–2007 from a large fish market in Busan | PCBs 8, 18, 28, 29, 44, 52, 87, 101, 105, 110, 118, 128, 138, 153, 170, 180, 187, 194, 195, 200, 205, 206 | Range, 0.2–41 ng/g ww | Moon et al. (2009) |
| *Singapore* | | | | | |
| Singapore (cont.) | June 2002 to June 2003 | Twenty types of seafood from local supermarkets | PCBs 17, 18, 28/31, 33, 44, 49, 52, 70, 74, 82, 87, 90, 101, 95, 99, 105, 110, 118, 128, 132, 138, 149, 151, 153, 156, 169, 170, 171, 177, 180, 183, 187, 194, 199, 201, 205, 206, 208, 209 | Mean, 3.72 ng/g ww (range, 0.61–28.47 ng/g ww) | Bayen et al. (2005) |

DL-PCBs, dioxin-like polychlorinated biphenyl; ww, wet weight

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 258

**Table 1.24 PCB concentrations in marine fish from China**

| PCB | PCB concentration (n/g ww) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | South China Sea | | Boahi Sea | | East China Sea | | Yellow Sea | |
| | Average concentration (n/g ww) | Contribution (%) | Average concentration (n/g ww) | Contribution (%) | Average concentration (n/g ww) | Contribution (%) | Average concentration (n/g ww) | Contribution (%) |
| PCB-25 | 0.10 | 5.0 | 6.7 | 10.7 | 38.8 | 7.5 | 111.9 | 11.1 |
| PCB-52 | 0.13 | 6.4 | 4.6 | 7.3 | 40.8 | 7.8 | 64.2 | 6.4 |
| PCB-101 | 0.35 | 17.3 | 8.6 | 13.7 | 48.3 | 9.3 | 88.1 | 8.7 |
| PCB-118 | 0.22 | 10.7 | 12.1 | 19.3 | 43.9 | 8.4 | 106.2 | 10.5 |
| PCB-138 | 0.66 | 32.4 | 11.2 | 17.8 | 167.1 | 32.1 | 336.5 | 33.4 |
| PCB-153 | 0.39 | 18.8 | 16.3 | 26.0 | 136 | 26.2 | 248.8 | 24.7 |
| PCB-180 | 0.19 | 9.4 | 3.3 | 5.3 | 45.0 | 8.7 | 52.4 | 5.2 |
| Σ 7 PCBs | 2.0 | – | 62.8 | – | 520 | – | 1008 | – |

PCB, polychlorinated biphenyl; ww, wet weight
Data from Liu et al. (2011)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 259

upper bound (lower bound) for the 50th, 90th and 95th percentiles were < 0.005 (< 0.005), 0.02 (0.01) and 0.03 (0.01) pg $WHO_{2005}$-TEQ/g wet weight for PCDD/PCDF, respectively. For the total TEQ, the upper bound (lower bound) concentrations were 0.01 (< 0.005), 0.04 (0.02) and 0.07 (0.04) pg $WHO_{2005}$-TEQ/g wet weight, respectively (EFSA CONTAM, 2012). Infant formulae showed upper bound concentrations below the current maximum levels (0.2 pg $WHO_{2005}$-TEQ/g wet weight), with highest concentrations found in ready-to-eat meals containing fish or meat. Overall, a decrease in concentrations of DL-PCBs was observed for the three food groups available: "raw milk and dairy products," "hen eggs and egg products" and "muscle meat from fishes other than eels." Feed and food of animal origin contained higher concentrations of PCDD/PCDF and DL-PCBs combined (the non-*ortho* PCBs were the main contributors to the total TEQs) than foods from plant origin. PCB-153, PCB-138, and PCB-180 represented altogether 36.9–97.8% of the sum of $PCB_6$. The maximum levels were exceeded in 9.7% of the food samples and 2.3% of the feed samples for PCDD/PCDF and DL-PCBs combined, and in 3.0% of the food samples and 2.4% of the feed samples for the $PCB_6$. With respect to food categories, lower PCB concentrations were found in meat from sheep, eggs from battery rearing, farmed salmon and trout, and farm milk (which however showed higher concentrations of PCDD/PCDF and DL-PCBs combined than milk from bulk) (EFSA, 2012).

The Baltic Sea area is heavily contaminated with persistent organochlorine compounds, including PCBs (Kiviranta *et al.*, 2003), as is clearly attested by samples of fatty fish from the eastern coast in Sweden (Svensson *et al.*, 1995). In the most contaminated feed group, the highest relative contribution to the $WHO_{2005}$-$TEQ_{total}$ came from non-*ortho* PCBs, up to twice the average contribution (EFSA, 2012).

(b)    *Estimated daily dietary intake*

In Europe, more than 90% of PCB exposure in the general population is via food consumption (EFSA, 2005; Table 1.25). Average daily dietary intakes of the sum of $PCB_6$ are in the range of 10–45 ng/kg bw for adults, and two and a half times higher in children. Limited exposure data for young children indicate that the average daily intake (breastfeeding excluded) of the sum of $PCB_6$ is about 27–50 ng/kg bw. Overall, the non-*ortho* PCBs represented 21.0–74.9% of the $WHO_{2005}$-$TEQ_{total}$ of PCDD/PCDF and DL-PCBs combined in food (EFSA, 2012), and the mono-*ortho* PCBs represented no more than 12% of the $WHO_{2005}$-$TEQ_{total}$. In the most contaminated samples, such as products from aquatic animals and from ruminants, the relative contribution of the non-*ortho* PCBs ranged from 34.2% to 86.1%. Most likely due to an effect of the European risk management measures, a decrease in exposure to the sum of $PCB_6$ was observed between 2002–2004 and 2008–2010 in most but not all population groups, and it was estimated between 2.0% and 75.6%.

In the USA, the daily dietary intake of PCBs for adults decreased from 1978 (0.027 µg/kg bw) until 1986–1991 (< 1 ng/kg bw) (IPCS, 2003). Mean daily intakes for infants during the same period decreased from 11 to < 1 ng/kg bw. However, trends during 1991–1997 did not appear to decrease, and ranges of daily dietary intake were 3–5 ng/kg bw for adults, and 2–12 ng/kg bw for children of different ages (IPCS, 2003).

Daily dietary intake of PCBs from countries in Asia are presented in Table 1.26. In China, the estimated daily intake from four food groups of animal origin ranged from 0.09 to 0.59 pg TEQ/kg bw for DL-PCBs, which is lower than the daily intake in some developed countries (Liu *et al.*, 2013). A survey of food items on the market and typical consumption patterns in Japan reported a daily intake for the general population of 2.60 pg TEQ/kg bw per day (Koizumi *et al.*, 2005). Of

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 260

**Table 1.25 Dietary exposure to PCBs for an average consumer on the European market**

| Food group | Mean ΣPCBs (ng/g) | Consumption (g/day) | | | Exposure (ng/day) | | |
|---|---|---|---|---|---|---|---|
| | | Italy | France | Sweden | Italy | France | Sweden |
| Cereals and cereal products | 0.0213 | 270 | 218 | 292 | 6 | 5 | 6 |
| Fruits and vegetables | 0.0495 | 498 | 313 | 387 | 25 | 15 | 19 |
| Eggs | 0.73 | 18 | 17 | 15 | 13 | 12 | 11 |
| Fats and oils | 5.05 | 38 | 18 | 24 | 192 | 91 | 121 |
| Meat and meat products | 1.52 | 134 | 117 | 143 | 204 | 178 | 218 |
| Offals | 0.74 | 3 | 3 | 7 | 2 | 2 | 5 |
| Fish and fish products | 12.50 | 43 | 32 | 35 | 538 | 400 | 438 |
| Milk | 0.17 | 124 | 106 | 343 | 21 | 18 | 59 |
| Cheese and dairy products | 0.98 | 87 | 100 | 45 | 86 | 98 | 44 |
| Total (ng/kg bw per day) | | – | – | – | 18.1 | 13.7 | 15.4 |
| Total (ng/kg bw per day) for a high consumer of meat and meat products | | – | – | – | 22.0 | 17.6 | 18.9 |
| Total (ng/kg bw per day) for a high consumer of fish and fish products | | – | – | – | 40.4 | 31.8 | 33.3 |

PCB, polychlorinated biphenyl
Adapted from EFSA (2005)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 261

**Table 1.26 Estimated daily dietary intake of PCBs in Asia**

| Country, region | Date | Source | PCBs measured | Mean daily intake | Reference |
|---|---|---|---|---|---|
| Japan, Fukuoka Prefecture | 1969–70 | Patients Individual consumption of oil was estimated by taking into account age, sex and the number of meals at home | PCBs, PCDFs, and PCQs | Estimated total intake: PCBs, 633 mg PCDFs, 3.4 mg PCQs, 596 mg | Hayabuchi et al. (1979) |
| Japan, eight sites from Hokkaido to Okinawa | 1995 survey | Food duplicate study 40 women (mean age, 52 years) | 11 PCB congeners (74, 99, 118, 138, 146, 153, 156, 163, 170, 180, and 182) | 165.9 ng/day | Koizumi et al. (2005) |
| Japan, 75 different areas of 25 prefectures | Not reported | Food duplicate study 374 subjects, 86 men and 288 women (mean age, 48.0 years; range, 17–72 years) | 12 PCBs | Mean PCB intake, 0.59 pg/kg bw per day Median PCB intake, 0.39 pg/kg bw per day | Arisawa et al. (2008) |
| Republic of Korea | 2010 | Estimated dietary intake 200 individual food samples from 40 different foodstuffs | 62 PCB congeners, including 7 indicator PCBs and 12 DL-PCBs (PCB-1, 3, 4, 8, 10, 15, 18, 19, 22, 33, 37, 44, 49, 54, 70, 74, 87, 95, 99, 104, 110, 112, 128, 149, 151, 155, 158, 168, 170, 171, 177, 178, 183, 187, 188, 191, 194, 199, 201, 202, 205, 206, 208, and 209) | 9.9 ng/kg bw per day | Son et al. (2012) |

DL-PCBs, dioxin-like polychlorinated biphenyls; PCDFs, polychlorinated dibenzofurans; PCQs, polychlorinated quaterphenyls; ww, wet weight

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 262

these, 2.41 pg TEQ/kg bw per day was from ingestion of food, while inhalation and soil ingestion contributed only to 0.19 pg TEQ/kg bw per day. A "typical" Japanese person receives 120.7 pg TEQ per day through food consumption (mainly fish/shellfish, followed by meat/eggs).

In specific subpopulations with high dietary PCB exposure, such as Baltic Sea fishermen, the daily intake from fish of the sum of $PCB_6$ was estimated at 40 ng/kg bw, corresponding to a total daily intake of the sum of non-dioxin-like PCBs of 80 ng/kg bw, before taking into account the rest of the diet (Lindell, 2012).

In breastfed infants, the most recent WHO study of PCB exposure reported a mean daily intake of about 1600 ng/kg bw (range, 230–7300 ng/kg bw per day) for total $PCB_6$. Thus, exposure of infants to $PCB_6$ (and DL-PCBs) through human milk is about two orders of magnitude higher than the average daily intake by adults.

### 1.4.8 Occurrence in manufactured products other than commercial PCB preparations

In addition to commercial PCB preparations, many manufactured products contain PCBs as a result of contact with PCB products, as contaminants during manufacture, or as degradation products of other chlorinated compounds. For example, PCBs have been found in various paint pigments (Hu & Hornbuckle, 2010; Kuusisto et al., 2006). Electronic equipment contains PCBs, which are released during dismantling.

Since the sampling and determination of the presence of PCBs is a difficult process, the Basel Convention has established a so-called "grey list" of materials and equipment that are suspected to contain PCBs (Basel Convention, 2003):

- Cable insulation
- Rubber and felt gaskets

- Thermal insulation material including fibreglass, felt, foam and cork
- Transformers, capacitors (also contained in electronic equipment)
- Voltage regulators, switches, bushings and electromagnets
- Adhesives and tapes
- Oil, including that contained in electrical equipment and motors, anchor windlasses, hydraulic systems
- Surface contamination of machinery and other solid surfaces
- Oil-based paint
- Caulking
- Rubber isolation mounts
- Foundations mounts
- Pipe hangers
- Light ballasts
- Plasticizers.

### 1.4.9 Population biomonitoring

#### (a) Blood

The presence of PCBs in serum or blood may reflect exposure from any source (Dewailly et al., 1988). Results from different studies in humans have indicated that measurements of PCBs in serum generally reflect cumulative past exposure. Many PCB congeners can remain in the body for years after exposure, although some of the less chlorinated congeners are more volatile and consequently show shorter residence times.

#### (i) North America

Hopf et al. (2009a) provided an extensive review of reports on background levels of PCBs in the USA population. They concluded that serum concentrations increased up to 1979 and decreased after that, but that the background levels are still of concern. The NHANES survey over the period 2002–2004 reported increasing

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 263

concentrations of PCBs with age, and concentrations were higher in men than in women, and higher in African-Americans and Caucasians than in Mexican-Americans (Patterson *et al.* 2009). Sjödin *et al.* (2004) showed a decline in concentrations of PCB-153 between 1985 and 2002 in pooled samples from the NHANES study.

Several studies have looked at specific populations living near specific contaminated sites or eating contaminated fish (Table 1.27).

Serum concentrations for the sum of 17 congeners in Viet Nam veterans were 167.5 ng/L lipid adjusted, of which the major portion (116.6 ng/L) were di-*ortho* congeners (Schecter *et al.*, 1996).

Jarrell *et al.* (2005) determined the sum of 24 congeners in pregnant women in Canada, and reported a mean value of 0.78 ng/L wet weight.

Because the less chlorinated PCBs are more volatile, teachers working in a school where caulk containing PCBs was used showed serum congener profiles that were enriched in less chlorinated congeners (Herrick *et al.*, 2011).

DeCaprio *et al.* (2005) reported finding a pattern of PCB congeners in serum specific of young native Americans living near a PCB-contaminated waste site. This pattern was not clearly observed in older individuals because it was obscured by the greater concentrations of more persistent congeners, coming primarily from dietary exposure.

*(ii)    Europe*

Several European studies on human biomonitoring have reported blood PCB concentrations in adults or children (summarized in Table 1.28). Past environmental contamination in industrial areas has polluted surrounding soils and forage, leading in turn to high blood PCB concentrations in the adult population. Age-related accumulation of PCBs has been observed in many studies (Patterson *et al.*, 1994; Apostoli *et al.*, 2005; Park *et al.*, 2007), and may be partially explained by historical high levels of exposure in the 1970s.

In Germany, Environmental Surveys (GerES) were carried out in 1998 (Becker *et al.*, 2002) and during 2003–2006 (Becker *et al.*, 2009). GerES data show mean blood concentrations for the sum of PCBs of 1.3–1.7 µg/L in 1998 and of 286 ng/L in the more recent survey, with strong difference (factor of 5.6) between age groups 18–25 and 66–69 years. In Belgium in 2007–2011 (Schoeters *et al.*, 2011), the Flemish Human Environmental Survey reported average blood PCB concentrations of 333 ng/g lipid. Average concentrations in the United Kingdom in 2003 were 170 ng/g lipid (Thomas *et al.*, 2006). In Spain in 2004–2008, concentrations of the most common PCBs were in the range of 21.8 to 38.9 ng/g lipid (Ibarluzea *et al.*, 2011). In France, blood analysis in the general adult population was first carried out in 1986 (Dewailly *et al.*, 1988) and then in 2006–2007 (French Nutrition and Health survey; Fréry *et al.*, 2013). The reported blood PCB concentrations in populations in industrial polluted areas such as Italy (Turci *et al.*, 2004; Apostoli *et al.*, 2005; Turrio-Baldassarri *et al.*, 2008) and Slovakia (Jursa *et al.*, 2006) were high compared with those in non-occupationally exposed populations such as in Sweden (Salihovic *et al.*, 2012). In the Faroe Islands (Denmark), high concentrations of PCBs and hydroxylated PCBs in serum samples from pregnant women were attributed to the traditional diet, made of pilot whale meat, blubber and other marine food (Fängström *et al.*, 2002).

The most frequently detected di-*ortho*-chlorine-substituted PCBs in population studies are PCB-138, PCB-153, and PCB-180 (Glynn *et al.*, 2000), accounting for 65–78% of the measured sum of total PCBs (Needham *et al.*, 2005). The seven PCB indicator congeners (118, 138, 153, 156, 170, 180, and 194) contributed to 99% of the total PCB levels, with a modest contribution from dioxin-like congeners (Apostoli *et al.*, 2005).

In several countries in the European Union, a clear decrease in blood concentrations of PCBs has been observed in the last two decades. Overall,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 264

**Table 1.27 Serum concentrations of PCBs after consumption of PCB-contaminated fish, North America**

| Country, region | Sample | PCBs measured | Mean ng/g (ppb) | Reference |
|---|---|---|---|---|
| North Canada, Nunavik | Inuit women, $n = 159$ | Sum of 14 congeners | $313.2 \pm 2$ Range, 71.3–1951.3 | Muckle et al. (2001) |
| USA, St Lawrence River | Native American adults, $n = 753$ | Sum of 101 congeners | $4.39 \pm 4.18$ | DeCaprio et al. (2005) |
| USA, St Lawrence River | Native American adolescents | | $0.71 \pm 0.668$ (if not breastfed) $0.95 \pm 0.806$ (if breastfed) | Schell et al. (2008) |
| USA, Great Lakes | Fish consumers, $n = 293$ Fishing-ship captains, men | Sum of 89 congeners in µg/L (ppb) wet weight | 4.2 (2.7), in 1994–95 2.8 (2.0), in 2001–05 6.3 (5.0), in 1994–95 1.2 (0.9) – 3.8 (3.0), in 2001–05 | Knobeloch et al. (2009) |
| USA, Anniston, Alabama | Adult residents, $n = 394$ | Sum of 35 congeners | $4.72 \pm 11.05$ Range, 0.09–170.42 | Goncharov et al. (2011) |

PCB, polychlorinated biphenyl

mean whole blood concentrations of PCB-138, PCB-153, and PCB-180 appear to have decreased by approximately 80% in 20 years (Link et al., 2005; Hagmar et al., 2006; Agudo et al., 2009; AMAP, 2009). Nevertheless, compared with North America (CDC, 2005), serum concentrations of PCB-138, PCB-153, and PCB-180 were higher by two- to fivefold in Germany in 1998 (Heudorf et al., 2002), or Italy in 2001–2003 (Turci et al., 2004; Apostoli et al., 2005; Needham et al., 2005). Similarly, serum concentrations of hydroxylated PCBs and methylsulfonyl-substituted metabolites of PCBs were higher by two to threefold in a contaminated area in a study in Slovakia (Hovander et al., 2006).

*(iii)    Asia*

In Asia, PCB concentrations in several biological samples (including serum or whole blood, umbilical cord blood, hair, breast milk, adipose tissue, liver, kidney, and lung tissues) showed a wide range (Table 1.29; Schecter et al., 2003a). Data specific to the Yusho and Yucheng patients are presented in Table 1.30 and Table 1.31, respectively.

*(iv)    South and Central America*

Rodríguez-Dozal et al. (2012) analysed serum samples from pregnant women in Mexico for 19 congeners and Aroclor 1260. For Aroclor 1260 [calculated as the sum of PCB-138 and PCB-153 multiplied by 5.2], they reported regional differences (mean concentration, 31.1 ng/g lipid) and elevated concentrations from residents of Merida (maximum, 546.2 ng/g lipid). Trejo-Acevedo et al. (2012) measured serum PCB concentrations (sum of 14 congeners) from children living in a malaria-endemic area of Mexico, and reported a mean serum PCB concentration of 5892 ± 3895.7 ng/g lipid. In an analysis of PCB congeners in maternal blood of women in Sao Paulo State, Brazil, PCB-118, PCB-138, and PCB-153 were detectable in more than 70% of samples, and their concentrations were almost double in women from industrial areas compared with women from rural areas (Rudge et al., 2012).

*(v)    Africa*

Röllin et al. (2009) reported overall low blood concentrations of PCBs (99, 118, 138, 153, 170, 180 and 187) in delivering mothers from seven geographical regions in South Africa. Large regional differences were observed, with women

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 265

**Table 1.28 Blood concentrations of PCBs in various European countries**

| Country | Reference/study | Period | Age (years) | Number | PCBs measured | Mean | 95th percentile |
|---|---|---|---|---|---|---|---|
| France | Dewailly et al. (1988) | 1986 | Men: 38 | 569 | Σ 7 PCBi | 4020 ng/L | 5000 ng/L |
| | Fréty et al. (2009) | 2005 | 30–65 | 1030 | 138, 153, 180 | 347 ng/g lipid | 714 ng/g lipid |
| | ANSES (2011) | 2009–10 | 18–75 | 606 | 138, 153, 180 | 305 ng/g lipid | 1368 ng/g lipid |
| | | | | 16 | | 681 ng/g lipid | 3150 ng/g lipid |
| | Fréty et al. (2013) | 2006–7 | 18–74 | 386 | Σ 6 PCBi | 287 ng/g lipid 1858 ng/L | 721 ng/g lipid 4977 ng/L |
| Germany | GerES III | 1998 | 18–69 | 2815 | 138, 153, 180 | 1570 ng/L | 5000 ng/L |
| | GerES IV (2008) | 2003–6 | 7–14 | 1079 | 138, 153, 180 | 286 ng/L | 980 ng/L |
| United Kingdom | Thomas et al. (2006) | 2003 | 22–80 | 151 | Σ 31 congeners | 170 ng/g lipid | 670 ng/g lipid |
| Belgium | Schoeters et al. (2011) | 2007–11 | 50–65 | 1530 | 138, 153, 180 | 333 ng/g lipid | |
| Italy | Turci et al. (2004) | 2001–3 | | 162 | Total PCBs | 2480 ng/L | 5240 ng/L |
| | Apostoli et al. (2005) | 2003 | 20–79 | 311 | Σ 24 congeners | 897 ng/g lipid | 2643 ng/g lipid |
| | Turrio-Baldassarri et al. (2008) | 2004 | Men: 51 | 94 | Σ 6 congeners | 866 ng/g lipid | |
| Slovakia | Jursa et al. (2006) | 2001–2 | 20–70 | 315 | Σ 45 congeners | CA:5863 ng/g lipid RA:1245 ng/g lipid | Max: 55 334 ng/g lipid Max: 9015 ng/g lipid |
| | Park et al. (2007) | 2002–4 | Pregnant | CA: 762 RA: 341 | 118, 153, 105, 138, 180, 170 | CA: 734 ng/g lipid RA: 351 ng/g lipid | CA:2105 ng/g lipid RA:469 ng/g lipid |
| Spain | Agudo et al. (2009) | 1992–6 | 35–64 | 953 | 138, 153, 180 | 459 ng/g lipid | |
| | Ibarluzea et al. (2011) | 2004–8 | Pregnant | 1259 | 138, 153, 180 | 88 ng/g lipid | |
| Sweden | Salihovic et al. (2012) | 2001–4 | 70 | Men: 495 Women: 517 | 138, 153, 180 | Men: 600 ng/g lipid Women: 517 ng/g lipid | 753 ng/g lipid 664 ng/g lipid |

CA, contaminated area; PCB, polychlorinated biphenyl; RA, reference area; PCBi, indicator PCBs

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 266

**Table 1.29 PCB concentrations in biological samples from populations in Asia**

| Country, region, Year | Subjects, participants | Samples | PCBs measured | Mean concentrations (standard deviation or range) | Reference |
|---|---|---|---|---|---|
| Taiwan, China 1994 | Pooled blood of 50 women | Blood serum | PCBs 28, 52, 74, 66, 101, 153, 138, 187, 183, 156, 157, 180, 170 | 386 ng/g lipid | Guo et al. (1997) |
| Central Taiwan, China 2001 | 30 primiparous women (mean age, 27.8 yr; range, 20–35 yr) | Breast milk | PCBs 77, 81, 126, 169, 105, 114, 118, 123, 156, 157, 167, 189 | 4.87 (SD 8.04) pg TEQ/g lipid | Chao et al. (2003) |
| Central Taiwan, China 2000–1 | 20 pregnant women; mean age, 28 yr (range, 25–35 yr) | Placenta, milk, venous blood, and cord blood | 12 DL-PCBs and 6 indicator PCBs | DL-PCBs: 5292 pg/g lipid in placenta, 10 170 pg/g lipid in milk, 9496 pg/g lipid in venous blood, and 3577 pg/g lipid in cord blood Indicator PCBs: 32 457 pg/g lipid in placenta, 55 425 pg/g lipid in milk, 36 416 pg/g lipid in venous blood, and 37 758 pg/g lipid in cord blood | Wang et al. (2004) |
| Taiwan, China 2004 | Pooled blood plasma of 10 blood donors | Blood plasma | 33 PCB congeners included PCB-8, 37, 44, 49, 52, 60, 66, 70, 74, 77, 82, 87, 99, 101, 105, 110, 114, 118, 126, 128, 138, 153, 156, 157, 158, 166, 169, 170, 179, 180, 183, 187, and 189. | 187 ng/g lipid | Hsu et al. (2005) |
| East China July 11–13, 2006 | 64 male workers, aged 18–60 yr | Hair | PCBs (1668A-LCS, 1668A-IS) | Mean 1 600 pg/g dw (55 400–7 200 000 pg/g dw) | Wen et al. (2008) |
| China, Zhejiang April 2007 to January 2008 | Surgical patients newly diagnosed for cancer (mean age, 65 yr; range, 32 to 94 yr) | Kidney, liver and lung tissues | 27 PCB congeners | Median (range) in ng/g lipid: 382.15 (86.92–1403.92) (kidney); 460.00 (89.19–1742.57) (liver); 304.64 (104.85–373.25) (lung) | Zhao et al. (2009) |
| China, Shenzhen July to November 2007 | 60 samples from primiparous women living in areas not polluted by POPs (mean age, 28 yr; range 20–34 yr) | Breast milk | PCBs 28, 52, 101, 138, 153, 180, 77, 81, 126, 169, 105, 114, 118, 123, 156, 157, 167, 189 | DL-PCBs: median (range): 4580 (1964–13 967) pg/g fat Indicator PCBs: 13.2 (3.4–39.2) pg/g fat | Deng et al. (2012) |
| China, Zhejiang Province 2008 | 74 women in rural areas (mean age, 25.0 yr; range, 19–29 yr) and in urban areas (mean age, 26.5 yr; range, 22–29 yr) | Breast milk | PCBs 77, 81, 105, 114, 118, 123, 126, 156, 157, 167, 169, 189, 28, 52, 101, 138, 153, 180 | 42 774 ± 27 841 pg/g lipid (urban group) 26 546 ± 11 375 pg/g lipid (rural group) | Shen et al. (2012) |
| India, six different locations, 2009 | 55 mothers, reproductive age, ranged 21–38 yr | Breast milk | $^{13}C_{12}$-labelled PCBs | 3.1 to 5 400 ng/g lipid weight | Devanathan et al. (2012) |

Polychlorinated biphenyls

**Table 1.29 (continued)**

| Country, region, Year | Subjects, participants | Samples | PCBs measured | Mean concentrations (standard deviation or range) | Reference |
|---|---|---|---|---|---|
| India, Bangalore and Chidambaram 2007 | 25 e-waste recycling workers | Serum | 62 PCB congeners | 360 pg/g ww | Eguchi et al. (2012) |
| India, Bangalore and Chidambaram 2007 | 20 residents near a coastal area | Serum | 62 PCB congeners | 140 pg/g ww | Eguchi et al. (2012) |
| Islamic Republic of Iran, Ahvaz and Noushahr cities, and the countryside of Noushahr November 2007 to January 2008 | 16 pregnant women in Noushahr (mean age, 26 yr; range, 16–43 yr) 21 pregnant women in Ahvaz (mean age, 27 yr; range, 18–36 yr) 19 pregnant women in countryside of Noushahr (mean age, 25 yr; range, 15–36 yr) | Hair | PCBs 28, 52, 101, 118, 138, 143, 153, 180 | Median (range): 9 (4–140) ng/g in Noushahr 8 (4–14) ng/g in Ahvaz 2 (undetected –15) ng/g in Noushahr countryside | Dahmardeh Behrooz et al. (2012) |
| Japan, Fukuoka Prefecture April to June, 1991 | Nine normal women (mean age, 30 yr; range, 25–32 yr) | Breast milk | PCB-77, PCB-126, PCB-169 | Mean coplanar PCBs, 21.3 pg TEQ/g fat Mean PCB-77: 12.4 pg/g fat; Mean PCB-126: 183.7 pg/g fat; Mean PCB-169: 65.7 pg/g fat TEFs as proposed by the NATO-CCMS (1988), and those of the coplanar PCBs were calculated using data reported by Safe (1990). | Matsueda et al. (1993) |
| Japan September 1994 to November 1996 | 31 normal volunteers (age, 20–61 yr) | Sebum, and blood | PCB-77, PCB-126, PCB-169 | Mean PCBs, 447.3 pg/g lipid (sebum), and 204.6 pg/g lipid (blood) | Iida et al. (1999) |
| Japan 1998–9 | 28 patients with various illnesses (age, 19–87 yr) | Liver and adipose tissue | Non-ortho-PCBs | Mean (range): 20 (2.8–91) TEQ/g lipid (liver tissue) 17 (2.7–57) pg TEQ/g lipid (adipose tissue) | Takenaka et al. (2002) |
| Japan 1999–2000 | 80 women (mean age, 36.9 yr; range, 26–43 yr) | Serum | 36 PCBs | Median, 0.46 (25th percentile, 0.35; 75th percentile, 0.66) nmol/g lipid | Tsukino et al. (2006) |

105

**Table 1.29   (continued)**

| Country, region, Year | Subjects, participants | Samples | PCBs measured | Mean concentrations (standard deviation or range) | Reference |
|---|---|---|---|---|---|
| Japan, Fukuoka Prefecture 2002–3 | 127 normal controls (age, 68.0 yr; SD, 5.4 yr) | Blood/serum | PCB-77, PCB-126, PCB-169 | 11.9 pg TEQ/g lipid | Todaka et al. (2007a) |
| Japan Born 1950–86 | 15 samples from 9 healthy subjects | Preserved umbilical cord | Dioxin-like PCBs (81, 77, 123, 118, 114, 105, 126, 167, 156, 157, 169, 189) | Mean (range): 2700 (250–12 000) pg/g lipid | Aozasa et al. (2008) |
| Japan, Sapporo City July 2002 to July 2004 | 101 primiparous pregnant women (mean age, 28.8 yr; range, 18–40 yr) and 94 multiparous pregnant women (mean age, 32.3 yr; range, 28–47 yr) | Blood | PCBs 28, 44, 47/48, 49, 52/69, 56/60, 63, 66, 70, 71, 74, 85, 87, 92, 93/95/98, 99, 101, 107/108, 110, 117, 128, 130, 132, 134, 135, 137, 138, 139, 141, 146, 147, 151, 153, 163/164, 165, 170, 172, 177, 178, 179, 180, 181, 182/187, 183, 191, 194, 195, 196/203, 198/201, 200, 202, 205, 206, 207, 208, and 209 | Mean (range): 114.5 ± 61.0 (42.2–329.3) ng/ g lipid (primiparous) 100.2 ± 48.2 ng/g lipid (31.5–258.0) (multiparous) | Todaka et al. (2008a) |
| Japan, Sapporo City, Hokkaido Prefecture July 2002 to July 2004 | 60 mothers (mean age, 31 yr; range, 21–47 yr) | Blood and breast milk | PCBs 77, 81, 126, 169, 105, 114, 118, 123, 156, 157, 167, 189 | Mono-ortho PCBs, 13.4 ± 5.8 ng/g lipid (blood) and 14.4 ± 8.2 ng/g lipid (breast milk) Non-ortho PCBs 97 ± 10 pg/g lipid (blood); and 60 ± 28 pg/g lipid (breast milk) | Todaka et al. (2008b) |
| Japan, Fukuoka and Nagasaki prefectures Born 1970–3 | Five babies born to healthy mothers | Preserved umbilical cord | DL-PCBs (77, 81, 126, 169, 105, 114, 118, 123, 156, 157, 167, 189) | 0.1 pg TEQ/g dw | Nagayama et al. (2010) |
| Japan, Sapporo City July 2002 to October 2005 | 119 primiparous mothers (mean age, 30 yr; range, 21–40 yr) | Blood and breast milk | Non-ortho PCBs, mono-ortho PCBs, and 56 NDL-PCBs | 120.2 ± 67.3 ng/g lipid (blood) 90.4 ± 51.6 ng/g lipid (breast milk) | Todaka et al. (2010) |
| Japan, Sapporo City July 2002 to October 2005 | 514 pregnant women (mean age, 32 yr; range, 22–41 yr) | Blood and breast milk | Non-ortho PCBs, mono-ortho PCBs, and 56 NDL-PCBs | Non-ortho PCBs, 77 ± 32 pg/g lipid (blood) and 51 ± 21 pg/g lipid (breast milk) Mono-ortho PCBs, 11.7 ± 5.7 pg/g lipid (blood) and 10.0 ± 5.2 ng/g lipid (breast milk) NDL-PCBs, 107 (16–326) ng/g lipid (blood) and 73 (12–252) ng/g lipid (breast milk) | Todaka et al. (2011) |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 269

**Table 1.29  (continued)**

| Country, region, Year | Subjects, participants | Samples | PCBs measured | Mean concentrations (standard deviation or range) | Reference |
|---|---|---|---|---|---|
| Republic of Korea, Kyungpook May 2007 to May 2008 | 53 female myoma patients (mean age, 47 yr; range, 40–68 yr) | Adipose tissue | PCBs 8, 18, 28, 29, 44, 52, 87, 101, 105, 110, 118, 128, 138, 153, 170, 180, 187, 194, 195, 200, 205, 206 | 270 ± 140 ng/g lipid | Moon et al. (2012) |
| Russian Federation, Irkutsk Region 1992 | Three groups of Siberians | Blood | PCBs 77, 126, 169 | Mean TEQ, 2.0–25.2 ppt | Schecter et al. (2002) |
| Viet Nam, areas sprayed with Agent Orange 2006 | Potentially exposed persons | Blood | Coplanar PCBs, mono-ortho PCBs | Coplanar PCBs TEQ, 1.1–5.6 pg/g lipid Mono-ortho PCBs TEQ, 1.8–7.3 pg/g lipid | Schecter et al. (2006) |

DL-PCB, dioxin-like polychlorinated biphenyl; dw, dry weight; NDL-PCB, non-dioxin-like polychlorinated biphenyl; TEQ, toxic equivalent; ww, wet weight; yr, year

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 270

**Table 1.30 PCB, PCDF, and PCDD concentrations in biological samples from the Yusho population, Japan**

| Region Period | Subjects/ participants | Sample | PCB measured | Concentration (mean, median, range) | Reference |
|---|---|---|---|---|---|
| Fukuoka, Saga, and Ishigaki cities 1970 in Saga; 1972 in Fukuoka; and 1972 in Ishigaki | n = 11 in Saga; n = 19 in Fukuoka; and n = 12 in Ishigaki | Adipose tissue, and breast milk | Mean PCBs | In Saga, PCBs in adipose tissue, mean, 2.6 (range, 0.5–5.3) ppm fat basis; In Fukuoka, PCBs in breast milk, mean, 1.2 (range, 0.3–5.6) ppm fat basis; In Ishigaki, PCBs in breast milk, mean, 0.4 (0.1–0.7) ppm fat basis | Masuda et al. (1974) |
| Japan 1973 | | Blood (n = 41), adipose tissue (n = 6), liver (n = 5) | PCB-118, 105, 153, 132, 156, 170, 180 | Mean, 6.7 ppb in blood; Mean, 2.5 ppm in adipose tissue; Mean, 0.1 ppm in the liver | Masuda & Yoshimura (1982) |
| Fukuoka Prefecture 1981 | 59 Yusho patients aged > 40 years not receiving antihypertensive treatment | Blood/serum | Total PCBs | 5.1 ± 2.3 ppb for men; 6.4 ± 5.3 ppb for women | Akagi & Okumura (1985) |
| Japan 1988 | 259 patients (136 men and 123 women) | Blood/serum | Specific congeners not mentioned | Geometric means of PCBs and triglyceride: 3.84 (95% CI, 3.54–4.17) ppb and 114.3 (95% CI, 106.6–122.6) mg/dL, respectively; Arithmetic mean of PCBs: 4.8 ppb (range, 0.6–320 ppb) | Hirota et al. (1993) |
| Japan September 1994 to November 1996 | 39 Yusho patients | Sebum, blood serum | PCB-77, PCB-126, PCB-169 | 428.1 pg/g lipid in sebum, and 390.7 pg/g lipid in blood | Iida et al. (1999) |
| Japan 2002 | 279 Yusho patients | Blood/serum | PCB-77, PCB-81, PCB-126, PCB-169 | 3.383 ± 2.765 (range 0.25–25.1) ppb | Uenotsuchi et al. (2005) |
| Japan 2002–3 | 279 Yusho patients in 2002 and 269 Yusho patients in 2003. | Blood/serum | PCB-77, PCB-81, PCB-126, PCB-169 | 125.0 pg-TEQ/g lipid | Todaka et al. (2005) |
| Fukuoka Prefecture 2002 | 279 Yusho patients and 92 Yusho-suspected persons | Blood/serum | PCBs 81, 77, 126, 169, 105, 114, 118, 123, 156, 157, 167, 189 | Yusho patients: Non-ortho PCBs, 12.3 pg TEQ/g lipid; mono-ortho PCBs, 25.0 pg TEQ/g lipid; Yusho-suspected persons: Non-ortho PCBs, 10.0 pg TEQ/g lipid; mono-ortho PCBs, 8.8 pg TEQ/g lipid | Todaka et al. (2007a) |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 271

**Table 1.30 (continued)**

| Region Period | Subjects/ participants | Sample | PCB measured | Concentration (mean, median, range) | Reference |
|---|---|---|---|---|---|
| Fukuoka Prefecture 2002–5 | 242 Yusho patients, 74 Yusho-suspected persons in 2004, and 237 Yusho patients and 114 Yusho-suspected persons in 2005 | Blood/serum | PCB-77, PCB-81, PCB-126, PCB-169 | Yusho patients: 12.3, 11.7, 10.6, and 11.0 pg TEQ/g lipid in 2002, 2003, 2004, and 2005, respectively<br>Yusho-suspected persons: 10.0, 8.3, 8.3, and 10.5 pg TEQ/g lipid in 2002, 2003, 2004, and 2005, respectively | Todaka et al. (2007b) |
| Japan 2001–3 | 359 Yusho patients | Blood/serum | PCBs 81, 77, 126, 169, 105, 114, 118, 123, 156, 157, 167, 189 | 3.14 ng/g blood | Imamura et al. (2007) |
| Fukuoka Prefecture 2004–7 | 242, 237, 300, and 96 Yusho patients from 2004 to 2007, respectively, and 74, 113, 125, and 148 Yusho-suspected persons, respectively | Blood/serum | Concentrations of 64 PCB congeners: TriCB-(28, 29), TetraCB-(44, 47/48, 49, 52/69, 56/60, 63, 66, 70, 71, 74), PentaCB-(85, 87, 92, 93/95/98, 99, 101, 105, 107/108, 110, 114, 117, 118, 123), HexaCB-(128, 130, 132, 134, 135, 137, 138, 139, 141, 146, 151, 153, 156, 157, 163/164, 167), HeptaCB-(170, 172, 177, 178, 179, 180, 181, 182/187, 183, 189, 191), OctaCB-(194, 195, 196/203, 198/201, 200, 202, 205), NonaCB-(206, 207, 208), DecaCB-209 | Yusho patients: 2004, 645 (40–3032) ng/g lipid; 2005, 760 (40–4723) ng/g lipid; 2006, 667 (74–2432) ng/g lipid; and 2007, 510 (51–2252) ng/g lipid<br>Yusho-suspected persons: 2004, 355 (20–1418) ng/g lipid; 2005, 490 (64–4055) ng/g lipid; 2006, 397 (18–1850) ng/g lipid; and 440 (19–2183) ng/g lipid | Todaka et al. (2009a, b) |
| Fukuoka Prefecture 2002–8 | 26 pairs of Yusho mothers and their children (19 mothers, 26 children) | Blood/serum | PCB-77, PCB-81, PCB-126, PCB-169 | In the formula-fed group: 12.65 pg TEQ/g lipid for the mothers, and 3.85 pg TEQ/g lipid for the children<br>In the breast-fed group: 10.64 pg TEQ/g lipid for the mothers; and 3.27 pg TEQ/g lipid for the children | Tsukimori et al. (2011) |
| Japan [Period not specified] | 27 Yusho patients | Blood/serum | Hydroxylated PCBs (4-OH-CB109, 4-OH-CB146 + 3-OH-CB153, 4-OH-CB187, 4-OH-CB172) | Total mean (range), 687 (95–1740) pg/g ww<br>Range of the major hydroxylated PCB metabolites: 4-OH-CB187 (54–906 pg/g ww), 4-OH-CB146 +3-OH-CB153 (32–527 pg/g ww), 4-OH-CB109 (ND–229 pg/g ww) and 4'-OH-CB172 (ND–143 pg/g ww). | Tobiishi et al. (2011) |
| Japan 1968–2006 (the time of delivery of Yusho descendants) | 64 Yusho mothers and 117 descendants (10 with FYD and 107 without FYD) | Maternal blood/serum | DL-PCBs (77, 81, 126, 169) | Black baby group, 57.6 pg TEQ/g lipid Non-black baby group, 31.8 pg TEQ/g lipid | Tsukimori et al. (2012) |

109

**Table 1.30  (continued)**

| Region Period | Subjects/ participants | Sample | PCB measured | Concentration (mean, median, range) | Reference |
|---|---|---|---|---|---|
| *Umbilical cord* | | | | | |
| Japan Yusho victims (1968–2000) | 11 samples from 6 Yusho babies | Preserved umbilical cord | DL-PCBs (77, 81, 105, 114, 118, 123, 126, 156, 157, 167, 169, 189) | 6500 (130–11 000) pg/g in three designated patients<br>580 (130–1400) pg/g in eight suspected patients | Aozasa et al. (2008) |
| Fukuoka and Nagasaki prefectures Born 1970–3 | 7 babies born to Yusho mothers | Preserved umbilical cord | DL-PCBs (77, 81, 105, 114, 118, 123, 126, 156, 157, 167, 169, 189) | 0.3 pg TEQ/g dw | Nagayama et al. (2010) |

dw, dry weight; FYD, fetal Yusho disease; PCB, polychlorinated biphenyl; PCDD, polychlorinated dibenzodioxins; PCDF, polychlorinated dibenzofurans; TEQ, toxic equivalent; ww, wet weight

110

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 273

**Table 1.31 PCB concentrations in biological samples from Yucheng patients, Taichung County, Taiwan, China**

| Date of study | Patients | Sample | PCB measured | Concentration (mean, median, range) | Reference |
|---|---|---|---|---|---|
| 1979–81 | Children ($n$ = 113) | Blood | PCBs | 39 000 pg/g | Kashimoto et al. (1985) |
| 1992 | Mothers ($n$ = 56) | Adipose tissue | | 2820 ± 300 (SE) ng/g | Guo et al. (1997) |
| 1994–6 | Adults ($n$ = 42) | Sebum Blood | Dioxin-like PCBs | 868.6 pg/g 714.4 pg/g | Iida et al. (1999) |
| 1994 | Adults ($n$ = 414) | Serum | NR | 1500 ng/g lipid (PCB-138 represented 29% of all measured PCBs) | Lung et al. (2005) |
| 1994–5 | Adults ($n$ = 41) | Blood | NR | 2468 ng/g lipid (13.3 ng/g sample) | Hsu et al. (2005) |
| | | | | 133 pg/g (PCB TEQ in men) 127 pg/g (PCB TEQ in women) | Lambert et al. (2006) |

NR, not reported; PCB, polychlorinated biphenyl; SE, standard error; TEQ, toxic equivalent

from rural areas having the lowest levels of PCBs. PCB-138 and PCB-153 were found in the blood of mothers from all of the 61 sites studied at geometric mean concentrations of 3.56 and 3.2 ng/g lipid, respectively. Ahmed et al. (2002) reported the sum concentration of 29 congeners in blood from Egyptian women to be 61.9 ng/g. Weiss et al. (2006) reported concentrations of PCB-153 in infertile women in the United Republic of Tanzania to be 0.17 μg/kg. Sum PCB concentrations in serum samples from Bizerte, Tunisia, ranged from 37.5 to 284.6 ng/g lipid, with mean and median value of 136.1 ng/g lipid and 123.2 ng/g lipid, respectively. The PCB profile consisted mainly of persistent congeners such as PCB-138, PCB-153, and PCB-180 (82.7% of the sum of PCBs). PCB concentrations were significantly higher in men ($P < 0.05$) than in women (Ben Hassine et al., 2014).

### (b)    Human milk

Due to its high fat content, human milk can accumulate large amounts of PCBs, thus making it an ideal matrix for the determination of concentrations of PCBs and other lipophilic compounds, and can be sampled using non-invasive

techniques. In addition, human milk represents a good indicator of the body burden of lipophilic non-metabolized PCBs, since fat is mobilized for the production of milk during lactation. Animal studies and mass balance studies for humans have revealed that large amounts of PCBs can be eliminated through lactation (Lindell, 2012). Data are summarized in Table 1.32.

### (i)    Global assessment

The transfer of PCBs from mother to infants via breast milk is an important source of exposure, and several factors (including maternal residence, age, and parity) can potentially affect levels of contaminants in breast milk. Because of the importance of breastfeeding for infants, contamination of human milk is of specific public concern.

The Stockholm Convention on Persistent Organic Pollutants (POPs) is a guidance document, the objective of which is to document the effectiveness of the implementation of the obligations under the Convention. The World Health Organization (WHO) introduced worldwide measurement campaigns to determine the exposure of infants to dioxin-like PCBs (UNEP, 2012).

IARC MONOGRAPHS – 107

**Table 1.32 PCB concentrations in human milk, by country**

| Country, population | PCBs (WHO-TEQ pg/g fat) | | | Sum indicator PCBs (ng/g fat)[a] | | | Reference |
|---|---|---|---|---|---|---|---|
| | Mean | Median | Range | Mean | Median | Range | |
| *Europe, 1992–2003* | | | | | | | |
| Czech Republic | – | 15.24 | 14.32–28.5 | – | 502 | 496–1009 | Van Leeuwen & Malisch (2002) |
| Germany | DL-PCBs: 12.60 (in Duisburg) 6.31 (in Munich) | 13.67 | 12.8–14.3 | – | 220 | 188–238 | Ulaszewska et al. (2011) |
| Greece | – | 6.56 DL-PCBs | – | – | – | – | Costopoulou et al. (2006) |
| Italy (Milan, Rome, Venice) | – | 16.29 | 11.02–19.33 DL-PCBs, 6.02–19.21 pg WHO$_{2005}$-TEQ/g lipid | – | 253 | 195–323 | Weiss et al. (2003), Ingelido et al. (2007), Abballe et al. (2008) |
| Norway | – | 8.9 | 6.56–9.61 | – | 119 | 106–132 | Polder et al. (2008) |
| Spain | – | – | – | – | (Sum of PCB-138, PCB-153, PCB-180) × 1.7: 1355 (in 1994) 653 (in 2000) | – | Cerná et al. (2008) |
| Spain | DL-PCBs, 4.8 pg WHO$_{2005}$ TEQ/g lipid | – | – | – | 241 | 162–467 | Schuhmacher et al. (2009) |
| Sweden | – | 9.71 | – | – | 146 | – | Norén & Meironyté (2000) |
| *North America* | | | | | | | |
| Canada, n = 86 women eating fish from Lake Ontario | – | – | 153 (50th percentile) | – | – | – | Stewart et al. (2003) |
| Western Canada, n = 47 women | – | 38.20 | – | – | – | – | Jarrell et al. (2005) |
| Canada, Northern Quebec, Inuit women from Nunavik | – | 385.0 ± 1.9 SD | 75.7–1915.8 | – | – | – | Muckle et al. (2001) |
| USA, North Carolina, n = 331 women | – | 77 | 9–708 | – | – | – | Pan et al. (2010) |

112

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D – 275

## Table 1.32 (continued)

| Country, population | PCBs (WHO-TEQ pg/g fat) | | | Sum indicator PCBs (ng/g fat)[a] | | | Reference |
|---|---|---|---|---|---|---|---|
| | Mean | Median | Range | Mean | Median | Range | |
| *South and Central America* | | | | | | | |
| Brazil, Rio de Janeiro, n = 40 mothers | 9.7 | – | 150 | – | – | – | Paumgartten et al. (2000) |
| *Africa* | | | | | | | |
| Ghana, n = 67 mothers | 62 | – | 15–160 | – | – | – | Asante et al. (2011) |
| South Africa, Limpopo Provence | 10 | – | – | – | – | – | Darnerud et al. (2011) |
| Tunisia | 180 | – | – | – | – | – | Ennaceur et al. (2008) |
| Zimbabwe | 26 | – | – | – | – | – | Chikuni et al. (1997) |
| *Asia* | | | | | | | |
| Japan | $1.30 \times 10^5$ (in 1972) $1.51 \times 10^5$ (in 1974) $0.20 \times 10^5$ (in 1998) | | | | | | Environment Agency of Japan (1999) |
| China, n = 1237 | | | | – | – | – | Li et al. (2009) |
| Total TEQ | 5.42 | 5.11 | Upper bound, 2.59–9.92 | | | | |
| Estimated dietary intake of PCDD/PCDF + DL-PCBs in infants | 28.0 pg TEQ/kg bw per day | – | 14.2–48.6 pg TEQ/kg bw per day | | | | |

[a] Indicator PCBs are PCBs 28, 52, 101, 138, 153 and 180
DL-PCB, dioxin-like polychlorinated biphenyl; PCB, polychlorinated biphenyl; TEQ, toxic equivalent

113

The evaluation of the Stockholm Convention has been applied (with slight changes) for five rounds of the UNEP/WHO survey. Often, human milk from primiparae mothers (for detail, see UNEP, 2012) is preferred to human blood, since sampling is non-invasive and PCBs are easier to detect (due to the higher lipid content of milk). It should be noted that for global assessment, the concentrations of dioxin-like PCBs (DL-PCBs) on a TEQ basis for the last three rounds of the UNEP/WHO survey on mothers' milk may be lower by 30% (range, 2–60%) if WHO toxic equivalency factors (TEFs) for 2005 ($WHO_{2005}$-TEF) are applied, rather than those for 1998 ($WHO_{1998}$-TEF). International chemical assessments report that the average concentration of PCBs in human milk fat ranges from 0.5 to 4 µg/g (IPCS, 2003). For the sum of $PCB_6$, the median is between 10.8–30.7 ng/g lipid, and maxima are between 37.1–65.8 ng/g lipid. Overall, the UNEP/WHO survey showed a correlation between maternal age and concentrations of DL-PCBs in breast milk, and lower concentrations of PCBs in breast milk of multiparous women when compared with primiparous women.

### (ii)    Americas

The mean concentration of PCBs in whole breast milk in Canadian women steadily increased from 6 µg/kg in 1970 to 12 µg/kg in 1975, and to 26 µg/kg in 1982, before declining to 6 µg/kg in 1986 (IPCS, 2003).

Recent data on concentrations of PCDD/PCDFs and DL-PCBs in human milk from South America were reported only for Brazil (Paumgartten et al., 2000).

### (iii)    Europe

In Europe, concentrations of DL-PCBs (on a TEQ basis) and PCB indicators in human milk are considerably higher than in other regions of the world, a legacy from past exposures. For the sum of $PCB_6$, the median of 115.3 ng/g lipid is between 3.8 times and 10.7 times higher than in

other regions of the world, and maximum concentrations are up to 14.9 times higher (IPCS, 2003). However, a WHO survey identified a decrease in WHO-TEQ PCDD/PCDF and PCB concentrations in human milk over the last decade (Van Leeuwen et al., 2002). It was assumed that this decrease was the result of the ban of PCB use in open systems, and the strict regulations on the use of PCBs and on their disposal in closed systems.

Norén & Meironyté (referenced in IPCS, 2003) reported a steady decrease (from 910 to 324 ng/g lipid) in total PCB concentrations in the breast milk of Swedish women between 1967 and 1997. A declining trend could be observed for the sum of the $PCB_6$ in Germany, and mean values for the congeners PCB-138, PCB-153 and PCB-180 were approximately 60–70% lower in 2000 than in 1984 (Fürst, 2001; Fig. 1.8). An approximately 74% decrease in DL-PCB concentrations during the last decade was reported in Italy (Di Domenico & Turrio Baldassarri, 1990; Weiss et al., 2003; Abballe et al., 2008). Analyses of milk samples from the Czech Republic also revealed a decline in median concentrations between 1994 and 2000, the strongest decrease being observed between 1994 and 1997 (Cerná et al., 2008). Nevertheless, it should be noted that concentrations in areas with heavy contamination did not show a significant decline in exposure over the past 10 years.

### (iv)    Asia

In Japan, a time-trend study showed that average PCB concentrations in human milk increased from 1.3 ng/g in 1972 to a peak of 1.5 ng/g in 1974, and then decreased by about 13% in 1998 (Environment Agency of Japan, 1999). In contrast, daily intake of PCBs from breast milk was estimated to decrease from 22.3 µg/g to 0.31 µg/g during this same period. [This trend reflects a change in PCB concentrations in food, due to both a decrease in contamination and more dependence on imported foods, which were less

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 277

Polychlorinated biphenyls

**Fig. 1.8 PCB concentrations in human milk in Germany, 1984–2000**



From Fürst (2001)
PCB, polychlorinated biphenyl

contaminated than domestic foods (IPCS, 2003), and is consistent with the observed decline in PCB concentrations in the environment and in human tissues.]

In China, a national investigation of individuals in 12 provinces representing approximately 50% of the total Chinese population reported PCDD/PCDF-TEQ and total-TEQ in human milk from rural areas to be lower than those from urban areas (Li et al., 2009). Positive correlations were found between total-TEQ in human milk and the consumption of aquatic food and meat.

PCB levels in breast milk samples from women in Asia are summarized in Table 1.29 and Table 1.30.

(c)    *Adipose tissue*

(i)    *North America*

Lordo et al. (1996) reported PCB concentrations (sum of tetra- to octochlorobiphenyls) in pooled adipose tissue to be 672 ng/g in 1986, compared with 407 ng/g in 1982, and 508 ng/g in 1984. Stellman et al. (1998) reported a total PCB concentration of 267 ng/g in breast adipose tissue of healthy women from Long Island, New York. An approximation of Aroclor 1260 [summed concentrations of PCB-138 and PCB-153 multiplied by 5.2] measured in breast adipose tissue, was reported to be 870 ng/g (Aronson et al., 2000). Muscat et al. (2003) measured PCB concentrations (sum of 14 congeners) in breast adipose

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 278

tissue in women without metastatic breast cancer to be 361 ± 235.9 ng/g and 395.4 ± 279.3 ng/g, in women who did not have recurrence and women who did have recurrence, respectively.

*(ii)    Europe*

The results of a study conducted in 1993–94 suggested that concentrations of PCBs in adipose tissue are the best indicator of long-term exposure or of total body burden of PCBs, compared with human milk or blood (Kocan et al., 1994).

PCB concentrations in adipose tissue of the general population in industrialized countries vary very widely, ranging from < 1000 to 5000 ng/g fat (Falandysz et al., 1994; Holoubek et al., 1995, 2001b). In a comparative study in Europe (Van Bavel et al., 2003), PCB concentrations in the population in Sweden were one third (mean, 661.9 ng/g fat; range, 247.2–1651.2 ng/g fat; Σ37 PCBs) of those in the Hungarian samples.

*(iii)    South and Central America*

Breast adipose tissue in 76 women from an agricultural region of north-eastern Argentina contained eight PCBs at very low levels (only 1.3% above detection limits), but high levels of *p,p*-dichlorodiphenyldichloroethane (DDE) and other pesticides (Muñoz-de-Toro et al., 2006).

The sum of four PCB congeners in children from Nicaragua was 530 ng/g lipid weight (2.0 ng/g wet weight) in those living and working near a waste-disposal site and eating fish from contaminated Lake Managua, 230 ng/g lipid weight (0.9 ng/g wet weight) in those living nearby but not working at the waste site and not eating fish, and 160 ng/g lipid weight (0.6 ng/g wet weight) in those living at a distance from the waste site and not eating fish (Cuadra et al., 2006).

*(iv)    Asia*

PCB concentrations in adipose tissue were reported from Yusho and Yucheng patients (see Table 1.30 and Table 1.31).

*(v)    Adipose versus serum measurements*

Arrebola et al. (2012a, b) measured concentrations of three PCB congeners in serum and adipose tissue in adults from Bolivia. PCB-138 had median concentrations of 0.2 ng/mL in serum [33.7 ng/g lipid] and 84 ng/g in adipose tissue [105 ng/g lipid]. The median values for PCB-153 was 0.3 ng/mL in serum [59.0 ng/g lipid], and 52.7 ng/g in adipose tissue [65.8 ng/g lipid]. PCB-180 had median values of 0.1 ng/mL in serum [26.7 ng/g lipid] and 32.8 ng/g in adipose tissue [41.0 ng/g lipid].

*(d)    Umbilical cord blood, placenta, and fetal tissue*

*(i)    North America*

Stewart et al. (2000) reported cord blood PCB concentrations from women living along Lake Ontario and eating contaminated fish. The average cord blood PCB concentration was 0.525 ng/g wet weight [25th percentile, 0.174 ng/g wet weight; 75th percentile, 1.11 ng/g wet weight]. In plasma from umbilical cord in Inuit women from northern Canada, the geometric mean for the sum of 14 PCB congeners was 279.9 ng/g lipid (range, 70.8–1420.1 ng/g lipid) (Muckle et al. 2001). Dallaire et al. (2003) reported changes in concentrations in umbilical cord blood in this population over time, and found a 7.9% annual decrease between 1994 and 2000. Choi et al. (2006) measured 51 congeners in cord blood from women living near a PCB-contaminated site in Massachusetts, and reported a geometric mean of 0.40 ng/g (range, 0.068–18.14), with no consistent relationship with residential distance from the waste site. Consumption of meat and local dairy products (but not fish) were associated with higher cord blood PCB concentrations.

In women from New York state, Schecter et al. (1998) reported the concentration of three dioxin-like PCBs to be 18.2 pg/g lipid in placenta, giving a TEQ of 1.05. The concentrations of 14 single PCB congeners in plasma from Inuit

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 279

women from Nunavik and southern Quebec were highly correlated with those in placenta (Pearson's $r = 0.77$–$0.97$; $P < 0.001$), and concentrations in Inuit women were on average four times higher than in women from southern Quebec (Pereg et al., 2002). Doucet et al. (2009) analysed placenta from Canadian women having elective abortions in 1998–2006 and reported annual average total PCB concentrations ranging from 7 to 70 ng/g lipid, with no clear time trend.

### (ii)    Europe

Koopman-Esseboom et al. (1994) used the concentrations of four congeners (PCB-118, PCB-138, PCB-153, and PCB-180), as measured in umbilical cord blood and in breast milk, as indicators of exposure of the developing fetus and breastfed infant. For these congeners, the correlation coefficients between maternal plasma, cord plasma and human milk were highly significant.

Soechitram et al. (2004) analysed PCBs (PCB-118, PCB-138, PCB-146, PCB-153, PCB-156, PCB-180) and hydroxylated metabolites of PCBs (PCB-107, PCB-136, PCB-146, PCB-153, PCB-172, PCB-187) in samples of maternal plasma and corresponding cord blood in the Netherlands. The calculated ratio for cord versus maternal blood was $1.28 \pm 0.56$ for PCBs and $2.11 \pm 1.33$ for hydroxylated PCBs, expressed per gram of lipid. A significant correlation between the respective maternal and cord concentrations for both PCBs and hydroxylated PCBs was found. The results indicated that approximately 50% and 30% of hydroxylated PCBs and PCBs, respectively, was transferred across the placenta to the fetus.

### (e)    Hair

### (i)    North America

Altshul et al. (2004) reported median PCB concentrations (sum of 57 congeners) in hair of 2640 ng/g fat (range, 1180–3620 ng/g fat) in a population of students in Boston, USA. Washing hair with shampoo decreased concentrations of PCBs by 25–33% on average, and up to 62%

for less chlorinated congeners. [The Working Group considered that the analytical method was reliable and reproducible.] The concentrations of PCBs in hair were higher than in serum. Correlation between concentrations in hair and blood was moderate for the more persistent PCB congeners, with no or little correlation for the other congeners.

### (ii)    Europe

Covaci et al. (2002b) assessed PCB exposure in hair samples from Greece, Romania, and Belgium. Mean PCB concentrations in samples from Belgium were up to 14 ng/g hair, while concentrations in samples from Greece were about three times lower. Similar ratios of PCB-153 over total PCBs were found for all three countries.

### (iii)    Asia

One study measured PCB concentrations in the hair of pregnant women in various cities in the Islamic Republic of Iran (see Table 1.29).

## 1.5    Occupational exposure to PCBs

In 1978, an estimated 12 000 persons in the USA were exposed occupationally to PCBs (Lloyd et al., 1976; NIOSH, 1977). Since the previous IARC evaluations of PCBs (IARC, 1978, 1987), occupational exposures to PCBs have changed, since most industrial countries have banned or partially banned their use. Nevertheless, the earlier references cited previously have been incorporated in the present monograph.

Earlier occupational exposures to PCBs occurred during PCB manufacture, capacitor and transformer manufacture and repair, production of carbonless copy paper, and accidental releases from these processes. More recent occupational exposures to PCB usually occur through PCB emissions via waste incineration, fires, and waste recycling.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 280

### 1.5.1 PCB manufacture

The few available studies of occupational exposure among PCB-manufacturing workers have been performed in France, Italy, Japan, Poland and the USA. Workers' exposures during PCB manufacture have been mentioned since 1936 (Jones & Alden, 1936); air PCB concentrations ranged from 26 to 163 μg/m³. Evidence of extensive exposures was available from two larger clinical studies in Slovakia in which workers' blood concentrations were measured at 1160–9600 ng/g lipid ($n$ = 242) (Langer et al., 1997), and 4905–6540 ng/g lipid ($n$ = 240) (Langer et al., 2002). These workers had been employed at the plant for at least 5 years, but no information was given regarding the type of activities that they had performed.

### 1.5.2 Capacitor manufacture

Before PCBs were banned, capacitor manufacturers filled (impregnated) casings with wound paper and foil/plastic with the PCB-containing oil before the top was fastened (crimped, sealed, soldered). PCB exposure (probably via the dermal route) occurred during filling: the capacitors were either flood-filled or manually filled, resulting in spills and worker exposures. The brand of PCB oil used differed geographically (Aroclors were used in the USA, Pyralene/Phenochlor in Sweden and Italy) and temporally (the percentage chlorination was reduced, e.g there was a switch from Aroclor 1254, with 54% chlorination, to Aroclor 1242, with 42% chlorination.

Other chemical exposures in capacitor manufacturing were possible, such as from other impregnation oils (e.g. mineral oils), degreasing agents such as trichloroethylene (Brown & Jones, 1981; Bertazzi et al., 1987), dibenzo-furans (Gustavsson et al., 1986), chlorinated naphthalenes, lead solder, epoxies, and methyl ethyl ketone (MEK) (Mallin et al., 2004; Persky et al., 2012). Ageing capacitors can from time to time explode [due to the physical stress of metal ageing], thus further exposing workers.

Fig. 1.9 shows ranges of air PCB concentrations in capacitor-manufacturing sites (Ouw et al., 1976; Brown & Jones, 1981; Bertazzi et al., 1982; Fischbein et al., 1982; Lawton et al., 1985; Gustavsson et al., 1986). The earlier concentrations (measured in the 1950s–1960s) were highest (Bertazzi et al., 1982), and decreased in later years.

In the 1950s, maximum PCB concentrations in workroom air in several plants in the USA (Massachusetts) were reported to be 200–10 500 μg/m³ (Elkins, 1959). No details on the number of plants surveyed, nor the number of samples collected, or the work performed in the plants were given, but four different jobs were surveyed: for impregnating with PCBs, average air concentrations ranged from 200 to 5800 μg/m³; for soldering, 800 μg/m³; mixing oil, 600 μg/m³, and regulator filling, 100 μg/m³. No toxic effects were noted at these concentrations; however, it was noted that air PCB concentrations of > 10 000 μg/m³ were "unbearably irritating." This is contrary to a report in a Japanese capacitor-manufacturing plant where a dermatitis outbreak occurred when air PCB concentrations reached 100 μg/m³ (Meigs et al., 1954). Air PCB concentrations between 1953 and 1957 in a Japanese capacitor-manufacturing factory ranged from 400 to 6700 μg/m³ (NIEHS, 1976).

Ouw et al. (1976) reported that workers in the electrical industry in Australia were exposed to Aroclor 1242 at air concentrations of 320–2220 μg/m³, with a mean of 1270 μg/m³; and were found to have PCB blood concentrations of approximately 0.4 g/kg bw. Contact with PCBs was primarily via the skin.

Brown & Jones (1981) measured air concentrations of Aroclor 1016 in two plants in the USA (New York and Massachusetts) plants in 1977. The time-weighted averages (TWA) were different for the two plants, with air concentrations at the New York plant being lower than at the Massachusetts

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 281

**Fig. 1.9 Air PCB concentrations in capacitor manufacturing plants (µg/m³) by year**



Compiled by the Working Group using data from Ouw et al. (1976), Brown & Jones (1981), Bertazzi et al. (1982), Fischbein et al. (1982), Lawton et al.(1985) and Gustavsson et al.(1986)
PCB, polychlorinated biphenyl

plant. For the New York plant, PCB concentrations in personal air samples ranged from 24 to 393 µg/m³ ($n = 28$), and in area air samples from 3 to 476 µg/m³ ($n = 19$). For the Massachusetts plant, PCB concentrations in personal air samples ranged from 170 to 1260 µg/m³ ($n = 29$), and in area air samples from 50 to 810 µg/m³ ($n = 25$). Air PCB concentrations (TWA) were extremely high during capacitor impregnation (New York: 160 µg/m³, Massachusetts: 850 µg/m³), degreasing (Massachusetts; 1260 µg/m³), and sealing/soldering (New York: 393 µg/m³, Massachusetts: 720 and 1060 µg/m³). Capacitors that failed were sent for repair where they were re-opened and manually drained. Repair workers' PCB exposures were measured as 298 µg/m³ (recovery), and 50 µg/m³ (repair) in the New York plant. [These workers would also have had extensive dermal exposures, which were not assessed.]

Eight studies have reported PCB concentrations in workers' blood in Australia, Finland, Italy, Germany, and the USA (Karppanen & Kolho, 1972; Ouw et al., 1976; Maroni et al., 1981a; Bertazzi et al., 1982; Acquavella et al., 1986; Wolff et al., 1992; Kannan et al., 1994; Seegal et al., 2011; Persky et al., 2012). The reporting of PCB blood concentrations was not uniform, which hindered comparison across studies.

Karppanen & Kolho (1972) compared blood PCB concentrations in workers in a capacitor factory in Finland where Aroclor 1242 had been used as the impregnating fluid: the groups comprised laboratory workers handling PCBs ($n = 6$), impregnation workers ($n = 11$) employed for 4 years, and a control group ($n = 9$) that had never been professionally exposed to PCBs. Blood PCB concentrations were approximately 50 times greater in impregnation workers (0.07–1.9 µg/g)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 282

than in the control group (0.003–0.012 µg/g), and were also higher in laboratory workers (0.036–0.062 µg/g) than in the controls. The pattern of PCB congeners in the exposed workers differed markedly from that of the PCBs actually used. More highly chlorinated PCBs persisted in the blood, while the less chlorinated PCBs contained in Aroclor 1242 had been eliminated from the body. [Consequently, the total PCB intake must have been higher than that reflected by the levels detected in blood.]

Total serum PCB concentrations have been reported to be 18.2 ppb (Acquavella et al., 1986) in a clinical survey among 205 workers at a capacitor-manufacturing plant in the USA. This mean value represented workers ($n$ = 205) with (39%) and without (61%) potential for PCB exposure in their jobs. [The Working Group noted that PCB concentrations were not reported separately for workers with and without occupational PCB exposure.] Log serum PCB concentrations were found to be significantly correlated with duration of employment, age, cumulative occupational exposure, and fish and wine consumption, as confirmed by multiple linear regression.

In a study of mortality in Italy (Bertazzi et al., 1982), workers in the autoclave room were exposed to air PCB concentrations of 5200–6800 µg/m³ in 1954 ($n$ = 3), and 48–275 µg/m³ in 1977 ($n$ = 9). Eighteen workplace surface-wipe samples showed extensive PCB contamination (0.2–159 µg/cm²), as did nine hand-wipe samples (0.3–9.2 µg/cm²). Workers' serum PCB concentrations were reported by type of PCBs: for highly chlorinated PCBs (54% chlorination) ($n$ = 67), the mean was 230.5 ppb (SD, 174.5), while for less chlorinated PCBs (42% chlorination) ($n$ = 67) the mean was 114.1 ppb (SD, 79.6). In a later study (Bertazzi et al., 1987), the corresponding values were 202.8 ppb (SD, 111.7; $n$ = 37) and 42.9 ppb (SD, 34.7; $n$ = 37), respectively.

Wolff et al. (1992) studied PCB blood concentrations in capacitor workers in 1976 and 1979 in the USA. For the first sampling year, the mean concentration of the less chlorinated PCBs (di-, tri-, and tetrachlorobiphenyls) was 55 ng/mL (range, 6–2257 ng/mL), and for the latter year was 41 ng/mL (range, 6–350 ng/mL). Mean concentrations of highly chlorinated PCBs were 10 ng/mL (range, 1–308 ng/mL) in 1976, and 13 ng/mL (range, 2–350 ng/mL) in 1979. These capacitor workers ($n$ = 60) were also surveyed by the National Institute for Occupational Health and Safety in 1977 (NIOSH, 1977), when the following blood PCB concentrations were reported as follows: less chlorinated PCBs (quantified as Aroclor 1242), 2–3300 ppb (ng/mL), and more highly chlorinated PCBs (quantified as Aroclor 1254), 5–250 ng/mL.

About 30 years later (in 2003–2006), Seegal et al. (2011) measured blood concentrations of individual PCB congeners in some of these former capacitor workers, and found that concentrations had dropped statistically significantly: mean concentration of less chlorinated PCBs (PCBs 28, 56, 66, 74, 99, 101) was 2.84 ng/g or 0.45 µg/g lipid in men, and 2.29 ng/g or 0.34 µg/g in women; mean concentration of highly chlorinated PCBs (PCBs 105, 118, 138, 146, 153, 156, 167, 170, 172, 174, 177, 178, 180, 183, 187, 199, 203) was 4.09 ng/g or 0.65 µg/g lipid in men, and 3.21 ng/g or 0.47 µg/g lipid in women; and total PCB concentration was 7.47 ng/g or 1.19 µg/g lipid in men, and 5.81 ng/g or 0.86 µg/g lipid in women.

Maroni et al. (1981a) carried out a study in two Italian electrical-capacitor manufacturing plants using PCBs as a dielectric fluid. Plant A produced electric capacitors filled with a mixture of mineral oils and PCBs. PCBs with 54% chlorination were used from 1949 to 1965, and subsequently replaced with Pyralene 3010 with 42% chlorination. The power-capacitor casings were filled with PCBs in autoclaves, and were manually removed when cooled from 70 °C to 40 °C before they were welded, tested, and finished externally. Electric "filters" (small capacitor systems used in electrical household appliances)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 283

were impregnated with PCBs. Plant B performed short-circuit testing of high-power capacitors filled with Apirolio, a PCB mixture with 42% chlorination. Stress-testing the capacitors often included explosions. Airborne PCBs were mainly trichlorobiphenyls and concentrations ranged from 48 µg/m³ (filter operations) to 275 µg/m³ (power-capacitor manufacturing). Surface-wipe samples showed both tri- and pentachlorobiphenyl mixtures, with the highest amounts being found on the capacitor basket rolling carrier: trichlorobiphenyls, 127 mg; and pentachlorobiphenyls, 15 mg. Plant A employed 67 workers (40 women and 27 men): 48 were currently employed in the capacitor-manufacturing departments, 16 had been employed there for at least 6 months before the beginning of the study, and 3 had always been employed in other non-manufacturing departments without direct exposure to PCBs. PCB recovery from the palms of the hands of power-capacitor workers (plant A) showed total PCB (tri- and pentachlorinated biphenyls) skin-surface concentrations to be 4–28 µg/cm². Mean (± SD) blood PCB concentrations differed between current (377 ± 190 µg/kg) and past exposed workers (292 ± 161 µg/kg); workers with occasional exposure had the lowest mean total PCB exposures (110 ± 31 µg/kg). Blood PCB concentrations by job performed were highest for welders (1259 µg/kg), followed by impregnation workers (556 ± 337 µg/kg), assembly of capacitors (406 ± 173 µg/kg), and finally assembly of filters (246 ± 130 µg/kg). The blood PCB concentrations were not correlated with duration of exposure, but with the percentage ratio of hours per year spent with direct exposure to PCBs. Plant B included 13 workers (all men) exposed to PCBs during handling of the capacitors contaminated with Apirolio, dispersed from explosions sometimes caused by stress-testing. Blood PCB concentrations in currently exposed workers in plant B (200 ± 146 µg/kg) were between occasionally exposed (110 ± 31 µg/kg) and past exposed workers (292 ± 161 µg/kg) in plant A. Although

the PCB mixture used in both plants had a chlorine content of 42%, the workers differed in their ratio of penta- to trichlorobiphenyls; plant A workers had higher concentrations of penta-chlorobiphenyls than of trichlorobiphenyls, while the reverse was true in plant B workers. This difference was attributed to the heavy past exposure to highly chlorinated PCBs used until 1965 in plant A. Workers with abnormal liver findings ($n = 16$) had twice the concentrations of tri- (215 ± 95 µg/kg) and pentachlorobiphe-nyls (308 ± 306 µg/kg) compared with workers ($n = 64$) without abnormal liver findings (tri- and pentachlorobiphenyl concentrations were 92 ± 64 and 176 ± 108 µg/kg, respectively) (Maroni et al., 1981b). Duration of exposure did not explain this observed difference.

One German capacitor-manufacturing worker was reported to have a blood PCB-169 concentration of 11 ng/g (Kannan et al., 1994).

After a capacitor explosion at a Finnish paper mill, workers' ($n = 15$) blood PCB concentrations were 3.5–48.3 µg/L (Luotamo et al., 1984). [These levels were much lower than during capacitor manufacturing itself.]

In a recent cross-sectional study, Persky et al. (2012) reported blood PCB concentrations separately for diseased (having diabetes) and non-diseased (without diabetes) workers. In diseased workers, the concentrations were: DL-PCBs, 2.5 ng/g; NDL-PCBs, 17.0 ng/g; estrogenic PCBs [PCB-52, 99, 101, 110, 153], 3.6 ng/g; anti-estrogenic PCBs [PCB-105, PCB-156], 3.6 ng/g; and PCB-74, 4.9; PCB-99, 1.0 ng/g; PCB-118, 1.4 ng/g; PCB-138, 2.5 ng/g; PCB-146, 0.4 ng/g; PCB-153, 2.8 ng/g; PCB-156, 0.6 ng/g; PCB-170, 0.7 ng/g; PCB-180, 1.1 ng/g; PCB-187, 0.3 ng/g; PCB-194, 0.2 ng/g; PCB-201, 0.2 ng/g; PCB-203, 0.2 ng/g; and PCB-206, 0.1 ng/g. In non-diseased workers, the concentrations were: DL-PCBs, 0.4 ng/g; NDL-PCBs, 4.3 ng/g; estrogenic PCBs, 1.0 ng/g; anti-estrogenic PCBs, 0.1 ng/g; PCB-74, ng/g; 0.8, PCB-99; 0.3 ng/g; PCB-118, 0.2 ng/g; PCB-138, 0.6 ng/g; PCB-146, 0.1 ng/g; PCB-153,

0.8 ng/g; PCB-156, 0.1 ng/g; PCB-170, 0.2 ng/g; PCB-180, 0.4 ng/g; PCB-187, 0.1 ng/g; PCB-194, 0.1 ng/g; PCB-201, 0.1 ng/g; PCB-203, 0.1 ng/g; and PCB-206, 0.04 ng/g.

### 1.5.3 Transformer manufacture and repair

Transformer manufacture was very similar to capacitor manufacture. Transformers were filled with PCBs, but the impregnation fluid was usually diluted with other chlorinated solvents (e.g. trichlorobenzene; Greenland et al., 1994), and sold under different names such as Askarel (Inerteen), Pyranol, Chlophen, Apirolio, and Derol (Kerns, 1975; Lees et al., 1987; Emmett et al., 1988; Kalina et al., 1991; Greenland et al., 1994; Yassi et al., 1994; Altenkirch et al., 1996; Loomis et al., 1997; Caironi et al., 2005).

Although air concentrations from transformer manufacture were not available, two studies reported air PCB concentrations during transformer repair in two different USA plants (Lees et al., 1987; Emmett et al., 1988). Work activities were sampling and testing transformer fluids for dielectric properties, topping up transformers when oil levels were low, clean-up of any spills or leaks, repair of transformers by drainage of transformer oil to replace parts, and periodic filtering of the transformer oil to upgrade its dielectric properties. Ranges of air PCB concentrations for several job tasks were reported: repair and clean-up (n = 3), 43.1–60.0 μg/m³ and TWA, 16.7–24.0 μg/m³; clean-up of PCB leakage (n = 3), 0.1–3.1 μg/m³ and TWA, 0.01–0.4 μg/m³; and secondary oil leak repair and clean-up (n = 15), 2.1–17.1 and TWA, 0.7–12.4 μg/m³ (Emmett et al., 1988). Other job tasks for which concentrations were reported were draining and pumping transformer oil (n = 9), 1.1 μg/m³; transformer repair (n = 15), 1.2 μg/m³; network repair (n = 6), 0.5 μg/m³; topping-up transformer oil (n = 3), 0.5 μg/m³; explosion spill clean-up (n = 16), 1.7 μg/m³; and filtering transformer oil (n = 6), 6.1 μg/m³ (Lees et al., 1987). Transformer-repair

activities included handling transformer parts that were wet with transformer fluid without protective gloves, resulting in extensive dermal exposure. In one case, a maintenance transformer worker involved in cleaning up transformer fluid spills daily had a plasma PCB concentration of 250 μg/L (Tröster et al., 1991). [This value is comparable to highly exposed capacitor-manufacturing workers.]

### 1.5.4 Waste incineration of PCB materials

Ten studies from seven countries (USA, Germany, Spain, Japan, the Republic of Korea, Belgium, and Poland) reported PCB exposures during waste incineration of PCB materials (Colucci et al., 1973; Angerer et al., 1992; Wrbitzky et al., 1995; Gonzalez et al., 2000; Kitamura et al., 2000; Domingo et al., 2001; Raemdonck et al., 2006; Mari et al., 2009; Park et al., 2009). The PCB congeners frequently reported in this industry were PCB-28, PCB-138, PCB-153, and PCB-180. The distribution of PCB congeners in plasma depended on the type of waste material, the furnace (age and type), and the workers' activities. During burning of waste in a waste-incinerating plant, heat from combustion gases is recuperated in a cauldron to produce electricity. PCBs are, together with dioxins, produced by synthesis from organic substances and chorine during this and subsequent cooling-down processes. PCBs (with dioxins) precipitate onto particulate matter (fly ash) and are trapped in the filter (Raemdonck et al., 2006).

Exposed refuse workers (n = 37) in the USA had a median plasma PCB concentration of 2.6 ppb (maximum, 14.1 ppb) (Colucci et al., 1973). [No methods were reported.] Hazardous-waste workers (n = 53) in Germany had a mean plasma PCB concentration of 6.33 μg/L calculated as the sum of PCB congeners PCB-138 (1.86 μg/L) + PCB-153 (2.83 μg/L) + PCB-180 (1.65 μg/L), which was not significantly different

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 285

from controls (6.22 µg/L) in the same study (Angerer et al., 1992).

Another study in Germany (Wrbitzky et al., 1995) reported mean plasma PCB concentrations in waste-incineration workers (total PCBs, 3.10 µg/L; range, 1.59–6.89 µg/L) that were approximately half those in the previously described study (Angerer et al., 1992). The total PCBs were the sum of the same PCB congeners as previously reported: PCB-138, 0.95 µg/L (range, 0.49–2.60 µg/L); PCB-153, 1.38 µg/L (range, 0.97–3.10 µg/L); PCB-180, 0.79 µg/L (range, 0.32–1.63 µg/L). Concentrations of PCB-28, PCB-52, and PCB-101 were below the limit of detection (< 0.2 µg/L). These workers operated the incinerator, control panels, electronics, waste gas and transfer stations, and maintained and cleaned boilers and furnaces. Workers employed in the central laboratory, incoming control and sampling, chemical-sorting station, waste-water purification, and mechanical workshop among other periphery jobs had blood PCB concentrations similar to those of workers in management. Concentrations in exposed workers were: total PCBs, 2.82 µg/L; range, 1.21–7.03 µg/L, and this was the sum of PCB-138 (0.87 µg/L; range, 0.24–2.35 µg/L), PCB-153 (1.22 µg/L; range, 0.27–2.83 µg/L), and PCB-180 (0.72 µg/L; range, 0.32–3.48 µg/L). Concentrations in workers in management were: total PCBs, 3.19 µg/L (1.59–7.53 µg/L); PCB-138, 0.98 µg/L (0.49–1.98 µg/L); PCB-153, 1.42 µg/L (0.67–3.37 µg/L); PCB-180, 0.80 µg/L (0.43–2.18 µg/L). [Of the six PCB congeners analysed, only these three were detected.]

Waste-incinerator workers in a plant in Spain were reported to have mean total PCB concentrations of 1.47 µg/L: as in the German study, this was the sum of congeners PCB-138 (0.36 µg/L) + PCB-153 (0.49 µg/L) + PCB-180 (0.57 µg/L) (Gonzalez et al., 2000). Congeners PCB-28 and PCB-52 were not detected, and the concentration of PCB-101 was very low (0.02 µg/L). In another study in Spain, congener-specific concentrations were reported as means (and geometric means): PCB-28, 18.5 (12.9) µg/kg lipid; PCB-52, 10.4 (7.5) µg/kg lipid; PCB-101, 9.0 (7.1) µg/kg lipid; PCB-138, 151 (129) µg/kg lipid; PCB-153, 213 (182) µg/kg lipid; and PCB-180, 209 (158) µg/ kg lipid (Domingo et al., 2001). [Although the distribution of congeners differed between the two studies, the PCB concentrations could not be directly compared as the latter values were lipid-adjusted.]

Kitamura et al. (2000) reported blood PCB concentrations in Japanese waste workers ($n = 94$) for other PCB congeners: mean (median) PCB-77, 148.59 (149.07) pg/g lipid; PCB-126, 131.81 (98.60) pg/g lipid; and PCB-169, 104.55 (90.45) pg/g lipid. [None of these congeners were measured in the other studies.]

Workers ($n = 15$) employed as operators for incinerators, boiler-maintenance, furnace maintenance, control panel, and waste-gas washing had a mean concentration of total PCBs of 115.7 µg/kg lipid (PCB-28, 0.7 µg/kg lipid; PCB-138, 17.5 µg/kg lipid; PCB-153, 45.5 µg/kg lipid; PCB-180, 52 µg/kg lipid) (Mari et al., 2009). The sum of congeners PCB-138 + PCB-153 + PCB-180 in this study resulted in a total concentration of 115 µg/kg lipid, which was five times lower than that reported in the workers in Spain (573 µg/kg lipid) (Domingo et al., 2001).

In 26 waste-incineration workers from the Republic of Korea, Park et al. (2009) found a mean concentration of total PCBs of 214.93 ng/g lipid (median, 161.13 ng/g lipid), of which hexachloro- and heptachloro-congeners accounted for 70% (congeners measured, PCB-77, PCB-81, PCB-105, PCB-114, PCB-118, PCB-123, PCB-126, PCB-156, PCB-157, PCB-167, PCB-169, and PCB-189). [Co-exposures to dioxins, furans, and other combustible products found in fly-ash are common for waste-incineration workers.] The waste-incinerator workers did not have statistically significantly higher PCB concentrations than control subjects ($n = 7$) (mean PCB concentration, 19.13 ng/g lipid; median, 94.63 ng/g lipid).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 286

### 1.5.5 Electronic-waste recycling and scrap-metal dealers

One study reported PCB exposures of workers in e-waste recycling in China (Wen *et al.*, 2008). However, they did not report air or serum PCB concentrations, but PCB concentrations in hair samples collected from 94 workers. The PCB concentration range was 55.4–7200 ng/g.

In 17 scrap-metal dealers in two plants in the USA, mean serum PCB concentrations were 7.5 ppb (range, 1–65.3 ppb) (Malkin, 1995). Serum PCB concentrations were significantly related to eating lunch outside the lunchroom [suggesting hand-to-mouth contact as a source of exposure]. The gas-chromatography peak pattern resembled that of Aroclor 1260. [Both waste recycling and scrap handling result in coexposures to dioxins and metals.]

### 1.5.6 Locomotive-repair workers

Locomotive-repair workers (*n* = 120) in the USA were found to have elevated serum concentrations of PCBs, which was attributable to exposure to transformer fluids (Pyranol, Inerteen, Aroclor) (Chase *et al.*, 1982). Workers were divided into three exposure groups: "exposed" workers who had frequent opportunity for direct contact with PCB-containing transformer fluids; "nominally exposed" workers in the facility did not have opportunity for contact with PCBs; and "non-exposed" workers whose work environment did not involve any PCB fluids. Workers' plasma PCB concentrations were: exposed workers, 33.4 ppm (10–312 ppm); nominally exposed workers, 14.2 ppm (10–30 ppm); and non-exposed workers, 12.0 ppm (10–27 ppm).

### 1.5.7 Miscellaneous use of PCB oil

PCBs can be emitted by several other sources, including light ballasts and microscopic immersion oil, which contains 30–45% PCBs. Fluorescent light ballasts emit PCBs during burnout (IARC, 1978) and air concentrations depend on the distance from the source. Since the previous *IARC Monograph* on PCBs (IARC, 1978), no new studies regarding PCB exposures during work with carbonless copy paper, microscopic immersion oil, or after a fluorescent light ballast burnout have been published.

One study reported a PCB air measurement from a carbonless copy paper stockroom of 0.07 mg/m³ (Tatsukawa, 1976). Hasegawa *et al.* (1973) reported that blood PCB concentrations in workers in carbonless paper producing plants (0.01–0.02 µg/g) 2 years after exposure were 10% those found during the period when the PCBs were used. No air or biological monitoring data have been published to assess the extent of PCB exposures during the use of microscope oil (Bennett & Albro, 1973). Four and a half hours after burn-out of a ballast, the concentration of PCBs was the highest (166 µg/m³) 1 m below the burned-out ballast, while the lowest concentration (12 µg/m³) was found at a distance of 4.5 m from the fixture (Staiff *et al.*, 1974).

In 1958–1978 in Canada, areas around transformers mounted outdoors were treated with phenoxy herbicides (2,4-D and 2,4,5-D) to reduce foliage (Hay & Tarrel, 1997). To increase adherence of the herbicides to the plant leaves, herbicide sprayers (*n* = 225) would mix 4 pounds [1.8 kg] of phenoxy herbicide with 10 gallons [37.9 L] of used transformer fluid and 90 gallons [340.7 L] of water before spraying. PCB exposures were not measured during this operation.

Use of Aroclor 1254 was reported in a petrochemical plant in the USA during the 1950s, where 31 men had been "heavily exposed" (Bahn *et al.*, 1976). No information regarding how PCB was used was given [but could have been PCBs used as fluids for hydraulic and heat-transfer systems]. No air or blood concentrations of PCBs were reported.

United States navy vessels built between 1946 and 1977 commonly contained PCBs in insulation material, electrical cable, and ventilation

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 287

Polychlorinated biphenyls

gaskets (Still *et al.*, 2003). In nuclear submarines, PCBs were also used in soundproofing material, missile-launch tubes, electrical cables, banding and sheet rubber, heat-resistant paints, hull coatings, and electrical transformers. Activities associated with PCB exposure during dismantling of these vessels were transformer clean-up and removal; cutting/crushing of PCB-contaminated steel, steel-shot blasting of PCB-contaminated surfaces, chiselling/hand-chipping of PCB-contaminated surfaces, and shoveling/sweeping of PCB-contaminated debris. Surface-wipe sampling showed PCB amounts ranging from non-detects to 11 000 μg/100 cm². [Information for PCB exposure in the military is scarce.]

Cumulative lifetime exposure to PCBs among Mohawk men at Akwesasne (a Native American community of more than 10 000 persons located along the St Lawrence River in New York, Ontario, and Quebec) who had been occupationally exposed to PCBs was positively associated with serum total PCB concentration ($P = 0.03$) (other non-occupational sources such as fish consumption and living close to hazardous waste sites discussed in the article are not referenced here). The congener profile was most similar to that of Aroclor 1248, the commercial mixture used at local industrial facilities (Fitzgerald *et al.*, 2007) as a hydraulic fluid in a foundry's die-casting machines from 1959 to 1974, and as a component in aluminium-processing heat-transfer equipment. The occupational exposure of Mohawk men was independently assessed by two occupational hygienists as the probability of exposure to PCBs for all jobs of more than 6 months duration with the following qualitative ratings: (1) definitely not exposed; (2) possibly exposed; (3) probably exposed; and (4) definitely exposed. These ratings were assigned weights of zero, 0.25, 0.5, and 1.0, respectively. The weights for each job were then multiplied by duration of employment in that job, and the results were summed over all jobs to estimate cumulative

lifetime occupational exposure to PCBs for each man. [The Working Group noted that this population was also exposed environmentally (see Section 1.4.1(a)).]

A qualitative PCB exposure assessment among welders in Sri Lanka was performed recently (Lankatilake *et al.*, 2012). PCB oil extracted from discarded transformers was widely used as coolant oil in small-scale welding facilities in Sri Lanka to facilitate heat transmission and thereby assist in the cooling process. Exposure to coolant oil occurs during replacement of the coolant and while repairing machinery. The amount of coolant oil used in a welding machine depends on the type of machine, but on average is about 5 L. During repairs, there is a high risk of exposure to PCBs in the transformer oil.

### 1.5.8 Occupations with exposure to PCB by-products

PCBs have also been reported as a by-product in an electric arc furnace steelmaking plant in the United Kingdom (Aries *et al.*, 2008). Air PCB concentrations in decreasing order by department were: melting shop, 586 pg/m³ (range, 144–1313 pg/m³); casting area, 187 pg/m³ (range, 73–272 pg/m³); control cabin, 99 pg/m³ (range, 57–129 pg/m³). The most prominent congeners were PCB-118 (100–500 pg/m³), PCB-105 (10–80 pg/m³), and PCB-77 (5–35 pg/m³).

Using static high-volume samplers (0.2 m³/min for 12 hours or 24 hours) in a basic oxygen steelmaking (BOS) and iron ore sintering plant, Jackson *et al.* (2012) calculated mean TEQ pg/m³ for the by-products PCDD/F and PCBs. The BOS process involves the transfer, desulfurization, and refining of hot metal in a steel converter, and secondary steelmaking treatments. Sintering is a process for blending and fusing iron-ore fines, fluxes, coke, and recycled materials (grit and dusts from other processes). Air concentration ranges were: sinter plant, 0.19–3.72 TEQ pg/m³ ($n = 12$); and BOS plant, 0.08–0.71 TEQ pg/m³ ($n = 24$). In

125

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 288

all instances, concentrations of PCBs were much higher than of PCDD/Fs. PCB-126 contributed significantly to the total TEQ (5–20%).

PCBs have been reported as a by-product in penta- and trichlorophenol wood-preservation pesticide manufacturing with PCDFs and PCDDs (Hryhorczuk et al., 1998; Collins et al., 2008). Serum PCB concentrations (sum of PCB-77, PCB-81, PCB-126, and PCB-169) were measured by the company in these workers (Collins et al., 2008): for pentachlorophenol workers only ($n = 26$; period exposed, 1944–1980) 73.6 pg/g lipid; trichlorophenol workers only ($n = 12$; period exposed, 1954–1979): 75.9 pg/g lipid; pentachlorophenol and trichlorophenol workers ($n = 14$; period exposed, 1961–1980): 86.3 pg/g lipid; tradesmen ($n = 10$): 121.1 pg/g lipid. These PCB concentrations were not much different from those of a selected reference population ($n = 36$; 75.0 pg/g lipid).

### 1.5.9 Removal of PCB-containing sealants

PCB-containing sealants were used in building construction before PCBs were banned in that country. For example, sealant used in Sweden contained 4.7–8.1% Clophen A40 (Sundahl et al., 1999). Air PCB concentrations of 10–120 µg/m³ were reported after removal of the sealant by a variety of methods: cutting the elastic sealant with an oscillating knife; grinding the concrete with a mechanical machine; sawing the concrete with a mechanical saw; or cutting the concrete with a mechanical chisel. The removal methods were changed by equipping the tool with suction, which reduced air PCB concentrations to non-detects to 3.1 µg/m³ (Kontsas et al., 2004). Serum PCB concentrations in sealant-remover workers were 0.6–17.8 µg/L (mean, 3.9 µg/L; and median, 1.9 µg/L). For highly chlorinated PCBs, the mean was 3.5 µg/L (median, 1.6 µg/L), and for less chlorinated PCBs, the mean was 0.4 µg/L (median, 0.2 µg/L). Correlation between concentrations in air and serum was only noted for PCB-28 and PCB-52.

During sealant removal in Finland, total PCB concentration in dust samples was 0.026 mg/m³ (Priha et al., 2005). Congeners determined in the sealant were: PCB-28, 82 mg/kg; PCB-52, 3030 mg/kg; PCB-77, 37 mg/kg; PCB-101, 10 325 mg/kg; PCB-118, 6145 mg/kg; PCB-126, 42 mg/kg; PCB-138, 11 765 mg/kg; PCB-153, 11 185 mg/kg; PCB-169, 32 mg/kg; and PCB-180, 7254 mg/kg (Priha et al., 2005).

Swedish construction workers removing PCB-containing sealants had serum PCB concentrations (sum of 19 congeners) of 575 mg/g lipid, while controls (construction workers not involved in PCB abatement work) had levels of 267 mg/g lipid (Seldén et al., 2008; Wingfors et al., 2006). Concentrations of PCB-180 were not significantly different between groups, while concentrations of many less chlorinated PCBs (especially PCB-66 and PCB-56/PCB-60, but also PCB-28, PCB-44, PCB-52, PCB-74, PCB-101, and PCB-105) were much higher in the exposed workers than in the controls.

### 1.5.10 People working in contaminated buildings

People working in contaminated buildings (office workers, teachers) are exposed to PCBs (Wiesner et al., 2000); PCB concentrations have been surveyed in workers' air (Gabrio et al., 2000; Schwenk et al., 2002; Peper et al., 2005; Schettgen et al., 2012) and blood (Gabrio et al., 2000; Schwenk et al., 2002; Peper et al., 2005; Herrick et al., 2011; Schettgen et al., 2012).

Mean indoor air concentrations of PCBs in three contaminated schools in Germany were reported to be between 77 and 10 125 ng/m³; 90% of the total PCBs were either PCB-28 or PCB-52 (Gabrio et al., 2000). These congeners were also reported to be found at high concentrations (> 4000 ng/m³) in other studies in Germany (Schwenk et al., 2002; Peper et al., 2005; Schettgen et al., 2012). The teachers ($n = 96$) working in the three contaminated buildings had mean

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 289

blood PCB-28 concentrations that differed by school (0.045 µg/L, 0.057 µg/L, and 0.098 µg/L, respectively), and that were significantly elevated compared with teachers ($n = 55$) not working in contaminated schools (range, not detected to 0.035 µg/L) (Gabrio et al., 2000).

Median indoor air concentrations were measured over 2 years in schools in Germany for congeners PCB-28 (33 ng/m³), PCB-52 (293 ng/m³), and PCB-101 (66 ng/m³) (Liebl et al., 2004). Concentrations of more highly chlorinated indicator congeners (PCB-153, PCB-138, and PCB-180) were all below 80 ng/m³. The median sum of indicator congeners was 2.04 µg/m³. Biomonitoring of teachers ($n = 9$) and cleaning personnel ($n = 1$) in schools in Germany showed that median blood PCB concentrations exceeded the German reference values after adjusting for age in 8 out of 10 workers for PCB-138, 7 out of 10 for PCB-153, and 8 out of 10 for PCB-180 (Neisel et al., 1999).

In teachers in the USA, the relative contribution of lighter congeners (PCBs 6–74) (mean total serum PCB concentration, 1.86 ng/g; $n = 18$) was higher than in controls (Herrick et al., 2011). This was also observed in other studies: mean concentration of PCB-28, 0.28 µg/L; PCB-101, 0.07 µg/L; PCB-138, 1.29 µg/L; PCB-153, 1.68 µg/L; and PCB-180, 1.14 µg/L in Peper et al., (2005); median concentration of PCB-28, 0.087 µg/L; PCB-52, 0.024 µg/L; and PCB-101, 0.012 µg/L in Schettgen et al., (2012); and mean concentration of PCB-28, 0.24 µg/L; PCB-52, 0.07 µg/L; PCB-101, 0.02 µg/L; PCB-153, 0.96 µg/L; PCB-138, 0.70 µg/L; and PCB-180, 0.62 µg/L in Schwenk et al., (2002).

People working inside contaminated buildings other than schools may also be exposed to PCBs. In Germany, air PCB concentrations in contaminated commercial buildings were 1280 ng/m³ (PCB-28, 110 ng/m³; PCB-52, 125 ng/m³; PCB-101, 11 ng/m³; PCB-138, < 2 ng/m³; PCB-153, < 2 ng/m³; PCB-180, < 2 ng/m³) (Broding et al., 2007). The PCB contamination originated from insulation material and elastic sealing compounds. Serum PCB concentrations were determined in 2002 for 583 persons who had worked between 1 and 40 years in the contaminated commercial building. The median serum total PCB concentration was 2.32 µg/L (PCB-28, 0.09 µg/L; PCB-52, 0.01 µg/L; PCB-138, 0.55 µg/L; PCB-153, 0.9 µg/L; and PCB-180, 0.7 µg/L). People not working in the contaminated building ($n = 205$) had significantly lower serum concentrations of PCB-28 and PCB-52 (0.023 µg/L and 0.004 µg/L, respectively) (Broding et al., 2008).

### 1.5.11 Clean-up of hazardous waste

Occupational exposure to PCBs has also been measured in workers who perform clean-up of hazardous waste. After an explosion and fire of unlabelled chemical waste drums at the former site of Chemical Control Corporation in Elizabeth, New Jersey, USA, the mean air PCB concentration was 0.11 µg/m³ ($n = 3$) (Costello & King, 1982). In workers ($n = 32$) removing hazardous waste, including transformers, in the USA, plasma PCB mean concentration was 205 ng/g lipid (range, limit of detection to 527 ng/g lipid) (Horii et al., 2010). Hexa and heptachlorinated biphenyls accounted for 60% of the PCB concentrations.

### 1.5.12 Firefighters and rescue workers

Firefighters and rescue workers have also been surveyed for PCB exposure in several recent studies, demonstrating a wide variability in serum PCB concentrations (Table 1.33; Kelly et al., 2002; Schecter et al., 2002; Dahlgren et al., 2007; Chernyak et al., 2009, 2012).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 290

## 1.6 Exposure assessment of epidemiological studies

### 1.6.1 Studies of occupational exposure

Many epidemiological studies of occupational PCB exposure and cancer have been performed; the majority are among workers in capacitor-manufacture and transformer manufacture and repair. Duration of employment was used to assess exposure in most of these studies (Brown & Jones, 1981; Bertazzi et al., 1982, 1987; Cammarano et al., 1984; Brown, 1987; Nicholson & Selikoff, 1987; De Guire et al., 1988; Taylor et al., 1988; Liss, 1989; Petruska & Engelhard, 1991; Greenland et al., 1994; Tynes et al., 1994; Yassi et al., 1994, 2003; Gustavsson et al., 1986; Savitz & Loomis, 1995; Tironi et al., 1996; Gustavsson & Hogstedt, 1997; Hay & Tarrel, 1997; Kimbrough et al., 1999, 2003; Loomis et al., 1997; Charles et al., 2003; Mallin et al., 2004; Caironi et al., 2005; Prince et al., 2006a, b; Ruder et al., 2006; Ahrens et al., 2007; Hopf et al., 2009b, 2010, 2014; Silver et al., 2009; Pesatori et al., 2013). In the remaining studies, exposure to PCBs was assessed using a variety of approaches, including job-exposure matrices (JEM), development of worker's exposure zones, and measurement of serum PCB concentrations.

JEMs were used in several studies (Greenland et al., 1994; Loomis et al., 1997; Prince et al., 2006a, b; Ruder et al., 2006; Silver et al., 2009).

Greenland et al. (1994) developed a JEM in a case–control study of cancer mortality at a transformer-assembly facility. Pyranol was used as the transformer oil from 1936 to 1976. Pyranol was composed of 50% PCBs (mainly hexachlorobiphenyls) and 50% trichlorobenzene, but the PCB content could vary from 45% to 80%. A combination of 1000 job titles in 50 departments in 100 buildings resulted in more than 5500 entries in the JEM. Each entry was rated for seven selected exposures from 1901 to 1984. A four-point categorical rating scale was used to rate the jobs.

Former employees and experienced industrial hygienists rated each entry. For pyranol, benzene, and solvents, the analysis categories were: 0, no exposure; 1, indirect exposure, meaning that the chemical was found in the work area, but the worker did not perform tasks using it; 2, direct exposure. Cumulative exposures were calculated using these scores and individual job histories.

A cancer mortality study among electric-utility workers in five companies exposed to PCBs used job categories to estimate weekly exposures in hours for each job (Loomis et al., 1997). PCBs were used in capacitors, transformers and switches. Capacitor fluids were 100% PCBs, while transformer fluids contained 70% PCBs and 30% chlorinated benzene solvents. Exposure assessments were performed by expert panels for each company. The panel members (industrial hygienists, safety personnel, managers, and long-term workers) recorded their individual exposure assessments for PCBs, and other exposures, which were later discussed to resolve differences. For each occupational category and decade, the frequency in times per week and duration in hours of exposure to insulating fluids during the average working week was indicated. This was used to construct company and calendar time-specific JEMs Industrial hygiene surveys of the plants were used to interpret the panel's exposure assessment. Each occupational category (in total, 28) was classified according to workers' potential exposure to PCBs.

Three plant-specific semiquantitative JEMs were used in a study of cancer of the breast in former capacitor-manufacturing workers (women) in Indiana, Massachusetts, and New York, USA (Silver et al., 2009). Two of these JEMs had been used previously in a mortality study (Prince et al., 2006a, b) of former workers at the Indiana and Massachusetts plants, and one in a mortality study of former workers at the Indiana plant (Ruder et al., 2006). Two of the three JEMs have been described in detail in separate publications (Hopf et al., 2009b,

**Table 1.33 Serum PCB concentrations in firefighters**

| Country | Population | Activity | PCB congeners measured | Mean serum PCB concentration | Reference |
|---|---|---|---|---|---|
| USA | Firefighters (*n* = 58) | Extinguishing a transformer fire | NA | 2.96 ppb (range, 1.9–9.6 ppb) | Kelly *et al.* (2002) |
| | Rescue workers (*n* = 7) | Working during the collapse of the World Trade Center, New York, September 2001 | Non-*ortho* PCBs | 43–328 pg/g lipid | Dahlgren *et al.* (2007) |
| | | | Mono-*ortho* PCBs | 19–404 ng/g lipid | |
| | | | ΣDL-PCBs[a] | 19–405 ng/g lipid | |
| Russian Federation | Firefighters, symptomatic (*n* = 8) | Participated in extinguishing a fire at a cable-manufacturing plant (no SCBA) | ΣDL-PCBs[a] | 198.6 pg/g lipid | Chernyak *et al.* (2009, 2012), Schecter *et al.* (2002) |
| | Firefighters, asymptomatic (*n* = 5) | Participated in extinguishing a fire at a cable-manufacturing plant (no SCBA) | ΣDL-PCBs[a] | 198.9 pg/g lipid | |
| | Firefighters (*n* = 7) | Other fires | ΣDL-PCBs[a] | 231.7 pg/g lipid | Schecter *et al.* (2002) |
| | | | Congener 77, 126, 169 | Symptomatic firefighters > than the other groups | |

[a]  DL-PCBs, dioxin-like PCBs, i.e. PCBs 77, 81, 105, 114, 118, 123, 126, 156, 157, 167, 169, 189
NA, not available; PCB, polychlorinated biphenyl; SCBA, self-contained breathing apparatus

2010). Exposure determinants or factors that influenced PCB exposures for each plant were assessed for all jobs listed in the work histories. Jobs with similar rating of the exposure determinants were grouped into exposure categories. Each job-exposure category, exposure intensity (high, medium, low, background) and frequency (continuous, intermittent) were qualitatively rated separately for inhalation and dermal exposure. The plant-specific JEMs used available air PCB concentrations (the same as in Sinks *et al.* (1992) for the Bloomington plant) to assign inhalation weightings. The product of intensity and frequency (fraction of day exposed) was calculated for each job-exposure category. Finally, the JEM was modified for eras with different conditions of PCB exposure (change in Aroclor use, ventilation-system improvements, lay-out changes etc).

[These historical reconstructions are better than using duration of employment alone in the epidemiological studies, since duration does not distinguish between jobs with higher or lower potential for PCB exposure. Most of these retrospective studies involved manufacturing plants that used limited amounts of other chemicals, or at least when other chemicals were used, these jobs were often indicated and could be excluded from the epidemiological analysis. Creating cohorts of today's working environment would include a very diverse industry with multitude of job activities, including an array of different chemicals. Therefore it would be difficult to draw definitive statements on the causations of a possible observed mortality excesses.]

In their retrospective study of mortality, Sinks *et al.* (1992) developed workplace exposure zones to classify worker exposure. The capacitor-manufacturing plant studied was divided into five zones of exposure by drawing consecutive circles (radius, approximately 69 m) centred upon the heaviest source of PCB exposure. The production area was thus divided into three zones by proximity to PCB source. Two other zones were

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 292

defined: maintenance and office workers. Air sampling was conducted in these five zones, and means were assigned as the weight (1–5) of PCB exposure for the zone.

Serum PCB concentrations were used in one case–control study (Laden *et al.*, 2001b), and in a recent cross-sectional study (Persky *et al.*, 2012) (see Section 1.5.2).

### 1.6.2 Studies of environmental exposure

Cohort studies of environmental exposure have used many approaches to assess exposure to PCBs. Exposure approaches include interview, questionnaires, cumulative PCB exposure, dietary intake of fatty fish, PCB concentrations in biological media such as blood, adipose tissue, and breast milk, and in the environment such as carpet dust, or any combinations of these. Biological measures of body burden have been used extensively (see Table 1.34).

## 1.7 Regulations and guidelines

### 1.7.1 Global

For Parties to the Stockholm Convention on Persistent Organic Pollutants (POPs) (UNEP, 2001), presently 179 Member States, the production of PCBs is totally prohibited, although the presence of PCBs in equipment is allowed to continue until 2025. The environmentally sound management of waste containing or contaminated with PCBs at a content above 0.005% must be achieved by 2028.

Annex I of the Basel Convention on the Transboundary Movements of Hazardous Wastes and Their Disposal (UNEP, 2011) defines a category of hazardous waste specific to PCBs: "Y10 waste substances and articles containing or contaminated with PCBs and/or polychlorinated terphenyls (PCTs) and/or polybrominated biphenyls (PBBs)." Additionally, Annex VIII defines as "hazardous" any electrical waste containing or contaminated with PCBs at a concentration greater than 50 mg/kg. The Basel Convention is legally binding for 179 countries (status in 2013).

The Codex Alimentarius Commission, recognizing the importance of prevention of human exposure through source-directed measures (i.e. strict control of industrial and agricultural processes that may generate and release PCDDs, PCDFs, and PCBs), adopted the Code of Practice Concerning Source Directed Measures to Reduce Contamination of Food with Chemicals (CAC/RCP 49–2001) (Codex Alimentarius, 2001) and the Code of Practice for the Prevention and Reduction of Dioxin and Dioxin-like PCB Contamination in Foods and Feeds (CAC/RCP 62–2006) (Codex Alimentarius, 2006). No limits in foodstuffs were included, but management options were recommended.

#### (a)  Provisional tolerable monthly intake

In 2002, the Joint Food and Agriculture Organization of the United Nations (FAO)/WHO Expert Committee on Food Additives (JECFA) established a provisional tolerable intake of 70 pg/kg bw per month for PCDDs, PCDFs, and DL-PCBs expressed as TEFs, based on reproductive end-points (JEFCA, 2002). The value was expressed "per month" to reflect that exposure is cumulative and chronic rather than acute.

#### (b)  Drinking-water

No water quality guidelines have been set for these substances because of their low solubility in water.

#### (c)  Air

Air quality guidelines for PCBs have not been established, because exposure by direct inhalation generally constitutes only a small proportion of total exposure, in the order of 1–2% of the daily intake from food. Although this air concentration is only a minor contributor to direct human exposure, it is a major contributor to contamination of the food-chain (WHO, 2000).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 293

**Table 1.34 Common measures of exposure to PCBs and design of the exposure assessment in epidemiological studies in non-occupational settings**

| Exposure measure | Exposure assessment | Examples of exposure categories reported |
|---|---|---|
| Cumulative PCB exposure | Regular jobs held | • Job-exposure schemes<br>• Industry classifications<br>• Potential exposure to PCBs as assessed by an occupational hygienist |
| Dietary intake of fatty fish containing PCBs | Standardized questionnaires or interviews | • Number of fish meals per day |
| High-level dietary intake of contaminated rice oil (mass poisoning) | Admission to hospital | • Area of residence |
| Environmental PCB concentrations | PCB concentrations in carpet dust<br>PCBs in soil | • Amount of PCBs in dust<br>• Amount of PCBs in soil |
| PCB concentrations in biological samples | Serum PCB concentration, non-lipid adjusted | • Sum of PCB congeners<br>• High or low PCB body burden: 'high' exposure (higher than the median based on the control group) vs. 'low' exposure (lower than the median based on the control group) |
| | Serum PCB concentration, lipid adjusted | • Sum of PCB congeners measured<br>• Single PCB congeners<br>• Potentially estrogenic PCBs (PCB-44, PCB-54) and PCB-101, PCB-187<br>• Potentially anti-estrogenic, immunologic, dioxin-like, non-*ortho* substitution, mono-*ortho* substitution, moderately persistent (PCB-66, PCB-77, PCB-105, PCB-118, PCB-126)<br>• Immunotoxic PCBs (PCB-66, PCB-74, PCB-105, PCB-118, PCB-138, PCB-153, PCB-156, PCB-167, PCB-180)<br>• Di-*ortho* substitution, limited DL-PCBs and persistent PCBs (PCB-128, PCB-138, PCB-170)<br>• Biologically persistent inducers of CYP1A and CYP2B<br>• Environmentally relevant PCBs (PCB-195, PCB-206, PCB-209)<br>• Neurotoxic PCBs (PCB-18, PCB-28)<br>• Non-dioxin-like PCBs (PCB-74, PCB-99, PCB-118, PCBs 138–158, PCB-146)<br>• Sum of DL-PCBs (PCB-105, PCB-118, PCB-156)<br>• Sum of NDL-PCBs (PCB-28, PCB-99, PCB-138, PCB-153, PCB-170, PCB-183, PCB-187)<br>• *BRCA1* inhibiting PCBs (PCB-101, PCB-138)<br>• Pseudo-estrogen PCBs (PCB-28, PCB-52, PCB-153)<br>• Phenobarbital inducers (PCB-101, PCB-153, PCB-180, PCB-194)<br>• Most-represented congeners (PCB-118, PCB-138, PCB-153, PCB-180) |
| | Plasma PCB concentration | Sum of the four most prevalent PCB congeners (PCB-118, PCB-153, PCB-138, PCB-180) |
| | Adipose tissue PCB concentrations | Sum of 18 PCBs<br>Sum of dioxin-like PCBs (PCB-77, PCB-126, PCB-169) |
| PCB concentrations in biological samples (cont.) | Tumour tissue PCB concentrations | Sum of PCB congeners (PCB-28, PCB-31, PCB-49, PCB-52, PCB-101, PCB-105, PCB-118, PCB-138, PCB-153, PCB-170, PCB-180), measured at the time of diagnosis |

DL-PCB, dioxin-like polychlorinated biphenyl; NDL-PCB, non-dioxin-like polychlorinated biphenyl

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 294

### 1.7.2 Environmental regulations

#### (a)    European Union and Member States

The Member States of the European Union have taken actions to eliminate the production, use, and release of PCBs since 1985. In 2004, to implement the Stockholm Convention on POPs, by regulation EC/850/2004 (EU 850/2004), the production, placing on the market, and use of PCBs were prohibited. Low POPs concentration limits were adopted through Council Regulation (EC) No. 1195/2006 (EU 1195/2006) amending Annex IV to Regulation (EC) No 850/2004. Within the European Union of 26 Member States, several measures have been adopted to reduce the presence of PCDDs, PCDDs, PCDFs, and PCBs in the environment, in food and in feed. These include:

- Commission Regulation (EC) No. 1883/2006 of 19 December 2006 laid down methods of sampling and analysis for the official control of levels of dioxins and DL-PCBs in certain foodstuffs;

- Commission Recommendation 2006/88/EC of 6 February 2006 concerning the reduction of the presence of dioxins, furans and PCBs in feedingstuffs and foodstuffs;

- Commission Recommendation 2006/794/EC of 16 November 2006 on the monitoring of background levels of dioxins, DL-PCBs and NDL-PCBs in foodstuffs.

- The most recent Commission Regulation (EU) No. 1259/2011 amended Regulation EU 1881/2006 as regards maximum levels for DL-PCBs and NDL-PCBs (EC, 2011a); it also changed the formerly used 1998 WHO TEFs to the scheme adopted in 2005 (referred to as WHO$_{2005}$-TEFs) (Van den Berg et al., 2006) and includes maximum levels for NDL-PCBs in food.

See Table 1.35

#### (b)    North America

#### (i)    USA

The United States Food and Drug Administration has established tolerance levels in various foods in an attempt to reduce human exposure to PCBs (FDA, 2013). [These limit values were set in 1971 and 1977, before any epidemiological and most experimental studies were conducted, and have not been revised since.] The temporary tolerance levels for PCB residues are as follows:

- 1.5 ppm in milk (fat basis);

- 1.5 ppm in manufactured dairy products (fat basis);

- 3 ppm in poultry (fat basis);

- 0.3 ppm in eggs;

- 0.2 ppm in finished animal feed for food-producing animals (except the following finished animal feeds: feed concentrates, feed supplements, and feed premixes);

- 2 ppm in animal feed components of animal origin, including fishmeal and other by-products of marine origin and in finished animal feed concentrates, supplements, and premixes intended for food-producing animals.

- 2 ppm in fish and shellfish (edible portion). The edible portion of fish excludes head, scales, viscera, and inedible bones;

- 0.2 ppm in infant and junior foods;

- 10 ppm in paper food-packaging material intended for or used with human food, finished animal feed and any components intended for animal feeds. The tolerance does not apply to paper food-packaging material separated from the food therein by a functional barrier that is impermeable to migration of PCB.

The United States Environmental Protection Agency (EPA) has set a maximum contaminant level for PCBs of 0.0005 mg/L (500 ppt) in drinking-water. The EPA requires that spills

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 295

Polychlorinated biphenyls

## Table 1.35 Maximum permitted levels for dioxin-like compounds and indicator PCBs in the European Food and Feed regulation

| Foodstuffs | Maximum permitted levels[a] | | |
|---|---|---|---|
| | Sum of PCDDs, PCDFs, DL-PCBs[b] (pg WHO$_{2005}$-TEQ per g fat) | DL-PCBs[b] (pg WHO$_{2005}$-TEQ per g fat) | Sum of PCB$_6$[c] (ng/g fat) |
| *Meat and meat products (excluding edible offal) of the following animals):* | | | |
| Bovine animals and sheep | 4.0 | 1.75 | 40 |
| Poultry | 3.0 | 0.75 | 40 |
| Pigs | 1.25 | 0.5 | 40 |
| Liver of terrestrial animals and derived products thereof | 10.0 | | 40 |
| Muscle meat of fish and fishery products and products thereof (with the exemption of wild caught eel and wild-caught fresh water fish, with the exception of *diadromous* fish species caught in fresh water, fish liver and derived products, and marine oils)[b] | 6.5 pg/g ww | 2.5 pg/g ww | 75 ng/g ww |
| Muscle meat of wild caught fresh water fish, with the exception of *diadromous* fish species caught in fresh water, and products thereof[d] | 6.5 pg/g ww | | 125 ng/g ww |
| Muscle meat of wild caught eel (*Anguilla anguilla*) and products thereof | 10.0 pg/g ww | | 300 ng/g ww |
| Fish liver and derived products thereof with the exception of marine oils referred to above | 20.0 pg/g ww | | 200 ng/g ww |
| Marine oils (fish body oil, fish liver oil and oils of other marine organisms intended for human consumption) | 6.0 | | 200 |
| Raw milk and dairy products, including butter fat | 5.5 | 2.0 | 40 |
| Hen eggs and egg products | 5.0 | 1.75 | 40 |
| *Fat of the following animals:* | | | |
| Bovine animals and sheep | 4.0 | | 40 |
| Poultry | 3.0 | | 40 |
| Pigs | 1.25 | | 40 |
| Mixed animal fats | 2.5 | 0.75 | 40 |
| Vegetable oils and fats | 1.25 | | 40 |
| Foods for infants and young children | 0.2 pg/g ww | 0.1 pg/g ww | 1.0 ng/g ww |
| Fruits, vegetables and cereals | | | |

[a] The maximum level expressed on fat is not applicable for foods containing < 2% fat (the maximum level expressed on product basis for foods containing < 2% fat = maximum level expressed on fat for that food ×0.02).

[b] The Commission Recommendation 2011/516/EU (EC, 2011b) replaces regulation 2006/88/EC and sets separate action levels for PCDD/PCDF (expressed as WHO$_{2005}$-TEQ) and DL-PCB (expressed as WHO$_{2005}$-TEQ).

[c] PCB$_6$ comprises PCB-28, PCB-52, PCB-101, PCB-138, PCB-153, and PCB-180

[d] The maximum level for crustaceans applies to muscle meat from appendages and abdomen. In the case of crabs and crab-like crustaceans (*Brachyura* and *Anomura*) it applies to muscle meat from appendages.

DL-PCB, dioxin-like polychlorinated biphenyl; PCDD, polychlorinated dibenzodioxins; PCDF, polychlorinated dibenzofurans; TEQ, toxic equivalent; ww, wet weight

Adapted from EC (2011a) and EC (2011b)

133

or accidental releases into the environment of 1 pound (0.45 kg) or more of PCBs be reported to the EPA (ATSDR, 1996).

*(ii)   Canada*

The import, manufacture, and sale (for re-use) of PCBs were made illegal in Canada in 1977. Release of PCBs to the environment was made illegal in 1985. However, use of PCB-containing equipment is allowed until the end of its service life. The storage of PCBs has been regulated since 1988. Export has been regulated since 1997. These provisions are maintained in the Chlorobiphenyls Regulations, under the Canadian Environmental Protection Act, 1999 (CEPA, 2011).

The regulation of waste is consistent with the Basel Convention's "Technical guidelines for the environmentally sound management of wastes consisting of, containing, or contaminated with persistent organic pollutants" (Basel Convention, 2007, 2015).

*(c)   Australia and New Zealand*

*(i)   Australia*

The Industrial Chemicals (Notification and Assessment) Act 1989 was amended to give effect to the Stockholm Convention (NICNAS, 1989).

The National Strategy for The Management of Scheduled Waste was endorsed by the Australian and New Zealand Environment and Conservation Council in 2003 (ANZECC, 2003) and provides for the safe management and disposal of organochlorine pesticides, PCBs and hexachlorobenzene. The PCB Management Plan provides treatment provisions for different types of PCB waste including liquid residues and discharges, gaseous emissions, solid residues and disposal (Australian Government, 2006, 2007).

*(ii)   New Zealand*

The Hazardous Substances and New Organisms (HSNO) Act 1996 (as amended by the HSNO [Stockholm Convention] Act Amendment 2003), prohibits the production, use and import of the chemicals listed in Annex A of the Convention, including PCBs. Exempted use of PCBs as per the Toxic Substances Regulations 1983 is permitted, but subject to phase-out no later than December 2016. The HSNO Act 1996 is administered by The New Zealand Environment Risk Management Authority (ERMA) by: assessing new chemicals, pesticides or industrial chemicals currently in use that exhibit POP characteristics (Articles 3.3 and 3.4); permitting the appropriate use of POPs for laboratory-scale research or as a reference standard (Article 3.5); managing the existing exempted use and storage of PCBs (Article 3.6); prohibiting import, manufacture, or use of POPs (Article 3.1 and 3.2). The Imports and Exports (Restrictions) Act 1988, via the Imports and Exports (Restrictions) Prohibition Order (No. 2) 2004, prohibits export of POPs (except as conditionally provided under Article 3.2). Import and export are regulated under The Imports and Exports (Restrictions) Act 1988.

*(d)   Asia*

*(i)   China*

China implements an import and export registration system, included under its Regulations on Environmental Management of Chemicals and the Import and Export of Toxic Chemicals of 1994. In 2005, PCBs were included in the List of Toxic Chemicals Strictly Prohibited from Import and Export, by No. 116 Notice on the List of Goods Prohibited from Import (the Sixth Group). The National Implementation Plan under the Stockholm Convention entered into force for China in 2004, and also applied to the Special Administrative Regions of Hong Kong and Macao (NIP China, 2007). This plan aims to prohibit and prevent the production and import of PCBs, and to achieve the environmentally sound management of currently used equipment containing PCBs. China used to produce PCBs, but production was stopped in the 1970s. The

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 297

plan called for establishing a system for the declaration, registration, and environmentally sound management of equipment in use containing PCBs by 2010. Identification of high-risk equipment currently in use across the country is to be achieved by 2015, with uses of PCBs eliminated by 2025.

Furthermore, China has also stipulated special administrative regulations and standards with regard to PCBs. The Notice on the Issues Concerning Prevention of Pollution Caused by Hazardous Polychlorinated Biphenyls was promulgated in 1979 to ban future imports of power equipment containing PCBs. The Notice on Enhancement of the Management over Waste Polychlorinated Biphenyl Power Capacitors was issued in 1990 to forbid trading and dismantling downstream capacitors containing PCBs. The Provisions on the Pollution Caused by Power Installations Containing Polychlorinated Biphenyls and Related Wastes of 1991 addresses the declaration, transfer, transport, import, treatment, disposal, sealing-up and storage of PCB wastes and other sources. The Control Standard on Polychlorinated Biphenyls for Wastes (GB13015–91) was implemented in 1991, in which the value of the control standard on PCBs wastes and the treatment methods for wastes containing PCBs are stipulated (NIP China, 2007).

### (ii)    Taiwan, China

Importation of PCBs was prohibited in 1980. The Environmental Protection Administration of Taiwan, China, banned the manufacture, sale, and use of PCBs in 1988. An extensive investigation of electrical devices in 1990–1991 indicated that more than 80 000 PCB-containing electrical devices were still in use, mainly capacitors and transformers. A full-scale ban on the use of PCBs, with the exception of experimental, research, and educational purposes, took effect in January 2001. This prohibited use of any electrical devices containing PCBs by the end of 2000, mandating immediate disposal at end of use of

capacitors and transformers containing PCBs (Environmental Protection Administration, 1988). Furthermore, PCBs may not be detectable in effluents from business, sewage systems and building sewage-treatment facilities.

### (iii)    India

According to Schedule VI of the Hazardous Waste (Management, Handling and Transboundary Movement) Rules 2008, the import and export of hazardous wastes, substances and articles containing or consisting of or contaminated with PCBs are prohibited (Ministry of Environment and Forests, 2008).

### (e)    Africa

### United Republic of Tanzania

The Industrial and Consumer Chemicals (Management and Control) Act of 2003 provides for the management and control of PCBs under the list of severely restricted/banned/eliminated chemicals in Schedule 8. The government of the United Republic of Tanzania issued an Environmental Management Act (Government of the United Republic of Tanzania, 2004) that specifically provides for the control and management of current and future POPs, requiring submission of an annual report on implementation.

## 1.7.3  Occupational exposure limits

### (a)    USA

The manufacture of PCBs ended in the USA in 1977. Standards for occupational exposures (permissible exposure limits; PELs) in the USA are set by the Occupational Safety and Health Administration (OSHA) (29CFR1910.1000 Table Z-1 Limits for air contaminants). The PELs are 8-hour TWAs unless otherwise noted, and are determined from breathing-zone air samples. The PELs established by OSHA are 1000 $\mu g/m^3$ for PCB mixtures containing 42% chlorine, and 500 $\mu g/m^3$ for PCB mixtures containing 54%

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 298

chlorine (set in 1971 and not revised after this time). Both standards encompass all physical forms of these compounds: aerosols, vapour, mist, sprays, and PCB-laden dust particles. OSHA recognizes that PCBs are absorbed through intact skin; therefore, routes for dermal and inhalation exposure should be evaluated by an industrial hygienist. The National Institute for Occupational Safety and Health (NIOSH) recommends a 10-hour TWA of 1 µg/m³ based on minimum reliable detectable concentration and the potential carcinogenicity of PCBs. NIOSH also recommends that all workplace exposures be reduced to the lowest feasible level.

*(b)    Europe*

The maximum allowable airborne concentrations for PCBs containing 42% and 54% chlorine in the Federal Republic of Germany [before reunification] were 1.0 and 0.5 mg/m³, respectively; in Sweden, 0.5 mg/m³ (IARC, 1978).

# References

Abalos M, Parera J, Rivera J, Abad E (2010). PCDD/F and DL-PCB levels in meat from broilers and rabbits fed with fish-oil enriched feeds. *Chemosphere*, 78(2):175–84. doi:10.1016/j.chemosphere.2009.09.060 PMID:19879628

Abarnou A, Loizeau V, Le Guellec AM, Jaouen-Madoulet A (2002). Contaminants in marine foodwebs *Revue Méd. Vét.*, 153(6):425–32. Available from: http://www.revmedvet.com/2002/RMV153_425_432.pdf

Abballe A, Ballard TJ, Dellatte E, di Domenico A, Ferri F, Fulgenzi AR *et al.* (2008). Persistent environmental contaminants in human milk: concentrations and time trends in Italy. *Chemosphere*, 73(1):Suppl:S220–7. doi:10.1016/j.chemosphere.2007.12.036 PMID:18462773

Acquavella JF, Hanis NM, Nicolich MJ, Phillips SC (1986). Assessment of clinical, metabolic, dietary, and occupational correlations with serum polychlorinated biphenyl levels among employees at an electrical capacitor manufacturing plant. *J Occup Med*, 28(11):1177–80. PMID:3097280

ADEME (1998). [Health regulations knowledge of domestic sewage sludge.] Technical Document n°20, Agence de l'Environnement et de la Maîtrise de

l'Energie, Fonds National pour le Développement des Adductions d'Eau, Angers, France.

Adu-Kumi S, Kawano M, Shiki Y, Yeboah PO, Carboo D, Pwamang J *et al.* (2010). Organochlorine pesticides (OCPs), dioxin-like polychlorinated biphenyls (dl-PCBs), polychlorinated dibenzo-p-dioxins and polychlorinated dibenzo furans (PCDD/Fs) in edible fish from Lake Volta, Lake Bosumtwi and Weija Lake in Ghana. *Chemosphere*, 81(6):675–84. doi:10.1016/j.chemosphere.2010.08.018 PMID:20843537

Agrell C, Larsson P, Okla L *et al.* (2001). Atmospheric and river input of PCBs, DDTs and HCHs to the Baltic Sea. A Systems analysis of the Baltic Sea. In: Wulff F, Rahm L, Larsson P, editors. Ecological studies, Vol. 148. Springer Verlag, pp. 149–175.

Agudo A, Goñi F, Etxeandia A, Vives A, Millán E, López R *et al.* (2009). Polychlorinated biphenyls in Spanish adults: determinants of serum concentrations. *Environ Res*, 109(5):620–8. doi:10.1016/j.envres.2009.03.009 PMID:19403125

Ahmed MT, Loutfy N, El Shiekh E (2002). Residue levels of DDE and PCBs in the blood serum of women in the Port Said region of Egypt. *J Hazard Mater*, 89(1):41–8. doi:10.1016/S0304-3894(01)00283-7 PMID:11734345

Ahrens W, Mambetova C, Bourdon-Raverdy N, Llopis-González A, Guénel P, Hardell L *et al.* (2007). Occupational exposure to endocrine-disrupting compounds and biliary tract cancer among men. *Scand J Work Environ Health*, 33(5):387–96. doi:10.5271/sjweh.1158 PMID:17973065

Akagi K, Okumura M (1985). Association of blood pressure and PCB level in yusho patients. *Environ Health Perspect*, 59:37–9. doi:10.2307/3429871 PMID:3921361

Ali N, Van den Eede N, Dirtu AC, Neels H, Covaci A (2012). Assessment of human exposure to indoor organic contaminants via dust ingestion in Pakistan. *Indoor Air*, 22(3):200–11. doi:10.1111/j.1600-0668.2011.00757.x PMID:22092870

Altenkirch H, Stoltenburg G, Haller D, Hopmann D, Walter G (1996). Clinical data on three cases of occupationally induced PCB-intoxication. *Neurotoxicology*, 17(3–4):639–43. PMID:9086484

Altshul L, Covaci A, Hauser R (2004). The relationship between levels of PCBs and pesticides in human hair and blood: preliminary result. *Environ Health Perspect*, 112(11):1193–9. doi:10.1289/ehp.6916 PMID:15289166

AMAP (2000). PCB in the Russian Federation: Inventory and proposals for priority remedial actions. Oslo, Norway: Arctic Monitoring and Assessment Programme. Report 2000:3, ISBN 82–7971–008–6.

AMAP (2004). Persistent Organic Pollutants in the Arctic. Oslo, Norway: Arctic Monitoring and Assessment Programme.

AMAP (2009). AMAP Assessment 2009: Human Health in the Arctic. Oslo, Norway: Arctic Monitoring and Assessment Programme XIV, 256 pp.

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 299

Angerer J, Heinzow B, Reimann DO, Knorz W, Lehnert G (1992). Internal exposure to organic substances in a municipal waste incinerator. *Int Arch Occup Environ Health*, 64(4):265–73. doi:10.1007/BF00378265 PMID:1468796

ANSES (2011). National study on ingestion of polychlorinated biphenyls by consumers of fresh-water fish. Rapport d'étude scientifique. Agence nationale de sécurité sanitaire, alimentation, environnement, travail.

ANZECC (2003). Polychlorinated biphenyls management plan. Revised edition April 2003. Australian and New Zealand Environment and Conservation Council. Available from: http://www.scew.gov.au/system/files/resources/378b7018-8f2a-8174-3928-2056b44bf9b0/files/anzecc-gl-polychlorinated-biphenyls-management-plan-revised-200304.pdf, accessed 11 May 2015.

Aozasa O, Ohta S, Nakao T, Miyata H, Ishizawa H, Sakashita S *et al.* (2008). PCB contamination assessment of yusho patients by using preserved human umbilical cord. *Bull Environ Contam Toxicol*, 81(6):578–82. doi:10.1007/s00128-008-9546-y PMID:18815719

Apostoli P, Magoni M, Bergonzi R, Carasi S, Indelicato A, Scarcella C *et al.* (2005). Assessment of reference values for polychlorinated biphenyl concentration in human blood. *Chemosphere*, 61(3):413–21. doi:10.1016/j.chemosphere.2005.02.034 PMID:16182859

Aries E, Anderson DR, Fisher R (2008). Exposure assessment of workers to airborne PCDD/Fs, PCBs and PAHs at an electric arc furnace steelmaking plant in the UK. *Ann Occup Hyg*, 52(4):213–25. doi:10.1093/annhyg/men011 PMID:18400768

Arisawa K, Uemura H, Hiyoshi M, Satoh H, Sumiyoshi Y, Morinaga K *et al.* (2008). Dietary intake of PCDDs/PCDFs and coplanar PCBs among the Japanese population estimated by duplicate portion analysis: a low proportion of adults exceed the tolerable daily intake. *Environ Res*, 108(2):252–9. doi:10.1016/j.envres.2008.06.011 PMID:18692182

Aronson KJ, Miller AB, Woolcott CG, Sterns EE, McCready DR, Lickley LA *et al.* (2000). Breast adipose tissue concentrations of polychlorinated biphenyls and other organochlorines and breast cancer risk. *Cancer Epidemiol Biomarkers Prev*, 9(1):55–63. PMID:10667464

Arrebola JP, Cuellar M, Claure E, Quevedo M, Antelo SR, Mutch E *et al.* (2012a). Concentrations of organochlorine pesticides and polychlorinated biphenyls in human serum and adipose tissue from Bolivia. *Environ Res*, 112:40–7. doi:10.1016/j.envres.2011.10.006 PMID:22078547

Arrebola JP, Mutch E, Cuellar M, Quevedo M, Claure E, Mejía LM *et al.* (2012b). Factors influencing combined exposure to three indicator polychlorinated biphenyls in an adult cohort from Bolivia. *Environ Res*, 116:17–25. doi:10.1016/j.envres.2012.04.009 PMID:22578811

Asante KA, Adu-Kumi S, Nakahiro K, Takahashi S, Isobe T, Sudaryanto A *et al.* (2011). Human exposure to PCBs, PBDEs and HBCDs in Ghana: Temporal variation, sources of exposure and estimation of daily intakes by infants. *Environ Int*, 37(5):921–8. doi:10.1016/j.envint.2011.03.011 PMID:21470682

ATSDR (1996). Toxicological Profile for Polychlorinated Biphenyls (update). Atlanta (GA): US Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. Available: http://www.egr.msu.edu/tosc/meridian/factsheets/fs_pcbs.pdf, accessed 24 June 2014.

ATSDR (2000). Toxicological Profile for Polychlorinated Biphenyls (Update). Atlanta (GA): US Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry. Available from: http://www.atsdr.cdc.gov/ToxProfiles/tp17.pdf, accessed 10 June 2014.

Atuma SS, Aune M (1999). Method for the determination of PCB congeners and chlorinated pesticides in human blood serum. *Bull Environ Contam Toxicol*, 62(1):8–15. doi:10.1007/s001289900834 PMID:9870983

Australian Government (2006). Stockholm Convention on Persistent Organic Pollutants. Australia's National Implementation Plan. Available from: http://chm.pops.int/Implementation/NIPs/NIPSubmissions/tabid/253/Default.aspx, accessed on 24 June 2014.

Australian Government (2007). Stockholm Convention on Persistent Organic Pollutants National Report pursuant to Article 15. Available from: http://chm.pops.int/LinkClick.aspx?link=254&tabid=751&language=en-US, accessed 24 June 2014.

Aydin ME, Ozcan S, Tor A (2007). Ultrasonic solvent extraction of persistent organic pollutants from airborne particles. *Clean – Soil, Air, Water*, 35(6):660–8. doi:10.1002/clen.200700049

Bachelet D, Truong T, Verner M-A, Arveux P, Kerbrat P, Charlier C *et al.* (2011). Determinants of serum concentrations of 1,1-dichloro-2,2-bis(p-chlorophenyl) ethylene and polychlorinated biphenyls among French women in the CECILE study. *Environ Res*, 111(6):861–70. doi:10.1016/j.envres.2011.06.001 PMID:21684540

Backe C, Larsson P, Agrell C (2002). Spatial and temporal variation of polychlorinated biphenyl (PCB) in precipitation in southern Sweden. *Sci Total Environ*, 285(1–3):117–32. doi:10.1016/S0048-9697(01)00901-9 PMID:11874035

Backe C, Larsson P, Okla L (2000). Polychlorinated biphenyls in the air of southern Sweden - spatial and temporal variation. *Atmos Environ*, 34(9):1481–6. doi:10.1016/S1352-2310(99)00367-2

Bahn AK, Rosenwaike I, Hermann N, Grover P, Stellman J, O'Leary K (1976). Letter: Melanoma after exposure to PCB's. *N Engl J Med*, 295(8):450 doi:10.1056/NEJM197608192950820 PMID:819831

Balfanz E, Fuchs J, Kieper H (1993). Sampling and analysis of polychlorinated biphenyls (PCB) in indoor air due to permanently elastic sealants. *Chemosphere*, 26(5):871–80. doi:10.1016/0045-6535(93)90362-9

Ballschmiter K, Bacher R, Mennel A, Fischer R, Riehle U, Swerev M (1992). The determination of chlorinated biphenyls, chlorinated dibenzodioxins, and chlorinated dibenzofurans by GC-MS. *J High Resolut Chromatogr*, 15(4):260–70. doi:10.1002/jhrc.1240150411

Ballschmiter K, Zell M (1980). Analysis of polychlorinated biphenyls (PCB) by glass capillary gas chromatography: composition of technical Arochlor- and Clophen-PCB mixtures. *Fresenius Z Anal Chem*, 302(1):20–31. doi:10.1007/BF00469758

Bamford HA, Ko FC, Baker JE (2002). Seasonal and annual air-water exchange of polychlorinated biphenyls across Baltimore Harbor and the northern Chesapeake Bay. *Environ Sci Technol*, 36(20):4245–52. doi:10.1021/es0206893 PMID:12387394

Barbounis EG, Tzatzarakis MN, Alegakis AK, Kokkinaki A, Karamanos N, Tsakalof A et al. (2012). Assessment of PCBs exposure in human hair using double focusing high resolution mass spectrometry and single quadrupole mass spectrometry. *Toxicol Lett*, 210(2):225–31. doi:10.1016/j.toxlet.2011.07.031 PMID:21875657

Barr DB, Weihe P, Davis MD, Needham LL, Grandjean P (2006). Serum polychlorinated biphenyl and organochlorine insecticide concentrations in a Faroese birth cohort. *Chemosphere*, 62(7):1167–82. doi:10.1016/j.chemosphere.2005.06.063 PMID:16169054

Barro R, Ares S, Garcia-Jares C, Llompart M, Cela R (2005). Sampling and analysis of polychlorinated biphenyls in indoor air by sorbent enrichment followed by headspace solid-phase microextraction and gas chromatography-tandem mass spectrometry. *J Chromatogr A*, 1072(1):99–106. doi:10.1016/j.chroma.2004.12.062 PMID:15881464

Basel Convention (2003). Technical guideline for the environmentally sound management of the full and partial dismantling of ships. United Nations Environment Program. Available from: http://www.basel.int/Portals/4/Basel%20Convention/docs/meetings/sbc/workdoc/techgships-e.pdf, accessed 23 June 2014.

Basel Convention (2007). Updated technical guidelines for the environmentally sound management of wastes consisting of, containing or contaminated with polychlorinated biphenyls (PCBs), polychlorinated terphenyls (PCTs) or polybrominated biphenyls (PBBs). Secretariat of the Basel Convention. UNEP/CHW.12/5/Add.5. Available from: http://www.basel.int/Implementation/TechnicalMatters/DevelopmentofTechnicalGuidelines/AdoptedTechnicalGuidelines/tabid/2376/Default.aspx, accessed 11 May 2015.

Basel Convention (2015). Technical guidelines. I. Technical guidelines for the environmentally sound management of wastes consisting of, containing, or contaminated with persistent organic pollutants. Conference of the Parties to the Basel Convention on the Control of Transboundary Movements of Hazardous Wastes and Their Disposal. Twelfth meeting. Geneva. Available from: http://synergies.pops.int/2015COPs/MeetingDocuments/tabid/4243/language/en-US/Default.aspx, accessed 11 May 2015.

Bayen S, Wurl O, Karuppiah S, Sivasothi N, Lee HK, Obbard JP (2005). Persistent organic pollutants in mangrove food webs in Singapore. *Chemosphere*, 61(3):303–13. doi:10.1016/j.chemosphere.2005.02.097 PMID:16182847

Becker K, Göen T, Seiwert M, Conrad A, Pick-Fuss H, Müller J et al. (2009). GerES IV: phthalate metabolites and bisphenol A in urine of German children. *Int J Hyg Environ Health*, 212(6):685–92. doi:10.1016/j.ijheh.2009.08.002 PMID:19729343

Becker K, Kaus S, Krause C, Lepom P, Schulz C, Seiwert M et al. (2002). German Environmental Survey 1998 (GerES III): environmental pollutants in blood of the German population. *Int J Hyg Environ Health*, 205(4):297–308. doi:10.1078/1438-4639-00155 PMID:12068749

Ben Hassine S, Hammami B, Ben Ameur W, El Megdiche Y, Barhoumi B, El Abidi R et al. (2014). Concentrations of organochlorine pesticides and polychlorinated biphenyls in human serum and their relation with age, gender, and BMI for the general population of Bizerte, Tunisia. *Environ Sci Pollut Res Int*, 21(10):6303–13. doi:10.1007/s11356-013-1480-9 PMID:23338993

Bennett HS, Albro PW (1973). PCB's in microscope immersion oil. *Science*, 181(4104):990 doi:10.1126/science.181.4104.990 PMID:17731250

Bertazzi PA, Riboldi L, Pesatori A, Radice L, Zocchetti C (1987). Cancer mortality of capacitor manufacturing workers. *Am J Ind Med*, 11(2):165–76. doi:10.1002/ajim.4700110206 PMID:3103429

Bertazzi PA, Zocchetti C, Guercilena S, Della Foglia M, Pesatori AC, Riboldi I (1982). Mortality study of male and female workers exposed to PCBs. In: Prevention of Occupational Cancer—International Symposium. Office GIL, editor. pp. 242–248.

Berti PR, Receveur O, Chan HM, Kuhnlein HV (1998). Dietary exposure to chemical contaminants from traditional food among adult Dene/Métis in the western Northwest Territories, Canada. *Environ Res*, 76(2):131–42. doi:10.1006/enrs.1997.3797 PMID:9515068

Bhavsar SP, Jackson DA, Hayton A, Reiner EJ, Chen T, Bodnar J (2007). Are PCB levels in fish from Canadian Great Lakes still declining? *J Great Lakes Res*, 33(3):592–605. doi:10.3394/0380-1330(2007)33[592:APLIFF]2.0.CO;2

Blanchard M, Teil MJ, Ollivon D, Garban B, Chestérikoff C, Chevreuil M (2001). Origin and distribution of polyaromatic hydrocarbons and polychlorobiphenyls in urban effluents to wastewater treatment plants of

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 301

the Paris area (France). *Water Res*, 35(15):3679–87. doi:10.1016/S0043-1354(01)00078-1 PMID:11561630

Bowes CW, Mulvihill MJ, Simoneit BR, Burlingame AL, Risebrough RW (1975). Identification of chlorinated dibenzofurans in American polychlorinated biphenyls. *Nature*, 256(5515):305–7. doi:10.1038/256305b0 PMID:806811

Brauch HJ (1993). Pesticides in the River Rhine. *Acta Hydrochim Hydrobiol*, 21(3):137–44. doi:10.1002/aheh.19930210302

Breivik K, Sweetman A, Pacyna JM, Jones KC (2007). Towards a global historical emission inventory for selected PCB congeners–a mass balance approach 3. An update. *Sci Total Environ*, 377(2–3):296–307. doi:10.1016/j.scitotenv.2007.02.026 PMID:17395248

Broding HC, Schettgen T, Göen T, Angerer J, Drexler H (2007). Development and verification of a toxicokinetic model of polychlorinated biphenyl elimination in persons working in a contaminated building. *Chemosphere*, 68(8):1427–34. doi:10.1016/j.chemosphere.2007.04.014 PMID:17509643

Broding HC, Schettgen T, Hillert A, Angerer J, Göen T, Drexler H (2008). Subjective complaints in persons under chronic low-dose exposure to lower polychlorinated biphenyls (PCBs). *Int J Hyg Environ Health*, 211(5–6):648–57. doi:10.1016/j.ijheh.2008.02.001 PMID:18396099

Brown DP (1987). Mortality of workers exposed to polychlorinated biphenyls–an update. *Arch Environ Health*, 42(6):333–9. doi:10.1080/00039896.1987.9934355 PMID:3125795

Brown DP, Jones M (1981). Mortality and industrial hygiene study of workers exposed to polychlorinated biphenyls. *Arch Environ Health*, 36(3):120–9. doi:10.1080/00039896.1981.10667615 PMID:6787990

Brown FR, Winkler J, Visita P, Dhaliwal J, Petreas M (2006). Levels of PBDEs, PCDDs, PCDFs, and coplanar PCBs in edible fish from California coastal waters. *Chemosphere*, 64(2):276–86. doi:10.1016/j.chemosphere.2005.12.012 PMID:16455130

Büchert A, Cederberg T, Dyke P et al. (2001). ESF Workshop on Dioxin Contamination in Food. ESPR – Environ. Sci. & Pollut. Res. 8:84–88.

Buckley-Golder D. (1999). Compilation of EU Dioxins Exposure and Health Data. Summary Report for European Commission DG Environment and the UK Department of the Environmental Transport and the Regions. Available from: http://www.greenpeace.se/files/file_72.pdf, accessed 23 June 2014.

Burns K, Villeneuve JP (1987). Chlorinated hydrocarbons in the open Mediterranean ecosystem and mplications for mass balance calculations. *Mar Chem*, 20(4):337–59. doi:10.1016/0304-4203(87)90067-3

Buser HR, Mueller MD (1993). Enantioselective determination of chlordane components, metabolites, and photoconversion products in environmental samples using chiral high-resolution gas chromatography and mass spectrometry. *Environ Sci Technol*, 27(6):1211–20. [American Chemical Society] doi:10.1021/es00043a023

Business Med (2010). Investment opportunities in the sector of hazardous waste management in the Maghreb region. Report Study No. 13, June 2010, pp. 1–39. Available from: www.Invest-in-med.eu, accessed 23 June 2014.

Caironi M, Olivari L, Sampietro G, Mandelli G, Mosconi G (2005). [Introductional results of a mortality study in 471 ex-exposed workers to PCBs] *G Ital Med Lav Ergon*, 27(3):279–81. PMID:16240573

Cammarano G, Crosignani P, Berrino F, Berra G (1984). Cancer mortality among workers in a thermoelectric power plant. *Scand J Work Environ Health*, 10(4):259–61. doi:10.5271/sjweh.2333 PMID:6494846

Cardellicchio N, Buccolieri A, Giandomenico S, Lopez L, Pizzulli F, Spada L (2007). Organic pollutants (PAHs, PCBs) in sediments from the Mar Piccolo in Taranto (Ionian Sea, Southern Italy). *Mar Pollut Bull*, 55(10–12):451–8. doi:10.1016/j.marpolbul.2007.09.007 PMID:17936311

Carpenter DO, Welfinger-Smith G (2011). The Hudson River: A case study of PCB contamination. In: Selendy JMH, editor. Water and Sanitation-Related Diseases and the Environment. Hoboken, NJ: Wiley-Blackwell, pp. 303–27.

Carrera G, Fernandez P, Vilanova R, Grimalt JO (1998). Analysis of trace polycyclic aromatic hydrocarbons and organochlorine compounds in atmospheric residues by solid-phase disk extraction. *J Chromatogr A*, 823(1–2):189–96. doi:10.1016/S0021-9673(98)00519-6 PMID:9634279

CDC (2005). Third National Report on Human Exposure to Environmental Chemicals. NCEH Pub. No. 05–0570. Department of Health and Human Services, Centers for Disease Control and Prevention, Atlanta (GA). Available from: http://www.jhsph.edu/research/centers-and-institutes/center-for-excellence-in-environmental-health-tracking/Third_Report.pdf, accessed 23 June 2014.

CEPA (2011). PCB Regulations. Canadian Environment Protection Act, Government of Canada. Available from: https://www.ec.gc.ca/bpc-pcb/663E7488-F70B-485B-BA02-1EFA3A398734/SOR-2008-273.pdf, accessed 24 June 2014.

Cerná M, Krsková A, Cejchanová M, Spěváčková V (2012). Human biomonitoring in the Czech Republic: an overview. *Int J Hyg Environ Health*, 215(2):109–19. doi:10.1016/j.ijheh.2011.09.007 PMID:22014893

Cerná M, Malý M, Grabic R, Bátáriová A, Smíd J, Benes B (2008). Serum concentrations of indicator PCB congeners in the Czech adult population. *Chemosphere*, 72(8):1124–31. doi:10.1016/j.chemosphere.2008.04.019 PMID:18547604

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 302

Chao HR, Wang SL, Lin LY, Yu HY, Lu YK, Chou WL et al. (2003). Polychlorinated biphenyls in taiwanese primipara human milk and associated factors. Bull Environ Contam Toxicol, 70(6):1097–103. doi:10.1007/s00128-003-0095-0 PMID:12756446

Charles LE, Loomis D, Shy CM, Newman B, Millikan R, Nylander-French LA et al. (2003). Electromagnetic fields, polychlorinated biphenyls, and prostate cancer mortality in electric utility workers. Am J Epidemiol, 157(8):683–91. doi:10.1093/aje/kwg044 PMID:12697572

Charnley G, Doull J (2005). Human exposure to dioxins from food, 1999–2002. Food Chem Toxicol, 43(5):671–9. doi:10.1016/j.fct.2005.01.006 PMID:15778006

Chase KH, Wong O, Thomas D, Berney BW, Simon RK (1982). Clinical and metabolic abnormalities associated with occupational exposure to polychlorinated biphenyls (PCBs). J Occup Med, 24(2):109–14. PMID:6799628

Chernyak YI, Shelepchikov AA, Brodsky ES, Grassman JA (2012). PCDD, PCDF, and PCB exposure in current and former firefighters from Eastern Siberia. Toxicol Lett, 213(1):9–14. doi:10.1016/j.toxlet.2011.09.021 PMID:21979175

Chernyak YI, Shelepchikov AA, Feshin DB, Brodsky ES, Grassman JA (2009). Polychlorinated dibenzo-p-dioxins, dibenzofurans, and biphenyls in the serum of firefighters who participated in extinguishing the 1992 fire at a cable manufacturing plant in Irkutsk oblast. Dokl Biol Sci, 429(1):562–6. doi:10.1134/S0012496609060234 PMID:20170074

Chevreuil M, Ollivon D, Teil M-J, Le Genti L (2001). Polluants organiques persistants (POP): du compartiment atmosphérique aux stations d'épuration. Conférence internationale Lyon Fleuves 2001; Lyon 6–8 June 2001.

Chikuni O, Nhachi CF, Nyazema NZ, Polder A, Nafstad I, Skaare JU (1997). Assessment of environmental pollution by PCBs, DDT and its metabolites using human milk of mothers in Zimbabwe. Sci Total Environ, 199(1–2):183–90. doi:10.1016/S0048-9697(97)05494-6 PMID:9200862

Choi AL, Levy JI, Dockery DW, Ryan LM, Tolbert PE, Altshul LM et al. (2006). Does living near a Superfund site contribute to higher polychlorinated biphenyl (PCB) exposure? Environ Health Perspect, 114(7):1092–8. PMID:16835064

Chovancová J, Čonka K, Kočan A, Sejáková ZS (2011). PCDD, PCDF, PCB and PBDE concentrations in breast milk of mothers residing in selected areas of Slovakia. Chemosphere, 83(10):1383–90. doi:10.1016/j.chemosphere.2011.02.070 PMID:21474162

CITEPA (2013). Polychlorinated biphenyls – PCB. Paris, France: Centre Interprofessionnel Technique d'Etudes de la Pollution Atmosphérique. Available from: http://www.citepa.org/fr/air-et-climat/polluants/polluant-organiques-persistants/polychlorobiphenyls, accessed 24 June 2014.

Codex Alimentarius (2001). Code of Practice Concerning Source Directed Measures to Reduce Contamination of Foods with Chemicals. No. CAC/RCP 49–2001, 1–3. Available from: http://www.codexalimentarius.org/download/standards/373/CXP_049e.pdf, accessed 24 June 2014.

Codex Alimentarius (2006). Code of Practice for the Prevention and Reduction of Dioxin and Dioxin-like PCB Contamination in Food and Feeds. No. CAC/RCP 62–2006, 1–17. Available from: http://www.codexalimentarius.org/download/standards/10693/CXP_062e.pdf, accessed 24 June 2014.

Cohen RM, Mercer JW (1993). DNAPL site evaluation. No. EPA 600-R-93–022. Boca Raton (FL): CRC Press.

Collins JJ, Bodner K, Haidar S, Wilken M, Burns CJ, Lamparski LL et al. (2008). Chlorinated dibenzo-p-dioxins, dibenzofurans, and biphenyl profiles of workers with trichlorophenol and pentachlorophenol exposures. Chemosphere, 73(1):Suppl S284–9. doi:10.1016/j.chemosphere.2007.12.034 PMID:18442847

Colt JS, Severson RK, Lubin J, Rothman N, Camann D, Davis S et al. (2005). Organochlorines in carpet dust and non-Hodgkin lymphoma. Epidemiology, 16(4):516–25. doi:10.1097/01.ede.0000164811.25760.f1 PMID:15951670

Colucci AV, Hammer DI, Williams ME, Hinners TA, Pinkerton C, Kent JL et al. (1973). Pollutant burdens and biological response. Arch Environ Health, 27(3):151–4. doi:10.1080/00039896.1973.10666344 PMID:4198685

Connolly JP, Zahakos HA, Benaman J, Ziegler CK, Rhea JR, Russell V (2000). A model of PCB fate in the upper Hudson River. Environ Sci Technol, 34(19):4076–87. doi:10.1021/es001046v

Costello RJ, King MV (1982). Protecting workers who clean up hazardous waste sites. Am Ind Hyg Assoc J, 43(1):12–7. doi:10.1080/15298668291409299 PMID:7055081

Costopoulou D, Vassiliadou I, Papadopoulos A, Makropoulos V, Leondiadis L (2006). Levels of dioxins, furans and PCBs in human serum and milk of people living in Greece. Chemosphere, 65(9):1462–9. doi:10.1016/j.chemosphere.2006.04.034 PMID:16765419

Covaci A, de BJ, Ryan JJ, Voorspoels S, Schepens P (2002a). Determination of polybrominated diphenyl ethers and polychlorinated biphenyls in human adipose tissue by large-volume injection-narrow-bore capillary gas chromatography/electron impact low-resolution mass spectrometry. Anal Chem, 74(4):790–8. doi:10.1021/ac010784r PMID:11866059

Covaci A, Gheorghe A, Hulea O, Schepens P (2002c). Levels of organochlorinated pollutants (PCBs, OCPs and PBDEs) in biota from the Danube Delta, Romania. Organohalogen Compd, 59:9–12.

Covaci A, Hura C, Schepens P (2001). Determination of selected persistent organochlorine pollutants in human milk using solid phase disk extraction and narrow bore

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 303

capillary GC-MS. *Chromatographia*, 54(3–4):247–52. doi:10.1007/BF02492253

Covaci A, Schepens P (2001). Solid phase disk extraction method for the determination of persistent organochlorine pollutants in human body fluids. *Anal Lett*, 34(9):1449–60. doi:10.1081/AL-100104919

Covaci A, Tutudaki M, Tsatsakis AM, Schepens P (2002b). Hair analysis: another approach for the assessment of human exposure to selected persistent organochlorine pollutants. *Chemosphere*, 46(3):413–8. doi:10.1016/S0045-6535(01)00065-0 PMID:11829397

Cuadra SN, Linderholm L, Athanasiadou M, Jakobsson K (2006). Persistent organochlorine pollutants in children working at a waste-disposal site and in young females with high fish consumption in Managua, Nicaragua. *Ambio*, 35(3):109–16. doi:10.1579/0044-7447(2006)35[109:POPICW]2.0.CO;2 PMID:16846198

Dachs J, Bayona JM, Albaigés J (1997). Spatial distribution, vertical profiles and budget of organochlorine compounds in Western Mediterranean seawater. *Mar Chem*, 57(3–4):313–24. doi:10.1016/S0304-4203(97)00016-9

Dahlgren J, Cecchini M, Takhar H, Paepke O (2007). Persistent organic pollutants in 9/11 world trade center rescue workers: reduction following detoxification. *Chemosphere*, 69(8):1320–5. doi:10.1016/j.chemosphere.2006.05.127 PMID:17234251

Dahmardeh Behrooz R, Barghi M, Bahramifar N, Esmaili-Sari A (2012). Organochlorine contaminants in the hair of Iranian pregnant women. *Chemosphere*, 86(3):235–41. doi:10.1016/j.chemosphere.2011.09.023 PMID:22047617

Dallaire F, Dewailly E, Muckle G, Ayotte P (2003). Time trends of persistent organic pollutants and heavy metals in umbilical cord blood of Inuit infants born in Nunavik (Québec, Canada) between 1994 and 2001. *Environ Health Perspect*, 111(13):1660–4. doi:10.1289/ehp.6269 PMID:14527847

Daly GL, Wania F (2005). Organic contaminants in mountains. *Environ Sci Technol*, 39(2):385–98. doi:10.1021/es048859u PMID:15707037

Darnerud PO, Aune M, Larsson L, Lignell S, Mutshatshi T, Okonkwo J et al. (2011). Levels of brominated flame retardants and other persistant organic pollutants in breast milk samples from Limpopo Province, South Africa. *Sci Total Environ*, 409(19):4048–53. doi:10.1016/j.scitotenv.2011.05.054 PMID:21708397

de Boer J, Dao QT, van Leeuwen SP, Kotterman MJ, Schobben JH (2010). Thirty year monitoring of PCBs, organochlorine pesticides and tetrabromodiphenylether in eel from The Netherlands. *Environ Pollut*, 158(5):1228–36. doi:10.1016/j.envpol.2010.01.026 PMID:20185213

De Boer J, Smedes F (1997). Effects of storage conditions of biological materials on the contents of organochlorine

compounds and mercury. *Mar Pollut Bull*, 35(1–6):93–108. doi:10.1016/S0025-326X(97)00198-7

De Guire L, Theriault G, Iturra H, Provencher S, Cyr D, Case BW (1988). Increased incidence of malignant melanoma of the skin in workers in a telecommunications industry. *Br J Ind Med*, 45(12):824–8. PMID:3265335

De Saeger S, Sergeant H, Piette M, Bruneel N, Van de Voorde W, Van Peteghem C (2005). Monitoring of polychlorinated biphenyls in Belgian human adipose tissue samples. *Chemosphere*, 58(7):953–60. doi:10.1016/j.chemosphere.2004.09.069 PMID:15639267

de Voogt P, Brinkman UAT (1989). Production, properties and usage of polychlorinatedbiphenyls. In: Kimbrough J editors. *Halogenated biphenyls, terphenyls, naphthalenes, dibenzodioxins and related products*. Amsterdam, the Netherlands: Elsevier Science Publishers; pp. 3–43.

DeCaprio AP, Johnson GW, Tarbell AM, Carpenter DO, Chiarenzelli JR, Morse GS et al.; Akwesasne Task Force on the Environment(2005). Polychlorinated biphenyl (PCB) exposure assessment by multivariate statistical analysis of serum congener profiles in an adult Native American population. *Environ Res*, 98(3):284–302. doi:10.1016/j.envres.2004.09.004 PMID:15910784

Deng A-P, Kolár V, Ulrich R, Fránek M (2002). Direct competitive ELISA for the determination of polychlorinated biphenyls in soil samples. *Anal Bioanal Chem*, 373(8):685–90. doi:10.1007/s00216-002-1311-1 PMID:12194024

Deng B, Zhang J, Zhang L, Jiang Y, Zhou J, Fang D et al. (2012). Levels and profiles of PCDD/Fs, PCBs in mothers' milk in Shenzhen of China: estimation of breast-fed infants' intakes. *Environ Int*, 42:47–52. doi:10.1016/j.envint.2011.03.022 PMID:21531025

Desmet M, Mourier B, Mahler BJ, Van Metre PC, Roux G, Persat H et al. (2012). Spatial and temporal trends in PCBs in sediment along the lower Rhône River, France. *Sci Total Environ*, 433:189–97. doi:10.1016/j.scitotenv.2012.06.044 PMID:22789819

Devanathan G, Subramanian A, Sudaryanto A, Takahashi S, Isobe T, Tanabe S (2012). Brominated flame retardants and polychlorinated biphenyls in human breast milk from several locations in India: potential contaminant sources in a municipal dumping site. *Environ Int*, 39(1):87–95. doi:10.1016/j.envint.2011.10.005 PMID:22208746

Dewailly E, Ayotte P, Bruneau S, Laliberté C, Muir DC, Norstrom RJ (1993). Inuit exposure to organochlorines through the aquatic food chain in arctic québec. *Environ Health Perspect*, 101(7):618–20. PMID:8143594

Dewailly E, Flaugnatti R, Haguenoer JM et al. (1988). National study of polychlorinated biphenyls (PCBs) residues in human plasma, France. In: Abbou R editor. *Hazardous Waste: Detection, Control, Treatment*. Amsterdam, the Netherlands: Elsevier Science Publishers; pp. 1133–1142.

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 304

Di Domenico A, Turrio Baldassarri L (1990). Levels of polychlorobiphenyls (PCBs), polychlorodibenzodioxins (PCDDs) and polychlorodibenzofurans (PCDFs) in human milk. *Ann Ist Super Sanita*, 26(2):141–54. PMID:2124430

Dirtu AC, Covaci A (2010). Estimation of daily intake of organohalogenated contaminants from food consumption and indoor dust ingestion in Romania. *Environ Sci Technol*, 44(16):6297–304. doi:10.1021/es101233z PMID:20704229

Dmitrovic J, Chan SC (2002). Determination of polychlorinated biphenyl congeners in human milk by gas chromatography-negative chemical ionization mass spectrometry after sample clean-up by solid-phase extraction. *J Chromatogr B Analyt Technol Biomed Life Sci*, 778(1–2):147–55. doi:10.1016/S0378-4347(01)00447-9 PMID:12376122

Domingo JL, Bocio A (2007). Levels of PCDD/PCDFs and PCBs in edible marine species and human intake: a literature review. *Environ Int*, 33(3):397–405. doi:10.1016/j.envint.2006.12.004 PMID:17270272

Domingo JL, Schuhmacher M, Agramunt MC, Müller L, Neugebauer F (2001). Levels of metals and organic substances in blood and urine of workers at a new hazardous waste incinerator. *Int Arch Occup Environ Health*, 74(4):263–9. doi:10.1007/s004200000217 PMID:11401018

Doucet J, Tague B, Arnold DL, Cooke GM, Hayward S, Goodyer CG (2009). Persistent organic pollutant residues in human fetal liver and placenta from Greater Montreal, Quebec: a longitudinal study from 1998 through 2006. *Environ Health Perspect*, 117(4):605–10. doi:10.1289/ehp.0800205 PMID:19440500

Duarte-Davidson R, Burnett V, Waterhouse KS, Jones KC (1991). A congener specific method for the analysis of polychlorinated biphenyls (PCBs) in human milk. *Chemosphere*, 23(2):119–31. doi:10.1016/0045-6535(91)90101-I

Dunnivant FM, Elzerman AW (1988). Aqueous solubility and Henry's law constant data for PCB congeners for evaluation of quantitative structure-property relationships (QSPRs). *Chemosphere*, 17(3):525–41. doi:10.1016/0045-6535(88)90028-8

Dunnivant FM, Elzerman AW, Jurs PC, Hasan MN (1992). Quantitative structure-property relationships for aqueous solubilities and Henry's law constants of polychlorinated biphenyls. *Environ Sci Technol*, 26(8):1567–73. doi:10.1021/es00032a012

Durfee RL, Contos G, Whitmore FC *et al.* (1976). PCBs in the United States – Industrial Use and Environmental Distribution. Report No. EPA 56016–76–005. Springfield (VA): Versar Inc.

EC (2002). Directive 2002/69/EC of 26 July laying down the sampling methods and the methods of analysis for the official control of dioxins and the determination of dioxin-like PCBs in foodstuffs. Official Journal: L 209, 5–14, 06.08.2002. Brussels, Belgium: Off J Eur Comm.

EC (2004). Dioxins & PCBs: Environmental Levels and Human Exposure in Candidate Countries: European Commission Final Report ENV.C.2/SER/2002/0085.

EC (2011a). Commission Regulation (EU) No 1259/2011 of 2 December 2011 amending Regulation (EC) No 1881/2006 as regards maximum levels for dioxins, dioxin-like PCBs and non dioxin-like PCBs in foodstuffs. European Commission. Available from: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=OJ:L:2011:320:0018:0023:EN:PDF, accessed 10 June 2014

EC (2011b). Commission Recommendation (2011/516/EU) of 23 August 2011 on the reduction of the presence of dioxins, furans and PCBs in feed and food. Official Journal L 218/23–25, 24.8.2011. European Commission. Available from: http://eur-lex.europa.eu/LexUriServ/LexUriServ.do?uri=OJ:L:2011:218:0023:0025:EN:PDF, accessed 24 June 2014.

EFSA (2005). Opinion of the scientific panel on contaminants in the food chain on a request from the Commission related to the presence of non-dioxin-like polychlorinated biphenyls (PCB) in feed and food. *The EFSA Journal*, 284:1–137. Available from: http://www.efsa.europa.eu/en/efsajournal/doc/284.pdf, accessed 10 June 2014.

EFSA (2010). Results of the monitoring of dioxin levels in food and feed. The EFSA Journal; 8(3):1385 [36 pp.]. doi:10.2903/j.efsa.2010.1385. Available from: www.efsa.europa.eu, accessed 23 June 2014. doi:10.2903/j.efsa.2010.1385

EFSA (2012). Update of the monitoring of dioxins and PCBs levels in food and feed. The EFSA Journal; 10(7):2832 [82 pp.]. doi:10.2903/j.efsa.2012.2832. Available from: www.efsa.europa.eu/efsajournal/doc/2832.pdf, accessed 23 June 2014. doi:10.2903/j.efsa.2012.2832

EFSA CONTAM (2012). Scientific Opinion on the presence of dioxins (PCDD/Fs) and dioxin-like PCBs (DL-PCBs) in commercially available foods for infants and young children. The EFSA Journal; 10(12):2983 [29 pp.]. doi:10.2903/j.efsa.2012.2983. Available from: http://www.efsa.europa.eu/en/efsajournal/pub/2983.htm, accessed 24 June 2014. doi:10.2903/j.efsa.2012.2983

Eguchi A, Nomiyama K, Devanathan G, Subramanian A, Bulbule KA, Parthasarathy P *et al.* (2012). Different profiles of anthropogenic and naturally produced organohalogen compounds in serum from residents living near a coastal area and e-waste recycling workers in India. *Environ Int*, 47:8–16. doi:10.1016/j.envint.2012.05.003 PMID:22717641

Elkins HB (1959). *The chemistry of industrial toxicology*. 2nd ed. New York: John Wiley & Sons, Inc.

Emmett EA, Maroni M, Schmith JM, Levin BK, Jefferys J (1988). Studies of transformer repair workers exposed to PCBs: I. Study design, PCB concentrations, questionnaire, and clinical examination results. *Am J*

*Ind Med*, 13(4):415–27. doi:10.1002/ajim.4700130402 PMID:3129934

Ennaceur S, Gandoura N, Driss MR (2008). Distribution of polychlorinated biphenyls and organochlorine pesticides in human breast milk from various locations in Tunisia: levels of contamination, influencing factors, and infant risk assessment. *Environ Res*, 108(1):86–93. doi:10.1016/j.envres.2008.05.005 PMID:18614165

Environment Agency of Japan; Ministry of Health and Welfare (1999). Report on Tolerable Daily Intake (TDI) of Dioxins and Related Compounds (Japan). Environmental Health Committee of the Central Environment Council; Living Environment Council and Food Sanitation Investigation Council. Available from: http://www.env.go.jp/en/chemi/dioxins/tdi report.pdf, accessed 23 June 2014.

Environmental Protection Administration (1988). The National Implementation Plan of Republic of China (R.O.C., Taiwan) under the Stockholm Convention on Persistent Organic Pollutants. Available from: http://www.epa.gov.tw/en/index.aspx. Full text: http://ivy1.epa.gov.tw/Dioxin_Toxic/DXN_Instruction/ap2/990507%E4%BF%AE%E8%A8%82%E7%89%88-%E8%8B%B1%E6%96%87%E7%89%88.pdf, accessed 24 June 2014.

EPA (2008a). Method 1668B: Chlorinated biphenyl congeners in water, soil, sediment, biosolids, and tissue by HRGC/HRMS. EPA-821-R-08–020. Washington (DC): Office of Water, Office of Science and Technology, Engineering and Analysis Division. United States Environmental Protection Agency.

EPA (2008b). Third Five-Year Review Report for the Geneva Industries Superfund Site, Houston, Harris County, Texas. United States Environmental Protection Agency. Available from: http://www.epa.gov/region6/6sf/texas/geneva/tx_geneva_3rd-5yr_review_09-23-2008.pdf, accessed 24 June 2014.

EPA (2014). Basic information about polychlorinated biphenyls (PCBs) in drinking water. United States Environmental Protection Agency. Available from: http://water.epa.gov/drink/contaminants/basicinformation/polychlorinated-biphenyls.cfm, accessed 11 May 2015.

EPA (1999). Compendium Method TO-10A: Determination of pesticides and polychlorinated biphenyls in ambient air using low volume polyurethane foam (PUF) sampling followed by gas chromatographic/multi-detector detection (GC/MD). Compendium of Methods for the Determination of Toxic Organic Compounds in Ambient Air, 2nd Ed. EPA/625/R-96/010b. Cincinnati (OH): Center for Environmental Research Information, Office of Research and Development.

Erger C, Balsaa P, Werres F, Schmidt TC (2012). Multi-component trace analysis of organic xenobiotics in surface water containing suspended particular matter by solid phase extraction/gas chromatography-mass spectrometry. *J Chromatogr A*, 1249:181–9. doi:10.1016/j.chroma.2012.06.018 PMID:22749454

Erickson MD (1997). *Analytical Chemistry of PCBs*. 2nd ed. Boca Raton: Lewis Publishers.

Erickson MD (2001). Introduction to PCB Properties, Uses, Occurrence and Regulatory History. In: Robertson LW, Hansen LG, editors. PCBs, Recent Advances in Environmental Toxicology and Health Effects. The University Press of Kentucky, ISBN 0–8131–2226–0.

Erickson MD, Kaley RG 2nd (2011). Applications of polychlorinated biphenyls. *Environ Sci Pollut Res Int*, 18(2):135–51. doi:10.1007/s11356-010-0392-1 PMID:20848233

Falandysz J, Yamashita N, Tanabe S, Tatsukawa R (1994). Congener-specific data of polychlorinated biphenyl residues in human adipose tissue in Poland. *Sci Total Environ*, 149(1–2):113–9. doi:10.1016/0048-9697(94)90009-4 PMID:8029709

Falconer RL, Bidleman TF (1994). Vapor pressures and predicted particle/gas distributions of polychlorinated biphenyl congeners as functions of temperature and ortho-chlorine substitution. *Atmos Environ*, 28(3):547–54. doi:10.1016/1352-2310(94)90130-9

Fängström B, Athanasiadou M, Grandjean P, Weihe P, Bergman A (2002). Hydroxylated PCB metabolites and PCBs in serum from pregnant Faroese women. *Environ Health Perspect*, 110(9):895–9. doi:10.1289/ehp.02110895 PMID:12204824

Faroon O, Jones D, de Rosa C (2000). Effects of polychlorinated biphenyls on the nervous system. *Toxicol Ind Health*, 16(7–8):305–33. doi:10.1177/074823370001600708 PMID:11693948

FDA (2013). Code of Federal Regulations Title 21 – Food and Drugs. Available from: http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=109.30, accessed 24 June 2014.

Fernandes A, White S, D'Silva K, Rose M (2004). Simultaneous determination of PCDDs, PCDFs, PCBs and PBDEs in food. *Talanta*, 63(5):1147–55. doi:10.1016/j.talanta.2004.05.039 PMID:18969544

Fernandez LA, Lao W, Maruya KA, White C, Burgess RM (2012). Passive sampling to measure baseline dissolved persistent organic pollutant concentrations in the water column of the Palos Verdes Shelf Superfund site. *Environ Sci Technol*, 46(21):11937–47. doi:10.1021/es302139y PMID:23062073

Fernandez MF, Kiviranta H, Molina-Molina JM, Laine O, Lopez-Espinosa MJ, Vartiainen T et al. (2008). Polychlorinated biphenyls (PCBs) and hydroxy-PCBs in adipose tissue of women in Southeast Spain. *Chemosphere*, 71(6):1196–205. doi:10.1016/j.chemosphere.2007.09.064 PMID:18045642

Fillmann G, Readman JW, Tolosa I, Bartocci J, Villeneuve JP, Cattini C et al. (2002). Persistent organochlorine residues in sediments from the Black Sea. *Mar Pollut*

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 306

*Bull*, 44(2):122–33. doi:10.1016/S0025-326X(01)00188-6 PMID:11980446

Fischbein A, Thornton J, Wolff MS, Bernstein J, Selikoff IJ (1982). Dermatological findings in capacitor manufacturing workers exposed to dielectric fluids containing polychlorinated biphenyls (PCBs). *Arch Environ Health*, 37(2):69–74. doi:10.1080/00039896.1982.10667538 PMID:6462115

Fitzgerald EF, Brix KA, Deres DA, Hwang SA, Bush B, Lambert G *et al.* (1996). Polychlorinated biphenyl (PCB) and dichlorodiphenyl dichloroethylene (DDE) exposure among Native American men from contaminated Great Lakes fish and wildlife. *Toxicol Ind Health*, 12(3–4):361–8. doi:10.1177/074823379601200308 PMID:8843553

Fitzgerald EF, Hwang SA, Gomez M, Bush B, Yang BZ, Tarbell A (2007). Environmental and occupational exposures and serum PCB concentrations and patterns among Mohawk men at Akwesasne. *J Expo Sci Environ Epidemiol*, 17(3):269–78. doi:10.1038/sj.jes.7500500 PMID:16736058

Food Standards Australia New Zealand (2004) Dioxins in Food: Dietary Exposure Assessment and Risk Characterization. Technical Report Series No. 27. Available from: http://www.foodstandards.gov.au/publications/documents/FINAL%20DEA-RC%20Report%20Dioxin%2024May04final.pdf, accessed 24 June 2014.

Frame GM (1999). Improved Procedure for Single DB-XLB Column GC-MS-SIM Quantitation of PCB Congener Distributions and Characterization of Two Different Preparations Sold as "Aroclor 1254". *J High Resolut Chromatogr*, 22(10):533–40. doi:10.1002/(SICI)1521-4168(19991001)22:10<533::AID-JHRC533>3.0.CO;2-M

Frame GM, Cochran JW, Bøwadt SS (1996a). Complete PCB congener distributions for 17 Aroclor mixtures determined by 3 HRGC systems optimized for comprehensive, quantitative, congener-specific analysis. *J High Resolut Chromatogr*, 19(12):657–68. doi:10.1002/jhrc.1240191202

Frame GM, Wagner RE, Carnahan JC, Brown JF Jr, May RJ, Smullen LA *et al.* (1996b). Comprehensive, quantitative, congener-specific analyses of eight aroclors and complete PCB congener assignments on DB-1 capillary GC columns. *Chemosphere*, 33(4):603–23. doi:10.1016/0045-6535(96)00214-7

Franzblau A, Zwica L, Knutson K, Chen Q, Lee SY, Hong B *et al.* (2009). An investigation of homes with high concentrations of PCDDs, PCDFs, and/or dioxin-like PCBs in house dust. *J Occup Environ Hyg*, 6(3):188–99. doi:10.1080/15459620802694975 PMID:19152164

Frederiksen M, Meyer HW, Ebbehøj NE, Gunnarsen L (2012). Polychlorinated biphenyls (PCBs) in indoor air originating from sealants in contaminated and uninhabited apartments within the same housing estate. *Chemosphere*, 89(4):473–9. doi:10.1016/j.chemosphere.2012.05.103 PMID:22763332

Fréry N, Guldner L, Saoudi A, Garnier R, Zeghnoun A, Bidondo ML (2013). Exposition de la population française aux substances chimiques de l'environnement. Tome 2: Polychlorobiphényles (PCB-NDL) / Pesticides. Edited by the Environmental Section of the French National Nutrition and Health Survey (ENNS). Paris, France: Institut de Veille Sanitaire.

Fréry N, Volatier JL, Zeghnoun A *et al.* (2009). [National study on serum dioxins and PCB levels in the population living around municipal solid waste incinerators (MSWI).] Rapport d'étude. Saint-Maurice, France: French Institute for Public Health Surveillance. Available from: http://opac.invs.sante.fr/index.php?lvl=notice_display&id=1031, accessed 24 June 2014.

Fromberg A, Granby K, Højgård A, Fagt S, Larsen JC *et al.* (2011). Estimation of dietary intake of PCB and organochlorine pesticides for children and adults. *Food Chem*, 125(4):1179–87. doi:10.1016/j.foodchem.2010.10.025

Fromme H, Albrecht M, Boehmer S, Büchner K, Mayer R, Liebl B *et al.* (2009). Intake and body burden of dioxin-like compounds in Germany: the INES study. *Chemosphere*, 76(11):1457–63. doi:10.1016/j.chemosphere.2009.07.010 PMID:19665752

Fu J, Wang T, Wang P, Qu G, Wang Y, Zhang Q *et al.* (2012). Temporal trends (2005–2009) of PCDD/Fs, PCBs, PBDEs in rice hulls from an e-waste dismantling area after stricter environmental regulations. *Chemosphere*, 88(3):330–5. doi:10.1016/j.chemosphere.2012.03.006 PMID:22472101

Fürst P (2001). Organochlorine pesticides, dioxins, PCB and polybrominated biphenyl ethers in human milk from Germany in the course of time. *Organohalogen Compd*, 52:185–188.

Fürst P (2006). Dioxins, polychlorinated biphenyls and other organohalogen compounds in human milk. Levels, correlations, trends and exposure through breastfeeding. *Mol Nutr Food Res*, 50(10):922–33. doi:10.1002/mnfr.200600008 PMID:17009213

Gabrio T, Piechotowski I, Wallenhorst T, Klett M, Cott L, Friebel P *et al.* (2000). PCB-blood levels in teachers, working in PCB-contaminated schools. *Chemosphere*, 40(9–11):1055–62. doi:10.1016/S0045-6535(99)00353-7 PMID:10739046

Gaggi C, Bacci E, Calamari D, Fanelli R (1985). Chlorinated hydrocarbons in plant foliage: an indication of the tropospheric contamination level. *Chemosphere*, 14(11–12):1673–86. doi:10.1016/0045-6535(85)90108-0

Garner CE, Matthews HB (1998). The effect of chlorine substitution on the dermal absorption of polychlorinated biphenyls. *Toxicol Appl Pharmacol*, 149(2):150–8. doi:10.1006/taap.1998.8370 PMID:9571983

Gill U, Covaci A, Ryan JJ, Emond A (2004). Determination of persistent organohalogenated pollutants in human

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 307

hair reference material (BCR 397): an interlaboratory study. *Anal Bioanal Chem*, 380(7–8):924–9. doi:10.1007/s00216-004-2855-z PMID:15700170

Gioia R, Eckhardt S, Breivik K, Jaward FM, Prieto A, Nizzetto L *et al.* (2011). Evidence for major emissions of PCBs in the west African region. *Environ Sci Technol*, 45(4):1349–55. doi:10.1021/es1025239 PMID:21226526

Glynn AW, Wolk A, Aune M, Atuma S, Zettermark S, Maehle-Schmid M *et al.* (2000). Serum concentrations of organochlorines in men: a search for markers of exposure. *Sci Total Environ*, 263(1–3):197–208. doi:10.1016/S0048-9697(00)00703-8 PMID:11194153

Gómara B, Athanasiadou M, Quintanilla-López JE, González MJ, Bergman A (2012). Polychlorinated biphenyls and their hydroxylated metabolites in placenta from Madrid mothers. *Environ Sci Pollut Res Int*, 19(1):139–47. doi:10.1007/s11356-011-0545-x PMID:21698361

Gómara B, Herrero L, Pacepavicius G, Ohta S, Alaee M, González MJ (2011). Occurrence of co-planar polybrominated/chlorinated biphenyls (PXBs), polybrominated diphenyl ethers (PBDEs) and polychlorinated biphenyls (PCBs) in breast milk of women from Spain. *Chemosphere*, 83(6):799–805. doi:10.1016/j.chemosphere.2011.02.080 PMID:21435683

Goncharov A, Pavuk M, Foushee HR, Carpenter DO (2011). Blood pressure in relation to concentrations of PCB congeners and chlorinated pesticides. *Environ Health Perspect*, 119(3):319–25. doi:10.1289/ehp.1002830 PMID:21362590

Gonzalez CA, Kogevinas M, Gadea E, Huici A, Bosch A, Bleda MJ *et al.* (2000). Biomonitoring study of people living near or working at a municipal solid-waste incinerator before and after two years of operation. *Arch Environ Health*, 55(4):259–67. doi:10.1080/00039890009603416 PMID:11005431

Government of the United Republic of Tanzania (2004). The Environmental Management Act, 2004. Act No. 20.

Grabic R, Jurcikova J, Tomsejova S, Ocelka T, Halirova J, Hypr D *et al.* (2010). Passive sampling methods for monitoring endocrine disruptors in the Svratka and Svitava rivers in the Czech Republic. *Environ Toxicol Chem*, 29(3):550–5. doi:10.1002/etc.85 PMID:20821477

Granier L, Chevreuil M (1992). Tree leaves as bioindicators of the contamination of air by organochlorines. *Water Air Soil Pollut*, 64(3–4):575–84. doi:10.1007/BF00483367

Granmo Å, Ekelund R, Berggren M, Brorström-Lundén E, Bergqvist P-A (2000). Temporal trend of organochlorine marine pollution indicated by concentrations in mussels, semipermeable membrane devices, and sediment. *Environ Sci Technol*, 34(16):3323–9. doi:10.1021/es991107t

Grassi P, Fattore E, Generoso C, Fanelli R, Arvati M, Zuccato E (2010). Polychlorobiphenyls (PCBs), polychlorinated dibenzo-p-dioxins (PCDDs) and dibenzofurans (PCDFs) in fruit and vegetables from an industrial area in northern Italy. *Chemosphere*, 79(3):292–8. doi:10.1016/j.chemosphere.2010.01.028 PMID:20153014

Greenland S, Salvan A, Wegman DH, Hallock MF, Smith TJ (1994). A case-control study of cancer mortality at a transformer-assembly facility. *Int Arch Occup Environ Health*, 66(1):49–54. doi:10.1007/BF00386579 PMID:7927843

Grimvall E, Rylander L, Nilsson-Ehle P, Nilsson U, Strömberg U, Hagmar L *et al.* (1997). Monitoring of polychlorinated biphenyls in human blood plasma: methodological developments and influence of age, lactation, and fish consumption. *Arch Environ Contam Toxicol*, 32(3):329–36. doi:10.1007/s002449900193 PMID:9096084

Guitart R, Puig P, Gómez-Catalán J (1993). Requirement for a standardized nomenclature criterium for PCBs: Computer-assisted assignment of correct congener denomination and numbering. *Chemosphere*, 27(8):1451–9. doi:10.1016/0045-6535(93)90239-2

Guo YL, Ryan JJ, Lau BPY, Yu ML, Hsu CC (1997). Blood serum levels of PCBs and PCDFs in Yucheng women 14 years after exposure to a toxic rice oil. *Arch Environ Contam Toxicol*, 33(1):104–8. doi:10.1007/s002449900230 PMID:9216878

Guo YL, Yu ML, Hsu CC (2003). The Yucheng Rice Oil Poisoning Incident. In: Schecter A, Gasiewicz TA editors. *Dioxins and Health*. Hoboken, New Jersey, USA: John Wiley and Sons, Inc.; pp. 1-952

Gustavsson P, Hogstedt C (1997). A cohort study of Swedish capacitor manufacturing workers exposed to polychlorinated biphenyls (PCBs). *Am J Ind Med*, 32(3):234–9. doi:10.1002/(SICI)1097-0274(199709)32:3<234::AID-AJIM8>3.0.CO;2-X PMID:9219652

Gustavsson P, Hogstedt C, Rappe C (1986). Short-term mortality and cancer incidence in capacitor manufacturing workers exposed to polychlorinated biphenyls (PCBs). *Am J Ind Med*, 10(4):341–4. doi:10.1002/ajim.4700100402 PMID:3098097

Guvenius DM, Aronsson A, Ekman-Ordeberg G, Bergman A, Norén K (2003). Human prenatal and postnatal exposure to polybrominated diphenyl ethers, polychlorinated biphenyls, polychlorobiphenylols, and pentachlorophenol. *Environ Health Perspect*, 111(9):1235–41. doi:10.1289/ehp.5946 PMID:12842779

Guvenius DM, Hassanzadeh P, Bergman A, Norén K (2002). Metabolites of polychlorinated biphenyls in human liver and adipose tissue. *Environ Toxicol Chem*, 21(11):2264–9. doi:10.1002/etc.5620211102 PMID:12389902

Haglund P, Wiberg K (1996). Determination of the gas chromatographic elution sequences of the (+) and (-) enantiomers of stable atropisomeric PCBs on

Chirasil-Dex. *J High Resolut Chromatogr*, 19(7):373–6. doi:10.1002/jhrc.1240190703

Hagmar L, Wallin E, Vessby B, Jönsson BA, Bergman A, Rylander L (2006). Intra-individual variations and time trends 1991–2001 in human serum levels of PCB, DDE and hexachlorobenzene. *Chemosphere*, 64(9):1507–13. doi:10.1016/j.chemosphere.2005.12.054 PMID:16466768

Hammar T (1992). PCB i fogmassor. *Meddelande*, 1992:10[Kalmar, Sweden:Länstyrelsen i Kalmar Län.]

Hardell S, Tilander H, Welfinger-Smith G, Burger J, Carpenter DO (2010). Levels of polychlorinated biphenyls (PCBs) and three organochlorine pesticides in fish from the Aleutian Islands of Alaska. *PLoS ONE*, 5(8):e12396 doi:10.1371/journal.pone.0012396 PMID:20811633

Harju MT, Haglund P (1999). Determination of the rotational energy barriers of atropisomeric polychlorinated biphenyls. *Fresenius J Anal Chem*, 364(3):219–23. doi:10.1007/s002160051327

Harrad S, Hazrati S, Ibarra C (2006). Concentrations of polychlorinated biphenyls in indoor air and polybrominated diphenyl ethers in indoor air and dust in Birmingham, United Kingdom: implications for human exposure. *Environ Sci Technol*, 40(15):4633–8. doi:10.1021/es0609147 PMID:16913117

Harrad S, Ibarra C, Robson M, Melymuk L, Zhang X, Diamond M *et al.* (2009). Polychlorinated biphenyls in domestic dust from Canada, New Zealand, United Kingdom and United States: implications for human exposure. *Chemosphere*, 76(2):232–8. doi:10.1016/j.chemosphere.2009.03.020 PMID:19356786

Harrad SJ, Sewart AP, Alcock R, Boumphrey R, Burnett V, Duarte-Davidson R *et al.* (1994). Polychlorinated biphenyls (PCBs) in the British environment: sinks, sources and temporal trends. *Environ Pollut*, 85(2):131–46. doi:10.1016/0269-7491(94)90079-5 PMID:15091669

Hasegawa H, Sato M, Tsuruta H (1973). An investigation on the toxicity of some new substances used as PCB replacement, concentrations in air of SAS, KMC-oil and PCBs in carbonless paper producing plants and health examination of workers. Special Research Report 141–211. Tokyo, Japan: Research Coordination Bureau, Science and Technology Agency.

Hay A, Tarrel J (1997). Mortality of power workers exposed to phenoxy herbicides and polychlorinated biphenyls in waste transformer oil. *Ann N Y Acad Sci*, 837(1):138–56. doi:10.1111/j.1749-6632.1997.tb56871.x PMID:9472337

Hayabuchi H, Yoshimura T, Kuratsune M (1979). Consumption of toxic rice oil by 'yusho' patients and its relation to the clinical response and latent period. *Food Cosmet Toxicol*, 17(5):455–61. doi:10.1016/0015-6264(79)90004-X PMID:118100

Hayward D, Wong J, Krynitsky AJ (2007). Polybrominated diphenyl ethers and polychlorinated biphenyls in commercially wild caught and farm-raised fish fillets

in the United States. *Environ Res*, 103(1):46–54. doi:10.1016/j.envres.2006.05.002 PMID:16769049

Hazrati S, Harrad S (2006). Causes of variability in concentrations of polychlorinated biphenyls and polybrominated diphenyl ethers in indoor air. *Environ Sci Technol*, 40(24):7584–9. doi:10.1021/es0617082 PMID:17256498

Heinzow B, Mohr S, Ostendorp G, Kerst M, Körner W (2007). PCB and dioxin-like PCB in indoor air of public buildings contaminated with different PCB sources–deriving toxicity equivalent concentrations from standard PCB congeners. *Chemosphere*, 67(9):1746–53. doi:10.1016/j.chemosphere.2006.05.120 PMID:17258273

HELCOM (1996). Third Periodic Assessment of the State of the Marine Environmnet of the Baltic Sea, 1989–93; Background document. Balt. Sea Environ. Proc. No. 64B.

Hermanson MH, Hites RA (1990). Polychlorinated biphenyls in tree bark. *Environ Sci Technol*, 24(5):666–71. doi:10.1021/es00075a008

Hermanson MH, Johnson GW (2007). Polychlorinated biphenyls in tree bark near a former manufacturing plant in Anniston, Alabama. *Chemosphere*, 68(1):191–8. doi:10.1016/j.chemosphere.2006.11.068 PMID:17307226

Hermanson MH, Scholten CA, Compher K (2003). Variable air temperature response of gas-phase atmospheric polychlorinated biphenyls near a former manufacturing facility. *Environ Sci Technol*, 37(18):4038–42. doi:10.1021/es030332e PMID:14524433

Herrick RF, McClean MD, Meeker JD, Baxter LK, Weymouth GA (2004). An unrecognized source of PCB contamination in schools and other buildings. *Environ Health Perspect*, 112(10):1051–3. doi:10.1289/ehp.6912 PMID:15238275

Herrick RF, Meeker JD, Altshul L (2011). Serum PCB levels and congener profiles among teachers in PCB-containing schools: a pilot study. *Environ Health*, 10(1):56 doi:10.1186/1476-069X-10-56 PMID:21668970

Hess P, de Boer J, Cofino WP, Leonards PEG, Wells DE (1995). Critical review of the analysis of non- and mono-ortho-chlorobiphenyls. *J Chromatogr A*, 703(1–2):417–65. doi:10.1016/0021-9673(95)00298-2

Heudorf U, Angerer J, Drexler H (2002). Polychlorinated biphenyls in the blood plasma: current exposure of the population in Germany. *Rev Environ Health*, 17(2):123–34. doi:10.1515/REVEH.2002.17.2.123 PMID:12222738

Hirota Y, Kataoka K, Tokunaga S, Hirohata T, Shinohara S, Tokiwa H (1993). Association between blood polychlorinated biphenyl concentration and serum triglyceride level in chronic "Yusho" (polychlorinated biphenyl poisoning) patients. *Int Arch Occup Environ Health*, 65(4):221–5. doi:10.1007/BF00381194 PMID:8144231

Hites RA, Foran JA, Carpenter DO, Hamilton MC, Knuth BA, Schwager SJ (2004). Global assessment

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 309

of organic contaminants in farmed salmon. *Science*, 303(5655):226–9. doi:10.1126/science.1091447 PMID:14716013

Hogarth JN, Seike N, Kobara Y, Habib A, Nam JJ, Lee JS *et al.* (2012). Passive air monitoring of PCBs and PCNs across East Asia: a comprehensive congener evaluation for source characterization. *Chemosphere*, 86(7):718–26. doi:10.1016/j.chemosphere.2011.10.046 PMID:22113058

Holoubek I, Brörström-Lundén E, Duyzer J, Shatalov V, Klánová J (2003). Regional trends of POPs in European ambient air. Available from: http://www.recetox.muni.cz/coe/sources/workshop_1_rba_pts/VI08-Holoubek2.pdf, accessed 24 June 2014.

Holoubek I, Čáslavský J, Vančura R, Kočan A, Chovancová J, Petrík J *et al.* (1994). Project TOCOEN. The fate of selected organic pollutants in the environment. Part XXIV. The content of PCBs and PCDDs/Fs in high-mountain soils. *Toxicol Environ Chem*, 45(3–4):189–97. doi:10.1080/02772249409358083

Holoubek I, Dusek L, Matlova L, Caslavsky J, Patterson DG Jr, Turner WE (1995). Project Tocoen. The fate of selected organic compounds in the environment. Part XXVI. The contents of PCBs and PCDDs/Fs in human fat in Czech and Slovak Republics. *Organohalogen Compd*, 26:257–60.

Holoubek I, Kocan A, Holoubková I, Hilscherová K, Kohoutek J, Falandysz J *et al.* (2001a). Persistent, bioaccumulative, and toxic compounds in central and eastern Europe–hot spots. *Arh Hig Rada Toksikol*, 52(2):239–51. PMID:11370309

Holoubek I, Kocan A, Holoubkova I, Kohoutek J, Falandysz J, Roots O *et al.* (2001b). Polychlorinated biphenyls (PCBs) contaminated sites world-wide: the case of the central and eastern European countries. In: Robertson LW, Hansen LG editors. *PCBs: Recent Advances in Environmental Toxicology and Health Effects.* Lexington (Ky): The University Press of Kentucky; pp. 81–3.

Hong JE, Pyo H, Park S-J, Lee W (2005a). Determination of hydroxyl-PCBs in urine by gas chromatography/mass spectrometry with solid-phase extraction and derivatization. *Anal Chim Acta*, 531(2):249–56. doi:10.1016/j.aca.2004.10.030

Hong JE, Pyo H, Park S-J, Lee W (2005b). Solid-phase microextraction with on-fiber derivatization for the determination of hydroxyl-polychlorinated biphenyl compounds in urine. *Anal Chim Acta*, 539(1–2):55–60. doi:10.1016/j.aca.2005.02.065

Hope B, Scatolini S, Titus E, Cotter J (1997). Distribution patterns of polychlorinated biphenyl congeners in water, sediment and biota from Midway Atoll (North Pacific Ocean). *Mar Pollut Bull*, 34(7):548–63. doi:10.1016/S0025-326X(96)00180-4

Hopf NB, Ruder AM, Succop P (2009a). Background levels of polychlorinated biphenyls in the U.S. population.

*Sci Total Environ*, 407(24):6109–19. doi:10.1016/j.scitotenv.2009.08.035 PMID:19773016

Hopf NB, Ruder MA (2014). Historical reconstruction of polychlorinated biphenyl (PCB) exposures for workers in a capacitor manufacturing plant. *Environ Sci Pollut Res Int*, 21(10):6419–33. doi:10.1007/s11356-013-1590-4 PMID:23475444

Hopf NB, Waters MA, Ruder AM (2009b). Cumulative exposure estimates for polychlorinated biphenyls using a job-exposure matrix. *Chemosphere*, 76(2):185–93. doi:10.1016/j.chemosphere.2009.03.058 PMID:19394668

Hopf NB, Waters MA, Ruder AM, Prince MM (2010). Development of a retrospective job exposure matrix for PCB-exposed workers in capacitor manufacturing. *J Occup Health*, 52(4):199–208. doi:10.1539/joh.L9151 PMID:20467200

Horii Y, Jiang Q, Hanari N, Lam PK, Yamashita N, Jansing R *et al.* (2010). Polychlorinated dibenzo-p-dioxins, dibenzofurans, biphenyls, and naphthalenes in plasma of workers deployed at the World Trade Center after the collapse. *Environ Sci Technol*, 44(13):5188–94. doi:10.1021/es100282d PMID:20455569

Hovander L, Linderholm L, Athanasiadou M, Athanassiadis I, Bignert A, Fängström B *et al.* (2006). Levels of PCBs and their metabolites in the serum of residents of a highly contaminated area in eastern Slovakia. *Environ Sci Technol*, 40(12):3696–703. doi:10.1021/es0525657 PMID:16830529

Hryhorczuk DO, Wallace WH, Persky V, Furner S, Webster JR Jr, Oleske D *et al.* (1998). A morbidity study of former pentachlorophenol-production workers. *Environ Health Perspect*, 106(7):401–8. doi:10.1289/ehp.98106401 PMID:9637797

Hsu JF, Guo YL, Yang SY, Liao PC (2005). Congener profiles of PCBs and PCDD/Fs in Yucheng victims fifteen years after exposure to toxic rice-bran oils and their implications for epidemiologic studies. *Chemosphere*, 61(9):1231–43. doi:10.1016/j.chemosphere.2005.03.081 PMID:15893794

Hsu ST, Ma CI, Hsu SK, Wu SS, Hsu NH, Yeh CC *et al.* (1985). Discovery and epidemiology of PCB poisoning in Taiwan: a four-year followup. *Environ Health Perspect*, 59:5–10. doi:10.2307/3429867 PMID:3921364

Hsu YK, Holsen TM, Hopke PK (2003). Locating and quantifying PCB sources in Chicago: receptor modeling and field sampling. *Environ Sci Technol*, 37(4):681–90. doi:10.1021/es025531x PMID:12636265

Hu D, Hornbuckle KC (2010). Inadvertent polychlorinated biphenyls in commercial paint pigments. *Environ Sci Technol*, 44(8):2822–7. doi:10.1021/es902413k PMID:19957996

Hung H, Halsall CJ, Blanchard P, Li HH, Fellin P, Stern G *et al.* (2001). Are PCBs in the Canadian Arctic atmosphere declining? Evidence from 5 years of monitoring.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 310

*Environ Sci Technol*, 35(7):1303–11. doi:10.1021/es001704b PMID:11348061

Hutzinger O, Safe S, Zitko V (1974). *The Chemistry of PCB's*. Cleveland (OH): Chemical Rubber Co.

Huwe JK, Larsen GL (2005). Polychlorinated dioxins, furans, and biphenyls, and polybrominated diphenyl ethers in a U.S. meat market basket and estimates of dietary intake. *Environ Sci Technol*, 39(15):5606–11. doi:10.1021/es050638g PMID:16124293

IARC (1978). Polychlorinated biphenyls and polybrominated biphenyls. *IARC Monogr Eval Carcinog Risk Chem Hum*, 18:1–124. PMID:215509

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7:1–440. PMID:3482203

Ibarluzea J, Alvarez-Pedrerol M, Guxens M, Marina LS, Basterrechea M, Lertxundi A *et al.*; INMA Project (2011). Sociodemographic, reproductive and dietary predictors of organochlorine compounds levels in pregnant women in Spain. *Chemosphere*, 82(1):114–20. doi:10.1016/j.chemosphere.2010.09.051 PMID:20965545

ICES (2000). Report of the Baltic Fisheries Assessment Working Group CM 2000/ ACFM: 14. International Council for the Exploration of the Sea

ICES (2012). Integrated marine environmental monitoring of chemicals and their effects. Davies IM, Vethaak D, editors. Report No. 315. Denmark: ICES Cooperative Research. International Council for the Exploration of the Sea; pp. 1–277.

Iida T, Hirakawa H, Matsueda T, Takenaka S, Yu ML, Guo YL (1999). Recent trend of polychlorinated dibenzo-p-dioxins and their related compounds in the blood and sebum of Yusho and Yu Cheng patients. *Chemosphere*, 38(5):981–93. doi:10.1016/S0045-6535(98)00360-9 PMID:10028655

Ikeda M, Yoshimura T (1996). Survival of patients. In: Kuratsune M, Yoshimura H, Hori Y, Okumura Yusho M editors. *A Human Disaster Caused by PCBs and Related Compounds*. Fukuoka, Kyushu: University Press; pp. 316–23.

Imamoglu I, Li K, Christensen ER, McMullin JK (2004). Sources and dechlorination of polychlorinated biphenyl congeners in the sediments of Fox River, Wisconsin. *Environ Sci Technol*, 38(9):2574–83. doi:10.1021/es035165x PMID:15180053

Imamura T, Kanagawa Y, Matsumoto S, Tajima B, Uenotsuchi T, Shibata S *et al.* (2007). Relationship between clinical features and blood levels of pentachlorodibenzofuran in patients with Yusho. *Environ Toxicol*, 22(2):124–31. doi:10.1002/tox.20251 PMID:17366567

INERIS (2013). State of the art of the contamination processes of equipment containing PCBs, and techniques used to control emissions thereof. No. DRC-13–133121–03381A. Ministry of Ecology, Development and Energy – General Office of Risk Prevention - Bureau of Prospective, Evaluation and Data, pp. 1–75.

Ingelido AM, Ballard T, Dellatte E, di Domenico A, Ferri F, Fulgenzi AR *et al.* (2007). Polychlorinated biphenyls (PCBs) and polybrominated diphenyl ethers (PBDEs) in milk from Italian women living in Rome and Venice. *Chemosphere*, 67(9):S301–6. doi:10.1016/j.chemosphere.2006.05.111 PMID:17257648

Ingelido AM, Brambilla G, Abballe A, di Domenico A, Fulgenzi AR, Iacovella N *et al.* (2012). PCDD, PCDF, and DL-PCB analysis in food: performance evaluation of the high-resolution gas chromatography/low-resolution tandem mass spectrometry technique using consensus-based samples. *Rapid Commun Mass Spectrom*, 26(3):236–42. doi:10.1002/rcm.5324 PMID:22223308

IOM; Institute of Medicine (2003). Dioxins and dioxin-like compounds in the food supply. Washington (DC): The National Academies Press

IOMC (1998). Inventory of worldwide capacities for destruction of PCBs. Inter-organization programme for the sound management of chemicals (IOMC): pp. 1–59.

IPCS (1993). Polychlorinated biphenyls and terphenyls. 2nd ed. Geneva, Switzerland: World Health Organization, International Programme on Chemical Safety (Environmental Health Criteria 140). Available from: http://www.inchem.org/documents/ehc/ehc/ehc140.htm, accessed 10 June 2014

IPCS (2003). Concise International Chemical Assessment Document 55. Polychlorinated Biphenyls: Human Health Aspects. Geneva, Switzerland: World Health Organisation; pp. 1–60. Available from: http://whqlibdoc.who.int/publications/2003/9241530553.pdf, accessed 10 June 2014.

Iwata H, Tanabe S, Ueda K, Tatsukawa R (1995). Persistent organochlorine residues in air, water, sediments, and soils from the lake Baikal region, Russia. *Environ Sci Technol*, 29(3):792–801. doi:10.1021/es00003a030 PMID:22200290

Jackson K, Aries E, Fisher R, Anderson DR, Parris A (2012). Assessment of exposure to PCDD/F, PCB, and PAH at a basic oxygen Steelmaking (BOS) and an iron ore sintering plant in the UK. *Ann Occup Hyg*, 56(1):37–48. doi:10.1093/annhyg/mer071 PMID:21989166

Jansson B, Sandberg J, Johansson N, Åstebro A (1997). PCB in elastic sealants — a major or minor problem? Swedish Environmental Agency Report 4697. [In Swedish with English summary].

Jarrell J, Chan S, Hauser R, Hu H (2005). Longitudinal assessment of PCBs and chlorinated pesticides in pregnant women from Western Canada. *Environ Health*, 4(1):10 doi:10.1186/1476-069X-4-10 PMID:15927085

Jayed M, Chafik A, Benbrahim S *et al.* (2010). Polychlorinated biphenyls and chlorinated pesticides in the mussel Mytilus galloprovincialis sampled along

the Moroccan Atlantic Coast. *Journal of Oceanography and Marine Science*, 1:93–98.

JEFCA (2002). Evaluation of certain food additives and contaminants. 57th report of the Joint FAO/WHO Expert Committee on Food additives (JEFCA). Geneva, Switzerland: World Health Organization. Available from: http://whqlibdoc.who.int/trs/WHO_TRS_909.pdf, accessed 24 June 2014

Jeremiason JD, Hornbuckle KC, Eisenreich SJ (1994). PCBs in Lake Superior, 1978–1992: Decreases in Water Concentrations Reflect Loss to Volatilization. *Environ Sci Technol*, 28(5):903–14. doi:10.1021/es00054a023 PMID:22191833

Jiang K, Li L, Chen Y, Jin J (1997). Determination of PCDD/Fs and Dioxin-Like PCBs in Chinese Commercial PCBs and Emissions from a Testing PCB Incinerator. *Chemosphere*, 34(5–7):941–50. doi:10.1016/S0045-6535(97)00397-4

Jiang Q, Hanari N, Miyake Y, Okazawa T, Lau RK, Chen K et al. (2007). Health risk assessment for polychlorinated biphenyls, polychlorinated dibenzo-p-dioxins and dibenzofurans, and polychlorinated naphthalenes in seafood from Guangzhou and Zhoushan, China. *Environ Pollut*, 148(1):31–9. doi:10.1016/j.envpol.2006.11.002 PMID:17254684

Johansen P, Muir D, Asmund G, Riget F (2004). Human exposure to contaminants in the traditional Greenland diet. *Sci Total Environ*, 331(1–3):189–206. doi:10.1016/j.scitotenv.2004.03.029 PMID:15325149

Johansson N, Hanberg A, Wingfors H et al. (2003). PCB in building sealant is influencing PCB levels in blood of residents. *Organohalogen Compd*, 63:381–4.

Johnson GW, Quensen JF 3rd, Chiarenzelli JR et al. (2000). Polychlorinated Biphenyls. In: Morrison RD, Murphy BL editors. *Environmental Forensics: Contaminant Specific Guide*. Academic Press; pp. 187–214.

Johnson JC, Van Emon JM (1996). Quantitative enzyme-linked immunosorbent assay for determination of polychlorinated biphenyls in environmental soil and sediment samples. *Anal Chem*, 68(1):162–9. doi:10.1021/ac950410j PMID:21619232

Jones JW, Alden HS (1936). An acneform dermatergosis. *Arch Derm Syphilol*, 33(6):1022–34. doi:10.1001/archderm.1936.01470120073010

Jursa S, Chovancová J, Petrík J, Loksa J (2006). Dioxin-like and non-dioxin-like PCBs in human serum of Slovak population. *Chemosphere*, 64(4):686–91. doi:10.1016/j.chemosphere.2005.10.048 PMID:16337987

Kalachova K, Pulkrabova J, Drabova L, Cajka T, Kocourek V, Hajslova J (2011). Simplified and rapid determination of polychlorinated biphenyls, polybrominated diphenyl ethers, and polycyclic aromatic hydrocarbons in fish and shrimps integrated into a single method. *Anal Chim Acta*, 707(1–2):84–91. doi:10.1016/j.aca.2011.09.016 PMID:22027123

Kalina I, Šrám RJ, Konecná H, Ondrusseková A (1991). Cytogenetic analysis of peripheral blood lymphocytes in workers occupationally exposed to polychlorinated biphenyls. *Teratog Carcinog Mutagen*, 11(2):77–82. doi:10.1002/tcm.1770110203 PMID:1686676

Kang J-H, Park H, Chang Y-S, Choi J-W (2008). Distribution of organochlorine pesticides (OCPs) and polychlorinated biphenyls (PCBs) in human serum from urban areas in Korea. *Chemosphere*, 73(10):1625–31. doi:10.1016/j.chemosphere.2008.07.087 PMID:18829066

Kania-Korwel I, Garrison AW, Avants JK, Hornbuckle KC, Robertson LW, Sulkowski WW et al. (2006). Distribution of chiral PCBs in selected tissues in the laboratory rat. *Environ Sci Technol*, 40(12):3704–10. doi:10.1021/es0602086 PMID:16830530

Kania-Korwel I, Hornbuckle KC, Robertson LW, Lehmler H-J (2008). Dose-dependent enantiomeric enrichment of 2,2′,3,3′,6,6′-hexachlorobiphenyl in female mice. *Environ Toxicol Chem*, 27(2):299–305. doi:10.1897/07-359R.1 PMID:18348647

Kania-Korwel I, Lehmler HJ (2013). Assigning atropisomer elution orders using atropisomerically enriched polychlorinated biphenyl fractions generated by microsomal metabolism. *J Chromatogr A*, 1278:133–44. doi:10.1016/j.chroma.2012.12.041 PMID:23347976

Kania-Korwel I, Shaikh NS, Hornbuckle KC, Robertson LW, Lehmler HJ (2007). Enantioselective disposition of PCB 136 (2,2′,3,3′,6,6′-hexachlorobiphenyl) in C57BL/6 mice after oral and intraperitoneal administration. *Chirality*, 19(1):56–66. doi:10.1002/chir.20342 PMID:17089340

Kannan N, Schulz-Bull DE, Petrick G, Duinker JC, Macht-Hausmann M, Wasserman O (1994). Toxic chlorobiphenyls in adipose tissue and whole blood of an occupationally/accidentally exposed man and the general population. *Arch Environ Health*, 49(5):375–83. doi:10.1080/00039896.1994.9954990 PMID:7944570

Karppanen E, Kolho L (1972). The concentration of PCB in human blood and adipose tissue in three different research groups. In: PCB Conference II, Stockholm.

Kashimoto T, Miyata H, Fukushima S, Kunita N, Ohi G, Tung TC (1985). PCBs, PCQs and PCDFs in blood of yusho and yu-cheng patients. *Environ Health Perspect*, 59:73–8. doi:10.2307/3429877 PMID:3921368

Kawashiro Y, Fukata H, Omori-Inoue M, Kubonoya K, Jotaki T, Takigami H et al. (2008). Perinatal exposure to brominated flame retardants and polychlorinated biphenyls in Japan. *Endocr J*, 55(6):1071–84. doi:10.1507/endocrj.K08E-155 PMID:18719292

Kelly KJ, Connelly E, Reinhold GA, Byrne M, Prezant DJ (2002). Assessment of health effects in New York City firefighters after exposure to polychlorinated biphenyls (PCBs) and polychlorinated dibenzofurans (PCDFs): the Staten Island Transformer Fire Health

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 312

Surveillance Project. *Arch Environ Health*, 57(4):282–93. doi:10.1080/00039890209601411 PMID:12530594

Kelly TH, Czuczwa JM, Sticksel PR, Sverdrup GM, Koval PJ, Hodanbosi RF (1991). Atmospheric and tributary inputs of toxic substances to Lake Erie. *J Great Lakes Res*, 17(4):504–16. doi:10.1016/S0380-1330(91)71386-5

Kerns BA (1975). Comments on behalf of Westinghouse. In: National Conference on polychlorinated biphenyls. Chicago (IL): Environmental Pollution Agency; pp. 361–362.

Khim JS, Lee KT, Kannan K, Villeneuve DL, Giesy JP, Koh CH (2001). Trace organic contaminants in sediment and water from Ulsan Bay and its vicinity, Korea. *Arch Environ Contam Toxicol*, 40(2):141–50. doi:10.1007/s002440010157 PMID:11243315

Kim H, Fisher JW (2008). Determination of polychlorinated biphenyl 126 in liver and adipose tissues by GC-µECD with liquid extraction and SPE clean-up. *Chromatographia*, 68(3–4):307–9. doi:10.1365/s10337-008-0694-3

Kimbrough RD, Doemland ML, LeVois ME (1999). Mortality in male and female capacitor workers exposed to polychlorinated biphenyls. *J Occup Environ Med*, 41(3):161–71. doi:10.1097/00043764-199903000-00005 PMID:10091139

Kimbrough RD, Doemland ML, Mandel JS (2003). A mortality update of male and female capacitor workers exposed to polychlorinated biphenyls. *J Occup Environ Med*, 45(3):271–82. doi:10.1097/01.jom.0000052959.59271.59 PMID:12661184

Kitamura K, Kikuchi Y, Watanabe S, Waechter G, Sakurai H, Takada T (2000). Health effects of chronic exposure to polychlorinated dibenzo-p-dioxins (PCDD), dibenzofurans (PCDF) and coplanar PCB (Co-PCB) of municipal waste incinerator workers. [Erratum appears in J Epidemiol 2000 Sep;10(5):361]*J Epidemiol*, 10(4):262–70. doi:10.2188/jea.10.262 PMID:10959609

Kiviranta H, Ovaskainen ML, Vartiainen T (2004). Market basket study on dietary intake of PCDD/Fs, PCBs, and PBDEs in Finland. *Environ Int*, 30(7):923–32. doi:10.1016/j.envint.2004.03.002 PMID:15196840

Kiviranta H, Vartiainen T, Parmanne R, Hallikainen A, Koistinen J (2003). PCDD/Fs and PCBs in Baltic herring during the 1990s. *Chemosphere*, 50(9):1201–16. doi:10.1016/S0045-6535(02)00481-2 PMID:12547334

Klánová J, Cupr P, Holoubek I, Borůvková J, Pribylová P, Kares R et al. (2009). Monitoring of persistent organic pollutants in Africa. Part 1: passive air sampling across the continent in 2008. *J Environ Monit*, 11(11):1952–63. doi:10.1039/b913415h PMID:19890552

Knobeloch L, Turyk M, Imm P, Anderson H (2012). Polychlorinated biphenyls in vacuum dust and blood of residents in 20 Wisconsin households. *Chemosphere*, 86(7):735–40. doi:10.1016/j.chemosphere.2011.10.048 PMID:22104335

Knobeloch L, Turyk M, Imm P, Schrank C, Anderson H (2009). Temporal changes in PCB and DDE levels among a cohort of frequent and infrequent consumers of Great Lakes sportfish. *Environ Res*, 109(1):66–72. doi:10.1016/j.envres.2008.08.010 PMID:18950754

Kocan A (2000). PCBs and dioxins in Slovakia. In: Proceedings of the Subregional Workshop on Identification and Management of PCBs and Dioxins/Furans. Geneva: UNEP Chemicals; pp. 149–154.

Kocan A (2001). Country report on POPs: current situation in the Slovak Republic and problems to be solved. In: ICS proceedings of POPs and Pesticides Contamination Remediation Technologies and Clean Technologies for the Reduction and Elimination of POPs. Trieste, Italy: ICS-UNIDO; pp. 291–302.

Kocan A, Petrik J, Drobna B, Chovancova J (1994). Levels of PCBs and some organochlorine pesticides in the human population from selected areas of the Slovak Republic. Part II. Adipose tissue. *Organohalogen Compd*, 21:147–151.

Koci K (1998). The trend of POP pollution in the Albanian Adriatic Coast. Case study: PCBs (1992–1996). United Nations Environment Program/Intergovernmental Forum on Chemical Safety, pp. 101–106. Available from: http://www.chem.unep.ch/pops/POPs_Inc/proceedings/slovenia/koci.html, accessed 11 May 2015.

Kodavanti PR, Kannan N, Yamashita N, Derr-Yellin EC, Ward TR, Burgin DE et al. (2001). Differential effects of two lots of aroclor 1254: congener-specific analysis and neurochemical end points. *Environ Health Perspect*, 109(11):1153–61. doi:10.1289/ehp.011091153 PMID:11713001

Kohler M, Tremp J, Zennegg M, Seiler C, Minder-Kohler S, Beck M et al. (2005). Joint sealants: an overlooked diffuse source of polychlorinated biphenyls in buildings. *Environ Sci Technol*, 39(7):1967–73. doi:10.1021/es048632z PMID:15871225

Koizumi A, Yoshinaga T, Harada K, Inoue K, Morikawa A, Muroi J et al. (2005). Assessment of human exposure to polychlorinated biphenyls and polybrominated diphenyl ethers in Japan using archived samples from the early 1980s and mid-1990s. *Environ Res*, 99(1):31–9. doi:10.1016/j.envres.2004.12.002 PMID:16053925

Kontsas H, Pekari K, Riala R, Bäck B, Rantio T, Priha E (2004). Worker exposure to polychlorinated biphenyls in elastic polysulphide sealant renovation. *Ann Occup Hyg*, 48(1):51–5. doi:10.1093/annhyg/meg092 PMID:14718345

Koopman-Esseboom C, Morse DC, Weisglas-Kuperus N, Lutkeschipholt IJ, Van der Paauw CG, Tuinstra LG et al. (1994). Effects of dioxins and polychlorinated biphenyls on thyroid hormone status of pregnant women and their infants. *Pediatr Res*, 36(4):468–73. doi:10.1203/00006450-199410000-00009 PMID:7816522

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 313

Korrick SA, Altshul LM, Tolbert PE, Burse VW, Needham LL, Monson RR (2000). Measurement of PCBs, DDE, and hexachlorobenzene in cord blood from infants born in towns adjacent to a PCB-contaminated waste site. *J Expo Anal Environ Epidemiol*, 10(6 Pt 2):743–54. doi:10.1038/sj.jea.7500120 PMID:11138666

Krauthacker B, Votava-Raić A, Herceg Romanić S, Tjesić-Drinković D, Tjesić-Drinković D, Reiner E (2009). Persistent organochlorine compounds in human milk collected in Croatia over two decades. *Arch Environ Contam Toxicol*, 57(3):616–22. doi:10.1007/s00244-009-9301-3 PMID:19247566

Kucklick JR, Bidleman TF, McConnell LL, Walla MD, Ivanov GP (1994). Organochlorines in the water and biota of Lake Baikal, Siberia. *Environ Sci Technol*, 28(1):31–7. doi:10.1021/es0050a006 PMID:22175830

Kuratsune M (1996). Investigation of the Cause of the "Strange Disease". In: Kuratsune M, Yoshimura H, Hori Y, Okumura M, Masuda Y editors. *Yusho: A Human Disaster Caused by PCBs and Related Compounds*. Fukuoka: Kyushu University Press; pp. 15-46.

Kuusisto S, Lindroos O, Rantio T *et al.* (2006). Occurrence of PCB-containing indoor paints in Finland – Preliminary Inventory. In: de Oliveira Fernandes E, Gameiro da Silva M, Rosado Pinto J, editors. HB 2006 Healthy buildings Lisboa, 4–8 June 2006. Proceedings vol. IV Materials, Systems and Technologies for Healthy Buildings: pp. 121–124.

Kuusisto S, Lindroos O, Rantio T, Priha E, Tuhkanen T (2007). PCB contaminated dust on indoor surfaces–health risks and acceptable surface concentrations in residential and occupational settings. *Chemosphere*, 67(6):1194–201. doi:10.1016/j.chemosphere.2006.10.060 PMID:17166563

Kylin H (1994). Airborne Lipophilic Pollutants in Pine Needles. Doctoral Dissertation. Environmental Chemistry. Stockholm, Sweden: Wallenberg Laboratory Stockholm University.

Kylin H, Grimvall E, Oestman C (1994). Environmental monitoring of polychlorinated biphenyls using pine needles as passive samplers. *Environ Sci Technol*, 28(7):1320–4. doi:10.1021/es00056a021 PMID:22176325

Laden F, Hankinson SE, Wolff MS, Colditz GA, Willett WC, Speizer FE *et al.* (2001b). Plasma organochlorine levels and the risk of breast cancer: an extended follow-up in the Nurses' Health Study. *Int J Cancer*, 91(4):568–74. doi:10.1002/1097-0215(200002)9999:9999<::AID-IJC1081>3.0.CO;2-W PMID:11251983

Lake IR, Foxall CD, Fernandes A, Lewis M, Rose M, White O *et al.* (2013). Seasonal variations in the levels of PCDD/Fs, PCBs and PBDEs in cows' milk. *Chemosphere*, 90(1):72–9. doi:10.1016/j.chemosphere.2012.07.038 PMID:22921437

Lambert GH, Needham LL, Turner W, Lai TJ, Patterson DG Jr, Guo YL (2006). Induced CYP1A2 activity as a phenotypic biomarker in humans highly exposed to certain PCBs/PCDFs. *Environ Sci Technol*, 40(19):6176–80. doi:10.1021/es0608646 PMID:17051818

Lan CF, Chen PH, Shieh LL, Chen YH (1981). An epidemiological study on polychlorinated biphenyls poisoning in Taichung area. [In Chinese]*Clin.Med.(Taipei)*, 7:96–100.

Langer P, Kausitz J, Tajtáková M, Kocan A, Bohov P, Hanzen E (1997). Decreased blood level of beta 2-microglobulin in the employees of a factory which produced polychlorinated biphenyls. *Chemosphere*, 34(12):2595–600. doi:10.1016/S0045-6535(97)00102-1 PMID:9204542

Langer P, Kocan A, Tajtaková M, Petrík J, Chovancová J, Drobná B *et al.* (2007). Fish from industrially polluted freshwater as the main source of organochlorinated pollutants and increased frequency of thyroid disorders and dysglycemia. *Chemosphere*, 67(9):S379–85. doi:10.1016/j.chemosphere.2006.05.132 PMID:17222442

Langer P, Tajtáková M, Guretzki HJ, Kocan A, Petrík J, Chovancová J *et al.* (2002). High prevalence of anti-glutamic acid decarboxylase (anti-GAD) antibodies in employees at a polychlorinated biphenyl production factory. *Arch Environ Health*, 57(5):412–5. doi:10.1080/00039890209601429 PMID:12641181

Lankatilake K, Samaranayake D, Piyathunga K (2012). Exposure to polychlorinated biphenyls (PCBs) among welders in Sri Lanka. *Int J Occup Environ Health*, 18(2):110–5. doi:10.1179/1077352512Z.00000000012 PMID:22762490

Larsen BR, Lokke H, Rasmussen L, Lokke H (1985). Accumulation of chlorinated hydrocarbons in moss from artificial rainwater. *Oikos*, 44(3):423–9. doi:10.2307/3565783

Lawton RW, Ross MR, Feingold J, Brown JF Jr (1985). Effects of PCB exposure on biochemical and hematological findings in capacitor workers. *Environ Health Perspect*, 60:165–84. doi:10.1289/ehp.8560165 PMID:2863133

Le Bizec B, Vorkamp K, Marchand P, Vaccher V (2015). Analyse chimique des polychlorobiphényles. Passé, présent, future. In: Amiard J-C, Meunier T, Babut M editors. *PCB, santé et environnement. Un cas d'école*. Lavoisier, Technique & Doc.

Lee D-H, Lind PM, Jacobs DR Jr, Salihovic S, van Bavel B, Lind L (2011). Polychlorinated biphenyls and organochlorine pesticides in plasma predict development of type 2 diabetes in the elderly: the prospective investigation of the vasculature in Uppsala Seniors (PIVUS) study. *Diabetes Care*, 34(8):1778–84. doi:10.2337/dc10-2116 PMID:21700918

Lees PS, Corn M, Breysse PN (1987). Evidence for dermal absorption as the major route of body entry during exposure of transformer maintenance and repairmen to PCBs. *Am Ind Hyg Assoc J*, 48(3):257–64. doi:10.1080/15298668791384715 PMID:3107363

Lehmler HJ, Harrad SJ, Hühnerfuss H, Kania-Korwel I, Lee CM, Lu Z et al. (2010). Chiral polychlorinated biphenyl transport, metabolism, and distribution: a review. Environ Sci Technol, 44(8):2757–66. doi:10.1021/es902208u PMID:20384371

Lehmler HJ, Robertson LW (2001). Atropisomers of PCBs. In: Robertson LW, Hansen LG editors. PCBs: Recent Advances in Environmental Toxicology and Health Effects. Lexington (KY): University Press of Kentucky; pp 61–65.

Leung A, Cai ZW, Wong MH (2006). Environmental contamination from electronic waste recycling at Guiyu, southeast China. J. Mater. Cycles Waste Manag., 8(1):21–33. doi:10.1007/s10163-005-0141-6

Li J, Zhang L, Wu Y, Liu Y, Zhou P, Wen S et al. (2009). A national survey of polychlorinated dioxins, furans (PCDD/Fs) and dioxin-like polychlorinated biphenyls (dl-PCBs) in human milk in China. Chemosphere, 75(9):1236–42. doi:10.1016/j.chemosphere.2009.01.073 PMID:19251302

Li QQ, Loganath A, Chong YS, Tan J, Obbard JP (2006). Levels of persistent organic pollutant residues in human adipose and muscle tissues in Singapore. J Toxicol Environ Health A, 69(21):1927–37. doi:10.1080/15287390600751306 PMID:16982531

Li YF, Harner T, Liu L, Zhang Z, Ren NQ, Jia H et al. (2010). Polychlorinated biphenyls in global air and surface soil: distributions, air-soil exchange, and fractionation effect. Environ Sci Technol, 44(8):2784–90. doi:10.1021/es901871e PMID:20384373

Liebl B, Schettgen T, Kerscher G, Broding HC, Otto A, Angerer J et al. (2004). Evidence for increased internal exposure to lower chlorinated polychlorinated biphenyls (PCB) in pupils attending a contaminated school. Int J Hyg Environ Health, 207(4):315–24. doi:10.1078/1438-4639-00296 PMID:15471095

Lin Y-Y, Liu G, Wai CM, Lin Y (2008). Bioelectrochemical immunoassay of polychlorinated biphenyl. Anal Chim Acta, 612(1):23–8. doi:10.1016/j.aca.2008.01.080 PMID:18331854

Lindell B (2012). Lindell B; The Nordic Expert Group for Criteria Documentation of Health Risks from Chemicals. 146. Polychlorinated biphenyls (PCBs). Gothenburg, Sweden: University of Gothenburg. ISBN 978–91–85971–35–0, ISSN 0346–7821. Available from: http://www.av.se/arkiv/neg/publications/, accessed 10 June 2014.

Link B, Gabrio T, Zoellner I, Piechotowski I, Paepke O, Herrmann T et al. (2005). Biomonitoring of persistent organochlorine pesticides, PCDD/PCDFs and dioxin-like PCBs in blood of children from South West Germany (Baden-Wuerttemberg) from 1993 to 2003. Chemosphere, 58(9):1185–201. doi:10.1016/j.chemosphere.2004.09.061 PMID:15667840

Liss GM (1989). Mortality and Cancer Morbidity Among Transformer Manufacturing Workers. Toronto: Ontario Ministry of Labour Policy and Regulations Branch Health Studies Service.

Liu G, Zheng M, Jiang G, Cai Z, Wu Y (2013). Dioxin Analysis in China. Trends Analyt Chem, 46:178–88. doi:10.1016/j.trac.2012.05.012

Liu YP, Li JG, Zhao YF, Wen S, Huang FF, Wu YN (2011). Polybrominated diphenyl ethers (PBDEs) and indicator polychlorinated biphenyls (PCBs) in marine fish from four areas of China. Chemosphere, 83(2):168–74. doi:10.1016/j.chemosphere.2010.12.045 PMID:21220147

Llobet JM, Bocio A, Domingo JL, Teixidó A, Casas C, Müller L (2003b). Levels of polychlorinated biphenyls in foods from Catalonia, Spain: estimated dietary intake. J Food Prot, 66(3):479–84. PMID:12636304

Llobet JM, Domingo JL, Bocio A, Casas C, Teixidó A, Müller L (2003a). Human exposure to dioxins through the diet in Catalonia, Spain: carcinogenic and non-carcinogenic risk. Chemosphere, 50(9):1193–200. doi:10.1016/S0045-6535(02)00630-6 PMID:12547333

Lloyd JW, Moore RMJ Jr, Woolf BS, Stein HP (1976). Polychlorinated biphenyls. J Occup Med, 18(2):109–13. PMID:814212

Lohmann R, Booij K, Smedes F, Vrana B (2012). Use of passive sampling devices for monitoring and compliance checking of POP concentrations in water. Environ Sci Pollut Res Int, 19(6):1885–95. doi:10.1007/s11356-012-0748-9 PMID:22767286

Loomis D, Browning SR, Schenck AP, Gregory E, Savitz DA (1997). Cancer mortality among electric utility workers exposed to polychlorinated biphenyls. Occup Environ Med, 54(10):720–8. doi:10.1136/oem.54.10.720 PMID:9404319

Lordo RA, Dinh KT, Schwemberger JG (1996). Semivolatile organic compounds in adipose tissue: estimated averages for the US population and selected subpopulations. Am J Public Health, 86(9):1253–9. doi:10.2105/AJPH.86.9.1253 PMID:8806577

Loutfy N, Fuerhacker M, Tundo P, Raccanelli S, Ahmed MT (2007). Monitoring of polychlorinated dibenzo-p-dioxins and dibenzofurans, dioxin-like PCBs and polycyclic aromatic hydrocarbons in food and feed samples from Ismailia city, Egypt. Chemosphere, 66(10):1962–70. doi:10.1016/j.chemosphere.2006.07.081 PMID:17023023

Loutfy N, Fuerhacker M, Tundo P, Raccanelli S, El Dien AG, Ahmed MT (2006). Dietary intake of dioxins and dioxin-like PCBs, due to the consumption of dairy products, fish/seafood and meat from Ismailia city, Egypt. Sci Total Environ, 370(1):1–8. doi:10.1016/j.scitotenv.2006.05.012 PMID:16806402

Lu D, Wang D, Ip HSS, Barley F, Ramage R, She J (2012). Measurements of polybrominated diphenyl ethers and polychlorinated biphenyls in a single drop of blood. J Chromatogr B Analyt Technol Biomed Life

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 315

*Sci*, 891–892:36–43. doi:10.1016/j.jchromb.2012.02.016 PMID:22406104

Lung SC, Guo YL, Chang HY (2005). Serum concentrations and profiles of polychlorinated biphenyls in Taiwan Yu-cheng victims twenty years after the incident. *Environ Pollut*, 136(1):71–9. doi:10.1016/j.envpol.2004.12.001 PMID:15809109

Luotamo M, Järvisalo J, Aitio A, Elo O, Vuojolahti P (1984). Biological monitoring of workers exposed to polychlorinated biphenyl compounds in capacitor accidents. *IARC Sci Publ*, 59(59):307–11. PMID:6443610

Ma J, Qiu X, Ren A, Jin L, Zhu T (2012). Using placenta to evaluate the polychlorinated biphenyls (PCBs) and polybrominated diphenyl ethers (PBDEs) exposure of fetus in a region with high prevalence of neural tube defects. *Ecotoxicol Environ Saf*, 86:141–6. doi:10.1016/j.ecoenv.2012.09.005 PMID:23022394

Malkin R (1995). Occupational and environmental lead and PCB exposure at a scrap metal dealer. *Environ Res*, 70(1):20–3. doi:10.1006/enrs.1995.1041 PMID:8603654

Mallin K, McCann K, D'Aloisio A, Freels S, Piorkowski J, Dimos J *et al.* (2004). Cohort mortality study of capacitor manufacturing workers, 1944–2000. *J Occup Environ Med*, 46(6):565–76. doi:10.1097/01.jom.0000128156.24767.12 PMID:15213519

Mari M, Schuhmacher M, Domingo JL (2009). Levels of metals and organic substances in workers at a hazardous waste incinerator: a follow-up study. *Int Arch Occup Environ Health*, 82(4):519–28. doi:10.1007/s00420-008-0350-0 PMID:18712406

Mari M, Schuhmacher M, Feliubadaló J, Domingo JL (2008). Air concentrations of PCDD/Fs, PCBs and PCNs using active and passive air samplers. *Chemosphere*, 70(9):1637–43. doi:10.1016/j.chemosphere.2007.07.076 PMID:17850842

Maroni M, Colombi A, Arbosti G, Cantoni S, Foa V (1981b). Occupational exposure to polychlorinated biphenyls in electrical workers. II. Health effects. *Br J Ind Med*, 38(1):55–60. PMID:6451237

Maroni M, Colombi A, Cantoni S, Ferioli E, Foa V (1981a). Occupational exposure to polychlorinated biphenyls in electrical workers. I. Environmental and blood polychlorinated biphenyls concentrations. *Br J Ind Med*, 38(1):49–54. PMID:6781529

Masuda Y (1994a). The Yusho rice oil poisoning incident. In: Schecter A editor. *Dioxins and Health*. New York (NY): Plenum Press; pp. 633–59.

Masuda Y (1994b). Approach to risk assessment of chlorinated dioxins from Yusho PCB poisoning. *Organohalogen Compd*, 21:1–10.

Masuda Y, Kagawa R, Kurantsune M (1974). Comparison of polychlorinated biphenyls in Yusho patients and ordinary persons. *Bull Environ Contam Toxicol*, 11(3):213–6. doi:10.1007/BF01685094 PMID:4215494

Masuda Y, Kuroki H, Haraguchi K, Nagayama J (1986). PCDFs and related compounds in humans from Yusho and Yu-Cheng incidents. *Chemosphere*, 15(9–12):1621–8. doi:10.1016/0045-6535(86)90446-7

Masuda Y, Schecter A, Päpke O (1998). Concentrations of PCBs, PCDFs and PCDDs in the blood of Yusho patients and their toxic equivalent contribution. *Chemosphere*, 37(9):1773–80. doi:10.1016/S0045-6535(98)00242-2 PMID:9828305

Masuda Y, Yoshimura H (1982). Chemical analysis and toxicity of polychlorinated biphenyls and dibenzofurans in relation to Yusho. *J Toxicol Sci*, 7(3):161–75. doi:10.2131/jts.7.161 PMID:6818356

Matsueda T, Iida T, Hirakawa H, Fukamachi K, Tokiwa H, Nagayama J (1993). Toxic evaluation of PCDDs, PCDFs and coplanar PCBs in breast-fed babies of Yusho and healthy mothers. *Chemosphere*, 27(1–3):Nos.l-3: 187–94. doi:10.1016/0045-6535(93)90292-D

McConnell LL, Bidleman TF, Cotham WE *et al.* (1998). Air concentrations of organochlorine insecticides and polychlorinated biphenyls over Green Bay, WI, and the four lower Great Lakes. *Environ Pollut*, 101(3):391–9. doi:10.1016/S0269-7491(98)00030-X

McConnell LL, Kucklick JR, Bidleman TF, Ivanov GP, Chernyak SM (1996). Air-water gas exchange of organochlorine compounds in Lake Baikal, Russia. *Environ Sci Technol*, 30(10):2975–83. doi:10.1021/es9509487

Meigs JW, Albom JJ, Kartin BL (1954). Chloracne from an unusual exposure to Arochlor. *J Am Med Assoc*, 154(17):1417–8. doi:10.1001/jama.1954.02940510017007 PMID:13151867

Menichini E, Iacovella N, Monfredini F, Turrio-Baldassarri L (2007). Atmospheric pollution by PAHs, PCDD/Fs and PCBs simultaneously collected at a regional background site in central Italy and at an urban site in Rome. *Chemosphere*, 69(3):422–34. doi:10.1016/j.chemosphere.2007.04.078 PMID:17604079

Migaszewski ZM (1999). Determining organic compound ratios in soils and vegetation of the Holy Cross Mts., Poland. *Water Air Soil Pollut*, 111(1/4):123–38. doi:10.1023/A:1005052731693

Mills SA 3rd, Thal DI, Barney J (2007). A summary of the 209 PCB congener nomenclature. *Chemosphere*, 68(9):1603–12. doi:10.1016/j.chemosphere.2007.03.052 PMID:17499337

Ministry of Environment and Forests (2008). Hazardous Wastes (Management, Handling and Transboundary Movement) Rules. Available from: http://wtert.in/wp-content/uploads/2013/02/Hazardous-Wastes-Management-Handling-and-Transboundary-Movement-Rules-2008.pdf, accessed 23 June 2014

Moon HB, Kim HS, Choi M, Yu J, Choi HG (2009). Human health risk of polychlorinated biphenyls and organochlorine pesticides resulting from seafood consumption in South Korea, 2005–2007. *Food Chem Toxicol*, 47(8):1819–25. doi:10.1016/j.fct.2009.04.028 PMID:19406197

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 316

Moon HB, Lee DH, Lee YS, Choi M, Choi HG, Kannan K (2012). Polybrominated diphenyl ethers, polychlorinated biphenyls, and organochlorine pesticides in adipose tissues of Korean women. *Arch Environ Contam Toxicol*, 62(1):176–84. doi:10.1007/s00244-011-9679-6 PMID:21594673

Moon HB, Ok G (2006). Dietary intake of PCDDs, PCDFs and dioxin-like PCBs, due to the consumption of various marine organisms from Korea. *Chemosphere*, 62(7):1142–52. doi:10.1016/j.chemosphere.2005.06.019 PMID:16083945

Muckle G, Ayotte P, Dewailly E E, Jacobson SW, Jacobson JL (2001). Prenatal exposure of the northern Québec Inuit infants to environmental contaminants. *Environ Health Perspect*, 109(12):1291–9. PMID:11748038

Muñoz-de-Toro M, Beldoménico HR, García SR, Stoker C, De Jesús JJ, Beldoménico PM *et al.* (2006). Organochlorine levels in adipose tissue of women from a littoral region of Argentina. *Environ Res*, 102(1):107–12. doi:10.1016/j.envres.2005.12.017 PMID:16480710

Murphy TJ, Mullin MD, Meyer JA (1987). Equilibration of polychlorinated biphenyls and toxaphene with air and water. [American Chemical Society.]*Environ Sci Technol*, 21(2):155–62. doi:10.1021/es00156a005

Muscat JE, Britton JA, Djordjevic MV, Citron ML, Kemeny M, Busch-Devereaux E *et al.* (2003). Adipose concentrations of organochlorine compounds and breast cancer recurrence in Long Island, New York. *Cancer Epidemiol Biomarkers Prev*, 12(12):1474–8. PMID:14693740

Musial CJ, Hutzinger O, Zitko V, Crocker J (1974). Presence of PCB, DDE and DDT in human milk in the provinces of New Brunswick and NOVA Scotia, Canada. *Bull Environ Contam Toxicol*, 12(3):258–67. doi:10.1007/BF01709117 PMID:4215516

Nagayama J, Kuratsune M, Masuda Y (1976). Determination of chlorinated dibenzofurans in Kanechlors and "Yusho oil". *Bull Environ Contam Toxicol*, 15(1):9–13. doi:10.1007/BF01686189 PMID:819071

Nagayama J, Masuda Y, Kuratsune M (1977). Determination of polychlorinated dibenzofurans in tissues of patients with 'Yusho'. *Food Cosmet Toxicol*, 15(3):195–8. doi:10.1016/S0015-6264(77)80389-1 PMID:408249

Nagayama J, Todaka T, Hirakawa H, Hori T, Kajiwara J, Yoshimura T *et al.* (2010). Polychlorinated dibenzofurans as a causal agent of fetal Yusho. *Chemosphere*, 80(5):513–8. doi:10.1016/j.chemosphere.2010.04.062 PMID:20494401

Nakata H, Kawazoe M, Arizono K, Abe S, Kitano T, Shimada H *et al.* (2002b). Organochlorine pesticides and polychlorinated biphenyl residues in foodstuffs and human tissues from China: status of contamination, historical trend, and human dietary exposure. *Arch Environ Contam Toxicol*, 43(4):473–80. doi:10.1007/s00244-002-1254-8 PMID:12399919

Nakata H, Sakai Y, Miyawaki T (2002a). Growth-dependent and species-specific accumulation of polychlorinated biphenyls (PCBs) in tidal flat organisms collected from the Ariake Sea, Japan. *Arch Environ Contam Toxicol*, 42(2):222–8. doi:10.1007/s00244-001-0002-9 PMID:11815814

Nakata H, Tanabe S, Tatsukawa R, Amano M, Miyazaki N, Petrov EA (1995). Persistent organochlorine residues and their accumulation kinetics in Baikal seal (*Phoca sibirica*) from Lake Baikal, Russia. *Environ Sci Technol*, 29(11):2877–85. doi:10.1021/es00011a026 PMID:22206538

Nakata H, Tanabe S, Tatsukawa R, Amano M, Miyazaki N, Petrov EA (1997). Bioaccumulation profiles of polychlorinated biphenyls including coplanar congeners and possible toxicological implications in Baikal seal (*Phoca sibirica*). *Environ Pollut*, 95(1):57–65. doi:10.1016/S0269-7491(96)00092-9 PMID:15093474

NATO-CCMS; Committee on the Challenges to Modern Society (1988). Scientific basis for the development of international toxicity equivalency (I-TEF) factor method of risk assessment for complex mixtures of dioxins and related compounds. Report No. 178. Pilot study on international information exchange on dioxins and related compounds. Available from: http://daccess-ods.un.org/access.nsf/Get?Open&DS=ECE/EB.AIR/WG.5/2009/6&Lang=E, accessed 24 June 2014.

Needham LL, Barr DB, Caudill SP, Pirkle JL, Turner WE, Osterloh J *et al.* (2005). Concentrations of environmental chemicals associated with neurodevelopmental effects in U.S. population. *Neurotoxicology*, 26(4):531–45. doi:10.1016/j.neuro.2004.09.005 PMID:16112319

Neisel F, von Manikowsky S, Schümann M, Feindt W, Hoppe HW, Melchiors U (1999). [Human biomonitoring of polychlorinated biphenyls in 130 exposed elementary school children] *Gesundheitswesen*, 61(3):137–49. PMID:10226386

Nicholson WJSH, Selikoff IJ (1987). Mortality experience of workers exposed to polychlorinated biphenyls during manufacture of electrical capacitors. Report to the Industrial Disease Standards Panel, Ontario Ministry of Labor. Ontario, Canada: Ontario Ministry of Labor.

NICNAS (1989). Industrial Chemicals (Notification and Assessment) Act 1989. Sydney, Australia: National Industrial Chemicals Notification and Assessment Scheme (NICNAS). Available from: http://www.comlaw.gov.au/Details/C2015C00209, accessed 24 June 2014.

NIEHS (1976). Final Report of the Subcommittee on the Health Effects of Polychlorinated Biphenyls and Polybrominated Biphenyls. Washington, DC: Department of Health, Education and Welfare, National Institute of Environmental Health Sciences. pp. 1–193.

NIOSH (1977). Criteria for a recommended standard: occupational exposure to polychlorinated biphenyls (PCBs). National Institute for Occupational Safety and Health. Available from: http://www.cdc.gov/niosh/docs/1970/77-225.html, accessed 24 June 2014.

NIP China (2007). The People's Republic of China National Implementation Plan for the Stockholm Convention on Persistent Organic Pollutants. Available from: http://chm.pops.int/Implementation/NIPs/NIPSubmissions/tabid/253/Default.aspx, accessed 10 June 2014.

NIP Korea DPR (2008). The Democratic People's Republic of Korea National Implementation Plan for the Stockholm Convention on Persistent Organic Pollutants. Available from: http://chm.pops.int/Implementation/NIPs/NIPSubmissions/tabid/253/Default.aspx, accessed 10 June 2014.

Nondek L, Frolikova N (1991). Polychlorinated biphenyls in the hydrosphere of Czechoslovakia. Chemosphere, 23(3):269–80. doi:10.1016/0045-6535(91)90183-E

Norén K, Meironyté D (2000). Certain organochlorine and organobromine contaminants in Swedish human milk in perspective of past 20–30 years. Chemosphere, 40(9–11):1111–23. doi:10.1016/S0045-6535(99)00360-4 PMID:10739053

Ockenden WA, Corrigan BP, Howsam M, Jones KC (2001). Further developments in the use of semipermeable membrane devices as passive air samplers: application to PCBs. Environ Sci Technol, 35(22):4536–43. doi:10.1021/es0101126 PMID:11757613

Ohta S, Nakao T, Aozasa O et al. (2008a). Determination of co-planar PXBs in human breast milk from 20 women in Japan. Organohalogen Compd, 70:2207–10.

Ohta S, Tokusawa H, Nakao T, Aozasa O, Miyata H, Alaee M (2008b). Global contamination of coplanar polybrominated/chlorinated biphenyls (Co-PXBs) in the market fishes from Japan. Chemosphere, 73(1):Suppl: S31–8. doi:10.1016/j.chemosphere.2008.01.080 PMID:18514257

OSPAR (1999). JAMP Guidelines for Monitoring Contaminants in Biota. Convention for the Protection of the Marine Environment of the North-East Atlantic (OSPAR) Commission Monitoring Guidelines. Ref. No. 1999–2. Available from: www.ospar.org, accessed 1 July 2014.

OSPAR (2002). JAMP Guidelines for Monitoring Contaminants in Sediment. Convention for the Protection of the Marine Environment of the North-East Atlantic (OSPAR) Commission Monitoring Guidelines. Ref.No. 2002–16. Available from: www.ospar.org, accessed 1 July 2014.

OSPAR (2013). JAMP Guidelines for Monitoring of Contaminants in Seawater. OSPAR Commission Monitoring Guidelines. Agreement no. 2013-03.

Ouw HK, Simpson GR, Siyali DS (1976). Use and health effects of Aroclor 1242, a polychlorinated biphenyl, in an electrical industry. Arch Environ Health, 31(4):189–94. doi:10.1080/00039896.1976.10667218 PMID:821401

Padula DJ, Madigan TL, Nowak BF (2012). Australian farmed Yellowtail Kingfish (Seriola lalandi) and Mulloway (Argyrosomus hololepidotus): residues of metallic, agricultural and veterinary chemicals, dioxins and polychlorinated biphenyls. Chemosphere, 86(7):709–17. doi:10.1016/j.chemosphere.2011.10.044 PMID:22142628

Palmer PM, Belanger EE, Wilson LR, Hwang SA, Narang RS, Gomez MI et al. (2008). Outdoor air PCB concentrations in three communities along the Upper Hudson River, New York. Arch Environ Contam Toxicol, 54(3):363–71. doi:10.1007/s00244-007-9035-z PMID:17879110

Pan I-J, Daniels JL, Herring AH, Rogan WJ, Siega-Riz AM, Goldman BD et al. (2010). Lactational exposure to polychlorinated biphenyls, dichlorodiphenyltrichloroethane, and dichlorodiphenyldichloroethylene and infant growth: an analysis of the Pregnancy, Infection, and Nutrition Babies Study. Paediatr Perinat Epidemiol, 24(3):262–71. doi:10.1111/j.1365-3016.2010.01114.x PMID:20415756

Päpke O, Fürst P (2003). Background contamination of humans with dioxins, dioxin-like PCBs and other POPs. Chapter 10. In: Fiedler H editor. The Handbook of Environmental Chemistry Vol. 3, Part O, Persistent Organic Pollutants. Berlin Heidelberg: Springer-Verlag; pp. 271–95.

Park H, Ikonomou MG, Kim H-S, Choi JW, Chang YS (2009). Dioxin and dioxin-like PCB profiles in the serum of industrial and municipal waste incinerator workers in Korea. Environ Int, 35(3):580–7. doi:10.1016/j.envint.2008.10.006 PMID:19058852

Park H, Lee SJ, Kang JH, Chang YS (2007). Congener-specific approach to human PCB concentrations by serum analysis. Chemosphere, 68(9):1699–706. doi:10.1016/j.chemosphere.2007.03.058 PMID:17509640

Patterson DG Jr, Todd GD, Turner WE, Maggio V, Alexander LR, Needham LL (1994). Levels of non-ortho-substituted (coplanar), mono- and di-ortho-substituted polychlorinated biphenyls, dibenzo-p-dioxins, and dibenzofurans in human serum and adipose tissue. Environ Health Perspect, 102:Suppl 1: 195–204. doi:10.1289/ehp.94102s1195 PMID:8187709

Patterson DG Jr, Wong LY, Turner WE, Caudill SP, Dipietro ES, McClure PC et al. (2009). Levels in the U.S. population of those persistent organic pollutants (2003–2004) included in the Stockholm Convention or in other long range transboundary air pollution agreements. Environ Sci Technol, 43(4):1211–8. doi:10.1021/es801966w PMID:19320182

Paumgarten FJ, Cruz CM, Chahoud I, Palavinskas R, Mathar W (2000). PCDDs, PCDFs, PCBs, and other organochlorine compounds in human milk from Rio

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 318

de Janeiro, Brazil. *Environ Res*, 83(3):293–7. doi:10.1006/enrs.2000.4062 PMID:10944073

Pellet M, Baranger P, Mouvet C (1993). *Contamination du milieu naturel par les polychlorobiphényles (PCB): connaissance du polluant et technique de dépollution. No. Rapport BRGM 37798.* Orléans, France: BRGM - Ministère de l'Environnement, Direction de l'Eau, Service Géologique National; pp. 1–102.

Peper M, Klett M, Morgenstern R (2005). Neuropsychological effects of chronic low-dose exposure to polychlorinated biphenyls (PCBs): a cross-sectional study. *Environ Health*, 4(1):22 doi:10.1186/1476-069X-4-22 PMID:16236166

Pereg D, Dewailly E, Poirier GG, Ayotte P (2002). Environmental exposure to polychlorinated biphenyls and placental CYP1A1 activity in Inuit women from northern Québec. *Environ Health Perspect*, 110(6):607–12. doi:10.1289/ehp.02110607 PMID:12055053

Pérez JJ, León SV, Gutiérrez R, López Y, Faure R, Escobar A (2012). Polychlorinated biphenyls (PCBs) residues in milk from an agroindustrial zone of Tuxpan, Veracruz, Mexico. *Chemosphere*, 89(4):404–8. doi:10.1016/j.chemosphere.2012.05.055 PMID:22739542

Pérez-Fuentetaja A, Lupton S, Clapsadl M, Samara F, Gatto L, Biniakewitz R *et al.* (2010). PCB and PBDE levels in wild common carp (*Cyprinus carpio*) from eastern Lake Erie. *Chemosphere*, 81(4):541–7. doi:10.1016/j.chemosphere.2010.06.033 PMID:20609460

Persky V, Piorkowski J, Turyk M, Freels S, Chatterton R Jr, Dimos J *et al.* (2012). Polychlorinated biphenyl exposure, diabetes and endogenous hormones: a cross-sectional study in men previously employed at a capacitor manufacturing plant. *Environ Health*, 11(1):57 doi:10.1186/1476-069X-11-57 PMID:22931295

Persoon C, Peters TM, Kumar N, Hornbuckle KC (2010). Spatial distribution of airborne polychlorinated biphenyls in Cleveland, Ohio and Chicago, Illinois. *Environ Sci Technol*, 44(8):2797–802. doi:10.1021/es901691s PMID:20384374

Pesatori AC, Grillo P, Consonni D, Caironi M, Sampietro G, Olivari L *et al.* (2013). Update of the mortality study of workers exposed to polychlorinated biphenyls (Pcbs) in two Italian capacitor manufacturing plants. *Med Lav*, 104(2):107–14. PMID:23789517

Petruska DA, Engelhard HH (1991). Glioblastoma multiforme occurring in a patient following exposure to polychlorinated biphenyls. *J Ky Med Assoc*, 89(10):496–9. PMID:1660512

Phillips DL, Pirkle JL, Burse VW, Bernert JT Jr, Henderson LO, Needham LL (1989). Chlorinated hydrocarbon levels in human serum: effects of fasting and feeding. *Arch Environ Contam Toxicol*, 18(4):495–500. doi:10.1007/BF01055015 PMID:2505694

Picer M, Picer N (1991). Long-term trends of DDTs and PCBs in sediment samples collected from the eastern Adriatic coastal waters. *Bull Environ Contam Toxicol*, 47(6):864–73. doi:10.1007/BF01689517 PMID:1786458

Polder A, Thomsen C, Lindström G, Løken KB, Skaare JU (2008). Levels and temporal trends of chlorinated pesticides, polychlorinated biphenyls and brominated flame retardants in individual human breast milk samples from Northern and Southern Norway. *Chemosphere*, 73(1):14–23. doi:10.1016/j.chemosphere.2008.06.002 PMID:18653208

Priha E, Rantio T, Riala R, Bäck B, Oksa P (2005). Quantitative risk assessment in relation to occupational exposure to polychlorinated biphenyls in the removal of old sealants from buildings. *Scand J Work Environ Health*, 31:Suppl 2: 43–8. PMID:16363446

Prince MM, Hein MJ, Ruder AM, Waters MA, Laber PA, Whelan EA (2006b). Update: cohort mortality study of workers highly exposed to polychlorinated biphenyls (PCBs) during the manufacture of electrical capacitors, 1940–1998. *Environ Health*, 5(1):13 doi:10.1186/1476-069X-5-13 PMID:16716225

Prince MM, Ruder AM, Hein MJ, Waters MA, Whelan EA, Nilsen N *et al.* (2006a). Mortality and exposure response among 14,458 electrical capacitor manufacturing workers exposed to polychlorinated biphenyls (PCBs). *Environ Health Perspect*, 114(10):1508–14. doi:10.1289/ehp.9175 PMID:17035134

Protasowicki M, Niedźwiecki E, Ciereszko W *et al.* (1999). The Comparison of Sediment Contamination in the Area of Estuary and the Lower Course of the Odra Before and After the Flood of Summer 1997. *Acta Hydrochim Hydrobiol*, 27:338–42. doi:10.1002/(SICI)1521-401X(199911)27:5<338::AID-AHEH338>3.0.CO;2-V

Püttmann M, Mannschreck A, Oesch F, Robertson L (1989). Chiral effects in the induction of drug-metabolizing enzymes using synthetic atropisomers of polychlorinated biphenyls (PCBs). *Biochem Pharmacol*, 38(8):1345–52. doi:10.1016/0006-2952(89)90342-0 PMID:2495802

Raemdonck A, Koppen G, Bilau M, Willems JL (2006). Exposure of maintenance workers to dioxin-like contaminants during the temporary shutdown of a municipal domestic solid waste incinerator: a case series. *Arch Environ Occup Health*, 61(3):115–21. doi:10.3200/AEOH.61.3.115-121 PMID:17672353

Rappe C, Gara A (1977). Analysis of polychlorinated dibenzofurans in Yusho oil using high resolution gas chromatography – Mass spectrometry. *Chemosphere*, 6(5):231–6. doi:10.1016/0045-6535(77)90006-6

Rawn DF, Sadler AR, Quade SC, Sun WF, Kosarac I, Hayward S *et al.* (2012). The impact of production type and region on polychlorinated biphenyl (PCB), polychlorinated dibenzo-p-dioxin and dibenzofuran (PCDD/F) concentrations in Canadian chicken egg yolks. *Chemosphere*, 89(8):929–35. doi:10.1016/j.chemosphere.2012.05.111 PMID:22819943

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 319

Rawn DFK, Forsyth DS, Ryan JJ, Breakell K, Verigin V, Nicolidakis H et al. (2006). PCB, PCDD and PCDF residues in fin and non-fin fish products from the Canadian retail market 2002. Sci Total Environ, 359(1–3):101–10. doi:10.1016/j.scitotenv.2005.04.021 PMID:15913708

Reischl A, Reissinger M, Hutzinger O (1987). Occurrence and distribution of atmospheric organic micropollutants in conifer needles. Chemosphere, 16(10–12):2647–52. doi:10.1016/0045-6535(87)90323-7

Reischl A, Reissinger M, Hutzinger O (1989). Organic Micropollutants and Plants. Ecological Studies. Vol. 77, Ch.3-B. Schultze ED, Lange OL, Oren E, editors. Berlin Heidelberg: Springer-Verlag.

Rigét F, Bignert A, Braune B, Stow J, Wilson S (2010). Temporal trends of legacy POPs in Arctic biota, an update. Sci Total Environ, 408(15):2874–84. doi:10.1016/j.scitotenv.2009.07.036 PMID:19686961

Rissato SR, Galhiane MS, Ximenes VF, de Andrade RM, Talamoni JL, Libânio M et al. (2006). Organochlorine pesticides and polychlorinated biphenyls in soil and water samples in the Northeastern part of São Paulo State, Brazil. Chemosphere, 65(11):1949–58. doi:10.1016/j.chemosphere.2006.07.011 PMID:16919310

RNO (2012). Surveillance du Milieu Marin Travaux du Réseau National d'Observation de la qualité du milieu marin. IFREMER Edition. Available from: http://envlit.ifremer.fr/documents/publications, accessed 26 March 2015.

Rodman LE, Shedlofsky SI, Mannschreck A, Püttmann M, Swim AT, Robertson LW (1991). Differential potency of atropisomers of polychlorinated biphenyls on cytochrome P450 induction and uroporphyrin accumulation in the chick embryo hepatocyte culture. Biochem Pharmacol, 41(6–7):915–22. doi:10.1016/0006-2952(91)90196-C PMID:1901208

Rodríguez-Dozal S, Riojas Rodríguez H, Hernández-Ávila M, Van Oostdam J, Weber JP, Needham LL et al. (2012). Persistent organic pollutant concentrations in first birth mothers across Mexico. J Expo Sci Environ Epidemiol, 22(1):60–9. doi:10.1038/jes.2011.31 PMID:21971379

Röllin HB, Sandanger TM, Hansen L, Channa K, Odland JØ (2009). Concentration of selected persistent organic pollutants in blood from delivering women in South Africa. Sci Total Environ, 408(1):146–52. doi:10.1016/j.scitotenv.2009.08.049 PMID:19800104

Roots O (1996). Toxic chloroorganic compounds in the ecosystem of the Baltic Sea. Tallinn, Estonia: Ministry of the Environment of Estonia, Environment Information Centre (EEIC); pp. 144.

Roszko M, Szterk A, Szymczyk K, Waszkiewicz-Robak B (2012). PAHs, PCBs, PBDEs and Pesticides in Cold-Pressed Vegetable Oils. J Am Oil Chem Soc, 89(3):389–400. doi:10.1007/s11746-011-1926-5 PMID:22389518

Rowe AA, Totten LA, Xie M, Fikslin TJ, Eisenreich SJ (2007). Air-water exchange of polychlorinated biphenyls in the Delaware River. Environ Sci Technol, 41(4):1152–8. doi:10.1021/es061797i PMID:17593713

Ruder AM, Hein MJ, Nilsen N, Waters MA, Laber P, Davis-King K et al. (2006). Mortality among workers exposed to polychlorinated biphenyls (PCBs) in an electrical capacitor manufacturing plant in Indiana: an update. Environ Health Perspect, 114(1):18–23. doi:10.1289/ehp.8253 PMID:16393652

Rudge CV, Sandanger T, Röllin HB, Calderon IM, Volpato G, Silva JL et al. (2012). Levels of selected persistent organic pollutants in blood from delivering women in seven selected areas of São Paulo State, Brazil. Environ Int, 40:162–9. doi:10.1016/j.envint.2011.07.006 PMID:21820740

Russo MV, Goretti G, Nevigato T (1999). Sequential solid-phase extraction with cyanopropyl bonded-phase cartridges for trace enrichment of PCBs and chlorinated pesticides from water samples. Chromatographia, 50(7–8):446–52. doi:10.1007/BF02490740

Sabljić A, Güsten H (1989). Predicting Henry's law constants for polychlorinated biphenyls. Chemosphere, 19(10–11):1503–11. doi:10.1016/0045-6535(89)90495-5

Safe S (1990). Polychlorinated biphenyls (PCBs), dibenzo-p-dioxins (PCDDs), dibenzofurans (PCDFs), and related compounds: environmental and mechanistic considerations which support the development of toxic equivalency factors (TEFs). Crit Rev Toxicol, 21(1):51–88. doi:10.3109/10408449009089873 PMID:2124811

Saito K, Sjödin A, Sandau CD, Davis MD, Nakazawa H, Matsuki Y et al. (2004). Development of a accelerated solvent extraction and gel permeation chromatography analytical method for measuring persistent organohalogen compounds in adipose and organ tissue analysis. Chemosphere, 57(5):373–81. doi:10.1016/j.chemosphere.2004.04.050 PMID:15331264

Salihovic S, Lampa E, Lindström G, Lind L, Lind PM, van Bavel B (2012). Circulating levels of persistent organic pollutants (POPs) among elderly men and women from Sweden: results from the Prospective Investigation of the Vasculature in Uppsala Seniors (PIVUS). Environ Int, 44:59–67. doi:10.1016/j.envint.2012.01.011 PMID:22361238

Sandau CD, Ayotte P, Dewailly E, Duffe J, Norstrom RJ (2000). Analysis of hydroxylated metabolites of PCBs (OH-PCBs) and other chlorinated phenolic compounds in whole blood from Canadian inuit. Environ Health Perspect, 108(7):611–6. doi:10.1289/ehp.00108611 PMID:10903613

Sanders G, Jones J, Hamilton-Taylor J, Doerr H (1992). Historical inputs of polychlorinated biphenyls and other organochlorines to a dated lacustrine sediment core in rural England Environ Sci Technol, 26(9):1815–21. doi:10.1021/es00033a016

Sasamoto T, Ushio F, Kikutani N, Saitoh Y, Yamaki Y, Hashimoto T et al. (2006). Estimation of 1999–2004 dietary daily intake of PCDDs, PCDFs and dioxin-like

157

PCBs by a total diet study in metropolitan Tokyo, Japan. *Chemosphere*, 64(4):634–41. doi:10.1016/j.chemosphere.2005.10.057 PMID:16376969

Savitz DA, Loomis DP (1995). Magnetic field exposure in relation to leukemia and brain cancer mortality among electric utility workers. *Am J Epidemiol*, 141(2):123–34. PMID:7817968

Scarpato A, Romanelli G, Galgani F, Andral B, Amici M, Giordano P et al. (2010). Western Mediterranean coastal waters–monitoring PCBs and pesticides accumulation in Mytilus galloprovincialis by active mussel watching: the Mytilos project. *J Environ Monit*, 12(4):924–35. doi:10.1039/b920455e PMID:20383374

Schecter A, Colacino J, Haffner D, Patel K, Opel M, Päpke O et al. (2010). Perfluorinated compounds, polychlorinated biphenyls, and organochlorine pesticide contamination in composite food samples from Dallas, Texas, USA. *Environ Health Perspect*, 118(6):796–802. doi:10.1289/ehp.0901347 PMID:20146964

Schecter A, Cramer P, Boggess K, Stanley J, Olson JR (1997). Levels of dioxins, dibenzofurans, PCB and DDE congeners in pooled food samples collected in 1995 at supermarkets across the United States. *Chemosphere*, 34(5–7):1437–47. doi:10.1016/S0045-6535(97)00440-2 PMID:9134677

Schecter A, Kassis I, Päpke O (1998). Partitioning of dioxins, dibenzofurans, and coplanar PCBS in blood, milk, adipose tissue, placenta and cord blood from five American women. *Chemosphere*, 37(9–12):1817–23. doi:10.1016/S0045-6535(98)00247-1 PMID:9828310

Schecter A, McGee H, Stanley JS, Boggess K, Brandt-Rauf P (1996). Dioxins and dioxin-like chemicals in blood and semen of American Vietnam veterans from the state of Michigan. *Am J Ind Med*, 30(6):647–54. doi:10.1002/(SICI)1097-0274(199612)30:6<647::AID-AJIM1>3.0.CO;2-O PMID:8914711

Schecter A, Pavuk M, Amirova DA, Grosheva EI, Päpke O, Ryan JJ et al. (2002). Characterization of dioxin exposure in firefighters, residents, and chemical workers in the Irkutsk Region of Russian Siberia. *Chemosphere*, 47(2):147–56. doi:10.1016/S0045-6535(01)00197-7 PMID:11993630

Schecter A, Pavuk M, Malisch R, Ryan JJ (2003a). Dioxin, dibenzofuran, and polychlorinated biphenyl (PCB) levels in food from Agent Orange-sprayed and nonsprayed areas of Laos. *J Toxicol Environ Health A*, 66(22):2165–86. doi:10.1080/15287390390227570 PMID:14710598

Schecter A, Pavuk M, Päpke O, Ryan JJ (2003b). Dioxin, dibenzofuran, and coplanar PCB levels in Laotian blood and milk from agent orange-sprayed and nonsprayed areas, 2001. *J Toxicol Environ Health A*, 66(21):2067–75. doi:10.1080/713853984 PMID:14555402

Schecter A, Quynh HT, Päpke O, Tung KC, Constable JD (2006). Agent Orange, dioxins, and other chemicals of concern in Vietnam: update 2006. *J Occup Environ Med*, 48(4):408–13. doi:10.1097/01.jom.0000194153.77646.7d PMID:16607196

Schell LM, Gallo MV, Denham M, Ravenscroft J, DeCaprio AP, Carpenter DO (2008). Relationship of thyroid hormone levels to levels of polychlorinated biphenyls, lead, p,p'- DDE, and other toxicants in Akwesasne Mohawk youth. *Environ Health Perspect*, 116(6):806–13. doi:10.1289/ehp.10490 PMID:18560538

Schettgen T, Gube M, Alt A, Fromme H, Kraus T (2011). Pilot study on the exposure of the German general population to non-dioxin-like and dioxin-like PCBs. *Int J Hyg Environ Health*, 214(4):319–25. doi:10.1016/j.ijheh.2011.04.002 PMID:21616713

Schettgen T, Gube M, Esser A, Alt A, Kraus T (2012). Plasma polychlorinated biphenyls (PCB) levels of workers in a transformer recycling company, their family members, and employees of surrounding companies. *J Toxicol Environ Health A*, 75(8–10):414–22. doi:10.1080/15287394.2012.674905 PMID:22686300

Schisterman EF, Whitcomb BW, Louis GM, Louis TA (2005). Lipid adjustment in the analysis of environmental contaminants and human health risks. *Environ Health Perspect*, 113(7):853–7. doi:10.1289/ehp.7640 PMID:16002372

Schlosserová J (1994). Control of selected floors in the Czech and Slovac Republics on the contamination with chlorinated carbon compounds. [In German] In: Heinisch E, Kettrup A, Wenzel-Klein S, editors. Atlas of pollutants in Eastern Europe. Germany: AG & Co.; pp. 54–59.

Schoeters G, Colles A, Den Hond E et al. (2011). The Flemish Environment and Health Study (FLEHS) – second survey (2007–2011): establishing reference values for biomarkers of exposure in the Flemish population. Belgium: Flemish Institute for Technological Research (VITO).

Schuhmacher M, Kiviranta H, Ruokojärvi P, Nadal M, Domingo JL (2009). Concentrations of PCDD/Fs, PCBs and PBDEs in breast milk of women from Catalonia, Spain: a follow-up study. *Environ Int*, 35(3):607–13. doi:10.1016/j.envint.2008.12.003 PMID:19162323

Schulte E, Malisch R (1983). Calculation of the real PCB content in environmental samples. *Fresenius Z Anal Chem*, 314(6):545–51. doi:10.1007/BF00474844

Schurig V, Reich S (1998). Determination of the rotational barriers of atropisomeric polychlorinated biphenyls (PCBs) by a novel stopped-flow multidimensional gas chromatographic technique. *Chirality*, 10(4):316–20. doi:10.1002/(SICI)1520-636X(1998)10:4<316::AID-CHIR5>3.0.CO;2-5

Schwenk M, Gabrio T, Päpke O, Wallenhorst T (2002). Human biomonitoring of polychlorinated biphenyls and polychlorinated dibenzodioxins and dibenzofuranes in teachers working in a PCB-contaminated school. *Chemosphere*, 47(2):229–33. doi:10.1016/S0045-6535(01)00307-1 PMID:11993638

Scrimshaw MD, Bubb JM, Lester JN (1996). Organochlorine Contamination of UK Essex Coast Salt Marsh Sediments *J Coast Res*, 12:246–255.

Seegal RF, Fitzgerald EF, Hills EA, Wolff MS, Haase RF, Todd AC *et al.* (2011). Estimating the half-lives of PCB congeners in former capacitor workers measured over a 28-year interval. *J Expo Sci Environ Epidemiol*, 21(3):234–46. doi:10.1038/jes.2010.3 PMID:20216575

Seldén AI, Lundholm C, Johansson N, Wingfors H (2008). Polychlorinated biphenyls (PCB), thyroid hormones and cytokines in construction workers removing old elastic sealants. *Int Arch Occup Environ Health*, 82(1):99–106. doi:10.1007/s00420-008-0313-5 PMID:18350309

She J, Holden A, Sharp M, Tanner M, Williams-Derry C, Hooper K (2007). Polybrominated diphenyl ethers (PBDEs) and polychlorinated biphenyls (PCBs) in breast milk from the Pacific Northwest. *Chemosphere*, 67(9):S307–17. doi:10.1016/j.chemosphere.2006.05.154 PMID:17280703

Shen H, Ding G, Wu Y, Pan G, Zhou X, Han J *et al.* (2012). Polychlorinated dibenzo-p-dioxins/furans (PCDD/Fs), polychlorinated biphenyls (PCBs), and polybrominated diphenyl ethers (PBDEs) in breast milk from Zhejiang, China. *Environ Int*, 42:84–90. doi:10.1016/j.envint.2011.04.004 PMID:21575990

Shen L, Wania F, Lei YD, Teixeira C, Muir DC, Xiao H (2006). Polychlorinated biphenyls and polybrominated diphenyl ethers in the North American atmosphere. *Environ Pollut*, 144(2):434–44. doi:10.1016/j.envpol.2005.12.054 PMID:16603288

Shiu WY, Mackay D (1986). A critical review of aqueous solubilities, vapor pressures, Henry's Law constants, and octanol–water partition coefficients of the polychlorinated biphenyls. *J Phys Chem Ref Data*, 15(2):911–29. doi:10.1063/1.555755

Silver SR, Whelan EA, Deddens JA, Steenland NK, Hopf NB, Waters MA *et al.* (2009). Occupational exposure to polychlorinated biphenyls and risk of breast cancer. *Environ Health Perspect*, 117(2):276–82. doi:10.1289/ehp.11774 PMID:19270799

Simonich SL, Hites RA (1995). Organic pollutant accumulation in vegetation. *Environ Sci Technol*, 29(12):2905–14. doi:10.1021/es00012a004 PMID:22148195

Sinkkonen S, Raitio H, Paasivirta J, Rantio T, Lahtiperä M, Mäkelä R (1995). Concentrations of persistent organochlorine compounds in spruce needles from Western Finland. *Chemosphere*, 30(8):1415–22. doi:10.1016/0045-6535(95)00034-6

Sinks T, Steele G, Smith AB, Watkins K, Shults RA (1992). Mortality among workers exposed to polychlorinated biphenyls. *Am J Epidemiol*, 136(4):389–98. PMID:1415158

Sirot V, Tard A, Venisseau A, Brosseaud A, Marchand P, Le Bizec B *et al.* (2012). Dietary exposure to polychlorinated dibenzo-p-dioxins, polychlorinated dibenzofurans and polychlorinated biphenyls of the French population: Results of the second French Total Diet Study. *Chemosphere*, 88(4):492–500. doi:10.1016/j.chemosphere.2012.03.004 PMID:22487562

Sjödin A, Jones RS, Focant JF, Lapeza C, Wang RY, McGahee EE 3rd *et al.* (2004). Retrospective time-trend study of polybrominated diphenyl ether and polybrominated and polychlorinated biphenyl levels in human serum from the United States. *Environ Health Perspect*, 112(6):654–8. doi:10.1289/ehp.6826 PMID:15121506

Soechitram SD, Athanasiadou M, Hovander L, Bergman A, Sauer PJ (2004). Fetal exposure to PCBs and their hydroxylated metabolites in a Dutch cohort. *Environ Health Perspect*, 112(11):1208–12. doi:10.1289/ehp.6424 PMID:15289169

Son MH, Kim JT, Park H, Kim M, Paek OJ, Chang YS (2012). Assessment of the daily intake of 62 polychlorinated biphenyls from dietary exposure in South Korea. *Chemosphere*, 89(8):957–63. doi:10.1016/j.chemosphere.2012.06.051 PMID:22874429

Staiff DC, Quinby GE, Spencer DL, Starr HG Jr (1974). Polychlorinated biphenyl emission from fluorescent lamp ballasts. *Bull Environ Contam Toxicol*, 12(4):455–63. doi:10.1007/BF01684982 PMID:4215522

Stellman SD, Djordjevic MV, Muscat JE, Gong L, Bernstein D, Citron ML *et al.* (1998). Relative abundance of organochlorine pesticides and polychlorinated biphenyls in adipose tissue and serum of women in Long Island, New York. *Cancer Epidemiol Biomarkers Prev*, 7(6):489–96. PMID:9641493

Stewart P, Reihman J, Lonky E, Darvill T, Pagano J (2000). Prenatal PCB exposure and neonatal behavioral assessment scale (NBAS) performance. *Neurotoxicol Teratol*, 22(1):21–9. doi:10.1016/S0892-0362(99)00056-2 PMID:10642111

Stewart PW, Reihman J, Lonky EI, Darvill TJ, Pagano J (2003). Cognitive development in preschool children prenatally exposed to PCBs and MeHg. *Neurotoxicol Teratol*, 25(1):11–22. doi:10.1016/S0892-0362(02)00320-3 PMID:12633733

Still KR, Arfsten DP, Jederberg WW, Kane LV, Larcom BJ (2003). Estimation of the health risks associated with polychlorinated biphenyl (PCB) concentrations found onboard older U.S. Navy vessels. *Appl Occup Environ Hyg*, 18(10):737–58. doi:10.1080/10473220301444 PMID:12959885

Su G, Liu X, Gao Z, Xian Q, Feng J, Zhang X *et al.* (2012). Dietary intake of polybrominated diphenyl ethers (PBDEs) and polychlorinated biphenyls (PCBs) from fish and meat by residents of Nanjing, China. *Environ Int*, 42:138–43. doi:10.1016/j.envint.2011.05.015 PMID:21764134

Sułkowski WW, Kania-Korwel I, Robertson LW (2003). Polychlorinated Biphenyls Production in Poland. *Fresenius Environmental Bulletin*, 12:152–157.

Sun P, Basu I, Blanchard P, Brice KA, Hites RA (2007). Temporal and spatial trends of atmospheric

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 322

polychlorinated biphenyl concentrations near the Great Lakes. *Environ Sci Technol*, 41(4):1131–6. doi:10.1021/es061116j PMID:17593710

Sun P, Basu I, Hites RA (2006). Temporal trends of polychlorinated biphenyls in precipitation and air at chicago. *Environ Sci Technol*, 40(4):1178–83. doi:10.1021/es051725b PMID:16572772

Sundahl M, Sikander E, Ek-Olausson B, Hjorthage A, Rosell L, Tornevall M (1999). Determinations of PCB within a project to develop cleanup methods for PCB-containing elastic sealant used in outdoor joints between concrete blocks in buildings. *J Environ Monit*, 1(4):383–7. doi:10.1039/a902528f PMID:11529141

Suzuki G, Nakano M, Nakano S (2005). Distribution of PCDDs/PCDFs and Co-PCBs in human maternal blood, cord blood, placenta, milk, and adipose tissue: dioxins showing high toxic equivalency factor accumulate in the placenta. *Biosci Biotechnol Biochem*, 69(10):1836–47. doi:10.1271/bbb.69.1836 PMID:16244432

Svensson BG, Nilsson A, Jonsson E, Schütz A, Akesson B, Hagmar L (1995). Fish consumption and exposure to persistent organochlorine compounds, mercury, selenium and methylamines among Swedish fishermen. *Scand J Work Environ Health*, 21(2):96–105. doi:10.5271/sjweh.16 PMID:7618064

Takenaka S, Todaka T, Nakamura M, Hori T, Iida T, Yamada T *et al.* (2002). Polychlorinated dibenzo-p-dioxins, polychlorinated dibenzofurans and non-ortho, mono-ortho chlorine substituted biphenyls in Japanese human liver and adipose tissue. *Chemosphere*, 49(2):161–72. doi:10.1016/S0045-6535(02)00288-6 PMID:12375863

Tan J, Cheng SM, Loganath A, Chong YS, Obbard JP (2007). Selected organochlorine pesticide and polychlorinated biphenyl residues in house dust in Singapore. *Chemosphere*, 68(9):1675–82. doi:10.1016/j.chemosphere.2007.03.051 PMID:17490710

Tanabe S, Kannan N, Wakimoto T, Tatsukawa R, Okamoto T, Masuda Y (1989). Isomer-specific determination and toxic evaluation of potentially hazardous coplanar PCBs, dibenzofurans and dioxins in the tissues of "Yusho" and PCB poisoning victim and in the causal oil. *Toxicol Environ Chem*, 24(4):215–31. doi:10.1080/02772248909357494

Tatsukawa R (1976). PCB pollution of the Japanese environment. In: Higuchi K editor. *PCB poisoning and pollution*. Tokyo, Japan: Kodensha Ltd; pp. 147–79.

Taylor PR, Stelma JM, Auger I, Lawrence CE (1988). *The Relation of Occupational Polychlorinated Biphenyl Exposure to Cancer and Total Mortality*. Harvard School of Public Health.

Thacker N, Sheikh J, Tamane SM, Bhanarkar A, Majumdar D, Singh K *et al.* (2013). Emissions of polychlorinated dibenzo-p-dioxins (PCDDs), dibenzofurans (PCDFs), and dioxin-like polychlorinated biphenyls (PCBs) to air from waste incinerators and high thermal processes in

India. *Environ Monit Assess*, 185(1):425–9. doi:10.1007/s10661-012-2564-6 PMID:22382379

Thomas GO, Wilkinson M, Hodson S, Jones KC (2006). Organohalogen chemicals in human blood from the United Kingdom. *Environ Pollut*, 141(1):30–41. doi:10.1016/j.envpol.2005.08.027 PMID:16236409

Tironi A, Pesatori A, Consonni D, Zocchetti C, Bertazzi PA (1996). [The mortality of female workers exposed to PCBs]. *Epidemiol Prev*, 20(2–3):200–2. PMID:8766323

Tobiishi K, Todaka T, Hirakawa H, Hori T, Kajiwara J, Hirata T *et al.* (2011). Measurement method for hydroxylated polychlorinated biphenyls in the blood of Yusho patients by liquid chromatography-electrospray tandem mass spectrometry. *Fukuoka Igaku Zasshi*, 102(4):153–8. PMID:21702340

Todaka T, Hirakawa H, Hori T, Tobiishi K, Iida T (2005). Improvement in dioxin analysis of human blood and their concentrations in blood of Yusho patients. *J Dermatol Science Suppl*, 1(1):21 doi:10.1016/j.descs.2005.03.004

Todaka T, Hirakawa H, Hori T, Tobiishi K, Iida T, Furue M (2007a). Concentrations of polychlorinated dibenzo-p-dioxins, polychlorinated dibenzofurans, and non-ortho and mono-ortho polychlorinated biphenyls in blood of Yusho patients. *Chemosphere*, 66(10):1983–9. doi:10.1016/j.chemosphere.2006.07.069 PMID:16987543

Todaka T, Hirakawa H, Kajiwara J, Hori T, Tobiishi K, Onozuka D *et al.* (2007b). Dioxin concentration in the blood of patients collected during medical check-up for Yusho in 2004–2005. *Fukuoka Igaku Zasshi*, 98(5):222–31. PMID:17642301

Todaka T, Hirakawa H, Kajiwara J, Hori T, Tobiishi K, Onozuka D *et al.* (2008b). Concentrations of polychlorinated dibenzo-p-dioxins, polychlorinated dibenzofurans, and dioxin-like polychlorinated biphenyls in blood and breast milk collected from 60 mothers in Sapporo City, Japan. *Chemosphere*, 72(8):1152–8. doi:10.1016/j.chemosphere.2008.03.050 PMID:18474391

Todaka T, Hirakawa H, Kajiwara J, Hori T, Tobiishi K, Yasutake D *et al.* (2010). Relationship between the concentrations of polychlorinated dibenzo-p-dioxins, polychlorinated dibenzofurans, and polychlorinated biphenyls in maternal blood and those in breast milk. *Chemosphere*, 78(2):185–92. doi:10.1016/j.chemosphere.2009.09.047 PMID:19850319

Todaka T, Hirakawa H, Kajiwara J, Onozuka D, Sasaki S, Miyashita C *et al.* (2011). Concentrations of polychlorinated dibenzo-p-dioxins, polychlorinated dibenzofurans, and polychlorinated biphenyls in blood and breast milk collected from pregnant women in Sapporo City, Japan. *Chemosphere*, 85(11):1694–700. doi:10.1016/j.chemosphere.2011.09.014 PMID:22004731

Todaka T, Hori T, Hirakawa H, Kajiwara J, Yasutake D, Onozuka D *et al.* (2008a). Congener-specific analysis

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 323

of non-dioxin-like polychlorinated biphenyls in blood collected from 195 pregnant women in Sapporo City, Japan. *Chemosphere*, 73(6):923–31. doi:10.1016/j.chemosphere.2008.06.071 PMID:18718631

Todaka T, Hori T, Hirakawa H, Kajiwara J, Yasutake D, Onozuka D *et al.* (2009a). Concentrations of polychlorinated biphenyls in blood of Yusho patients over 35 years after the incident. *Chemosphere*, 74(7):902–9. doi:10.1016/j.chemosphere.2008.10.042 PMID:19070886

Todaka T, Hori T, Yasutake D, Yoshitomi H, Hirakawa H, Onozuka D *et al.* (2009b). Concentrations of polychlorinated biphenyls in blood collected from Yusho patients during medical check-ups performed from 2004 to 2007. *Fukuoka Igaku Zasshi*, 100(5):156–65. PMID:19588844

Tolosa I, Bayona JM, Albaigés J (1995). Spatial and temporal distribution, fluxes, and budgets of organochlorinated compounds in Northwest Mediterranean sediments. *Environ Sci Technol*, 29(10):2519–27. doi:10.1021/es00010a010 PMID:22191950

Totten LA, Gigliotti CL, VanRy DA, Offenberg JH, Nelson ED, Dachs J *et al.* (2004). Atmospheric concentrations and deposition of polychlorinated biphenyls to the Hudson River Estuary. *Environ Sci Technol*, 38(9):2568–73. doi:10.1021/es034878c PMID:15180052

Totten LA, Stenchikov G, Gigliotti , Lahoti N, Eisenreich SJ (2006). Measurement and modelling of urban atmospheric PCB concentrations on a small (8 km) spatial scale. *Atmos Environ*, 40(40):7940–52. doi:10.1016/j.atmosenv.2006.07.019

Trejo-Acevedo A, Rivero-Pérez NE, Flores-Ramírez R, Orta-García ST, Varela-Silva JA, Pérez-Maldonado IN (2012). Assessment of the levels of persistent organic pollutants and 1-hydroxypyrene in blood and urine samples from Mexican children living in an endemic malaria area in Mexico. *Bull Environ Contam Toxicol*, 88(6):828–32. doi:10.1007/s00128-012-0593-z PMID:22415648

Tröster AI, Ruff RM, Watson DP (1991). Dementia as a neuropsychological consequence of chronic occupational exposure to polychlorinated biphenyls (PCBs). *Arch Clin Neuropsychol*, 6(4):301–18. doi:10.1093/arclin/6.4.301 PMID:14589522

Tsukimori K, Uchi H, Mitoma C, Yasukawa F, Chiba T, Todaka T *et al.* (2012). Maternal exposure to high levels of dioxins in relation to birth weight in women affected by Yusho disease. *Environ Int*, 38(1):79–86. doi:10.1016/j.envint.2011.08.010 PMID:21982037

Tsukimori K, Uchi H, Mitoma C, Yasukawa F, Fukushima K, Todaka T *et al.* (2011). Comparison of the concentrations of polychlorinated biphenyls and dioxins in mothers affected by the Yusho incident and their children. *Chemosphere*, 84(7):928–35. doi:10.1016/j.chemosphere.2011.06.009 PMID:21723585

Tsukino H, Hanaoka T, Sasaki H, Motoyama H, Hiroshima M, Tanaka T *et al.* (2006). Fish intake and serum levels of organochlorines among Japanese women. *Sci Total Environ*, 359(1–3):90–100. doi:10.1016/j.scitotenv.2005.04.014 PMID:16546516

Turci R, Mariani G, Marinaccio A, Balducci C, Bettinelli M, Fanelli R *et al.* (2004). Critical evaluation of a high-throughput analytical method for polychlorinated biphenyls in human serum: which detector for the establishment of the reference values? *Rapid Commun Mass Spectrom*, 18(4):421–34. doi:10.1002/rcm.1347 PMID:14966849

Turrio-Baldassarri L, Abate V, Battistelli CL, Carasi S, Casella M, Iacovella N *et al.* (2008). PCDD/F and PCB in human serum of differently exposed population groups of an Italian city. *Chemosphere*, 73(1):Suppl: S228–34. doi:10.1016/j.chemosphere.2008.01.081 PMID:18514762

Turyk ME, Bhavsar SP, Bowerman W, Boysen E, Clark M, Diamond M *et al.* (2012). Risks and benefits of consumption of Great Lakes fish. *Environ Health Perspect*, 120(1):11–8. doi:10.1289/ehp.1003396 PMID:21947562

Tynes T, Reitan JB, Andersen A (1994). Incidence of cancer among workers in Norwegian hydroelectric power companies. *Scand J Work Environ Health*, 20(5):339–44. doi:10.5271/sjweh.1388 PMID:7863297

Uenotsuchi T, Nakayama J, Asahi M, Kohro O, Akimoto T, Muto M *et al.* (2005). Dermatological manifestations in Yusho: correlation between skin symptoms and blood levels of dioxins, such as polychlorinated dibenzofurans (PCDFs) and polychlorinated biphenyls (PCBs). *J Dermatol Science Suppl*, 1(1):73 doi:10.1016/j.descs.2005.03.015

Ulaszewska MM, Zuccato E, Capri E, Iovine R, Colombo A, Rotella G *et al.* (2011). The effect of waste combustion on the occurrence of polychlorinated dibenzo-p-dioxins (PCDDs), polychlorinated dibenzofurans (PCDFs) and polychlorinated biphenyls (PCBs) in breast milk in Italy. *Chemosphere*, 82(1):1–8. doi:10.1016/j.chemosphere.2010.10.044 PMID:21074246

UNEP (1988). Polychlorinated biphenyls. International Register of Potentially Toxic Chemicals (IRPTC). Scientific Reviews of Soviet Literature on Toxicity and Hazards of Chemicals No. 107. Moscow, Russian Federation: United Nations Environment Program; pp. 56.

UNEP (2001). Text of the Stockholm Convention on Persistent Organic Pollutants and implementation activities; amended 2009. United Nations Environment Programme Available from: http://chm.pops.int/TheConvention/Overview/TextoftheConvention/tabid/2232, accessed 24 June 2014.

UNEP (2002). Mediterranean regional report: regionally based assessment of persistent toxic substances. Global Environment Facility, United Nations Environment

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 324

Programme Chemicals. Available from: http://www.unep.org/chemicalsandwaste/, accessed 24 June 2014.

UNEP (2009). Sustainable Innovation and Technology Transfer Industrial Sector Studies: Recycling – From E-waste to Resources. United Nations Environment Programme. Available from: http://www.unep.org/pdf/Recycling_From_e-waste_to_resources.pdf, accessed 24 June 2014.

UNEP (2011). The Basel Convention on the Control of Transboundary Movements of Hazardous Wastes and Their Disposal. United Nations Environment Programme. Available from: http://www.basel.int/Portals/4/Basel%20Convention/docs/text/BaselConventionText-e.pdf, accessed 24 June 2014.

UNEP (2012). UNEP-coordinated Survey of Mothers' Milk for Persistent Organic Pollutants. Guidelines for Organization, Sampling and Analysis. K. Malisch and H. Fiedler. Chemicals Branch, United Nations Environment Programme; pp. 1–24. Available from: http://www.chem.unep.ch/Pops/GMP/Mothers%20milk%20guide%20POPs.pdf, accessed 24 June 2014.

Vale C, Ferreira AM, Caetano M, Brito P (2002). Elemental composition and contaminants in surface sediments of the Mondego River estuary. In: Pardal MA, Marques C, Graça MA, editors. Aquatic Ecology of the Mondego River Basin: Global Importance of Local Experience. Universidade de Coimbra; pp. 541–50.

Van Bavel B, Smeds A, Saukko P *et al.* (2003). Levels of PCBs, Chlordane, DDE, HxCB and PBDE in human adipose tissue from Hungary compared to levels in Sweden *Organohalogen Compd*, 64:112–115.

Van den Berg M, Birnbaum L, Bosveld AT, Brunström B, Cook P, Feeley M *et al.* (1998). Toxic equivalency factors (TEFs) for PCBs, PCDDs, PCDFs for humans and wildlife. *Environ Health Perspect*, 106(12):775–92. doi:10.1289/ehp.98106775 PMID:9831538

Van den Berg M, Birnbaum LS, Denison M, De Vito M, Farland W, Feeley M *et al.* (2006). The 2005 World Health Organization reevaluation of human and Mammalian toxic equivalency factors for dioxins and dioxin-like compounds. *Toxicol Sci*, 93(2):223–41. doi:10.1093/toxsci/kfl055 PMID:16829543

Van Emon JM, Chuang JC (2013). Development and application of immunoaffinity chromatography for coplanar PCBs in soil and sediment. *Chemosphere*, 90(1):1–6. doi:10.1016/j.chemosphere.2012.06.053 PMID:22906485

Van Leeuwen FXR, Malisch R (2002). Results of the third round of the WHO coordinated exposure study on the level of PCBs, PCDDs, and PCFDs in human milk. *Organohalogen Compd*, 56:311–316.

Van Leeuwen FXR, Traag WA, Hoogenboom AP et al. (2002). Dioxins, furans and PCBs in eels. Research on wild eel, farmed eel, imported and smoked eel [in Dutch]. RIO, Report No. C034/02. Ijmuiden, The Netherlands.

van Leeuwen SPJ, Leonards PEG, Traag WA, Hoogenboom LA, de Boer J (2007). Polychlorinated dibenzo-p-dioxins, dibenzofurans and biphenyls in fish from the Netherlands: concentrations, profiles and comparison with DR CALUX bioassay results. *Anal Bioanal Chem*, 389(1):321–33. doi:10.1007/s00216-007-1352-6 PMID:17565487

Villa S, Bizzotto EC, Vighi M (2011). Persistent organic pollutant in a fish community of a sub-alpine lake. *Environ Pollut*, 159(4):932–9. doi:10.1016/j.envpol.2010.12.013 PMID:21255890

Vojinovic-Miloradov M, Adamov J, Sekulic P et al. (2002). Levels of POPs in Yugoslavia – Case study. Paper presented at the 1st UNEP Regional Workshop on Assessment of PTS sources and concentrations in the environment. 4–6 February 2002, Athens, Greece.

Voorspoels S, Covaci A, Neels H (2008). Dietary PCB intake in Belgium. *Environ Toxicol Pharmacol*, 25(2):179–82. doi:10.1016/j.etap.2007.10.013 PMID:21783856

Vorhees DJ, Cullen AC, Altshul LM (1997). Exposure to polychlorinated biphenyls in residential indoor air and outdoor air near a superfund site. *Environ Sci Technol*, 31(12):3612–8. doi:10.1021/es970371o

Vorhees DJ, Cullen AC, Altshul LM (1999). Polychlorinated biphenyls in house dust and yard soil near a superfund site. *Environ Sci Technol*, 33(13):2151–6. doi:10.1021/es9812709

Vorkamp K, Roose P, Bersuder P et al. (2012). Determination of polychlorinated dibenzo-p-dioxins, polychlorinated dibenzofurans and dioxin-like polychlorinated biphenyls in biota and sediment. ICES Techniques in Marine Environmental Sciences No. 50; 24 pp.

Vorkamp K, Strand J, Christensen JH, Svendsen TC, Lassen P, Hansen AB *et al.* (2010). Polychlorinated biphenyls, organochlorine pesticides and polycyclic aromatic hydrocarbons in a one-off global survey of bivalves. *J Environ Monit*, 12(5):1141–52. doi:10.1039/b918998j PMID:21491681

Vos JG, Koeman JH (1970). Comparative toxicologic study with polychlorinated biphenyls in chickens with special reference to porphyria, edema formation, liver necrosis, and tissue residues. *Toxicol Appl Pharmacol*, 17(3):656–68. doi:10.1016/0041-008X(70)90040-2 PMID:5495989

Wallace JC, Basu I, Hites RA (1996). Sampling and analysis artifacts caused by elevated indoor air polychlorinated biphenyl concentrations. *Environ Sci Technol*, 30(9):2730–4. doi:10.1021/es950862d

Wang G, Ma P, Zhang Q, Lewis J, Lacey M, Furukawa Y *et al.* (2012). Endocrine disrupting chemicals in New Orleans surface waters and Mississippi Sound sediments. *J Environ Monit*, 14(5):1353–64. doi:10.1039/c2em30095h PMID:22438038

Wang P, Zhang Q, Wang Y, Wang T, Li X, Ding L et al. (2010). Evaluation of Soxhlet extraction, accelerated solvent extraction and microwave-assisted extraction

for the determination of polychlorinated biphenyls and polybrominated diphenyl ethers in soil and fish samples. *Anal Chim Acta*, 663(1):43–8. doi:10.1016/j.aca.2010.01.035 PMID:20172095

Wang SL, Lin CY, Guo YL, Lin LY, Chou WL, Chang LW (2004). Infant exposure to polychlorinated dibenzo-p-dioxins, dibenzofurans and biphenyls (PCDD/Fs, PCBs)–correlation between prenatal and postnatal exposure. *Chemosphere*, 54(10):1459–73. doi:10.1016/j.chemosphere.2003.08.012 PMID:14659948

Webster L, Roose P, Bersuder P, Kotterman M, Haarich M, Vorkamp K (2013). Determination of polychlorinated biphenyls (PCBs) in sediment and biota. ICES Techniques in Marine Environmental Sciences (TIMES) No. 53, pp. 18. Available from: www.ices.dk, accessed 1 July 2014.

Weiss J, Päpke O, Bignert A, Jensen S, Greyerz E, Agostoni C et al. (2003). Concentrations of dioxins and other organochlorines (PCBs, DDTs, HCHs) in human milk from Seveso, Milan and a Lombardian rural area in Italy: a study performed 25 years after the heavy dioxin exposure in Seveso. *Acta Paediatr*, 92(4):467–72. doi:10.1111/j.1651-2227.2003.tb00580.x PMID:12801115

Weiss JM, Bauer O, Blüthgen A, Ludwig AK, Vollersen E, Kaisi M et al. (2006). Distribution of persistent organochlorine contaminants in infertile patients from Tanzania and Germany. *J Assist Reprod Genet*, 23(9–10):393–9. doi:10.1007/s10815-006-9069-6 PMID:17019632

Wen S, Yang FX, Gong Y, Zhang XL, Hui Y, Li JG et al. (2008). Elevated levels of urinary 8-hydroxy-2′-deoxyguanosine in male electrical and electronic equipment dismantling workers exposed to high concentrations of polychlorinated dibenzo-p-dioxins and dibenzofurans, polybrominated diphenyl ethers, and polychlorinated biphenyls. *Environ Sci Technol*, 42(11):4202–7. doi:10.1021/es800044m PMID:18589988

Wester RC, Maibach HI, Sedik L, Melendres J, Wade M (1993). Percutaneous absorption of PCBs from soil: in vivo rhesus monkey, in vitro human skin, and binding to powdered human stratum corneum. *J Toxicol Environ Health*, 39(3):375–82. doi:10.1080/15287399309531758 PMID:8350383

Wester RC, Mobayen M, Maibach HI (1987). In vivo and in vitro absorption and binding to powered stratum corneum as methods to evaluate skin absorption of environmental chemical contaminants from ground and surface water. *J Toxicol Environ Health*, 21(3):367–74. doi:10.1080/15287398709531025 PMID:3108517

Whitcomb BW, Schisterman EF, Buck GM, Weiner JM, Greizerstein H, Kostyniak PJ (2005). Relative concentrations of organochlorines in adipose tissue and serum among reproductive age women. *Environ Toxicol Pharmacol*, 19(2):203–13. doi:10.1016/j.etap.2004.04.009 PMID:21783478

WHO (2000). Polychlorinated biphenyls (PCBs). In: Air quality guidelines for Europe. Copenhagen: World Health Organization Regional Office for Europe; pp. 1–273. Available from: http://www.euro.who.int/__data/assets/pdf_file/0005/74732/E71922.pdf, accessed 24 June 2014.

Wiesner G, Wild KJ, Gruber M, Lindner R, Taeger S (2000). A cytogenetic study on the teaching staff of a polluted school with a questionable increased incidence of malignancies. *Int J Hyg Environ Health*, 203(2):141–6. doi:10.1078/S1438-4639(04)70019-X PMID:11109566

Wilhelm M, Ewers U, Wittsiepe J, Fürst P, Hölzer J, Eberwein G et al. (2007). Human biomonitoring studies in North Rhine-Westphalia, Germany. *Int J Hyg Environ Health*, 210(3–4):307–18. doi:10.1016/j.ijheh.2007.01.039 PMID:17347044

Wilkins K, Bøwadt S, Larsen K, Sporring S (2002). Detection of indoor PCB contamination by thermal desorption of dust. A rapid screening method? *Environ Sci Pollut Res Int*, 9(3):166–8. doi:10.1007/BF02987483 PMID:12094528

Wilson NK, Chuang JC, Lyu C (2001). Levels of persistent organic pollutants in several child day care centers. *J Expo Anal Environ Epidemiol*, 11(6):449–58. doi:10.1038/sj.jea.7500190 PMID:11791162

Wingfors H, Seldén AI, Nilsson C, Haglund P (2006). Identification of markers for PCB exposure in plasma from Swedish construction workers removing old elastic sealants. *Ann Occup Hyg*, 50(1):65–73. doi:10.1093/annhyg/mei063 PMID:16371417

Winkels HJ, Kroonenberg SB, Lychagin MY, Marin G, Rusakov GV, Kasimov NS (1998). Geochronology of priority pollutants in sedimentation zones of the Volga and Danube delta in comparison with the Rhine delta. *Appl Geochem*, 13(5):581–91. doi:10.1016/S0883-2927(98)00002-X

Wolff MS, Fischbein A, Selikoff IJ (1992). Changes in PCB serum concentrations among capacitor manufacturing workers. *Environ Res*, 59(1):202–16. doi:10.1016/S0013-9351(05)80240-3 PMID:1425510

Wolska L, Rawa-Adkonis M, Namieśnik J (2005). Determining PAHs and PCBs in aqueous samples: finding and evaluating sources of error. *Anal Bioanal Chem*, 382(6):1389–97. doi:10.1007/s00216-005-3280-7 PMID:15959770

Wolska L, Wardencki W, Wiergowski M, Zygmunt B, Zabiegała B, Konieczka P et al. (1999). Evaluation of Pollution Degree of the Odra River Basin with Organic Compounds after the 1997 summer Flood – General Comments. *Acta Hydrochim Hydrobiol*, 27(5):343–9. doi:10.1002/(SICI)1521-401X(199911)27:5<343::AID-AHEH343>3.0.CO;2-A

Wong CS, Warner NA (2009). Chirality as an Environmental Forensics Tool. In: Harrad S editor. *Persistent Organic Pollutants*. Chichester, UK: John Wiley & Sons Ltd.; pp. 71–135.

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 326

Wrbitzky R, Göen T, Letzel S, Frank F, Angerer J (1995). Internal exposure of waste incineration workers to organic and inorganic substances. *Int Arch Occup Environ Health*, 68(1):13–21. doi:10.1007/BF01831628 PMID:8847108

Xing Y, Lu Y, Dawson RW, Shi Y, Zhang H, Wang T *et al*. (2005). A spatial temporal assessment of pollution from PCBs in China. *Chemosphere*, 60(6):731–9. doi:10.1016/j.chemosphere.2005.05.001 PMID:15964056

Yang ZY, Zeng EY, Xia H, Wang JZ, Mai BX, Maruya KA (2006). Application of a static solid-phase microextraction procedure combined with liquid-liquid extraction to determine poly(dimethyl)siloxane-water partition coefficients for selected polychlorinated biphenyls. *J Chromatogr A*, 1116(1–2):240–7. doi:10.1016/j.chroma.2006.03.029 PMID:16580005

Yassi A, Tate R, Fish D (1994). Cancer mortality in workers employed at a transformer manufacturing plant. *Am J Ind Med*, 25(3):425–37. doi:10.1002/ajim.4700250310 PMID:8160660

Yassi A, Tate RB, Routledge M (2003). Cancer incidence and mortality in workers employed at a transformer manufacturing plant: update to a cohort study. *Am J Ind Med*, 44(1):58–62. doi:10.1002/ajim.10237 PMID:12822136

Yim UH, Hong SH, Shim WJ, Oh JR (2005). Levels of persistent organochlorine contaminants in fish from Korea and their potential health risk. *Arch Environ Contam Toxicol*, 48(3):358–66. doi:10.1007/s00244-004-0085-1 PMID:15719194

Yu GW, Laseter J, Mylander C (2011a). Persistent organic pollutants in serum and several different fat compartments in humans. *J Environ Public Health*, 2011:417980 doi:10.1155/2011/417980 PMID:21647350

Yu HY, Guo Y, Bao LJ, Qiu YW, Zeng EY (2011b). Persistent halogenated compounds in two typical marine aquaculture zones of South China. *Mar Pollut Bull*, 63(5–12):572–7. doi:10.1016/j.marpolbul.2010.12.006 PMID:21215976

Zhang H, Chai Z, Sun H (2007). Human hair as a potential biomonitor for assessing persistent organic pollutants. *Environ Int*, 33(5):685–93. doi:10.1016/j.envint.2007.02.003 PMID:17367859

Zhang X, Diamond ML, Robson M, Harrad S (2011a). Sources, emissions, and fate of polybrominated diphenyl ethers and polychlorinated biphenyls indoors in Toronto, Canada. *Environ Sci Technol*, 45(8):3268–74. doi:10.1021/es102767g PMID:21413794

Zhao G, Wang Z, Zhou H, Zhao Q (2009). Burdens of PBBs, PBDEs, and PCBs in tissues of the cancer patients in the e-waste disassembly sites in Zhejiang, China. *Sci Total Environ*, 407(17):4831–7. doi:10.1016/j.scitotenv.2009.05.031 PMID:19539352

Zhao X, Zheng M, Liang L, Zhang Q, Wang Y, Jiang G (2005). Assessment of PCBs and PCDD/Fs along the Chinese Bohai Sea coastline using mollusks as bioindicators. *Arch Environ Contam Toxicol*, 49(2):178–85. doi:10.1007/s00244-004-0130-0 PMID:16001155

Zorita S, Mathiasson L (2005). Determination of dissolved and particle-bound PCB congeners at ultra-trace concentrations in water. *Int J Environ Anal Chem*, 85(8):531–41. doi:10.1080/03067310500139024

# 2. CANCER IN HUMANS

## 2.1   Cohort studies of occupational exposure

Commercial mixtures of congeners of polychlorinated biphenyls (PCBs) were manufactured starting in the 1920s in Austria, France, Germany, Italy, Japan, Spain, Poland, the Russian Federation, the United Kingdom, and the USA. No published epidemiological studies of cancer among PCB-production workers were available to the Working Group.

### 2.1.1   Capacitor manufacture

Studies of cancer mortality and incidence among workers exposed to PCBs in the manufacture of capacitors have been conducted in Italy (Bertazzi et al., 1982, 1987; Tironi et al., 1996; Pesatori et al., 2013), Sweden (Gustavsson et al., 1986; Gustavsson & Hogstedt, 1997), and the USA (Brown & Jones, 1981; Brown, 1987; Sinks et al., 1992; Kimbrough et al., 1999, 2003; Mallin et al., 2004; Prince et al., 2006a, b; Ruder et al., 2006; Silver et al., 2009). The details of cohort studies among capacitor-manufacturing workers are presented in Table 2.1.

Bertazzi et al. (1982, 1987) studied 544 male and 1556 female former capacitor-production workers exposed between 1946 and 1980 at one capacitor-manufacturing plant in Monza, Italy. Cancer mortality until 1991 was non-statistically significantly increased among men (standardized mortality ratio, SMR, 1.1; 95% CI, 0.7–1.7; 20 deaths) and women (SMR, 1.2; 95% CI, 0.7–1.8;

19 deaths) (Tironi et al., 1996). The most recent update also included 373 male and 97 female workers at a second plant that operated from 1950 to 1982 (Pesatori et al., 2013). There was no excess overall cancer mortality; however, mortality due to cancers of the digestive tract, not otherwise specified, was statistically significantly increased (SMR, 2.5; 95% CI, 1.2–5.3; seven deaths). Deaths due to cancer of the brain (SMR, 1.8; 95% CI, 0.9–3.6; eight deaths) and lymphoma (SMR, 1.9; 95% CI, 1.0–3.3; twelve deaths) were in excess, especially for Hodgkin disease (SMR, 4.0; 95% CI, 1.3–12; three deaths) among women. Men were at increased risk of mortality from cancer of the biliary tract (SMR, 3.9; 95% CI, 1.5–10.4; four deaths) and cancer of the prostate (SMR, 1.7; [95% CI, 0.8–3.5]; seven deaths). [This cohort was notable for the high proportion of women.]

Gustavsson & Hogstedt (1997) studied cancer incidence and mortality until 1991 among 242 male capacitor-manufacturing workers employed for at least 6 months between 1965 and 1978 at a plant in Sweden. Individuals were classified as "high-exposed" if they had ever worked in the impregnation or repair departments. Cancer mortality was not significantly elevated among highly exposed workers (SMR, 1.9; 95% CI, 0.8–3.9; seven deaths). Two cases of cancer of the liver and bile duct were diagnosed (SMR, 6.7; 95% CI, 0.0–37 for highly exposed workers). Mortality from non-Hodgkin lymphoma (NHL) was increased among highly exposed workers based on one case (SMR, 9.1; 95% CI, 0.2–51).

165

IARC MONOGRAPH – 107

**Table 2.1 Cohort studies in capacitor-manufacturing workers**

| Reference, location, follow-up period | Total No. of subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Tironi et al. (1996), Italy, 1954–1982 | 1556 women, 544 men | Employment, 1 wk, 1946–82 | All cancers (140–209) | All women | 19 | SMR, 1.2 (0.7–1.8) | Update of cohort studied by Bertazzi et al. (1982, 1987) |
| | | | | All men | 20 | SMR, 1.1 (0.7–1.7) | |
| | | | Digestive organs (150–159) | All women | 2 | SMR, 0.9 (0.1–3.3) | |
| | | | | All men | 10 | SMR, 2.0 (0.9–3.6) | |
| | | | Lymphatic & haematopoietic (200–209) | All women | 5 | SMR, 1.4 (0.5–3.3) | |
| | | | | All men | 3 | SMR, 2.0 (0.4–5.9) | |
| | | | Lymphoma (200–202) | Women | 4 | SMR, 1.8 (0.5–4.5) | |
| Pesatori et al. (2013), Italy, 1946–1978 (plant 1) | 1551 women and 544 men (plant 1); 97 women and 373 men (plant 2) | Employment > 1 wk 1946–1978 (plant 1), all workers employed 1950–1982 (plant 2); PCBs used until 1980 | All cancers | All workers | 183 | SMR, 1.0 (0.9–1.0) | |
| | | | Lymphoma (200–202) | | 12 | SMR, 1.9 (1.1–1.3) | |
| | | | Digestive NOS (159) | | 7 | SMR, 2.5 (1.2–5.3) | |
| | | | Brain | | 8 | SMR, 1.8 (0.9–3.6) | |
| | | | Breast | All women | 16 | SMR, 0.8 (0.5–1.3) | |
| | | | Prostate | All men | 7 | SMR, 1.7 (0.8–3.5) | |
| Gustavsson & Hogstedt (1997); Gustavsson et al. (1986), Sweden, 1965–1991 | 242 men | Employed > 6 mo, 1965–1978; low, medium, or high exposure to PCBs | All cancers (140–209) | High-exposed | 7 | SMR, 1.9 (0.8–3.9) | Age, calendar period, country of origin |
| | | | Liver (155) | High-exposed | 1 | SMR, 6.7 (0.02–37) | |
| | | | Lung (162) | High-exposed | 2 | SMR, 2.2 (0.3–8.0) | |
| | | | Prostate (185) | High-exposed | 1 | SMR, 2.2 (0.1–12) | |
| | | | Lymphatic & haematopoietic (200–209) | High-exposed | 1 | SMR, 3.3 (0.1–19) | |
| | | | Lymphoma (200–202) | High-exposed | 1 | SMR, 9.1 (0.2–51) | |

**Table 2.1 (continued)**

| Reference, location, follow-up period | Total No. of subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Mallin et al. (2004), Illinois, USA, 1944–2000 | 2885 white (25 non-white workers excluded) | | All cancers (140–208) | All | 347 | [SMR, 1.1 (1.0–1.2)] | Sex, age, race, calendar period |
| | | | Stomach (151) | All | 17 | [SMR, 1.9 (1.1–3.1)] | Workers also exposed to trichloroethylene, 1,1,1-trichloroethane, lead solder, mineral oil, lacquer, paint thinner, epoxies, methyl ethyl ketone |
| | | | Intestine excluding rectum (152–153) | All | 39 | [SMR, 1.3 (0.9–1.7)] | |
| | | | Biliary passages, liver, & gallbladder (155–156) | All | 14 | [SMR, 2.4 (1.3–4.1)] | |
| | | | Thyroid (193) | Men | 3 | SMR, 15.2 (3.1–45) | No deaths from thyroid cancer among women |
| | | | Rectum (154) | All | 7 | [SMR, 1.1 (0.5–2.4)] | |
| | | | Prostate (185) | Men | 9 | SMR, 1.1 (0.5–2.0) | |
| | | | Breast (174–175) | Women | 49 | SMR, 1.2 (0.9–1.6) | |
| | | | NHL (200, 202) | Women: Worked < 1 yr | 7 | SMR, 2.1 (0.8–4.3) | No NHL deaths among those who worked 5–9 years. Data not reported for men |
| | | | | Worked 1–4 yr | 4 | SMR, 1.6 (0.4–4.1) | |
| | | | | Worked ≥ 10 yr | 2 | SMR, 1.9 (0.2–6.8) | |
| | | | | Men only | 3 | SMR, 1.1 (0.2–3.3) | |
| | | | Oral cavity & pharynx (140–149) | | 3 | | No deaths among women |
| Ruder et al. (2006), Indiana, USA, 1957–1998 | 3569 | JEM based on department, job, tasks, monitored exposure levels, estimated cumulative exposure for each worker | All cancers | *Cumulative exposure* Lowest tertile (< 11 000 unit-days) | 56 | SMR, 0.9 (0.7–1.2) | Sex, age, race, calendar period |
| | | | | Middle tertile (11 000–89 999 unit days) | 62 | SMR, 0.9 (0.7–1.2) | |
| | | | | Highest tertile (≥ 90 000 unit-days) | 52 | SMR, 0.8 (0.6–1.1) | |
| | | | Melanoma | Lowest tertile | 5 | SMR, 3.7 (1.2–8.7) | |
| | | | | Middle tertile | 2 | SMR, 1.5 (0.2–5.4) | P for trend = 0.48 |
| | | | | Highest tertile | 9 | SMR, 2.4 (1.1–4.6) | |
| | | | Brain | Lowest tertile | 3 | SMR, 1.4 (0.3–4.0) | P for trend = 0.72 |
| | | | | Middle tertile | 4 | SMR, 1.8 (0.5–4.6) | |
| | | | | Highest tertile | 5 | SMR, 2.7 (0.9–6.3) | P for trend = 0.016 |

167

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 330

**Table 2.1 (continued)**

| Reference, location, follow-up period | Total No. of subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Ruder et al. (2006), Indiana, USA, 1957–1998 (cont.) | | | Breast | Lowest tertile | 4 | SMR, 1.0 (0.3–2.7) | |
| | | | | Middle tertile | 3 | SMR, 0.9 (0.2–2.7) | |
| | | | | Highest tertile | 0 | – | |
| | | | Prostate | Lowest tertile | 1 | SMR, 0.5 (0.0–2.7) | |
| | | | | Middle tertile | 2 | SMR, 0.8 (0.1–2.7) | |
| | | | | Highest tertile | 1 | SMR, 0.3 (0.0–1.8) | |
| | | | NHL (200, 202) | Lowest tertile | 1 | SMR, 0.4 (0.0–2.3) | |
| | | | | Middle tertile | 5 | SMR, 1.9 (0.6–4.5) | |
| | | | | Highest tertile | 3 | SMR, 1.3 (0.3–3.8) | |
| | | | Oral cavity & pharyn | Lowest tertile | 2 | SMR, 2.0 (0.2–7.1) | |
| | | | | Middle tertile | 0 | – | |
| | | | | Highest tertile | 1 | SMR, 0.9 (0.0–4.9) | |
| Prince et al. (2006b), Hopf et al. (2010), Massachusetts & New York, USA, 1939–1998 | 14 458 | JEM for each plant based on department, job, tasks, monitored exposure levels, estimated cumulative exposure for each worker | All cancers | Cumulative exposure: referent category < 150 unit-yr | | | Sex, age, race, calendar period The New York plant was also studied by Kimbrough et al. (1999, 2003). Results for 0-yr lag |
| | | | | 150 to < 620 unit-yr | 229 | RR, 1.1 (0.9–1.3) | P for trend = 0.03 |
| | | | | 620 to < 2300 unit-yr | 238 | RR, 1.3 (1.1–1.5) | |
| | | | | ≥ 2300 unit-yr | 240 | RR, 1.3 (1.1–1.5) | |
| | | | Melanoma | 150 to < 620 unit-yr | 2 | RR, 0.3 (0.1–1.3) | P for trend = 0.83 |
| | | | | ≥ 620 unit-yr | 6 | RR, 0.7 (0.2–1.9) | |
| | | | Brain | 150 to < 620 unit-yr | 5 | RR, 0.6 (0.2–1.8) | P for trend = 0.32 |
| | | | | 620 to < 2300 unit-yr | 3 | RR, 0.4 (0.1–1.6) | |
| | | | | ≥ 2300 unit-yr | 3 | RR, 0.5 (0.1–1.7) | |
| | | | Stomach | 150 to < 620 unit-yr | 6 | RR, 1.5 (0.5–4.9) | |
| | | | | 620 to < 2300 unit-yr | 10 | RR, 3.2 (1.1–9.3) | |
| | | | | ≥ 2300 unit-yr | 8 | RR, 2.9 (0.9–9.2) | P for trend = 0.12 |
| | | | Intestine excluding rectum | 150 to < 620 unit-yr | 26 | RR, 1.5 (0.8–2.6) | P for trend = 0.55 |
| | | | | 620 to < 2300 unit-yr | 26 | RR, 1.5 (0.8–2.6) | |
| | | | | ≥ 2300 unit-yr | 27 | RR, 1.4 (0.8–2.6) | |

**Table 2.1 (continued)**

| Reference, location, follow-up period | Total No. of subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Prince et al. (2006b), Hopf et al. (2010), Massachusetts & New York, USA, 1939–1998 (cont.) | | | Rectum | 150 to < 620 unit-yr | 5 | RR, 1.1 (0.3–3.9) | |
| | | | | 620 to < 2300 unit-yr | 1 | RR, 0.2 (0.0–1.8) | |
| | | | | ≥ 2300 unit-yr | 8 | RR, 1.4 (0.4–4.3) | P for trend = 0.36 |
| | | | Biliary passages, liver, & gallbladder | 150 to < 620 unit-yr | 3 | RR, 1.7 (0.3–10.0) | |
| | | | | 620 to < 2300 unit-yr | 6 | RR, 3.1 (0.6–15) | |
| | | | | ≥ 2300 unit-yr | 9 | RR, 4.2 (0.9–20) | P for trend = 0.07 |
| | | | Breast | 150 to < 620 unit-yr | 26 | RR, 1.1 (0.6–1.9) | |
| | | | | 620 to < 2300 unit-yr | 19 | RR, 0.8 (0.4–1.4) | |
| | | | | ≥ 2300 unit-yr | 27 | RR, 1.3 (0.8–2.3) | P for trend = 0.26 |
| | | | Prostate | 150 to < 620 unit-yr | 5 | RR, 1.5 (0.4–5.6) | |
| | | | | 620 to < 2300 unit-yr | 7 | RR, 2.8 (0.8–9.6) | |
| | | | | ≥ 2300 unit-yr | 18 | RR, 6.1 (2.0–18) | P for trend < 0.01 |
| | | | NHL (200, 202) | 150 to < 620 unit-yr | 13 | RR, 1.6 (0.7–3.6) | |
| | | | | 620 to < 2300 unit-yr | 3 | RR, 0.5 (0.1–1.7) | |
| | | | | ≥ 2300 unit-yr | 7 | RR, 1.2 (0.4–3.3) | P for trend = 0.99 |
| | | | Myeloma (203) | 150 to < 620 unit-yr | 6 | RR, 1.5 (0.5–4.9) | |
| | | | | 620 to < 2300 unit-yr | 9 | RR, 2.4 (0.8–7.3) | |
| | | | | ≥ 2300 unit-yr | 8 | RR, 1.9 (0.6–5.9) | P for trend = 0.48 |
| Kimbrough et al. (2003), New York, USA, 1946–1998 | 7075 | Duration of employment, whether hourly or salaried | All cancers (140–208) | Hourly workers | 381 | [SMR, 1.0 (0.9–1.2)] | Sex, age, race, calendar period |
| | | | | Salaried workers | 111 | [SMR, 0.8 (0.7–1.0)] | The plant was also studied by Prince et al. (2006b) and Silver et al. (2009) |
| | | | Prostate | Hourly workers | 17 | SMR, 1.3 (0.7–1.8) | |
| | | | | Salaried workers | 4 | SMR, 0.5 (0.1–1.4) | |
| | | | Brain | Hourly workers | 5 | [SMR, 0.5 (0.2–1.2)] | |
| | | | | Salaried workers | 6 | [SMR, 1.5 (0.6–3.4)] | |
| | | | Breast | Hourly workers | 32 | SMR, 0.9 (0.6–1.3) | |
| | | | | Salaried workers | 6 | SMR, 0.9 (0.3–1.9) | |
| | | | Skin, including melanoma | Hourly workers | 9 | [SMR, 1.2 (0.6–2.4)] | |
| | | | | Salaried workers | 6 | [SMR, 2.1 (0.8–4.7)] | |
| | | | Biliary passages, liver, & gallbladder | Hourly workers | 6 | [SMR, 0.97 (0.4–2.1)] | |
| | | | | Salaried workers | 1 | [SMR, 0.3 (0.0–2.6)] | |

169

**Table 2.1   (continued)**

| Reference, location, follow-up period | Total No. of subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Kimbrough et al. (2003), New York, USA, 1946–1998 (cont.) | | | Intestine excluding rectum | Hourly workers | 41 | [SMR, 1.3 (0.9–1.7]] | |
| | | | | Salaried workers | 11 | [SMR, 0.9 (0.5–1.7]] | |
| | | | Rectum | Hourly workers | 8 | [SMR, 1.2 (0.5–2.4]] | |
| | | | | Salaried workers | 4 | [SMR, 1.6 (0.4–4.5]] | |
| | | | Oral cavity | Hourly workers | 4 | [SMR, 2.0 (0.6–5.2]] | |
| | | | | Salaried workers | 1 | [SMR, 1.1 (2.9–6.4]] | |
| Silver et al. (2009), Indiana, Massachusetts & New York, USA, 1940–1998 | 5752 women | JEMs (see Ruder et al., 2006 and Prince et al., 2006b for description) Questionnaire for non-occupational risk factors | Breast | All | 257 | SIR, 0.8 (0.7–0.9) | Sex, age, race, calendar period. Results for subcohort with questionnaire data (n = 3141). Exposure lagged 10 yr |
| | | | | *Cumulative exposure per 1000 unit-yr:* | | | Age, race, calendar period, ever smoking, parity, age at first live birth, breast cancer in first-degree female relative, age began hormone use |
| | | | | All women | 145 | HR, 1.0 (1.0–1.1) | |
| | | | | White women | 131 | HR, 1.0 (1.0–1.0) | |
| | | | | Non-white women | 14 | HR, 1.3 (1.1–1.6) | |

HR, hazard ratio; JEM, job-exposure matrix; mo, month; NHL, non-Hodgkin lymphoma; NOS, not otherwise specified; RR, rate ratio; SIR, standardized incidence ratio; SMR, standardized mortality ratio; SRR, standardized rate ratio; wk, week; yr, year

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 333

[Findings based on this small cohort were difficult to interpret because of limited precision.]

A cohort of 2885 white workers employed between 1944 and 1977 at a capacitor-manufacturing facility in Illinois, USA, who were exposed to PCBs (1952–1977), chlorinated naphthalenes (1944–1981), and other chemicals, was followed until 2000 (Mallin et al., 2004). Plant records were incomplete and short-term workers (less than 1 year employment) were least likely (83%) to have been traced. There was excess mortality from cancers of the stomach [SMR, 1.9; 95% CI, 1.1–3.1], liver and biliary tract [SMR, 2.4; 95% CI, 1.3–4.1] and breast [SMR, 1.2; 95% CI, 0.9–1.6]. Women with 5 or more years employment during the period of PCB use had significantly elevated mortality from cancers of the liver and biliary tract (SMR, 5.6; 95% CI, 1.5–14; four deaths) and intestine (SMR, 2.3; 95% CI, 1.0–4.3; nine deaths). Men had excess mortality from cancer of the thyroid (SMR, 15.2; 95% CI, 3.1–45; three deaths), while women had excess mortality from NHL, which was not related to the duration of employment (SMRs, 1.6–2.1). Data on NHL were not reported for men. [Exposure assessment was limited and workers were exposed to multiple chemicals, which hampered attribution of cancer outcomes to PCB exposure.]

The United States National Institute for Occupational Safety and Health (NIOSH) cohort (Ruder et al., 2014) included 25 000 workers at facilities in three states, originally studied separately, in Indiana (Sinks et al., 1992; Ruder et al., 2006) and Massachusetts and New York (Brown & Jones, 1981; Brown, 1987; Prince et al., 2006a, b), and combined for an analysis of cancer of the breast (Silver et al., 2009). Separate job-exposure matrices were developed for each of the plants, based on department, job title, era, company records, information about job tasks, and sampling data (Nilsen et al., 2004; Hopf et al., 2009, 2010), with each worker receiving an estimated cumulative exposure score, so that cancer outcomes could be analysed by level of relative exposure.

Updating vital status until 1998 for the Indiana subcohort (which comprised 3569 workers exposed to PCBs between 1957 and 1977) confirmed the earlier findings of excess melanoma and cancer of the brain (Sinks et al., 1992). Melanoma remained in excess (SMR, 2.4; 95% CI, 1.1–4.6), particularly in the lowest tertile of estimated cumulative exposure (SMR, 3.7; 95% CI, 1.2–8.7; five deaths). Mortality from cancer of the brain (SMR, 1.9; 95% CI, 1.0–3.3) increased with exposure, with a standardized mortality ratio of 2.7 (95% CI, 0.9–6.3; five deaths) in the highest quartile and a significant exposure–response trend in the standardized rate ratio (SRR) ($P = 0.02$). Among those having worked ≥ 90 days, both melanoma (SMR, 2.7; 95% CI, 1.1–5.2) and cancer of the brain (SMR, 2.1; 95% CI, 1.1–3.8) were elevated, especially for women (melanoma: SMR, 6.0; 95% CI, 1.2–17.5; three deaths; cancer of the brain: SMR, 2.9; 95% CI, 0.6–8.4; three deaths). The standardized mortality ratio for mortality from NHL was 1.2 (95% CI, 0.6–2.3) (Ruder et al., 2006).

The original studies in the Massachusetts-New York subcohorts (Brown & Jones, 1981; Brown, 1987) included only 2567 workers considered to be highly exposed to PCBs during 1938–1977 (Massachusetts) or 1946–1977 (New York). The update until 1998 expanded the study population to include 14 458 workers with at least 90 days of potential exposure to PCBs (Prince et al., 2006b). Cancer of the liver, leukaemia and aleukaemia [aplastic anaemia], and NHL were not in excess overall, but mortality from multiple myeloma was (SMR, 1.85; 95% CI, 1.23–2.67). In the New York subcohort, mortality from melanoma was elevated (SMR, 1.79; 95% CI, 0.98–3.0). Mortality from cancer of the stomach was elevated among men (SMR, 1.53; 95% CI, 0.98–2.28) and increased with cumulative exposure (trend, $P = 0.039$). Mortality from cancer of the prostate was not elevated overall (SMR, 1.0; 95% CI, 0.72–1.45),

but increased with cumulative exposure (trend, $P < 0.001$). Mortality from intestinal cancer was elevated among women (SMR, 1.31; 95% CI, 1.02–1.66), especially in categories with higher cumulative exposure, but did not show a clear trend.

[The NIOSH studies were originally reported in multiple, overlapping publications based on several plants, but were subsequently merged into a single cohort. The Working Group regarded the quality of the NIOSH studies as high, and noted that they represented considerable effort to enumerate, expand and update the cohorts and assess exposure using objective job-exposure matrices.]

In addition to the NIOSH studies, separate analyses were conducted independently for the New York plant (Kimbrough et al., 1999, 2003). These studies, which used duration of employment and whether hourly or salaried as surrogates for exposure, reported on virtually the same workers as in the NIOSH New York subcohort (mortality until 1998, employed at least 90 days, 7075 workers versus the 6941 studied by NIOSH), but found no significant excess mortality for any cancers (Kimbrough et al., 1999, 2003). [The Working Group noted that the analyses by Kimbrough included 134 more workers than did Prince et al. but was not able to determine the reason for the discrepancy. In addition, Kimbrough et al. presented results only in subgroups defined by sex and pay grade, limiting the power of the analyses.]

The NIOSH study of cancer of the breast (Silver et al., 2009) included 5752 women employed for at least 1 year in any one of the three capacitor-manufacturing facilities studied previously by NIOSH. Exposure to PCBs was estimated semiquantitatively using job-exposure matrices and information about incident cancer of the breast, parity, age at first live birth, breast cancer in a first-degree female relative, hormone use, and smoking was used in analyses for 3952 women who completed questionnaires. Cancer registries and death certificates up to 1998 were used to identify 281 incident cases. The overall standardized incidence ratio (SIR) for cancer of the breast was 0.8 (95% CI, 0.7–0.9), with little effect of employment duration or cumulative exposure. However, for the 282 women of race identified by questionnaire as "other than white," there was a positive, statistically significant association with cumulative exposure, with a hazard ratio for cancer of the breast of 1.3 (95% CI, 1.1–1.6) per 1000 unit-years of estimated cumulative exposure, while no association was observed in "white" women.

### 2.1.2 Transformer manufacture and repair

Studies of cancer mortality and incidence among workers exposed to PCBs in the manufacture or repair of transformers have been conducted in Canada (Yassi et al., 1994, 2003), Italy (Caironi et al., 2005), and the USA (Greenland et al., 1994; Table 2.2).

Cancer mortality among a subset of deceased former workers at a transformer-manufacturing plant in Massachusetts, USA, was evaluated for (ever having had) exposure to PCBs (Pyranol) (Greenland et al., 1994). There were positive associations with cancer of the liver and biliary tract (odds ratio, OR, 2.4; 95% CI, 0.6–9.7) and lymphoma (OR, 3.3; 95% CI, 1.1–9.3). In an analysis adjusted for age at death, year of death, and year of hire, the adjusted odds ratio was 2.2 (95% CI, 0.8–6.5) for cancer of the liver and biliary tract and 1.5 (95% CI, 0.55–4.3) for lymphoma. [The Working Group noted that numbers of deaths by site associated with exposure to PCBs were not reported, and job histories were unavailable for 34% of the study population.]

Cancer incidence and mortality until 1995 were studied in a cohort of 2222 men working between 1946 and 1975 at a transformer-manufacturing plant in Manitoba, Canada, where PCBs (Askarels) were used from 1956 to fill large transformers (mineral oils were used in other

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 335

**Table 2.2 Cohort studies in transformer-manufacturing and transformer-repair workers**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Greenland et al. (1994), Massachusetts, USA, 1969–1984 | 1821 deceased white male workers, aged 21–90 yr, vested in company pension plan | Expert assessment | Oral cavity, larynx, pharynx | Pyranol exposure, ever | NR | OR, 1.1 (0.4–3.4) | Age at death, yr of hire, yr of death. Job history unavailable for 34% of deceased former workers; non-white men and women excluded; workers with > 50% work history unrated for PCBs excluded; deceased < 1969 or not vested (10–15 yr work) excluded. No. of exposed deaths, NR. Pyranol contained about 50% PCB. Other exposures included solvents, machining fluids, asbestos, resins |
| | | | Oesophagus | | NR | OR, 0.9 (0.2–4.1) | |
| | | | Stomach | | NR | OR, 0.9 (0.3–3.1) | |
| | | | Colon excluding rectum | | NR | OR, 0.6 (0.3–1.4) | |
| | | | Rectum | | NR | OR, 0.9 (0.3–2.3) | |
| | | | Pancreas | | NR | OR, 1.1 (0.4–2.6) | |
| | | | Biliary passages, liver, and gallbladder | | NR | OR, 2.4 (0.6–9.7) | |
| | | | | Pyranol exposure at 97th percentile of control exposure | NR | OR, 2.2 (0.8–6.5) | |
| | | | Trachea, bronchus, & lung | Pyranol exposure, ever | NR | OR, 1.0 (0.6–1.6) | |
| | | | Prostate | | NR | OR, 0.8 (0.4–1.7) | |
| | | | Bladder | | NR | OR, 0.5 (0.1–2.3) | |
| | | | Kidney | | NR | OR, 0.4 (0.1–3.4) | |
| | | | Lymphoma (200–203) | Pyranol exposure | NR | OR, 3.3 (1.1–9.3) | |
| | | | | Pyranol exposure at 97th percentile of control exposure | NR | OR, 1.5 (0.6–4.3) | |
| | | | Leukaemia (204–208) | Pyranol exposure, ever | NR | OR, 0.5 (0.1–2.1) | |
| | | | Brain | | NR | OR, 1.1 (0.3–3.9) | |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 336

## Table 2.2 (continued)

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Yassi et al. (1994, 2003), Manitoba, Canada, 1946–1995; 1950–1995 (mortality); 1969–1995 (cancer incidence) | 2222 men | | All cancers | Employment: | | | |
| | | | | > 1 mo | NR | SMR, 1.2 (1.0–1.5) | 13% excluded from original mortality study because of missing identifiers. Total of 261 deaths in cohort until 1995 |
| | | | | > 6 mo | NR | SMR, 1.2 (0.9–1.6) | Total of 104 deaths in subcohort until 1995 |
| | | | | Transformer assembly | NR | SMR, 1.6 (0.9–2.8) | Total of 31 deaths in transformer-assembly department until 1995 |
| | | | Digestive organs (150–159) | > 1 mo | NR | SMR, 1.3 (0.9–1.9) | |
| | | | | > 6 mo | NR | SMR, 1.3 (0.6–2.3) | |
| | | | | Transformer assembly | NR | SMR, 2.7 (1.0–5.9) | |
| | | | Stomach | > 1 mo | NR | SMR, 0.8 (0.2–2.3) | |
| | | | | > 6 mo | NR | SMR, 1.8 (0.4–5.2) | |
| | | | | Transformer assembly | NR | SMR, 5.1 (9.6–18) | |
| | | | Pancreas | > 1 mo | NR | SMR, 3.6 (1.9–6.1) | |
| | | | | > 6 mo | NR | SMR, 4.8 (2.1–9.5) | |
| | | | | Transformer assembly | NR | SMR, 7.5 (1.5–2.2) | |
| | | | Melanoma | > 6 mo | 8 | SMR, 1.8 (0.2–6.4) | |
| | | | All cancers | > 1 mo | NR | SIR, 1.2 (1.0–1.4) | Total diagnoses, 168 |
| | | | | > 6 mo | NR | SIR, 1.0 (0.8–1.3) | Total diagnoses, 65 |
| | | | | Transformer assembly | NR | SIR, 1.1 (0.6–1.7) | Total diagnoses, 18 |
| | | | Digestive organs (150–159) | > 1 mo | NR | SIR, 1.4 (1.1–1.9) | |
| | | | | > 6 mo | NR | SIR, 1.1 (0.6–1.8) | |
| | | | | Transformer assembly | NR | SIR, 1.6 (0.6–3.4) | |
| | | | Stomach | > 1 mo | NR | SIR, 1.3 (0.5–2.7) | |
| | | | | > 6 mo | NR | SIR, 0.4 (0.0–2.4) | |
| | | | | Transformer assembly | NR | SIR, 1.7 (0.0–9.5) | |

Polychlorinated biphenyls

**Table 2.2  (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Yassi et al.(1994, 2003), (cont.) | | | Pancreas | >1 mo | NR | SIR, 2.7 (1.3–4.9) | |
| | | | | >6 mo | NR | SIR, 4.3 (1.7–8.8) | |
| | | | | Transformer assembly | NR | SIR, 7.2 (1.5–21.1) | |
| | | | Gall bladder | >1 mo | NR | SIR, 5.1 (1.4–13) | |
| | | | | >6 mo | NR | SIR, 2.9 (0.0–16) | |
| | | | | Transformer assembly | NR | 0 | |
| | | | Melanoma | >1 mo | 10 | SIR, 2.2 (1.1–4.0) | |
| Caironi et al. (2005), Bergamo, Italy, 1950–early 1990s; 1950–2002 | 471 (372 men, 99 women) | | Stomach | All exposed | 7 | SMR, 1.6 (0.6–2.5) | No. of deaths but not SMRs reported for other cancers (oral cavity, 4; oesophagus, 1; pancreas, 1; larynx, 2; lung, 18; breast, 3; prostate, 3; bladder, 2; lymphoma, 3; other cancers, 4) |
| | | | Intestine excluding rectum (153–4, 159) | All exposed | 11 | SMR, 2.6 (1.6–3.5) | |
| | | | Liver | All exposed | 3 | SMR, 0.3 (0.0–1.1) | |
| | | | Leukaemia (204–208) | All exposed | 2 | SMR, 1.8 (0.0–3.6) | |

HR, hazard ratio; JEM, job-exposure matrix; mo, month; NHL, non-Hodgkin lymphoma; NR, not reported; RR, rate ratio; SIR, standardized incidence ratio; SMR, standardized mortality ratio

175

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 338

transformers) (Yassi *et al.*, 2003). The mortality study showed an increased risk of mortality for cancer of the digestive tract, particularly cancers of the stomach and pancreas, among workers in the transformer-assembly department. The incidence study included ten cases of malignant melanoma in the full cohort (SIR, 2.2; 95% CI, 1.1–4.0). Increased risk of cancers of the gall bladder and pancreas was also observed among all workers, and an excess of cancer of the pancreas was reported among workers in the transformer-assembly department (SIR, 7.2; 95% CI, 1.5–21.1) (Yassi *et al.*, 2003). [The Working Group noted that the authors did not assess individual exposure to PCBs, which makes it difficult to attribute effects specifically to PCBs.]

In a study in Bergamo, Italy, among 471 workers who built transformers between 1950 and 1988, using PCBs until 1980 and mineral oils thereafter, and who repaired transformers from 1988 until the early 1990s, mortality from cancer of the intestine was significantly elevated (SMR, 2.6; 95% CI, 1.6–3.5; 11 deaths), but mortality from cancer of the stomach or liver, or leukaemia, was not (Caironi *et al.*, 2005). [This was a small study, but it focused on transformer-repair workers who would have had substantial dermal exposure to PCBs.]

### 2.1.3 Electric power and telecommunications

Studies of cancer mortality and incidence among workers exposed to PCBs in the electric-power and telecommunications industries have been conducted in Canada (De Guire *et al.*, 1988; Hay & Tarrel, 1997), Italy (Cammarano *et al.*, 1984, 1986), Norway (Tynes *et al.*, 1994), and the USA (Savitz & Loomis, 1995; Loomis *et al.*, 1997; Charles *et al.*, 2003; Table 2.3).

De Guire and coworkers found increased incidence of and mortality from malignant melanoma among 9590 employees of a telecommunications company in Montreal, Canada, who had been employed for 6 months or more between

1976 and 1983 (De Guire *et al.*, 1988, 1992). Three deaths were identified among men (SMR, 3.0; 95% CI, 0.6–8.8), with a stronger association for those with < 20 years latency (SMR, 9.4; 95% CI, 1.1–34; two deaths) than for those with ≥ 20 years latency (one death; SMR, 1.3; 95% CI, 0.0–7.1). Only one case occurred among women (SMR, 4.8; 95% CI, 0.1–27). [This was a reasonably large cohort, but the number of incident cases was small. Exposure to PCBs may have occurred, but was not assessed.]

Cancer incidence among 5088 workers in the hydroelectric-power industry in Norway employed for at least 1 year between 1920 and 1991 was examined in relation to magnetic fields or electric sparks, and to exposure to PCBs (Tynes *et al.*, 1994). Workers were classified as ever or never exposed to PCBs, based on work histories. The incidence of malignant melanoma was increased in the full cohort (SIR, 1.1; 95% CI, 0.7–1.8) and among power-supply electricians (SIR, 2.1; [95% CI, 1.0–3.7]). Significantly increased incidence was also reported among workers ever exposed to PCBs and to > 15 µT-years of magnetic fields (SIR, 2.7; [95% CI, 1.2–5.2]). [This study investigated exposure to PCBs and to electric and magnetic fields. Exposures to PCBs and to electric and magnetic fields may be correlated through associations with certain jobs, but exposure is unlikely to confound the association with PCBs, as such exposure is not known to be associated with melanoma.]

Loomis and colleagues assessed risk of cancer in relation to PCB exposure among 138 905 male employees of five utility companies in California, North Carolina, Pennsylvania, Tennessee, and Virginia, USA, who were employed for at least 6 months between 1950 and 1986 (Savitz & Loomis, 1995; Loomis *et al.*, 1997). Exposures were assessed jointly by representatives of employees and management and by industrial hygienists. Mortality from melanoma increased with increasing exposure to PCBs, from 1.2 (95% CI, 0.6–2.5) for those with < 2000 hours cumulative

**Table 2.3 Cohort studies in electric-power and telecommunications workers**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| De Guire et al. (1988, 1992), Montreal, Canada, 1976–1983 | 9590 | Working on 1 January 1976 or up to 31 December 1963, ≥ 6 mo employment. Exposed to polyvinyl chloride, soldering fumes, and PCBs | All cancers | Men | 67 | SMR, 0.6 (0.5–0.7) | Incidence of other cancers not analysed in association with PCB exposure |
| | | | Oral cavity, larynx, pharynx | Men | 1 | SMR, 0.2 (0.0–1.0) | |
| | | | | Women | 17 | SMR, 0.9 (0.5–1.4) | |
| | | | Digestive organs (150–159) | Men | 22 | SMR, 0.7 (0.4–1.1) | |
| | | | | Women | 5 | SMR, 1.2 (0.4–2.9) | |
| | | | Trachea, bronchus, lung | Men | 26 | SMR, 0.6 (0.4–0.8) | |
| | | | | Women | 4 | SMR, 1.5 (0.4–4.0) | |
| | | | Melanoma | Men | 3 | SMR, 3.0 (0.6–8.8) | |
| | | | | Women | 1 | SMR, 4.8 (0.1–27) | |
| | | | | Men, < 20 yr latency | 2 | SMR, 9.4 (1.1–34) | |
| | | | | Men, ≥ 20 yr latency | 1 | SMR, 1.3 (0.0–7.1) | |
| | | | | Women, < 20 yr latency | 1 | SMR, 12.1 (0.0–67) | |
| | | | Eye, brain | Men | 2 | SMR, 0.5 (0.1–1.7) | |
| | | | Lymphatic and haematopoietic (200–208) | Men | 7 | SMR, 0.7 (0.3–1.5) | |
| | | | Bone, breast (170–171, 173–178) | Women | 5 | SMR, 0.9 (0.3–2.0) | |
| Tynes et al. (1994), Norway, 1920–1991; 1953–1991 | 5088 men | Worked ≥ 1 yr at any of eight hydroelectric-power companies | Rectum | Employment ≥ 1 yr | 27 | SIR, 1.1 (0.7–1.6) | |
| | | | Lung | | 68 | SIR, 1.1 (0.9–1.4) | |
| | | | Breast | | 1 | SIR, 1.1 (0.0–76) | |
| | | | Prostate | | 90 | SIR, 1.1 (0.9–1.3) | |
| | | | Bladder | | 27 | SIR, 0.8 (0.5–1.2) | |
| | | | Melanoma | | 19 | SIR, 1.1 (0.7–1.8) | |
| | | | Brain | | 13 | SIR, 0.9 (0.5–1.5) | |
| | | | Lymphoma | | 12 | SIR, 0.7 (0.4–1.2) | |
| | | | Leukaemia | | 11 | SIR, 0.9 (0.5–1.6) | |
| | | | Melanoma | Ever exposed to PCBs | 9 | SIR, 1.8 [0.8–3.4] | |
| | | | | Ever exposed to PCBs, 0–15 µT-yr | 0 | | |
| | | | | Ever exposed to PCBs, > 15 µT-yr | 9 | SIR, 2.7 [1.2–5.2] | |

177

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 340

**Table 2.3   (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Loomis et al. (1997), California, North Carolina, Pennsylvania, Tennessee, Virginia, USA, 1950–1988 | 138 905 men | Employed > 6 mo, 1950–1986, exposures assessed by panels of workers, hygienists, managers; calculated cumulative exposure to insulating fluids containing PCBs | All cancers | Potential PCB exposure: | | | Age, calendar time, race, social class, active work status. |
| | | | | > 0 to < 5 year | 916 | RR, 2.2 (0.9–1.2) | |
| | | | | 5 to < 10 year | 454 | RR, 1.0 (0.9–1.2) | |
| | | | | 10 to < 20 year | 601 | RR, 1.1 (1.0–1.2) | |
| | | | | ≥ 20 year | 656 | RR, 1.1 (1.0–1.2) | |
| | | | | Cumulative PCB exposure (h), 20-yr lag: | | | |
| | | | | > 0–2000 | 2605 | RR, 1.0 (1.0–1.1) | |
| | | | | > 2000–10 000 | 331 | RR, 1.2 (1.1–1.3) | |
| | | | | > 10 000 | 81 | RR, 1.0 (0.8–1.3) | |
| | | | Brain | Potential PCB exposure: | | | Age, calendar time, race, social class, active work status, magnetic fields, solvents |
| | | | | 0 to < 5 yr | 32 | RR, 1.3 (0.8–2.2) | |
| | | | | 5 to < 10 yr | 15 | RR, 1.4 (0.7–2.6) | |
| | | | | 10 to < 20 yr | 17 | RR, 1.3 (0.7–2.4) | |
| | | | | ≥ 20 yr | 12 | RR, 1.1 (0.6–2.2) | |
| | | | | Cumulative PCB exposure (h), 20-yr lag: | | | |
| | | | | > 0–2000 | 66 | RR, 1.0 (0.7–1.6) | |
| | | | | > 2000–10 000 | 5 | RR, 0.7 (0.3–1.9) | |
| | | | | > 10 000 | 0 | RR, 0.0 (0.0–2.6) | |
| | | | Liver (155) | Potential PCB exposure: | | | Age, calendar time, race, social class, active work status, solvents |
| | | | | 0 to < 5 yr | 13 | RR, 1.1 (0.5–2.3) | |
| | | | | 5 to < 10 yr | 5 | RR, 0.8 (0.3–2.2) | |
| | | | | 10 to < 20 yr | 13 | RR, 1.8 (0.9–3.6) | |
| | | | | ≥ 20 yr | 5 | RR, 0.7 (0.3–1.9) | |
| | | | | Cumulative PCB exposure (h), 20-yr lag: | | | |
| | | | | > 0 to 2000 | 29 | RR, 0.5 (0.3–0.5) | |
| | | | | > 2000–10 000 | 3 | RR, 0.4 (0.1–1.4) | |
| | | | | > 10 000 | 1 | RR, 0.4 (0.1–3.0) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 341

**Table 2.3** (continued)

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Loomis et al. (1997) (cont.) | | | Melanoma | Potential PCB exposure: | | | Age, calendar time, race, social class, active work status, occupational sunlight, wood preservatives |
| | | | | 0 to < 5 yr | 25 | RR, 1.3 (0.6–2.6) | |
| | | | | 5 to < 10 yr | 9 | RR, 1.1 (0.5–2.7) | |
| | | | | 10 to < 20 yr | 11 | RR, 1.4 (0.6–3.3) | |
| | | | | ≥ 20 yr | 8 | RR, 1.6 (0.6–4.2) | |
| | | | | Cumulative PCB exposure (h), 0-yr lag: | | | |
| | | | | > 0–2000 | 73 | RR, 1.2 (0.6–2.5) | |
| | | | | > 2000–10 000 | 12 | RR, 1.7 (0.7–7.1) | |
| | | | | > 10 000 | 3 | RR, 1.9 (0.5–7.1) | |
| | | | | Cumulative PCB exposure (h), 20-yr lag: | | | |
| | | | | > 0 to 2000 | 42 | RR, 1.3 (0.8–2.2) | |
| | | | | > 2000–10 000 | 8 | RR, 2.6 (1.1–6.0) | |
| | | | | > 10 000 | 1 | RR, 4.8 (1.5–15) | |
| | | | | RR per 2000 h cumulative PCB exposure (continuous variable): | | | |
| | | | | 0-yr lag | – | RR, 1.02 (0.99–1.05) | |
| | | | | 20-yr lag | – | RR, 1.05 (1.01–1.09) | |
| Charles et al. (2003), California, North Carolina, Pennsylvania, Tennessee, Virginia, USA, 1950–1988 | 387 cases of prostate cancer and 1935 controls matched on age at risk | See Loomis et al. (1997) | Prostate (185) | Cumulative PCB exposure (h): | | | Age-matched and adjusted for race Same cohort studied by Loomis et al. (1997) |
| | | | | < 1.9 | 94 | OR, 1.0 | |
| | | | | 1.9 to 12.6 | 85 | OR, 0.9 (0.6–1.2) | |
| | | | | 12.6 to < 620.1 | 105 | OR, 1.1 (0.8–1.5) | |
| | | | | 620.1 to < 2821.4 | 55 | OR, 0.8 (0.6–1.2) | |
| | | | | ≥ 2821.4 | 48 | OR, 1.2 (0.8–1.7) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 342

IARC MONOGRAPH – 107

**Table 2.3 (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Charles et al. (2003) (cont.) | | | | Cumulative PCB exposure (h), 5-yr lag: | | | |
| | | | | < 1.6 | 91 | OR, 1.0 | |
| | | | | 1.6 to < 12.1 | 87 | OR, 0.9 (0.6–1.2) | |
| | | | | 12.1 to < 597.9 | 104 | OR, 1.1 (0.8–1.5) | |
| | | | | 597.9 to < 2763.2 | 58 | OR, 0.9 (0.6–1.3) | |
| | | | | ≥ 2763.2 | 47 | OR, 1.1 (0.8–1.7) | |
| | | | | Cumulative PCB exposure ≥ 2763.2 h and EMF ≥ 4.4 μT·yr | 35 | OR, 1.5 (1.0–2.2) | Equivalent results for total cumulative exposure |
| Hay & Tarrel (1997), New Brunswick, Canada, 1950–1966; 1950–1992 | 225 men | | All cancers | First sprayed 1950–1958 | 18 | SMR, 1.5 (0.9–2.3) | Sprayed vegetation under power lines with 2,4-D and 2,4,5-T; 1958–66, waste transformer oil with PCBs added to herbicides |
| | | | | First sprayed 1959–1966 | 3 | SMR, 1.1 (0.2–3.2) | |
| Cammarano et al. (1984, 1986), Milano, Italy, 1960–1969; 1969–1985 | 270 men | Working on 1 January 1960 or up to 31 December 1969, ≥ 6 mo employment | Exposure: | | | | Exposed to PAHs, asbestos, hydrazine, chromium, nickel, beryllium, and PCBs |
| | | | All cancers | ≥ 10 yr | 18 | [SMR, 2.2 (1.3–3.4)] | |
| | | | Stomach | ≥ 10 yr | 3 | [SMR, 3.0 (0.6–8.7)] | SMRs from Cammarano et al. (1986) |
| | | | Trachea, bronchus, lung | ≥ 10 yr | 5 | [SMR, 1.8 (0.6–4.1)] | All other cancer sites had one or zero death |
| | | | Bladder | ≥ 10 yr | 2 | [SMR, 7.4 (0.9–26)] | |

EMF, electromagnetic fields; mo, month; OR, odds ratio; PAH, polycyclic aromatic hydrocarbon; PCB, polychlorinated biphenyl; RR, rate ratio; SIR, standardized incidence ratio; SMR, standardized mortality ratio; wk, week; yr, year

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 343

exposure to PCBs, to 1.7 (95% CI, 0.7–7.1) among those with 2000–10 000 hours cumulative exposure, to 1.9 (95% CI, 0.5–7.1) for those with > 10 000 hours of cumulative exposure over their career. When exposure was lagged by 20 years, the respective relative risks were 1.3 (95% CI, 0.8–2.2), 2.6 (95% CI, 1.1–6.0), and 4.8 (95% CI, 1.5–15.0). When the risk of melanoma was modelled with a continuous variable for cumulative exposure to PCBs, the relative risk per 2000 hours of exposure was 1.05 (95% CI, 1.01–1.09) with a 20-year lag. There was no association with cancer of the liver, and the association with cancer of the brain was less strong: the relative risk was 1.6 (95% CI, 0.9–3.0) among those with < 2000 hours cumulative exposure and 1.8 (95% CI, 0.8–4.0) among those with 2000–10 000 hours cumulative exposure, but there were no deaths from cancer of the brain among those with > 10 000 hours cumulative exposure (Loomis et al., 1997).

A nested case–control study within this utility-worker cohort investigated mortality from cancer of the prostate relative to exposure to electromagnetic fields and PCBs (Charles et al., 2003). Cases were 387 prostate-cancer decedents; 1935 controls (5 per case) were randomly selected from the risk sets of the cases. The odds ratio for cumulative exposure to PCBs for ≥ 2821.4 hours and mortality from cancer of the prostate, adjusted for age and race, was 1.2 (95% CI, 0.8–1.7). For workers with ≥ 2763.2 hours of exposure to PCBs and ≥ 4.4 µT years of exposure to magnetic fields, the adjusted odds ratio was 1.5 (95% CI, 1.0–2.2).

[The Working Group considered that, because of the size of the cohort and the efforts to assess exposure, the Loomis–Charles studies were the strongest in this group, especially the results showing an exposure–response effect. The lagged analysis of melanoma mortality was informative about exposure-time windows.]

Some information about cancer risk among electrical workers with exposure to PCBs was reported in two smaller studies. Hay & Tarrel (1997) investigated mortality in 1958–1991 among power-company workers in Canada who applied mixtures of the pesticides 2,4-D (2,4-dichlorophenoxyacetic acid) and 2,4,5-T (2,4,5-trichlorophenoxyacetic acid) and waste transformer oil that contained up to 10% PCBs. All-cancer mortality was increased among workers who first sprayed in 1958 or earlier (SMR, 1.5; 95% CI, 0.9–2.3; 18 deaths), but not among those first exposed in 1959 or later, when used transformer oil was added to the pesticide mix (SMR, 1.1; 95% CI, 0.2–3.2; three deaths). [The Working Group noted that the results were not presented by cancer site and concluded that exposures to PCBs were likely to have been negligible.]

Mortality until 1985 was investigated among 270 men who had worked for at least 6 months in a thermoelectric power plant in Italy and who were exposed to PCBs, chromium, nickel, beryllium, polycyclic aromatic hydrocarbons (PAHs), asbestos, and hydrazine (Cammarano et al., 1984, 1986). Among workers with > 10 years exposure, 18 cancer deaths occurred [SMR, 2.2; 95% CI, 1.3–3.4] (Cammarano et al., 1986). [The Working Group noted that workers were exposed to several human carcinogens and that the study was very small, with only one death for most cancer sites, making it difficult to interpret site-specific mortality.]

### 2.1.4 Miscellaneous industries

As PCBs have been used in many applications, workers in many industries have been exposed, and as structures and equipment that contain PCBs are repaired, demolished, or replaced, workers involved in these operations and/or in waste recycling and disposal may be exposed. There have been many reports of PCB exposure levels and existing or potential health effects associated with exposure to materials containing PCBs, but studies of cancer are very limited.

Robinson et al. (1999) conducted a proportionate mortality study of 31 068 deceased,

181

unionized, electrical workers employed in the construction industry, who might have been exposed to PCBs (and other agents) during their working lives. Excess mortality occurred for melanoma (proportionate mortality ratio, PMR, 1.23; 95% CI, 1.02–1.47) and cancer of the prostate (PMR, 1.07; 95% CI, 1.00–1.14). [Although this very large death-certificate study found an excess risk for cancers that have been associated with exposure to PCBs in other PCB-exposed cohorts, exposure in this cohort could not be confirmed.]

Unspecified industrial uses of PCBs have been associated with an increased risk of cancer. Bahn and colleagues reported two cases of malignant melanoma among 31 workers in research and development and refinery industries in New Jersey, USA, who were exposed to PCB mixtures, where 0.04 cases would be expected [SIR, 50.0; 95% CI, 5.6–217] (Bahn et al., 1976).

## 2.2 Cohort studies of environmental exposure

### 2.2.1 Accidental exposure to PCBs

#### (a)    Cancer mortality in Yusho patients, Japan

The first evaluation by IARC of the possible carcinogenic risk of human exposure to PCBs reported the accidental exposure to PCBs through ingestion of rice oil contaminated by Kanechlor 400 in 1968 in western Japan (see Section 1). In an early analysis of deaths occurring up to 5.5 years after exposure among 1200 Yusho patients, nine deaths from malignant neoplasms were reported, including three tumours of the stomach, two tumours of the lung, one cancer of the liver, one of the breast, and two lymphomas (Urabe, 1974; Kuratsune, 1976). A first update considered mortality among 1761 Yusho patients followed up until 1983 (Kuratsune et al., 1988). Among men, there was a statistically significant increase in mortality from all neoplasms (SMR,

2.13; 95% CI, 1.5–3.0), and particularly cancer of the liver (SMR, 5.6; 95% CI, 2.6–10.7), and lung (SMR, 3.2; 95% CI, 1.4–6.3). No statistically significant increase in tumours was reported among the women.

After these early reports, two other mortality analyses of this cohort have been published with follow-up periods up to 1990 and up to 2007 respectively (see Table 2.4). The first report (Ikeda & Yoshimura, 1996) analysed the mortality of 1815 patients (916 men and 899 women), with an average follow-up of 17 years. In the 40-year follow-up of the total of 1918 patients registered as of 31 December 2007 (Onozuka et al., 2009), 254 cases who had not been diagnosed as Yusho from the beginning of the incident were excluded, leaving 1664 cases for analysis (860 men and 804 women). Of the 269 deaths among men, there was a significant excess mortality from all cancers (SMR, 1.37; 95% CI, 1.11–1.66), and from cancers of the lung (SMR, 1.75; 95% CI, 1.14–2.57) and liver (SMR, 1.82; 95% CI, 1.06–2.91). For women, mortality for cancer of the liver was in excess, although not significantly so (SMR, 1.95; 95% CI, 0.78–4.01). Analysis of different periods since the incident showed that the increased risk for all malignancies, and for cancers of the lung and liver tended to decrease over time.

A more recent analysis that did not exclude the 254 patients diagnosed after 1977 (Yoshimura, 2012) reported essentially the same pattern of mortality, with slightly weaker standardized mortality ratios for cancers of the lung and liver (Table 2.4).

Finally, another analysis of mortality of Yusho patients followed up until 2007 was restricted to the area of Tamamoura in the Goto Archipelago (Nagasaki prefecture), because it was the most severely affected (Kashima et al., 2011). Standardized mortality ratios for all cancers, lung cancer, and liver cancer were estimated using the rates of Nagasaki prefecture as the reference and compared for the years 1968–77 and 1978–2002. A slight excess cancer of the

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 345

**Table 2.4 Cohort studies of cancer associated with poisoning from rice oil contaminated with PCBs in Japan and Taiwan, China**

| Reference, location follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases/ deaths | SMR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| *Yusho patients* | | | | | | | |
| Onozuka et al. (2009) Fukuoka and Nagasaki, Japan 1968–2007 | 1664 Yusho patients | Mass poisoning by contaminated rice oil | Men | Overall, compared with national death rates | 100 men, 33 women | | Age, sex Total number of Yusho patients was 1918, but 254 subjects registered after 1977 (not diagnosed as Yusho from the beginning of the incident) were excluded in this analysis |
| | | | All cancers | | 100 | 1.37 (1.11–1.66) | |
| | | | Liver | | 17 | 1.82 (1.06–2.91) | |
| | | | Lung | | 26 | 1.75 (1.14–2.57) | |
| | | | Stomach | | 20 | 1.17 (0.72–1.81) | |
| | | | Rectum | | 2 | 0.65 (0.08–2.36) | |
| | | | Pancreas | | 6 | 1.49 (0.55–3.24) | |
| | | | Leukaemia | | 2 | 1.19 (0.14–4.29) | |
| | | | All cancers | Women | 33 | 0.75 (0.51–1.05) | |
| | | | Liver | | 7 | 1.95 (0.78–4.01) | |
| | | | Lung | | 4 | 0.82 (0.22–2.11) | |
| | | | Stomach | | 2 | 0.22 (0.03–0.81) | |
| | | | Rectum | | 1 | 0.56 (0.01–3.10) | |
| | | | Pancreas | | 3 | 1.02 (0.21–2.98) | |
| | | | Leukaemia (204–206) | | 0 | 0.00 (0.00–3.25) | |
| | | | Breast | | 3 | 0.93 (0.19–2.72) | |
| | | | Uterus | | 3 | 1.14 (0.24–3.33) | |
| Yoshimura (2012) Fukuoka and Nagasaki, Japan 1968–2007 | 1918 Yusho patients | Mass poisoning by contaminated rice oil | Men | Overall, compared with national death rates | | | Age, sex As for Onozuka et al. (2009), including the 254 subjects registered after 1977 |
| | | | All cancers | | 106 | 1.26 (1.03–1.53) | |
| | | | Liver | | 18 | 1.67 (0.99–2.63) | |
| | | | Lung | | 27 | 1.56 (1.03–2.27) | |
| | | | Stomach | | 21 | 1.09 (0.68–1.67) | |
| | | | All cancers | Women | 46 | 0.89 (0.65–1.17) | |
| | | | Liver | | 8 | 1.87 (0.81–3.69) | |
| | | | Lung | | 5 | 0.86 (0.28–2.01) | |
| | | | Stomach | | 4 | 0.39 (0.11–0.99) | |

## Table 2.4  (continued)

| Reference, location follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases/deaths | SMR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Kashima et al. (2011) Fukuoka and Nagasaki, Japan 1968–2002 | 533 Yusho patients from Tamamoura area | Mass poisoning by contaminated rice oil | | Rates from Tamamoura, compared with Nagasaki prefecture | 329 (total) | | Age, sex As for Onozuka et al. (2009) for both sexes combined, using different reference population; Tamamoura was the most affected area Liver cancer was not mentioned in the analysis of the period 1968–77 |
| | | 1968–77 | All cancers | | 86 | 1.13 (0.92–1.40) | |
| | | | Lung | | 11 | 1.37 (0.76–2.48) | |
| | | 1978–2002 | All cancers | | 243 | 1.03 (0.91–1.17) | |
| | | | Liver | | 21 | 0.77 (0.50–1.18) | |
| | | | Lung | | 37 | 0.87 (0.63–1.20) | |
| *Yucheng patients* | | | | | | | |
| Tsai et al. (2007) Three counties in central Taiwan, China 1980–2003 | 1823 Yucheng patients | Mass poisoning by contaminated rice oil | | Overall, compared with national death rates | 215 deaths (129 men, 86 women) | | Age, sex There was also a significant association for mortality by chronic liver disease and cirrhosis (ICD-9 571) |
| | | Men (n = 841) | All cancers | | 29 | 0.9 (0.6–1.3) | |
| | | | Nasopharynx | | 3 | 2.3 (0.5–6.8) | |
| | | | Liver & intrahepatic bile ducts | | 4 | 0.5 (0.1–1.2) | |
| | | | Lung | | 7 | 1.1 (0.4–2.2) | |
| | | | Lymphatic & haematopoietic (200–208) | | 4 | 2.3 (0.6–6.0) | |
| | | Women (n = 987) | All cancers | | 12 | 0.7 (0.3–1.1) | |
| | | | Nasopharynx | | 0 | – | |
| | | | Liver & intrahepatic bile ducts | | 4 | 1.6 (0.4–4.1) | |
| | | | Lung | | 1 | 0.3 (0.0–1.9) | |
| | | | Lymphatic & haematopoietic | | 0 | – | |
| | | Both sexes | All cancers | | 41 | 0.8 (0.6–1.1) | |
| | | | Nasopharynx | | 3 | 1.6 (0.3–4.7) | |
| | | | Liver & intrahepatic bile ducts | | 8 | 0.7 (0.3–1.4) | |
| | | | Lung | | 8 | 0.8 (0.4–1.6) | |
| | | | Lymphatic & haematopoietic (200–208) | | 4 | 1.3 (0.4–3.4) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 347

**Table 2.4 (continued)**

| Reference, location follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases/ deaths | SMR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Li et al. (2013) Three counties in central Taiwan, China 1980–2008 | 1803 Yucheng patients and 5170 referents (neighbours) | Mass poisoning by contaminated rice oil Men (n = 830) | | Overall, compared with neighbourhood referents | 295 deaths (178 men, 117 women) | | Age, sex, community Significant association for mortality from chronic liver disease and cirrhosis (ICD-9 571) |
| | | | All neoplasms (148–239) | | 46 | 1.3 (0.9–1.7) | |
| | | | Liver & intrahepatic bile ducts (155) | | 4 | 0.4 (0.1–1.1) | |
| | | | Trachea, bronchus & lung (162) | | 10 | 1.5 (0.8–2.7) | |
| | | | Stomach (151) | | 7 | 3.5 (1.5–7.0) | |
| | | | Lymphatic & haematopoietic (200–208) | | 5 | 3.0 (1.1–6.6) | |
| | | | Thyroid gland (193) | | 0 | – | |
| | | Women (n = 973) | All neoplasms (148–239) | | 21 | 0.8 (0.5–1.2) | |
| | | | Liver & intrahepatic bile ducts (155) | | 6 | 2.1 (0.9–4.5) | |
| | | | Trachea, bronchus & lung (162) | | 1 | 0.4 (0.0–1.7) | |
| | | | Stomach (151) | | 1 | 0.5 (0.0–2.5) | |
| | | | Lymphatic & haematopoietic (200–208) | | 0 | – | |
| | | | Thyroid gland (193) | | 2 | 2.0 (0.3–6.7) | |
| | | | Breast, female (174) | | 4 | 1.1 (0.4–2.7) | |
| | | Both sexes | All neoplasms (148–239) | | 67 | 1.1 (0.8–1.4) | |
| | | | Liver & intrahepatic bile ducts (155) | | 10 | 0.9 (0.4–1.5) | |
| | | | Trachea, bronchus & lung (162) | | 11 | 1.1 (0.6–1.9) | |
| | | | Stomach (151) | | 8 | 2.0 (0.9–3.8) | |
| | | | Lymphatic & haematopoietic (200–208) | | 5 | 1.5 (0.6–3.4) | |
| | | | Thyroid gland (193) | | 2 | 2.2 (0.4–7.2) | |

PCB, polychlorinated biphenyl; SMR, standardized mortality ratio

185

lung was observed in Tamamoura in 1968–77 (SMR, 1.37; 95% CI, 0.76–2.48) [data for cancer of the liver not reported for that period] and no increase in mortality was seen during the later period (Table 2.4). However, significant excess mortality for all cancers, and for cancers of the lung or liver, were observed for the rest of the Goto Archipelago (excluding Tamamoura) in 1978–2002.

[The Working Group noted that excess cancer mortality was largely restricted to men. In addition the excesses of cancers of the lung and liver were observed in the full population of Yusho patients in analyses using national references rates, but not in the subset from the Tamamoura area analysed using local reference rates. Important confounders such as tobacco smoking for cancer of the lung, or viral hepatitis for cancer of the liver could not be taken into account directly, although they may have been partially controlled for by using local reference rates, if the distribution of such confounders in the local reference population were similar to that of the study population. Yusho patients were also exposed to PCDFs. The possibility of confounding by other exposures therefore could not be completely ruled out.]

(b)    Cancer mortality in Yucheng patients, Taiwan, China

In 1979, about 10 years after the incident in western Japan, a similar food poisoning incident occurred in three counties (Taichung, Changhua, and Miaoli) of central Taiwan, China (see Section 1). About 2000 residents from these counties had ingested rice oil contaminated with PCBs, and showed clinical manifestations similar to those described for Yusho (skin eruptions and pigmentation, ocular hypersecretion, and peripheral neuropathy); the syndrome was named 'Yucheng' ('oil disease' in Chinese) (see Section 4). Two mortality analyses have been carried out on this exposed cohort, after 12 and 24 years of follow-up, and are summarized in

Table 2.4. The first study cohort was based upon 2038 cases registered until 1979; after excluding 99 cases for which vital status could not be assessed, 1940 [sic] Yucheng patients (929 men, 1011 women) remained for analysis of mortality (Hsieh et al., 1996). During 1980–91, 11 deaths from malignancies were observed (8 men, 3 women); overall and sex-specific mortality was non-significantly lower than among the general population, using either local or national reference rates. Data for specific tumour sites were sparse, and included one death from Hodgkin lymphoma and two deaths from cancer of the liver (one man and one woman). Another analysis of the same study population was conducted with the same follow-up (1980–91), but further exclusions, leaving 1837 patients for analysis and 10 observed deaths from cancer (Yu et al., 1997). Although the standardized mortality ratio for all cancers differed substantially from that in the previous analysis, it was not significantly different from that expected based on national rates (SMR, 1.2; 95% CI, 0.6–2.3). Data for specific cancer sites were not reported. [The Working Group noticed the discrepancy between estimates of standardized mortality ratio based on apparently very similar data sets.]

Data for updated analyses of Yucheng patients are shown in Table 2.4. Tsai et al. (2007) extended the follow-up to 2003. From a list of 2061 registered patients, 70 exposed in utero and 168 who could not be traced were excluded, leaving 1823 patients. Forty-one deaths by cancer were observed between 1980 and 2003. Mortality from all neoplasms was not statistically different from that in the population in Taiwan, China, overall or by sex; mortality from cancers at several sites, including liver, lung, and the lymphatic and haematopoietic system, was also similar to that of the national population. As in a previous study, mortality from chronic liver disease and cirrhosis was significantly increased. [The Working Group noted that chronic liver disease and cirrhosis are important risk factors for cancer of the liver,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 349

together with infection with hepatitis B and C viruses, and tobacco smoking.]

A second updated analysis of Yucheng patients extended the follow-up to 2008 (Li et al., 2013). As referents for comparison, the authors used subjects from the registry set up in 1979, residents of the same community, of the same sex and age (within 3 years) as the Yucheng patients, but who did not meet the criteria to be considered as Yucheng patients. After exclusions because of missing or inconsistent data, a total of 1803 Yucheng subjects and 5170 neighbourhood referents were considered for analysis; a total of 67 Yucheng patients died from cancer during 1980–2008. No significant association with all cancer mortality was found overall or among women. Among men, increased mortality was reported for cancer of the stomach (SMR, 3.5; 95% CI, 1.5–7.0, seven deaths) and neoplasms of lymphatic and haematopoietic tissue (SMR, 3.0; 95% CI, 1.1–6.6, five deaths). Mortality from cancer of the liver was elevated among women (SMR, 2.1; 95% CI, 0.9–4.5, six deaths), but not among men (SMR, 0.4; 95% CI, 0.1–1.1, four deaths). [The neighbourhood referent population used in this study may also have been exposed, which would lead to underestimation of relative risks.]

[The Working Group noted that the excess mortality from all cancers and tumours of the liver observed in Yusho patients was not present in Yucheng patients. The composition of PCDF isomers differed markedly between the two incidents: the main PCDF isomer in Yusho patients was 2,3,4,7,8-pentachlorinated dibenzofuran, which has a higher toxic equivalency factor than the main isomer affecting Yucheng patients, 1,2,3,4,7,8-hexachlorinated dibenzofuran (Onozuka et al., 2009). On the other hand, no excess mortality for cancers of the stomach or lymphatic and haematopoietic tissue was observed in the Yusho patients. The same other limitations mentioned for the Yusho cohort applied to the Yucheng studies:

residual confounding, or chance due to multiple comparison made in these analyses could not be discounted.]

### 2.2.2 Dietary exposure to PCBs

See Table 2.5

Apart from incidental contamination, chronic exposure to PCBs may occur through a diet rich in foods with a high content of PCBs; such exposure has been observed in northern Europe in populations with a high consumption of fish.

Cohorts of fishermen from the east coast and west coasts of Sweden were established in 1968 and 1965 respectively (Rylander & Hagmar, 1995; Svensson et al., 1995). Women who were, or had been, married to these fishermen were identified from national and local population registries. After exclusion because of death, divorce, or emigration, the respective cohorts of fishermen's wives included 1986 women on the east coast and 6605 women on the west coast (Rylander & Hagmar, 1995). Information on vital status and cancer incidence up to 1989 was gathered from Swedish statistics and the Swedish cancer registry. Cancer incidence was compared directly between the cohorts on the east coast (contaminated) and west coast (control), with adjustment for age and calendar year. The incidence rate ratio (IRR) for all cancers was 1.19 (95% CI, 1.00–1.41). Among specific cancer sites, risk was increased for cancer of the breast (IRR, 1.35; 95% CI, 0.98–1.86), cervix (IRR, 1.93; 95% CI, 0.83–4.50) and corpus uteri (IRR, 1.16; 95% CI, 0.61–2.20). All cancer mortality was also significantly more elevated in the east-coast cohort when compared with the regional rates (SIR, 1.17; 95% CI, 1.00–1.36). Dietary information showed modest differences in consumption of fatty fish between the east and west coasts. In a recent update extending the follow-up until 2002 (Mikoczy & Rylander, 2009) expected mortality and cancer incidence were based on national

**Table 2.5 Cohort studies of risk of cancer associated with high dietary intake of PCBs**

| Reference, location, follow-up period | Total subjects | Exposure assessment/ population | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Mikoczy & Rylander (2009) Sweden 1968–2002 (east coast) 1965–2002 (west coast) | 2042 (east coast) and 6674 (west coast) fishermen's wives | Dietary intake of fatty fish from Baltic Sea (east coast) | | Comparison with national rates | | *SIR (95% CI)* | Age Possible coexposure to PCDDs and PCDFs |
| | | West coast | All sites | | 1201 | 0.92 (0.87–0.98) | |
| | | | Stomach | | 39 | 0.86 (0.61–1.18) | |
| | | | Colon | | 103 | 0.97 (0.79–1.18) | |
| | | | Rectum | | 52 | 1.00 (0.75–1.31) | |
| | | | Liver, bile ducts | | 39 | 0.99 (0.70–1.36) | |
| | | | Lung | | 33 | 0.61 (0.42–0.86) | |
| | | | Breast | | 305 | 0.90 (0.81–1.01) | |
| | | | Melanoma | | 38 | 1.03 (0.73–1.41) | |
| | | | Skin | | 60 | 1.43 (1.09–1.84) | |
| | | | Brain | | 41 | 1.05 (0.75–1.42) | |
| | | | Soft tissue sarcoma | | 3 | 0.38 (0.08–1.10) | |
| | | | Lymphohaematopoietic (200–207) | | 75 | 0.92 (0.73–1.16) | |
| | | | Hodgkin lymphoma (201) | | 3 | 0.63 (0.13–1.83) | |
| | | | Multiple myeloma (203) | | 19 | 1.12 (0.68–1.76) | |
| | | | NHL (200, 202) | | 35 | 1.03 (0.71–1.43) | |
| | | East coast | All sites (140–209) | | 345 | 1.09 (0.98–1.21) | |
| | | | Stomach | | 12 | 1.39 (0.72–2.43) | |
| | | | Colon | | 38 | 1.61 (1.14–2.21) | |
| | | | Rectum | | 13 | 1.09 (0.58–1.86) | |
| | | | Liver, bile ducts | | 11 | 1.35 (0.67–2.42) | |
| | | | Lung | | 12 | 0.83 (0.43–1.46) | |
| | | | Breast | | 92 | 1.03 (0.83–1.27) | |
| | | | Melanoma | | 8 | 0.76 (0.33–1.49) | |
| | | | Skin | | 9 | 0.95 (0.43–1.80) | |
| | | | Brain | | 14 | 1.37 (0.75–2.30) | |
| | | | Soft tissue sarcoma | | 1 | 0.51 (0.01–2.84) | |
| | | | Lymphohaematopoietic (200–207) | | 18 | 0.94 (0.56–1.48) | |
| | | | Hodgkin lymphoma (201) | | 1 | 0.93 (0.02–5.19) | |
| | | | Multiple myeloma (203) | | 6 | 1.58 (0.58–3.43) | |
| | | | NHL (200, 202) | | 6 | 0.71 (0.26–1.55) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 351

Polychlorinated biphenyls

**Table 2.5 (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment/ population | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Turunen et al. (2008) Finland 1980–2005 | 4260 fishermen's wives | Dietary intake of fatty fish from Baltic Sea | | Overall, compared with national death rates | | SMR (95% CI) | Age |
| | | | All malignant neoplasms | | 115 | 0.97 (0.80–1.15) | |
| | | | Colon | | 10 | 1.30 (0.62–2.39) | |
| | | | Rectum & anus | | 8 | 2.13 (0.92–4.19) | |
| | | | Stomach | | 2 | 0.30 (0.04–1.08) | |
| | | | Breast | | 18 | 0.80 (0.47–1.25) | |
| | | | Larynx, trachea & lung | | 8 | 0.70 (0.30–1.38) | |
| | | | Lymphoid, haematopoietic, & related tissue | | 10 | 0.83 (0.40–1.53) | |
| Helmfrid et al. (2012) Gusum, Sweden 1960–2003 | Residents in contaminated area (number not given) | Consumption of foods with high PCB content from contaminated local river | (ICD-7) | Overall, compared with national death rates | | SIR (95% CI) | Age, time period Possible coexposure to metals because of industrial activities |
| | | | Men | | | | |
| | | | All sites | | 346 | 0.91 (0.78–1.05) | |
| | | | Stomach | | 25 | 1.00 (0.65–1.83) | |
| | | | Colon | | 21 | 0.76 (0.46–1.16) | |
| | | | Rectum | | 10 | 0.54 (0.25–0.99) | |
| | | | Liver/bile ducts | | 8 | 0.88 (0.37–1.73) | |
| | | | Pancreas | | 14 | 1.17 (0.63–1.97) | |
| | | | Bronchus & lung | | 22 | 0.64 (0.40–0.97) | |
| | | | Breast | | 1 | NR | |
| | | | Prostate | | 100 | 1.06 (0.86–1.29) | |
| | | | Testis | | 7 | 2.46 (0.99–5.08) | |
| | | | Malignant melanoma of skin | | 15 | 1.56 (0.87–3.94) | |
| | | | Other skin | | 15 | 0.81 (0.45–1.34) | |
| | | | Brain | | 3 | 0.31 (0.06–0.91) | |
| | | | Lymphoma (200–202) | | 22 | 1.60 (1.00–2.42) | |
| | | | Multiple myeloma (203) | | 7 | 1.25 (0.50–2.42) | |
| | | | Leukaemia (204) | | 5 | 0.88 (0.28–3.57) | |
| | | | Lymphatic & haematopoietic tissues (200–207) | | 38 | 1.20 (0.84–1.65) | |

189

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 352

## Table 2.5 (continued)

| Reference, location, follow-up period | Total subjects | Exposure assessment/ population | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Helmfrid et al. (2012) Gusum, Sweden 1960–2003 (cont.) | | Women | All sites | | 295 | 0.91 (0.77–1.07) | |
| | | | Stomach | | 15 | 1.11 (0.62–1.88) | |
| | | | Colon | | 17 | 0.65 (0.37–1.04) | |
| | | | Rectum | | 12 | 0.95 (0.49–1.66) | |
| | | | Liver/bile ducts | | 9 | 0.91 (0.41–1.73) | |
| | | | Pancreas | | 6 | 0.62 (0.22–1.34) | |
| | | | Bronchus & lung | | 6 | 0.49 (0.18–1.08) | |
| | | | Breast | | 80 | 0.97 (0.77–1.21) | |
| | | | Malignant melanoma of skin | | 11 | 1.22 (0.60–2.19) | |
| | | | Other skin | | 7 | 0.70 (0.28–1.44) | |
| | | | Brain | | 13 | 1.37 (0.72–2.34) | |
| | | | Lymphoma (200–202) | | 8 | 0.82 (0.35–1.63) | |
| | | | Multiple myeloma (203) | | 2 | 0.49 (0.05–1.77) | |
| | | | Leukaemia (204) | | 4 | 1.25 (0.34–3.21) | |
| | | | Lymphatic & haematopoietic tissues (200–207) | | | | |
| Tomasallo et al. (2010) Great Lakes area, USA 1995–2006 | 3757 subjects (2275 fish consumers, 1482 non-consumers) | Dietary intake of Great Lakes sport fish | | | | *SMR (95% CI)* | |
| | | | All cancers | Fish consumers | 83 | 0.92 (0.74–1.13) | |
| | | | Pancreas | | 6 | 1.24 (0.45–2.44) | |
| | | | Brain | | 5 | 1.91 (0.60–3.96) | |
| | | | Breast, ovary, & uterus | | 6 | 1.47 (0.46–3.04) | |
| | | | All cancers | Non-consumers | 47 | 0.87 (0.64–1.13) | |
| | | | Pancreas | | 2 | 0.72 (0.07–2.07) | |
| | | | Brain | | 1 | 0.70 (0.0–2.76) | |
| | | | Breast, ovary, & uterus | | 1 | 0.44 (0.0–1.73) | |

NHL, non-Hodgkin lymphoma; NR, not reported; OR, odds ratio; PCDDs, polychlorinated dibenzodioxins; PCDFs, polychlorinated dibenzofurans; SIR, standardized incidence ratio; SMR, standardized mortality ratio

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 353

rates, and no direct comparison between east- and west-coast cohorts were reported. Standardized mortality ratios for all cancers combined were 0.98 (0.91–1.06) for the west-coast cohort and 1.15 (95% CI, 0.98–1.34) for the east-coast cohort. Statistically significant excess incidence was reported for cancer of the colon in the east-coast cohort (SIR, 1.61; 95% CI, 1.14–2.21) and non-melanoma cancer of the skin in the west-coast cohort (SIR, 1.43; 95% CI, 1.09–1.84). [The Working Group noted that the excess of cancer incidence observed using regional rates as reference became nonsignificant when national rates were used. Because of the lack of specific exposure information, the possibility of confounding cannot be ruled out.]

In Finland, a cohort of Baltic Sea fishermen was identified from the Professional Fishermen Register, and their wives were identified from the Population Register (Turunen et al., 2008). A cohort of 4260 women was linked with Statistics Finland's national cause-of-death data from 1980 to 2005, and expected deaths were calculated according to national rates. Furthermore, a cross-sectional substudy was conducted among 94 cohort participants who undertook a health examination in 2004–2005, including a food-frequency questionnaire and fasting-blood collection; data from a population-based survey were used for comparison. No statistically significant standardized mortality ratios were found for all cancers, or for any specific tumour site.

After an accidental spill of oil contaminated with PCBs from the brass works industry in Gusum, Sweden, in 1972, elevated levels of PCBs were measured in local fish in 2006. Among the population of the contaminated area, 641 cases of cancer were identified in 1960–2003, which was not above the expected number based on national rates for the same period (Helmfrid et al., 2012). Among men, 22 lymphomas were observed, with a statistically significant increased standardized incidence ratio (SIR) of 1.60 (95% CI, 1.00–2.42). There was also an increased risk of cancer of the

testis (SIR, 2.46; 95% CI, 0.99–5.08; seven cases) and malignant melanoma of the skin (SIR, 1.56; 95% CI, 0.87–3.94) in the contaminated area when compared with the general population, while the risk for cancer of the prostate was near unity (SIR, 1.06; 95% CI, 0.86–1.29). In addition to the cohort analysis, a case–control study based upon a dietary questionnaire was carried out on 67 cases of cancer, including cancers of the colorectum, skin (including melanoma), cervix, breast, prostate, and lymphoma, and 326 controls resident in the same area. The case–control analysis reported an increased risk of cancer of the female breast associated with consumption of fish more than twice per month, but with only two cases. Excess risks of lymphoma (five cases, including men and women) were also observed with consumption of fish more than twice per month. Consumption of locally produced foods was also analysed, but no other statistically significant increased risks associated with potential sources of exposure to PCBs were reported in the case–control analysis. [The Working Group noted that subjects from this area could have also been exposed to other contaminants, such as metals. The case–control analysis was based upon a very small number of subjects, and there was poor assessment of dietary exposure and control for potential confounders.]

Regular consumption of predatory fish constitutes a large source of exposure to several persistent pollutants, including PCBs, for residents of the Great Lakes Basin (Falk et al., 1999). A cohort of regular consumers of sport fish from the Great Lakes, and residents in the same communities who consumed no sport fish from the Great Lakes (referents), were recruited in 1993–94 (Tomasallo et al., 2010). A total of 3757 subjects (2275 fish consumers and 1482 referents) were followed from 1995 to 2006, and mortality was compared with national death rates. Information about fish consumption and other lifestyle characteristics was obtained by telephone interview, and a blood sample for measurement of PCBs

was collected for a subgroup of 610 individuals. During the 12-year follow-up period, 342 deaths were recorded, including 134 deaths from cancer. Cancer mortality rates did not differ from those of the general population for fish consumers or referents: SMRs for all cancers were 0.92 (95% CI, 0.74–1.13) and 0.87 (95% CI, 0.64–1.13), respectively. However, fish consumers had non-statistically significant excesses of cancers of the pancreas, brain and combined breast, uterus and ovary. Although blood PCB levels were positively associated with fish consumption among fish consumers ($P < 0.001$ for comparison of mean PCB concentrations according to three levels of fish consumption), there was no association between fish consumption and cancer mortality. [The Working Group regarded this study as informative because it included information about PCB exposures, as well as fish consumption. However, the possibility of confounding from concurrent exposure to other contaminants could not be ruled out.]

[Compared with cohorts of Yusho or Yucheng patients, who consumed food contaminated with a high level of PCBs for a short period, potential exposure to PCBs through diet is a long-term, low-level exposure. Fish or local vegetables contaminated by PCBs are often also contaminated by other compounds such as DDT, PCDFs, PCDDs, or heavy metals. Furthermore, as detailed information on other risk factors for the tumours analysed (i.e. lymphoma, breast, colon, skin) was lacking, residual confounding could not be ruled out as a potential explanation for the associations found in these studies.]

### 2.2.3 Nested case–control studies of PCB concentrations in blood or adipose tissue

Since the 1980s, several cohort studies have addressed the potential relationship between risk of cancer and internal measurements of exposure to PCBs. The most commonly used marker of past exposure to PCBs is the serum or plasma concentration of a set of PCB congeners, although a few studies have measured PCB concentrations in adipose tissue. Most studies used a case–control design nested within a cohort as an efficient method for analysis: PCB concentrations were measured in all incident cases diagnosed within a defined follow-up period, and in a sample of at-risk subjects (controls) selected within the same cohort. A few studies have used a case–cohort approach, in which the referent group is formed by a random sample of the whole cohort selected at baseline. Various sets of PCB congeners were measured; PCB-118, PCB-138, PCB-153, and PCB-180 were reported more often because they were frequently analysed and prevalent in human biological samples (see Section 1.2 for more information on analytical methods). In some instances results for individual congeners were provided but, unless otherwise specified, the summary estimate refers to the sum of all measured PCBs.

(a) Cancer of the breast

See Table 2.6

(i) USA

The New York University Women's Health Study (NYUWHS) enrolled 14 290 women from New York City between 1985 and 1991; these women donated a 30 mL blood sample while attending a mammography screening clinic (Wolff et al., 1993). During this period, women who were diagnosed with cancer of the breast 1–6 months after entry into the study were defined as cases. Controls were selected at random from all cohort members who were alive and free of cancer at the time of the cancer diagnosis in a case patient, matched on menopausal status, age at entry and day of menstrual cycle at the time of blood collection. Concentrations of PCBs were measured without correction for serum lipids. [Since cases were diagnosed only 1–6 months subsequent to entry, the disease

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 355

Polychlorinated biphenyls

**Table 2.6 Nested case–control studies on risk of cancer of the breast and measured serum or adipose concentrations of PCBs**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| **USA** | | | | | | | |
| Wolff et al. (2000a) New York, USA 1985–1991 until 1994 | 14 275 women; 148 cases and 295 controls | Serum, GC, lipid-corrected concentrations (Akins method) | | Quartiles of PCB concentration (ng/g lipid) | | | Age, menopausal status, date of blood collection (matching), age at menarche, number of pregnancies, age at first pregnancy, family history of breast cancer, lactation, height, BMI |
| | | | | 478–638 | 30 | 1.55 (0.59–4.12) | No. and list of PCB congeners not provided; LOD, < 1 ng/mL |
| | | | | 639–876 | 26 | 1.23 (0.49–5.08) | |
| | | | | > 876 | 33 | 2.02 (0.76–5.37) | |
| | | | | | | P for trend = 0.23 | |
| Krieger et al. (1994) Northern California, USA 1964–1969 until 1990 | 57 040 women; 150 case–control pairs (50 each white, black, Asian) | Serum, GC/ECD, no lipid adjustment | All women | Tertiles of PCB concentration (ng/mL) 3.5–5.0 | | 1.17 (0.66–2.10) | Race, age, date of entry, duration of follow-up (matching), BMI, age at menarche, menopausal status, ever pregnant |
| | | | | 5.1–20.6 | | 0.94 (0.48–1.84) | No. and list of PCB congeners not provided; LOD, 2 ng/mL |
| | | | White | 2.94–3.96 | | 0.21 (0.05–0.88) | P for trend = 0.88 |
| | | | | 3.97–10.01 | | 0.17 (0.03–0.89) | P for trend = 0.039 |
| | | | Black | 3.51–4.98 | | 1.74 (0.56–5.43) | P for trend = 0.18 |
| | | | | 4.99–20.55 | | 2.13 (0.70–6.50) | |
| | | | Asian | 4.16–5.76 | | 1.56 (0.47–5.17) | P for trend = 0.93 |
| | | | | 5.77–14.62 | | 1.06 (0.32–3.52) | |
| Hunter et al. (1997), Laden et al. (2001a) 11 states, USA (Nurses' Health Study cohort) 1989–1994 | 32 826 women; 370 case–control pairs | Serum PCB levels measured by GC/ECD, no lipid adjustment | Sum of PCBs | Quintiles of PCB concentration (µg/g lipid) | | | Age, menopausal status, month of blood collection, fasting status at blood sampling (matching), BMI, breast cancer in first-degree relatives, history of benign breast disease, age at menarche, first full term pregnancy, parity, lactation |
| | | | | 0.406–0.491 | 65 | 0.73 (0.44–1.21) | LOD, < 1 ng/mL; sum of 16 penta-, hexa-, and heptachlorobiphenyls; congeners 118, 138, 153 and 180 accounted for 64% of total |
| | | | | 0.491–0.596 | 65 | 0.75 (0.44–1.28) | Continuous (log-concentration) P = 0.56 |
| | | | | 0.602–0.763 | 80 | 0.85 (0.49–1.47) | |
| | | | | 0.766–1.986 | 74 | 0.84 (0.47–1.52) | |

193

**Table 2.6 (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Hunter et al. (1997), Laden et al. (2001a) (cont.) | | | PCB-118 | 0.045–0.060 | 62 | 0.68 (0.39–1.17) | Continuous (log-concentration) $P = 0.67$ |
| | | | | 0.061–0.074 | 61 | 0.62 (0.36–1.06) | |
| | | | | 0.074–0.101 | 90 | 1.02 (0.59–1.77) | |
| | | | | 0.101–0.313 | 69 | 0.69 (0.39–1.22) | |
| | | | PCB-138 | 0.066–0.087 | 69 | 0.82 (0.49–1.37) | Continuous (log-concentration) $P = 0.21$ |
| | | | | 0.087–0.108 | 75 | 0.90 (0.53–1.50) | |
| | | | | 0.109–0.142 | 65 | 0.71 (0.41–1.20) | |
| | | | | 0.143–0.402 | 78 | 0.87 (0.50–1.50) | |
| | | | PCB-153 | 0.078–0.094 | 58 | 0.67 (0.39–1.14) | Continuous (log-concentration) $P = 0.26$ |
| | | | | 0.095–0.121 | 75 | 0.69 (0.41–1.15) | |
| | | | | 0.121–0.159 | 69 | 0.77 (0.45–1.31) | |
| | | | | 0.159–0.447 | 79 | 0.83 (0.47–1.48) | |
| | | | PCB-180 | 0.055–0.068 | 65 | 0.70 (0.41–1.20) | Continuous (log-concentration) $P = 0.67$ |
| | | | | 0.069–0.082 | 62 | 0.65 (0.37–1.11) | |
| | | | | 0.082–0.103 | 63 | 0.70 (0.41–1.19) | |
| | | | | 0.103–0.467 | 91 | 0.98 (0.55–1.75) | |
| | | | | Tertiles of PCB concentration | | | |
| | | | BMI ≥ 30 | Tertile 2 | 19/21 | 0.40 (0.15–1.05) | Continuous (log-concentration) $P = 0.02$ |
| | | | | Tertile 3 | 11/19 | 0.26 (0.09–0.76) | |
| | | | Nulliparous | Tertile 2 | 5/14 | 0.81 (0.18–3.68) | Continuous (log-concentration) $P = 0.02$ |
| | | | | Tertile 3 | 12/6 | 5.30 (1.06–26.6) | |
| Laden et al. (2002) 1989–1994 | 367 pairs | Serum PCB levels measured by GC/ECD, no lipid adjustment | CYP1A1 exon 7 genotype | Tertiles of PCB concentration | | | Same data set as study by Hunter et al. (1997), Laden et al. (2001a) |
| | | | Wildtype | 0.13–0.46 | 113 | 1.00 | |
| | | | Variant | 0.13–0.46 | 12 | 0.54 (0.24–1.22) | |
| | | | | 0.46–0.65 | 18 | 0.76 (0.35–1.63) | |
| | | | | 0.65–1.99 | 21 | 1.36 (0.60–3.12) | Interaction ($P = 0.19$) |
| | | | Postmenopausal women | | | | |
| | | | Wildtype | 0.13–0.47 | 84 | 1.00 | |
| | | | Variant | 0.13–0.47 | 16 | 0.52 (0.20–1.36) | |
| | | | | 0.47–0.67 | 12 | 1.29 (0.51–3.21) | |
| | | | | 0.67–1.99 | 7 | 2.78 (0.99–7.82) | Interaction ($P = 0.05$) |

194

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 357

**Table 2.6 (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Dorgan et al. (1999) Missouri, USA 1977–1987 until 1989 | 7224 women; 105 cases and 208 matched controls | Serum, GC/ECD, lipid-corrected concentrations | | Quartiles of PCB concentration (ng/g lipid) | | | Age, benign breast disease, mo/year blood collection (matching), height, weight, BMI, parity, age at menarche, menopause, estrogen use, history of breast cancer in first-degree relatives, smoking, education 70% lost to follow-up after 1983: LOD, 0.25–0.97ng/g; 27 PCB congeners measured[a] |
| | | | Sum of PCBs | 258–369 | 21 | 0.7 (0.3–1.4) | Continuous (log-concentration) P = 0.79 |
| | | | | 370–563 | 33 | 1.1 (0.6–2.2) | |
| | | | | 564–2682 | 21 | 0.7 (0.3–1.5) | |
| | | | PCB-118 | 50–74 | 25 | 1.1 (0.6–2.3) | Continuous (log-concentration) P = 0.77 |
| | | | | 75–109 | 34 | 1.6 (0.8–3.2) | |
| | | | | 110–533 | 23 | 1.0 (0.5–2.2) | |
| | | | PCB-138 | 70–93 | 29 | 1.3 (0.6–2.5) | Continuous (log-concentration) P = 0.82 |
| | | | | 94–124 | 26 | 1.2 (0.6–2.3) | |
| | | | | 125–359 | 26 | 1.2 (0.6–2.4 | |
| Helzlsouer et al. (1999) Maryland, USA 1974–1994 or 1989–1994 | 20 305 recruited in 1974; 25 080 recruited in 1989; 340 cases and matched controls | Serum, GC/ECD, lipid-corrected concentrations | Recruited in 1974 | Sum of PCBs (ng/g lipid) < 394.47 | 42 | 1.00 | Age, race, menopausal status, date of blood collection Approx. 70% participation; no association for specific congeners (data not reported); no effect modification by menopausal status, ER status, polymorphisms in GSTM1, GSTT1, GSTP1, COMT and CYP17; LOD, NR; 27 PCB congeners measured |
| | | | | 394.48–558.72 | 59 | 1.41 (0.79–2.50) | |
| | | | | 558.73–669.46 | 41 | 0.94 (0.49–1.77) | |
| | | | | 669.47–852.22 | 45 | 1.08 (0.59–2.01) | |
| | | | Recruited in 1989 | 852.23–6460.04 | 48 | 1.12 (0.59–2.15) | P for trend = 0.44 |
| | | | | 13.6–191.8 | 40 | 1.00 | |
| | | | | 191.9–333.5 | 32 | 0.78 (0.41–1.47) | |
| | | | | 333.6–2007.9 | 33 | 0.76 (0.38–1.51) | P for trend = 0.60 |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 358

## Table 2.6  (continued)

| Reference, location, follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Cohn et al. (2012) Oakland, California, USA 1959–1967 until 1998 (average follow-up, 17 years) | Women in the CHDS who gave birth in 1959–1967 [number of participants not given]; 112 case–control pairs (cases all aged < 50 yr) | Serum samples collected during early post-partum, GC/ECD | | Quartiles of PCB concentration (mmol/L) | | | Age (matching), blood lipids (total cholesterol, total triglycerides), parity, year of blood draw, BMI, breast-feeding after current pregnancy 10 congeners measured[b] No associations with total PCBs or with Wolff's groups (data not shown) |
| | | | PCB-167 | Quartile 2 | NR | 1.09 (0.48–2.47) | |
| | | | | Quartile 3 | NR | 0.70 (0.27–1.78) | |
| | | | | Quartile 4 | NR | 0.24 (0.07–0.79) | $P$ for trend < 0.04 |
| | | | PCB-187 | Quartile 2 | NR | 0.94 (0.41–2.17) | |
| | | | | Quartile 3 | NR | 0.92 (0.36–2.38) | $P$ for trend < 0.02 |
| | | | | Quartile 4 | NR | 0.35 (0.11–1.14) | |
| | | | PCB-203 | Quartile 2 | NR | 1.21 (0.46–3.18) | |
| | | | | Quartile 3 | NR | 2.89 (0.98–8.55) | $P$ for trend < 0.001 |
| | | | | Quartile 4 | NR | 6.34 (1.85–21.7) | |
| *Northern Europe* | | | | | | | |
| Høyer et al. (1998, 2000) Copenhagen, Denmark (CCHS cohort) 1979–1993 | 5838 women with two examinations (1976–78 and 1981–83); 155 cases, 274 controls | Serum, GC/ ECD, lipid-corrected concentrations | | Quartiles of PCB concentration [unit not given] | | | Age, date of examination, weight changes between two examinations, parity, HRT Response rate 75% (first exam), 78% (second exam); LOD, 0.66–0.20 ng/mL; No. and list of PCB congeners not provided |
| | | | Sum of PCBs | Quartile 2 | NR | 0.8 (0.4–1.9) | |
| | | | | Quartile 3 | NR | 0.8 (0.4–1.7) | $P$ for trend = 0.17 |
| | | | | Quartile 4 | NR | 1.6 (0.8–3.3) | |
| | | | PCB-118 | Quartile 2 | NR | 0.8 (0.4–1.9) | |
| | | | | Quartile 3 | NR | 1.1 (0.5–2.4) | $P$ for trend = 0.07 |
| | | | | Quartile 4 | NR | 1.9 (0.9–3.9) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 359

**Table 2.6 (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Hoyer et al. (1998, 2000) (cont.) | | | PCB-138 | Quartile 2 | NR | 0.9 (0.4–1.9) | |
| | | | | Quartile 3 | NR | 1.0 (0.5–2.1) | |
| | | | | Quartile 4 | NR | 2.1 (1.0–4.4) | P for trend = 0.04 |
| | | | PCB-153 | Quartile 2 | NR | 0.7 (0.3–1.4) | |
| | | | | Quartile 3 | NR | 0.8 (0.4–1.8) | |
| | | | | Quartile 4 | NR | 1.3 (0.2–2.6) | |
| | | | PCB-180 | Quartile 2 | NR | 1.2 (0.6–2.5) | |
| | | | | Quartile 3 | NR | 1.1 (0.5–2.2) | |
| | | | | Quartile 4 | NR | 0.9 (0.4–2.2) | |
| Hoyer et al. (2001) | 161 cases, 318 controls | | ER status | Quartiles of PCB concentration [unit not given] | | | Age, weight, parity, HRT See Hoyer et al. (2000) for details |
| | | | ER+ | 811–1076.04 | 24/56 | 1.1 (0.6–1.7) | |
| | | | | 1076.04–1405.73 | 20/57 | 0.7 (0.4–1.2) | |
| | | | | <1405.73 | 36/56 | 1.3 (0.8–2.2) | |
| | | | ER– | 811–1076.04 | 11/23 | 1.0 (0.4–2.7) | |
| | | | | 1076.04–1405.73 | 11/23 | 1.3 (0.4–3.9) | |
| | | | | <1405.73 | 8/23 | 0.8 (0.3–2.6) | |
| Hoyer et al. (2002) | 162 cases, 316 controls | | p53 mutations in tumour | Quartiles of PCB concentration [unit not given] | | | Age, weight, parity, HRT See Hoyer et al. (2000) for details |
| | | | Wildtype | Quartile 2 | 24 | 0.53 (0.28–1.04) | |
| | | | | Quartile 3 | 20 | 0.52 (0.26–1.05) | |
| | | | | Quartile 4 | 34 | 0.96 (0.50–1.83) | |
| | | | ≥ 1 p53 mutations | Quartile 2 | 9 | 1.78 (0.43–7.41) | |
| | | | | Quartile 3 | 11 | 3.82 (0.85–17.4) | |
| | | | | Quartile 4 | 10 | 3.00 (0.66–13.6) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 360

**Table 2.6 (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Ward et al. (2000) Norway (Janus cohort) 1973–1991 | 25 431 women working outside home and resident on a farm; 150 case–control pairs | Serum, HRGC/ID-HRMS, lipid-corrected concentrations | | Quartiles of PCB concentration (ng/g lipid) | | [95% CI not given] | Age (matching), occupation, age at first birth, parity, residence. All cases ≥ 2 years from blood collection to diagnosis; sum of 36 congeners: 26 with > 90% samples > LOD. Groups according to Wolff's classification (Wolff et al., 1997) |
| | | | Sum of PCBs | Quartile 2 Quartile 3 Quartile 4 | | 0.6 0.8 0.5 | P = 0.47 (paired t-test) |
| | | | Group 1B | Quartile 2 Quartile 3 Quartile 4 | | 0.6 0.6 0.5 | P = 0.56 (paired t-test) |
| | | | Group 2A | Quartile 2 Quartile 3 Quartile 4 | | 0.8 0.6 0.6 | P = 0.50 (paired t-test) |
| | | | Group 2B | Quartile 2 Quartile 3 Quartile 4 | | 0.4 1.0 0.5 | P = 0.32 (paired t-test) |
| | | | Group 3 | Quartile 2 Quartile 3 Quartile 4 | | 0.7 0.8 0.6 | P = 0.18 (paired t-test) |
| Raaschou-Nielsen et al. (2005) Copenhagen and Aarhus, Denmark (DCH cohort) 1993–1997 until 2000 | 29 875 women; 220–365 pairs, depending on congener | Adipose tissue, GC/MS, lipid-corrected concentrations | All cases (n = 365) | Quartiles of PCB concentration (ng/g lipid) 671–852 852–1,024 1024–4357 Continuous (log ng/g lipid) | NR NR NR NR | 0.9 (0.6–1.4) 0.7 (0.5–1.1) 1.1 (0.7–1.7) P = 0.44 | Age, use of HRT (matching), benign breast tumour, BMI, alcohol, parity, age at delivery, years of HRT, lactation. Response rate, 37%; all cases were postmenopausal women; LOD, 2.8–28.4 ng/g lipids; 18 PCB congeners[c] measured |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 361

**Table 2.6  (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Kaasschou-Nielsen et al. (2005) (cont.) | | | ER+ (n = 261) | 671–852 | NR | 1.1 (0.6–1.8) | |
| | | | | 852–1,024 | NR | 0.8–0.5–1.4) | |
| | | | | 1024–4357 | NR | 1.4 (0.8–2.5) | |
| | | | | Continuous (log ng/g lipid) | NR | $P$ = 0.50 | |
| | | | ER– (n = 75) | 671–852 | NR | 0.4 (0.1–1.3) | |
| | | | | 852–1,024 | NR | 0.3 (0.1–0.9) | |
| | | | | 1024–4357 | NR | 0.3 (0.1–0.9) | |
| | | | | Continuous (log ng/g lipid) | NR | $P$ = 0.007 | |

[a] Congeners measured: 28, 52, 56, 66, 74, 90, 101, 105, 110, 118, 138, 146, 153, 156, 170, 172, 178, 180, 183, 187, 189, 193, 194, 195, 201, 203, 206

[b] Congeners measured: 101, 187, 201, 138, 170, 99, 153, 180, 183, 203

[c] Congeners measured: 28, 52, 54, 99, 101, 104, 105, 118, 128, 138, 153, 155, 156, 170, 180, 183, 187, 201

BMI, body mass index; CHDS, Child Health and Development Studies; DCH, Diet, Cancer, and Health; ECD, electron capture detection; ER, estrogen receptor; FTP, full-term pregnancy; GC, gas chromatography; HRGC, high-resolution gas chromatography; HRT, hormone-replacement therapy; ID-HRMS, isotope dilution high-resolution mass spectrometry; LOD, limit of detection; mo, month; NR, not reported; PCB, polychlorinated biphenyl

199

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 362

could have been present when the blood sample was collected, despite negative mammography findings, and could therefore have affected the measured concentration of PCBs.] Additional cases and controls were included in an extended follow-up of this cohort to 1994, giving totals of 148 cases and 295 controls (Wolff *et al.*, 2000a). In this update, only incident cases were considered (thus excluding those with a lag time of 6 months or less). Serum lipids were measured and PCB concentrations were calculated on a lipid basis. The risk estimates were further adjusted for family history of cancer of the breast, reproductive risk factors, height, and body mass index (BMI). Odds ratios increased across quartiles of serum PCB concentrations, reaching 2.02 (95% CI, 0.76–5.37) in the highest quartile; the trend was not statistically significant. [The Working Group noted that this was a well-designed study; however, the follow-up was relatively short and the analysis thus had limited power.]

Krieger *et al.* (1994) performed a nested case–control study among women in Northern California, USA, who were members of the Kaiser Permanente Medical Care Program and who underwent a health examination, including giving a sample of blood, between 1964 and 1969, and were followed up until 1990. Among the 2072 patients identified with cancer of the breast, 150 cases were randomly selected (50 white, 50 black, and 50 Asian) and matched to 150 controls by race, age, date of entry, and date of follow-up. After adjustment for reproductive factors, menopausal status and BMI, no association was seen between risk of cancer of the breast and serum PCB concentrations for all subjects (OR, 0.93; 95% CI, 0.83–1.05 per ppb). In subgroup analyses by ethnic group, there was an inverse association for white women (OR, 0.21; 95% CI, 0.05–0.88; and OR, 0.17; 95% CI, 0.03–0.89 for the second and third tertiles respectively, $P$ for trend = 0.04) and a positive association for black women (OR, 1.74; 95% CI, 0.56–5.43 and OR, 2.13; 95% CI, 0.70–6.50, respectively, $P$ for trend = 0.18). [This

was a well-designed study with adjustment for relevant confounders, with more than 2000 cases of cancer of the breast identified during the follow-up; however, only 150 were selected for measurement of PCBs and thus power was limited, especially for subgroup analyses.]

The Nurses' Health Study was established in 1976 and included more than 120 000 registered nurses in the USA, who were subsequently followed by questionnaire every 2 years and 32 826 women from the cohort provided a blood sample between 1989 to 1990. Results were reported from follow-ups until 1992 (Hunter *et al.*, 1997) and 1994 (Laden *et al.*, 2001a). In the first follow-up, no association was found between cancer of the breast and PCB concentrations after adjustment for family history of cancer of the breast, reproductive factors, BMI, and cholesterol (Hunter *et al.*, 1997). The extended follow-up to 1994 included 370 case–control pairs, and provided results for individual congeners (Laden *et al.*, 2001a). The pattern of risk by quintile did not change and no association was found for PCB-118, PCB-138, PCB-153, or PCB-180. In subgroup analyses, a significant increase in risk was reported for exposure to the sum of 16 PCBs in nulliparous women (OR, 5.30; 95% CI, 1.06–26.6 for the third tertile of PCB serum concentrations when compared with the first tertile, but the overall trend was not significant; $P = 0.11$). An inverse association was found for women with BMI ≥ 30; the odds ratio for the highest versus lowest tertile was 0.26 (95% CI, 0.09–0.76; $P$ for trend = 0.01), while elevated odds ratios were found for women in the highest tertile of PCB exposure with BMI of 25–29.9 and < 25. Since PCB exposure induces activity of cytochrome P450 1A1 (CYP1A1), and PCBs themselves can be metabolized to carcinogenic intermediates by this enzyme, it was explored whether the potential effect of PCBs was modified by the CYP1A1 polymorphism using the same data set (Laden *et al.*, 2002). In 367 case–control pairs, *CYP1A1* exon 7 and *MspI* polymorphisms

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 363

were determined. The relative risk increased across tertiles of PCB exposure among those with the variant exon 7 genotype, but not among those with the wild-type genotype. When the analysis was restricted to postmenopausal women, the odds ratio was 2.78 (95% CI, 0.99–7.82) for the highest tertile of PCB exposure, with a *P* value for interaction of 0.05. No gene–environment interaction was seen for *MspI* polymorphism. [The Working Group noted that this was a well-designed study with good controls for most relevant confounders, including reproductive factors and family history of cancer of the breast. The sample size was reasonable when compared with previous studies, and estimates for specific PCB congeners were reported. The only statistically significant associations were limited to specific subgroups after several subgroup analyses and multiple comparisons.]

In another study in the USA, 7224 female volunteers were identified through the Breast Cancer Detection and Demonstration Project (BCDDP) and donated blood to the Columbia Missouri Breast Cancer Serum Bank; active follow-up continued until 1989 (Dorgan *et al.*, 1999). Among these women, 105 were diagnosed with histologically confirmed cancer of the breast, and two controls for each were selected, matched on year of age, date of blood sampling, and history of benign breast disease at the time of enrolment. No association was reported between risk of cancer of the breast and lipid-corrected concentrations of total PCBs (sum of 27 PCB congeners measured), or serum concentrations of PCB-118 and PCB-138, after adjustment for the main risk factors for cancer of the breast. [This study had a relatively small number of cases and was therefore of limited power].

A case–control study was conducted among residents of Washington County, Maryland, USA, who had participated in one of two studies conducted in 1974 and 1989 to obtain blood samples for a serum bank (Helzlsouer *et al.*, 1999). Participants were followed up until 1994 by linkage with the Washington County Cancer Registry. Of the 346 cases of cancer of the breast diagnosed, valid measurements of PCBs were available for 340 cases, which were matched to 340 participating women without cancer of the breast by age, menopausal status and date of blood collection. Taking into account relevant confounders including family history of cancer of the breast, reproductive history and BMI, no association was found with total PCB serum concentration or with specific congeners. There were no statistically significant associations after stratifying for menopausal status, estrogen-receptor (ER) status or polymorphism in *GSTM1*, *GSTT1*, *GSTP1*, *COMT*, or *CYP17*. [The Working Group noted that this study, with an analysis adjusting for most relevant confounders, investigated the hormone-receptor status of tumours, and also considered possible effect modification by polymorphisms in several genes with a role in metabolism. Although the sample size was adequate for the main analysis, it was limited for subgroup analyses.]

A nested case–control study compared serum concentrations of 16 PCBs in archived early-postpartum serum samples collected between 1959 and 1967 from 112 cases of cancer of the breast and 112 age-matched controls (Cohn *et al.* 2012). Subjects were residents of Oakland, California, participating in the Child Health and Development Studies. Cases of cancer of the breast were identified by linkage to the California Cancer Registry, and the California Vital Status Records. The median time from blood draw to diagnosis was 17 years, and mean age of cases at diagnosis was 43 years. No associations were reported between risk of cancer of the breast and sum of total PCBs, or with PCB groups (Wolff *et al.*, 1997). [No odds ratios were reported for these analyses]. PCB-167 was associated with a lower risk (OR for highest versus lowest quartile, 0.2; 95% CI, 0.1–0.8), as was PCB-187 (OR for highest versus lowest quartile, 0.4; 95% CI, 0.1–1.1). In contrast, PCB-203 was associated

with an increased risk (OR for highest versus lowest quartile, 6.3; 95% CI, 1.9–21.7). [This was the only nested case–control study to include mostly premenopausal women. The study had limited power.]

*(ii)    Northern Europe*

Serum samples were obtained in 1976 from a cohort of 7712 women aged 20 years or older who participated in the Copenhagen City Heart Study (Denmark) and provided information and a non-fasting blood sample (Høyer *et al.*, 1998). Case ascertainment was achieved by linkage to the Danish Cancer Registry up to 1993. For each case, two women free of breast cancer and alive at the time of diagnosis and matched for age and date of examination were selected from the rest of the cohort. After excluding subjects without a valid serum sample, 240 cases and 447 controls were included in the study. Concentrations of 28 PCB congeners were measured in serum. No association was reported between risk of cancer of the breast and lipid-adjusted concentrations of the sum of PCBs or specific congeners.

Participants in the same cohort study were invited for a second examination 5 years after recruitment; 155 cases and 274 controls from the previous study had a second serum sample available (Høyer *et al.*, 2000). Analyses were carried out in this group for four common PCB congeners. A statistically significant increased risk and trend was found for subjects in the highest quartile of PCB-138 concentration (average of two measurements; OR, 2.1; 95% CI, 1.0–4.4; *P* for trend = 0.04). Elevated odds ratios were reported for the highest quartile of exposure to total PCBs and congeners PCB-118 and PCB-153 (OR, 1.6, 1.9 and 1.3, respectively), but the association was not significant for these congeners or for PCB-180.

Within the same cohort, a total of 161 cases with ER status information and 318 matched controls who were free of breast cancer were included in an analysis according to ER status (Høyer *et al.*, 2001). No association was found between incidence of cancer of the breast and PCB concentrations regardless of ER status. Finally, paraffin embedded tumour-tissue specimens were retrieved for 162 cases and 316 controls and found to be suitable for *p53* analysis (Høyer *et al.*, 2002). A non-significant increased risk of cancer of the breast (OR, 3.00; 95% CI, 0.66–13.62) was observed in the highest level of exposure to PCBs among women with mutant *p53*. [Several analyses were carried out using data from this Danish study, but power was limited, particularly for subgroups.]

The JANUS Serum Bank contains serum samples collected between 1973 and 1991 from almost 300 000 individuals undergoing routine health examinations in Norway. Cases of cancer of the breast were identified among 25 431 women working outside home and resident on a farm who were followed until 1993 through linkage with the Norwegian Cancer Registry (Ward *et al.*, 2000). From the 272 cases diagnosed during this period, 150 women with a blood sample taken 2 or more years before diagnosis were randomly selected; an equal number of controls were matched to cases by date of sample collection and date of birth. The mean lipid-corrected concentration of serum PCBs (sum of 36 congeners) was similar for cases and controls (*P* value, 0.47 for paired *t*-test). No association was found for specific PCB congeners or for PCB groups as defined by Wolff *et al.* (1997). [The Working Group noted that this study was well designed and considered most relevant confounders for cancer of the breast but, similar to other nested case–control studies with serum PCB measurements, had limited power.]

Between 1993 and 1997, 29 875 Danish women aged 50 to 64 years were enrolled in a prospective study of diet and cancer and followed until December 2000 through linkage with Danish Cancer Registry (Raaschou-Nielsen *et al.*, 2005). During this period, 409 women were diagnosed with postmenopausal cancer of the breast; each case was matched to one control by age,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 365

postmenopausal status (known/probable), and use of hormone replacement therapy, and measurements of 18 PCBs in adipose-tissue biopsies were obtained. No association was found between concentrations of PCBs and risk of cancer of the breast in the whole data set. However, an inverse association was observed when the analysis was restricted to the 75 ER-negative (ER–) cases (OR, 0.3; 95% CI, 0.1–0.9). This inverse association for ER– cases was also observed for the congeners PCB-138, PCB-153, PCB-170, PCB-180, PCB-183 and PCB-187. [The Working Group noted that this was the largest nested case–control study of cancer of the breast with PCB measurements, and the only one to measure PCBs in adipose tissue rather than serum. The inverse association of concentrations of total PCB and some PCB congeners among women with ER– tumours does not have a clear interpretation.]

(b)   NHL

See Table 2.7

(i)   USA

Seventy-four cases of NHL (ICD-8 200 or 202) identified during follow-up from 1975 to 1994 of the cohort from Washington County, Maryland, USA (described in the previous section) and 147 controls matched by race, sex, and age were included in a case–control study (Rothman et al., 1997). PCB concentrations were measured in serum collected before diagnosis and corrected for lipids. There was a significant dose–response relationship between risk of NHL and quartiles of lipid-corrected serum concentrations of PCBs (sum of 28 measured congeners). The odds ratios for the third and fourth quartiles when compared with the first quartile were 2.8 (95% CI, 1.1–7.6) and 4.5 (95% CI, 1.7–12.0) respectively; these estimates were adjusted, in addition to matching variables, for education, cigarette smoking and occupational exposure to suspected risk factors for NHL. There was also an indication that sero-positivity for the Epstein-Barr virus early antigen

(EBV-EA) potentiated the effects of serum PCBs, with a statistically significant interaction ($P$ value = 0.025).

An analysis of the same data set focusing on the effect of specific congeners reported a significant exposure–response relationship between risk of NHL and increasing concentrations of PCB-118, PCB-138, and PCB-153 ($P$ for trend < 0.05) (Engel et al., 2007). [The Working Group noted that this was the only nested case–control study on PCB concentrations and NHL that adjusted for occupational exposure to potential risk factors.]

An analysis of the association between NHL and exposure to PCBs conducted within the Nurses' Health Study cohort (described in the previous section) was reported in the same publication (Engel et al., 2007). Thirty women with incident NHL diagnosed between the date of blood collection and May 1994 (median follow-up, 1 year) were included as cases and 78 cohort members selected previously as controls for a study of cancer of the breast served as controls. Plasma samples were analysed for PCB concentrations for cases and for controls at the same time. A statistically significant exposure–response relationship was observed between risk of NHL and increasing concentrations of lipid-corrected PCBs (sum of 21 congeners), with an odds ratio of 4.7 (95% CI, 1.2–18.9) for the third tertile, adjusted for age, BMI, and smoking status. A significant exposure–response relationship was also observed for PCB-118 and PCB-138 ($P$ for trend < 0.05), but not for PCB-153.

An extended follow-up of the Nurses' Health Study cohort (median time to diagnosis, 5.8 years) included 145 cases of NHL and selected two controls for each case ($n = 290$) matched on age, race, month of blood draw, and fasting status (Laden et al., 2010). Women with NHL were identified by annual follow-up questionnaires and confirmed by review of medical records and pathology reports. No association was observed between total serum concentrations of PCBs

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 366

**Table 2.7 Nested case–control studies on risk of non-Hodgkin lymphoma and measured serum or adipose concentrations of PCBs**

| Reference, location follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| USA | | | | | | | |
| Rothman et al. (1992) Maryland, USA 1972–1990 until 1994 | 25 802 adults; 74 cases, 147 controls | Serum, GC/ECD, lipid-corrected concentrations | Sum of PCBs | Quartiles of PCB concentration (ng/g lipid) | | | Race, sex, age (matching), education, cigarette smoking, potential for occupational exposure 28 congeners measured[a] |
| | | | | 648–806 | 13 | 1.3 (0.5–3.3) | |
| | | | | 814–1060 | 21 | 2.7 (0.9–7.8) | |
| | | | | 1070–2070 | 30 | 4.1 (1.7–11.9) | P for trend = 0.0008 |
| Engel et al. (2007) Maryland, USA | | | | Median of quartiles of PCB concentration (ng/g lipid) | | | Same population studied by Rothman et al. (1997) and Helzlsouer et al. (1999) |
| | | | Total PCBs | 726.0 | 13 | 1.6 (0.6–4.3) | |
| | | | | 911.5 | 21 | 3.0 (1.1–8.3) | |
| | | | | 1337.5 | 30 | 4.6 (1.7–12.7) | |
| | | | PCB-118 | 124.6 | 23 | 4.9 (1.6–15.3) | |
| | | | | 164.9 | 17 | 3.5 (1.0–11.8) | |
| | | | | 214.7 | 29 | 5.4 (1.7–17.1) | P for trend < 0.05 |
| | | | PCB-138 | 129.1 | 20 | 2.5 (0.9–6.5) | |
| | | | | 164.5 | 19 | 2.7 (1.0–7.5) | |
| | | | | 242.4 | 27 | 4.4 (1.5–12.6) | P for trend < 0.05 |
| | | | PCB-153 | 122.4 | 14 | 1.0 (0.4–2.3) | |
| | | | | 163.2 | 17 | 1.4 (0.5–3.5) | |
| | | | | 246.9 | 27 | 2.2 (0.9–5.2) | P for trend < 0.05 |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 367

**Table 2.7 (continued)**

| Reference, location follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories (Median of quartiles of PCB concentration (ng/g lipid)) | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Laden et al. (2010) 11 states, USA (Nurses' Health Study cohort) | 145 cases and 290 controls | Serum, GC/ECD, lipid-corrected concentrations | | | | | Race, age, date of and fasting status at blood draw (matching), region, BMI, smoking, height, parity, breastfeeding 51 congeners measured[a] |
| | | | Total PCB | 547.8 | 41/73 | 1.25 (0.68–2.28) | Continuous (log-concentration) P = 0.76 |
| | | | | 678.0 | 41/73 | 1.32 (0.71–2.43) | |
| | | | | 945.4 | 30/72 | 1.02 (0.53–1.95) | |
| | | | PCB-118 | 42.9 | 49 | 1.39 (0.78–2.47) | Continuous (log-concentration) P = 0.42 |
| | | | | 61.0 | 31 | 0.89 (0.48–1.64) | |
| | | | | 104.7 | 27 | 0.81 (0.42–1.56) | |
| | | | PCB-138 | 53.2 | 39 | 1.33 (0.73–2.40) | Continuous (log-concentration) P = 0.59 |
| | | | | 75.7 | 48 | 1.61 (0.89–2.92) | |
| | | | | 113.3 | 27 | 0.95 (0.49–1.83) | |
| | | | PCB-153 | 91.2 | 33 | 0.85 (0.47–1.54) | Continuous (log-concentration) P = 0.55 |
| | | | | 120.3 | 45 | 1.38 (0.76–2.51) | |
| | | | | 170.0 | 30 | 0.82 (0.43–1.56) | |
| | | | PCB-180 | 63.4 | 33 | 1.02 (0.54–1.93) | Continuous (log-concentration) P = 0.82 |
| | | | | 80.5 | 44 | 1.24 (0.66–2.31) | |
| | | | | 109.4 | 32 | 1.03 (0.52–2.02) | |
| | | | Immunotoxic congeners[b] | 111.5 | 56 | 1.83 (1.01–3.31) | Continuous (log-concentration) P = 0.48 |
| | | | | 149.6 | 30 | 0.94 (0.51–1.76) | |
| | | | | 228.7 | 25 | 0.89 (0.45–1.77) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 368

**Table 2.7 (continued)**

| Reference, location follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Bertrand et al. (2010) USA (Physicians' Health Study cohort) 1982–2003 | 14 916 men; 205 cases and 409 controls | Serum, GC/ECD, lipid-corrected concentrations | Total PCB | Quintiles of PCB concentration (ng/g lipid) | | | Age, race, time and fasting status at blood draw (matching), region, height, BMI, alcohol, smoking 51 congeners measured[i] |
| | | | | 163–617 | 33 | 1.0 | Continuous (log-concentration) $P < 0.01$ |
| | | | | > 617–742 | 31 | 0.86 (0.47–1.6) | |
| | | | | > 742–894 | 34 | 0.99 (0.55–1.8) | |
| | | | | > 894–1121 | 46 | 1.3 (0.71–2.3) | |
| | | | | > 1121–5322 | 61 | 1.6 (0.91–2.9) | |
| | | | PCB-118 | > 42–56 | 29 | 0.80 (0.42–1.5) | Continuous (log-concentration) $P = 0.15$ |
| | | | | > 56–77 | 40 | 1.1 (0.59–2.0) | |
| | | | | > 77–105 | 46 | 1.2 (0.63–2.2) | |
| | | | | > 105–734 | 57 | 1.4 (0.76–2.5) | |
| | | | PCB-138 | 59–76 | 38 | 1.3 (0.68–2.3) | Continuous (log-concentration) $P = 0.02$ |
| | | | | > 76–97 | 38 | 1.2 (0.64–2.1) | |
| | | | | > 97–122 | 37 | 1.2 (0.64–2.2) | |
| | | | | > 122–541 | 63 | 1.8 (0.98–3.2) | |
| | | | PCB-153 | 95–122 | 37 | 1.2 (0.67–2.3) | Continuous (log-concentration) $P < 0.01$ |
| | | | | > 121–148 | 36 | 1.3 (0.68–2.4) | |
| | | | | > 148–188 | 37 | 1.2 (0.62–2.2) | |
| | | | | > 188–761 | 67 | 2.1 (1.1–3.8) | |
| | | | PCB-180 | 68–84 | 40 | 1.5 (0.82–2.7) | Continuous (log-concentration) $P < 0.01$ |
| | | | | > 84–102 | 35 | 1.4 (0.75–2.7) | |
| | | | | > 102–126 | 44 | 1.8 (0.96–3.3) | |
| | | | | > 126–528 | 61 | 2.4 (1.3–4.5) | |
| | | | Immunotoxic congeners[b] | > 113–145 | 35 | 0.98 (0.54–1.8) | Continuous (log-concentration) $P = 0.09$ |
| | | | | > 145–189 | 36 | 0.99 (0.55–1.8) | |
| | | | | > 189–245 | 45 | 1.2 (0.64–2.1) | |
| | | | | > 245–1813 | 57 | 1.4 (0.80–2.6) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 369

Polychlorinated biphenyls

**Table 2.7 (continued)**

*Northern Europe (Norway, Denmark)*

| Reference, location follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Engel et al. (2002) Norway (JANUS cohort) 1972–1978 until 1999 | 87 600; 190 case-control pairs | Serum, HRGC/ID-HRMS, lipid-corrected concentrations | | Median of quartiles of PCB concentration (ng/g lipid) | | | Age, sex, county, date of examination (matching), BMI, smoking status. All cases ≥ 2 years from blood collection to diagnosis; 36 congeners measured[d] |
| | | | Total PCB | 1398.3 | 48 | 1.1 (0.7–2.0) | |
| | | | | 1674.9 | 38 | 1.0 (0.5–1.9) | |
| | | | | 2148.2 | 60 | 1.7 (0.8–3.4) $P$ for trend < 0.05 | |
| | | | PCB-118 | 80.6 | 43 | 1.0 (0.5–2.0) | |
| | | | | 100.0 | 47 | 1.2 (0.6–2.3) | |
| | | | | 138.7 | 58 | 1.7 (0.9–3.5) $P$ for trend < 0.05 | |
| | | | PCB-138 | 122.8 | 29 | 0.6 (0.3–1.2) | |
| | | | | 153.4 | 42 | 0.9 (0.5–1.7) | |
| | | | | 190.0 | 68 | 1.7 (0.8–3.2) $P$ for trend < 0.05 | |
| | | | PCB-153 | 268.1 | 44 | 1.2 (0.6–2.3) | |
| | | | | 330.2 | 43 | 1.2 (0.7–2.2) | |
| | | | | 417.3 | 63 | 2.0 (1.0–3.9) $P$ for trend < 0.05 | |
| Bräuner et al. (2012) Copenhagen and Aarhus, Denmark (DCH cohort) 1994–97 until 2008 | 57 053; 239 cases and 245 controls | Adipose tissue, GC/MS, lipid-corrected concentrations | | Quintiles of PCB concentration (ng/g lipid) | | *IRR (95% CI)* | Age, sex (stratified), adjusted for BMI. Lipid content by gravimetric method; 10 PCB congeners measured. Participants with PCB concentrations < LOD were excluded from the analysis. Case-content analysis |
| | | | Total PCB | 770–939 | 55 | 0.74 (0.44–1.24) | |
| | | | | 939–1143 | 57 | 0.81 (0.48–1.35) | |
| | | | | 1143–1351 | 42 | 1.15 (0.63–2.11) | |
| | | | | 1351–2157 | 23 | 0.71 (0.34–1.45) | |
| | | | | Linear estimate per IQR | 239 | 0.99 (0.79–1.25) | |
| | | | PCB-118 | 25–34 | 63 | 0.88 (0.50–1.56) | |
| | | | | 34–48 | 58 | 0.96 (0.55–1.65) | |
| | | | | 48–62 | 34 | 0.67 (0.34–1.31) | |
| | | | | 62–150 | 25 | 0.72 (0.36–1.44) | |
| | | | | Linear estimate per IQR | 233 | 0.88 (0.68–1.14) | |

207

**Table 2.7   (continued)**

| Reference, location follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Bräuner et al. (2012) Copenhagen and Aarhus, Denmark (DCH cohort) 1994–97 until 2008 (cont.) | | | PCB-156 | 28–34 | 51 | 0.59 (0.34–1.02) | |
| | | | | 34–41 | 54 | 0.68 (0.40–1.16) | |
| | | | | 41–50 | 45 | 0.94 (0.51–1.75) | |
| | | | | 50–88 | 23 | 0.66 (0.31–1.37) | |
| | | | | Linear estimate per IQR | 171 | 1.01 (0.79–1.29) | |
| | | | PCB-99 | 20–27 | 42 | 1.60 (0.85–3.01) | |
| | | | | 27–37 | 53 | 1.56 (0.84–2.89) | |
| | | | | 37–47 | 24 | 1.20 (0.58–2.49) | |
| | | | | 47–110 | 20 | 1.42 (0.59–3.40) | |
| | | | | Linear estimate per IQR | 171 | 1.09 (0.83–1.43) | |
| | | | PCB-138 | 100–140 | 44 | 0.66 (0.38–1.14) | |
| | | | | 140–180 | 74 | 1.04 (0.62–1.74) | |
| | | | | 180–230 | 41 | 1.25 (0.67–2.33) | |
| | | | | 230–380 | 26 | 0.68 (0.34–1.36) | |
| | | | | Linear estimate per IQR | 238 | 0.99 (0.78–1.26) | |
| | | | PCB-153 | 240–300 | 57 | 0.88 (0.52–1.50) | |
| | | | | 300–370 | 56 | 0.67 (0.40–1.12) | |
| | | | | 370–430 | 42 | 1.50 (0.81–2.78) | |
| | | | | 430–730 | 28 | 0.85 (0.42–1.73) | |
| | | | | Linear estimate per IQR | 239 | 0.97 (0.77–1.23) | |
| | | | PCB-170 | 87–100 | 47 | 1.19 (0.68–2.09) | |
| | | | | 100–130 | 69 | 0.93 (0.54–1.59) | |
| | | | | 130–150 | 42 | 1.46 (0.75–2.83) | |
| | | | | 150–230 | 23 | 0.80 (0.38–1.69) | |
| | | | | Linear estimate per IQR | 238 | 0.98 (0.72–1.33) | |
| | | | PCB-180 | 170–200 | 55 | 1.03 (0.60–1.77) | |
| | | | | 200–240 | 61 | 1.19 (0.69–2.05) | |
| | | | | 240–290 | 49 | 1.09 (0.59–2.01) | |
| | | | | 290–480 | 21 | 0.69 (0.32–1.46) | |
| | | | | Linear estimate per IQR | 239 | 0.99 (0.77–1.27) | |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 371

**Table 2.7   (continued)**

| Reference, location follow-up period | Total subjects | Exposure assessment | Subgroup analysis | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Bräuner et al. (2012) Copenhagen and Aarhus, Denmark (DCH cohort) 1994–97 until 2008 (cont.) | | | PCB-183 | 19–24 | 35 | 0.58 (0.32–1.03) | |
| | | | | 24–31 | 69 | 0.91 (0.54–1.51) | |
| | | | | 31–39 | 40 | 1.03 (0.56–1.90) | |
| | | | | 39–65 | 23 | 0.68 (0.34–1.37) | |
| | | | | Linear estimate per IQR | 226 | 0.88 (0.70–1.10) | |
| | | | PCB-187 | 17–46 | 61 | 1.00 | |
| | | | | 46–56 | 49 | 0.69 (0.40–1.17) | |
| | | | | 56–68 | 62 | 0.97 (0.57–1.64) | |
| | | | | 68–84 | 44 | 1.30 (0.68–2.47) | |
| | | | | 84–140 | 22 | 0.69 (0.33–1.44) | |
| | | | | Linear estimate per IQR | 238 | 0.92 (0.73–1.15) | |
| | | | PCB-201 | 6–15 | 43 | 1.00 | |
| | | | | 15–19 | 62 | 0.98 (0.56–1.73) | |
| | | | | 19–23 | 58 | 1.20 (0.66–2.21) | |
| | | | | 23–28 | 36 | 0.82 (0.41–1.67) | |
| | | | | 28–45 | 25 | 0.88 (0.38–2.03) | |
| | | | | Linear estimate per IQR | 224 | 0.93 (0.68–1.28) | |

[a] Congeners measured: PCBs 28, 52, 56, 74, 99, 101, 105, 110, 118, 138, 146, 153, 156, 170, 172, 177, 178, 180, 183, 187, 189, 193, 194, 195, 201, 203, and 206
[b] Immunotoxic congeners: PCB-66, PCB-74, PCB-105, PCB-118, PCB-156, and PCB-167
[c] Ninety-nine percent of samples had concentrations greater than the limit of detection for PCB congeners 74, 118, 138, 146, 153, 156, 170, 180, 187, 194, 196, 199, 203, 206, and 209
[d] Congeners measured: PCBs 126, 169, 74, 99, 118, 105, 146, 153, 138, 158, 167, 156, 157, 178, 187, 183, 177, 172, 180, 170, 189, 201, 196, 203, 195, 194, 206, 209; 26 with > 90% samples having concentrations greater than the limit of detection
[e] Congeners measured: PCBs 99, 118, 138, 153, 156, 170, 180, 183, 187, and 201. LOD, 0.10–1.00 ng/g lipid; proportion of subjects with values greater than the limit of detection ranged from 72% (PCB-99) to 100% (PCB-153 and PCB-180)
BMI, body mass index; ECD, electron capture detection; ER, estrogen receptor; FTP, full-term pregnancy; GC, gas chromatography; HRGC, high-resolution gas chromatography; ID-HRMS, isotope dilution high-resolution mass spectrometry; IRR, incidence rate ratio; IQR, interquartile range; LOD, limit of detection; mo, month; NHL, non-Hodgkin lymphoma; NR, not reported; OR, odds ratio; PCB, polychlorinated biphenyl

209

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 372

(sum of 51 congeners measured as lipid-corrected concentrations) or for specific congeners (PCB-118, PCB-138, PCB-153, PCB-180) after adjustment for several confounders. The same pattern of no association was observed in the subgroup analysis by the main subtypes of NHL, diffuse large B-cell lymphoma (DLBCL), follicular lymphoma, and chronic lymphocytic leukaemia/small lymphocytic lymphoma. [This was the only nested case–control study on non-Hodgkin lymphoma to include women only. The Working Group noted that it was a well-designed study. The positive association observed in the initial study was not confirmed in the second, larger study, after adjustment for additional relevant confounders. However, in the second study the time since blood draw was prolonged and different laboratories and laboratory methods were used for analysis.]

The Physicians' Health Study began in 1982 in the USA as a randomized trial for the primary prevention of cardiovascular disease and cancer in male physicians aged 40–84 years at enrolment. A total of 14 916 participants provided a blood sample in 1982–84 (before randomization) and were followed until 2003 using annual questionnaires confirmed by review of medical records to identify newly diagnosed NHL (Bertrand et al., 2010). After excluding those with a diagnosis within 6 months after blood collection, prior diagnosis of cancer, NHL of uncommon subtypes (i.e. mantle cell lymphoma), or lacking sufficient information for subtype classification, 205 cases with available blood samples were included. For each case, two subjects who were at risk of NHL when the case occurred were randomly selected as controls matched by race, age, and date of blood collection. Lipid-corrected concentrations of 51 PCB congeners in serum were determined for cases and controls. The odds ratio for the highest versus lowest quintile of total PCBs adjusted for matching variables was 1.9 (95% CI, 1.1–3.2), which was reduced to 1.6 (95% CI, 0.91–2.9) after adjustment for region, BMI, smoking

status, alcohol intake, and height, in addition to matching variables. However, using the natural log of lipid-corrected concentrations of PCBs, the association was statistically significant for the fully adjusted model ($P$ value < 0.01, OR not reported). The association was also significant for the log-concentrations of PCB-138, PCB-153 and PCB-180, as well as for the sum of PCBs -118, -138, -153 and -180. [The Working Group noted that this was a well-designed study with reasonable sample size. The multivariable adjustment weakened the association with total PCBs, but did not substantially change the interpretation.]

### (ii)    Northern Europe

Within the JANUS cohort, described in the previous section, 194 histologically confirmed cases of NHL were ascertained with follow-up to 1999 (median time to diagnosis, 16.6 years) (Engel et al., 2007). Information, including lipid-corrected concentrations of 36 PCB congeners, was available for 190 case–control pairs matched by age, sex, county, and date of examination. In the analysis further adjustments were made for BMI and smoking status. The odds ratio for the association of NHL with the sum of PCBs was 1.7 (95% CI, 0.8–3.4) when comparing the fourth quartile with the first. A statistically significant increase in risk was reported for the highest to the lowest quartile of PCB-153 concentrations (OR, 2.0; 95% CI, 1.0–3.9), with a significant upward dose–response trend ($P$ < 0.05). Odds ratios of 1.7 in the fourth exposure quartile and significant trends were also reported for PCB-118 and PCB-138. [The Working Group noted that the sample size, and therefore the power of the study, was in the range of that of the remaining nested case–control studies. It was not clear, therefore, why significant associations were found for three congeners, namely PCB-118, PCB-138, and PCB-153, but not for all PCBs combined.]

The association between NHL and PCB concentrations in adipose tissue was also studied among participants in the Danish diet and cancer

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 373

study (Raaschou-Nielsen *et al.*, 2005) described in section 2.2.3(a)(ii) (Bräuner *et al.*, 2012). Up to July 2008 (mean follow-up, 9.6 years), 278 initially cancer free cohort members were diagnosed with NHL; a subcohort of 256 participants was randomly selected for analysis using a case–cohort approach. Valid measurements of concentrations of 10 PCB congeners in adipose tissue were available for 239 cases and 245 subcohort members. Age was used as the timescale for the analysis, stratified by sex and adjusted for BMI. No association was observed between lipid-corrected concentrations of total PCBs in adipose tissue and risk of NHL. There was also no consistent association and no significant trend with PCB congeners. However, odds ratios were greater than 1 for all concentrations of PCB-99. [The Working Group noted that this was the largest nested case–control study on NHL and PCB concentrations measured in adipose tissue; estimates were adjusted only for age, sex, and BMI. The study explored the potential effect of all PCBs and a list of 10 specific congeners, with a consistent pattern of no association for all of them.]

*(c)    Cancer of the male genital tract*

See Table 2.8

A nested case–control study on the risk of testicular germ cell tumours was carried out within the Norwegian JANUS cohort, described in Section 2.2.3(a)(ii) (Purdue *et al.*, 2009). Cases and controls were selected from cohort members with baseline blood collection without prior history of cancer. One male control was matched to each case by region, age group (2 years), and year of blood draw. Lipid-corrected measurements of the concentrations of 34 PCBs were available for 49 cases and 51 controls; 34 of the 49 cases were seminomas, 8 were non-seminomas, 5 were of mixed histology, and 2 were of unknown histology. There was no statistically significant association between risk of testicular germ cell tumours and total PCB concentration (OR, 1.3;

95% CI, 0.5–3.8 for the third versus the first quartile); however, there was an increased risk of testicular germ cell tumours for the highest versus the lowest tertile of PCB-99 concentration (OR, 2.2; 95% CI, 0.8–5.9) and of PCB-167 (OR, 4.4; 95% CI, 1.0–19.8). Cases of seminoma had significantly lower concentrations of congeners PCB-44, PCB-49, and PCB-52 and significantly higher concentrations of congeners PCB-99, PCB-138, PCB-153, PCB-167, PCB-183, and PCB-195. Similar patterns of elevated odds ratios were seen for PCB-99 and PCB-167 in this subgroup of cases. [The Working Group noted that this was a well-designed study, but with small sample size and very limited power.]

McGlynn *et al.* (2009) analysed concentrations of 15 PCBs in pre-diagnostic serum samples of 736 incident cases of testicular germ cell tumours and 913 controls matched to the cases on age, race, and serum draw date in a cohort of men in the United States military. The sum of PCB concentrations was significantly associated with decreased risk of all testicular germ cell tumours, and with non-seminoma and seminoma. Statistically significantly decreased risks of all testicular germ cell tumours were also associated with eight specific congeners (PCB-118, PCB-138, PCB-153, PCB-156, PCB-163, PCB-170, PCB-180, and PCB-187). Similar decreases in risk were observed for non-seminoma with the same congeners, while decreased risk of seminoma was associated with PCB-138, PCB-153, PCB-156, PCB-163, and PCB-170. Other congeners and groups of congeners were not associated with testicular germ cell tumours. In another study using data from 568 cases and 698 controls enrolled in the same cohort, Chia *et al.* (2010) examined associations between testicular germ cell tumours and 11 PCB congeners in relation to polymorphisms in hormone-metabolizing genes. A statistically significant reduced risk of testicular germ cell tumour for PCB-118 and PCB-138 was found only among subjects with the major homozygous allele for *HSD17B4*. [These appear

**Table 2.8 Nested case-control studies on risk of cancer of the male genital tract and measured serum concentrations of PCBs**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Purdue et al. (2009) Norway (JANUS cohort) 1972–1978 until 1999 | 87 647 men; 49 cases and 51 controls | Serum, HRGC/ID-HRMS, lipid-corrected concentrations | TGC tumour (186) | Tertiles of PCB concentration | | | Age, county, period of blood draw (matching) 34 congeners measured |
| | | | | Tertile 1 | 14 | 1.0 | |
| | | | | Tertile 2 | 16 | 1.1 (0.5–2.7) | |
| | | | | Tertile 3 | 19 | 1.3 (0.5–3.8) | |
| | | | | Selected PCB congeners: tertile 3, tertile 1 as referent: | | | |
| | | | | PCB-44 | 18 | 0.6 (0.1–3.8) | |
| | | | | PCB-49 | 20 | 1.2 (0.2–7.6) | |
| | | | | PCB-52 | 20 | 1.0 (0.3–3.5) | |
| | | | | PCB-99 | 21 | 2.2 (0.8–5.9) | |
| | | | | PCB-138 | 24 | 1.8 (0.6–5.1) | |
| | | | | PCB-153 | 19 | 1.2 (0.4–3.4) | |
| | | | | PCB-167 | 19 | 4.4 (1.0–20.0) | |
| | | | | PCB-183 | 18 | 1.3 (0.5–3.5) | |
| | | | | PCB-195 | 15 | 1.7 (0.6–4.6) | |
| | | | Seminoma (n = 34) | Selected PCB congeners: tertile 3, tertile 1 as referent | | | |
| | | | | PCB-44 | 12 | 0.2 (0.01–2.0) | |
| | | | | PCB-49 | 14 | 0.3 (0.02–4.7) | |
| | | | | PCB-52 | 14 | 0.4 (0.07–2.3) | |
| | | | | PCB-99 | 17 | 4.4 (1.0–21) | |
| | | | | PCB-138 | 17 | 2.1 (0.6–7.2) | |
| | | | | PCB-153 | 13 | 1.2 (0.4–4.3) | |
| | | | | PCB-167 | 15 | 6.7 (1.1–43) | |
| | | | | PCB-183 | 14 | 2.9 (0.6–14) | |
| | | | | PCB-195 | 13 | 3.0 (0.8–12) | |
| | | | | Total PCBs | 14 | 1.2 (0.4–4.1) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 375

Polychlorinated biphenyls

## Table 2.8 (continued)

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| McGlynn et al. (2009), USA (STEED Study) 2002–2005 | Military men [number not reported]; 736 cases and 913 controls | Blood, GC-MS lipid-adjusted concentrations; questionnaire | TGC tumours | Quartiles of PCB concentration (ng/g lipid) | | | Age, race/ethnicity, date of serum sample collection, serum DDE level, age at serum draw, BMI, height Quartile 1 as reference |
| | | | | *Total PCBs* | | | |
| | | | TGC tumours | (158–250) | 171 | 0.88 (0.67–1.16) | |
| | | | | (251–390) | 175 | 0.73 (0.54–0.98) | |
| | | | | (>390) | 162 | 0.61 (0.43–0.86) | P for trend = 0.006 |
| | | | Seminoma | (158–250) | 60 | 0.90 (0.6–1.35) | |
| | | | | (251–390) | 91 | 0.89 (0.59–1.34) | |
| | | | | (>390) | 88 | 0.64 (0.41–1.02) | P for trend = 0.05 |
| | | | Non-seminoma | (158–250) | 111 | 0.84 (0.61–1.15) | |
| | | | | (251–390) | 84 | 0.62 (0.43–0.88) | |
| | | | | (>390) | 73 | 0.55 (0.37–0.83) | P for trend = 0.007 |
| | | | All TGC tumours | *PCB-118* | | | |
| | | | | (7.2–10.5) | 171 | 0.71 (0.53–0.94) | |
| | | | | (10.6–15.6) | 151 | 0.60 (0.45–0.81) | |
| | | | | (>15.6) | 148 | 0.55 (0.40–0.76) | P for trend = 0.0007 |
| | | | | *PCB-138* | | | |
| | | | | (15.6–24.5) | 168 | 0.65 (0.48–0.88) | |
| | | | | (24.6–37.7) | 162 | 0.54 (0.39–0.75) | |
| | | | | (>37.7) | 164 | 0.46 (0.32–0.66) | P for trend = 0.0001 |
| | | | | *PCB-153* | | | |
| | | | | (23.4–37.2) | 158 | 0.61 (0.45–0.82) | |
| | | | | (37.3–56.3) | 166 | 0.53 (0.38–0.73) | |
| | | | | (>56.3) | 169 | 0.45 (0.31–0.66) | P for trend = 0.0003 |
| | | | | *PCB-156* | | | |
| | | | | (5.3–6.9) | 98 | 0.66 (0.48–0.90) | |
| | | | | (7.0–10.0) | 120 | 0.77 (0.56–1.06) | |
| | | | | (>10.0) | 96 | 0.57 (0.40–0.81) | P for trend = 0.002 |

213

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 376

**Table 2.8 (continued)**

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| McGlynn et al. (2009), USA (STEED Study) 2002–2005 (cont.) | | | | PCB-163 | | | |
| | | | | (5.9–8.1) | 128 | 0.70 (0.52–0.93) | |
| | | | | (8.2–11.5) | 110 | 0.55 (0.40–0.76) | |
| | | | | (>115) | 131 | 0.59 (0.42–0.83) | P for trend = 0.001 |
| | | | | PCB-170 | | | |
| | | | | (6.5–9.7) | 145 | 0.73 (0.55–0.98) | |
| | | | | (9.8–14.5) | 136 | 0.61 (0.44–0.84) | |
| | | | | (>14.5) | 144 | 0.56 (0.39–0.80) | P for trend = 0.002 |
| | | | | PCB-180 | | | |
| | | | | (15.8–25.9) | 177 | 0.83 (0.62–1.12) | |
| | | | | (26.0–41.8) | 176 | 0.68 (0.49–0.95) | |
| | | | | (>41.8) | 161 | 0.56 (0.38–0.82) | P for trend = 0.003 |
| | | | | PCB-187 | | | |
| | | | | (5.8–8.0) | 133 | 0.70 (0.52–0.94) | |
| | | | | (8.1–11.6) | 120 | 0.58 (0.42–0.81) | |
| | | | | (>11.6) | 133 | 0.60 (0.42–0.86) | P for trend = 0.004 |
| Chia et al. (2010) USA 2002–2005 | 568 cases and 698 controls | Blood, GC-MS lipid-adjusted concentrations; questionnaire | TGC tumours (186) | PCB-118 AA genotype (7.01–10.40) | 100 | 0.66 (0.46–0.96) | Age, race, date of serum sample, cryptorchidism, family history of testicular cancer, BMI. Same cohort studied by McGlynn et al. (2009). AA genotype: AA–homozygous major allele HSD17B4; AA/TT genotype: minor allele for HSD17B4. Quartile 1 as reference |
| | | | | (10.41–15.56) | 92 | 0.59 (0.40–0.87) | |
| | | | | (>15.57) | 74 | 0.46 (0.31–0.70) | P for trend ≤ 0.001 |
| | | | | AT/TT genotype | | | |
| | | | | (7.01–10.40) | 38 | 1.27 (0.66–2.41) | |
| | | | | (10.41–15.56) | 31 | 1.06 (0.54–2.08) | |
| | | | | (>15.57) | 43 | 1.69 (0.85–3.38) | P for trend = 0.019 |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 377

**Table 2.8** (continued)

| Reference, location, follow-up period | Total subjects | Exposure assessment | Organ site (ICD code) | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Chia et al. (2010) USA 2002–2005 (cont.) | | | | *PCB-138* | | | |
| | | | | AA genotype | | | |
| | | | | (15.85–25.00) | 95 | 0.72 (0.49–1.07) | |
| | | | | (25.01–38.53) | 96 | 0.57 (0.38–0.85) | |
| | | | | (> 38.53) | 79 | 0.46 (0.30–0.72) | *P* for trend < 0.001 |
| | | | | AA/TT genotype | | | |
| | | | | (15.85–25.00) | 27 | 0.61 (0.31–1.20) | |
| | | | | (25.01–38.53) | 36 | 1.10 (0.54–2.25) | |
| | | | | (> 38.53) | 43 | 1.61 (0.76–3.41) | *P* for trend = 0.287 |
| Sawada et al. (2010) 10 areas of Japan 1990–1995 until 2005 | 14 203 men; 201 cases and 402 controls | Serum, HRGC/ID-HRMS; lipid-corrected concentrations | Prostate | Quartiles of PCB concentration (ng/g lipid) | | | Age, area, date, and fasting hours at blood draw (matching), BMI, smoking, alcohol, marital status, intake of green tea and miso soup |
| | | | | 319–447 | 49 | 1.06 (0.63–1.79) | Sum of 41 congeners; LOD, 2 pg/g wet weight |
| | | | | 448–668 | 41 | 0.84 (0.49–1.46) | |
| | | | | ≥ 669 | 44 | 0.97 (0.51–1.87) | |
| | | | | | | *P* for trend = 0.9 | |

BMI, body mass index; DDE, dichlorodiphenyldichloroethylene; ECD, electron capture detection; GC, gas chromatography; HRGC, high-resolution gas chromatography; ID-HRMS, isotope dilution high-resolution mass spectrometry; IRR, incidence rate ratio; LOD, limit of detection; NR, not reported; OR, odds ratio; PCB, polychlorinated biphenyl; STEED, US Servicemen's Testicular Tumor Environmental and Endocrine Determinants Study; TGC, testicular germ cell

215

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 378

to have been large, well-designed and well-implemented studies, but the consistent inverse associations of cancer risk with exposure to PCBs could not be explained biologically.]

The Japan Public Health Center-based Prospective Study was initiated in 1990. After excluding subjects from Tokyo for whom cancer information was not available, the cohort consisted of 65 657 men, of whom 14 203 (28%) donated blood between 1990 and 1995 (Sawada et al., 2010). Up to December 2005, 201 newly diagnosed cases of cancer of the prostate were identified using several information sources (97% pathologically confirmed). For each case, two controls were selected from among subjects with no history of cancer of the prostate when the case was diagnosed, matched by age (within 3 years), public health-centre area, residence, date and time of day of blood collection, and duration of fasting. Lipid-corrected plasma concentrations of 41 PCB congeners were measured. Apart from matching variables, comparisons between cases and controls were further adjusted for BMI, smoking, alcohol, marital status, and intakes of green tea and miso soup. No statistically significant association with all cancers of the prostate was seen for total PCBs, for individual PCBs, or for PCBs grouped according to Wolff et al. (1997). No statistically significant differences were found for total PCBs according to stage (localized or advanced) at diagnosis of cancer of the prostate. [The Working Group noted that this was a well-designed and -conducted study showing null results; although the sample size was limited, power was reasonable for the main analysis, but limited for subgroup analyses.]

## 2.3 Case–control studies of occupational and environmental exposure

### 2.3.1 NHL

See Table 2.9

In a case–control study in Australia (Fritschi et al., 2005), including 694 histologically confirmed cases of NHL, and 694 controls, exposure to PCBs was coded by an expert industrial hygienist based on questionnaire information. After adjusting by age, sex, residence and ethnicity, ever exposure to PCBs was not notably related to increased risk of NHL (OR, 1.10; 95% CI, 0.49–2.44) or to the subgroup of B-cell NHL (OR, 1.18; 95% CI, 0.53–2.62); however, risk was elevated among the subjects probably exposed (OR, 4.54; 95% CI, 0.97–21). Indicators of frequency, intensity, and duration of exposure did not show clear trends in risk. Occupational exposure to PCBs was very rare in this study, with only 25 subjects (13 cases and 12 controls) possibly or probably exposed. [The Working Group noted that this general-population case–control study may have been underpowered to detect associations with PCBs, given the low prevalence of exposure.]

A case–control study was conducted in an area of northern Italy where environmental exposure had resulted from soil contamination, most likely generated by spills from an adjacent factory producing PCBs and organochlorine chemicals. PCB concentration in the soil was used to define four areas with increasing concentrations of exposure. Overall, 495 cases of NHL, including 208 prevalent cases and 287 incident cases, identified in the Cancer Registry of the Brescia Local Health Authority, and 1467 population controls, randomly selected from the resident population, frequency-matched to cases by age and sex, participated in the study. Exposure to PCBs was assigned according to residence in one of three contaminated zones or a control zone, using three metrics: main lifetime residence; residence for at least 10 years in a given area; and duration of residence. Risk of NHL was elevated for subjects having resided 10 or more years in any of the three contaminated areas (OR, 1.4; 95% CI, 1.1–1.8), and particularly in the most polluted (OR, 1.9; 95% CI, 0.9–3.9).

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 379

**Table 2.9 Case–control studies on risk of non-Hodgkin lymphoma and exposure to PCBs**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| Fritschi et al. (2005), Australia 2000–01 | 694 694 | Population | NHL (200, 202) | Retrospective expert assessment of occupational exposure to PCBs | Unexposed | 681 | 1.0 | Age, sex, state of residence, ethnicity |
| | | | | | Any exposure | 13 | 1.10 (0.12–1.31) | |
| | | | | | Possible exposure | NR | 0.40 (0.12–1.31) | |
| | | | | | Probable exposure | NR | 4.54 (0.97–21) | |
| | | | | | Low intensity level | NR | 1.91 (0.75–4.85) | |
| | | | | | Medium intensity level | NR | 0.78 (0.17–3.50) | |
| | | | | | *Intensity level* | | | |
| | | | | | ≤ 4 days/yr | NR | 1.44 (0.49–4.22) | |
| | | | | | > 4 days/yr | NR | 1.15 (0.35–3.81) | |
| | | | | | < 5 yr duration | NR | 1.04 (0.26–4.19) | |
| | | | | | > 5 yr duration | NR | 1.13 (0.43–2.97) | |
| Maifredi et al. (2011), Italy | 495 1467 | Population | NHL (200, 202) | Residence in PCB contaminated areas in Brescia, Italy; median total PCB soil concentration, 0.55 mg/kg | *Residence 1–9 yr* | | | Age, sex Subjects who changed area of residence were repeatedly considered in each area; substantial overlapping in contamination among the areas; incident and deceased cases were included |
| | | | | | Most polluted area | 13 | 1.4 (0.7–2.8) | |
| | | | | | All contaminated areas | 21 | 0.8 (0.5–1.3) | |
| | | | | | *Residence ≥ 10 yr* | | | |
| | | | | | Most polluted area | 15 | 1.8 (0.9–3.9) | |
| | | | | | All contaminated areas | 80 | 1.4 (1.1–1.8) | |
| | | | | | *Residence 10–19 yr* | | | |
| | | | | | Most polluted area | 10 | 3.8 (1.5–9.8) | |
| | | | | | All contaminated areas | 25 | 1.7 (1.0–2.8) | |
| | | | | | *Residence ≥ 20 yr* | | | |
| | | | | | Most polluted area | 5 | 0.8 (0.3–2.3) | |
| | | | | | All contaminated areas | 55 | 1.3 (0.9–1.8) | |
| Hardell et al. (1996, 1997), Sweden | 27 17 | Hospital | NHL, B-cell type | Total PCBs in adipose tissue | ≤ 1300 ng/g lipid | | 1.0 | Age, sex |
| | | | | | > 1300 ng/g lipid | | 1.8 (0.4–7.4) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 380

**Table 2.9 (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| Hardell et al. (2001), Sweden | 82 83 | Hospital | NHL (200, 202) | PCBs in adipose tissue or lipid-adjusted serum | | | | Age, sex, BMI, sample (blood or adipose tissue) Interaction with EBV-EA immunity assessed; pooled analysis of studies conducted at different times with different specimens 36 congeners measured |
| | | | | Total PCBs | > 1020 ng/g lipid | 51 | 1.8 (0.9–3.9) | |
| | | | | Immunotoxic PCBs | > 1020 ng/g lipid | 57 | 3.2 (1.4–7.4) | |
| | | | | Total PCBs, EBV EA ≤ 80 | > 1018 ng/g lipid | 17 | 1.6 (0.5–5.1) | |
| | | | | Total PCBs, EBV EA > 80 | > 1018 ng/g lipid | 22 | 4.0 (1.2–14) | |
| | | | | Immunotoxic PCBs, EBV EA ≤ 80 | > 348 ng/g lipid | 18 | 3.2 (1.7–11) | |
| | | | | Immunotoxic PCBs, EBV EA > 80 | > 348 ng/g lipid | 25 | 6.4 (1.9–24) | |
| Hardell et al. (2009), Sweden | 99 99 | Population | NHL (200, 202) | Lipid-adjusted plasma PCB concentrations | | | | Age, sex, BMI, time of sampling Both sexes; interaction with EBV-EA immunity assessed. |
| | | | | Total PCBs | > Median | 59 | 2.0 (0.99–3.9) | |
| | | | | Moderately chlorinated | > Median | 58 | 1.8 (0.9–3.6) | |
| | | | | Higher-chlorinated | | 63 | 1.7 (0.8–3.4) | |
| | | | | Immunotoxic | | 54 | 1.5 (0.8–3.0) | |
| | | | Follicular lymphoma | Total PCBs | > 646 ng/g lipid | 15 | 5.9 (1.9–14) | |
| | | | | Immunotoxic | > 226 ng/g lipid | 13 | 3.0 (0.9–11) | |
| | | | Diffuse large B-cell lymphoma | Total PCBs | > 646 ng/g lipid | 19 | 1.6 (0.6–4.0) | |
| | | | | Immunotoxic | > 226 ng/g lipid | 19 | 1.4 (0.6–3.3) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 381

Case 2:15-cv-00201-SMJ   ECF No. 388-2   filed 01/28/20   PageID.18081   Page 378 of 620

**Table 2.9   (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| Nordström et al. (2000), Sweden | 54 54 | Population | Hairy cell leukaemia | Lipid-adjusted serum PCB concentrations, EBV EA antibody titre | | | | Age, BMI Only men; OR for total PCB > 831.6 ng/g lipid = 0.8 (0.3–1.9) |
| | | | | Total PCBs | > 831.6 ng/g lipid; EBV EA > 40 | 13 | 4.4 (1.2–18.5) | |
| | | | | Immunotoxic PCBs | > 285.4 ng/g lipid; EBV EA > 40 | 15 | 11.3 (2.3–73.1) | |
| Spinelli et al. (2007), Canada | 422 460 | Population | NHL (200, 202) | Lipid-adjusted plasma PCB concentration | Quartiles of exposure (ng/g lipid) | | | Age, sex, region, ethnicity, education, family history of NHL, BMI and farming; sum of 14 congeners |
| | | | | Sum of PCBs | 101–155.6 | 103 | 1.41 (0.93–2.14) | |
| | | | | | 155.7–220.0 | 77 | 1.11 (0.71–1.74) | |
| | | | | | > 220.0 | 142 | 2.14 (1.38–3.30) | P for trend < 0.001 |
| | | | | DL-PCBs (105, 118, 156) | 10.13–15.35 | 96 | 1.41 (0.91–2.16) | |
| | | | | | 15.36–23.72 | 82 | 1.57 (1.00–2.46) | |
| | | | | | > 23.72 | 143 | 2.40 (1.53–3.77) | P for trend = 0.001 |
| | | | | PCB-105 | > 1.32 | 132 | 1.06 (0.93–1.42) | |
| | | | | PCB-118 | 4.58–7.78 | 88 | 1.12 (0.74–1.69) | |
| | | | | | 7.79–12.85 | 95 | 1.23 (0.81–1.88) | |
| | | | | PCB-156 | > 12.85 | 129 | 1.77 (1.15–2.72) | P for trend = 0.004 |
| | | | | | 3.66–5.51 | 85 | 1.10 (0.72–1.68) | |
| | | | | | 5.52–8.32 | 105 | 1.43 (0.93–2.21) | |
| | | | | | > 8.32 | 128 | 1.77 (1.14–2.74) | P for trend = 0.004 |
| | | | | NDL-PCBs (28, 99 138, 153, 180, 183, 187) | 88.58–136.2 | 96 | 1.30 (0.85–1.97) | |
| | | | | | 136.21–196.4 | 93 | 1.19 (0.76–1.86) | |
| | | | | | > 196.4 | 148 | 2.18 (1.41–3.38) | P for trend = 0.001 |
| | | | | PCB-28 | Undetected | 348 | 1.0 (Ref) | |
| | | | | | > 1.38 | 74 | 0.95 (0.67–1.34) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 382

**Table 2.9   (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| Spinelli et al. (2002), Canada (cont.) | | | Follicular lymphoma | PCB-99 | 3.07–4.83 | 82 | 0.78 (0.52–1.15) | |
| | | | | | 4.84–7.78 | 85 | 0.81 (0.54–1.21) | |
| | | | | | > 7.78 | 130 | 1.27 (0.86–1.87) | P for trend = 0.045 |
| | | | | PCB-138 | 11.62–19.28 | 90 | 0.93 (0.62–1.38) | |
| | | | | | 19.29–29.72 | 94 | 0.99 (0.66–1.50) | |
| | | | | | > 29.72 | 138 | 1.46 (0.98–2.18) | P for trend = 0.02 |
| | | | | PCB-153 | 25.3–38.68 | 86 | 1.04 (0.68–1.57) | |
| | | | | | 38.69–59.0 | 106 | 1.34 (0.87–2.04) | |
| | | | | | > 59.0 | 140 | 1.79 (1.17–2.72) | P for trend = 0.002 |
| | | | | PCB-170 | 7.17–11.17 | 93 | 1.17 (0.77–1.79) | |
| | | | | | 11.18–17.23 | 107 | 1.41 (0.91–2.18) | |
| | | | | | > 17.24 | 134 | 1.80 (1.16–2.79) | P for trend = 0.005 |
| | | | | PCB-180 | 21.94–35.63 | 94 | 1.28 (0.82–2.00) | |
| | | | | | 35.64–54.72 | 89 | 1.25 (0.78–2.00) | |
| | | | | | > 54.72 | 126 | 1.91 (1.19–3.07) | P for trend = 0.005 |
| | | | | PCB-183 | 1.87–3.95 | 107 | 0.83 (0.59–1.18) | |
| | | | | | > 3.95 | 153 | 1.22 (0.87–1.71) | P for trend = 0.113 |
| | | | | PCB-187 | 5.94–9.82 | 98 | 1.27 (0.83–1.95) | |
| | | | | | 9.83–15.46 | 79 | 1.04 (0.66–1.63) | |
| | | | | | > 15.46 | 136 | 1.92 (1.23–2.98) | P for trend = 0.003 |
| | | | | Total PCBs | Largest vs smallest quartile | | 2.0 (1.1–3.7) | |
| | | | | DL-PCBs | | | 2.5 (1.3–4.7) | |
| | | | | PCB-105 | | | 0.9 (0.6–1.4) | |
| | | | | PCB-118 | | | 2.0 (1.1–3.7) | |
| | | | | PCB-156 | | | 2.4 (1.2–4.5) | |
| | | | | NDL-PCBs | | | 2.1 (1.1–3.9) | |
| | | | | PCB-28 | | | 0.7 (0.4–1.3) | |
| | | | | PCB-99 | | | 1.3 (0.8–2.3) | |
| | | | | PCB-138 | | | 1.5 (0.9–2.7) | |
| | | | | PCB-153 | | | 2.0 (1.1–3.7) | |
| | | | | PCB-170 | | | 1.5 (0.8–2.8) | |
| | | | | PCB-180 | | | 1.6 (0.8–3.1) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 383

Polychlorinated biphenyls

**Table 2.9   (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| Spinelli et al. (2002), Canada (cont.) | | | Diffuse large B-cell lymphoma | PCB-183 | Largest vs smallest quartile | | 1.6 (1.0–2.7) | |
| | | | | PCB-187 | | | 1.8 (1.0–3.3) | |
| | | | | Total PCBs | | | 1.8 (0.8–4.1) | |
| | | | | DL-PCBs | | | 2.1 (0.9–4.9) | |
| | | | | PCB-105 | | | 0.8 (0.5–1.5) | |
| | | | | PCB-118 | | | 2.0 (0.9–4.7) | |
| | | | | PCB-156 | | | 1.3 (0.6–3.0) | |
| | | | | NDL-PCBs | | | 1.8 (0.8–4.1) | |
| | | | | PCB-28 | | | 1.3 (0.7–2.4) | |
| | | | | PCB-99 | | | 1.0 (0.5–2.0) | |
| | | | | PCB-138 | | | 1.2 (0.6–2.6) | |
| | | | | PCB-153 | | | 1.3 (0.6–2.7) | |
| | | | | PCB-170 | | | 1.6 (0.7–3.6) | |
| | | | | PCB-180 | | | 1.2 (0.5–2.9) | |
| | | | | PCB-183 | | | 0.8 (0.4–1.6) | |
| | | | | PCB-187 | | | 1.7 (0.7–4.0) | |
| Cocco et al. (2008), France, Spain, Germany | 174 203 | Hospital and population | NHL (200, 202) | Lipid-adjusted plasma PCB concentration (ng/g lipid) Total PCBs | 200.43–387.79 | 50 | 1.2 (0.6–2.2) | Age, sex, education, centre Sum of 9 congeners LOD, 0.20–0.50 µg/L |
| | | | | | 387.8–576.36 | 33 | 0.7 (0.3–1.4) | P for trend = 0.83 |
| | | | | | >576.36 | 50 | 1.0 (0.5–2.0) | |
| | | | | PCB-28 | 10.51–31.70 | 25 | 0.9 (0.4–1.8) | |
| | | | | | 31.71–67.94 | 21 | 0.7 (0.3–1.5) | |
| | | | | | >67.94 | 45 | 1.6 (0.8–3.2) | P for trend = 0.23 |
| | | | | PCB-118 | 12.31–38.76 | 41 | 1.0 (0.5–2.0) | |
| | | | | | 38.77–59.17 | 20 | 0.5 (0.2–2.0) | |
| | | | | | >59.18 | 19 | 0.4 (0.2–0.8) | P for trend = 0.004 |
| | | | | PCB-138 | 45.74–72.41 | 37 | 1.1 (0.6–1.9) | |
| | | | | | 72.42–116.12 | 42 | 1.1 (0.6–2.0) | |
| | | | | | >116.12 | 44 | 1.1 (0.6–2.0) | P for trend = 0.88 |

221

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 384

**Table 2.9  (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| Cocco et al. (2008), France, Spain, Germany (cont.) | | | | PCB-153 | 62.57–100.66 | 51 | 1.5 (0.8–2.8) | |
| | | | | | 100.67–142.43 | 28 | 0.8 (0.4–1.6) | |
| | | | | | >142.43 | 52 | 1.3 (0.7–2.5) | P for trend = 0.70 |
| | | | | PCB-170 | 0.21–21.53 | 40 | 1.1 (0.5–2.2) | |
| | | | | | 21.54–34.28 | 36 | 0.8 (0.4–1.7) | |
| | | | | | >34.28 | 45 | 1.0 (0.5–1.8) | P for trend = 0.83 |
| | | | | PCB-180 | 0.31–51.22 | 40 | 1.2 (0.6–2.6) | |
| | | | | | 51.23–85.93 | 50 | 1.4 (0.6–3.0) | |
| | | | | | >85.93 | 61 | 1.5 (0.7–3.2) | P for trend = 0.31 |
| | | | Chronic lymphocytic leukaemia | Total PCBs | 200.43–387.79 | 15 | 1.4 (0.5–4.4) | |
| | | | | | 387.8–576.36 | 10 | 0.8 (0.2–2.8) | |
| | | | | | >576.36 | 18 | 1.4 (0.4–4.5) | P for trend = 0.71 |
| | | | | Immunotoxic PCBs | >median | NR | 3.2 (0.9–12) | Subgroup analysis of combined French and German subjects |
| | | | Diffuse large B-cell lymphoma | Total PCBs | 200.43–387.79 | 12 | 0.8 (0.3–2.1) | |
| | | | | | 387.8–576.36 | 7 | 0.5 (0.1–1.6) | |
| | | | | | >576.36 | 13 | 0.9 (0.3–2.5) | |
| De Roos et al. (2005), USA | 100 100 | Population | NHL (200, 202) | Lipid-adjusted plasma PCB concentration (ng/g lipid) | Quartiles of PCB concentration | | | |
| | | | | PCB-74 | 7.8–13.3 | 28 | 1.12 (0.51–2.45) | Sex, study site, birth date, and date of blood draw |
| | | | | | 13.4–19.3 | 16 | 0.73 (0.30–1.75) | |
| | | | | | >19.4 | 31 | 1.26 (0.52–3.03) | P for trend = 0.66 |
| | | | | PCB-99 | 5.6–9.3 | 22 | 0.63 (0.24–1.68) | |
| | | | | | 9.4–16.1 | 30 | 1.04 (0.45–2.39) | |
| | | | | | >16.1 | 24 | 0.77 (0.28–2.10) | P for trend = 1.0 |
| | | | | PCB-118 | 8.1–11.8 | 14 | 0.36 (0.13–0.98) | |
| | | | | | 11.9–25.8 | 30 | 0.91 (0.42–1.98) | |
| | | | | | >25.8 | 24 | 0.73 (0.29–1.84) | P for trend = 0.88 |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 385

Polychlorinated biphenyls

**Table 2.9 (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| De Roos et al. (2005), USA (cont.) | | | | PCB-138–158 | 25.2–38.3 | 20 | 0.82 (0.38–1.78) | |
| | | | | | 38.4–55.5 | 25 | 1.04 (0.47–2.33) | |
| | | | | | > 55.5 | 29 | 1.42 (0.49–3.05) | P for trend = 0.53 |
| | | | | PCB-146 | 4.4–6.0 | 24 | 1.06 (0.36–3.08) | |
| | | | | | 6.1–8.7 | 24 | 1.37 (0.50–3.79) | |
| | | | | | > 8.7 | 32 | 1.81 (0.70–4.64) | P for trend = 0.17 |
| | | | | PCB-153 | 37–56.2 | 27 | 1.36 (0.54–3.25) | |
| | | | | | 56.3–71.3 | 16 | 0.80 (0.32–2.03) | |
| | | | | | > 71.3 | 34 | 1.59 (0.63–4.00) | P for trend = 0.40 |
| | | | | PCB 156 | 5.6–7.8 | 27 | 1.70 (0.48–6.03) | |
| | | | | | 7.9–9.8 | 16 | 1.02 (0.32–3.26) | |
| | | | | | > 9.8 | 40 | 2.70 (0.97–7.50) | P for trend = 0.03 |
| | | | | PCB-170 | 12.2–17.0 | 16 | 0.84 (0.36–1.92) | |
| | | | | | 17.1–22.5 | 27 | 1.59 (0.63–4.02) | |
| | | | | | > 22.5 | 31 | 1.73 (0.73–4.14) | P for trend = 0.13 |
| | | | | PCB-180 | 28.7–41.2 | 21 | 1.72 (0.65–4.54) | |
| | | | | | 41.3–54.4 | 22 | 1.82 (0.70–4.76) | |
| | | | | | > 54.4 | 41 | 3.50 (1.53–9.15) | P for trend = 0.01 |
| | | | | PCB-183 | 2.8–4.4 | 21 | 0.93 (0.16–5.46) | |
| | | | | | 4.5–6.3 | 22 | 0.73 (0.26–2.06) | |
| | | | | | > 6.3 | 27 | 1.02 (0.36–2.93) | P for trend = 0.96 |
| | | | | PCB-187 | 8.9–12.0 | 13 | 0.59 (0.22–1.57) | |
| | | | | | 12.1–18.0 | 33 | 1.34 (0.59–3.04) | |
| | | | | | > 18.0 | 30 | 1.22 (0.49–3.08) | P for trend = 0.18 |
| | | | | PCB-194 | 8.0–11.2 | 24 | 1.59 (0.62–4.04) | |
| | | | | | 11.3–15.6 | 20 | 1.35 (0.53–3.48) | |
| | | | | | > 15.6 | 37 | 2.68 (1.04–6.90) | P for trend = 0.04 |
| | | | | PCB-126 (pg/g lipid) | 19.0–30.3 | 20 | 0.65 (0.29–1.49) | |
| | | | | | 30.4–52.7 | 21 | 0.73 (0.31–1.72) | |
| | | | | | > 52.7 | 30 | 1.09 (0.49–2.41) | P for trend = 0.54 |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 386

**Table 2.9 (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| De Roos et al. (2005), USA (cont.) | | | | PCB-169 (pg/g lipid) | 18.6–28.4 | 23 | 1.14 (0.49–2.66) | Age, sex, race, study centre, education |
| | | | | | 28.5–37.7 | 20 | 1.08 (0.41–2.82) | |
| | | | | | > 37.7 | 35 | 2.62 (0.88–7.80) | P for trend = 0.11 |
| | | | | Lower chlorinated PCBs (2–4) (mmol/g lipid) | 0.028–0.046 | 28 | 1.12 (0.51–2.45) | |
| | | | | | 0.047–0.066 | 16 | 0.73 (0.30–1.75) | |
| | | | | | > 0.067 | 31 | 1.26 (0.52–3.03) | P for trend = 0.66 |
| | | | | Moderately chlorinated PCBs (5–7) (mmol/g lipid) | 0.386–0.599 | 25 | 1.52 (0.58–4.01) | |
| | | | | | 0.600–0.785 | 20 | 1.43 (0.49–4.11) | |
| | | | | | > 0.785 | 29 | 1.88 (0.67–5.26) | P for trend = 0.29 |
| | | | | Highly chlorinated PCBs (8–10) (mmol/g lipid) | 0.019–0.026 | 24 | 1.59 (0.62–4.04) | |
| | | | | | 0.027–0.036 | 20 | 1.35 (0.53–3.48) | |
| | | | | | > 0.036 | 37 | 2.68 (1.04–6.90) | P for trend = 0.04 |
| | | | | PCB TEQ (summed pg/g lipid, weighted by TEF) | 6.41–8.69 | 16 | 0.59 (0.25–1.40) | |
| | | | | | 8.70–13.17 | 20 | 0.86 (0.38–1.98) | |
| | | | | | > 13.17 | 33 | 1.51 (0.62–3.67) | P for trend = 0.06 |
| Colt et al. (2009), USA | 685 646 | Population | NHL (ICDO-3) | PCB-180 in carpet dust | | | *Risk increase in % per 10% increase in concentration* | |
| | | | | | IFNG (C-1615T) TT | 243 | 1.2 (0.1–2.4) | |
| | | | | | IL4 (5'-UTR, Ex1-168C>T) CC | 403 | 1.0 (0.1–1.9) | |
| | | | | | IL16 (3'-UTR, Ex22-871A>G) AA | 330 | 1.1 (0.1–2.1) | |
| | | | | | IL8 (T-251A) TT | 172 | 1.4 (0.05–2.8) | |
| | | | | | IL10 (A-1082G) AG/GG | 431 | 0.9 (0.05–1.8) | |
| | 100 100 | Population | | PCB-180 in plasma | IFNG (C-1615T) TT | 39 | 16.9 (3.7–31.6) | |
| | | | | | IL4 (5'-UTR, Ex1-168C>T) CC | 62 | 9.3 (0.9–18.3) | |
| | | | | | IL16 (3'-UTR, Ex22-871A>G) AA | 46 | 15 (3.2–28.0) | |
| | | | | | IL8 (T-251A) TT | 27 | 28.9 (6.4–56.1) | |
| | | | | | IL10 (A-1082G) AG/GG | 59 | 9.9 (1.2–19.4) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 387

**Table 2.9 (continued)**

| Reference, study location and period | Total No. cases / Total No. controls | Control source (hospital, population) | Organ site (ICD code) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|---|
| Colt et al. (2009), USA (cont.) | | | | TEQ in plasma | IFNG (C-1615T) TT | 39 | 19.2 (4.8–35.7) | |
| | | | | | IL4 (5'-UTR, Ex1-168C>T) CC | 60 | 12.5 (3.0–22.9) | |
| | | | | | IL16 (3'-UTR, Ex22-871A>G) AA | 44 | 11.2 (–0.3–24.0) | |
| | | | | | IL8 (T-251A) TT | 61 | 9.1 (0.4–18.6) | |
| | | | | | IL10 (A-1082G) AG/GG | 57 | 5.0 (–3.0–13.8) | |
| Wang et al. (2011), USA | 685 646 | Population | NHL (ICDO-3) | PCB-180 in carpet dust | > 20.7 ng/g HLA-DRB1*0101 absent | 81 | 1.36 (0.93–1.99) | Age, sex, race, study centre No risk estimates presented for AH 8.1 present genotype. In analysis by major lymphoma subtypes, no increase in risk for DLBCL or follicular lymphoma |
| | | | | | > 20.7 ng/g HLA-DRB1*0101 present | 17 | 1.25 (0.66–2.38) | |
| | 100 100 | Population | | PCB-180 lipid-adjusted plasma concentration | > 28.7 ng/g lipid HLA-DRB1*0101 absent | 65 | 3.93 (1.49–10.35) | |
| | | | | | > 28.7 ng/g lipid HLA-DRB1*0101 present | 10 | 0.66 (0.18–2.37) | |

BMI, body mass index; DLBCL, diffuse large B-cell lymphoma; DL-PCB, dioxin-like PCB; EA, early antigen; EBV, Epstein–Barr virus; Ex, exon; IFNG, infron gamma; IL, interleukin; LOD, limit of detection; NA, not applicable; NHL, non-Hodgkin lymphoma; NR, not reported; OR, odds ratio; PCB, polychlorinated biphenyl; ref, reference; NDL-PCB, non-dioxin-like PCB; TEF, toxic equivalency factor; TEQ, toxic equivalent; vs, versus

225

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 388

Risk was highest for those who had resided 10–19 years in the most polluted area (OR, 3.8; 95% CI, 1.5–9.8) (Maifredi et al., 2011). [The authors used the ICD-9 classification to define NHL, and therefore did not include chronic lymphocytic leukaemia among their cases, which precluded any feasible analysis of specific NHL subtypes.]

Several small case–control studies in Sweden used adipose tissue or serum levels of total PCBs and individual congeners as the exposure indicator. In a first study with 27 cases and 17 controls (Hardell et al., 1996, 1997), risk of NHL was elevated for total PCB concentrations [17 congeners] above the median among controls (OR, 1.8; 95% CI, 0.4–7.4), after adjusting for age and sex. Thirty-six PCB congeners were measured in a second study with 82 cases of NHL and 83 controls. The odds ratio was significantly increased for concentration of immunotoxic PCBs (Moysich et al., 1999a) above the median among the controls (OR, 3.2; 95% 1.4–7.4) (Hardell et al., 2001). An interaction was observed between elevated concentrations of total and immunotoxic PCBs above the median and EBV-EA antibodies: EBV-EA seropositivity (EBV-EA antibody titre >80) and adipose total PCB concentrations were associated with an increase in risk of NHL of two- to fourfold, which was highest when the immunotoxic PCB subgroup was considered (OR, 6.4; 95% CI, 1.9–24). When the low-grade B-cell NHLs were analysed separately, risk associated with elevated median concentrations of immunotoxic PCBs among subjects with EBV-EA seropositivity was increased 17-fold (95% CI, 3.1–150; 16 cases) (Hardell et al., 2001).

Another case–control study in Sweden included 99 cases of NHL and 99 population controls, matched to cases by age, sex, and health-service region (Hardell et al., 2009). After adjusting by age, sex, and BMI, risk of NHL was elevated for values above the median among controls for the sum of PCBs (OR, 2.0; 95% CI, 0.99–3.9), and to a lesser extent for the

subgroups of moderately chlorinated PCBs, highly chlorinated PCBs, or immunotoxic PCBs. Risk was highest for follicular lymphoma for the subgroup of highly chlorinated PCBs (OR, 9.6; 95% CI, 1.9–49; 18 cases); immunotoxic PCBs (OR, 3.0; 95% CI, 0.9–11); and less chlorinated PCBs (OR, 2.8; 95% CI, 0.9–9.0). Risks were only moderately and non-significantly elevated for diffuse large B-cell lymphoma. When stratified by EBV-EA antibody titre, risk of NHL associated with total PCB concentration above the median was 5.2 (95% CI, 1.9–14) among EBV-EA-positive subjects, and ranged from 3.0 to 5.0 for the above-mentioned PCB subgroups; risk for diffuse large B-cell lymphoma ranged from 3.8 to 7.0 by PCB subgroup (all statistically significant), and was 6.2 (95% CI, 1.6–25) for immunotoxic PCBs (Hardell et al., 2009).

A case–control study focused on 54 cases of hairy cell leukaemia [a rare subtype of NHL] identified in the Swedish Cancer registry, and 54 controls drawn from the national population registry, matched to cases by age, sex, and county (Nordström et al., 2000). Concentrations of 36 PCBs were measured in plasma. Overall, risk was not elevated for total PCB concentration greater than the median value (OR, 0.8; 95% CI, 0.3–1.9). When stratifying by EBV-EA antibody titre, the odds ratio for exposure above the median of values was 4.4 (95% CI, 1.2–18.5; 13 cases) for total PCBs and 11.3 (95% CI, 2.3–73.1; 15 cases) for immunotoxic PCBs among subjects with EBV-EA titres ≥ 40 (Nordström et al., 2000). [The Working Group highlighted some methodological concerns about this group of studies, including poor precision, recruitment of cases and controls at different times, some with PCB measurements in adipose tissue and others with measurements in plasma.]

The largest case–control study of PCB body burden in relation to risk of NHL was conducted in Canada (Spinelli et al., 2007). Lipid-adjusted concentrations of 14 PCB congeners were measured in pretreatment samples of plasma from

422 cases of NHL and 460 population controls, frequency-matched to cases by 5-year age-groups, sex, and residence. Odds ratios were adjusted for age, sex, education, BMI, ethnicity, farming, and family history of NHL. Risk of NHL was found to be highest in the highest quartile of the sum of dioxin-like PCBs (OR, 2.40; 95% CI, 1.53–3.77) and of non-dioxin-like congeners (OR, 2.18; 95% CI, 1.41–3.38). Individual congeners showing a significant excess risk in the top quartile of plasma concentration included PCB-118 and PCB-156, among the dioxin-like PCBs, and PCB-138, PCB-153, PCB-170, PCB-180, and PCB-187, among the non-dioxin-like PCBs. The observed associations were consistent across the four NHL subtypes examined, including DLBCL, follicular lymphoma, T-cell lymphoma, and other B-cell lymphomas (Spinelli et al., 2007). [This was one of the largest studies of NHL and PCBs, and accounted for relevant confounders. The Working Group judged it to be a high-quality study, which was notable for providing results for individual congeners and lymphoma subtypes. While the participation rate for controls was less than 50%, the Working Group noted that this was typical of the available case–control studies and that potential confounding factors, including education, were comparable between cases and controls despite differences in participation. The most consistent associations were seen for follicular lymphoma and exposure to dioxin-like PCBs.]

A multicentre European study of NHL included 174 cases and 203 controls from France, Germany, and Spain (Cocco et al., 2008). Patients admitted to the same hospital as the cases for non-cancer diseases not related to known risk factors for NHL were selected as controls in France and Spain; controls in Germany were a random sample of the general population. Concentrations of nine PCB congeners were measured in plasma, and risk estimates were adjusted by age (continuous), sex, education, and centre. Risk of NHL did not increase by quartile of plasma concentration

of total PCBs, or specific congeners, or the functional PCB congener groups as defined by Hansen (Hansen, 1998). When exploring risk by lymphoma subtype, a nonsignificant increase was observed for chronic lymphocytic leukaemia in the top quartile of concentration of immunotoxic PCBs and BRCA1-inhibiting PCBs, with no indication of an increasing trend, or of an association with specific PCB congeners. No association was observed with risk of diffuse large B-cell lymphoma. However, risk of chronic lymphocytic leukaemia associated with plasma concentrations of immunotoxic PCBs above the median showed a threefold increase (OR, 3.2; 95% CI, 0.9–11.5), increasing to sixfold (OR, 6.1; 95% CI, 1.0–37.8) in the upper quartile, in subgroup analyses of the German and French subgroups combined, but not in the Spanish subgroup; a significant heterogeneity by country was observed for risk of chronic lymphocytic leukaemia associated with immunotoxic PCBs, but not for the sum of total PCBs. [The Working Group judged this international study to be high in quality; the classification of lymphoma was particularly meticulous. Although the overall results were null, the association of immunotoxic PCBs with chronic lymphocytic leukaemia in two of the three centres is noteworthy. The heterogeneity between countries may have been a result of differences in PCB exposure or distribution of confounding factors.]

Pretreatment plasma samples were available in a subset of 100 cases with a histologically confirmed diagnosis of NHL and 100 controls out of the 1321 cases and 1057 general population controls who participated in a case–control study on NHL conducted by the United States National Cancer Institute in 1998–2000 in four areas with population-based cancer registries (Iowa, Los Angeles, CA, Detroit, MI, and Seattle, WA) (De Roos et al., 2005). Concentrations of 36 non-coplanar and 4 coplanar congeners were measured in plasma. Risk of NHL overall and of its major subtypes was analysed in relation

to 28 PCB congeners detected in at least 30% of samples. Values below the detection limit were estimated by multiple imputation. Odds ratios were adjusted for the matching factors, age, sex, study site, and date of blood draw. Other potential confounders were tested, including education, race, BMI, and family history of NHL, but no confounding was observed. The results showed significant upward trends in risk of NHL with increasing quartiles of plasma concentration of the subgroup of highly chlorinated PCB congeners (test for trend, $P = 0.04$), which included PCB-156, PCB-180, and PCB-194. An increase of 10 TEQ pg/g lipid was associated with a 35% excess risk of NHL (95% CI, 1.02–1.79). Some associations were stronger among the 14 cases of DLBCL than the 25 cases of follicular lymphoma, both in men and women, and trends by exposure quartiles became significant for follicular lymphoma for PCB-180 and PCB-187 (De Roos et al., 2005). [Despite the extensive analysis, this was a relatively small study, with wide confidence intervals.]

Colt et al. (2009) used the same data set to explore the interaction between common variants in genes implicated in the immune and inflammatory response and PCB-180, (the non-dioxin like PCB that showed the strongest association between NHL and levels measured in plasma (100 cases and 100 controls) and carpet dust (682 cases and 513 controls) in the analysis by De Roos et al. (2005). Sixty-one single nucleotide polymorphisms in 36 proinflammatory and other immunoregulatory genes were analysed in samples of blood or buccal cells. Relative risk estimates were adjusted for sex, age, race, education, and study centre. The concentration of PCB-180 in plasma was associated with increased risk of NHL (OR, 8.3%; 95% CI, 1.9–14.6% per 10% increment), but the concentration in carpet dust was not (OR, 0.7%; 95% CI, 0.0–1.3% per 10% increment). Significant increases in risk of NHL were observed for PCB-180 in both plasma and carpet dust and for IFNG (C−1615T) TT, IL4 (5′-UTR,

Ex1-168C>T) CC, IL16 (3′-UTR, Ex22-871A>G) AA, IL8 (T−251A) TT, and IL10 (A−1082G) AG/GG genotypes (Colt et al., 2009).

Another analysis was conducted on the same data set to explore the interaction between status of HLA-DRB1*01:01 class II leukocyte surface antigen and of the extended ancestral haplotype (AH) 8.1 (HLA-A*01-B*08-DR*03-TNF-308A) and blood concentrations of PCB-180 above the median in the control group. Risk of NHL overall was elevated among study subjects lacking the HLA-DRB1*01:01 allele or the AH 8.1 allele (OR, 3.93; 95% CI, 1.49–10.35). No significant increase in risk was observed with PCB-180 in carpet dust or for DLBCL or follicular lymphoma (Wang et al., 2011). [These related studies were well conducted, but the subgroup analyses were based on small numbers.]

### 2.3.2 Cancer of the breast

See Table 2.10

#### (a)  Smaller studies

Case–control studies of cancer of the breast with 100 or fewer cases, most published before 2000, are reviewed here briefly and are not presented in the table. Most of these studies did not present risk estimates according to PCB concentrations.

One of the earliest studies looked at PCB concentrations in samples of breast adipose tissue from 14 living and 18 deceased patients with cancer of the breast, 21 similar samples from non-cancer patients, and samples of adipose tissue from 35 non-cancer autopsies, and found no significant differences (Unger et al., 1984).

In another study, mean concentrations of PCBs in the breast tissue of 20 women with cancer of the breast were significantly higher ($P = 0.02$) than in 20 women with benign breast disease, and the association persisted after controlling for age, smoking, and BMI (Falck et al., 1992).

228

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 391

**Table 2.10 Case–control studies on cancer of the breast and exposure to PCBs**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Recio-Vega et al. (2011), Comarca Lagunera, Mexico | 70 70 | Hospital-based: 70 women with biopsies negative for malignancy, from the same hospital | Questionnaire; serum concentrations of 20 PCB congeners[a] measured by GC | Total PCBs | NR | 1.09 (1.02–1.16) | Age, age at menarche, lactation, menopausal status, BMI, family history of breast cancer [The Working Group was not clear on how analysis was performed to obtain risk estimates.] PCBs groups according to Wolff & Toniolo (1995) |
| | | | | Premenopausal | NR | 1.08 (0.99–1.17) | |
| | | | | Postmenopausal | NR | 1.13 (1.01–1.25) | |
| | | | | Group 1a | NR | 1.19 (0.81–1.7) | |
| | | | | Group 1b | NR | 1.40 (0.94–2.1) | |
| | | | | Group 2a | NR | 1.22 (0.99–1.49) | |
| | | | | Group 2b | NR | 1.90 (1.25–2.88) | |
| | | | | Group 3 | NR | 1.81 (1.08–3.04) | |
| | | | | Group 4 | NR | 1.57 (1.20–2.07) | |
| | | | | Group 5 | NR | 1.30 (0.84–2.04) | |
| Moysich et al. (1998, 1999b), Erie and Niagara counties of western New York, USA, 1986–1991 | 154 postmenopausal women with incident primary breast cancer identified from hospitals 192 controls | Community controls frequency matched by age and county of residence | Structured interview; CYP1A1 polymorphism was determined by PCR-RFLP; Lipid-adjusted serum PCBs (56 congener peaks based on the concentrations of 73 congeners) measured by GC (ng/g lipid) | *Total PCBs:* | | | Age, education, family history of breast cancer, parity, quetelet index (BMI), duration of lactation, age at first birth, serum lipids, years since last pregnancy, fruit and vegetable intake, serum lipids, and smoking status |
| | | | | PCB low (0.75–3.72 ng/g): | | | |
| | | | | Ile:Ile | 62 | 1.00 | |
| | | | | Ile:Val/Val:Val | 8 | 0.88 (0.29–2.70) | |
| | | | | PCBs > 3.72 ng/g: | | | |
| | | | | Ile:Ile | 65 | 1.08 (0.62–1.89) | |
| | | | | Ile:Val/Val:Val | 19 | 2.93 (1.18–7.45) | |
| | | | | *Total PCBs:* | | | |
| | | | | All subjects: | | | |
| | | | | 2.93–4.43 | 45 | 0.70 (0.37–1.29) | |
| | | | | 4.44–19.04 | 56 | 1.14 (0.61–2.15) | P = 0.51 |
| | | | | Never lactated (n = 107): | | | |
| | | | | 2.93–4.43 | 15 | 1.71 (0.55–5.35) | |
| | | | | 4.44–19.04 | 20 | 2.87 (1.01–7.29) | P = 0.07 |
| | | | | Ever lactated (n = 191): | | | |
| | | | | 2.93–4.43 | 41 | 0.38 (0.17–1.03) | |
| | | | | 4.44–19.04 | 36 | 0.71 (0.31–1.61) | P = 0.72 |
| | | | | *Less chlorinated* | | | |
| | | | | 0.01–0.31 | 59 | 2.04 (1.09–3.83) | Data NR for women who never lactated |
| | | | | 0.32–1.65 | 63 | 1.40 (0.76–2.59) | |

229

IARC MONOGRAPH – 107

## Table 2.10 (continued)

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Moysich et al. (1998, 1999b), (cont.) | | | | *Moderately chlorinated* | | | |
| | | | | All subjects: | | | |
| | | | | 2.20–3.12 | 41 | 0.57 (0.03–1.07) | |
| | | | | 3.13–15.07 | 60 | 1.37 (0.73–2.59) | $P = 0.69$ |
| | | | | Never lactated: | | | |
| | | | | 2.20–3.12 | 12 | 0.73 (0.22–2.63) | |
| | | | | 3.13–15.07 | 23 | 3.57 (1.10–8.60) | $P = 0.08$ |
| | | | | *Highly chlorinated* | | | |
| | | | | All subjects: | | | |
| | | | | 0.26–0.44 | 43 | 0.79 (0.42–1.52) | |
| | | | | 0.45–1.30 | 54 | 1.19 (0.60–2.36) | |
| | | | | Never lactated: | | | |
| | | | | 0.26–0.44 | 11 | 0.51 (0.15–1.69) | |
| | | | | 0.45–1.30 | 21 | 1.53 (0.47–4.95) | |
| Wolff et al. (2000b), New York, New York, USA | 175 cases with incident breast cancer 355 controls | Hospital controls matched by age, race/ethnicity | Structured interview in person or by telephone Lipid-adjusted serum PCB concentration (μg/g lipid) | Tertiles of PCB concentration (μg/g lipid) | | | Age, age², menopausal status, race, BMI, family history of breast cancer, lactation, parity Tumor stage and markers (ER, PR, p53, erbB-2) identified histologically and immunohistochemically by pathologist ORs not reported by tumour marker status |
| | | | | *Highly chlorinated* | | | |
| | | | | 0.460–0.798 | 46 | 0.88 (0.52–1.5) | |
| | | | | 0.799–3.3 | 46 | 0.78 (0.45–1.3) | |
| | | | | *Less chlorinated* | | | |
| | | | | 0.085–0.162 | 54 | 1.47 (0.84–2.6) | |
| | | | | 0.163–2.39 | 38 | 0.96 (0.53–1.7) | |

230

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 393

**Table 2.10** (continued)

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Millikan et al. (2000), North Carolina, USA 1993–1996 | 748 cases, aged 20–74 years 659 controls | Population-based, frequency-matched to cases on race and age | Structured interview. Lipid-adjusted plasma concentrations of PCBs measured by GC (µg/g lipid) | Tertiles of PCB concentration | | | Age, age$^2$, race (all participants), menopausal status, BMI, parity, lactation, use of HRT, and income Response rates: cases, 76%; controls, 55%. PCB and lipid measurements were available for 748 cases (84%) and 659 controls (78%) |
| | | | | *Total PCBs* | | | |
| | | | | All women: | | | |
| | | | | 0.283–0.468 | 266 | 1.29 (0.97–1.72) | |
| | | | | ≥ 0.469 | 243 | 1.09 (0.79–1.52) | |
| | | | | African-American: | | | |
| | | | | 0.312–0.53 | 97 | 1.35 (0.84–2.16) | |
| | | | | ≥ 0.54 | 116 | 1.74 (1.00–3.01) | |
| | | | | White: | | | |
| | | | | 0.265–0.416 | 172 | 1.32 (0.92–1.90) | |
| | | | | ≥ 0.417 | 135 | 1.03 (0.68–1.56) | |
| | | | | *Low to moderately chlorinated* | | | |
| | | | | Tertile 2 | NR | 0.96 (0.73–1.27) | |
| | | | | Tertile 3 | NR | 0.99 (0.73–1.35) | |
| | | | | *Highly chlorinated* | | | |
| | | | | Tertile 2 | NR | 1.41 (1.05–1.87) | |
| | | | | Tertile 3 | NR | 1.35 (0.97–1.88) | |
| Li et al. (2005), North Carolina, USA, 1993–1996 (same population as Millikan et al., 2000) | 612 cases 599 controls | Population | Lipid-adjusted plasma PCB concentration by GC (ng/g lipid) | *CYP1A1 MI* genotype | | | Age, race, parity, use of HRT, oral-contraceptive use, breast feeding, smoking, alcohol consumption, income, education, height, waist/hip ratio, BMI See Millikan et al. (2000) for details |
| | | | | *Total PCBs* | | | |
| | | | | African-American: | | | |
| | | | | < 0.430 | 66 | Non-MI: 1.0 (Ref) | |
| | | | | ≥ 0.430 | 75 | Non-MI: 1.5 (0.9–2.5) | |
| | | | | < 0.430 | 42 | Any MI: 1.0 (0.6–1.7) | |
| | | | | ≥ 0.430 | 59 | Any MI: 1.4 (0.8–2.5) | Interaction contrast ratio: 0.0 (−0.9–0.9) |
| | | | | White: | | | |
| | | | | < 0.349 | 174 | Non-MI: 1.0 (Ref) | |
| | | | | ≥ 0.349 | 122 | Non-MI: 0.7 (0.5–1.0) | |
| | | | | < 0.349 | 45 | Any MI: 0.8 (0.5–1.2) | |
| | | | | ≥ 0.349 | 29 | Any MI: 0.8 (0.4–1.4) | Interaction contrast ratio: 0.4 (−0.2–0.9) |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 394

**Table 2.10   (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Li et al. (2005), (cont.) | | | | | | | Likelihood ratio test for both groups not statistically significant |
| | | | | White: | | *CYP1A1 M2* genotype | |
| | | | | < 0.349 | 210 | Non-M2: 1.0 (Ref) | |
| | | | | ≥ 0.349 | 138 | Non-M2: 0.7 (0.5–1.0) | |
| | | | | < 0.349 | 11 | Any-M2: 0.4 (0.2–0.8) | |
| | | | | ≥ 0.349 | 15 | Any-M2: 0.9 (0.4–1.9) | Interaction contrast ratio: 0.8 (0.1–1.6) |
| | | | | | | | Likelihood ratio test: *P* = 0.02 |
| | | | | African-American: | | *CYP1A1 M3* genotype | |
| | | | | < 0.430 | 95 | Non-M3: 1.0 (Ref) | |
| | | | | ≥ 0.430 | 105 | Non-M3: 1.3 (0.8–2.0) | |
| | | | | < 0.430 | 13 | Any M3: 0.6 (0.3–1.2) | |
| | | | | ≥ 0.430 | 29 | Any M3: 1.6 (0.8–3.2) | Interaction contrast ratio: 0.8 (−0.3–1.9) |
| | | | | | | | Likelihood ratio test: *P* = 0.10 |
| Demers et al. (2000, 2002), Quebec City, Quebec, Canada, 1994–1997 | 315 women with histologically confirmed infiltrating primary breast cancer 523 controls | Hospital and population, 523 cases frequency-matched by age and rural/urban residence | Telephone interview. Lipid-adjusted serum concentrations for 14 PCB congeners[b] measured by GC/ECD (μg/g lipid) | Quartiles of PCB concentration PCB-118 | | | Age, region of residence, BMI, history of benign breast disease, breastfeeding duration |
| | | | | 9.4 – < 14.3 | 64 | 0.90 (0.58–1.39) | Participation rate: cases, 91%; hospital controls, 89%; and population controls, 47%. |
| | | | | 14.3 – < 22.1 | 78 | 1.12 (0.73–1.74) | PCBs 28, 52, 101, 105 and 128 were detected in < 70% of women and were excluded from analysis. Results for other PCBs were not statistically significant |
| | | | | ≥ 22.1 | 104 | 1.60 (1.01–2.53) | |
| | | | | PCB-156: | | | |
| | | | | 5.8 – < 7.6 | 83 | 1.44 (0.91–2.26) | |
| | | | | 7.6 – < 9.8 | 80 | 1.44 (0.90–2.31) | |
| | | | | ≥ 9.8 | 101 | 1.80 (1.11–2.94) | |
| | | | | DL-PCBs (PCB-105, PCB-118, and PCB-156 in TEQ ng/kg) | | | |
| | | | | 4.2 to < 5.7 | 85 | 1.63 (1.04–2.55) | |
| | | | | 5.7 to < 7.4 | 78 | 1.45 (0.90–2.32) | |
| | | | | ≥ 7.4 | 102 | 2.02 (1.24–3.28) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 395

**Table 2.10 (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Gammon et al. (2002), Long Island, New York, USA 1996–1997 | 646 cases 429 controls | Population based, matched by age | In-person interview and non-fasting blood sample Lipid-adjusted serum concentrations for 24 PCB congeners[c] | Quintiles of PCB concentration (Sum of PCBs 118, 138, 153, and 180) | | | Age, race, reproductive history, benign breast disease Interview response rates: cases, 83.2%; controls, 68.0%. No statistically significant results for other PCBs measured Results reported for four most common congeners. Numerous potential confounders investigated |
| | | | | 262.58–325.56 | 112 | 0.76 (0.51–1.15) | |
| | | | | 325.57–427.78 | 132 | 0.90 (0.60–1.35) | |
| | | | | 427.79–586.74 | 123 | 0.82 (0.54–1.24) | |
| | | | | 583.74–3287.34 | 126 | 0.83 (0.54–1.29) | |
| | | | | PCB-118 | | | |
| | | | | 32.66–46.45 | 133 | 0.96 (0.64–1.42) | |
| | | | | 46.46–63.39 | 109 | 0.77 (0.52–1.16) | |
| | | | | 63.40–94.94 | 114 | 0.82 (0.54–1.24) | |
| | | | | 94.95–1015.88 | 136 | 0.93 (0.60–1.43) | |
| | | | | PCB-138 | | | |
| | | | | 49.38–81.09 | 153 | 1.26 (0.85–1.88) | |
| | | | | 81.10–111.15 | 129 | 1.04 (0.69–1.55) | |
| | | | | 111.16–156.22 | 106 | 0.80 (0.52–1.21) | |
| | | | | 156.23–936.75 | 120 | 0.96 (0.63–1.48) | |
| | | | | PCB-153 | | | |
| | | | | 103.75–130.02 | 115 | 0.75 (0.50–1.13) | |
| | | | | 130.03–170.81 | 132 | 0.85 (0.57–1.27) | |
| | | | | 170.82–227.54 | 107 | 0.68 (0.45–1.03) | |
| | | | | 227.55–1130.08 | 132 | 0.86 (0.56–1.32) | |
| | | | | PCB-180 | | | |
| | | | | 51.49–69.70 | 121 | 0.87 (0.58–1.31) | |
| | | | | 69.71–87.41 | 117 | 0.81 (0.54–1.23) | |
| | | | | 87.42–120.37 | 128 | 0.89 (0.58–1.34) | |
| | | | | 120.38–721.29 | 134 | 0.95 (0.62–1.46) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 396

IARC MONOGRAPH – 107

**Table 2.10 (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Gatto et al. (2007), Los Angeles County, USA, 1994–1998 | 355 African-American women with histologically confirmed invasive breast cancer 327 controls | Population based, African-American women matched by age | Interview with structured questionnaire. Lipid-adjusted serum PCB concentration (congeners NR) measured by GC | Quintiles of total PCBs (µg/g): ≥ 0–0.38, > 0.38–0.47, > 0.47–0.60, > 0.60 | 61, 46, 42, 61 | 1.06 (0.67–1.67), 0.82 (0.50–1.33), 0.76 (0.47–1.24), 1.01 (0.63–1.63) | Age, BMI, breastfeeding. No statistically significant results by ER+/−, p53, or HER-2 status. $P$ for trend = 0.56 |
| Itoh et al. (2009), Nagano Prefecture, Japan, 2001–2005 | 403 women aged 20–74 years with newly diagnosed invasive breast cancer 403 controls | Hospital-based | Self-administered questionnaire; hormone receptor status obtained from medical records; lipid-adjusted serum concentrations of 41 PCB congeners (ng/g lipid) | Total PCB quartiles (median): 110, 160, 200, 290. *Highest vs lowest quartiles of exposure*: PCB-153, PCB-138, PCB-180 | 126, 96, 102, 79, NR, NR, NR | 1.00 (ref), 0.79 (0.36–1.72), 0.57 (0.28–1.15), 0.33 (0.14–0.78), 0.40 (0.18–0.91), 0.61 (0.28–1.35), 0.29 (0.13–0.66) | Total lipid concentration in serum, BMI, reproductive risk factors, smoking, diet, medical history. $P$ for trend = 0.008, $P$ for trend = 0.04, $P$ for trend = 0.29, $P$ for trend = 0.004 |
| Zheng et al. (2000a), Connecticut, USA, 1994–1997 | 304 cases 186 controls | Hospital-based, with benign breast disease or normal tissue | Structured interview; lipid-adjusted breast adipose tissue concentrations of 9 PCB congeners[d] measured by GC (ng/g lipid) | Total PCBs 396.0–562.9, ≥ 563.0 | 79, 114 | 0.6 (0.4–1.0), 0.7 (0.4–1.1) | Age, BMI, fat consumption, income, race, family history of breast cancer, and reproductive risk factors. Participation rate: cases, 79%; controls, 74%. Stratification by type of breast disease, menopausal status, parity, lactation and body size showed no association with PCBs |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 397

**Table 2.10** (continued)

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Zheng et al. (2000b), Connecticut, USA, 1995–1997 | 475 cases 502 controls | Hospital, with benign disease or population matched by age | Structured interview; lipid-adjusted serum concentrations of 9 PCB congeners[d] measured by GC (ng/g lipid) | Total PCBs 604.1–800.0 > 800.0 | 160 160 | 1.04 (0.76–1.45) 0.95 (0.68–1.32) $P$ for trend = 0.41 | Age, BMI, reproductive risk factors, HRT, dietary fat intake, family history of breast cancer, income, race, and study site When stratifying by parity, lactation and menopausal and ER status, no association was identified between PCBs and risk of breast cancer |
| Holford et al. (2000), Connecticut, USA, 1994–1997 (same population as Zheng et al. 2000a) | 304 cases 186 controls | Hospital-based | Breast adipose tissue analysed for 9 PCB congeners measured by GC (ng/g lipid) | *Linear logistic model* PCB-74 PCB-118 PCB-138 PCB-153 PCB-156 PCB-170 PCB-180 PCB-183 PCB-187 *Logistic ridge regression model* PCB-153 PCB-156 PCB-180 PCB-183 | | 10-ppb change in exposure 0.93 (0.84–1.04) 1.04 (0.96–1.12) 1.04 (0.94–1.16) 0.87 (0.78–0.98) 0.79 (0.64–0.99) 0.85 (0.65–1.11) 1.14 (1.0–1.29) 1.82 (1.12–2.98) 1.11 (0.90–1.37) 0.98 (0.96–1.01) 0.87 (0.78–0.99) 1.02 (0.99–1.05) 1.23 (0.98–1.54) | Age, BMI, reproductive risk factors, dietary fat intake, income, fat concentrations of DDE See Zheng et al. (2000a) for details |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 398

## Table 2.10 (continued)

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Zhang et al. (2004), Connecticut, USA, 1999–2002 | 374 Caucasian women 406 controls | Hospital- and population-based, matched by age | Structured in-person interview; lipid-adjusted serum concentrations of 9 PCB congeners[i] measured by GC (ng/g lipid) Genotyping of CYP1A1 m1, m2, and m4 by PCR-RFLP | Total PCBs: | | | See Zheng et al. (2000a, b) for details |
| | | | | 310–610 | 173 | 1.00 (ref.) | No significant association for CYP1A1 m1 or m4 genotype or in premenopausal women |
| | | | | 611–2600 | 201 | 1.2 (0.9–1.6) | |
| | | | | CYP1A1 m2 genotype | | | |
| | | | | All women: | | | |
| | | | | Wildtype, low | 157 | 1.00 (ref.) | |
| | | | | Wildtype, high | 177 | 1.2 (0.9–1.6) | |
| | | | | Variants, low | 16 | 1.6 (0.7–3.5) | |
| | | | | Variants, high | 24 | 3.6 (1.5–8.2) | |
| | | | | Postmenopausal women: | | | |
| | | | | Wildtype, low | 130 | 1.0 | |
| | | | | Wildtype, high | 125 | 1.1 (0.8–1.6) | |
| | | | | Variants, low | 13 | 1.8 (0.7–4.5) | |
| | | | | Variants, high | 21 | 4.3 (1.6–1.2) | |
| Rusiecki et al. (2004), Connecticut USA, 1994–97 (subgroup from same population as Zheng et al. 2000a) | 266 cases 347 controls | Hospital-based, benign breast disease | Interview; serum and breast adipose tissue analysed for 9 PCB congeners | Total PCBs ER+PR+ | | | Age, reproductive risk factors, BMI, family history of breast cancer in a first-degree relative |
| | | | | 394.31–558.69 | 21 | 0.6 (0.3–1.2) | Tumours were apparent with concentrations of PCB-183 (third tertile vs first: OR, 2.4; 95% CI, 1.0–6.0, P for trend = 0.03, but data not otherwise shown) |
| | | | | > 558.69 | 33 | 0.6 (0.3–1.3) | |
| | | | | ER–PR– | | | |
| | | | | 394.31–558.69 | 20 | 0.5 (0.3–1.0) | |
| | | | | > 558.69 | 24 | 0.5 (0.3–1.1) | |
| | | | | ER+PR– | | | Analyses for individual congeners did not show any association |
| | | | | 394.31–558.69 | 17 | 1.0 (0.4–2.5) | |
| | | | | > 558.69 | 16 | 0.6 (0.2–1.6) | |
| | | | | ER–PR+ | | | |
| | | | | 394.31–558.69 | 4 | 0.2 (0.1–0.7) | |
| | | | | > 558.69 | 12 | 0.5 (0.2–12.0) | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 399

Polychlorinated biphenyls

**Table 2.10 (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Stellman et al. (2000), Long Island, New York, USA, 1994–1996 | 232 cases 323 controls | Hospital | Structured interviews; 14 PCB congeners in breast adipose tissue using GC | Total PCBs (ng/g) | | | Age, BMI, race > 95% of eligible patients agreed to participate. Adipose tissue was obtained from 86% of all subjects. ORs for other PCB congeners, NR |
| | | | | 181.82–332.24 | 74 | 1.06 (0.67–1.69) | |
| | | | | > 332.24 | 103 | 1.01 (0.60–1.69) | |
| | | | | PCB-156 | | | |
| | | | | 5.87–13.59 | NR | 1.9 (1.1–3.0) | |
| | | | | > 13.60 | NR | 1.5 (0.9–2.5) | |
| | | | | PCB-183 | | | |
| | | | | 3.16–5.66 | NR | 1.3 (0.8–2.1) | |
| | | | | > 5.67 | NR | 2.0 (1.2–3.4) | |
| Aronson et al. (2000), Ontario, Canada, 1995–1997 | 217 cases 213 controls | Hospital-based, cancer-free women, matched by age and study site | Telephone interview or mailed questionnaire; breast tissue analysed for 14 PCB congeners[b] expressed in μg/kg | *PCB-105* | | | Age, study site, HRT, ethnicity, family history of breast cancer, BMI, fat intake, alcohol intake, smoking, reproductive history |
| | | | | 4.2–6.1 | NR | 1.16 (0.62–2.14) | Most controls were diagnosed with benign breast disease |
| | | | | 6.2–12 | NR | 2.03 (1.12–3.68) | PCBs 28, 52, 101 and 128 were < LOD for > 30% of subjects and were not investigated |
| | | | | ≥ 13 | NR | 3.17 (1.51–6.68) | |
| | | | | | | *P* for trend ≤ 0.01 | |
| | | | | Premenopausal | | | |
| | | | | 4.2–6.1 | 12 | 1.29 (0.52–3.20) | |
| | | | | > 6.1 | 30 | 3.91 (1.73–8.86) | |
| | | | | Postmenopausal | | | |
| | | | | 4.2–6.1 | 25 | 0.98 (0.38–1.49) | |
| | | | | > 6.1 | 86 | 1.49 (0.70–3.16) | |
| | | | | *PCB-118* | | | |
| | | | | 17–27 | NR | 1.25 (0.68–2.29) | |
| | | | | 28–49 | NR | 1.88 (1.00–3.55) | |
| | | | | ≥ 50 | NR | 2.31 (1.11–4.78) | |
| | | | | Premenopausal | | | |
| | | | | 17–27 | 19 | 1.04 (0.46–2.35) | |
| | | | | > 27 | 28 | 2.85 (1.24–6.52) | |
| | | | | Postmenopausal | | | |
| | | | | 17–27 | 30 | 1.39 (0.57–3.41) | |
| | | | | > 27 | 91 | 1.58 (0.70–3.58) | |

237

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 400

**Table 2.10 (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Aronson et al. (2000), (cont.) | | | | PCB-170 | | | |
| | | | | 24–34 | NR | 1.60 (0.92–2.78) | |
| | | | | 35–53 | NR | 1.09 (0.61–1.96) | |
| | | | | ≥ 54 | NR | 1.15 (0.60–2.22) | |
| | | | | Premenopausal | | | |
| | | | | 24–34 | 24 | 0.83 (0.39–1.78) | |
| | | | | > 34 | 25 | 0.89 (0.49–1.91) | |
| | | | | Postmenopausal | | | |
| | | | | 24–34 | 51 | 3.27 (1.44–7.44) | |
| | | | | > 34 | 76 | 1.63 (0.77–3.45) | |
| | | | | PCB-180 | | | |
| | | | | 52–71 | NR | 1.56 (0.90–2.70) | |
| | | | | 72–105 | NR | 1.21 (0.68–2.14) | |
| | | | | ≥ 106 | NR | 1.27 (0.66–2.46) | |
| | | | | Premenopausal | | | |
| | | | | 52–714 | 26 | 1.07 (0.55–2.27) | |
| | | | | > 71 | 23 | 0.89 (0.42–1.91) | |
| | | | | Postmenopausal | | | |
| | | | | 52–714 | 46 | 2.43 (1.09–5.43) | |
| | | | | > 71 | 80 | 1.77 (0.85–3.69) | |
| Aschengrau et al. (1998), Cape Cod, Massachusetts, USA, 1983–1986 | 261 incident cases 753 controls | Population, similar age and race | Structured interview, JEM and expert assessment | Possible or probable | 5 | 3.2 (0.8–12.2). | Age, vital status, family history of breast cancer, age at first birth, personal history of prior breast cancer, benign breast disease, educational level and race. PCB congeners to which cases were potentially exposed are not specified. Response rate: cases, 79%; controls, 74–81% |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 401

**Table 2.10  (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | OR (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| McElroy et al. (2004), Wisconsin, USA, 1998–2000 | 1481 cases 1301 controls | Population-based, of similar age | Telephone interview; consumption of sport-caught fish | *Recent consumption of sport-caught fish* | | | Age, family history of breast cancer, alcohol consumption, weight gain, weight at age 18 years, education, reproductive history |
| | | | | Any | 701 | 1.00 (0.86–1.17) | |
| | | | | Premenopausal | 286 | 1.24 (0.96–1.59) | |
| | | | | Postmenopausal | 388 | 0.91 (0.74–1.11) | |
| | | | | *Recent consumption of Great Lakes fish* | | | |
| | | | | Any | 210 | 1.06 (0.84–1.33) | |
| | | | | Premenopausal | 95 | 1.70 (1.16–2.50) | |
| | | | | Postmenopausal | 104 | 0.78 (0.57–1.07) | |

[a]  The 20 PCB congeners were PCBs 8, 18, 28, 44, 52, 66, 77, 101, 105, 118, 126, 138, 148, 153, 170, 180, 187, 195, 206 and 209
[b]  The 14 PCB congeners were PCBs 28, 52, 99, 101, 105, 118, 128, 138, 153, 156, 170, 180, 183, and 187
[c]  The 24 PCB congeners were PCBs 15, 28, 74, 66, 56, 101, 99, 82, 118, 146, 153, 105, 138, 178, 187, 183, 167, 174, 177, 156, 180, 170, 199, and 203
[d]  The 9 congeners were PCBs 74, 118, 138, 153, 156, 170, 180, 183, and 187
[e]  The 14 PCB congeners were PCBs 74, 99, 118, 138, 146, 153, 156, 167, 170, 172, 178, 180, 183, and 187
BMI, body mass index; CI, confidence interval; ER, estrogen receptor; GC, gas chromatography; HRT, hormone replacement therapy; Ile, isoleucine; JEM, job-exposure matrix; LOD, limit of detection; NR, not reported; OR, odds ratio; PCB, polychlorinated biphenyl; PCR-RFLP, polymerase chain reaction–restriction fragment length polymorphism; PR, progesterone receptor; ref., reference; TEQ, toxic equivalent; Val, valine; vs, versus

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 402

IARC MONOGRAPH – 107

In a study in Quebec City, Canada, in 17 women with cancer of the breast and 17 controls (Dewailly *et al.*, 1994), the concentration of PCB-99 was higher in the breast adipose tissue of women with ER-positive (ER+) infiltrating adenocarcinoma than in controls, while there were no significant differences for ER– women with cancer of the breast compared with controls, or for other PCB congeners or total PCBs.

In a study in Sweden, PCB concentrations were measured in non-tumour breast adipose tissue of 43 women with breast cancer and 35 controls (Liljegren *et al.*, 1998). Odds ratios adjusted for age and parity showed no association with concentrations of total PCB congeners in all subjects. However, among the subgroup of women with ER+ tumours, increased risk was observed for PCB-77 (OR, 33; 95% CI, 1.8–588) and PCB-126 [odds ratio not calculated as there were no unexposed cases].

In Hesse, Germany, concentrations of 12 PCB congeners in breast tissue from 45 women with cancer of the breast were compared with those in breast tissue from 20 women with benign breast disease: the average concentration of PCB-118 was significantly higher in the cases, with no statistical difference for other congeners (Güttes *et al.*, 1998).

A case–control study in eastern Slovakia included 24 cases of cancer of the breast diagnosed between 1997 and 1999 and 88 population controls, and measurements were made of 15 PCBs in serum (Pavuk *et al.*, 2003). Median concentrations of total PCBs were slightly higher among controls, and although odds ratios were less than unity, no finding was statistically significant.

In two reports of studies of 100 cases of cancer of the breast and 100 surgical controls in Belgium (Charlier *et al.*, 2003), concentrations of PCB-101 and PCB-153 were significantly higher for cases than controls. A second study of 60 cases and controls by the same authors reported an association only for PCB-153 (OR, 1.8; 95% CI, 1.4–2.5) after adjusting for age and reproductive risk factors (Charlier *et al.*, 2004). [It was not clear whether the same population was studied in both articles.]

In a case–control study in Mexico, 70 cases of cancer of the breast were compared with 70 hospital controls, and blood samples were taken for measurement of 20 PCB congeners (Recio-Vega *et al.*, 2011). An increased risk of cancer of the breast was apparent for total PCBs (OR, 1.09; 95% CI, 1.02–1.16) and for the exposure groups 2b (OR, 1.90; 95% CI, 1.25–2.88), 3 (OR, 1.81; 95% CI, 1.08–3.04), and 4 (OR, 1.57; 95% CI, 1.20–2.07) defined according to Wolff & Toniolo (1995). Elevated odds ratios were reported for several PCB congeners (PCB-118, PCB-128, PCB-138, PCB-170, PCB-180, PCB-187, PCB-195, PCB-206 and PCB-209) and risks were generally higher in postmenopausal women. [Although this was a small study, several increased risks were reported. However, the analytical approach was unclear to the Working Group and the age distribution was notably different in cases and controls, suggesting potential for residual confounding by age.]

Using a registry of banked serum collected between 1981 and 1987 from 63 Alaskan native women who subsequently developed cancer of the breast and 63 age-matched cancer-free women, analyses adjusting for ethnicity, family history of cancer of the breast, and parity showed no association with PCB exposure (Rubin *et al.*, 2006). In a study in Greenland of 31 cases of cancer of the breast and 115 controls, all of Inuit descent, some evidence of higher serum concentrations of PCBs was found for patients with cancer of the breast compared with controls; however, the odds ratios for total PCBs did not demonstrate any association (Bonefeld-Jørgensen *et al.*, 2011). [The populations included in these studies were of special interest due to their documented high exposures to PCBs.]

240

(b)    *Larger studies of PCB concentrations in blood*

In a case–control study in western New York State, USA, 154 postmenopausal women with incident cancer of the breast and 192 postmenopausal community controls were compared in terms of serum concentrations of 73 detected congeners (Moysich *et al.*, 1998). No association with total PCBs, moderately chlorinated PCBs or highly chlorinated PCBs was found, but increased risk was apparent for less chlorinated PCBs above the detection limit (OR, 1.66; 95% CI, 1.07–2.88 for the combined second and third tertiles); among parous women who had never lactated the magnitude of risk was higher in association with total PCBs (OR, 2.87; 95% CI, 1.01–7.29) and moderately chlorinated PCBs (OR, 3.57; 95% CI, 1.10–8.60). In a subsequent study on PCBs and *CYP1A1* polymorphism (found to be induced by PCBs in experimental studies, see Section 4), no association with *CYP1A1* genotype was found among women with a low PCB body burden; among women with a PCB burden above the median for the control group, an increased risk of cancer of the breast was observed when at least one valine allele was present (OR, 2.93; 95% CI, 1.18–7.45) when compared with women who were homozygous for the isoleucine allele (Moysich *et al.*, 1999b). Adjustment for serum lipids and BMI did not affect the magnitude of this association. [Although not large, this study was rigorous in terms of design and implementation.]

Among patients of several ethnic groups in a hospital-based case–control study in New York City, USA, 175 patients with cancer of the breast and 355 control patients were frequency-matched by age and race/ethnicity (Wolff *et al.*, 2000b). Highly chlorinated and less chlorinated biphenyls and other chlorinated compounds were measured in serum, and the tumour markers ER, progesterone receptor (PR), *p53*, and erbB-2 were assessed. Concentration of PCBs was not associated with risk of cancer of the breast. Risk

of cancer of the breast was not examined with respect to tumour stage or markers, but PCB concentrations did not differ according to these factors. [This was a high quality study notable for the number of tumour markers investigated, but the analysis focused largely on exposure markers, rather than exposure–disease associations.]

In a population-based case–control study of cancer of the breast in African-American and white women in North Carolina, USA, 748 cases and 659 controls were enrolled (Millikan *et al.*, 2000). Lipid-adjusted concentrations of 35 PCB congeners were measured in plasma, but detailed analyses were presented only for total PCBs. Odds ratios were adjusted for age and age squared, and additionally for race, menopausal status, BMI, parity/lactation, hormone replacement therapy, and income, depending on the stratification factors. Results were presented in strata of race, parity plus lactation, BMI and history of farming. Risk of cancer of the breast was increased with total PCB exposure among African-American women (third tertile OR, 1.74; 95% CI, 1.00–3.01), but not among white women (third tertile OR, 1.03; 95% CI, 0.68–1.56). This risk was particularly high for African-Americans with BMI > 34.2 (third tertile total PCBs, OR, 4.92; 95% CI, 1.63–14.83). [This was a large, high-quality study, and included African-Americans.]

In the same study population as Millikan *et al.* (2000), Li *et al.* (2005) investigated *CYP1A1* polymorphisms and their interaction with PCB exposure in relation to risk of cancer of the breast among the 612 cases and 599 controls who had provided blood. Results showed no evidence of joint effects between *CYP1A1* M1-containing genotypes and total PCBs for either race. Among white women, statistically significant multiplicative interactions were observed between *CYP1A1* M2-containing genotypes and total PCBs (*P* = 0.02), but the association between PCBs and cancer of the breast was inverse. A multiplicative interaction was suggested among African-American women between *CYP1A1*

241

M3-containing genotypes and total PCBs, with an odds ratio of 1.6 (95% CI, 0.8–3.2) for women with total plasma PCB concentrations ≥ 0.430 ng/mL and any *CYP1A1* M3 genotype compared with lower PCB concentration and no M3 genotype (*P* for interaction = 0.10). [This large study was able to assess interactions with *CYP1A1*.]

In a case–control study conducted in 1994–7 in Quebec City, Canada, plasma concentrations of 14 PCB congeners were measured in 314 women with cancer of the breast and 523 controls (219 hospital controls, 304 population controls) (Demers *et al.*, 2002). Analyses in relation to cancer of the breast excluded five congeners that were detected in < 70% of the women. The remaining PCB congeners were correlated (Pearson correlation coefficients, 0.29 to 0.96). Risk of cancer of the breast was associated with the highest quartile of concentration of PCB-118 (OR, 1.60; 95% CI, 1.01–2.53) and PCB-156 (OR, 1.80; 95% CI, 1.11–2.94). Among the subgroup of premenopausal women, the odds ratio for the highest quartile of concentration of PCB-118 was 2.87 (95% CI, 1.13–7.31), and for PCB-156 it was 2.90 (95% CI, 1.18–7.15). No significant increase in risk was seen in postmenopausal women. When PCB-105, PCB-118 and PCB-156 were grouped, higher concentration was associated with increased risk of cancer of the breast (OR, 2.02; 95% CI, 1.24–3.28), but the PCBs that were the most abundant (PCB-138, PCB-153 and PCB-180) were not associated with risk of cancer of the breast. An earlier publication from this study investigated associations between organochlorine compounds and cancer of the breast, specifically in relation to axillary-lymph-node involvement and tumour size (Demers *et al.*, 2000). PCB-153 was selected as a surrogate for all PCB congeners because it was the most abundant in plasma samples and was strongly correlated with other prevalent congeners (*r* ≥ 0.72; *P* < 0.0001). The relative risk of having a tumour size ≥ 2 cm was increased, but not significantly, with increasing plasma concentration of PCB-153. However, a higher concentration of PCB-153 was significantly associated with increased risk among those with axillary lymph-node involvement (OR, 2.12; 95% CI, 1.05–4.30, adjusted for confounders) and when tumour size > 2 cm and node involvement were considered together, (OR, 3.51; 95% CI, 1.41–8.73), with an exposure–response trend. [This was a well-designed and well-implemented study with two control groups and stratification for menopausal status.]

In a large population-based case–control study of environmental exposures and cancer of the breast conducted in 1996–7 on Long Island, NY, USA, serum concentrations of 24 PCB congeners were measured for 646 cases and 429 controls, with results presented for the four most commonly occurring congeners (PCB-118, PCB-138, PCB-153 and PCB-180) (Gammon *et al.*, 2002). There was no association between cancer of the breast and the sum concentration of the four PCBs, or any specific congener, and there was no effect of lactation, menopausal status, stage of disease, or hormone receptor status. [This was a large, well-designed and well-implemented study.]

In a population-based case–control study of African-American women, serum concentrations of PCBs [congeners not specified] were measured in 355 cases and 327 controls (Gatto *et al.*, 2007). Risk of cancer of the breast was not associated with total PCBs (OR comparing highest with lowest quintile, 1.01; 95% CI, 0.64–1.63), and BMI, parity, breastfeeding, and menopausal status did not modify the measures of effect. PCBs were not associated with an increase in the risk of any subtype of cancer of the breast as defined by PR, ER, *p53*, or HER-2/*neu* status. [Statistical power was limited for subgroup analyses.]

In a hospital-based case–control study of cancer of the breast in Nagano, Japan, including 403 matched pairs collected from 2001 to 2005, serum concentrations of total PCBs were associated with decreased risk of cancer of the

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 405

breast for the highest versus lowest quartile of concentration of total PCBs (OR, 0.33; 95% CI, 0.14–0.78) (Itoh *et al.*, 2009). For the specific congeners PCB-153 and PCB-180, the odds ratios were 0.40 (95% CI, 0.18–0.91) and 0.29 (95% CI, 0.13–0.66), respectively. The trend in the inverse relationship persisted when results were stratified by hormone-receptor and menopausal status. [The Working Group was not able to explain the inverse associations reported in this study.]

### (c)    Larger studies of PCB concentrations in blood and breast adipose tissue

Five publications from a research group in Connecticut, USA, were informative, although their potential overlap was not clear. In 1994–1997, 304 cases of cancer of the breast and 186 controls aged 40–79 years were recruited and breast adipose tissue was analysed for nine PCB congeners (PCB-74, PCB-118, PCB-138, PCB-153, PCB-156, PCB-170, PCB-180, PCB-183 and PCB-187) (Zheng *et al.*, 2000a). Age- and lipid-adjusted risk estimates were null in relation to total PCBs, PCB groups, and any of the congeners. Stratification by type of breast disease, menopausal status, parity, lactation, and body size showed null associations with concentrations of PCBs. From the same study population, Holford *et al.* (2000) calculated risk in relation to both linear logistic and logistic ridge regression analyses for nine PCB congeners by incremental (10 ng/g) changes in exposure: PCB-153 and PCB-156 were associated with decreased risk and PCB-180 and PCB-183 were associated with increased risk of cancer of the breast. In analyses using ridge regression and adjusting for covariates, no congeners remained associated with cancer of the breast. In another case–control study from this research group, subjects were recruited in 1995–1997 (overlap in years of study with Zheng *et al.*, 2000a): 475 incident cases of cancer of the breast were included, and 502 controls were randomly selected from the population or from patients with newly diagnosed benign breast disease at the same hospital (Zheng *et al.*, 2000b). Serum concentrations of nine PCB congeners were determined. After adjustment for confounding factors, all odds ratios were null. A related study focused on the potential interaction between CYP1A1 and lipid-adjusted serum concentrations of PCBs on risk of cancer of the breast among Caucasian women recruited in 1999–2002, with 374 cases and 406 controls (Zhang *et al.*, 2004). The odds ratio for high exposure (> 610 ng/g) to PCBs was 1.2 (95% CI, 0.9–1.6). With respect to *CYP1A1* genotype, the risks associated with higher serum concentration of total PCBs was highest for carriers of the *m2* variant genotype both among all women combined (OR, 3.6; 95% CI, 1.5–8.2), and in post-menopausal women (OR, 4.3; 95% CI, 1.6–12.0). No significant association was reported for *CYP1A1 m1* or *m4* genotypes or among premenopausal women. Finally, in another publication on a subset of 266 cases of cancer of the breast and 347 controls with benign breast disease, there was no association for total subjects, adjusted for standard risk factors, between cancer of the breast by joint ER/PR status and serum concentrations of total PCBs and adipose-tissue concentrations of nine PCB congeners (Rusiecki *et al.*, 2004). However, among postmenopausal women, increased risk of cancer of the breast was seen in relation to increased concentrations of PCB-183 among women with ER+PR+ tumours (third versus first tertile, OR, 2.4; 95% CI, 1.0–6.0; *P* for trend = 0.03). [While there appeared to be overlap between this group of studies from Connecticut, the extent of the overlap was difficult to determine, therefore the independence of the findings was not known. Controls were drawn from a mix of hospital and population sources, and the impact of this selection method was difficult to gauge. The large number of subgroup analyses, particularly in the study by Rusiecki *et al.* (2004), which presented 80 odds ratios, increased the probability of chance findings.]

243

*(d)    Larger studies of PCB concentrations in adipose tissue*

On Long Island, New York, USA, concentrations of 14 PCB congeners in adipose tissue did not differ for 232 women with cancer of the breast and 323 hospital controls with benign breast disease or non-breast-related conditions, after adjustment for age, race, and BMI (Stellman *et al.*, 2000). No increase in risk was observed for total PCBs, but congeners PCB-156 and PCB-183 were associated with significantly increased risk (OR, 1.9; 95% CI, 1.1–3.0 for the second tertile of exposure distribution for PCB-156; and OR, 2.0; 95% 1.2–3.4 for the highest tertile of PCB-183). No other congener was associated with risk of cancer of the breast, and no clear difference in risk was seen for ER+ and ER– tumours. [This was a large, well-designed study, but results were only presented for total PCBs and two congeners.]

In a case–control study in Kingston and Toronto, Ontario, Canada, noncancerous breast adipose tissue collected before treatment from 217 incident cases of cancer of the breast and 213 controls undergoing biopsy was analysed for 14 PCB congeners (Aronson *et al.*, 2000). PCB-105 and PCB-118 were associated consistently with risk of cancer of the breast after adjusting for other factors (OR, 3.17; 95% CI, 1.51–6.68; and OR, 2.31; 95% CI, 1.11–4.78, respectively, for the fourth versus first quartile of the exposure distribution) and these effects increased monotonically. PCB-138 was also associated consistently with increased risk, but the odds ratios were imprecise. Stronger associations were apparent among premenopausal women (PCB-105: OR, 3.91; 95% CI, 1.73–8.86; and PCB-118: OR, 2.85; 95% CI, 1.24–6.52, for the highest exposure category). Among postmenopausal women, risks associated with PCB-170 and PCB-180 were also elevated in the second of three exposure groups (OR, 3.27; 95% CI, 1.44–7.44; and OR, 2.43; 95% CI, 1.09–5.43, respectively), but declined below significance in the highest group (ORs 1.63 and 1.77, respectively). No other PCB congener was significantly associated with risk. Although the odds ratios did not differ significantly by subtype of cancer, the odds ratios for total PCBs were higher for ER– than for ER+ cancer of the breast (Woolcott *et al.*, 2001). Investigation of specific genotype–PCB interactions among 68 cases and 52 controls with blood samples in this study showed increased risk of cancer of the breast for *CYP1A1* M1 wildtype homozygotes with high exposure to PCB-105 (OR, 3.20; 95% CI, 1.14–8.98) (McCready *et al.*, 2004). [This was a large, well-designed study.]

*(e)    Exposure estimates from occupational or dietary histories*

A few case–control studies have estimated PCB exposures from occupational or dietary histories.

A population-based case–control study in Massachusetts, USA, included 261 incident cases of cancer of the breast diagnosed between 1983 and 1986 and 753 controls. The subjects were interviewed to ascertain all full-time jobs held since age 18 years. Probable exposure to PCBs was associated with non-significant increases in the risk of cancer of the breast (adjusted OR, 3.2; 95% CI, 0.8–12.2; five exposed cases and six exposed controls) (Aschengrau *et al.*, 1998). [The Working Group noted imprecise findings.]

Consumption of fish from the Great Lakes as a source of exposure to PCBs was investigated as a potential risk factor for cancer of the breast in a population-based case–control study in Wisconsin, USA (McElroy *et al.*, 2004). There were 1481 cases aged 20–69 years, diagnosed in 1998–2000 in the Wisconsin Cancer Reporting System, and 1301 controls of similar age were randomly selected from licensed drivers and Medicare lists; telephone interviews were used to obtain information on consumption of all sport-caught (Great Lakes and other lakes) fish and risk factors for cancer of the breast. After adjustment for risk factors, including age, education, weight,

alcohol consumption, reproductive history, and family history of cancer of the breast, no association was found between risk of cancer of the breast and recent consumption of sport-caught fish (OR, 1.00; 95% CI, 0.86–1.17), recent consumption of fish from the Great Lakes (OR, 1.06; 95% CI, 0.84–1.33), or the number of fish meals per year. Menopausal status appeared to be an effect modifier, with recent consumption of fish from the Great Lakes not associated with postmenopausal cancer of the breast (OR, 0.78; 95% CI, 0.57–1.07), but with premenopausal breast cancer (OR, 1.70; 95% CI, 1.16–2.50). [This was a large study with exposure assessment that used consumption of sport fish as a proxy for PCB exposure, but did not use biomarkers.]

### (f)    Combined analysis of five studies in the USA

The results of five case–control studies in the north-east USA conducted before 2000 (of which three are nested in cohort studies) (Moysich et al., 1998; Helzlsouer et al., 1999; Laden et al., 2001a, b and Hunter et al., 1997; Zheng et al., 2000a, b; Wolff et al., 2000b) and in which plasma or serum concentrations of PCBs were measured have been combined into an analysis of 1400 cases and 1642 controls using a standardized approach to confounder and effect-modification assessment, and a random-effects model to estimate associations (Laden et al., 2001b). For women in the fifth quintile of lipid-adjusted values compared with those in the first quintile, the multivariate pooled odds ratio for cancer of the breast associated with the sum of PCBs (PCB-118, PCB-138, PCB-153 and PCB-180) was 0.94 (95% CI, 0.74–1.21). No consistent increase in risk was observed in subgroups defined by parity or lactation. [This combined analysis focused on the most prevalent PCBs that were analysed in all five studies; while this enhanced precision for the overall relationship, it did not show associations for specific PCB congeners and PCB subgroups.

The Working Group noted that several informative studies were published after this combined analysis.]

### 2.3.3 Cancer of the prostate

Several epidemiological studies have investigated possible associations between cancer of the prostate and exposure to PCBs. These studies differed in study design (i.e. case–control studies, nested case–control studies) and in the assessment of PCBs (i.e. job-exposure matrices, measurement of PCB concentrations in blood or adipose tissue).

Seidler et al. (1998) described the results of a case-referent study including 192 patients with cancer of the prostate and 210 controls from medical practices or clinic in Germany. Occupational exposure to PCBs was estimated using a British job-exposure matrix (Pannett et al., 1985). Most subjects had no or low exposure to PCBs and no association between exposure and risk of cancer of the prostate was reported. [Due to the relative low participation rate among controls (55%), selection bias could not be excluded. Furthermore, the validity of the job-exposure matrix was unknown and significant exposure misclassification could not be ruled out.]

Ritchie et al. (2003, 2005) conducted a hospital-based case–control study in Iowa, USA, in which 30 PCB congeners were measured in serum samples from 58 patients with cancer of the prostate and 99 age-matched controls. Odds ratios were elevated for total PCBs, and for PCB-153, and PCB-180. A monotonic, not statistically significant, exposure–response trend was observed for total PCBs. For PCB-180, the odds ratio was significantly increased (OR, 3.13; 95% CI, 1.33–7.34) only in the middle (but not the highest) category of exposure. [This study was small with multiple comparisons.]

In a population-based case–control study in Sweden, Hardell et al. (2006a) compared

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 408

concentrations of 37 PCB congeners in samples of fat tissue from 58 cases of cancer of the prostate and 20 controls with benign prostate hyperplasia. The odds ratio for the sum of PCBs and cancer of the prostate was 1.21 (95% CI, 0.42–3.50) in all men. PCB-153 was associated with an increased risk of cancer of the prostate (OR, 3.15; 95% CI, 1.04–9.54). Stronger associations were observed in men with prostate-specific antigen (PSA) > 16.5 ng/mL; the odds ratio was 1.91 (95% CI, 0.55–6.55) for total PCBs, and risks for enzyme and phenobarbital-inducing PCBs (Wolff et al., 1997) and for less chlorinated PCBs (Moysich et al., 1999a) were significantly increased in this subgroup of men. [This study was small and involved multiple comparisons.]

Aronson et al. (2010) conducted a case–control study among urology patients in Ontario, Canada. Concentrations of 14 PCB congeners were measured in serum of 79 men with incident cancer of the prostate and 329 age-matched controls. No association was observed between concentrations of individual PCB congeners or the sum of PCBs, and the risk of prostate cancer. [As both cases and controls underwent the same diagnostic procedures and were screened by PSA and digital rectal examination, selection bias was unlikely in this study].

### 2.3.4 Melanoma

#### (a) Cutaneous malignant melanoma

See Table 2.11

Gallagher et al. (2011) conducted a case–control study of 80 patients with malignant melanoma of the skin and 310 controls. The cases were part of a larger case–control study and were originally recruited to evaluate the effect of exposure to ultraviolet (UV) light and gene variants on risk of melanoma, and the controls were recruited using population-based registries. Lipid-adjusted plasma concentrations of 14 PCB congeners were determined and data were reported for 8, as well as for total PCBs,

and dioxin-like and non-dioxin-like PCBs. Statistically significant associations with malignant melanoma were observed for the highest compared with the lowest quartile for: total PCBs (OR, 6.02; 95% CI, 2.0–18.17); summed non-dioxin-like PCBs (OR, 7.02; 95% CI, 2.30 –21.43); summed dioxin-like PCBs (OR, 2.84; 1.01–7.97), and all of the individual PCB congeners examined (PCB-118, PCB-138, PCB-153, PCB-156, PCB-170, PCB-180, PCB-183 and PCB-187). [The Working Group considered that, in light of its appropriate design and control of relevant potential confounders, this was a high-quality study, despite the relatively small sample size and being described as "preliminary" by the authors. The positive associations for all the individual PCB congeners may have been a result of correlations among congeners. Multiple comparisons were not formally addressed, but it is likely that adjustment for multiple comparisons would not change the interpretation of the results.]

#### (b) Uveal melanoma

See Table 2.11

In a multicentric case–control study in nine European countries, Behrens et al. (2010) investigated the association between risk of uveal melanoma and exposure to PCBs. The 293 men and women with uveal melanoma were frequency-matched to 3198 population and hospital controls by country, age, and sex. Exposure to transformer oils was assessed by questionnaire, with exposures to PCBs classified as "potential" or "confirmed," depending on whether subjects reported exposure to a named brand of oil with known PCB content. Analyses were adjusted for age, country, eye colour, and history of ocular damage from ultraviolet light. Only men reported exposure to transformer/capacitor oils. The odds ratio for any exposure was 2.74 (99.3% CI, 1.07–7.02), and was similar in magnitude for men with more than 10 years of exposure and for "confirmed" exposure. For exposure to Pyralene (the most frequently reported PCB-containing

**Table 2.11 Case–control studies on melanoma and exposure to PCBs**

| Reference, study location and period | Total No. cases / Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| *Cutaneous malignant melanoma* | | | | | | | |
| Gallagher et al. (2011) British Columbia, Canada, 2000–2004 | 80 / 310 | Population | Lipid-adjusted concentrations of 14 PCBs[a] (units NR) | *Total PCBs* | | | Age, sex, education, skin reaction to repeated sun exposure, and total recreational sun exposure |
| | | | | 98.01–148.71 | 11 | 1.36 (0.45–4.09) | |
| | | | | 148.72–213.44 | 12 | 1.27 (0.39–4.12) | |
| | | | | > 213.44 | 29 | 6.02 (2.00–18.17) | P for trend < 0.001 |
| | | | | *DL-PCBs* | | | |
| | | | | 9.37–15.10 | 8 | 0.31 (0.10–0.98) | |
| | | | | 15.11–22.57 | 16 | 1.16 (0.41–3.26) | |
| | | | | > 22.57 | 25 | 2.84 (1.01–7.97) | P for trend = 0.003 |
| | | | | *NDL-PCBs* | | | |
| | | | | 86.68–133.66 | 12 | 2.05 (0.66–6.39) | |
| | | | | 133.67–192.39 | 11 | 1.19 (0.36–3.90) | |
| | | | | > 192.39 | 30 | 7.02 (2.30–21.43) | P for trend < 0.001 |
| | | | | *PCB-118* | | | |
| | | | | > 4.90–8.16 | 13 | 0.89 (0.34–2.34) | |
| | | | | > 8.16–13.32 | 14 | 1.13 (0.40–3.23) | |
| | | | | > 13.32–46.19 | 23 | 3.04 (1.05–8.74) | P for trend = 0.012 |
| | | | | *PCB-138* | | | |
| | | | | > 12.79–20.76 | 19 | 1.89 (0.68–5.28) | |
| | | | | > 20.76–30.65 | 8 | 1.30 (0.37–4.56) | |
| | | | | > 30.65–104.49 | 28 | 4.91 (1.69–14.32) | |
| | | | | *PCB-153* | | | |
| | | | | > 27.75–42.07 | 14 | 2.01 (0.70–5.77) | |
| | | | | > 42.07–60.43 | 12 | 1.35 (0.43–4.25) | |
| | | | | > 60.43–735.90 | 27 | 4.86 (1.68–14.08) | P for trend = 0.002 |
| | | | | *PCB-156* | | | |
| | | | | > 4.09–6.07 | 13 | 1.04 (0.36–2.97) | |
| | | | | > 6.07–8.65 | 13 | 1.48 (0.49–4.45) | |
| | | | | > 8.65–113.32 | 29 | 4.22 (1.51–11.78) | P for trend = 0.001 |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 410

IARC MONOGRAPH – 107

**Table 2.11   (continued)**

| Reference, study location and period | Total No. cases Total No. controls | Control source (hospital, population) | Exposure assessment | Exposure categories | Exposed cases | Relative risk (95% CI) | Covariates Comments |
|---|---|---|---|---|---|---|---|
| Gallagher et al. (2011) British Columbia, Canada, 2000–2004 (cont.) | | | | *PCB-170* | | | |
| | | | | > 7.97–12.16 | 13 | 1.50 (0.53–4.29) | |
| | | | | > 12.16–18.51 | 13 | 1.10 (0.32–3.77) | |
| | | | | > 18.51–901.52 | 29 | 4.60 (1.60–13.22) | *P* for trend = 0.001 |
| | | | | *PCB-180* | | | |
| | | | | > 25.20–38.16 | 12 | 1.46 (0.49–4.37) | |
| | | | | > 38.16–59.40 | 14 | 1.55 (0.44–5.43) | |
| | | | | > 59.40–3786.60 | 30 | 5.89 (1.87–18.50) | *P* for trend = 0.001 |
| | | | | *PCB-183* | | | |
| | | | | > 1.87–84.86 | 54 | 4.27 (1.71–10.68) | |
| | | | | *PCB-187* | | | |
| | | | | > 6.64–10.45 | 11 | 2.54 (0.75–8.58) | |
| | | | | > 10.45–16.10 | 15 | 2.56 (0.76–8.62) | |
| | | | | > 16.10–833.15 | 30 | 11.47 (3.32–39.68) | *P* for trend < 0.001 |
| *Uveal melanoma* | | | | | | | |
| Behrens et al. (2010), Denmark, France, Germany, Italy, Latvia, Portugal, Sweden, Spain, UK Jan 1994–Dec 1997 | 293 3198 | Hospital and population | Questionnaire on occupational exposure | Exposure to oils potentially containing PCBs | | | Country, age, ocular damage due to UV, eye colour, exposure to high-voltage installations ORs were Bonferroni-corrected for seven independent tests to control for multiple comparisons, thus all CI are 99.3%. Response rates: cases, 84%; hospital, 84%; population controls, 61% Only men were exposed to oils |
| | | | | Never exposed | 150 | 1.00 | |
| | | | | Ever exposed | 6 | 2.74 (0.72–10.37) | |
| | | | | Duration > 10 years | 2 | 2.62 (0.29–24.06) | |
| | | | | "Confirmed" exposure to PCB oil | 4 | 2.61 (0.54–12.63) | |
| | | | | Exposure to Pyralene | 4 | 6.43 (1.17–35.30) | |

[a] The 14 PCB congeners were PCBs 28, 52, 99, 101, 105, 118, 128, 138, 153, 156, 170, 180, 183, and 187.
CI, confidence intervals; DL–PCB, dioxin-like PCB; NDL–PCB, non-dioxin-like PCB; OR, odds ratio; PCB, polychlorinated biphenyl; UK, United Kingdom; UV, ultraviolet

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 411

oil), the odds ratio was 6.43 (99.3% CI, 1.17–35.30; four cases). [This study was notable in being the only large study of a rare cancer. Multiple comparisons were addressed via adjusted 99.3% confidence intervals, but exposure was rare and estimates were imprecise.]

### 2.3.5 Other cancers

#### (a)    Urothelial cancer

Steineck *et al.* (1990) carried out a population-based case-referent study of urothelial cancer in men in Stockholm, Sweden. Occupational exposures to PCBs and several other agents were assigned by an industrial hygienist. The adjusted odds ratio for estimated exposure to PCBs was 3.3 (95% CI, 0.6–18.4). [The precision of this study was quite limited and the definition of the cancer sites was broad.]

#### (b)    Cancer of the testis

Hardell *et al.* (2003) analysed 38 PCB congeners in blood samples collected from 61 incident cases of cancer of the testis and 58 age-matched controls from the Swedish population registry. No association between cancer of the testis and the sum of PCB concentrations in blood was found. Mothers of 44 cases and 45 controls also provided blood samples; significantly higher PCB concentrations were found for mothers of cases compared with mothers of controls (OR, 3.8; 95% CI, 1.4–10). A difference in the sum of PCBs between mothers of cases and mothers of controls was also reported in two subsequent publications by the same authors (Hardell *et al.*, 2004, 2006b). [Due to the timing of blood collection of the mothers, which was decades after the cases' births, the interpretation of these results was difficult. PCB concentrations in women may be affected by weight changes, child bearing, lactation, and subsequent exposure. Thus it could not be assumed that the concentrations measured in women at the time of the study were representative of their sons' exposures in utero.]

#### (c)    Cancer of the lung

Recio-Vega *et al.* (2012) investigated the association between PCB concentrations, *CYP1A1* polymorphisms and the risk of cancer of the lung in a case–control study in northern Mexico including 43 cases of cancer of the lung and 86 controls without cancer who were recruited from two hospitals. Information including history of exposure to PCBs was collected through in-person interview and 20 PCB congeners were measured in serum. Odds ratios were adjusted for age, agricultural occupation, and tobacco smoking. There was a significant association between PCB-18 and cancer of the lung (OR, 1.13; 95% CI, 1.04–1.38). Odds ratios for PCB-52, PCB-118, and PCB-170 were similar in magnitude, but did not reach statistical significance, while odds ratios for other congeners were close to unity. *CYP1A1* polymorphism was not associated with serum concentrations of total PCBs. [The Working Group noted that this study provided information about less chlorinated PCBs, which are rarely measured; however, the etiological relevance of measurements of PCBs of short half-life was questionable. In addition, the methods used for subject recruitment and for statistical analysis were not clearly described, and the possibility of residual confounding by age was noted.]

#### (d)    Cancer of the colorectum

Howsam *et al.* (2004) assessed associations between cancer of the colorectum and exposure to PCBs and gene–environment interactions in 132 cases and 76 controls sampled from a larger hospital-based case–control study in Barcelona, Spain. Serum concentrations of PCB-28, PCB-52, PCB-101, PCB-118, PCB-138, PCB-153, and PCB-180 were measured. Point mutations in *K-ras* and *p53* genes and expression of p53 protein were assessed in tumour tissue. PCB-28 and PCB-118 were significantly associated with an increased risk of cancer of the colorectum (ORs, 2.75;

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 412

95% CI, 1.29–5.83; and 2.02; 95% CI, 1.00–4.08, respectively), for the more exposed category. A statistically significant exposure–response trend was observed for the mono-*ortho* PCB group that combined PCB-28 and PCB-118 (*P* for trend = 0.004). Odds ratios for the other PCBs were not consistently or significantly increased. No significant interaction of mono-*ortho* PCBs with *p53* or *K-ras* mutations was found. [The use of controls representing several diagnostic groups and control for potential confounding factors were strengths of this study. However, the case definition combining cancers of the colon and rectum may mix diseases with potentially different etiologies.]

### (e)    Cancer of the pancreas

In a population-based case–control study of cancer of the pancreas in the San Francisco area, USA, Hoppin *et al.* (2000) analysed 11 PCB congeners in serum samples from 108 cases of cancer of the pancreas and 82 controls matched by sex and age-group. Total lipid-adjusted PCB concentrations were estimated using the sum of all congeners. A statistically significant dose–response relationship (*P* < 0.001) was observed for total PCBs, with an odds ratio of 4.2 (95% CI, 1.8–9.4) for ≥ 360 versus < 185 ng/g. Significantly elevated odds ratios were also observed for the highest tertiles of PCB-153 (OR, 3.0; 95% CI, 1.4–6.6) and PCB-180 (OR, 8.4; 95% CI, 3.4–21). Odds ratios remained elevated after adjusting for dichlorodiphenyldichloroethylene (DDE) content, and in a sensitivity analysis of the effects of bioconcentration. [A strength of the study was that the issue of confounding by bioconcentration in fat due to adipose-tissue loss was addressed. Nevertheless, the small number of subjects limited a clear interpretation of the results.]

### (f)    Cancer of the biliary tract

Ahrens *et al.* (2007) investigated the association between cancer of the extrahepatic biliary tract and occupational exposure to endocrine-disrupting compounds in a European multicentre case–control study of 183 men with histologically confirmed carcinoma of the extrahepatic biliary tract and 1938 matched controls. Self-reported job descriptions were converted to semiquantitative indicators of occupational exposure to 14 types of suspected endocrine-disrupting compounds, including PCBs, hormones, phthalates, and pesticides. Odds ratios were adjusted for age, country, and history of gallstones. The adjusted odds ratio for cancer of the extrahepatic biliary tract and ever-exposure to PCBs was 2.8 (95% CI, 1.3–5.9). When exposure intensity was analysed, the highest odds ratio was observed in the low-intensity category. [These results were based on a small number of exposed cases and trends were inconsistent.]

### (g)    Childhood cancer

Ward *et al.* (2009) conducted a population-based case–control in California, USA of 184 children aged 0–7 years with acute lymphocytic leukaemia and 212 controls from birth certificates matched by birth date, sex, race, and ethnicity. Concentrations of six PCB congeners in residential carpet dust were used as an exposure indicator. The odds ratio for detection of any PCB in dust was 1.97 (95% CI, 1.22–3.17) and the odds ratio for the highest quartile of total PCBs compared with the lowest was 2.78 (95% CI, 1.41–5.48). Significant exposure–response trends were reported for PCB-118, PCB-138 and PCB-153. [The study was well-designed and the method of exposure assessment used was a strength. The authors were able to rule out confounding by several organochlorine pesticides. The Working Group was unable to replicate the *P* values for trend tests.]

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 413

*(h)   Cancer of the endometrium*

[Sturgeon et al. (1998)](#) conducted a multicentric hospital-based case–control study of cancer of the endometrium in five areas of the USA. Serum concentrations of 27 PCB congeners were measured for 90 individually matched case–control pairs. No associations were observed between elevated serum concentrations of several PCB groups, including total PCBs and potentially estrogenic PCBs, and risk of cancer of the endometrium. [The results did not appear to be affected by selection bias, but precision was limited.]

[Weiderpass et al. (2000)](#) measured serum concentrations of 10 PCB congeners in a population-based case–control study of 154 cases of cancer of the endometrium and 205 controls in Sweden. After adjustment there was no increase in risk associated with high concentrations of any of the congeners evaluated, and there were no significant trends in risk. [The power of this study was limited due to the small number of subjects. However, selection bias was unlikely, as the main reason for non-participation was the failure of the hospital staff to collect blood samples before surgery.]

[Hardell et al. (2004)](#) conducted a hospital-based case–control study with 76 cases and 39 controls to evaluate the risk of cancer of the endometrium associated with environmental endocrine disruptors. Concentrations of 37 PCB congeners were measured in adipose tissue. No association was found for the sum of PCBs or for any grouping of PCBs by structure or activity. [The power of this study was limited due to the small number of subjects.]

*(i)   Cancer of the male breast*

Occupational risk factors for cancer of the male breast were investigated in a multicentric study of 104 cases and 1901 controls in eight European countries ([Villeneuve et al., 2010](#)). Lifetime work history was obtained by in-person interviews, and potential occupational exposures including to PCBs were assessed using expert judgment. Results were reported for PCBs and dioxins combined, for which the fully-adjusted odds ratio was 1.6 (95% CI, 0.7–3.7). [This study had limited power to detect excess risk.]

## References

Ahrens W, Mambetova C, Bourdon-Raverdy N, Llopis-González A, Guénel P, Hardell L et al. (2007). Occupational exposure to endocrine-disrupting compounds and biliary tract cancer among men. *Scand J Work Environ Health*, 33(5):387–96. doi:[10.5271/sjweh.1158](#) PMID:[17973065](#)

Aronson KJ, Miller AB, Woolcott CG, Sterns EE, McCready DR, Lickley LA et al. (2000). Breast adipose tissue concentrations of polychlorinated biphenyls and other organochlorines and breast cancer risk. *Cancer Epidemiol Biomarkers Prev*, 9(1):55–63. PMID:[10667464](#)

Aronson KJ, Wilson JW, Hamel M, Diarsvitri W, Fan W, Woolcott C et al. (2010). Plasma organochlorine levels and prostate cancer risk. *J Expo Sci Environ Epidemiol*, 20(5):434–45. doi:[10.1038/jes.2009.33](#) PMID:[19513097](#)

Aschengrau A, Coogan PF, Quinn M, Cashins LJ (1998). Occupational exposure to estrogenic chemicals and the occurrence of breast cancer: an exploratory analysis. *Am J Ind Med*, 34(1):6–14. doi:[10.1002/(SICI)1097-0274(199807)34:1<6::AID-AJIM2>3.0.CO;2-X](#) PMID:[9617382](#)

Bahn AK, Rosenwaike I, Hermann N, Grover P, Stellman J, O'Leary K (1976). Letter: Melanoma after exposure to PCB's. *N Engl J Med*, 295(8):450 doi:[10.1056/NEJM197608192950820](#) PMID:[819831](#)

Behrens T, Kaerlev L, Cree I, Lutz JM, Afonso N, Eriksson M et al. (2010). Hormonal exposures and the risk of uveal melanoma. *Cancer Causes Control*, 21(10):1625–34. doi:[10.1007/s10552-010-9591-9](#) PMID:[20524054](#)

Bertazzi PA, Riboldi L, Pesatori A, Radice L, Zocchetti C (1987). Cancer mortality of capacitor manufacturing workers. *Am J Ind Med*, 11(2):165–76. doi:[10.1002/ajim.4700110206](#) PMID:[3103429](#)

Bertazzi PA, Zocchetti C, Guercilena S et al. (1982). Mortality study of male and female workers exposed to PCBs. Prevention of Occupational Cancer — International Symposium. Geneva: International Labour Office, pp. 242–248.

Bertrand KA, Spiegelman D, Aster JC, Altshul LM, Korrick SA, Rodig SJ et al. (2010). Plasma organochlorine levels and risk of non-Hodgkin lymphoma in a cohort of men. *Epidemiology*, 21(2):172–80. doi:[10.1097/EDE.0b013e3181cb610b](#) PMID:[20087190](#)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 414

Bonefeld-Jørgensen EC, Long M, Bossi R, Ayotte P, Asmund G, Krüger T et al. (2011). Perfluorinated compounds are related to breast cancer risk in Greenlandic Inuit: a case control study. Environ Health, 10:88 doi:10.1186/1476-069X-10-88 PMID:21978366

Bräuner EV, Sørensen M, Gaudreau E, LeBlanc A, Eriksen KT, Tjønneland A et al. (2012). A prospective study of organochlorines in adipose tissue and risk of non-Hodgkin lymphoma. Environ Health Perspect, 120(1):105–11. doi:10.1289/ehp.1103573 PMID:22328999

Brown DP (1987). Mortality of workers exposed to polychlorinated biphenyls–an update. Arch Environ Health, 42(6):333–9. doi:10.1080/00039896.1987.9934355 PMID:3125795

Brown DP, Jones M (1981). Mortality and industrial hygiene study of workers exposed to polychlorinated biphenyls. Arch Environ Health, 36(3):120–9. PMID:6787990

Caironi M, Olivari L, Sampietro G, Mandelli G, Mosconi G (2005). Preliminary results of a mortality study in 471 ex-exposed workers to PCBs. G Ital Med Lav Ergon, 27(3):279–81. PMID:16240573 [in Italian]

Cammarano G, Crosignani P, Berrino F, Berra G (1984). Cancer mortality among workers in a thermoelectric power plant. Scand J Work Environ Health, 10(4):259–61. doi:10.5271/sjweh.2333 PMID:6494846

Cammarano G, Crosignani P, Berrino F, Berra G (1986). Additional follow-up of cancer mortality among workers in a thermoelectric power plant. Scand J Work Environ Health, 12(6):631–2. doi:10.5271/sjweh.2090 PMID:3823815

Charles LE, Loomis D, Shy CM, Newman B, Millikan R, Nylander-French LA et al. (2003). Electromagnetic fields, polychlorinated biphenyls, and prostate cancer mortality in electric utility workers. Am J Epidemiol, 157(8):683–91. doi:10.1093/aje/kwg044 PMID:12697572

Charlier C, Pitance F, Plomteux G (2003). PCB residues in a breast cancer patient population. Bull Environ Contam Toxicol, 71(5):887–91. doi:10.1007/s00128-003-8948-0 PMID:14705647

Charlier CJ, Albert AI, Zhang L, Dubois NG, Plomteux GJ (2004). Polychlorinated biphenyls contamination in women with breast cancer. Clin Chim Acta, 347(1-2):177–81. doi:10.1016/j.cccn.2004.04.025 PMID:15313156

Chia VM, Li Y, Quraishi SM, Graubard BI, Figueroa JD, Weber JP et al. (2010). Effect modification of endocrine disruptors and testicular germ cell tumour risk by hormone-metabolizing genes. Int J Androl, 33(4):588–96. PMID:19627379

Cocco P, Brennan P, Ibba A, de Sanjosé Llongueras S, Maynadié M, Nieters A et al. (2008). Plasma polychlorobiphenyl and organochlorine pesticide level and risk of major lymphoma subtypes. Occup Environ Med, 65(2):132–40. doi:10.1136/oem.2007.033548 PMID:17699548

Cohn BA, Terry MB, Plumb M, Cirillo PM (2012). Exposure to polychlorinated biphenyl (PCB) congeners measured shortly after giving birth and subsequent risk of maternal breast cancer before age 50. Breast Cancer Res Treat, 136(1):267–75. doi:10.1007/s10549-012-2257-4 PMID:23053646

Colt JS, Rothman N, Severson RK, Hartge P, Cerhan JR, Chatterjee N et al. (2009). Organochlorine exposure, immune gene variation, and risk of non-Hodgkin lymphoma. Blood, 113(9):1899–905. doi:10.1182/blood-2008-04-153858 PMID:19066394

De Guire L, Cyr D, Thériault G, Provencher S, Iturra H, Case BW (1992). Malignant melanoma of the skin among workers in a telecommunications industry: mortality study 1976–83. Br J Ind Med, 49(10):728–31. PMID:1419862

De Guire L, Theriault G, Iturra H, Provencher S, Cyr D, Case BW (1988). Increased incidence of malignant melanoma of the skin in workers in a telecommunications industry. Br J Ind Med, 45(12):824–8. PMID:3265335

De Roos AJ, Hartge P, Lubin JH, Colt JS, Davis S, Cerhan JR et al. (2005). Persistent organochlorine chemicals in plasma and risk of non-Hodgkin's lymphoma. Cancer Res, 65(23):11214–26. doi:10.1158/0008-5472.CAN-05-1755 PMID:16322272

Demers A, Ayotte P, Brisson J, Dodin S, Robert J, Dewailly E (2000). Risk and aggressiveness of breast cancer in relation to plasma organochlorine concentrations. Cancer Epidemiol Biomarkers Prev, 9(2):161–6. PMID:10698476

Demers A, Ayotte P, Brisson J, Dodin S, Robert J, Dewailly E (2002). Plasma concentrations of polychlorinated biphenyls and the risk of breast cancer: a congener-specific analysis. Am J Epidemiol, 155(7):629–35. doi:10.1093/aje/155.7.629 PMID:11914190

Dewailly E, Dodin S, Verreault R, Ayotte P, Sauvé L, Morin J et al. (1994). High organochlorine body burden in women with estrogen receptor-positive breast cancer. J Natl Cancer Inst, 86(3):232–4. doi:10.1093/jnci/86.3.232 PMID:8283497

Dorgan JF, Brock JW, Rothman N, Needham LL, Miller R, Stephenson HE Jr et al. (1999). Serum organochlorine pesticides and PCBs and breast cancer risk: results from a prospective analysis (USA). Cancer Causes Control, 10(1):1–11. doi:10.1023/A:1008824131727 PMID:10334636

Engel LS, Laden F, Andersen A, Strickland PT, Blair A, Needham LL et al. (2007). Polychlorinated biphenyl levels in peripheral blood and non-Hodgkin's lymphoma: a report from three cohorts. Cancer Res, 67(11):5545–52. doi:10.1158/0008-5472.CAN-06-3906 PMID:17545638

Falck F Jr, Ricci A Jr, Wolff MS, Godbold J, Deckers P (1992). Pesticides and polychlorinated biphenyl residues in human breast lipids and their relation to breast cancer. Arch Environ Health, 47(2):143–6. PMID:1567239

Falk C, Hanrahan L, Anderson HA, Kanarek MS, Draheim L, Needham L et al.; The Great Lakes Consortium (1999). Body burden levels of dioxin, furans, and PCBs among frequent consumers of Great Lakes sport fish. *Environ Res*, 80(2 Pt 2):S19–25. doi:10.1006/enrs.1998.3906 PMID:10092416

Fritschi L, Benke G, Hughes AM, Kricker A, Vajdic CM, Grulich A et al. (2005). Risk of non-Hodgkin lymphoma associated with occupational exposure to solvents, metals, organic dusts and PCBs (Australia). *Cancer Causes Control*, 16(5):599–607. doi:10.1007/s10552-004-7845-0 PMID:15986116

Gallagher RP, Macarthur AC, Lee TK, Weber JP, Leblanc A, Mark Elwood J et al. (2011). Plasma levels of polychlorinated biphenyls and risk of cutaneous malignant melanoma: a preliminary study. *Int J Cancer*, 128(8):1872–80. doi:10.1002/ijc.25503 PMID:20533551

Gammon MD, Wolff MS, Neugut AI, Eng SM, Teitelbaum SL, Britton JA et al. (2002). Environmental toxins and breast cancer on Long Island. II. Organochlorine compound levels in blood. *Cancer Epidemiol Biomarkers Prev*, 11(8):686–97. PMID:12163320

Gatto NM, Longnecker MP, Press MF, Sullivan-Halley J, McKean-Cowdin R, Bernstein L (2007). Serum organochlorines and breast cancer: a case-control study among African-American women. *Cancer Causes Control*, 18(1):29–39. doi:10.1007/s10552-006-0070-2 PMID:17186420

Greenland S, Salvan A, Wegman DH, Hallock MF, Smith TJ (1994). A case-control study of cancer mortality at a transformer-assembly facility. *Int Arch Occup Environ Health*, 66(1):49–54. doi:10.1007/BF00386579 PMID:7927843

Gustavsson P, Hogstedt C (1997). A cohort study of Swedish capacitor manufacturing workers exposed to polychlorinated biphenyls (PCBs). *Am J Ind Med*, 32(3):234–9. doi:10.1002/(SICI)1097-0274(199709)32:3<234::AID-AJIM8>3.0.CO;2-X PMID:9219652

Gustavsson P, Hogstedt C, Rappe C (1986). Short-term mortality and cancer incidence in capacitor manufacturing workers exposed to polychlorinated biphenyls (PCBs). *Am J Ind Med*, 10(4):341–4. doi:10.1002/ajim.4700100402 PMID:3098097

Güttes S, Failing K, Neumann K, Kleinstein J, Georgii S, Brunn H (1998). Chlororganic pesticides and polychlorinated biphenyls in breast tissue of women with benign and malignant breast disease. *Arch Environ Contam Toxicol*, 35(1):140–7. doi:10.1007/s002449900361 PMID:9601932

Hansen LG (1998). Stepping backward to improve assessment of PCB congener toxicities. *Environ Health Perspect*, 106:Suppl 1: 171–89. PMID:9539012

Hardell E, Eriksson M, Lindström G, Van Bavel B, Linde A, Carlberg M et al. (2001). Case-control study on concentrations of organohalogen compounds and titers of antibodies to Epstein-Barr virus antigens in the etiology of non-Hodgkin lymphoma. *Leuk Lymphoma*, 42(4):619–29. doi:10.3109/10428190109099322 PMID:11697490

Hardell K, Carlberg M, Hardell L, Björnfoth H, Ericson Jogsten I, Eriksson M et al. (2009). Concentrations of organohalogen compounds and titres of antibodies to Epstein-Barr virus antigens and the risk for non-Hodgkin lymphoma. *Oncol Rep*, 21(6):1567–76. doi:10.3892/or_00000389 PMID:19424638

Hardell L, Andersson SO, Carlberg M, Bohr L, van Bavel B, Lindström G et al. (2006a). Adipose tissue concentrations of persistent organic pollutants and the risk of prostate cancer. *J Occup Environ Med*, 48(7):700–7. doi:10.1097/01.jom.0000205989.46603.43 PMID:16832227

Hardell L, Bavel B, Lindström G, Eriksson M, Carlberg M (2006b). In utero exposure to persistent organic pollutants in relation to testicular cancer risk. *Int J Androl*, 29(1):228–34. doi:10.1111/j.1365-2605.2005.00622.x PMID:16371110

Hardell L, Liljegren G, Lindström G, van Bavel B, Fredrikson M, Hagberg H (1997). Polychlorinated biphenyls, chlordanes, and the etiology of non-Hodgkin's lymphoma. *Epidemiology*, 8(6):689 doi:10.1097/00001648-199711000-00023 PMID:9345674

Hardell L, van Bavel B, Lindström G, Carlberg M, Dreifaldt AC, Wijkström H et al. (2003). Increased concentrations of polychlorinated biphenyls, hexachlorobenzene, and chlordanes in mothers of men with testicular cancer. *Environ Health Perspect*, 111(7):930–4. doi:10.1289/ehp.5816 PMID:12782494

Hardell L, Van Bavel B, Lindström G, Carlberg M, Eriksson M, Dreifaldt AC et al. (2004). Concentrations of polychlorinated biphenyls in blood and the risk for testicular cancer. *Int J Androl*, 27(5):282–90. doi:10.1111/j.1365-2605.2004.00489.x PMID:15379968

Hardell L, Vanbavel B, Lindstrom G, Fredrikson M, Hagberg H, Liljegren G et al. (1996). Higher concentrations of specific polychlorinated biphenyl congeners in adipose tissue from non-Hodgkin's lymphoma patients compared with controls without a malignant disease. *Int J Oncol*, 9(4):603–8. PMID:21541557

Hay A, Tarrel J (1997). Mortality of power workers exposed to phenoxy herbicides and polychlorinated biphenyls in waste transformer oil. *Ann N Y Acad Sci*, 837:138–56. doi:10.1111/j.1749-6632.1997.tb56871.x PMID:9472337

Helmfrid I, Berglund M, Löfman O, Wingren G (2012). Health effects and exposure to polychlorinated biphenyls (PCBs) and metals in a contaminated community. *Environ Int*, 44:53–8. doi:10.1016/j.envint.2012.01.009 PMID:22336529

Helzlsouer KJ, Alberg AJ, Huang HY, Hoffman SC, Strickland PT, Brock JW et al. (1999). Serum concentrations of organochlorine compounds and the subsequent development of breast cancer. *Cancer Epidemiol Biomarkers Prev*, 8(6):525–32. PMID:10385143

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 416

Holford TR, Zheng T, Mayne ST, Zahm SH, Tessari JD, Boyle P (2000). Joint effects of nine polychlorinated biphenyl (PCB) congeners on breast cancer risk. *Int J Epidemiol*, 29(6):975–82. doi:10.1093/ije/29.6.975 PMID:11101537

Hopf NB, Waters MA, Ruder AM (2009). Cumulative exposure estimates for polychlorinated biphenyls using a job-exposure matrix. *Chemosphere*, 76(2):185–93. doi:10.1016/j.chemosphere.2009.03.058 PMID:19394668

Hopf NB, Waters MA, Ruder AM, Prince MM (2010). Development of a retrospective job exposure matrix for PCB-exposed workers in capacitor manufacturing. *J Occup Health*, 52(4):199–208. doi:10.1539/joh.L9151 PMID:20467200

Hoppin JA, Tolbert PE, Holly EA, Brock JW, Korrick SA, Altshul LM *et al.* (2000). Pancreatic cancer and serum organochlorine levels. *Cancer Epidemiol Biomarkers Prev*, 9(2):199–205. PMID:10698482

Howsam M, Grimalt JO, Guinó E, Navarro M, Martí-Ragué J, Peinado MA *et al.*; Bellvitge Colorectal Cancer Group (2004). Organochlorine exposure and colorectal cancer risk. *Environ Health Perspect*, 112(15):1460–6. doi:10.1289/ehp.7143 PMID:15531428

Høyer AP, Gerdes AM, Jørgensen T, Rank F, Hartvig HB (2002). Organochlorines, p53 mutations in relation to breast cancer risk and survival. A Danish cohort-nested case-controls study. *Breast Cancer Res Treat*, 71(1):59–65. doi:10.1023/A:1013340327099 PMID:11859874

Høyer AP, Grandjean P, Jørgensen T, Brock JW, Hartvig HB (1998). Organochlorine exposure and risk of breast cancer. *Lancet*, 352(9143):1816–20. doi:10.1016/S0140-6736(98)04504-8 PMID:9851382

Høyer AP, Jørgensen T, Grandjean P, Hartvig HB (2000). Repeated measurements of organochlorine exposure and breast cancer risk (Denmark). *Cancer Causes Control*, 11(2):177–84. doi:10.1023/A:1008926219539 PMID:10710203

Høyer AP, Jørgensen T, Rank F, Grandjean P (2001). Organochlorine exposures influence on breast cancer risk and survival according to estrogen receptor status: a Danish cohort-nested case-control study. *BMC Cancer*, 1:8 doi:10.1186/1471-2407-1-8 PMID:11518544

Hsieh SF, Yen YY, Lan SJ, Hsieh CC, Lee CH, Ko YC (1996). A cohort study on mortality and exposure to polychlorinated biphenyls. *Arch Environ Health*, 51(6):417–24. doi:10.1080/00039896.1996.9936040 PMID:9012319

Hunter DJ, Hankinson SE, Laden F, Colditz GA, Manson JE, Willett WC *et al.* (1997). Plasma organochlorine levels and the risk of breast cancer. *N Engl J Med*, 337(18):1253–8. doi:10.1056/NEJM199710303371801 PMID:9345073

Ikeda M, Yoshimura T (1996). Survival of patients. In: Kuratsune M, Yoshimura H, Hori Y, Okumura M, editors. Yusho - A Human Disaster Caused by PCRs

and Related Compounds. Fukuoka: Kyushu University Press. pp. 316–323.

Itoh H, Iwasaki M, Hanaoka T, Kasuga Y, Yokoyama S, Onuma H *et al.* (2009). Serum organochlorines and breast cancer risk in Japanese women: a case-control study. *Cancer Causes Control*, 20(5):567–80. doi:10.1007/s10552-008-9265-z PMID:19031103

Kashima S, Yorifuji T, Tsuda T (2011). Acute non-cancer mortality excess after polychlorinated biphenyls and polychlorinated dibenzofurans mixed exposure from contaminated rice oil: Yusho. *Sci Total Environ*, 409(18):3288–94. doi:10.1016/j.scitotenv.2011.05.038 PMID:21684577

Kimbrough RD, Doemland ML, LeVois ME (1999). Mortality in male and female capacitor workers exposed to polychlorinated biphenyls. *J Occup Environ Med*, 41(3):161–71. doi:10.1097/00043764-199903000-00005 PMID:10091139

Kimbrough RD, Doemland ML, Mandel JS (2003). A mortality update of male and female capacitor workers exposed to polychlorinated biphenyls. *J Occup Environ Med*, 45(3):271–82. doi:10.1097/01.jom.0000052959.59271.59 PMID:12661184

Krieger N, Wolff MS, Hiatt RA, Rivera M, Vogelman J, Orentreich N (1994). Breast cancer and serum organochlorines: a prospective study among white, black, and Asian women. *J Natl Cancer Inst*, 86(8):589–99. doi:10.1093/jnci/86.8.589 PMID:8145274

Kuratsune M (1976). Epidemiologic studies on Yusho. In: Higuchi K, editor. PCB Poisoning and Pollution. Tokyo: Kodansha Ltd. pp. 9–23.

Kuratsune M, Ikeda M, Nakamura M, Hirohata T (1988). A Cohort study on mortality of "Yusho" patients: A preliminary report. In: Miller RW et al., editors. Unusual occurrences as clues to cancer Etiology. Tokyo, Japan: Sci. Soc. Press/Taylor & Francis Ltd. pp. 61–66.

Laden F, Bertrand KA, Altshul L, Aster JC, Korrick SA, Sagiv SK (2010). Plasma organochlorine levels and risk of non-Hodgkin lymphoma in the Nurses' Health Study. *Cancer Epidemiol Biomarkers Prev*, 19(5):1381–4. doi:10.1158/1055-9965.EPI-10-0125 PMID:20406963

Laden F, Collman G, Iwamoto K, Alberg AJ, Berkowitz GS, Freudenheim JL *et al.* (2001b). 1,1-Dichloro-2,2-bis(p-chlorophenyl)ethylene and polychlorinated biphenyls and breast cancer: combined analysis of five U.S. studies. *J Natl Cancer Inst*, 93(10):768–76. doi:10.1093/jnci/93.10.768 PMID:11353787

Laden F, Hankinson SE, Wolff MS, Colditz GA, Willett WC, Speizer FE *et al.* (2001a). Plasma organochlorine levels and the risk of breast cancer: an extended follow-up in the Nurses' Health Study. *Int J Cancer*, 91(4):568–74. doi:10.1002/1097-0215(200002)9999:9999<::AID-IJC1081>3.0.CO;2-W PMID:11251983

Laden F, Ishibe N, Hankinson SE, Wolff MS, Gertig DM, Hunter DJ *et al.* (2002). Polychlorinated biphenyls, cytochrome P450 1A1, and breast cancer risk in the

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 417

Nurses' Health Study. *Cancer Epidemiol Biomarkers Prev*, 11(12):1560–5. PMID:12496044

Li MC, Tsai PC, Chen PC, Hsieh CJ, Leon Guo YL, Rogan WJ (2013). Mortality after exposure to polychlorinated biphenyls and dibenzofurans: 30 years after the "Yucheng accident". *Environ Res*, 120:71–5. doi:10.1016/j.envres.2012.09.003 PMID:23026800

Li Y, Millikan RC, Bell DA, Cui L, Tse CK, Newman B et al. (2005). Polychlorinated biphenyls, cytochrome P450 1A1 (CYP1A1) polymorphisms, and breast cancer risk among African American women and white women in North Carolina: a population-based case-control study. *Breast Cancer Res*, 7(1):R12–8. doi:10.1186/bcr941 PMID:15642161

Liljegren G, Hardell L, Lindström G, Dahl P, Magnuson A (1998). Case-control study on breast cancer and adipose tissue concentrations of congener specific polychlorinated biphenyls, DDE and hexachlorobenzene. *Eur J Cancer Prev*, 7(2):135–40. PMID:9818775

Loomis D, Browning SR, Schenck AP, Gregory E, Savitz DA (1997). Cancer mortality among electric utility workers exposed to polychlorinated biphenyls. *Occup Environ Med*, 54(10):720–8. doi:10.1136/oem.54.10.720 PMID:9404319

Maifredi G, Donato F, Magoni M, Orizio G, Gelatti U, Maiolino P et al. (2011). Polychlorinated biphenyls and non-Hodgkin's lymphoma: a case-control study in Northern Italy. *Environ Res*, 111(2):254–9. doi:10.1016/j.envres.2010.12.006 PMID:21238956

Mallin K, McCann K, D'Aloisio A, Freels S, Piorkowski J, Dimos J et al. (2004). Cohort mortality study of capacitor manufacturing workers, 1944–2000. *J Occup Environ Med*, 46(6):565–76. doi:10.1097/01.jom.0000128156.24767.12 PMID:15213519

McCready D, Aronson KJ, Chu W, Fan W, Vesprini D, Narod SA (2004). Breast tissue organochlorine levels and metabolic genotypes in relation to breast cancer risk Canada. *Cancer Causes Control*, 15(4):399–418. doi:10.1023/B:CACO.0000027505.32564.c2 PMID:15141140

McElroy JA, Kanarek MS, Trentham-Dietz A, Robert SA, Hampton JM, Newcomb PA et al. (2004). Potential exposure to PCBs, DDT, and PBDEs from sport-caught fish consumption in relation to breast cancer risk in Wisconsin. *Environ Health Perspect*, 112(2):156–62. doi:10.1289/ehp.6506 PMID:14754569

McGlynn KA, Quraishi SM, Graubard BI, Weber JP, Rubertone MV, Erickson RL (2009). Polychlorinated biphenyls and risk of testicular germ cell tumors. *Cancer Res*, 69(5):1901–9. doi:10.1158/0008-5472.CAN-08-3935 PMID:19223531

Mikoczy Z, Rylander L (2009). Mortality and cancer incidence in cohorts of Swedish fishermen and fishermen's wives: updated findings. *Chemosphere*, 74(7):938–43. doi:10.1016/j.chemosphere.2008.10.006 PMID:19041115

Millikan R, DeVoto E, Duell EJ, Tse CK, Savitz DA, Beach J et al. (2000). Dichlorodiphenyldichloroethene, polychlorinated biphenyls, and breast cancer among African-American and white women in North Carolina. *Cancer Epidemiol Biomarkers Prev*, 9(11):1233–40. PMID:11097232

Moysich KB, Ambrosone CB, Vena JE, Shields PG, Mendola P, Kostyniak P et al. (1998). Environmental organochlorine exposure and postmenopausal breast cancer risk. *Cancer Epidemiol Biomarkers Prev*, 7(3):181–8. PMID:9521429

Moysich KB, Mendola P, Schisterman EF, Freudenheim JL, Ambrosone CB, Vena JE et al. (1999a). An evaluation of proposed frameworks for grouping polychlorinated biphenyl (PCB) congener data into meaningful analytic units. *Am J Ind Med*, 35(3):223–31. doi:10.1002/(SICI)1097-0274(199903)35:3<223::AID-AJIM2>3.0.CO;2-L PMID:9987555

Moysich KB, Shields PG, Freudenheim JL, Schisterman EF, Vena JE, Kostyniak P et al. (1999b). Polychlorinated biphenyls, cytochrome P4501A1 polymorphism, and postmenopausal breast cancer risk. *Cancer Epidemiol Biomarkers Prev*, 8(1):41–4. PMID:9950238

Nilsen NB, Waters MA, Prince MM et al. (2004). Workers exposed to PCBs in a capacitor manufacturing plant (plant 1; 1948–1977) IWS-95–12. NY, Fort Edwards, Hudson Falls: NIOSH, Cincinnati, Ohio. Report nr IWSB 95–12, pp. 1–148.

Nordström M, Hardell L, Lindström G, Wingfors H, Hardell K, Linde A (2000). Concentrations of organochlorines related to titers to Epstein-Barr virus early antigen IgG as risk factors for hairy cell leukemia. *Environ Health Perspect*, 108(5):441–5. doi:10.1289/ehp.00108441 PMID:10811571

Onozuka D, Yoshimura T, Kaneko S, Furue M (2009). Mortality after exposure to polychlorinated biphenyls and polychlorinated dibenzofurans: a 40-year follow-up study of Yusho patients. *Am J Epidemiol*, 169(1):86–95. doi:10.1093/aje/kwn295 PMID:18974082

Pannett B, Coggon D, Acheson ED (1985). A job-exposure matrix for use in population based studies in England and Wales. *Br J Ind Med*, 42(11):777–83. PMID:4063222

Pavuk M, Cerhan JR, Lynch CF, Kocan A, Petrik J, Chovancova J (2003). Case-control study of PCBs, other organochlorines and breast cancer in Eastern Slovakia. *J Expo Anal Environ Epidemiol*, 13(4):267–75. doi:10.1038/sj.jea.7500277 PMID:12923553

Pesatori AC, Grillo P, Consonni D, Caironi M, Sampietro G, Olivari L et al. (2013). Update of the mortality study of workers exposed to polychlorinated biphenyls (Pcbs) in two Italian capacitor manufacturing plants. *Med Lav*, 104(2):107–14. PMID:23789517

Prince MM, Hein MJ, Ruder AM, Waters MA, Laber PA, Whelan EA (2006a). Update: cohort mortality study of workers highly exposed to polychlorinated biphenyls (PCBs) during the manufacture of electrical capacitors,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 418

1940–1998. *Environ Health*, 5:13 doi:10.1186/1476-069X-5-13 PMID:16716225

Prince MM, Ruder AM, Hein MJ, Waters MA, Whelan EA, Nilsen N *et al.* (2006b). Mortality and exposure response among 14,458 electrical capacitor manufacturing workers exposed to polychlorinated biphenyls (PCBs). *Environ Health Perspect*, 114(10):1508–14. doi:10.1289/ehp.9175 PMID:17035134

Purdue MP, Engel LS, Langseth H, Needham LL, Andersen A, Barr DB *et al.* (2009). Prediagnostic serum concentrations of organochlorine compounds and risk of testicular germ cell tumors. *Environ Health Perspect*, 117(10):1514–9. doi:10.1289/ehp.0800359 PMID:20019899

Raaschou-Nielsen O, Pavuk M, Leblanc A, Dumas P, Philippe Weber J, Olsen A *et al.* (2005). Adipose organochlorine concentrations and risk of breast cancer among postmenopausal Danish women. *Cancer Epidemiol Biomarkers Prev*, 14(1):67–74. PMID:15668478

Recio-Vega R, Velazco-Rodriguez V, Ocampo-Gómez G, Hernandez-Gonzalez S, Ruiz-Flores P, Lopez-Marquez F (2011). Serum levels of polychlorinated biphenyls in Mexican women and breast cancer risk. *J Appl Toxicol*, 31(3):270–8. doi:10.1002/jat.1672 PMID:21480306

Recio-Vega R, Mendez-Henandez A, Gabriel AP, Jacobo-Avila A, Portales-Castanedo A, Hernandez-Gonzalez S *et al.* (2012). Potentially estrogenic polychlorinated biphenyls congeners serum levels and its relation with lung cancer. *J Appl Toxicol*, PMID:22729568

Ritchie JM, Vial SL, Fuortes LJ, Guo H, Reedy VE, Smith EM (2003). Organochlorines and risk of prostate cancer. *J Occup Environ Med*, 45(7):692–702. doi:10.1097/01.jom.0000071510.96740.0b PMID:12855910

Ritchie JM, Vial SL, Fuortes LJ, Robertson LW, Guo H, Reedy VE *et al.* (2005). Comparison of proposed frameworks for grouping polychlorinated biphenyl congener data applied to a case-control pilot study of prostate cancer. *Environ Res*, 98(1):104–13. doi:10.1016/j.envres.2004.05.013 PMID:15721890

Robinson CF, Petersen M, Palu S (1999). Mortality patterns among electrical workers employed in the U.S. construction industry, 1982–1987. *Am J Ind Med*, 36(6):630–7. doi:10.1002/(SICI)1097-0274(199912)36:6<630::AID-AJIM5>3.0.CO;2-6 PMID:10561683

Rothman N, Cantor KP, Blair A, Bush D, Brock JW, Helzlsouer K *et al.* (1997). A nested case-control study of non-Hodgkin lymphoma and serum organochlorine residues. *Lancet*, 350(9073):240–4. doi:10.1016/S0140-6736(97)02088-6 PMID:9242800

Rubin CH, Lanier A, Kieszak S, Brock JW, Koller KR, Strosnider H *et al.* (2006). Breast cancer among Alaska Native women potentially exposed to environmental organochlorine chemicals. *Int J Circumpolar Health*, 65(1):18–27. PMID:16544644

Ruder AM, Hein MJ, Hopf NB, Waters MA (2014). Mortality among 24,865 workers exposed to polychlorinated biphenyls (PCBs) in three electrical capacitor manufacturing plants: a ten-year update. *Int J Hyg Environ Health*, 217:2-3: 176–87. doi:10.1016/j.ijheh.2013.04.006 PMID:23707056

Ruder AM, Hein MJ, Nilsen N, Waters MA, Laber P, Davis-King K *et al.* (2006). Mortality among workers exposed to polychlorinated biphenyls (PCBs) in an electrical capacitor manufacturing plant in Indiana: an update. *Environ Health Perspect*, 114(1):18–23. doi:10.1289/ehp.8253 PMID:16393652

Rusiecki JA, Holford TR, Zahm SH, Zheng T (2004). Polychlorinated biphenyls and breast cancer risk by combined estrogen and progesterone receptor status. *Eur J Epidemiol*, 19(8):793–801. doi:10.1023/B:EJEP.0000036580.05471.31 PMID:15469037

Rylander L, Hagmar L (1995). Mortality and cancer incidence among women with a high consumption of fatty fish contaminated with persistent organochlorine compounds. *Scand J Work Environ Health*, 21(6):419–26. doi:10.5271/sjweh.57 PMID:8824747

Savitz DA, Loomis DP (1995). Magnetic field exposure in relation to leukemia and brain cancer mortality among electric utility workers. *Am J Epidemiol*, 141(2):123–34. PMID:7817968

Sawada N, Iwasaki M, Inoue M, Itoh H, Sasazuki S, Yamaji T *et al.* (2010). Plasma organochlorines and subsequent risk of prostate cancer in Japanese men: a nested case-control study. *Environ Health Perspect*, 118(5):659–65. doi:10.1289/ehp.0901214 PMID:20435560

Seidler A, Heiskel H, Bickeböller R, Elsner G (1998). Association between diesel exposure at work and prostate cancer. *Scand J Work Environ Health*, 24(6):486–94. doi:10.5271/sjweh.373 PMID:9988091

Silver SR, Whelan EA, Deddens JA, Steenland NK, Hopf NB, Waters MA *et al.* (2009). Occupational exposure to polychlorinated biphenyls and risk of breast cancer. *Environ Health Perspect*, 117(2):276–82. PMID:19270799

Sinks T, Steele G, Smith AB, Watkins K, Shults RA (1992). Mortality among workers exposed to polychlorinated biphenyls. *Am J Epidemiol*, 136(4):389–98. PMID:1415158

Spinelli JJ, Ng CH, Weber JP, Connors JM, Gascoyne RD, Lai AS *et al.* (2007). Organochlorines and risk of non-Hodgkin lymphoma. *Int J Cancer*, 121(12):2767–75. doi:10.1002/ijc.23005 PMID:17722095

Steineck G, Plato N, Gerhardsson M, Norell SE, Hogstedt C (1990). Increased risk of urothelial cancer in Stockholm during 1985–87 after exposure to benzene and exhausts. *Int J Cancer*, 45(6):1012–7. doi:10.1002/ijc.2910450605 PMID:1693598

Stellman SD, Djordjevic MV, Britton JA, Muscat JE, Citron ML, Kemeny M *et al.* (2000). Breast cancer risk in relation to adipose concentrations of organochlorine pesticides and polychlorinated biphenyls in Long

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 419

Island, New York. *Cancer Epidemiol Biomarkers Prev*, 9(11):1241–9. PMID:11097233

Sturgeon SR, Brock JW, Potischman N, Needham LL, Rothman N, Brinton LA *et al.* (1998). Serum concentrations of organochlorine compounds and endometrial cancer risk (United States). *Cancer Causes Control*, 9(4):417–24. doi:10.1023/A:1008823802393 PMID:9794174

Svensson BG, Nilsson A, Jonsson E, Schütz A, Akesson B, Hagmar L (1995). Fish consumption and exposure to persistent organochlorine compounds, mercury, selenium and methylamines among Swedish fishermen. *Scand J Work Environ Health*, 21(2):96–105. doi:10.5271/sjweh.16 PMID:7618064

Tironi A, Pesatori A, Consonni D, Zocchetti C, Bertazzi PA (1996). The mortality of female workers exposed to PCBs *Epidemiol Prev*, 20(2-3):200–2.[Italian] PMID:8766323

Tomasallo C, Anderson H, Haughwout M, Imm P, Knobeloch L (2010). Mortality among frequent consumers of Great Lakes sport fish. *Environ Res*, 110(1):62–9. doi:10.1016/j.envres.2009.09.008 PMID:19811780

Tsai PC, Ko YC, Huang W, Liu HS, Guo YL (2007). Increased liver and lupus mortalities in 24-year follow-up of the Taiwanese people highly exposed to polychlorinated biphenyls and dibenzofurans. *Sci Total Environ*, 374(2-3):216–22. doi:10.1016/j.scitotenv.2006.12.024 PMID:17257654

Turunen AW, Verkasalo PK, Kiviranta H, Pukkala E, Jula A, Männistö S *et al.* (2008). Mortality in a cohort with high fish consumption. *Int J Epidemiol*, 37(5):1008–17. doi:10.1093/ije/dyn117 PMID:18579573

Tynes T, Reitan JB, Andersen A (1994). Incidence of cancer among workers in Norwegian hydroelectric power companies. *Scand J Work Environ Health*, 20(5):339–44. doi:10.5271/sjweh.1388 PMID:7863297

Unger M, Kiaer H, Blichert-Toft M, Olsen J, Clausen J (1984). Organochlorine compounds in human breast fat from deceased with and without breast cancer and in a biopsy material from newly diagnosed patients undergoing breast surgery. *Environ Res*, 34(1):24–8. doi:10.1016/0013-9351(84)90072-0 PMID:6426947

Urabe H (1974). The fourth report of the study group on 'Yusho'. *Fukuoka Acta Med.*, 65:1–4.

Villeneuve S, Cyr D, Lynge E, Orsi L, Sabroe S, Merletti F *et al.* (2010). Occupation and occupational exposure to endocrine disrupting chemicals in male breast cancer: a case-control study in Europe. *Occup Environ Med*, 67(12):837–44. doi:10.1136/oem.2009.052175 PMID:20798010

Wang SS, Lu Y, Rothman N, Abdou AM, Cerhan JR, De Roos A *et al.* (2011). Variation in effects of non-Hodgkin lymphoma risk factors according to the human leukocyte antigen (HLA)-DRB1*01:01 allele and ancestral haplotype 8.1. *PLoS One*, 6(11):e26949 doi:10.1371/journal.pone.0026949 PMID:22096508

Ward EM, Schulte P, Grajewski B, Andersen A, Patterson DG Jr, Turner W *et al.* (2000). Serum organochlorine levels and breast cancer: a nested case-control study of Norwegian women. *Cancer Epidemiol Biomarkers Prev*, 9(12):1357–67. PMID:11142422

Ward MH, Colt JS, Metayer C, Gunier RB, Lubin J, Crouse V *et al.* (2009). Residential exposure to polychlorinated biphenyls and organochlorine pesticides and risk of childhood leukemia. *Environ Health Perspect*, 117(6):1007–13. PMID:19590698

Weiderpass E, Adami HO, Baron JA, Wicklund-Glynn A, Aune M, Atuma S *et al.* (2000). Organochlorines and endometrial cancer risk. *Cancer Epidemiol Biomarkers Prev*, 9(5):487–93. PMID:10815693

Wolff MS, Berkowitz GS, Brower S, Senie R, Bleiweiss IJ, Tartter P *et al.* (2000b). Organochlorine exposures and breast cancer risk in New York City women. *Environ Res*, 84(2):151–61. doi:10.1006/enrs.2000.4075 PMID:11068929

Wolff MS, Camann D, Gammon M, Stellman SD (1997). Proposed PCB congener groupings for epidemiological studies. *Environ Health Perspect*, 105(1):13–4. doi:10.1289/ehp.9710513 PMID:9074863

Wolff MS, Toniolo PG (1995). Environmental organochlorine exposure as a potential etiologic factor in breast cancer. *Environ Health Perspect*, 103:Suppl 7: 141–5. PMID:8593861

Wolff MS, Toniolo PG, Lee EW, Rivera M, Dubin N (1993). Blood levels of organochlorine residues and risk of breast cancer. *J Natl Cancer Inst*, 85(8):648–52. doi:10.1093/jnci/85.8.648 PMID:8468722

Wolff MS, Zeleniuch-Jacquotte A, Dubin N, Toniolo P (2000a). Risk of breast cancer and organochlorine exposure. *Cancer Epidemiol Biomarkers Prev*, 9(3):271–7. PMID:10750665

Woolcott CG, Aronson KJ, Hanna WM, SenGupta SK, McCready DR, Sterns EE *et al.* (2001). Organochlorines and breast cancer risk by receptor status, tumor size, and grade (Canada). *Cancer Causes Control*, 12(5):395–404. doi:10.1023/A:1011289905751 PMID:11545454

Yassi A, Tate R, Fish D (1994). Cancer mortality in workers employed at a transformer manufacturing plant. *Am J Ind Med*, 25(3):425–37. doi:10.1002/ajim.4700250310 PMID:8160660

Yassi A, Tate RB, Routledge M (2003). Cancer incidence and mortality in workers employed at a transformer manufacturing plant: update to a cohort study. *Am J Ind Med*, 44(1):58–62. doi:10.1002/ajim.10237 PMID:12822136

Yoshimura T (2012). Yusho. Yusho: 43 years later. *Kaohsiung J Med Sci*, 28(7):Suppl S49–52. doi:10.1016/j.kjms.2012.05.010 PMID:22871602

Yu ML, Guo YL, Hsu CC, Rogan WJ (1997). Increased mortality from chronic liver disease and cirrhosis 13

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 420

years after the Taiwan "yucheng" ("oil disease") incident. *Am J Ind Med*, 31(2):172–5. doi:10.1002/(SICI)1097-0274(199702)31:2<172::AID-AJIM6>3.0.CO;2-1 PMID:9028433

Zhang Y, Wise JP, Holford TR, Xie H, Boyle P, Zahm SH *et al.* (2004). Serum polychlorinated biphenyls, cytochrome P-450 1A1 polymorphisms, and risk of breast cancer in Connecticut women. *Am J Epidemiol*, 160(12):1177–83. doi:10.1093/aje/kwh346 PMID:15583370

Zheng T, Holford TR, Mayne ST, Tessari J, Ward B, Carter D *et al.* (2000b). Risk of female breast cancer associated with serum polychlorinated biphenyls and 1,1-dichloro-2,2'-bis(p-chlorophenyl)ethylene. *Cancer Epidemiol Biomarkers Prev*, 9(2):167–74. PMID:10698477

Zheng T, Holford TR, Tessari J, Mayne ST, Owens PH, Ward B *et al.* (2000a). Breast cancer risk associated with congeners of polychlorinated biphenyls. *Am J Epidemiol*, 152(1):50–8. doi:10.1093/aje/152.1.50 PMID:10901329

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 421

# 3. CANCER IN EXPERIMENTAL ANIMALS

In previous evaluations in 1978, 1979, 1987, and 2012 (IARC, 1978, 1979, 1987, 2012), the Working Group concluded that there was *sufficient evidence* in experimental animals for the carcinogenicity of polychlorinated biphenyls (PCBs). New data have since become available, and these have been taken into account in the present evaluation.

## 3.1   Oral administration

See Table 3.1 and Table 3.2

### 3.1.1   Individual PCBs and binary mixtures

The United States National Toxicology Program (NTP) has conducted a series of studies to evaluate the carcinogenicity of some PCB congeners administered alone or as binary mixtures in female Harlan Sprague-Dawley rats treated by gavage.

### (a)    PCB-126

#### Rat

Groups of 81 female Harlan Sprague-Dawley rats (age, 8 weeks) were given the dioxin-like congener PCB-126 at a dose of 0 (vehicle control), 30, 100, 175, 300, 550, or 1000 ng/kg body weight (bw) by gavage in corn oil : acetone (99 : 1), 5 days per week, for up to 104 weeks (core study) (Brix et al., 2004; Nyska et al., 2004; Walker et al., 2005; Yoshizawa et al., 2005, 2007, 2009; NTP, 2006a). Ten rats per group were evaluated at 14, 31, or 53 weeks. A stop-exposure group of 50 female rats was given PCB-126 at a dose of 1000 ng/kg bw in corn oil : acetone (99 : 1) by gavage for 30 weeks, then the vehicle only for the remainder of the study. There were treatment-related increases in the incidences of cholangiocarcinoma and hepatocellular adenoma in rats treated with PCB-126 at doses of 300 ng/kg bw or higher, and 550 ng/kg bw or higher, respectively, for up to 104 weeks. There were three hepatocholangiomas in the group at 1000 ng/kg bw, and single incidences of cholangioma in the groups at 550 and 1000 ng/kg bw. [These tumours are rare, and it was uncertain whether they were related to treatment.] There were also statistically significant, dose-related increases in the incidences of a spectrum of non-neoplastic lesions that collectively were diagnosed as toxic hepatopathy. Significant increases in the incidence of cystic keratinizing epithelioma of the lung occurred in rats at 550 ng/kg bw or higher, and non-statistically significant low incidences of squamous cell carcinoma of the lung were also observed at the highest doses in the core-study groups. Gingival squamous cell carcinomas were observed in all exposure groups, and incidence was significantly increased in the group at 1000 ng/kg bw (core study). Adenomas and/or carcinomas were present in the adrenal cortex of rats in most groups, including the stop-exposure group, with a positive trend in the incidence of adenoma or carcinoma (combined) with increasing dose.

259

**Table 3.1 Studies of carcinogenicity in rats exposed to PCBs and related compounds**

*Individual PCBs and binary mixtures*

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Harlan Sprague-Dawley (F) 104 wk NTP (2006a) | Core study: PCB-126 in corn oil : acetone (99 : 1) by gavage at doses of 0, 30, 100, 175, 300, 550, or 1000 ng/kg bw, 5 days/wk, for 104 wk 81 rats/group Stop-exposure study: PCB-126 at 1000 ng/kg for 30 wk followed by vehicle for the remainder of the study 50/group Interim evaluations: 10 rats per core study group were evaluated at wks 14, 31, and 53 | *Liver* Cholangiocarcinoma (includes multiple): 0/53, 0/55, 1/53, 0/53, 5/53, 6/51, 22/53; 0/53, 2/50 (stop-exposure) Multiple: 0/53, 0/55, 0/53, 0/53, 4/51, 15/53; 0/53, 0/50 (stop-exposure) Hepatocellular adenoma[a] (includes multiple): 1/53, 2/55, 1/53, 0/53, 2/53, 4/51, 7/53; 1/53, 0/50 (stop-exposure) Multiple: 0/53, 0/55, 0/53, 0/53, 0/53, 0/51, 1/53; 0/53, 0/50 (stop-exposure) Hepatocholangioma[a] (includes multiple): 0/53, 0/55, 0/53, 0/53, 0/51, 3/53; 0/53, 0/50 (stop-exposure) Multiple: 0/53, 0/55, 0/53, 0/53, 0/53, 0/51, 1/53; 0/53, 0/50 (stop-exposure) Cholangioma[b]: 0/53, 0/55, 0/53, 0/53, 0/53, 1/51, 1/53; 0/53, 0/50 (stop-exposure) *Lung* Cystic keratinizing epithelioma (includes multiple): 0/53, 0/55, 0/53, 0/53, 1/53, 11/51**, 35/51*; 0/53, 0/50 (stop-exposure) Multiple: 0/53, 0/55, 0/53, 0/53, 0/53, 8/51*, 30/51*; 0/53, 0/50 (stop-exposure) Squamous cell carcinoma: 0/53, 0/55, 0/53, 0/53, 1/51, 2/51; 0/53, 0/50 (stop-exposure) | *P* < 0.001 (1000 ng/kg bw) *P* < 0.001 (trend) *P* ≤ 0.001 (1000 ng/kg bw) *P* = 0.033 (1000 ng/kg bw) *P* < 0.001 (trend) *P* < 0.001 (trend) NS NS *P* < 0.001 **P* = 0.002 *P* < 0.001 (trend) *P* ≤ 0.001 NS | Purity, 99% The overall incidence values are presented, but statistical analyses are based on the poly 3 test used by NTP that takes survival differences into account *Non-neoplastic lesions* Liver: toxic hepatopathy that included hepatocyte hypertrophy and hyperplasia, bile duct and oval cell hyperplasia, nodular hyperplasia, cholangiofibrosis, multinucleated hepatocytes, diffuse fatty change, bile duct cyst, necrosis, pigmentation, inflammation, portal fibrosis Lung: squamous metaplasia, and bronchiolar metaplasia of the alveolar epithelium No tumours were observed at interim evaluations at wk 14 and 31 |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D − 423

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Harlan Sprague-Dawley (F) 104 wk NTP (2006a) (cont.) | | *Oral mucosa* Gingival squamous cell carcinoma: 0/53, 1/55, 1/53, 1/53, 2/53, 2/53, 7/53*; 0/53, 2/50 (stop-exposure) | *$P$ = 0.010 $P$ < 0.001 (trend) | |
| | | *Adrenal cortex* Adenoma: 0/52, 1/55, 1/53, 0/53, 0/53, 1/52, 2/53; 0/52, 2/50 (stop-exposure) | NS | |
| | | Carcinoma: 0/52, 1/55, 0/53, 0/53, 1/53, 0/52, 2/53; 0/52, 1/50 (stop-exposure) | NS | |
| | | Adenoma or carcinoma (combined): 0/52, 2/55, 1/53, 0/53, 1/53, 1/52, 4/53; 0/52, 3/50 (stop-exposure) | $P$ = 0.022 (trend) | |
| Harlan Sprague-Dawley (F) 105 wk NTP (2006b) | Core study: PCB-153 in corn oil : acetone (99 : 1) by gavage at doses of 0, 10, 100, 300, 1000 or 3000 µg/kg bw by gavage, 5 days/wk for 105 wk 80–82 rats/group Stop-exposure study: 3000 µg/kg bw for 30 wk followed by vehicle for the remainder of the study 50/group Interim evaluations: 10 rats per core study group were evaluated at 14, 31, and 53 wk | *Liver* Cholangioma: 0/53, 0/54, 0/53, 0/53, 2/53, 0/51; 0/53, 2/50 (stop-exposure) | NS | Purity, 99% *Non-neoplastic lesions* Liver: hepatocyte hypertrophy, bile duct hyperplasia, oval cell hyperplasia, fatty change and pigmentation Thyroid gland: follicular cell hypertrophy Ovary and oviduct: chronic active inflammation Uterus: suppurative inflammation No tumours were observed at 14 and 31 wk |
| | | Hepatocellular adenoma: 0/53, 0/54, 0/53, 0/53, 0/53, 1/51; 0/53, 0/50 (stop-exposure) | NS | |
| | | *Thyroid gland* Follicular cell adenoma: 0/51, 0/52, 0/53, 0/53, 0/53, 0/51; 0/51, 2/49 (stop-exposure) | NS | |
| | | *Interim evaluation (wk 53)* *Thyroid gland* Follicular cell adenoma: 0/10, 0/10, 1/10, 0/10, 0/10, 0/10 | NS | |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 424

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Harlan Sprague-Dawley (F) 105 wk NTP (2010) | Core study: PCB-118 by gavage in corn oil : acetone (99 : 1) at doses of 0, 100, 220, 460, 1000 or 4600 µg/kg bw, by gavage 5 days/ wk for 105 wk. 80/group Stop-exposure study: 4600 µg/kg bw for 30 wk followed by vehicle only for the remainder of the study 50/group Interim evaluations: 10 rats per core-study group were evaluated at 14, 31, and 53 wk | *Liver* Cholangiocarcinoma (includes multiple): 0/52, 0/51, 0/52, 0/52, 3/52, 36/49; 0/52, 29/49 (stop-exposure) | *P* < 0.001 (4600 µg/kg and stop-exposure) *P* < 0.001 (trend) | Purity: > 99% PCB-118 was analysed for the presence of PCDDs, PCDFs, and PCBs; trace amounts of TCDD (0.000005%), TCDF (0.0000050%), PCB-126 (0.0000170%), PCB-169 (0.0000003%) and various other PCB congeners were found. The calculated total non-PCB-118 TEQ contribution was 0.39 ng TEQ/1000 µg of PCB-118 bulk test article |
| | | Multiple: 0/52, 0/51, 0/52, 0/52, 0/52, 30/49; 0/52, 17/49 (stop exposure) | *P* ≤ 0.001 (4600 µg/kg) | *Non-neoplastic lesions* Liver: toxic hepatopathy that included hepatocyte hypertrophy and hyperplasia, bile duct and oval cell hyperplasia, |
| | | Hepatocellular adenoma (includes multiple): 0/52, 1/51, 1/52, 4/52, 12/52, 24/49; 0/52, 1/49 (stop-exposure) | *P* < 0.001 (1000 and 4600 µg/kg) *P* < 0.001 (trend) | nodular hyperplasia, cholangiofibrosis, multinucleated hepatocytes, diffuse fatty change bile duct cyst, necrosis, pigmentation, inflammation, portal fibrosis |
| | | Multiple: 0/52, 0/51, 0/52, 0/52, 4/52, 14/49; 0/52, 1/49 (stop-exposure) | *P* ≤ 0.01 (4600 µg/kg) | Lung: alveolar epithelium, metaplasia; bronchiolar epithelium, squamous metaplasia |
| | | Hepatocellular carcinoma: 0/52, 0/51, 0/52, 0/52, 3/52, 1/49; 0/52, 0/49 (stop-exposure) | NS | Adrenal cortex: atrophy and hyperplasia Thyroid gland: follicular cell, hypertrophy |
| | | Hepatocholangioma: 0/52, 0/51, 0/52, 0/52, 4/49; 0/52, 0/49 (stop-exposure) | *P* < 0.001 (trend) | Nose: respiratory epithelium, hyperplasia |
| | | *Lung* Cystic keratinizing epithelioma (includes multiple): 0/51, 0/52, 0/52, 0/52, 20/50; 0/51, 0/50 (stop-exposure) | *P* < 0.001 (4600 µg/kg) *P* < 0.001 (trend) | |
| | | Multiple: 0/51, 0/52, 0/52, 0/52, 8/50; 0/51, 0/50 (stop-exposure) | *P* ≤ 0.05 (4600 µg/kg) | |
| | | *Uterus* Carcinoma†: 2/52, 2/52, 1/52, 3/52, 4/52, 3/52; 2/52, 11/50 (stop-exposure) | *P* = 0.014 (stop-exposure) | |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 425

Polychlorinated biphenyls

## Table 3.1   (continued)

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Harlan Sprague-Dawley (F) 105 wk NTP (2010) (cont.) | | Squamous cell carcinoma: 0/52, 0/52, 3/52, 1/52, 1/52, 0/52; 0/52, 1/50 (stop exposure) | NS | Pancreas: acinus, cytoplasmic vacuolization |
| | | *Pancreas* | | Nose: inflammation |
| | | Acinar adenoma: 0/52, 0/52, 0/52, 2/52, 3/52, 1/47; 0/52, 0/49 (stop-exposure) | NS | Kidney: pigmentation |
| | | Acinar adenoma or carcinoma (combined): 0/52, 0/52, 0/52, 3/52, 3/52, 2/47; 0/52, 0/49 (stop exposure) | | No tumours were observed at interim evaluations at wk 14 and 31. |
| | | Interim evaluation (wk 53) | NS | |
| | | *Liver* | | |
| | | Cholangiocarcinoma (includes multiple): 0/8, 0/8, 0/10, 0/8, 3/8 | | |
| | | Hepatocellular adenoma: 0/8, 0/10, 0/8, 0/8, 1/8 | | |
| Harlan Sprague-Dawley (F) 105 wk NTP (2006c) | *Constant-ratio study:* PCB-126 and PCB-153 as binary mixture with PCB-126 at doses of 0, 10, 100, 300, 1000 ng/kg bw per day, and PCB-153 at 0, 10, 100, 300, 1000 µg/kg bw per day in corn oil : acetone (99 : 1) by gavage *Varying-ratio study:* PCB-126 and PCB-153 as binary mixture at doses of PCB-126 at 300, 300, 300 ng/kg bw per day, and PCB-153 at 100, 300, 1000 µg/kg bw per day by gavage in corn oil : acetone 80–81/group *Interim evaluations:* 10 rats per core-study group were evaluated at wk 14, 31, and 53 | *Constant-ratio study:* *Liver* Hepatocellular adenoma: 0/53, 0/53, 3/52, 5/52, 27/51* Multiple: 0/53, 0/53, 0/52, 0/52, 16/51* Hepatocellular carcinoma: 0/53, 0/53, 0/52, 0/52, 2/51 Cholangiocarcinoma: 0/53, 0/53, 1/52, 9/52*, 30/51** Multiple: 0/53, 0/53, 1/52, 5/53*, 21/52** Hepatocholangioma: 0/53, 0/53, 0/52, 2/52, 6/51* Multiple: 0/53, 0/53, 0/52, 0/52, 16/51* | *$P < 0.001$ $P < 0.001$ (trend) *$P \le 0.01$ NS *$P \le 0.05$ **$P \le 0.01$ *$P \le 0.05$ **$P \le 0.01$ $P \le 0.001$ (trend) *$P = 0.012$ $P \le 0.001$ (trend) *$P \le 0.01$ | Purity: > 99% (PCB-126 and PCB-153) *Non-neoplastic lesions* Liver: toxic hepatopathy that included hepatocyte hypertrophy and hyperplasia, bile duct and oval cell hyperplasia, nodular hyperplasia, cholangiofibrosis, multinucleated hepatocytes, diffuse fatty change bile duct cyst, necrosis, pigmentation, inflammation, portal fibrosis Lung: alveolar epithelium, metaplasia; bronchiolar epithelium, squamous metaplasia Adrenal cortex: atrophy and hyperplasia Thyroid gland: follicular cell hypertrophy Oral mucosa: gingival squamous hyperplasia |

263

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Harlan Sprague-Dawley (F) 105 wk NTP (2006c) (cont.) | | *Lung* Cystic keratinizing epithelioma: 0/53, 0/53, 0/52, 1/53, 11/52* | *P < 0.001 | |
| | | Multiple: 0/53, 0/53, 0/52, 0/53, 8/52* | P < 0.001 (trend) | |
| | | Squamous cell carcinoma: 0/53, 0/53, 0/52, 1/53, 1/52 | *P ≤ 0.01 | |
| | | | NS | |
| | | *Oral mucosa* Squamous cell carcinoma: 0/53, 0/53, 2/53*, 5/53, 9/53** | *P = 0.031 **P = 0.002 P < 0.001 (trend) | |
| | | *Pancreas, acinus* Adenoma: 0/53, 1/53, 1/52, 3/52, 1/50 | NS | Pancreas acinus atrophy and cytoplasmic vacuolization |
| | | Adenoma or carcinoma (combined): 0/53, 1/53, 1/52, 4/52, 2/50 | NS | |
| | | *Uterus* Squamous cell carcinoma: 1/53, 1/53, 1/53, 4/53, 0/53 | NS | |
| | | *Adrenal cortex* Adenoma: 0/53, 0/53, 0/52, 1/52, 1/51 | NS | |
| | | *Varying-ratio study:* *Liver* Hepatocellular adenoma: 2/50, 5/52, 21/51 | P ≤ 0.001 | For the varying-ratio study, note that P values represent a trend test across the three groups of PCB-126/PCB-153 mixtures and indicated the significance of the effect of increasing the proportion of PCB-153 in the mixture |
| | | Multiple: 2/50, 0/52, 7/51 | NR | |
| | | Cholangiocarcinoma: 7/50, 9/52, 25/51 | P ≤ 0.001 | |
| | | Multiple: 1/50, 5/52, 13/51 | NR | |
| | | Hepatocholangioma: 0/53, 0/50, 2/52, 2/51 | NR | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 427

Polychlorinated biphenyls

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Harlan Sprague-Dawley (F) 104 wk NTP (2006d) | *Core study:* PCB-126 and PCB-118 by gavage as binary mixture at doses of PCB-126 at 0, 62, 187, 622, 1866 or 3110 ng/kg bw per day, and PCB-118 at 0, 10, 30, 100, 300 or 500 µg/kg bw per day, in corn oil: acetone (99 : 1). [0, 7, 22, 72, 216 or 360 ng TEQ/kg bw] *Stop-exposure study:* PCB-126/PCB-118 at 3110 ng//500 µg/kg bw for 30 wk and then vehicle only for the remainder of the study. 81–86/group *Interim evaluations:* 10 rats per core study group were evaluated at 14, 31 and 53 wk | *Liver* Cholangiocarcinoma: 0/53, 0/51, 5/53, 19/53, 28/53, 12/65; 0/53, 19/50 (stop exposure) Multiple: 0/53, 0/51, 1/53, 12/53, 21/53, 72/65; 0/53, 12/50 (stop-exposure) Hepatocellular adenoma: 2/53, 1/51, 0/53, 4/53, 17/53, 5/65; 2/53, 1/50 (stop exposure) Multiple: 0/53, 0/51, 0/53, 2/53, 10/53, 2/65; 0/53, 0/50 (stop exposure) Hepatocellular carcinoma: 0/53, 0/51, 0/53, 0/53, 1/53, 0/65; 0/53, 0/50 (stop exposure) Hepatocholangioma: 0/53, 0/51, 0/53, 1/53, 1/53, 1/65; 0/53, 1/50 (stop exposure) Cholangioma: 0/53, 0/51, 0/53, 1/53, 0/53, 0/65; 0/53, 0/50 (stop exposure) *Lung* Cystic keratinizing epithelioma: 0/53, 0/51, 0/53, 20/53, 49/53, 41/66; 0/53, 12/50 (stop-exposure) Multiple: 0/53, 0/51, 0/53, 14/53, 48/53, 35/66; 0/53, 5/50 (stop exposure) | $P < 0.001$ (≥ 72 ng TEQ), $P < 0.001$ (trend) $P < 0.001$ (stop-exposure) $P \leq 0.05$ (≥ 72 ng TEQ) $P < 0.001$ (216 ng), $P = 0.021$ (360 ng) $P < 0.001$ (trend) $P \leq 0.001$ (216 ng) NS NS NS $P < 0.001$ (≥72 ng TEQ), $P < 0.001$ (trend) $P < 0.001$ (stop-exposure) $P \leq 0.01$ (≥ 72 ng TEQ) $P \leq 0.05$ (stop-exposure) | PCB-118, purity, > 98.5% (0.6% PCB-126; 0.2% PCB-77; 0.55% PCB-167) No animals in the core-study groups receiving the two higher doses survived to the end of the study; and survival in the stop-exposure group was significantly lower than in the vehicle-control group. Mean body weights in groups receiving PCB-126/PCB-118 at 622 ng/100 µg/kg bw or more were lower than in the vehicle-control groups throughout most of the study *Non-neoplastic lesions* Liver: the spectrum and severity of effects at the interim and 2-year time-points increased with dose and duration of exposure. At the end of the study in all groups receiving PCBs, there were significantly increased incidences and severity of toxic hepatopathy characterized by hepatocyte hypertrophy, multinucleated hepatocytes, pigmentation, diffuse fatty change, nodular hyperplasia, centrilobular fibrosis, cholangiofibrosis, oval cell hyperplasia, bile duct cyst, bile duct hyperplasia, and portal fibrosis |

265

## Table 3.1 (continued)

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Harlan Sprague-Dawley (F) 104 wk NTP (2006d) (cont.) | | *Oral mucosa* Gingival squamous cell carcinoma: 1/53, 1/51, 2/53, 4/53, 0/53, 1/66; 1/53, 1/50 (stop-exposure) *Interim evaluation (at 53 wk)* *Lung* Cystic keratinizing epithelioma: 0/8, 0/7, 0/8, 1/8, 5/8, 0/0 | NS  $P \leq 0.05$ (216 ng TEQ) | Lung: bronchiolar metaplasia of the alveolar epithelium, squamous metaplasia, serosal fibrosis, and (in the stop-exposure group) keratin cysts Oral mucosa: gingival squamous hyperplasia |
| *Known mixtures of PCBs* | | | | |
| Wistar (M) 120 d Rao & Banerji (1988), Silberhorn et al. (1990) | Aroclor 1260 at 0, 50, 100 ppm in the diet 32/group | Liver neoplastic nodules [tumours]: 0/32, 24/32*, 16/32* | *P < 0.02 | Purity: NR *Non-neoplastic lesions*: adenofibrosis, centrilobular hypertrophy, individual hepatocyte necrosis, and vacuolated hepatocytes |
| F344 (M, F) 105 wk NTP (1978), Ward (1985), Morgan et al. (1981) | Aroclor 1254 at 0, 25, 50, 100 ppm in diet 24 M + 24 F per group | Hepatocellular adenoma: 0/24, 1/24, 2/24, 5/24* (M) 0/24, 0/24, 3/24, 2/24 (F) Hepatocellular carcinoma: 0/24, 0/24, 0/24, 2/24 (M) 0/24, 0/24, 0/24, 0/24 (F) Hepatocellular adenoma or carcinoma (combined): 0/24, 1/24, 2/24, 7/24* (M) 0/24, 0/24, 3/24, 2/24 (F) Adenocarcinoma of the glandular stomach: 0/47, 1/48, 3/48, 2/48 (M + F) Lymphoma or leukaemia: 3/24, 2/24, 5/24, 9/24 (M) | *P < 0.05   NS   *P < 0.05   NS  $P = 0.009$ (trend) | Chlorination, 54.67%; impurities not identified or quantitated Survival in males: controls, 92%; lowest dose, 83%; intermediate dose; 58%; highest dose, 46%. All females survived to the end of the bioassay *Non-neoplastic lesions* Liver: pigmented macrophages with cytoplasmic crystalline structures and hepatocellular degeneration Stomach: gastric intestinal metaplasia in males and females; gastric intestinal metaplasia and adenocarcinoma commonly coexist and may share initiating mechanisms |

266

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 429

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| CR Sprague-Dawley (M, F) 24 mo Mayes et al. (1998), Faroon et al. (2001), Brown et al. (2007) | In the diet: Aroclor 1016: 0, 50, 100, 200 ppm Aroclor 1242: 0, 50, 100 ppm Aroclor 1254: 0, 25, 50, 100 ppm Aroclor 1260: 0, 25, 50, 100 ppm Treated: 50 M + 50 F/group Controls: 100 M + 100 F/group | *Liver (M)* Aroclor 1016: Hepatocellular adenoma: 4/100, 1/50, 1/50, 2/50 Hepatocellular carcinoma: 3/100, 1/50, 1/50, 2/50 Total liver tumours: 7/100, 2/50, 2/50, 4/50 Aroclor 1242: Hepatocellular adenoma: 4/100, 1/50, 3/50 Hepatocellular carcinoma: 3/100, 1/50, 1/50 Total liver tumours: 7/100, 1/50, 4/50 Aroclor 1254: Hepatocellular adenoma: 4/100, 2/50, 6/50 Hepatocellular carcinoma: 3/100, 2/50, 0/50 Total liver tumours: 7/100, 4/50, 6/50 Aroclor 1260: Hepatocellular adenoma: 4/100, 2/50, 5/50, 7/50* Multiple: 0/100, 0/50, 2/50, 3/50 Hepatocellular carcinoma: 3/100, 1/50, 3/50 Multiple: 0/100, 0/50, 0/50, 1/50 Hepatocholangioma: 0/100, 0/50, 0/50, 2/50 Total liver tumours: 7/100, 3/50, 6/50, 10/50* | NS NS NS NS NS NS NS NS *P ≤ 0.05 NS NS NS NS *P ≤ 0.05 | Purity, NR Total liver tumours include hepatocellular adenoma and carcinoma, hepatocholangioma and hepatocholangiocarcinoma Liver toxicity was distinctly more severe in females than in males. Non-neoplastic lesions observed in the liver: centrilobular hypertrophy, bile duct hyperplasia, hepatocyte vacuolization, and basophilic, clear cell, eosinophilic, and mixed cell foci In males given Aroclor 1242, 1254, or 1260, there were non-statistically significant increases in the incidence of follicular cell hyperplasia |

267

IARC MONOGRAPH – 107

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| CR Sprague-Dawley (M, F) 24 mo Mayes et al. (1998), Faroon et al. (2001), Brown et al. (2007) (cont.) | | *Liver (F)* | | |
| | | *Aroclor 1016:* | | |
| | | Hepatocellular adenoma: 1/100, 1/50, 5/50*, 5/50* | *$P \leq 0.05$ | |
| | | Multiple: 0/100, 0/50, 1/50, 3/50 | $P \leq 0.05$ (trend) | |
| | | Hepatocellular carcinoma: 0/100, 0/50, 1/50, 0/50 | NS | |
| | | Total liver tumours: 1/100, 1/50, 6/50*, 5/50** | *$P \leq 0.01$ **$P \leq 0.05$ | |
| | | *Aroclor 1242:* | | |
| | | Hepatocellular adenoma: 1/100, 10/50*, 12/50* | *$P \leq 0.01$ | |
| | | Multiple: 0/100, 3/50*, 7/50** | *$P \leq 0.05$ **$P \leq 0.01$ | |
| | | Hepatocellular carcinoma: 0/100, 0/50, 2/50 | NS | |
| | | Hepatocholangioma: 0/100, 1/50, 2/50 | NS | |
| | | Hepatocholangiocarcinoma: 0/100, 1/50, 0/50 | NS | |
| | | Total liver tumours: 1/100, 11/50*, 15/50* | *$P \leq 0.01$ | |
| | | *Aroclor 1254:* | | |
| | | Hepatocellular adenoma: 1/100, 18/50*, 26/50*, 27/50* | *$P \leq 0.01$ | |
| | | Multiple: 0/100, 9/50*, 15/50*, 21/50* | *$P \leq 0.01$ | |
| | | Hepatocellular carcinoma: 0/100, 0/50, 4/50*, 6/50** | *$P \leq 0.05$ **$P < 0.01$ | |
| | | Multiple: 0/100, 0/50, 1/50, 4/50* | *$P \leq 0.05$ | |

268

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 431

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| CR Sprague-Dawley (M, F) 24 mo Mayes et al. (1998), Faroon et al. (2001), Brown et al. (2007) (cont.) | | Hepatocholangioma: 0/100, 2/50, 6/50*, 1/50 | *P ≤ 0.01 | |
| | | Total liver tumours: 1/100, 19/50*, 28/50*, 28/50* | *P ≤ 0.01 | |
| | | *Aroclor 1260:* | | |
| | | Hepatocellular adenoma: 1/100, 9/50*, 10/50*, 21/50* | *P ≤ 0.01 | |
| | | Multiple: 0/100, 6/50*, 8/50*, 16/50* | *P ≤ 0.01 | |
| | | Hepatocellular carcinoma: 0/100, 1/50, 1/50, 5/50* | *P ≤ 0.01 | |
| | | Multiple: 0/100, 0/50, 0/50, 1/50 | NS | |
| | | Hepatocholangioma: 0/100, 0/50, 0/50, 3/50* | *P ≤ 0.05 | |
| | | Total liver tumours: 1/100, 10/50*, 11/50*, 24/50* | *P ≤ 0.01 | |
| | | *Thyroid gland (M)* | | |
| | | *Aroclor 1016:* | | |
| | | Follicular cell adenoma: 1/100, 3/50, 2/50, 0/50 | NS | |
| | | Follicular cell carcinoma: 1/100, 1/50, 1/50, 1/50 | NS | |
| | | Total thyroid tumours: 2/100, 4/50, 3/50, 1/50 | NS | |
| | | *Aroclor 1242:* | | |
| | | Follicular cell adenoma: 1/100, 5/50*, 5/50* | *P ≤ 0.05 | |
| | | Follicular cell carcinoma: 1/100, 2/50, 1/50 | NS | |
| | | Total thyroid tumours: 2/100, 7/50*, 6/50** | *P ≤ 0.01 **P ≤ 0.05 | |

269

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 432

IARC MONOGRAPH − 107

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| CR Sprague-Dawley (M, F) 24 mo Mayes et al. (1998), Faroon et al. (2001), Brown et al. (2007) (cont.) | | *Aroclor 1254:* Follicular cell adenoma: 1/100, 6/50*, 4/50*, 5/50** Follicular cell carcinoma: 1/100, 1/50, 3/50, 1/50 | *P ≤ 0.01 **P ≤ 0.05 NS | |
| | | Total thyroid tumours: 2/100, 7/50*, 7/50*, 6/50** | *P ≤ 0.01 **P ≤ 0.05 | |
| | | *Aroclor 1260:* Follicular cell adenoma: 1/100, 6/50*, 4/50*, 3/50 | *P ≤ 0.01 | |
| | | Follicular cell carcinoma: 1/100, 1/50, 1/50, 1/50 | NS | |
| | | Total thyroid tumours: 2/100, 7/50*, 5/50**, 4/50 | *P ≤ 0.01 **P ≤ 0.05 | |
| | | *Mammary gland (F)* *Aroclor 1254:* Fibroadenoma: 34/100, 22/50, 29/50*, 10/50 | *P ≤ 0.01 | |
| Sprague-Dawley (M, F) 29 mo Norback & Weltman (1985) | Feed containing Aroclor 1260 (mixed with corn oil) at 100 ppm for 16 mo, then at 50 ppm for an additional 8 mo, and then the control diet for an additional 5 mo. Controls received basal diet with added corn oil for 18 mo, then the basal diet only for 10 mo The medial and left lobes of the liver of 10 rats (2 M and 2 F controls, and 3 M and 3 F PCB-treated rats, for each period) were removed (partial hepatectomy) at 1, 3, 6, 9, 12, 15, and 18 mo Control: 63/group (M, F) Aroclor 1260: 70/group (M, F) | *Liver* Neoplastic nodule: 0/32, 5/46 (M); 1/49, 2/47 (F) Trabecular carcinoma: 0/32, 2/46 (M); 0/49, 19/47 (F) Adenocarcinoma: 0/32, 0/46 (M); 0/32, 24/47 (F) Cholangioma (simple): 2/32, 14/46 (M); 2/49, 21/47 (F) Cholangioma (cystic): 0/32, 2/46 (M); 1/49, 5/47 (F) | NS P < 0.0001 (F) P < 0.0001 (F) P = 0.01 (M) P < 0.0001 (F) NS | Purity: NR Some adenocarcinoma-bearing rats also had trabecular carcinoma (not included in the incidence of trabecular carcinoma) PCB-exposed rats developed hepatocellular lesions in the following sequence: centrilobular cell hypertrophy at 1 mo, foci of cell alteration at 3 mo, areas of cell alteration at 6 mo, neoplastic nodules at 12 mo, trabecular carcinoma at 15 mo, and adenocarcinoma at 24 mo |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 433

**Table 3.1  (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Wistar (M) Up to 832 days Schaeffer et al. (1984), Faroon et al. (2001) | Basic diet for 8 wk, then: Group 1: basic diet; 139 rats (controls) Group 2: basic diet supplemented with Clophen A 30 at 100 ppm; 152 rats Group 3: basic diet supplemented with Clophen A 60 at 100 ppm; 141 rats After 801 days, randomly selected rats from all three groups were killed daily up to day 832 | Hepatocellular neoplastic nodules: 5/131, 38/130*, 63/126* Hepatocellular carcinoma: 1/131, 4/130, 61/126* Thymoma: 16/131, 4/130, 2/129 Other neoplasms: 88/131, 66/138, 33/129 | *$P < 0.05$ *$P < 0.05$ NS NS | Purity of Clophen A 30, 99.1%; purity of Clophen A 60, 99.9% Over the first 800 days on study, total mortality in groups 2 and 3 was significantly lower than in group 1 (controls) Hepatic foci of cellular alteration were observed in all groups, but were more frequent in the treated groups. There was a trend from foci to neoplastic nodules to hepatocellular carcinoma. Other non-neoplastic hepatic lesions observed in control and treated groups included bile duct hyperplasia The results of a re-evaluation of the hepatocellular tumours using contemporary diagnostic criteria and nomenclature were in general consistent with the original evaluation (Moore et al., 1994) Tumour data were reported in six 100-day periods; the data reflected incidences from day 1 until day 832 |
| Sherman (F) 22 mo Kimbrough et al. (1975), Moore et al. (1994) | Diets containing Aroclor 1260 at 0 or 100 ppm for up to 21 mo 200/group | *Liver* Hepatic neoplastic nodules: 0/173, 144/184 Hepatocellular carcinoma: 1/173, 26/184 | $P < 0.0001$ $P < 0.0001$ | Purity, NR The incidences of the hepatocellular lesions were re-evaluated by a panel of pathologists using contemporary diagnostic criteria and nomenclature (Moore et al., 1994). Lesions that had been previously diagnosed as neoplastic nodules were now classified as either hepatocellular hyperplasia or hepatocellular adenoma. In general, the results were consistent between the original evaluation and the re-evaluation |

271

**Table 3.1   (continued)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Donryu (M, F) ≤ 560 days Kimura & Baba (1973), Silberhorn et al. (1990) | Diets containing Kanechlor 400 (in olive oil) at 38.5 ppm for 4 wk, then, based on bw-gain, the initial concentration was sequentially increased: 2× for 8 wk 4× for 3 wk 8× for 3 wk 16× for 8 wk, decreased to 12× for 32 wk because bw decreased markedly; two 4-wk periods with no treatment during this time Controls were fed powdered diet mixed with pure olive oil Controls: 5 M + 5 F/group Treated: 10 M + 10 F/group | Liver adenomatous nodules: 0/5, 0/10 (M); 0/5, 6/10 (F) Adrenal gland adenoma: 0/5, 0/10 (M); 0/5, 1/10 (F) | P = 0.044 (F) NS | Purity, NR Multiple small nodules observed in the livers of females, but not males Fatty degeneration observed in the liver of all dosed groups, but only in two females in the control groups Study may have been limited by short duration, small number of rats/group, and may have exceeded the maximum tolerated dose The Working Group noted that current terminology for adenomatous nodules is hepatocellular adenoma |

<sup>a</sup> Historical controls: 4/371 (1.1% ± 1.5%); range, 0–4%
<sup>b</sup> Historical controls: 0/371
<sup>c</sup> Historical controls: 4/371 (1.1% ± 1.0%); range, 0–2%
<sup>d</sup> Historical controls: 6/473 (1.3% ± 1.4%); range, 0–4%
<sup>e</sup> Historical controls: 1/371 (0.3% ± 0.7%); range, 0–2%

bw, body weight; F, female; M, male; mo, month; NR, not reported; NS, not significant; PCB, polychlorinated biphenyl; wk, week; yr, year

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 435

Polychlorinated biphenyls

**Table 3.2 Studies of carcinogenicity in mice exposed to PCBs and related compounds**

| Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| C57BL/6, B6D2F1 or DBA/2 (M) 44 wk Beebe et al. (1995) | Initiation with a single intraperitoneal dose of NDEA, 90 mg/kg bw, in tricaprylin, or tricaprylin only, and promoted 3 wk later ± Aroclor 1254 (100 ppm) in the diet for 20 wk 18–39/group | *Tricaprylin only, or tricaprylin + Aroclor 1254:* C57BL/6 mice: Lung tumours (all types): 0/27, 0/27 Lung tumours: 1/27, 1/27 B6D2F1 mice: Lung tumours (all types): 0/31, 2/34 Lung tumours: 0/31, 2/34 DBA/2 mice: Lung tumours (all types): 0/23, 0/24 Lung tumours: 3/31, 1/24 | NS NS NS | Purity, NR |
| dd (M, F) 24 or 32 wk Nagasaki et al. (1975) | Diet containing Kanechlor 300, 400 or 500 for 24 or 32 wk 24-wk study: Kanechlor 400 (0, 100, 250 ppm) or Kanechlor 500 (0, 100, 250 ppm) 32-wk study: Kanechlor 300 (0, 100, 250, 500 ppm) Kanechlor 400 (0, 100, 250, 500 ppm) Kanechlor 500 (0, 100, 250, 500 ppm) 20/group | *Hepatocellular carcinoma, 24 wk study:* Kanechlor 400: 0/20, 0/20, 0/20 (M) Kanechlor 500: 0/20, 0/20, 0/20 (M) *Hepatocellular carcinoma, 32-wk study:* Kanechlor 300: 0/20, 0/19, 0/19, 0/20 (M); 0/12, 0/19, 0/20, 0/20 (F) Kanechlor 400: 0/20, 0/17, 0/19, 0/20 (M); 0/12, 0/20, 0/20, 0/17 (F) Kanechlor 500: 0/20, 0/18, 0/20, 9/17*(M); 0/12, 0/19, 0/20, 4/17*(F) | NS NS NS NS *$P < 0.05$ | Purity, NR Other proliferative lesions observed in the liver of mice treated with Kanechlor 400 or 500 included oval cell hyperplasia, bile duct proliferation, cellular hypertrophy and nodular hyperplasia |
| BALB/cJ (M) 11 mo Kimbrough & Linder (1974), Farcon et al. (2001) | Diets containing Aroclor 1254 (mixed with corn starch) at 0 or 300 ppm for 6 mo, followed by basal diet for 5 mo, or Aroclor 1254 at 0 or 300 ppm for 11 mo Group 1: control diet for 6 mo Group 2: Aroclor 1254 for 6 mo Group 3: control diet for 11 mo Group 4: Aroclor 1254 for 11 mo 50/group | *Hepatoma* 6 mo: 0/24, 1/24, 11 mo: 0/34, 10/22 | NS $P < 0.001$ | Purity, NR The Working Group noted that "hepatoma" is not a nomenclature currently used in toxicological pathology. In studies before 1978, the term "hepatoma" may have been used to denote benign or malignant liver tumours. In this study it was not clear whether hepatoma referred to a benign or malignant hepatic tumour |

273

## Table 3.2 (continued)

| Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| dd (M) 32 wk Ito et al. (1973), Silberhorn et al. (1990), Faroon et al. (2001) | Basal diet supplemented with Kanechlor for 32 wk: Kanechlor 300 at 0, 100, 250 or 500 ppm Kanechlor 400 at 0, 100, 250 or 500 ppm Kanechlor 500 at 0, 100, 250 or 500 ppm 12 mice/treated group; 6 controls | *Liver* *Kanechlor 300* Nodular hyperplasia: 0/6, 0/12, 0/12, 0/12 Hepatocellular carcinoma: 0/6, 0/12, 0/12, 0/12 *Kanechlor 400* Nodular hyperplasia: 0/6, 0/12, 0/12, 0/12 Hepatocellular carcinoma: 0/6, 0/12, 0/12, 0/12 *Kanechlor 500* Nodular hyperplasia: 0/6, 0/12, 0/12, 7/12* Hepatocellular carcinoma: 0/6, 0/12, 0/12, 5/12* | NS NS NS NS *[P<0.05] *[NS] | Purity: Kanechlor 300: 59.8% trichlorobiphenyl, 23.0% tetrachlorobiphenyl, 16.6% dichlorobiphenyl, 0.6% pentachlorobiphenyl Kanechlor 400: 43.8% tetrachlorobiphenyl, 32.8% trichlorobiphenyl, 5.8% pentachlorobiphenyl, 4.6% hexachlorobiphenyl, 3.0% dichlorobiphenyl Kanechlor 500: 55.0% pentachlorobiphenyl, 26.5% tetrachlorobiphenyl, 12.8% hexachlorobiphenyl, 5.0% trichlorobiphenyl The description of nodular hyperplasias provided was not sufficiently detailed to determine whether these hyperplastic nodules were benign hepatocellur adenomas according to current nomenclature Other histopathological changes in mice treated with PCBs included oval cell proliferation, bile duct proliferation and hepatocyte hypertrophy. Amyloid deposition was also observed in the livers of mice fed diets containing various commercial PCB mixtures at 100 or 250 ppm |

d, day; mo, month; NDEA, N-nitrosodiethylamine; NR, not reported; NS, not significant; PCB, polychlorinated biphenyl; wk, week; yr, year

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 437

*(b)    PCB-153*

*Rat*

Groups of 80–82 female Harlan Sprague-Dawley rats (age, 8 weeks) were given the di-*ortho*-substituted non-dioxin-like congener PCB-153 (purity, 99%) at a dose of 0 (81 rats; vehicle control), 10, 100, 300, 1000, or 3000 μg/kg bw, in corn oil:acetone (99 : 1) by gavage, 5 days per week, for up to 105 weeks (core study) (Yoshizawa *et al.*, 2005, 2007, 2009; NTP, 2006b). Ten rats per group were evaluated at 14, 31, or 53 weeks. A stop-exposure group of 50 female rats was given PCB-153 at 3000 μg/kg bw corn oil : acetone (99 : 1) by gavage for 30 weeks, and then the vehicle only for the remainder of the study. At 2 years, cholangiomas occurred in two rats at 1000 μg/kg bw and in two rats in the stop-exposure group. A single hepatocellular adenoma was observed in the group at 3000 μg/kg bw. Cholangioma did not occur in the historical vehicle controls (0 out of 371) of the NTP studies. [One factor limiting interpretation of effects in this bioassay was that the highest dose of PCB-153 used (3000 μg/kg bw) was chosen to match the highest dose used in an NTP bioassay with a mixture of PCB-126 and PCB-153 (NTP, 2006c), rather than on the basis of the results of a previous short-term study of toxicity. There was no effect of PCB-153 at 3000 μg/kg bw on survival or body weight in this 2-year study, suggesting that higher doses would probably have been tolerated. In a tumour-promotion study in F344 female rats, Dean *et al.* (2002) gave PCB-153 at a dose of 10 000 μg/kg bw by gavage, three times per week, for 8 weeks, and observed only a significant increase in liver weight.]

*(c)    PCB-118*

*Rat*

Groups of 80 female Harlan Sprague-Dawley rats (age, 8 weeks) were given PCB-118 (purity, > 99%) at a dose of 0 (vehicle control), 100, 220, 460, 1000, or 4600 μg/kg bw in corn oil : acetone (99 : 1) by gavage, 5 days per week, for up to 105 weeks (core study) (Yoshizawa *et al.*, 2009; NTP, 2010). Ten rats per group were evaluated at 14, 31, or 53 weeks. A stop-exposure group of 50 female rats was given PCB-118 at a dose of 4600 μg/kg bw in corn oil : acetone (99 : 1) by gavage for 30 weeks, then the vehicle for the remainder of the study. At the 53-week interim evaluation, three cholangiocarcinomas and one hepatocellular adenoma were observed in the group at 4600 μg/kg bw. At 2 years, the incidences of multiple cholangiocarcinoma, and single or multiple cholangiocarcinoma (combined) in the group at 4600 μg/kg bw and the stop-exposure group were significantly greater than those in the vehicle-control group. The incidences of multiple hepatocellular adenoma in the group at 4600 μg/kg bw, and single or multiple hepatocellular adenoma (combined) in the groups at 1000 μg/kg bw or 4600 μg/kg bw were significantly greater than those in the vehicle-control group. Four rats developed hepatocholangioma and one rat developed hepatocellular carcinoma in the group at 4600 μg/kg bw. Significantly increased incidences of multiple cystic keratinizing epithelioma of the lung and of single or multiple cystic keratinizing epithelioma (combined) occurred in the group at 4600 μg/kg bw compared with the vehicle-control group. The incidence of uterine carcinoma in the stop-exposure group was significantly greater than that in the vehicle-control group; a slight increase in the incidence of squamous cell carcinoma of the uterus occurred in the group at 220 μg/kg bw, and single incidences occurred at 460 μg/kg bw, 1000 μg/kg bw, and in the stop-exposure group. There were slightly increased incidences of exocrine pancreatic adenoma in core-study groups receiving PCB-118 at doses of 460 μg/kg bw or higher.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 438

**Table 3.3 Description of binary mixtures of PCB-126 and PCB-153 given to rats in a study of carcinogenicity by the NTP (2006c)**

| Group | Total TEQ (ng TEQ/kg bw) | Mass | |
|---|---|---|---|
| | | PCB-126 (ng/kg bw) | PCB-153 (µg/kg bw) |
| *Constant ratio mixture* | | | |
| 1 | Vehicle control | 0 | 0 |
| 2 | 1 | 10 | 10 |
| 3 | 10 | 100 | 100 |
| 5 | 30 | 300 | 300 |
| 7 | 100 | 1000 | 1000 |
| *Varying ratio mixture* | | | |
| 1 | Vehicle control | 0 | 0 |
| 4 | 30 | 300 | 100 |
| 5 | 30 | 300 | 300 |
| 6 | 30 | 300 | 1000 |

PCB, polychlorinated biphenyl; TEQ, toxic equivalent

### (d)    PCB-126 and PCB-153

#### Rat

The NTP conducted a 2-year study that was designed to assess the carcinogenicity of a mixture of PCB-126 and PCB-153 in a constant ratio, and a mixture of PCB-126 and PCB-153 in varying ratios to assess the effect of increasing PCB-153 (NTP, 2006c; Yoshizawa *et al.*, 2009). Groups of 81 or 80 female Harlan Sprague-Dawley rats (age, 8 weeks) received a mixture of PCB-126 and PCB-153 in corn oil : acetone (99 : 1) by gavage, 5 days per week, for up to 105 weeks. Dose groups were referred to by the total concentrations of toxic equivalents (TEQ) provided by the PCBs in the mixture per kg bw in each group (see Table 3.3); a control group of 81 female rats received the corn oil : acetone vehicle only (group 1). Ten rats per group were evaluated at 14, 31, and 53 weeks. At 2 years, the incidences of hepatocellular adenoma (single or multiple) in group 7 (constant ratio; TEQ, 100 ng/kg bw), and of cholangiocarcinoma (single or multiple) in group 5 (constant ratio; TEQ, 30 ng/kg bw) or group 7 were significantly increased. The incidence of hepatocholangioma was also significantly increased in group 7. Two rats in group 7 had hepatocellular carcinoma; no hepatocellular carcinoma was reported in the historical vehicle controls. In the varying-ratio study, increasing the proportion of PCB-153 significantly increased the incidences of hepatocellular adenoma and cholangiocarcinoma. In the constant-ratio study, the incidence of cystic keratinizing epithelioma of the lung was significantly increased in group 7. In addition, one squamous cell carcinoma was reported in group 5 and one in group 7. Significantly increased incidences of gingival squamous cell carcinoma of the oral mucosa occurred in groups 5 and 7. There was also a slight increase in the incidence of uterine squamous cell carcinoma in group 5.

### (e)    PCB-118 and PCB-126

#### Rat

Groups of 81 female Harlan Sprague-Dawley rats (age, 9 weeks) were given a binary mixture of PCB-118 and PCB-126 (see Table 3.4) at a dose of 0 (vehicle control), 7, 22, 72, 216 ng TEQ/kg bw, by gavage in corn oil : acetone (99 : 1), 5 days per week, for up to 104 weeks; a group of 86 female rats received the mixture at a dose of 360 ng TEQ/kg bw (Yoshizawa *et al.*, 2005, 2007,

**Table 3.4 Composition of a mixture of PCB-118 and PCB-126 given to rats in a study of carcinogenicity by the NTP (2006d)**

|  | PCB-118 | PCB-126 | PCB-77[a] | PCB-167[a] |
|---|---|---|---|---|
| Percentage of bulk mass[b] | 98.5 | 0.6 | 0.2 | 0.5 |
| Percentage of total TEQ[c] | 13.7 | 86.3 | 0.03 | 0.007 |

[a] Present as contaminants that were not considered to contribute to the dioxin-like activity of the bulk synthesized test article
[b] Based on the level of each compound present in the bulk synthesized test article
[c] Assuming WHO toxic equivalency factor (TEF) values of 0.1 (PCB-126), 0.0001 (PCB-118), 0.0001 (PCB-77) and 0.00001 (PCB-167)
PCB, polychlorinated biphenyl; TEQ, toxic equivalent

2009; NTP, 2006d). Ten rats per group were evaluated at 14, 31, or 53 weeks. In the stop-exposure group, 50 female rats received the mixture at a dose of 360 ng TEQ/kg bw for 30 weeks, and then the vehicle only for the remainder of the study. The dose groups are described in Table 3.5. The mixture contained predominantly PCB-118 (by mass) and PCB-126 (by TEQ), but also contained PCB-77 and PCB-167 as contaminants that were not considered to contribute to the dioxin-like activity of the bulk synthesized material (see Table 3.4).

No rats at 216 or 360 ng TEQ/kg bw survived to the end of the study; survival in the stop-exposure group was also significantly lower than in the vehicle-control group, with only 10 rats surviving to the end of the study. Mean body weights of rats receiving 72 ng TEQ/kg bw or more were lower than those of rats in the vehicle-control group throughout most of the study. At 2 years, the incidences of cholangiocarcinoma (single or multiple, combined) and cholangiocarcinoma (multiple) were significantly increased in groups receiving 72 ng TEQ/kg bw or more. The incidence of hepatocellular adenoma was also significantly increased in the groups at 216 and 360 ng TEQ/kg bw. In addition, single occurrences of hepatocholangioma, cholangioma, or hepatocellular carcinoma were observed in some groups receiving 72 ng TEQ/kg bw or more. At 53 weeks, the incidence of cystic keratinizing epithelioma of the lung was significantly increased in the group at 216 ng TEQ/kg bw. At 2 years, significantly increased incidences of cystic keratinizing

epithelioma (single or multiple, combined) and of cystic keratinizing epithelioma (multiple) were reported in groups receiving 72 ng TEQ/kg bw or more. Non-statistically significant increased incidences of gingival squamous cell carcinoma of the oral mucosa were observed at the end of the 2-year study.

### 3.1.2 Commercial mixtures of PCBs

#### (a) Aroclor 1254

#### (i) Mouse

In a study on the activity of Aroclor 1254 in mice with different aryl hydrocarbon receptor (AhR) phenotypes, groups of 23–34 male C57BL/6, DBA/2, or B6D2F1 mice (age, 5 weeks) were initiated with a single intraperitoneal dose of N-nitrosodiethylamine (NDEA) at 0 or 90 mg/kg bw, in tricaprylin. Three weeks later, the mice were placed on a diet containing Aroclor 1254 at a concentration of 100 ppm or the control diet for 20 weeks. After the promotion phase, the mice were left untreated until the terminal kill at age 52 weeks. Aroclor 1254 alone did not increase the incidence of tumours of the lung or liver in any of the three strains compared with their respective controls (Beebe et al., 1995).

Four groups of 50 male BALB/cJ inbred mice (age, 5–6 weeks) were fed diets containing Aroclor 1254 (mixed with corn starch) at a concentration of 0 (control) or 300 ppm for up to 11 months (Kimbrough & Linder, 1974; Faroon et al., 2001). After 6 months of exposure, one group of treated mice was fed the standard diet,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 440

**Table 3.5 Doses of PCB-118 and PCB-126 given to rats in a study of carcinogenicity by the NTP (2006d)**

| Dose (ng TEQ/ kg bw) | Contribution to dose by mass[b] | | | | Contribution to dose by TEQ[c] (ng TEQ/kg bw) | | | | Total nominal dose by TEQ[c] (ng TEQ/kg bw) |
|---|---|---|---|---|---|---|---|---|---|
| | PCB-118 (µg/kg bw) | PCB-126 (ng/kg bw) | PCB-77[a] (ng/kg bw) | PCB-167[a] (ng/kg bw) | PCB-118 | PCB-126 | PCB-77[a] | PCB-167[a] | |
| 7 | 10[d] | 62 | 20 | 50 | 1.0 | 6.2 | 0.002 | 0.0005 | 7.2 |
| 22 | 30[d] | 187 | 60 | 150 | 3.0 | 18.7 | 0.006 | 0.0015 | 21.6 |
| 72 | 100[d] | 622 | 200 | 500 | 9.9 | 62.2 | 0.02 | 0.005 | 72.1 |
| 216 | 300[d] | 1866 | 600 | 1500 | 29.6 | 186.6 | 0.06 | 0.015 | 216.2 |
| 360 | 500[d] | 3110 | 1000 | 2500 | 49.3 | 311.0 | 0.1 | 0.025 | 360.4 |

[a]  Present as contaminants that were not considered to contribute to the dioxin-like activity of the bulk synthesized test article
[b]  Based on the level of each compound present in the bulk synthesized test article
[c]  Assuming WHO TEF (toxic equivalency factor) values of 0.1 (PCB-126), 0.0001 (PCB-118), 0.0001 (PCB-77) and 0.00001 (PCB-167). TEQ value for PCB-118 was calculated assuming 98.5% of bulk material is PCB-118.
[d]  Nominal dose (µg/kg bw) of bulk synthesized material
PCB, polychlorinated biphenyl; TEQ, toxic equivalent

while the other treated group was fed the experimental diet for an additional 5 months; the two control groups were fed plain chow for an additional 5 months. Only one of 24 surviving mice given Aroclor 1254 for 6 months had a hepatoma [histopathology not further specified], while the incidence of hepatoma in the 22 surviving mice fed Aroclor 1254 for 11 months was significantly increased (10 out of 22; *P* < 0.001). Hepatomas were not found in any of the mice in the control groups.

*(ii)    Rat*

Groups of 24 male and 24 female F344 rats (age, 7 weeks) were fed diets containing Aroclor 1254 at a concentration of 0, 25, 50, or 100 ppm in corn oil for up to 105 weeks (NTP, 1978; Ward, 1985; Safe, 1989; Silberhorn *et al.*, 1990; Faroon *et al.*, 2001). In males, hepatocellular adenoma was observed in one, two, and five of the rats at the lowest, intermediate, and highest dose, respectively, and hepatocellular carcinoma was observed in two rats at the highest dose; the incidences of hepatocellular adenoma and of hepatocellular adenoma or carcinoma (combined) in males at the highest dose were statistically significantly increased. Hepatocellular tumours were

not observed in controls. Non-statistically significant low incidences of rare adenocarcinomas of the glandular stomach were observed in both sexes. Adenocarcinoma of the glandular stomach was not observed in controls. The historical incidence of adenocarcinoma of the glandular stomach at the study laboratory (6 out of 600 males [1%], 2 out of 600 females [0.3%]) suggested that the occurrence of these tumours, although not statistically significant, may have been related to the administration of Aroclor 1254. There was a statistically significant dose-related trend in the combined incidences of lymphoma and leukaemia in male rats, but incidence in each dose group was not statistically significantly different from that in matched controls. Morgan *et al.* (1981) and Ward (1985) re-examined the gastrointestinal lesions observed in the study by the NTP (1978) and found a dose-related increase in the incidence of metaplasia of the glandular stomach, and also found adenocarcinoma of the glandular stomach in six treated rats. When compared with the incidence of adenocarcinoma of the glandular stomach in historical controls (1 out of 3548), the total incidence (6 out of 144 male and female rats treated with Aroclor 1254) was statistically significant.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 441

*(b)    Aroclor 1260*

*Rat*

Groups of 200 female Sherman rats (age, 21–26 days) were fed diets containing Aroclor 1260 at a concentration of 0 (control) or 100 ppm for approximately 21 months (Kimbrough *et al.*, 1975). The rats were killed at age 23 months. There were statistically significant increases in the incidences of "hepatic neoplastic nodules" and of hepatocellular carcinoma in rats receiving Aroclor 1260 compared with controls. The hepatocellular tumours were re-evaluated histologically by a panel of pathologists using contemporary diagnostic criteria and nomenclature (Moore *et al.*, 1994). Lesions that had been previously diagnosed as "neoplastic nodules" were reclassified as either hepatocellular hyperplasia or hepatocellular adenoma. In general, the results of the re-evaluation were consistent with those of the original evaluation.

Groups of 32 male Wistar rats (age, 5 weeks) were fed a 10% protein diet containing Aroclor 1260 (dissolved in coconut oil) at a concentration of 0 (control), 50, or 100 ppm for 120 days (Rao & Banerji, 1988; Silberhorn *et al.*, 1990). Controls were fed diet mixed with coconut oil. The incidences of "liver neoplastic nodules" [liver tumours] were significantly increased in both groups of treated rats; however, the incidence of tumours in rats fed the higher dose was lower than that in rats fed the lower dose.

Groups of 70 male and 70 female Sprague-Dawley rats were fed a diet containing Aroclor 1260 at a concentration of 100 ppm for 16 months, followed by diet containing Aroclor 1260 at 50 ppm for an additional 8 months, and then basal diet for 5 months (Norback & Weltman, 1985; Safe, 1989; Silberhorn *et al.*, 1990; Moore *et al.*, 1994; Faroon *et al.*, 2001). Groups of 63 males and 63 females served as controls and received the basal diet supplemented with corn oil for 18 months, and then the basal diet only for the remainder of the study. The medial

and left lobes of the liver of 10 rats (two male controls, two female controls, three PCB-treated males and three PCB-treated females, for each time-point) were removed at 1, 3, 6, 9, 12, 15, and 18 months. In treated rats that survived 18 months or longer, malignant hepatic tumours (adenocarcinoma and/or trabecular carcinoma) were found in 43 out of 47 females, but only in 2 out of 46 males. The individual incidences of adenocarcinoma and of trabecular carcinoma in PCB-treated females were significantly greater than in controls. Hepatic neoplastic nodules [benign hepatocellular tumours] occurred in 5 out of 46 males, and 2 out of 47 females. A single hepatic neoplastic nodule occurred in a female control rat. PCB-exposed rats developed cystic cholangioma in 2 out of 46 males, and 5 out of 47 females [non-significant], versus 0 out of 32 males and 1 out of 49 females among the controls. Preneoplastic lesions of the biliary tract, referred to as simple and cystic cholangioma, also occurred at a higher incidence in treated males and females (30% and 45%, respectively).

*(c)    Aroclor 1016, 1242, 1254, and 1260*

*Rat*

A comprehensive comparative long-term study of toxicity and carcinogenicity was conducted with four of the most widely used commercial Aroclor mixtures: Aroclor 1016, 1242, 1254, and 1260 (Mayes *et al.*, 1998; Faroon *et al.*, 2001; Brown *et al.*, 2007). Groups of 50 male and 50 female Sprague–Dawley rats (age, 6–8 weeks) were fed diets containing Aroclor 1016, 1242, 1254, or 1260 at doses ranging from 25 to 200 ppm (three dose levels for Aroclor 1016, 1254 and 1260, and two dose levels for Aroclor 1242) for 24 months. Groups of 100 males and 100 females served as controls. Aroclor 1016, 1242, 1254, and 1260 contained polychlorinated dibenzodioxins (PCDDs) at concentrations of 0.6, 0, 20, and 0 ppb, respectively, and polychlorinated dibenzofurans (PCDFs) at concentrations

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 442

of 0.035, 2.9, 23, and 4.9 ppm, respectively. The basal diet contained PCBs at less than 0.15 ppm (estimated dose, < 0.01 mg/kg bw per day). Aroclor 1254 was treated to remove > 99% of the PCDFs. Feeding with diets containing Aroclor led to increased incidences of hepatic neoplasms (primarily hepatocellular adenoma) that were highly sex-dependent (females > males) and that differed between Aroclor mixtures. For females, the incidences of hepatocellular adenoma and of hepatocellular carcinoma increased with dose, with the following pattern: Aroclor 1254 > Aroclor 1260 > Aroclor 1242 > Aroclor 1016. The number of females bearing multiple hepatocellular tumours also increased in a dose-related manner for all Aroclor mixtures, and the highest numbers were in the groups receiving the intermediate and highest dose of Aroclor 1254, and the highest dose of Aroclor 1260. In addition, in females receiving Aroclor 1260, there was an increase in the incidence of cholangioma. In males, an increased incidence of hepatocellular adenoma was observed only in the group receiving Aroclor 1260 at the highest dose. The incidence of follicular cell adenoma of the thyroid gland was significantly increased in males in a non-dose-dependent manner; these increases were induced by Aroclor 1242 (both doses), Aroclor 1254 (all doses), and Aroclor 1260 (lowest and intermediate doses).

### (d)    Kanechlor 300, 400, and 500

### (i)    Mouse

Groups of 20 male and 20 female dd strain albino mice [age not reported] were given diets containing one of three PCB mixtures (Kanechlor 300, 400, or 500) at a concentration of 0, 100, 250, or 500 ppm for 24 or 32 weeks (Nagasaki et al., 1975). The incidence of hepatocellular carcinoma was significantly increased in male and female mice given Kanechlor 500 at 500 ppm for 32 weeks. No tumours of the liver were found in mice fed Kanechlor 500 at dietary

concentrations of 100 or 250 ppm, or the lesser chlorinated commercial mixtures Kanechlor 400 or Kanechlor 300 at any of the three dietary concentrations at 24 or 32 weeks.

Groups of 12 male dd strain albino mice (age, 8 weeks) were fed basal diets supplemented with one of three PCB mixtures (Kanechlor 300, 400, or 500) at a concentration of 100, 250, or 500 ppm for 32 weeks; a control group of six mice was fed basal diet alone (Ito et al., 1973; Silberhorn et al., 1990; Faroon et al., 2001). The incidences of hepatocellular carcinoma (5 out of 12 [not significant]) and liver hyperplastic nodules [some of which may have been hepatocellular adenomas] (7 out of 12 [$P < 0.05$]) were increased in mice fed diets containing Kanechlor 500 at 500 ppm compared with controls (0 out of 6). Hepatic lesions were not found in mice fed Kanechlor 500 at lower doses, or in mice exposed to the less chlorinated mixtures Kanechlor 400 or Kanechlor 300 for 32 weeks. Other histopathological changes in mice treated with PCBs included oval-cell proliferation, bile duct proliferation, hepatocyte hypertrophy, and amyloidosis. [The Working Group noted that the study may have been limited by the small number of mice, the relatively short treatment period, and the absence of an observation period after treatment.]

### (ii)    Rat

A group of 10 male and 10 female Donryu rats (age, 10 weeks) were fed diet containing Kaneclor 400 at a concentration of 38.5 ppm for 4 weeks, then the initial concentration was increased (based on body weights) twice for 8 weeks, 4 times for 3 weeks, 8 times for 3 weeks, and 16 times for 8 weeks (Kimura & Baba, 1973; Silberhorn et al., 1990). The latter concentration was decreased to 12 times for 32 weeks because body weights were decreasing markedly. Rats were then fed basal diet until moribund, up to 560 days. A group of five males and five females fed basal diets served as controls. Treatment with Kanechlor 400 (duration, 400 days) caused

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 443

a significant increase in the incidence of multiple adenomatous nodules [hepatocellular adenoma] in females. None of the treated males developed adenomatous nodules. [The Working Group noted that the study may have been limited by the small numbers of animals, and may have exceeded the maximum tolerated dose.]

(e)    Clophen A 30 and Clophen A 60

Rat

Male weanling Wistar rats were fed a diet supplemented with Clophen A 30 (42% chlorine by weight) or Clophen A 60 (60% chlorine by weight) at a concentration of 100 ppm, or an estimated dose of 5 mg/kg bw per day, for up to 832 days; controls were fed the basal diet (Schaeffer et al., 1984; Young, 1985; Safe, 1989). Tumour incidence was investigated at intervals of 100 days. After 800 days, the overall incidence of hepatocellular neoplastic nodules, irrespective of time period, was significantly increased in rats fed Clophen A 30 (38 out of 130) or Clophen A 60 (63 out of 126) compared with controls (5 out of 131). The incidence of hepatocellular carcinoma was significantly increased in rats fed Clophen A 60 (61 out of 126 compared with 1 out of 131 controls). The incidences of hepatocellular lesions were re-evaluated by a panel of pathologists using contemporary diagnostic criteria and nomenclature (Moore et al., 1994). Lesions that had been previously diagnosed as neoplastic nodules were now classified as either hepatocellular hyperplasia or hepatocellular adenoma. The results of the re-evaluation were generally consistent with those of the original evaluation.

## 3.2  Transplacental and perinatal exposure

This section covers those studies for which exposure to PCBs occurred either transplacentally and/or perinatally. This period generally covers exposure from day 1 of gestation until weaning on postnatal day 21, although it should be noted that weaning can occur at up to age 28 days.

### 3.2.1 Individual PCBs and binary mixtures

#### (a)    PCB-126

See Table 3.6

Rat

Five groups of pregnant Sprague-Dawley rats were given PCB-126 at a dose of 0 (corn oil), 0.025, 2.5, 250, or 7500 ng/kg bw by gavage on days 13 to 19 of gestation. Female pups from the exposed dams were weaned on postnatal day 21, and subsequently exposed at age 50 days to 7,12-dimethylbenz[a]anthracene (DMBA) at a dose of 20 mg/kg bw in corn oil by gavage, and followed until age 170 days (Muto et al., 2001). There was no specific perinatal oral exposure to PCB-126. There was a significant reduction in body weight in the groups of pups at 250 ng/kg bw and 7500 ng/kg bw at postnatal day 21, and at 7500 ng/kg bw at age 30 days. There was a significant reduction in the incidence of DMBA-induced tumours of the mammary gland in the group at 7500 ng/kg bw. In the group at 7500 ng/kg bw, 41% of tumours were adenomas, while tumours in all other groups were mainly adenocarcinomas. [The study design was not a full carcinogenesis bioassay of PCBs.]

In a similar study by Wakui et al. (2005), four groups of pregnant Sprague-Dawley rats were given PCB-126 at a dose of 0 (corn oil vehicle), 2.5, 250, or 7500 ng/kg bw by gavage on days 13 to 19 of gestation. Female pups from the exposed dams were weaned at postnatal day 21, and subsequently exposed at age 50 days to DMBA at a dose of 100 mg/kg bw in corn oil by gavage, and followed until age 150 days. As in the study by Muto et al. (2001), there was a significant reduction in the incidence of adenocarcinoma of the mammary gland in the group at 7500 ng/kg bw. [The study design was not a full carcinogenesis bioassay of PCBs.]

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 444

IARC MONOGRAPH – 107

**Table 3.6 Studies of carcinogenicity in rats exposed perinatally or transplacentally to PCB-126**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Sprague-Dawley (Japan SLC) (F) 170 day Muto et al. (2001) | Dams were treated with PCB-126 at 0 (corn oil vehicle), 0.025, 2.5, 250, or 7500 ng/kg bw (0.5 mL/rat) by gavage on days 13–19 of gestation. Pups were weaned at PND 21 Female pups (age 50 days) received DMBA at 20 mg/kg bw in corn oil by gavage and observed until age 170 days, or until tumours reached 20 mm in size Group 1: corn oil vehicle Group 2: 0.025 ng/kg bw Group 3: 2.5 ng/kg bw Group 4: 250 ng/kg bw Group 5: 7500 ng/kg bw 45/group | Tumours of the mammary gland: Group 1: 42/45, 3.12 ± 0.74 Group 2: 44/45, 2.77 ± 1.89 Group 3: 42/45, 3.98 ± 2.82 Group 4: 43/45, 5.09 ± 2.42 Group 5: 35/45*, 2.25 ± 1.55 | *$P < 0.05$, $\chi^2$ test (decrease) | Not a full carcinogenesis bioassay In the group at 7500 ng/kg bw, 41% of tumours were adenomas, whereas in all other groups the tumours were mainly adenocarcinomas |
| Sprague-Dawley (Japan SLC) (F) 150 day Wakui et al. (2005) | Dams were treated with PCB-126 at 0 (corn oil vehicle), 2.5, 250, 7500 ng/kg bw (0.5 mL/rat) by gavage on days 13–19 of gestation. Pups were weaned at PND 21 Females (age 50 days) received DMBA at 100 mg/kg bw in corn oil by gavage, and were observed until age 150 days Group 1: corn oil vehicle Group 2: 2.5 ng/kg bw Group 3: 250 ng/kg bw Group 4: 7500 ng/kg bw 25/group | Mammary gland, adenocarcinoma: Group 1: 22/25 (88%) Group 2: 21/25 (84%) Group 3: 23/25 (92%) Group 4: 16/25 (64%)* | *$P < 0.05$, $\chi^2$ test (decrease) | Not a full carcinogenicity bioassay |

DMBA, 7,12-dimethylbenz[a]anthracene; F, female; M, male; NDMA, N-nitrosodimethylamine; PND, postnatal day; wk, week

282

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D – 445

### (b)   PCB-153 and PCB-138

See Table 3.7

#### Mouse

Eight groups of male Swiss Cr:NIH(s) mice were given an intraperitoneal injection of *N*-nitrosodimethylamine (NDMA) at 0 (saline vehicle) or 5 mg/kg bw on postnatal day 4. On postnatal day 8, the mice were treated by gavage with PCB-153 or PCB-138, or a mixture of the two PCBs, each at a single dose of 20 mg/kg bw, or with the vehicle, olive oil (Anderson *et al.*, 1991). The concentration selected, 20 mg/kg bw, is approximately equivalent to the concentration of each PCB congener in a dose of 500 mg/kg bw of Aroclor 1254. The mice were killed at age 16 weeks. There was no effect of either PCB congener alone or in combination on the incidence of bronchioloalveolar adenoma in the absence of treatment with NDMA. In NDMA-initiated mice, there was a significant increase in the multiplicity of bronchioloalveolar adenoma in mice also exposed to PCB-138. There was no effect of PCB-153, or of PCB-153 plus PCB-138, when compared with controls treated with NDMA only. [This study was not a full carcinogenesis bioassay. It was limited regarding the effect of the PCBs alone without initiation, due to the short duration of observation.]

### 3.2.2 Commercial mixtures of PCBs

### (a)   Aroclor 1254

See Table 3.8

#### Mouse

Pregnant CD-1 mice were given a single intraperitoneal injection of Aroclor 1254 at a dose of 0 (corn oil) or 500 mg/kg bw on day 19 of gestation (Anderson *et al.*, 1983). Suckling mice were given NDMA at 0 (saline vehicle) or 5 mg/kg bw by intraperitoneal injection on postnatal day 4 or 14, or every 3 days on postnatal days 1–22. Mice were weaned at age 4 weeks and examined at approximately 28 weeks and 18 months. No tumours of the liver were found at 28 weeks in male or female mice exposed in utero to the vehicle or Aroclor 1254 alone without exposure to NDMA. At 18 months, there was no increase in the incidence of tumours of the liver in mice treated with Aroclor 1254 without NDMA exposure. In the groups that were exposed to NDMA on postnatal day 4 or 14, there was no effect of maternal exposure to Aroclor 1254 on the incidence or multiplicity of tumours of the liver in male or female mice. Nevertheless, at 18 months, there was a significant increase in the incidence of "coalescing" tumours of the liver in females exposed on postnatal day 4 and in males exposed on postnatal day 14. There was no effect of maternal exposure to Aroclor 1254 on the incidence or multiplicity of tumours of the liver in male or female pups treated with NDMA between postnatal days 1 and 22. [This study design was not a full carcinogenesis bioassay of PCBs. Although mice were exposed to PCBs before being exposed to NDMA, NDMA acts as an initiator. Thus results from the groups exposed to NDMA plus PCBs are more likely to reflect an effect of the exposure to PCBs in utero on NDMA carcinogenesis.]

Groups of male neonatal Swiss Cr:NIH(s) mice were injected intraperitoneally with NDMA at a dose of 5 mg/kg bw in saline on postnatal day 4 (Anderson *et al.*, 1986). On postnatal day 8, mice were exposed to Aroclor 1254 at a dose of 0 (control), 50, 250, or 500 mg/kg bw in olive oil by gavage, for 16 or 28 weeks. The study also included two non-initiated groups exposed to Aroclor 1254 at a dose of 0 or 500 mg/kg bw. A significant increase in the average number of bronchioloalveolar adenomas was observed in mice exposed to both NDMA and Aroclor 1254 compared with mice exposed to NDMA only, but not in mice exposed to Aroclor 1254 without NDMA initiation compared with mice exposed to vehicle only.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 446

**Table 3.7 Study of carcinogenicity in mice exposed perinatally to PCB-153 and PCB-138**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Swiss Cr:NIH(s) (M) 16 wk Anderson et al. (1991) | Intraperitoneal injection on PND 4 with NDMA at 5 mg/kg bw or saline vehicle Exposure on PND 8 to PCBs (in olive oil) at 20 mg/kg bw by gavage until age 16 wk Group 1: NDMA Group 5: NDMA + PCB-153 Group 6: NDMA + PCB-138 Group 7: NDMA + PCB-153 + PCB-138 Group 8: saline/olive oil Group 2: PCB-153 Group 3: PCB-138 Group 4: PCB-153 + PCB-138 Number/group, NR | Bronchiolalveolar adenoma: Group 1: 15/55 (27%), 0.42 ± 0.11 Group 5: 13/53 (24%), 0.3 ± 0.08 Group 6: 21/50 (42%), 1.0 ± 0.3* Group 7: 14/46 (30%), 0.52 ± 0.13 Group 8: 0/26 Group 2: 0/32 Group 3: 0/31 Group 4: 0/34 | *$P$ = 0.014 vs group 1 | Purity, NR Not a full carcinogenicity bioassay Concentration of PCBs (20 mg/kg bw) is approximately equivalent to that of each PCB congener in Aroclor 1254 at 500 mg/kg bw |

M, male; NDMA, $N$-nitrosodimethylamine; PCB, polychlorinated biphenyl; PND, postnatal day; vs, versus

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 447

**Table 3.8 Studies of carcinogenicity in mice exposed perinatally or transplacentally to Aroclor 1254**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| CD-1 (M, F) 28 wk and 18 mo Anderson et al. (1983) | Pregnant dams given a single intraperitoneal injection of Aroclor 1254 at 0 (olive oil vehicle) or 500 mg/kg bw on day 19 of gestation. Progeny then injected intraperitoneally with saline (experiment 1) or NDMA at 5 mg/kg bw on PND 4 (experiment 2), PND 14 (experiment 3), or every 3 days from PND 1 to 22 (experiment 4) Group 1: olive oil (F, 28 wk) Group 2: Aroclor 1254 (F, 28 wk) Group 3: olive oil (F, 18 mo) Group 4: Aroclor 1254 (F, 18 mo) Group 5: olive oil (M, 28 wk) Group 6: Aroclor 1254 (M, 28 wk) Group 7: olive oil (M, 18 mo) Group 8: Aroclor 1254 (M, 18 mo) Number of mice/group, NR | *Experiment 1 (no NDMA):* Liver tumours: 0/23, 0/21, 1/31, 1/23, 0/21, 0/23, 12/23, 8/25 *Experiment 2 (NDMA on PND 4):* Liver tumours: 3/17, 3/21, 21/29, 17/20, 17/23, 14/24, 27/28, 17/17 Liver (coalescing) tumours: 0/17, 0/21, 7/29, 13/20*, 17/23, 14/24, 27/28, 17/17 *Experiment 3 (NDMA on PND 14):* Liver tumours: 2/18, 0/19, 16/24, 9/19, 9/26, 1/19**, 18/19, 18/19 Liver (coalescing) tumours: 0/18, 0/19, 3/24, 1/19, 0/26, 0/19, 8/19, 14/19*** | NS NS *P < 0.01 (Fisher exact test) **P < 0.04 (Fisher exact test), decrease ***P < 0.035 (Fisher exact test) | Purity, NR Tumour incidence and multiplicity in progeny (from dams treated with Aroclor 1254) exposed to NDMA every 3 days from PND 1 to PND 22 (experiment 4) were not increased and are not shown |
| Swiss Cr:NIH(s) (M) 16 or 28 wk Anderson et al. (1986) | Intraperitoneal injection of NDMA (0 or 5 mg/kg bw) in saline on PND 4 followed on PND 8 by exposure to Aroclor 1254 in olive oil by gavage Groups were exposed for 16 or 28 wk to: NDMA + Aroclor 1254 (50 mg/kg bw); NDMA + Aroclor 1254 (250 mg/kg bw); NDMA + Aroclor 1254 (500 mg/kg bw); NDMA + olive oil; saline + Aroclor 1254 (500 mg/kg bw); saline + olive oil Number/group, NR | Bronchioloalveolar adenoma (average no. of tumours/no. of examined animals): 16 wk: 5.7/16, 5.1/12, 11.8/14*, 6.1/17, 0/13, 0.2/6 28 wk: 7.9/15, 8.6/14, 11.9/16**, 6.6/16, 0.2/19, 0.1/7 | *P < 0.05 **P < 0.01 | Purity, NR Not a full carcinogenicity bioassay. Short duration |

## Table 3.8 (continued)

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Swiss Cr:NIH(s) (M) up to 72 wk Anderson et al. (1994) | Intraperitoneal injection on PND 4 with NDMA at 5 mg/kg bw or saline vehicle. At age 8 days, mice received Aroclor 1254 at 250 mg/kg bw by gavage in olive oil or vehicle only. Mice were killed when moribund or at age 16, 28, 52, or 72 wk. Groups were exposed to: NDMA; NDMA + Aroclor 1254; Aroclor 1254; saline/oil. Number/group, NR | *Bronchioloalveolar adenoma:* Age 28 wk: 7/23[a] (30%), 0.5 ± 1.1[b]; 19/27[a] (70%), 1.9 ± 2.9[b]; 0/13; 0/16 Age 52 wk: 12/25 (48%), 0.6 ± 0.8; 15/23 (65%), 2.7 ± 3.8[c]; 4/24 (17%), 0.17 ± 0.38; 6/27 (22%), 0.26 ± 0.4 Age 72 wk: 21/23 (91%), 5.1 ± 4.5; 17/23 (74%), 3.9 ± 4.3; 17/25 (68%), 0.9 ± 0.8; 17/39 (44%), 0.6 ± 0.7 *Liver adenoma:* Age 52 wk: 1/25[d] (4%), 0.04 ± 0.2; 9/23[d] (39%), 0.6 ± 0.8; 0/24; 0/27 Age 72 wk: 16/23 (70%), 1.8 ± 2.2; 14/25 (56%), 1.5 ± 2.0; 0/25; 0/39 | Matched letters are significantly different from each other [a] $P = 0.01$ [b] $P = 0.0033$ [c] $P = 0.0496$ [d] $P = 0.004$ | Purity, NR Not a full carcinogenicity bioassay |

mo, month; NDMA, N-nitrosodimethylamine; NR, not reported; NS, not significant; PND, postnatal day; wk, week

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 449

In a subsequent experiment, groups of neonatal male Swiss Cr:NIH(s) mice were given an intraperitoneal injection of NDMA at a dose of 0 (saline vehicle) or 5 mg/kg bw on postnatal day 4, then given Aroclor 1254 at a dose of 0 or 250 mg/kg bw in olive oil on day 8 by gavage, and killed at age 16, 28, 52, or 72 weeks (Anderson et al., 1994). At age 28 weeks, the incidence of bronchioloalveolar adenoma in mice initiated with NDMA was increased 2.5-fold by treatment with Aroclor 1254. The multiplicity of bronchioloalveolar adenoma was enhanced fourfold by treatment with Aroclor 1254 for 28 or 52 weeks. By 72 weeks, tumour numbers, although high, were similar in the groups receiving NDMA only, and NDMA plus Aroclor 1254. There was an increased incidence of liver adenoma at 52 weeks in mice receiving NDMA plus Aroclor 1254 compared with mice receiving NDMA only. By 72 weeks, the incidences in the groups receiving NDMA or NDMA plus Arochlor 1254 were similar. [This study was not a full carcinogenesis bioassay of PCBs.]

(b)    Kanechlor 500

See Table 3.9

*Rat*

Pregnant Wistar rats were exposed to Kanechlor 500 at a dose of 0 (olive oil vehicle), 40, or 200 mg/kg bw by gavage on days 5, 10, and 15 of gestation (Nishizumi, 1980). Male and female pups were subsequently weaned and given drinking-water containing NDEA at 50 ppm for 5 weeks to induce liver tumours [mainly hepatocellular carcinomas] that were evaluated after 20 and 24 weeks. The average concentration of total PCBs in the liver at 4 weeks was 1 ppm, 18 ppm and 360 ppm in the groups at 0 (vehicle), 40 mg/kg bw and 200 mg/kg bw, respectively, indicating clear transfer from the dam to the offspring. In both males and females, there was a decrease in the multiplicity of NDEA-initiated tumours of the liver. [This study was not a full carcinogenesis bioassay.]

### 3.2.3 Mixtures of PCBs and other chlorinated agents found in human milk fat

(a)    Mixture of non-*ortho* PCBs, PCDFs, and PCDDs

See Table 3.10

*Rat*

Female Sprague-Dawley rats were exposed by gavage at age 1, 5, 10, 15, and 20 days to a mixture of three non-*ortho* PCBs [PCB-77, PCB-126, and PCB-169], six PCDDs, and seven PCDFs, or were exposed to the vehicle (corn oil) only (Desaulniers et al., 2004). The concentrations of these agents in the mixture were based on the concentrations of dioxin-like congeners found in human milk fat, and the doses administered were equal to 10 times, 100 times, or 1000 times the quantities found in milk fat. At age 50 days, groups of rats were injected intraperitoneally with *N*-methyl-*N*-nitrosourea (MNU) at a dose of 0 or 30 mg/kg bw to induce the development of tumours of the mammary gland. At age 32 weeks, in those groups not treated with MNU, there was a significant increase in the incidence of benign lesions of the mammary gland (adenoma, fibroadenoma, and hyperplasia) after exposure to the 1000-times mixture. In the MNU-treated groups, there was no effect of exposure to the mixture on the incidences of benign lesions or malignant tumours of the mammary gland. [This study was not a full carcinogenesis bioassay. Given the presence of PCDDs and PCDFs in the mixture, conclusions regarding the effect of PCBs alone could not be drawn from this study.]

(b)    Mixture of PCBs, DDT, and DDE

See Table 3.11

*Rat*

Neonatal female Sprague Dawley rats were exposed to a mixture of 19 PCB-congeners, *p,p´*-dichlorodiphenyltrichloroethane (DDT), and *p,p´*-dichlorodiphenyldichloroethene (DDE)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 450

**Table 3.9 Study of carcinogenicity in rats exposed transplacentally and perinatally to Kanechlor 500**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Wistar (M, F) up to 29 wk Nishizumi (1980) | Dams were given Kanechlor 500 at 0 (olive oil vehicle), 40, or 200 mg/kg bw by gavage on days 5, 10 and 15 of gestation. Male and female offspring were given drinking-water containing NDEA at 50 ppm for 5 wk, and were evaluated 20 and 24 wk after NDEA exposure Group 1: vehicle (olive oil) Group 2: Kanechlor 500 at 40 mg/kg bw Group 3: Kanechlor 500 at 200 mg/kg bw 6–8 M and 6–8 F/group | Liver tumours (≥ 5 mm) *M (20 wk):* Group 1: 6/7 (86%), 3.0 ± 0.7 Group 2: 6/8 (75%), 1.3 ± 0.4* Group 3: 4/6 (50%), 1.0 ± 0.4* *F (20 wk):* Group 1: 5/8 (62.5%), 1.1 ± 0.4 Group 2: 4/8 (50%), 0.6 ± 0.3 Group 3: 0/8, 0* *M (24 wk):* Group 1: 8/8 (100%), 4.6 ± 0.7 Group 2: 6/6 (100%), 2.8 ± 0.7 Group 3: 5/7 (71%), 2.0 ± 0.7* *F (24 wk):* Group 1: 4/7 (57%), 1.4 ± 0.5 Group 2: 3/7 (43%), 0.7 ± 0.4 Group 3: 2/8 (25%), 0.4 ± 0.3 | *$P < 0.05$ (decrease) | Not a full carcinogenesis bioassay Liver tumours were mainly hepatocellular carcinomas, with some neoplastic nodules |

F, female; M, male; NDEA, N-nitrosodiethylamine; wk, week

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 451

**Table 3.10 Studies of carcinogenicity in rats exposed perinatally to a mixture of non-*ortho* PCBs, PCDDs, and PCDFs**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Sprague-Dawley Charles River, St-Constant, QC (F) 32 wk Desaulniers et al. (2004) | Mixture (5 mL/kg bw) in corn oil given to neonates at age 1, 5, 10, 15, and 20 days, by gavage. Mixture contained 0 (vehicle), 1, 10, 100, or 1000 times the amount a human baby would consume. MNU was injected intraperitoneally (30 mg/kg bw in saline) at age 50 days. The rats were killed at age 32 wk | *Mammary gland:* | | Purity, NR Short duration; not a full carcinogenicity bioassay The concentrations of each chemical included in the mixture (three non-*ortho* PCBs [PCB-77, PCB-126, and PCB-169], six PCDDs and seven PCDFs) were based on the concentrations found in human milk fat Description of benign lesions of the mammary gland did not differentiate between non-neoplastic (hyperplasia) and neoplastic (adenoma, fibroadenoma) lesions Mixture included PCDDs and PCDFs, so conclusions could not be made regarding the effect of PCBs alone |
| | Without MNU: vehicle (controls), 1000× mixture | Benign lesions (adenoma, fibroadenoma, hyperplasia): 4/37, 11/37* Malignant (carcinoma in situ and adenocarcinoma): 1/37, 4/37 | *P < 0.05 | |
| | With MNU: vehicle (controls), 1 × mixture, 10 × mixture, 100× mixture, 1000 × mixture 31–40/group | Benign lesions: 11/35, 8/32, 14/32, 12/31, 10/40 Malignant tumours: 24/35, 18/32, 19/32, 21/31, 25/40 | NS | |

F, female; M, male; MNU, *N*-methyl-*N*-nitrosourea; PCBs, polychlorinated biphenyls; PCDDs, polychlorinated dibenzodioxins; PCDFs, polychlorinated dibenzofurans; wk, week

289

**Table 3.11 Study of carcinogenicity in rats exposed perinatally to a mixture of PCBs, DDT, and DDE found in breast milk**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%) of tumours | Significance | Comments |
|---|---|---|---|---|
| Sprague-Dawley (F) 308 days or when tumour size reached 1 cm Desaulniers et al. (2001) | Neonates treated by gavage at age 1, 5, 10, 15, and 20 days with a mixture containing 0 (vehicle), 10, 100 or 1000 times the amount of PCBs, DDT, DDE that a human baby would consume. A separate group received TCDD at 2.5 μg/kg bw by gavage on day 18. On day 21, groups 3–7 received a single intraperitoneal injection of MNU at 30 mg/kg bw in saline Group 1: corn oil vehicle controls Group 2: 1000 × mixture Group 3: MNU + corn oil vehicle Group 4: MNU + 10 × mixture Group 5: MNU + 100 × mixture Group 6: MNU + 1000 × mixture Group 7: MNU + TCDD 33–41/group | *Mammary gland* Groups 1 and 2: Fibroadenoma: 1/30, 0/33 Adenoma: 0/30, 0/33 Papilloma: 0/30, 0/33 Carcinoma in situ: 0/30, 1/33 Adenocarcinoma: 0/30, 0/33 Benign or malignant lesions (combined): 1/30, 2/33 Groups 3–7: Fibroadenoma: 12/41, 13/28, 6/31, 9/34, 10/32 Adenoma: 5/41, 4/28, 4/31, 8/34, 6/32 Papilloma: 3/41, 1/28, 3/31, 1/34, 5/32 Carcinoma in situ: 5/41, 5/28, 8/31, 7/34, 4/32 Adenocarcinoma: 11/41, 12/28, 10/31, 12/34, 13/32 Benign or malignant lesions (combined): 28/41, 24/28, 22/31, 25/34, 25/34 Benign or malignant lesions (median number of lesions): 2, 2, 1, 4.5*, 5.5 | Group 2 vs group 1: NS  Groups 4–7 vs group 3: NS for incidence *P = 0.05 | Purity, NR Mixture included DDT and DDE, so conclusions could not be made regarding the effect of PCBs alone Not a full carcinogenesis bioassay |

[a] Mixture consists of *p,p′*-dichlorodiphenyltrichloroethane (DDT), *p,p′*-dichlorodiphenyldichloroethene (DDE) and PCBs mixture comprised of non-*ortho* (PCB-77, -126, -169), mono-*ortho* (PCB-28, -66, -74, -118, -156) and di-*ortho* (PCB-99, -128, -138, -153, -170, -180, -183, -187, -194, -201, -203) substituted congeners detected in > 75% of breast milk samples from Canadian women. DDT, DDE and PCBs were included in the mixture according to the median concentrations in milk fat
MNU, N-methyl-N-nitrosourea; NS, not significant; PCB, polychlorinated biphenyl; TCDD, 2,3,7,8-tetrachlorodibenzo-*para*-dioxin; vs, versus

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 453

(Desaulniers *et al.*, 2001). The PCB-congeners in the mixture were those detected in more than 75% of samples of breast milk from Canadian women and were included in proportions determined by their median concentrations measured in milk fat. The PCBs were: non-*ortho* (PCB-77, PCB-126, PCB-169), mono-*ortho* (PCB-28, PCB-66, PCB-74, PCB-118, PCB-156), and di-*ortho* (PCB-99, PCB-128, PCB-138, PCB-153, PCB-170, PCB-180, PCB-183, PCB-187, PCB-194, PCB-201, PCB-203) substituted congeners. In this study, five groups of neonatal rats were exposed to the mixture composed of DDT, its major metabolite DDE, and PCBs at 0 (corn oil), 10, 100, or 1000 times their concentrations in breast milk, by gavage, starting at age 1, 5, 10, 15, or 20 days. For comparison purposes, an additional group was exposed by gavage at age 18 days to 2,3,7,8-tetrachlorodibenzo-*para*-dioxin (TCDD) at a concentration of 2.5 µg/kg bw. On day 21, all treatment groups (except for a control group that received corn oil only, and a group that received the 1000-times mixture) received a single intraperitoneal injection of MNU (30 mg/kg bw) in saline. Animals were observed up to 308 days. Seven to nine rats from the groups not exposed to MNU were killed between ages 55 and 62 days; the remaining rats were killed at 224 days. MNU-treated rats were killed when palpable tumours reached 1 cm, or by day 308 if no palpable tumour was detected. Sporadic incidences of lesions of the mammary gland were observed in the groups not treated with MNU (0 and 1000-times mixture). On the contrary, a large number of lesions of the mammary gland (including hyperplasia, the most common lesion observed) were seen in MNU-treated rats, and there was a significant effect of the 1000-times mixture ($P = 0.05$) on the median number of combined benign and malignant lesions of the mammary gland when compared to the MNU-only treated rats. There was no significant effect on the incidence of any specific tumour type, either benign or malignant, or the combined incidence of

benign and malignant neoplasms. [Given that the mixture contained DDT and DDE, in addition to PCBs, the Working Group considered this study as a co-carcinogenicity study, and conclusions regarding the effect of PCBs alone could not be made.]

### 3.2.7 PCB metabolites: 4′-OH-PCB-30 and 4′-OH-PCB-61

See Table 3.12

*Mouse*

Neonatal female BALB/cCrg1 mice were exposed 16 hours after birth onwards to: 20 or 200 µg of 2′,4′,6′-trichloro-4-biphenylol [4′-OH-PCB-30]; 40 or 400 µg of 2′,3′,4′,5′-tetrachloro-4-biphenylol [4′-OH-PCB-61]; 10 µg of 4′-OH-PCB-30 plus 10 µg of 4′-OH-PCB-61, or 100 µg of 4′-OH-PCB-30 plus 100 µg of 4′-OH-PCB-61 (Martinez *et al.*, 2005). Exposure occurred via daily subcutaneous injections for 5 days and the mice were held for 20 months. [The neonatal mouse model has previously been used as a model for diethylstilbestrol-induced carcinogenesis after exposure in utero. The BALB/c mouse is known to be sensitive to the induction of cervicovaginal tumours by estrogens.] Significant treatment-related increases in the incidence of cervicovaginal tumours were observed for the groups treated with 4′-OH-PCB-30. Modest but statistically significant increases in the incidence of cervicovaginal tumours were also seen in both groups exposed to 4′-OH-PCB-61, and to the combination of 4′-OH-PCB-30 + 4′-OH-PCB-61 at the higher dose. There was also a significant effect of 4′-OH-PCB-61 at the lower dose on the incidence of carcinoma of the mammary gland.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 454

IARC MONOGRAPH – 107

**Table 3.12 Study of carcinogenicity in mice exposed perinatally to 2′,4′,6′-trichloro-4-biphenylol (OH-PCB-30) and/or 2′,3′,4′,5′-tetrachloro-4-biphenylol (4′-OH-PCB-61)**

| Strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| BALB/ cCrgl (F) Up to 20 mo Martinez et al. (2005) | Daily subcutaneous injections of 20 µL for 5 days starting 16 hours after birth. Mice were weaned at age 21 days. Examination daily for premature vaginal opening for the first 35 days of life and checks monthly to detect concretions. When concretions were found, the mice were removed from the study. All mice that survived to age 20 mo were killed Groups were injected with: sesame oil vehicle (control); 20 µg OH-PCB-30; 200 µg OH-PCB-30; 40 µg OH-PCB-61; 400 µg OH-PCB-61; 10 µg OH-PCB-30 + 10 µg OH-PCB-61; or 100 µg OH-PCB-30 + 100 µg OH-PCB-61 Number/group, NR | Cervicovaginal tract carcinoma: 0/33, 2/33, 10/22**, 4/30*, 5/24*, 3/36, 8/21* Mammary gland carcinoma: 0/33, 5/33, 0/22, 4/30*, 1/24, 3/36, 0/21 | *$P < 0.05$ (Fisher exact test) **$P < 0.01$ (Fisher exact test) | Purity, NR The BALB/c mouse is sensitive to the induction of cervicovaginal tumours by estrogens. The inbred BALB/cCrgl strain has a low incidence of tumours of the mammary gland. The neonatal mouse model has previously been used as a model for diethylstilbestrol-induced carcinogenesis after exposure in utero Carcinomas of the cervicovaginal tract were mainly squamous cell carcinomas and adenosquamous carcinomas |

F, female; mo, month; NR, not reported; PCB, polychlorinated biphenyl

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 455

## 3.3 Initiation–promotion and co-carcinogenicity studies

See Table 3.13

### 3.3.1 Initiation–promotion studies

#### (a)    PCB-153

A study was carried out to determine whether PCB-153 had promoting activity in NDEA-initiated tumours of the liver in male B6129SF2/J mice, and whether the deletion of the NF-κB p50 subunit influenced liver carcinogenesis (Glauert et al., 2008). Four groups of 14–17 wildtype and transgenic mice were injected intraperitoneally with NDEA (90 mg/kg bw in saline) at 9 weeks of age. After a 2-week recovery period, both wildtype and NF-κB p50$^{-/-}$ mice were injected intraperitoneally with PCB-153 at a dose of 0 (corn oil) or 300 μmol/kg bw every 14 days for a total of 20 injections. Mice were then maintained for an additional 15 weeks before being killed. Hepatocellular tumours were mainly classified as hepatocellular carcinoma. The incidence of hepatocellular tumours was higher in wildtype mice treated with PCB-153 than in wildtype mice receiving corn oil only. The deletion of p50 decreased the incidence of hepatocellular tumours in mice treated with PCB-153 or corn oil only.

#### (b)    Aroclor 1254

#### (i)    Mouse

In a study to determine whether Aroclor 1254 promoted the induction of liver nodules after initiation with NDEA, groups of male CD-1 mice were first given drinking-water containing NDEA at a dose of 0 or 8 μg/g bw per day, for 8 weeks (Gans & Pintauro, 1986). After 2.5 weeks, mice were given Aroclor 1254 as an intraperitoneal dose at 0 (tricaprylin/corn oil, 1/4, v/v) or 100 μg/g bw, every second week for 8 (8 mice per group) or 16 (18–19 mice per group) weeks.

Aroclor 1254 did not increase the incidence of liver nodules, which were made up of type I, type II, or more commonly a mixture of type I and type II tissues. [The Working Group noted that it was not clear whether the diagnosis referred to hyperplasia and adenoma, respectively.]

Diwan et al. (1994) examined whether Aroclor 1254 promoted NDEA-initiated tumours of the liver in groups of 30 male DBA/2NCr × C57BL/6NCr (D2B6F1) mice. At age 5 weeks, mice were injected intraperitoneally with NDEA at a dose of 0 (tricaprylin vehicle) or 90 mg/kg bw. At age 7 weeks, mice were fed Aroclor 1254 at a dietary concentration of 175 or 350 mg/kg. The authors estimated the dose to be 0.1 or 0.2 mmol/kg bw per day based on a diet consumption of 4.5 g/day. [It was not reported whether food intake was measured.] Mice were killed after 60 weeks. The incidence of hepatocellular adenoma or carcinoma (combined) was significantly increased in both groups receiving NDEA plus Aroclor 1254 (all tumours were carcinomas) compared with the group receiving NDEA only (all tumours were adenomas). The incidences of hepatoblastoma in the group receiving Aroclor 1254 at 175 mg/kg, and of metaplastic and neoplastic glandular lesions within hepatocellular neoplasms (cholangiocellular neoplasms) in the groups receiving Aroclor 1254 at 175 and 350 mg/kg were higher [$P < 0.01$] than in the group receiving NDEA only.

Beebe et al. (1995) examined the promoting activity of Aroclor 1254 in the lung and liver in three strains of male mice that differ in AhR responsiveness: C57BL/6, DBA/2NCr, and B6D2F1. At age 5 weeks, groups of 23–34 mice were injected intraperitoneally with NDEA at a dose of 0 (tricaprylin vehicle) or 90 mg/kg bw. At age 8 weeks, the mice were placed on a diet containing Aroclor 1254 at a concentration of 0 or 100 mg/kg for 20 weeks. They were then left untreated for 24 weeks until being killed at age 52 weeks. Tumours of the liver were classified as hepatocellular adenoma, hepatocellular

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 456

**Table 3.13 Initiation–promotion and co-carcinogenicity studies with PCBs**

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| *Initiation–promotion studies (initiator followed by PCB)* | | | | | |
| PCB-153 | Mouse, wildtype (WT) and NF-κB p50−/− B6129SF2/J mice (M) 55 wk Glauert et al. (2008) | Initiation: NDEA (90 mg/kg, i.p.) at age 9 wk Promotion: 2 wk later, PCB-153 (300 μmol/kg bw in corn oil) by i.p. injection, every 14 days; total of 20 injections; then maintained for an additional 15 wk. 14–17/group | *Hepatocellular tumours* Corn oil controls: WT, 11/15 NF-κB p50−/−, 5/11 PCB-153: WT, 7/7* NF-κB p50−/−, 6/9 | *[P < 0.05] vs WT mice receiving corn oil | Hepatocellular tumours were mainly carcinomas |
| Aroclor 1254 | Mouse, CD-1 (M) 8 or 16 wk Gans & Pintauro (1986) | *Initiation:* NDEA, 0 (control) or 8 μg/g bw per day, in drinking-water, for 8 wk *Promotion:* 2.5 wk later, Aroclor 1254 at 100 μg/g bw in tricaprylin/corn oil vehicle, i.p. every other wk for 8 (8/group) or 16 wk (18–19/group) | Liver nodules of types I and II *8 wk:* Control + vehicle: 0/8 NDEA + vehicle: 2/8 Control + Aroclor 1254: 0/8 NDEA + Aroclor 1254: 2/8 *16 wk:* Control + vehicle: 0/18 NDEA + vehicle: 9/19 Control + Aroclor 1254: 1/18 NDEA + Aroclor 1254: 10/18 | NS (effect of Aroclor 1254) | It was uncertain whether liver nodules included hyperplasias and adenomas Types not further identified |
| Aroclor 1254 | Mouse, D2B6F1 (M) 60 wk Diwan et al. (1994) | *Initiation:* NDEA (0 or 90 mg/kg bw in saline, i.p.) at age 5 wk *Promotion:* Aroclor 1254 at 0, 175 or 350 mg/kg diet, at age 7 wk 30/group | *Hepatocellular adenoma or carcinoma (combined)* NDEA: 12/30 (3.4), 24/24* (10.8), 23/23* (16.9) Saline: 7/30 (1.1), 12/29 (2.1), 25/25 (2.9) *Hepatoblastoma* NDEA: 1/30 (1), 8/24* (1.5), 2/23 (1) Saline: NR, 0/29, 0/25 *Cholangiocellular tumours:* NDEA: 0/30, 7/24*, 17/23* Saline: NR, 2/29, 10/25 | *P < 0.00001 *[P < 0.01] *[P < 0.01] | In both NDEA + Aroclor 1254 groups all tumours were carcinomas whereas in the NDEA-only group all tumours were adenomas |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 457

**Table 3.13 (continued)**

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| Aroclor 1254 | Mouse, C57BL/6, DBA/2NCr, and B6D2F1 (M) 44 wk Beebe et al. (1995) | *Initiation*: NDEA (90 mg/kg bw, i.p.) or triacaprylin vehicle at age 5 wk *Promotion*: at age 8 wk, Aroclor 1254 (100 mg/kg diet) for 20 wk followed by no-exposure phase of 24 wk Group 1: Tricaprylin Group 2: NDEA Group 3: NDEA+Aroclor 1254 Group 4: Tricaprylin+Aroclor 1254 23–34/group | *C57BL/6* Liver tumours (all types): 0/27, 4/28, 19/32\*, 2/27 Hepatocellular adenoma: 0/27, 4/28, 17/32\*\*, 2/27 Hepatocellular carcinoma: 0/27, 3/28, 3/32, 0/27 Cholangioadenoma or cholangiocarcinoma (combined): 0/27, 0/28, 4/32, 0/27 Hepatoblastoma: 0/27, 0/28, 4/32, 0/27 Lung tumours (all): 1/27, 20/26, 20/25, 1/27 *B6D2F1* Liver tumours (all types): 0/34, 7/33, 8/33, 3/34 Hepatocellular adenoma: 0/34, 6/33, 6/33, 3/34 Hepatocellular carcinoma: 0/34, 0/33, 2/33, 0/34 Cholangioadenoma or cholangiocarcinoma (combined): 0/34, 0/33, 0/33, 0/34 Hepatoblastoma: 0/34, 1/33, 0/33, 0/34 Lung tumours (all): 0/31, 33/34, 31/34, 2/34 | \*$P < 0.05$ (group 3 vs group 2) \*\*$P < 0.05$ (group 3 vs group 2 and group 3 vs group 4) | Purity, NR |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 458

**Table 3.13  (continued)**

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| Aroclor 1254 (cont.) | | | *DBA/2* Liver tumours (all types): 0/23, 6/28, 6/31***, 0/24 Hepatocellular adenoma: 0/23, 5/28, 4/31, 0/24 Hepatocellular carcinoma: 0/23, 2/28, 2/31, 0/24 Cholangioadenoma or cholangiocarcinoma (combined): 0/23, 0/28, 0/31, 0/24 Hepatoblastoma: 0/23, 0/28, 0/31, 0/24 Lung tumours (all): 3/23, 24/28, 28/29, 1/24 | ***$P < 0.05$ (group 3 vs group 4) | |
| Aroclor 1254 | Mouse, HRS/1 hairless (F) 20 wk Poland et al. (1982) | *Initiation*: MNNG (5 μmol in 50 μl of acetone) at age 8 wk *Promotion*: 1 mg Aroclor 1254 in 50 μL of acetone per mouse, twice weekly topically for 20 wk 20 mice in groups receiving Aroclor 1254; 26 in MNNG-only group | Skin papilloma: MNNG + vehicle, 0/23 Vehicle + Aroclor 1254, 0/19 MNNG + Aroclor 1254, 4/19 | NS | Statistical test, NR |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 459

**Table 3.13** (continued)

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| Aroclor 1254 | Mouse, Swiss (Cr:NIH) (M, F) 44 wk Beebe et al. (1993) | *Initiation:* For transplacental studies, pregnant mice were injected with NNK (100 mg/kg bw, i.p.) on days 15, 17, and 19 of gestation, or with NDMA (10 mg/kg bw, i.p.) on day 19 of gestation, or with saline vehicle on day 19 of gestation For neonatal studies, pups were injected with NDMA (5 mg/kg bw, i.p.), NNK (50 mg/kg bw, i.p.), or saline vehicle on PND 4 *Promotion:* Aroclor 1254 (500 mg/kg bw, p.o.) or olive oil vehicle on PND 56 *Transplacental initiation* Group 1: Saline/olive oil Group 2: Saline/Aroclor 1254 Group 3: NDMA/olive oil Group 4: NDMA/Aroclor 1254 Group 5: NNK/olive oil Group 6: NNK/Aroclor 1254 *Neonatal initiation* Group 7: NDMA/olive oil Group 8: NDMA/Aroclor 1254 Group 9: NNK/olive oil Group 10: NNK/Aroclor 1254 Animals/group, NR | *Transplacental initiation* Lung tumours (M): 2/27, 3/30, 0/29, 10/28*, 1/27, 8/29** Lung tumours (F): 1/29, 2/30, 3/30, 4/30, 4/30, 5/29 *Neonatal initiation* Lung tumours (M): 11/28, 22/30***, 8/30, 10/30 Lung tumours (F): 16/27, 19/27, 4/30, 11/29**** | *P < 0.001 (group 4 vs group 3) **P = 0.026 (group 6 vs group 5) ***P = 0.016 (group 8 vs group 7) ****P = 0.039 (group 10 vs group 9) | Purity, NR The classification of lung tumours was not provided |
| Aroclor 1254 | Rat, Sprague-Dawley (M) 18 wk Preston et al. (1981) | Initiation: NDEA at 66 µg/mL in drinking-water for 5 wk *Promotion:* Aroclor 1254 or Aroclor 1254 from which PCDFs were removed at 100 mg/kg diet, or control diet 40/group | Hepatocellular carcinoma: NDEA alone, 5/32 NDEA + Aroclor 1254, 21/33* NDEA + Aroclor 1254 with PCDFs removed, 27/32* | *P < 0.05, $\chi^2$ analysis | |
| Aroclor 1254 | Rat, Sprague-Dawley (M) 19 wk Yansell et al. (2004) | Initiation: DIPN (2.5 g/kg bw, s.c.) *Promotion:* 1 wk later, Aroclor 1254 at 100 mg/kg diet for 19 wk 24/group | *Thyroid* Cystic adenoma: 0/24, 2/22 Follicular adenoma: 5/24, 9/22 Follicular carcinoma: 1/24, 0/22 "Complete carcinoma": 0/24, 4/22* | *P < 0.05 | Uncertainty in classification of one type of thyroid tumour as "complete carcinoma" |

297

**Table 3.13** (continued)

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| Kanechlor 400 | Rat, Donryu (F) 6 mo Kimura et al. (1976) | Initiation: MDAB (600 mg/kg diet) for 2 mo, rats aged 11–15 wk Treatment with Kanechlor 400 at 400 mg/kg diet before, during, or after MDAB Two groups were treated with Kanechlor 400 or MDAB only 25/group; 10 untreated controls | Hepatocellular carcinoma: MDAB alone, 2/15 MDAB followed by Kanechlor 400, 7/11* Kanechlor 400 followed by MDAB, 0/9 MDAB/Kanechlor 400 together, 0/11 Kanechlor 400 alone, 0/12 Untreated controls, 0/7 | [*P < 0.05] vs MDAB-only group | The authors indicated that the incidence in the group receiving MDAB followed by Kanechlor 400 was significantly different from that in all other groups, using t-test, but the Working Group noted that this test cannot be used for binomial data |
| Kanechlor 500 | Rat, Wistar (M) 40 or 52 wk Nishizumi (1979) | Initiation: NDEA at 50 mg/L in drinking-water for 2 wk Promotion: 1 wk later, 0.1 mL of 10% Kanechlor 500 in olive oil, by gavage, twice per week for 12 wks, then maintained until 40 or 52 wk after start of study 7–8/group per time-point | Hepatocellular tumours (mainly carcinomas): 40 wk: NDEA + olive oil: 0/8 NDEA + Kanechlor 500: 6/7* (3.3 tumours/rat)* 52 wk: NDEA + olive oil: 0/8 NDEA + Kanechlor 500: 8/8* (6.9 tumours/rat)** | *[P < 0.05] **P < 0.01 | |
| Unspecified PCB mixture | Rat, F344 (M) 32 wk Hirose et al. (1981) | Initiation: 0.1% EHEN in drinking-water for 2 wk Promotion: 0 or 0.05% unspecified PCB mixture in diet for 32 wk UN 1 wk after starting PCBs 20–21/group | Hepatocellular carcinoma: EHEN only, 7/21 EHEN + PCB, 19/19 Renal cell tumours [benign]: EHEN, 18/21 EHEN + PCB, 12/19 | P < 0.001

NS | PCB mixture: Kanegafuchi Chemical Co, Osaka, Japan No renal cell carcinomas were observed Statistical analysis, NR |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 461

**Table 3.13 (continued)**

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| Unspecified PCB mixture | Rat F344 (M) 32 wk Arai et al. (1983) | *Initiation*: NDMA (0.04% in diet) for 2 wk *Promotion*: 2 wk later, 500 mg/kg diet PCB mixture (or a basal diet) for 28 wk; UN 1 wk after starting PCBs 20/group | *Liver* Hyperplastic or neoplastic nodules (combined): NDMA, 5/18 NDMA + UN, 7/20 NDMA + PCBs, 10/11* NDMA + PCBs + UN, 7/7* Hepatocellular carcinoma: NDMA, 0/18 NDMA + UN, 0/20 NDMA + PCBs, 3/11* NDMA + PCBs + UN, 1/7 *Kidney* Nephroblastoma: NDMA, 17/18 NDMA + UN, 18/20 NDMA + PCBs**, 4/11 NDMA + PCBs + UN**, 3/7 | *[$P < 0.05$] vs control group **[$P < 0.05$] vs control group (decrease) | PCB mixture: Kanegafuchi Chemical Co, Osaka, Japan Statistical analysis, NR Significant mortality in some groups, especially in the group receiving NDMA + PCBs + UN |
| *PCBs with other modifying agents* | | | | | |
| Aroclor 1254 | Mouse, C57BL/10ScSn and DBA/2 2, 4, 8, and 12 mo Smith et al. (1990) | Injection with Fe (Fe-dextran, 12 mL/kg; Fe, 600 mg/kg bw, s.c.) or dextran followed 7 days later by Aroclor 1254 at 100 mg/kg diet for 2 mo (5 mice/group), 4 mo (C57 only, 5 mice/group), 8 mo (10 mice/group for C57; 5–7 group for DBA), or 12 mo (C57 only, 15–19/group) | *Hepatocellular adenoma*: 4 mo: Aroclor 1254, 0/5 Aroclor 1254 + Fe, 1/5 8 mo (C57): Aroclor 1254, 0/10 Aroclor 1254 + Fe, 7/9* 12 mon: Aroclor 1254, 0/16 Aroclor 1254 + Fe, 15/18* *Hepatocellular carcinoma*: 12 mo only: Aroclor 1254, 1/16 Aroclor 1254 + Fe, 7/18* | *[$P < 0.05$] | Statistical analysis, NR No effects of iron and Aroclor 1254 in DBA/2 mice |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 462

**Table 3.13   (continued)**

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| Aroclor 1254 | Mouse, C57BL/10ScSn 8 and 12 mo Smith et al. (1995) | Injection with Fe-dextran (Fe, 600 mg/kg bw, s.c.) or dextran, followed 3 days or 1 wk later by Aroclor 1254 at 100 mg/kg diet; for 8 mo (10/group) or 12 mo (15–19/group) Group 1: Aroclor Group : Aroclor + Fe | *8 mo:* Group 1: 0/10 (hepatocellular tumours); Group 2: 7/9* (hepatocellular adenoma) *12 mo:* Group 1: 0/16 (hepatocellular tumours); Group 2: 15/18* (hepatocellular adenoma and 7/18* (hepatocellular carcinoma) | *[$P < 0.05$] | Statistical analysis, NR |
| Aroclor 1254 | Mouse, C57BL/6J (M), *Cyp1a2$^{-/-}$* or $^{+/+}$ (wildtype) 57 wk Greaves et al. (2005) | Injection with Fe-dextran (Fe, 800 mg/kg bw; route NR) followed by Aroclor 1254 at 100 mg/kg diet for 57 wk Fe + Aroclor 1254, 10/group Fe-only, 5/group | Liver adenoma: Fe-only: *Cyp1a2$^{+/+}$*: 0/5 *Cyp1a2$^{-/-}$*: 0/5 Fe + Aroclor: *Cyp1a2$^{+/+}$*: 5/10* *Cyp1a2$^{-/-}$*: 0/10 | *[NS] | Statistical analysis, NR |
| Kanechlor 400 | Mouse, A/J (M) 24 wk Nakanishi et al. (2001) | Single dose of Kanechlor 400 (2.5 mg/kg bw, i.p.) or DMSO vehicle injected into mice aged 6 wk. Mice were then injected with 1-nitropyrene at 1575 mg/kg bw (total dose of all injections) or DMSO vehicle (i.p., 3×/wk), 17 injections. Mice killed 18 wk after final injection of 1-nitropyrene 8–20/group | *Bronchioloalveolar lesions* Incidence (average number): DMSO control: 0/8 (0) Kanechlor 400: 2/10 (0.4) 1-Nitropyrene: 16/20 (1.8) Kanechlor 400 + 1-nitropyrene: 13/13 (3.2)* Number: DMSO control: 0 Kanechlor 400: 2 hyperplasias, 2 adenomas; 1-Nitropyrene: 10 hyperplasias, 20 adenomas, 3 adenocarcinomas; 1-Nitropyrene + Kanechlor 400: 15 hyperplasias, 23 adenomas, 8 adenocarcinomas | *$P < 0.01$ compared with 1-nitropyrene group | Statistical analysis, NR for incidence and number of lesions |

**Table 3.13 (continued)**

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| Kanechlor 400 and Kanechlor 500 | Mouse, dd (M) 24 wk Nagasaki et al. (1975) | Dietary administration for 24 wk: α-BHC (250 mg/kg) α-BHC (250 mg/kg) + Kanechlor 500 (250 mg/kg) α-BHC (250 mg/kg) + Kanechlor 400 (250 mg/kg) α-BHC (100 mg/kg) α-BHC (100 mg/kg) + Kanechlor 500 (250 mg/kg) α-BHC (100 mg/kg) + Kanechlor 500 (100 mg/kg) α-BHC (100 mg/kg) + Kanechlor 400 (250 mg/kg) α-BHC (100 mg/kg) + Kanechlor 400 (100 mg/kg) α-BHC (50 mg/kg) α-BHC (50 mg/kg) + Kanechlor 500 (250 mg/kg) α-BHC (50 mg/kg) + Kanechlor 500 (100 mg/kg) α-BBC (50 mg/kg) + Kanechlor 400 (250 mg/kg) α-BHC (50 mg/kg) + Kanechlor 400 (100 mg/kg) Kanechlor 500 (250 mg/kg) Kanechlor 500 (100 mg/kg) Kanechlor 400 (250 mg/kg) Kanechlor 400 (100 mg/kg) 20–38/group | *Liver* Nodular hyperplasia: 30/38, 16/20, 26/30, 0/20, 8/25, 3/24, 4/29, 0/27, 0/20, 9/30, 0/28, 0/28, 0/27, 0/20, 0/20, 0/20, 0/20 Hepatocellular carcinoma: 10/38, 11/20*, 15/30*, 0/20, 1/25, 0/24, 0/29, 0/27, 0/20, 2/30, 0/28, 0/28, 0/27, 0/20, 0/20, 0/20, 0/20 | *[P < 0.05] compared with α-BHC (250 mg/kg) group | The chemical is erroneously reported as benzene hexachloride and is actually hexachlorocyclohexane Statistical analysis, NR |

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 464

IARC MONOGRAPH − 107

**Table 3.13   (continued)**

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| Kanechlor 500 | Mouse, dd (M) 24 wk Ito et al. (1973) | BHC, (α, β, or γ isomers) (50, 100 or 250 mg/kg diet) for 24 wk ± Kanechlor 500 (250 mg/kg diet) for 24 wk 25–30/group | *Liver nodular hyperplasia* α-BHC: 0/28, 0/26, 23/30 α-BHC + Kanechlor 500: 9/30, 8/25*, 21/26 β-BHC: 0/28, 0/26, 0/26 β-BHC + Kanechlor 500: 0/29, 5/30*, 16/29* *Hepatocellular carcinoma* α-BHC: 0/28, 0/26, 8/30 α-BHC + Kanechlor 500: 2/30, 1/25, 15/26* β-BHC: 0/28, 0/26, 0/26 β-BHC + Kanechlor 500: 0/29, 1/30, 6/29* γ-BHC (all doses) and γ-BHC (all doses) + Kanechlor 500: no tumours (0/26–30) | *[P < 0.05] | The chemical is erroneously reported as benzene hexachloride and is actually hexachlorocyclohexane Statistical analysis, NR |
| PCB-77 | Rat, Sprague–Dawley (F) 10.5 wk Nesaretnam et al. (1998) | Single dose of DMBA at 10 mg by gavage in 0.5 mL corn oil at age 50 days PCB-77 treatment: single dose at 10 mg/kg bw by gavage at the same time as DMBA, then in the diet at 500 mg/kg for one additional wk ($n = 2 \times 20$); or DMBA only ($n = 2 \times 20$) Rats were then fed either a low-fat (5%) ($n = 2 \times 20$) or a high-fat (20%) diet ($n = 2 \times 20$) Total: 4 groups of 20 rats Group 1: DMBA+PCB-77 + low fat Group 2: DMBA+PCB-77 + high fat Group 3: DMBA + low fat Group 4: DMBA + high fat | Mammary gland tumours (mainly mammary ductal carcinoma) | Number of palpable tumours: $P < 0.005$ for group 2 vs group 4 and group 1 vs group 3 at 8, 9, and 10 wk Incidence at 10.5 wk: $P < 0.05$ for group 1 (60%) vs group 3 (15%) | It was unclear whether the rats not treated with PCB-77 were given the vehicle instead Data were presented graphically |

302

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 465

Polychlorinated biphenyls

**Table 3.13 (continued)**

| PCB congener or mixture | Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%), and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|---|
| PCB-126, PeCDF, and TCDD | Rat, Harlan Sprague-Dawley (F) 104 wk NTP (2006e) | PCB-126, TCDD and PeCDF in corn oil : acetone (99 : 1) by gavage 5 days/wk for 104 wk at doses of:<br>0 ng TEQ/kg bw (controls);<br>10 ng TEQ/kg bw (3.3 ng/kg TCDD, 6.6 ng/kg PeCDF, 33.3 ng/kg PCB 126);<br>22 ng TEQ/kg bw (7.3 ng/kg TCDD, 14.5 ng/kg PeCDF, 73.3 ng/kg PCB 126);<br>46 ng TEQ/kg bw (15.2 ng/kg TCDD, 30.4 ng/kg PeCDF, 153 ng/kg PCB 126); and<br>100 ng TEQ/k bw (33 ng/kg TCDD, 66 ng/kg PeCDF, 333 ng/kg PCB 126)<br>81 rats/group<br>Interim evaluations: up to 10 rats/group were evaluated at 14, 31, and 53 wk | *Liver*<br>Hepatocellular adenoma:<br>0/53, 1/53, 1/53, 1/53, 11/51*<br><br>Cholangiocarcinoma:<br>0/53, 0/53, 2/53, 7/53*, 9/51**<br><br><br><br>*Lung*<br>Cystic keratinizing epithelioma:<br>0/53, 0/53, 0/53, 2/53, 20/53* | *P < 0.001<br>P < 0.001 (trend)<br>*P = 0.011<br>**P < 0.001<br>P < 0.001 (trend)<br><br>*P < 0.001<br>P < 0.001 (trend) | *Non-neoplastic lesions*<br>Liver: hepatocyte hypertrophy, multinucleated hepatocytes, pigmentation, inflammation, diffuse fatty change, bile duct hyperplasia, oval cell hyperplasia, nodular hyperplasia, eosinophilic focus, cholangiofibrosis, bile duct cysts, necrosis, portal fibrosis, mixed cell focus, and toxic hepatopathy<br>Lung: squamous metaplasia |

DIPN, N-nitroso diisopropanolamine; DMBA, 7,12-dimethylbenz[a]anthracene; EHEN, N-ethyl-N-hydroxyethylnitrosamine; i.p., intraperitoneal; MDAB, 3'-methyl-4-dimethylaminoazobenzene; MNNG, N-methyl-N'-nitrosoguanidine; mo, month; MNU, N-methyl-N-nitrosourea; NDEA, N-nitrosodiethylamine; NDMA, N-nitrosodimethylamine; NNK, 4-(N-nitrosomethylamino)-1-(3-pyridyl)-1-butanone; NR, not reported; NS, not significant; PCB, polychlorinated biphenyl; PCDF, polychlorinated dibenzofuran; PeCDF, 2,3,4,7,8-pentachlorodibenzofuran; s.c., subcutaneous; TCDD, 2,3,7,8-tetrachlorodibenzo-*para*-dioxin; TPA, 12-O-tetradecanoylphorbol-13-acetate; UN, unilateral nephrectomy; wk, week

303

carcinoma, cholangioadenoma, cholangiocarcinoma, or hepatoblastoma. [The classification of tumours of the lung was not described.] In NDEA-treated DBA/2NCR mice and B6D2F1 mice, Aroclor 1254 did not affect the incidence or multiplicity of tumours of the liver (all or any of the various types) when compared with mice receiving NDEA only. In NDEA-treated C57BL/6 mice, Aroclor 1254 increased the incidences of tumours of the liver (all types combined) and of hepatocellular adenoma. The incidence or multiplicity of tumours of the lung was not affected by treatment with NDEA and Aroclor 1254 in any strain when compared with mice receiving NDEA only.

Poland et al. (1982) investigated whether Aroclor 1254 could promote N-methyl-N′-nitro-N-nitrosoguanidine (MNNG)-initiated skin papillomas in female HRS/1 hairless mice. At age 8 weeks, mice were given 5 μmol of MNNG (in 50 μl of acetone) or the vehicle topically. Mice were then given a topical application of 1 mg of Aroclor 1254 (in 50 μl of acetone) per mouse, twice per week, for 20 weeks. There were 20 mice in the groups receiving MNNG plus Aroclor 1254, or Aroclor 1254 only, and 26 in the MNNG only-treated group. Aroclor 1254 did not promote MNNG-initiated tumours, and there was no neoplastic effect of Aroclor 1254 in non-initiated mice. [The statistical test was not reported.]

Beebe et al. (1993) investigated whether Aroclor 1254 could promote tumours of the lung and liver initiated by NDMA or 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK), either neonatally or transplacentally, in male and female Swiss (Cr:NIH) mice. For transplacental studies, pregnant mice were injected intraperitoneally with NNK at a dose of 0 (saline vehicle) or 100 mg/kg bw on days 15, 17, and 19 of gestation, or with NDMA at a dose of 0 (saline vehicle) or 10 mg/kg bw on day 19 of gestation. For the neonatal studies, infant mice were injected with NDMA (5 mg/kg bw), NNK (50 mg/kg bw), or saline vehicle on postnatal day 4. Mice were then given Aroclor 1254 by gavage (500 mg/kg bw) or olive oil vehicle for 44 weeks starting at age 56 days. There were 27–30 mice in all groups when the mice were killed at age 52 weeks. In females, transplacental exposure to NNK or NDMA plus Aroclor 1254 did not increase the incidence of tumours of the lung or liver compared with controls treated with NNK or NDMA only. In males, Aroclor 1254 increased the incidence of tumours of the lung (but not of the liver) initiated by either NDMA or NNK transplacentally. In females, Aroclor 1254 increased the incidence of tumours of the lung initiated neonatally by NNK, but not by NDMA. In males, Aroclor 1254 increased the incidence of tumours of the lung initiated neonatally by NDMA, but not by NNK. [The classification of tumours of the lung was not provided.]

### (ii)    Rat

Preston et al. (1981) investigated whether Aroclor 1254 promotes chemically-induced hepatocarcinogenesis in male Sprague-Dawley rats. Three groups of 40 rats were first given drinking-water containing NDEA at a concentration of 66 μg/mL for 5 weeks as an initiating agent. The rats were then fed an unrefined diet containing Aroclor 1254 at a concentration of 100 mg/kg, or Aroclor 1254 from which PCDFs (present as impurities) had been removed, or control diet. Rats were fed the diets for 18 weeks and then killed. Lesions of the liver were classified as foci of cellular alteration, neoplastic nodules, hepatocellular carcinoma, cholangioma, or cholangiocarcinoma. The administration of either Aroclor 1254, or Aroclor 1254 without PCDFs, significantly increased the incidences of NDEA-initiated hepatocellular carcinoma.

Vansell et al. (2004) studied whether Aroclor 1254 could promote tumours of the thyroid initiated by N-nitrosodiisopropanolamine (DIPN) in male Sprague-Dawley rats. Rats were first injected subcutaneously with DIPN at 0 (saline) or 2.5 g/kg bw. After a 1-week recovery period,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 467

rats were fed a diet containing Aroclor 1254 at a concentration of 100 mg/kg for 19 weeks and then killed. Tumours were classified as thyroid cystic adenoma, thyroid follicular adenoma, thyroid follicular carcinoma, or "thyroid complete carcinoma." Aroclor 1254 only significantly increased the incidence of "thyroid complete carcinoma." [The Working Group noted the uncertainty of the classification of one type of thyroid tumour as "thyroid complete carcinoma."]

### (c)    Kanechlor 400 and Kanechlor 500

#### Rat

Kimura et al. (1976) gave female Donryu rats (age, 11–15 weeks) diets containing Kanechlor 400 or 3′-methyl-4-dimethylaminoazobenzene (MDAB) at a concentration of 400 or 600 mg/kg, respectively. Both agents were dissolved in olive oil before being added to the diet. There were five groups of 25 rats each. A first group was treated with Kanechlor 400 for 6 months, no treatment for 2 months, and then MDAB for 2 months; a second group was treated with MDAB for 2 months, no treatment for 2 months, then Kanechlor 400 for 6 months; a third group was treated with Kanechlor 400 for 6 months with MDAB given for the last 2 months, and no treatment for 4 months; a fourth group was treated with MDAB for 2 months and no treatment for 8 months; and a fifth group treated with Kanechlor 400 for 6 months and no treatment for 4 months. Additionally a sixth group of 10 rats was maintained for 10 months with no treatment. In all groups except that given MDAB only, body weight decreased markedly compared with untreated controls. Therefore, treatment with Kanechlor 400 was discontinued for 2 weeks after 3 months of treatment, and again for 4 weeks after the second 1 month of treatment. As for survival, 9, 11, 11, 15, 12 and 7 mice remained in groups 1 to 6, respectively. Only 2 out of 15 mice receiving MDAB only developed hepatocellular carcinoma compared with 7 out of 11 mice receiving MDAB followed by Kanechlor 400 [$P < 0.05$]. [The Working Group noted that the authors calculated the incidence in the group receiving MDAB then Kanechlor 400 compared to all other groups using a t-test, but it is not correct to use this test for binomial data.]

In a study to determine whether Kanechlor 500 could promote NDEA-initiated carcinogenesis, groups of 7–8 male Wistar rats were given drinking-water containing NDEA at a concentration of 50 mg/L for 2 weeks (Nishizumi, 1979). After a 1-week recovery period, the rats were given Kanechlor 500 (0.1 mL of 10% Kanechlor 500 in olive oil) by gavage twice per week for 12 weeks. Rats were then maintained without further treatment until being killed 40 and 52 weeks after the start of the experiment. Data were analysed using the Student t-test. The incidence [$P < 0.05$] and tumour multiplicity ($P < 0.01$) of hepatocellular tumours (mainly hepatocellular carcinomas) was significantly higher in rats given NDEA plus Kanechlor 500 than in rats given NDEA only, at both 40 and 52 weeks.

### (d)    Unspecified PCBs

#### Rat

In a study to examine the effect of an unspecified PCB mixture on hepatic and renal carcinogenesis induced by N-ethyl-N-hydroxyethylnitrosamine (EHEN), two groups of 20–21 male Fischer 344 rats were given drinking-water containing 0.1% EHEN for 2 weeks, or untreated drinking-water (Hirose et al., 1981). After an unspecified time, rats were placed on a diet containing 0.05% PCBs [not further specified] for 32 weeks. One week after starting the experimental diet, the right kidney was removed (unilateral nephrectomy). All rats treated with EHEN plus PCBs (19 out of 19; $P < 0.001$) developed hepatocellular carcinoma, compared with one third (7 out of 21) of the rats treated with EHEN only. Treatment with PCBs had no effect on the incidence or number of EHEN-induced

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 468

tumours of the kidney (neoplastic nodules or renal cell tumours [all benign tumours]) compared with rats receiving EHEN only. No renal cell carcinoma was observed.

In a study to determine whether an unspecified PCB mixture could promote tumours of the liver and kidney induced by NDMA, four groups of 20 male Fischer 344 rats were fed a diet containing 0.04% NDMA for 2 weeks (Arai et al., 1983). After a 2-week recovery period, rats were fed a diet containing PCBs [not further specified] at a concentration of 0 (basal diet) or 500 mg/kg for 28 weeks and then killed. In some groups, unilateral nephrectomy was performed at 5 weeks (1 week after starting the PCB containing diet). Tumours of the liver were classified as hyperplastic and neoplastic nodules, and hepatocellular carcinoma. Tumours of the kidney were classified as adenoma, adenocarcinoma, and nephroblastoma. In rats receiving NDMA plus PCBs, the incidences of liver hyperplastic or neoplastic nodules (combined) and of hepatocellular carcinoma (only in non-nephrectomized rats) were higher than in the respective controls. The administration of PCBs, either with or without nephrectomy, decreased the incidence of nephroblastoma. [The Working Group noted that no statistical analysis was reported and that there appeared to be significant mortality in some groups, especially in the group receiving NDMA plus PCBs plus unilateral nephrectomy.]

### 3.3.2 Studies with other modifying agents

#### (a) PCB-77

##### Rat

Nesaretnam et al. (1998) investigated whether dietary fat could influence the effect of PCB-77 on DMBA-induced tumours of the mammary gland in female Sprague-Dawley rats. Groups of 20 female rats were given DMBA (10 mg in 0.5 mL corn oil) by gavage at age 50 days. Two groups were also given a simultaneous dose of PCB-77 at 10 mg/kg bw by gavage, then a diet containing PCB-77 at a concentration of 500 µg/g corn oil for an additional week. Two groups were not exposed to PCB-77. [It was unclear whether these rats were given the vehicle instead of PCB-77.] The four groups (treated and not treated with PCB-77) were then fed either a low-fat (5%) or a high-fat (20%) purified diet. [Fat was substituted for dextrose on a weight basis rather than on a caloric basis.] Rats were palpated weekly for tumours of the mammary gland and were killed 10.5 weeks after administration of DMBA. Tumours at autopsy were mainly classified as mammary ductal carcinoma. The number of palpable tumours of the mammary gland was significantly higher in rats fed a high-fat diet plus PCB-77 than in rats fed a high-fat diet only, at 8, 9, and 10 weeks. Similarly, the incidence of tumours of the mammary gland was higher in rats fed a low-fat diet plus PCB-77 (~60%) than in rats fed a low-fat diet (~15%) only, at 10.5 weeks. [Data were presented graphically.]

#### (b) Aroclor 1254

##### Mouse

Smith et al. (1990) investigated whether iron (Fe) and/or Aroclor 1254 could influence liver carcinogenesis in male C57BL/10ScSn and DBA/2 mice. Mice (age 7–10 weeks) were first injected subcutaneously with Imferon, an Fe–dextran complex (12 mL/kg; dose of Fe, 600 mg/kg bw) or an equivalent volume of dextran C solution in water (200 mg/mL). After 7 days, mice were fed a diet mixed with 2% corn oil containing Aroclor 1254 at a concentration of 100 mg/kg for 2 (5 mice/group), 4 (C57 only, 5 mice/group), 8 (C57, 10 mice/group; DBA, 5–7 mice/group), or 12 months (C57 only, 15–19 mice/group) before being killed. Tumours were classified as hepatocellular adenoma or hepatocellular carcinoma. Higher incidences of hepatocellular tumour were observed in C57 mice receiving both Fe and Aroclor 1254 at 8 months (adenomas) and 12

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 469

months (adenomas and carcinomas) compared with those receiving Aroclor 1254 only. [No statistical analyses were reported.]

Smith et al. (1995) studied the influence of Fe and/or Aroclor 1254 on liver carcinogenesis in male C57BL/10ScSn mice [age of mice not reported]. Mice were subcutaneously injected a Fe–dextran solution (100 mg/mL Fe, and 100 mg/mL dextran; dose of Fe, 600 mg/kg bw) or the equivalent dextran solution only. After 3 days or 1 week, mice were fed a diet containing Aroclor 1254 (0.01% of diet) and corn oil (2%) for 8 months (10 mice/group) or 12 months (15–19 mice/group). Tumours were classified as nodules [hepatocellular adenoma] or hepatocellular carcinoma. Higher incidences of hepatocellular tumours were observed in mice receiving Aroclor 1254 plus Fe for 8 months (adenomas) and 12 months (adenomas and carcinomas) than in mice receiving Aroclor 1254 only. [No statistical analyses were reported.]

Greaves et al. (2005) studied the effects of deletion of the Cyp1a2 gene on the induction of tumours of the liver by Aroclor 1254 and Fe in male C57BL/6J mice. Cyp1a2 knockout [−/−] and wildtype [+/+] mice were given a Fe–dextran solution (Fe, 800 mg/kg bw) [route not reported], followed by a diet containing Aroclor 1254 at 100 mg/kg for 57 weeks or until death. There were 10 mice in the Aroclor 1254-treated groups and 5 mice in the control groups receiving Fe only. Liver tumours were classified as adenomas. No tumours were observed in Cyp1a2 [−/−] mice or in Cyp1a2 [+/+] wildtype mice not receiving Aroclor 1254. No tumours were seen in the 10 Cyp1a2 [−/−] mice receiving Aroclor 1254, but 5 out of 10 [not significant] of the wildtype mice receiving Aroclor 1254 developed liver adenoma. [No statistical analyses were provided.]

(c)    Kanechlor 400 and Kanechlor 500

Mouse

Nakanishi et al. (2001) examined the effects of Kanechlor 400 on lung tumorigenesis induced by 1-nitropyrene in male A/J mice. Mice (age, 6 weeks) were given a single intraperitoneal dose of Kanechlor 400 at 0 (corn oil vehicle) or 2.5 mg/kg bw. Mice were then given 1-nitropyrene or the DMSO vehicle, three times per week (17 intraperitoneal injections for a total dose of 1575 mg/kg bw). Mice were killed 18 weeks after the last injection of 1-nitropyrene. Numbers of mice per group were as follows: DMSO controls, 8; Kanechlor 400, 10; 1-nitropyrene, 20; 1-nitropyrene plus Kanechlor 400, 13. Lung lesions were classified as bronchioloalveolar hyperplasia, adenoma, or adenocarcinoma. The incidence of lesions of the lung was increased in both groups of mice receiving 1-nitropyrene. The average number of lesions, but not incidence, was significantly greater in the group receiving Kanechlor 400 plus 1-nitropyrene than in the group receiving 1-nitropyrene only.

Nagasaki et al. (1975) investigated whether co-administration of Kanechlor 400 or Kanechlor 500 and α-benzene hexachloride (α-BHC) [hexachlorocyclohexane] would affect the incidence of nodular hyperplasia of the liver and hepatocellular carcinoma in male dd mice. Mice were given diets containing α-BHC at a concentration of 50, 100, or 250 mg/kg, and/or Kanechlor 400 or Kanechlor 500 (100 or 250 mg/kg), for 24 weeks. Nodular hyperplasia and hepatocellular carcinoma were observed. The incidence of hepatocellular carcinoma was higher [$P < 0.05$] in mice receiving 250 mg/kg α-BHC and the higher dose of Kanechlor 400 or Kanechlor 500, than in mice receiving only α-BHC at 250 mg/kg. No tumours were induced by Kanechlor 400 or Kanechlor 500 only. [Statistical analyses were not reported.]

A study by Ito et al. (1973) examined the effects of co-administration of Kanechlor 500 and one isomer of benzene hexachloride (BHC)

307

[hexachlorocyclohexane] on the incidence of nodular hyperplasia of the liver and hepatocellular carcinoma. Groups of male dd mice (age, 8 weeks) were given diets containing α-, β-, or γ-BHC (50, 100 or 250 mg/kg) for 24 weeks, with or without Kanechlor 500 (250 mg/kg). In some groups, Kanechlor 500 promoted the incidence of nodular hyperplasia and hepatocellular carcinoma induced by α-BHC and β-BHC. [Statistical analyses were not reported.]

*(d)   PCB-126, PeCDF, and TCDD*

*Rat*

In a study by the NTP, groups of 81 female Harlan Sprague-Dawley rats were given a mixture of TCDD, PeCDF, and PCB-126 by gavage, 5 days per week, for up to 2 years (NTP, 2006e). Up to 10 rats per group were evaluated after 14, 31, and 53 weeks. Doses were formulated by using the WHO TEF values of 1.0 for TCDD, 0.1 for PCB-126, and 0.5 for PeCDF. Specific target doses were: "10 ng TEQ/kg bw" (TCDD, 3.3 ng/kg; PeCDF, 6.6 ng/kg; PCB-126, 33.3 ng/kg), "22 ng TEQ/kg bw" (TCDD, 7.3 ng/kg; PeCDF, 14.5 ng/kg; PCB-126, 73.3 ng/kg), "46 ng TEQ/kg bw" (TCDD, 15.2 ng/kg; PeCDF, 30.4 ng/kg; PCB-126, 153 ng/kg), and "100 ng TEQ/kg bw" (TCDD, 33 ng/kg; PeCDF, 66 ng/kg; PCB-126, 333 ng/kg). Rats in the control group received the corn oil : acetone vehicle (99 : 1; 2.5 mL/kg bw) only. After 2 years, there were statistically significant increases ($P < 0.001$) in the incidences of cholangiocarcinoma, hepatocellular adenoma, and cystic keratinizing epithelioma of the lung in the group at 100 ng TEQ/kg bw. The incidence of cholangiocarcinoma was also significantly increased ($P = 0.011$) in the group at 46 ng TEQ/kg. In addition, there was a significant trend in the incidence of these three types of neoplasm with increasing dose.

# References

Anderson LM, Beebe LE, Fox SD, Issaq HJ, Kovatch RM (1991). Promotion of mouse lung tumors by bioaccumulated polychlorinated aromatic hydrocarbons. *Exp Lung Res*, 17(2):455–71. doi:10.3109/01902149109064432 PMID:1904809

Anderson LM, Logsdon D, Ruskie S, Fox SD, Issaq HJ, Kovatch RM *et al.* (1994). Promotion by polychlorinated biphenyls of lung and liver tumors in mice. *Carcinogenesis*, 15(10):2245–8. doi:10.1093/carcin/15.10.2245 PMID:7955061

Anderson LM, van Havere K, Budinger JM (1983). Effects of polychlorinated biphenyls on lung and liver tumors initiated in suckling mice by N-nitrosodimethylamine. *J Natl Cancer Inst*, 71(1):157–63. PMID:6408294

Anderson LM, Ward JM, Fox SD, Isaaq HJ, Riggs CW (1986). Effects of a single dose of polychlorinated biphenyls to infant mice on N-nitrosodimethylamine-initiated lung and liver tumors. *Int J Cancer*, 38(1):109–16. doi:10.1002/ijc.2910380118 PMID:3087890

Arai M, Hibino T, Takino H, Ouchi N, Hirasawa Y (1983). Comparative enhancing effects of polychlorinated biphenyls and phenobarbital on dimethylnitrosamine-induced hepatic and renal tumorigenesis in rats. *Dev Toxicol Environ Sci*, 11:359–62. PMID:6428851

Beebe LE, Fornwald LW, Diwan BA, Anver MR, Anderson LM (1995). Promotion of N-nitrosodiethylamine-initiated hepatocellular tumors and hepatoblastomas by 2,3,7,8-tetrachlorodibenzo-p-dioxin or Aroclor 1254 in C57BL/6, DBA/2, and B6D2F1 mice. *Cancer Res*, 55(21):4875–80. PMID:7585523

Beebe LE, Kim YE, Amin S, Riggs CW, Kovatch RM, Anderson LM (1993). Comparison of transplacental and neonatal initiation of mouse lung and liver tumors by N-nitrosodimethylamine (NDMA) and 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK) and promotation by a polychlorinated biphenyls mixture (Aroclor 1254). *Carcinogenesis*, 14(8):1545–8. doi:10.1093/carcin/14.8.1545 PMID:8353839

Brix AE, Jokinen MP, Walker NJ, Sells DM, Nyska A (2004). Characterization of bronchiolar metaplasia of the alveolar epithelium in female Sprague-Dawley rats exposed to 3,3′,4,4′,5-pentachlorobiphenyl (PCB126). *Toxicol Pathol*, 32(3):333–7. doi:10.1080/01926230490431817 PMID:15204975

Brown JF Jr, Mayes BA, Silkworth JB, Hamilton SB (2007). Polychlorinated biphenyls modulated tumorigenesis in Sprague Dawley rats: correlation with mixed function oxidase activities and superoxide (O2*) formation potentials and implied mode of action. *Toxicol Sci*, 98(2):375–94. doi:10.1093/toxsci/kfm122 PMID:17510085

Dean CE Jr, Benjamin SA, Chubb LS, Tessari JD, Keefe TJ (2002). Nonadditive hepatic tumor promoting effects by

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 471

a mixture of two structurally different polychlorinated biphenyls in female rat livers. *Toxicol Sci*, 66(1):54–61. doi:10.1093/toxsci/66.1.54 PMID:11861972

Desaulniers D, Leingartner K, Musicki B, Cole J, Li M, Charbonneau M *et al.* (2004). Lack of effects of postnatal exposure to a mixture of aryl hydrocarbon-receptor agonists on the development of methylnitrosourea-induced mammary tumors in sprague-dawley rats. *J Toxicol Environ Health A*, 67(18):1457–75. doi:10.1080/15287390490483818 PMID:15371232

Desaulniers D, Leingartner K, Russo J, Perkins G, Chittim BG, Archer MC *et al.* (2001). Modulatory effects of neonatal exposure to TCDD, or a mixture of PCBs, p,p'-DDT, and p-p'-DDE, on methylnitrosourea-induced mammary tumor development in the rat. *Environ Health Perspect*, 109(7):739–47. PMID:11485874

Diwan BA, Ward JM, Kurata Y, Rice JM (1994). Dissimilar frequency of hepatoblastomas and hepatic cystadenomas and adenocarcinomas arising in hepatocellular neoplasms of D2B6F1 mice initiated with N-nitrosodiethylamine and subsequently given Aroclor-1254, dichlorodiphenyltrichloroethane, or phenobarbital. *Toxicol Pathol*, 22(4):430–9. doi:10.1177/019262339402200409 PMID:7817132

Faroon OM, Keith S, Jones D, De Rosa C (2001). Carcinogenic effects of polychlorinated biphenyls. *Toxicol Ind Health*, 17(2):41–62. doi:10.1191/0748233701th098oa PMID:12117297

Gans JH, Pintauro SJ (1986). Liver scarring induced by polychlorinated biphenyl administration to mice previously treated with diethylnitrosamine. *Proc Soc Exp Biol Med*, 183(2):207–13. doi:10.3181/00379727-183-42406 PMID:3094019

Glauert HP, Tharappel JC, Banerjee S, Chan NL, Kania-Korwel I, Lehmler HJ *et al.* (2008). Inhibition of the promotion of hepatocarcinogenesis by 2,2',4,4',5,5'-hexachlorobiphenyl (PCB-153) by the deletion of the p50 subunit of NF-κ B in mice. *Toxicol Appl Pharmacol*, 232(2):302–8. doi:10.1016/j.taap.2008.06.013 PMID:18644402

Greaves P, Clothier B, Davies R, Higginson FM, Edwards RE, Dalton TP *et al.* (2005). Uroporphyria and hepatic carcinogenesis induced by polychlorinated biphenyls-iron interaction: absence in the Cyp1a2(−/−) knockout mouse. *Biochem Biophys Res Commun*, 331(1):147–52. doi:10.1016/j.bbrc.2005.03.136 PMID:15845371

Hirose M, Shirai T, Tsuda H, Fukushima S, Ogiso T, Ito N (1981). Effect of phenobarbital, polychlorinated biphenyl and sodium saccharin on hepatic and renal carcinogenesis in unilaterally nephrectomized rats given N-ethyl-N-hydroxyethylnitrosamine orally. *Carcinogenesis*, 2(12):1299–302. doi:10.1093/carcin/2.12.1299 PMID:6799217

IARC (1978). Polychlorinated biphenyls and polybrominated biphenyls. *IARC Monogr Eval Carcinog Risk Chem Hum*, 18:1–124. PMID:215509

IARC (1979). Some monomers, plastics and synthetic elastomers, and acrolein. *IARC Monogr Eval Carcinog Risk Chem Hum*, 19:1–513. PMID:285915

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7:1–440. PMID:3482203

IARC (2012). Chemical agents and related occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F:1–599. PMID:23189753

Ito N, Nagasaki H, Arai M, Makiura S, Sugihara S, Hirao K (1973). Histopathologic studies on liver tumorigenesis induced in mice by technical polychlorinated biphenyls and its promoting effect on liver tumors induced by benzene hexachloride. *J Natl Cancer Inst*, 51(5):1637–46. PMID:4128486

Kimbrough RD, Linder RE (1974). Induction of adenofibrosis and hepatomas of the liver in BALB-cJ mice by polychlorinated biphenyls (Aroclor 1254). *J Natl Cancer Inst*, 53(2):547–52. PMID:4367249

Kimbrough RD, Squire RA, Linder RE, Strandberg JD, Montalli RJ, Burse VW (1975). Induction of liver tumor in Sherman strain female rats by polychlorinated biphenyl aroclor 1260. *J Natl Cancer Inst*, 55(6):1453–9. PMID:173869

Kimura NT, Baba T (1973). Neoplastic changes in the rat liver induced by polychlorinated biphenyl. *Gann*, 64(1):105–8. PMID:4198021

Kimura NT, Kanematsu T, Baba T (1976). Polychlorinated biphenyl(s) as a promotor in experimental hepatocarcinogenesis in rats. *Z Krebsforsch Klin Onkol Cancer Res Clin Oncol*, 87(3):257–66. doi:10.1007/BF00506498 PMID:189520

Martinez JM, Stephens LC, Jones LA (2005). Long-term effects of neonatal exposure to hydroxylated polychlorinated biphenyls in the BALB/cCrgl mouse. *Environ Health Perspect*, 113(8):1022–6. doi:10.1289/ehp.7735 PMID:16079073

Mayes BA, McConnell EE, Neal BH, Brunner MJ, Hamilton SB, Sullivan TM *et al.* (1998). Comparative carcinogenicity in Sprague-Dawley rats of the polychlorinated biphenyl mixtures Aroclors 1016, 1242, 1254, and 1260. *Toxicol Sci*, 41(1):62–76. PMID:9520342

Moore JA, Hardisty JF, Banas DA, Smith MA (1994). A comparison of liver tumor diagnoses from seven PCB studies in rats. *Regul Toxicol Pharmacol*, 20(3 Pt 1):362–70. doi:10.1006/rtph.1994.1081 PMID:7724839

Morgan RW, Ward JM, Hartman PE (1981). Aroclor 1254-induced intestinal metaplasia and adenocarcinoma in the glandular stomach of F344 rats. *Cancer Res*, 41(12 Pt 1):5052–9. PMID:6796264

Muto T, Wakui S, Imano N, Nakaaki K, Hano H, Furusato M *et al.* (2001). In-utero and lactational exposure of

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 472

3,3′,4,4′,5-pentachlorobiphenyl modulate dimethylbenz[a]anthracene-induced rat mammary carcinogenesis. *J Toxicol Pathol*, 14(3):213–24. doi:10.1293/tox.14.213

Nagasaki H, Tomii S, Mega T (1975). [Factors affecting induction of liver cancer by BHC and PCBs in mice] *Nihon Eiseigaku Zasshi*, 30(1):134 PMID:48569

Nakanishi Y, Bai F, Inoue K, Takayama K, Pei XH, Harada T *et al.* (2001). Polychlorinated biphenyls promote 1-nitropyrene-induced lung tumorigenesis without the induction of K-ras gene mutation in A/J mice. *Teratog Carcinog Mutagen*, 21(6):395–403. doi:10.1002/tcm.1027 PMID:11746253

Nesaretnam K, Hales E, Sohail M, Krausz T, Darbre P (1998). 3,3′,4,4′-tetrachlorobiphenyl (TCB) can enhance DMBA-induced mammary carcinogenesis in the rat. *Eur J Cancer*, 34(3):389–93. doi:10.1016/S0959-8049(97)10026-0 PMID:9640228

Nishizumi M (1979). Effect of phenobarbital, dichlorodiphenyltrichloroethane, and polychlorinated biphenyls on diethylnitrosamine-induced hepatocarcinogenesis. *Gann*, 70(6):835–7. PMID:119661

Nishizumi M (1980). Reduction of diethylnitrosamine-induced hepatoma in rats exposed to polychlorinated biphenyls through their dams. *Gann*, 71(6):910–2. PMID:6791983

Norback DH, Weltman RH (1985). Polychlorinated biphenyl induction of hepatocellular carcinoma in the Sprague-Dawley rat. *Environ Health Perspect*, 60:97–105. doi:10.1289/ehp.856097 PMID:3928368

NTP (1978). Bioassay of aroclor for possible carcinogenicity. *Natl Cancer Inst Carcinog Tech Rep Ser*, 38:1–62. PMID:12844169

NTP (2006a). NTP toxicology and carcinogenesis studies of 3,3′,4,4′,5-pentachlorobiphenyl (PCB 126) (CAS No. 57465–28–8) in female Harlan Sprague-Dawley rats (Gavage Studies). *Natl Toxicol Program Tech Rep Ser*, 520(520):4–246. PMID:16628245

NTP (2006b). NTP technical report on the toxicology and carcinogenesis studies of 2,2′,4,4′,5,5′-hexachlorobiphenyl (PCB 153) (CAS No. 35065–27–1) in female Harlan Sprague-Dawley rats (Gavage studies). *Natl Toxicol Program Tech Rep Ser*, 529(529):4–168. PMID:16835634

NTP (2006c). Toxicology and carcinogenesis studies of a binary mixture of 3,3′,4,4′,5-pentachlorobiphenyl (PCB 126) (Cas No. 57465–28–8) and 2,2′,4,4′,5,5′-hexachlorobiphenyl (PCB 153) (CAS No. 35065–27–1) in female Harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser*, 530(530):1–258. PMID:17160104

NTP (2006d). Toxicology and carcinogenesis studies of a binary mixture of 3,3′,4,4′,5-pentachlorobiphenyl (PCB 126) (Cas No. 57465–28–8) and 2,3′,4,4′,5-pentachlorobiphenyl (PCB 118) (Cas No. 31508–00–6) in female Harlan Sprague-Dawley rats (gavage studies).

*Natl Toxicol Program Tech Rep Ser*, 531(531):1–218. PMID:17342196

NTP (2006e). Toxicology and carcinogenesis studies of a mixture of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) (Cas No. 1746–01–6), 2,3,4,7,8-pentachlorodibenzofuran (PeCDF) (Cas No. 57117–31–4), and 3,3′,4,4′,5-pentachlorobiphenyl (PCB 126) (Cas No. 57465–28–8) in female Harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser*, 526(526):1–180. PMID:17342195

NTP (2010). Toxicology and carcinogenesis studies of 2,3′,4,4′,5-pentachlorobiphenyl (PCB 118) (CAS No. 31508–00–6) in female harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser*, 559(559):1–174. PMID:21383778

Nyska A, Jokinen MP, Brix AE, Sells DM, Wyde ME, Orzech D *et al.* (2004). Exocrine pancreatic pathology in female Harlan Sprague-Dawley rats after chronic treatment with 2,3,7,8-tetrachlorodibenzo-p-dioxin and dioxin-like compounds. *Environ Health Perspect*, 112(8):903–9. doi:10.1289/ehp.6869 PMID:15175180

Poland A, Palen D, Glover E (1982). Tumour promotion by TCDD in skin of HRS/J hairless mice. *Nature*, 300(5889):271–3. doi:10.1038/300271a0 PMID:7144882

Preston BD, Van Miller JP, Moore RW, Allen JR (1981). Promoting effects of polychlorinated biphenyls (Aroclor 1254) and polychlorinated dibenzofuran-free Aroclor 1254 on diethylnitrosamine-induced tumorigenesis in the rat. *J Natl Cancer Inst*, 66(3):509–15. PMID:6782318

Rao CV, Banerji AS (1988). Induction of liver tumors in male Wistar rats by feeding polychlorinated biphenyls (Aroclor 1260). *Cancer Lett*, 39(1):59–67. doi:10.1016/0304-3835(88)90040-7 PMID:3125961

Safe S (1989). Polychlorinated biphenyls (PCBs): mutagenicity and carcinogenicity. *Mutat Res*, 220(1):31–47. doi:10.1016/0165-1110(89)90007-9 PMID:2492077

Schaeffer E, Greim H, Goessner W (1984). Pathology of chronic polychlorinated biphenyl (PCB) feeding in rats. *Toxicol Appl Pharmacol*, 75(2):278–88. doi:10.1016/0041-008X(84)90210-2 PMID:6433511

Silberhorn EM, Glauert HP, Robertson LW (1990). Carcinogenicity of polyhalogenated biphenyls: PCBs and PBBs. *Crit Rev Toxicol*, 20(6):440–96. doi:10.3109/10408449009029331 PMID:2165409

Smith AG, Carthew P, Clothier B, Constantin D, Francis JE, Madra S (1995). Synergy of iron in the toxicity and carcinogenicity of polychlorinated biphenyls (PCBs) and related chemicals. *Toxicol Lett*, 82–83:945–50. doi:10.1016/0378-4274(95)03530-3 PMID:8597166

Smith AG, Francis JE, Carthew P (1990). Iron as a synergist for hepatocellular carcinoma induced by polychlorinated biphenyls in Ah-responsive C57BL/10ScSn mice. *Carcinogenesis*, 11(3):437–44. doi:10.1093/carcin/11.3.437 PMID:2155720

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 473

Vansell NR, Muppidi JR, Habeebu SM, Klaassen CD (2004). Promotion of thyroid tumors in rats by pregnenolone-16alpha-carbonitrile (PCN) and polychlorinated biphenyl (PCB). *Toxicol Sci*, 81(1):50–9. doi:10.1093/toxsci/kfh197 PMID:15201439

Wakui S, Yokoo K, Takahashi H, Muto T, Suzuki Y, Kanai Y *et al.* (2005). CYP1 and AhR expression in 7,12-dimethylbenz[a]anthracene-induced mammary carcinoma of rats prenatally exposed to 3,3′,4,4′,5-pentachlorobiphenyl. *Toxicology*, 211(3):231–41. doi:10.1016/j.tox.2005.03.016 PMID:15908097

Walker NJ, Crockett PW, Nyska A, Brix AE, Jokinen MP, Sells DM *et al.* (2005). Dose-additive carcinogenicity of a defined mixture of "dioxin-like compounds". *Environ Health Perspect*, 113(1):43–8. doi:10.1289/ehp.7351 PMID:15626646

Ward JM (1985). Proliferative lesions of the glandular stomach and liver in F344 rats fed diets containing Aroclor 1254. *Environ Health Perspect*, 60:89–95. doi:10.1289/ehp.856089 PMID:3928367

Yoshizawa K, Brix AE, Sells DM, Jokinen MP, Wyde M, Orzech DP *et al.* (2009). Reproductive lesions in female Harlan Sprague-Dawley rats following two-year oral treatment with dioxin and dioxin-like compounds. *Toxicol Pathol*, 37(7):921–37. doi:10.1177/0192623309351721 PMID:19843953

Yoshizawa K, Heatherly A, Malarkey DE, Walker NJ, Nyska A (2007). A critical comparison of murine pathology and epidemiological data of TCDD, PCB126, and PeCDF. *Toxicol Pathol*, 35(7):865–79. doi:10.1080/01926230701618516 PMID:18098033

Yoshizawa K, Walker NJ, Jokinen MP, Brix AE, Sells DM, Marsh T *et al.* (2005). Gingival carcinogenicity in female Harlan Sprague-Dawley rats following two-year oral treatment with 2,3,7,8-tetrachlorodibenzo-p-dioxin and dioxin-like compounds. *Toxicol Sci*, 83(1):64–77. doi:10.1093/toxsci/kfi016 PMID:15509667

Young SS (1985). Male Wistar rats exposed to two polychlorinated biphenyls (Clophen A 30 or Clophen A 60) *Toxicol Appl Pharmacol*, 78(2):321–2. doi:10.1016/0041-008X(85)90296-0 PMID:3929428

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 474

# 4. MECHANISTIC AND OTHER RELEVANT DATA

## 4.1 Absorption, distribution, metabolism, and excretion

In this Section, the most recent Ballschmiter & Zell (BZ) nomenclature was used throughout (see Mills et al., 2007). For the full corresponding IUPAC nomenclature, the reader is referred to Section 1.1, Tables 1.1–1.3. For the methyl sulfonyl metabolites, and wherever the nomenclature reported is unclear, the name of the metabolite is given as reported in the article, followed by, where appropriate, the abbreviation as well as the structural name (Maervoet et al., 2004; Grimm et al., 2015).

### 4.1.1 Absorption

#### (a) Oral exposure

#### (i) Humans

The absorption of polychlorinated biphenyls (PCBs) was studied in four breastfed infants in Sweden by Dahl et al. (1995). Absorption was measured by comparing the estimated total intake and the excretion in faeces for 48 hours, at 1, 2, and 3 months postpartum. The concentrations of 56 congeners in maternal milk were determined. For tetrachlorosubstituted to octachlorosubstituted congeners, absorption was found to be close to 100%, while absorption of trichlorinated congeners was 60–98%, probably due to the low levels at which they were present

and ensuing analytical difficulties in detection. [Another possible explanation could be metabolism of the trichlorinated congener.]

The gastrointestinal absorption of 10 congeners from food was investigated using a mass balance approach in seven individuals aged 24–81 years with different contaminant body burdens (Schlummer et al., 1998). The difference between ingested and excreted amounts of the chlorinated compounds was defined as net absorption. Nearly complete net absorption was observed for PCB-28, PCB-52, PCB-77, PCB-101, and PCB-126. Absorption of PCB-105, PCB-138, PCB-153, and PCB-180 was > 60% in most volunteers, but limited absorption was observed in the three older subjects. In all cases, absorption of PCB-202 was < 52%.

#### (ii) Experimental systems

Several reports have been published on the dietary absorption of PCBs, mostly individual congeners. Gastrointestinal absorption of congeners with between one and six chlorine atoms has been investigated by monitoring faecal excretion in rats fed individual congeners at doses ranging from 5 to 100 mg/kg bw. Absorption of the administered dose was > 90% for all 20 congeners tested (Albro & Fishbein, 1972). Metabolic studies in rodents given oral doses of various radiolabelled PCBs with three to six chlorine atoms (i.e. PCB-31, PCB-47, PCB-85, PCB-101, and PCB-153) indicated that gastrointestinal

313

absorption was highest for the trichlorobiphenyl congener (about 94% of the administered dose), and lowest for the hexachlorobiphenyl PCB-153 (28%) (Bergman *et al.*, 1982). In a study by Tanabe *et al.* (1981), absorption efficiency was 95% for dichlorobiphenyls, but only 75% for octachlorobiphenyls. These data suggested that, in rats, absorption of PCBs decreases as the number of chlorine atoms increases.

*(b)    Inhalation*

*(i)    Humans*

There is indirect evidence for absorption of PCBs via inhalation in humans; several congeners have been detected in body fluids of people exposed in occupational settings or frequenting contaminated buildings, such as schools, where air concentrations of PCBs have also been measured (Wolff, 1985; Wolff *et al.*, 1992; Schwenk *et al.*, 2002; Liebl *et al.*, 2004).

*(ii)    Experimental systems*

Hu *et al.* (2010) used a nose-only exposure system to assess the time course of PCB vapour uptake from commercial products in animals. Rats (average weight, 188 g) were exposed to vapours of Aroclor 1242 (PCB concentration, 2.4 mg/m³; total amount, 40 µg) for a total of 2 hours, with a 1-hour break, and killed at 0, 1, 3, 6, and 12 hours after exposure. Congeners detected in tissues included mostly PCBs with mono- or di-*ortho*-substitution, ranging from mono- to pentachlorobiphenyls, with the majority being tri- and tetrachlorobiphenyls. PCB-20 + PCB-28 co-elution was most abundant in every tissue. When compared with the air mixture, most of the material retained in the tissues had shifted from mono- and dichlorinated PCBs to tri- and tetra- or even more highly chlorinated biphenyls. The amount of PCBs measured in the five tissues collected (liver, lung, blood, adipose tissue, and brain) was 5 µg per rat. The measured body burden (i.e. the sum of PCBs loaded at the end of exposure) was 33 µg per rat, suggesting pulmonary

absorption of close to 100%. Casey *et al.* (1999) found that uptake of PCBs was greater by inhalation than by ingestion in a comparison of rats exposed to Aroclor 1254 for 30 days via inhalation (0.9 µg/m³) or in the diet (0.436 µg/g).

*(c)    Dermal exposure*

*(i)    Humans*

Studies on exposure of capacitor workers to PCBs suggested that these compounds are well absorbed by skin contact (Wolff, 1985). Skin samples collected from human cadavers and exposed in vitro to [14C]-labelled Aroclor 1254 and Aroclor 1242 retained 43–44% of the administered dose over a 24-hour period when the mixtures were formulated in water (Wester *et al.*, 1990, 1993). A lower retention was observed when PCBs were formulated in mineral oil or adsorbed on contaminated soil.

*(ii)    Experimental systems*

In rhesus monkeys, percutaneous absorption in vivo of [14C]-labelled Aroclor 1242 and Aroclor 1254 formulated in mineral oil was 20.4 ± 8.5% and 20.8 ± 8.3% of the administered dose, respectively, as determined by urinary and faecal excretion of radiolabel for 30 days after topical application (Wester *et al.*, 1990).

In rats given selected mono-, di-, tetra- and hexachlorobiphenyls as a single dermal dose (0.4 mg/kg bw), dermal penetration varied inversely with the degree of chlorination Garner & Matthews (1998). At 48 hours, dermal penetration ranged from about 100% for the monochlorobiphenyl to about 30% for the hexachlorobiphenyl.

In rats given a topical dose of [14C]-labelled PCB-77 or PCB-153, absorption at 24 hours after dosing ranged from 5% to 8% for both compounds (Hughes *et al.*, 1992). Skin retention was 3–31% for PCB-77 and 3–12% for PCB-153. Dermal absorption was similar for all application forms (solid, aqueous paste, aqueous suspension, dissolved in ethanol). For PCB-153, absorption

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 477

Case 2:15-cv-00201-SMJ    ECF No. 388-2    filed 01/28/20    PageID.18177    Page 474 of 620

was significantly higher when PCB-153 was applied as a solid compared with in ethanol.

Male F344 rats were given single doses (0.4 mg/kg bw) of [$^{14}$C]-labelled mono-, di-, tetra- and hexachlorobiphenyls applied to 1 cm$^2$ areas of the dorsal skin (Garner et al., 2006). The more highly chlorinated PCBs were slowly absorbed and accumulated in the adipose tissue and skin. Excretion of absorbed radiolabel varied with chlorine content, ranging from 27% to about 100% at 2 weeks after dosing (Garner et al., 2006).

### 4.1.2 Distribution

The distribution of PCBs is dependent on the structure and the physicochemical characteristics of the individual congeners, and also on dose.

#### (a)    Humans

No studies of quantitative distribution in humans after controlled exposure to PCBs were available to the Working Group. However, some information existed regarding the concentration of PCBs in human tissues and biological fluids after occupational or dietary exposure. PCBs distribute preferentially to adipose tissue and concentrate in human breast milk due to its high fat content. The pattern of congeners observed in tissues does not correspond with the profiles of commercial PCB mixtures.

The most commonly detected PCBs in plasma and in adipose tissue of occupationally exposed individuals are the hexa- and heptachlorobiphenyls. PCB congeners with chlorine atoms in the 4 and 4′ positions were generally found at relatively high concentrations, while PCBs with nonsubstituted 3,4-positions on at least one ring were present at lower concentrations (ATSDR, 2000).

In Greenlanders exposed through high consumption of fat from sea mammals, the most abundant PCB congeners found in adipose tissue, plasma, and liver were PCB-138, PCB-153, and PCB-180 (Dewailly et al., 1999).

Some studies focused on transplacental transfer of PCBs, as determined by measurement of PCB concentrations and congener profiles in maternal blood, placenta and cord blood. Tsukimori et al. (2013) investigated concentrations of four non-ortho PCBs (PCB-77, PCB-81, PCB-126, PCB-169) in maternal blood, placenta, and cord blood in 19 pregnant women from Fukuoka City, Japan. Mean concentrations were 3.95, 0.87, and 1.08 pg toxic equivalency (TEQ)/g lipid in maternal blood, placenta, and cord blood, respectively. Among specific congeners, PCB-126 showed the highest ratio for cord blood to maternal blood (0.3). PCBs are able to cross the placental barrier in humans, with PCB concentration in cord blood being 25–50% of that in maternal blood.

A study of 360 second-grade schoolchildren (a subgroup of the cohort in Hesse, Germany) in 1995 (Karmaus et al., 2001a, b) found a significant dose-dependent relationship between the duration of breastfeeding (0, 1–4 weeks, 5–8 weeks, 9–12 weeks, > 12 weeks) and blood concentrations of all organochlorine compounds, including PCBs. Breastfeeding for more than 12 weeks was associated with a doubling of concentrations of organochlorine compounds in the children's blood.

Scheele et al. (1992) measured the concentrations of PCB-138, PCB-153, and PCB-180 in 38 children with leukaemia and 15 children in a control group. The PCB concentrations in bone marrow were higher by two- to threefold than those in fat tissue; however, there was no significant difference between PCB concentrations in bone marrow of children with leukaemia and of children in the control group.

PCB-28, PCB-52, PCB-101, PCB-138, PCB-153, and PCB-180 were analysed in six post-mortem samples of human lung (Rallis et al., 2012). The limit of quantification (LOQ) varied from 1.7–4.5 ng/g tissue. PCB-153 (detected in two cases), PCB-138 and PCB-180 (detected in three cases) were found at highest concentrations, ranging from < LOQ to 6.3 ng/g.

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 478

In 107 post-mortem samples of human brain (Mitchell et al., 2012), eight congeners (PCB-28, PCB-95, PCB-105, PCB-118, PCB-138, PCB-153, PCB-170, and PCB-180) were analysed. PCB-138, PCB-153, and PCB-180 were most frequently detected, at average concentrations of 5.5–8 ng/g lipid. PCB-95 was mainly detected in samples from individuals with neurodevelopmental disorders with a known genetic basis, compared with neurologically typical controls.

In addition to the parent PCBs, hydroxylated metabolites have been detected in human serum and adipose tissue (Fernandez et al., 2008). The concentrations of hydroxylated PCBs (OH-PCBs; 14 congeners), methylsulfonyl PCBs (MeSO$_2$-PCBs; 24 congeners), and parent PCBs (17 congeners) in five paired samples of human liver and adipose tissue were reported by Guvenius et al. (2002). The sum of OH-PCB congeners was higher in liver (7–175 ng/g lipid) than in adipose tissue (0.3–9 ng/g lipid), with 3′-OH-PCB-138 and 4′-OH-PCB-130 as the predominant OH-PCB metabolites. The sum of MeSO$_2$-PCBs was of the same order of magnitude as OH-PCB congeners in the same samples: 12–358 ng/g lipid and 2–9 ng/g lipid in liver and adipose tissue, respectively. The concentrations of parent PCBs were similar in liver and adipose tissue, at 459–2085 ng/g lipid and 561–2343 ng/g lipid, respectively.

Concentrations and congener profiles of PCBs and OH-PCBs in placenta samples from a population in Madrid, Spain, were reported by Gómara et al. (2012). The sum of PCB concentrations in placenta samples ranged from 943–4331 pg/g fresh weight, and their hydroxylated metabolites showed a 20-times lower concentration (53–261 pg/g fresh weight). PCB-52 and PCB-101 accounted for more than 44% of the total amount of PCBs. The OH-PCB profiles were dominated by 4-OH-PCB-187 and 4-OH-PCB-146, representing > 50% of the sum concentration of OH-PCBs in the placenta samples.

The concentration of OH-PCBs may comprise 10–20% of total PCBs in human serum, and as many as 38 different OH-PCBs were structurally identified in human plasma, pooled from 10 randomly selected male donors. Only a few of these make up the major proportion of the OH-PCBs present in human blood (Hovander et al., 2002).

MeSO$_2$ metabolites of PCBs were investigated in serum samples from pregnant women from Slovakia and in a selected number of paired samples of cord blood (Linderholm et al., 2007). The major methylsulfone in most samples was a non-identified MeSO$_2$-hexachlorinated biphenyl, followed by 4′-MeSO$_2$-PCB-101, 4′-MeSO$_2$-PCB-87, and 4-MeSO$_2$-PCB-149. The concentrations of MeSO$_2$-PCBs in maternal serum were about 1.5 times higher than in the corresponding cord serum on a lipid-weight basis. In samples of human adipose tissue, 4-MeSO$_2$-PCB-49 [4-MeSO$_2$-2,2′,4′,5-tetraCB; 4′-MeSO$_2$-PCB-49], 4-MeSO$_2$-PCB-101 [4′-MeSO$_2$-PCB-101; 4-MeSO$_2$-2,2′,4′,5,5′-pentaCB], and 3-MeSO$_2$-PCB-110 [5-MeSO$_2$-PCB-110; 3-MeSO$_2$-2,3′,4′,5,6- pentaCB] were the predominant MeSO$_2$ metabolites (Karásek et al., 2007).

### (b)    Experimental systems

### (i)    PCB mixtures

Adult rhesus monkeys were given Aroclor 1248 as a single dose at 1.5 or 3.0 g per kg bw by gastric intubation, and killed after 4 days (Allen et al., 1974). At the lowest dose tested, average concentrations found in liver, kidney, and brain were 25, 12, and 17 µg/g tissue, respectively. In another study, two groups of eight adult rhesus monkeys were exposed to diets containing Aroclor 1248 at 2.5 ppm (Allen & Barsotti, 1976). After 6 months of exposure, the monkeys were successfully bred. After 2 months, milk samples after birth were obtained from four lactating mothers exposed at 2.5 ppm. Concentrations of PCBs ranged from 0.154 to 0.397 µg per g milk in

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 479

three samples of milk fat, and reached 16.44 μg per g in milk fat in the fourth sample.

PCBs were analysed in blood, adipose tissue, liver, kidney and brain from female rhesus monkeys fed Aroclor 1254 at a daily dose of 0, 5, 20, 40, or 80 μg/kg bw for approximately 6 years (16 animals per group) (Mes et al., 1995a). Offspring were nursed for 22 weeks and fed no additional PCBs until necropsy at approximately 120 weeks after birth. PCB concentrations in all tissues of the adult monkeys (mothers and offspring) increased with increasing dose. Mes et al. (1994) reported that for groups exposed to higher doses (≥ 40 μg/kg bw), tissues of infants from dosed dams contained higher concentrations of PCBs than tissues of infants from control dams. The PCB distribution pattern in tissues from a dosed mother/infant pair differed considerably. A larger percentage of heptachlorobiphenyls was found in the infants than in their dams.

In rats given a single dose of Aroclor 1254 at 500 mg/kg bw by gavage, the highest PCB concentrations were found in adipose tissue (996 μg/g wet weight), liver (116 μg/g wet weight), and brain (40 μg/g wet weight), indicating that PCBs are able to cross the blood–brain barrier (Grant et al., 1971). The relative amounts of PCBs in the brain, liver, spleen, blood, testes, heart, kidney, and adipose tissue of rats killed 3 weeks after treatment were 10%, 16%, 20%, 21%, 22%, 24%, 36%, and 67%, respectively, of those found in animals killed after 2 days. In a subsequent long-term study, Grant et al. (1974) fed rats with Aroclor 1254 at a dietary concentration of 0, 2, 20, or 100 mg/kg feed and found highest concentrations of PCBs after 246 days in adipose tissue, with concentrations reaching 26.1 ± 2.9 μg/g wet tissue at the lowest contamination tested (2 mg/kg feed). Levels of PCBs in all tissues analysed were dose-related, and generally, the tissue concentrations did not increase significantly after 64 days of exposure. The residues present in the adipose tissue, liver, and brain had decreased by 64%, 75%, and 10% respectively, 182 days after removal of Aroclor 1254 at 2 mg/kg from the diet. Part of the decrease observed in the adipose tissue and the liver resulted from a dilution effect due to weight increase in these tissues.

The analysis of individual congeners in tissues of rats fed diets containing Aroclor 1254 for 84 days demonstrated a limited accumulation of PCB congeners with a low level of chlorine substitution (tri- and tetrachlorobiphenyls) (Nims et al., 1994). In these rats, time- and dose-dependent increases in the relative concentrations of PCB-138 and PCB-153 were detected in the liver and adipose tissue. Increases in PCB-99 concentrations in hepatic and adipose tissues, and in PCB-156 in adipose tissue, were also observed.

Aroclor 1254 was given to pregnant rats once daily on days 7–15 of gestation (Curley et al., 1973). The concentrations of PCBs found in fetuses were higher by twofold in the group at 50 mg/kg bw compared with the group at 10 mg/kg bw. The mean concentrations of PCB-derived components found in brain, liver, and kidney in weanlings aged 21 days (27 days after the last dose was given to the mother in the group at 10 mg/kg bw) were approximately 2, 4, and 2 μg/g wet tissue, respectively. Concentrations in milk sampled from the same group were between 16 and 25 μg/g.

Samples of brain, adipose tissue, and liver from rat pups and dams exposed to Aroclor 1254 were analysed by Shain et al. (1986). In adipose tissue, most congeners were detected at concentrations close to the feed concentration, but the following congeners accumulated to tissue concentrations 10-fold those in the feed: PCB-176, PCB-146, PCB-138 + PCB-168 + PCB 178 (co-eluted), and PCB-177. In the liver and the brain, the congeners present at the highest concentrations were PCB-85 and PCB-179 + PCB-188 (co-eluted). Bioaccumulation of congeners in the milk closely resembled that observed in fat samples from the dams. The chromatographic pattern

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 480

of bioaccumulated congeners in pup liver was different from that observed in the dams. The congener found at the highest concentration in samples of newborn rat brain was PCB-85. Shain et al. (1986) estimated that the transfer of PCBs through the mammary gland and milk in rats may be 100 times higher than the transfer across the placenta, resulting in a higher accumulation during lactation than during pregnancy.

Kodavanti et al. (1998) investigated the congener-specific distribution of PCBs in blood, brain, liver, and adipose tissue of adult rats given repeated doses of Aroclor 1254 (30 mg/kg bw per day; once per day, 5 days per week for 4 weeks). Total PCB congeners in control rat brain were < 0.02 μg/g tissue. Mean concentrations of total PCBs in treated rats in the frontal cortex, cerebellum, and striatum were 15.1, 13.1, and 8.2 μg/g tissue, respectively; those in the blood, liver, and adipose tissue were 1.6, 38.3, and 552 μg/g tissue, respectively. In addition to differential total uptake between tissues, there was differential accumulation of PCBs with respect to number of chlorine substituents. In all tissues, heavily (hexa- to nona-) chlorinated congeners were present in higher proportions than in the parent mixture, Aroclor 1254, while less highly (tetra- and penta-) chlorinated congeners were present to a lesser degree than their respective proportions in Aroclor 1254. This shift towards accumulation of heavily chlorinated congeners appeared to be more pronounced in the brain than in liver and fat.

In rats exposed via inhalation to vapour-phase PCBs generated from Aroclor 1242 for 10 days, much higher amounts of PCBs (× 400) were found in liver and lung than in blood (Hu et al., 2010). PCB-20 + PCB-28 (co-eluted), PCB-49 + PCB-69 (co-eluted), PCB-52, PCB-60, PCB-61 + PCB-70 + PCB-74 + PCB-76 (co-eluted), PCB-66, PCB-83 + PCB-99 + PCB-112 (co-eluted), PCB-85 + PCB-116 + PCB-117 (co-eluted), PCB-90 + PCB-101 + PCB-113 (co-eluted), PCB-105, and PCB-118 were the major congeners in these tissues.

The presence of MeSO₂-PCB atropisomers was determined in liver, lung, and adipose tissues of rats orally exposed to Clophen A50. In all tissues analysed, especially lung, para-MeSO₂ PCBs were more abundant than meta-derivatives. An excess of the atropism 2(A₂) of 4-MeSO₂-PCB-149 – (R)-3-MeSO₂-PCB-149 – in lung extracts was observed (Larsson et al., 2002). The enantiomeric enrichment of PCB atropoisomers was reported in selected tissues from rats exposed to Aroclor 1254 (Kania-Korwel et al., 2006). Both PCB-95 and PCB-149 were enantiomerically enriched to a significant extent in adipose tissue, liver, and skin.

A few studies on complex mixtures such as Aroclor 1254 mention substantial retention of certain congeners in lung of treated mice (Anderson et al., 1993).

In mice exposed to contaminated soil (retrieved from a Superfund site before remediation) through their bedding for 4 weeks, total PCB residues in skin and fat declined about 80% during the 4-week recovery period. PCB residues were detected in the ear skin (total PCBs, 208 mg/kg of tissue), trunk skin (total PCBs, 129 mg/kg of tissue), and in body fat (total PCBs, 370 mg/kg), confirming these tissues as important PCB reservoirs (Imsilp & Hansen, 2005).

*(ii)    Individual congeners*

Several experiments carried out in mammals, including non-human primates, confirm the data obtained with complex mixtures. The congeners investigated were unlabelled or labelled PCB-3, PCB-5, PCB-15, PCB-30, PCB-31, PCB-47, PCB-65, PCB-77, PCB-101, PCB-116, PCB-118, PCB-126, PCB-153, and PCB-196 (Goto et al., 1974a, b; Matthews & Anderson, 1975a, b; Abdel-Hamid et al., 1981; Beran et al., 1983; Shimada & Sawabe, 1984; Koga et al., 1990; van Birgelen et al., 1996; Pereg et al., 2001; NTP, 2006a, b, 2010). In some cases, mixtures of individual congeners were used (Öberg et al., 2002; NTP, 2006c, d). Taken together, the data indicated that an oral

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 481

dose of PCBs results in an initially high concentration in liver and serum, followed by a decrease in concentrations in the liver, and a concomitant increase in adipose tissue and lipid-rich tissues. This redistribution generally occurred during the first week after dosing, and the differences between the congeners were mainly dependent on the number of chlorine atoms (ATSDR, 2000). In rodents, the hepatic retention/accumulation of non-*ortho*-substituted PCBs such as PCB-126 may occur to a higher extent than in adipose tissue, including after long-term exposure (NTP, 2006a). This was not the case for congeners with chlorine atoms in *ortho* positions, such as PCB-153 (van Birgelen *et al.*, 1996; NTP, 2006a, b).

### 4.1.3 Metabolism

There is evidence that most known PCBs are subject to biotransformation (metabolism) in humans and other animals through enzymatic processes (Safe, 1993). Biotransformation is important for the eventual elimination of PCBs from the body, as most (but not all) of the metabolites are more water-soluble than the parent compound. As well as serving as substrates for biotransformation enzymes, some PCBs and PCB metabolites can interact with several drug-metabolizing enzymes as inducers or inhibitors, as discussed further below.

The first step in metabolism targets the biphenyl ring carbons, and is catalysed by cytochrome P450 (CYP) monooxygenase enzymes. Subsequent metabolism involves one or more of several other possible enzymatic pathways (James, 2001). Some of the major pathways of PCB metabolism are illustrated in Fig. 4.1, with PCB-77 as an example. Fig 4.2 shows structures of representative PCB metabolites. The rate and extent of biotransformation of a particular PCB congener depend upon its chlorination pattern, the number of chlorine substituents, the species, age, and sometimes sex of the animal, and in some cases whether or not the exposure is continuous or a single exposure. The number

of chlorine substituents and substitution pattern determine how well a particular PCB congener binds to and can be metabolized by the biotransformation enzyme (Matthews & Dedrick, 1984). In general, congeners with more than four chlorine substituents are more slowly metabolized than those with four or fewer chlorines, and congeners with unsubstituted 3,4-positions in one or both rings are more readily metabolized than those without such substitution patterns (Hansen, 2001). Biotransformation enzymes with similar functions often differ between animal species in properties of substrate recognition and binding, which contributes to species differences in metabolism. Very young animals often have lower levels of several biotransformation enzymes than adults, resulting in age-related differences in metabolism (Hines, 2008). In rodents, sex affects the expression of several important biotransformation enzymes, particularly CYP, which can lead to sex-specific differences in PCB metabolism. The reason that continuous exposure to certain PCB congeners can affect rate and extent of metabolism is that such exposure can result in upregulation of expression of enzymes that biotransform PCBs, through receptor-mediated processes. PCBs that bind the aryl hydrocarbon receptor (AhR) (see Section 4.3.1) are known to induce CYP isoforms in the 1 family (CYP1A1, CYP1A2 and CYP1B1) as well as epoxide hydrolase, some isoforms of uridine diphosphate-glucuronosyltransferase (UGT) and glutathione *S*-transferase (GST) (Parkinson *et al.*, 1980; 1983). PCBs that bind the nuclears receptors, the pregnane-X receptor (PXR) and the constitutive androstane receptor (CAR) have been shown to induce CYP3A4 and CYP2B isoforms (Petersen *et al.*, 2007; Al-Salman & Plant, 2012).

In the context of carcinogenesis, biotransformation to electrophilic metabolites that are more chemically reactive than the parent PCB is likely to be an important component. Being more biotransformed, the metabolized congeners are more likely to undergo bioactivation.

319

IARC MONOGRAPH – 107

**Fig. 4.1 Metabolic pathways for polychlorinated biphenyls, showing PCB-77 (3,3′,4,4′-tetrachlorobiphenyl) as an example**



P450, cytochrome P450; UGT, UDP-glucuronosyltransferase; SULT, 3′-phosphoadenosine-5′-phosphosulfate-sulfotransferase; GST, glutathione-S-transferase; GGT, gamma-glutamyl transpeptidase; FMO, flavin monooxygenase
The NIH shift causes non-enzymatic migration of chlorine atoms to an adjacent carbon.
Compiled by the Working Group

Polychlorinated biphenyls

**Fig. 4.2 Representative metabolites derived from PCB-77 (3,3′,4,4′-tetrachlorobiphenyl)**



3,3',4,4'-tetrachlorobiphenyl (parent)



4,5-arene oxide of 3,3',4,4'-tetrachlorobiphenyl



3',4'-dihydroxy-3,4-dichlorobiphenyl
(catechol metabolite)



4'-hydroxy-,3,3',4,5'-tetrachlorobiphenyl



2'-hydroxy-3,3',4,4'-tetrachlorobiphenyl-2'-sulfate



3'-hydroxy-3,4-dichlorobiphenyl



2'-hydroxy-3,3',4,4'-tetrachlorobiphenyl-2'-glucuronide



2',5'-dihydroxy-3,4-dichlorobiphenyl
(semiquinone metabolite)



5-methyl-sulfonyl-3,3',4,4'-tetrachlorobiphenyl
(methyl sulfone metabolite)

321

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 484

The following sections describe the different enzymatic pathways known to be involved in PCB metabolism.

(a)    CYP

The first step in biotransformation of PCBs is introduction of oxygen, catalysed by one or more members of the CYP superfamily of monooxygenase enzymes (Guengerich, 2008). Two mechanisms are known, H• radical abstraction and recombination of the short-lived chlorobiphenyl radical with an OH• radical from the active site of CYP to give a hydroxylated (phenolic) metabolite, and formation of an arene oxide by addition of oxygen across an aromatic bond in the biphenyl ring. The arene oxide is an electrophilic metabolite that can rearrange non-enzymatically to form a phenolic metabolite. If one of the carbons that forms part of the arene oxide is substituted with chlorine then, during the non-enzymatic rearrangement, that chlorine can migrate to the adjacent non-chlorine-substituted carbon, while the phenolic hydroxy group attaches to the carbon previously substituted with chlorine, a mechanism known as the NIH shift (shown in Fig. 4.1). Alternatively, the arene oxide may undergo further metabolism by epoxide hydrolase or GST, or may bind with a nucleophilic site on DNA, such as the N7 of guanine, to form an adduct.

As noted above, the chlorine substitution pattern, number of chlorine substituents and presence or absence of unsubstituted 3,4-positions are important factors in determining how readily a particular congener is metabolized by CYP. There are more than 50 isoforms of CYP in humans, and a similar number in experimental animals (Guengerich, 2008). Studies to date have shown that several human isoforms can biotransform one or more PCB congeners; these include CYP1A1, CYP1A2, CYP2A6, CYP2B6, CYP2C8, CY2C9, CYP2C19, and CYP3A4 (Ariyoshi et al., 1995; McGraw & Waller 2006, 2009; Warner et al., 2009; Yamazaki et al., 2011). Related isoforms usually metabolize the same congeners in rat (Morse et al., 1995; Warner et al., 2009; Wu et al., 2011), mouse (Curran et al., 2011), and other species such as fish (Schlezinger et al., 2000). Studies have suggested that congeners with one or no ortho-chlorine substituent are more likely to be metabolized by CYP1 family isoforms. Although it has not been explicitly demonstrated, CYP1B1 metabolizes many of the same substrates as CYP1A1 and CYP1A2 (Shimada et al., 1997) and may also metabolize congeners with one or no ortho chlorine. However, CYP1B1 protein is not constitutively expressed in liver, the major drug-metabolizing tissue, and is generally very low in normal tissues (Murray et al., 2001). Congeners with two or more ortho-chlorine substituents are usually metabolized by CYP2A, CYP2B, CYP2C and CYP3A subfamily isoforms. It is not well understood which isoforms are involved in monooxygenation of each known PCB congener. This is partly because of difficulties in studying monooxygenation of some of the congeners in vitro with hepatic microsomes or expressed recombinant individual CYP isoforms. The less chlorinated congeners, which tend to be readily metabolized by CYP, are easily studied in vitro; however, until recently they attracted much less attention than the more highly chlorinated congeners (Espandiari et al., 2004). The difficulty in studying highly chlorinated congeners is that they are very slowly metabolized, and conditions for incubation in vitro are difficult to set up to produce sufficient hydroxylated metabolite for analysis. With increasingly sensitive analytical techniques, this problem can be overcome (Yamazaki et al., 2011). While some early publications claimed that certain congeners did not produce metabolites in particular species (Murk et al., 1994), these congeners were later shown through studies in vivo to produce hydroxylated metabolites (Buckman et al., 2007).

An important determinant of the activity of CYP is whether or not the isoform that metabolizes a particular congener is subject to induction, either through exposure to PCBs or through

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 485

exposure to other agents known to induce that form of CYP. For example, many congeners with no or one *ortho* chlorine are metabolized by CYP1A1 or CYP1A2 (Curran *et al.*, 2011), and these congeners, like dioxin, polycyclic aromatic hydrocarbons and some components of tobacco smoke, induce CYP1A1 and CYP1A2 by binding to and activating AhR (Parkinson *et al.*, 1983; Safe, 1993). CYP1B1 is also induced by compounds that bind and activate AhR (Murray *et al.*, 2001). A study in which wildtype and knockout mouse strains were exposed in utero and by lactation to a complex mixture of PCBs showed that mice with poor-affinity AhR and lacking CYP1A2 (*Cyp1a2*(−/−) knockout) had higher concentrations of congeners with no or one *ortho* chlorine in tissues than mice with high-affinity AhR and CYP1A2 (*Cyp1a2*(+/+) wildtype), consistent with low metabolism of these PCB congeners in the knockout mice (Curran *et al.*, 2011). PCBs with two or more *ortho* chlorines and at least one *para* chlorine interact with rat and human CAR and induce CYP2B family isoforms, including CYP2B1 and CYP2B6 in a similar manner to the classic inducer, phenobarbital (Parkinson *et al.*, 1980; Al-Salman & Plant, 2012). Some PCBs with two or more *ortho* chlorines have been shown to bind to the human and rat PXR and to human CAR, resulting in upregulation of CYP3A4 (Waller *et al.*, 1996; Petersen *et al.*, 2007; Al-Salman & Plant 2012). CYP3A4 converts PCB-101 and PCB-118 to hydroxylated metabolites (McGraw & Waller, 2009). Activation of CAR also results in upregulation of CYP2B isoforms, several of which have been shown to metabolize PCBs with two or more *ortho* chlorines. For example, human CYP2B6 and the related enzyme, canine CYP2B11, were shown to convert PCB-153 to the 3-hydroxylated metabolite, albeit very slowly (Ariyoshi *et al.*, 1995).

An interesting subgroup of PCBs comprises the 19 chiral PCB congeners, all of which have three or more *ortho* chlorines, which limit rotation around the biphenyl bond. There was

evidence that these compounds are enantioselectively metabolized, resulting in depletion of one enantiomer through metabolism, while the form that is resistant to metabolism accumulates (Kania-Korwel *et al.*, 2008; Lehmler *et al.*, 2010). Forms of CYP identified as metabolizing chiral PCBs are rat CYP2B1 and human CYP2B6. For example, there was evidence that PCB-45, PCB-84, PCB-91, PCB-95, PCB-132 and PCB-136 were enantioselectively metabolized to hydroxylated metabolites in vitro by purified rat CYP2B1 and human CYP2B6, leading to alterations in the enantiomeric fractions of the parent congeners (Warner *et al.*, 2009). The positions of hydroxylation were not identified. In a separate study, rat liver microsomes preferentially metabolized (+)-2,2′,3,3′,6,6′-hexachlorobiphenyl (PCB-136) to 5-hydroxy-PCB-136 (5-OH-PCB-136), and treatment of rats with phenobarbital, which induces CYP2B1, further increased the formation of 5-OH-PCB-136 from (+)-PCB-136, compared with untreated rats, thereby leaving an excess of the less readily metabolized (−)-PCB-136 (enantiomeric enrichment) (Wu *et al.*, 2011). There was also a slight increase in 5-OH-PCB-136 formation in dexamethasone-treated rats, which have induced CYP3A, compared with controls. The minor metabolites, 4-OH-PCB-136 and 4,5-dihydroxy-PCB-136 were also formed preferentially by microsomes from phenobarbital-treated rats compared with controls. Since the ryanodine receptor is sensitized only by (−)-PCB-136, more rapid metabolism of (+)-PCB-136 means that the more toxic enantiomer is preferentially retained in the body.

Once formed, OH-PCBs are sometimes further hydroxylated by CYP and perhaps other oxygenases to dihydroxy-PCBs (McLean *et al.*, 1996a; Garner *et al.*, 1999; Wu *et al.*, 2011). If the two OH groups are *ortho* to each other, the metabolites are termed catechols (Garner *et al.*, 1999), and if the two OH groups are *para* to each other, the metabolites are termed hydroquinones (or semiquinones) (Fig. 4.2).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 486

### (b)    Other oxidative enzymes

PCB catechols and hydroquinones can undergo oxidation to PCB quinones, which are electrophilic, potentially reactive, metabolites. One pathway for quinone formation is through the action of prostaglandin endoperoxide H synthase, an enzyme expressed in extrahepatic tissues, including prostate, ovary, and breast (Wangpradit *et al.*, 2009). Hydroquinones can also be converted to quinones by peroxidases such as horseradish peroxidase, myeloperoxidase, and lactoperoxidase (Srinivasan *et al.*, 2002).

### (c)    Epoxide hydrolase

If not quickly rearranged to form a phenolic metabolite, an arene oxide metabolite can be converted to a dihydrodiol by addition of water, in a reaction catalysed by epoxide hydrolase (Ota & Hammock, 1980). The dihydrodiol metabolite is generally non-toxic and readily eliminated as the dihydrodiol or as a glucuronide conjugate. It has been suggested that dihydrodiol metabolites of PCBs may be oxidized by dihydrodiol dehydrogenase to the corresponding catechol metabolite, thereby restoring aromaticity to the ring (Garner *et al.*, 1999). Furthermore, catechols could be converted to the *ortho* quinone, which is chemically reactive and can bind to protein and DNA (Zhao *et al.*, 2004).

### (d)    PCB oxygenation and formation of ROS

PCB biotransformation by CYP can sometimes give rise to formation of reactive oxygen species (ROS) of PCBs, through uncoupling of the CYP cycle. Formation of ROS during PCB monooxygenation by CYP most likely occurs if the congener binds to the CYP substrate-binding site in an orientation that is not favourable for rapid monooxygenation: this has been demonstrated for PCB-77 biotransformation by CYP1A from fish and other vertebrates (Schlezinger *et al.*, 1999, 2000). PCB-77 has been shown to inhibit ethoxyresorufin *O*-deethylase (EROD) activity

at high concentrations, perhaps by competitive inhibition of CYP1A by PCB-77 (Hahn *et al.*, 1993). Formation of ROS through uncoupling of the CYP1A cycle has been demonstrated with two other non-*ortho*-substituted PCB congeners, PCB-126 and PCB-169 (Schlezinger *et al.*, 2006). PCB-126 and PCB-169 were also shown to uncouple human CYP1B1 and produce ROS (Green *et al.*, 2008). Since CYP1B1 is expressed and inducible in tissues that are frequent targets for cancer, including colon, breast, lung, endometrium, ovary, and prostate, formation of ROS in these tissues could result in genotoxicity.

PCB metabolism by peroxidases and prostaglandin H synthase (also called cyclooxygenase; COX) can also give rise to ROS (Gonçalves *et al.*, 2009). Another pathway leading to ROS production during PCB metabolism occurs when quinone metabolites are formed. Quinones undergo redox cycling through reaction with glutathione (GSH) to form adducts through Michael addition. The quinone-GSH-adduct can be converted back to the semi-quinone or catechol and recycled through this pathway (Amaro *et al.* 1996; Oakley *et al.*, 1996a). This cycling results in depletion of the important cellular antioxidant, GSH, which can cause oxidative stress to the cell and formation of ROS. Redox cycling of the 2′,5′-dihydroxy metabolite of PCB-12 has been shown to result in DNA adducts through formation of ROS (Oakley *et al.*, 1996a).

### (e)    GST

Arene oxide metabolites of PCBs are potential substrates for GSTs, as shown in Fig. 4.1. After initial formation of a conjugate with GSH, the two terminal amino acids of the tripeptide are enzymatically removed, leaving a cysteine conjugate of the PCB. This metabolite may be converted to a mercapturic acid, which is readily excreted in urine or bile (Bakke *et al.*, 1982). Alternatively, the cysteine conjugate may be a substrate for cysteine conjugate β-lyase, which converts the cysteine conjugate to a thiol. The

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 487

thiol metabolite of the PCB can then be methylated by methyltransferase and oxidized by flavin monooxygenase or CYP to yield the MeSO$_2$-PCB (Mio & Sumino 1985). Depending on its structure, the MeSO$_2$-PCB metabolite may not be readily excreted and may accumulate in tissues, particularly liver, lung, and adipose tissue (Haraguchi et al., 1997a, b; Guvenius et al., 2002; Hovander et al., 2006; Karásek et al., 2007). Chiral PCBs were shown, by analysis of the MeSO$_2$-PCBs present in human adipose tissue, seal blubber and pelican muscle, to form MeSO$_2$-PCBs in an enantioselective manner (Karásek et al., 2007). Tissue accumulation can occur in fatty tissues because the MeSO$_2$-PCBs are very lipid soluble, especially those that are highly chlorinated. Accumulation in lung appears to be due to specific binding of the MeSO$_2$-PCBs to an uteroglobin-like protein/PCB-binding protein, a protein that is synthesized in non-ciliated bronchiolar Clara cells of the lung epithelium (Nordlund-Möller et al., 1990; Anderson et al., 1993). Formation of MeSO$_2$-PCBs and their retention in tissues are of concern because several of these metabolites have been shown to interact with the glucocorticoid receptor (Johansson et al., 1998), and to be antiestrogenic (Letcher et al., 2002). Some MeSO$_2$-PCBs such as 3-MeSO$_2$-2,2′,4,′4′,5-tetrachlorobiphenyl [3′-MeSO$_2$-PCB-49] and 3-MeSO$_2$-2,2′,4′,5,5′-pentachlorobiphenyl [3′-MeSO$_2$-PCB-101] were potent inducers of CYP2B1 and CYP2B2 in rats (Kato et al., 1997).

### (f) Glucuronosyltransferase and sulfotransferase

OH-PCBs may be expected to be conjugated with glucuronic acid or sulfate to form non-toxic, readily excreted metabolites, in reactions catalysed by uridine 5′-diphosphate-(UDP)-glucuronosyl transferase (UGT) or 3′-phosphoadenosine-5′-phosphosulfate (PAPS)-sulfotransferase (SULT). Glucuronide and sulfate conjugates of a hydroxylated metabolite of PCB-3 were identified in urine of rabbits given 1 g by gavage (Block & Cornish, 1959).

Studies of glucuronidation have not been conducted with human liver microsomes or UGTs; however, two studies demonstrated formation of glucuronide conjugates with several OH-PCB metabolites, using rat liver microsomes and expressed rat UGTs in yeast strain AH22 (Tampal et al., 2002; Daidoji et al., 2005). In a further study of OH-PCB glucuronidation, it was noted that rates of conjugation varied with the particular OH-PCB substitution pattern, in catfish as well as in rats (Sacco et al., 2008). Those OH-PCBs with only one chlorine flanking a 4-OH group exhibited a higher $V_{max}$ for glucuronidation than OH-PCBs with a 4-OH-3,5-dichloro substitution pattern. The more slowly glucuronidated 4-OH-3,5-dichloro-substituted OH-PCBs were shown to be more potent inhibitors of human estrogen sulfotransferase (human SULT1E1) than those lacking two flanking chlorine atoms (Kester et al., 2000).

In addition to a study in rabbits, which were shown to excrete glucuronide and sulfate conjugates of OH-PCB-3 (Block & Cornish, 1959), further evidence that OH-PCBs were sulfonated in vivo was provided by a study of the fate of PCB-3 in male rats given a dose of 112 mg/kg bw by intraperitoneal injection (Dhakal et al., 2012). The major metabolite was the 4′-sulfate of PCB-3, with little evidence for the glucuronide conjugate; 4′-OH-PCB-3 was converted to the 4′-sulfate conjugate by rat SULT1A1 (Liu et al., 2009). The 4′-OH-PCB-3 was also a substrate for human hepatic cytosolic SULT1A1 (Wang et al., 2006). Other OH-PCBs tested were very poor substrates for human SULT1A1 (Wang et al., 2006), human SULT2A1 (Liu et al., 2006; Ekuase et al., 2011), rat liver SULT1A1, or rat liver SULT2A3 (Liu et al., 2009).

As noted above, OH-PCBs with a 4-OH-3,5-dichloro- structural motif are potent inhibitors of human SULT1E1, with 17-β-estradiol as substrate (Kester et al., 2000). Recent studies showed that some OH-PCBs inhibit sulfonation of dehydroepiandrosterone (DHEA), catalysed by human SULT2A1 or rat SULT2A3 (Liu

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 488

et al., 2006, 2009; Ekuase et al., 2011). As well as inhibiting sulfonation of estradiol and DHEA, OH-PCBs inhibit sulfonation and glucuronidation of xenobiotic substrates. Several OH-PCBs were potent inhibitors (low μM values for $IC_{50}$, the concentration producing 50% inhibition) of sulfonation of 3-hydroxy-benzo[a]pyrene catalysed by human liver cytosol, human SULT1A1 and human SULT1E1, but were very weak inhibitors or did not inhibit SULT1A3 (Wang et al., 2005).

### (g)    Sites of metabolism

For most xenobiotics, including PCBs, the liver is the major organ of metabolism, as most of the drug-metabolizing enzymes are expressed in liver in high concentrations. This is true for several isoforms of CYP, epoxide hydrolase, GST, glucuronosyltransferase, and sulfotransferase; however, the liver is not the only site where these enzymes are expressed. The intestine expresses many of the same enzymes as the liver. The liver is able to convert PCBs to reactive metabolites, and to respond to PCBs that interact with AhR, but the role of metabolism in other tissues is not always clear. Tissues where there are associations between PCB exposure and cancer include the liver, lung, oral mucosa, uterus, thyroid, pancreas, adrenal, breast, skin, blood and lymphatic system, and these effects in some instances may be due to tissue distribution of PCBs or metabolite. As noted above, CYP1B1 is inducible by AhR agonists and has been shown to be expressed in colon, breast, lung, endometrium, ovary and prostate (Schmidt & Bradfield, 1996; Green et al., 2008). Prostaglandin endoperoxide H synthase, implicated in formation of quinone metabolites from OH-PCBs, is expressed in high concentrations in the prostate gland, and is also found in ovary and breast (Wangpradit et al., 2009). The skin contains inducible CYP1A, as well as other drug-metabolizing enzymes (Costa et al., 2010).

### 4.1.4    Excretion

#### (a)    Humans

Two well designed studies (taking into account ongoing exposure and body weight changes, and not limited by small sample size or short sampling interval) showed that highly chlorinated congeners persist in the body, with half-lives averaging about 8–15 years, while less chlorinated PCBs clearly have shorter half-lives (Table 4.1; Grandjean et al., 2008; Ritter et al., 2011).

Few studies on the faecal (Schlummer et al., 1998; Moser & McLachlan, 2001), or urinary excretion (Price et al., 1972; ATSDR, 2000) of PCBs in humans have been published. A substantial part of absorbed or retained PCBs may be eliminated via breast milk (see Section 1.4 in this Monograph). Concentrations varying from 9 to 1915 ng/g lipid have been reported in the general population. Not only parent compounds, but also OH-PCBs were detected in breast milk. Traces of OH-PCBs (median of the sum of 12 congeners, 3 pg/g milk) were found in milk samples collected in 2000–2001 from 15 mothers living in Stockholm; the ratio of total PCBs to total OH-PCBs was approximately 1400, and the major metabolite was an unresolved mixture of 4-OH-CB-107 [4-OH-2,3,3′,4′,5-pentaCB; 4-OH-PCB-109] and 4′-OH-CB-108 [4′-OH-2,3,3′,4,5′-pentaCB; 4-OH-PCB-107] (Guvenius et al., 2003). Adenugba et al. (2009) analysed 15 samples of human bile, collected endoscopically, for seven PCB congeners (PCB-28, PCB-52, PCB-101, PCB-118, PCB-153, PCB-138, and PCB-180). Total PCB concentrations in bile ranged from 6 to 49 ng/mL, and PCB-28 was the predominant congener.

#### (b)    Experimental systems

Elimination half-lives have been estimated in different animal species. In rats, elimination half-lives vary from days (di- and trichlorobiphenyl) to more than 3 months (penta- and

**Table 4.1 Estimated human elimination half-lives for nine PCB congeners at background concentrations**

| Age group | Elimination half-life (years) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | PCB-28 | PCB-52 | PCB-105 | PCB-118 | PCB-138 | PCB-153 | PCB-170 | PCB-180 | PCB-187 |
| Children[a] | NR | NR | 5.4 | 5.7 | 3.7 | 8.4 | 7.6 | 9.1 | 8 |
| Adults[b] | 5.5 | 2.6 | 5.2 | 9.3 | 10.8 | 14.4 | 15.5 | 11.5 | 10.5 |

[a] Grandjean et al. (2008), $n = 200$
[b] Ritter et al. (2011), $n = 229$
NR, not reported
Adapted from Ritter et al. (2011)

hexachlorobiphenyl), while a half-life of approximately 10 months was estimated for Aroclor 1254 in weanling pigs (ATSDR, 2000). Half-lives of a group of congeners (PCB-105, PCB-118, PCB-128, PCB-138, PCB-153, PCB-156, PCB-157, PCB-180, PCB-183) were estimated in monkeys dosed with Aroclor 1254. On average, half-lives varied from 0.4 years (PCB-105) to 1.9 years (PCB-128); however, a wide range of estimates (0.42–7.58 years, depending on individuals) was reported for PCB-128 (Mes et al., 1995b). [These data indicated that PCB half-lives vary according to species, and that PCB half-lives are longer in humans than in experimental animals, including monkeys.]

In rodents, PCBs administered by different routes are mainly excreted in the faeces, with urine usually representing a minor route of excretion.

PCB metabolites that have been identified in urine are mentioned in Section 4.1.3. In addition to OH-PCBs and dihydroxylated PCBs and corresponding glucuronides also observed in other studies, the elimination in urine of sulfated metabolites of PCB-3, PCB-3 2′-sulfate, PCB-3 3′-sulfate, and PCB-3 4′-sulfate after a single intraperitoneal dose of PCB-3 (112 mg/kg bw) was reported. In rats, approximately 3% of the administered dose was excreted in the urine as sulfates over 36 hours, with peak excretion occurring 10–20 hours after exposure (Dhakal et al., 2012). Mercapturic acid of [$^{14}$C]-2,4′,5-trichlorobiphenyl

(PCB-31) was isolated from the urine of rats treated with this congener (Bakke et al., 1982). This metabolite represented 0.3% of the administered dose of 4 mg per rat. About 57% of the administered dose was excreted in the bile, and 30–35% was present as metabolites in the mercapturic acid pathway.

Lactation is also a major route of excretion of PCBs in animals. In monkeys exposed to different doses of Aroclor 1254 in long-term studies, approximately 4% of the intake was eliminated in milk (Mes et al., 1994). The transfer of [$^{14}$C]-labelled congeners PCB-77, PCB-126, PCB-169, and PCB-105 to milk has been investigated in mice (Sinjari et al., 1996). These compounds were administered intraperitoneally to lactating mice at a single dose of 2.0 μmol/kg bw each on postnatal day 11. Concentrations of PCB-126, PCB-169 and PCB-105 in milk 1 day after administration were higher (1450–2520 pmol/mL) than concentrations of PCB-77 (580 pmol/mL).

In addition to these routes of elimination, other minor pathways have been reported. Studies by Yoshimura & Yamamoto (1975) on PCB-66 in rats have suggested that excretion of unmetabolized PCB through the small intestinal wall may occur. In other experiments with rats, PCBs were excreted unchanged in hair and through the skin (Matthews et al., 1976).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 490

## 4.2 Genetic and related effects

Since the first *IARC Monograph* on PCBs (IARC, 1978), the genetic and related effects of PCBs have been studied in several experimental systems and in humans (for details and references, see Tables 4.2, 4.3, 4.4, 4.5, 4.6), and summarized in numerous reviews (Safe, 1989; Silberhorn *et al.*, 1990; ATSDR, 2000; Ludewig, 2001).

### 4.2.1 Exposed humans

Several studies have used cytogenetic effects (structural chromosome aberration, sister-chromatid exchange, and DNA adducts) in cells from body fluids (blood and semen) as biomarkers in humans occupationally or environmentally exposed to PCBs (see Table 4.2).

#### (a) Genotoxicity and cytogenicity from occupational exposure

Peripheral lymphocytes from 32 workers exposed occupationally to commercial PCB mixtures (DELOR 103 and 106) for up to 25 years were examined for cytogenetic changes. All workers with PCB exposure were smokers and moderate drinkers, and control groups were chosen accordingly: control group 1 consisted of 20 people working outside the PCB-production unit, and control group 2 consisted of 20 employees from administrative offices and the research department (Kalina *et al.*, 1991). Workers with PCB exposure were also exposed to formaldehyde and benzene, but at levels not exceeding national exposure limits. Occupational exposure to PCB mixtures led to an increase in PCB plasma concentrations of more than 100-fold (305–487 µg/L), when compared with the control groups (1.5–3 µg/L). A significant increase in the frequency of chromosomal aberration and sister-chromatid exchange was observed in workers exposed to PCBs for at least 11 years; however, no dose–response effect was observed between cytogenetic effects and PCB blood concentrations. [The Working Group was not able to determine how the PCB plasma concentrations were measured. No quantitative data were provided on the exposure of the workers to benzene and formaldehyde, or on whether all three groups were similarly exposed to benzene and formaldehyde. The choice of control group used for the *t*-test analysis was not clearly indicated].

An increase in structural chromosomal aberration in lymphocytes was also observed in workers occupationally exposed to PCBs when compared with a non-exposed control group; however, no information on PCB blood concentrations or confounders was available (Joksić & Marković, 1992).

Peripheral blood lymphocytes from male workers (*n* = 21) exposed occupationally to PCBs for 2–5 years at a factory decontaminating industrial transformers and capacitors and from workers in an industrial control group (87; 53 men and 34 women) were analysed for structural and numerical chromosomal aberrations. Significant increases of twofold in the frequency of structural chromosomal aberration and four- to sixfold in the frequency of premature centromere division in mitotic chromosomes were observed in the PCB-exposed group (Jakab *et al.*, 1995; Major *et al.*, 1999). [The Working Group noted that PCB concentrations in blood and/or air were not monitored, the industrial control group was not further specified, and no adjustment for confounders was made.]

Two studies of occupational exposure examined workers exposed to PCBs after a fire at an electric station (Elo *et al.*, 1985; Melino *et al.*, 1992). In one study, maximum blood PCB concentrations (median, 14 µg/L) were reached 3 days after exposure and declined over the course of 1 month to background levels (≤ 2 µg/L). No exposure-related increases in the frequency of structural chromosomal aberration and sister-chromatid exchange in 15 PCB-exposed workers were observed for

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 491

## Table 4.2 Genetic effects and markers of oxidative DNA damage in humans exposed to PCBs

| Target tissue | End-point | Result | Comments | Reference |
|---|---|---|---|---|
| *Occupational exposure* | | | | |
| Peripheral blood lymphocytes | Chromosomal aberration | – | Exposed, 15; unexposed, not defined. No details on individual numbers and statistical analysis | Elo et al. (1985) |
| Peripheral blood lymphocytes | Chromosomal aberration | – | Exposed, 45 (29 men, 12 women, 4 children) living within 2 km from capacitor-manufacturing plant (24 workers, 21 residents); unexposed; pre-employment test from workers. Heavy smokers excluded; no statistical analysis; no correlation with PCB concentrations (11 congeners) in blood and adipose tissue [no details on PCB concentrations were given] | Tretjak et al. (1990) |
| Peripheral blood lymphocytes | Chromosomal aberration; Sister-chromatid exchange | + ($P < 0.01$); + ($P < 0.05$) | Exposed to technical PCB mixture, 32; unexposed group 1 (working outside production unit), 20; unexposed group 2 (administration and research), 20. Positive correlation with duration of exposure but not blood PCB levels | Kalina et al. (1991) |
| Peripheral blood lymphocytes | Chromosomal aberration; Micronucleus formation; Sister-chromatid exchange | ?; +; + | Exposed, 48; unexposed, 15. No statistical analysis performed | Ioksić & Marković (1992) |
| Peripheral blood lymphocytes | Chromosomal aberration; Sister-chromatid exchange | –; – | Exposed, 12; unexposed, 19. No serum PCB concentrations; both groups contained moderate smokers; no confounder taken into account | Melino et al. (1992) |
| Peripheral blood lymphocytes | Chromosomal aberration; Premature centromere division | + ($P < 0.01$); + ($P < 0.01$) | Exposed, 21 (men); unexposed, 87 (53 men, 34 women). Heavy smokers (> 20 cigarettes/day); heavy drinkers (> 100 g alcohol/day); donors with neoplasia | Jakab et al. (1995), Major et al. (1999) |
| Urine | Oxidative DNA damage (8-OHdG) | – | Study cohort: 64; pre- and post-shift workplace exposure | Wen et al. (2008) |
| *Environmental exposure* | | | | |
| Peripheral blood lymphocytes | Chromosomal aberration | – | Exposed, 36 (Yucheng: 17 men, 19 women); unexposed 10 (5 men, 5 women). Sampling of exposed group occurred 3 years after exposure; chromosomal aberrations included breaks, exchanges, acentric fragments, and gaps. | Wu & Wong (1985) |
| Peripheral blood lymphocytes | Chromosomal aberration; Sister-chromatid exchange; *After exposure of lymphocytes to α-naphthoflavone in vitro:* Chromosomal aberration; Sister-chromatid exchange | –; –; –; + ($P < 0.001$) | Exposed, 35 women (Yucheng victims); unexposed, 24. Blood samples of exposed individuals were taken in 1985 or 5 years after the exposure had occurred; unexposed women were from the same county; all participants were nonsmokers | Lundgren et al. (1988) |

329

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 492

**Table 4.2 (continued)**

| Target tissue | End-point | Result | Comments | Reference |
|---|---|---|---|---|
| Peripheral blood lymphocytes | Sister-chromatid exchange | – | Exposed, 16 Yusho patients; unexposed, 39 | Nagayama et al. (2001) |
| | Sister-chromatid exchange after exposure of lymphocytes to α-naphthoflavone | – | | |
| Peripheral blood lymphocytes | Micronucleus formation | + (P < 0.01; PCB-118) | Study cohort: up to 1583; age 50–65 years; confounder: age, sex, smoking, lifestyle, body mass index | De Coster et al. (2008) |
| | DNA damage (comet assay) | + (P < 0.05; PCB-118) | | |
| Blood serum | Prostate specific antigen | – | | |
| | Carcinoembryogenic antigen | – | | |
| | TP53 | + (P < 0.05; sum of PCB-138, PCB-153, PCB-180) | | |
| Leukocytes | DNA adduct | – | Study cohort: 103 Inuits, categorized into low (1.7–20 µg/L; n = 54), medium (21–40 µg/L; n = 21) and high (41–143 µg/L; n = 28) PCB exposure | Ravoori et al. (2008) |
| Leukocytes | DNA adduct | Negative correlation with PCB (P < 0.0001) | Study cohort: 83 Inuits: 56 women, 27 men Effect of age, sex, smoking status, PCB and selenium concentrations on DNA adduct accumulation taken into account | Ravoori et al. (2010) |
| | DNA adduct and 8-OHdG | Negative correlation in the high selenium/PCB ratio group (P < 0.01 and P = 0.014; respectively) | | |
| Sperm | XY disomy | + (P < 0.001) | Study cohort: 192 men from subfertile couples | McAuliffe et al. (2012) |
| | Total sex-chromosome disomy | + (P < 0.001) | | |
| | XX disomy | Negative correlation (P < 0.001) | | |
| Sperm | Sperm chromatid structure | + (P < 0.01) | Study cohort: 176 adult men (Swedish) | Rignell-Hydbom et al. (2005) |
| Sperm | Sperm chromatid structure (DNA fragmentation) | + | Study cohort: 707 adult men (193 Greenland Inuits, 178 Swedish, 141 Polish, and 195 Ukrainian) Statistically positive association for Ukranian and Swedish cohorts, and for European cohorts combined (Sweden, Poland, Ukraine) | Spanò et al. (2005) |
| Sperm | Sperm chromatid structure (DNA fragmentation) | + (P < 0.05) | Study cohort: 652 adult men (200 Greenland Inuits; 166 Swedish, 134 Polish, and 152 Ukrainian) Significant association only for European cohorts combined (Sweden, Poland, Ukraine) | Stronati et al. (2006) |
| Urine | Oxidative DNA damage (8-OHdG) | – | Study cohort: up to 1583; age 50–65 years; confounder: age, sex, smoking, lifestyle, body mass index | De Coster et al. (2008) |

8-OHdG, 8-hydroxy-2′-deoxyguanosine

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 493

Polychlorinated biphenyls

**Table 4.3 Genetic and related effects of commercial PCB mixtures in experimental systems in vitro**

| Agent | Test system | Results[a] | | Dose[b] (LED or HID), µg/mL | Reference |
|---|---|---|---|---|---|
| | | Without exogenous metabolic system | With exogenous metabolic system | | |
| *Non-mammalian systems* | | | | | |
| Aroclor 1221 | *Salmonella typhimurium* TA1538, reverse mutation | – | (+) | 200 | Wyndham *et al.* (1976) |
| | *Saccharomyces cerevisiae*, strain RS112, interchromosomal recombination | + | + | 10 000 | Schiestl *et al.* (1997) |
| | *Salmonella typhimurium* TA98, TA1538, reverse mutation | – | | 5000 µg/plate | Shahin *et al.* (1979) |
| Aroclor 1254 | *Salmonella typhimurium* C3076, D3052, G46, TA98, TA1000, TA1535, TA1537, TA1538, and *Escherichia coli* WP2 *uvrA*, reverse mutation | – | – | NR | Probst *et al.* (1981) |
| | *Salmonella typhimurium* TA98, TA100, TA1535, TA1537, reverse mutation | – | – | 500 | Bruce & Heddle (1979) Schoeny *et al.* (1979) |
| | *Salmonella typhimurium* TA98, TA100, TA1535, TA1537, TA1538, and *Escherichia coli* WP2 *uvrA*, reverse mutation | – | – | 333 | Dunkel *et al.* (1984) |
| | *Salmonella typhimurium* TA1538, reverse mutation | – | – | 200 | Wyndham *et al.* (1976) |
| | *Salmonella typhimurium* TA98, TA100, *Escherichia coli* WP2 *uvrA*, reverse mutation | – | – | 200 µg/plate | Evandri *et al.* (2003) |
| | *Saccharomyces cerevisiae*, heterozygous transgenic for human MS32 minisatellite, length mutation | + | NR | 6000 | Appelgren *et al.* (1999) |
| Aroclor 1260 | *Saccharomyces cerevisiae*, strain RS112, interchromosomal recombination | + | + | 15 000 | Schiestl *et al.* (1997) |
| Aroclor 1268 | *Salmonella typhimurium* TA1538, reverse mutation | – | – | 200 | Wyndham *et al.* (1976) |
| Kanechlor 300 | *Salmonella typhimurium* TA1535, TA1536, TA1537, TA1538, TA98, TA100, reverse mutation | – | – | NR | Odashima (1976) |
| | *Salmonella typhimurium* TA98, TA100, *Escherichia coli* WP2, reverse mutation | – | – | NR | Sugimura *et al.* (1976) |
| Kanechlor 500 | *Salmonella typhimurium* TA1535, TA1536, TA1537, TA1538, TA98, TA100, reverse mutation | – | – | NR | Odashima (1976) |
| | *Salmonella typhimurium* TA98, TA100, *Escherichia coli* WP2, reverse mutation | – | – | NR | Sugimura *et al.* (1976) |
| Clophen 30 | *Drosophila melanogaster*, genetic crossing-over, sex-chromosome loss | – | | 250 | Nilsson & Ramel (1974) |
| Clophen 50 | *Drosophila melanogaster*, genetic crossing-over, sex-chromosome loss | – | | 200 | Nilsson & Ramel (1974) |
| *Mammalian cells in vitro* | | | | | |
| Aroclor 1221 | Intrachromosomal (non-homologous) recombination at *Hprt* locus, Chinese hamster lung Sp5/V79 cells | + | | 30 | Helleday *et al.* (1998) |
| | Intrachromosomal (homologous) recombination *Hprt* locus, Chinese hamster lung SPD8/V79 cells | + | | 20 | |

331

**Table 4.3 (continued)**

| Agent | Test system | Results[a] Without exogenous metabolic system | Results[a] With exogenous metabolic system | Dose[b] (LED or HID), µg/mL | Reference |
|---|---|---|---|---|---|
| Aroclor 1221 (cont.) | Intrachromosomal recombination by deletion in *HPRT* locus, human lymphoblastoid GM6804 cells | + | | 5 | Aubrecht et al. (1995) |
| Aroclor 1016 | DNA adducts $^{32}$P-postlabelling, primary human hepatocytes (three donors) | (+) | | 23 | Borlak et al. (2003) |
| Aroclor 1242 | Gene mutation (ouabain resistance), Chinese hamster fibroblast V79 cells | – | | 150 | Hattula (1985) |
| | Chromosomal aberrations, chicken embryo (*Gallus domesticus*) | – | | 20 | Blazak & Marcum (1975) |
| Aroclor 1254 | DNA single-strand breaks, alkaline elution, rat hepatocytes | + | | 100 | Sina et al. (1983) |
| | DNA strand breaks (comet assay), rat primary prostate cells | + | | 1 | Cillo et al. (2007) |
| | Unscheduled DNA synthesis, primary rat hepatocytes | + | | 20 (MED) | Althaus et al. (1982) |
| | Unscheduled DNA synthesis, primary F344 rat hepatocytes | – | | [16] 50 µM | Probst et al. (1981) |
| | DNA adducts $^{32}$P-postlabelling, primary fetal rat hepatocytes | | – | [16] 50 µM | Dubois et al. (1995) |
| | DNA adducts $^{32}$P-postlabelling, human hepatocarcinoma HepG2 cells | – | | [16] 50 µM | Dubois et al. (1995) |
| | DNA adducts $^{32}$P-postlabelling, primary human hepatocytes (three donors) | (+) | | [20] 60 µM | Borlak et al. (2003) |
| | Detection of repairable adducts by growth inhibition (DRAG) assay in wildtype and DNA repair-deficient Chinese hamster ovary cells | – | | 135/114, 127, 132[c] | Johansson et al. (2004) |
| | Micronucleus formation, human keratinocytes | – | | 3 | van Pelt et al. (1991) |
| | Chromosomal aberrations, human lymphocytes (five donors) | + | | 0.1 | Sargent et al. (1989) |
| | Cell transformation, Syrian hamster embryo cells | – | | 50 | Pienta (1985) |
| Clophen A60 | Gene mutation (ouabain resistance), Chinese hamster fibroblast V79 cells | – | | 150 | Hattula (1985) |
| Kanechlor 500 + 600 (plus PCDD/PCDF/ PCB-77, PCB-126, PCB-169 as 0.5% wt) | Sister-chromatid exchange, human lymphocytes | + | + | [0.4 ng WHO-TEQ/g; 0.25 ng WHO-TEQ/g] | Nagayama et al. (1994) |

[a] +, considered to be positive; (+), considered to be weakly positive in an inadequate study; –, considered to be negative; ?, considered to be inconclusive (variable responses in several experiments within an inadequate study)

[b] Approximately minimal lethal dose not reported.

[c] Dose 135 µg/mL is the $IC_{50}$ concentration inhibiting growth of wildtype CHO cells (AA8) by 50%; doses 114, 127 and 132 µg/mL are the $IC_{50}$ for repair-deficient CHO cells EM9, UV4 and UV5, respectively.

HID, highest effective dose; LED, lowest effective dose; MED, maximum effective dose; PCDD/PCDF, polychlorinated dibenzodioxin/polychlorinated dibenzofuran; TEQ, toxic equivalency

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 495

Polychlorinated biphenyls

**Table 4.4 Genetic and related effects of commercial PCB mixtures in experimental animals in vivo**

| Agent | Test system | Results[a] | Dose[b] (LED or HID) | Reference |
|---|---|---|---|---|
| Aroclor 1221 | Intrachromosomal recombination by DNA deletion, homozygous C57BL/6J $p^{un}/p^{un}$ mouse | + | 1000 ip × 1 | Schiestl et al. (1997) |
| Aroclor 1242 | DNA adducts $^{32}P$-postlabelling, and 8-OHdG, HPLC/ECD-analysis, male Lewis rat liver, thymus, glandular stomach, spleen, testes, seminal vesicles and prostate gland | − | 20 po × 1 | Schilderman et al. (2000) |
| | Chromosomal aberrations (structural), male Osborne-Mendel rat bone-marrow and spermatogonial cells | − | 5000 po × 1 | Green et al. (1975a) |
| | | − | 500 po × 4 | |
| | Dominant lethality, Osborne-Mendel rat | − | 2500 po × 1 | Green et al. (1975b) |
| | | − | 250 po × 5 | |
| Aroclor 1254 | DNA adducts (I-compounds only) $^{32}P$-postlabelling, male Sprague-Dawley rat liver, kidney, lung | − | 500 po × 2 | Nath et al. (1991) |
| | DNA adducts $^{32}P$-postlabelling, male F344 rat liver | − | 25 po × 35 | Chadwick et al. (1993) |
| | Unscheduled DNA synthesis, Sprague-Dawley rat, primary hepatocytes | − | 300 ip × 1 | Kornbrust & Dietz (1985) |
| | Unscheduled DNA synthesis, rat, primary hepatocytes | − | 500 ip × 1 | Shaddock et al. (1989) |
| | Unscheduled DNA synthesis, male cynomolgus monkey, primary hepatocytes | − | 50 ip × 1 | Hamilton et al. (1997) |
| | | − | 50 ip × 2 | |
| | Micronucleus formation, fish (C. carpio), erythrocytes | + | 50 ip × 1 | Al-Sabti (1986) |
| | Micronucleus formation, B6C3F₁ mouse, bone-marrow cells | − | 15 000 ip × 5 | Bruce & Heddle (1979) |
| | Chromosomal aberrations (structural), fish (C. carpio; T. tinica; C. idella), kidney cells | + | 50 ip × 1 | Al-Sabti (1985) |
| | Chromosomal aberrations (structural), Sprague-Dawley rat, spermatogonial cells | − | 50 po × 7 | Dikshith et al. (1975) |
| | Chromosomal aberrations (structural), male Osborne-Mendel rat, bone-marrow cells | − | 300 po × 5 | Green et al. (1975a) |
| | Chromosomal aberrations (structural), male Holtzman rat, bone-marrow and spermatogonial cells | − | 500 ppm, 5 weeks | Garthoff et al. (1977) |
| | Sperm morphology, B6C3F₁ mice | − | 7500 ip × 5 | Bruce & Heddle (1979) |
| | Germline length mutation PC-1 minisatellite, male C57Bl/6 mouse, liver | + | 100 ip × 1 | Hedenskog et al. (1997) |
| | Germline length mutation PC-2 minisatellite, male C57Bl/6 mouse, liver | − | 100 ip × 1 | Hedenskog et al. (1997) |
| | Dominant lethal mutation, Osborne-Mendel rats | − | 300 po × 5 | Green et al. (1975b) |
| | Gene mutation, transgenic male BigBlue™ mice | (+) | 100 ppm in diet, 7 weeks | Davies et al. (2000) |
| Aroclor 1260 | Intrachromosomal recombination by DNA deletion, homozygous C57BL/6J $p^{un}/p^{un}$ mouse | + | 500 ip × 1 | Schiestl et al. (1997) |
| | DNA adducts $^{32}P$-postlabelling, male and female B6C3F₁ mouse, liver | − | 50 po × 1 | Whysner et al. (1998) |
| | | − | 200 ppm × 2 weeks | |

333

IARC MONOGRAPH − 107

## Table 4.4 (continued)

| Agent | Test system | Results[a] | Dose[b] (LED or HID) | Reference |
|---|---|---|---|---|
| Kaneclor 300 | Chromosomal aberrations, mouse, bone-marrow cells | – | NR | Odashima (1976) |
| | Chromosomal aberrations, rat, bone-marrow cells | – | NR | Odashima (1976) |
| Kaneclor 500 | Micronucleus formation, male ddY mice, bone-marrow cells | (+) | 100 po × 6 | Watanabe et al. (1982) |
| | | – | 100 sc × 6 | |
| | Chromosomal aberrations, mouse, bone-marrow cells | + | NR | Odashima (1976) |
| | Chromosomal aberrations, rat, bone-marrow cells | – | NR | Odashima (1976) |
| Kanechlor [no further specification given] | DNA strand breaks (comet assay), ddY male mouse (stomach, colon, liver, kidney, urinary bladder, lung, brain, bone marrow ) | – | 1000 po × 1 | Sasaki et al. (2000) |
| $PCB_3$[c] | Micronucleus formation, fish (Misgurnus anguillicaudatus), erythrocytes | + | 0.5 mg/L × 7 d | Chu et al. (1996a) |
| | | + | 1 mg/L × 2 d | |
| | | – | 10 ppm × 12 mo | |

[a] +, considered to be positive; (+), considered to be weakly positive in an inadequate study; –, considered to be negative; ?, considered to be inconclusive (variable responses in several experiments within an inadequate study)

[b] In-vivo tests, mg/kg bw

[c] Commercial PCB mixture manufactured in China, the composition of which was similar to that of Aroclor 1242 (see Section 1.1, Table 1.8)

CB, chlorobiphenyl; d, day; HID, highest effective dose; HPLC/ECD, high-performance liquid chromatography electrochemical detection; ip, intraperitoneal; LED, lowest effective dose; mo, month; NR, not reported; 8-OHdG, 8-hydroxy-2'-deoxyguanosine; po, oral administration; TEQ, toxic equivalency

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 497

Polychlorinated biphenyls

**Table 4.5 Genetic and related effects of PCB congeners and their metabolites in experimental systems in vitro**

| PCB congener Structural name | BZ nomenclature[a] | Test system | Results[b] Without exogenous metabolic system | Results[b] With exogenous metabolic system | Dose[c] (LED or HID), µg/mL | Reference |
|---|---|---|---|---|---|---|
| *Non-mammalian systems* | | | | | | |
| 2-MonoCB | PCB-1 | *Salmonella typhimurium* C3076, D3052, G46, TA98, TA1000, TA1535, TA1537, TA1538, reverse mutation | – | – | 1000 | McMahon et al. (1979) |
| 4-MonoCB | PCB-3 | *Salmonella typhimurium* C3076, D3052, G46, TA98, TA1000, TA1535, TA1537, TA1538, reverse mutation | – | – | 1000 | McMahon et al. (1979) |
| 4-MonoCB | PCB-3 | *Salmonella typhimurium* TA1538, reverse mutation | ? | + | 50 µg/plate | Wyndham et al. (1976) |
| 4-MonoCB | PCB-3 | *Salmonella typhimurium* TA98, TA100, TA1535, TA1537, reverse mutation | – | – | 200 | Schoeny (1982) |
| 4,4′-DiCB | PCB-15 | *Salmonella typhimurium* TA98, TA100, reverse mutation | – | – | 100 | Butterworth et al. (1995) |
| 4,4′-DiCB | PCB-15 | *Drosophila melanogaster*, somatic mutation and recombination, eye mosaic test | + | + | 223 | Butterworth et al. (1995) |
| 2,2′,4,4′-TetraCB | PCB-47 | *Salmonella typhimurium* TA98, TA100, reverse mutation | – | – | 200 | Schoeny (1982) |
| 2,2′,5,5′-TetraCB | PCB-52 | *Salmonella typhimurium* TA1538, reverse mutation | – | – | 200 µg/plate | Wyndham et al. (1976) |
| 2,2′,5,5′-TetraCB | PCB-52 | *Salmonella typhimurium* TA98, TA100, TA1535, TA1537, reverse mutation | NT | – | 200 µg/plate | Hsia et al. (1978) |
| 4-OH-2,2′,5,5′-TetraCB | 4-OH-PCB-52 | *Salmonella typhimurium* TA98, TA100, TA1535, TA1537, reverse mutation | NT | – | 20 µg/plate | Hsia et al. (1978) |
| 3,4-Epoxy-2,2′,5,5′-tetraCB | 3,4-Epoxy-PCB-52 | *Salmonella typhimurium* TA98, TA100, TA1535, TA1537, reverse mutation | NT | – | 200 µg/plate | Hsia et al. (1978) |
| 3,3′,4,4′-TetraCB | PCB-77 | *Salmonella typhimurium* TA98, TA100, reverse mutation | – | – | 200 | Schoeny (1982) |
| 2,2′,4,4′,6,6′-HexaCB | PCB-155 | *Salmonella typhimurium* TA98, TA100, reverse mutation | – | – | 200 | Schoeny (1982) |
| 2,2′,3,3′,4,4′,5,5′,6,6′-DecaCB | PCB-209 | *Salmonella typhimurium* TA98, TA100, TA1535, TA1537, *Escherichia coli* WP2 *uvrA*, reverse mutation | – | – | 5000 | Han et al. (2009) |

335

## Table 4.5 (continued)

| PCB congener Structural name | BZ nomenclature[a] | Test system | Results[b] Without exogenous metabolic system | Results[b] With exogenous metabolic system | Dose[c] (LED or HID), µg/mL | Reference |
|---|---|---|---|---|---|---|
| *Mammalian cells in vitro* | | | | | | |
| 2',5'-HQ-2-MonoCB | Metabolite of PCB-1 | Polyploidy, Chinese hamster lung V79 cells | − | | 4.4 | Flor & Ludewig (2010) |
| 2',5'-HQ-2-MonoCB | Metabolite of PCB-1 | Sister-chromatid exchange, Chinese hamster lung V79 cells | − | | 4.4 | Flor & Ludewig (2010) |
| 2',5'-HQ-3-MonoCB | Metabolite of PCB-2 | Polyploidy, Chinese hamster lung V79 cells | + | | 1.1 | Flor & Ludewig (2010) |
| 2',5'-HQ-3-MonoCB | Metabolite of PCB-2 | Sister-chromatid exchange, Chinese hamster lung V79 cells | − | | 2.2 | Flor & Ludewig (2010) |
| 4-MonoCB | PCB-3 | Binding (covalent) to DNA, RNA or protein, Chinese hamster ovary cells | + | | 2 | Wong et al. (1979) |
| 4-MonoCB | PCB-3 | Unscheduled DNA synthesis, Chinese hamster ovary cells | (+) | | 2 | Wong et al. (1979) |
| 4-MonoCB | PCB-3 | DNA adducts ($^{32}$P-postlabelling), primary human hepatocytes (three donors) | + | | 43 | Borlak et al. (2003) |
| 4-MonoCB | PCB-3 | Gene mutation, Chinese hamster lung V79 cells, *Hprt* locus | − | | 56 | Zettner et al. (2007) |
| 2'-OH-4-MonoCB | Metabolite of PCB-3 | | − | | 20 | |
| 3'-OH-4-MonoCB | Metabolite of PCB-3 | | − | | 20 | |
| 4'-OH-4-MonoCB | Metabolite of PCB-3 | | − | | 20 | |
| 2,5'-HQ-4-MonoCB | Metabolite of PCB-3 | | − | | 1.7 | |
| 3',4'-HQ-4-MonoCB | Metabolite of PCB-3 | | − | | 5.5 | |
| 2,5'-Q-4-MonoCB | Metabolite of PCB-3 | | + | | 0.1 | |
| 3',4'-Q-4-MonoCB | Metabolite of PCB-3 | | + | | 0.1 | |
| 4-MonoCB | PCB-3 | Micronucleus formation, Chinese hamster lung V79 cells | − | | 38 | Zettner et al. (2007) |
| 2'-OH-4-MonoCB | Metabolite of PCB-3 | | + | | 10 | |
| 3'-OH-4-MonoCB | Metabolite of PCB-3 | | + | | 20 | |
| 4'-OH-4-MonoCB | Metabolite of PCB-3 | | + | | 15 | |
| 2,5'-HQ-4-MonoCB | Metabolite of PCB-3 | | + | | 0.6 | |
| 3',4'-HQ-4-MonoCB | Metabolite of PCB-3 | | + | | 3.3 | |
| 2,5'-Q-4-MonoCB | Metabolite of PCB-3 | | + | | 0.1 | |
| 3',4'-Q-4-MonoCB | Metabolite of PCB-3 | | + | | 0.5 | |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 499

**Table 4.5  (continued)**

| PCB congener Structural name | BZ nomenclature[a] | Test system | Results[b] Without exogenous metabolic system | Results[b] With exogenous metabolic system | Dose[c] (LED or HID), µg/mL | Reference |
|---|---|---|---|---|---|---|
| 4-MonoCB | PCB-3 | Aneuploidy, Chinese hamster lung V79 cells | – | | 38 | Zettner et al. (2007) |
| 2'-OH-4-MonoCB | Metabolite of PCB-3 | | + | | 10 | |
| 3'-OH-4-MonoCB | Metabolite of PCB-3 | | + | | 20 | |
| 4'-OH-4-MonoCB | Metabolite of PCB-3 | | + | | 15 | |
| 2',5'-HQ-4-MonoCB | Metabolite of PCB-3 | | + | | 0.6 | |
| 3',4'-HQ-4-MonoCB | Metabolite of PCB-3 | | + | | 3.3 | |
| 2',5'-Q-4-MonoCB | Metabolite of PCB-3 | | + | | 0.5 | |
| 3',4'-Q-4-MonoCB | Metabolite of PCB-3 | | + | | 1.1 | |
| 2',5'-HQ-4-MonoCB | Metabolite of PCB-3 | Polyploidy, Chinese hamster lung V79 cells | + | | 1.1 | Flor & Ludewig (2010) |
| 3',4'-HQ-4-MonoCB | Metabolite of PCB-3 | Polyploidy, Chinese hamster lung V79 cells | – | | 2.2 | Flor & Ludewig (2010) |
| 2',5'-HQ-4-MonoCB | Metabolite of PCB-3 | Sister-chromatid exchange, Chinese hamster lung V79 cells | – | | 2.2 | Flor & Ludewig (2010) |
| 3',4'-HQ-4-MonoCB | Metabolite of PCB-3 | Sister-chromatid exchange, Chinese hamster lung V79 cells | + | | 1.1 | Flor & Ludewig (2010) |
| 2',5'-Q-4-MonoCB | Metabolite of PCB-3 | Micronucleus formation, human breast epithelial MCF-10A cells | + | | 0.1 | Venkatesha et al. (2008) |
| 2',5'-Q-4-MonoCB | Metabolite of PCB-3 | Micronucleus formation, Chinese hamster lung V79 cells | + | | 0.6 | Jacobus et al. (2008) |
| 2,2',5,5'-TetraCB | PCB-52 | DNA strand breaks (alkaline sedimentation), mouse fibroblast L-929 cells | + | | 20 | Stadnicki et al. (1979) |
| 4-OH/3-OH-2,2',5,5'-TetraCB (4:1) | Metabolites of PCB-52 | DNA strand breaks (alkaline sedimentation), mouse fibroblast L-929 cells | + | | 20 | Stadnicki et al. (1979) |
| 3,4-Epoxy-2,2',5,5'-TetraCB | Metabolite of PCB-52 | DNA strand breaks (alkaline sedimentation), mouse fibroblast L-929 cells | + | | 10 | Stadnicki et al. (1979) |
| 2,2',5,5'-TetraCB | PCB-52 | DNA strand breaks (comet assay), human lymphocytes (six donors) | (+) | | 0.3 | Sandal et al. (2008) |
| 2,2',5,5'-TetraCB | PCB-52 | Sister-chromatid exchange, human lymphocytes (four donors) | – | | 1 | Sargent et al. (1989) |
| 2,2',5,5'-TetraCB | PCB-52 | Chromosomal aberrations, human lymphocytes (5–9 donors) | – | | 1 | Sargent et al. (1989) |

337

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 500

IARC MONOGRAPH – 107

**Table 4.5 (continued)**

| PCB congener Structural name | BZ nomenclature[a] | Test system | Results[b] Without exogenous metabolic system | Results[b] With exogenous metabolic system | Dose[c] (LED or HID), µg/mL | Reference |
|---|---|---|---|---|---|---|
| 2,2',5,5'-TetraCB and 3,3',4,4'-tetraCB | PCB-52 + PCB-77 | Chromosomal aberrations, human lymphocytes (5–9 donors) | + | | $1 + 10^{-5}$ | Sargent et al. (1989) |
| 2,2',5,5'-TetraCB and 3,3',4,4'-tetraCB | PCB-52 + PCB-77 | Sister-chromatid exchange, human lymphocytes (four donors) in vitro | – | | $1 + 10^{-5}$ | Sargent et al. (1989) |
| 3-MeSO$_2$-2',3',4,5-TetraCB | 5-MeSO$_2$-PCB-56 | Sister-chromatid exchange, human lymphocytes | – | | 7.1 | Nagayama et al. (1999) |
| 3-MeSO$_2$-2',3',4,5-TetraCB | 5-MeSO$_2$-PCB-56 | Micronucleus formation, human lymphocytes | – | | 7.1 | Nagayama et al. (1995) |
| 3,3',4,4'-TetraCB | PCB-77 | DNA strand breaks (comet assay), human lymphocytes (three donors) | – | | 25 | Belpaeme et al. (1996a) |
| 3,3',4,4'-TetraCB | PCB-77 | DNA strand breaks (comet assay), human lymphocytes (six donors) | (+) | | 3 | Sandal et al. (2008) |
| 3,3',4,4'-TetraCB | PCB-77 | DNA adducts $^{32}$P-postlabelling, human hepatocarcinoma HepG2 cells | + | | 15 | Dubois et al. (1995) |
| 3,3',4,4'-TetraCB | PCB-77 | DNA adducts $^{32}$P-postlabelling, primary fetal rat hepatocytes | | + | 15 | Dubois et al. (1995) |
| 3,3',4,4'-TetraCB | PCB-77 | Sister-chromatid exchange, human lymphocytes (four donors) in vitro | – | | 0.1 | Sargent et al. (1989) |
| 2,2',5,5'-TetraCB and 3,3',4,4'-tetraCB | PCB-52 + PCB-77 | Sister-chromatid exchange, human lymphocytes (four donors) in vitro | – | | $1 + 10^{-5}$ | Sargent et al. (1989) |
| 3,3',4,4'-TetraCB | PCB-77 | Micronucleus formation, human lymphocytes (two donors) | – | | 500 | Belpaeme et al. (1996a) |
| 3,3',4,4'-TetraCB | PCB-77 | Chromosomal aberrations (structural), human lymphocytes (5–9 donors) | + | | 0.01 | Sargent et al. (1989) |
| 3-MeSO$_2$-3',4,4',5-TetraCB | 5-MeSO$_2$-PCB-77 | Sister-chromatid exchange, human lymphocytes | – | | 6.8 | Nagayama et al. (1999) |
| 3-MeSO$_2$-3',4,4',5-TetraCB | 5-MeSO$_2$-PCB-77 | Micronucleus formation, human lymphocytes | – | | 7.8 | Nagayama et al. (1995) |
| 4,4'-(OH)$_2$-3,3',5,5'-TetraCB | Metabolite of PCB-80 | Detection of repairable adducts by growth inhibition (DRAG) assay in wildtype and DNA repair-deficient Chinese hamster ovary cells | (+) | | 140/102, 92, 91[d] | Johansson et al. (2004) |
| 4-MeSO$_2$-2,2',3',4',5-PentaCB | 4'-MeSO$_2$-PCB-87 | Sister-chromatid exchange, human lymphocytes | + | | 5.8 | Nagayama et al. (1999) |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 501

Polychlorinated biphenyls

**Table 4.5  (continued)**

| PCB congener Structural name | BZ nomenclature[a] | Test system | Results[b] Without exogenous metabolic system | With exogenous metabolic system | Dose[c] (LED or HID), µg/mL | Reference |
|---|---|---|---|---|---|---|
| 4-MeSO$_2$-2,2',3,'4,5-PentaCB | 4'-MeSO$_2$-PCB-87 | Micronucleus formation, human lymphocytes | − | | 5.8 | Nagayama et al. (1995) |
| 2,2',4,5,5'-PentaCB | PCB-101 | DNA strand breaks (comet assay), fish fibroblast RTG-2 cells | + | | 16 | Marabini et al. (2011) |
| 2,2',4,5,5'-PentaCB | PCB-101 | Micronucleus formation, fish fibroblast RTG-2 cells | + | | 16 | Marabini et al. (2011) |
| 3-MeSO$_2$-2,2',4,5,5'-PentaCB | 3'-MeSO$_2$-PCB-101 | Sister-chromatid exchange, human lymphocytes | + | | 5.2 | Nagayama et al. (1999) |
| 3-MeSO$_2$-2,2',4,5,5'-PentaCB | 3'-MeSO$_2$-PCB-101 | Micronucleus formation, human lymphocytes | − | | 5.2 | Nagayama et al. (1995) |
| 4-OH-2,3,3',4',5-PentaCB | Metabolite of PCB-109 | Detection of repairable adducts by growth inhibition (DRAG) assay in wildtype and DNA repair-deficient Chinese hamster ovary cells | − | | | Johansson et al. (2004) |
| 2,3',4,4',5-PentaCB | PCB-118 | DNA strand breaks (comet assay), fish fibroblast RTG-2 cells | + | | 10 | Marabini et al. (2011) |
| 2,3',4,4',5-PentaCB | PCB-118 | Micronucleus formation, fish fibroblast RTG-2 cells | + | | 10 | Marabini et al. (2011) |
| 3,3',4,4',5-PentaCB | PCB-126 | Micronucleus formation, human hepatoma HepG2 cells in vitro | − | | 0.003 | Wei et al. (2009b) |
| 2,2',3,4,4',5'-HexaCB | PCB-138 | DNA strand breaks (comet assay), fish fibroblast RTG-2 cells | + | | 25 | Marabini et al. (2011) |
| 2,2',3,4,4',5'-HexaCB | PCB-138 | Micronucleus formation, fish fibroblast RTG-2 cells | − | | 25 | Marabini et al. (2011) |
| 4-MeSO$_2$-2,2',3,5,5',6'-HexaCB | 4'-MeSO$_2$-PCB-151 | Sister-chromatid exchange, human lymphocytes | − | | 9.6 | Nagayama et al. (1999) |
| 4-MeSO$_2$-2,2',3,5,5',6'-HexaCB | 4'-MeSO$_2$-PCB-151 | Micronucleus formation, human lymphocytes | − | | 9.6 | Nagayama et al. (1995) |
| 2,2',4,4',5,5'-HexaCB | PCB-153 | Chromosomal aberrations (structural), human lymphocytes (5–9 donors) | + | | 1 | Sargent et al. (1989) |

339

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 502

IARC MONOGRAPH – 107

## Table 4.5 (continued)

| PCB congener Structural name | BZ nomenclature[a] | Test system | Results[b] Without exogenous metabolic system | Results[b] With exogenous metabolic system | Dose[c] (LED or HID), μg/mL | Reference |
|---|---|---|---|---|---|---|
| 2,2',4,4',5,5'-HexaCB | PCB-153 | Micronucleus formation, human breast epithelial MCF-10A cells | + | | 0.4 | Venkatesha et al. (2008) |
| 2,2',4,4',5,5'-HexaCB | PCB-153 | Micronucleus formation, human hepatoma HepG2 cells | + | | 36 | Wei et al. (2009a) |
| 2,2',4,4',5,5'-HexaCB | PCB-153 | DNA strand breaks (comet assay), fish fibroblast RTG-2 cells | + | | 11 | Marabini et al. (2011) |
| 2,2',4,4',5,5'-HexaCB | PCB-153 | Micronucleus formation, fish fibroblast RTG-2 cells | + | | 11 | Marabini et al. (2011) |
| 4-OH-2,2',3,4',5,5',6-HeptaCB | Metabolite of PCB-187 | Detection of repairable adducts by growth inhibition (DRAG) assay in wildtype and DNA repair-deficient Chinese hamster ovary cells | – | | 23 | Johansson et al. (2004) |
| 2,2',3,3',4,4',5,5',6,6'-DecaCB | PCB-209 | Gene mutation, mouse lymphoma L5178Y cells, $Tk^{+/-}$ locus | – | – | 150 | Han et al. (2009) |

[a] BZ nomenclature as listed in Table 1.1, Section 1

[b] +, considered to be positive; (+), considered to be weakly positive in an inadequate study; –, considered to be negative; ?, considered to be inconclusive (variable responses in several experiments within an inadequate study); 0, not tested.

[c] Approximately minimal lethal dose not reported.

[d] Dose 140 μg/mL is the $IC_{50}$ concentration inhibiting growth of wildtype CHO cells (AA8) by 50%; 102, 92 and 91 are the $IC_{50}$ for repair-deficient CHO cells EM9, UV4 and UV5, respectively.

CB, chlorobiphenyl; HID, highest effective dose; HQ, hydroquinone; LED, lowest effective dose; MED, maximum effective dose; $MeSO_2$, methyl sulfonyl; OH, hydroxyl

For the nomenclature of PCB metabolites, the reader is referred to the review by Grimm et al. (2015).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 503

Polychlorinated biphenyls

**Table 4.6 Genetic and related effects of PCB congeners and their metabolites in experimental animals in vivo**

| PCB congener Structural name | BZ nomenclature[a] | Test system | Results[b] | Dose[c] (LED or HID) | Reference |
|---|---|---|---|---|---|
| 4-MonoCB 4′-OH-4-MonoCB | PCB-3 Metabolite of PCB-3 | Gene mutation, transgenic male BigBlue® rat, liver | + − | 113 ip × 4 82 ip × 4 | Lehmann et al. (2007) |
| 4-MonoCB 4′-OH-4-MonoCB | PCB-3 Metabolite of PCB-3 | Gene mutation, transgenic male BigBlue® rat, lung | (+) (+) | 113 ip × 4 (1/week) 82 ip × 4 (1/week) | Maddox et al. (2008) |
| 4-MonoCB 4′-OH-4-MonoCB | PCB-3 Metabolite of PCB-3 | Gene mutation, transgenic female BigBlue® rat, liver | − − | 113 ip × 4 82 ip × 4 | Jacobus et al. (2010) |
| 2,2′,5,5′-TetraCB | PCB-52 | Chromosomal aberrations (numerical and structural), female Sprague-Dawley rat, 70% hepatectomy, bone-marrow cells | − | 10 ppm, 1 year | Meisner et al. (1992) |
| 2,2′,5,5′-TetraCB | PCB-52 | Chromosomal aberrations (numerical), female Sprague-Dawley rat, liver cells after 70% hepatectomy | − − | 10 ppm × 7 mo 10 ppm × 12 mo | Sargent et al. (1992) |
| 3,3′,4,4′-TetraCB | PCB-77 | Chromosomal aberrations (numerical & structural), female Sprague-Dawley rat, 70% hepatectomy, bone-marrow cells | − | 0.1 ppm, 1 year | Meisner et al. (1992) |
| 3,3′,4,4′-TetraCB | PCB-77 | Chromosomal aberrations (numerical), female Sprague-Dawley rat liver cells after 70% hepatectomy | − | 0.1 ppm × 7 mo 0.1 ppm × 12 mo | Sargent et al. (1992) |
| 3,3′,4,4′-TetraCB | PCB-77 | DNA strand breaks (comet assay) and micronucleus formation, fish (Salmo trutta fario) erythrocytes | − | 0.9 μg/mL | Belpaeme et al. (1996b) |
| 3,3′,4,4′-TetraCB and 2,2′,5,5′-tetraCB | PCB-77 + PCB-52 | Chromosomal aberrations (numerical & structural), female Sprague-Dawley rat, 70% hepatectomy, bone-marrow cells | + | 0.1 + 10 for 1 year | Meisner et al. (1992) |
| 3,3′,4,4′-TetraCB + 2,2′,5,5′-tetraCB | PCB-77 + PCB-52 | Chromosomal aberrations (numerical), female Sprague-Dawley rat liver cells after 70% hepatectomy | − | 0.1 + 10 ppm for 7 mo | Sargent et al. (1992) |
| 3,3′,4,4′,5-PentaCB | PCB-126 | Gene mutation, transgenic Muta™Mouse fetus, day 18 of gestation, after exposure on day 10, in utero | − | 0.5 po × 1 | Inomata et al. (2009) |
| 3,3′,4,4′,5-PentaCB | PCB-126 | DNA adducts, M₈dG secondary oxidative DNA lesion, LC-MS/MS female Sprague-Dawley rat, liver | + | 0.001 po × 5 per week for 53 weeks | Jeong et al. (2008) |
| 2,2′,4,4′,5,5′-HexaCB | PCB-153 | DNA adducts, M₈dG secondary oxidative DNA lesion, LC-MS/MS female Sprague-Dawley rat, liver | − | 1 po × 5 per week for 53 weeks | Jeong et al. (2008) |
| 2,2′,4,4′,5,5′-HexaCB | PCB-153 | DNA adducts, M₈dG secondary oxidative DNA lesion, LC-MS/MS female Sprague-Dawley rat, brain | − | 1 po × 5/week for 53 weeks | Jeong et al. (2008) |

341

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 504

## Table 4.6 (continued)

| PCB congener Structural name | BZ nomenclature[a] | Test system | Results[b] | Dose[c] (LED or HID) | Reference |
|---|---|---|---|---|---|
| 3,3',4,4',5-PentaCB and 2,2',4,4',5,5'-hexaCB | PCB-126 + PCB-153 | DNA adducts, M₁dG secondary oxidative DNA lesion, LC-MS/MS female Sprague-Dawley rat, liver | + | 0.0003 + 3 po × 5/ week for 53 weeks | Jeong et al. (2008) |
| 3,3',4,4',5-pentaCB and 2,2',4,4',5,5'-hexaCB | PCB-126 + PCB-153 | DNA adducts, M₁dG secondary oxidative DNA lesion, LC-MS/MS female Sprague-Dawley rat, brain | – | 0.001 + 1 po × 5/week for 53 weeks | Jeong et al. (2008) |
| 2,2',3,3',4,4',5,5',6,6'-DecaCB | PCB-209 | Micronucleus formation, male and female Crl:CD1 mice bone-marrow cells | – | 2000 po × 1 | Han et al. (2009) |
| 1 : 2 : 3 : 2 Mixture of 2,3',4,4',5-pentaCB, 2,2',3,4,4',5'-hexaCB, 2,2',4,4',5,5'-hexaCB, and 2,2',3,4,4',5,5'-heptaCB | PCB-118, PCB-138, PCB-153, PCB-180 | DNA adducts, M₁dG secondary oxidative DNA lesion, LC-MS/MS female C57BL/6J mouse, liver | – | 10 ng TEQ/kg bw ip × 1 | Jeong et al. (2008) |

[a] BZ nomenclature as listed in Table 1.1, Section 1.
[b] +, considered to be positive; (+), considered to be weakly positive in an inadequate study; –, considered to be negative; ?, considered to be inconclusive (variable responses in several experiments within an inadequate study)
[c] In-vivo tests, mg/kg bw
CB, chlorobiphenyl; HID, highest effective dose; ip, intraperitoneal; mo, month; LED, lowest effective dose; po, oral administration; TEQ, toxic equivalency; 8-OHdG, 8-hydroxy-2'-deoxyguanosine; HPLC/ECD, high-performance liquid chromatography electrochemical detection; I-compounds, take from Table 4.3 or Table 4.4

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 505

7 months (Elo *et al.*, 1985). [The Working Group noted that the control group was not defined. The data on observed chromosomal aberration and sister chromatid exchange, and the statistical method used, were not provided.] The other study reported a non-significant increase by fourfold in the frequency of chromosomal aberration, but no increase in the frequency of sister-chromatid exchange in a group of 12 workers (Melino *et al.*, 1992).

In another report, the study group consisted of 45 randomly selected people (workers, residents, or children) living within 2 km of a capacitor-producing factory known to cause occupational and environmental exposure to PCBs, in Semic, Slovenia, and was compared to workers that had pre-employment tests. An abnormally high frequency of structural chromosome aberration (55%) was observed in peripheral lymphocytes from workers and residents when compared with the control group (Tretjak *et al.*, 1990). However, these findings were not correlated to environmental or blood PCB concentrations. [The Working Group noted that no PCB concentrations in blood were reported. No matched control group was available and no statistical analysis was performed. Heavy smokers and people who had had recent X-ray examinations were excluded from the study].

Men working in Chinese electrical and electronic equipment waste-dismantling factories were shown to be exposed occupationally to PCBs, tetrachlorodibenzo-*p*-dioxins and dibenzofurans (TCDD/Fs) and polybrominated diphenyl ethers (PBDEs). Urine concentrations of 8-hydroxydeoxyguanosine (8-OHdG), a product of oxidative DNA damage, were significantly increased in workers after their working shift when compared with levels before the working shift. However, no correlation could be drawn between the observed increase in urinary 8-OHdG concentrations and occupational exposure to any of the organochlorine compounds (Wen *et al.*, 2008).

(b)     *Genotoxicity and cytogenicity from non-occupational exposure*

Three years after accidental contamination of cooking oil with PCBs in Taiwan, China (see Section 1.4.8), blood samples were taken from 36 patients with Yucheng ("oil disease"); lymphocytes were analysed for chromosomal aberrations and compared with lymphocytes from age- and sex-matched laboratory staff ($n = 10$). Blood PCB concentrations ranged from 6.4 to 101.8 µg/L. A high frequency of chromosomal aberration was observed in 19 out of 36 (53%) PCB-exposed patients, while none was seen in the control group. The findings could not be correlated with the blood PCB levels (Wuu & Wong, 1985). [The Working Group noted that no details on the statistical evaluation or adjustment for confounders were given.]

The frequencies of chromosomal aberration and sister-chromatid exchange in peripheral lymphocytes from 35 nonsmoking women from Taiwan, China, exposed to PCBs through contaminated rice oil ("Yucheng") were similar to those from matched controls. However, when peripheral blood lymphocytes were treated with α-naphthoflavone in vitro [to increase sensitivity], a small (20%) but significant increase in frequency of sister-chromatid exchange, but not chromosomal aberration, was observed (Lundgren *et al.*, 1987, 1988).

Similarly, 27 years after exposure to high concentrations of PCBs, the frequency of sister-chromatid exchange in lymphocytes of 16 victims of the "Yusho" food poisoning incident (see Section 1.4.8 in this *Monograph*) were not significantly different from those of a non-exposed control group, despite persistently elevated blood PCB concentrations in these patients (281 pg/g fat versus 41 pg/g fat in the control group). Addition of α-naphthoflavone did not increase the frequency of sister-chromatid exchange (Nagayama *et al.*, 2001).

343

Blood concentrations of cadmium, lead, p,p'-dichlorodiphenyldichloroethylene (DDE), hexachlorobenzene, PCBs (PCB-99, PCB-118, PCB-170, PCB-138, PCB-153, PCB-180), and dioxin-like activity (Calux assay) were analysed in 1583 residents in nine different industrialized regions in Belgium (De Coster et al., 2008). Also analysed as effect biomarkers were the percentage of cells with micronucleus formation, DNA damage (comet assay) in peripheral blood cells, and 8-OHdG in urine. Overall significant differences between the different regions were found for micronucleus formation, DNA damage, and urinary 8-OHdG concentrations. Among these, positive correlations were reported between PCB-118 concentrations and both micronucleus formation and DNA damage.

In a group of 103 Inuit people from Northern Canada exposed to high dietary concentrations of PCBs and selenium, plasma PCB concentrations and DNA adduct profiles in leukocytes were determined (Ravoori et al., 2008). The $^{32}P$-postlabelling technique used allowed for differentiation between polar and lipophilic adducts. Plasma PCB concentrations were significantly correlated with increasing age [$P < 0.01$]. The most abundant PCB congeners in the plasma were PCB-138, PCB-153, and PCB-180. The most abundant adduct was 8-OHdG, which accounted for 51–57% of the total adduct burden. No correlation between adduct levels and specific PCB congeners, smoking status, or sex were observed.

In a follow-up study in 83 subjects, Ravoori et al. (2010) reported 30–800-fold interindividual variability in levels of unidentified polar DNA adducts (indicative of oxidative stress) in leukocytes. Negative associations were observed between total DNA adduct levels and selenium, and PCB concentrations, the latter being significant. After grouping the individuals according to selenium/PCB ratio as high-ratio (ratio, > 33; mean, 75.5; $n = 41$), or low-ratio (ratio, ≤ 33; mean, 18; $n = 42$), levels of 8-OHdG and total DNA adducts were significantly negatively correlated

with the high-ratio group ($P = 0.014$ and $P < 0.01$, respectively), while there was no correlation with the low-ratio group, indicating a mitigating effect of selenium on the toxicity of PCBs.

### (c) Sperm DNA damage

Sex-chromosome disomy in sperm nuclei was determined in 192 men from subfertile couples. A positive association with YY, XY, and total sex-chromosome disomy and an inverse association with XX disomy were observed with higher serum concentrations of four PCBs (PCB-118, PCB-138, PCB-153, and PCB-180) (McAuliffe et al., 2012). Other environmental organochlorine pollutants may also have contributed to sex-chromosome aneuploidy, since plasma DDE concentrations were positively associated with increased rates of XX, XY, and total sex-chromosome disomy.

In a group of 176 Swedish fishermen with low or high consumption of fatty fish, the DNA fragmentation index in sperm was compared with serum PCB concentrations (Rignell-Hydbom et al., 2005). Plasma concentration of PCB-153 was statistically significantly associated with an increase in DNA fragmentation ($P < 0.001$); however, when adjusted for age, which was strongly associated with percentage DNA fragmentation index, this association was no longer significant ($P = 0.28$). When PCB-153 concentrations were categorized into quintiles, the lowest-exposure quintile had significantly lower levels of DNA fragmentation than the other quintiles ($P < 0.001$), even after adjustment for age ($P = 0.006$). The association between DNA fragmentation and DDE concentrations was not significant (Rignell-Hydbom et al., 2005).

In sperm samples from 707 adult men (193 Inuits from Greenland, 178 Swedish fishermen, 141 men from Poland, and 195 men from Ukraine), DNA fragmentation was correlated with serum PCB-153 concentrations (Spanò et al., 2005). After adjustment for age, period of sexual abstinence, and serum PCB-153 concentration,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 507

levels of DNA fragmentation between men in the three European groups did not differ considerably, but were significantly higher than those found in Inuit men. While DNA fragmentation in sperm was unrelated to PCB-153 concentration among the Inuits (very high PCB concentrations) and Polish men (very low PCB concentrations), increasing serum PCB-153 concentrations were significantly associated with increased DNA fragmentation in the Swedish ($P = 0.001$), and Ukranian cohorts ($P = 0.027$), and in the three European groups combined ($P < 0.0001$). No correlation between DNA fragmentation index and serum DDE concentrations was seen.

Similar results were observed in a subsequent study with a largely overlapping study population (Stronati *et al.*, 2006).

### (d)    Gene mutation

A possible correlation between PCB exposure and cancer of the pancreas has been discussed earlier (see Section 2.3.5). An analysis of blood organochlorine concentrations and *KRAS* mutations in tissue from pancreatic cancer found a significant correlation between tumours harbouring *KRAS* mutations and PCB-138, and PCB-153, and between the two most common mutations in *KRAS* and PCB-138 concentrations (Porta *et al.*, 2009). The dose–response pattern was approximately linear only for PCB-138.

Another study analysed post-mortem samples of brain from patients with neurodevelopmental disorders with a known genetic basis ($n = 32$), autism of unknown etiology ($n = 32$), and controls ($n = 43$) for eight PCBs (PCB-28, PCB-95, PCB-105, PCB-118, PCB-138, PCB-153, PCB-170, and PCB-180) (Mitchell *et al.*, 2012). The concentration of PCB-95 was significantly higher in the group with genetic neurodevelopmental diseases. In fact, PCB-95 was detected nearly exclusively in the brain of patients from mothers with a specific duplication in the long arm of chromosome 15 (dup15q11–q13) or deletions in the same chromosome 15q11–q13 in patients with Prader-Willie syndrome. Five out of six patients with dup15q11–q13, which is related to autism spectrum disorder, were born after 1976.

### (e)    Epigenetic effects

In the study by Mitchell *et al.* (2012) cited above, samples of brain showing dup15q also showed a lower level of methylation in regions of repetitive DNA, suggesting that PCBs may have caused hypomethylation in these regions, resulting in chromosome instability and a higher risk of duplication.

Rusiecki and coworkers used pyrosequencing to estimate global DNA methylation via repetitive elements *Alu* and (long interspersed nucleotide element) LINE-1 assays of bisulfite-treated DNA in 70 samples from Inuit people in Greenland to examine epigenetic effects of high PCB contamination (Rusiecki *et al.*, 2008). They observed significant inverse correlations between percentages of methylcytosine and plasma concentrations of DDT, DDE, β-hexachlorocyclohexane, oxychlordane, α-chlordane, mirex, sum of PCBs, and sum of all persistent organic pollutants, after adjusting for age and cigarette smoking.

### (f)    Changes in gene expression

In samples taken in 2007 from 139 daughters of members of a cohort of fish-consumers in Michigan, there was no correlation between serum concentrations of PCB, PBDE, or DDE, and expression of four genes encoding 17-α-hydroxylase (CYP17A1), aromatase (CYP19A1), and estrogen receptor α and β (ESR1 and ESR2) (Karmaus *et al.*, 2011). In contrast, maternal concentrations of serum PCB (prenatal PCB concentration), measured in 1973–1991, were highly significantly associated with decreased expression of the steroid synthesis genes *CYP17* and *CYP19* in blood lymphocytes. Other persistent organic pollutants were not correlated.

345

### 4.2.2 Experimental systems

#### (a)    Commercial PCB mixtures

Table 4.3 and Table 4.4 summarize data with commercial PCB mixtures in in-vitro and in-vivo studies respectively. For each category of test (non-mammalian systems, mammalian cells in vitro, and in-vivo assays), the data are presented by commercial PCB mixture in increasing order of chlorination, and for each commercial mixture, by end-point.

#### (i)    Non-mammalian systems

All PCB mixtures tested for their ability to induce gene mutation in bacteria, i.e. PCB mixtures with chlorination levels ranging from ~20% (e.g. Aroclor 1221) to ~70% (e.g. Aroclor 1268) were not mutagenic in different strains of *Salmonella typhimurium* and *Escherichia coli* in the absence or presence of an exogenous metabolic activation system comprising induced and non-induced liver microsomes (Table 4.3). However, only Aroclor 1254 was tested up to the recommended limit dose for hazard assessment of 5000 μg/plate (Shahin *et al.*, 1979), not all strains typically used in the Ames test battery (*S. typhimurium* TA98, TA100, TA1535, TA1537) or *E. coli* WP2 *uvrA* were tested, and an exogenous metabolic system was not always included.

In contrast, Aroclor 1221 and Aroclor 1260 did induce intrachromosomal recombination in *Saccharomyces cerevisiae* cells in the absence and presence of exogenous metabolic activation. Since Aroclor 1221 was effective at lower concentrations than Aroclor 1260, chlorination level seemed to be inversely correlated to mutagenicity of PCBs in this test system (Schiestl *et al.*, 1997).

Additionally, Aroclor 1254 induced mutations in the number of tandem repeats in *S. cerevisiae* transgenic for the human MS32 minisatellite (Appelgren *et al.*, 1999).

Clophen mixtures did not induce somatic mutation in the fruit fly *Drosophila melanogaster* (Nilsson & Ramel, 1974).

#### (ii)    Mammalian cells in vitro

Aroclor 1254 caused DNA strand breaks (detected by alkaline filter elution) in primary rat hepatocytes (Sina *et al.*, 1983) and in primary rat prostate cells (comet assay; Cillo *et al.*, 2007), while evidence for induction of unscheduled DNA synthesis in primary rat hepatocytes was equivocal (Probst *et al.*, 1981; Althaus *et al.*, 1982). An increase in the frequency of DNA adducts (detected by $^{32}$P-postlabelling) was observed in primary human hepatocytes from three different donors (Borlak *et al.*, 2003), but not in cultured human hepatocarcinoma HepG2 cells or dexamethasone-treated primary rat fetal hepatocytes (Dubois *et al.*, 1995). A dose-dependent increase in structural chromosomal aberration starting at concentrations of less than 1 μg/mL was seen in cultured human lymphocytes (Sargent *et al.*, 1989).

Aroclor 1221 caused intrachromosomal recombination at the *Hprt* locus in a mutant Chinese hamster V79 cell line (Helleday *et al.*, 1998), and in human lymphoblastoid cells (Aubrecht *et al.*, 1995). Aroclor 1016 enhanced DNA-adduct formation in primary human lymphocytes (Borlak *et al.*, 2003); no increase in the frequency of chromosomal aberration was seen in chicken embryos and ouabain-resistant colonies in Chinese hamster V79 cells treated with Aroclor 1242 (Blazak & Marcum, 1975; Hattula, 1985).

#### (iii)    In-vivo assays

Repeated doses of Aroclor 1254 did not alter hepatic levels of DNA adducts (as measured by $^{32}$P-postlabelling) in male Sprague-Dawley (given two intraperitoneal doses of 500 mg/kg bw) or male Fischer 344 rats (given 35 oral doses of 25 mg/kg bw) compared with controls (Nath *et al.*, 1991; Chadwick *et al.*, 1993).

When used for hepatic enzyme induction, a single intraperitoneal application of Aroclor 1254 of up to 500 mg/kg bw in rats (Kornbrust & Dietz, 1985; Shaddock *et al.*, 1989) and 50 mg/kg bw

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 509

in cynomolgus monkeys (Hamilton *et al.*, 1997) did not enhance unscheduled DNA synthesis in isolated primary hepatocytes.

Dietary exposure of male C57BL/6 (Big Blue®) mice transgenic for bacterial *lacI* to Aroclor 1254 at 100 ppm (0.01%) for 7 weeks caused a significant, but less than twofold, increase in the frequency of mutation in the liver (Davies *et al.*, 2000).

No increase in the frequency of structural chromosomal aberration in bone marrow and spermatogonial cells was observed in rats given repeated doses of Aroclor 1254 by gavage (300 mg/kg bw for five consecutive days or 50 mg/kg bw for seven consecutive days) or in the diet (500 ppm for 5 weeks) (Dikshith *et al.*, 1975; Green *et al.*, 1975a; Garthoff *et al.*, 1977). Aroclor 1254 did not increase the frequency of micronucleus formation in bone marrow of B6C3F$_1$ mice given Aroclor 1254 as intraperitoneal injections of 15 000 mg/kg bw on five consecutive days (Bruce & Heddle, 1979).

In contrast to the observations in rodents, a single intraperitoneal injection of Aroclor 1254 induced a dose-dependent increase in the frequency of micronucleus formation in fish (*Cyprinus carpio*) erythrocytes (Al-Sabti, 1986), and aberrant metaphases and structural chromosomal aberration in fish kidney cells (*Cyprinus carpio*, *Tinca tinica*, *Ctenopharyngodon idella*), from the starting dose of 50 mg/kg bw (Al-Sabti, 1985). In addition, Aroclor 1254 induced germline length mutation in the PC-1 but not PC-2 minisatellite region in male C57B1/6 mice given a single intraperitoneal dose of Aroclor 1254 at 100 mg/kg bw (Hedenskog *et al.*, 1997).

Kanechlor 500 (which has a similar level of chlorination as Arochlor 1254) caused a weak (less than twofold) increase in the frequency of micronucleus formation in bone-marrow cells in male ddY mice given an oral dose at 100 mg/kg bw for 6 days, but not when applied subcutaneously at the same dose (Watanabe *et al.*, 1982).

A single dose of Aroclor 1242 did not enhance levels of DNA adducts (as measured by $^{32}$P-postlabelling) or 8-OHdG formation (as measured by high-performance liquid chromatography/electrochemical detection) in liver, glandular stomach, spleen, thymus, prostate, testes, and seminal vesicles of male Lewis rats, nor did Aroclor 1242 induce structural chromosomal aberrations in bone marrow and spermatogonial cells of Osborne-Mendel rats given a single oral dose of 5000 mg/kg bw, or repeated doses of 500 mg/kg bw for 4 days (Green *et al.*, 1975a; Schilderman *et al.*, 2000).

Aroclor 1242, like Aroclor 1254, did not reduce the number of mitotic spermatogonial cells in Osborne-Mendel rats at the highest doses tested (Green *et al.*, 1975a), and had no effect on the number of dominant lethals (Green *et al.*, 1975b).

A study by Desaulniers *et al.* (2009) examined the effects of PCB and organochlorine pesticide mixtures on DNA methylation in the liver of exposed rats. The PCB mixture, but not the organochlorine pesticide mixture, reduced the mRNA abundance of DNA methyltransferase-1, -3a, and -3b, reduced the abundance of the methyl donor *S*-adenosylmethionine, and decreased the methylation of CpG sites in the promoter region of the tumour suppressor gene *p16*$^{INK4a}$.

Another group analysed histone post-translational modifications in chromatids from liver of rats exposed to PCBs in early life (Casati *et al.*, 2012). There was a decrease in levels of histone H4K16Ac and histone H3K4me3, and an increase in the expression of *SirtT1* and *Jarid1b*, genes encoding two chromatid-modifying enzymes (histone demethylases). A decrease in the abundance of mRNA of androgen receptor, a histone enzyme coregulator, was also reported.

Ghosh *et al.* (2011) applied the tools of global gene expression and Ingenuity biological functions analysis to peripheral blood mononuclear cells (PBMC) exposed in vitro to PCB-138 (0.87 ng/mL) or PCB-153 (1.42 ng/mL) for 48

347

hours. The expression of several biologically significant genes was highly modulated in vitro, in general by downregulation, and differential gene expression was specific to the PCB used. Exposure to PCB-153 identified genes involved in three Ingenuity Pathway Analysis (IPA) networks involved in cellular movement, development and function of the haematological system, immune cell trafficking, molecular transport, and cancer. Exposure to PCB-138 resulted in significant expression of several genes including tumour necrosis factor-associated protein 1 (*TRAP1*), contactin 5 (human neuronal NB-2 gene) (*CNTN5*), glial cell line-derived neurotrophic factor family receptor α-1 (*GFRA1*), von Willebrand factor D and EGF domains (*VWDE*), and *CYP1A2*. Notable among these are the upregulated genes *TRAP1*, *CNTN5*, *GFRA1*, which are important in the activation of *TRAP-1*.

Using the same genomic methods, Hochstenbach *et al.* (2010) reported alterations indicative of exposure to immunotoxicants in whole genome gene-expression profiles (transcriptomic changes) in human PBMC from two healthy donors exposed in vitro to a range of immunotoxic chemicals including PCB-153.

Wens *et al.* (2013) studied gene-expression profiles in PBMC exposed in vitro to a dioxin-like polychlorinated biphenyl, PCB-126 (1 µM), or a non dioxin-like polychlorinated biphenyl, PCB-153 (10 µM). Hierarchal cluster analysis created distinct clustered gene groups for samples exposed to PCB-126 or PCB-153. The number of differentially expressed genes varied with the compound used and ranged from 60 to 192. As expected, exposure to PCB-126 caused induction of the AhR signalling pathway. Exposure to PCB-153, which is known to disrupt thyroid metabolism, resulted in expression of the nuclear estrogen receptor *ESR2*.

(b)    Individual congeners and their metabolites

In this section, the data in the text are presented first for non-mammalian systems and then combined for cell culture tests and in-vivo assays, by PCB congener and corresponding metabolite(s) (Table 4.5 and Table 4.6). Data in the table are presented first for non-mammalian systems and cell culture tests (Table 4.5), and then for in-vitro assays (Table 4.6).

(i)    Non-mammalian systems

In tests for gene mutation in bacteria, the PCB congeners PCB-1, PCB-3, PCB-15, PCB-47, PCB-52, PCB-77, PCB-155, and PCB-209 were not mutagenic in various strains of *Salmonella typhimurium* and *Escherichia coli* in the absence or presence of exogenous metabolic activation (induced and non-induced liver microsomes), except in one study with PCB-3 in *S. typhimurium* TA1538 in the presence of rabbit liver microsomes (Wyndham *et al.*, 1976). Only PCB-209 was tested up to the recommended limit dose of 5000 µg/plate and in all strains typically used in the Ames test battery, i.e. *S. typhimurium* TA98, TA100, TA1535, TA1537, and in *E. coli* WP2 *uvrA* (Han *et al.*, 2009).

The less chlorinated congener PCB-15 was reported to induce somatic mutation in *Drosophila melanogaster* (Butterworth *et al.*, 1995).

(ii)    Cell culture tests and in-vivo assays

Several studies have shown in vitro or in non-humans in vivo that PCB congeners with one to four chlorine atoms are bioactivated to DNA- and protein-binding intermediates in vitro and in vivo. Each congener produced multiple different DNA adducts, particularly with guanine. The most prominent ultimate DNA-binding intermediates were quinone metabolites, but some binding of epoxide intermediates was suggested. Rodent and human liver microsomes produced similar or different adduct patterns depending on the PCB congener used, indicating that

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 511

species differences exist. Reactive intermediates can bind to cellular macromolecules, including DNA and DNA-maintenance proteins, and such adducts can be detected in multiple organs (Morales & Matthews, 1979; Amaro et al., 1996; McLean et al., 1996b; Oakley et al., 1996a, 1996b; Lin et al., 2000; Pereg et al., 2001, 2002; Srinivasan et al., 2002; Arif et al., 2003; Zhao et al., 2004; Bender et al., 2006; Bender & Osheroff, 2007).

*PCB-1, PCB-2, PCB-3 and metabolites*

Without exogenous metabolic activation, tritium-labelled PCB-3 was reported to bind to DNA, RNA, and cellular proteins in cultured Chinese hamster ovary cells (Wong et al., 1979). PCB-3 also enhanced unscheduled DNA synthesis by 1.6-fold in the same cell line (Wong et al., 1979), and increased DNA-adduct formation dose-dependently in primary human hepatocytes, as determined by $^{32}$P-postlabelling (Borlak et al., 2003). Maximum adduct levels were observed 24 hours after exposure and declined to control levels within 48 hours (Borlak et al., 2003).

The mutagenicity of PCB-3, its mono- and dihydroxylated metabolites, and its 3′,4′- and 2′,5′-quinones was investigated in cultured Chinese hamster V79 cells (Zettner et al., 2007). Induction of gene mutations at the *Hprt* locus was determined by 6-thioguanine resistance. Induction of chromosomal and genomic mutation was assessed by micronucleus formation and immunochemical differentiation of micronuclei containing whole chromosomes (kinetochore-positive) or DNA fragments (kinetochore-negative). Both quinones, but not the PCB-3 itself or its mono- or dihydroxylated metabolites, caused a dose-dependent increase in the frequency of 6-thioguanine-resistant colonies at non-cytotoxic concentrations, and an increase in chromosomal and genomic mutation was observed at higher, cytotoxic concentrations.

In addition, the 2′,5′-dihydroxylated metabolites of PCB-3 and PCB-2, but not of PCB-1, or the 3′,4′-dihydroxy-PCB-3 induced polyploidy in

V79 cells; of these dihydroxylated metabolites, only 3′,4′-dihydroxy-PCB-3 increased the levels of sister-chromatid exchange (Flor & Ludewig, 2010).

As in V79 cells, PCB-3–2′,5′-quinone caused a dose-dependent increase in the frequency of micronucleus formation in human breast epithelial MCF-10A cells (Venkatesha et al., 2008). At the concentrations tested, electron paramagnetic resonance showed an increase in steady-state levels of ROS, and detected the presence of a semiquinone radical, suggesting redox cycling of the 2′,5′-quinone. Furthermore, the increase in number of micronucleated cells observed with PCB-3–2′,5′-quinone and also with PCB-153 was consistent with an increase in levels of phosphorylated histone protein γ-H2AX (Venkatesha et al., 2008). The 2′,5′-quinone of PCB-3 also caused significant and dose-dependent shortening of the telomeres in human keratinocyte HaCaT cells after 11 weeks of exposure, and an increase in frequency of micronucleus formation in V79 cells (Jacobus et al., 2008).

Induction of gene mutation in vivo by PCB-3 and its monohydroxylated metabolite 4′-OH-PCB-3 was investigated in male and female transgenic Fischer 344 (Big Blue®) rats given four intraperitoneal injections of PCB-3 at 113 mg/kg bw and 4′-OH-PCB-3 at 82 mg/kg bw over 4 weeks. Seventeen days after the last injection, the frequency and spectrum of mutation in the *lacI* gene were determined in the liver (Lehmann et al., 2007) and lung (Maddox et al., 2008) of males, and in the liver of females (Jacobus et al., 2010). Both PCB-3 and its 4′-OH-metabolite caused a similar, more than twofold, increase in mutation frequency in the liver of male rats; however, only the increase observed with PCB-3 was statistically significant. Although the mutation spectrum induced by PCB-3 was different from that in control rats, and similar to that induced by the positive control, 3-methylcholanthrene, only the proportion of transitions was statistically different from that in control

349

rats. In contrast, the mutation spectrum for 4′-OH-PCB-3 differed only slightly from that in the control group (Lehmann *et al.*, 2007). In the liver of female rats treated with PCB-3 and its 4′-OH-metabolite, mutation frequencies and mutation spectra were not significantly different from those observed in control rats (Jacobus *et al.*, 2010). PCB-3 and its 4′-OH-metabolite caused a twofold, but not statistically significant, increase in mutation frequency in the lungs of treated males. However, a shift in the mutation spectra, especially with PCB-3, and an increase in the frequency of mutation outside of the hotspot region for spontaneous mutation of *lacI* (base pairs 1–400) were observed (Maddox *et al.*, 2008). The genotoxicity profile of metabolites of PCB-3 is summarized in Table 4.7.

### PCB-28, PCB-52, PCB-77

PCB-52 enhanced the frequency of DNA strand breaks in human lymphocytes (comet assay) and mouse fibroblast L-929 cells (alkaline sedimentation), but had no effect on the level of sister-chromatid exchange and structural chromosomal aberration in human lymphocytes (Stadnicki & Allen, 1979; Stadnicki *et al.*, 1979; Sargent *et al.*, 1989; Sandal *et al.*, 2008). However, the addition of PCB-77 at non-genotoxic concentrations led to a threefold increase in the frequency of chromatid breaks compared with that in control cells (Sargent *et al.*, 1989).

PCB-28, PCB-52, and a synthetic mixture of PCBs similar to that present in air in Chicago, USA, at equimolar concentrations all caused a 30–40% reduction in telomerase activity in human skin HaCaT keratinocytes, but the effect on telomere length differed, with shortening effects caused by PCB-28, PCB-52, and the Chicago air mixture of about 10%, 40%, and 5%, respectively, compared with controls after 6 weeks of exposure (Senthilkumar *et al.*, 2011).

PCB-77 caused DNA-adduct formation in human hepatocarcinoma HepG2 cells and in dexamethasone-treated primary rat fetal hepatocytes. In human lymphocytes, PCB-77 induced structural chromosomal aberration, but no increase in the frequency of micronucleated cells and sister-chromatid exchange was observed (Sargent *et al.*, 1989; Dubois *et al.*, 1995; Belpaeme *et al.*, 1996b).

Long-term dietary exposure of female hepatectomized Sprague-Dawley rats to PCB-52 at 10 ppm for 7 months, or PCB-77 at 0.1 ppm for 1 year, did not enhance the frequency of structural or numerical chromosomal aberration in liver and bone-marrow cells (Meisner *et al.*, 1992). However, coexposure to PCB-52 and PCB-77 at the doses given above for 1 year increased the frequency of polyploidy and structural chromosome aberration in bone-marrow cells. Although the frequency of numerical and structural chromosomal aberration in primary hepatocytes remained unaffected after coexposure to PCB-52 and PCB-77 for 7 months, the liver became more susceptible to diethylnitrosamine-induced genotoxicity (Sargent *et al.*, 1992).

### PCB-101, PCB-118, PCB-138

PCB-101, PCB-118, and PCB-138 were able to induce DNA strand breaks (comet assay) and micronucleus formation (except PCB-138) in fish fibroblast RTG-2 cells [usually not used for genotoxicity testing], in a single dose experiment. However, the time course of markers for oxidative stress (carboxy-dichlorofluorescein oxidation, intracellular GSH, lipid peroxidation, and superoxide dismutase activity) did not correspond with the observed genotoxicity (Marabini *et al.*, 2011).

### PCB-126

PCB-126 did not increase the frequency of micronucleus formation in human hepatoma HepG2 cells, but did cause a significant, but not dose-dependent, increase in levels of the DNA repair protein XPA (Western blot), whereas XPC protein levels were unaffected (Wei *et al.*, 2009b).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 513

Polychlorinated biphenyls

**Table 4.7 Genotoxicity profile of metabolites of PCB-3**

| Compound | Lowest effective dose (µM) | | | | | | ROS[c] |
|---|---|---|---|---|---|---|---|
| | Gene mutation (thioguanine resistance)[a] | Micronucleus (clastogenic effect)[b] | Micronucleus (aneuploidy; chromosomal loss)[a] | SCE[b] | Polyploidy[b] | DNA damage (comet assay)[c] | |
| PCB-3 | - | - | - | - | - | - | - |
| 2-OH-PCB-3 | - | - | 50 | - | - | - | - |
| 3-OH-PCB-3 | - | - | 100 | - | - | - | - |
| 4-OH-PCB-3 | - | 75 | 75 | - | - | - | - |
| 3,4-dihydroxy-PCB-3 | - | 25 | 15 | 5 | - | - | - |
| 3,4-*ortho*-quinone | 0.6 | 15 | 5 | - | - | - | - |
| 2,5-hydroquinone | - | 5 | 2.5 | - | 7.5 | 10 (at 37°C, not 6°C, in HL-60 cells; not in Jurkat cells at 37°C) | 5 (ROS increased in HL-60 cells at 37°C, not at 6°C; no effect on ROS in Jurkat cells) |
| 2,5-*para*-quinone | 0.5 | 1 | 2.5 | - | - | 5 (at 37°C or 6°C in HL-60 cells; at 37°C in Jurkat cells) | 2.5 (ROS increased in HL-60 cells and in Jurkat cells) |

[a] From Zettner et al. (2007)
[b] From Flor & Ludewig (2010)
[c] From Xie et al. (2010)
PCB, polychlorinated biphenyl; ROS, reactive oxygen species; SCE, sister-chromatid exchange
Adapted from Robertson & Ludewig (2011)

351

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 514

PCB-126 did not increase the frequency of mutation in fetuses of the transgenic Muta™Mouse on day 18 of gestation after a single maternal oral dose of 0.5 mg/kg bw on day 10 of gestation (Inomata et al., 2009).

### PCB-126 and PCB-153

The role of oxidative DNA damage in carcinogenesis caused by PCB-126, PCB-153, and a combination thereof, was investigated by measuring in treated animals the accumulation of a DNA adduct, namely 3-(2′-deoxy-β-D-erythro-pentafuranosyl)-pyrimido[1,2-α]-purin-10-one (M1dG) (the pyrimidopurinone of deoxyguanosine) (Dedon et al., 1998), which can be formed by reaction of lipid-peroxidation derived malonedialdehyde or by oxidation of deoxyribose-derived DNA base propenal and deoxyguanosine. Accumulation of M1dG adducts was assessed in the liver of female C57BL/6J mice given a single dose and in Sprague-Dawley rats exposed for 1 year. A single dose of a mixture consisting of four dioxin-like compounds (including PCB-126), or a mixture consisting of four non-dioxin-like PCBs (PCB 118, 138, 153, 180), did not increase M1dG accumulation in the mouse liver. In female Sprague-Dawley rats exposed to PCB-126, PCB-153, or a combination of both for 1 year (see Section 3; NTP, 2006a, b, c), an increase in hepatic levels of M1dG was observed in rats treated with PCB-126, and in rats treated with a combination of PCB-126 + PCB-153. In female rats coexposed to PCB-126 + PCB-153, the observed levels of M1dG adducts correlated with the observed incidence of liver tumours (Jeong et al., 2008).

### PCB-153

PCB-153 induced structural chromosomal aberration in human lymphocytes (Sargent et al., 1989) and a statistically significant dose-dependent increase in the frequency of micronucleus formation in human breast epithelial MCF-10A cells (Venkatesha et al., 2008). PCB-153 also induced a significant and dose-dependent twofold increase in the frequency of micronucleation in human hepatocarcinoma HepG2 cells. Coexposure to PCB-153 and benzo[a]pyrene significantly and dose-dependently increased the frequency of micronucleus formation by 60%. When α-naphthoflavone (an inhibitor of CYP1A1) was added to cultures exposed to PCB-153 and PCB-153 + benzo[a]pyrene, the frequency of micronucleation decreased almost to control levels (Wei et al., 2009a).

PCB-153 was able to induce DNA strand breaks and micronucleus formation in fish fibroblast RTG-2 cells (Marabini et al., 2011; see above for comments).

Treatment of immortal human skin HaCaT keratinocytes with PCB-153 at a single concentration resulted in a decrease in telomerase activity (~20% after 1 week to ~40% after 7 weeks of exposure) and telomeres were shortened by about 40% (Senthilkumar et al., 2012). Shortening of telomeres was also observed in normal human foreskin keratinocytes exposed to PCB-153 in culture, but the difference compared with the control cells was not statistically significant on any of the days analysed.

### PCB-209

PCB-209 did not induce mutation at the thymidine kinase locus in mouse lymphoma L5178Y/$T^{+/-}$ cells, and did not cause an increase in micronucleus formation in bone-marrow cells of male and female Crl:CD1 mice given a single oral dose at 2000 mg/kg bw (Han et al., 2009).

### MeSO₂-PCB metabolites

MeSO$_2$-PCBs did not induce micronucleus formation in cultured human lymphocytes, but some, namely 3-MeSO$_2$-2,5,2′,4′,5′-pentaCB [3′-MeSO$_2$-PCB-101; 3-MeSO$_2$-2,2′,4′,5,5′-pentaCB] and 4-MeSO$_2$-2,5,2′,3′,4′-pentaCB [4′-MeSO$_2$-PCB-87; 4-MeSO$_2$-2,2′,3′,4′,5- pentaCB], enhanced levels of sister-chromatid exchange (Nagayama et al., 1995, 1999).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 515

*(c)    Summary*

Numerous cell-based test systems, and animal models, have been used to investigate the geno-toxic potential of commercial PCB mixtures. However, only 13 individual congeners have been examined so far in studies of genotoxicity and related effects. Seven congeners (PCB-3, PCB-52, PCB-77, PCB-118, PCB-138, PCB-153, PCB-209) have been investigated in both cellular systems and animals. An additional four congeners (PCB-15, PCB-47, PCB-101, and PCB-155) were tested only in cellular systems, and two conge-ners (PCB-126 and PCB-180) have been tested only in cellular systems or animals, respectively.

Studies on induction of gene mutation in bacteria exposed to PCB mixtures, or to the few individual congeners tested, gave negative results. However, these data were of limited value for assessing this end-point because the doses applied were usually < 1000 μg/plate and/or where this was not the case, testing with an exogenous metabolic system was omitted. Studies with PCB-209 were not subject to the aforementioned limitations.

When high concentrations of commercial PCB mixtures were tested in *Saccharomyces cerevisiae*, genotoxicity was observed with Arochlor 1254, Aroclor 1221, and Aroclor 1260. In mammalian cells in vitro, Aroclor 1254 was reported to produce DNA adducts, unscheduled DNA synthesis, DNA strand breaks and, to some extent, chromosomal aberration. Although these end-points were negative when tested in rodents in vivo, Aroclor 1254 did increase chromosomal aberration and micronucleation in fish, and mutation frequency in the liver of transgenic Big Blue® mice. Aroclor 1254 induced cell transfor-mation in cultured Syrian hamster embryo cells.

As for the individual congeners, the most comprehensive data on genetic effects were available for PCB-3 and its metabolites. PCB-3 did not induce gene mutation in bacteria at doses up to 1000 μg/plate in the presence or absence of

an exogenous metabolic system, except for one study in strain TA1538 in the presence of rabbit liver microsomes (see Table 4.4). However, PCB-3 was reported to bind to DNA and to cause an increase in levels of DNA adducts in primary human hepatocytes.

The cell lines commonly used for mutagen-icity testing (Chinese hamster lung fibroblast V79, Chinese hamster ovary fibroblast, and mouse lymphoma L5178Y cells) have no or only very limited biotransformation capability, a problem for test compounds that require metabolic acti-vation. Using instead a series of synthetic PCB-3 metabolites in the V79 gene mutation assay, the *ortho* (3,4-) and *para* (2,5-) quinones were shown to efficiently induce mutation at the *Hprt* locus at non-cytotoxic concentrations, while none of the tested mono- or dihydroxylated metabolites or PCB-3 itself induced mutation (see Table 4.4). In addition, an increase in chromosomal and genomic mutation was observed for all tested PCB-3 metabolites at higher, cytotoxic concen-trations. Also, the 2′,5′-dihydroxylated metabo-lites of PCB-3 and PCB-2, but not metabolites of PCB-1 or the 3′,4′-dihydroxylated PCB-3, induced polyploidy in V79 cells, indicating strict struc-ture–activity requirements for this type of DNA damage. The 2′,5′-quinone of PCB-3 induced an increase in levels of ROS via a semiquinone radical at concentrations inducing micronu-cleation, suggesting redox cycling of the 2′,5′-quinone. PCB-3–2′,5′-quinone caused telomere shortening in cultured HaCaT cells exposed for 11 weeks, an effect that may have been caused by oxidative stress.

The mutagenic activity of PCB-3 was also tested in an assay in transgenic rats in vivo. In the liver of male rats exposed to PCB-3, the mutation frequency was significantly increased and the mutation spectrum changed from predominantly transitions in the controls to predominantly G:C → T:A transversions in the rats exposed to PCB-3. 4′-OH-PCB-3 caused a similar, but not statistically significant, increase

353

in mutation frequency and a minor shift in the mutation spectrum compared with rats in the control group. A sex-specific and organ-specific difference was noted, since the response was less pronounced in livers of female Big Blue® rats and lungs of males, in which the observed increases in mutation frequency were below the level of statistical significance.

The non-dioxin-like PCB-52 was not tested for gene mutation in bacteria and cultured mammalian cells. Data on chromosomal aberration in cultured mammalian cells were ambiguous, but also of limited value since PCB-52 was never tested in the presence of a metabolic activation system. There were, however, indications of DNA damage caused by PCB-52 metabolites in studies in vitro and in vivo in rats coexposed to PCB-52 and dioxin-like PCB-77 for 1 year. Negative outcomes in other studies of chromosomal aberration in vivo may be attributed to the low doses tested.

The dioxin-like PCB-77 increased the level of DNA adducts in cultured mammalian cells. The lack of data on mutagenicity testing of PCB-77 did not allow for an interpretation of these findings with regard to gene mutation. Data on structural/numerical chromosomal aberrations, including micronucleus formation, were inconclusive in vitro, and negative for chromosomal aberration in female rats after long-term dietary exposure.

The limited data available on PCB-126 suggested no genotoxic potential in vitro or in vivo. However, increased levels of DNA adduct ($M_1$dG) indicative of the formation of ROS and/or lipid peroxidation were seen in female rats exposed to PCB-126 and PCB-126 + PCB-153 for 1 year (Jeong et al., 2008).

Non-dioxin like PCB-153 gave positive results when tested for micronucleus formation in two cultured mammalian cell lines and one fish cell line. Also, reduction in telomerase activity corresponding to shortened telomeres was reported in cultured human cells. [Since no in-vivo data were available, the significance of these in-vitro results could not be assessed by the Working Group.]

For the decachlorinated PCB-209, a series of standard assays for genotoxicity that followed internationally accepted testing guidelines for regulatory purposes were performed under good laboratory practice (GLP) conditions, and showed no mutagenic and/or genotoxic potential.

## 4.3 Biochemical and cellular effects

### 4.3.1 AhR binding and activation

#### (a)    AhR activity

AhR is a cytosolic, ligand-activated transcription factor that mediates many toxic and carcinogenic effects in vertebrates. TCDD has extremely high affinity to the AhR and is the reference AhR agonist and toxicant. AhR-mediated toxic responses are consequences of deregulated physiological functions, and sustained (chronic) AhR activation by persistent "dioxin-like" compounds is the key process in dioxin-like toxicity (Bock & Köhle, 2006). Toxicological evaluation of dioxin-like-PCBs (DL-PCBs) is based on various end-points associated with activation of the AhR and AhR-mediated physiological and toxic responses (Haws et al., 2006). The major advantages of this concept are that most (if not all) effects of dioxin-like compounds are mediated via AhR activation, and that various effects of TCDD reported in many in-vivo and in-vitro models associated with carcinogenesis and tumour promotion may be extrapolated for DL-PCBs (IARC, 2012).

Effects of AhR-mediated changes in gene expression include the control of xenobiotic-metabolizing enzymes, modulations in cell cycle progression and cell proliferation, suppression of apoptosis, and perturbation of various developmental signalling pathways involved in carcinogenic processes (Vezina et al., 2004; Sartor et al., 2009; Faust et al., 2013). In addition, AhR interacts with other signalling and transcription pathways,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 517

including estrogen, thyroid and retinoic acid receptors, mitogen-activated protein kinases (MAPKs), NF-κB, retinoblastoma protein, and hypoxia-inducible factor-1 α (Tian *et al.*, 2002; Beischlag *et al.*, 2004; Murphy *et al.*, 2007; Puga *et al.*, 2009). Several molecular mechanisms that are related to AhR and that may contribute to carcinogenesis have been proposed:

- Induction of CYP1 enzymes linked to toxicity and cancer initiation (DNA-adduct formation and oxidative DNA damage);

- Sustained AhR-dependent expression of genes directly or indirectly controlling the cell cycle, proliferation and apoptosis, and cross-talk between genes in the AhR and growth-regulatory pathways;

- AhR-mediated cytoskeletal remodelling, reduced cell–cell contacts, modulation of developmental/differentiation pathways, cell plasticity and invasiveness affecting tumour progression;

- Upregulation of proinflammatory genes (Gasiewicz *et al.*, 2008).

Correlations between the immunosuppressive effects of PCBs and activation of the AhR pathway have been also reported (see Section 4.3.4).

### (b)    Concepts of TEF and TEQ

The concept of toxic equivalency (TEQ) is based on a common mechanism of action (mediated through AhR activation) of persistent organic pollutants (including polyhalogenated dibenzo-*p*-dioxins, dibenzofurans and biphenyls). It uses relative effective potencies (REP) of individual compounds to activate the AhR, and AhR-dependent toxic or biological effects relative to the reference toxicant TCDD; toxic equivalency factors (TEFs) for individual compounds were established/extrapolated from the database of many in-vivo studies. Since the 1980s, the TEF concept has been developed and refined (Safe *et al.*, 1985; Safe, 1990; Ahlborg *et al.*, 1994; Van den Berg *et al.*, 1998). Current TEF values were reevaluated recently using a refined TEF database (Haws *et al.*, 2006; Van den Berg *et al.*, 2006).

TEQ is defined by the sum of concentrations of dioxin-like compounds multiplied by their TEF values. A limitation of the concept is the additivity model being used, but its major advantage is the transformation of data on chemical concentration of complex mixtures into a single TCDD-like activity of the mixture. Many experimental studies with complex mixtures have confirmed that the TEQ approach is consistent with an additive model, although some deviations from additivity are observed. Another disadvantage is that the potential toxic and carcinogenic effects of non dioxin-like-PCBs (NDL-PCBs) are not included in this concept; high levels of NDL-PCBs may even suppress AhR-mediated toxicity, and thus act as antagonists.

Importantly, studies of carcinogenic and tumour-promoting activity were accounted for in the refined TEF database. Based on the TEF approach, carcinogenic hazard in humans may only be identified for DL-PCBs. The current TEF values for the PCB congeners included in the TEF concept are presented in Section 1, Table 1.4.

### (c)    Validation in experimental systems

AhR activation by DL-PCBs has been reported in many studies in vitro and in vivo, including comparative toxicogenomic analyses in primary human, monkey, and rodent hepatocytes (Silkworth *et al.*, 2005; Westerink *et al.* 2008). In a comparative in-vitro study in primary cultures of human and rat hepatocytes exposed to TCDD or PCB-126 at various concentrations for 48 hours, dose–responses and relative effective potencies (REP-values) were calculated for induction of CYP1A1 and other AhR-responsive genes (Carlson *et al.*, 2009). Previously, Silkworth *et al.* (2005) found that human cells are about 10–1000 times less sensitive to TCDD, PCB-126, and Aroclor 1254 than are rat and monkey cells.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 518

Importantly, the newly calculated rat–human interspecies relative potency factors for PCB-126 were more than 100 times lower than the current rodent-derived value (Silkworth et al., 2005).

These and other studies showed a relative insensitivity of the human AhR and human cells to PCB-126. In addition to a lesser potency of TCDD in human models (Haws et al., 2006), lower potencies of PCB-126 might be due to species differences in relative intrinsic efficacy and/or species-specific differences in recruitment of transcriptional co-activators (Carlson et al., 2009). In spite of the discrepancies between relative potencies of PCB-126 and TCDD in rodent and human liver cells, REP estimates based on induction of CYP1A1 or other AhR target genes might be relevant to evaluate the carcinogenic and hepatotoxic potential of TCDD and PCB-126 in humans.

The TEF approach and additivity concept were evaluated in 2-year cancer bioassays in groups of 53–55 female Harlan Sprague-Dawley rats receiving TCDD at a dose of 3–100 ng/kg bw per day, PCB-126 at a dose of 30–1000 ng/kg bw per day, 2,3,4,7,8-pentachlorodibenzofuran (PeCDF) at a dose of 6–200 ng/kg bw per day, or a mixture of the three toxicants. Dose–response curves for hepatic, pulmonary, and oral mucosal neoplasms showed that carcinogenic effects could be predicted from the WHO TEF values (Walker et al., 2005).

In a short-term study, female Harlan Sprague-Dawley rats were exposed for 13 weeks to toxicologically equivalent doses of four polychlorinated aromatic hydrocarbons based on their TEF: TCDD (100 ng/kg bw per day), PeCDF (200 ng/kg bw per day), PCB-126 (1000 ng/kg bw per day), or PCB-153 (1000 µg/kg bw per day) (Vezina et al., 2004). The AhR agonists (TCDD, PeCDF, and PCB126) produced very similar global gene-expression profiles, while PCB-153 showed a different, non-AhR-mediated response. All four compounds induced significant liver hypertrophy. TCDD and PCB-126 were more effective in activating AhR-dependent gene expression and inducing hepatic hypertrophy than was PeCDF, although the administered doses of each compound were based on equal TEQ values. These data fitted perfectly with the TEF value for PCB-126 in rats. Nevertheless, the gene-expression data might not bear a direct relevance to carcinogenicity of the studied compounds (Vezina et al., 2004).

Global gene expression was investigated in vitro in the contact-inhibited rat liver progenitor WB-F344 cells exposed to PCB-126 at a concentration of 100 nM, or TCDD at 1 nM, for 6, 24, and 72 hours (Faust et al., 2013). AhR dependency was validated using both chemical inhibition of AhR and knockdown of the AhR or the aryl hydrocarbon receptor nuclear translocator (ARNT) using small interfering RNA (siRNA). Gene ontology analysis revealed that, apart from deregulation of drug and lipid metabolism, genes participating in regulation of the cell cycle and growth control, developmental and cancer pathways, cell–cell communication and adhesion were significantly affected. Importantly, transcriptional regulation mediated by PCB-126 was very similar to that induced by TCDD in rat liver in vivo (Vezina et al., 2004), and in rat liver progenitor WB-F344 cells. [Nevertheless, the relevance of these data to human carcinogenesis remained limited due to the species-specific pattern of AhR-dependent gene expression (Dere et al., 2011).]

### 4.3.2 Cell death and proliferation

(a)    Apoptosis, cell proliferation, and cell cycle control

(i)    Apoptosis

DL-PCBs and NDL-PCBs have been shown to suppress DNA damage-induced apoptosis in vitro (Knerr & Schrenk, 2006; Al-Anati et al., 2010).

PCB-28, PCB-101, and PCB-187 inhibited ultraviolet irradiation-induced apoptosis in hepatocytes from male Wistar rats pre-exposed to ultraviolet radiation before being treated with PCBs for 12 hours. A statistically significant suppression of apoptosis was found after the treatment with PCB-28 at 1 nM, PCB-101 at 10 nM, or PCB-187 at 1 μM (Bohnenberger et al., 2001; Schrenk et al., 2004).

PCB-126, and several NDL-PCBs (concentration range, 0.01–10 μM), attenuated the TP53-mediated apoptotic response via phosphorylation of the regulatory protein MDM2 in human hepatoma HepG2 cells (Al-Anati et al., 2009). PCB-28, PCB-101, and PCB-153 reduced benzo[a]pyrene-induced phosphorylation of MDM2, and amplified the benzo[a]pyrene-induced TP53-dependent apoptotic response; however, benzo[a]pyrene-induced apoptosis was inhibited. Reduced levels of phosphorylated forkhead family transcription factor FOXO3a [FOXO3] were also reported after treatment with NDL-PCBs (Al-Anati et al., 2010). FOXO3a probably functions as a trigger for apoptosis through expression of genes necessary for cell death. Thus NDL-PCBs may also inhibit benzo[a]pyrene-induced apoptosis by preventing phosphorylation of FOXO3a (Al-Anati et al., 2010).

*(ii)    Cell proliferation*

Cell proliferation can be caused either by cytotoxicity/injury and regenerative proliferation, or by a sustained increase in proliferation. It is mediated via several signal-transduction pathways leading to pro-proliferative changes in gene expression (controlled by specific transcription factors, such as AhR, CAR, NF-κB or AP-1). These events may drive genotoxic and nongenotoxic processes associated with tumour promotion and progression. PCBs have been reported to induce such proliferative events in a series of experimental in-vitro and in-vivo models (Tharappel et al., 2002; Marlowe & Puga, 2005; Puga et al., 2009).

CAR is known to control the hepatic expression of detoxification enzymes and to induce sustained cell proliferation in the liver. *Ortho*-substituted PCBs induce expression of CYP isoenzymes (see Section 4.1.3) via CAR (Muangmoonchai et al., 2001). The activation of CAR-dependent gene expression by NDL-PCBs in vivo has been observed, e.g. in rat liver after 28-day exposure to PCB-180 (Roos et al., 2011), or in the liver of immature, ovariectomized C57BL/6 mice treated with PCB-153 (Kopec et al., 2010). Using a range of genetically engineered human cell models derived from liver, lung, and colon tissues, it has been shown that several NDL-PCBs, such as PCB-99, PCB-138, PCB-153, PCB-180 or PCB-194, may activate CAR-controlled reporter vectors, as well as PXR reporters, in a tissue-specific manner (Al-Salman and Plant, 2012). [The Working Group was aware that the relevance to human risk of CAR-driven hepatocarcinogenic effects seen in rodents has been questioned (Holsapple et al., 2006).]

In the 13-week study by Vezina et al. (2004), modulation of global gene expression was analysed in liver of female rats given PCB-153 at a dose of 1000 μg/kg bw per day. In addition to CYP2B1 and CYP2B2, PCB-153 also modulated the expression of anti-apoptotic genes (*Bcl2* and *Wee1* were downregulated), and other genes associated with liver injury. PCB-153 selectively enhanced expression of the cAMP response element modulator (CREM), which is a signature response to liver regeneration after hepatocyte injury.

In an initiation–promotion study in female Sprague-Dawley rats, an increase in the frequency of several preneoplastic foci, and increased NF-κB and AP-1 binding activities were observed in the liver of rats given PCBs (Tharappel et al., 2002). Although cell proliferation was not affected by PCB-153, apoptotic indexes were decreased in focal hepatocytes by PCB-153. The induction of altered hepatic foci appeared to be related to compensatory cell proliferation in rats treated

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 520

with PCB-77, while inhibition of apoptosis appeared to be important for rats treated with PCB-153 (Tharappel et al., 2002). In a subsequent study, a single dose of PCB-153 (at 150 or 300 μmol/kg bw), but not PCB-77, induced hepatocyte proliferation and hepatic NF-κB activation in male Sprague Dawley rats (Lu et al., 2003). Comparison of the effects of PCB-153 in wild-type mice and in mice deficient in the NF-κB p50 subunit suggested possible involvement of NF-κB in PCB-153-modulated cell proliferation and apoptotic changes (Lu et al., 2004). Absence of the NF-kB p50 subunit inhibited the promoting activity of PCB-153, as illustrated by the NF-κB knockout study in mice treated with diethylnitrosamine/PCB-153. Taken together these data implicate a possible role for oxidative stress-mediated activation of specific transcription factors, such as NF-κB, as a possible mode of action for NDL-PCBs (Glauert et al., 2008).

Brown et al. (2007) have reported a correlation between incidence of tumours of the liver and increased activity of mixed function oxidases and increased expression of proliferating cell nuclear antigen (the indicator of cell proliferation) in Sprague-Dawley rats exposed to repeated doses of Aroclor mixtures for 24 months. [From these data, it was not clear to which class of PCB congeners (DL- or NDL-PCBs) the effects could be attributed.]

In nontumorigenic human mammary epithelial MCF-10A cells, PCB-153 at a concentration of 1–15 μM, Aroclor 1254 and 2-(4-chlorophenyl) benzo-1,4-quinone increased levels of reactive oxygen species, and caused cell-cycle delay and growth inhibition by suppressing levels of cyclin D1 (Venkatesha et al., 2008, 2010; Chaudhuri et al., 2010).

Further studies also examined the role of AhR in PCB-mediated deregulation of cell proliferation. Activation of AhR is known to cause a delay in cell-cycle progression in several cancer cell lines, models of differentiated cells (e.g. rodent hepatoma cells), and in primary rodent hepatocytes (Elferink, 2003; Marlowe & Puga, 2005). However, AhR ligands have been found to elicit opposite effects in liver progenitor cells: induction of cell proliferation in contact-inhibited rat liver progenitor cells in vitro by DL-PCBs was reported to be an AhR-dependent process (Vondráček et al., 2005). Like TCDD, PCB-126 at 100 pM, 4′-OH-PCB-79 (a metabolite of coplanar PCB-77) at 1 μM, or PCB-105 (mono-ortho-chlorinated congener) at 10 μM increased the percentage of cells in S-phase and the total number of cells. In contrast, the NDL-PCBs and their metabolites had no effect on cell proliferation at concentrations up to 10 μM. Only PCB-126 (AhR-activating), and not PCB-153 (not AhR-activating), upregulated levels of cyclin A and D2 protein (Vondráček et al., 2005). The proliferative effects of PCB-126 were further potentiated by tumour necrosis factor-α (Umannová et al., 2007).

(iii) DNA synthesis

The rate of DNA synthesis in altered hepatic foci and in tumours in PCB-treated rats and mice was studied by Tharappel et al. (2002), who gave rats DEN at a dietary concentration of 150 mg/kg followed by four biweekly intraperitoneal injections of PCB-77 or PCB-153 at a dose of 100 or 300 μmol/kg bw. Rats were given bromodeoxyuridine (BrdU) in Alzet osmotic pumps for the measurement of DNA synthesis in focal and nonfocal hepatocytes. PCB-77 increased the BrdU labelling indexes in GSTP-positive foci and in normal hepatocytes, but PCB-153 did not. Similarly, PCB-153 did not influence the BrdU labelling index in DEN-initiated hepatic tumours in mice (Glauert et al., 2008). Haag-Grönlund et al. (2000) found that weekly subcutaneous injections of PCB-118 at doses of 10–10 000 μg/kg bw did not increase BrdU labelling in focal hepatocytes after 20 weeks, but that PCB-118 at a dose of 10 000 μg/kg bw increased the BrdU labelling index after 52 weeks.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 521

*(b)    Cell–cell communication*

Several studies have demonstrated that PCBs can inhibit gap-junctional intercellular communication (GJIC) both in vivo (Krutovskikh et al., 1995; Bager et al., 1997) and in vitro in rat liver epithelial cells, mouse and rat hepatocytes, human keratinocytes, and normal human breast epithelial cells (Ruch & Klaunig, 1986; Swierenga et al., 1990; Hemming et al., 1991; Kang et al., 1996). The *ortho*-substituted PCBs were potent inhibitors of GJIC at low micromolar concentrations, while the coplanar PCBs did not inhibit GJIC after a single dose (Machala et al., 2003). The assay for GJIC inhibition showed good predictability for tumour promotion of *ortho*-substituted PCBs. Recently, inhibition of GJIC has been confirmed using single doses of ultrapure NDL-PCB congeners (Hamers et al., 2011).

Different cell- and connexin-specific mechanisms of action probably account for the inhibitory effects of PCBs on GJIC. Of the NDL-PCBs, PCB-153 decreased the number of gap-junction plaques, and decreased levels of connexin 43 (constitutive protein of gap junctions) in liver epithelial cells. PCB-153 enhanced proteasomal and lysosomal degradation of connexin 43 and inhibited trafficking of connexin 43 to the plasma membrane (Šimečková et al., 2009a). In contrast, inhibition of GJIC by AhR ligands (i.e. DL-PCBs such as PCB-126) seems to proceed mainly through downregulation of mRNA of connexin 32 in hepatocyte-derived models (Herrmann et al., 2002).

*(c)    Other cellular mechanisms relevant to PCB-induced carcinogenesis*

NDL-PCBs have been shown to elicit additional nongenomic effects on membrane-associated proteins, which are closely related to tumour promotion and progression.

PCB-153 was found to increase the incidence of glutamine synthetase-positive tumours of the liver in male B6129sf2/J mice, and almost 90% (34 out of 38) of all tumours from mice treated with PCB-153 contained mutations in the β-catenin gene (*Catnb*), compared with ~45% (17 out of 37) of tumours in the control group. Tumours containing mutations of Ha-*ras* [*Hras*] and B-*raf* [*Braf*] were rare and not significantly different between treatment groups. Exposure to PCB-153 appeared to strongly select for *Catnb*-mutated, glutamine synthetase-positive tumours of the liver in mice (Strathmann et al., 2006).

In the rat liver progenitor WB-F344 cell line, PCB-153 was found to decrease levels of several proteins at adherens junctions involved in cell–cell communication and intracellular signalling, including E-cadherin, β-catenin, and plakoglobin (Šimečková et al., 2009b). Such mechanisms may be involved in the effects of NDL-PCBs, contributing to promotion of tumours.

Oral administration of dioxin-like PCB-126, mono-*ortho*-substituted PCB-118, and non-dioxin-like PCB-153 differentially altered expression of the tight junction proteins claudin 5, occludin, and ZO-1 in brain capillaries in C57/B16 mice. These alterations were associated with increased permeability of the blood–brain barrier. Most importantly, exposure to individual PCB congeners enhanced the rate of formation and progression of brain metastases by luciferase-tagged melanoma cells (Seelbach et al., 2010).

As vascular endothelial cells create a selective barrier to the passage of cancer cells, it is of interest to note that non-dioxin-like PCB-104 induced endothelial hyperpermeability of human microvascular endothelial cells HMEC-1 and trans-endothelial migration of human breast cancer cells MDA-MB-231; these effects were associated with overexpression of vascular endothelial growth factor (Eum et al., 2004).

Structurally different PCBs may induce proinflammatory mediators, which further contribute to metastasis. PCB-77, PCB-104 and PCB-153 induced expression of intercellular adhesion molecule-1 (ICAM-1), vascular cell adhesion molecule-1 (VCAM-1), and monocyte

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 522

chemoattractant protein-1 (MCP-1) in the liver, lung, and brain of male C57Bl/6 mice. PCB-77 and PCB-104 also increased levels of matrix metalloproteinase-7 (MMP-7) mRNA in the liver and brain (Sipka et al., 2008).

The mixture of seven NDL-PCBs (PCB-28, PCB-52, PCB-101, PCB-138, PCB-153, PCB-180, and PCB-209) increased cell motility of human non-metastatic MCF-7 cells and human metastatic breast cancer MDA-MB-231 cells in vitro via production of reactive oxygen species, and activation of the Rho-associated kinase (ROCK). In a follow-up study in vivo, the PCB mixture enhanced the capability of metastatic breast cancer cells to metastasize to bone, lung, and liver (Liu et al., 2010).

To explore the possible effects of PCBs on telomeres and telomerase, human skin keratinocytes were exposed to a synthetic mixture of volatile PCBs, or the prominent airborne PCB congeners, PCB-28 or PCB-52, for up to 48 days (see also Section 4.2.2b). The PCB mixture and the two congeners significantly inhibited telomerase activity from day 18, while telomere length was reduced by PCB-52 from day 18, and by PCB-28 and by the mixture from day 30 onwards (Senthilkumar et al., 2011).

New bioanalytical tools (e.g. transcriptomics) applied in human, animal, and in-vitro studies might improve the ability to predict the potential carcinogenicity of chemicals by elucidation of similar mechanisms (Guyton et al., 2009). Several analyses of global gene expression in rodent models included identification of the effects of DL-PCBs, especially PCB-126, on pathways related to carcinogenicity.

### 4.3.3 Endocrine disruption

Extensive data indicate an association between exposure to PCBs and endocrine disruption. The effects include primarily interference with the function of sex hormones, i.e. estrogens and androgens, and their receptors (reviewed by Bonefeld-Jørgensen, 2010; Bonefeld-Jørgensen et al., 2011; Crinnion, 2011; Fucic et al., 2012). In addition, PCBs are able to bind to thyroxine transport protein (TTR), human thyroxine-binding globulin, and thyroid-hormone receptors (reviewed by Cheek et al., 1999; Kawano et al., 2005; Grimm et al., 2013); disruption of the thyroid-hormone system was observed up to 30 years after exposure (Masuda, 2001). Furthermore, PCBs affect hormone-metabolizing enzymes, e.g. of the CYP1, CYP2, CYP3A subfamilies, and uridine-diphosphate-glucuronyl transferase, iodothyronine deiodinase, and sulfotransferase (Brouwer et al., 1998).

OH-PCB and PCB-catechol and PCB-quinone metabolites formed by CYP and other oxidative enzymes have been implicated as direct or indirect endocrine-disrupting agents. The interactions found depended upon the position of hydroxylation, as well as the proximity of chlorine substitutents and the substitution pattern. Some OH-PCBs are retained in blood because they bind to transthyretin (TTR) (Lans et al., 1993). Several OH-PCBs, PCB-catechols and PCB-quinones interact with estrogen receptors and other cellular receptors as agonists or antagonists (Garner et al., 1999). Other OH-PCBs inhibit human estrogen sulfotransferase, thyroid hormone sulfotransferase and phenol sulfotransferases, with inhibitory potencies ($IC_{50}$) ranging from less than nM to low μM (Schuur et al., 1998a). Species differences in the protein structures of these sulfotransferases are such that there are differences in potency of inhibition of the corresponding sulfotransferases from other species such as fish (Wang & James, 2007). The human sulfotransferase enzymes are more potently inhibited by OH-PCB than those of other species (see details below).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 523

*(a)*    *Humans*

*(i)*    *Effects on sex hormones and their receptors*

Serum samples were collected from male residents of an area in eastern Slovakia with extensive environmental contamination from a former PCB-production site, as well as from a neighbouring non-industrial region. The highest quartile of PCB concentrations was significantly associated with reduced estrogen receptor-mediated activity, and a negative correlation was observed between total estrogenic activity and dioxin-like activity. No correlation was found between $E_2$ [17beta-estradiol] concentrations and total PCB concentrations ($R_s = 0.078$). $E_2$ was largely responsible for the estrogenic activity identified in total serum extracts (Plísková et al., 2005).

PCB-induced endocrine dysfunction related to the hypothalamic–pituitary–gonadal axis was evaluated in a birth-cohort study in Germany, initiated in 2000. Healthy mother–infant pairs were recruited in the industrialized city of Duisburg. Dioxins, DL-PCBs, and six indicator PCBs (PCB-28, PCB-52, PCB-101, PCB-138, PCB-153, PCB-180) were measured in maternal blood during pregnancy and in breast milk. Concentrations of testosterone and estradiol were measured in maternal and cord serum of 104 mother–infant pairs. Linear-regression analysis was used to describe the association of PCBs in maternal blood or milk with the serum concentrations of the sex steroids, after adjustment for confounding. Median concentrations for the sum of indicator PCBs were 149 ng/g in maternal blood fat and 177 ng/g in milk fat. Typically, reduction in testosterone concentrations was more pronounced in the cord serum of female babies. In contrast, male babies showed a stronger reduction in estradiol concentrations. The only statistically significant reduction associated with the six indicator PCBs was for testosterone in girls (means ratio, 0.76; 95% CI, 0.61–0.96) (Cao et al., 2008).

Serum concentrations of testosterone in relation to concentrations of PCBs were investigated in an adult Native American (Mohawk) population. Fasting serum samples were collected from 257 men and 436 women, and analysed for the presence of 101 PCB congeners, and for testosterone, cholesterol, and triglycerides. The associations between testosterone and tertiles of PCB concentrations in serum (both adjusted for wet weight and lipid) were assessed by use of a logistic regression model, controlled for age, body mass index (BMI), and other factors. The lowest tertile was taken as the reference level. Testosterone concentrations in men were inversely correlated with total PCB concentration in serum, and with concentrations of the congeners PCB-74, PCB-99, PCB-153, and PCB-206, but not PCB-52, PCB-105, PCB-118, PCB-138, PCB-170, PCB-180, PCB-201, or PCB-203. Testosterone concentrations in women were much lower than in men, and not significantly correlated with serum concentrations of PCBs (Goncharov et al., 2009).

A possible correlation between exposure to PCBs and testosterone concentrations was studied in 834 men from Eastern Slovakia (age, 21–78 years; median age, 48 years), of whom 432 were from a highly polluted area, and 402 were from an area with background pollution. Serum concentrations of 15 PCB congeners were measured by gas chromatography/mass spectrometry, and total testosterone was determined immunochemically (electrochemiluminescence). Correlation coefficients for each PCB congener and for the total of 15 PCBs (Σ15PCBs) with testosterone were determined. The full cohort of 834 men (median concentration of Σ15PCBs, 885 ng/g lipid) showed a highly statistically significant negative correlation between testosterone concentration and age (r = 0.303; $P < 0.0001$). A significant negative correlation ($P < 0.05$) with testosterone concentration was seen only for two mono-*ortho*-congeners, i.e. PCB-105 and PCB-118. No significant correlations were found in the subcohort of 444 men

361

in a narrower age range (41–55 years), in which there was no effect of age on testosterone concentrations (Langer et al., 2010).

A follow-up study by the same authors included 429 men (age, 41–55 years) from a highly polluted area in Eastern Slovakia. For all subjects, the serum concentrations of 15 PCB congeners and several other chemicals were measured by gas chromatography/mass spectrometry, and total testosterone in serum was determined by electrochemiluminescence immunoassay. Similarly to the previous analysis, there was no statistically significant correlation between Σ15PCBs and testosterone (Langer et al., 2012).

The association of PCBs with sex-hormone concentrations in serum was assessed in 341 men from an infertility clinic in the USA, whose exposure levels to PCBs were comparable to those observed in the general population. In crude regression models, inverse correlations were found between serum concentrations of PCBs and steroid hormone-binding globulin (SHBG) and total and free testosterone. However, after adjustment for lipids, age, and body-mass index, nearly all the significant associations disappeared: an inverse correlation remained between PCB-118 and SHBG ($P < 0.01$), while those between DL-PCBs and SHBG and total testosterone, and between PCB-118 and total testosterone, were suggestive but not statistically significant (Ferguson et al., 2012).

A few studies explored the relationship between levels of steroid hormones in consumers of contaminated fatty fish from the Great Lakes (Persky et al., 2001; Turyk et al., 2006; see below).

### (ii)   Effects on the thyroid-hormone system

In a study of more than 600 children in Germany, blood samples collected from 320 children showed a significant positive correlation between serum concentrations of PCBs and increased levels of thyroid-stimulating hormone (TSH), and a significant inverse correlation with

free total thyroxine (T4), as was to be expected when TSH increases (Osius et al., 1999).

Hagmar et al. (2001a) studied the relationship between the amounts of various organohalogenic compounds in fatty fish from the Baltic Sea and hormone levels in adult men who consumed these fish. Plasma samples from 110 men (43 from south-eastern Sweden, 67 from Latvia; age range, 23–79 years) who consumed up to 32 fish-meals per month were analysed for the presence of 18 PCB congeners, five OH-PCBs, and various other chemicals. In addition, plasma concentrations of follicle-stimulating hormone, luteinizing hormone, prolactin, plasma thyrotropin, free and total triiodothyronine (T3), free and total T4, and free testosterone were measured. After adjustment for age, no significant associations were found between any of these markers and any of the PCBs or OH-PCBs. However, a study among 182 fishermen's wives (age range, 23–46 years) from the east coast of Sweden, who had a median consumption of contaminated fatty fish from the Baltic Sea of two meals per month (range, 0–12 meals), found a significant inverse correlation between PCB-153 concentrations (range, 16–776 ng/g lipid) and total T3 levels in plasma, also after adjustment for age ($P < 0.001$) (Hagmar et al., 2001b). An inverse correlation was also observed with total T4, which was borderline significant ($P = 0.07$).

Parallel to a larger investigation of consumption of contaminated fatty fish from the Great Lakes and effects on reproductive function, the association between PCB intake via consumption of fish and effects on thyroid and steroid hormones was studied in 178 men, and on thyroid hormones in 51 women (Persky et al., 2001). Serum concentrations of PCBs and fish consumption were associated with significantly lower levels of T4 and a significantly lower free T4 index in women. Fish consumption, but not serum PCB concentration, was associated with a higher uptake of T3 in men. Results for TSH were inconsistent. Among men, there were significant

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 525

inverse associations for serum PCB concentration and fish consumption with SHBG-bound testosterone, but no association with SHBG itself, or with free testosterone. There were no significant overall associations for serum PCB concentration or fish consumption with estrone sulfate, follicle-stimulating hormone, luteinizing hormone, or dehydroepiandrosterone sulfate.

The relationsip between levels of steroid and thyroid hormones and total NDL-PCBs was investigated in 56 men who were frequent or infrequent consumers of fish from the Great Lakes (Turyk *et al.*, 2006). The men had consumed fish meals for 15–57 years. Significant inverse associations with serum PCB concentrations were found for T3, T4, TSH, and SHBG-bound testosterone, after adjustment for age, body-mass index, and use of medication. Follicle-stimulating hormone, luteinizing hormone, free testosterone, and SHBG were not associated with PCB concentrations in serum.

To assess the relationship between exposure to organochlorine compounds and thyroid function and neurodevelopment, a population-based birth-cohort study was conducted on the Faroe Islands (Denmark), where the regular consumption of PCB-contaminated fish is an important source of exposure (see Section 1.4.1). The study included 182 newborns who were followed up until age 54 months. PCB levels (calculated as the sum of congeners PCB-138, PCB-153, and PCB-180, multiplied by two) were measured in breast milk and maternal serum, and maternal blood and cord blood were collected for measurement of thyroid parameters. After covariate adjustments, consistent inverse and monotonic associations were observed between total PCB exposure and the resin T3 uptake ratio, a proxy measure of the binding capacity of T4-binding globulin sites that are not saturated with T4. The resin T3 uptake ratio is high in hyperthyroidism and low in hypothyroidism. No associations with other thyroid parameters (TSH, free T3, free T4) were observed (Julvez *et al.*, 2011).

In a study in 39 healthy pregnant women in the metropolitan area of Tokyo, Japan, associations were studied between in-utero exposure to PCBs or OH-PCBs and free T4 or TSH status in newborns. The concentration of total OH-PCBs and of OH-metabolites of PCB-187 in umbilical cord tissue was significantly correlated with higher levels of free T4 in heel-prick blood samples obtained from neonates aged 4–6 days. On the other hand, the concentration of total PCBs and of the congeners PCB-118, PCB-138, PCB-153, and PCB-180 showed no relationship with free T4 and TSH levels (Otake *et al.*, 2007).

In a study in 232 healthy mother–infant pairs recruited between 2000 and 2002 in the industrialized city of Duisburg, Germany, TSH, total T4, T3, free T4 and free T3 were measured in serum of the pregnant women and in cord serum (Wilhelm *et al.*, 2008). Blood levels ($n$ = 182) of WHO 2005 TEQ (which includes PCDD/PCDF + PCBs) were in the range of 3.8–58.4 pg/g lipid (median, 19.3 pg/g lipid). The corresponding value for human milk ($n$ = 149) was 2.6–52.4 pg/g lipid (median, 19.7 pg/g lipid). Multiple regression analyses did not detect any effects on thyroid hormones related to WHO 2005 TEQs in blood or milk of mothers and their newborns.

In a study among Inuit women and their infants, a positive correlation was found between concentrations of OH-PCBs and total T3 in plasma of 120 women at delivery ($\beta$ = 0.57; $P$ = 0.02). In umbilical cord plasma of 95 newborns, PCB-153 concentrations were negatively correlated with T4-binding globulin concentrations ($\beta$ = − 0.26; $P$ = 0.01). No associations were observed between organochlorine contaminants and thyroid hormones in blood plasma collected from infants aged 7 months (Dallaire *et al.*, 2009).

363

(b)    Experimental systems

(i)    Effects on sex hormones and their receptors

*Experimental animals in vivo*

Groups of pregnant Wistar WU rats received a daily oral dose of 4-OH-2,3,3′,4′,5-pentachlorobiphenyl [4-OH-PCB-109] at 0.5 or 5.0 mg/kg bw, or Aroclor 1254 at 25 mg/kg bw, on days 10–16 of gestation. The diestrous stage of the estrous cycle was significantly prolonged in 75% and 82% of female offspring exposed to 4-OH-PCB-109 at the lower and higher dose, respectively, compared with 64% of Aroclor-exposed offspring. This effect resembled a state of pseudopregnancy. Plasma estradiol concentrations in female offspring were significantly increased (50%) in the proestrous stage after exposure to 4-OH-PCB-109 at the higher dose, while no effects on estradiol were seen in rats treated with Aroclor 1254 (Meerts *et al.*, 2004).

In the offspring (age, 17 weeks) of Sprague-Dawley dams treated intragastrically with PCB-77 at a dose of 250 ng/kg bw on days 13–19 post-conception, the concentrations of follicle-stimulating hormone, luteinizing hormone, and testosterone were similar to those in the controls (Wakui *et al.*, 2012).

*In-vitro assays*

In an in-vitro estrogen-reporter assay with T47 human breast-cancer cells, the less chlorinated congeners (PCB-28, PCB-52, PCB-66, and PCB-74) were estrogenic, while the more highly chlorinated congeners (PCB-138, PCB-153, PCB-170, PCB-180, PCB-187, PCB-194, PCB-199, and PCB-203) acted as anti-estrogens. Co-planar PCBs had no effect on estrogen-receptor activation in this assay (Plíšková *et al.*, 2005).

Less chlorinated, *ortho*-substituted, non-co-planar PCBs were weakly estrogenic in some in-vitro assays. Results in MCF-7 human breast-cancer cells were generally consistent with, but not absolute in, the requirement for *ortho*-chlorine substitution and *para*-hydroxylation for estrogenic potency (Gierthy *et al.*, 1997).

In MCF-7 human breast-cancer epithelial cells, three abundant PCBs, i.e. PCB-138, PCB-153 and PCB-180, showed pleiotropic effects on the estrogen and androgen receptors. Slightly increased cell proliferation was observed at low PCB concentrations (1–10 nM) in cells co-treated with $E_2$ at 0.01 nM, while the PCBs significantly inhibited cell growth at higher concentrations (1 and 10 μM). In a reporter assay (ERE-*tk*-CAT analysis), the three congeners induced a significant decrease of ER-$E_2$-mediated CAT activity. PCB-138 had a dose-dependent antagonistic effect on androgen-receptor activity in transiently co-transfected Chinese hamster ovary cells, with an $IC_{50}$ of 6.2 μM. Thus the three PCBs compete with the binding of two natural hormone-receptor ligands (Bonefeld-Jørgensen *et al.*, 2001). In reporter-based assay with LNCaP human prostate-cancer cells, the congeners PCB-42, PCB-128, PCB-138 and the Aroclor mixtures 1242, 1248, 1254, and 1260, showed antagonizing effects on androgen-receptor activity (Portigal *et al.*, 2002).

The effects of PCB-77, PCB-118, PCB-126, and PCB-153 (at 0.01–20 μg/mL) on the human prostatic carcinoma cell-line LNCaP were investigated in vitro. PCB-77 and PCB-126 reduced androgen-dependent prostate-specific antigen (PSA) secretion and LNCaP cell proliferation, and inhibited 5-α-reductase activity. PCB-118 and PCB-153 had no effect on 5-α-reductase, but showed a biphasic effect on LNCaP cell proliferation, with low concentrations (0.1–1 μg/mL) causing an increase, and higher concentrations (10–20 μg/mL) a significant reduction. Likewise, PCB-118 and PCB-153 enhanced PSA secretion at low concentrations and reduced it at higher concentrations. Since induction of ethoxyresorufin-O-deethylase (EROD) and inhibition of 5-α-reductase activity were not observed, these PCBs act through an AhR- and androgen-receptor-independent mechanism. The anti-androgenic effects of the *meta*- and *para*-substituted PCB-77 and PCB-126 are more pronounced than

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 527

those of *ortho*-substituted PCB-118 and PCB-153 (Endo *et al.*, 2003).

The estrogenicity of binary mixtures of the OH-PCBs 2,4,6-trichloro-4′-biphenylol (4′-OH-PCB-30) and 2,3,4,5-tetrachloro-4′-biphenylol (4′-OH-PCB-61), was examined in the MCF-7 focus assay and a competitive estrogen-receptor binding assay. Although the individual OH-PCBs were estrogenic in both assays, there was no synergy when they were combined at various concentrations as equimolar mixtures (Arcaro *et al.*, 1998). Likewise, the estrogenic activities of these two OH-PCBs were additive when tested as equimolar mixture in several systems (MCF-7 cells, MDA-MB-231 human breast-cancer cells, mouse uterus) at high and low levels of estrogen-receptor expression, confirming the lack of a synergistic effect (Ramamoorthy *et al.*, 1997).

PCB-138, PCB-153, and PCB-180, as well as other non-*ortho*- and di-*ortho*-substituted PCBs, were shown to interfere with the function of the androgen and estrogen receptors in vitro (Schrader & Cooke, 2003; Hjelmborg *et al.*, 2006). Similarly, some OH-PCBs showed estrogenic and/or anti-estrogenic effects (Jansen *et al.*, 1993; Rasmussen *et al.*, 2003).

PCB-54 was chosen as a prototypical *ortho*-substituted PCB to test the hypothesis that *ortho* substitution in the absence of *para*- or *meta*-substituted chlorines may lead to enhanced estrogenic activity. The results indicated that PCB-54 is estrogenic both in vitro in the MCF-7 cell-focus test, and in vivo in the rat uterotropic assay (Arcaro *et al.*, 1999). The estrogenic activity of PCB-54 in MCF-7 cultures was inhibited by the estrogen-receptor antagonist LY156758. Competitive binding assays with recombinant human (rh) estrogen receptor indicated that PCB-54 does not bind to rhERalpha or rhERbeta, but the 4-hydroxylated metabolite of PCB-54 does. This metabolite was also 10-fold more estrogenic than PCB-54 in the MCF-7 focus assay, but was not detected in the medium of MCF-7 cultures exposed to PCB-54. These results suggested that

the estrogenicity observed in the human breast-cancer cells and the rat uterus may be due to (i) binding of an undetected metabolite of PCB-54 to the estrogen receptor; (ii) direct binding of PCB-54 to a novel form of the estrogen receptor; or (iii) an unknown mechanism involving the estrogen receptor (Arcaro *et al.*, 1999).

Evidence that PCB-77 can act as an estrogen – with effects mediated by the estrogen receptor– was based on results from a variety of assays, including those assessing binding to the receptor in a competitive binding assay (where PCB-77 at 700-fold molar excess inhibited [$^3$H]-estradiol binding to the estrogen receptor by 50%); regulation of gene expression from a transfected exogenous (ERE-*tk*-CAT) or endogenous (*pS2*) estrogen-regulated gene; regulation of cell growth in the estrogen-dependent human breast-cancer cell lines MCF-7 and ZR-75–1; and activity in the immature mouse uterine-weight bioassay in vivo. These data demonstrated that PCB-77 mimics estrogenic action at concentrations in the nanomolar range (292 ng/L), which is comparable to concentrations of PCBs found in human tissues (Nesaretnam *et al.*, 1996).

The estrogenic effects of PCBs may be mediated in part by their hydroxylated metabolites. Both the parent compound and the OH-metabolite show low affinities for both the α- and β-isoform of the estrogen receptor, which suggests that they have only weak activity as estrogen-receptor agonist or antagonist. However, PCBs and OH-PCBs may be indirectly estrogenic by inhibiting human estrogen sulfotransferase (hEST). When 31 OH-PCBs were tested for their inhibitory effect on hEST, hydroxylation of one of the phenyl rings appeared to increase the inhibitory effect in the order *para*-OH > *meta*-OH > *ortho*-OH. Indeed, various environmentally relevant OH-PCBs (e.g. 4-OH-2,3,3′,4′,5-pentachlorobiphenyl, 4-OH-PCB-109; and 4,4′-dihydroxy-3,3′,5,5′-tetrachlorobiphenyl, 4,4′-(OH)$_2$PCB-80) are very potent inhibitors of hEST. Since sulfation by this enzyme is an

365

important pathway for $E_2$ inactivation, inhibition of this metabolic step would lead to increased bioavailability of estradiol. This would explain the indirect estrogenicity of hEST inhibitors (Kester *et al.*, 2000).

A series of twelve PCBs were investigated for their ability to bind to the uterine estrogen-receptor protein, by use of a competitive equilibrium-binding assay with enriched cytosol-receptor preparations (0–40% ammonium sulfate fraction) from uteri of ovariectomized mice. PCBs that showed strong affinities generally possessed either single or multiple *ortho*-chlorine substituents. For OH-metabolites, *ortho*-chlorine substitution on the phenolic ring seemed less effective than on the nonphenolic ring. Thus 4′-OH-2,4,6-trichlorobiphenyl (4′-OH-PCB-30), which has two *ortho* chlorines and a *para* substituent, had the strongest binding affinity. For PCBs without *ortho* chlorines, the binding activity decreased 10–100-fold. PCBs that demonstrated appreciable receptor-binding activity were also active in vivo in stimulating an increase in uterine weight, while weak binders were inactive in this respect. The *ortho*-chlorine substitution appears essential in determining receptor-binding activity, probably because of decreased conformational flexibility due to restricted rotation about the inter-ring bond (Korach *et al.*, 1988).

The effects of structure and substituent position on the estrogenic and anti-estrogenic activities of various OH-PCBs were investigated in a series of assays. The presence of an *ortho* or *meta* substitution in the phenolic ring had minimal effects on estrogenic activity, while the 2,4,6-trichloro- and 2,3,4,6-tetrachloro configuration in the non-phenolic ring were required for this response. Substitution in the phenolic ring had no effect on anti-estrogenic activity (Connor *et al.*, 1997).

In-vitro toxicity profiles were determined for 24 NDL-PCBs with respect to 10 different mechanisms of action. All NDL-PCBs antagonized androgen-receptor activation; none were androgenic. Less chlorinated NDL-PCBs (PCB-19, PCB-28, PCB-47, PCB-51, PCB-53, PCB-100, PCB-104, PCB-136) were weak estrogen-receptor agonists. More highly chlorinated NDL-PCBs (PCB-138, PCB-153, PCB-170, PCB-180, PCB-190) were weak estrogen-receptor antagonists; several inhibited estradiol-sulfotransferase activity by > 50% (PCB-28, PCB-47, PCB-51, PCB-53, PCB-100). On the basis of hierarchical analysis of the toxicity profiles, three separate clusters of NDL-PCBs and a fourth cluster of reference DL-PCBs could be distinguished. The indicators PCB-28, PCB-52, PCB-101, PCB-118, PCB-138, PCB-153, and PCB-180 contributed most to the anti-androgenic, anti-estrogenic, anti-thyroidal, tumour-promoting, and neurotoxic potencies calculated for PCB mixtures reported in human samples, while the most potent AhR-activating DL-PCB, PCB-126, contributed at most 0.2% to any of these calculated potencies. It was suggested that PCB-168 should be added to the list of indicator congeners, given its relatively high abundance and its anti-androgenic and TTR-binding properties (Hamers *et al.*, 2011).

### (ii) Effects on the thyroid-hormone system

*Experimental animals in vivo*

Marmoset monkeys were treated with oral doses of PCB-77 at 0.1, 1, or 3 mg/kg bw, twice per week, for 18–23 weeks. Histological examination of the thyroid gland showed dose-dependent hyperplasia of follicular cells, which was associated with various changes in thyroid function. The average serum concentrations of T4 during the treatment period were reduced by 35% in monkeys at 0.1 mg/kg bw, 81% at 1 mg/kg bw, and > 99% at 3 mg/kg bw. A reduction in serum concentrations of $T_4$ was observed from 2 weeks and throughout the entire treatment period (18–23 weeks), and was reflected in a decrease in the free T4 index in the groups at 1 and 3 mg/kg bw. Serum T3 concentrations were reduced in the group at 3 mg/kg bw within 2

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 529

weeks. Concentrations of TSH were increased in the group at the highest dose as a feedback response to the strongly reduced serum T4 concentrations (van den Berg et al., 1988).

Pregnant Wistar WU rats were given Aroclor 1254 as daily oral dose at 5 or 25 mg/kg bw on days 10–16 of gestation to determine effects on thyroid-hormone concentrations in plasma and brain, on peripheral thyroid-hormone concentrations, and on peripheral thyroid-hormone metabolism in fetal and weanling rats. Maternal exposure to Aroclor 1254 significantly reduced fetal (day 20 of gestation) and neonatal (postnatal day 4) plasma concentrations of total T4 and free T4. These effects were less pronounced in offspring at age 21 days and absent at 90 days. T3 concentrations in brain tissue in the exposed fetuses were significantly decreased relative to controls, but only in the group at the lower dose. On postnatal day 21, T4 concentrations had significantly decreased in the forebrain of female weanling rats from the group at the higher dose, but no reductions were seen in male or female neonates. The deiodination of T4 to T3 was significantly increased in fetal forebrain homogenates at both doses. No alterations in thyroid-hormone metabolism were seen in forebrain homogenates from adult offspring exposed pre- and postnatally to Aroclor 1254. Accumulation of the PCB metabolite 2,3,3′,4′,5-pentachloro-4-biphenylol [4-OH-PCB-109] was observed in fetal plasma and forebrain tissue on day 20 of gestation, and in neonatal and weanling plasma on postnatal days 4, 21, and 90 (Morse et al., 1996).

In groups of Sprague-Dawley rats given two or five weekly intraperitoneal injections of PCB-126 (0.2 mg/kg bw) or PCB-114 (20 mg/kg bw), total T4 concentrations in serum were lower than those in the controls. The expression of TTR was significantly higher in the PCB-treated group than in the control group (Han et al., 2010).

Reduced thyroid-hormone levels were found in serum of Sprague-Dawley rats treated with MeSO$_2$ metabolites of the following PCB congeners: 3-MeSO$_2$-2,2′,3′,4′,5,6-hexachlorobiphenyl [5′-MeSO$_2$-PCB-132]; 3-MeSO$_2$-2,2′,3′,4′,5,5′-hexachlorobiphenyl [3′-MeSO$_2$-PCB-141]; 3-MeSO$_2$-2,2′,4′,5,5′,6-hexachlorobiphenyl [5-MeSO$_2$-PCB-149] and 4-MeSO$_2$-2,2′,4′,5,5′,6-hexachlorobiphenyl [4-MeSO$_2$-PCB-149]. These MeSO$_2$-PCBs are found in human milk, liver, and adipose tissue. All four metabolites (20 μmol/kg bw, intraperitoneal injection, once per day, for 4 days) reduced the serum concentration of total T4 by 22–44%, on days 2, 3, 4 and 7 after the last dose. Concentrations of total T3 were reduced by 37% on day 7 after treatment with 4-MeSO$_2$-PCB-149. A 30% increase in thyroid weight was seen after treatment with 3′-MeSO$_2$-PCB-141. These data suggest that these 3- and 4-MeSO$_2$ metabolites act as endocrine disrupters, but probably through different mechanisms (Kato et al., 1998). A similar study was conducted with the meta-MeSO$_2$ metabolites of tetra- and penta-chlorinated biphenyls: 3-MeSO$_2$-2,2′,4′,5-tetraCB [3′-MeSO$_2$-PCB-49], 3-MeSO$_2$-2,3′,4′,5-tetraCB [3-MeSO$_2$-PCB-70], 3-MeSO$_2$-2,2′,3′,4′,5-pentaCB [3′-MeSO$_2$-PCB-87], 3-MeSO$_2$-2,2′,4′,5,5′-pentaCB [3′-MeSO$_2$-PCB-101], and the para-MeSO$_2$-metabolite 4-MeSO$_2$-2,2′,4′,5,5′-pentaCB [4′-MeSO$_2$-PCB-101]. The data showed that all five MeSO$_2$-PCBs influence thyroid-hormone metabolism (Kato et al., 1999). A further study by this group demonstrated that the meta-MeSO$_2$ metabolites of PCB-49, PCB-70, PCB-87, PCB-101, PCB-132, PCB-141, PCB-149 [3′-MeSO$_2$-PCB-49, 3-MeSO$_2$-PCB-70, 3′-MeSO$_2$-PCB-87, 3′-MeSO$_2$-PCB-101, 5′-MeSO$_2$-PCB-132, 3′-MeSO$_2$-PCB-141, 5-MeSO$_2$-PCB-149] and the para-MeSO$_2$ metabolite of PCB-101 [4′-MeSO$_2$-PCB-101] induced hepatic microsomal UDP-glucuronosyl transferase (UDP-GT) in male Sprague-Dawley rats. The increase in hepatic glucuronidation of T4 after the administration of the eight test compounds was the probable cause of the reduced serum concentration of T4 (Kato et al., 2000).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 530

Thyroid hormone status and metabolism were studied in groups of pregnant Wistar WU rats given oral doses of 4-OH-2,3,3′,4′,5-pentachlorobiphenyl [4-OH-PCB-109] ([$^{14}$C]-labelled or unlabelled) at 5 mg/kg bw on days 10–16 of gestation. Fetuses were studied at days 17 and 20 of gestation. The test compound accumulated in the fetal compartment, with fetal/maternal ratios of 11.0, 2.6, and 1.2 in liver, cerebellum, and plasma, respectively, at day 20. Radiolabel was bound to plasma TTR in dams and fetuses. Fetal plasma concentrations of total T4 and free T4 were significantly decreased at days 17 and 20 of gestation (89% and 41%, respectively, at day 20), while fetal concentrations of TSH were increased more than twofold at day 20 of gestation. No effects were seen on T3 concentrations in fetal brain (Meerts et al., 2002).

In a study to investigate the effects of PCBs on thyroid-hormone status, female Sprague-Dawley rats were given Aroclor 1254 at a dose of 4 mg/kg bw per day by gastric intubation for 14 days. To test underlying mechanisms, microsomal enzyme activities (CYP isozymes and UDP-GT, indicating metabolic activation and/or biliary clearance), ex-vivo binding of [$^{125}$I]-T$_4$ to plasma proteins (suggesting effects on peripheral thyroid-hormone transport), and light microscope morphology of the thyroid gland were studied. The extent of thyroid-hormone reduction (free T4 to 30% and total T4 to 60% of control) observed after exposure to Aroclor 1254 corresponded with a decrease in the ex-vivo binding of [$^{125}$I]-T$_4$ to plasma TTR, and with induction of the microsomal phase-I enzymes (ethoxy- and methoxy-resorufin dealkylase, EROD and MROD). The phase-II enzyme UDP-GT was moderately elevated. The thyroid morphology showed activation of the epithelium, but no degenerative alterations correlated with exposure to Aroclor 1254. The results suggested that the decrease in T4 is mainly due to disturbed serum transport, as a result of binding of Aroclor 1254 metabolites to TTR (Hallgren & Darnerud, 2002).

Miller et al. (2012) studied the effects of exposure to PCBs and PBDEs on T4 levels in rat offspring from day 6 of gestation until postnatal day 21. In male rat offspring, exposure to PCBs or PBDEs at a dose of 1.7, 5, 10, 20, 40, or 60 μmol/kg bw per day induced equivalent and dose-dependent reductions in T4 from postnatal days 7 to 21. Exposure to equimolar mixtures of PCBs and PBDEs at a dose of 3.4, 10, 20, 40, or 80 μmol/kg bw per day additively reduced T4 levels during the exposure period. The effects on T4 levels were similar in males and females.

### In-vivo and ex-vivo systems

The OH-PCB metabolites 4-OH-PCB-69, 4-OH-PCB-106, and 4-OH-PCB-121 were tested for capacity to disrupt the thyroid-hormone system via proliferation of thyroid hormone-dependent rat-pituitary GH3 cells. Growth of GH3 cells was stimulated by all three 4-OH-PCBs (Ghisari & Bonefeld-Jørgensen, 2005). These OH-PCBs were previously reported to bind to the thyroid receptor and to thyroid-hormone transport proteins (Cheek et al., 1999).

PCBs are the most concentrated class of pollutant found in polar bears (Ursus maritimus). In plasma samples collected from polar bears, no binding of [$^{125}$I]-T4 to TTR was observed. Incubation of these plasma samples with [$^{14}$C]-2,3,3′,4′,5-pentachloro-4-biphenylol [[$^{14}$C]-4-OH-PCB-109], a PCB metabolite with a higher binding affinity to TTR than the endogenous ligand T4 itself, resulted in competitive binding. Incubation of plasma with T4 at up to 1 mM (a concentration that is not physiologically relevant) did not result in any detectable competition. These results suggested that the binding sites on TTR for T4 in wild polar bears are completely saturated (Gutleb et al., 2010).

Disruption of thyroid-hormone transport may be an important mechanism by which PCBs can alter thyroid-hormone homeostasis. In a systematic in-vitro study of PCB-binding to TTR, the role of ortho substitution was investigated in

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 531

more detail. PCBs that have only *ortho* substitution show significant binding activity. The congeners most closely resembling the diiodophenolic ring of T4, i.e. di-*meta*-substitution in one or both rings, showed the highest binding activity to TTR. Multiple *ortho* substituents decreased the binding activity of such congeners. PCBs with a single *meta* substitution in one or both rings resemble more closely the monoiodophenolic ring of T3, and showed significantly lower binding activity to TTR. This was consistent with the relatively low binding activity of T3 and the smaller size of chlorine compared with iodine. The addition of *ortho* substituents gave variable results, depending on their position (Chauhan *et al.*, 2000).

In in-vitro studies that assessed the effect of OH-PCBs on thyroid-hormone sulfation, the inhibition of sulfotransferase activity towards 3,3′-diiodo-thyronine (T2) appeared to be similar to that towards T3. Hydroxylated metabolites of PCBs strongly inhibited T2 sulfotransferase activity, the most potent inhibitor being 3-OH-2,3′,4,4′,5-pentachlorobiphenyl (3-OH-PCB-118). An important structural requirement for inhibition of T2 sulfotransferase by OH-PCBs is the presence of a hydroxyl group in the *para* or *meta* position, with *ortho*-OH-PCBs being much weaker inhibitors (Schuur *et al.*, 1998a, b).

### 4.3.4 Effects on the immune system

The effects of PCBs on several parameters related to the immune system have been reported for humans, and more extensively for experimental animals (reviewed by Tryphonas & Feeley, 2001).

#### (a) Adults

Immunomodulatory effects of PCBs have been reported in workers occupationally exposed to these chemicals, in humans following consumption of contaminated fish, and in populations accidentally exposed to PCBs and their heat-degradation products, PCDFs, and polychlorinated quarterphenyls (PCQ) via consumption of contaminated rice oil (the Yusho and Yucheng poisoning incidents). In addition, PCB exposure during prenatal and early life has been associated with incidence of infectious and allergic diseases in children, and alterations in immune-system development.

Lawton *et al.* (1985) tested 194 workers exposed occupationally (152 men, 42 women) to one or more of the Aroclors 1254, 1242, and 1016 in a capacitor plant factory for an average duration of 17 years. The results taken in 1976 were compared with those from the same workers taken in 1979, two years after discontinuation of all PCB use in 1977. Significantly increased levels of leukocytes, with a concomitant increase in levels of lymphocytes, monocytes and eosinophils, were observed when these workers were tested in 1976. Interestingly, the levels of circulating polymorphonuclear cells were reduced in the same workers. Similar, but not statistically significant, shifts in leukocyte levels were noted when testing was repeated in 1979. A positive association was observed between serum PCB concentrations and blood monocytes, and was reported to persist even 2 years after discontinuation of PCB use. [The Working Group noted that the extent to which PCB exposure compromises the immune system could not be estimated on the basis of immune-cell alterations, since measurement of functional immune parameters was not part of the study protocol.]

In contrast, a study by Emmett *et al.* (1988a, b) of 55 transformer repairmen working in a factory and exposed to Aroclors 1260 and 1242 did not report any significant exposure-related effects on the immune system. The percentage of workers with positive skin responses (delayed-type hypersensitivity) to mumps and trichophyton antigens was similar to that of 56 nonexposed workers.

Follow-up studies of the Yusho and Yucheng populations indicated that several immune-related parameters were disrupted in exposed

369

adults. These included a statistically significant decrease in serum levels of immunoglobulins A and M, reduced T-helper (Th) and increased T-suppressor cells (Ts) resulting in reduced Th:Ts cell ratio, persistent respiratory distress caused by Gram-negative bacilli-infected airways, and increased in-vitro lymphoproliferative responses of peripheral blood leukocytes to phytohaemagglutinin, concanavalin A, and pokeweed mitogens at 1 and 3 years after exposure. Furthermore, a reduced number of patients with positive skin-test reactivity to streptokinase/streptodornase antigens was observed at 1 year after exposure, and to tuberculin antigens at up to 4 years after exposure (Lü & Wu, 1985; Nakanishi et al., 1985), while some other immunological effects persisted up to 30 years after exposure (Masuda, 2001).

Consumption of contaminated fish has been associated with some effects on the immune system. High consumption of fatty fish from the Baltic Sea correlated positively with B-cell numbers, but negatively with the percentage of cytotoxic (CD8+) T-cells in 68 fishermen in Latvia (Hagmar et al., 1995). [The significance of these observations was not clear, since no functional immune parameters were examined.]

Svensson et al. (1994) studied levels of leukocytes in a group of 23 men in Sweden who consumed high levels of fatty fish species from the Baltic Sea and compared results with 20 men who ate practically no fish. No effects were reported on leukocyte counts, the number of total lymphocytes or their subsets, or serum immunoglobulin levels. A marginal reduction in natural killer (NK) cell activity was reported for the fish-eating population. This was in agreement with the weakly negative correlation observed between NK cell numbers and blood concentrations of PCB-126 and PCB-118 in some of the same subjects tested 3 years previously.

(b)    Children

Weisglas-Kuperus et al. (1995) studied children residing in the Netherlands and who were exposed, in utero and via breastfeeding, to ambient concentrations of PCBs. The study group consisted of 207 healthy mother–infant pairs. Prenatal exposure to PCBs was estimated by the sum of PCB-118, PCB-138, PCB-153, and PCB-180 (ΣPCB) in maternal and cord plasma, and in breastfed infants by the TEQ levels (based on 17 dioxins and 8 dioxin-like PCBs) in human milk. A higher prenatal PCB/dioxin exposure was associated with increased numbers of T lymphocytes bearing T-cell receptors of the gamma/delta type, increased cytotoxic T-cells at age 18 months in breastfed infants; higher prenatal and postnatal concentrations of PCB/dioxin was associated with reduced monocytes and granulocytes at age 3 months. In follow-up studies, statistically significant associations were observed between prenatal PCB exposure and increased number of lymphocytes, T-cells, and cytotoxic (CD3+CD8+) cells, memory (CD4+ CD45RO+) cells, T-cell receptor (TcR) αβ+, and activated T-cell (CD3+ HLA-DR+) numbers in the toddlers.

Horváthová et al. (2011a, b) collected blood specimens from newborns, and infants aged 6 and 16 months, from two districts in Slovakia, Michalovce and Svidnik/Stropkov, that had respectively high and low environmental PCB contamination, and correlated blood PCB concentrations with lymphocyte-receptor expression. The percentages of lymphoid dendritic cells and naive/resting T lymphocytes were significantly increased at 6 months in the Michalovce area compared with those in cord blood samples (P < 0.001). Overall there was a positive correlation of terminally differentiated effector memory T-lymphocyte population with age, and a negative linear correlation for myeloid dendritic cells from birth to 6 months in both regions. The Michalovce samples indicated

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 533

significantly higher expression of memory T lymphocytes (at birth, 6, and 16 months), terminally differentiated effector memory T lymphocytes (at birth and at 6 months), and lymphoid dendritic cells (at 6 months) than in samples from Svidnik/Stropkov.

Jusko et al. (2012) investigated the effect of several PCB congeners on thymus volume in 1134 mother–infant pairs residing in eastern Slovakia. Samples of maternal and infant (age 6 and 16 months) blood were collected and analysed for 15 PCB congeners. Higher maternal concentrations of PCBs were associated with reduced thymus volume at birth, while maternal PCB concentration was not predictive of thymus volume in the infants aged 6 and 16 months.

In a subgroup of 331 children aged 7–10 years from the Hesse, Germany cohort, mean concentrations of PCBs were 0.50 μg/L, and this value was significantly associated with increased levels of serum immunoglobulin M (IgM) (Karmaus et al., 2005).

Similar immune-related sensitivities in adolescence were reported by Van Den Heuvel et al. (2002) for a study in Flanders, Belgium. In this study, serum concentrations of PCB-138, PCB-153 and PCB-180, and combined serum dioxin-like activity as determined by AhR-mediated expression of a reporter gene luciferase, were measured in samples from boys and girls (aged 17–18 years) with certain immune-related respiratory complaints. A significantly negative correlation between the percentage of eosinophils and NK cells in peripheral blood and TEQ in serum ($P = 0.009$ and $P = 0.05$, respectively) was observed. Similarly, significant negative correlations were calculated between serum TEQs and levels of specific IgE antibodies to allergens (cat dander, house dust mite, and grass pollen), and the incidence of reported allergies of the upper airways. A significant positive correlation was observed between increased serum TEQs and increased serum IgA levels ($P = 0.05$).

(c)    Non-human primates

Unlike all other experimental animal models in which exposure levels were high, the available studies in non-human primates used PCB doses that were relatively low (< 1 mg). Such studies have shown that non-human primates are more sensitive to the immune-related effects of PCBs than any other experimental animal tested. Alterations in the immune system and immunotoxicity were also reported after PCB exposure during prenatal or early life.

Thomas & Hinsdill (1978) investigated immunological parameters in groups of eight rhesus monkeys fed diets containing Aroclor 1248 at a dose of 0.1 or 0.2 mg/kg bw per day for 11 months. The reported immune-related effects were seen only at 0.2 mg/kg bw and included significantly reduced titres of antibodies to sheep red blood cells (SRBC) at weeks 1 and 12 after primary immunization, and decreased percentage of gamma-globulin after 20 weeks, compared with a control group of five monkeys. The response to tetanus toxoid was not affected by treatment. Reduced titres to SRBC were also reported in the single female cynomolgus monkey (Macaca fascicularis) treated with a PCB mixture with constituents similar to those ingested by Yusho patients, and containing predominantly penta- and hexachlorobiphenyls and no PCDFs, prepared from Kanechlor 400 and administered at 5 mg per day for 20 weeks (Hori et al., 1982).

Differences in PCB-induced toxicity were investigated in cynomolgus (Macaca fascicularis) and rhesus (Macaca mulatta) monkeys (Tryphonas et al., 1986; Arnold et al., 1990). In these studies, groups of four cynomolgus and four rhesus monkeys ingested Aroclor 1254 in apple juice-gelatin-corn oil emulsion at doses of 0.00 (control) or 280 μg/kg bw per day for 12–13 months (cynomolgus monkeys) and 27–28 months (rhesus monkeys) respectively. The total serum IgM levels and titres to anti-SRBC (primary response) antigens were significantly

371

reduced in both species. Based on clinical and pathological findings, the rhesus monkeys were more sensitive to PCB-induced toxicities than the cynomolgus monkeys, although effects on the immune system were similar in both species.

A long-term study with Aroclor 1254 (Tryphonas *et al.*, 1989, 1991a, b; Arnold *et al.*, 1993, 1995) was of particular significance since it was the only long-term study in which low doses (range, 5–80 μg/kg bw per day) of commercial PCB mixtures were used. Immunological effects were reported after 23–25 months (phase I) (Tryphonas *et al.*, 1989), during which time a blood PCB pharmacokinetic equilibrium was established, and after 55 months (phase II) (Tryphonas *et al.*, 1991a, b). Testing at phase I detected significant shifts in Th and Ts lymphocyte subsets (decreased Th, increased Ts and decreased Th:Ts cell ratio) at 80 μg/kg bw per day, and significantly reduced titres in response to SRBC antigens (Tryphonas *et al.*,1989). The response to SRBC antigens was significantly reduced even at a dose of 5 μg/kg bw per day. These effects in monkeys were comparable to those reported for the Yucheng population at 1 and 3 years after exposure (Lü & Wu, 1985). Several significant immune-related parameters were affected in monkeys exposed continuously to Aroclor 1254 for 55 months (phase II). Effects included: a dose-related decrease in the anamnestic (IgM and IgG) response to SRBC antigens; a dose-related decrease in the lymphoproliferative response of leukocytes to the mitogens concanavalin A and phytohaemaglutinin, but not to pokeweed mitogen (mostly B-cell dependent); reduced monocyte activity (peak chemiluminescence after phorbol myristate acetate activation); significantly higher levels of serum complement ($CH_{50}$) activity across all treated groups compared with controls; a dose-related significant increase in thymosin α1 ($T\alpha_1$) levels in treated groups compared with controls; a significant but not dose-related increase in levels of interferon at the 20 and 80 μg/kg bw per day, with a significantly reduced interferon level at 40 μg/kg bw per day. Tumour necrosis factor (TNF) levels were not affected significantly by treatment (Tryphonas *et al.*, 1991a, b).

Hand-reared infant rhesus (*Macaca mulatta*) monkeys (age, 66 weeks) were treated with a mixture of PCB congeners at a dose of 7.5 μg/kg bw per day, which represents the approximate daily intake of a nursing infant whose mother's breast milk contained PCBs at a concentration of 50 ppb. The PCB congeners used for treatment were those commonly found in human breast milk in Canada. Treatment continued until the monkeys reached age 20 weeks. Significant treatment-related effects characterized by reduced antibody responses to SRBC antigens, and reduced levels of the HLA-DR cell surface marker were observed (Arnold *et al.*, 1999).

Groups of eight adult female rhesus monkeys were fed diets containing Aroclor 1248 at a concentration of 2.5 or 5.0 ppm for approximately 1.5 years (Allen & Barsotti, 1976). Six of the eight monkeys treated with Aroclor 1248 at 5.0 ppm, and all monkeys at 2.5 ppm were successfully bred after 6 months of exposure. There was one live infant born among monkeys at 5.0 ppm, and five infants born to monkeys at 2.5 ppm. Infants were permitted to nurse with their mothers. Three infants died within 8 months, after 44, 112 and 239 days, respectively. At necropsy, histopathological observations of the infant tissues included a near complete absence of thymocytes in the cortical and medullary areas of the thymus, extremely small lymph nodules of the spleen with inapparent germinal centres, and hypocellularity of the bone marrow.

*(d)    Rodents and rabbits*

*(i)    Effects on the thymus*

Commercial PCB mixtures

Thymic atrophy was detected in female White New Zealand rabbits fed diets containing Aroclor 1260 at a dose of 118 mg/kg bw per

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 535

day for 38 days, or Aroclor 1260 at a dose of 120 mg/kg bw per day for 28 days (Vos &Beems, 1971; Vos & Notenboom-Ram, 1972); in male White New Zealand rabbits fed Aroclor 1254 at a dietary concentration of 20, 45.8, or 170 ppm [0.92, 2.10 or 6.54 mg/kg bw per day] for 56 days (Street & Sharma, 1975); in male Fischer 344 rats given Aroclor 1254 at a dose of 10 or 25 mg/kg bw per day by gavage for 15 weeks (Smialowicz et al., 1989); in female guinea-pigs fed Clophen A60 at a dietary concentration of 50 ppm for 49 days (Vos & van Driel-Grootenhuis, 1972) and in male Sprague-Dawley rats fed Aroclor 1262, 1254, or 1248 at 1% of the diet for 6 weeks. The severity of thymic atrophy was Aroclor 1254 = Aroclor 1248 > Aroclor 1262 (Allen & Abrahamson, 1973).

Thymic atrophy was not detected upon exposure to Aroclor 1248 when fed to female outbred albino mice (50, 100, 500 or 1000 ppm) for 3 to 5 weeks (Thomas & Hinsdill, 1978), or to Aroclor 1242 (167 ppm) fed to Balb/c mice (Loose et al., 1979).

*PCB congeners*

Thymic atrophy characterized by reductions in cortical and medullary volume was also reported in weanling male and female Sprague-Dawley rats treated with feed containing individual PCB congeners for 13 weeks at the following concentrations: PCB-126, 0.1–100 ppb (0.01–7.4 µg/kg bw per day) (Chu et al., 1994); PCB-153, 0.05–50 ppm (3.6–3534 µg/kg bw per day) (Chu et al., 1996b); PCB-28, 0.05–50 ppm (2.8–3783 µg/kg bw per day) (Chu et al., 1996c); and PCB-105, 0.05–50 ppm (3.9–4327 µg/kg bw per day) (Chu et al., 1998). In contrast, PCB-77, PCB-118, and PCB-128 did not have any significant effects on the thymus when fed to weanling male and female Sprague-Dawley rats for 13 weeks at the following concentrations: PCB-77: 0.01–10 ppm (0.73–768 µg/kg bw per day) in males; 0.01–10 ppm (0.92–892 µg/kg bw per day) in females (Chu et al., 1995); PCB-118: 0.01–10 ppm (0.66–683 µg/kg bw per day) in males; 0.002–2

ppm (0.17–170 µg/kg bw per day) in females; PCB-128: 0.05–50 ppm (4.5–4397 µg/kg bw per day) (Lecavalier et al., 1997).

In male C57BL/6 (Ah+) and DBA/2 (Ah-) mice given intraperitoneal doses of PCB-77 (DL-PCB) or PCB-52 (NDL-PCB) at 0, 10, or 100 mg/kg bw per day, thymic atrophy was observed only in C57BL/6 mice treated with PCB-77 (Silkworth & Grabstein, 1982). The results suggested that PCB immunotoxicity in mice is mediated through the AhR, present only in the C57BL/6 mice.

*(ii)    Effects on humoral immunity*

*Commercial PCB mixtures*

Several studies reported effects of PCBs on humoral immune reactivity. A significant reduction in production of antibodies to tetanus toxoid was noted in guinea-pigs fed Clophen A60 (Vos & van Driel-Grootenhuis, 1972), to keyhole limpet haemocyanin (KLH) in rats fed Aroclor 1254 (Exon et al., 1985), and to SRBC using the plaque-forming cell assay in mice given Aroclor 1254 intraperitoneally (Wierda et al., 1981; Loose et al., 1979). Mice genetically engineered to be either aryl hydrocarbon-responsive ($Ah^b/Ah^b$) or non-responsive ($Ah^d/Ah^d$) did not exhibit the same sensitivity to PCB-induced suppression in the plaque-forming cell assay. For example, C57BL/6N ($Ah^b/Ah^b$) mice injected intraperitoneally with Aroclor 1254 at a dose of 250–750 mg/kg bw exhibited significant reductions in plaque-forming cell numbers after 5 days, compared with controls, while DBA/2N ($Ah^d/Ah^d$) mice failed to demonstrate any significant PCB-induced effects on plaque-forming cell numbers, compared with controls (Lubet et al., 1986).

*PCB congeners*

Cotreatment of C57BL/6 B6 mice with PCB-153 and TCDD showed that PCB-153 partially antagonized TCDD-mediated immunotoxicity in various assays (Biegel et al., 1989).

373

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 536

Individual congeners were also assessed for their immunotoxicity in AhR-responsive or AhR-non-responsive mouse models. Bandiera et al. (1982) reported that PCB-77 binds AhR with high affinity and causes severe suppression of the humoral antibody response in C57BL/6 B6 (Ah$^b$/Ah$^b$) mice. In comparison, PCB-77 exhibited lower binding affinity for AhR in DBA/2N (Ah$^d$/Ah$^d$) mice and did not cause any immune-related effects (Silkworth & Grabstein, 1982). In contrast, the di-*ortho*-substituted PCB-52 had weak AhR binding affinity and was not immunosuppressive in either mouse strain (Silkworth & Grabstein, 1982).

### (iii)    Effects on cellular immunity

The effects of PCBs were less pronounced on cellular immune responses than on humoral immune reactivity. Reduced skin reactivity to tuberculin was detected in female guinea-pigs fed Clophen A60 at 50 or 250 ppm for 49 days (Vos & van Driel-Grootenhuis, 1972; Vos & Van Genderen, 1973). In contrast, no effects were detected when dinitrochlorobenzene was used as the skin sensitizer in female Swiss-Webster mice fed Aroclor 1254 at 10, 100, or 250 ppm [1.17, 116, 292 mg/kg bw per week] for 12 weeks (Talcott & Koller, 1983). Similarly, White New Zealand male rabbits fed Aroclor 1254 at 170 ppm [6.54 mg/kg bw per day] for 56 days did not show any effects on skin reactivity to tuberculin sensitization (Street & Sharma, 1975).

Studies on the mitogen-induced proliferative activity of splenic mononuclear leukocytes and the mixed lymphocyte response, both in-vitro correlates of cellular immune responses, also gave conflicting results and suggested that PCBs may affect a specific subpopulation of T lymphocytes. A few studies reported that phytohaemagglutinin-induced leukocyte blastogenic activity was increased upon exposure to Aroclors, while no effect was noted when concanavalin A, *S. typhimurium*, or pokeweed mitogens were used (Bonnyns & Bastomsky, 1976; Wierda et al., 1981; Smialowicz et al., 1989). The mixed lymphocyte response was not affected by treatment with the less chlorinated Aroclor 1242 (Carter & Clancy, 1980; reviewed by Silkworth & Loose, 1981).

Nakanishi et al. (1995) treated female Sprague-Dawley rats (age, 8 weeks) intraperitoneally with 5 mg of Kanechlor 400 in 2 mL of corn oil, and effects on the immune system were examined at termination of the study 4 weeks later. The percentage of T lymphocytes, and T-helper and T-suppressor cells, was significantly decreased in the treated groups compared with the controls. In contrast, the percentage of T lymphocytes in the bronchoalveolar lavage fluid was not significantly increased after treatment with Kanechlor 400. The percentage of T-suppressor cells increased significantly, while the percentage of T-helper cells was not affected by treatment. Release of $O_2^-$ by alveolar macrophages, stimulated with either wheat germ lectin or phorbol myristate acetate, increased significantly compared with the controls (Martin et al., 1981). In addition, there was mild inflammation of the alveoli after administration of PCBs. In support of this observation, Kikuchi et al. (1971) reported that lung autopsies for two Yusho patients showed the presence of pulmonary haemorrhage and pulmonary oedema. [It is conceivable that failure to remove $O_2^-$ produced by macrophages might be responsible for the observed pathogenesis of interstitial changes of the lung after treatment with PCBs].

### (iv)    Effects on innate (non-specific) immunity

The cellular components of innate immunity, including phagocytic cells (neutrophils, macrophages) and NK cells, are targets of PCB-induced immunotoxicity. Functional impairment of these cells is characterized by reduced phagocytic activity and consequently diminished ability to eliminate pathogenic infections in PCB-exposed experimental animals, as well as compromised immunosurveillance mechanisms.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 537

Polychlorinated biphenyls

Male ICR mice fed diets containing Kanechlor 500 at 400, 200, or 100 µg per gram feed showed increased susceptibility to herpes simplex virus compared with control mice (Imanishi *et al.*, 1980). Likewise, Koller (1977) demonstrated that Balb/c male mice fed diets containing Aroclor 1242 at 375 ppm for 6 months showed a significant increase in susceptibility to Moloney leukaemia virus; this effect was not seen with Aroclor 1221. In Balb/c male mice given feed containing Aroclor 1242 at 167 ppm for 6 weeks, there was significantly increased susceptibility to *S. typhosa* endotoxin and to malaria parasite *Plasmodium berghei* (Loose *et al.*, 1979). Reduced clearance of *Listeria monocytogenes* was observed in adult and neonate male and female ICR mice given Aroclor 1254 at 75 mg/kg bw per day by gavage for 14 days (Smith *et al.*, 1978). Thomas & Hinsdill (1980) reported increased sensitivity to endotoxin challenge in outbred, female albino mice fed Aroclor 1248 at 100 ppm, but no effect on resistance to *S. typhimurium* in mice fed Aroclor 1248 at 1000 ppm.

NK-cell activity was reported to be decreased in male Fischer 344 rats exposed daily to Aroclor 1254 at 10 or 25 mg/kg bw by gastric intubation for up to 15 weeks (Smialowicz *et al.*, 1989), and in male Sprague-Dawley rats fed Aroclor 1254 at 50 or 500 ppm for 10 weeks (Talcott *et al.*, 1985; Exon *et al.*, 1985).

Paradoxically, despite the evidence that PCB-induced immunosuppression impairs immune surveillance, Aroclor 1254 protected mice and rats against certain kinds of experimentally induced tumours, such as Ehrlich's tumour ascites (Keck, 1981) and primary Walker 256 tumour (Kerkvliet & Kimeldorf, 1977).

*(e)    Fish and marine mammals*

As top predators, marine mammals and large fish bioaccumulate PCBs at high concentrations in fat. Several studies have reported on the immunotoxic effects of PCBs on fish and marine mammals in contaminated environments (Mahy *et al.*, 1988; Osterhaus & Vedder, 1988; Cleland *et al.*, 1989; Dietz *et al.*, 1989; Visser *et al.*, 1993; De Swart *et al.*, 1994; Ross *et al.*, 1995, 1996; Hammond *et al.*, 2005; Iwanowicz *et al.*, 2009; Frouin *et al.*, 2010; Duffy-Whritenour *et al.*, 2010).

### 4.3.5 Effects on inflammatory response

Several in-vivo and in-vitro studies have investigated the role of PCBs in the development of inflammatory responses, and are reviewed in the following section. Pertinent to this review are the following questions: (i) is the observed inflammation in PCB-treated animals directly related to PCB exposure, or is it a secondary development following PCB-induced toxicity in target organs; and (ii) does inflammation play an active role in the development of cancer after PCB exposure?

*(a)    Humans*

No studies defining an association between exposure to PCBs and the development of inflammation in relation to cancer in humans were available to the Working Group.

*(b)    Experimental animals in vivo*

*(i)    Commercial PCB mixtures*

Tryphonas *et al.* (1984) reported significant changes indicative of an ongoing inflammatory response in the liver of cynomolgus monkeys (*Macaca fascicularis*) treated with Aroclor 1254 or Aroclor 1248. These changes included "ground glass" appearance of the cytoplasm and pyknosis of the nuclei with or without neutrophil infiltration, eosinophilic necrosis of single or clusters of hepatocytes often with neutrophilic infiltration or collapse of the connective tissue framework, and moderate, diffuse sinusoidal fibrosis and hypercellularity, and were associated with PCB-induced necrosis of the liver. Interstitial inflammation of the liver was also observed in cynomolgus monkeys fed with

375

P-KC-400 (Kanechlor 400 from which PCDFs had been removed, largely containing tri- and tetrachlorobiphenyls), or PY-PCB (a PCB mixture with constituents similar to those ingested by Yusho patients, and largely containing penta- and hexachlorobiphenyls and no PCDF) at 5 mg per day, for 20 weeks (Hori et al., 1982).

### (ii)    PCB congeners

Inflammatory responses, presumably secondary to PCB-induced toxic effects, have been reported in long-term studies of carcinogenicity in rats treated with PCB-126 (NTP, 2006a), PCB-153 (NTP, 2006b), PCB-126 + PCB-153 (NTP, 2006c, varying ratios study), PCB-126 + PCB-118 (NTP, 2006d), and PCB-118 (NTP, 2010). The incidence and severity of inflammation in the treated groups varied according to the congener administered. For PCB-118 and PCB-126, the incidence of inflammation and degree of severity were significantly increased in core groups receiving the three higher doses than in the controls, while for PCB-153, the incidence in the core groups was only slightly increased compared with the controls and was not dose-dependent. In addition to the core groups, inflammation, albeit of low incidence and intensity, was also observed in the control groups in the studies with PCB-118 and PCB-126, and in the uterus of rats in the PCB-153 control group, but not in the ovary of rats in the same group.

Sipka et al. (2008) investigated the potential for various PCB congeners to induce inflammation in mice. Mice were given a single gavage dose (150 μmol/kg bw) of PCB-77, PCB-104, or PCB-153. The levels of specific inflammatory mediators including intercellular adhesion molecules (ICAM-1), vascular cell adhesion molecule-1 (VCAM-1) mRNA and monocyte chemoattractant protein-1 mRNA (MCP-1) were determined in the liver, lung, and brain. All three PCB congeners activated inflammatory mediators, and the organs affected varied according to the congener used. PCB-77 and PCB-104 caused induction of all three inflammatory mediators in the liver and lungs, but not in the brain. In contrast, the effects of PCB-153 varied across mediators and were predominantly seen in the lung and brain. Concentrations of PCB-153 were higher in the lung and brain than in the liver, and PCB-153 was the only PCB to be detected in the brain (Sipka et al., 2008) These observations suggested that the observed differences in target organ for the effects on inflammatory mediators were due to differences in PCB-congener accumulation in the organs affected.

In another study, a single dose of PCB-77 resulted in increased expression of VCAM-1 only in the wildtype (AhR-positive) mice, and not in mice lacking the AhR gene (Hennig et al., 2002b).

Sipos et al. (2012) suggested that exposure to environmental toxicants including PCBs may cause vascular inflammation that facilitates the development of brain metastases. The crucial event in metastasis is adhesion of blood-borne tumour cells to the vascular endothelium, followed by transcapillary migration. In wild-type or ICAM-1-deficient mice injected with Lewis lung carcinoma cells via the carotid artery, oral pretreatment with PCB-118 enhanced development of brain metastases by inducing overexpression of ICAM-1 (also designated as CD54) and VCAM-1 in the brain endothelium (Sipos et al., 2012).

### (c)    In-vitro studies

In-vitro studies by Narayanan et al. (1998) indicated that Aroclor 1242 and PCB-47 (a major constituent of Aroclor 1242) impaired the oxidative burst (respiratory burst) in human neutrophils by inhibiting the antioxidant enzyme superoxide dismutase, which converts $O_2^-$ to $H_2O_2$. Pre-incubation of neutrophils with Aroclor 1242 or PCB-47 before stimulation with phorbol 12-myristate 13-acetate, elevated the respiratory burst, and resulted in a significant increase in intracellular $O_2^-$ production and a significant

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 539

decrease in $H_2O_2$ compared with that in unexposed but agonist-stimulated neutrophils.

Additional in-vitro studies indicated that non-coplanar PCBs stimulate neutrophil production of superoxide anions ($O_2^-$) by a mechanism that is structure-specific and dependent on the chlorine substitution pattern of the biphenyl rings. On the contrary, coplanar congeners with high affinity for AhR do not activate neutrophils to produce superoxide anions and may inhibit this response (Brown et al., 1998). In these studies, neutrophils were isolated from male Sprague-Dawley rats and exposed to specific PCB congeners at 0 (vehicle), 10, or 50 µM for 30 minutes at 37 °C, before stimulation with phorbol 12-myristate 13-acetate at 0 or 20 ng/mL. PCB-4, PCB-8, or PCB-11 (50 µM) stimulated neutrophils to produce $O_2^-$. Incubation of neutrophils with PCB-15, PCB-126, PCB-127, or PCB-128 did not result in generation of $O_2^-$. Of the various congeners tested, PCB-8 elicited the highest production of superoxide anions.

Exposure to PCB-4, PCB-8, PCB-11, or PCB-128 before addition of phorbol myristate acetate caused a significant increase in the amount of $O_2^-$ produced that was greater than that seen with either compound alone. Phorbol myristate acetate-stimulated production of $O_2^-$ was unaffected by prior exposure to PCB-15, PCB-126, or PCB-127. In separate experiments, PCB-126 inhibited the amount of $O_2^-$ produced in response to activation with either PCB-4 or PCB-11. From these results it appeared that non-coplanar congeners are capable of stimulating neutrophil production of $O_2^-$. Coplanar congeners with a high affinity for AhR do not activate neutrophils to produce $O_2^-$ and may inhibit this response.

Kwon et al. (2002) investigated the effects of PCB-153 on the expression of cyclooxygenase-2 (COX-2) and pro-inflammatory cytokines such as IL-1β, IL-6 and TNF-α in a human leukaemic mast cell line. The expression of TNF-α and IL-1β mRNA was not dependent on PCB-153, while the expression of COX-2 and IL-6 mRNA was highly induced by PCB-153. Pre-treatment with pyrrolidine dithiocarbamate, an NF-κB-pathway inhibitor, suppressed induction of COX-2, TNF-α and IL-1β, and reduced the induction of IL-6 mRNA by PCB-153.

The effects of PCBs on the activation of human granulocytes were investigated by Voie et al. (1998). Respiratory burst activity was measured as luminol-amplified chemoluminescence in human granulocytes. Ortho-substituted PCB congeners (PCB-47 and PCB-4) stimulated chemoluminescence in a concentration-dependent manner ($ED_{50}$, approximately 10 µM), while meta- and para-substituted congeners had no significant effect. Furthermore, using several enzyme-specific inhibitors, it was shown that PCB-activated chemiluminescence was dependent on Ca$^{++}$-dependent phospholipase D or phospholipase C, phosphatidylinositol 3-kinase, and protein kinase C activation before activation of the NADPH oxidase.

In an early experiment, porcine pulmonary artery-derived endothelial cells were incubated for up to 24 hours with PCB-77, PCB-114, or PCB-153, which were selected for their varying binding avidities to AhR and different capacities to induce CYP (Toborek et al., 1995). PCB-77 and PCB-114 significantly disrupted endothelial barrier function in a dose-dependent manner by allowing an increase in albumin transfer across endothelial monolayers. PCB-77 and PCB-114 also enhanced oxidative stress (increasing levels of 2,7-dichlorofluorescein fluorescence, lipid hydroperoxides, and intracellular calcium) and caused increased activity and level of CYP 1A, and decreased levels of vitamin E in the culture medium. In contrast, incubation of endothelial cells with the non-dioxin-like PCB-153 did not have any effect on cellular oxidation, intracellular calcium levels, or on endothelial barrier function.

Additional in-vitro experiments (Hennig et al., 1999; 2002a, 2002b) further suggested

377

that PCBs are atherogenic, exerting their effect by disrupting normal cellular functions of the vascular endothelium, and confirmed that oxidative stress and activation of the CYP1A subfamily may play a role in the events that lead to atherogenicity.

Treatment of porcine endothelial cells with the DL-PCBs PCB-77, PCB-126, or PCB-169 resulted in increases in expression of the *CYP1A1* gene, oxidative stress, and the DNA-binding activity of NF-κB in a concentration-dependent manner. PCB-126 elicited a maximal response at the lowest concentration (0.5 μM) tested. In addition, all three coplanar PCBs increased endothelial production of IL-6. The expression of adhesion molecule VCAM-1 by endothelial cells was highest at 3.4 μM PCB-77 or PCB-169 (Hennig *et al.*, 2002b).

When human umbilical vein endothelial cells (HUVEC) were treated with PCB-104, a non-coplanar congener, PCB-104 increased the oxidative stress and markedly upregulated the expression of monocyte chemoattractant protein-1 (MCP-1), and the adhesion molecules E-selectin, and ICAM-1, at both the mRNA and protein levels, in a time and concentration-dependent manner. Furthermore, PCB-104 stimulated the adhesion of THP-1 cells (a human acute monocytic leukaemia cell line) to endothelial cell monolayers (Choi *et al.*, 2003).

### 4.3.6 Quantitative structure–activity relationships (QSAR)

Based on their structure–activity characteristics, PCB congeners are generally grouped as dioxin-like and non-dioxin-like (see Section 1.1.1):

- DL-PCBs are *meta-/para*-chloro-substituted PCBs and include PCB-77, PCB-126, PCB-169 and their mono-*ortho*-chlorinated derivatives. These congeners can adopt a coplanar structure and display avid binding to AhR (avidity to AhR diminishes with

*ortho*-chloro-substitution). AhR activation leads to a multitude of biological and toxic manifestations, referred to as "dioxin-like activity".

- NDL-PCBs are *ortho/para*-substituted PCBs. *Ortho/para*-substitution (at least two chlorines in *ortho* positions) is associated with the capacity to induce CAR/PXR-dependent gene expression (e.g. CYP2B, CYP3A isoenzymes). CAR agonists have substitutions in *ortho*, *para* with or without *meta* substitution, while PXR agonists and ryanodine agonists have multiple *ortho* positions substituted with chlorines.

- Some PCB congeners do not elicit activation of AhR, CAR, or PXR.

PCB congeners can also be grouped as lower- and higher-chlorinated congeners. The number of chlorine substituents is linked to persistency and bioaccumulation in animals and humans; less chlorinated congeners are typically volatile and metabolically active, and may produce ROS and genotoxic insults (see Section 4.2).

Additionally, a specific configuration may show activity in a specific bioassay, e.g. for endocrine effects (especially modulation of steroid and thyroid nuclear receptors), neurotoxic activities (release of a neurotransmitter, calcium homeostasis), and/or events associated with tumour promotion (e.g. inhibition of GJIC) (see Section 4.3.2).

The TEQ concept used for risk assessement of PCBs is based on AhR-mediated toxicity of DL-PCBs (see Section 4.3.1). In contrast, the toxicity profiles of NDL-PCBs are insufficiently characterized.

Defining key structural toxicity determinants of individual congeners modulating CAR-, PXR-, androgen receptor-, estrogen receptor-, and other receptor-dependent gene expression is not easy; with the exception of AhR, androgen receptor, and estrogen receptor, there were no systematic studies comparing a large series of PCB congeners in a receptor-based bioassay.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 541

Only a few specific QSAR studies addressing carcinogenicity of PCBs have been published. Ruiz et al. (2008) attempted to predict mutagenicity and carcinogenicity of all 209 PCB congeners and some oxidative metabolites using experimental data on DNA-adduct formation, on GJIC-inhibition potency, and National Toxicology Program (NTP) rodent carcinogenicity bioassays. Interestingly, a positive mutagenicity activity was predicted for the less chlorinated PCBs and their hydroxy- and benzoquinone metabolites. Carcinogenicity of many di- to hexachlorinated PCBs was predicted by the QSAR based on NTP carcinogenicity studies in mice, while no carcinogenicity was predicted for tested congeners in the analysis for rats. [A significant drawback was that carcinogenicity predictions were not applicable for the highly abundant, higher-chlorinated congeners PCB-153, PCB-170 and PCB-180 (predicted values were outside the optimum prediction space). Therefore QSAR analyses of carcinogenicity of PCB congeners were inadequate, especially when regarding possible extrapolation to hazards in humans.]

An alternative and more complex approach was reported recently by Stenberg et al. (2011). Multivariate toxicity profiles and QSAR modelling of NDL-PCBs were used, based on a variety of molecular descriptors. The toxicity profiles of 24 selected PCBs were identified by in-vitro screening; the different mechanisms of action, which were mostly related to endocrine disruption and neurotoxicity, also included tumour promotion. NDL-PCBs were highly purified, to exclude any contaminating dioxin-like compounds before testing (Hamers et al., 2011). QSAR analysis included also several parameters relevant to carcinogenicity, such as ROS production and inhibition of GJIC. Principal component analysis was used to derive general toxicity profiles from experimental in-vitro data, and individual QSAR models were calculated for each in-vitro response using a set of 67 chemical descriptors. It was shown that PCBs could be divided into at least three major clusters; the DL-PCBs, and two separate NDL-PCB clusters with similar toxicity profiles. The first NDL-PCB cluster included mainly less-chlorinated, *ortho*-substituted congeners with generally higher biological activities (e.g. PCB-28, PCB-95, PCB-101, PCB-136); this subset of congeners was also the most active in the study of GJIC inhibition. The second cluster of NDL-PCBs included congeners with a narrow effective concentration and lower biological activities, with the exception of three assays related to endocrine activity (e.g. PCB-118, PCB-138, PCB-153, PCB-170, PCB-180) (Stenberg et al., 2011).

QSAR approaches might become a useful tool for evaluation and prediction of toxicity of PCBs related to carcinogenesis; however, currently their use is hampered by the lack of data on specific mechanisms of action for larger congener sets.

## 4.4 Organ toxicity relevant to carcinogenicity

The reader is referred to Section 3.1.2 and Table 3.1 for study design and additional results of the experiments described below.

### 4.4.1 Hepatic preneoplastic lesions

(a)    Promotion of preneoplastic lesions

(i)    Commercial PCB mixtures

PCB mixtures, including Aroclor 1254, Clophen A 30, Clophen A 50, and Phenoclor DP6, have shown promoting activity in liver carcinogenesis (Glauert et al., 2001). Several initiating agents were used, including diethylnitrosamine (DEN), aflatoxin $B_1$, and benzo[*a*]pyrene. The following markers of altered hepatic foci were used in these studies: gamma-glutamyl transferase (GGT), ATPase, and glycogen. The promoting activity of PCBs was observed in males and females. In one study, the promoting activity

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 542

of Clophen A 50 was much higher in female rats than in males (Deml & Oesterle, 1982); a similar observation was made for phenobarbital (Xu et al., 1990). In mice, males are more susceptible than females to hepatocarcinogenesis; higher production of IL-6 by Kupffer cells in males may be responsible for this sex-specific difference (Naugler et al., 2007). In a dose–response study with Clophen A 50, a threshold dose (1 mg/kg bw, three times per week, for 11 weeks) was identified (Deml & Oesterle, 1987).

*(ii)    Individual congeners*

Many studies have examined the ability of individual PCB congeners to promote altered hepatic foci in rat liver (Glauert et al., 2001). Most of the studies used DEN as the initiating agent, whether as a single necrogenic dose, as a low dose in conjunction with partial hepatectomy, as a low dose in newborn animals, or in the drinking-water for 10–12 days. The following markers of altered hepatic foci were used in these studies: GGT, GSTπ, ATPase, and/or glucose-6-phosphatase. PCB congeners that had promoting activity included non-*ortho* PCBs (PCB-77 and PCB-126), which activated AhR; di-*ortho*-substituted PCBs (PCB-47, PCB-49, and PCB-153), which activated CAR; and mono-*ortho*-substituted PCBs (PCB-105, PCB-114, PCB-118, and PCB-156), which activated both receptors. Non-*ortho*-PCBs were the most efficacious (Glauert et al., 2001). PCBs that did not induce (PCB-3 and PCB-15) or that weakly induced (PCB-28 and PCB-101) either receptor had poor promoting activity (Oesterle & Deml, 1981; Deml et al., 1985; Buchmann et al., 1991; Kunz et al., 2006). [These differences could be due to pharmacokinetics as well as pharmacodynamics.]

*(iii)    Combinations of individual congeners*

Several studies have investigated the effects of administering combinations of two or more PCB congeners. Most of these studies found that the co-administration of non-*ortho* and di-*ortho* PCBs produced less than additive effects, while administration of two non-*ortho* PCBs produced additive effects. These studies used DEN as the initiating agent, either as a low dose in combination with partial hepatectomy, or as a hepatotoxic dose.

In the earliest study, Sargent et al. (1991) examined the separate and combined effects of dietary administration of (di-*ortho*) PCB-52 at 10 ppm, and (non-*ortho*) PCB-77 at 0.1 ppm for 1 year in rats. When administered separately, PCB-77 did not increase the number or volume of altered hepatic foci, but PCB-52 increased the volume fraction but not the number of altered hepatic foci. Coadministration of PCB-52 and PCB-77, however, increased both the number and volume fraction of altered hepatic foci in a more than additive manner. In a study examining the interactive effects of a non-*ortho*-substituted PCB (PCB-126), a mono-*ortho*-substituted PCB (PCB-105), and a di-*ortho*-substituted PCB (PCB-153), no more than additive effects were observed. An additive effect was observed with PCB-105 + PCB-153, while less than additive effects were observed for PCB-126 + PCB-153, and for PCB-126 + PCB-105 (Haag-Grönlund et al., 1998). In another study, PCB-77 and PCB-153 were administered every 2 weeks separately at 300 μmol/kg bw, or in combination at 150 μmol/kg bw (total PCB dose, 300 μmol/kg per injection) for four injections (Berberian et al., 1995). Numbers and volume of foci induced by PCB-77 were decreased by the coadministration of PCB-153. In a study using a similar experimental design, rats were injected four times with PCB-77 or PCB-153 (100 or 300 μmol/kg bw), or PCB-77 + PCB-153 (100 μmol/kg bw each) biweekly. Both PCB-77 and PCB-153 separately increased the number and volume of GSTP-positive foci, but coadministration of PCB-153 inhibited the number and volume of foci induced by PCB-77 (Tharappel et al., 2002). When PCB-126 (non-*ortho*) and PCB-153 (di-*ortho*) were coadministered using 14 combinations of doses, a less

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 543

than additive effect was observed (Dean *et al.*, 2002). Finally, the tumour-promoting activity of a polyhalogenated aromatic hydrocarbon mixture (TCDD; 1,2,3,7,8-pentachlorodibenzo-*p*-dioxin; 2,3,4,7,8-pentachlorodibenzofuran; PCB-126; PCB-118; and PCB-156) with or without PCB-153 (di-*ortho*) was compared with that of TCDD alone, the mixture and TCDD having the same total TEF (van der Plas *et al.*, 1999). The mixture produced a lower mean volume of foci and volume fraction of foci in the liver than did TCDD alone. The addition of PCB-153 slightly increased the mean volume of foci and volume fraction of foci in the liver, but still not above that produced by TCDD alone. TCDD and PCB-126 (non-*ortho*) were found to have an additive effect in another study (Hemming *et al.*, 1995).

*(b)    Initiation of preneoplastic lesions*

Studies examining the effect of PCBs as initiating agents fell into two categories: those that examined the effect of PCB treatment with no subsequent chemical treatment, and those in which PCB treatment was followed with protocols designed to shorten the latency period and increase the number and size of lesions, such as the Solt-Farber selection protocol (Solt *et al.*, 1977; Tsuda *et al.*, 1980; Semple-Roberts *et al.*, 1987). Groups of animals treated with PCBs only were often control groups in initiation–promotion studies, e.g. PCB-only groups being used to compare initiator + PCB groups.

Several studies have observed a small increase in the number of altered hepatic foci after treatment with PCBs only. These PCBs included Clophen A 50, PCB-49, PCB-77, and PCB-114 (reviewed in Glauert *et al.*, 2001). There are two possible explanations for this phenomenon: first, these PCBs have initiating activity; or second, these PCBs are very efficient at promoting cells that have initiated spontaneously (e.g. from errors in DNA replication, exposure to background chemicals or radiation, etc.). Other studies, however, have observed that certain

PCBs, including Aroclor 1254, Clophen A 50, PCB-52, PCB-77, and PCB-153, do not produce any increase in the number of altered hepatic foci after treatment with the PCB congener only (reviewed in Glauert *et al.*, 2001). [Possible reasons for obtaining different results for the same PCBs included use of different doses, use of different proliferative stimuli, and different latency periods.]

Three studies have used PCBs as initiating agents in the Solt-Farber protocol to determine whether altered hepatic foci would develop. This protocol involves treatment with an initiating agent (either known or to be tested) in conjunction with a proliferative stimulus. After a recovery period (usually 2 weeks), rats are treated with 2-acetylaminofluorene (2-AAF; to inhibit cell proliferation), given either in the diet or by gavage, for 2 weeks, with a proliferative stimulus (usually an oral dose of carbon tetrachloride or partial hepatectomy) after the first week.

Hayes *et al.* (1985) assessed Aroclor 1254, a reconstituted human breast milk mixture of PCB congeners, PCB-47, PCB-52, and PCB-153, and found that none of them had initiating activity. Espandiari *et al.* (2003) examined less chlorinated PCBs, and observed that some (PCB-3, PCB-15, PCB-52, and PCB-77) increased the number of GGT-positive foci, while others did not (PCB-12 and PCB-38). A subsequent study showed that the PCB-3 metabolites 4-OH-PCB-3 and the *ortho* 3,4-quinone of PCB-3 acted as the proximate and ultimate carcinogens (Espandiari *et al.*, 2004). [Negative results obtained after the administration of PCBs could indicate lack of initiating activity, likely due to low metabolic activation, or could be caused by alteration of other components of the protocol, such as acetylaminofluorene metabolism and effects.]

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 544

### 4.4.2 Liver

Liver toxicity is commonly observed in long-term studies in rats and mice exposed to PCBs, with dose- and duration-dependent increases in the incidence, severity, and breadth of spectrum of lesions observed (Kimbrough & Linder 1974; Mayes *et al.*, 1998; NTP, 2006a, c, d, 2010). For PCB-126, PCB-118, and binary mixtures of PCB-126 with PCB-153 or PCB-118, hepatic toxicity increased with increasing dose and duration of exposure, and was characterized by increases in the incidence and severity of hepatocyte hypertrophy (most likely due to alterations in PCB-induced CYP expression), diffuse fatty changes, multinucleated hepatocytes, pigmentation (likely due to haemosiderin accumulation), inflammation, altered hepatic foci, necrosis, oval cell hyperplasia, cholangiofibrosis, bile-duct hyperplasia, bile-duct cysts, and nodular hyperplasia (NTP, 2006a, c, d, 2010).

With PCB-153, hepatocyte hypertrophy was seen after 14, 31, and 53 weeks in female rats treated with doses of up to 3 mg/kg bw by gavage; at 2 years, there were also increases in the incidence of fatty change, bile-duct hyperplasia, oval-cell hyperplasia and pigmentation (NTP, 2006b).

While none of these hepatic responses are specifically preneoplastic, cholangiofibrosis and cholangiocarcinoma represent different diagnoses along the same continuum of pathogenesis. Cholangiofibrosis was seen in the above-mentioned NTP studies of female rats treated with specific PCB congeners by gavage, in female rats fed with Aroclor 1260 (Kimbrough *et al.*, 1975), and in female rats treated with other dioxin-like compounds by gavage (NTP, 2006e, f, g). In general, the higher the dose and duration of exposure, the higher the incidence, severity, and breadth of spectrum of responses observed. The observations of biliary and hepatocellular lesions are characteristic of an initial insult and the response of the liver to repair the injury and regenerate, leading to a hepatic stem-cell response and a bifurcating lineage of subsequent pathologies of both bile-duct cells and hepatocytes.

### 4.4.3 Lung

In the long-term NTP studies in female Harlan Sprague-Dawley rats treated with PCB-126, PCB-118, PCB-118 + 126 and PCB-126 + 153 by gavage, there were clear increases in the incidence of cystic keratinizing epithelium of the lung and of squamous cell carcinoma (NTP, 2006a, c, d, 2010). The two common effects seen in PCB-treated rats were an increased incidence of alveolar epithelial bronchiolar metaplasia and of squamous metaplasia of the lung (reviewed in Sells *et al.*, 2007). Squamous metaplasia was characterized by the transition of alveolar epithelial cells to squamous metaplastic cells with distortion of the normal architecture. Keratin formation was evident and inflammation was sometimes observed. The more expansive lesions formed keratinizing cysts, which consisted of a cystic structure with a thin uniform wall composed of mature squamous cells that contained various amounts of keratin. The term "cystic keratinizing epithelioma" was used for a benign neoplasm in this family of lesions, and "squamous cell carcinoma" was used as a diagnosis for the malignant form of the lesion (Sells *et al.*, 2007). Alveolar epithelial bronchiolar metaplasia was characterized by metaplasia of alveolar epithelium to respiratory type primarily at the junction of the terminal bronchioles and along alveolar ducts. Alveolar epithelial bronchiolar metaplasia did not appear to be associated with progression to neoplasia, but may have been characteristic of increased metabolic activity in the metaplastic area (Brix *et al.*, 2004).

No pulmonary toxicity was observed in a long-term NTP study with PCB-153 in female rats (NTP, 2006b). Pulmonary toxicity was not reported in long-term bioassays with Aroclors 1016, 1242, 1254, and 1260 in CD Sprague-Dawley

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 545

rats (Mayes et al., 1998). [Differences between the studies included strain of rat used (Harlan Sprague-Dawley versus Charles River Sprague-Dawley), route of exposure (feed for Aroclors versus gavage for the PCB congeners), and use of complex mixtures (Aroclors) versus individual or binary mixtures of single PCB congeners.]

### 4.4.4 Thyroid

In long-term NTP studies of female Sprague-Dawley rats treated with PCB-126, PCB-118, PCB-126 + 118, and PCB-126 + 153 by gavage, there were increased incidences of follicular cell hypertrophy of the thyroid in the exposed groups at 14, 31, 53 weeks, and 2 years (NTP, 2006a, c, d, 2010; Yoshizawa et al., 2010). Increased incidence of follicular cell hypertrophy was also seen with PCB-153 only at 53 weeks and 2 years (NTP, 2006b).

The observation of thyroid follicular cell hypertrophy in treated rats was attributed to alterations in the expression of UDP-GT in the liver, leading to a decrease in circulating T4, disruption of thyroid-hormone homeostasis, and compensatory hypertrophy (Hill et al., 1989). [The Working Group noted that other mechanisms may be operational.] A persistent increase in the incidence of follicular cell hypertrophy has often been linked to increased incidences of follicular cell tumours of the thyroid in studies in experimental animals (see Section 3). No neoplasms were observed in treated females. Increased incidence of thyroid follicular cell tumours was seen in male CD SD rats exposed to Aroclors 1242, 1254, or 1260, although without significant increase in the incidence of thyroid follicular cell hypertrophy (Mayes et al., 1998). The morphological appearance of the thyroid tumours was characteristic of those developed as a secondary response to chronic overstimulation of TSH. [This phenomenon is more common in males than females rats due to higher circulating levels of TSH in males.]

### 4.4.5 Adrenal gland

In the long-term NTP study in female Harlan Sprague-Dawley rats treated with PCB-126 by gavage, increased incidences of adrenal atrophy and cytoplasmic vacuolization were observed in those groups in which elevated incidences of adrenal adenoma were seen (NTP, 2006a). In long-term NTP studies in female rats treated with PCB-118, increases in the incidence of adrenal atrophy and cytoplasmic vacuolization, but not adrenal adenoma, were observed (NTP, 2010). Treatment with PCB-153 or Aroclors had no effect on the adrenal gland in long-term studies in female rats (Mayes et al., 1998; NTP, 2006b).

### 4.4.6 Pancreas

A common occurrence in long-term studies with PCBs with dioxin-like activity (PCB-126, PCB-118, PCB-126 + PCB-118, and PCB-126 + PCB-153) in female rats (males were not studied) was toxicity in the pancreas (NTP, 2006a, c, d, 2010). In the NTP studies with PCB-126 and PCB-118, pancreatic acinar cytoplasmic vacuolization, atrophy, and chronic active inflammation were observed. No effect on the pancreas was seen in female rats exposed to PCB-153 at doses of up to 3 mg/kg bw per day for 2 years (NTP, 2006b). Increased incidence of acinar adenoma was observed in a long-term NTP study of PCB-126/153 in female rats, and sporadic incidences of acinar adenoma were observed in a long-term NTP study of PCB-118 in female rats, although it was uncertain whether this was a treatment-related effect (NTP, 2006c, 2010).

### 4.4.7 Female reproductive system

In the long-term NTP study of PCB-118 and PCB-153 in female Harlan Sprague-Dawley rats, there was no increase in the incidence of cystic endometrial hyperplasia of the uterus and squamous metaplasia of the uterus; the incidences of squamous metaplasia and cystic endometrial

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 546

hyperplasia in the core study groups were significantly less than the incidence in the vehicle-control group. In the PCB-118 stop-exposure group, in which exposure (to 4600 µg/kg bw) was for only 30 weeks followed by vehicle only (corn oil) for up to 2 years, the incidences of these two lesions were significantly increased compared with those in the core-study group exposed continually at 4600 µg/kg bw per day (NTP, 2006b, 2010). Accordingly, there was a significant increase in the incidence of uterine carcinoma in the stop-exposure group in which exposure was for only 30 weeks followed by vehicle only (corn oil) for up to 2 years, but not in the long-term exposure group (see Section 3.1.1). While the mechanism was not known, it was speculated that exposure to PCB-118 for the first 30 weeks led to the early development of responsive uterine carcinoma, and that the subsequent cessation of exposure reestablished a normal estrogenic milieu that promoted the development of these uterine neoplasms, which would otherwise have been suppressed if exposure had been continued for the full 2 years (Yoshizawa et al., 2009).

In the 2-year NTP study with PCB-153 in female Harlan Sprague-Dawley rats, there was a significant increase in the incidence of chronic active inflammation of the ovary; however, there was no increase in the incidence of ovarian tumours (NTP, 2006b).

### 4.4.8 Skin

Chloracne and other dermal alterations are well known effects of long-term exposure to PCBs and related compounds (ATSDR, 2000). These effects have been reported in workers exposed occupationally to PCBs, and also in individuals exposed by accidental ingestion of rice oil contaminated with high concentrations of PCBs (Yusho and Yucheng), and in rhesus monkeys fed a diet containing Aroclor 1248. Chloracne is probably caused by interference of PCBs with the metabolism of vitamin A in the skin, resulting in disturbances of the epithelial tissues of the pilo-sebaceous duct (Coenraads et al., 1994).

(a) Human exposure

(i) Occupational exposure

Chloracne is the most easily recognized effect of exposure to PCBs and structurally related chlorinated organic chemicals (Rice & Cohen, 1996). Chloracne first develops on the face, under the eyes and behind the ears, but severe chloracne can cover the entire body. Histologically, the lesions consist of keratinous cysts caused by squamous metaplasia of sebaceous glands. The acute stage is followed by vermiculite skin atrophy. Mild to moderate chloracne was observed in 7 out of 14 workers exposed to Aroclors (formulation not specified) at 0.1 mg/m³ for an average duration of 14.3 months (Meigs et al., 1954). [Because PCBs were used as a heat-exchange material, it is possible that these workers were exposed to pyrolysis products.] Three cases of chloracne occurred among autoclave operators (number not specified) exposed to Aroclor 1254 at 5.2–6.8 mg/m³ for 4–7 months (Bertazzi et al., 1987). [The presence of pyrolysis products may have been a confounding factor.] In 1977, four more cases of chloracne were diagnosed among 67 workers from the same plant who were engaged in impregnating capacitors with Pyralene 3010 (0.048–0.275 mg/m³) and had skin contact confirmed as a major exposure route. An increased incidence of non-adolescent acneiform eruptions was reported in workers exposed to various Aroclors at mean concentrations of 0.007–11 mg/m³ for > 5 years; 40% of the workers had been exposed for > 20 years (Fischbein et al. 1979, 1982). Maroni et al. (1981a, b) reported ten cases of acne and/or folliculitis and five cases of dermatitis among 80 capacitor-manufacturing workers in Italy. All the workers with chloracne were employed in jobs with high exposure. Their blood PCB concentrations ranged from 300 to 500 µg/L. No definite association was found

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 547

between chloracne and blood PCB concentrations. Other dermal effects reported in workers included skin rashes, pigmentation, disturbances of skin and nails, erythema and thickening of the skin, and burning sensations (Ouw *et al.*, 1976; Fischbein *et al.*, 1979, 1982; Smith *et al.*, 1982). In these studies, the workers were exposed to various Aroclors at concentrations as low as 0.003 mg/m³ for > 5 years. In those studies that looked at PCB profile of exposure, statistically significant associations between dermatological effects and plasma concentrations of more highly chlorinated PCB congeners were reported (Fischbein *et al.*, 1979, 1982; Smith *et al.*, 1982), while no relationships were found between the incidence of skin rash or dermatitis, and plasma concentrations of less chlorinated PCBs (Smith *et al.*, 1982).

### (ii)   Accidental exposure

Skin effects were widely reported among victims of the Yusho and Yucheng poisoning episodes (Lü & Wu, 1985; Kuratsune, 1989; Rogan, 1989; Guo *et al.*, 1999). However, these effects could not be attributed solely to exposure to PCBs, since the victims were also exposed to PCDFs and other chlorinated chemicals (ATSDR, 1994). Characteristic skin changes included marked enlargement, elevation and keratotic plugging of follicular orifices, comedo formation, acneform eruptions, hyperpigmentation, hyperkeratosis, and deformed nails. Dark-coloured pigmentation frequently occurred in the gingival and buccal mucosa, lips, and nails, and improved only gradually in most patients (Kuratsune *et al.*, 1971; Fu, 1984; Lü & Wu, 1985; Kuratsune, 1989; Rogan, 1989). At 14 years after the Yucheng incident, exposed men and women had a higher lifetime prevalence of chloracne, abnormal nails, hyperkeratosis, and gum pigmentation (Guo *et al.*, 1999). Skin lesions were commonly observed in children born to mothers exposed during the Yusho or Yucheng incidents (Gladen *et al.*, 1990).

### (b)   Experimental systems

#### (i)   Animal studies in vivo

Female rhesus monkeys fed diets containing Aroclor 1248 at concentrations of 2.5 and 5.0 ppm developed facial oedema, swollen eyelids, erythema, loss of hair, and acne, within 2 months. After 6 months, the monkeys were bred with control males. In the seven offspring carried to term, and exposed for 4 months to PCBs via the lactating mother, focal areas of hyperpigmentation and acneiform lesions of the face developed within 2 months, and were accompanied by increased skin PCB concentrations (Allen & Norback, 1976).

Developing *Xenopus laevis* tadpoles were exposed to Aroclor 1254 at concentrations of 0 to 100 µg/mL from day 5 to day 9 after fertilization. Exposure at the higher concentrations (10, 50, and 100 µg/mL) caused statistically significant reductions in survival and body size, and resulted in histological abnormalities, including aberrant tail-tips, and aberrant myotomal and melanocyte morphologies; tadpoles treated with Aroclor 1254 were devoid of dendritic arborizations, resulting in decrease in total melanocyte area (Fisher *et al.*, 2003).

#### (ii)   Human cells in vitro

Only two studies were available on the molecular effects of PCBs in human skin cells. Exposure of normal human melanocytes to TCDD resulted in activation of the AhR signalling pathway, AhR-dependent induction of tyrosinase, and consequently, elevated total melanin content. These effects were due to the induction of tyrosinase and tyrosinase-related protein 2-gene expression. Thus AhR is able to modulate melanogenesis by controlling the expression of melanogenic genes (Luecke *et al.*, 2010).

Exposure of human skin keratinocytes to a synthetic mixture of volatile PCBs, or the common airborne congeners PCB-28 or PCB-52

385

led to significant inhibition of telomerase activity and reduced telomere length. All PCBs decreased cell proliferation, and PCB-52 produced a small increase in the fraction of cells arrested in G0/G1 of the cell cycle. Changes in telomere length and telomerase activity are hallmarks of ageing and carcinogenesis; these effects suggested a potential mechanism by which exposure to PCBs could lead to skin cancer (Senthilkumar et al., 2011).

## 4.5  Susceptibility

### 4.5.1  Genetic polymorphisms

Single nucleotide polymorphisms in the genes for metabolizing enzymes or receptors can potentially affect expression or inducibility (if these polymorphisms were in the promoter region of the gene), and stability or function of the protein (if they were in the coding region). The individual response to carcinogens may be influenced by polymorphisms in genes for metabolizing enzymes, including xenobiotic- and steroid-metabolizing CYP, GST, catechol O-methyltransferase (COMT), and others (Singh et al., 2008); receptors that control expression of metabolizing enzymes such as AhR (Ng et al., 2010) and the AhR repressor (Hung et al., 2013); and receptors that interact with endogenous molecules such as steroid hormones.

### (a)  Metabolizing genes

As discussed in Section 4.1.3, CYP plays an important role in PCB metabolism. Knowledge of the particular CYP isoform most likely to bind and/or metabolize a PCB congener is important in evaluating risk from exposure to this congener. Many human CYP isoforms exhibit pharmacogenetic polymorphisms, which can affect expression levels, catalytic activity per unit enzyme with particular substrates, or both parameters (Ingelman-Sundberg et al., 2007). Variations in activity due to polymorphism could lead to inter-individual differences in the capacity to metabolize particular congeners. If metabolism of the congener produced genotoxic metabolites, such as arene oxides, quinones, or reactive oxygen species through the action of CYP, this could mean that greater amounts of these potential carcinogens would be formed in some individuals with increased metabolic activity. Alternatively, people with a lower metabolic activity for some PCBs could accumulate greater amounts of those PCBs, if continually exposed. Both scenarios could lead to increased risk of cancer, through several mechanisms.

### (i)  Cancer of the breast

Epidemiological studies have provided evidence for increased risk of cancer of the breast in women with a particular genetic polymorphism in the CYP1A1 gene and high serum PCB concentrations (Moysich et al., 1999; Laden et al., 2002; Charlier et al., 2004; Zhang et al., 2004; Li et al., 2005). In the variant form, CYP1A1*2C, also called the m2 variant, has valine substituted for isoleucine at position 462 near the C terminus of the protein (Persson et al., 1997). This variant is found in 10–15% of the white population and in a larger proportion of African-Americans (reviewed in Brody et al., 2007). Persson et al. (1997) reported that the activity per unit enzyme of this variant, measured in vitro, was similar to that of wildtype CYP1A1. Polymorphisms in AhR, or its repressor, that influence the expression of CYP1A1 may be more important than CYP1A1 genotype in determining the in-vivo activity of CYP1A1 (Smart & Daly, 2000; Hung et al., 2013).

Among postmenopausal patients with cancer of the breast in western New York state, USA, the incidence of cancer of the breast was higher in women with total PCB concentrations (73 congeners) of 3.73–19.04 ng/g of serum and the CYP1A1*2C polymorphism than in women with lower PCB concentrations or wildtype CYP1A1 (Moysich et al., 1999). In a study of Caucasian women in Connecticut, USA, in which serum

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 549

concentrations of PCB-74, PCB-118, PCB-138, PCB-153, PCB-156, PCB-170, PCB-180, PCB-183, and PCB-187 were measured, cancer of the breast was more prevalent in postmenopausal women with lipid-adjusted serum concentrations of 611–2600 ng/g and the *CYP1A1*2C* polymorphism than in controls (Zhang *et al.*, 2004). If the *CYP1A1* polymorphism was absent (homozygous wildtype alleles), there was no effect of serum PCB concentration on incidence of cancer of the breast. An epidemiological study of African-American and white women in North Carolina, USA, examined lipid-adjusted total plasma PCB concentrations, *CYP1A1* polymorphism, and risk of cancer of the breast (Li *et al.*, 2005). Although results were not conclusive due to small sample size, premenopausal white women with cancer of the breast were more likely to have total PCB concentration > 0.35 ng/mL serum and the *CYP1A1*2C* polymorphism than were controls, while there was no relationship between cancer of the breast in women with total PCB concentration < 0.35 ng/mL serum or lacking this polymorphism. In the African-American women, total PCB concentrations were somewhat higher (≥ 0.430 ng/mL), and the *CYP1A1*3* polymorphism was more prevalent in pre- and postmenopausal patients with cancer of the breast (Li *et al.*, 2005).

Another study found a non-significantly elevated risk of cancer of the breast among women with the CYP1A1-m1 variant and high serum PCB concentrations (McCready *et al.*, 2004).

### (ii)    Cancer of the testis

Data from 568 cases of testicular cancer and 698 controls enrolled in the United States Servicemen's Testicular Tumor Environmental and Endocrine Determinants Study were used to examine associations between testicular germ cell tumours (TGCT) and exposure to PCBs, as affected by polymorphisms in several hormone-metabolizing genes, i.e. *CYP17A1*,

*CYP1A1*, *HSD17B1*, *HSD17B4* and androgen receptor. Among these, the polymorphism rs384346 in *HSD17B4* modified the association of TGCT risk with PCB-118 and PCB-138 concentrations. Among men who were homozygous for the major allele genotype, there was a statistically significant dose-dependent reduction in risk (*P* for trend < 0.001) with higher exposure to PCB-118 and PCB-138. Men in the highest quartile of PCB-118 exposure had an almost 50% reduction in risk of TGCT (OR, 0.46, 95% CI, 0.31–0.70) compared with men in the lowest quartile; similar results were seen for PCB-138. For any minor allele of this *HSD17B4* polymorphism, there were no associations between PCB-118 and PCB-138 concentrations and risk of TGCT. No interactions between other PCB congeners of interest (PCB-153, PCB-156, PCB-163, PCB-170, PCB-180, and PCB-187) and enzyme polymorphism were observed (Chia *et al.*, 2010).

### (b)    Polymorphisms in other genes

Among highly exposed Yucheng patients, combined *CYP1A1-Msp1* mutant genotype and *GSTM1-null* genotype were associated with an increased risk of chloracne (OR, 2.8; 95% CI, 1.1–7.6). Among intermediately exposed individuals, the *GSTM1-null* genotype was associated with skin allergy (Tsai *et al.*, 2006).

Patients with non-Hodgkin lymphoma and PCB-118 concentrations in the highest quartile (> 12.85–202.13 µg/L plasma) were more likely to have a polymorphic variant of AhR (IVS + 4640 null; G/G genotype) than controls, although the effect was not strong and was also related to highest levels of oxychlordane and *trans*-nonachlor (Ng *et al.*, 2010).

Among women with cancer of the breast who carried a variant of the tumour-suppressor gene *TP53*, total PCB exposure in the highest quartile was associated with an increased risk of cancer of the breast, but this was not statistically significant (OR, 3.0; 95% CI, 0.66–13.62) (Høyer *et al.*, 2002).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 550

## 4.5.2 Exposure in utero, postnatally, and of children

PCBs can pass through the placenta during embryonic development and accumulate in breast milk. In addition, compared with adults, children have a lower barrier to absorption through the skin, gastrointestinal tract and lungs, and lower levels of detoxifying enzymes (Lindström et al., 1995). A combination of all these factors leads to a higher accumulation of PCBs in children.

### (a) Toxicokinetics and distribution in tissues

#### (i) Children

Grandjean et al. (2008) studied the elimination kinetics of PCBs in two groups of children with elevated PCB concentrations due to breastfeeding. Children were followed from age 4.5 to 7.3 years (99 subjects) and 7 to 14 years (101 subjects). Subjects with exposures above the median and in the highest quartile showed half-lives of about 3–4 years for PCB-138; 4.5–5.5 years for PCB-105 and PCB-118; 6.5–7.5 years for PCBs 156, 170 and 187; and 7–9 years for PCBs 153 and 180. The longest half-lives correspond to elimination of the parent PCB solely with a daily fat excretion rate of 1–2 g, while shorter half-lives assume metabolic break-down.

Scheele et al. (1992) measured the concentrations of PCB-138, PCB-153, and PCB-180 in bone marrow (collected during routine bone-marrow aspiration) of 38 children with leukaemia and 15 control children (nine had idiopathic thrombocytopenia and six were bone-marrow donors). Most of the samples were pooled to ensure sufficient volume for analysis. Total PCB concentrations were determined on the basis of congeners PCB-138 + PCB-153 + PCB-180 and multiplied by 1.7 (Deutsche Forschungsgemeinschaft, 1988). The mean and median concentrations of total PCBs in bone marrow of children were 3.6 mg/kg fat basis and 2.9 mg/kg, respectively. PCB concentrations in bone marrow were two- to threefold those in fat tissue. [The reason for

the high affinity of bone marrow for PCBs was not clear. It is possible that genetic factors may play a role.] There were no significant differences in PCB concentrations between the group of children with leukaemia and the control group. [The Working Group noted that the authors did not report whether parental smoking, an important confounding factor, was accounted for in their statistical analysis.]

A study in 360 schoolchildren (a subgroup of the Hesse, Germany cohort) in 1995 (Karmaus et al., 2001a, b) focused on the potential of early childhood factors such as breastfeeding, parity, and parental smoking to contribute to the variety of effects observed with exposure to organochlorine compounds including PCBs, at approximately age 7 years. Concentrations of PCBs (sum of congeners PCB-101, PCB-118, PCB-138, PCB-153, PCB-170, PCB-180, PCB-183, and PCB-187) were determined in whole blood. A significant dose–dependent relationship ($P < 0.0001$) existed between the duration of breastfeeding (none, 1–4 weeks, 5–8 weeks, 9–12 weeks, > 12 weeks) and the sum of PCB concentrations. Of all the potential factors analysed, breastfeeding accounted for most of the variance in PCB concentrations. Exclusive breastfeeding beyond 12 weeks was associated with a doubling of PCB concentrations in whole blood compared with bottle-fed children (sum of PCBs, 0.25 µg/L versus 0.55 µg/L).

#### (ii) Experimental animals

Sixteen (eight/group) adult female rhesus monkeys were exposed to diets containing Aroclor 1248 at 2.5 or 5.0 ppm for approximately 1.5 years (Allen & Barsotti, 1976). Six out of the eight monkeys treated with Aroclor 1248 at 5.0 ppm, and eight out of the eight monkeys at 2.5 ppm were successfully bred after 6 months of exposure. One live infant was born to dams exposed at 5.0 ppm, and five infants were born to monkeys at 2.5 ppm. Infants were permitted to nurse with their mothers. All six surviving infants had PCBs

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 551

in their tissues at birth: PCB concentrations in skin biopsies (epidermis, dermis and the attached underlying subcutaneous tissue) ranged from 1.0 to 4.8 µg per g of tissue. By the third month, skin PCB concentrations ranged from 86.4 to 136.8 µg per g of tissue. The infant that died after 239 days had PCB concentrations of more than 20 µg per g in seven organs (adrenal gland, cerebrum, kidney, muscle, pancreas, testes, thymus). In the two infants that survived for shorter periods, this PCB concentration was exceeded only in three tissues (bone marrow, lung, thymus) in one infant and two tissues (bone marrow, pancreas) in the other.

Female rhesus monkeys were fed a daily dose of Aroclor 1254 (0, 5, 20, 40 or 80 µg/kg bw) for approximately 6 years (Arnold et al., 1993, 1995; Mes et al., 1994, 1995a). Blood and adipose tissue from offsprings exposed in utero/during lactation who had nursed for 22 weeks were analysed for PCB content at 120 weeks after birth. PCB concentrations in the adult monkeys increased with their dosage. Tissues of live infants of dosed dams contained more PCBs than those of infants of control dams, and less PCBs than those of still-born infants. Also, offspring with higher PCB concentrations showed a marked shift from tetra- and hexachlorobiphenyls to penta- and heptachlorobiphenyls. The PCB distribution pattern in tissues from a dosed mother–infant pair differed considerably. A larger percentage of heptachlorobiphenyls was found in the infant than in its dam (Mes et al., 1995a). Depletion studies revealed that PCB concentrations in the blood of exposed infants declined rapidly after weaning due to growth dilution and approached maternal levels within 40–50 weeks. Approximately 100 weeks after weaning, PCB concentrations in adipose tissue of infants from treated dams reached levels of those in the control group (Mes et al., 1994).

Male Swiss mice aged 8 days were given a single intraperitoneal injection of a mixture of PCB-99, PCB-105, PCB-118, PCB-128, PCB-138, PCB-153, PCB-156, PCB-170, and PCB-180 at 500 mg/kg bw (Anderson et al., 1993). Groups of 25 mice were killed at 1 and 7 days, and at 8, 12, and 16 weeks after treatment. Congeners in group 1 (PCB-99, PCB-105, PCB-118, PCB-128) were eliminated from the body more rapidly than congeners in group 2 (PCB-138, PCB-153, PCB-156, PCB-170, PCB-180). PCB concentration in the carcass (adipose compartment) was the most predictable finding, since the congeners behaved similarly within each group. In contrast, in lung, after a rapid loss during the first week, all congeners except PCB-153 were retained and decreased in amount only as a function of dilution due to growth. Congeners PCB-105 and PCB-138 were present at higher proportions in the lung than in the carcass. In the liver, retention of all congeners was observed during the prepubertal growth phase, with specific enrichment of PCB-105, followed by more rapid depletion of certain congeners (Anderson et al., 1993).

### (b)    Effect on gene expression

Dutta et al. (2012) used microarray-based differential gene expression analysis of a group of children (mean age, 46.1 months) of central European descent (Slovak Republic) to study the impact of PCBs on different cellular pathways and to explain their possible mode of action. The subset of children having high blood PCB concentrations (> 75th percentile) was compared with their low PCB counterparts (< 25th percentile), with mean lipid-adjusted PCB concentrations of $3.02 \pm 1.3$ and $0.06 \pm 0.03$ ng/mg of serum lipid, respectively. A set of 162 genes with statistically significant differential expression ($P < 10^{-5}$) between groups with high and low PCB concentration was identified. Analyses using the IPA tool indicated that cell–cell signalling and interactions, cellular movement, cell signalling, molecular transport, and vitamin and mineral metabolism were the major molecular and cellular functions associated with the genes differentially expressed in children with high PCB concentrations. Furthermore, the

389

differential gene expression appeared to play a pivotal role in the development of probable diseases and disorders, including cardiovascular disease and cancer. The analyses also pointed out possible organ-specific effects, e.g. cardiotoxicity, hepatotoxicity and nephrotoxicity in the children exposed to high concentrations of PCBs. Expression levels of *BCL2*, paraoxonase 1 (*PON1*), interleukin *IL1F7*, *IL23A* and integrin β 1 (*ITGB1*) were significantly altered in these children; more specifically, *BCL2* and *ITGB1* were downregulated, while *IL1F7*, *PON1*, and *IL23A* were upregulated.

(c)    *Enzymatic effects in feto-placental unit, and fetal and neonatal liver*

Alvares & Kappas (1975) investigated the induction of aryl hydrocarbon hydroxylase (Ahh) by PCBs in the feto-placental unit, fetal livers and neonatal livers during lactation. For the in-utero exposure protocol, pregnant Sprague-Dawley rats were injected intraperitoneally with Aroclor 1254 (25 mg/kg bw per day) for 6 days, and killed 24 hours later on day 20 of gestation. For the lactation experiments, untreated mothers were injected intraperitoneally with Aroclor 1254 (25 mg/kg bw per day) for 6 days starting on day 2 postpartum; the offspring of these dams were killed on day 8 postpartum.

PCBs caused a 10-fold induction in Ahh activity in the placenta, but only a threefold induction in the fetal livers. Ahh activity in placentas of untreated rats was markedly lower than that observed in the fetal liver of the same rats. In the liver of neonates whose mothers were treated with Aroclor 1254 postpartum (infants exposed through lactation), there was an 18-fold increase in Ahh activity, a threefold increase in CYP content, and a twofold increase in *N*-demethylase activity. Thus Aroclor 1254 was a more potent inducer of Ahh activity in placenta and liver when exposure occurred through lactation than through in-utero exposure when administered to pregnant rats.

## 4.6    Mechanistic considerations

The group of PCBs comprises 209 individual congeners with widely different physical and chemical properties. The number of chlorine atoms on the two phenyl rings and their relative positions determine the biological and toxicological attributes of each congener. Some PCBs are susceptible to metabolic conversion, which may give rise to a series of metabolites, each with its own profile of biological and toxicological activities. In this section, various mechanisms of carcinogenesis will be identified and summarized for specific subgroups of PCBs and their metabolites.

### 4.6.1    Metabolic activation and genotoxicity of PCBs and their metabolites

(a)    *Metabolism leading to formation of electrophiles*

The 209 PCB congeners vary greatly in their susceptibility to metabolic attack, with less chlorinated biphenyls being much more susceptible. The first metabolic step is mono-oxygenation, which leads to the formation of hydroxylated metabolites, a reaction that is mediated by enzymes of the CYP super-family. There are 837 possible mono-hydroxylated products (Rayne & Forest, 2010; Grimm *et al.*, 2015). Depending on the number of chlorines present, the arene oxide may emerge as a highly reactive, electrophilic species: the lower the number of chlorines, the more reactive the arene oxide.

Mono-hydroxylated PCBs may undergo a second hydroxylation, producing a dihydroxylated PCB derivative, either as catechol (hydroxyl groups in the *ortho* configuration) or as hydroquinone (hydroxyl groups in the *para* configuration) (McLean *et al.*, 1996a). The formation of dihydroxylated PCBs is catalysed primarily by CYP enzymes. PCB catechols and hydroquinones may then be oxidized by peroxidases, prostaglandin synthase, and probably other enzymes,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 553

giving rise to the formation of highly reactive electrophilic PCB quinones (Amaro *et al.*, 1996; Oakley *et al.*, 1996a; Wangpradit *et al.*, 2009).

The oxygenated PCB intermediates and metabolites, i.e. the arene oxides and the quinones, are probably the most relevant to PCB-induced carcinogenesis, but many other metabolites may also be formed. For example, OH-PCBs are substrates for glucuronidation (Tampal *et al.*, 2002) and sulfation (Liu *et al.*, 2006, 2009; Ekuase *et al.*, 2011). All electrophilic PCB metabolites with elevated chemical reactivity, however, should be regarded as probable cancer initiators.

*(b)    Binding to DNA and protein*

Covalent binding to cellular macromolecules (adduct formation) has been observed in mice treated with radiolabelled PCB-153 and PCB-136, the binding of the latter decreasing in the order RNA > protein > DNA (Morales & Matthews, 1979). Formation of protein and DNA adducts was observed in vitro with PCB-3 and the tetra-chlorinated congeners PCB-47, PCB-49, PCB-52, and PCB-77 (Wyndham *et al.*, 1976; Shimada & Sawabe, 1984). DNA-adduct formation was also observed with a series of 15 mono- and dichlorinated PCBs, with but not without activation by microsomes, horseradish peroxidase and hydrogen peroxide (McLean *et al.*, 1996b). This suggested that quinones were the ultimate genotoxic agents. Indeed, tests with synthetic quinones of less chlorinated PCBs confirmed the extensive DNA-adduct formation, particularly with deoxyguanosine (Oakley *et al.*, 1996a; Zhao *et al.*, 2004).

These experiments indicated that PCBs require CYP-mediated metabolic activation, that a lower degree of chlorination favours bioactivation, that an arene oxide intermediate and/or possibly a semiquinone or quinone is the ultimate DNA-binding species, and that guanine is the major target site in DNA. Apart from binding to DNA, PCB quinones also bind

cellular proteins, preferably, but not exclusively, to cysteine (Amaro *et al.*, 1996; Srinivasan *et al.*, 2002; Bender *et al.*, 2006).

*(c)    Indirect genotoxicity: metabolism-associated generation of ROS*

The arene oxides and quinones are probably the metabolites with most relevance to the cancer-initiating activity of PCBs, since they can be regarded as direct-acting genotoxic intermediates. In addition, dihydroxylated PCBs and their corresponding PCB quinones may undergo redox cycling, thereby generating ROS, which are considered to be active in the initiation, promotion, and progression of cancer. For example, ROS formed during auto-oxidation of a PCB hydroquinone may give rise to oxidative DNA damage, e.g. 8-OHdG. Mutations induced by these lesions may lead to activation of oncogenes or inhibition of tumour-suppressor genes, thus contributing to the carcinogenic potential of PCBs (Amaro *et al.*, 1996; Oakley *et al.*, 1996a). Formation of ROS may also induce DNA strand breaks (Srinivasan *et al.*, 2001).

*(d)    Mutagenic effects*

PCB-3, 4-OH-PCB-3, and two hydroquinones of PCB-3 were tested for mutagenicity in Big Blue® rats and in Chinese hamster V79 cells. These results demonstrated that monochlorinated PCBs are mutagenic in vivo in the target organ, the liver, and studies in vitro suggested that metabolic activation to electrophilic and mutagenic species plays a crucial role. Although the ultimate mutagenic metabolite (*ortho-* or *para-*quinone, or epoxide or other metabolite) could not be deduced with certainty, the evidence pointed towards adduct formation by a quinone, or quinone-induced redox cycling as the mode of action.

Apart from gene mutations, other forms of genotoxicity observed after exposure to PCBs included the induction of DNA strand breaks, and anomalous segregation of chromosomes.

391

Elevated concentrations of mono- and dihydroxylated metabolites of PCB-3 were shown to induce these types of lesions in vitro (Zettner et al., 2007; Flor & Ludewig, 2010).

With regard to the PCB congeners considered to act primarily through *trans*-activation of nuclear receptors, the available data provided little evidence regarding genotoxicity (see Section 4.2).

### (e)   Cancer initiation and promotion

The ability of commercial PCB mixtures and individual PCB congeners to initiate and/or promote neoplastic lesions has been studied in rodent two-stage models of liver carcinogenesis. Aroclor 1254, which contains mainly tetra- and pentachlorobiphenyls, acted as a weak tumour initiator in the mouse two-stage model of skin carcinogenesis (DiGiovanni et al., 1977). In contrast, when tested using the Solt-Farber protocol, Aroclor 1254 and the PCB-153, PCB-52, and PCB-47 did not produce a positive response in male F344 rats (Hayes et al., 1985). No nodules were apparent in animals receiving PCB-12 (dichloro-) or PCB-138 (trichloro-) as initiator, while PCB-3 (mono-chlorinated) induced clearly visible nodules in 50% of the exposed rats (Espandiari et al., 2003). Thus less chlorinated PCBs seem to be able to initiate hepatocarcinogenesis in the rat, but in view of the small number of congeners tested, a clear structure–activity relationship could not be established.

A series of synthetic oxygenated metabolites of PCB-3 were studied with respect to focus formation in rat liver. Test compounds included the 2-OH-, 3-OH-, 4-OH-, 2,3-dihydroxyl-, 3,4-dihydroxyl-, 2,5-dihydroxyl-, 2,3-quinone, 3,4-quinone, and 2,5-quinone metabolites of PCB-3. The 4-OH- and 3,4-quinone metabolites significantly increased focus number and focus volume, while none of the other metabolites had a significant effect on either parameter (Espandiari et al., 2004, 2005). The 3,4-*ortho*-quinone of PCB-3 was the initiating metabolite, and that PCB-3 is metabolized in rat liver in vivo to yield this ultimate carcinogenic species.

### (f)   Direct and indirect endocrine disruption

After the liver, the thyroid gland is the second major target of the toxicity of PCBs. In rats, exposure to PCBs produced an increase in the mass and/or volume of the thyroid gland, and in the number of thyroid neoplasms (Mayes et al., 1998). Both these changes may be linked to the PCB-driven reduction in serum T4 concentrations, a commonly measured effect of PCBs (Knerr & Schrenk, 2006; Pearce & Braverman, 2009). Suggested mechanisms include: (a) PCB-induced alterations in the structure and function of the thyroid gland; (b) PCB-induced alterations in thyroid-hormone metabolism, biliary excretion of T4-glucuronide (Martin et al., 2012), and effects on de-iodonase activity; and (c) interference with the transport of T4. OH-PCBs are competitors for the T4-binding site in the transport protein TTR (Brouwer et al., 1998; Gutleb et al., 2010), with binding affinities up to an order of magnitude stronger than that of the natural ligand, T4 (Chauhan et al., 2000). The sulfate conjugates of OH-PCBs also bind to TTR, with affinities similar to that of T4 (Grimm et al., 2012).

Circulating steroid and thyroid hormones are sulfated by sulfotransferases, which is an important feature of their homeostatic control. Since OH-PCBs are both substrates and inhibitors of these enzymes, they may directly influence the circulating levels of steroids and thyroid hormones by affecting the rates of sulfation (Schuur et al., 1998b, c; Kester et al., 2000; Liu et al., 2009; Ekuase et al., 2011).

OH-PCBs have both estrogenic and anti-estrogenic properties (see Section 4.3.3).

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 555

### 4.6.2 Receptor-driven effects of PCBs and their metabolites

PCBs and their metabolites may bind to and activate a wide range of cellular receptors, as illustrated in Table 4.8. Activation of AhR, CAR, and other receptors results in extensive modulation of expression of genes involved in cell-cycle control, cell proliferation, apoptosis, cell–cell communication, cell adhesion and migration, the pro-inflammatory response, and endogenous metabolism. Deregulation of those processes is directly associated with carcinogenesis, i.e. tumour promotion and progression (see Sections 4.3.1 and 4.3.2). The most significant events include modulation of cell proliferation, suppression of apoptosis (i.e. survival of initiated cells), impaired plasma-membrane function and plasma membrane-mediated signal transduction (i.e. modulation of cell plasticity, cell–cell communication, adhesion and migration) and induction of proinflammatory mediators. In part, induction of cell proliferation may be a consequence of cytotoxicity and tissue injury – after biotransformation processes, oxidative stress, etc. – and is considered regenerative cell proliferation (see Section 4.3.2).

In addition, disruption of endocrine function, due to interaction of PCBs or their metabolites with steroid and thyroid hormone receptors and serum proteins, or as a result of changes in biosynthesis and catabolism of steroids, may be linked to cancer development in hormone target tissues (see Section 4.3.3). Receptor-mediated gene expression is also linked to induction of proinflammatory processes and immunotoxic effects (see Sections 4.3.4 and 4.3.5).

#### (a)    Induction of xenobiotic metabolism

Many highly chlorinated PCB congeners are potent inducers of enzymes involved in the metabolism of xenobiotics (Parkinson et al., 1983) via binding to AhR (Bandiera et al., 1982). Efficient induction has been reported of a wide spectrum of enzymes, notably certain CYP-dependent mono-oxygenases of the CYP1A subfamily, as well as CYP2Bs and microsomal epoxide hydrolase (Parkinson et al., 1983), glutathione transferases, and UDP-glucuronosyl transferases (for a review, see Parkinson et al., 1980).

Individual PCB congeners that showed the strongest binding to the AhR were identified as those in which the chlorines are in the *meta* and *para* positions of the phenyl rings in the absence of *ortho* chlorines (see Section 1.1.1). These PCBs are referred to as "coplanar" or "dioxin-like," typical examples being PCB-77, PCB-126, and PCB-169. Other PCBs, characterized by substitution in the *ortho* and *para* positions of the phenyl rings (e.g. PCB-153), activate CAR. PCBs in this group induce CYP2B1/2 and other enzymes, and as such resemble the drug phenobarbital (Parkinson et al., 1983). Many PCBs that activate CAR also activate the pregnane X receptor (Holsapple et al., 2006). PCBs that have one chlorine in the *ortho* position may be mixed-type inducers of CYPs, for example PCB-118, which induces members of the CYP1A and the CYP2B subfamilies.

Exposure to PCBs may alter the metabolic status in the liver, which will change the metabolism of endogenous or other exogenous compounds. For example, PCBs induce CYPs in the liver, which may redirect the metabolism of endogenous estrogen to more harmful estrogen catechols (Ho et al., 2008), or generate ROS that produce estrogen quinones (Brown et al., 2007).

#### (b)    Immunomodulation

The biochemical events leading to the observed PCB-induced immunomodulation have not been completely elucidated. Studies on structure–activity relationships, and structure–toxicity relationships have demonstrated that some of the PCBs share a common mechanism of action with other structurally related halogenated aromatic hydrocarbons such as dioxins and dibenzofurans (Safe, 1990). These studies

393

**Table 4.8 PCBs and metabolites as ligands for cellular and nuclear receptors**

| Receptor | | Ligands | Gene or function affected | References |
|---|---|---|---|---|
| AhR | Aryl hydrocarbon | Coplanar, *meta-*, *para-*PCBs | CYP1A activation | Bandiera et al. (1982) |
| CAR | Constitutive androstane receptor | *Ortho-*, *para-*PCBs | CYP2B activation | Denomme et al. (1983), Al-Salman & Plant (2012) |
| PXR | Pregnane X receptor | Multi-*ortho-*PCBs, PCB-47, PCB-184; PCB-138, PCB-153, PCB-180, PCB-194 | CYP3A activation | Schuetz et al. (1998), Al-Salman & Plant (2012) |
| PPAR | Peroxisome proliferator receptor | Coplanar, *meta-*, *para-*PCBs | CYP4A, repression | Hennig et al. (2005), Robertson et al. (2007) |
| RyR | Ryanodine receptor | Non-dioxin-like-PCBs (optimal configuration, multi-*ortho*, *para-*PCBs), OH-PCBs, catechols, MeSO₂-PCBs | Ca²⁺-channel | Pessah et al. (2006) |
| ER | Estrogen receptor | Multi-*ortho-*PCBs, OH-PCBs | Agonism and antagonism | Connor et al. (1997), Arcaro et al. (1999), Bonefield-Jørgensen et al. (2001), Pliskova et al. (2005), Hamers et al. (2011) |
| AR | Androgen receptor | Multi-*ortho-*PCBs | Antagonism | Portigal et al. (2002), Fang et al. (2003), Schrader & Cooke (2003), Hamers et al. (2011) |
| PR | Progesterone receptor | OH-PCBs | Antagonism | Connor et al. (1997) |
| TH | Thyroid hormone | PCBs, OH-PCBs | Disruption of thyroid receptor-dependent gene expression | Gauger et al. (2004), Miyazaki et al. (2004) |
| DAT or VMAT | Dopamine active transporter or vesicular monoamine transporters | Coplanar and multi-*ortho-*PCBs | Decrease or increase in dopamine levels | Bemis & Seegal (2004), Richardson & Miller (2004), Seegal et al. (2005) |
| GR | Glucocorticoid receptor | MeSO₂-PCBs, OH-PCBs, PCB-28, PCB-153, PCB-118 | Competitive antagonism | Johansson et al. (1998), Bovee et al. (2011), Antunes-Fernandes et al. (2011) |

MeSO₂-PCB, methyl sulfonyl PCB; OH-PCB, hydroxylated PCB; PCB, polychlorinated biphenyl
Adapted from Ludewig et al. (2007)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 557

indicated that certain immunotoxic effects seen with dioxin-like PCB congeners depend on the presence of AhR, which regulates the synthesis of a variety of proteins (Safe, 1990). AhR is present in several tissues and cells of the immune system as shown in rodents (e.g. Mason & Okey, 1982), in non-human primates (Van Der Burght et al., 1998) and in humans (Hakkola et al., 1997).

AhR is present in several tissues and cells of the immune system in animals and in humans. Binding of PCBs to AhR is a prerequisite for some of the immunotoxic effects of the DL-PCBs (reviewed in Silkworth et al., 1984; Safe, 1990). TEFs were calculated for individual PCB congeners and several commercial PCB products, based on the suppression of the response in a challenge test against sheep erythrocytes (SRBC) – a parameter predictive of effects on humoral immunity (Davis & Safe, 1989, 1990). Highly chlorinated commercial PCB products, including Aroclors 1260, 1254, and 1248 have higher TEFs, while lower TEFs were calculated for the less chlorinated Aroclors 1242, 1016, and 1232.

Clearly some PCBs produce their immunotoxic effects by binding to AhR present in tissues and cells of the immune system, while others may follow different pathways and produce similar effects. Furthermore, individual congeners in commercial PCB products may antagonize each other's effects by mechanisms that have not been fully elucidated (see Section 4.3.4).

Overproduction of IL-6 has been shown to be responsible for the pathogenesis of inflammation-associated colorectal cancer (Waldner et al., 2012). Furthermore, activation of NF-κB, a hallmark of inflammatory responses, plays a fundamental role in the formation and development of malignant tissue changes caused by inflammation, and is thought to function as a tumour promoter in inflammation-associated cancer (Pikarsky et al., 2004; Karin, 2006).

(c)    Interference with endogenous transport by PCBs and their metabolites

Endogenous substances such as vitamins, metals, steroids, and hormones are transported throughout the body by virtue of their binding to serum proteins. Substances that interfere with these processes can severely impair their tissue availability. Notable examples are the ability of PCB metabolites to interfere with vitamin A homeostasis and T4 transport (Grimm et al., 2012), and steroid metabolism (see Section 4.3.3).

Overall, PCBs can induce formation of ROS, genotoxic effects, immune suppression, inflammatory responses, and endocrine effects to various extents and through different pathways. DL-PCBs exert their effects mainly through activation of AhR and the downstream cascade of related events; less chlorinated PCBs act more readily through metabolic activation and the ensuing effects involving their metabolites.

# References

Abdel-Hamid FM, Moore JA, Matthews HB (1981). Comparative study of 3,4,3′,4′-tetrachlorobiphenyl in male and female rats and female monkeys. J Toxicol Environ Health, 7(2):181–91. doi:10.1080/15287398109529971 PMID:6785443

Adenugba A, Khan SA, Taylor-Robinson SD, Cox IJ, Toledano MB, Thillainayagam AV et al. (2009). Polychlorinated biphenyls in bile of patients with biliary tract cancer. Chemosphere, 76(6):841–6. doi:10.1016/j.chemosphere.2009.04.003 PMID:19419750

Ahlborg UG, Becking GC, Birnbaum LS, Brouwer A, Derks HJGM, Feeley M et al. (1994). Toxic equivalency factors for dioxin-like PCBs: Report on WHO-ECEH and IPCS consultation. Chemosphere, 28(6):1049–67. doi:10.1016/0045-6535(94)90324-7

Al-Anati L, Högberg J, Stenius U (2009). Non-dioxin-like-PCBs phosphorylate Mdm2 at Ser166 and attenuate the p53 response in HepG2 cells. Chem Biol Interact, 182(2–3):191–8. doi:10.1016/j.cbi.2009.09.004 PMID:19751709

Al-Anati L, Högberg J, Stenius U (2010). Non-dioxin-like PCBs interact with benzo[a]pyrene-induced p53-responses and inhibit apoptosis. Toxicol Appl Pharmacol, 249(2):166–77. doi:10.1016/j.taap.2010.09.004 PMID:20840854

395

Al-Sabti K (1985). Carcinogenic-mutagenic chemicals induced chromosomal aberrations in the kidney cells of three cyprinids. *Comp Biochem Physiol C*, 82(2):489–93. doi:10.1016/0742-8413(85)90198-7 PMID:2866926

Al-Sabti K (1986). Clastogenic effects of five carcinogenic-mutagenic chemicals on the cells of the common carp, Cyprinus carpio L. *Comp Biochem Physiol C*, 85(1):5–9. doi:10.1016/0742-8413(86)90043-5 PMID:2877805

Al-Salman F, Plant N (2012). Non-coplanar polychlorinated biphenyls (PCBs) are direct agonists for the human pregnane-X receptor and constitutive androstane receptor, and activate target gene expression in a tissue-specific manner. *Toxicol Appl Pharmacol*, 263(1):7–13. doi:10.1016/j.taap.2012.05.016 PMID:22664347

Albro PW, Fishbein L (1972). Intestinal absorption of polychlorinated biphenyls in rats. *Bull Environ Contam Toxicol*, 8(1):26–31. doi:10.1007/BF01684500 PMID:4630020

Allen JR, Abrahamson LJ (1973). Morphological and biochemical changes in the liver of rats fed polychlorinated biphenyls. *Arch Environ Contam Toxicol*, 1(3):265–80. doi:10.1007/BF01985749 PMID:4130176

Allen JR, Barsotti DA (1976). The effects of transplacental and mammary movement of PCBs on infant rhesus monkeys. *Toxicology*, 6(3):331–40. doi:10.1016/0300-483X(76)90037-8 PMID:825993

Allen JR, Norback DH (1976). Pathobiological responses of primates to polychlorinated biphenyl exposure. In: Proceedings of the National Conference on Polychlorinated Biphenyls, Chicago, 1975. EPA-560/6–75–004. Washington (DC): Environmental Protection Agency, pp. 43–49

Allen JR, Norback DH, Hsu IC (1974). Tissue modifications in monkeys as related to absorption, distribution, and excretion of polychlorinated biphenyls. *Arch Environ Contam Toxicol*, 2(1):86–95. doi:10.1007/BF01985803 PMID:4208176

Althaus FR, Lawrence SD, Sattler GL, Longfellow DG, Pitot HC (1982). Chemical quantification of unscheduled DNA synthesis in cultured hepatocytes as an assay for the rapid screening of potential chemical carcinogens. *Cancer Res*, 42(8):3010–5. PMID:7093950

Alvares AP, Kappas A (1975). Induction of aryl hydrocarbon hydroxylase by polychlorinated biphenyls in the foeto-placental unit and neonatal livers during lactation. *FEBS Lett*, 50(2):172–4. doi:10.1016/0014-5793(75)80482-0 PMID:803459

Amaro AR, Oakley GG, Bauer U, Spielmann HP, Robertson LW (1996). Metabolic activation of PCBs to quinones: reactivity toward nitrogen and sulfur nucleophiles and influence of superoxide dismutase. *Chem Res Toxicol*, 9(3):623–9. doi:10.1021/tx950117e PMID:8728508

Anderson LM, Fox SD, Riggs CW, Issaq HJ (1993). Selective retention of polychlorinated biphenyl congeners in lung and liver after single-dose exposure of infant mice to Aroclor 1254. *J Environ Pathol Toxicol Oncol*, 12(1):3–16. PMID:8459365

Antunes-Fernandes EC, Bovee TF, Daamen FE, Helsdingen RJ, van den Berg M, van Duursen MB (2011). Some OH-PCBs are more potent inhibitors of aromatase activity and (anti-) glucocorticoids than non-dioxin like (NDL)-PCBs and MeSO₂-PCBs. *Toxicol Lett*, 206(2):158–65. doi:10.1016/j.toxlet.2011.07.008 PMID:21782008

Appelgren H, Hedenskog M, Sandström C, Cederberg H, Rannug U (1999). Polychlorinated biphenyls induce meiotic length mutations at the human minisatellite MS32 in yeast. *Environ Mol Mutagen*, 34(4):285–90. doi:10.1002/(SICI)1098-2280(1999)34:4<285::AID-EM9>3.0.CO;2-5 PMID:10618177

Arcaro KF, Vakharia DD, Yang Y, Gierthy JF (1998). Lack of synergy by mixtures of weakly estrogenic hydroxylated polychlorinated biphenyls and pesticides. *Environ Health Perspect*, 106:Suppl 4: 1041–6. doi:10.1289/ehp.98106s41041 PMID:9703490

Arcaro KF, Yi L, Seegal RF, Vakharia DD, Yang Y, Spink DC et al. (1999). 2,2′,6,6′-Tetrachlorobiphenyl is estrogenic in vitro and in vivo. *J Cell Biochem*, 72(1):94–102. doi:10.1002/(SICI)1097-4644(19990101)72:1<94::AID-JCB10>3.0.CO;2-Y PMID:10025670

Arif JM, Lehmler HJ, Robertson LW, Gupta RC (2003). Interaction of benzoquinone- and hydroquinone-derivatives of lower chlorinated biphenyls with DNA and nucleotides in vitro. *Chem Biol Interact*, 142(3):307–16. doi:10.1016/S0009-2797(02)00141-2 PMID:12453668

Ariyoshi N, Oguri K, Koga N, Yoshimura H, Funae Y (1995). Metabolism of highly persistent PCB congener, 2,4,5,2′,4′,5′-hexachlorobiphenyl, by human CYP2B6. *Biochem Biophys Res Commun*, 212(2):455–60. doi:10.1006/bbrc.1995.1991 PMID:7626059

Arnold DL, Bryce F, Karpinski K, Mes J, Fernie S, Tryphonas H et al. (1993). Toxicological consequences of Aroclor 1254 ingestion by female rhesus (Macaca mulatta) monkeys. Part 1B. Prebreeding phase: clinical and analytical laboratory findings. *Food Chem Toxicol*, 31(11):811–24. doi:10.1016/0278-6915(93)90219-O PMID:8258410

Arnold DL, Bryce F, McGuire PF, Stapley R, Tanner JR, Wrenshall E et al. (1995). Toxicological consequences of Aroclor 1254 ingestion by female rhesus (Macaca mulatta) monkeys. Part 2. Reproduction and infant findings. *Food Chem Toxicol*, 33(6):457–74. doi:10.1016/0278-6915(95)00018-W PMID:7797173

Arnold DL, Bryce F, Mes J, Tryphonas H, Hayward S, Malcolm S (1999). Toxicological consequences of feeding PCB congeners to infant rhesus (Macaca mulatta) and cynomolgus (Macaca fascicularis) monkeys. *Food Chem Toxicol*, 37(2–3):153–67. doi:10.1016/S0278-6915(98)00120-3 PMID:10227739

Arnold DL, Mes J, Bryce F, Karpinski K, Bickis MG, Zawidzka ZZ et al. (1990). A pilot study on the effects of Aroclor 1254 ingestion by rhesus and cynomolgus monkeys as a model for human ingestion of PCBs. *Food Chem Toxicol*, 28(12):847–57. doi:10.1016/0278-6915(90)90058-U PMID:2125970

ATSDR (1994). *Toxicological profile for chlorodibenzo-furans*. Atlanta (GA): U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry.

ATSDR (2000). Toxicological profile for polychlorinated biphenyls (update). Atlanta (GA): Agency for Toxic Substances and Disease Registry. Available from: http://www.atsdr.cdc.gov/ToxProfiles/tp17.pdf, accessed 6 May 2015

Aubrecht J, Rugo R, Schiestl RH (1995). Carcinogens induce intrachromosomal recombination in human cells. *Carcinogenesis*, 16(11):2841–6. doi:10.1093/carcin/16.11.2841 PMID:7586207

Bager Y, Kato Y, Kenne K, Wärngård L (1997). The ability to alter the gap junction protein expression outside GST-P positive foci in liver of rats was associated to the tumour promotion potency of different polychlorinated biphenyls. *Chem Biol Interact*, 103(3):199–212. doi:10.1016/S0009-2797(97)03759-9 PMID:9134010

Bakke JE, Bergman AL, Larsen GL (1982). Metabolism of 2,4′,5-trichlorobiphenyl by the mercapturic acid pathway. *Science*, 217(4560):645–7. doi:10.1126/science.6806905 PMID:6806905

Bandiera S, Safe S, Okey AB (1982). Binding of polychlorinated biphenyls classified as either phenobarbitone-, 3-methylcholanthrene- or mixed-type inducers to cytosolic Ah receptor. *Chem Biol Interact*, 39(3):259–77. doi:10.1016/0009-2797(82)90045-X PMID:6804100

Beischlag TV, Taylor RT, Rose DW, Yoon D, Chen Y, Lee WH et al. (2004). Recruitment of thyroid hormone receptor/retinoblastoma-interacting protein 230 by the aryl hydrocarbon receptor nuclear translocator is required for the transcriptional response to both dioxin and hypoxia. *J Biol Chem*, 279(52):54620–8. doi:10.1074/jbc.M410456200 PMID:15485806

Belpaeme K, Delbeke K, Zhu L, Kirsch-Volders M (1996a). Cytogenetic studies of PCB77 on brown trout (Salmo trutta fario) using the micronucleus test and the alkaline comet assay. *Mutagenesis*, 11(5):485–92. doi:10.1093/mutage/11.5.485 PMID:8921510

Belpaeme K, Delbeke K, Zhu L, Kirsch-Volders M (1996b). PCBs do not induce DNA breakage in vitro in human lymphocytes. *Mutagenesis*, 11(4):383–9. doi:10.1093/mutage/11.4.383 PMID:8671762

Bemis JC, Seegal RF (2004). PCB-induced inhibition of the vesicular monoamine transporter predicts reductions in synaptosomal dopamine content. *Toxicol Sci*, 80(2):288–95. doi:10.1093/toxsci/kfh153 PMID:15115888

Bender RP, Lehmler HJ, Robertson LW, Ludewig G, Osheroff N (2006). Polychlorinated biphenyl quinone metabolites poison human topoisomerase IIalpha: altering enzyme function by blocking the N-terminal protein gate. *Biochemistry*, 45(33):10140–52. doi:10.1021/bi0524666 PMID:16906772

Bender RP, Osheroff N (2007). Mutation of cysteine residue 455 to alanine in human topoisomerase IIalpha confers hypersensitivity to quinones: enhancing DNA scission by closing the N-terminal protein gate. *Chem Res Toxicol*, 20(6):975–81. doi:10.1021/tx700062t PMID:17516663

Beran M, Brandt I, Slanina P (1983). Distribution and effect of some polychlorinated biphenyls in the hemopoietic tissues. *J Toxicol Environ Health*, 12(4–6):521–32. doi:10.1080/15287398309530446 PMID:6422048

Berberian I, Chen LC, Robinson FR, Glauert HP, Chow CK, Robertson LW (1995). Effect of dietary retinyl palmitate on the promotion of altered hepatic foci by 3,3′,4,4′-tetrachlorobiphenyl and 2,2′,4,4′,5,5′-hexachlorobiphenyl in rats initiated with diethylnitrosamine. *Carcinogenesis*, 16(2):393–8. doi:10.1093/carcin/16.2.393 PMID:7859372

Bergman Å, Larsen GL, Bakke JE (1982). Biliary secretion, retention and excretion of five 14C-labelled polychlorinated biphenyls in the rat. *Chemosphere*, 11(3):249–53. doi:10.1016/0045-6535(82)90148-5

Bertazzi PA, Riboldi L, Pesatori A, Radice L, Zocchetti C (1987). Cancer mortality of capacitor manufacturing workers. *Am J Ind Med*, 11(2):165–76. doi:10.1002/ajim.4700110206 PMID:3103429

Biegel L, Harris M, Davis D, Rosengren R, Safe L, Safe S (1989). 2,2′,4,4′,5,5′-hexachlorobiphenyl as a 2,3,7,8-tetrachlorodibenzo-p-dioxin antagonist in C57BL/6J mice. *Toxicol Appl Pharmacol*, 97(3):561–71. doi:10.1016/0041-008X(89)90261-5 PMID:2558429

Blazak WF, Marcum JB (1975). Attempts to induce chromosomal breakage in chicken embryos with Aroclor 1242. *Poult Sci*, 54(1):310–2. doi:10.3382/ps.0540310 PMID:806068

Block WD, Cornish HH (1959). Metabolism of biphenyl and 4-chlorobiphenyl in the rabbit. *J Biol Chem*, 234:3301–3302.

Bock KW, Köhle C (2006). Ah receptor: dioxin-mediated toxic responses as hints to deregulated physiologic functions. *Biochem Pharmacol*, 72(4):393–404. doi:10.1016/j.bcp.2006.01.017 PMID:16545780

Bohnenberger S, Wagner B, Schmitz HJ, Schrenk D (2001). Inhibition of apoptosis in rat hepatocytes treated with 'non-dioxin-like' polychlorinated biphenyls. *Carcinogenesis*, 22(10):1601–6. doi:10.1093/carcin/22.10.1601 PMID:11576998

Bonefeld-Jørgensen EC (2010). Biomonitoring in Greenland: human biomarkers of exposure and effects - a short review. *Rural Remote Health*, 10(2):1362 PMID:20572746

Bonefeld-Jørgensen EC, Andersen HR, Rasmussen TH, Vinggaard AM (2001). Effect of highly bioaccumulated polychlorinated biphenyl congeners on estrogen and androgen receptor activity. *Toxicology*, 158(3):141–53. doi:10.1016/S0300-483X(00)00368-1 PMID:11275356

Bonefeld-Jørgensen EC, Long M, Bossi R, Ayotte P, Asmund G, Krüger T *et al.* (2011). Perfluorinated compounds are related to breast cancer risk in Greenlandic Inuit: a case control study. *Environ Health*, 10(1):88 doi:10.1186/1476-069X-10-88 PMID:21978366

Bonnyns M, Bastomsky CH (1976). Polychlorinated biphenyl-induced modification of lymphocyte response to plant mitogens in rats. *Experientia*, 32(4):522–3. doi:10.1007/BF01920835 PMID:817932

Borlak J, Hock A, Hansen T, Richter E (2003). DNA adducts in cultures of polychlorinated biphenyl-treated human hepatocytes. *Toxicol Appl Pharmacol*, 188(2):81–91. doi:10.1016/S0041-008X(02)00075-3 PMID:12691726

Bovee TFH, Helsdingen RJR, Hamers ARM, Brouwer BA, Nielen MW (2011). Recombinant cell bioassays for the detection of (gluco)corticosteroids and endocrine-disrupting potencies of several environmental PCB contaminants. *Anal Bioanal Chem*, 401(3):873–82. doi:10.1007/s00216-011-5162-5 PMID:21681646

Brix AE, Jokinen MP, Walker NJ, Sells DM, Nyska A (2004). Characterization of bronchiolar metaplasia of the alveolar epithelium in female Sprague-Dawley rats exposed to 3,3′,4,4′,5-pentachlorobiphenyl (PCB126). *Toxicol Pathol*, 32(3):333–7. doi:10.1080/01926230490431817 PMID:15204975

Brody JG, Moysich KB, Humblet O, Attfield KR, Beehler GP, Rudel RA (2007). Environmental pollutants and breast cancer: epidemiologic studies. *Cancer*, 109(12):Suppl: 2667–711. doi:10.1002/cncr.22655 PMID:17503436

Brouwer A, Morse DC, Lans MC, Schuur AG, Murk AJ, Klasson-Wehler E *et al.* (1998). Interactions of persistent environmental organohalogens with the thyroid hormone system: mechanisms and possible consequences for animal and human health. *Toxicol Ind Health*, 14(1–2):59–84. doi:10.1177/074823379801400107 PMID:9460170

Brown AP, Olivero-Verbel J, Holdan WL, Ganey PE (1998). Neutrophil activation by polychlorinated biphenyls: structure-activity relationship. *Toxicol Sci*, 46(2):308–16. PMID:10048134

Brown JF Jr, Mayes BA, Silkworth JB, Hamilton SB (2007). Polychlorinated biphenyls modulated tumorigenesis in Sprague Dawley rats: correlation with mixed function oxidase activities and superoxide (O2*) formation potentials and implied mode of action. *Toxicol Sci*, 98(2):375–94. doi:10.1093/toxsci/kfm122 PMID:17510085

Bruce WR, Heddle JA (1979). The mutagenic activity of 61 agents as determined by the micronucleus, Salmonella, and sperm abnormality assays. *Can J Genet Cytol*, 21(3):319–34. PMID:393369

Buchmann A, Ziegler S, Wolf A, Robertson LW, Durham SK, Schwarz M (1991). Effects of polychlorinated biphenyls in rat liver: correlation between primary subcellular effects and promoting activity. *Toxicol Appl Pharmacol*, 111(3):454–68. doi:10.1016/0041-008X(91)90250-I PMID:1684070

Buckman AH, Brown SB, Small J, Muir DC, Parrott J, Solomon KR *et al.* (2007). Role of temperature and enzyme induction in the biotransformation of polychlorinated biphenyls and bioformation of hydroxylated polychlorinated biphenyls by rainbow trout (Oncorhynchus mykiss). *Environ Sci Technol*, 41(11):3856–63. doi:10.1021/es062437y PMID:17612160

Butterworth FM, Pandey P, McGowen RM, Ali-Sadat S, Walia S (1995). Genotoxicity of polychlorinated biphenyls (PCBs): recombinogenesis by biotransformation products. *Mutat Res*, 342(1–2):61–9. doi:10.1016/0165-1218(95)90090-X PMID:7885394

Cao Y, Winneke G, Wilhelm M, Wittsiepe J, Lemm F, Fürst P *et al.* (2008). Environmental exposure to dioxins and polychlorinated biphenyls reduce levels of gonadal hormones in newborns: results from the Duisburg cohort study. *Int J Hyg Environ Health*, 211(1–2):30–9. doi:10.1016/j.ijheh.2007.04.005 PMID:17660003

Carlson EA, McCulloch C, Koganti A, Goodwin SB, Sutter TR, Silkworth JB (2009). Divergent transcriptomic responses to aryl hydrocarbon receptor agonists between rat and human primary hepatocytes. *Toxicol Sci*, 112(1):257–72. doi:10.1093/toxsci/kfp200 PMID:19692669

Carter JW, Clancy J Jr (1980). Acutely administered polychlorinated biphenyls (PCBs) decrease splenic cellularity but increase its ability to cause graft-versus-host reactions in BALB/c mice. *Immunopharmacology*, 2(4):341–7. doi:10.1016/0162-3109(80)90018-1 PMID:6780487

Casati L, Sendra R, Colciago A, Negri-Cesi P, Berdasco M, Esteller M *et al.* (2012). Polychlorinated biphenyls affect histone modification pattern in early development of rats: a role for androgen receptor-dependent modulation? *Epigenomics*, 4(1):101–12. doi:10.2217/epi.11.110 PMID:22332662

Casey AC, Berger DF, Lombardo JP, Hunt A, Quimby F (1999). Aroclor 1242 inhalation and ingestion by Sprague-Dawley rats. *J Toxicol Environ Health A*, 56(5):311–42. doi:10.1080/009841099158033 PMID:10094245

Chadwick RW, George SE, Kohan MJ, Williams RW, Allison JC, Hayes YO *et al.* (1993). Potentiation of 2,6-dinitrotoluene genotoxicity in Fischer-344 rats by pretreatment with Aroclor 1254. *Toxicology*, 80(2–3):153–71. doi:10.1016/0300-483X(93)90178-U PMID:8327998

Charlier CJ, Albert AI, Zhang L, Dubois NG, Plomteux GJ (2004). Polychlorinated biphenyls contamination in women with breast cancer. *Clin Chim Acta*,

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 561

347(1–2):177–81.    doi:10.1016/j.cccn.2004.04.025 PMID:15313156

Chaudhuri L, Sarsour EH, Kalen AL, Aykin-Burns N, Spitz DR, Goswami PC (2010). Polychlorinated biphenyl induced ROS signalling delays the entry of quiescent human breast epithelial cells into the proliferative cycle. *Free Radic Biol Med*, 49(1):40–9. doi:10.1016/j.freeradbiomed.2010.03.012 PMID:20307652

Chauhan KR, Kodavanti PR, McKinney JD (2000). Assessing the role of ortho-substitution on polychlorinated biphenyl binding to transthyretin, a thyroxine transport protein. *Toxicol Appl Pharmacol*, 162(1):10–21. doi:10.1006/taap.1999.8826 PMID:10631123

Cheek AO, Kow K, Chen J, McLachlan JA (1999). Potential mechanisms of thyroid disruption in humans: interaction of organochlorine compounds with thyroid receptor, transthyretin, and thyroid-binding globulin. *Environ Health Perspect*, 107(4):273–8. doi:10.1289/ehp.99107273 PMID:10090705

Chia VM, Li Y, Quraishi SM, Graubard BI, Figueroa JD, Weber JP et al. (2010). Effect modification of endocrine disruptors and testicular germ cell tumour risk by hormone-metabolizing genes. *Int J Androl*, 33(4):588–96. PMID:19627379

Choi W, Eum SY, Lee YW, Hennig B, Robertson LW, Toborek M (2003). PCB 104-induced proinflammatory reactions in human vascular endothelial cells: relationship to cancer metastasis and atherogenesis. *Toxicol Sci*, 75(1):47–56. doi:10.1093/toxsci/kfg149 PMID:12805654

Chu I, Poon R, Yagminas A, Lecavalier P, Håkansson H, Valli VE et al. (1998). Subchronic toxicity of PCB 105 (2,3,3′,4,4′-pentachlorobiphenyl) in rats. *J Appl Toxicol*, 18(4):285–92. doi:10.1002/(SICI)1099-1263(199807/08)18:4<285::AID-JAT510>3.0.CO;2-9 PMID:9719429

Chu I, Villeneuve DC, Yagminas A, Lecavalier P, Håkansson H, Ahlborg UG et al. (1995). Toxicity of PCB 77 (3,3′,4,4′-tetrachlorobiphenyl) and PCB 118 (2,3′,4,4′,5-pentachlorobiphenyl) in the rat following subchronic dietary exposure. *Fundam Appl Toxicol*, 26(2):282–92. doi:10.1006/faat.1995.1099 PMID:7589917

Chu I, Villeneuve DC, Yagminas A, LeCavalier P, Poon R, Feeley M et al. (1994). Subchronic toxicity of 3,3′,4,4′,5-pentachlorobiphenyl in the rat. I. Clinical, biochemical, hematological, and histopathological changes. *Fundam Appl Toxicol*, 22(3):457–68. doi:10.1006/faat.1994.1051 PMID:8050640

Chu I, Villeneuve DC, Yagminas A, Lecavalier P, Poon R, Feeley M et al. (1996b). Toxicity of 2,2′,4,4′,5,5′-hexachlorobiphenyl in rats: effects following 90-day oral exposure. *J Appl Toxicol*, 16(2):121–8. doi:10.1002/(SICI)1099-1263(199603)16:2<121::AID-JAT320>3.0.CO;2-G PMID:8935785

Chu I, Villeneuve DC, Yagminas A, Lecavalier P, Poon R, Håkansson H et al. (1996c). Toxicity of 2,4,4′-trichlorobiphenyl in rats following 90-day dietary exposure. *J Toxicol Environ Health*, 49(3):301–18. PMID:8876656

Chu S, Xi Z, Xu X, Zhang Y, Xu Y (1996a). Induction of micronuclei in peripheral erythrocytes of Misgurnus anguillicaudatus by polychlorinated biphenyls. *Bull Environ Contam Toxicol*, 57(2):179–82. doi:10.1007/s001289900172 PMID:8661895

Cillo F, de Eguileor M, Gandolfi F, Brevini TA (2007). Aroclor-1254 affects mRNA polyadenylation, translational activation, cell morphology, and DNA integrity of rat primary prostate cells. *Endocr Relat Cancer*, 14(2):257–66. doi:10.1677/ERC-06-0081 PMID:17639042

Cleland GB, McElroy PJ, Sonstegard RA (1989). Immunomodulation in C57Bl/6 mice following consumption of halogenated aromatic hydrocarbon-contaminated coho salmon (Oncorhynchus kisutch) from Lake Ontario. *J Toxicol Environ Health*, 27(4):477–86. doi:10.1080/15287398909531317 PMID:2527307

Coenraads PJ, Brouwer A, Olie K, Tang N (1994). Chloracne. Some recent issues. *Dermatol Clin*, 12(3):569–76. PMID:7923954

Connor K, Ramamoorthy K, Moore M, Mustain M, Chen I, Safe S et al. (1997). Hydroxylated polychlorinated biphenyls (PCBs) as estrogens and antiestrogens: structure-activity relationships. *Toxicol Appl Pharmacol*, 145(1):111–23. doi:10.1006/taap.1997.8169 PMID:9221830

Costa C, Catania S, De Pasquale R, Stancanelli R, Scribano GM, Melchini A (2010). Exposure of human skin to benzo[a]pyrene: role of CYP1A1 and aryl hydrocarbon receptor in oxidative stress generation. *Toxicology*, 271(3):83–6. doi:10.1016/j.tox.2010.02.014 PMID:20307623

Crinnion WJ (2011). Polychlorinated biphenyls: persistent pollutants with immunological, neurological, and endocrinological consequences. *Altern Med Rev*, 16(1):5–13. PMID:21438643

Curley A, Burse VW, Grim ME (1973). Polychlorinated biphenyls: evidence of transplacental passage in the Sherman rat. *Food Cosmet Toxicol*, 11(3):471–6. doi:10.1016/0015-6264(73)90013-8 PMID:4199498

Curran CP, Vorhees CV, Williams MT, Genter MB, Miller ML, Nebert DW (2011). In utero and lactational exposure to a complex mixture of polychlorinated biphenyls: toxicity in pups dependent on the Cyp1a2 and Ahr genotypes. *Toxicol Sci*, 119(1):189–208. doi:10.1093/toxsci/kfq314 PMID:20961953

Dahl P, Lindström G, Wiberg K, Rappe C (1995). Absorption of polychlorinated biphenyls, dibenzo-p-dioxins and dibenzofurans by breast-fed infants. *Chemosphere*, 30(12):2297–306. doi:10.1016/0045-6535(95)00102-E PMID:7620852

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 562

Daidoji T, Gozu K, Iwano H, Inoue H, Yokota H (2005). UDP-glucuronosyltransferase isoforms catalyzing glucuronidation of hydroxy-polychlorinated biphenyls in rat. *Drug Metab Dispos*, 33(10):1466–76. doi:10.1124/dmd.105.004416 PMID:16006569

Dallaire R, Muckle G, Dewailly E, Jacobson SW, Jacobson JL, Sandanger TM *et al.* (2009). Thyroid hormone levels of pregnant inuit women and their infants exposed to environmental contaminants. *Environ Health Perspect*, 117(6):1014–20. doi:10.1289/ehp.0800219 PMID:19590699

Davies R, Clothier B, Smith AG (2000). Mutation frequency in the lacI gene of liver DNA from lambda/lacI transgenic mice following the interaction of PCBs with iron causing hepatic cancer and porphyria. *Mutagenesis*, 15(5):379–83. doi:10.1093/mutage/15.5.379 PMID:10970442

Davis D, Safe S (1989). Dose-response immunotoxicities of commercial polychlorinated biphenyls (PCBs) and their interaction with 2,3,7,8-tetrachlorodibenzo-p-dioxin. *Toxicol Lett*, 48(1):35–43. doi:10.1016/0378-4274(89)90183-5 PMID:2501913

Davis D, Safe S (1990). Interactions of 2,3,7,8-TCDD and PCB mixtures/congeners immunotoxicity studies. *Chemosphere*, 20(7–9):1141–6. doi:10.1016/0045-6535(90)90234-K

De Coster S, Koppen G, Bracke M, Schroijen C, Den Hond E, Nelen V *et al.* (2008). Pollutant effects on genotoxic parameters and tumor-associated protein levels in adults: a cross sectional study. *Environ Health*, 7(1):26 doi:10.1186/1476-069X-7-26 PMID:18522717

De Swart RL, Ross PS, Vedder LJ *et al.* (1994). Impairment of immune function in harbor seals (*Phoca vitulina*) feeding on fish from polluted waters. *Ambio*, 23:155–159.

Dean CE Jr, Benjamin SA, Chubb LS, Tessari JD, Keefe TJ (2002). Nonadditive hepatic tumor promoting effects by a mixture of two structurally different polychlorinated biphenyls in female rat livers. *Toxicol Sci*, 66(1):54–61. doi:10.1093/toxsci/66.1.54 PMID:11861972

Dedon PC, Plastaras JP, Rouzer CA, Marnett LJ (1998). Indirect mutagenesis by oxidative DNA damage: formation of the pyrimidopurinone adduct of deoxyguanosine by base propenal. *Proc Natl Acad Sci USA*, 95(19):11113–6. doi:10.1073/pnas.95.19.11113 PMID:9736698

Deml E, Oesterle D (1982). Sex-dependent promoting effect of polychlorinated biphenyls on enzyme-altered islands induced by diethylnitrosamine in rat liver. *Carcinogenesis*, 3(12):1449–52. doi:10.1093/carcin/3.12.1449 PMID:6217918

Deml E, Oesterle D (1987). Dose-response of promotion by polychlorinated biphenyls and chloroform in rat liver foci bioassay. *Arch Toxicol*, 60(1–3):209–11. doi:10.1007/BF00296982 PMID:2887150

Deml E, Oesterle D, Wiebel FJ, Wolff T (1985). Correlation between promotion of enzyme-deficient islands and induction of monooxygenase activities by halogenated hydrocarbons in rat liver. *Food Chem Toxicol*, 23(9):880 doi:10.1016/0278-6915(85)90327-8

Denomme MA, Bandiera S, Lambert I, Copp L, Safe L, Safe S (1983). Polychlorinated biphenyls as phenobarbitone-type inducers of microsomal enzymes. Structure-activity relationships for a series of 2,4-dichloro-substituted congeners. *Biochem Pharmacol*, 32(19):2955–63. doi:10.1016/0006-2952(83)90402-1 PMID:6414484

Dere E, Lee AW, Burgoon LD, Zacharewski TR (2011). Differences in TCDD-elicited gene expression profiles in human HepG2, mouse Hepa1c1c7 and rat H4IIE hepatoma cells. *BMC Genomics*, 12(1):193 doi:10.1186/1471-2164-12-193 PMID:21496263

Desaulniers D, Xiao GH, Lian H, Feng YL, Zhu J, Nakai J *et al.* (2009). Effects of mixtures of polychlorinated biphenyls, methylmercury, and organochlorine pesticides on hepatic DNA methylation in prepubertal female Sprague-Dawley rats. *Int J Toxicol*, 28(4):294–307. doi:10.1177/1091581809337918 PMID:19636072

Deutsche Forschungsgemeinschaft (1988). [Testing of residues in food. Notification XIII.] Verlag Chemic, Weinheim, page 24. [In German]

Dewailly E, Mulvad G, Pedersen HS, Ayotte P, Demers A, Weber JP *et al.* (1999). Concentration of organochlorines in human brain, liver, and adipose tissue autopsy samples from Greenland. *Environ Health Perspect*, 107(10):823–8. doi:10.1289/ehp.99107823 PMID:10504150

Dhakal K, He X, Lehmler HJ, Teesch LM, Duffel MW, Robertson LW (2012). Identification of sulfated metabolites of 4-chlorobiphenyl (PCB3) in the serum and urine of male rats. *Chem Res Toxicol*, 25(12):2796–804. doi:10.1021/tx300416v PMID:23137097

Dietz R, Heide-Jrgensen MP, Harkonen T (1989). Mass deaths of harbor seals (*Phoca vitulina*) in Europe. *Ambio*, 18:258–264.

DiGiovanni J, Viaje A, Berry DL, Slaga TJ, Juchau MR (1977). Tumor-initiating ability of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) and Arochlor 1254 in the two-stage system of mouse skin carcinogenesis. *Bull Environ Contam Toxicol*, 18(5):552–7. doi:10.1007/BF01684000 PMID:412534

Dikshith TS, Rockwood W, Abraham R, Coulston F (1975). Effects of a polychlorinated biphenyl (Aroclor 1254) on rat testis. *Exp Mol Pathol*, 22(3):376–85. doi:10.1016/0014-4800(75)90082-9 PMID:805060

Dubois M, Pfohl-Leszkowicz A, Grosse Y, Kremers P (1995). DNA adducts and P450 induction in human, rat and avian liver cells after exposure to polychlorobiphenyls. *Mutat Res*, 345(3–4):181–90. doi:10.1016/0165-1218(95)90053-5 PMID:8552139

Duffy-Whritenour JE, Kurtzman RZ, Kennedy S, Zelikoff JT (2010). Non-coplanar polychlorinated biphenyl (PCB)-induced immunotoxicity is coincident with

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 563

alterations in the serotonergic system. *J Immunotoxicol*, 7(4):318–26. doi:10.3109/1547691X.2010.512277 PMID:20843273

Dunkel VC, Zeiger E, Brusick D, McCoy E, McGregor D, Mortelmans K *et al.* (1984). Reproducibility of microbial mutagenicity assays: I. Tests with Salmonella typhimurium and Escherichia coli using a standardized protocol. *Environ Mutagen*, 6(S2):Suppl 2: 1–251. doi:10.1002/em.2860060702 PMID:6394312

Dutta SK, Mitra PS, Ghosh S, Zang S, Sonneborn D, Hertz-Picciotto I *et al.* (2012). Differential gene expression and a functional analysis of PCB-exposed children: understanding disease and disorder development. *Environ Int*, 40:143–54. doi:10.1016/j.envint.2011.07.008 PMID:21855147

Ekuase EJ, Liu Y, Lehmler HJ, Robertson LW, Duffel MW (2011). Structure-activity relationships for hydroxylated polychlorinated biphenyls as inhibitors of the sulfation of dehydroepiandrosterone catalyzed by human hydroxysteroid sulfotransferase SULT2A1. *Chem Res Toxicol*, 24(10):1720–8. doi:10.1021/tx200260h PMID:21913674

Elferink CJ (2003). Aryl hydrocarbon receptor-mediated cell cycle control. *Prog Cell Cycle Res*, 5:261–7. PMID:14593720

Elo O, Vuojolahti P, Janhunen H, Rantanen J (1985). Recent PCB accidents in Finland. *Environ Health Perspect*, 60:315–9. doi:10.1289/ehp.8560315 PMID:3928359

Emmett EA, Maroni M, Jefferys J, Schmith J, Levin BK, Alvares A (1988b). Studies of transformer repair workers exposed to PCBs: II. Results of clinical laboratory investigations. *Am J Ind Med*, 14(1):47–62. doi:10.1002/ajim.4700140107 PMID:3136647

Emmett EA, Maroni M, Schmith JM, Levin BK, Jefferys J (1988a). Studies of transformer repair workers exposed to PCBs: I. Study design, PCB concentrations, questionnaire, and clinical examination results. *Am J Ind Med*, 13(4):415–27. doi:10.1002/ajim.4700130402 PMID:3129934

Endo F, Monsees TK, Akaza H, Schill WB, Pflieger-Bruss S (2003). Effects of single non-ortho, mono-ortho, and di-ortho chlorinated biphenyls on cell functions and proliferation of the human prostatic carcinoma cell line, LNCaP. *Reprod Toxicol*, 17(2):229–36. doi:10.1016/S0890-6238(02)00126-0 PMID:12642156

Espandiari P, Glauert HP, Lehmler HJ, Lee EY, Srinivasan C, Robertson LW (2003). Polychlorinated biphenyls as initiators in liver carcinogenesis: resistant hepatocyte model. *Toxicol Appl Pharmacol*, 186(1):55–62. doi:10.1016/S0041-008X(02)00018-2 PMID:12583993

Espandiari P, Glauert HP, Lehmler HJ, Lee EY, Srinivasan C, Robertson LW (2004). Initiating activity of 4-chlorobiphenyl metabolites in the resistant hepatocyte model. *Toxicol Sci*, 79(1):41–6. doi:10.1093/toxsci/kfh097 PMID:14976334

Espandiari P, Robertson LW, Srinivasan C, Glauert HP (2005). Comparison of different initiation protocols in the resistant hepatocyte model. *Toxicology*, 206(3):373–81. doi:10.1016/j.tox.2004.07.014 PMID:15588927

Eum SY, Lee YW, Hennig B, Toborek M (2004). VEGF regulates PCB 104-mediated stimulation of permeability and transmigration of breast cancer cells in human microvascular endothelial cells. *Exp Cell Res*, 296(2):231–44. doi:10.1016/j.yexcr.2004.01.030 PMID:15149853

Evandri MG, Mastrangelo S, Costa LG, Bolle P (2003). In vitro assessment of mutagenicity and clastogenicity of BDE-99, a pentabrominated diphenyl ether flame retardant. *Environ Mol Mutagen*, 42(2):85–90. doi:10.1002/em.10178 PMID:12929120

Exon JH, Talcott PA, Koller LD (1985). Effect of lead, polychlorinated biphenyls, and cyclophosphamide on rat natural killer cells, interleukin 2, and antibody synthesis. *Fundam Appl Toxicol*, 5(1):158–64. doi:10.1016/0272-0590(85)90060-0 PMID:3921421

Fang H, Tong W, Branham WS, Moland CL, Dial SL, Hong H *et al.* (2003). Study of 202 natural, synthetic, and environmental chemicals for binding to the androgen receptor. *Chem Res Toxicol*, 16(10):1338–58. doi:10.1021/tx030011g PMID:14565775

Faust D, Vondráček J, Krčmář P, Smerdová L, Procházková J, Hrubá E *et al.* (2013). AhR-mediated changes in global gene expression in rat liver progenitor cells. *Arch Toxicol*, 87(4):681–98. doi:10.1007/s00204-012-0979-z PMID:23196670

Ferguson KK, Hauser R, Altshul L, Meeker JD (2012). Serum concentrations of p, p'-DDE, HCB, PCBs and reproductive hormones among men of reproductive age. *Reprod Toxicol*, 34(3):429–35. doi:10.1016/j.reprotox.2012.04.006 PMID:22564984

Fernandez MF, Kiviranta H, Molina-Molina JM, Laine O, Lopez-Espinosa MJ, Vartiainen T *et al.* (2008). Polychlorinated biphenyls (PCBs) and hydroxy-PCBs in adipose tissue of women in Southeast Spain. *Chemosphere*, 71(6):1196–205. doi:10.1016/j.chemosphere.2007.09.064 PMID:18045642

Fischbein A, Thornton J, Wolff MS, Bernstein J, Selikoff IJ (1982). Dermatological findings in capacitor manufacturing workers exposed to dielectric fluids containing polychlorinated biphenyls (PCBs). *Arch Environ Health*, 37(2):69–74. doi:10.1080/00039896.1982.10667538 PMID:6462115

Fischbein A, Wolff MS, Lilis R, Thornton J, Selikoff IJ (1979). Clinical findings among PCB-exposed capacitor manufacturing workers. *Ann N Y Acad Sci*, 320:1 Health Effect: 703–15. doi:10.1111/j.1749-6632.1979.tb56645.x PMID:110206

Fisher MA, Jelaso AM, Predenkiewicz A, Schuster L, Means J, Ide CF (2003). Exposure to the polychlorinated biphenyl mixture Aroclor 1254 alters melanocyte and tail muscle morphology in developing Xenopus

401

laevis tadpoles. *Environ Toxicol Chem*, 22(2):321–8. doi:10.1002/etc.5620220212 PMID:12558163

Flor S, Ludewig G (2010). Polyploidy-induction by dihydroxylated monochlorobiphenyls: structure-activity-relationships. *Environ Int*, 36(8):962–9. doi:10.1016/j.envint.2010.03.012 PMID:20471090

Frouin H, Menard L, Measures L, Brousseau P, Fournier M (2010). T lymphocyte-proliferative responses of a grey seal (*Halichoerus grypus*) exposed to heavy metals and PCBs in vitro. *Aquat Mamm*, 36(4):365–71. doi:10.1578/AM.36.4.2010.365

Fu YA (1984). Ocular manifestation of polychlorinated biphenyls intoxication. *Prog Clin Biol Res*, 137:127–32. PMID:6425847

Fucic A, Gamulin M, Ferencic Z, Katic J, Krayer von Krauss M, Bartonova A *et al.* (2012). Environmental exposure to xenoestrogens and oestrogen related cancers: reproductive system, breast, lung, kidney, pancreas, and brain. *Environ Health*, 11:Suppl 1: S8 doi:10.1186/1476-069X-11-S1-S8 PMID:22759508

Garner CE, Demeter J, Matthews HB (2006). The effect of chlorine substitution on the disposition of polychlorinated biphenyls following dermal administration. *Toxicol Appl Pharmacol*, 216:157–167. doi:10.1016/j.taap.2006.04.013 PMID:16784763

Garner CE, Jefferson WN, Burka LT, Matthews HB, Newbold RR (1999). In vitro estrogenicity of the catechol metabolites of selected polychlorinated biphenyls. *Toxicol Appl Pharmacol*, 154(2):188–97. doi:10.1006/taap.1998.8560 PMID:9925803

Garner CE, Matthews HB (1998). The effect of chlorine substitution on the dermal absorption of polychlorinated biphenyls. *Toxicol Appl Pharmacol*, 149(2):150–8. doi:10.1006/taap.1998.8370 PMID:9571983

Garthoff LH, Friedman L, Farber TM, Locke KK, Sobotka TJ, Green S *et al.* (1977). Biochemical and cytogenetic effects in rats caused by short-term ingestion of Aroclor 1254 or Firemaster BP6. *J Toxicol Environ Health*, 3(4):769–96. doi:10.1080/15287397709529612 PMID:201769

Gasiewicz TA, Henry EC, Collins LL (2008). Expression and activity of aryl hydrocarbon receptors in development and cancer. *Crit Rev Eukaryot Gene Expr*, 18(4):279–321. doi:10.1615/CritRevEukarGeneExpr.v18.i4.10 PMID:18652561

Gauger KJ, Kato Y, Haraguchi K, Lehmler HJ, Robertson LW, Bansal R *et al.* (2004). Polychlorinated biphenyls (PCBs) exert thyroid hormone-like effects in the fetal rat brain but do not bind to thyroid hormone receptors. *Environ Health Perspect*, 112(5):516–23. doi:10.1289/ehp.6672 PMID:15064154

Ghisari M, Bonefeld-Jørgensen EC (2005). Impact of environmental chemicals on the thyroid hormone function in pituitary rat GH3 cells. *Mol Cell Endocrinol*, 244(1–2):31–41. doi:10.1016/j.mce.2005.01.013 PMID:16221524

Ghosh S, Zang S, Mitra PS, Ghimbovschi S, Hoffman EP, Dutta SK (2011). Global gene expression and Ingenuity biological functions analysis on PCBs 153 and 138 induced human PBMC in vitro reveals differential mode(s) of action in developing toxicities. *Environ Int*, 37(5):838–57. doi:10.1016/j.envint.2011.02.010 PMID:21470681

Gierthy JF, Arcaro KF, Floyd M (1997). Assessment of PCB estrogenicity in a human breast cancer cell line. *Chemosphere*, 34(5–7):1495–505. doi:10.1016/S0045-6535(97)00446-3 PMID:9134682

Gladen BC, Taylor JS, Wu YC, Ragan NB, Rogan WJ, Hsu CC (1990). Dermatological findings in children exposed transplacentally to heat-degraded polychlorinated biphenyls in Taiwan. *Br J Dermatol*, 122(6):799–808. doi:10.1111/j.1365-2133.1990.tb06269.x PMID:2142435

Glauert HP, Robertson LW, Silberhorn EM (2001). PCBs and tumor promotion . In: Robertson LW, Hansen LG editors. *PCBs: Recent Advances in Environmental Toxicology and Health Effects*. Lexington (KY): University Press of Kentucky, pp. 355–371.

Glauert HP, Tharappel JC, Banerjee S, Chan NL, Kania-Korwel I, Lehmler HJ *et al.* (2008). Inhibition of the promotion of hepatocarcinogenesis by 2,2′,4,4′,5,5′-hexachlorobiphenyl (PCB-153) by the deletion of the p50 subunit of NF-κ B in mice. *Toxicol Appl Pharmacol*, 232(2):302–8. doi:10.1016/j.taap.2008.06.013 PMID:18644402

Gómara B, Athanasiadou M, Quintanilla-López JE, González MJ, Bergman A (2012). Polychlorinated biphenyls and their hydroxylated metabolites in placenta from Madrid mothers. *Environ Sci Pollut Res Int*, 19(1):139–47. doi:10.1007/s11356-011-0545-x PMID:21698361

Gonçalves L, Ramkissoon A, Wells PG (2009). Prostaglandin H synthase-1-catalyzed bioactivation of neurotransmitters, their precursors, and metabolites: oxidative DNA damage and electron spin resonance spectroscopy studies. *Chem Res Toxicol*, 22(5):842–52. doi:10.1021/tx800423s PMID:19374330

Goncharov A, Rej R, Negoita S, Schymura M, Santiago-Rivera A, Morse G *et al.* ; Akwesasne Task Force on the Environment(2009). Lower serum testosterone associated with elevated polychlorinated biphenyl concentrations in Native American men. *Environ Health Perspect*, 117(9):1454–60. doi:10.1289/ehp.0800134 PMID:19750113

Goto M, Sugiura K, Hattori M, Miyagawa T, Okamura M (1974a). Metabolism of 2,3-dichlorobiphenyl-¹⁴C and 2,4,6-trichlorobiphenyl-¹⁴C in the rat. *Chemosphere*, 3(5):227–32. doi:10.1016/0045-6535(74)90010-1

Goto M, Sugiura K, Hattori M, Miyagawa T, Okamura M (1974b). Metabolism of 2,3,5,6-tetra-chlorobiphenyl-¹⁴C and 2,3,4,5,6-pentachlorobiphenyl-¹⁴C in the rat. *Chemosphere*, 3(5):233–8. doi:10.1016/0045-6535(74)90011-3

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 565

Grandjean P, Budtz-Jørgensen E, Barr DB, Needham LL, Weihe P, Heinzow B (2008). Elimination half-lives of polychlorinated biphenyl congeners in children. *Environ Sci Technol*, 42(18):6991–6. doi:10.1021/es800778q PMID:18853821

Grant DL, Moodie CA, Phillips WEJ (1974). Toxicodynamics of Aroclor 1254 in the male rat. *Environ Physiol Biochem*, 4(5):214–25. PMID:4218811

Grant DL, Phillips WEJ, Villeneuve DC (1971). Metabolism of a polychlorinated biphenyl (Aroclor 1254) mixture in the rat. *Bull Environ Contam Toxicol*, 6(2):102–12. doi:10.1007/BF01540090 PMID:5005159

Green RM, Hodges NJ, Chipman JK, O'Donovan MR, Graham M (2008). Reactive oxygen species from the uncoupling of human cytochrome P450 1B1 may contribute to the carcinogenicity of dioxin-like polychlorinated biphenyls. *Mutagenesis*, 23(6):457–63. doi:10.1093/mutage/gen035 PMID:18583386

Green S, Carr JV, Palmer KA, Oswald EJ (1975a). Lack of cytogenetic effects in bone marrow and spermatagonial cells in rats treated with polychlorinated biphenyls (Aroclors 1242 and 1254). *Bull Environ Contam Toxicol*, 13(1):14–22. doi:10.1007/BF01684858 PMID:805607

Green S, Sauro FM, Friedman L (1975b). Lack of dominant lethality in rats treated with polychlorinated biphenyls (Aroclors 1242 and 1254). *Food Cosmet Toxicol*, 13(5):507–10. doi:10.1016/0015-6264(75)90003-6 PMID:811517

Grimm FA, Hu D, Kania-Korwel I, Lehmler HJ, Ludewig G, Hornbuckle KC *et al.* (2015). Metabolism and metabolites of polychlorinated biphenyls. *Crit Rev Toxicol*, 45(3):245–72. doi:10.3109/10408444.2014.999365 PMID:25629923

Grimm FA, Lehmler HJ, He X, Robertson LW, Duffel MW (2013). Sulfated metabolites of polychlorinated biphenyls are high-affinity ligands for the thyroid hormone transport protein transthyretin. *Environ Health Perspect*, 121(6):657–62. doi:10.1289/ehp.1206198 PMID:23584369

Grimm FA, Lehmler H-J, Robertson LW, Duffel MW (2012). Sulfated metabolites of polychlorinated biphenyls bind with high affinity to the thyroid hormone transporter transthyretin. Society of Toxicology Annual Meeting. March 11–15, 2012. San Francisco, CA.

Guengerich FP (2008). Cytochrome P450 and chemical toxicology. *Chem Res Toxicol*, 21(1):70–83. doi:10.1021/tx700079z PMID:18052394

Guo YL, Yu ML, Hsu CC, Rogan WJ (1999). Chloracne, goiter, arthritis, and anemia after polychlorinated biphenyl poisoning: 14-year follow-Up of the Taiwan Yucheng cohort. *Environ Health Perspect*, 107(9):715–9. doi:10.1289/ehp.99107715 PMID:10464071

Gutleb AC, Cenijn P, Velzen M, Lie E, Ropstad E, Skaare JU *et al.* (2010). In vitro assay shows that PCB metabolites completely saturate thyroid hormone transport

capacity in blood of wild polar bears (Ursus maritimus). *Environ Sci Technol*, 44(8):3149–54. doi:10.1021/es903029j PMID:20345174

Guvenius DM, Aronsson A, Ekman-Ordeberg G, Bergman A, Norén K (2003). Human prenatal and postnatal exposure to polybrominated diphenyl ethers, polychlorinated biphenyls, polychlorobiphenylols, and pentachlorophenol. *Environ Health Perspect*, 111(9):1235–41. doi:10.1289/ehp.5946 PMID:12842779

Guvenius DM, Hassanzadeh P, Bergman A, Norén K (2002). Metabolites of polychlorinated biphenyls in human liver and adipose tissue. *Environ Toxicol Chem*, 21(11):2264–9. doi:10.1002/etc.5620211102 PMID:12389902

Guyton KZ, Kyle AD, Aubrecht J, Cogliano VJ, Eastmond DA, Jackson M *et al.* (2009). Improving prediction of chemical carcinogenicity by considering multiple mechanisms and applying toxicogenomic approaches. *Mutat Res*, 681(2–3):230–40. doi:10.1016/j.mrrev.2008.10.001 PMID:19010444

Haag-Grönlund M, Conolly R, Scheu G, Wärngård L, Fransson-Steen R (2000). Analysis of rat liver foci growth with a quantitative two-cell model after treatment with 2,4,5,3',4'-pentachlorobiphenyl. *Toxicol Sci*, 57(1):32–42. doi:10.1093/toxsci/57.1.32 PMID:10966509

Haag-Grönlund M, Johansson N, Fransson-Steen R, Håkansson H, Scheu G, Wärngård L (1998). Interactive effects of three structurally different polychlorinated biphenyls in a rat liver tumor promotion bioassay. *Toxicol Appl Pharmacol*, 152(1):153–65. doi:10.1006/taap.1998.8480 PMID:9772211

Hagmar L, Björk J, Sjödin A, Bergman A, Erfurth EM (2001a). Plasma levels of persistent organohalogens and hormone levels in adult male humans. *Arch Environ Health*, 56(2):138–43. doi:10.1080/00039890109604065 PMID:11339677

Hagmar L, Hallberg T, Leja M, Nilsson A, Schütz A (1995). High consumption of fatty fish from the Baltic Sea is associated with changes in human lymphocyte subset levels. *Toxicol Lett*, 77(1–3):335–42. doi:10.1016/0378-4274(95)03315-7 PMID:7618159

Hagmar L, Rylander L, Dyremark E, Klasson-Wehler E, Erfurth EM (2001b). Plasma concentrations of persistent organochlorines in relation to thyrotropin and thyroid hormone levels in women. *Int Arch Occup Environ Health*, 74(3):184–8. doi:10.1007/s004200000213 PMID:11355292

Hahn ME, Lamb TM, Schultz ME, Smolowitz RM, Stegeman JJ (1993). Cytochrome P4501A1 induction and inhibition by 3,3',4,4'-tetrachlorobiphenyl in an Ah receptor-containing fish hepatoma cell line (PLHC-1). *Aquat Toxicol*, 26(3–4):185–208. doi:10.1016/0166-445X(93)90030-5

Hakkola J, Pasanen M, Pelkonen O, Hukkanen J, Evisalmi S, Anttila S *et al.* (1997). Expression of CYP1B1 in human adult and fetal tissues and differential inducibility of

CYP1B1 and CYP1A1 by Ah receptor ligands in human placenta and cultured cells. *Carcinogenesis*, 18(2):391–7. doi:10.1093/carcin/18.2.391 PMID:9054634

Hallgren S, Darnerud PO (2002). Polybrominated diphenyl ethers (PBDEs), polychlorinated biphenyls (PCBs) and chlorinated paraffins (CPs) in rats-testing interactions and mechanisms for thyroid hormone effects. *Toxicology*, 177(2–3):227–43. doi:10.1016/S0300-483X(02)00222-6 PMID:12135626

Hamers T, Kamstra JH, Cenijn PH, Pencikova K, Palkova L, Simeckova P *et al.* (2011). In vitro toxicity profiling of ultrapure non-dioxin-like polychlorinated biphenyl congeners and their relative toxic contribution to PCB mixtures in humans. *Toxicol Sci*, 121(1):88–100. doi:10.1093/toxsci/kfr043 PMID:21357386

Hamilton CM, Dabbs JE, Cunningham GD, Vernetti LA, Mirsalis JC, Snyder RD (1997). Evaluation of positive controls for the in vitro unscheduled DNA synthesis assay using hepatocytes from induced (Aroclor 1254) and uninduced male cynomolgus monkey. *Environ Mol Mutagen*, 30(3):354–8. doi:10.1002/(SICI)1098-2280(1997)30:3<354::AID-EM15>3.0.CO;2-C PMID:9366915

Hammond JA, Hall AJ, Dyrynda EA (2005). Comparison of polychlorinated biphenyl (PCB) induced effects on innate immune functions in harbour and grey seals. *Aquat Toxicol*, 74(2):126–38. doi:10.1016/j.aquatox.2005.05.006 PMID:15982755

Han DY, Kang SR, Park OS, Cho JH, Won CK, Park HS *et al.* (2010). Hypothyroidism induced by polychlorinated biphenyls and up-regulation of transthyretin. *Bull Environ Contam Toxicol*, 84(1):66–70. doi:10.1007/s00128-009-9890-6 PMID:19806282

Han X, O'Connor JC, Donner EM, Nabb DL, Mingoia RT, Snajdr SI *et al.* (2009). Non-coplanar 2,2′,3,3′,4,4′,5,5′,6,6′-decachlorobiphenyl (PCB 209) did not induce cytochrome P450 enzyme activities in primary cultured rat hepatocytes, was not genotoxic, and did not exhibit endocrine-modulating activities. *Toxicology*, 255(3):177–86. doi:10.1016/j.tox.2008.10.013 PMID:19022331

Hansen LG (2001). Identification of Steady State and Episodic PCB Congeners from Multiple Pathway Exposures . In: Robertson LW, Hansen LG editors. *PCBs: Recent Advances in Environmental Toxicology and Health Effects.* Lexington (KY): The University Press of Kentucky, pp. 47–56.

Haraguchi K, Kato Y, Kimura R, Masuda Y (1997a). Comparative study on formation of hydroxy and sulfur-containing metabolites from different chlorinated biphenyls with 2,5-substitution in rats. *Drug Metab Dispos*, 25(7):845–52. PMID:9224779

Haraguchi K, Kato Y, Masuda Y, Kimura R (1997b). Metabolism of 3,3′,4,4′-tetrachlorobiphenyl via sulphur-containing pathway in rat: liver-specific retention of methylsulphonyl metabolite. *Xenobiotica*, 27(8):831–42. doi:10.1080/004982597240190 PMID:9293619

Hattula ML (1985). Mutagenicity of PCBs and their pyrosynthetic derivatives in cell-mediated assay. *Environ Health Perspect*, 60:255–7. doi:10.1289/ehp.8560255 PMID:3928351

Haws LC, Su SH, Harris M, Devito MJ, Walker NJ, Farland WH *et al.* (2006). Development of a refined database of mammalian relative potency estimates for dioxin-like compounds. *Toxicol Sci*, 89(1):4–30. doi:10.1093/toxsci/kfi294 PMID:16120753

Hayes MA, Safe SH, Armstrong D, Cameron RG (1985). Influence of cell proliferation on initiating activity of pure polychlorinated biphenyls and complex mixtures in resistant hepatocyte in vivo assays for carcinogenicity. *J Natl Cancer Inst*, 74(5):1037–41. PMID:2860266

Hedenskog M, Sjögren M, Cederberg H, Rannug U (1997). Induction of germline-length mutations at the minisatellites PC-1 and PC-2 in male mice exposed to polychlorinated biphenyls and diesel exhaust emissions. *Environ Mol Mutagen*, 30(3):254–9. doi:10.1002/(SICI)1098-2280(1997)30:3<254::AID-EM2>3.0.CO;2-L PMID:9366902

Helleday T, Arnaudeau C, Jenssen D (1998). Effects of carcinogenic agents upon different mechanisms for intragenic recombination in mammalian cells. *Carcinogenesis*, 19(6):973–8. doi:10.1093/carcin/19.6.973 PMID:9667733

Hemming H, Bager Y, Flodström S, Nordgren I, Kronevi T, Ahlborg UG *et al.* (1995). Liver tumour promoting activity of 3,4,5,3′,4′-pentachlorobiphenyl and its interaction with 2,3,7,8-tetrachlorodibenzo-p-dioxin. *Eur J Pharmacol*, 292(3–4):241–9. PMID:7796862

Hemming H, Wärngård L, Ahlborg UG (1991). Inhibition of dye transfer in rat liver WB cell culture by polychlorinated biphenyls. *Pharmacol Toxicol*, 69(6):416–20. doi:10.1111/j.1600-0773.1991.tb01323.x PMID:1766916

Hennig B, Hammock BD, Slim R, Toborek M, Saraswathi V, Robertson LW (2002a). PCB-induced oxidative stress in endothelial cells: modulation by nutrients. *Int J Hyg Environ Health*, 205(1–2):95–102. doi:10.1078/1438-4639-00134 PMID:12018021

Hennig B, Meerarani P, Slim R, Toborek M, Daugherty A, Silverstone AE *et al.* (2002b). Proinflammatory properties of coplanar PCBs: in vitro and in vivo evidence. *Toxicol Appl Pharmacol*, 181(3):174–83. doi:10.1006/taap.2002.9408 PMID:12079426

Hennig B, Reiterer G, Majkova Z, Oesterling E, Meerarani P, Toborek M (2005). Modification of environmental toxicity by nutrients: implications in atherosclerosis. *Cardiovasc Toxicol*, 5(2):153–60. doi:10.1385/CT:5:2:153 PMID:16046791

Hennig B, Slim R, Toborek M, Robertson LW (1999). Linoleic acid amplifies polychlorinated biphenyl-mediated dysfunction of endothelial cells. *J Biochem Mol Toxicol*, 13(2):83–91. doi:10.1002/

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 567

(SICI)1099-0461(1999)13:2<83::AID-JBT4>3.0.CO;2-7 PMID:9890193

Herrmann S, Seidelin M, Bisgaard HC, Vang O (2002). Indolo[3,2-b]carbazole inhibits gap junctional intercellular communication in rat primary hepatocytes and acts as a potential tumor promoter. *Carcinogenesis*, 23(11):1861–8. doi:10.1093/carcin/23.11.1861 PMID:12419834

Hill RN, Erdreich LS, Paynter OE, Roberts PA, Rosenthal SL, Wilkinson CF (1989). Thyroid follicular cell carcinogenesis. *Fundam Appl Toxicol*, 12(4):629–97. doi:10.1016/0272-0590(89)90001-8 PMID:2663577

Hines RN (2008). The ontogeny of drug metabolism enzymes and implications for adverse drug events *Pharmacol Ther*, 118:250–267.

Hjelmborg PS, Ghisari M, Bonefeld-Jørgensen EC (2006). SPE-HPLC purification of endocrine-disrupting compounds from human serum for assessment of xenoestrogenic activity. *Anal Bioanal Chem*, 385(5):875–87. doi:10.1007/s00216-006-0463-9 PMID:16791568

Ho PW, Garner CE, Ho JW, Leung KC, Chu AC, Kwok KH et al. (2008). Estrogenic phenol and catechol metabolites of PCBs modulate catechol-O-methyltransferase expression via the estrogen receptor: potential contribution to cancer risk. *Curr Drug Metab*, 9(4):304–9. doi:10.2174/138920008784220600 PMID:18473748

Hochstenbach K, van Leeuwen DM, Gmuender H, Stølevik SB, Nygaard UC, Løvik M et al. (2010). Transcriptomic profile indicative of immunotoxic exposure: in vitro studies in peripheral blood mononuclear cells. *Toxicol Sci*, 118(1):19–30. doi:10.1093/toxsci/kfq239 PMID:20702593

Holsapple MP, Pitot HC, Cohen SM, Boobis AR, Klaunig JE, Pastoor T et al. (2006). Mode of action in relevance of rodent liver tumors to human cancer risk. *Toxicol Sci*, 89(1):51–6. doi:10.1093/toxsci/kfj001 PMID:16221960

Hori S, Obana H, Kashimoto T, Otake T, Nishimura H, Ikegami N et al. (1982). Effect of polychlorinated biphenyls and polychlorinated quaterphenyls in Cynomolgus monkey (Macaca fascicularis). *Toxicology*, 24(2):123–39. doi:10.1016/0300-483X(82)90051-8 PMID:6814017

Horváthová M, Jahnová E, Palkovičová L, Trnovec T, Hertz-Picciotto I (2011a). The kinetics of cell surface receptor expression in children perinatally exposed to polychlorinated biphenyls. *J Immunotoxicol*, 8(4):367–80. doi:10.3109/1547691X.2011.620037 PMID:22047017

Horváthová M, Jahnová E, Palkovičová L, Trnovec T, Hertz-Picciotto I (2011b). Dynamics of lymphocyte subsets in children living in an area polluted by polychlorinated biphenyls. *J Immunotoxicol*, 8(4):333–45. doi:10.3109/1547691X.2011.615767 PMID:22013978

Hovander L, Linderholm L, Athanasiadou M, Athanassiadis I, Bignert A, Fängström B et al. (2006). Levels of PCBs and their metabolites in the serum of residents of a highly contaminated area in eastern Slovakia. *Environ Sci Technol*, 40(12):3696–703. doi:10.1021/es0525657 PMID:16830529

Hovander L, Malmberg T, Athanasiadou M, Athanassiadis I, Rahm S, Bergman A et al. (2002). Identification of hydroxylated PCB metabolites and other phenolic halogenated pollutants in human blood plasma. *Arch Environ Contam Toxicol*, 42(1):105–17. doi:10.1007/s002440010298 PMID:11706375

Høyer AP, Gerdes AM, Jørgensen T, Rank F, Hartvig HB (2002). Organochlorines, p53 mutations in relation to breast cancer risk and survival. A Danish cohort-nested case-controls study. *Breast Cancer Res Treat*, 71(1):59–65. doi:10.1023/A:1013340327099 PMID:11859874

Hsia MT, Lin FS, Allen JR (1978). Comparative mutagenicity and toxic effects of 2,5,2′,5′-tetrachlorobiphenyl and its metabolites in bacterial and mammalian test systems. *Res Commun Chem Pathol Pharmacol*, 21(3):485–96. PMID:151904

Hu X, Adamcakova-Dodd A, Lehmler HJ, Hu D, Kania-Korwel I, Hornbuckle KC et al. (2010). Time course of congener uptake and elimination in rats after short-term inhalation exposure to an airborne polychlorinated biphenyl (PCB) mixture. *Environ Sci Technol*, 44(17):6893–900. doi:10.1021/es101274b PMID:20698547

Hughes MF, Shrivastava SP, Sumler MR, Edwards BC, Goodwin JH, Shah PV et al. (1992). Dermal absorption of chemicals: effect of application of chemicals as a solid, aqueous paste, suspension, or in volatile vehicle. *J Toxicol Environ Health*, 37(1):57–71. doi:10.1080/15287399209531657 PMID:1522614

Hung WT, Lambert GH, Huang P-W, Patterson DG Jr, Guo YL (2013). Genetic susceptibility to dioxin-like chemicals' induction of cytochrome P4501A2 in the human adult linked to specific AhRR polymorphism. *Chemosphere*, 90(9):2358–64. doi:10.1016/j.chemosphere.2012.10.026 PMID:23168330

IARC (1978). Polychlorinated biphenyls and polybrominated biphenyls. *IARC Monogr Eval Carcinog Risk Chem Hum*, 18:1–124. PMID:215509

IARC (2012). Chemical agents and related occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F:1–599. PMID:23189753

Imanishi J, Nomura H, Matsubara M, Kita M, Won SJ, Mizutani T et al. (1980). Effect of polychlorinated biphenyl on viral infections in mice. *Infect Immun*, 29(1):275–7. PMID:6156912

Imsilp K, Hansen L (2005). PCB profiles in mouse skin biopsies and fat from an environmental mixture. *Environ Toxicol Pharmacol*, 19:71–84. doi:10.1016/j.etap.2004.04.007 PMID:21783463

Ingelman-Sundberg M, Sim SC, Gomez A, Rodriguez-Antona C (2007). Influence of cytochrome P450 polymorphisms on drug therapies: pharmacogenetic, pharmacoepigenetic and clinical aspects.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 568

*Pharmacol Ther*, 116(3):496–526. doi:10.1016/j.pharmthera.2007.09.004 PMID:18001838

Inomata T, Sekiguchi M, Hirayama S, Akahori F, Shirai M, Kashiwazaki N et al. (2009). An assessment of mutagenic effect of 3,3′,4,4′,5-pentachlorobiphenyl (PCB 126) in muta mouse fetuses *J Vet Med Sci*, 71(4):529–33. doi:10.1292/jvms.71.529 PMID:19420863

Iwanowicz LR, Blazer VS, McCormick SD, Vanveld PA, Ottinger CA (2009). Aroclor 1248 exposure leads to immunomodulation, decreased disease resistance and endocrine disruption in the brown bullhead, Ameiurus nebulosus. *Aquat Toxicol*, 93(1):70–82. doi:10.1016/j.aquatox.2009.03.008 PMID:19406486

Jacobus JA, Flor S, Klingelhutz A, Robertson LW, Ludewig G (2008). 2-(4′-chlorophenyl)-1,4-benzoquinone increases the frequency of micronuclei and shortens telomeres. *Environ Toxicol Pharmacol*, 25(2):267–72. doi:10.1016/j.etap.2007.10.022 PMID:18438462

Jacobus JA, Wang B, Maddox C, Esch H, Lehmann L, Robertson LW et al. (2010). 3-Methylcholanthrene (3-MC) and 4-chlorobiphenyl (PCB3) genotoxicity is gender-related in Fischer 344 transgenic rats. *Environ Int*, 36(8):970–9. doi:10.1016/j.envint.2010.07.006 PMID:20739065

Jakab M, Major J, Tompa A (1995). Follow up cytogenetic analysis of peripheral blood lymphocytes in workers occupationally exposed to polychlorinated biphenyls. *Central Eur J Occup Environ Med*, 1:206–216.

James MO (2001). PCB: metabolism and metabolites . In: Robertson LW, Hansen LG editors. *Recent advances in the Environmental Toxicology and Health Effects of PCB*. Lexington (KY): The University Press of Kentucky, pp. 35–46.

Jansen HT, Cooke PS, Porcelli J, Liu TC, Hansen LG (1993). Estrogenic and antiestrogenic actions of PCBs in the female rat: in vitro and in vivo studies. *Reprod Toxicol*, 7(3):237–48. doi:10.1016/0890-6238(93)90230-5 PMID:8318755

Jeong YC, Walker NJ, Burgin DE, Kissling G, Gupta M, Kupper L et al. (2008). Accumulation of M₁dG DNA adducts after chronic exposure to PCBs, but not from acute exposure to polychlorinated aromatic hydrocarbons. *Free Radic Biol Med*, 45(5):585–91. doi:10.1016/j.freeradbiomed.2008.04.043 PMID:18534201

Johansson F, Allkvist A, Erixon K, Malmvärn A, Nilsson R, Bergman A et al. (2004). Screening for genotoxicity using the DRAG assay: investigation of halogenated environmental contaminants. *Mutat Res*, 563(1):35–47. doi:10.1016/j.mrgentox.2004.05.017 PMID:15324747

Johansson M, Nilsson S, Lund BO (1998). Interactions between methylsulfonyl PCBs and the glucocorticoid receptor. *Environ Health Perspect*, 106(12):769–72. doi:10.1289/ehp.98106769 PMID:9831536

Joksić G, Marković B (1992). [Cytogenetic changes in persons exposed to polychlorinated biphenyls] *Arh Hig Rada Toksikol*, 43(1):29–35.Croatian PMID:1510614

Julvez J, Debes F, Weihe P, Choi AL, Grandjean P (2011). Thyroid dysfunction as a mediator of organochlorine neurotoxicity in preschool children. *Environ Health Perspect*, 119(10):1429–35. doi:10.1289/ehp.1003172 PMID:21719373

Jusko TA, Sonneborn D, Palkovicova L, Kocan A, Drobna B, Trnovec T et al. (2012). Pre- and postnatal polychlorinated biphenyl concentrations and longitudinal measures of thymus volume in infants. *Environ Health Perspect*, 120(4):595–600. doi:10.1289/ehp.1104229 PMID:22275729

Kalina I, Srám RJ, Konecná H, Ondrusseková A (1991). Cytogenetic analysis of peripheral blood lymphocytes in workers occupationally exposed to polychlorinated biphenyls. *Teratog Carcinog Mutagen*, 11(2):77–82. doi:10.1002/tcm.1770110203 PMID:1686676

Kang K-S, Wilson MR, Hayashi T, Chang CC, Trosko JE (1996). Inhibition of gap junctional intercellular communication in normal human breast epithelial cells after treatment with pesticides, PCBs, and PBBs, alone or in mixtures. *Environ Health Perspect*, 104(2):192–200. PMID:8820588

Kania-Korwel I, Garrison AW, Avants JK, Hornbuckle KC, Robertson LW, Sulkowski WW et al. (2006). Distribution of chiral PCBs in selected tissues in the laboratory rat. *Environ Sci Technol*, 40(12):3704–10. doi:10.1021/es0602086 PMID:16830530

Kania-Korwel I, Hrycay EG, Bandiera SM, Lehmler H-J (2008). 2,2′,3,3′,6,6′-Hexachlorobiphenyl (PCB 136) atropisomers interact enantioselectively with hepatic microsomal cytochrome P450 enzymes. *Chem Res Toxicol*, 21(6):1295–303. doi:10.1021/tx800059j PMID:18494506

Karásek L, Hajslová J, Rosmus J, Hühnerfuss H (2007). Methylsulfonyl PCB and DDE metabolites and their enantioselective gas chromatographic separation in human adipose tissues, seal blubber and pelican muscle. *Chemosphere*, 67(9):S22–7. doi:10.1016/j.chemosphere.2006.05.081 PMID:17215020

Karin M (2006). Nuclear factor-kappaB in cancer development and progression. *Nature*, 441(7092):431–6. doi:10.1038/nature04870 PMID:16724054

Karmaus W, Brooks KR, Nebe T, Witten J, Obi-Osius N, Kruse H (2005). Immune function biomarkers in children exposed to lead and organochlorine compounds: a cross-sectional study. *Environ Health*, 4(1):5 doi:10.1186/1476-069X-4-5 PMID:15831097

Karmaus W, DeKoning EP, Kruse H, Witten J, Osius N (2001a). Early childhood determinants of organochlorine concentrations in school-aged children. *Pediatr Res*, 50(3):331–6. doi:10.1203/00006450-200109000-00007 PMID:11518819

Karmaus W, Kuehr J, Kruse H (2001b). Infections and atopic disorders in childhood and organochlorine exposure. *Arch Environ Health*, 56(6):485–92. doi:10.1080/00039890109602896 PMID:11958547

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 569

Karmaus W, Osuch JR, Landgraf J, Taffe B, Mikucki D, Haan P (2011). Prenatal and concurrent exposure to halogenated organic compounds and gene expression of CYP17A1, CYP19A1, and oestrogen receptor alpha and beta genes. *Occup Environ Med*, 68(6):430–7. doi:10.1136/oem.2009.053249 PMID:20924025

Kato Y, Haraguchi K, Shibahara T, Masuda Y, Kimura R (1998). Reduction of thyroid hormone levels by methylsulfonyl metabolites of polychlorinated biphenyl congeners in rats. *Arch Toxicol*, 72(8):541–4. doi:10.1007/s002040050540 PMID:9765071

Kato Y, Haraguchi K, Shibahara T, Shinmura Y, Masuda Y, Kimura R (2000). The induction of hepatic microsomal UDP-glucuronosyltransferase by the methylsulfonyl metabolites of polychlorinated biphenyl congeners in rats. *Chem Biol Interact*, 125(2):107–15. doi:10.1016/S0009-2797(99)00168-4 PMID:10699571

Kato Y, Haraguchi K, Shibahara T, Yumoto S, Masuda Y, Kimura R (1999). Reduction of thyroid hormone levels by methylsulfonyl metabolites of tetra- and pentachlorinated biphenyls in male Sprague-Dawley rats. *Toxicol Sci*, 48(1):51–4. doi:10.1093/toxsci/48.1.51 PMID:10330683

Kato Y, Haraguchi K, Tomiyasu K, Hiroyuki Saito , Isogai M, Masuda Y *et al.* (1997). Structure-dependent induction of CYP2B1/2 by 3-methylsulfonyl metabolites of polychlorinated biphenyl congeners in rats. *Environ Toxicol Pharmacol*, 3(2):137–44. doi:10.1016/S1382-6689(97)00150-6 PMID:21781771

Kawano M, Hasegawa J, Enomoto T, Onishi H, Nishio Y, Matsuda M *et al.* (2005). Hydroxylated polychlorinated biphenyls (OH-PCBs): recent advances in wildlife contamination study. *Environ Sci*, 12(6):315–24. PMID:16609671

Keck G (1981). [Effects of the contamination by polychlorobiphenyls (PCBs) on the growth of the Ehrlich tumor in mice (author's transl)] *Toxicol Eur Res*, 3(5):229–36. PMID:6803399

Kerkvliet NI, Kimeldorf DJ (1977). Antitumor activity of a polychlorinated biphenyl mixture, Aroclor 1254, in rats inoculated with Walker 256 carcinosarcoma cells. *J Natl Cancer Inst*, 59(3):951–5. PMID:408506

Kester MH, Bulduk S, Tibboel D, Meinl W, Glatt H, Falany CN *et al.* (2000). Potent inhibition of estrogen sulfotransferase by hydroxylated PCB metabolites: a novel pathway explaining the estrogenic activity of PCBs. *Endocrinology*, 141(5):1897–900. doi:10.1210/endo.141.5.7530 PMID:10803601

Kikuchi M, Mikagi Y, Hashimoto M, Kojima T (1971). Two autopsy cases of chronic chlorobiphenyls poisoning. *Fukuoka Acta Med*., 62:89–103.

Kimbrough RD, Linder RE (1974). Induction of adenofibrosis and hepatomas of the liver in BALB-cJ mice by polychlorinated biphenyls (Aroclor 1254). *J Natl Cancer Inst*, 53(2):547–52. PMID:4367249

Kimbrough RD, Squire RA, Linder RE, Strandberg JD, Montalli RJ, Burse VW (1975). Induction of liver tumor in Sherman strain female rats by polychlorinated biphenyl Aroclor 1260. *J Natl Cancer Inst*, 55(6):1453–9. PMID:173869

Knerr S, Schrenk D (2006). Carcinogenicity of "non-dioxinlike" polychlorinated biphenyls. *Crit Rev Toxicol*, 36(9):663–94. doi:10.1080/10408440600845304 PMID:17050081

Kodavanti PRS, Ward TR, Derr-Yellin EC, Mundy WR, Casey AC, Bush B *et al.* (1998). Congener-specific distribution of polychlorinated biphenyls in brain regions, blood, liver, and fat of adult rats following repeated exposure to Aroclor 1254. *Toxicol Appl Pharmacol*, 153(2):199–210. doi:10.1006/taap.1998.8534 PMID:9878591

Koga N, Beppu M, Yoshimura H (1990). Metabolism in vivo of 3,4,5,3′,4′-pentachlorobiphenyl and toxicological assessment of the metabolite in rats. *J Pharmacobiodyn*, 13(8):497–506. doi:10.1248/bpb1978.13.497 PMID:2132573

Koller LD (1977). Enhanced polychlorinated biphenyl lesions in Moloney leukemia virus-infected mice. *Clin Toxicol*, 11(1):107–16. doi:10.3109/15563657708989824 PMID:406114

Kopec AK, Burgoon LD, Ibrahim-Aibo D, Mets BD, Tashiro C, Potter D *et al.* (2010). PCB153-elicited hepatic responses in the immature, ovariectomized C57BL/6 mice: comparative toxicogenomic effects of dioxin and non-dioxin-like ligands. *Toxicol Appl Pharmacol*, 243(3):359–71. doi:10.1016/j.taap.2009.12.003 PMID:20005886

Korach KS, Sarver P, Chae K, McLachlan JA, McKinney JD (1988). Estrogen receptor-binding activity of polychlorinated hydroxybiphenyls: conformationally restricted structural probes. *Mol Pharmacol*, 33(1):120–6. PMID:3122017

Kornbrust D, Dietz D (1985). Aroclor 1254 pretreatment effects on DNA repair in rat hepatocytes elicited by in vivo or in vitro exposure to various chemicals. *Environ Mutagen*, 7(6):857–70. doi:10.1002/em.2860070607 PMID:3933969

Krutovskikh VA, Mesnil M, Mazzoleni G, Yamasaki H (1995). Inhibition of rat liver gap junction intercellular communication by tumor-promoting agents in vivo. Association with aberrant localization of connexin proteins. *Lab Invest*, 72(5):571–7. PMID:7745951

Kunz S, Schwarz M, Schilling B, Päpke O, Lehmler HJ, Robertson LW *et al.* (2006). Tumor promoting potency of PCBs 28 and 101 in rat liver. *Toxicol Lett*, 164(2):133–43. doi:10.1016/j.toxlet.2005.12.003 PMID:16426774

Kuratsune M (1989). Yusho, with reference to Yu-Cheng . In: Kimbrough RD, Jensen AA editors. 2nd Ed. *Topics in environmental Health 4: Halogenated biphenyls, terphenyls, naphthalenes, dibenzodioxins and related*

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 570

*products*. Amsterdam, the Netherlands: Elsevier Science Publishers, pp. 381–400.

Kuratsune M, Yoshimura T, Matsuzaka J, Yamaguchi A (1971). Yusho, a poisoning caused by rice oil contaminated with polychlorinated biphenyls. *HSMHA Health Rep*, 86(12):1083–91. doi:10.2307/4594392 PMID:5157795

Kwon O, Lee E, Moon TC, Jung H, Lin CX, Nam KS *et al.* (2002). Expression of cyclooxygenase-2 and pro-inflammatory cytokines induced by 2,2′,4,4′,5,5′-hexachlorobiphenyl (PCB 153) in human mast cells requires NF-κ B activation. *Biol Pharm Bull*, 25(9):1165–8. doi:10.1248/bpb.25.1165 PMID:12230110

Laden F, Ishibe N, Hankinson SE, Wolff MS, Gertig DM, Hunter DJ *et al.* (2002). Polychlorinated biphenyls, cytochrome P450 1A1, and breast cancer risk in the Nurses' Health Study. *Cancer Epidemiol Biomarkers Prev*, 11(12):1560–5. PMID:12496044

Langer P, Kočan A, Drobna B, Susienkova K, Radikova Z, Huckova M *et al.* (2010). Polychlorinated biphenyls and testosterone: age and congener related correlation approach in heavily exposed males. *Endocr Regul*, 44(3):109–14. doi:10.4149/endo_2010_03_109 PMID:20799853

Langer P, Kočan A, Drobna B, Susienkova K, Radikova Z, Huckova M *et al.* (2012). Blood testosterone in middle aged males heavily exposed to endocrine disruptors is decreasing more with HCB and p,p′-DDE related to BMI and lipids, but not with Σ15PCBs. *Endocr Regul*, 46(2):51–9. doi:10.4149/endo_2012_02_51 PMID:22540852

Lans MC, Klasson-Wehler E, Willemsen M, Meussen E, Safe S, Brouwer A (1993). Structure-dependent, competitive interaction of hydroxy-polychlorobiphenyls, -dibenzo-p-dioxins and -dibenzofurans with human transthyretin. *Chem Biol Interact*, 88(1):7–21. doi:10.1016/0009-2797(93)90081-9 PMID:8330325

Larsson C, Ellerichmann T, Hühnerfuss H, Bergman A (2002). Chiral PCB methyl sulfones in rat tissues after exposure to technical PCBs. *Environ Sci Technol*, 36(13):2833–8. doi:10.1021/es025512n PMID:12144255

Lawton RW, Ross MR, Feingold J, Brown JF Jr (1985). Effects of PCB exposure on biochemical and hematological findings in capacitor workers. *Environ Health Perspect*, 60:165–84. doi:10.1289/ehp.8560165 PMID:2863133

Lecavalier P, Chu I, Yagminas A, Villeneuve DC, Poon R, Feeley M *et al.* (1997). Subchronic toxicity of 2,2′,3,3′,4,4′-hexachlorobiphenyl in rats. *J Toxicol Environ Health*, 51(3):265–77. PMID:9183382

Lehmann L, Esch HL, Kirby PA, Robertson LW, Ludewig G (2007). 4-monochlorobiphenyl (PCB3) induces mutations in the livers of transgenic Fisher 344 rats. *Carcinogenesis*, 28(2):471–8. doi:10.1093/carcin/bgl157 PMID:16950798

Lehmler HJ, Harrad SJ, Hühnerfuss H, Kania-Korwel I, Lee CM, Lu Z *et al.* (2010). Chiral polychlorinated biphenyl transport, metabolism, and distribution: a review. *Environ Sci Technol*, 44(8):2757–66. doi:10.1021/es902208u PMID:20384371

Letcher RJ, Lemmen JG, van der Burg B, Brouwer A, Bergman A, Giesy JP *et al.* (2002). In vitro antiestrogenic effects of aryl methyl sulfone metabolites of polychlorinated biphenyls and 2,2-bis(4-chlorophenyl)-1,1-dichloroethene on 17beta-estradiol-induced gene expression in several bioassay systems. *Toxicol Sci*, 69(2):362–72. doi:10.1093/toxsci/69.2.362 PMID:12377985

Li Y, Millikan RC, Bell DA, Cui L, Tse CK, Newman B *et al.* (2005). Polychlorinated biphenyls, cytochrome P450 1A1 (CYP1A1) polymorphisms, and breast cancer risk among African American women and white women in North Carolina: a population-based case-control study. *Breast Cancer Res*, 7(1):R12–8. doi:10.1186/bcr941 PMID:15642161

Liebl B, Schettgen T, Kerscher G, Broding HC, Otto A, Angerer J *et al.* (2004). Evidence for increased internal exposure to lower chlorinated polychlorinated biphenyls (PCB) in pupils attending a contaminated school. *Int J Hyg Environ Health*, 207(4):315–24. doi:10.1078/1438-4639-00296 PMID:15471095

Lin PH, Sangaiah R, Ranasinghe A, Upton PB, La DK, Gold A *et al.* (2000). Formation of quinonoid-derived protein adducts in the liver and brain of Sprague-Dawley rats treated with 2,2′,5, 5′-tetrachlorobiphenyl. *Chem Res Toxicol*, 13(8):710–8. doi:10.1021/tx000030f PMID:10956058

Linderholm L, Park JS, Kocan A, Trnovec T, Athanasiadou M, Bergman K *et al.* (2007). Maternal and cord serum exposure to PCB and DDE methyl sulfone metabolites in eastern Slovakia. *Chemosphere*, 69(3):403–10. doi:10.1016/j.chemosphere.2007.04.081 PMID:17574648

Lindström G, Hooper K, Petreas M, Stephens R, Gilman A (1995). Workshop on perinatal exposure to dioxin-like compounds. I. Summary. *Environ Health Perspect*, 103:Suppl 2: 135–42. doi:10.1289/ehp.95103s2135 PMID:7614935

Liu S, Li S, Du Y (2010). Polychlorinated biphenyls (PCBs) enhance metastatic properties of breast cancer cells by activating Rho-associated kinase (ROCK). *PLoS ONE*, 5(6):e11272 doi:10.1371/journal.pone.0011272 PMID:20585605

Liu Y, Apak TI, Lehmler HJ, Robertson LW, Duffel MW (2006). Hydroxylated polychlorinated biphenyls are substrates and inhibitors of human hydroxysteroid sulfotransferase SULT2A1. *Chem Res Toxicol*, 19(11):1420–5. doi:10.1021/tx060160+ PMID:17112228

Liu Y, Smart JT, Song Y, Lehmler HJ, Robertson LW, Duffel MW (2009). Structure-activity relationships for hydroxylated polychlorinated biphenyls as substrates

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 571

and inhibitors of rat sulfotransferases and modification of these relationships by changes in thiol status. *Drug Metab Dispos*, 37(5):1065–72. doi:10.1124/dmd.108.026021 PMID:19196841

Loose LD, Silkworth JB, Mudzinski SP, Pittman KA, Benitz KF, Mueller W (1979). Modification of the immune response by organochlorine xenobiotics. *Drug Chem Toxicol*, 2(1–2):111–32. doi:10.3109/01480547908993185 PMID:121284

Lü YC, Wu YC (1985). Clinical findings and immunological abnormalities in Yu-Cheng patients. *Environ Health Perspect*, 59:17–29. doi:10.2307/3429869 PMID:3921359

Lu Z, Lee EY, Robertson LW, Glauert HP, Spear BT (2004). Effect of 2,2′,4,4′,5,5′-hexachlorobiphenyl (PCB-153) on hepatocyte proliferation and apoptosis in mice deficient in the p50 subunit of the transcription factor NF-kappaB. *Toxicol Sci*, 81(1):35–42. doi:10.1093/toxsci/kfh193 PMID:15201435

Lu Z, Tharappel JC, Lee EY, Robertson LW, Spear BT, Glauert HP (2003). Effect of a single dose of polychlorinated biphenyls on hepatic cell proliferation and the DNA binding activity of NF-kappaB and AP-1 in rats. *Mol Carcinog*, 37(4):171–80. doi:10.1002/mc.10135 PMID:12891626

Lubet RA, Lemaire BN, Avery D, Kouri RE (1986). Induction of immunotoxicity in mice by polyhalogenated biphenyls. *Arch Toxicol*, 59(2):71–7. doi:10.1007/BF00286726 PMID:3092783

Ludewig G (2001). Cancer initiation by PCBs . In: Robertson LW, Hansen LG editors. *PCBs: Recent advances in environmental toxicology and health effects*. Lexington (KY): The University of Kentucky Press, pp. 337–354.

Ludewig G, Esch H, Robertson LW (2007). Polyhalogenierte Bi- und Terphenyle . In: Dunkelberg H, Gebel T, Hartwig A editors. *Handbuch der Lebensmitteltoxikologie*. Weinheim: Wiley-VCH Weinheim, pp. 1031–1094.

Luecke S, Backlund M, Jux B, Esser C, Krutmann J, Rannug A (2010). The aryl hydrocarbon receptor (AHR), a novel regulator of human melanogenesis. *Pigment Cell Melanoma Res*, 23(6):828–33. doi:10.1111/j.1755-148X.2010.00762.x PMID:20973933

Lundgren K, Andries M, Thompson C, Lucier GW (1987). alpha-Naphthoflavone metabolized by 2,3,7,8-tetrachlorodibenzo(p)dioxin-induced rat liver microsomes: a potent clastogen in Chinese hamster ovary cells. *Cancer Res*, 47(14):3662–6. PMID:3594431

Lundgren K, Collman GW, Wang-Wuu S, Tiernan T, Taylor M, Thompson CL *et al.* (1988). Cytogenetic and chemical detection of human exposure to polyhalogenated aromatic hydrocarbons. *Environ Mol Mutagen*, 11(1):1–11. doi:10.1002/em.2850110103 PMID:3338440

Machala M, Bláha L, Vondráček J, Trosko JE, Scott J, Upham BL (2003). Inhibition of gap junctional intercellular communication by noncoplanar polychlorinated biphenyls: inhibitory potencies and screening for

potential mode(s) of action. *Toxicol Sci*, 76(1):102–11. doi:10.1093/toxsci/kfg209 PMID:12915713

Maddox C, Wang B, Kirby PA, Wang K, Ludewig G (2008). Mutagenicity of 3-methylcholanthrene, PCB3, and 4-OH-PCB3 in the lung of transgenic Big Blue rats. *Environ Toxicol Pharmacol*, 25(2):260–6. doi:10.1016/j.etap.2007.10.021 PMID:18438460

Maervoet J, Covaci A, Schepens P, Sandau CD, Letcher RJ (2004). A reassessment of the nomenclature of polychlorinated biphenyl (PCB) metabolites. *Environ Health Perspect*, 112(3):291–4. doi:10.1289/ehp.6409 PMID:14998742

Mahy BWJ, Barrett T, Evans S, Anderson EC, Bostock CJ (1988). Characterization of a seal morbillivirus. *Nature*, 336(6195):115–6. doi:10.1038/336115a0 PMID:3185731

Major J, Jakab MG, Tompa A (1999). The frequency of induced premature centromere division in human populations occupationally exposed to genotoxic chemicals. *Mutat Res*, 445(2):241–9. doi:10.1016/S1383-5718(99)00129-1 PMID:10575433

Marabini L, Calò R, Fucile S (2011). Genotoxic effects of polychlorinated biphenyls (PCB 153, 138, 101, 118) in a fish cell line (RTG-2). *Toxicol In Vitro*, 25(5):1045–52. doi:10.1016/j.tiv.2011.04.004 PMID:21504788

Marlowe JL, Puga A (2005). Aryl hydrocarbon receptor, cell cycle regulation, toxicity, and tumorigenesis. *J Cell Biochem*, 96(6):1174–84. doi:10.1002/jcb.20656 PMID:16211578

Maroni M, Colombi A, Arbosti G, Cantoni S, Foa V (1981a). Occupational exposure to polychlorinated biphenyls in electrical workers. II. Health effects. *Br J Ind Med*, 38(1):55–60. PMID:6451237

Maroni M, Colombi A, Cantoni S, Ferioli E, Foa V (1981b). Occupational exposure to polychlorinated biphenyls in electrical workers. I. Environmental and blood polychlorinated biphenyls concentrations. *Br J Ind Med*, 38(1):49–54. PMID:6781529

Martin LA, Wilson DT, Reuhl KR, Gallo MA, Klaassen CD (2012). Polychlorinated biphenyl congeners that increase the glucuronidation and biliary excretion of thyroxine are distinct from the congeners that enhance the serum disappearance of thyroxine. *Drug Metab Dispos*, 40(3):588–95. doi:10.1124/dmd.111.042796 PMID:22187485

Martin WJ 2nd, Gadek JE, Hunninghake GW, Crystal RG (1981). Oxidant injury of lung parenchymal cells. *J Clin Invest*, 68(5):1277–88. doi:10.1172/JCI110374 PMID:7298852

Mason ME, Okey AB (1982). Cytosolic and nuclear binding of 2,3,7,8-tetrachlorodibenzo-p-dioxin to the Ah receptor in extra-hepatic tissues of rats and mice. *Eur J Biochem*, 123(1):209–15. doi:10.1111/j.1432-1033.1982.tb06518.x PMID:6279396

Masuda Y (2001). Fate of PCDF/PCB congeners and change of clinical symptoms in patients with Yusho PCB

poisoning for 30 years. *Chemosphere*, 43(4–7):925–30. doi:10.1016/S0045-6535(00)00452-5 PMID:11372885

Matthews HB, Anderson MW (1975a). The distribution and excretion of 2,4,5,2′,5′-pentachlorobiphenyl in the rat. *Drug Metab Dispos*, 3(3):211–9. PMID:238820

Matthews HB, Anderson MW (1975b). Effect of chlorination on the distribution and excretion of polychlorinated biphenyls. *Drug Metab Dispos*, 3(5):371–80. PMID:241618

Matthews HB, Dedrick RL (1984). Pharmacokinetics of PCBs. *Annu Rev Pharmacol Toxicol*, 24(1):85–103. doi:10.1146/annurev.pa.24.040184.000505 PMID:6428301

Matthews HB, Domanski JJ, Guthrie FE (1976). Hair and its associated lipids as an excretory pathway for chlorinated hydrocarbons. *Xenobiotica*, 6(7):425–9. doi:10.3109/00498257609151655 PMID:826029

Mayes BA, McConnell EE, Neal BH, Brunner MJ, Hamilton SB, Sullivan TM *et al.* (1998). Comparative carcinogenicity in Sprague-Dawley rats of the polychlorinated biphenyl mixtures Aroclors 1016, 1242, 1254, and 1260. *Toxicol Sci*, 41(1):62–76. PMID:9520342

McAuliffe ME, Williams PL, Korrick SA, Altshul LM, Perry MJ (2012). Environmental exposure to polychlorinated biphenyls and p,p′-DDE and sperm sex-chromosome disomy. *Environ Health Perspect*, 120(4):535–40. doi:10.1289/ehp.1104017 PMID:22189045

McCready D, Aronson KJ, Chu W, Fan W, Vesprini D, Narod SA (2004). Breast tissue organochlorine levels and metabolic genotypes in relation to breast cancer risk Canada. *Cancer Causes Control*, 15(4):399–418. doi:10.1023/B:CACO.0000027505.32564.c2 PMID:15141140

McGraw JE Sr, Waller DP (2006). Specific human CYP 450 isoform metabolism of a pentachlorobiphenyl (PCB-IUPAC# 101). *Biochem Biophys Res Commun*, 344(1):129–33. doi:10.1016/j.bbrc.2006.03.122 PMID:16616008

McGraw JE Sr, Waller DP (2009). The role of African American ethnicity and metabolism in sentinel polychlorinated biphenyl congener serum levels. *Environ Toxicol Pharmacol*, 27(1):54–61. doi:10.1016/j.etap.2008.08.008 PMID:20047000

McLean MR, Bauer U, Amaro AR, Robertson LW (1996a). Identification of catechol and hydroquinone metabolites of 4-monochlorobiphenyl. *Chem Res Toxicol*, 9(1):158–64. doi:10.1021/tx950083a PMID:8924585

McLean MR, Robertson LW, Gupta RC (1996b). Detection of PCB adducts by the 32P-postlabeling technique. *Chem Res Toxicol*, 9(1):165–71. doi:10.1021/tx9500843 PMID:8924587

McMahon RE, Cline JC, Thompson CZ (1979). Assay of 855 test chemicals in ten tester strains using a new modification of the Ames test for bacterial mutagens. *Cancer Res*, 39(3):682–93. PMID:371791

Meerts IA, Assink Y, Cenijn PH, Van Den Berg JH, Weijers BM, Bergman A *et al.* (2002). Placental transfer of a hydroxylated polychlorinated biphenyl and effects on fetal and maternal thyroid hormone homeostasis in the rat. *Toxicol Sci*, 68(2):361–71. doi:10.1093/toxsci/68.2.361 PMID:12151632

Meerts IA, Hoving S, van der Berg JH, Weijers BM, Swarts HJ, van der Beek EM *et al.* (2004). Effects of in utero exposure to 4-hydroxy-2,3,3′,4′,5-pentachlorobiphenyl (4-OH-CB107) on developmental landmarks, steroid hormone levels, and female estrous cyclicity in rats. *Toxicol Sci*, 82(1):259–67. doi:10.1093/toxsci/kfh251 PMID:15310862

Meigs JW, Albom JJ, Kartin BL (1954). Chloracne from an unusual exposure to arochlor. *J Am Med Assoc*, 154(17):1417–8. doi:10.1001/jama.1954.02940510017007 PMID:13151867

Meisner LF, Roloff B, Sargent L, Pitot H (1992). Interactive cytogenetic effects on rat bone-marrow due to chronic ingestion of 2,5,2′,5′ and 3,4,3′,4′ PCBs. *Mutat Res*, 283(3):179–83. doi:10.1016/0165-7992(92)90105-Q PMID:1383786

Melino G, Vernole P, Antinori M *et al.* (1992). Immunological and cytogenetic damage in workers accidentally exposed to polychlorinated biphenyls (pcb). *Clinical Chemistry and Enzymology Communications*, 4:341–353.

Mes J, Arnold DL, Bryce F (1994). Determination of polychlorinated biphenyls in postpartum blood, adipose tissue, and milk from female rhesus monkeys and their offspring after prolonged dosing with Aroclor 1254. *J Anal Toxicol*, 18(1):29–35. doi:10.1093/jat/18.1.29 PMID:8127081

Mes J, Arnold DL, Bryce F (1995a). Postmortem tissue levels of polychlorinated biphenyl in female rhesus monkeys after more than six years of daily dosing with Aroclor 1254 and in their non-dosed offspring. *Arch Environ Contam Toxicol*, 29(1):69–76. doi:10.1007/BF00213089 PMID:7794014

Mes J, Arnold DL, Bryce F (1995b). The elimination and estimated half-lives of specific polychlorinated biphenyl congeners from the blood of female monkeys after discontinuation of daily dosing with Aroclor 1254. *Chemosphere*, 30(4):789–800. doi:10.1016/0045-6535(94)00408-M PMID:7889352

Miller VM, Sanchez-Morrissey S, Brosch KO, Seegal RF (2012). Developmental coexposure to polychlorinated biphenyls and polybrominated diphenyl ethers has additive effects on circulating thyroxine levels in rats. *Toxicol Sci*, 127:76–83. doi:10.1093/toxsci/kfs089 PMID:22345314

Mills SA 3rd, Thal DI, Barney J (2007). A summary of the 209 PCB congener nomenclature. *Chemosphere*, 68(9):1603–12. doi:10.1016/j.chemosphere.2007.03.052 PMID:17499337

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 573

Mio T, Sumino K (1985). Mechanism of biosynthesis of methylsulfones from PCBs and related compounds. *Environ Health Perspect*, 59:129–35. doi:10.2307/3429885 PMID:3921355

Mitchell MM, Woods R, Chi LH, Schmidt RJ, Pessah IN, Kostyniak PJ *et al.* (2012). Levels of select PCB and PBDE congeners in human postmortem brain reveal possible environmental involvement in 15q11-q13 duplication autism spectrum disorder. *Environ Mol Mutagen*, 53(8):589–98. doi:10.1002/em.21722 PMID:22930557

Miyazaki W, Iwasaki T, Takeshita A, Kuroda Y, Koibuchi N (2004). Polychlorinated biphenyls suppress thyroid hormone receptor-mediated transcription through a novel mechanism. *J Biol Chem*, 279(18):18195–202. doi:10.1074/jbc.M310531200 PMID:14985366

Morales NM, Matthews HB (1979). In vivo binding of 2,3,6,2′,3′,6′-hexachlorobiphenyl and 2,4,5,2′,4′,5′-hexachlorobiphenyl to mouse liver macromolecules. *Chem Biol Interact*, 27(1):99–110. doi:10.1016/0009-2797(79)90153-4 PMID:113111

Morse DC, Van Bladeren PJ, Klasson-Wehler E, Brouwer A (1995). beta-Naphthoflavone- and self-induced metabolism of 3,3′,4,4′-tetrachlorobiphenyl in hepatic microsomes of the male, pregnant female and foetal rat. *Xenobiotica*, 25(3):245–60. doi:10.3109/00498259509061849 PMID:7618351

Morse DC, Wehler EK, Wesseling W, Koeman JH, Brouwer A (1996). Alterations in rat brain thyroid hormone status following pre- and postnatal exposure to polychlorinated biphenyls (Aroclor 1254). *Toxicol Appl Pharmacol*, 136(2):269–79. doi:10.1006/taap.1996.0034 PMID:8619235

Moser GA, McLachlan MS (2001). The influence of dietary concentration on the absorption and excretion of persistent lipophilic organic pollutants in the human intestinal tract. *Chemosphere*, 45(2):201–11. doi:10.1016/S0045-6535(00)00551-8 PMID:11572612

Moysich KB, Shields PG, Freudenheim JL, Schisterman EF, Vena JE, Kostyniak P *et al.* (1999). Polychlorinated biphenyls, cytochrome P4501A1 polymorphism, and postmenopausal breast cancer risk. *Cancer Epidemiol Biomarkers Prev*, 8(1):41–4. PMID:9950238

Muangmoonchai R, Smirlis D, Wong SC, Edwards M, Phillips IR, Shephard EA (2001). Xenobiotic induction of cytochrome P450 2B1 (CYP2B1) is mediated by the orphan nuclear receptor constitutive androstane receptor (CAR) and requires steroid co-activator 1 (SRC-1) and the transcription factor Sp1. *Biochem J*, 355(Pt 1):71–8. doi:10.1042/0264-6021:3550071 PMID:11256950

Murk A, Morse D, Boon J, Brouwer A (1994). In vitro metabolism of 3,3′,4,4′-tetrachlorobiphenyl in relation to ethoxyresorufin-O-deethylase activity in liver microsomes of some wildlife species and rat. *Eur J Pharmacol*, 270(2–3):253–61. PMID:8039554

Murphy KA, Quadro L, White LA (2007). The intersection between the aryl hydrocarbon receptor (AhR)- and retinoic acid-signalling pathways. *Vitam Horm*, 75:33–67. doi:10.1016/S0083-6729(06)75002-6 PMID:17368311

Murray GI, Melvin WT, Greenlee WF, Burke MD (2001). Regulation, function, and tissue-specific expression of cytochrome P450 CYP1B1. *Annu Rev Pharmacol Toxicol*, 41(1):297–316. doi:10.1146/annurev.pharmtox.41.1.297 PMID:11264459

Nagayama J, Nagayama M, Haraguchi K, Kuroki H, Masuda Y (1995). Influence of five methylsulphonyl PCB congeners on frequency of micronucleated cells in cultured human lymphocytes by cytokinesis block method. *Fukuoka Igaku Zasshi*, 86(5):190–6. PMID:7628807

Nagayama J, Nagayama M, Haraguchi K, Kuroki H, Masuda Y (1999). Induction of sister chromatid exchanges in cultured human lymphocytes with methylsulphonyl PCB congeners. *Fukuoka Igaku Zasshi*, 90(5):238–45. PMID:10396880

Nagayama J, Nagayama M, Iida T, Hirakawa H, Matsueda T, Masuda Y (1994). Effects of highly toxic organochlorine compounds retained in human body on induction of sister chromatid exchanges in cultured human lymphocytes. *Chemosphere*, 29(9–11):2349–54. doi:10.1016/0045-6535(94)90403-0 PMID:7850383

Nagayama J, Nagayama M, Iida T, Hirakawa H, Matsueda T, Ohki M *et al.* (2001). Comparison between "Yusho" patients and healthy Japanese in contamination level of dioxins and related chemicals and frequency of sister chromatid exchanges. *Chemosphere*, 43(4–7):931–6. doi:10.1016/S0045-6535(00)00453-7 PMID:11372886

Nakanishi Y, Nomoto Y, Matsuki A, Kunitake R, Hara N (1995). Effect of polychlorinated biphenyls and polychlorinated dibenzofurans on leukocyte in peripheral blood and bronchoalveolar lavage fluid. *Fukuoka Igaku Zasshi*, 86(5):261–6. PMID:7628818

Nakanishi Y, Shigematsu N, Kurita Y, Matsuba K, Kanegae H, Ishimaru S *et al.* (1985). Respiratory involvement and immune status in yusho patients. *Environ Health Perspect*, 59:31–6. doi:10.2307/3429870 PMID:3921360

Narayanan PK, Carter WO, Ganey PE, Roth RA, Voytik-Harbin SL, Robinson JP (1998). Impairment of human neutrophil oxidative burst by polychlorinated biphenyls: inhibition of superoxide dismutase activity. *J Leukoc Biol*, 63(2):216–24. PMID:9468280

Nath RG, Randerath E, Randerath K (1991). Short-term effects of the tumor promoting polychlorinated biphenyl mixture, Aroclor 1254, on I-compounds in liver, kidney and lung DNA of male Sprague-Dawley rats. *Toxicology*, 68(3):275–89. doi:10.1016/0300-483X(91)90075-C PMID:1896999

Naugler WE, Sakurai T, Kim S, Maeda S, Kim K, Elsharkawy AM *et al.* (2007). Gender disparity in liver cancer due to sex differences in MyD88-dependent

IL-6 production. *Science*, 317(5834):121–4. doi:10.1126/science.1140485 PMID:17615358

Nesaretnam K, Corcoran D, Dils RR, Darbre P (1996). 3,4,3'4'-Tetrachlorobiphenyl acts as an estrogen in vitro and in vivo. *Mol Endocrinol*, 10(8):923–36. doi:10.1210/me.10.8.923 PMID:8843409

Ng CH, Janoo-Gilani R, Sipahimalani P, Gallagher RP, Gascoyne RD, Connors JM *et al*. (2010). Interaction between organochlorines and the AHR gene, and risk of non-Hodgkin lymphoma. *Cancer Causes Control*, 21(1):11–22. doi:10.1007/s10552-009-9429-5 PMID:19821039

Nilsson B, Ramel C (1974). Genetic tests on Drosophila melanogaster with polychlorinated biphenyls (PCB). *Hereditas*, 77(2):319–22. doi:10.1111/j.1601-5223.1974.tb00944.x PMID:4217330

Nims RW, Fox SD, Issaq HJ, Lubet RA (1994). Accumulation and persistence of individual polychlorinated biphenyl congeners in liver, blood, and adipose tissue of rats following dietary exposure to Aroclor 1254. *Arch Environ Contam Toxicol*, 27(4):513–20. doi:10.1007/BF00214843 PMID:7811109

Nordlund-Möller L, Andersson O, Ahlgren R, Schilling J, Gillner M, Gustafsson JA *et al*. (1990). Cloning, structure, and expression of a rat binding protein for polychlorinated biphenyls. Homology to the hormonally regulated progesterone-binding protein uteroglobin. *J Biol Chem*, 265(21):12690–3. PMID:2115524

NTP; National Toxicology Program(2006a). NTP toxicology and carcinogenesis studies of 3,3',4,4',5-pentachlorobiphenyl (PCB 126) (CAS No. 57465–28–8) in female Harlan Sprague-Dawley rats (Gavage Studies). *Natl Toxicol Program Tech Rep Ser*, 520(520):4–246. PMID:16628245

NTP; National Toxicology Program(2006b). NTP technical report on the toxicology and carcinogenesis studies of 2,2',4,4',5,5'-hexachlorobiphenyl (PCB 153) (CAS No. 35065–27–1) in female Harlan Sprague-Dawley rats (Gavage studies). *Natl Toxicol Program Tech Rep Ser*, 529(529):4–168. PMID:16835634

NTP; National Toxicology Program(2006c). Toxicology and carcinogenesis studies of a binary mixture of 3,3',4,4',5-pentachlorobiphenyl (PCB 126) (Cas No. 57465–28–8) and 2,2',4,4',5,5'-hexachlorobiphenyl (PCB 153) (CAS No. 35065–27–1) in female Harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser*, 530(530):1–258. PMID:17160104

NTP; National Toxicology Program(2006d). Toxicology and carcinogenesis studies of a binary mixture of 3,3',4,4',5-pentachlorobiphenyl (PCB 126) (Cas No. 57465–28–8) and 2,3',4,4',5-pentachlorobiphenyl (PCB 118) (Cas No. 31508–00–6) in female Harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser*, 531(531):1–218. PMID:17342196

NTP; National Toxicology Program(2006e). NTP technical report on the toxicology and carcinogenesis studies of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) (CAS No. 1746–01–6) in female Harlan Sprague-Dawley rats (Gavage Studies). *Natl Toxicol Program Tech Rep Ser*, 521(521):4–232. PMID:16835633

NTP; National Toxicology Program(2006f). Toxicology and carcinogenesis studies of 2,3,4,7,8-pentachlorodibenzofuran (PeCDF) (Cas No. 57117–31–4) in female Harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser*, 525(525):1–198. PMID:17160103

NTP; National Toxicology Program(2006g). Toxicology and carcinogenesis studies of a mixture of 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD) (Cas No. 1746–01–6), 2,3,4,7,8-pentachlorodibenzofuran (PeCDF) (Cas No. 57117–31–4), and 3,3',4,4',5-pentachlorobiphenyl (PCB 126) (Cas No. 57465–28–8) in female Harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser*, 526(526):1–180. PMID:17342195

NTP; National Toxicology Program(2010). Toxicology and carcinogenesis studies of 2,3',4,4',5-pentachlorobiphenyl (PCB 118) (Cas No. 31508–00–6) in female harlan Sprague-Dawley rats (gavage studies). *Natl Toxicol Program Tech Rep Ser*, 559(559):1–174. PMID:21383778

Oakley GG, Devanaboyina U, Robertson LW, Gupta RC (1996a). Oxidative DNA damage induced by activation of polychlorinated biphenyls (PCBs): implications for PCB-induced oxidative stress in breast cancer. *Chem Res Toxicol*, 9(8):1285–92. doi:10.1021/tx960103o PMID:8951230

Oakley GG, Robertson LW, Gupta RC (1996b). Analysis of polychlorinated biphenyl-DNA adducts by 32P-postlabeling. *Carcinogenesis*, 17(1):109–14. doi:10.1093/carcin/17.1.109 PMID:8565118

Öberg M, Sjödin A, Casabona H, Nordgren I, Klasson-Wehler E, Håkansson H (2002). Tissue distribution and half-lives of individual polychlorinated biphenyls and serum levels of 4-hydroxy-2,3,3',4',5-pentachlorobiphenyl in the rat. *Toxicol Sci*, 70(2):171–82. doi:10.1093/toxsci/70.2.171 PMID:12441362

Odashima S (1976). The cooperative development in Japan of methods for screening chemicals for carcinogenicity. In: Bartsch R, Tomatis L editors. *Screening tests for chemical carcinogenesis*. Scientific Publication Number 12. Lyon, France: IARC, pp. 61–75.

Oesterle D, Deml E (1981). Promoting effect of various PCBs and DDT on enzyme-altered islands in rat liver. *Naunyn Schmiedebergs Arch Pharmacol*, 316:R16

Osius N, Karmaus W, Kruse H, Witten J (1999). Exposure to polychlorinated biphenyls and levels of thyroid hormones in children. *Environ Health Perspect*, 107(10):843–9. doi:10.1289/ehp.99107843 PMID:10504153

Osterhaus ADME, Vedder EJ (1988). Identification of virus causing recent seal deaths. *Nature*, 335(6185):20 doi:10.1038/335020a0 PMID:3412456

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 575

Ota K, Hammock BD (1980). Cytosolic and microsomal epoxide hydrolases: differential properties in mammalian liver. *Science*, 207(4438):1479–81. doi:10.1126/science.7361100 PMID:7361100

Otake T, Yoshinaga J, Enomoto T, Matsuda M, Wakimoto T, Ikegami M et al. (2007). Thyroid hormone status of newborns in relation to in utero exposure to PCBs and hydroxylated PCB metabolites. *Environ Res*, 105(2):240–6. doi:10.1016/j.envres.2007.03.010 PMID:17490634

Ouw HK, Simpson GR, Siyali DS (1976). Use and health effects of Aroclor 1242, a polychlorinated biphenyl, in an electrical industry. *Arch Environ Health*, 31(4):189–94. doi:10.1080/00039896.1976.10667218 PMID:821401

Parkinson A, Robertson L, Safe L, Safe S (1980). Polychlorinated biphenyls as inducers of hepatic microsomal enzymes: structure-activity rules. *Chem Biol Interact*, 30(3):271–85. doi:10.1016/0009-2797(80)90050-2 PMID:6769597

Parkinson A, Safe SH, Robertson LW, Thomas PE, Ryan DE, Reik LM et al. (1983). Immunochemical quantitation of cytochrome P-450 isozymes and epoxide hydrolase in liver microsomes from polychlorinated or polybrominated biphenyl-treated rats. A study of structure-activity relationships. *J Biol Chem*, 258(9):5967–76. PMID:6304102

Pearce EN, Braverman LE (2009). Environmental pollutants and the thyroid. *Best Pract Res Clin Endocrinol Metab*, 23(6):801–13. doi:10.1016/j.beem.2009.06.003 PMID:19942155

Pereg D, Robertson LW, Gupta RC (2002). DNA adduction by polychlorinated biphenyls: adducts derived from hepatic microsomal activation and from synthetic metabolites. *Chem Biol Interact*, 139(2):129–44. doi:10.1016/S0009-2797(01)00292-7 PMID:11823002

Pereg D, Tampal N, Espandiari P, Robertson LW (2001). Distribution and macromolecular binding of benzo[a]pyrene and two polychlorinated biphenyl congeners in female mice. *Chem Biol Interact*, 137(3):243–58. doi:10.1016/S0009-2797(01)00256-3 PMID:11566292

Persky V, Turyk M, Anderson HA, Hanrahan LP, Falk C, Steenport DN et al. ; Great Lakes Consortium(2001). The effects of PCB exposure and fish consumption on endogenous hormones. *Environ Health Perspect*, 109(12):1275–83. doi:10.1289/ehp.011091275 PMID:11748036

Persson I, Johansson I, Ingelman-Sundberg M (1997). In vitro kinetics of two human CYP1A1 variant enzymes suggested to be associated with interindividual differences in cancer susceptibility. *Biochem Biophys Res Commun*, 231(1):227–30. doi:10.1006/bbrc.1997.6051 PMID:9070254

Pessah IN, Hansen LG, Albertson TE, Garner CE, Ta TA, Do Z et al. (2006). Structure-activity relationship for noncoplanar polychlorinated biphenyl congeners toward the ryanodine receptor-Ca2+ channel

complex type 1 (RyR1). *Chem Res Toxicol*, 19(1):92–101. doi:10.1021/tx050196m PMID:16411661

Petersen MS, Halling J, Damkier P, Nielsen F, Grandjean P, Weihe P et al. (2007). Polychlorinated biphenyl (PCB) induction of CYP3A4 enzyme activity in healthy Faroese adults. *Toxicol Appl Pharmacol*, 224(2):202–6. doi:10.1016/j.taap.2007.07.002 PMID:17692354

Pienta RJ (1980). Transformation of Syrian hamster embryo cells by diverse chemicals and correlation with their reported carcinogenic and mutagenic activities. In: de Serres FJ, Hollander A editors. *Chemical Mutagens: Principles and methods for their detection*. Volume 6:. New York (NY): Plenum Press; pp. 175–202. doi:10.1007/978-1-4613-3072-1_7

Pikarsky E, Porat RM, Stein I, Abramovitch R, Amit S, Kasem S et al. (2004). NF-kappaB functions as a tumour promoter in inflammation-associated cancer. *Nature*, 431(7007):461–6. doi:10.1038/nature02924 PMID:15329734

Plísková M, Vondráček J, Canton RF, Nera J, Kocan A, Petrík J et al. (2005). Impact of polychlorinated biphenyls contamination on estrogenic activity in human male serum. *Environ Health Perspect*, 113(10):1277–84. doi:10.1289/ehp.7745 PMID:16203234

Porta M, López T, Pumarega J, Jariod M, Crous-Bou M, Marco E et al. ; PANKRAS II Study Group(2009). In pancreatic ductal adenocarcinoma blood concentrations of some organochlorine compounds and coffee intake are independently associated with KRAS mutations. *Mutagenesis*, 24(6):513–21. doi:10.1093/mutage/gep037 PMID:19797353

Portigal CL, Cowell SP, Fedoruk MN, Butler CM, Rennie PS, Nelson CC (2002). Polychlorinated biphenyls interfere with androgen-induced transcriptional activation and hormone binding. *Toxicol Appl Pharmacol*, 179(3):185–94. doi:10.1006/taap.2002.9371 PMID:11906248

Price NO, Young RW, Dickinson JK, Bunce GE (1972). Pesticide residues and polychlorinated biphenyl levels in diets, urine, and fecal matter of preadolescent girls. *Proc Soc Exp Biol Med*, 139(4):1280–3. doi:10.3181/00379727-139-36347 PMID:4623415

Probst GS, McMahon RE, Hill LE, Thompson CZ, Epp JK, Neal SB (1981). Chemically-induced unscheduled DNA synthesis in primary rat hepatocyte cultures: a comparison with bacterial mutagenicity using 218 compounds. *Environ Mutagen*, 3(1):11–32. doi:10.1002/em.2860030103 PMID:7021142

Puga A, Ma C, Marlowe JL (2009). The aryl hydrocarbon receptor cross-talks with multiple signal transduction pathways. *Biochem Pharmacol*, 77(4):713–22. doi:10.1016/j.bcp.2008.08.031 PMID:18817753

Rallis GN, Sakkas VA, Boumba VA, Vougiouklakis T, Albanis TA (2012). Determination of organochlorine pesticides and polychlorinated biphenyls in postmortem human lung by matrix solid-phase dispersion

with the aid of response surface methodology and desirability function. *J Chromatogr A*, 1227:1–9. doi:10.1016/j.chroma.2011.12.083 PMID:22265777

Ramamoorthy K, Vyhlidal C, Wang F, Chen I, Safe S, McDonnell DP *et al.* (1997). Additive estrogenic activities of a binary mixture of 2′,4′,6′-trichloro- and 2′3′,4′,5′-tetrachloro-4-biphenylol. *Toxicol Appl Pharmacol*, 147(1):93–100. doi:10.1006/taap.1997.8281 PMID:9356311

Rasmussen TH, Nielsen F, Andersen HR, Nielsen JB, Weihe P, Grandjean P (2003). Assessment of xenoestrogenic exposure by a biomarker approach: application of the E-Screen bioassay to determine estrogenic response of serum extracts. *Environ Health*, 2(1):12 doi:10.1186/1476-069X-2-12 PMID:14613489

Ravoori S, Ayotte P, Srinivasan C, Pereg D, Robertson LW, Russell GK *et al.* (2008). DNA damage associated with PCBs in the whole blood cells of Inuit. *Environ Toxicol Pharmacol*, 25(2):273–6. doi:10.1016/j.etap.2007.10.027 PMID:21783863

Ravoori S, Srinivasan C, Pereg D, Robertson LW, Ayotte P, Gupta RC (2010). Protective effects of selenium against DNA adduct formation in Inuit environmentally exposed to PCBs. *Environ Int*, 36(8):980–6. doi:10.1016/j.envint.2009.08.001 PMID:19735942

Rayne S, Forest K (2010). pK(a) values of the monohydroxylated polychlorinated biphenyls (OH-PCBs), polybrominated biphenyls (OH-PBBs), polychlorinated diphenyl ethers (OH-PCDEs), and polybrominated diphenyl ethers (OH-PBDEs). *J Environ Sci Health A Tox Hazard Subst Environ Eng*, 45(11):1322–46. doi:10.1080/10934529.2010.500885 PMID:20658412

Rice RH, Cohen DE (1996). Toxic responses of the skin . In: Klaassen CD editor. *Cassarett and Doull's toxicology: The basic science of poisons*. New York: McGraw-Hill.

Richardson JR, Miller GW (2004). Acute exposure to Aroclor 1016 or 1260 differentially affects dopamine transporter and vesicular monoamine transporter 2 levels. *Toxicol Lett*, 148(1-2):29–40. doi:10.1016/j.toxlet.2003.12.006 PMID:15019086

Rignell-Hydbom A, Rylander L, Giwercman A, Jönsson BA, Lindh C, Eleuteri P *et al.* (2005). Exposure to PCBs and p,p′-DDE and human sperm chromatin integrity. *Environ Health Perspect*, 113(2):175–9. doi:10.1289/ehp.7252 PMID:15687046

Ritter R, Scheringer M, MacLeod M, Moeckel C, Jones KC, Hungerbühler K (2011). Intrinsic human elimination half-lives of polychlorinated biphenyls derived from the temporal evolution of cross-sectional biomonitoring data from the United Kingdom. *Environ Health Perspect*, 119(2):225–31. doi:10.1289/ehp.1002211 PMID:20934951

Robertson LW, Berberian I, Borges T, Chen LC, Chow CK, Glauert HP *et al.* (2007). Suppression of peroxisomal enzyme activities and cytochrome P450 4A isozyme expression by congeneric polybrominated

and polychlorinated biphenyls. *PPAR Res*, 2007:15481 doi:10.1155/2007/15481 PMID:18274624

Robertson LW, Ludewig G (2011). Polychlorinated Biphenyl (PCB) carcinogenicity with special emphasis on airborne PCBs. *Gefahrst Reinhalt Luft*, 71(1–2):25–32. PMID:21686028

Rogan WJ (1989). Yu-Cheng . In: Kimbrough RD, Jensen AA editors. 2nd Ed. *Topics in environmental health 4: Halogenated biphenyls, terphenyls, naphthalenes, dibenzodioxins and related products*. Amsterdam, the Netherlands: Elsevier Science Publishers, pp. 401–415.

Roos R, Andersson PL, Halldin K, Håkansson H, Westerholm E, Hamers T *et al.* (2011). Hepatic effects of a highly purified 2,2′,3,4,4′,5,5′-heptachlorbiphenyl (PCB 180) in male and female rats. *Toxicology*, 284(1–3):42–53. doi:10.1016/j.tox.2011.03.013 PMID:21458519

Ross P, De Swart R, Addison R, Van Loveren H, Vos J, Osterhaus A (1996). Contaminant-induced immunotoxicity in harbour seals: wildlife at risk? *Toxicology*, 112(2):157–69. doi:10.1016/0300-483X(96)03396-3 PMID:8814345

Ross PS, De Swart RL, Reijnders PJH, Van Loveren H, Vos JG, Osterhaus AD (1995). Contaminant-related suppression of delayed-type hypersensitivity and antibody responses in harbor seals fed herring from the Baltic Sea. *Environ Health Perspect*, 103(2):162–7. doi:10.1289/ehp.95103162 PMID:7737064

Ruch RJ, Klaunig JE (1986). Effects of tumor promoters, genotoxic carcinogens and hepatocytotoxins on mouse hepatocyte intercellular communication. *Cell Biol Toxicol*, 2(4):469–83. doi:10.1007/BF00117849 PMID:2477123

Ruiz P, Faroon O, Moudgal CJ, Hansen H, De Rosa CT, Mumtaz M (2008). Prediction of the health effects of polychlorinated biphenyls (PCBs) and their metabolites using quantitative structure-activity relationship (QSAR). *Toxicol Lett*, 181(1):53–65. doi:10.1016/j.toxlet.2008.06.870 PMID:18662755

Rusiecki JA, Baccarelli A, Bollati V, Tarantini L, Moore LE, Bonefeld-Jørgensen EC (2008). Global DNA hypomethylation is associated with high serum-persistent organic pollutants in Greenlandic Inuit. *Environ Health Perspect*, 116(11):1547–52. doi:10.1289/ehp.11338 PMID:19057709

Sacco JC, Lehmler HJ, Robertson LW, Li W, James MO (2008). Glucuronidation of polychlorinated biphenylols and UDP-glucuronic acid concentrations in channel catfish liver and intestine. *Drug Metab Dispos*, 36(4):623–30. doi:10.1124/dmd.107.019596 PMID:18180271

Safe S (1989). Polychlorinated biphenyls (PCBs): mutagenicity and carcinogenicity. *Mutat Res*, 220(1):31–47. doi:10.1016/0165-1110(89)90007-9 PMID:2492077

Safe S (1990). Polychlorinated biphenyls (PCBs), dibenzo-p-dioxins (PCDDs), dibenzofurans (PCDFs), and related compounds: environmental and mechanistic

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 577

considerations which support the development of toxic equivalency factors (TEFs). *Crit Rev Toxicol*, 21(1):51–88. doi:10.3109/10408449009089873 PMID:2124811

Safe S (1993). Toxicology, structure-function relationship, and human and environmental health impacts of polychlorinated biphenyls: progress and problems. *Environ Health Perspect*, 100:259–68. doi:10.1289/ehp.93100259 PMID:8354174

Safe S, Bandiera S, Sawyer T, Robertson L, Safe L, Parkinson A *et al.* (1985). PCBs: structure-function relationships and mechanism of action. *Environ Health Perspect*, 60:47–56. PMID:2992927

Sandal S, Yilmaz B, Carpenter DO (2008). Genotoxic effects of PCB 52 and PCB 77 on cultured human peripheral lymphocytes. *Mutat Res*, 654(1):88–92. doi:10.1016/j.mrgentox.2008.05.005 PMID:18573685

Sargent L, Dragan YP, Erickson C, Laufer CJ, Pitot HC (1991). Study of the separate and combined effects of the non-planar 2,5,2′,5′- and the planar 3,4,3′,4′-tetrachlorobiphenyl in liver and lymphocytes in vivo. *Carcinogenesis*, 12(5):793–800. doi:10.1093/carcin/12.5.793 PMID:1827616

Sargent L, Roloff B, Meisner L (1989). In vitro chromosome damage due to PCB interactions. *Mutat Res*, 224(1):79–88. doi:10.1016/0165-1218(89)90006-2 PMID:2505070

Sargent LM, Sattler GL, Roloff B, Xu YH, Sattler CA, Meisner L *et al.* (1992). Ploidy and specific karyotypic changes during promotion with phenobarbital, 2,5,2′,5′-tetrachlorobiphenyl, and/or 3,4,3′4′-tetrachlorobiphenyl in rat liver. *Cancer Res*, 52(4):955–62. PMID:1737357

Sartor MA, Schnekenburger M, Marlowe JL, Reichard JF, Wang Y, Fan Y *et al.* (2009). Genomewide analysis of aryl hydrocarbon receptor binding targets reveals an extensive array of gene clusters that control morphogenetic and developmental programs. *Environ Health Perspect*, 117(7):1139–46. doi:10.1289/ehp.0800485 PMID:19654925

Sasaki YF, Sekihashi K, Izumiyama F, Nishidate E, Saga A, Ishida K *et al.* (2000). The comet assay with multiple mouse organs: comparison of comet assay results and carcinogenicity with 208 chemicals selected from the IARC monographs and U.S. NTP Carcinogenicity Database. *Crit Rev Toxicol*, 30(6):629–799. doi:10.1080/10408440008951123 PMID:11145306

Scheele J, Teufel M, Niessen KH (1992). Chlorinated hydrocarbons in the bone marrow of children: studies on their association with leukaemia. *Eur J Pediatr*, 151(11):802–5. doi:10.1007/BF01957928 PMID:1468452

Schiestl RH, Aubrecht J, Yap WY, Kandikonda S, Sidhom S (1997). Polychlorinated biphenyls and 2,3,7,8-tetrachlorodibenzo-p-dioxin induce intrachromosomal recombination in vitro and in vivo. *Cancer Res*, 57(19):4378–83. PMID:9331101

Schilderman PA, Maas LM, Pachen DM, de Kok TM, Kleinjans JC, van Schooten FJ (2000). Induction of

DNA adducts by several polychlorinated biphenyls. *Environ Mol Mutagen*, 36(2):79–86. doi:10.1002/1098-2280(2000)36:2<79::AID-EM1>3.0.CO;2-E PMID:11013405

Schlezinger JJ, Keller J, Verbrugge LA, Stegeman JJ (2000). 3,3′4,4′-Tetrachlorobiphenyl oxidation in fish, bird and reptile species: relationship to cytochrome P450 1A inactivation and reactive oxygen production. *Comp Biochem Physiol C Toxicol Pharmacol*, 125(3):273–86. PMID:11790349

Schlezinger JJ, Struntz WDJ, Goldstone JV, Stegeman JJ (2006). Uncoupling of cytochrome P450 1A and stimulation of reactive oxygen species production by co-planar polychlorinated biphenyl congeners. *Aquat Toxicol*, 77(4):422–32. doi:10.1016/j.aquatox.2006.01.012 PMID:16500718

Schlezinger JJ, White RD, Stegeman JJ (1999). Oxidative inactivation of cytochrome P-450 1A (CYP1A) stimulated by 3,3′4,4′-tetrachlorobiphenyl: production of reactive oxygen by vertebrate CYP1As. *Mol Pharmacol*, 56(3):588–97. PMID:10462547

Schlummer M, Moser GA, McLachlan MS (1998). Digestive tract absorption of PCDD/Fs, PCBs, and HCB in humans: mass balances and mechanistic considerations. *Toxicol Appl Pharmacol*, 152(1):128–37. doi:10.1006/taap.1998.8487 PMID:9772208

Schmidt JV, Bradfield CA (1996). Ah receptor signaling pathways. *Annu Rev Cell Dev Biol*, 12(1):55–89. doi:10.1146/annurev.cellbio.12.1.55 PMID:8970722

Schoeny R (1982). Mutagenicity testing of chlorinated biphenyls and chlorinated dibenzofurans. *Mutat Res*, 101(1):45–56. doi:10.1016/0165-1218(82)90164-1 PMID:7043248

Schoeny RS, Smith CC, Loper JC (1979). Non-mutagenicity for Salmonella of the chlorinated hydrocarbons Aroclor 1254, 1,2,4-trichlorobenzene, mirex and kepone. *Mutat Res*, 68(2):125–32. doi:10.1016/0165-1218(79)90140-X PMID:92763

Schrader TJ, Cooke GM (2003). Effects of Aroclors and individual PCB congeners on activation of the human androgen receptor in vitro. *Reprod Toxicol*, 17(1):15–23. doi:10.1016/S0890-6238(02)00076-X PMID:12507654

Schrenk D, Schmitz HJ, Bohnenberger S, Wagner B, Wörner W (2004). Tumor promoters as inhibitors of apoptosis in rat hepatocytes. *Toxicol Lett*, 149(1–3):43–50. doi:10.1016/j.toxlet.2003.12.019 PMID:15093247

Schuetz EG, Brimer C, Schuetz JD (1998). Environmental xenobiotics and the antihormones cyproterone acetate and spironolactone use the nuclear hormone pregnenolone X receptor to activate the CYP3A23 hormone response element. *Mol Pharmacol*, 54(6):1113–7. PMID:9855641

Schuur AG, Brouwer A, Bergman A, Coughtrie MW, Visser TJ (1998b). Inhibition of thyroid hormone sulfation by hydroxylated metabolites of polychlorinated biphenyls.

*Chem Biol Interact*, 109(1–3):293–7. doi:10.1016/S0009-2797(97)00140-3 PMID:9566753

Schuur AG, Legger FF, van Meeteren ME, Moonen MJ, van Leeuwen-Bol I, Bergman A *et al.* (1998a). In vitro inhibition of thyroid hormone sulfation by hydroxylated metabolites of halogenated aromatic hydrocarbons. *Chem Res Toxicol*, 11(9):1075–81. doi:10.1021/tx9800046 PMID:9760282

Schuur AG, van Leeuwen-Bol I, Jong WM, Bergman A, Coughtrie MW, Brouwer A *et al.* (1998c). In vitro inhibition of thyroid hormone sulfation by polychlorobiphenylols: isozyme specificity and inhibition kinetics. *Toxicol Sci*, 45(2):188–94. PMID:9848125

Schwenk M, Gabrio T, Päpke O, Wallenhorst T (2002). Human biomonitoring of polychlorinated biphenyls and polychlorinated dibenzodioxins and dibenzofuranes in teachers working in a PCB-contaminated school. *Chemosphere*, 47(2):229–33. doi:10.1016/S0045-6535(01)00307-1 PMID:11993638

Seegal RF, Brosch KO, Okoniewski RJ (2005). Coplanar PCB congeners increase uterine weight and frontal cortical dopamine in the developing rat: implications for developmental neurotoxicity. *Toxicol Sci*, 86(1):125–31. doi:10.1093/toxsci/kfi174 PMID:15843507

Seelbach M, Chen L, Powell A, Choi YJ, Zhang B, Hennig B *et al.* (2010). Polychlorinated biphenyls disrupt blood-brain barrier integrity and promote brain metastasis formation. *Environ Health Perspect*, 118(4):479–84. doi:10.1289/ehp.0901334 PMID:20064788

Sells DM, Brix AE, Nyska A, Jokinen MP, Orzech DP, Walker NJ (2007). Respiratory tract lesions in noninhalation studies. *Toxicol Pathol*, 35(1):170–7. doi:10.1080/01926230601059969 PMID:17325986

Semple-Roberts E, Hayes MA, Armstrong D, Becker RA, Racz WJ, Farber E (1987). Alternative methods of selecting rat hepatocellular nodules resistant to 2-acetylaminofluorene. *Int J Cancer*, 40(5):643–5. doi:10.1002/ijc.2910400512 PMID:3679591

Senthilkumar PK, Klingelhutz AJ, Jacobus JA, Lehmler H, Robertson LW, Ludewig G (2011). Airborne polychlorinated biphenyls (PCBs) reduce telomerase activity and shorten telomere length in immortal human skin keratinocytes (HaCat). *Toxicol Lett*, 204(1):64–70. doi:10.1016/j.toxlet.2011.04.012 PMID:21530622

Senthilkumar PK, Robertson LW, Ludewig G (2012). PCB153 reduces telomerase activity and telomere length in immortalized human skin keratinocytes (HaCaT) but not in human foreskin keratinocytes (NFK). *Toxicol Appl Pharmacol*, 259(1):115–23. doi:10.1016/j.taap.2011.12.015 PMID:22210444

Shaddock JG, Heflich RH, McMillan DC, Hinson JA, Casciano DA (1989). Pretreatment with mixed-function oxidase inducers increases the sensitivity of the hepatocyte/DNA repair assay. *Environ Mol Mutagen*, 13(4):281–8. doi:10.1002/em.2850130402 PMID:2737181

Shahin MM, Andrillon P, Goetz N, Boré P, Bugaut A, Kalopissis G (1979). Studies on the mutagenicity of p-phenylenediamine in Salmonella typhimurium. Presence of PCB's in rat-liver microsomal fraction induced by Aroclor. *Mutat Res*, 68(4):327–36. doi:10.1016/0165-1218(79)90165-4 PMID:118383

Shain W, Overmann SR, Wilson LR, Kostas J, Bush B (1986). A congener analysis of polychlorinated biphenyls accumulating in rat pups after perinatal exposure. *Arch Environ Contam Toxicol*, 15(6):687–707. doi:10.1007/BF01054916 PMID:3098189

Shimada T, Gillam EM, Sutter TR, Strickland PT, Guengerich FP, Yamazaki H (1997). Oxidation of xenobiotics by recombinant human cytochrome P450 1B1. *Drug Metab Dispos*, 25(5):617–22. PMID:9152602

Shimada T, Sawabe Y (1984). Comparative studies on distribution and covalent tissue binding of 2,4,2′,4′- and 3,4,3′,4′-tetrachlorobiphenyl isomers in the rat. *Arch Toxicol*, 55(3):182–5. doi:10.1007/BF00316125 PMID:6437376

Silberhorn EM, Glauert HP, Robertson LW (1990). Carcinogenicity of polyhalogenated biphenyls: PCBs and PBBs. *Crit Rev Toxicol*, 20(6):440–96. doi:10.3109/10408449009029331 PMID:2165409

Silkworth JB, Antrim L, Kaminsky LS (1984). Correlations between polychlorinated biphenyl immunotoxicity, the aromatic hydrocarbon locus, and liver microsomal enzyme induction in C57BL/6 and DBA/2 mice. *Toxicol Appl Pharmacol*, 75(1):156–65. doi:10.1016/0041-008X(84)90086-3 PMID:6431639

Silkworth JB, Grabstein EM (1982). Polychlorinated biphenyl immunotoxicity: dependence on isomer planarity and the Ah gene complex. *Toxicol Appl Pharmacol*, 65(1):109–15. doi:10.1016/0041-008X(82)90368-4 PMID:6815831

Silkworth JB, Koganti A, Illouz K, Possolo A, Zhao M, Hamilton SB (2005). Comparison of TCDD and PCB CYP1A induction sensitivities in fresh hepatocytes from human donors, sprague-dawley rats, and rhesus monkeys and HepG2 cells. *Toxicol Sci*, 87(2):508–19. doi:10.1093/toxsci/kfi261 PMID:16049271

Silkworth JB, Loose LD (1981). Assessment of environmental contaminant-induced lymphocyte dysfunction. *Environ Health Perspect*, 39:105–28. doi:10.1289/ehp.8139105 PMID:7016518

Šimečková P, Vondráček J, Procházková J, Kozubík A, Krcmár P, Machala M (2009b). 2,2′,4,4′,5,5′-hexachlorobiphenyl (PCB 153) induces degradation of adherens junction proteins and inhibits beta-catenin-dependent transcription in liver epithelial cells. *Toxicology*, 260(1-3):104–11. doi:10.1016/j.tox.2009.03.014 PMID:19464575

Šimečková P, Vondráček J, Andrysík Z, Zatloukalová J, Krcmár P, Kozubík A *et al.* (2009a). The 2,2′,4,4′,5,5′-hexachlorobiphenyl-enhanced degradation of connexin 43 involves both proteasomal and lysosomal activities.

*Toxicol Sci*, 107(1):9–18. doi:10.1093/toxsci/kfn202 PMID:18832185

Sina JF, Bean CL, Dysart GR, Taylor VI, Bradley MO (1983). Evaluation of the alkaline elution/rat hepatocyte assay as a predictor of carcinogenic/mutagenic potential. *Mutat Res*, 113(5):357–91. doi:10.1016/0165-1161(83)90228-5 PMID:6877265

Singh V, Parmar D, Singh MP (2008). Do single nucleotide polymorphisms in xenobiotic metabolizing genes determine breast cancer susceptibility and treatment outcomes? *Cancer Invest*, 26(8):769–83. doi:10.1080/07357900801953196 PMID:18798070

Sinjari T, Klasson-Wehler E, Oskarsson A, Darnerud PO (1996). Milk transfer and neonatal uptake of coplanar polychlorinated biphenyl (PCB) congeners in mice. *Pharmacol Toxicol*, 78(3):181–6. doi:10.1111/j.1600-0773.1996.tb00201.x PMID:8882352

Sipka S, Eum SY, Son KW, Xu S, Gavalas VG, Hennig B *et al.* (2008). Oral administration of PCBs induces proinflammatory and prometastatic responses. *Environ Toxicol Pharmacol*, 25(2):251–9. doi:10.1016/j.etap.2007.10.020 PMID:18438459

Sipos E, Chen L, András IE, Wrobel J, Zhang B, Pu H *et al.* (2012). Proinflammatory adhesion molecules facilitate polychlorinated biphenyl-mediated enhancement of brain metastasis formation. *Toxicol Sci*, 126(2):362–71. doi:10.1093/toxsci/kfr349 PMID:22240979

Smart J, Daly AK (2000). Variation in induced CYP1A1 levels: relationship to CYP1A1, Ah receptor and GSTM1 polymorphisms. *Pharmacogenetics*, 10(1):11–24. doi:10.1097/00008571-200002000-00003 PMID:10739168

Smialowicz RJ, Andrews JE, Riddle MM, Rogers RR, Luebke RW, Copeland CB (1989). Evaluation of the immunotoxicity of low level PCB exposure in the rat. *Toxicology*, 56(2):197–211. doi:10.1016/0300-483X(89)90133-9 PMID:2499955

Smith AB, Schloemer J, Lowry LK, Smallwood AW, Ligo RN, Tanaka S *et al.* (1982). Metabolic and health consequences of occupational exposure to polychlorinated biphenyls. *Br J Ind Med*, 39(4):361–9. PMID:6128023

Smith SH, Sanders VM, Barrett BA,, Borzelleca JF, Munson AE (1978). Immunotoxicological evaluation of mice exposed to polychlorinated biphenyls. *Toxicol Appl Pharmacol*, 45:330–337.

Solt DB, Medline A, Farber E (1977). Rapid emergence of carcinogen-induced hyperplastic lesions in a new model for the sequential analysis of liver carcinogenesis. *Am J Pathol*, 88(3):595–618. PMID:18937

Spanò M, Toft G, Hagmar L, Eleuteri P, Rescia M, Rignell-Hydbom A *et al.* ; INUENDO(2005). Exposure to PCB and p, p′-DDE in European and Inuit populations: impact on human sperm chromatin integrity. *Hum Reprod*, 20(12):3488–99. doi:10.1093/humrep/dei297 PMID:16223788

Srinivasan A, Lehmler HJ, Robertson LW, Ludewig G (2001). Production of DNA strand breaks in vitro and reactive oxygen species in vitro and in HL-60 cells by PCB metabolites. *Toxicol Sci*, 60(1):92–102. doi:10.1093/toxsci/60.1.92 PMID:11222876

Srinivasan A, Robertson LW, Ludewig G (2002). Sulfhydryl binding and topoisomerase inhibition by PCB metabolites. *Chem Res Toxicol*, 15(4):497–505. doi:10.1021/tx010128+ PMID:11952335

Stadnicki SS, Allen JR (1979). Toxicity of 2,2′,5,5′-tetrachlorobiphenyl and its metabolites, 2,2′,5,5′-tetrachlorobiphenyl-3.4-oxide and 2,2′,5,5′-tetrachlorobiphenyl-4-ol to cultured cells in vitro. *Bull Environ Contam Toxicol*, 23(6):788–96. doi:10.1007/BF01770043 PMID:117862

Stadnicki SS, Lin FS, Allen JR (1979). DNA single strand breaks caused by 2,2′,5,5′-tetrachlorobiphenyl and its metabolites. *Res Commun Chem Pathol Pharmacol*, 24(2):313–27. PMID:111326

Stenberg M, Hamers T, Machala M, Fonnum F, Stenius U, Lauy AA *et al.* (2011). Multivariate toxicity profiles and QSAR modeling of non-dioxin-like PCBs–an investigation of in vitro screening data from ultra-pure congeners. *Chemosphere*, 85(9):1423–9. doi:10.1016/j.chemosphere.2011.08.019 PMID:21890175

Strathmann J, Schwarz M, Tharappel JC, Glauert HP, Spear BT, Robertson LW *et al.* (2006). PCB 153, a non-dioxin-like tumor promoter, selects for beta-catenin (Catnb)-mutated mouse liver tumors. *Toxicol Sci*, 93(1):34–40. doi:10.1093/toxsci/kfl041 PMID:16782779

Street JC, Sharma RP (1975). Alteration of induced cellular and humoral immune responses by pesticides and chemicals of environmental concern: quantitative studies of immunosuppression by DDT, Aroclor 1254, carbaryl, carbofuran, and methylparathion. *Toxicol Appl Pharmacol*, 32(3):587–602. doi:10.1016/0041-008X(75)90123-4 PMID:50651

Stronati A, Manicardi GC, Cecati M, Bordicchia M, Ferrante L, Spanò M *et al.* (2006). Relationships between sperm DNA fragmentation, sperm apoptotic markers and serum levels of CB-153 and p,p′-DDE in European and Inuit populations. *Reproduction*, 132(6):949–58. doi:10.1530/rep.1.01034 PMID:17127755

Sugimura T, Sato S, Nagao M *et al.* (1976). Overlapping of carcinogens and mutagens. In: Magnee PN editor. *Fundamentals in cancer prevention*. Baltimore (MD): University Park Press, pp. 191–215.

Svensson B-G, Hallberg T, Nilsson A, Schütz A, Hagmar L (1994). Parameters of immunological competence in subjects with high consumption of fish contaminated with persistent organochlorine compounds. *Int Arch Occup Environ Health*, 65(6):351–8. doi:10.1007/BF00383243 PMID:8034358

Swierenga SHH, Yamasaki H, Piccoli C, Robertson L, Bourgon L, Marceau N *et al.* (1990). Effects on intercellular communication in human keratinocytes

417

and liver-derived cells of polychlorinated biphenyl congeners with differing in vivo promotion activities. *Carcinogenesis*, 11(6):921–6. doi:10.1093/carcin/11.6.921 PMID:2112060

Talcott PA, Koller LD (1983). The effect of inorganic lead and/or a polychlorinated biphenyl on the developing immune system of mice. *J Toxicol Environ Health*, 12(2–3):337–52. doi:10.1080/15287398309530431 PMID:6418890

Talcott PA, Koller LD, Exon JH (1985). The effect of lead and polychlorinated biphenyl exposure on rat natural killer cell cytotoxicity. *Int J Immunopharmacol*, 7(2):255–61. doi:10.1016/0192-0561(85)90034-7 PMID:3924847

Tampal N, Lehmler HJ, Espandiari P, Malmberg T, Robertson LW (2002). Glucuronidation of hydroxylated polychlorinated biphenyls (PCBs). *Chem Res Toxicol*, 15(10):1259–66. doi:10.1021/tx0200212 PMID:12387623

Tanabe S, Nakagawa Y, Tatsukawa R (1981). Absorption efficiency and biological half-life of individual chlorobiphenyls in rats treated with Kanechlor products. *Agric Biol Chem*, 45(3):717–26. doi:10.1271/bbb1961.45.717

Tharappel JC, Lee EY, Robertson LW, Spear BT, Glauert HP (2002). Regulation of cell proliferation, apoptosis, and transcription factor activities during the promotion of liver carcinogenesis by polychlorinated biphenyls. *Toxicol Appl Pharmacol*, 179(3):172–84. doi:10.1006/taap.2001.9360 PMID:11906247

Thomas PT, Hinsdill RD (1978). Effect of polychlorinated biphenyls on the immune responses of rhesus monkeys and mice. *Toxicol Appl Pharmacol*, 44(1):41–51. doi:10.1016/0041-008X(78)90282-X PMID:79241

Thomas PT, Hinsdill RD (1980). Perinatal PCB exposure and its effect on the immune system of young rabbits. *Drug Chem Toxicol*, 3(2):173–84. doi:10.3109/01480548009108281 PMID:6785064

Tian Y, Rabson AB, Gallo MA (2002). Ah receptor and NF-kappaB interactions: mechanisms and physiological implications. *Chem Biol Interact*, 141(1–2):97–115. doi:10.1016/S0009-2797(02)00068-6 PMID:12213387

Toborek M, Barger SW, Mattson MP, Espandiari P, Robertson LW, Hennig B (1995). Exposure to polychlorinated biphenyls causes endothelial cell dysfunction. *J Biochem Toxicol*, 10(4):219–26. doi:10.1002/jbt.2570100406 PMID:8568836

Tretjak Z, Volavsek C, Beckmann SL (1990). Structural chromosome aberrations and industrial waste. *Lancet*, 335(8700):1288 doi:10.1016/0140-6736(90)91362-E PMID:1971364

Tryphonas H, Feeley M (2001). Polychlorinated Biphenyl-induced Immunomodulation and Human Health Effects. In: Robertson LW, Hansen LG editors. *PCBs Recent Advances in Environmental Toxicology and Health Effects*. Lexington (KY): The University Press of Kentucky, pp. 193–209.

Tryphonas H, Hayward S, O'Grady L, Loo JC, Arnold DL, Bryce F *et al*. (1989). Immunotoxicity studies of PCB (Aroclor 1254) in the adult rhesus (Macaca mulatta) monkey–preliminary report. *Int J Immunopharmacol*, 11(2):199–206. doi:10.1016/0192-0561(89)90072-6 PMID:2495254

Tryphonas H, Luster MI, Schiffman G, Dawson LL, Hodgen M, Germolec D *et al*. (1991b). Effect of chronic exposure of PCB (Aroclor 1254) on specific and nonspecific immune parameters in the rhesus (Macaca mulatta) monkey. *Fundam Appl Toxicol*, 16(4):773–86. doi:10.1016/0272-0590(91)90163-X PMID:1884915

Tryphonas H, Luster MI, White KL Jr, Naylor PH, Erdos MR, Burleson GR *et al*. (1991a). Effects of PCB (Aroclor 1254) on non-specific immune parameters in rhesus (Macaca mulatta) monkeys. *Int J Immunopharmacol*, 13(6):639–48. doi:10.1016/0192-0561(91)90176-8 PMID:1721612

Tryphonas L, Charbonneau S, Tryphonas H, Zawidzka Z, Mes J, Wong J *et al*. (1986). Comparative aspects of Aroclor 1254 toxicity in adult cynomolgus and rhesus monkeys: a pilot study. *Arch Environ Contam Toxicol*, 15(2):159–69. doi:10.1007/BF01059965 PMID:3085600

Tryphonas L, Truelove J, Zawidzka Z, Wong J, Mes J, Charbonneau S *et al*. (1984). Polychlorinated biphenyl (PCB) toxicity in adult cynomolgus monkeys (M. fascicularis): a pilot study. *Toxicol Pathol*, 12(1):10–25. doi:10.1177/019262338401200103 PMID:6436955

Tsai PC, Huang W, Lee YC, Chan SH, Guo YL (2006). Genetic polymorphisms in CYP1A1 and GSTM1 predispose humans to PCBs/PCDFs-induced skin lesions. *Chemosphere*, 63(8):1410–8. doi:10.1016/j.chemosphere.2005.08.012 PMID:16580705

Tsuda H, Lee G, Farber E (1980). Induction of resistant hepatocytes as a new principle for a possible short-term in vivo test for carcinogens. *Cancer Res*, 40(4):1157–64. PMID:6101993

Tsukimori K, Morokuma S, Hori T, Takahashi K, Hirata T, Otera Y *et al*. (2013). Characterization of placental transfer of polychlorinated dibenzo-p-dioxins, dibenzofurans and polychlorinated biphenyls in normal pregnancy. *J Obstet Gynaecol Res*, 39(1):83–90. doi:10.1111/j.1447-0756.2012.01906.x PMID:22672617

Turyk ME, Anderson HA, Freels S, Chatterton R Jr, Needham LL, Patterson DG Jr *et al*. ; Great Lakes Consortium(2006). Associations of organochlorines with endogenous hormones in male Great Lakes fish consumers and nonconsumers. *Environ Res*, 102(3):299–307. doi:10.1016/j.envres.2006.01.009 PMID:16563369

Umannová L, Zatloukalová J, Machala M, Krcmár P, Májková Z, Hennig B *et al*. (2007). Tumor necrosis factor-alpha modulates effects of aryl hydrocarbon receptor ligands on cell proliferation and expression of cytochrome P450 enzymes in rat liver "stem-like" cells.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 581

*Toxicol Sci*, 99(1):79–89. doi:10.1093/toxsci/kfm149 PMID:17557910

van Birgelen APJM, Ross DG, DeVito MJ, Birnbaum LS (1996). Interactive effects between 2,3,7,8-tetrachlorodibenzo-p-dioxin and 2,2′,4,4′,5,5′-hexachlorobiphenyl in female B6C3F1 mice: tissue distribution and tissue-specific enzyme induction. *Fundam Appl Toxicol*, 34(1):118–31. doi:10.1006/faat.1996.0182 PMID:8937899

van den Berg KJ, Zurcher C, Brouwer A (1988). Effects of 3,4,3′,4′-tetrachlorobiphenyl on thyroid function and histology in marmoset monkeys. *Toxicol Lett*, 41(1):77–86. doi:10.1016/0378-4274(88)90010-0 PMID:3128898

Van den Berg M, Birnbaum L, Bosveld ATC, Brunström B, Cook P, Feeley M *et al.* (1998). Toxic equivalency factors (TEFs) for PCBs, PCDDs, PCDFs for humans and wildlife. *Environ Health Perspect*, 106(12):775–92. doi:10.1289/ehp.98106775 PMID:9831538

Van den Berg M, Birnbaum LS, Denison M, De Vito M, Farland W, Feeley M *et al.* (2006). The 2005 World Health Organization reevaluation of human and Mammalian toxic equivalency factors for dioxins and dioxin-like compounds. *Toxicol Sci*, 93(2):223–41. doi:10.1093/toxsci/kfl055 PMID:16829543

Van Den Heuvel RL, Koppen G, Staessen JA, Hond ED, Verheyen G, Nawrot TS *et al.* (2002). Immunologic biomarkers in relation to exposure markers of PCBs and dioxins in Flemish adolescents (Belgium). *Environ Health Perspect*, 110(6):595–600. doi:10.1289/ehp.02110595 PMID:12055051

Van Der Burght AS, Kreikamp AP, Horbach GJ, Seinen W, Van Den Berg M (1998). Characterization of CYP1A in hepatocytes of cynomolgus monkeys (Macaca fascicularis) and induction by different substituted polychlorinated biphenyls (PCBs). *Arch Toxicol*, 72(10):630–6. doi:10.1007/s002040050553 PMID:9851678

van der Plas SA, Haag-Grönlund M, Scheu G, Wärngård L, van den Berg M, Wester P *et al.* (1999). Induction of altered hepatic foci by a mixture of dioxin-like compounds with and without 2,2′4,4′,5,5′-hexachlorobiphenyl in female Sprague-Dawley rats. *Toxicol Appl Pharmacol*, 156(1):30–9. doi:10.1006/taap.1999.8629 PMID:10101096

van Pelt FN, Haring RM, Overkamp MJ, Weterings PJ (1991). Micronucleus formation in cultured human keratinocytes following exposure to mitomycin C and cyclophosphamide. *Mutat Res*, 252(1):45–50. doi:10.1016/0165-1161(91)90250-C PMID:1899911

Venkatesha VA, Kalen AL, Sarsour EH, Goswami PC (2010). PCB-153 exposure coordinates cell cycle progression and cellular metabolism in human mammary epithelial cells. *Toxicol Lett*, 196(2):110–6. doi:10.1016/j.toxlet.2010.04.005 PMID:20394812

Venkatesha VA, Venkataraman S, Sarsour EH, Kalen AL, Buettner GR, Robertson LW *et al.* (2008). Catalase ameliorates polychlorinated biphenyl-induced cytotoxicity in nonmalignant human breast epithelial cells. *Free Radic Biol Med*, 45(8):1094–102. doi:10.1016/j.freeradbiomed.2008.07.007 PMID:18691649

Vezina CM, Walker NJ, Olson JR (2004). Subchronic exposure to TCDD, PeCDF, PCB126, and PCB153: effect on hepatic gene expression. *Environ Health Perspect*, 112(16):1636–44. doi:10.1289/ehp.7253 PMID:15598615

Visser IKG, van Bressem MF, Barrett T, Osterhaus ADME (1993). Morbillivirus infections in aquatic mammals. *Vet Res*, 24(2):169–78. PMID:8343804

Voie OA, Wiik P, Fonnum F (1998). Ortho-substituted polychlorinated biphenyls activate respiratory burst measured as luminol-amplified chemoluminescence in human granulocytes. *Toxicol Appl Pharmacol*, 150(2):369–75. doi:10.1006/taap.1998.8438 PMID:9653068

Vondráček J, Machala M, Bryja V *et al.* (2005). Aryl hydrocarbon receptor-activating polychlorinated biphenyls and their hydroxylated metabolites induce cell proliferation in contact-inhibited rat liver epithelial cells. *Toxicol Sci*, 83:53–63. doi:10.1093/toxsci/kfi009 PMID:15483185

Vos JG, Beems RB (1971). Dermal toxicity studies of technical polychlorinated biphenyls and fractions thereof in rabbits. *Toxicol Appl Pharmacol*, 19(4):617–33. doi:10.1016/0041-008X(71)90294-8 PMID:5132032

Vos JG, Notenboom-Ram E (1972). Comparative toxicity study of 2,4,5,2′,4′,5′-hexachlorobiphenyl and a polychlorinated biphenyl mixture in rabbits. *Toxicol Appl Pharmacol*, 23(4):563–78. doi:10.1016/0041-008X(72)90097-X PMID:4630164

Vos JG, van Driel-Grootenhuis L (1972). PCB-induced suppression of the humoral and cell-mediated immunity in guinea pigs. *Sci Total Environ*, 1(3):289–302. doi:10.1016/0048-9697(72)90024-1 PMID:4633048

Vos JG, Van Genderen H (1973). Toxicological aspects of immunosuppression. Pesticides and the environment: a continuing controversy. Symposia Specialists. 527–545

Wakui S, Muto T, Suzuki Y, Takahashi H, Hano H (2012). Sertoli cells proliferate in adult rats with prenatal exposure to 3,3′,4,4′,5-pentachlorobiphenyl. *Arch Toxicol*, 86(1):159–62. doi:10.1007/s00204-011-0736-8 PMID:21789670

Waldner MJ, Foersch S, Neurath MF (2012). Interleukin-6–a key regulator of colorectal cancer development. *Int J Biol Sci*, 8(9):1248–53. doi:10.7150/ijbs.4614 PMID:23136553

Walker NJ, Crockett PW, Nyska A, Brix AE, Jokinen MP, Sells DM *et al.* (2005). Dose-additive carcinogenicity of a defined mixture of "dioxin-like compounds". *Environ Health Perspect*, 113(1):43–8. doi:10.1289/ehp.7351 PMID:15626646

Waller DP, Presperin C, Drum ML, Negrusz A, Larsen AK, van der Ven H *et al.* (1996). Great Lakes fish as a source of maternal and fetal exposure to chlorinated

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 582

hydrocarbons. *Toxicol Ind Health*, 12(3–4):335–45. doi:10.1177/074823379601200306 PMID:8843551

Wang LQ, James MO (2007). Sulfonation of 17beta-estradiol and inhibition of sulfotransferase activity by polychlorobiphenylols and celecoxib in channel catfish, Ictalurus punctatus. *Aquat Toxicol*, 81(3):286–92. doi:10.1016/j.aquatox.2006.12.011 PMID:17239972

Wang LQ, Lehmler HJ, Robertson LW, Falany CN, James MO (2005). In vitro inhibition of human hepatic and cDNA-expressed sulfotransferase activity with 3-hydroxybenzo[a]pyrene by polychlorobiphenylols. *Environ Health Perspect*, 113(6):680–7. doi:10.1289/ehp.7837 PMID:15929889

Wang LQ, Lehmler HJ, Robertson LW, James MO (2006). Polychlorobiphenylols are selective inhibitors of human phenol sulfotransferase 1A1 with 4-nitrophenol as a substrate. *Chem Biol Interact*, 159(3):235–46. doi:10.1016/j.cbi.2005.12.004 PMID:16413005

Wangpradit O, Teesch LM, Mariappan SV, Duffel MW, Norstrom K, Robertson LW et al. (2009). Oxidation of 4-chlorobiphenyl metabolites to electrophilic species by prostaglandin H synthase. *Chem Res Toxicol*, 22(1):64–71. doi:10.1021/tx800300t PMID:19105592

Warner NA, Martin JW, Wong CS (2009). Chiral polychlorinated biphenyls are biotransformed enantioselectively by mammalian cytochrome P-450 isozymes to form hydroxylated metabolites. *Environ Sci Technol*, 43(1):114–21. doi:10.1021/es802237u PMID:19209593

Watanabe M, Honda S, Hayashi M, Matsuda T (1982). Mutagenic effects of combinations of chemical carcinogens and environmental pollutants in mice as shown by the micronucleus test. *Mutat Res*, 97(1):43–8. doi:10.1016/0165-1161(82)90018-8 PMID:6799823

Wei W, Zhang C, Liu AL, Xie SH, Chen XM, Lu WQ (2009a). Effect of PCB153 on BaP-induced genotoxicity in HepG2 cells via modulation of metabolic enzymes. *Mutat Res*, 675(1–2):71–6. doi:10.1016/j.mrgentox.2009.02.013 PMID:19386251

Wei W, Zhang C, Liu AL, Xie SH, Chen XM, Lu WQ (2009b). PCB126 enhanced the genotoxicity of BaP in HepG2 cells by modulating metabolic enzyme and DNA repair activities. *Toxicol Lett*, 189(2):91–5. doi:10.1016/j.toxlet.2009.03.009 PMID:19553035

Weisglas-Kuperus N, Sas TC, Koopman-Esseboom C, van der Zwan CW, De Ridder MA, Beishuizen A et al. (1995). Immunologic effects of background prenatal and postnatal exposure to dioxins and polychlorinated biphenyls in Dutch infants. *Pediatr Res*, 38(3):404–10. doi:10.1203/00006450-199509000-00022 PMID:7494667

Wen S, Yang FX, Gong Y, Zhang XL, Hui Y, Li JG et al. (2008). Elevated levels of urinary 8-hydroxy-2′-deoxyguanosine in male electrical and electronic equipment dismantling workers exposed to high concentrations of polychlorinated dibenzo-p-dioxins and dibenzofurans, polybrominated diphenyl ethers,

and polychlorinated biphenyls. *Environ Sci Technol*, 42(11):4202–7. doi:10.1021/es800044m PMID:18589988

Wens B, De Boever P, Verbeke M, Hollanders K, Schoeters G (2013). Cultured human peripheral blood mononuclear cells alter their gene expression when challenged with endocrine-disrupting chemicals. *Toxicology*, 303:17–24. doi:10.1016/j.tox.2012.10.019 PMID:23146750

Wester RC, Maibach HI, Bucks DA, McMaster J, Mobayen M, Sarason R et al. (1990). Percutaneous absorption and skin decontamination of PCBs: in vitro studies with human skin and in vivo studies in the rhesus monkey. *J Toxicol Environ Health*, 31(4):235–46. doi:10.1080/15287399009531453 PMID:2254950

Wester RC, Maibach HI, Sedik L, Melendres J, Wade M (1993). Percutaneous absorption of PCBs from soil: in vivo rhesus monkey, in vitro human skin, and binding to powdered human stratum corneum. *J Toxicol Environ Health*, 39(3):375–82. doi:10.1080/15287399309531758 PMID:8350383

Westerink WM, Stevenson JC, Schoonen WG (2008). Pharmacologic profiling of human and rat cytochrome P450 1A1 and 1A2 induction and competition. *Arch Toxicol*, 82(12):909–21. doi:10.1007/s00204-008-0317-7 PMID:18493746

Whysner J, Montandon F, McClain RM, Downing J, Verna LK, Steward RE 3rd et al. (1998). Absence of DNA adduct formation by phenobarbital, polychlorinated biphenyls, and chlordane in mouse liver using the 32P-postlabeling assay. *Toxicol Appl Pharmacol*, 148(1):14–23. doi:10.1006/taap.1997.8311 PMID:9465259

Wierda D, Irons RD, Greenlee WF (1981). Immunotoxicity in C57BL/6 mice exposed to benzene and Aroclor 1254. *Toxicol Appl Pharmacol*, 60(3):410–7. doi:10.1016/0041-008X(81)90325-2 PMID:6794184

Wilhelm M, Wittsiepe J, Lemm F et al. (2008). The Duisburg birth cohort study: influence of the prenatal exposure to PCDD/Fs and dioxin-like PCBs on thyroid hormone status in newborns and neurodevelopment of infants until the age of 24 months. *Mutat Res*, 659:83–92. doi:10.1016/j.mrrev.2007.11.002 PMID:18093869

Wolff MS (1985). Occupational exposure to polychlorinated biphenyls (PCBs). *Environ Health Perspect*, 60:133–8. doi:10.1289/ehp.8560133 PMID:3928344

Wolff MS, Fischbein A, Selikoff IJ (1992). Changes in PCB serum concentrations among capacitor manufacturing workers. *Environ Res*, 59(1):202–16. doi:10.1016/S0013-9351(05)80240-3 PMID:1425510

Wong A, Basrur P, Safe S (1979). The metabolically mediated DNA damage and subsequent DNA repair by 4-chlorobiphenyl in Chinese hamster ovary cells. *Res Commun Chem Pathol Pharmacol*, 24(3):543–50. PMID:451338

Wu X, Pramanik A, Duffel MW, Hrycay EG, Bandiera SM, Lehmler HJ et al. (2011). 2,2′,3,3′,6,6′-Hexachlorobiphenyl (PCB 136) is

enantioselectively oxidized to hydroxylated metabolites by rat liver microsomes. *Chem Res Toxicol*, 24(12):2249–57. doi:10.1021/tx200360m PMID:22026639

Wuu KD, Wong CK (1985). A chromosomal study on blood lymphocytes of patients poisoned by polychlorinated biphenyls. *Proc Natl Sci Counc Repub China B*, 9(1):67–9. PMID:3939618

Wyndham C, Devenish J, Safe S (1976). The in vitro metabolism, macromolecular binding and bacterial mutagenicity of 4-chloribiphenyl, a model PCB substrate. *Res Commun Chem Pathol Pharmacol*, 15(3):563–70. PMID:825937

Xie W, Wang K, Robertson LW, Ludewig G (2010). Investigation of mechanism(s) of DNA damage induced by 4-monochlorobiphenyl (PCB3) metabolites. *Environ Int*, 36(8):950–61. doi:10.1016/j.envint.2009.12.004 PMID:20129669

Xu YH, Campbell HA, Sattler GL, Hendrich S, Maronpot R, Sato K *et al.* (1990). Quantitative stereological analysis of the effects of age and sex on multistage hepatocarcinogenesis in the rat by use of four cytochemical markers. *Cancer Res*, 50(3):472–9. PMID:1967547

Yamazaki K, Suzuki M, Itoh T, Yamamoto K, Kanemitsu M, Matsumura C *et al.* (2011). Structural basis of species differences between human and experimental animal CYP1A1s in metabolism of 3,3′,4,4′,5-pentachlorobiphenyl. *J Biochem*, 149(4):487–94. doi:10.1093/jb/mvr009 PMID:21258071

Yoshimura H, Yamamoto H (1975). A novel route of excretion of 2, 4, 3′, 4′-tetrachlorobiphenyl in rats. *Bull Environ Contam Toxicol*, 13(6):681–8. doi:10.1007/BF01721936 PMID:806316

Yoshizawa K, Brix AE, Sells DM, Jokinen MP, Wyde M, Orzech DP *et al.* (2009). Reproductive lesions in female Harlan Sprague-Dawley rats following two-year oral treatment with dioxin and dioxin-like compounds. *Toxicol Pathol*, 37(7):921–37. doi:10.1177/0192623309351721 PMID:19843953

Yoshizawa K, Walker NJ, Nyska A, Kissling GE, Jokinen MP, Brix AE *et al.* (2010). Thyroid follicular lesions induced by oral treatment for 2 years with 2,3,7,8-tetrachlorodibenzo-p-dioxin and dioxin-like compounds in female Harlan Sprague-Dawley rats. *Toxicol Pathol*, 38(7):1037–50. doi:10.1177/0192623310382560 PMID:20924081

Zettner MA, Flor S, Ludewig G, Wagner J, Robertson LW, Lehmann L (2007). Quinoid metabolites of 4-monochlorobiphenyl induce gene mutations in cultured Chinese hamster v79 cells. *Toxicol Sci*, 100(1):88–98. doi:10.1093/toxsci/kfm204 PMID:17686921

Zhang Y, Wise JP, Holford TR, Xie H, Boyle P, Zahm SH *et al.* (2004). Serum polychlorinated biphenyls, cytochrome P-450 1A1 polymorphisms, and risk of breast cancer in Connecticut women. *Am J Epidemiol*, 160(12):1177–83. doi:10.1093/aje/kwh346 PMID:15583370

Zhao S, Narang A, Ding X, Eadon G (2004). Characterization and quantitative analysis of DNA adducts formed from lower chlorinated PCB-derived quinones. *Chem Res Toxicol*, 17(4):502–11. doi:10.1021/tx034245b PMID:15089092

Declaration of Alicia Butler In Support Of Plaintiff's Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 584

# 5. SUMMARY OF DATA REPORTED

## 5.1  Exposure data

Polychlorinated biphenyls (PCBs) are a class of aromatic chemical compounds in which some or all hydrogen atoms attached to the biphenyl nucleus are substituted by one to ten chlorine atoms. There are 209 congeners, which are arranged according to current nomenclature from 1 to 209 by increasing number of chlorines. Although physical and chemical properties vary widely across the class, PCBs generally have low solubility in water, high lipophilicity, and low vapour pressure; they are chemically stable and generally persist in the environment and in the human body.

PCBs are not known to occur naturally and have been produced commercially by a limited number of companies since 1929. Production peaked between the 1950s and the 1970s, and was banned in most countries by the 1980s; however, manufacturing in the Democratic People's Republic of Korea continued at least until 2006.

Commercial PCB products were manufactured to yield a given degree of chlorination to fulfil technical requirements. Products sold under different trade names (e.g. Aroclor, Clophen, Kanechlor) may be of similar composition with regard to the chlorine content. However, individual congeners have generally not been quantified in these products. A subset of PCBs are referred to as "dioxin-like PCBs," and have been assigned toxicity equivalency factors (TEFs) relative to 2,3,7,8-tetrachlorodibenzo-*para*-dioxin (TCDD).

Laboratory analyses of PCBs have improved in selectivity and sensitivity through the development of advanced instrumentation and analytical strategies allowing the identification and quantification of individual congeners within commercial products. State-of-the-art analytical methods enable detection of PCBs in virtually all types of sample; however, comparability with older methods is limited. Dioxin-like PCBs often occur in lower concentrations than other PCBs and are analysed together with polychlorinated dibenzodioxins and polychlorinated dibenzofurans. Apart from instrumental analysis, analyses based on biological response have been applied as screening tools.

Based on their physical and chemical properties, such as non-flammability, chemical stability, high boiling point, and high dielectric constant, products containing PCBs were widely used in several industrial, commercial, and military open and closed applications. The most important closed applications were as dielectric fluids in capacitors and transformers, and as hydraulic fluid and heat-transfer medium. Although these applications are considered as "closed," PCBs can still be released into the environment due to leakage. The most important open applications were as constituents of permanent elastic sealants, in polymers, and as flame-retardant coatings. To a lesser extent, PCBs were also used in inks, adhesives, dyes for carbonless duplicating paper, conveyor belts, and other rubber products, small ballasts for fluorescent lights, cutting

423

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 586

and lubricating oils, and metal coatings. In all open applications, PCBs can be released from the product into the environment via volatilization or erosion.

Once released into the environment, PCBs can be transported via environmental media and migratory species far from the site of production and use. PCBs are ubiquitous in the environment and are found in biota, air, soil, sediment, and water worldwide, including in polar regions and deep oceans. PCB concentrations vary by several orders of magnitude. Furthermore, congener patterns differ to varying degrees in air, water, sediments and soils as a consequence of transport, and transformation processes such as dechlorination. In the environment, PCBs volatilize easily, or are ingested by fish and other animals and transferred to the food chain, where their concentration may increase.

The general population is exposed primarily through ingestion of contaminated food. Food can become contaminated with PCBs by: (i) uptake from the environment by fish, birds, livestock; (ii) contamination of the foodstuffs through usual practice or industrial processing; and (iii) accidental contamination. In contrast to vegetables and crops, fatty foods typically contain high concentrations of PCBs. Most foodstuffs will have a shift in the congener profile in favour of less volatile, more highly chlorinated congeners.

Six congeners (PCB-28, PCB-52, PCB-101, PCB-138, PCB-153, PCB-180) are found at high concentrations in the environment, food, and in human tissue. These congeners are often used to monitor exposure in epidemiological studies and are referred to as "indicator PCBs."

There have been two major episodes of human food contamination; both of which occurred in Asia; these episodes are commonly referred to as "Yusho" and "Yucheng." These populations were exposed through accidental contamination of cooking oil with either Kanechlor 400 or Kanechlor 500. Exposed people had blood PCB concentrations that were 100 to 1000 times higher than in the non-exposed population. Other accidental releases have occurred in the last few decades.

Indoor air can also contribute to human exposure to PCBs, owing to the use of PCBs in construction material. Exposure can occur in the workplace or at home; importantly, children may be exposed in schools and nurseries where PCB-containing materials have been used. Inhalation of PCBs results in a higher relative exposure to the more volatile, less chlorinated congeners.

Workers may be exposed during manufacturing, repair, use, and disposal of products or equipment containing PCBs. Earlier exposures to PCBs were higher and occurred during PCB manufacture, and filling of PCB-containing transformers and capacitors (up to 11 000 µg/m$^3$) and during the repair of transformers (up to 60 µg/m$^3$). More recent exposures may occur during abatement in construction (up to 120 µg/m$^3$), waste incineration, and recycling of electronic equipment and – to a lesser extent – working in PCB-contaminated buildings (up to 10 µg/m$^3$). It has been reported that workers in small-scale welding facilities in less developed countries may not use personal protective equipment when extracting PCB-contaminated coolant oil from discarded transformers, and are therefore likely to receive a considerable degree of exposure.

Historically, workers were exposed through inhalation and dermal contact, while occupational exposure to PCBs is nowadays primarily through dermal contact. In the past, workers were exposed during PCB manufacture and use to congener patterns that were similar to those of the products they handled, while today's workers are exposed to congener profiles that are different from those of the commercial mixtures. Occupational exposures to PCBs before the banning of PCB manufacture in the 1980s were much higher than those encountered today from

other sources. Since then, levels of occupational exposure to PCBs have been greatly reduced and now approach levels of environmental exposure.

## 5.2   Human carcinogenicity data

The association between exposure to PCBs and risk of cancer in humans has been evaluated in a large number of epidemiological studies in several occupational groups, in populations with elevated exposure to PCBs as a result of environmental incidents, and in the general population. Studies have been conducted in several countries, primarily in North America, Europe, and Asia, and have used cohort, nested case–control, and case–control designs.

The Working Group considered more than 70 separate studies with informative data regarding several cancer sites. The most important evidence regarding carcinogenicity came from studies of workers in industries where PCBs were used, and from population-based case–control studies. Occupational studies assessed exposure to PCB mixtures through job-exposure matrices and historical measurements, but most did not report data on non-occupational risk factors, which are important for some cancer sites. In case–control studies, analyses included adjustments for a larger range of risk factors and most used measurements of PCB concentrations (typically for specific congeners or groups of congeners) in blood or adipose tissue as indicators of exposure. The Working Group did not consider any exposure-assessment approach to be superior, each providing contrasting but useful information.

### 5.2.1   Malignant melanoma

Information on the association between risk of melanoma and exposure to PCBs was available primarily from cohort studies of capacitor- and transformer-manufacturing workers (four studies) and electric power and equipment workers (three studies) in North America and

Europe. Excess risks of melanoma were reported in all studies except one. The only study reporting null results combined data from two plants in the USA: risk was significantly increased in the plant with predominantly white workers, but not in the second, where a large proportion of workers of African heritage were employed. Exposure–response relationships were evaluated in three studies and a statistically significant linear exposure–response trend was observed with a 20-year lag in the largest study, which included workers at five electric power companies.

Further evidence came from a high-quality case–control study of skin melanoma in Canada, which reported measurement of plasma concentrations of PCBs. This was the only case–control study in which the association between PCBs and melanoma was evaluated in the general population; the study used biological measurements of exposure and accounted for potential confounding factors. Trends were evaluated for dioxin-like PCBs, non-dioxin-like PCBs, and eight highly chlorinated individual congeners: all trends were positive and statistically significant. Additional support came from a multi-centre European case–control study of uveal melanoma that assessed occupational exposure to oils containing PCBs and found positive associations.

The association between malignant melanoma and exposure to PCBs was consistently observed across studies of occupational exposure in different industries in several countries, in the general population, and with both cohort and case–control designs. These findings were unlikely to be a result of chance, since statistically significant associations were observed in large studies. Exposure–response relationships were also observed in several studies using different methodologies among exposed workers and in the general population. Confounding or other bias is unlikely to explain these results: there are few known risk factors for malignant melanoma other than sunlight, which was controlled for in

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 588

the case–control studies and in the only large study of occupational exposure that included outdoor workers for whom occupational exposure to sunlight could be significant. Exposure to sunlight is unlikely to confound associations in studies of indoor workers, since there is no reason to believe that exposure to sunlight during leisure time is associated with occupational exposure to PCBs.

### 5.2.2 Non-Hodgkin lymphoma

Data on the association of NHL and exposure to PCBs are available from studies of five independent occupational cohorts of capacitor manufacturing workers (three in the USA, one each in Italy and Sweden) and two cohorts of transformer manufacturing and repair workers (one in the USA, one in Canada). Four of these studies included specific assessments of the level of PCB exposure (three in the USA, one in Sweden). Statistically significant increases in mortality from NHL were observed in a cohort of capacitor manufacturing workers in Italy and among retired workers at a transformer manufacturing plant in the USA. Non-statistically significant increased risk of NHL was observed in the other capacitor and transformer manufacturing cohorts. However, a separate analysis of one of these latter cohorts by different investigators reported no excess of NHL. None of the four studies that assessed the level of PCB exposure found clear evidence of an exposure–response relationship The number of deaths from non-Hodgkin lymphoma was above that expected among men (deaths, $n = 4$) in a mortality follow-up study of a population in Taiwan, China, as a result of a mass poisoning episode with cooking oil contaminated with PCBs (Yucheng). However, no data on non-Hodgkin lymphoma were reported after a similar episode in Japan (Yusho), with a different exposure profile.

Nested case–control studies were conducted among subsamples of large population cohorts, and presented the advantage of having collected blood at recruitment, and having subsequently identified incident cases. Statistically significant trends in risk were associated with the sum of PCB congeners in three of the five studies considered; and were positive with specific congeners in several studies.

Four out of six good-quality case–control studies provided indications of a positive trend in risk of non-Hodgkin lymphoma with increasing plasma concentrations of the sum of PCBs. The results of a European case–control study of non-Hodgkin lymphoma were null overall, although heterogeneity was observed across the participating centres. A positive interaction was reported with markers of infection with Epstein-Barr virus (EBV), or with polymorphisms in genes encoding inflammatory cytokines, or an ancestral haplotype for human leukocyte antigen (HLA). Regarding non-Hodgkin lymphoma subtypes, follicular lymphoma, but not diffuse large B-cell lymphoma, was positively associated with exposure to PCBs in three studies.

In summary, the balance of evidence, taking into account study size and quality, suggested increased risk of non-Hodgkin lymphoma in relation to PCB exposure, and this is biologically plausible. However, since heterogeneous results were observed in high-quality studies, the Working Group could not exclude chance as a potential explanation for the associations observed. It is noteworthy that bias and confounding were excluded.

### 5.2.3 Cancer of the breast

Many studies investigated the risk of cancer of the breast in relation to exposure to PCBs, with the rationale that such an association is biologically plausible. The evidence that weighed most strongly in this evaluation came from 12 well designed and implemented case–control studies in the USA, Canada, and Japan that assessed risk in relation to concentrations of PCBs measured

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 589

in serum and/or adipose tissue. These studies each included between 175 and 750 cases of cancer of the breast, the controls being comparable women without cancer of the breast, and results were adjusted for relevant confounders. In one large study in the USA, no excess risk was seen, while in the other large study in the USA, increased risk of cancer of the breast in relation to PCBs was seen among African-American women, and among parous never-lactating white and African-American women combined. Of the 10 moderately sized studies, increased risks were seen in six studies in relation to PCBs, with some exposure–response relationships. In some of these studies, risk was also evaluated by subgroup, and increased risks were seen for women who were parous and had never lactated, for pre- and postmenopausal women, by various tumour characteristics, and by *CYP1A1* variants. Statistically significant increases in risk ranged from 1.1- to 4.3-fold. Three additional moderately sized studies from the USA reported no excess risk, while an inverse risk was seen in one study from Japan. Two additional case–control studies assessed PCBs through estimates of occupational or dietary exposure, and although the results suggested some increase in risk, these studies were not weighted strongly. In addition, most of the 10 smaller case–control studies reported some increased risks in relation to PCBs, although they were not weighted strongly in this evaluation due to the imprecise risk estimates.

While a few cohort studies of occupational exposure suggested an increased risk of cancer of the breast, PCB exposure was usually not assessed quantitatively in relation to risk, and important potential confounders were not taken into account. Within a case–control study nested among female capacitor workers, increased risk of cancer of the breast was seen for "non-white" (otherwise unspecified) women, taking into account non-occupational confounders. Other nested case–control studies (six from the USA, two from Denmark, and one from Norway) had a

small or moderate number of cases and assessed PCBs in serum or adipose tissue with controls for confounders. The findings suggested some increased risks associated with some of the PCBs analysed, but the studies had limited power to assess associations.

On the balance of evidence, when taking into account study size, quality, and magnitude of risk, an increased risk of cancer of the breast was seen in relation to PCBs, with higher risks among some subgroups, and these associations are biologically plausible. Bias and confounding are unlikely to explain these results. However, as the results across high-quality studies were heterogeneous, the Working Group could not exclude chance as a possible explanation for positive associations.

### 5.2.4 Other cancer sites

Several other cancer sites were considered in one or more cohort or case–control studies. There were positive findings for cancer of the prostate and brain in several studies, but null findings in others. Other cancers with sporadic positive findings were those of the liver and biliary tract, extrahepatic biliary tract, lung and respiratory tract, thyroid, stomach, pancreas, colon and rectum, urothelial organs, uterus and ovary combined, as well as childhood acute lymphatic leukaemia, and multiple myeloma.

## 5.3 Animal carcinogenicity data

PCBs (individual congeners, binary mixtures, and commercial mixtures) were evaluated in rats and mice in studies of various design, and ranging in duration from several months up to 2 years. These included 2-year studies of carcinogenicity, studies involving transplacental/perinatal and postnatal exposure, initiation–promotion studies examining the promoting activity, and other co-carcinogenicity studies, using tumours as an end-point.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 590

For the 2-year bioassays, the route of administration was oral, by gavage or feeding. In studies of initiation–promotion, co-carcinogenicity, and transplacental/perinatal exposure, PCBs were also administered intraperitoneally, subcutaneously, or by skin application. There were no studies of exposure by inhalation.

### 5.3.1 PCB congeners

PCB-126 was tested for carcinogenicity in one study in female rats treated by gavage. PCB-126 caused significant increases in the incidences of benign and malignant tumours of the liver (hepatocellular adenoma, hepatocholangioma, and cholangiocarcinoma), lung (cystic keratinizing epithelioma), and oral mucosa (gingival squamous cell carcinoma). In two studies of transplacental/perinatal exposure in female rats treated by gavage, PCB-126 had an inhibitory effect on the development of tumours of the mammary gland induced by 7,12-dimethylbenz[*a*]anthracene (DMBA) in the offspring.

PCB-153 was tested for carcinogenicity in one study in female rats treated by gavage, one 4-month study of perinatal exposure in mice (including an initiation–promotion experiment), and one initiation–promotion study in mice. In the study of carcinogenicity, PCB-153 did not cause significant increases in the incidence of tumours in rats, but two rare cholangiomas were observed. PCB-153 promoted hepatocellular carcinomas induced by *N*-nitrosodiethylamine (NDEA) in mice. PCB-153 did not induce or promote bronchioloalveolar tumours in mice. PCB-153 was also evaluated as part of a binary mixture in a study examining the effect of increasing the dose of PCB-153 on the carcinogenicity of PCB-126 (see below); increasing the dose of PCB-153 increased the incidences of hepatocellular adenoma and cholangiocarcinoma when coadministered with PCB-126.

PCB-118 was tested for carcinogenicity in one study in female rats treated by gavage. PCB-118 caused significant increases in the incidences of benign and malignant tumours of the liver (hepatocellular adenoma, hepatocholangioma, and cholangiocarcinoma), benign tumours of the lung (cystic keratinizing epithelioma), and carcinoma of the uterus.

A binary mixture of PCB-126 and PCB-153 was tested for carcinogenicity in one study in female rats treated by gavage. The mixture of PCB-126 and PCB-153 caused significant increases in the incidences of hepatocellular adenoma, hepatocholangioma and cholangiocarcinoma, cystic keratinizing epithelioma of the lung, and squamous cell carcinoma of the oral mucosa. As stated above, increasing the proportion of PCB-153 to PCB-126 caused significant increases in the incidences of hepatocellular adenoma and cholangiocarcinoma in one study.

A binary mixture of PCB-118 and PCB-126 was tested for carcinogenicity in one study in female rats treated by gavage. The mixture caused significant increases in the incidences of hepatocellular adenoma, cholangiocarcinoma, and cystic keratinizing epithelioma of the lung.

When given to mice for 4 months, from the perinatal period to adulthood, PCB-138 was not carcinogenic, but did show evidence of a promoting effect based on a significant increase in the multiplicity of bronchioloalveolar adenomas induced by *N*-nitrosodimethylamine (NDMA).

A mixture of PCB-138 and PCB-153 was administered to mice for 4 months, from the perinatal period to adulthood. The mixture was not carcinogenic, and did not promote bronchioloalveolar tumours.

A mixture of non-*ortho*, mono-*ortho*, and di-*ortho* substituted PCB congeners, *p,p′*-dichlorodiphenyltrichloroethane (DDT) and *p,p′*-dichlorodiphenyldichloroethene (DDE) was tested for carcinogenicity in one study of perinatal exposure in rats treated by gavage. The mixture was not carcinogenic.

The hydroxylated mono-*ortho*-PCBs 2′,4′,6′-trichloro-4-biphenylol (4′-OH-PCB-30) and 2′,3′,4′,5′-tetrachloro-4-biphenylol

428

(OH-PCB-61), alone or as a binary mixture, were tested for carcinogenicity in one study of perinatal exposure in female mice treated by subcutaneous injection. Both the individual congeners and the binary mixture caused a significant increase in the total incidence of malignant tumours of the cervicovaginal tract (squamous cell carcinomas and adenosquamous carcinomas).

A mixture of the three non-*ortho* congeners PCB-77, PCB-126, and PCB-169, six polychlorinated dibenzodioxins, and seven polychlorinated dibenzofurans was tested for carcinogenicity in one study of perinatal exposure in female rats treated by gavage. The mixture caused a significant increase in the incidence of benign lesions of the mammary gland (hyperplasia, adenoma, and fibroadenoma).

A mixture of PCB-126, TCDD, and 2,3,4,7,8-pentachlorodibenzofuran was tested for carcinogenicity in one long-term study in female rats treated by gavage. The mixture caused a significant increase in the incidence of benign and malignant tumours of the liver (hepatocellular adenoma and cholangiocarcinoma) and benign tumours of the lung (cystic keratinizing epithelioma).

### 5.3.2 Aroclor

In a feeding study of carcinogenicity in male and female rats, Aroclor 1016 caused significant increases in the incidence of hepatocellular adenoma, and of hepatocellular adenoma or carcinoma (combined) in female rats.

In a feeding study of carcinogenicity in male and female rats, Aroclor 1242 caused significant increases in the incidence of hepatocellular adenoma in female rats, and of thyroid follicular cell adenoma, and thyroid follicular cell adenoma or carcinoma (combined) in males.

Aroclor 1254 was tested for carcinogenicity in two feeding studies in male and female rats, one feeding study in male mice, three studies of transplacental/perinatal exposure in mice, two

studies examining promoting activity in male rats, five studies examining promoting activity in mice, and three co-carcinogenesis studies in mice. In rats, oral administration of Aroclor 1254 caused significant increases in the incidence of hepatocellular adenoma or carcinoma (combined) in males in the first study, and of hepatocellular adenoma and hepatocellular carcinoma in females, and of thyroid follicular cell adenoma, and follicular cell adenoma or carcinoma (combined) in males in the second study. In mice, oral administration of Aroclor 1254 caused significant increases in the incidence of "hepatomas" of the liver. In the studies of transplacental/perinatal exposure, Aroclor 1254 was not carcinogenic in mice, but promoted NDMA-induced bronchioloalveolar adenomas in two studies, and coalescing liver tumours in one study. In rats, Aroclor 1254 promoted NDEA-induced hepatocellular carcinomas in one study. In mice, Aroclor 1254 promoted NDEA-induced hepatocellular adenomas in one study, and NDEA-induced hepatocellular carcinomas, hepatoblastomas, and cholangiocellular tumours in another study. In a third study, Aroclor 1254 promoted lung tumours induced by NDMA and by 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone (NNK).

Aroclor 1260 was tested for carcinogenicity in one feeding study in male rats, one feeding study in female rats, and two feeding studies in male and female rats. Aroclor 1260 caused significant increases in the incidences of "liver tumours" in males in one study, and of hepatocellular adenoma and carcinoma in females in a second study. In a third study, Aroclor 1260 increased the incidence of hepatocellular carcinoma in females, and of cholangioma in males and females. In a fourth study, Aroclor 1260 increased the incidence of hepatocellular adenoma in males, of hepatocellular adenoma, hepatocellular carcinoma, and cholangioma in

females, and of thyroid follicular cell adenoma in males.

### 5.3.3 Clophen

In one feeding study of carcinogenicity in male rats, Clophen A 30 caused a significant increase in the incidence of benign hepatocellular tumours.

In one feeding study of carcinogenicity in male rats, Clophen A 60 caused significant increases in the incidence of benign hepatocellular tumours and hepatocellular carcinoma.

### 5.3.4 Kanechlor

Kanechlor 300 gave negative results when tested for carcinogenicity in one feeding study in male and female mice, and one feeding study in male mice.

Kanechlor 400 was tested for carcinogenicity in one feeding study in male and female mice, one feeding study in male mice, and one feeding study in male and female rats. Kanechlor 400 was also tested in three initiation–promotion studies examining promoting activity, one in rats and two in mice. Both studies of carcinogenicity in mice gave negative results. The results of the study of carcinogenicity in rats were inconclusive. Kanechlor 400 promoted hepatocellular tumours in one initiation–promotion study in rats, and in one initiation–promotion study in mice.

Kanechlor 500 was tested for carcinogenicity in one feeding study in male mice, one feeding study in male and female mice, and one initiation–promotion study of transplacental/perinatal exposure in male and female rats. It was also tested in three initiation–promotion studies, one in rats and two in mice, examining promoting activity. Kanechlor 500 caused significant increases in the incidence of hepatocellular carcinoma in both studies of carcinogenicity in male and female mice. Transplacental/perinatal

administration of Kanechlor 500 decreased the incidence of NDEA-initiated tumours of the liver in rats. Kanechlor 500 promoted hepatocellular tumours in the three initiation–promotion studies.

## 5.4 Mechanistic and other relevant data

### 5.4.1 Absorption, distribution, metabolism, and elimination

#### (a) Absorption

In humans, gastrointestinal absorption of PCBs was estimated to vary from 50% of the ingested amount to close to 100%, the absorption decreasing as the number of chlorine atoms of the congener increased. A similar situation was observed in experimental animals. Although no quantitative data were available regarding absorption of PCBs in humans exposed by inhalation, the levels of residues detected in individuals exposed to high concentrations of PCBs in air suggested that inhaled PCBs are absorbed to a substantial extent. Data from experimental animals indicated that inhalation of PCBs gives a higher uptake of PCBs than ingestion. Studies assessing dermal exposure to commercial PCB mixtures in humans and animals showed that this route of exposure generally results in absorption levels of between 20% and 40%, with dermal penetration varying inversely with the degree of chlorination of the mixture administered. First-pass metabolism at the site of dermal exposure appears to be responsible for differences in metabolism and disposition between routes of administration. The rate of absorption and the disposition of PCBs after dermal administration may be mediated by transdermal metabolism.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 593

## (b) Distribution

PCBs are lipophilic compounds that are preferentially retained and may accumulate in adipose tissue and lipid-rich tissues. A few studies mentioned substantial retention of certain congeners in the lung and spleen in mice and rats, respectively. The pattern of congeners observed in tissues of humans or experimental animals does not correspond to the congener profiles of PCB formulations. The major PCB components in the plasma and adipose tissue of occupationally exposed individuals are the hexa- and heptachlorobiphenyls. PCB congeners with chlorine atoms in the *para* positions are generally found at relatively high concentrations, while PCBs with unsubstituted *meta,para* positions on at least one ring are present at lower concentrations. The most abundant congeners found in adipose tissue, plasma, and liver are 2,2′,3,4,4′,5′-hexachlorobiphenyl (PCB-138), 2,2′,4,4′,5,5′-hexachlorobiphenyl (PCB-153) and 2,2′,3,4,4′,5,5′-heptachlorobiphenyl (PCB-180). PCBs have been found to cross the blood–brain barrier, and data from humans and experimental animals provided clear evidence for the transplacental passage of these chemicals. Metabolites of PCBs, including hydroxylated PCBs and methylsulfone PCBs, are also known to distribute to various tissues.

## (c) Metabolism

Individual PCB congeners differ greatly in the ease with which they are metabolized in humans and animals. Congeners with four or fewer chlorines and those with adjacent unsubstituted *meta,para* positions are metabolized more readily than those with more than four chlorines and with substituents at *meta,para* ring positions. The initial step in the biotransformation of all PCB congeners is cytochrome P450 (CYP)-dependent mono-oxygenation. Readily metabolized congeners can be converted to potentially electrophilic and genotoxic metabolites of PCBs, arene oxides, and quinones. Quinones arise from dihydroxylated PCB metabolites through the action of peroxidases or prostaglandin endoperoxide synthase. The other major pathway of metabolism of PCBs is conversion of an arene oxide metabolite to a glutathione conjugate. The glutathione conjugate is then converted either to the excreted non-toxic mercapturic acid, or to the generally poorly excreted methyl sulfone metabolite.

## (d) Elimination

Highly chlorinated congeners persist in the body, with half-lives averaging about 8–15 years; the half-lives of less chlorinated PCBs are distinctly shorter. In addition, PCB half-lives vary according to species, being longer in humans than in experimental animals, including monkeys. PCBs are mainly excreted via the faeces, while urine usually represents a minor route of excretion. Faecal excretion concerns not only unabsorbed PCBs, but also the excretion of biliary metabolites in the intestine. The proportion as well as the rate of elimination in the excreta depends on the type of mixture or congener and the route of exposure. Excretion profiles, and metabolite profiles in excreta, were different after administration of a dermal dose of PCBs when compared with an equivalent intravenous dose.

In addition to hydroxylated and dihydroxylated PCBs, the corresponding glucuronide and sulfate conjugates, as well as mercapturic acids, have also been characterized in the urine. Lactation is also a major route of excretion of PCBs in animals and humans. Minor routes of excretion such as elimination through the intestinal wall in the gastrointestinal tract or via the skin may also occur.

### 5.4.2 Genetic and related effects

A very limited number of studies in humans was available on cytogenetic effects in peripheral lymphocytes (chromosomal aberration, sister-chromatid exchange, micronucleus formation) and urinary concentrations of 8-hydroxy-2′-deoxyguanosine (8-OHdG) in populations with possible exposure to PCBs. Although all these studies provided valuable information on genetic and related effects in humans exposed occupationally and environmentally to PCBs, the interpretation and generalization of the results was hindered by lack of information about PCB exposure, analysis, and levels, the lack of a real unexposed control population, the small number of individuals examined, confounding exposure to other chemicals, and lifestyle factors.

Several reports of sperm DNA damage and chromosome aneuploidy indicated that the testis may be a target organ for toxicity associated with PCBs.

Some very recent studies indicated that PCBs affect DNA methylation patterns in exposed humans, with long-term consequences for gene expression and chromosome stability. Since genes encoding for steroid hormone-synthesizing enzymes and oncogenes have been shown to be targeted, this may have significant implications for a possible mode of action of carcinogenesis by PCBs.

There was a lack of data about levels or even occurrence of individual PCB congeners in publications on the genotoxic effects of PCBs in humans. Only a few recent studies had analysed a very small number of congeners and calculated correlations with biological effects. Statistically positive correlations were found between serum concentration of PCB-118 and formation of micronuclei and DNA strand breaks (comet assay) in peripheral lymphocytes, serum concentrations of PCB-153 and DNA fragmentation in sperm, serum concentrations of PCB-138 and PCB-153 and KRAS mutation in tumours of the pancreas and brain, and PCB-95 concentrations and autism with a genetic basis (maternal dup15q11–q13 and Prader-Willi syndrome). These were interesting observations, but not sufficient to allow a structure–activity correlation.

Of all the commercial PCB mixtures, Aroclor 1254 has been by far the most extensively investigated for genetic effects in vitro and in vivo. Although numerous studies in vitro and in vivo with a negative outcome have been reported, almost none are suitable for hazard assessment, primarily due to the low doses tested and, in case of studies in vitro, the lack of an exogenous metabolic system. Thus the Working Group concluded, on the basis of a positive test for cell transformation and a weakly positive study of mutagenicity in transgenic mice in vivo, that mutagenicity associated with long-term exposure to Aroclor 1254 cannot be excluded with certainty.

Studies of mutagenicity with individual PCBs were available for 13 congeners. The most frequently investigated congener was monochlorinated PCB-3 and its metabolites, and studies in vitro and in vivo provided clear evidence that PCB-3 causes mutation in vitro and in vivo. However, metabolic activation to electrophilic species, i.e. quinones, is required, as shown by direct testing of PCB-3 metabolites for gene mutagenicity in vitro. The experimental evidence overall suggested that both DNA-adduct formation and generation of reactive oxygen species must be considered equally plausible modes of action.

Since both in-vitro and in-vivo studies provided evidence that PCB congeners with up to four chlorines are metabolically activated to electrophilic species that cause an increase in DNA-adduct levels, it seems likely that PCBs with one to four chlorines have the same mode of action as PCB-3. In contrast, strong evidence suggested that decachlorinated PCB-209 is very unlikely to cause mutations.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 595

For dioxin-like PCB-126, a dose-dependent increase in DNA-adduct formation – resulting from lipid peroxidation or oxidative damage of the DNA backbone – has been reported in rats exposed to PCB-126 in the long-term. Thus, a genotoxic mechanism, probably via generation of reactive oxygen species, seems to contribute to the mode of action of PCB-126.

For non-dioxin-like PCB-153, a complete lack of genotoxic activity cannot be established with certainty since three in-vitro studies gave positive results. However, mechanistic follow-up studies in vitro and/or in vivo were not available to the Working Group. Thus, the relevance of this finding remains elusive.

For all other nine PCB congeners tested, i.e. PCB-15, PCB-47, PCB-52, PCB-77, PCB-101, PCB-118, PCB-138, PCB-155, and PCB-180, the Working Group considered that the results did not allow a clear conclusion to be drawn.

### 5.4.3 Cellular and biochemical effects

PCB congeners can be categorized according to their degree of chlorination, substitution pattern, and binding affinity to receptors. Individual PCB congeners activate receptors, including the aryl hydrocarbon, constitutive androstane, and pregnane xenobiotic receptors, and modulate gene expression controlled by these receptors/transcription factors.

### (a)    Cell death and proliferation

Twelve PCB congeners that have a strong affinity for the aryl hydrocarbon receptor are referred to as "dioxin-like PCBs." Activation of the aryl hydrocarbon receptor is one of the key events linked to carcinogenesis mediated by dioxin-like compounds. Besides its role in induction of CYP1 enzymes (linked to toxicity and cancer initiation), sustained activation leads to deregulation of cell-cycle control and cell proliferation, inhibition of apoptosis, suppression of cell–cell communication and adhesion, and increased cell plasticity and invasiveness. In accordance with the concept of toxic equivalency, PCB-126 is the most potent aryl-hydrocarbon receptor agonist of the PCBs, followed by PCB-169; mono-*ortho* chlorinated PCBs (e.g. PCB-118, PCB-156), and PCB-77 also activate the aryl hydrocarbon receptor, although to a lesser extent.

On the other hand, non-dioxin-like PCBs induce many of their effects via multiple aryl hydrocarbon receptor-independent mechanisms, including activation of the constitutive androstane or pregnane X receptors, and perturbations in cell–cell communication and cell adhesion. Non-dioxin-like PCBs induce production of reactive oxygen species, activation of NF-κB transcription factors, and suppression of plasma membrane proteins, constituents of gap, adherens, and tight junctions, all of which may play a significant role in tumour promotion and progression. A series of non-dioxin-like PCBs, including less chlorinated congeners (e.g. PCB-18, PCB-47, PCB-52, and PCB-74), environmentally abundant congeners (e.g. PCB-138 and PCB-153), and hydroxylated metabolites, such as 3′,4′-di(OH)PCB-5, 4-OH-PCB-109 (4-OH-2,3,3′,4′,5-pentaCB), and 4-OH-PCB-187, inhibited gap junction intercellular communication in rat liver epithelial cells. A mixture of seven non-dioxin-like PCBs (PCB-28, PCB-52, PCB-101, PCB-138, PCB-153, PCB-180, and PCB-209) induced production of reactive oxygen species and cell motility in human breast cancer cells. Both the dioxin-like congener PCB-126, and the non-dioxin-like congeners PCB-118 and PCB-153 disrupted the expression of cytosolic scaffold proteins of tight junctions in brain endothelial cells in mice. Expression of anti-apoptotic *Bcl2* gene in a short-term study in female rat liver, to decrease apoptotic index and to suppress the levels of gap junction and adherens junction proteins (connexin 43, β-catenin, E-cadherin) in rat liver epithelial cells. PCB-28, PCB-101, PCB-153, and also PCB-187 (to a lesser

433

extent) suppressed apoptosis in rat hepatocytes and human hepatoma HepG2 cells.

### (b) Endocrine disruption

Population-based studies in men and women have shown an inverse correlation between serum concentrations of PCBs and circulating testosterone, including testosterone bound to sex-hormone-binding globulin. Studies on mother–infant pairs showed an inverse relationship between indicator PCBs and testosterone in female infants, which was statistically significant with the mono-*ortho* congeners PCB-105 and PCB-118, while male infants showed a stronger reduction in estradiol with higher serum concentrations of PCBs.

In studies on extracts of PCBs from human serum, higher serum PCB concentrations correlated with lower activities of the estrogen, androgen, and aryl hydrocarbon receptors.

The observed inverse trend between dioxin-like PCBs and activities of the aryl hydrocarbon and estrogen receptors suggests that these compounds have anti-estrogenic activity. In cultured cells, highly chlorinated congeners generally act as anti-estrogens and their hydroxylated metabolites are more active than the parent compound. In contrast, less chlorinated PCBs and their hydroxylated metabolites are generally estrogenic, and their potency is dependent upon *ortho* chlorination and *para* hydroxylation; estrogenic activities of the hydroxylated metabolites of less chlorinated PCBs were reported to be additive.

Studies with cultured cells demonstrated that some PCBs are androgen-receptor antagonists, the anti-androgenic effects of dioxin-like PCBs being more pronounced than those of *ortho*-substituted PCBs. This antagonism has been associated in humans with several factors related to an increased risk of cancer of the testis.

In population-based studies, an inverse correlation was also reported between total serum PCBs and triiodothyronine, thyroxine,

and thyroid-stimulating hormone. For hydroxylated PCBs, a positive correlation was found with free thyroxin in umbilical cord tissue of fetuses after in-utero exposure.

Studies in rats demonstrated that hydroxylated PCBs that bind to the thyroid receptor act as agonists to the thyroid hormone; one metabolite even displayed a higher binding affinity than does thyroxine, the natural ligand. PCBs with chlorines in the *ortho* position only have significant binding affinity for the transport protein transthyretin.

Hydroxylated PCBs may cross the placental barrier, probably through binding to transthyretin, thus causing a reduction of free and free thyroxine concentrations in fetal plasma and brain. Moreover, pre- and postnatal exposure to PCBs and their hydroxylated metabolites can interfere with the thyroid-hormone system, which may lead to a decrease in levels of thyroid hormone.

Disturbance of thyroxine-binding to transthyretin by PCB metabolites and increased glucuronidation causes a reduction in serum thyroxine concentrations in Aroclor 1254-exposed rats. The interference of PCBs with the thyroid system in vitro as well as in animals corroborates the effects observed in human population studies. The effects of PCBs on thyroid-hormone function, metabolism and transport may increase the risk for toxicity and pre-cancerous processes.

In a study that considered 10 different mechanisms to establish in-vitro toxicity profiles for 24 PCB congeners, hierarchical cluster analysis showed that 7 indicator PCBs contributed most to the anti-androgenic, (anti)estrogenic, and anti-thyroidal effects of PCBs reported to be present in human samples.

### (c) Effects on the immune system

The limited data available for human exposure suggested that PCBs may cause immunosuppression. PCBs can affect an impressive number of immune parameters that include

changes in bone-marrow cellularity; shifts in T-lymphocyte subsets and function; thymus and spleen atrophy, which correlate strongly with humoral and cell-mediated immunosuppression; reduced resistance to microbial infection; and a compromised immune-surveillance mechanism. Alterations in the immune system and immunotoxicity were also reported after PCB exposure during prenatal or early life.

An estimation of the degree of immunotoxicity induced by various PCB congeners and mixtures is hindered by the fact that several species with significant differences in sensitivity were used across the studies, with different routes of exposure and levels of treatment. In general, doses of > 1 mg/kg bw per day of the highly chlorinated commercial PCB mixtures (Aroclors 1248, 1254, 1262, and 1260) were more immunotoxic than the less chlorinated PCB mixtures. The few individual congeners tested in rats caused only minor changes in the thymus without affecting other parameters of the immune system.

Non-human primates are more sensitive to PCB-induced immunotoxicity. In long-term studies in rhesus monkeys exposed at levels similar to those in humans, a consistent finding was the significantly suppressed response to challenge with sheep red blood cell antigen in adult and infant monkeys. Similar results were observed in many other experimental animals at higher concentrations of PCBs.

The humoral immune response to sheep red blood cell antigen is the most predictive of the tests currently used in immunotoxicology, and has been used in the calculation of TEFs. The TEF calculation is based on the assumptions that the effects of PCBs on the immune system are mediated through the aryl hydrocarbon receptor, and that PCBs in mixtures may have an additive effect. Nonetheless, certain PCBs exert their immunotoxic effects by mechanisms that are not mediated through the aryl hydrocarbon receptor; such effects are thought to be mediated via metabolism to arene-oxide intermediates capable of alkylating critical cellular macromolecules. Additionally, certain non-dioxin-like PCBs may antagonize the immunotoxic effects of other chemicals, including those of dioxin.

The effects on the immune system were shown to persist in children at a later age. The severity of effects correlated with PCB concentrations in the children's blood, or with those in maternal blood during pregnancy and lactation. Similar results were obtained in experimental animals.

### (d)    Effects on the inflammatory response

Exposure to PCBs has been associated with the development of inflammation in several studies in experimental animals in vivo; chronic active inflammation can be detected specifically in tissues that are affected by PCB exposure.

In in-vivo studies in mice, it has been reported that PCB-77, PCB-104, and PCB-153 are associated with inflammation in target organs since they induced the production of specific inflammatory mediators, including intercellular adhesion molecules (e.g. ICAM, VCAM-1, MCP-1) in the liver, lungs, and brain. The tissue distribution of these inflammatory mediators varied according to the congener administered, probably due to differences in congener accumulation in the various organs.

PCBs have also been shown to cause vascular inflammation in vivo.

In vitro, PCB-153 may induce expression of several pro-inflammatory cytokines through NF-κB pathway inhibitor.

Several PCB congeners and mixtures, including Aroclor 1242 and PCB-47, interfere with $O_2^-$ elimination by suppressing the activity of superoxide dismutase which converts $O_2^-$ to $H_2O_2$. Non-dioxin-like PCBs are capable of stimulating neutrophil $O_2^-$ production, while dioxin-like congeners with a high affinity for the aryl hydrocarbon receptor do not activate neutrophils to produce $O_2^-$ and may inhibit this response.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 598

Certain congeners (PCB-77, PCB-114, PCB-126, and PCB-169) disrupted the normal functions of the vascular endothelium, thus allowing increased transfer of albumin across endothelial monolayers. The same congeners enhanced oxidative stress, increased production of interleukin-6 by endothelial cells, increased the levels of intracellular calcium, increased the activity of cytochrome P450 1A, enhanced expression of the adhesion molecule VCAM-1, and decreased levels of vitamin E in the culture medium. In contrast, PCB-153 did not have an effect on cellular oxidation or on endothelial barrier function.

### 5.4.4 Classification of congeners and quantitative structure–activity relationships

Different key structural determinants of the toxicity of individual PCB congeners were identified in various in-vitro assays for specific effects of tumour promotion, endocrine disruption, and neurotoxicity. Multivariate toxicity profiling of a series of PCB congeners indicated that many of the responses are due to different structure–activity relationships and cannot be integrated. The use of quantitative structure–activity relationships is also hampered at present by the lack of data on specific cancer-related modes of action for larger sets of congeners.

### 5.4.5 Hepatic preneoplastic lesions

Numerous studies have used preneoplastic lesions as end-points to study the effects of PCBs on two-stage hepatocarcinogenesis. PCBs have promoting activity, especially congeners and mixtures that activate the aryl hydrocarbon and/or constitutive androstane receptors. When non-*ortho* and di-*ortho* PCBs are coadministered, less than additive effects are observed in most studies, while administration of two non-*ortho*

PCBs is additive. Several less chlorinated PCBs have initiating activity.

### 5.4.6 Organ toxicity

Organ toxicity relevant to the carcinogenicity of long-term exposure to PCB congeners and commercial mixtures of PCBs in experimental systems is observed in the liver and also in other organs, notably the lung and thyroid.

### 5.4.7 Effects on skin

Chloracne and other dermal alterations are well-known effects that have been reported in workers exposed occupationally to PCBs, and in individuals exposed by accidental ingestion of rice oil contaminated with high concentrations of PCBs (Yusho and Yucheng victims). Chloracne generally appears in individuals with serum PCB concentrations that are 10–20 times higher than those of the general population, but there is large variability between individuals. At birth, children exposed in utero during food poisoning incidents had increased rates of hyperpigmentation, eyelid swelling and discharge, deformed nails, and acne, compared with controls.

Long-term oral administration of relatively low doses of PCBs to rhesus monkeys resulted in dermal alterations similar to those observed in humans exposed at high concentrations. Offspring from monkeys exposed during gestation and nursed by exposed mothers also developed dermal alterations after a few weeks of suckling. Rodents also develop skin alterations, but only after high exposures to PCBs.

Exposure of normal human melanocytes to TCDD resulted in activation of the aryl hydrocarbon receptor signalling pathway, an aryl hydrocarbon receptor-dependent induction of tyrosinase and – as a consequence – an elevated total melanin content. These effects were due to the induction of expression of tyrosinase and tyrosinase-related protein 2 genes. Thus, the

aryl hydrocarbon receptor is able to modulate melanogenesis by controlling the expression of melanogenic genes. This lends biological plausibility to the epidemiological findings of increased risks of melanoma of the skin after exposure to PCBs.

### 5.4.8 Susceptible populations

#### (a)   Genetic polymorphisms

Differences in response to individual congeners may arise from polymorphisms in the genes for CYP, the aryl hydrocarbon receptor and repressor, and other enzymes and receptors that interact with endogenous molecules such as steroid hormone receptors. Studies in the most highly exposed populations reported a higher incidence of cancer of the breast in women with the *CYP1A1*2C* genotype; of non-Hodgkin lymphoma and a polymorphism in the gene encoding the aryl hydrocarbon receptor; and of skin lesions in Yucheng victims who had the *CYP1A1*2C* polymorphism and were null for *GSTM1*.

#### (b)   In-utero and postnatal exposure

PCBs can pass through the placenta during embryonic development and is excreted in breast milk. In addition, compared with adults, children have a lower barrier to absorption through the skin, gastrointestinal tract, and lungs, and lower levels of detoxifying enzymes. A combination of all these factors leads to a higher accumulation of PCBs in children. The determination of PCB concentrations in cord blood, breast milk, and in tissues of mother/infant have contributed significantly to the understanding of the movement of these compounds from mother to infant and their distribution patterns throughout the body.

A significant dose-dependent relationship exists between the duration of breastfeeding and the concentration of the sum of congeners PCB-101, PCB-118, PCB-138, PCB-153, PCB-170, PCB-180, PCB-183, and PCB-187. Exclusive breastfeeding beyond 12 weeks was associated with a doubling in the whole blood concentration of PCBs compared with bottle-fed children.

Elimination kinetic studies in children with elevated PCB concentrations as a result of breastfeeding revealed differences in congener half-lives. The longest half-lives corresponded to elimination of the parent PCB only, with a daily fat excretion rate of 1–2 g, while shorter half-lives were attributable to metabolic breakdown.

Long-term studies in non-human primates receiving Aroclor 1254 have shown that in tissues of mother/infants with higher concentrations of PCBs, a dramatic shift from tetra- and hexachlorobiphenyls to penta-and heptachlorobiphenyls was observed. The PCB distribution pattern in tissues from a dosed mother/infant pair differed between mother and infant, with a larger percentage of heptachlorobiphenyls in the infant than in its dam. PCB concentrations in the infant's blood declined rapidly and approached maternal levels within 40–50 weeks; at 100 weeks after weaning, PCB concentrations in the adipose tissue of exposed infants were similar to background levels found in the control group.

Tissue retention/accumulation of PCBs in postnatal and prepubertal studies in mice showed results consistent with the well known effect of chlorine-substitution pattern on the rate of metabolism. In the lung, all congeners except PCB-153 were retained and decreased in amount only as a function of dilution due to growth. The selective retention of congeners with high affinity for the aryl hydrogen receptor is of interest since it is a property that correlates with toxicity and tumour promotion. In the liver, retention of all congeners was observed during the prepubertal growth phase, with specific enrichment of PCB-105, followed subsequently by more rapid depletion of certain congeners.

Prenatal/postnatal (through breastfeeding) exposure to PCBs can affect the dynamics of cell-surface receptor expression on lymphoid cells. These effects result in dysfunctional

437

immune responses, which may have adverse immune-system related consequences on the health of infants and toddlers. Furthermore, PCB-induced effects on the thymus and natural killer cells have been reported in children, and these effects may play a role in the development of leukaemia in these children.

### 5.4.9 Mechanistic considerations

PCBs and their metabolites have multiple modes of action. Less chlorinated congeners involved in oxidative metabolism may produce oxidative stress and genotoxicity; highly chlorinated congeners are very persistent and interact with various receptors including the aryl hydrocarbon, constitutive androstane, pregnane-X (controlling xenobiotic and steroid hormone metabolism and other processes), and steroid nuclear receptors such as the androgen and estrogen receptors. Additionally, PCBs modulate plasma membrane-associated proteins affecting cell communication, adhesion and migration, and also act as tumour promoters. Overall, PCBs occur and act in complex mixtures eliciting both genotoxic and nongenotoxic effects associated with carcinogenesis, tumour promotion, and progression.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 601

# 6. EVALUATION AND RATIONALE

## 6.1 Cancer in humans

There is *sufficient evidence* in humans for the carcinogenicity of polychlorinated biphenyls (PCBs). PCBs cause malignant melanoma. Positive associations have been observed for non-Hodgkin lymphoma and cancer of the breast.

## 6.2 Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of PCBs.

There is *sufficient evidence* in experimental animals for the carcinogenicity of PCB-126, PCB-118, Aroclor 1260, Aroclor 1254, and Kanechlor 500.

There is *limited evidence* in experimental animals for the carcinogenicity of PCB-153, 4′-OH-PCB-30, 4′OH-PCB-61, Aroclor 1242, Aroclor 1016, Clophen A30, and Clophen A60.

There is *inadequate evidence* in experimental animals for the carcinogenicity of PCB-138, Kanechlor 300, and Kanechlor 400.

Congeners for which there is *sufficient evidence* in experimental animals for carcinogenicity (PCB-126 and PCB-118) are agonists of the aryl hydrocarbon receptor and exhibit dioxin-like properties. Commercial mixtures for which there is *sufficient evidence* in experimental animals for carcinogenicity are highly chlorinated and are known to include aryl-hydrocarbon receptor agonists that exhibit dioxin-like properties, as well as agonists of the constitutive androstane receptor.

The commercial mixtures for which there is *limited evidence* in experimental animals generally have a low degree of chlorination, but are also known to contain congeners that are agonists of the aryl hydrocarbon and/or constitutive androstane receptors. The relative contributions of the different congeners (dioxin-like and non-dioxin-like) to the carcinogenicity of the commercial mixtures is not known.

## 6.3 Overall evaluation

PCBs are *carcinogenic to humans (Group 1)*.

"Dioxin-like" PCBs, with a toxicity equivalency factor (TEF) according to WHO (PCB-77, PCB-81, PCB-105, PCB-114, PCB-118, PCB-123, PCB-126, PCB-169, PCB-156, PCB-157, PCB-167, PCB-189), are *carcinogenic to humans (Group 1)*.

## 6.4 Rationale

In making this overall evaluation, the Working Group considered that:

- There is strong evidence to support a receptor-mediated mechanism for carcinogenesis associated with dioxin-like PCBs in humans, based upon demonstration of carcinogenicity in experimental animals and upon extensive proof of activity identical to 2,3,7,8-tetrachlorodibenzo-*para*-dioxin (TCDD) for every step of the mechanism described for

439

TCDD-associated carcinogenesis in humans, including receptor binding, gene expression, protein-activity changes, cellular replication, oxidative stress, promotion in initiation–promotion studies and complete carcinogenesis in experimental animals.

- However, the carcinogenicity of PCBs cannot be attributed solely to the carcinogenicity of the dioxin-like PCBs.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 603

# LIST OF ABBREVIATIONS

| | |
|---|---|
| ABS | acrylonitrile-butadiene-styrene |
| AMAP | Arctic Monitoring and Assessment Programme |
| ANZECC | Australian and New Zealand Environment and Conservation Council |
| ARNT | aryl hydrocarbon receptor nuclear translocator |
| BHC | benzene hexachloride |
| BMI | body mass index |
| BOS | basic oxygen steelmaking |
| BrdU | bromodeoxyuridine |
| bw | body weight |
| CAR | constitutive androstane receptor |
| CAS | Chemical Abstracts Service |
| DEN | diethylnitrosamine |
| DHEA | dehydroepiandrosterone |
| DIPN | *N*-nitrosodiisopropanolamine |
| DLBCL | diffuse large B-cell lymphoma |
| DL-PCB | dioxin-like PCBs |
| DMBA | 7,12-dimethylbenz[*a*]anthracene |
| ECNI | electron-capture negative ionization |
| EBV | Epstein–Barr virus |
| EBV-EA | Epstein–Barr virus early antigen |
| EFSA | European Food Safety Authority |
| EHEN | *N*-ethyl-*N*-hydroxyethylnitrosamine |
| EPA | Environmental Protection Agency |
| EROD | ethoxyresorufin *O*-deethylase |
| e-waste | electronic waste |
| GC-MS | gas chromatography–mass spectrometry |
| GGT | gamma-glutamyl transferase |
| GJIC | gap-junctional intercellular communication |
| GPC | gel permeation chromatography |
| GSH | glutathione |
| GST | glutathione *S*-transferase |
| OH-PCBs | hydroxylated PCBs |
| HR | hazard ratio |
| HRGC | high-resolution gas chromatography |
| HRMS | high-resolution mass spectrometry |

501

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 604

| | |
|---|---|
| IRR | incidence rate ratio |
| JEM | job-exposure matrix |
| LLE | liquid-liquid extraction |
| MDAB | 3'-methyl-4-dimethylaminoazobenzene |
| MNNG | *N*-methyl-*N*'-nitro-*N*-nitrosoguanidine |
| NDEA | *N*-nitrosodiethylamine |
| NDL-PCBs | non-dioxin-like PCBs |
| NDMA | *N*-nitrosodimethylamine |
| NHANES | National Health and Nutrition Examination Survey |
| NHL | non-Hodgkin lymphoma |
| NIOSH | National Institute for Occupational Safety and Health |
| NK | natural killer |
| NNK | 4-(methylnitrosamino)-1-(3-pyridyl)-1-butanone |
| NTP | National Toxicology Program |
| PAH | polycyclic aromatic hydrocarbons |
| PBB | polybrominated biphenyl |
| PBDE | polybrominated diphenyl ether |
| PBMC | peripheral blood mononuclear cells |
| PBN | polybrominated naphthalene |
| PCB | polychlorinated biphenyl |
| PCDD | polychlorinated dibenzodioxin |
| PCDF | polychlorinated dibenzofuran |
| PeCDF | 2,3,4,7,8-pentachlorodibenzofuran |
| PEL | permissible exposure limit |
| PLE | pressurized liquid extraction |
| PXB | polybromochlorobiphenyl |
| PXR | pregnane-X receptor |
| RR | rate ratio |
| SIR | standardized incidence ratio |
| siRNA | small interfering RNA |
| SMR | standardized mortality ratio |
| SPE | solid-phase extraction |
| SHBG | steroid hormone-binding globulin |
| T3 | triiodothyronine |
| T4 | thyroxine |
| TCDD | 2,3,7,8-tetrachlorodibenzo-*para*-dioxin |
| TWA | time-weighted average |
| TEF | toxic equivalence factor |
| TEQ | toxic equivalency |
| TNF | tumour necrosis factor |
| TSH | thyroid-stimulating hormone |
| TTR | transthyretin; thyroid hormone transport protein; thyroxine-binding protein |
| UDPGT | uridine diphosphoglucuronyl transferase |

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 605

IARC MONOGRAPHS

This volume of the *IARC Monographs* provides evaluations of the carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls.

Polychlorinated biphenyls are a class of aromatic compounds comprising 209 congeners, each containing 1 to 10 chlorine atoms attached to a biphenyl nucleus. Technical products, which were manufactured to obtain a certain degree of chlorination, are mixtures of numerous congeners. These products were widely used as dielectric fluid in capacitors and transformers, and to a lesser extent in building materials. Although their production and use has been banned in most countries, these compounds are ubiquitous environmental pollutants, including in polar regions and the deep ocean, because they are persistent and bioaccumulate. Worldwide monitoring programmes have shown that polychlorinated biphenyls are present in most samples of human milk.

An *IARC Monographs* Working Group reviewed epidemiological evidence, animal bioassays, and mechanistic and other relevant data to reach conclusions as to the carcinogenic hazard to humans of polychlorinated biphenyls, of the subclass of dioxin-like polychlorinated biphenyls, and of polybrominated biphenyls.

© iStock.com/shaunl

Design by Dizz.com

# EXHIBIT C

Page 1

1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
2

3    CITY OF HARTFORD and          )
     HARTFORD BOARD OF EDUCATION,)
4                                  )
          Plaintiffs,              )
5                                  )Case No. 3:15-cv-01544(RNC)
     vs.                           )
6                                  )
     MONSANTO COMPANY, SOLUTIA     )
7    INC., and PHARMACIA LLC,      )
                                   )
8         Defendants.              )
9

          ************************************************
10

                   ORAL AND VIDEOTAPED DEPOSITION OF
11

                        JOHN SCHELL, Ph.D.
12

                        JANUARY 11, 2018
13

          ************************************************
14

15      ORAL AND VIDEOTAPED DEPOSITION OF JOHN SCHELL, Ph.D.,
16   produced as a witness at the instance of the Plaintiffs,
17   and duly sworn, was taken in the above-styled and
18   numbered cause on the 11th day of January, 2018, from
19   9:01 a.m. to 7:22 p.m., before Julie Scarborough, CSR in
20   and for the State of Texas, reported by method of
21   machine shorthand, at Latham & Watkins, LLP, 811 Main
22   Street, Suite 3700, Houston, Texas, pursuant to the
23   Federal Rules of Civil Procedure and the provisions
24   stated on the record or attached hereto.
25   Job No. 135434

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 608

Page 2

```
 1           A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3     Ms. Alicia Butler
       Mr. Zack Sandman
 4     BARON & BUDD
       3102 Oak Lawn Avenue
 5     Dallas, TX 75219
 6
 7
 8   FOR THE DEFENDANTS:
 9     Mr. Adam Miller
       CAPES, SOKOL, GOODMAN & SARACHAN
10     Pierre Laclede Center
       7701 Forsyth Boulevard
11     St. Louis, MO 63105
12
13     Mr. Thomas Goutman
       Ms. Rosemary Schnall
14     WHITE AND WILLIAMS
       1650 Market Street
15     One Liberty Place
       Philadelphia, PA 19103
16
17
18
19   ALSO PRESENT:
20     Mr. Robert Pierce, Videographer
21
22              * * * * *
23
24
25
```

Page 3

```
 1                     INDEX
 2                                    PAGE
     Appearances . . . . . . . . . . . . .    2
 3   JOHN SCHELL, Ph.D.
       Examination by Ms. Butler. . . . . .   8, 355
 4     Examination by Mr. Miller. . . . . .   305, 359
     Signature and changes . . . . . . . . .  362
 5   Reporter's Certificate . . . . . . . .   364
 6
 7                    EXHIBITS
 8   NO.          DESCRIPTION           PAGE
     Exhibit 1  Expert Report of             12
 9             John D. Schell, Ph.D.
10   Exhibit 2  CV of John D. Schell, Ph.D.   14
               (HRTFDDEXP-JS-0001 - 0009)
11
     Exhibit 3  CV of John D. Schell, Ph.D.   15
12
13   Exhibit 4  IBT "Report to Monsanto Company  21
               Two-Year Chronic Oral Toxicity
14             Study with Aroclor 1254 In
               Beagle Dogs, November 1, 1971"
15             (TOXSTUDIES1198-1275)
16   Exhibit 5  IBT "Report to Monsanto Company  22
               Two-Year Chronic Oral Toxicity
17             with Aroclor 1260 in Albino Rats,
               November 12, 1971" with cover
18             letter (TOXSTUDIES1525-1611)
19   Exhibit 6  "Index for Set labeled TOXSTUDIES"  27
               (TOXSTUDIESINDEX0001-0006)
20   Exhibit 7  U.S. v. Keplinger, 776 F.2d 678   35
               (1985)
21
22   Exhibit 8  US EPA "Summary of the IBT Review   47
               Program Office of Pesticide
23             Programs July 1983"
24   Exhibit 9  Federal Register Vol. 44, No. 127   63
               Friday, June 29, 1979
25             "Polychlorinated Biphenyls (PCB's);
               Reduction of Tolerances
```

Page 4

```
 1            EXHIBITS (Continued)
 2   NO.       DESCRIPTION           PAGE
 3   Exhibit 10  Environmental Health Perspectives   92
                 "Journal Information"
 4
     Exhibit 11  PubMed "Polychlorinated biphenyl    110
 5               exposure and human disease" 1993
                 by James RC, et al.
 6
     Exhibit 12  CV of John D. Schell, Ph.D.         134
 7
     Exhibit 13  IARC Monographs "Polychlorinated    159
 8               Biphenyls and Polybrominated
                 Biphenyls Volume 107"
 9               Lyon, France - 2016
10   Exhibit 14  EPA "Polychlorinated Biphenyls      188
                 (PCBs) in School Buildings:
11               Sources, Environmental Levels,
                 and Exposures" Sept. 30, 2012
12
     Exhibit 15  Environmental Health Perspectives   214
13               "Current Status of the
                 Epidemiologic Evidence Linking
14               Polychlorinated Biphenyls and
                 Non-Hodgkin Lymphoma, and the
15               role of Immune Dysregulation"
                 August 2012 by Shira Kramer,
16               et al.
17   Exhibit 16  Environmental Health Perspectives   215
                 "Polychlorinated Biphenyl and
18               Organochlorine Pesticide
                 Concentrations in Maternal
19               Mid-Pregnancy Serum Samples:
                 Association with Autism Spectrum
20               Disorder and Intellectual
                 Disability" March 2017 by
21               Kristen Lyall, et al.
22   Exhibit 17  Environmental Research 2016         217
                 "Endocrine disrupting chemicals
23               and ovulation: Is there a
                 Relationship?" by Mia V. Gallo,
24               et al.
25
```

Page 5

```
 1            EXHIBITS (Continued)
 2   NO.       DESCRIPTION           PAGE
 3   Exhibit 18  Environmental Health "In utero      219
                 exposure to polychlorinated
 4               biphenyls is associated with
                 decreased fecundability in
 5               daughters of Michigan female
                 fisheaters: a cohort study"
 6               by Lisa Han, et al., 2016
 7   Exhibit 19  Environmental Health Perspectives,  220
                 "Relationships of Polychlorinated
 8               Biphenyls and
                 Dichlorodiphenyldichloroethylene
 9               (p,p'-DDE) with Testosterone Levels
                 in Adolescent Males," March 2014,
10               by Lawrence M. Schell, et al.
11   Exhibit 20  Environmental Health Perspectives   222
                 "A Birth Cohort Study of Maternal
12               and Infant Serum PCB-153 and DDE
                 Concentrations and Responses to
13               Infant Tuberculosis Vaccination,"
                 June 2016 by Todd A. Jusko, et al.
14
15   Exhibit 21  Environmental Health Perspectives   223
                 "Polychlorinated Biphenyls, Lead,
16               and Mercury Are Associated with
                 Liver Disease in American Adults:
17               NHANES 2003-2004" December 2010
                 by Matt Cave, et al.
18   Exhibit 22  Journal of Diabetes                 224
                 "Endocrine-disrupting chemicals,
19               risk of type 2 diabetes, and
                 diabetes-related metabolic traits:
20               A systematic review and
                 meta-analysis," 2016 by Yan Song,
21               et al.
22   Exhibit 23  PLOS One "Exposure to Organochlorine  227
                 Pollutants and Type 2 Diabetes:
23               A Systematic Review and
                 Meta-Analysis" October 2014 by
24               Mengling Tang, et al.
25
```

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 609

## Page 162

JOHN SCHELL, Ph.D.

1
2 support is.
3    Q.  (BY MS. BUTLER)  So the International Agency for
4 Research on Cancer has working groups of scientists that
5 evaluate different compounds.  Is that right?
6    A.  Different agents.
7    Q.  And when they're done with their review, they
8 publish a monograph reflecting the views of the working
9 group?
10    A.  Yes.
11    Q.  That review is by a working group of independent
12 scientists.  Is that true?
13         MR. MILLER:  Object to the form, vague and
14 ambiguous.
15    A.  I'm -- I'm not sure what you mean by
16 "independent."
17    Q.  (BY MS. BUTLER)  Let me direct your attention to
18 Page 1 after the index, "Note to the Reader."  The third
19 paragraph says, quote, "The evaluations of carcinogenic
20 risk are made by international working groups of
21 independent scientists and are qualitative in nature."
22    Did I read that right?
23    A.  You did.
24    Q.  And what -- what does "independent" mean to you
25 when you read that?

## Page 163

JOHN SCHELL, Ph.D.

1
2    A.  That's a good question because having attended
3 this, I'm -- independent would mean that you have no
4 financial ties and no organizational allegiances, that
5 you are completely independent of any potential
6 conflicting issues.  That would be independent.
7    Q.  And the IARC working groups do their reviews
8 based on published data on the different agents.  Is
9 that right?
10    A.  They are restricted to evaluating only
11 peer-reviewed published literature.
12    Q.  Do you know why they are restricted to reviewing
13 the peer-reviewed published literature?
14         MR. MILLER:  Object to the form of the
15 question, calls for speculation.
16    A.  Yeah, actually when -- when we were there, they
17 read out the rationalization for it, because it had --
18 they wanted to evaluate only the studies that had gone
19 through the formal peer-review process.  And so it would
20 restrict reports -- agency reports, NGO reports, or any
21 of those kind of things, that they would only consider
22 information that was -- had gone through the peer-review
23 process.
24    Q.  (BY MS. BUTLER)  IARC had a working group that
25 evaluated PCBs.  Is that right?

## Page 164

JOHN SCHELL, Ph.D.

1
2    A.  That's correct.
3    Q.  And you attended the proceedings of the working
4 group as an observer?
5    A.  That's correct.
6    Q.  How long was that meeting -- or those meetings?
7    A.  They were, I think, six days, four of which were
8 dedicated to PCBs, and two days dedicated to poly --
9 polybrominated biphenyls.
10    Q.  Did you attend the entire six-day event?
11    A.  No.  I left after the vote on whether PCBs should
12 be reclassified as a Group 1 carcinogen.
13    Q.  Were you invited to participate in the working
14 group that IARC had to evaluate PCBs?
15    A.  I talked to Kurt Straif about being invited as a
16 full participant at the dioxin meetings in 2014 or '15.
17 I can't remember when it was.  Kurt had a poster there
18 about their upcoming events and what they were going to
19 do, and I asked him how I could submit my name to be
20 nominated.  And he -- this is a direct quote.  "Don't
21 bother."  So I submitted my -- I don't remember whether
22 I had to get nominated.  But, anyhow, I submitted a
23 request to be an observer in the proceedings.
24    Q.  Having -- these page numbers are difficult to
25 follow, but I'd like to talk to you about some of their

## Page 165

JOHN SCHELL, Ph.D.

1
2 general information about the working group.  If you
3 turn past the section where it identifies participants,
4 the last page of that is No. 7.  And I want to talk to
5 you on the next group -- on the next page that I have
6 here.  You see the section there on the working group?
7         MR. MILLER:  I'm sorry.  Which -- I'm not
8 following which page.  It's not numbered Page 7, is it?
9         MS. BUTLER:  No.  It's right after the list
10 of participants in Exhibit --
11         MR. GOUTMAN:  Preamble?
12         THE WITNESS:  Page 12.
13         MR. MILLER:  Oh, I see.  I'm sorry.
14    Q.  (BY MS. BUTLER)  Are you with me, Dr. Schell?
15    A.  Yes, I am.
16    Q.  And under the discussion of the working group,
17 the third to last sentence in that paragraph, quote,
18 "Working Group Members generally have published
19 significant research related to the carcinogenicity of
20 the agents being reviewed, and IARC uses literature
21 searches to identify most experts."
22    Did I read that right?
23    A.  You did.
24    Q.  Have you published any research related to the
25 carcinogenicity of the PCBs?

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 610

## Page 166

JOHN SCHELL, Ph.D.

2  A. No.

3  Q. It says, quote, "Working Group Members are
4  selected on the basis of (a) knowledge and experience
5  and (b) absence of real or apparent conflicts of
6  interest."

7     Did I read that right?

8  A. Yes.

9  Q. Do you have any conflicts of interest that you
10  know about that might preclude your participating in the
11  working group?

12     MR. MILLER:  Object to the form of the
13  question.  It calls for speculation as to how he might
14  be viewed by the working group or by IARC.

15  A. I didn't feel that I had any conflicts.  Kurt
16  did.

17  Q. (BY MS. BUTLER)  When you attended the working
18  group for IARC on PCBs as an observer, were you paid for
19  your time?

20  A. I can't remember.  I know Monsanto paid for my
21  airfare, but I don't -- for this particular meeting, I
22  don't think they paid for my time, but I'd have to go
23  back and look at my invoices.  I'm not entirely clear on
24  that.

25  Q. You can't recall if Monsanto paid for your time

## Page 167

JOHN SCHELL, Ph.D.

2  at the IARC working group on PCBs?

3     MR. MILLER:  Objection, asked and answered.

4  A. No, I -- because I'm a salaried employee, I don't
5  know whether my company was reimbursed by Monsanto.  I
6  was going to be paid whether Monsanto was supporting me
7  or not.  It -- I wasn't getting paid any more or any
8  less because I'm salaried.  Whether my company was
9  reimbursed by Monsanto for the time I spent there, I
10  don't recall.

11  Q. (BY MS. BUTLER)  Okay.

12  A. But I did acknowledge -- and you can -- I don't
13  know if you're trying to insinuate that I was hiding
14  something; but if you look at Page 6, "John D. Schell6,"
15  "John D. Schell has consulted for several companies on
16  PCB-related issues and provided expert opinions on
17  regulatory issues related to PCBs."

18     And if you go to the first publication where this
19  information became available, it was in -- oh, I forget
20  which journal it was in, but it specifically says that I
21  was there representing Monsanto.

22  Q. You were there at the IARC group representing
23  Monsanto?

24  A. Yes.

25  Q. And --

## Page 168

JOHN SCHELL, Ph.D.

2  A. That's what it said.

3  Q. -- do you feel that being present representing
4  Monsanto would present any potential conflict of
5  interest in the working group proceedings?

6     MR. MILLER:  Object to the form of the
7  question.

8  A. Absolutely not, any more than several of the
9  other working group members had potential conflicts that
10  were not disclosed -- may not have been disclosed.  I
11  don't know whether they did or not because I didn't
12  review their application, but I don't think I was any
13  more conflicted than several of the other working group
14  members.

15  Q. (BY MS. BUTLER)  And there were 25 scientists who
16  were invited to participate in the working group on
17  PCBs.  Is that right?

18  A. I'll -- I'll take it that you counted it.  I -- I
19  don't remember.

20  Q. Did the IARC working group use the
21  weight-of-evidence methodology that you discuss in your
22  report?

23  A. They attempted to use the weight of evidence,
24  yes.

25  Q. How many studies did they review before reaching

## Page 169

JOHN SCHELL, Ph.D.

2  their conclusions about PCBs?

3     MR. MILLER:  Object to the form of the
4  question.  It assumes that every working group member
5  read every study.

6  A. The -- the number of studies that were compiled
7  for the working group, I believe, was 70.  They -- those
8  were sent out to designated -- prior to the meeting to
9  designated members of the working group who had a
10  particular interest or expertise in a specific area; and
11  they concentrated on that particular area, whether it
12  was mechanism or epidemiology or whatever.  And then a
13  section -- and it turned out, as we found out when we
14  were at the -- the meeting, it was typically just those
15  individuals that actually reviewed all -- all of --
16  combined all of the studies.  No individual to my
17  knowledge reviewed all 70 of the studies that the
18  working group reviewed.

19  Q. (BY MS. BUTLER)  Did you make any notes when you
20  were observing the IARC working group proceedings?

21  A. I did not.

22  Q. Did you report back to anyone about what happened
23  at the proceedings?

24  A. Yes, I did.

25  Q. Who did you report back to?

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 611

# EXHIBIT D

Page 1

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF CALIFORNIA

3   ------------------------------x

4   SAN DIEGO UNIFIED PORT

5   DISTRICT, a public

6   corporation; and CITY OF

7   SAN DIEGO, a municipal

8   corporation,

9           Plaintiffs,        Case No.

10       v.               3:15-CV-00578-

11                        WQH-AGS

12   MONSANTO COMPANY, SOLUTIA,

13   INC., and PHARMACIA

14   CORPORATION,

15           Defendants.

16   ------------------------------x

17

18       DEPOSITION OF PETER G. SHIELDS, M.D.

19              Columbus, Ohio

20           Wednesday, July 3, 2019

21

22   Reported by:

23   DEBORAH C. FUREY, RPR, CLR, CRI

24   JOB NO. 163157

25

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 613

Page 2

```
 1
 2
 3
 4                    July 3, 2019
 5                    9:05 a.m.
 6
 7
 8        Deposition of PETER G. SHIELDS, M.D., held
 9   at the offices of Vorys, Sater, Seymour and Pease,
10   LLP, 52 East Gay Street, Columbus, Ohio, 43216,
11   before Deborah C. Furey, a Registered Professional
12   Reporter, Certified LiveNote Reporter, and Notary
13   Public of the states of Ohio and Kentucky.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES:
 2   BARON & BUDD
 3   Attorneys for Plaintiffs
 4
 5   3102 Oak Lawn Avenue
 6   Dallas, Texas  75219
 7   BY:  ALICIA BUTLER, ESQUIRE
 8
 9   KELLEY DRYE & WARREN
10   Attorneys for the Unified Port District
11
12   515 Post Oak Boulevard
13   Houston, Texas  77027
14   BY:  MONICA MOUSSIGHI, ESQUIRE
15
16   CAPES, SOKOL, GOODMAN & SARACHAN
17   Attorneys for Defendants
18
19   7701 Forsyth Boulevard
20   St. Louis, Missouri  63105
21   BY:  ADAM MILLER, ESQUIRE
22   BY:  SUSAN WERSTAK, ESQUIRE
23
24
25   APPEARANCES CONTINUED:
```

Page 4

```
 1   VORYS, SATER, SEYMOUR & PEASE
 2   Attorneys for Defendants
 3   52 East Gay Street
 4   Columbus, Ohio  45216-1008
 5   BY:  RICHARD SCHUSTER, ESQUIRE
 6   BY:  ELIZABETH SMITH, ESQUIRE
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1   P E T E R  G.  S H I E L D S, M. D.,
 2        called as a witness, having been first
 3   duly sworn by a Notary Public, was
 4   examined and testified as follows:
 5   EXAMINATION BY
 6   BY MS. BUTLER:
 7        Q.   Good morning.
 8        A.   Good morning.
 9        Q.   I'm one of the attorneys for the City of
10   San Diego in this litigation.
11             We've never met before, correct?
12        A.   Correct.
13        Q.   What's your name, sir?
14        A.   Peter Shields.
15        Q.   May I call you Dr. Shields today?
16        A.   Sure.
17        Q.   You've testified before in a deposition,
18   correct?
19        A.   Correct.
20        Q.   You understand today you're under oath?
21        A.   Yes.
22        Q.   Anything that would prevent you from
23   testifying fully and completely today?
24        A.   No.
25        Q.   All right.  If you do not understand a
```

2 (Pages 2 to 5)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 614

**Page 34**

1    Q.   Let me direct you to the
2  second-to-the-last page of Exhibit 4.
3    A.   Okay.
4    Q.   The first section, "Cancer in Humans."
5      Do you see that?
6    A.   Yes.
7    Q.   And the IARC working group wrote, "There
8  is sufficient evidence in humans for the
9  carcinogenicity of polychlorinated biphenyls
10  (PCBs) cause malignant melanoma.  Positive
11  associations have been observed for a non-Hodgkin
12  lymphoma in cancer of the breast."
13      Is that the conclusion reached by IARC
14  in evaluating the carcinogenicity of PCBs?
15    A.   Based on their methodologies and
16  context, yes.
17    Q.   All right.  And you wrote in your report
18  at length about the IARC working group's
19  conclusions about the relationship between PCBs
20  and cancer in humans, correct?
21    A.   Yes.
22    Q.   Would you turn to Page 7 of your report,
23  please?
24    A.   Okay.
25    Q.   Under bullet one you wrote that IARC

**Page 35**

1  found that, "there was sufficient evidence to
2  conclude that PCBs are a known cause of one type
3  of cancer," correct?  That's what you wrote?
4    A.   Yes.
5    Q.   But, in fact, the IARC working group
6  concluded that PCBs -- there is sufficient
7  evidence for the carcinogenicity in humans,
8  correct?  That was not limited to the one type of
9  cancer, was it?
10    A.   Yes, it is.
11    Q.   When IARC evaluates a substance for its
12  carcinogenicity, are there different levels of
13  conclusions that they reach about the
14  relationship?
15    A.   If I'm understanding what you're asking,
16  yes.
17    Q.   What is the IARC classification stamp?
18    A.   They classify things as known human
19  carcinogens, probably human carcinogens, possibly
20  human carcinogens, and there's some lower thing,
21  which is either inadequate or something along
22  those lines.
23    Q.   All right.  And did -- what category did
24  the IARC working group place PCBs in?
25    A.   Known for melanoma.

**Page 36**

1    Q.   And it's your testimony that they placed
2  PCBs in a different category for other forms of
3  human cancer.
4    A.   Well, it is my testimony, and that's
5  exactly what is stated on Page 439.
6    Q.   Did the IARC working group conclude that
7  there was a positive association between PCB
8  exposure and other types of cancer in humans?
9    A.   Limited to non-Hodgkin's lymphoma and
10  breast cancer, which means that it's insufficient
11  evidence for a human causation as a known
12  carcinogen.
13    Q.   What does it mean when IARC concludes
14  that there is insufficient evidence for causation?
15    A.   That they were not able to rule out
16  chance bias and confounding among the studies that
17  they were reviewing.
18    Q.   Is that conclusion a conclusion that the
19  substance does not cause cancer?
20      MR. MILLER:  Object to the form.  Calls
21  for speculation.
22      THE WITNESS:  No, the conclusion is that
23  they've looked at all of the available
24  evidence, and they decided it was insufficient
25  to call it a known human carcinogen.

**Page 37**

1    Q.   When you testify in this case before the
2  jury, do you want the jury to believe that IARC
3  found that there was no causal association between
4  non-Hodgkin's lymphoma and PCB exposure?
5    A.   That's exactly what I will tell them.
6    Q.   Okay.  Do you also intend to tell the
7  jury that the IARC working group found no causal
8  association between PCB exposure and breast
9  cancer?
10    A.   That's exactly what their document says.
11    Q.   Isn't it true that when IARC finds that
12  there is a positive association, that means that
13  there is limited evidence of causation?
14    A.   Limited evidence, but insufficient to
15  call it a known human carcinogen.
16    Q.   It means that there are some studies
17  showing a causal relationship, correct?
18      MR. MILLER:  Object to the form.
19      THE WITNESS:  Some studies that they
20  believe are credible, but in the context of
21  the literature, it's not sufficient to call it
22  a human carcinogen.
23    Q.   Did the IARC working group find that
24  there was a causal molecular mechanism for -- in
25  relationship between PCB exposure and

10  (Pages 34 to 37)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 615

Page 62

1    What they know -- what they do, is they
2    look at the available evidence.  And the
3    available evidence was not sufficient to call
4    PCBs a known human carcinogen for anything
5    other than malignant melanoma.
6    Q.    Was it sufficient under the IARC
7    methodology to rule out PCBs as a cause for
8    cancer, other types of cancer in humans?
9    MR. MILLER: Let me object to the form.
10    THE WITNESS: So maybe that's what the
11    problem is, you're looking for rule-outs and
12    nos and that's not the process.  That's not
13    what we do in public health.  You don't rule
14    things out, which you're looking for from a
15    precautionary perspective, which is what IARC
16    does, is how to maximally protect someone.  So
17    the rule-out is not like a physician in a
18    medical diagnosis.  It just doesn't make sense
19    to question in the context of IARC.
20    Q.    You do not want the jury to get the
21    impression that it's your opinion that IARC ruled
22    out PCBs as a cause of other forms of cancer in
23    humans, is that true?
24    MR. MILLER: Object to form.  Go ahead.
25    THE WITNESS: So let's be clear, IARC

Page 63

1    doesn't rule in or rule out that something
2    will cause cancer.  What they do is they
3    examine the evidence and make a determination
4    that they think there's sufficient human
5    evidence to call it a known human carcinogen,
6    which is different than saying that it will
7    cause cancer in humans.
8    Q.    I was told that if I wore these, it
9    would freak everybody out.
10    A.    It's not.
11    Q.    My eyes get really big.
12    Let me direct you to Page 6 of your
13    report.
14    A.    Okay.
15    Q.    I'm sorry.  Page 7.
16    Bullet point two on Page 7.
17    "For all other cancers, the IARC
18    concluded -- and I agree -- that the scientific
19    evidence is insufficient to conclude that PCBs are
20    causally associated with all other forms of human
21    cancers."
22    You don't want the jury to hear this and
23    think that IARC concluded that PCBs do not cause
24    other forms of human cancers, is that correct?
25    MR. MILLER: Object to the form.

Page 64

1    THE WITNESS: I think the sentence
2    speaks for itself.
3    Q.    Did you intend to communicate with this
4    sentence that there is a lack of effect for PCB
5    exposure in terms of the other human cancers?
6    MR. MILLER: Object to the form.  Vague
7    and ambiguous, lack of effect.
8    THE WITNESS: What I'm saying is they
9    looked at all of the available human evidence
10    for other types of cancers and decided that
11    that was not sufficient to call it a known
12    human carcinogen.
13    Q.    All right.  What are the other levels of
14    categorization that IARC has besides known human
15    carcinogen?
16    MR. MILLER: Objection.  Asked and
17    answered.
18    THE WITNESS: We went through that on
19    the monograph, you want to go back to those
20    three other sections?
21    Q.    Well, in terms of their overall
22    conclusions, you can have a known human
23    carcinogen, correct?
24    MR. MILLER: Object to the form.
25    THE WITNESS: Yes.

Page 65

1    Q.    And you can have a probable human
2    carcinogen, correct?
3    A.    Correct.
4    Q.    And you can have a possible human
5    carcinogen below that, correct?
6    A.    Correct.
7    Q.    And then you can have something that's
8    not classifiable, right?
9    A.    Yes.
10    Q.    And then the final category, an agent
11    that is probably not carcinogenic in humans?
12    A.    Correct.  So there's five categories all
13    together.
14    Q.    So as to all other forms of human
15    cancers besides melanomas, breast cancers and
16    non-Hodgkin's lymphoma, is it your view that IARC
17    has categorized PCBs as probably not carcinogenic
18    to humans?
19    A.    Well, we've been through this before,
20    right?
21    So once they do a Group 1, they don't
22    start distinguishing out anything below a
23    Group 2A, so I can't tell you whether the working
24    group for any of those other others cancers were
25    making a conclusion on whether it was probably or

17 (Pages 62 to 65)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 616

Page 66

1    probably not or possibly carcinogenic to humans.
2        Q.   Let's discuss the precautionary
3    principle that you referenced earlier.
4            What is that?
5        A.   Well, that's a general principle that's
6    used by public health community, regulatory
7    agencies, which is:  In the absence of data, we
8    don't always live in a perfect world, but
9    sometimes we want to make sure that we make our
10   world as perfect as possible, and so we make
11   public health decisions or regulations to try to
12   maximally reduce any potential harm, even if the
13   agent may not have a risk of causing harm.
14       Q.   So on Page 32 of your report there's a
15   discussion of "Risk Assessment Levels of Risk."
16           Can you find that?
17       A.   Yes.
18       Q.   And you wrote, "Given the precautionary
19   principle, risk assessment defines increased risk
20   at levels of one additional cancer in 1,000 to
21   1,000,000 people," right?
22       A.   Yes.
23       Q.   Would you compare the low-risk level
24   posed by PCBs to the risk of eating food that
25   contains mutagens?

Page 67

1            MR. MILLER:  Object to the form of the
2    question.
3            THE WITNESS:  I didn't really follow the
4    question.
5        Q.   So at the end of the first paragraph on
6    Page 32 you wrote, "For example, studies model
7    risks of about 10 per million excess cancer risks
8    from food and beverages.  Others report similar
9    extremely low level risks.  Risk based on congener
10   153 in Inuit women at the 50 percent level is at
11   the level of 10 to the negative 6 or lower,
12   depending on slope factors used.  These levels of
13   risk are so low to not predict actual risk in
14   humans and it should not be inferred that such
15   risk estimates should be used to infer any impact
16   on the community or use of community resources."
17           So you gave the example of studies
18   modeling risks of about 10 per million excess
19   cancer risks from food and beverages.
20           Do you compare the risk of PCB exposure
21   to the risk of -- cancer risk from food and
22   beverages?
23           MR. MILLER:  Object to the form.
24           THE WITNESS:  That's so broad, I'm not
25   even sure how to answer that.

Page 68

1        Q.   Why did you reference the risk from food
2    and beverages?
3        A.   Because there are a lot of foods that
4    are known to be quite healthy.
5            Let's talk about fish.  Fish do contain
6    lots of chemicals that are both endogenous, as
7    well as coming from the environment, including
8    PCBs, but other things that could, at least in
9    animals, cause potential harm.  And overall we
10   know that fish consumption is healthy and
11   preferred to other risks that can happen from
12   eating unhealthy diets.
13           And so when you try to look at risk
14   assessment in that context, to talk about one
15   additional cancer in a thousand or one in a
16   million, that's so low that no one can look at any
17   one and say this is really dangerous for you or
18   this is really a problem for you.  But as a best
19   guess, maybe you should, you know, you should
20   prefer some foods that are healthy over other
21   foods that are healthy.  If you understand what
22   I'm saying.
23           So when we talk about risk of one in a
24   thousand or one in a million people, that's so low
25   that for an individual basis to make a decision on

Page 69

1    their lifestyle and what they're going to eat is
2    really a trivial decision, and not something that
3    will have meaning to their actual risk of cancer.
4        Q.   Okay.  You, yourself, have published on
5    mutagens in natural foods, right?
6        A.   Sure.
7        Q.   In 2003 you published a study on
8    mutagens in food that can lead to cancers,
9    correct?
10       A.   Can you give me the title?
11       Q.   Food Mutagens, with Goldman.
12       A.   Okay.  So that was a review article,
13   sure.
14       Q.   Why did you publish it?
15       A.   Why did we publish it?
16       Q.   Yeah.
17       A.   That's what we do.  We're professional
18   communicators about the science as we develop it
19   or before we synthesize it.
20       Q.   You cite that study in this report,
21   don't you?
22       A.   I would have to look, but maybe.
23       Q.   I think it's reference 154.
24           I've now gotten to the stage where I'm
25   tearing my pen apart.

18 (Pages 66 to 69)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 617

Page 146

1          I also reviewed the IARC text in detail,
2    an independent IARC.  I've read many, if not most
3    of the papers that they cite in that section.
4          And so what you're seeing here is that
5    it's not seen in the report, but it's not correct
6    to say that I didn't consider it.  Had my
7    recollection been that this was something that
8    would contribute positively or something that
9    would not support my opinions in this case, then I
10   certainly would have put it in the report.
11        Q.   Is it fair to say it doesn't matter how
12   good the animal studies are, that it's your
13   opinion that there's no tumor-promoting effect
14   because of what you see in the human studies?
15        A.   Well, it depends on the context.  For
16   the purposes of my opinions in this case, that's
17   correct.
18        If I were a regulator doing regulatory
19   risk assessing, part of the process is when you
20   don't have sufficient human data, but you still
21   want to make a decision to try to protect people,
22   then you will rely on animal studies, as poorly
23   supported as they may be.
24        Q.   Let me talk about some of your
25   criticisms of IARC for a bit or the IARC working

Page 147

1    group on PCBs.
2          First at Page 7 of your report you give
3    some general summary of your opinions in the first
4    bullet point.
5          Are you there?
6        A.   Yes.
7        Q.   And you write, "A review of the Working
8    Groups report demonstrates a lack of transparency
9    for their conclusions and numerous
10   inconsistencies."
11        When you say "lack of transparency,"
12   tell me what you mean.
13        A.   So they have a method they're supposed
14   to follow, in their reviews of the literature,
15   they follow it.  And then, when it comes to the
16   conclusions, they make a conclusion that is not
17   mappable back to their actual review.  So they're
18   not following their own methodology.
19        So, for example, they talk about worker
20   studies being positive.  When you look at their
21   review, they don't cite them as positive, and you
22   look at the papers and they're not positive, yet
23   they still came up with the conclusions for
24   melanoma, even though they didn't follow their own
25   methodology that it did for the other cancers.

Page 148

1        Q.   And how do you know that?
2        A.   I read the monograph.
3        Q.   So the explanation provided in the
4    monograph allowed you to arrive at that opinion of
5    their conclusion?
6        A.   It's supposed to be a transparent
7    process.  You should be able to go from Section 1
8    to Section 2, to the conclusion, which you cannot
9    do.  It's not mappable.
10        Q.   What do you believe happened that is not
11   transparent to the reader of the monograph?
12        A.   That there was a break in their possess
13   for them to come up with their final conclusion,
14   that was not supported by their own analysis and
15   conclusion.
16        Q.   And what exactly do you think happened
17   that allowed for a break in making the analysis?
18        A.   I can't speak to their motivation as to
19   what happened to the working group.
20        All I can tell you is that their review
21   of the papers for melanoma were relatively
22   accurate, but then they categorized them as being
23   positive when they were not.
24        Q.   In your opinion?
25        A.   No.  In the paper, and we could pull the

Page 149

1    papers if you would like to see them.
2        Q.   Does your report outline the ways in
3    which you feel that the reviews that they relied
4    upon or the papers that they relied upon were not
5    positive when they were characterized by IARC as
6    positive?
7        MR. MILLER:  Object to the form.
8        THE WITNESS:  The answer is yes.
9        Q.   And where is that?
10        A.   So it starts on Page 68 and goes all the
11   way through and includes a table on Page 70, where
12   I tried to map out their conclusions with what's
13   actually cited in the papers.
14        Q.   Does your report fully outline what you
15   consider to have been the lack of transparency and
16   inconsistencies in the IARC working group process?
17        A.   That was my intent at the time I wrote
18   it.
19        Q.   And apart from reading the IARC
20   monograph itself, do you have any other sources of
21   information that are a basis for that opinion?
22        A.   The papers.
23        MR. MILLER:  Object to the form.
24        THE WITNESS:  I read the papers.
25        Q.   Did you have any personal conversations

38 (Pages 146 to 149)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 618

## Page 150

1  with anyone who attended the IARC working group on
2  PCBs?
3      A.   No.
4      Q.   Have you reviewed any reports of what
5  transpired at the IARC working group on PCBs,
6  other than the monograph Volume 107?
7      A.   Not that I recall.
8      Q.   So apart from your -- the published
9  literature that you looked at and the published
10  Volume 107, those are the entire sources of your
11  information about your criticisms of the IARC
12  process?
13      A.   So I looked at exactly the same sources
14  of information that IARC did.
15          IARC is supposed to have a transparent
16  process, it's not a closed door, secretive
17  process.
18          You asked me earlier if IARC and EPA and
19  myself all did the same thing, should we come up
20  with the same answer.  In this case, you can't see
21  that from IARC.
22          So they're final conclusion around
23  melanoma is not mappable and is not transparent.
24  But whatever might have happened in some
25  closed-door, secretive meeting, that's not their

## Page 151

1  process, they're not supposed to do it that way.
2          It should be obvious that any reasonable
3  physician, scientist should be able to read their
4  monograph and see their transparency and the
5  ability to map their conclusions to the actual
6  data.
7      Q.   Okay.
8      A.   At the end of the day, whatever the
9  working group's opinions are, what really matters
10  is what the scientific studies say.
11      Q.   All right.  So to be clear, your opinion
12  that the IARC working group process was not
13  transparent is based entirely on what is published
14  in the literature, including the IARC volume
15  itself, right?
16          MR. MILLER:  Object to the form.
17          THE WITNESS:  Sure.  There's nothing
18  else that would be out there that one could
19  look at.
20          You either look at published
21  experimental data, and you do your
22  Bradford-Hill analysis, and then you go into
23  how do you weight the evidence and you come up
24  with conclusions.  That's what it is.
25          So there's nothing out there that

## Page 152

1  someone could have looked at, and if there
2  was, they should have had that in their
3  monograph that that's their process.
4      Q.   All right.  Let me direct you to
5  Exhibit 4, the portion of the preamble from
6  Volume 107 that discusses participants in the
7  working group.
8      A.   Sure.
9      Q.   To your knowledge, are all of the
10  participates in the IARC working group on PCBs
11  listed here in the preamble, starting at Page 3?
12      A.   Say that question again.
13      Q.   As far as you know, are all of the
14  participants in the IARC working group on PCBs
15  listed here in Exhibit 4, starting at Page 3?
16      A.   They are supposed to be.
17      Q.   All right.  Turn with me to Page 6.
18  There is a list of observers.
19      A.   Okay.
20      Q.   Erik Carlson.  Have you ever spoken with
21  Erik Carlson?
22      A.   No.
23      Q.   Nicole Falette, have you ever spoken
24  with her?
25      A.   No.

## Page 153

1      Q.   And John Schell, have ever spoken with
2  John Schell?
3      A.   No.
4      Q.   Are you aware that John Schell has been
5  designated as a retained expert in this case?
6      A.   Maybe.  I could look in my report, the
7  name is familiar.
8      Q.   In any event, your opinions about the
9  IARC working group processes are not based on
10  information you've obtained from John Schell?
11      A.   That's correct.
12      Q.   You had some criticisms of the IARC
13  working group process that you discuss in more
14  detail on Page 33 of your report.
15      A.   Okay.
16      Q.   First you note that -- you write at
17  Page 33, in the paragraph right before your
18  section on lung cancer, "for the PCB monograph, I
19  note that few members had PCB expertise, most were
20  toxicologists rather than experts in human
21  studies, and the group included David Carpenter,
22  well-known PCB plaintiff's expert as an 'invited
23  specialist.'"
24          There's a little extra letter in that
25  paragraph.  Did you completely express the opinion

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 619

Page 158

1    A.  I can't.  I mean, the PubMed search,
2  going through the papers, it could be easily five
3  to ten minutes per person.
4         It's pretty obvious, once you pull up
5  their papers, what are they.  Some papers you want
6  to open up and read the abstracts, some you pull
7  the papers.
8    Q.  You said, "the group included David
9  Carpenter, well-known PCB plaintiff's expert as an
10  invited specialist."
11         How did you know that David Carpenter is
12  a PCB plaintiff's expert?
13    A.  I've been in multiple cases with him or
14  against him.  I've been in cases where his opinion
15  has been thrown out of court for lack of reliance,
16  reliable methods.
17         I learned something very interesting
18  about the IARC process.  Whereas, I always assumed
19  that they had good conflict of interest rules, the
20  ones around litigation and this type of consulting
21  is only a duration of three years, which I think
22  is almost unheard of in our field.  And people
23  like that should be excluded forever.
24    Q.  When you say "people like that," what do
25  you mean?  People who consult frequently in

Page 159

1  litigation?
2    A.  In litigation.
3         And I will tell you that I have not been
4  on panels like this, for when I've been involved
5  in litigation.
6    Q.  And when you say "been on panels," David
7  Carpenter is identified here as an "Invited
8  specialist."
9         Do you see that on Page 5?
10    A.  Yes.
11    Q.  There's a footnote by his name, and the
12  footnote discloses, "David Carpenter has served as
13  an expert witness in PCB-related legal cases."
14    A.  Right.
15    Q.  So anybody who picks up this report
16  would know about his affiliation, right?
17    A.  They could find that out, that's
18  correct.
19    Q.  And let me direct you to Page 3,
20  Footnote 1.
21         Footnote 1, the last sentence, "Invited
22  specialists do not serve as meeting chair or
23  subgroup chair, draft text that pertains to the
24  description or interpretation of cancer data -- "
25    A.  I'm sorry.  I'm still trying to find it.

Page 160

1    Q.  Sorry.  Okay.
2    A.  Page 3, Footnote 1, okay.  I see where
3  you are.
4    Q.  "Invited specialists do not serve as
5  meeting chair or subgroup chair, draft text that
6  pertains to the description or interpretation of
7  cancer data or participate in the evaluations."
8         Did I read that right?
9    A.  Yes.
10    Q.  So David Carpenter's role was not to
11  serve as a meeting chair, right?
12    A.  Correct.
13    Q.  Not to serve as the subgroup chair,
14  right?
15    A.  Correct.
16    Q.  Not to draft any text that pertains to
17  the description of cancer data?
18    A.  That's right.
19    Q.  Not to draft text that pertains to the
20  interpretation of cancer data?
21    A.  That's right.
22    Q.  And not to participate in the
23  evaluations, correct?
24    A.  That's right.
25    Q.  Do you have any information that David

Page 161

1  Carpenter did any of these things outside the role
2  as an invited specialist?
3    A.  No.  I would hope that they follow their
4  process for that.
5    Q.  Do you mean to imply by noting his
6  presence that he somehow affected the results of
7  the IARC working group?
8    A.  Yes.
9    Q.  What is that based on?
10    A.  Because these are an important way of
11  not influencing the process.  But they still, as
12  invited specialists, there is a reason why they
13  get invited.  So they participate in the
14  deliberations, not the final evaluations.  They
15  don't draft, but they can comment on.
16         So they're invited specialists, in
17  quotes, so that they can bring some special
18  expertise that the working group believes they
19  need.  So, obviously, everyone in that room that's
20  invited, is invited with the intent to influence
21  the process.
22    Q.  All right.  And you indicate that he's a
23  well-known PCB expert for plaintiffs in
24  litigation.
25         Do you believe that it was well-known at

41 (Pages 158 to 161)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 620

Page 162

1  the time that he participated in the IARC working
2  group in this fashion, that he had that consulting
3  relationship?
4      A.  He did.
5      Q.  Was it --
6      A.  It was only a few years ago.
7      Q.  Was it well-known at that time?
8      A.  Well-known to anyone in the litigation
9  world.  How -- what he disclosed to IARC, I
10  couldn't tell you.
11          Obviously, he disclosed enough to have
12  the footnote about his litigation activities.  How
13  much or whether his opinion was thrown out of
14  court because of unreliability, I don't know
15  whether he disclosed that or not.
16      Q.  All right.  As far as the observers, is
17  their role different than the invited specialists?
18      A.  My understanding is that it is very
19  different, that they sit in a room and listen, but
20  they don't have the ability to comment or review
21  or critique.
22      Q.  Do you have any personal knowledge,
23  outside of the literature about the motives of any
24  of the participates in the IARC working group that
25  are described in Exhibit 4?

Page 163

1      MR. MILLER:  Object to the form.
2      THE WITNESS:  No, no.
3      Q.  Have you ever spoken with any of the --
4  first, any of the members, the 25 members?
5      A.  So I will tell you that I have not had
6  direct conversations.
7          Some of these folks, I believe I was at
8  meetings and may have had casual conversation,
9  like hello or an introduction, but none of them do
10  I recall having had a substantial discussion with
11  me.
12      Q.  All right.  Let me be a little broader
13  than verbal communications.
14          Have you had any communications, beyond
15  these casual interactions that you just described,
16  with any of the IARC working group participants or
17  members?
18      A.  No.
19      Q.  All right.  I believe I asked you this
20  but let me make sure.
21          Have you had any communications with any
22  of the observers that are listed on Page 6?
23      A.  You did ask -- well, it doesn't matter
24  whether you asked it or not.  I didn't.
25      Q.  For completeness sake, have you had any

Page 164

1  communications with any of the representatives
2  listed on Page 6?
3      A.  No.
4      Q.  And your contact with David Carpenter,
5  as you described, was that he was an expert on the
6  other side of cases that you had been involved in?
7      A.  Correct.
8      Q.  Outside of that, have you ever had any
9  interaction with David Carpenter?
10      A.  No.
11      Q.  And on Page 7 there's a list of the IARC
12  Secretariat.
13          What are those people?
14      A.  Those are people who work at IARC, who
15  support the process.  So they do literature
16  reviews, they help draft.  It's like they're
17  staffing the process.
18      Q.  All right.  Have you ever spoken with
19  any of the IARC Secretariat members listed here
20  about what occurred during the PCB working group
21  by IARC?
22      A.  No.
23      Q.  Or communicated with them in any other
24  way about that?
25      A.  No.

Page 165

1      Q.  Do you have any knowledge that David
2  Carpenter did anything to influence the
3  conclusions by the IARC PCB working group?
4      MR. MILLER:  Objection.  Asked and
5  answered.
6      THE WITNESS:  I have no direct knowledge
7  of what might have occurred, but I know that
8  he was there and had the ability to have
9  influence.
10      Q.  And when you say "no direct knowledge,"
11  do you have some kind of indirect knowledge that
12  he influenced the process?
13      A.  No.  It's really the same answer.  He
14  was certainly in the position to have influenced
15  it.  He was provided as a specialist.  Presumably
16  he used his role as a specialist to provide his
17  opinion.
18      Q.  That's an assumption that you're making?
19      A.  I think it's a pretty good assumption,
20  yes.  He was invited in the room, you're allowed
21  to speak, you're allowed to review and comment.
22  I would be very surprised if he just sat in the
23  room and didn't say anything.
24      Q.  Is it your opinion that the lack of
25  transparency between the studies or data looked at

42 (Pages 162 to 165)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 621

Page 166

1  by IARC and the ultimate conclusions by the IARC
2  working group are due to the influence of David
3  Carpenter?
4       A.  I would have no idea either way.
5       MS. BUTLER:  Okay.  I need to take a
6  convenience brake.  Sorry.
7       THE WITNESS:  Okay.
8            (Recess taken from 2:00 p.m. to
9       2:10 p.m.)
10  BY MS. BUTLER:
11      Q.   Okay.  On the break, Mr. Miller handed
12  me a document, an article entitled, "Pollutant
13  effects on genotoxic parameters on tumor
14  associated protein levels in adults, a
15  cross-sectional study," by De Coster and others,
16  that was published in Environmental Health on
17  June 3rd, 2008.
18           Is that the De Coster reference that you
19  discuss in your report.
20      A.   Yes, on Page 60, the miscitation for
21  447.
22      Q.   All right.  Have you served on any IARC
23  working groups?
24      A.   No.
25      Q.   Do you think you would be allowed to

Page 167

1  serve as a member of the IARC working group on
2  PCBs?
3       A.   I guess if I stopped doing this
4  litigation for three years, I certainly would be
5  allowed to.
6       Q.   Do you think that you're qualified to
7  serve on the IARC working group on PCBs?
8       A.   Sounds egotistical, but definitely.
9       Q.   Is that based on your research on PCBs?
10      A.   Yes.
11      Q.   Which research?
12      A.   I have several publications on PCBs,
13  including participating in analysis of a primary
14  epidemiologic study.
15      Q.   When my eye does that, I'm scrolling
16  what you say to try to remember.  I bet she has to
17  do the same thing.
18           What is it about your litigation
19  consulting work that you believe would disqualify
20  you from serving on the IARC working committee,
21  working group?
22      A.   So my understanding with them is that if
23  you are retained as a consultant or as an expert
24  witness, that would disqualify you, within three
25  years.

Page 168

1       Q.   All right.  And so do you believe that
2  David Carpenter was not qualified to serve as the
3  invited specialist?
4       A.   Based on the three-year rule?
5       Q.   Yes.
6       A.   I would hope that he let them know
7  honestly, and that he hasn't testified in three
8  years and that got him on a committee.  But I
9  don't know that he hasn't participated in a trial
10  in the last three years.
11      Q.   In the three years prior to the IARC
12  working group of PCBs?
13      A.   That's a good point.
14      Q.   Let me make sure I understand you.
15           Do you believe that at the time he
16  served on the IARC working group as an invited
17  specialist in 2014, or for the IARC monograph on
18  PCBs, was he qualified to serve on the committee?
19      A.   Based on his expertise?
20      Q.   Yes, as an invited specialist.
21      A.   So I'm hesitant to answer.  I want to go
22  back to see what his publications are.
23           The ones I'm remembering were not
24  primary studies.  But I don't know his CV and
25  publications well enough to know whether he may

Page 169

1  have had some expertise to be on there, but
2  certainly not in the cancer world.
3       Q.   All right.  Do you believe his work as a
4  litigation consultant should have disqualified him
5  from being an invited specialist?
6       A.   So their rule is three years, I guess
7  it's stated from the time of the working group.  I
8  don't know, maybe it was from the time of the
9  first invite or whatever.
10           I seem to recall him participating in
11  cases for the last ten or 15 years, but I don't
12  really track where he is and when.  And maybe he
13  has a three-year window or four-year window or
14  whatever, that allowed him, under their rules, to
15  be at that meeting.
16      Q.   So as you sit here today, you have no
17  reason to think that David Carpenter was
18  disqualified from being an invited specialist
19  because of his litigation work, is that correct?
20      MR. MILLER:  Object to the form.
21      THE WITNESS:  I have no information or
22  specific reason to believe that he had
23  participated in litigation within the three
24  years, or whatever their date is, of when they
25  start counting.

43 (Pages 166 to 169)

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 622

# EXHIBIT E

The precautionary principle
......................................................................

# The *IARC Monographs*: a resource for precaution and prevention

## Vincent James Cogliano

......................................................................

### Commentary on the editorial by Martuzzi (see page 569)

In an excellent discussion, Marco Martuzzi describes the precautionary principle as meaning that scientific uncertainty must not be used as a reason to delay taking action.[1] Deeply rooted in the history of public and environmental health, the precautionary principle has been embraced by ministers of health and environment across Europe. Martuzzi asserts that precaution is especially needed in areas fraught with complexity and uncertainty, for threats that may be irreversible or felt across generations, or when technological or societal change outpaces the accumulation of data.

Martuzzi is correct that the role of science is central to the application of the precautionary principle, but "caution" means something different in science. The hypothesis testing at the core of the scientific method tends to avoid false positives and tolerate false negatives. To illustrate, epidemiologists make a strong distinction between the terms "association" and "causal association". The latter is used only when there are studies of high quality and a rigorous examination shows that other factors are unlikely to explain an association.[2] There are also inherent limitations to what epidemiology is able to study. For example, it is often difficult to attribute causality to a single factor, epidemiology cannot rule out a cancer hazard until more than 20 years of exposure have occurred, and it cannot rule out a 1-in-10 000 risk unless tens of thousands of people have been exposed. A stress on avoiding false positives generally implies an abundance of false negatives.

Given this, is scientific caution antithetical to the precautionary principle? No, because science and risk management operate at different stages. Scientists describe the potential implications and limitations of their data, and risk management officials should be prepared to act on this knowledge, giving appropriate consideration to findings that are plausible but not fully established.

Here the *IARC Monographs* may provide some instructive lessons. Briefly, the *IARC Monographs* (named for the cancer research agency of the World Health Organization) are a series of scientific reviews which identify environmental factors that can cause human cancer. The *IARC Monographs* are developed by the experts who did the original scientific research, yet they communicate their conclusions in clear terms that can be understood by people outside the field. The epidemiological evidence is characterised using standard descriptors that span a range of levels of evidence:[3]

- *Sufficient evidence of carcinogenicity*: A causal interpretation is credible, and chance, bias, and confounding could be ruled out with reasonable confidence.
- *Limited evidence of carcinogenicity*: A causal interpretation is credible, but chance, bias, or confounding could not be ruled out with reasonable confidence.
- *Inadequate evidence of carcinogenicity*: The available studies do not permit a conclusion regarding the presence or absence of a causal association.
- *Evidence suggesting lack of carcinogenicity*: Several adequate studies are mutually consistent in not showing a positive association at any level of exposure.

Based on this description of the epidemiological evidence and a parallel description of the experimental evidence, potential cancer hazards are classified into a range of groups:

- Group 1: The agent is *carcinogenic to humans*.
- Group 2A: The agent is *probably carcinogenic to humans*.
- Group 2B: The agent is *possibly carcinogenic to humans*.
- Group 3: The agent is *not classifiable as to its carcinogenicity to humans*.
- Group 4: The agent is *probably not carcinogenic to humans*.

The IARC evaluations do not build in precaution, rather, they strive for a balanced evaluation of the overall weight of the evidence. The graded nature of the evaluations (*sufficient evidence*, *limited evidence*, … ; *carcinogenic*, *probably carcinogenic*, …) communicates the level of credibility of a potential hazard. Precaution does not mean taking *limited evidence* and calling it *sufficient*. Precaution means that risk management officials are prepared to act on less than sufficient evidence when warranted. The scientific evaluation serves to indicate when precaution may be appropriate in risk management.

Martuzzi mentions the difference between prevention, a public health concept that applies to known causes, and precaution, which can be invoked when causes are complex or uncertain or consequences are complex or unpredictable. In this light, a risk management decision to reduce exposure to a Group 1 carcinogen (such as tobacco smoke or asbestos) is preventive, because these are known to cause cancer in humans. On the other hand, a risk management decision to reduce exposure to a Group 3 agent is precautionary (if taken for the purpose of reducing a potential cancer hazard), because the evidence does not yet demonstrate the presence or absence of a cancer hazard. In between, risk management decisions for agents in Groups 2A and 2B have elements of both prevention and precaution, because there is scientific consensus that these agents may pose a cancer hazard to humans, although the evidence is uncertain to some degree.

Martuzzi also stresses that precaution requires more and better science, and that methods of science must continue to evolve. For example, better insight into the molecular process of carcinogenesis may make it possible to identify human carcinogens without waiting for tumours to develop. One cautionary note: better science often means more complex science, and as complexity increases, the number of scientists who can understand and effectively debate the issues becomes smaller. This makes science increasingly vulnerable to manipulation by vested interests, something Martuzzi warns about. The *Lancet Oncology* recently commented on the measures the IARC takes to avoid manipulation[4][5] and advised that they could serve as a model for other health agencies.[6]

## ACKNOWLEDGEMENTS
The author thanks Kurt Straif for his insightful discussions and helpful comments.

*Occup Environ Med* 2007;**64**:572.
doi: 10.1136/oem.2006.031872

Correspondence to: Dr V J Cogliano, International Agency for Research on Cancer, 150 cours Albert Thomas, 69008 Lyon, France; cogliano@iarc.fr

Competing interests: None.

## REFERENCES
1  **Martuzzi M**. The precautionary principle: in action for public health, *Occup Environ Med* 2007;**64**:569–70.
2  **Hill AB**. The environment and disease: association or causation? *Proc R Soc Med* 1965;**58**:295–300.
3  **International Agency for Research on Cancer**. IARC Monographs on the evaluation of carcinogenic risks to humans: Preamble. Available at http://monographs.iarc.fr/ (accessed December 2006).
4  **Cogliano VJ**, Baan RA, Straif K, *et al*. The science and practice of carcinogen identification and evaluation. *Environ Health Perspect* 2004;**112**:1269–74.
5  **Cogliano V**, Baan R, Straif K, *et al*. Transparency in IARC Monographs. *Lancet Oncol* 2005;**6**:747.
6  **Collingridge D**. Increased transparency in IARC Monograph programme. *Lancet Oncol* 2005;**6**:735.

Declaration of Alicia Butler In Support Of Plaintiff's
Motion to Exclude Expert Opinions of Peter G. Shields, M.D - 624