1   Geana M. Van Dessel, WSBA #35969
    KUTAK ROCK
2   510 W. Riverside Avenue, Suite 800
    Spokane, WA 99201
3   Phone: (509) 252-2691

4   Adam E. Miller, MO Bar No. 40945 (*Pro Hac Vice*)
    Michael W. Cromwell, MO Bar No. 70484 (*Pro Hac Vice*)
5   Susan L. Werstak, MO Bar No. 55689 (*Pro Hac Vice*)
    CAPES, SOKOL, GOODMAN AND SARACHAN, PC
6   8182 Maryland Ave., Fifteenth Floor
    St. Louis, Missouri 63105-3916
7   Phone (314) 754-4810

8   Thomas M. Goutman, PA Bar No. 30236 (*Pro Hac Vice*)
    David. S. Haase, PA Bar No. 73835 (*Pro Hac Vice*)
9   Rosemary R. Schnall, PA Bar No. 73455 (*Pro Hac Vice*)
    SHOOK HARDY & BACON LLP
10  2001 Market Street, Suite 3000
    Philadelphia, PA 19103
11  Phone: (215) 575-3136

12  Richard L. Campbell, MA Bar No. 663934 (*Pro Hac Vice*)
    SHOOK HARDY & BACON LLP
13  125 Summer Street, Ste. 1220
    Boston, MA 02110
14  Phone: (617) 531-1411

15  Attorneys for Defendants (Additional Counsel on Signature Page)

16                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF WASHINGTON**
17

18  CITY OF SPOKANE, a municipal
    corporation, located in the County of        Case No. 15-cv-00201-SMJ
    Spokane, State of Washington,
19                                               Declaration of Adam E. Miller
                    Plaintiff,                   Re:  Defendants' Daubert Motion to
20                                               Exclude the Expert Testimony of J.
            v.                                   Michael Trapp
21
    MONSANTO COMPANY, SOLUTIA
22  INC., and PHARMACIA
    CORPORATION, and DOES 1 - 100,
23                  Defendants.

24  DECL. OF ADAM MILLER ISO DEFENDANTS'
    *DAUBERT* MOTION TO EXCLUDE TRAPP

    4844-0293-1635 v1

1    Adam E. Miller declares and states under penalty of perjury:

2    1.    I am over the age of 18 and competent to be a witness herein. I am an

3    attorney for Defendants Pharmacia LLC ("Pharmacia" or "Old Monsanto"),

4    Monsanto Company ("New Monsanto") and Solutia Inc. ("Solutia") (collectively,

5    "Defendants") in this matter. Except where indicated otherwise, I make this

6    declaration based on my own personal knowledge and the books and records of my

7    firm Kutak Rock LLP.

8    2.    **Exhibit A** includes a true and correct copy of the Expert Report of J.

9    Michael Trapp and Joel E. Bowdan III, City of Spokane v. Monsanto Company, et

10   al. dated October 11, 2019 ("Trapp Rpt.")

11   3.    **Exhibit B** includes a true and correct copies of the Updated Damages

12   Model (PCB-SPOKANE-08180230 to PCB-SPOKANE-08180315) served as a

13   part of the 35th Production of Documents made by Plaintiffs on January 3, 2020.

14   4.    **Exhibit C** includes true and correct copies of excerpts of the

15   deposition transcript of deposition testimony of Michael Trapp, taken on January

16   17, 2020, in the matter captioned *City of Spokane, et al. v. Monsanto Company, et*

17   *al.*, Case No. 2:15-cv-00201 (SMJ) in the U.S. District Court for the District of

18   Eastern District of Washington, at 11440 West Bernardo Court, Suite 265; San

19   Diego, California before Gail E. Kennamer,, CSR 4583. CCRR. Exhibit C includes

20   the following pages from the transcript: 15-18, 21, 23-24, 31, 52-56, 58-32, 68-69

21   and Court reporter certification.

22

23

DECL. OF ADAM MILLER ISO DEFENDANTS'
24   *DAUBERT* MOTION TO EXCLUDE TRAPP

5.      **Exhibit D** includes a true and correct copy of the Expert Report of David Dilks, Ph.D. in the Matter of City of Spokane v. Monsanto Co., et al. dated October 10, 2019

6.      **Exhibit E** includes a true and correct copy of Exhibit 2 from the Deposition of David Dilks taken on January 23, 2020, in the matter captioned *City of Spokane, et al. v. Monsanto Company, et al.*, Case No. 2:15-cv-00201 (SMJ) in the U.S. District Court for the District of Eastern District of Washington, at 2723 South State Street, Suite 150, Ann Arbor, Michigan, before Anne E. Vosburgh, CSR. 6804, RPR.

7.      **Exhibit F** includes a true and correct copy of "Evaluation of the Sources, Fate and Transport of Polychlorinated Biphenyls (PCBs) and Other Substances in the Spokane River Watershed" Prepared for Monsanto Company, Solutia, Inc., and Pharmacia LLC by Kurt Herman, M. Eng. P.G., dated November 14, 2019.

8.      **Exhibit G** includes a true and correct copy of the Eastern Washington Phase II Municipal Stormwater Permit dated August 1, 2012.

9.      **Exhibit H** includes a true and correct copy of 40 CFR Parts 9, 122, 123 and 124 'National Pollutant Discharge Elimination System—Regulations for Revision of the Water Pollution Control Program Addressing Storm Water Discharges, Federal Register Vol. 64, No. 235 dated December 8, 1999.

DECL. OF ADAM MILLER ISO DEFENDANTS'
*DAUBERT* MOTION TO EXCLUDE TRAPP

1     10.    **Exhibit I** includes a true and correct copy of the Expert Rebuttal

2   Report of J. Michael Trapp, City of Spokane v. Monsanto Company, et al., dated

3   December 17, 2019.

4     //

5     I declare under penalty of perjury of the law of the United States that the

6   foregoing is true and correct to the best of my knowledge. Signed this 28th day of

7   January 2020 at St. Louis, Missouri.

8

9                                        By: s/Adam E. Miller
                                          Adam E. Miller, MO Bar No. 40945
10                                        (*Pro Hac Vice*)
                                          CAPES, SOKOL, GOODMAN AND SARACHAN,
11                                        PC
                                          8182 Maryland Ave., Fifteenth Floor
12                                        St. Louis, Missouri 63105-3916
                                          Phone (314) 754-4810
13

14

15

16

17

18

19

20

21

22

23

24   DECL. OF ADAM MILLER ISO DEFENDANTS'
     *DAUBERT* MOTION TO EXCLUDE TRAPP

1
2

## **CERTIFICATE OF SERVICE**

3      I certify that on January 28, 2020, I caused the foregoing Declaration to be
4
electronically filed with the clerk of the Court using the CM/ECF System which in
5
turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the
6
case who are registered users of the CM/ECF system. The NEF for the foregoing
7
specifically identifies recipients of electronic notice.

8
                                    By: s/ Adam E. Miller
9                                   Adam E. Miller, MO Bar No. 40945
                                    (*Pro Hac Vice*)
10                                  CAPES, SOKOL, GOODMAN AND SARACHAN,
                                    PC
11                                  8182 Maryland Ave., Fifteenth Floor
                                    St. Louis, Missouri 63105-3916
12                                  Phone (314) 754-4810

13                                  *Attorneys for Defendants Monsanto*
                                    *Company, Solutia Inc., and Pharmacia LLC*
14

15

16

17

18

19

20

21

22

23
DECL. OF ADAM MILLER ISO DEFENDANTS'
24  *DAUBERT* MOTION TO EXCLUDE TRAPP