# EXHIBIT A

# Expert Report of Daniel Schlenk, Ph.D.

## City of Spokane v.
## Monsanto Company, et al.

Submitted by Daniel Schlenk, Ph.D.
October 11, 2019

EXHIBIT 3

D. Schlenk
11/13/2019

C. Vega, CSR 6640

Ecological Risk Assessment for PCBs in the Spokane River

Daniel Schlenk, PhD
October 11, 2019

Table of Contents:

I. Qualifications

II. Summary of Opinions

III. PCB Overview

IV. Spokane River Assessment

      Problem Formulation

      Exposure Assessment

      Effects Assessment

      Risk Characterization

V. Appendices

## I. Qualifications:

**Daniel Schlenk, Ph.D**. is Professor of Aquatic Ecotoxicology and Environmental Toxicology at the University of California Riverside. Dr. Schlenk received his PhD in Toxicology from Oregon State University in 1989. He was supported by a National Institute of Environmental Health Science postdoctoral fellowship at Duke University from 1989-1991. A Fellow of AAAS the Society of Environmental Toxicology and Chemistry, he has served on three Scientific Advisory Panels supported by the California State Water Board in the USA focused on the monitoring of recycled and surface waters for Emerging Contaminants. Since 2016, he has been a permanent member of the USEPA Chemical Safety Advisory Committee, and from 2007-2014, he was a permanent member of the USEPA FIFRA Science Advisory Panel, which he Chaired from 2012-2014. He is currently an Associate Editor for *Environmental Science and Technology*, and *ES&T Letters*. He currently serves on the editorial boards of *Toxicological Sciences*, *Aquatic Toxicology* and *Marine Environmental Research*. He has published more than 285 peer reviewed journal articles and book chapters on the identification of Molecular Initiating and Key Events within Adverse Outcome Pathways for emerging and legacy contaminants in wildlife and humans. He has particular expertise in the linkage of molecular and bioanalytical responses associated with neuroendocrine development and whole animal effects on reproduction, growth and survival. He has been a recipient of the Ray Lankester Investigatorship of the Marine Biological Association of the United Kingdom; a visiting Scholar of the Instituto Del Mare, Venice Italy; a visiting Scholar in the Department of Biochemistry, Chinese University of Hong Kong; a Visiting Scientist at the CSIRO Lucas Heights Laboratory, in Sydney Australia, a Distinguished Fellow of the State Key Laboratory for Marine Environmental Science of Xiamen University, China, and Outstanding Foreign Scientist at Sungkyunkwan University in Korea. His research is supported by funding from the USGS, NIEHS (Superfund Research Program), and USDA.

I have given no expert testimony in the previous 4 years. My rate for testimony is $600 per hour.

3

## II. Summary of Opinion:

- PCBs pose a hazard to benthic invertebrates based on PCB residues in sediments collected in the Lower Lake Spokane.

- PCBs pose a hazard to at least one species of fish at Upper Lake Spokane and Above Monroe.

- PCBs pose a hazard to fish consuming biota (bird and mammals) throughout the Spokane River. Examples of mammals affected by dietary exposure to PCBs due to fish consumption include black bears, raccoons, mink, and river otter. Examples of birds, include herons, osprey, white pelican and bald eagles.

- Following the City of Spokane's proposed remediation measures, sediment concentrations of tPCBs in Lake Spokane were lowered below hazard thresholds.

- Although fish tissue concentrations remain above PCB threshold levels following the City's proposed remediation, the City of Spokane would reduce the ecological risk posed by PCBs by reducing the amount of PCBs entering the River.

## III. PCB Overview

Polychlorinated biphenyls (PCBs) are chemicals found throughout the environment derived from human synthesis. Used in various industrial and consumer product applications, PCBs are extremely stable. Due to their recalcitrance to degradation, PCBs can be significantly persistent in the environment.

With chlorine atoms occupying, in some cases, all carbons within the molecule, some PCBs are also recalcitrant to biodegradation, which normally occurs via oxidation or reduction reactions on carbon atoms that do not have chlorine bonds. In general, the higher the chlorine number per molecule the more recalcitrant to degradation. Because there are multiple carbons available on any given molecule (e.g. 10), PCBs exist as multiple forms known as congeners, which are numbered from 1-209. PCBs have also been described as mixtures based on total chlorine content of the fluid. For example, Aroclor 1254 had 54% of the fluid as chlorine. Examples of other Aroclors include 1260 and 1248.

Each congener has a unique chemical structure that can have congener-specific biological activity in organisms exposed to them in the environment. For example, PCBs that have a co-planar structure have a biological activity different from those are not co-planar. The co-planar congeners bind and activate a receptor known as the aryl hydrocarbon receptor (AhR), which is how some of the biological effects occur in primarily vertebrate animals. The co-planar congeners ( e.g. 126 and 77) have the highest binding affinities for the AhR, and the AhR-mediated biological activity of mixtures of PCBs can be

4

calculated based upon their individual binding affinities for the AhR. These calculations are called Toxicity Equivalent values or TEQs.

**Ecotoxicological Impacts**

Due to their persistence and relatively potent biological activity, PCBs were banned for industrial use in 1979. Biological activities of PCBs range from cancer, to immune suppression, to developmental impacts to endocrine disruption (thyroid hormone and estrogen hormone levels), to reproduction impairment, and nervous system damage (ATSDR 2000). Many of the effects depend upon the specific structure of the congeners (co-planar or non-co-planar) to which the organisms are exposed.

Due to the trophic transfer of persistent PCB congeners, apex predators such as fish-consuming mammals and birds are quite susceptible to the toxicity of PCBs. Enhanced mortality, decreased reproductive success, and several outbreaks of disease in colonial fish-eating birds was observed in the Great Lakes basin and shown to be causally linked to PCBs (Giesy et al. 1994). The malformations (cardiac edema, and skeletal effects) were identified as GLEMEDS (Great Lakes embryo mortality,edema,and deformity syndrome); and the syndrome correlated with bioaccumulation of coplanar PCB congeners (i.e. PCB 126,169,and 77) (Fry 1995). When fish-consuming mammalian species (i.e. mink) were fed fish from a PCB contaminated location in the Great Lake system, reproductive and developmental dysfunction was observed that mimicked the observations in the environment (Heaton et al. 1995). In the Hudson River, as recently as 2012, when mink were fed a daily diet composed of less than 10% Hudson River fish, a dietary concentration of ∑PCBs was present that resulted in 20% kit mortality as well as other developmental abnormalities (Bursian et al. 2013). Similarly, in fish, blue-sac disease which was a developmental cardiotoxic effect noted in fish embryos and larvae was directly linked to AhR activation by co-planar PCBs and other chemicals that bind AhR such as dioxins (Hornung et al. 1999). Impairment of cardiovascular function in early life stages of fish by coplanar PCBs has been linked to early life stage mortality (TAMS 2000). Salmonid fry mortality has also been observed following PCB exposures (Mac&Seelye, 1981; Berlin et al., 1981).

Sublethal toxicity has also been noted in salmonids and included immune suppression, thyroid hormone disruption, and changes in female egg yolk proteins that can impair reproduction (Meador et al. 2002).

Effects on benthic (bottom dwelling) organisms are less clear. Generally effects on survival are used to set toxicological thresholds, but sublethal impacts on reproduction and growth may also occur. Effects of PCBs on periphytic algae are also less studied, but the periphytic biolayer was shown to be a significant sink for PCB concentration. The accumulation capacity of periphytic biolayer to PCBs was one order of magnitude greater than that of sediments on a TOC basis (Wang et al. 1999). Thus in areas with limited sedimentation such as the Spokane River, periphyton can serve as a trophic vector in food webs that allow transfer from water to higher trophic organisms such epibenthic invertebrates that feed on the algae and fish that feed on the invertebrates or algae.

## IV. Spokane River Assessment

Problem Formulation

In 2001, the Washington State Department of Ecology conducted an Ecological Risk Assessment on the Spokane River. The primary contaminants of concern were PCBs. Concentrations of PCBs were measured in fish, sediment and water of the Spokane River and a Hazard Assessment was conducted evaluating risks to aquatic life and fish-eating wildlife. Based on the available data and toxicological benchmarks used in the assessment, the primary ecological hazards identified were:

1) possible adverse effects on the sustainability of fish populations and fish-eating mammals, primarily in the reach between Trentwood and Nine-Mile Dam; and
2) possible adverse effects on benthic invertebrates in the Trentwood to Monroe Street Dam reach in areas where PCBs have been concentrated in fine-grained sediments, such as behind Upriver Dam.

The ecological hazard due to the PCB levels in Long Lake and in the Spokane Arm was considered low. The Assessment concluded that at the time fish-eating birds did not appear to be at risk in any part of the river.

To determine whether risks are still present in the river and to incorporate more recent effects thresholds, I've conducted an updated assessment. Consistent with the 2001 assessment, PCBs are the chemicals of concern for this assessment. The general fate of PCBs in aquatic ecosystems is based primarily on their binding to dissolved organic carbon, or carbon within suspended sediments, and subsequent movement into bed sediments. Due to uptake by benthic invertebrate prey from sediments or carbon, fish and fish-consuming organisms undergo exposure through trophic transfer. Aqueous exposure to fish may also occur.

To evaluate the risk of PCBs to biota in the Spokane River, measured concentrations in tissues or sediments will be compared to literature-derived threshold for adverse effects.

For sediments, benthic invertebrates will be targeted for risk assessments.

To assess risk to fish, tissue based exposures of total PCBs will be compared to thresholds for fish toxicity. PCBs will be listed as total congeners by wet weight in both whole animal and fillets with skin for different species. Toxicity Equivalents will be determined for mammals, birds and fish.

Concentrations will also be normalized to wet weight and lipid for each category (total congeners, and TEQs ). For fish-consuming animals, total PCB concentrations from diet will be compared to thresholds for organisms that consume fish. An overall description of the samples collected and PCB measurements are provided in Appendix 4.

6

Sampling locations are provided in Figure 1.



Figure 1. Sampling locations for fish on the Spokane River in 2012.

| RiverMile | River Stretch | Latitude | Longitude |
|-----------|---------------|----------|-----------|
| 28.11 | SpokaneArm | 47.82 | -117.94 |
| 56.49 | LakeSpokane | 47.79 | -117.53 |
| 63.99 | AboveNinemile | 47.72 | -117.5 |
| 77.14 | AboveMonroe | 47.67 | -117.38 |
| 96.42 | AboveStateline | 47.69 | -117.04 |

Sampling locations for sediments on the Spokane River in 2013, 2015 and 2016.

| RiverMile | RiverStretch | Latitude | Longitude |
|-----------|--------------|----------|-----------|
| 79.9 | AboveMonroe | 47.68 | -117.33 |
| 79.6 | AboveMonroe | 47.67 | -117.33 |
| 76.14 | AboveMonroe | 47.66 | -117.39 |
| 76.22 | AboveMonroe | 47.66 | -117.39 |
| 77.47 | AboveMonroe | 47.67 | -117.37 |
| 79.81 | AboveMonroe | 47.68 | -117.33 |
| 76.97 | AboveMonroe | 47.67 | -117.38 |
| 75.62 | AboveMonroe | 47.66 | -117.39 |
| 47.76 | LakeSpokane | 47.85 | -117.66 |
| 36.3 | LakeSpokane | 47.81 | -117.8 |

7

**Exposure Assessment for Sediments**

In order to compare sediment concentrations with fish tissue concentrations, samples from the same locations were obtained (Table 1). However, due to the inherent rocky bottom of the river, limited sediment samples were collected and all were collected after the 2005 fish collections. In addition, temporal comparisons were not possible as single site measurements were made in 2013, 2015 and 2016. Samples were normalized to dry weight for all samples, and to TOC for 2013 and 2016.

Table 1. Concentrations of total PCB (tPCB) congeners in surface sediments collected from the Spokane River.

| Location | Year | Mean tPCB Concentration (ng/kg dw) | Mean TOC Content (%) | Mean tPCB TOC Normalized Concentration (ng/kg TOC) |
|---|---|---|---|---|
| AboveMonroe | 2013 | 11,285 | 0.8 | 1,271,083 |
| MidLakeSpokane | 2015 | 16,520 | NA | NA |
| LowLakeSpokane | 2016 | 144,189 | 3.69 | 3,907,561 |

[a]Threshold for tPCBs 60,000 ng/kg

**Fish tissues**

Mean average tissue concentrations of total PCB congeners and TEQs normalized by wet weight and lipids are provided in Tables 2-4 for Mountain Whitefish, Large Scale Sucker, and Rainbow trout. For Mountain Whitefish PCB concentrations that were lipid normalized generally increased from above Monroe to Upper Lake Spokane. A similar trend was observed with Large Scale Sucker with the notable exception of samples collected above the Nine Mile site where concentrations were lower compared to fish from the other locations. Concentrations in Rainbow trout did not follow a trend and were unique in that they were higher at the Above Monroe sampling site compared to the other sites. Whole fish was only evaluated with Large Scale Suckers. Thus, less uncertainty for the assessment of exposure to fish consumers is present with this species. However, for Rainbow trout and Mountain Whitefish, concentrations were measured on fillets and likely underestimated exposure to consumers and to fish health in general.

Table 2. Total PCBs (tPCBs) and TEQs concentrations for Mountain Whitefish in 2012 (fillet skin on). Mam98 is the TEQ calculation for mammals from 1998 and Mam05 is the TEQ calculation from 2005.

| Site | tPCBs (ng/kg) ww | tPCBs (ng/kg) lipid | Mam98 (ng TEQ/kg) ww | Mam05 (ng TEQ/kg) ww | TEQ Bird (ng TEQ/kg) ww | TEQ Fish (ng TEQ/kg) ww | Mam98 (ngTEQ/kg) lipid | Mam05 (ng TEQ/kg) lipid | TEQ Bird (ng TEQ/kg) lipid | TEQ Fish (ng TEQ/kg) lipid |
|---|---|---|---|---|---|---|---|---|---|---|
| Above Monroe | 118,312[abcd] | 1,744,700 | 4.243[e] | 2.542[e] | 12.252[f] | 0.195 | 62.276 | 36.879 | 170.412 | 2.831 |
| Above Nine Mile | 162,782[abcd] | 2,932,193# | 4.938[e] | 2.648[e] | 12.086[f] | 0.216 | 88.802 | 88.802 | 218.096 | 3.883 |
| Upper Lake Spokane | 126,011[abcd] | 5,127,553# | 3.682[e] | 2.043[e] | 8.308[f] | 0.164 | 152.219 | 84.750 | 347.430 | 6.791 |

[a] Prey threshold for fish eating organism 100,000 ng/kg ww (BCMOELP 1992)
[b] Prey threshold for fish eating avian 48,000 ng/kg ww (Environment Canada 2002)
[c] Prey threshold for fish eating mammal 15,000 ng/kg ww (Environment Canada 2002)
[d] Prey threshold for fish eating organism 110,000 ng/kg ww (Newell et al., 1987)

[e] Prey TEQ threshold for fish eating mammal 0.79 ng/kg ww (Environment Canada 2002)
[f] Prey TEQ threshold for fish eating fish/avian 2.4 ng/kg ww (Environment Canada 2002)

* Fish health threshold 430,000 ng/kg ww (Berninger and Tillit 2019)
# Fish health threshold 2,400,000 ng/kg lipid (Meador et al. 2002)

9

Table 3. Total PCBs (tPCBs) and TEQs concentrations for Large Scale Sucker in 2012 (whole). Mam98 is the TEQ calculation for mammals from 1998 and Mam05 is the TEQ calculation from 2005.

| Site | tPCBs (ng/kg) ww | tPCBs (ng/kg) lipid | Mam98 (ngTEQ/kg) ww | Mam05 (ng TEQ/kg) ww | TEQ Bird (ng TEQ/kg) ww | TEQ Fish (ng TEQ/kg) ww | Mam98 (ngTEQ/kg) lipid | Mam05 (ng TEQ/kg) lipid | TEQ Bird (ng TEQ/kg) lipid | TEQ Fish (ng TEQ/kg) lipid |
|---|---|---|---|---|---|---|---|---|---|---|
| Above Upriver | 104,163[abc] | 1,493,980 | 2.079[e] | 0.839[e] | 12.557[f] | 0.110 | 29.310 | 11.392 | 179.801 | 1.557 |
| Above Monroe | 99,807[bc] | 3,442,251# | 2.153[e] | 0.863[e] | 5.067[f] | 0.090 | 73.842 | 29.094 | 175.017 | 3.084 |
| Above Nine Mile | 35,218[c] | 998,131 | 0.796[e] | 0.385 | 2.336 | 0.035 | 21.961 | 10.337 | 66.190 | 0.970 |
| Upper Lake Spokane | 181,885[abcd] | 7,610,037# | 3.288[e] | 1.275[e] | 7.773[f] | 0.147 | 130.295 | 46.530 | 331.953 | 5.837 |

[a]Prey threshold for fish eating organism 100,000 ng/kg ww (BCMOELP 1992)
[b]Prey threshold for fish eating avian 48,000 ng/kg ww (Environment Canada 2002)
[c]Prey threshold for fish eating mammal 15,000 ng/kg ww (Environment Canada 2002)
[d]Prey threshold for fish eating organism 110,000 ng/kg ww (Newell et al., 1987)

[e]Prey TEQ threshold for fish eating mammal 0.79 ng/kg ww (Environment Canada 2002)
[f]Prey TEQ threshold for fish eating fish/avian 2.4 ng/kg ww (Environment Canada 2002)

* Fish health threshold 430,000 ng/kg ww (Berninger and Tillit 2019)
# Fish health threshold 2,400,000 ng/kg lipid (Meador et al. 2002)

10

Table 4. Total PCBs (tPCBs) and TEQs concentrations for Rainbow trout in 2012 (fillet skin on). Mam98 is the TEQ calculation for mammals from 1998 and Mam05 is the TEQ calculation for mammals from 2005.

| Site | tPCBs (ng/kg) ww | tPCBs (ng/kg) lipid | Mam98 (ng TEQ/kg) ww | Mam05 (ng TEQ/kg) ww | TEQ Bird (ng TEQ/kg) ww | TEQ Fish (ng TEQ/kg) ww | Mam98 (ngTEQ/kg) lipid | Mam05 (ng TEQ/kg) lipid | TEQ Bird (ng TEQ/kg) lipid | TEQ Fish (ng TEQ/kg) lipid |
|---|---|---|---|---|---|---|---|---|---|---|
| Above Upriver | 32,319[c] | 1,175,458 | 0.857[d] | 0.468 | 5.067[e] | 0.046 | 29.855 | 14.839 | 170.810 | 1.569 |
| Above Monroe | 100,302[abc] | 6,563,237# | 9.132[d] | 6.990[d] | 11.302[e] | 0.421 | 753.766 | 600.675 | 809.516 | 35.015 |
| Above Nine Mile | 42,923[c] | 1,792,634 | 1.077[d] | 0.495 | 3.522[e] | 0.049 | 46.073 | 21.933 | 149.544 | 2.081 |

[a] Prey threshold for fish eating organism 100,000 ng/kg ww (BCMOELP 1992)
[b] Prey threshold for fish eating avian 48,000 ng/kg ww (Environment Canada 2002)
[c] Prey threshold for fish eating mammal 15,000 ng/kg ww (Environment Canada 2002)

[d] Prey TEQ threshold for fish eating mammal 0.79 ng/kg ww (Environment Canada 2002)
[e] Prey TEQ threshold for fish eating fish/avian 2.4 ng/kg ww (Environment Canada 2002)

* Fish health threshold 430,000 ng/kg ww (Berninger and Tillitt 2019)
# Fish health threshold 2,400,000 ng/kg lipid (Meador et al. 2002)

11

**Effects Assessment**

**Tissue-based assessments:**

**Total PCBs**

Tissue-based thresholds for adverse effects in biological organisms are provided in Table 5. All of these values used wet weight for normalizing exposures between sites and species. To assess fish health, several values were utilized. For example, the lowest effect level of mortality using early life stage values was used in earlier assessments (TAMS 2000). A more recent study by Berninger and Tillitt (2019) implemented a probabilistic species sensitivity distribution to estimate effects on mortality, growth and reproduction for fish. The lowest value for reproduction impairment (430,000 ng/kg ww) was used as a threshold. In addition, fry mortality for salmonids was also provided which would have more certainty for rainbow trout assessments (Mac&Seelye, 1981; Berlin et al., 1981).

Only one threshold was available for comparison to lipid normalized concentrations and this value used sublethal toxicity as a threshold (Meador et al. 2002). To obtain this value, 15 studies were selected that met the pre- established criteria outlined in Meador et al. (2002). For each study, the lowest tissue concentration (residue) of total PCBs associated with a biological response was selected. The tissue concentration associated with the 10th percentile of these 15 studies was chosen to represent the residue effect threshold (RET) above which wild juvenile salmonids would be expected to exhibit adverse sublethal effects from accumulated PCBs. Sublethal effects included disruptions in thyroid, immune function and growth.

With regard to fish-eating prey, several values established from numerous studies for state, provincial, and countries are provided encompassing protection for all wildlife as well as for birds and mammals. Examples of mammals in the Spokane river drainage likely to be affected by dietary exposure to PCBs due to fish consumption include black bears, raccoons, mink, and river otter. Examples of birds, include herrons, osprey, white pelicans and bald eagles. These species were determined using estimated ranges and dietary preferences provided from the Burke Museum (https://www.burkemuseum.org/; GEI 2004).

**Toxicity Equivalents (TEQs)**

With a focus on co-planer dioxin-like congeners, Environment Canada provided thresholds for fish eating birds/fish and fish eating mammals (Table 6). Two calculations were performed for mammals based on binding affinities for co-planar PCB congners (i.e. 126) and toxicity equivalent factors calculated initially in 1998 and re-calculated in 2005. The 1998 assessment was provided as a conservative comparison with 2005, which generally had less conservative values. Bird and fish TEQ calculations were also performed based on the relative affinities of the PCB congeners for the same receptor in birds and fish instead of mammals. Species differences occur due to different binding

12

affinities of PCB congeners to the Ah receptors for each organism. As mentioned above, these congeners have been shown to have significant effects on reproduction, immune function, development, and, in mammals, carcinogenicity.

Table 5. Tissue-based thresholds for ecological toxicity of total PCBs

| Receptor | Concentration | Units | Type | Effect | Reference |
|---|---|---|---|---|---|
| Spiny-rayed fish/tissue | 9,300,000 | ng/kg ww | LOEL | Early life stage mortality | TAMS, 2000 |
| Spiny-rayed fish/tissue | 1,900,000 | ng/kg ww | NOEL | Early life stage mortality | TAMS, 2000 |
| Fish/tissue | 430,000 | ng/kg ww | EC20 | Mortality, Growth, Reproduction | Berninger and Tillitt, 2019 |
| Salmonids/whole body | 3,000,000 | ng/kg ww | LOEL | Fry mortality | Mac&Seelye, 1981; Berlin et al., 1981 |
| **Salmonids/tissue** | **2,400,000** | **ng/kg lipid** | **NMFS residue effects threshold** | **Sublethal effects; thyroid/ immune/ growth/ reproduction** | **Meador et al, 2002** |
| Fish eating wildlife/prey | 110,000 | ng/kg ww | NY fish flesh criterion | Reproduction 1/100 cancer risk | Newell et al., 1987 |
| Fish eating wildlife/prey | 100,000 | ng/kg ww | British Columbia guideline | Maximum to protect wildlife | BCMOELP, 1992 |
| Fish eating avian | 48,000 | ng/kg ww | Environment Canada | Maximum to protect wildlife | Environment Canada, 2002 |
| Fish eating mammal | 15,000 | ng/kg ww | Environment Canada | Maximum to protect wildlife | Environment Canada, 2002 |

13

Table 6. Threshold Table for TEQ analyses

| Threshold | Concentration | Units | Type | Effect | Reference |
|---|---|---|---|---|---|
| Fish eating Fish/Avian TEQ | 2.4 | ng/kg ww | Environment Canada | Maximum to protect wildlife | Environment Canada, 2002 |
| Fish eating Mammal TEQ | 0.79 | ng/kg ww | Environment Canada | Maximum to protect wildlife | Environment Canada, 2002 |

**Sediment Assessments:**

A consensus threshold derived from MacDonald et al. (2000) was used to assess risk from sediment concentrations of PCBs. A threshold based on partition coefficients was used to estimate risk when samples were normalized to TOC.

Table 7. Threshold Table for impacts on benthic invertebrates based on sediment concentrations of PCBs.

| Threshold | Concentration | Units | Type | Effect | Reference |
|---|---|---|---|---|---|
| Benthic Invertebrates | 60,000 | ng/kg dw | Consensus | Bioassay/Benthic Community | MacDonald et al. 2000 |
| | 12,000,000 | ng/kg TOC | Estimated from partition constants | Apparent Effects Threshold | (NYSDEC, 1998) |

**Risk Characterization**

Sediment samples:

One sediment sample from the lower lake Spokane site in 2016 exceeded thresholds for total PCB concentrations normalized to dry weight (Table 7). The Hazard Quotient for that sample was 2.40. None of the samples exceeded thresholds when normalized for TOC.

Tissue samples:

When evaluated as total PCB congeners normalized by lipid, average tissue concentrations of PCBs from Mountain whitefish sampled from above Nine Mile indicated hazard as tissue concentrations exceeded thresholds for adverse effects. Large scale sucker and Rainbow trout sampled above Monroe had PCB residues exceeding thresholds, and Mountain whitefish and Large scale sucker collected from upper Lake Spokane also had concentrations of PCBs above thresholds. The significance of this

14

finding in Rainbow trout and Mountain whitefish is that concentrations were only measured in fillets with skin on and did not include organs such as the liver and gonads which generally have higher PCB concentrations due to high lipid content. Since PCBs are lipid soluble and partition into lipid, organisms with higher lipid concentrations tend to accumulate higher PCB levels.

Thresholds for fish eating organisms were exceeded by Mountain Whitefish PCB concentrations in all three sites. Similarly, TEQ thresholds for fish consuming mammals and birds were also exceeded.

In Large Scale Sucker, fish were collected from above Upriver in addition to the other three sites were Mountain Whitefish were collected. Average total PCB concentrations normalized for wet weight in fish did not exceed thresholds. However, when lipid normalized, PCB concentrations in Large Scale Suckers were higher in fish collected from above Monroe and in Upper Lake Spokane compared to Mountain Whitefish. Consistent with Mountain Whitefish, TEQ concentrations in Large Scale Sucker also exceeded thresholds for fish eating mammals and birds but not fish.

In Rainbow trout, total PCB concentrations normalized to wet weight did not exceed thresholds. However, when normalized to lipid, PCB concentrations were approximately 2 fold higher than Mountain Whitefish and Large Scale Sucker collected from above Monroe. This was the only sample that exceeded prey thresholds for fish eating organisms. The concentrations observed in fish from above Nile Mile only exceeded thresholds for fish eating mammals.

When using the 1998 values for TEQ calculations for mammals, all samples from Rainbow trout exceeded thresholds. However, when using the 2005 values, only samples from above Monroe exceeded threshold. TEQ values in fish from above Upriver, Monroe, and Nine Mile exceeded bird thresholds.

**Summary and Conclusions:**

In summary, fish collected throughout the Spokane River possessed PCB concentrations that exceeded toxicity thresholds for fish eating organisms, particularly birds and mammals. Examples of mammals that may be affected by dietary exposure to PCBs due to fish consumption include black bears, raccoons, mink, and river otter. Examples of birds that may be affected, include herrons, osprey, white pelicans and eagles.

In upper Lake Spokane, Above Nine Mile and above Monroe, concentrations of PCBs in fish indicated hazard. PCB concentrations were higher in Mountain Whitefish collected above Nine Mile, Large Scale Sucker had higher concentrations in Upper Lake Spokane, and Rainbow trout had higher concentrations above Monroe.

These data indicate hazard and elevated risks to aquatic organisms and mammalian, avian and other fish that consume fish within the Spokane River where samples were collected.

15

**Remediation Estimates of Risk**

Using models to calculate 6 concentrations in sediments following remediation, reductions below toxicological thresholds were observed in both matrices (Table 8). In sediment, concentrations of tPCBs in Lake Spokane were lowered below thresholds with each remediation scenario (Table 8).

Although fish tissue concentrations remain above threshold levels following proposed remediation, the City of Spokane reducing the amount of PCBs entering the River reduces the ecological risk posed by PCBs in the River.

16

Table 8. Predicted values of tPCBs in sediments before (2013-2018) and after (2030) putative remediation.
Values in red were below sediment toxicity thresholds.

| River Stretch | Arithmetic Mean tPCB Concentration (ng/kg dw) 2013-2018 | Future Scenario 1 Highest Spokane Treatment; Lower Bound Loads Other Sources | Future Scenario 2 Highest Spokane Treatment; Upper Bound Loads Other Sources | Future Scenario 3 Mid-level Spokane Treatment; Lower Bound Loads Other Sources | Future Scenario 4 Mid-level Spokane Treatment; Upper Bound Loads Other Sources | Future Scenario 5 Lowest Spokane Treatment; Lower Bound Loads Other Sources | Future Scenario 6 Lowest Spokane Treatment; Upper Bound Loads Other Sources |
|---|---|---|---|---|---|---|---|
| AboveMonroe | 22,840 | 9,165 | 9,364 | 9,165 | 9,364 | 9,166 | 9,364 |
| LakeSpokane | 80,354 | 38,044 | 43,409 | 39,210 | 43,957 | 39,301 | 44,000 |

17

Table 9. Predicted values of tPCBs normalized to wet weight in fish before (2012) and after (2018/2030) putative remediation.

| Common Name | River Stretch | Arithmetic Mean tPCB Concentration (ng/kg ww) 2012 | Future Scenario 1 2018 | Future Scenario 2 2018 | Future Scenario 1 Highest Spokane Treatment; Lower Bound Other Sources 2030 | Future Scenario 2 Highest Spokane Treatment; Upper Bound Other Sources 2030 | Future Scenario 3 Mid-level Spokane Treatment; Lower Bound Other Sources 2030 | Future Scenario 4 Mid-level Spokane Treatment; Upper Bound Other Sources 2030 | Future Scenario 5 Lowest Spokane Treatment; Lower Bound Other Sources 2030 | Future Scenario 6 Lowest Spokane Treatment; Upper Bound Other Sources 2030 |
|---|---|---|---|---|---|---|---|---|---|---|
| Largescale Sucker | AboveMonroe | 99,807 | 101,820 | 101,308 | 100,517 | 100,507 | 100,517 | 100,507 | 100,518 | 100,507 |
| Largescale Sucker | AboveNinemile | 35,218 | 34,753 | 35,190 | 32,676 | 33,620 | 32,697 | 33,634 | 32,698 | 33,634 |
| Largescale Sucker | LakeSpokane | 181,885 | 179,499 | 181,753 | 168,827 | 174,210 | 168,936 | 174,277 | 168,941 | 174,280 |
| Mountain Whitefish | AboveMonroe | 118,312 | 120,699 | 120,092 | 119,154 | 119,142 | 119,154 | 119,142 | 119,155 | 119,142 |
| Mountain Whitefish | AboveNinemile | 162,782 | 160,635 | 162,655 | 151,034 | 155,396 | 151,132 | 155,461 | 151,137 | 155,464 |
| Mountain Whitefish | LakeSpokane | 126,011 | 124,358 | 125,919 | 116,964 | 120,693 | 117,039 | 120,740 | 117,043 | 120,742 |
| Rainbow Trout | AboveMonroe | 100,302 | 102,325 | 101,810 | 101,015 | 101,005 | 101,015 | 101,005 | 101,016 | 101,005 |
| Rainbow Trout | AboveNinemile | 42,923 | 42,356 | 42,889 | 39,825 | 40,975 | 39,851 | 40,992 | 39,852 | 40,993 |

18

Table 10. Predicted values of tPCBs normalized to lipid in fish before (2012) and after (2018/2030) putative remediation.

| Common Name | River Stretch | Arithmetic Mean tPCB-Lipid Normalized Concentration (ng/kg lipid) 2012 | 2018 Scenario 1 | 2018 Scenario 2 | Future Scenario 1 Highest Spokane Treatment; Lower Bound Loads Other Sources 2030 | Future Scenario 2 Highest Spokane Treatment; Upper Bound Loads Other Sources 2030 | Future Scenario 3 Mid-level Spokane Treatment; Lower Bound Loads Other Sources 2030 | Future Scenario 4 Mid-level Spokane Treatment; Upper Bound Loads Other Sources 2030 | Future Scenario 5 Lowest Spokane Treatment; Lower Bound Loads Other Sources 2030 | Future Scenario 6 Lowest Spokane Treatment; Upper Bound Loads Other Sources 2030 |
|---|---|---|---|---|---|---|---|---|---|---|
| Largescale Sucker | AboveMonroe | 3,442,251 | 3,511,700 | 3,494,035 | 3,466,746 | 3,466,388 | 3,466,746 | 3,466,388 | 3,466,770 | 3,466,403 |
| Largescale Sucker | AboveNinemile | 998,130 | 984,967 | 997,351 | 926,099 | 952,844 | 926,700 | 953,241 | 926,726 | 953,258 |
| Largescale Sucker | LakeSpokane | 7,610,037 | 7,510,194 | 7,604,512 | 7,063,680 | 7,288,908 | 7,068,240 | 7,291,722 | 7,068,439 | 7,291,845 |
| Mountain Whitefish | AboveMonroe | 1,744,700 | 1,779,900 | 1,770,947 | 1,757,115 | 1,756,934 | 1,757,115 | 1,756,934 | 1,757,127 | 1,756,941 |
| Mountain Whitefish | AboveNinemile | 2,932,193 | 2,893,524 | 2,929,904 | 2,720,587 | 2,799,156 | 2,722,353 | 2,800,322 | 2,722,430 | 2,800,373 |
| Mountain Whitefish | LakeSpokane | 5,127,553 | 5,060,281 | 5,123,831 | 4,759,425 | 4,911,180 | 4,762,497 | 4,913,077 | 4,762,631 | 4,913,160 |
| Rainbow Trout | AboveMonroe | 6,563,237 | 6,695,654 | 6,661,973 | 6,609,942 | 6,609,259 | 6,609,942 | 6,609,259 | 6,609,987 | 6,609,287 |
| Rainbow Trout | AboveNinemile | 1,792,634 | 1,768,993 | 1,791,234 | 1,663,265 | 1,711,300 | 1,664,345 | 1,712,012 | 1,664,392 | 1,712,044 |

19

References

Agency for Toxic Substances and Disease Registry  (2000) Toxicological Profile for polychlorinated biphenyls (PCBs). U.S. Department of Health and Human Services. Public Health Service.

Berlin WH, Hesselberg RJ, Mac MJ. 1981. Growth and mortality of fry of Lake Michigan lake trout during chronic exposure to PCBs and DDE.  Ann Arbor MI: US Fish and Wildlife Service. Tech Paper 105 p 11-22.

Berninger JP Tillitt DE 2019. Polychlorinated Biphenyl Tissue-Concentration Thresholds for Survival, Growth, and Reproduction in Fish.  Environmental Toxicology and Chemistry 38: 712–736.

Berninger JP  Tillitt DE 2019. Polychlorinated Biphenyl Tissue-Concentration Thresholds for Survival, Growth, and Reproduction in Fish.  Poster Presentation Pollution Responses in Marine Organisms (May 19-22, 2019).

BCMOELP. 1992. Ambient Water Quality Criteria for Polychlorinated Biphenyls (PCBs). British Columbia Ministry of Environment, Land, and Parks, Victoria, B.C.

Bursian SJ, Kern J, Remington RE, Link JE, Fitzgerald SD (2013) Dietary exposure of mink (*mustela vison*) to fish from the upper Hudson River, New York, USA: effects on reproduction and offspring growth and mortality.  Environmental Toxicology and Chemistry 32:780-793.

Environment Canada. Canadian tissue residue guidelines for theprotection of wildlife consumers of aquatic biota. Ottawa, ON,Canada7Environment Canada; 2002.

Fry DM. (1995) Reproductive effects in birds exposed to pesticides and industrial chemicals. Environmental Health Perspectives 103:65-171.

GEI Consultants, Inc (2004) Intermountain Province Subbasin Plan Spokane, Washington. SUBMITTED TO: Northwest Power and Conservation Council Portland, Oregon ON BEHALF OF: Intermountain Province Oversight Committee and Intermountain Province Subbasin Work Teams.  244p. (https://www.nwcouncil.org/sites/default/files/General.pdf).

Giesy JP, Ludwig JP, Tillitt DE (1994) Embryolethality and deformities in colonial, fish-eating, water birds of the Great Lakes region; Assessing causality. Environ Sci Techno128:128A-137A.

Heaton SN, Bursian SJ, Giesy JP, Tillitt DE, Render JA, Jones PD, Verbrugge DA, Kubia TJ Aulerich RJ (1995)  Dietary Exposure of Mink to Carp from Saginaw Bay, Michigan. 1. Effects on Reproduction and Survival, and the Potential Risks to Wild Mink Populations.  Archives of Environmental Contamination and Toxicology 28:334-343.

Horn EG, Hetling, LJ, Tofflemire TJ (1979)  The problem of PCBs in the Hudson River system. Annals of the New York Academy of Sciences  320: 591-609

Hornung M.W., Spitsbergen J.M. & Peterson R.E. (1999) 2,3,7,8-tetrachlorodibenzo-p

-dioxin alters cardiovascular and craniofacial development and function in sac fry of rainbow trout (Oncorhynchus mykiss). Toxicological Sciences 47,50–5.

Jarvinen AW, Ankley GT (1999) Linkage of effects to tissue residues: development of a comprehensive database for aquatic organisms exposed to inorganic and organic chemicals.  Pensacola FL: Society of Environmental Toxicology and Chemistry (SETAC) 364pp.

Limnotech (2017) Spokane River Regional Toxics Task Force 2016 Monthly Monitoring Report. (http://srrttf.org/?page_id=6608).

Mac, M.J. and J.G. Seelye. 1981. Patterns of PCB Accumulation by Fry of Lake Trout. Bull. Environ. Contam. Toxicol. 27:368-375.

MacDonald, D.D., C.G. Ingersoll, and T.A. Berger. 2000. Development and Evaluation of Consensus-Based Sediment Quality Guidelines for Freshwater Ecosystems. Arch. Environ. Contam. Toxicol. 39:20-31.

Meador JP, Collier TK, and JE Stein 2002. Use of tissue and sediment-based threshold concentrations of polychlorinated biphenyls (PCBs) to protect juvenile salmonids listed under the US Endangered Species Act. Aquatic Conserv Mar. Freshw. Ecosyst. 12: 493–516.

Newell, A.J., D.W. Johnson, and L.K. Allen. 1987. Niagara River Biota Contamination Project: Fish Flesh Criteria for Piscivorous Wildlife. New York State Dept. Environmental Conservation, Tech. Rept. 87-3.

NYSDEC. 1998. Technical Guidance for Screening Contaminated Sediments. New York State Dept. of Environmental Quality, Division of Fish, Wildlife, and Marine Resources. New York, NY.

TAMS. 2000. Revised Baseline Ecological Risk Assessment, Hudson River PCB Reassessment. Prep. for EPA Region 2 by TAMS Consultants Inc. and Menzie-Cura & Assoc.

Wang, H. Koste, JA, St. Amand, AL and KA Gray 1999. The response of a laboratory stream system to PCB exposure: study of periphyic and sediment accumulation patterns. Water Research 33: 3749-3761.

Appendix 1.

Hazard Quotients for Total PCBs (tPCBs) and TEQs concentrations for Mountain Whitefish in 2012 (fillet skin on). Mam98 is the TEQ calculation for mammals from 1998 and Mam05 is the TEQ calculation from 2005.

| Site | tPCBs ww | tPCBs lipid | TEQ Mam98 | TEQ Mam05 | TEQ Bird | TEQ Fish |
|---|---|---|---|---|---|---|
| Above Monroe | 1.2[a]<br>2.5[b]<br>7.9[c]<br>1.1[d]<br>0.28[*] | 0.72[#] | 5.3[e] | 3.2[e] | 5.2[f] | 0.081[f] |
| Above Nine Mile | 1.6[b]<br>3.4[b]<br>10.9[c]<br>1.5[d]<br>0.38[*] | 1.2[#] | 6.3[e] | 3.4[e] | 5.0[f] | 0.090[f] |
| Upper Lake Spokane | 1.3[a]<br>2.6[b]<br>8.4[c]<br>1.1[d]<br>0.29[*] | 2.1[#] | 4.7[e] | 2.6[e] | 3.5[f] | 0.068[f] |

[a] Prey threshold for fish eating organism 100,000 ng/kg ww (BCMOELP 1992)
[b] Prey threshold for fish eating avian 48,000 ng/kg ww (Environment Canada 2002)
[c] Prey threshold for fish eating mammal 15,000 ng/kg ww (Environment Canada 2002)
[d] Prey threshold for fish eating organism 110,000 ng/kg ww (Newell et al., 1987)

[e] Prey TEQ threshold for fish eating mammal 0.79 ng/kg ww (Environment Canada 2002)
[f] Prey TEQ threshold for fish eating fish/avian 2.4 ng/kg ww (Environment Canada 2002)

* Fish health threshold 430,000 ng/kg ww (Beringer and Tillit 2019)
# Fish health threshold 2,400,000 ng/kg lipid (Meador 2000)

22

Appendix 2 Hazard Quotients for Total PCBs (tPCBs) and TEQs concentrations for Large Scale Sucker in 2012 (whole). Mam98 is the TEQ calculation for mammals from 1998 and Mam05 is the TEQ calculation from 2005.

| Site | tPCBs (ng/kg) ww | tPCBs (ng/kg) lipid | Mam98 (ngTEQ/kg) ww | Mam05 (ng TEQ/kg) ww | TEQ Bird (ng TEQ/kg) ww | TEQ Fish (ng TEQ/kg) ww |
|---|---|---|---|---|---|---|
| Above Upriver | 1.0[a] 2.2[b] 6.9[c] 0.95[d] 0.24* | 0.62# | 2.6[e] | 1.1[e] | 5.2[f] | 0.046[f] |
| Above Monroe | 1.0[a] 2.1[b] 6.7[c] 0.91[d] 0.23* | 1.4# | 2.7[e] | 1.1[e] | 2.1[f] | 0.038[f] |
| Above Nine Mile | 0.35[a] 0.73[b] 2.3[c] 0.32[d] 0.082* | 0.42# | 1.0[e] | 0.49[e] | 0.97[f] | 0.016[f] |
| Upper Lake Spokane | 1.8[a] 3.8[b] 12.1[c] 1.7[d] 0.42* | 3.2# | 4.2[e] | 1.6[e] | 3.2[f] | 0.061[f] |

[a] Prey threshold for fish eating organism 100,000 ng/kg ww (BCMOELP 1992)
[b] Prey threshold for fish eating avian 48,000 ng/kg ww (Environment Canada 2002)
[c] Prey threshold for fish eating mammal 15,000 ng/kg ww (Environment Canada 2002)
[d] Prey threshold for fish eating organism 110,000 ng/kg ww (Newell et al., 1987)

[e] Prey TEQ threshold for fish eating mammal 0.79 ng/kg ww (Environment Canada 2002)
[f] Prey TEQ threshold for fish eating fish/avian 2.4 ng/kg ww (Environment Canada 2002)

* Fish health threshold 430,000 ng/kg ww (Berninger and Tillitt 2019)
# Fish health threshold 2,400,000 ng/kg lipid (Meador 2000)

23

Appendix 3.  Hazard Quotients for total PCBs (tPCBs) and TEQs concentrations for Rainbow trout in 2012 (fillet skin on). Mam98 is the TEQ calculation for mammals from 1998 and Mam05 is the TEQ calculation from 2005.

| Site | tPCBs (ng/kg) ww | tPCBs (ng/kg) lipid | Mam98 (ng TEQ/kg) ww | Mam05 (ng TEQ/kg) ww | TEQ Bird (ng TEQ/kg) ww | TEQ Fish (ng TEQ/kg) ww |
|---|---|---|---|---|---|---|
| Above Upriver | 0.32[a] 0.67[b] 2.2[c] 0.29[d] 0.075* | 0.49[#] | 1.1[e] | 0.59[e] | 2.1[f] | 0.019[f] |
| Above Monroe | 1.0[a] 2.1[b] 6.7[c] 0.91[d] 0.23* | 2.7[#] | 11.6[e] | 8.8[e] | 4.7[f] | 0.18[f] |
| Above Nine Mile | 0.42[a] 0.89[b] 2.9[c] 0.39[d] 0.10* | 0.75[#] | 1.077[e] | 0.63[e] | 1.5[f] | 0.020[f] |

[a]Prey threshold for fish eating organism 100,000 ng/kg ww (BCMOELP 1992)
[b]Prey threshold for fish eating avian 48,000 ng/kg ww (Environment Canada 2002)
[c]Prey threshold for fish eating mammal 15,000 ng/kg ww (Environment Canada 2002)
[d]Prey threshold for fish eating organism 110,000 ng/kg ww (Newell et al., 1987)

[e]Prey TEQ threshold for fish eating mammal 0.79 ng/kg ww (Environment Canada 2002)
[f]Prey TEQ threshold for fish eating fish/avian 2.4 ng/kg ww (Environment Canada 2002)

* Fish health threshold 430,000 ng/kg ww (Beringer and Tillitt 2019)
# Fish health threshold 2,400,000 ng/kg lipid (Meador 2000)

24

Appendix 4. Methodology for Exposure Assessment.

# Technical Memorandum

Data Analysis Methods for Risk Assessment Summaries: PCB Concentrations in Spokane River Fish Tissues

Date: June 18, 2019

Prepared for:

**Baron & Budd, P.C.**

Suite 1100, 3102 Oak Lawn Avenue

Dallas, TX 75219-4281

Prepared by:

AZIMUTH

'artnership

Azimu

218-29

25

26

Vancouver, BC V6K 2G8

Project No. B&B-18-01

PRIVILEGED & CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*                              *18 June 2019*

# TABLE OF CONTENTS

TABLE OF CONTENTS ............................................................................................. XXVII

LIST OF FIGURES ................................................................................................. XXVIII

LIST OF TABLES .................................................................................................. XXVIII

USE & LIMITATIONS OF THIS MEMORANDUM ................................................................ XXIX

1. OVERVIEW ....................................................................................................... 1

2. SOURCE DATABASE ........................................................................................... 2

2.1. Description ..................................................................................................... 2

2.2. Review of Tissue Dataset in Database ................................................................. 6

3. DATASET PREPARATION ..................................................................................... 8

4. CALCULATIONS ............................................................................................... 17

4.1. Additional Parameters ..................................................................................... 17

4.2. Statistical Summaries ...................................................................................... 22

4.3. QAQC Review ................................................................................................. 23

5. DATA SUMMARY PACKAGES .............................................................................. 24

6. REFERENCES .................................................................................................. 25



ᴵ⸜▲⸝EGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*                                    *18 June 2019*

## LIST OF FIGURES

Figure A: tPCB concentration by congener versus tPCB by Aroclor (Logarithm base 10 transformed values for ng/kg wet weight), for all limit types. ................................................................21

## LIST OF TABLES

Table A: Fields (column headers) and descriptions contained in the Spokane River PCB project database export file. ..................................................................................................................3

Table B: Data qualifier flags[§] contained in the biota tissue dataset. ........................................5

Table C: Study IDs, years sampled and references included in the Spokane River fish tissue dataset.9

Table D: Tissue type categories for the biota tissue dataset. ....................................................12

Table E: River stretches used for the biota tissue dataset for the risk assessment summaries.......15

Table F: Species names and classifiers used for the biota tissue dataset. ..................................16

Table G: Example calculation for lipid normalization. ...........................................................17

Table H: Toxic equivalency factors for dioxin-like PCB congeners. .........................................18

Table I: Example calculation of TEQs. ...............................................................................18

Table J: Example calculation assigning detection limit treatments to congeners............................19

Table K: Example calculation assigning detection limit treatments to Aroclors. .........................19

Table L: tPCB congener versus tPCB Aroclor (LOG(10) tPCB; ng/kg wet weight) regression coefficients and statistics...................................................................................................21

Table M: Example calculation conversion of tPCB Aroclor to tPCB congener equivalent. ...............21



PRIVILEGED AND CONFIDENTIAL

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. SCHLENK Expert Testimony - 34

## USE & LIMITATIONS OF THIS MEMORANDUM

This technical memorandum has been prepared by Azimuth Consulting Group Partnership ("Azimuth") for the use of Baron & Budd, P.C. (Baron & Budd P.C.; the "Client"). The Client has been party to the development of the scope of work for the subject project and understands its limitations.

The Client agrees, by accepting this memorandum, that in providing this memorandum and performing the services in preparation of this memorandum Azimuth accepts no responsibility in respect of the Spokane River study area described in this memorandum or for any business or legal decisions made by the Client in reliance on this memorandum.

This memorandum is intended to document the methods used by Azimuth to summarize and analyze data on polychlorinated biphenyl (PCB) concentrations in fish tissues from the Spokane River. Summary tables and figures are provided separately for the use of the Client; data interpretation, conclusions and recommendations are not contained herein.

Any use of, reliance on, or decision made by a third party based on this memorandum (other than Baron & Budd and its experts engaged for the purposes of the Action related to Baron & Budd's representation of entities with regards to PCB contamination in the Spokane River), or the services performed by Azimuth in preparation of this memorandum is expressly prohibited, without prior written authorization from Azimuth. Without such prior written authorization, Azimuth accepts no liability or responsibility for any loss, damage, or liability of any kind that may be suffered or incurred by any third party as a result of that third party's use of, reliance on, or any decision made based on this memorandum or the services performed by Azimuth in preparation of this memorandum.

The information contained in this memorandum are based, in part, upon information provided by others (i.e., a project database provided by other parties retained by Baron & Budd). While Azimuth has reviewed some of the data contained in the database for accuracy, in preparing this memorandum, Azimuth has assumed that the data or other information provided by others is factual and accurate. If any of the information is inaccurate, conditions of the study area change, new information is discovered, and/or unexpected conditions are encountered in future work, then modifications by Azimuth to the information reported in this memorandum may be necessary.

This memorandum is time-sensitive and pertains to a specific study area, project and scope of work. It is not applicable to any other study areas, other than that to which it specifically refers.

This memorandum is subject to copyright. Reproduction or publication of this memorandum, in whole or in part, without Client prior written authorization, is not permitted.



I. EGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*                                    *18 June 2019*

## 1. OVERVIEW

This technical memorandum documents the methods used to summarize and analyze data on polychlorinated biphenyl (PCB) concentrations in fish and crayfish ("fish") tissues collected from the Spokane River.

A project database was received from Baron & Budd P.C. ("Baron & Budd"; the "Client") and served as the basis for the data summary and analysis. The data analysis was supported by a literature review, which focused on publications by the Washington State Department of Ecology ("Ecology"), LimnoTech for the Spokane River Regional Toxics Task Force (SRRTTF), City of Spokane, as well as other relevant documents and information (fish study references relevant to this memorandum are provided in Section 6 - References).

Steps involved in the analysis included data clean-up and filtering, data treatment and calculations, preparation of summary tables and figures, and quality assurance/quality control (QAQC) review. This memorandum includes the following sub-sections:

1. Overview

2. Source Database

3. Dataset Preparation

4. Calculations

5. Data Summary Packages

6. References

This memorandum specifically supports risk assessment summaries provided in fish data packages versions 3 and 4 (provided to the Client separately). This document does not include results, interpretation, conclusions or recommendations.


Decl. of A. Miller in Support of Daubert Motion
To Exclude D. SCHLENK Expert Testimony - 36

*Technical Memorandum: PCB Fish Data*                                          *18 June 2019*

## 2. SOURCE DATABASE

### 2.1.        Description

A database was received from Baron & Budd for the project (version 13, April 04, 2019). We note that, while the database has been updated since version 13, recent versions primarily contain updates to the Spokane River PCB water data, with no new or updated fish data. The latest version of the database (version 18, June 11, 2019) contains periphyton and invertebrate tissue data (Wong and Era-Miller 2019a, Wong and Era-Miller 2019b, Wong and Era-Miller 2019c); given these data are not being used for the risk assessments, the updated version 18 database is not required.

The database was prepared by the Client's consultants, Pacific Groundwater Group (PGG) and delivered in two file formats:

1. Spokane PCB Database v13.accdb (Access database) – this file was not directly used in the data analysis; an Export Query file was used (see below). The Access version contained several tables with various fields of information. Data tables in Access were reviewed, as needed.

2. ExportQuery-v13.csv (comma-separated value; "csv") – csv export file from Access. A minor modification (related to one sediment study, so not described herein) was made by Azimuth to the original csv file and then saved as "ExportQuery-v13r.csv". This file was used in the fish data analysis.

A description of the fields contained in ExportQuery-v13r.csv file is shown in Table A (from PGG with edits by Azimuth). Additional fields are contained within the Access database.

 EGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*                                    *18 June 2019*

**Table A: Fields (column headers) and descriptions contained in the Spokane River PCB project database export file.**

| Field | Definition |
|---|---|
| StudyID | Department of Ecology (or other entity) study ID code |
| txtStationID | Name of sample collection location |
| Location | Secondary location name/description |
| River | River sample was collected from; used if sample was collected in or adjacent to a river |
| RiverMile | River mile of location sample was collected from |
| Latitude | Location coordinates - latitude |
| Longitude | Location coordinates - longitude |
| txtSampleID | Name of sample, may be assigned by sampler or lab |
| dtmSampleDate | Date sample collected on |
| CollectionMethod | Method used for collecting sample |
| UpperDepth | Upper depth of soil/sediment sample |
| LowerDepth | Lower depth of soil/sediment sample |
| DepthUnit | Depth unit of soil/sediment sample |
| TaxonName | Scientific name of species or taxon (e.g., family) for tissue samples |
| CompositeFlag | Flagged "y" if sample is a composite of multiple samples (e.g., individual fish, multiple sediment grabs); "n" if not |
| Data Source | Entity providing data (e.g., City of Spokane) |
| ResultTaxonName | Taxon if broken out by result (not filled in) |
| TissueType | Tissue type of fish analyzed for PCB or other paramater (e.g., whole organism; fillet, skin on) |
| AnalysisMethod | Method of chemical analysis used by laboratory |
| Matrix | General media type (e.g., water, sediment, tissue) |
| Sample Source | Sub category of media type (e.g., cap sand, freshwater sediment, effluent, groundwater) |
| LabReplicateFlag | A replicate sample split in the laboratory |
| SampleReplicateFlag | Separate samples collected as close as possible to the same point in space and time as the originals. In the case of tissues, is from the same fish/composite group as the original. |
| FractionAnalyzed | Total or dissolved fraction for water samples |
| QAFlag | Flag for blank, duplicate, spike samples (generally not filled in) |
| Result_Basis | Whether concentration is on a wet weight or dry weight basis |
| Constituent | Analyte (e.g., PCB constituent or supporting measurement) |
| dblLimit | Detection limit |
| Result | Value (i.e., concentration) |
| txtUnits | Units of measure for result |
| txtQual | Qualifier (e.g., identifies results that are "U" = less than detection limit or "J" = estimated) |
| CountOfAnalyses | Number of analytes in Project Summed Constituents (e.g., number of congeners or Aroclors summed for total PCBs) |
| CountOfNDs | Number of non-detect values in Project Summed Constituents |
| dblBlankResult | Concentration of constituent in blank sample (water data only) |
| txtResult>3xBlankFlag | "Yes" if PCB sample measurement is above the blank; "no" if not (water data only) |
| txtBlankCensorNote | Note added by PGG regarding blank censoring (water data only) |



I... EGED AND CONFIDENTIAL

The database includes PCB concentration data for various media (e.g., surface water, effluent, sediment, biota tissues, etc.). Original data were imported into the project database from various sources, with the fish tissue data exclusively derived from Washington State's Department of Ecology (Ecology) Environmental Information Management System (EIM) database.

All PCB fish tissue concentration data were in units of ng/kg wet weight. Lipid contents (%) were included in the database and used in the analyses described in this document. Other fish tissue supporting data (e.g., fish weight and length) have not been included in the data summaries or analyses.

PCB constituents in the database include individual Aroclors and PCB congeners. As well, for all types of media, the database included calculations of total PCB (tPCB) concentrations (labelled "tPCB Aroclors…" or "tPCB Congeners…"). tPCBs were calculated as the sum of all the PCB Aroclors or congeners/co-eluters measured in a sample. tPCB concentrations were often not included in the EIM database because there are different ways to calculate tPCBs, depending on the assumption used for PCB congeners or Aroclors that were less than the analytical detection limit[1] (also referred to as "non-detect" data). PCB results that are less than detection are denoted in the Access database with a "U" flag (including U variants such as U, UG, UJ, NUJ) in the field "txtQual". Data qualifier flags contained in tissue dataset are shown in Table B, with a more complete list for the EIM database provided in EIM reference materials (Ecology 2018).

---

[1] The Access database has a "LimitType" field which identifies the type of detection limit reported. Some of the main categories of detection limits include (see EIM database reference material [Ecology, 2018]):

- MRL – Method Reporting Limit
- PQL – Practical Quantitation Limit
- EQL – Estimated Quantitation Limit
- LOQ – Limit of Quantitation
- SQL – Sample Quantitation Limit



PRIVILEGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*                                              *18 June 2019*

Table B: Data qualifier flags[§] contained in the biota tissue dataset.

| | ition |
|---|---|
| | :eds" - The concentration exceeds the known calibration range. |
| | nated" - The analyte was positively identified; the associated numerical value is the ximate concentration of the analyte in the sample. |
| | ative" - There is evidence the analyte is present in this sample; tentatively identified te. |
| | ative Estimate" - The analyte has been tentatively identified and the associated numerical represents its approximate concentration. |
| | etected at Estimated Limit for Tentative Analyte" - There is evidence the analyte is present sample. Tentatively identified analyte was not detected at or above the reported estimate. |
| | sable" - The data are unusable for all purposes. Sample results rejected due to serious encies in the ability to analyze the sample and meet quality control criteria. The presence sence of the analyte cannot be verified. |
| | etected" - The analyte was not detected at or above the reported sample quantitation limit. |
| | etected at Estimated Limit" – The analyte was not detected at or above the reported sample itation limit. However, the reported quantitation limit is approximate. |

[§]References used include (Serdar and Johnson 2006, Era-Miller 2015, Ecology 2018).
*No REJ flags in tissue samples from the Spokane River.

In the project database, three approaches were used for the tissue data to determine tPCBs ($C_{tPCB}$, ng/kg wet weight) when the measurement of individual PCB constituent concentrations ($C_{PCB(n)}$, ng/kg wet weight) was less than the detection limit:

1. "tPCB Congeners/Aroclors – LimitZero" – Individual congeners or Aroclors that were less than the detection limit were assigned zero in the summation of tPCBs:

 EGED AND CONFIDENTIAL

5

*Technical Memorandum: PCB Fish Data*    *18 June 2019*

Equation 1

$$C_{tPCB \ (congeners)} = \sum_{n=1}^{209} C_{PCB(n)}$$

Where congeners/Aroclors that were less than the detection limit (i.e., "txtQual" contained a "U" variant) were substituted by zero.

2.  "tPCB Congeners/Aroclors - Limit/2" – Individual congeners or Aroclors that were less than the detection limit, were assigned one-half the detection limit in the summation of tPCBs:

    See Equation 1
    Where congeners/Aroclors that were less than the detection limit (i.e., "txtQual" contained a "U" variant) were substituted by one-half the detection limit.

3.  "tPCB Congeners/Aroclors - Limit" – Individual congeners or Aroclors that were less than the detection limit, were assigned the full detection limit in the summation of tPCBs:

    See Equation 1
    Where congeners/Aroclors that were less than the detection limit (i.e., "txtQual" contained a "U" variant) were substituted by the full detection limit.
    All three of these methods are considered common approaches to calculate tPCBs from congener or Aroclor results and provide a range of uncertainty in the estimate of tPCB concentrations. Note that the third treatment using the full detection limit was only used in some of the data summaries, where requested by Experts.

### 2.2.    Review of Tissue Dataset in Database

Quality assurance/quality control (QA/QC) review of the tissue data contained in the project database was conducted on all database versions. After reviews of earlier versions, information was added to the database to support data analysis (e.g., supporting parameters added; the spatial coverage was expanded to include data throughout the entire Spokane River; and the fields "River" and "RiverMile" were added to spatially locate samples in the Spokane River based on latitude and longitude entries of sample stations). The database was cross-checked with data reported in original studies for accuracy and completeness by Azimuth (e.g., tPCB Congeners/Aroclors – LimitZero were spot-checked with tPCBs reported in Ecology studies; ancillary data was checked for entry and completeness in the database; tPCBs were recalculated for a few samples; other information such as species, tissue types and location details were checked). All issues identified with the data were corrected.
For the tissue dataset, two changes were made to the project database, related to errors or omissions in the original EIM database (identified by cross-checks against Ecology reports):

*   For study AJOH0005, two largescale sucker (*Catostomus macrocheilus*) fish samples that were collected from the Spokane River in Idaho were added to the database for completeness (Sample IDs: 94328435 and 93318244; data transcribed into Excel by Azimuth).

 EGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*

*18 June 2019*

- For study AJOH0022 and sample ID 99485018, an incorrect taxon name was entered into EIM for the Aroclor results only (not congener results); *Oncorhynchus mykiss* was corrected to *Catostomus macrocheilus*.

While there were no other changes made to tissue data in the project database, Azimuth made another correction during data analysis (see also Section 3):

- The tissue type of crayfish sample 94318265 in study AJOH0005 was designated "Whole organism (animal)" in the EIM database. This appeared erroneous as all other samples collected during the program were designated as "Muscle" in EIM and crayfish samples were designated by Ecology as "Muscle" or "Fillet" in their reports (Davis and Serdar 1994, Johnson 1994a, Ecology 1995). The tissue type for this sample was therefore changed to "Muscle" in the analysis code.

- Other tissue types were re-labelled in the analysis code to keep naming conventions consistent between studies (see Section 3).


I... EGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*                                        *18 June 2019*

## 3. DATASET PREPARATION

R statistical computing software version 3.5.1 (2018-07-02) - "Feather Spray" was used for the data analysis. An R script (programing code) was developed in R Markdown (rmd) format and run in R Studio.

The following steps were conducted in R:

1. Cleaned-up and set-up the workspace for data analysis. These steps included:

a) Clearing workspace of any previously loaded objects,

b) Setting the working directory – directing the software to the folder containing source files necessary for the code to run properly, including the R scripts and data,

c) Installing and loading software packages (designed to accomplish various analytical tasks in R) required for the data analysis. Packages used for this project include:

- tidyverse (data wrangling and organization, includes ggplot for creating graphs),

- lubridate (working with dates),

- knitr (converting rmd script to PDF),

- evaluate (parsing and evaluating tools)

- ggmap (creating maps),

- ggrepel (keeping text labels away from each other).

2. Imported data files – loaded the ExportQuery-v13r.csv data file.

3. Formatted variable columns – reviewed import files to ensure that the data were in the proper format. Examples of this include:

a) Reformatted dates to be consistent between studies,

b) Used lower case formatting for data entries (e.g., "TISSUE", "Tissue", and "tissue" were all changed to "tissue"),

c) Inspected variable classes and set these to the correct format (e.g., character, numeric, logical).

4. Subset dataset – selected relevant data columns and rows/samples by filtering for the following conditions:

a. Tissue data only (i.e., subset to Matrix = Tissue).

b. Data collected from within the Spokane River itself, excluding tributaries (e.g., River = Spokane River).

 EGED AND CONFIDENTIAL

8

*Technical Memorandum: PCB Fish Data*                                           *18 June 2019*

c. Removed studies containing only ancillary parameters (e.g., lipids or fish length and weight) without paired PCB data. These data were generally from studies on other contaminants, such as mercury, in the Spokane River.

d. Carried forward constituents that were used in the analysis:

i. tPCB results (based on Aroclors, congeners, using the full limit, half limit, zero limit treatments);

ii. Ancillary data (e.g., lipids, fish length and weight). Note "Non-polar lipids" was dropped as a constituent because there were only two samples and both had regular lipid analysis conducted;

iii. 12 dioxin-like PCB congeners, as designated by the World Health Organization (WHO), were carried forward for reporting individual congener concentrations and for the calculation of Toxic Equivalencies (TEQs)[2]. These congeners include non-ortho substituted PCBs: PCB-077, PCB-081, PCB-126, and PCB-169, and mono-ortho substituted PCBs: PCB-105, PCB-114, PCB-118, PCB-123, PCB-156, PCB-157, PCB-167, and PCB-189, as well as any co-eluters.

iv. Seven individual congeners associated with Non-Hodgkin's Lymphoma (NHL) were also retained in the dataset for reporting individual congener concentrations: PCB-118*, PCB-138, PCB-153, PCB-156*, PCB-170, PCB-180, PCB-187, as well as any co-eluters. (*Starred congeners are also in the dioxin-like list above).

v. Individual Aroclors were retained for reporting Aroclor concentrations: PCB-Aroclor 1016, 1221, 1232, 1242, 1248, 1254, 1260, 1262, and 1268.

e. Removed unnecessary columns to limit dataset to tissue-specific information (e.g., dropped Collection Method, Upper Depth, Lower Depth, and Fraction Analyzed, etc.).

Based on these selection criteria, the full list of studies containing PCB concentration data in fish of the Spokane River is shown in Table C, which corresponds to studies identified as having relevant data in the literature review.

Table C: Study IDs, years sampled and references included in the Spokane River fish tissue dataset.

| ' ID | ence(s) |
| --- | --- |
| 10005 | s and Serdar 1994, Ecology 1995) |
| 10005 | son 1994a, Ecology 1995) |

---

[2] TEQs were not calculated for the 1999 study AJOH0022 because only 23 PCB congeners were analyzed and three of the dioxin-like PCBs: PCB-123, -167, -189 were not included. As a result, TEQ values may be underestimated. This study ended up being filtered out of the risk assessment analysis, as it was from an earlier time period and not considered representative of current or recent conditions.



I,    EGED AND CONFIDENTIAL

9

*Technical Memorandum: PCB Fish Data*                    *18 June 2019*

| ' ID | ence(s) |
|------|---------|
| 10008 | son 1997) |
| 10022 | son 2000) |
| A0011 | Miller 2015) |
| R0002 | ar, Johnson et al. 1994) |
| R0010 | ar, Lubliner et al. 2011) |
| R0010 | ar, Lubliner et al. 2011) |
| R0016 | ar and Johnson 2006) |
| L0003 | g 2018) |
| C002 | and Roose 2002) |
| MP93T | s, Johnson et al. 1995) |
| MP03T | ar, Lubliner et al. 2011) |
| MP12 | ers, Deligeannis et al. 2014) |

Note, Washington Department of Ecology/U.S. EPA studies (Joy 1984) and (Johnson 1994b) were not entered by Ecology into the EIM database and were, therefore, not included in this analysis. These studies are older and not considered representative of recent or current conditions.

The risk assessment analysis focused on specific studies/years, so only a subset of the above studies was used to develop the data summaries (see bullet #7 below).

5. Cleaned-up sample duplicates – additional data filtering was required to ensure samples were not double counted in the dataset:

a. Sample replicates were dropped from the analysis (corresponding to Sample Replicate Flag = Y), to avoid double counting these samples.

b. For samples where both congeners and Aroclors were measured, code was added to preferentially select congener data over Aroclor[3], so that single samples would not be double counted in the dataset.

In the version 4 data package, all duplicate tPCB by Aroclors were dropped. This package focused on recent studies and included a conversion of tPCB by Aroclor to "tPCB congener equivalent" (described in Section 4). Summary tables show pooled tPCB congener and tPCB congener equivalent data. Note that in versions 2 and 3 of the fish data package, both tPCB by Aroclor and tPCB by congener were retained but kept as separate line items in the risk assessment summary tables. This specifically applied to the 2012 WSTMP12 fish study, where some samples were analyzed by both congener and Aroclor methods. At the request of the Expert, duplicate tPCB Aroclor results were not dropped from the summary tables but were reported separately from tPCB congener results.

---

[3] In study AJOH0022 (1999 data), only 23 congeners were analyzed, and therefore the tPCB concentration by congener analysis was much lower than tPCB by Aroclor analysis and is considered an underestimate of tPCBs. Thus, tPCB Aroclor results were retained and tPCB congener results were dropped for this study. This study was not used for the risk assessment summaries.

 EGED AND CONFIDENTIAL

10

c. Within the tissue dataset, multiple fish tissue types were used for PCB analysis, varying by species of fish/crayfish and by study (e.g., fillet, skin on; fillet, skin off; whole organism (animal)). All categories were reviewed to determine how to best group the data, with emphasis on characterizing the less common tissue types (e.g., whole organism, not fillets). As a result, certain tissue types were dropped; others were corrected or relabeled. As well, it was noted that, in some cases, multiple tissue types were analyzed for the same fish or composite sample; these were cleaned-up in the data analysis to ensure that the same fish/composite was not double counted in the summary statistics. The following summarizes the main "tissue type" changes that were made in the dataset (see also Table D):

a. Tissue type "gut contents" was dropped.

b. There were multiple tissue types analyzed for the same fish/composite sample in a few cases in studies DSER0016 and WSTMP12. The "Whole organism, not fillets" (or carcass) samples were dropped, with "Fillet, skin on" or "Whole organism (animal)" being retained, depending on fish species and study (see notes at bottom of Table D).

c. Re-labelling of tissue types was done to use consistent naming conventions and enable proper grouping of data. All changes were based on a review of the original studies and are described in Table D.

d. Based on corrections and relabeling, the following tissue types were included in the final tissue dataset:

   i. Fillet, skin on;

   ii. Fillet, skin off;

   iii. Whole;

   iv. WholeCRF (only for crayfish);

   v. Muscle (only for crayfish).



I EGED AND CONFIDENTIAL

Table D: Tissue type categories for the biota tissue dataset.

| No. | Original Tissue Type | Study ID | Species[1] | Notes on Changes to Tissue Type Designation in R Dataset |
|---|---|---|---|---|
| 1 | Fillet, skin on[2] | AJOHO005 | SMB, LMB, RBT, KOK, YP, WCP, MWF, NPM, BRT, WAL | |
| | | AJOHO008 | RBT, MWF | |
| | | AJOHO022 | LSS, RBT, MWF | |
| | | DSER0010 | RBT | |
| | | DSER0016 | BLS, SMB, RBT, MWF, BRT | |
| | | RJAC002 | LSS, SMB, LMB, YP, MWF | |
| | | WSTMP03T | RBT | |
| | | WSTMP12 | LSS, RBT, MWF, NPM, BRT | |
| 2 | Fillet portion (epaxial muscle), skin off[3] | DSER0002 | LMB, YP | |
| | Tissue type 2 relabeled as "Fillet, skin off" | WSPMP93T | RBT | |
| 3 | Muscle[4] | AJOHO005 | CRF | |
| | | DSER0010 | CRF | Tissue type for DSER0010 CRF was relabeled "Muscle" (originally Type 5) |
| 4 | Whole organism (animal)[5a] | AJOHO005 | ~~CRF~~ LSS | CRF tissue type changed to "Muscle"[5b, Ref a, b, c] |
| | Tissue type 4 relabeled as "Whole" | AJOHO008 | LSS | |
| | | AJOHO022 | LSS, RBT, MWF, ~~CRF~~ | CRF tissue type relabelled to "WholeCRF" |
| | | BERA0011 | CCP | |
| | | DSER0002 | LSS | |
| | | DSER0010 | BLS, LSS | |
| | | DSER0016 | BLS, LSS, RBT, MWF | |
| | | mfr0003 | RBT | |
| | | RJAC002 | LSS | |
| | | WSPMP93T | LSS | |
| | | WSTMP12 | LSS | |
| 5 | Whole organism, not exoskeleton or shell, not gut[6a] | ~~DSER0016~~ | ~~CRF~~ | CRF tissue type relabelled "Muscle"[6b, ref e] |
| | Tissue type not carried forward | | | |
| 6 | Whole organism, not fillets[7] | ~~DSER0016~~ | ~~BLS, RBT, MWF~~ | Multiple tissue types; this type not carried forward[7] |
| | Tissue type not carried forward | ~~WSTMP12~~ | ~~LSS~~ | Multiple tissue types; this type not carried forward[7] |
| 7 | Added tissue type 7 "WholeCRF" | AJOHO022 | CRF | Tissue type for AJOHO022 CRF was relabeled "WholeCRF" (originally Type 4) |

PRIVILEGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*

*18 June 2019*

**Table Notes:**

~~Strikethrough~~ - denotes tissue type changed or relabelled.

[1] See species list in Note 5 for corresponding common and scientific names.

[2] Slime and scales removed and then rinsed with tap and then deionized water. Fish then filleted with skin left on and homogenized. [Ref a, b]

[3] Muscle tissue samples prepared by compositing ~40 g of skinless epaxial muscle from each individual fish. [Ref d] Tissue type renamed "Fillet, skin off" [Ref a]

[4] Abdominal (tail) muscle. [Ref a]

[5a] Ageing structures removed and remaining whole organism homogenized. [Ref a, b] Tissue type renamed "Whole".

[5b] Tissue type designation of CRF Sample ID: 94318265 in AJOH0005 appears erroneous in the EIM database; all other samples collected during the program designated as "muscle"; data reported by Ecology as "muscle" or "fillet" [Ref a, b and d], "Whole organism (animal)" changed to "Muscle".

[6a] Corresponds to "tail muscle" i.e., the entire tail muscle (4-5 g) was removed from the exoskeleton and homogenized. [Ref e]

[6b] CRF Sample ID: 4208148 in DSER0010 reported as "tail muscle" [Ref f] (i.e., tissue type is the same as "Muscle", but was named differently in the EIM database).

[7] Corresponds to carcass (skin, bone, remaining soft tissues); fillets were removed and analyzed separately. Carcass samples were dropped as other tissue types were available for these fish:
DSER0016: BLS weighted whole body average data used "Whole" for Sample ID 05424257-05424258 (Dropped carcass and fillet samples: 5424257 and 5424258)
DSER0016: RBT fillet data used "Fillet, skin on" for Sample ID 5494272 (Dropped carcass and whole samples: 5524719 and 05494272-05524719)
DSER0016: MWF fillet data used "Fillet, skin on" for Sample ID 5494271 (Dropped carcass and whole samples: 5524718 and 05494272-05524719)
WSTMP12: LSS fillet data used "Fillet, skin on" for Sample ID 1301011-96 (Dropped carcass sample: 1301011-48; whole not available)

**Table References**

[a] Ecology (Washington Department of Ecology). 1995. Department of Ecology 1993-94 Investigation of PCBs in the Spokane River. Washington State Department of Ecology, Olympia, WA.

[b] Davis, D., Serdar, D. 1994. Results of 1993 screening survey on PCBs and Metals in the Spokane River (with corrections). Washington State Department of Ecology, Olympia, WA.

[c] Johnson, A. 1994(a). Planar PCBs in Spokane River Fish. Toxics, Compliance, and Ground Water Investigations Section - Washington State Department of Ecology, WA.

[d] Johnson, A. 1994(b). PCB and Lead Results for 1994 Spokane River Fish Samples. Toxics Investigation Section - Washington State Department of Ecology, WA.

[e] Serdar, D., Lubliner, B., Johnson, A., Norton, D. 2011. Spokane River PCB Source Assessment 2003-2007. Washington State Department of Ecology, Olympia, WA.

[f] Serdar, D., Johnson, A., Davis, D. 1994. Survey of Chemical Contaminants in Ten Washington Lakes.

[g] Serdar, D., Johnson, A. 2006. PCBs, PBDEs, and Selected Metals in Spokane River Fish, 2005. Washington State Department of Ecology, Olympia, WA.

[h] Serdar, D. 2013. Quality Assurance Project Plan: Freshwater Fish Contaminant Monitoring Plan. Washington State Department of Ecology, Olympia, WA.


EGED AND CONFIDENTIAL

6. Added identifier columns – to enable grouping data by various categories, several columns were added, including:

a. "AnalysisType" was added to classify constituents as:

e. Aroclor – individual Aroclor parameters (see Section 4 for calculations by limit type),

f. Congener – individual congener parameters (see Section 4 for calculations by limit type),

g. Supporting – ancillary data (e.g., lipid content, fish length and weight),

h. TEQ – calculated TEQs (see Section 4),

i. Sum Aroclors – sum of individual Aroclors for tPCB calculation (see Section 2.1 for detection limit treatments in the database) [summaries provided in version 3 data package],

j. Sum Congeners – sum of individual congeners for tPCB calculation (see Section 2.1 for detection limit treatments in the database),

k. Sum Congeners Equivalent – tPCB measured by Aroclor converted to congener equivalents (see Section 4).

b. "LimitType" assigned PCB constituents as "Zero", "Half" or "Full" (corresponding to the tPCB treatments shown in Section 2.1 or Section 4 for other parameters). The "Full" limit was only used in some data summaries, where requested.

c. A "RatioNDs" column calculated for tPCB constituents as the ratio between the "CountOfNDs" (number on non-detect congeners/Aroclors comprising tPCBs) to the overall "CountOfAnalyses" (total number of congeners/Aroclors comprising tPCBs).

d. Date specifier columns were also added to group data by "Year" or "Decade".

e. In version 4, scenario columns were added to categorize data as "Baseline" or "Current", and select relevant studies representing years of interest. The following options were provided for these scenarios:

l. Baseline scenario (2005 only) – includes DSER0016 (2005) only,

m. Baseline scenario (2001-2005) – the key study was DSER0016 (2005), supplemented with data from RJAC002 (2001), WSTMP03T (2003), DSER0010 (2003/2004),

n. Current scenario (2012 only) – included WSTMP12 (2012) only.

f. A "RiverStretch" column was added to assign samples based on River Mile according to compartments that have been designated for the project. The "RiverStretch" categories are generally split by dam locations in the Spokane River, the exceptions being that the Stateline is used rather than Post Falls

14



I...EGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*                                    *18 June 2019*

Dam and there was an additional split between the upper and lower portions of Lake Spokane for the risk assessment summaries Error! Reference source not found..

Table E: River stretches used for the biota tissue dataset for the risk assessment summaries.

| Stretch | Miles |
|---|---|
| eStateline | 12-96.1 |
| eUpriver | '6.1-80.2 |
| eMonroe | ;0.2-74.0 |
| eNinemile | '4.0-58.1 |
| :Spokane | ;8.1-46.0 |
| .kSpokane | ;6.0-33.9 |
| eLittleFalls | ;3.9-29.3 |
| aneArm | ;9.3-0 |

g.  "TaxonName" – this column was originally in the database and contained the Latin names of species collected in the Spokane River studies (although crayfish was sometimes identified by family name only). Additional identifier columns were added to group or display species by "CommonName", "SpeciesCode", and "TaxonGroup". "TaxonGroup" was used for graphing to separate out the species that were most commonly (or recently) collected in the Spokane River: Rainbow Trout, Mountain Whitefish, Sucker (Largescale Sucker and Bridgelip Sucker), Crayfish, Common Carp; other species that were less frequently collected and were grouped as "Other" (see Table F).

7.  QAQC review of the dataset preparation/clean-up steps in R was conducted throughout the process by reviewing outputs with an emphasis on data to which changes were made (as described in this section) and spot-checking other results.


I. EGED AND CONFIDENTIAL

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. SCHLENK Expert Testimony - 50

*Technical Memorandum: PCB Fish Data*                                    *18 June 2019*

Table F: Species names and classifiers used for the biota tissue dataset.

| Common Name | cies Code[1] | Taxon Name | Taxon Group |
|---|---|---|---|
| Bridgelip Sucker | BLS | *Catostomus columbianus* | Sucker |
| Brown Trout | BRT | *Salmo trutta* | Other |
| Common Carp | CCP | *Cyprinus carpio* | Common Carp |
| Crayfish [2] | CRF | Astacidae | Crayfish |
| Crayfish (Signal Crayfish) | CRF | *Pacifastacus leniusculus* | Crayfish |
| Kokanee | KOK | *Oncorhynchus nerka* | Other |
| Largemouth Bass | LMB | *Micropterus salmoides* | Other |
| Largescale Sucker | LSS | *Catostomus macrocheilus* | Sucker |
| Mountain Whitefish | MWF | *Prosopium williamsoni* | Mountain Whitefish |
| Northern Pikeminnow[3] | NPM | *Ptychocheilus oregonensis* | Other |
| Rainbow Trout | RBT | *Oncorhynchus mykiss* | Rainbow Trout |
| Smallmouth Bass | SMB | *Micropterus dolomieui* | Other |
| Walleye | WAL | *Sander vitreus* [4] | Other |
| White Crappie | WCP | *Pomoxis annularis* | Other |
| Yellow Perch | YP | *Perca flavescens* | Other |

Table Notes:

[1] Species codes were selected from Spokane River studies and are used for this project.

[2] In some reports, Crayfish was only identified to the family level (Davis and Serdar 1994, Johnson 1994a).

[3] Previously referred to as Northern Squawfish.

[4] Previous scientific name was *Stizostedion vitreum*.

EGED AND CONFIDENTIAL

## 4. CALCULATIONS

### 4.1.          Additional Parameters

Additional parameters (added as "Constituents") were calculated in R and added to the tissue dataset. These parameters include:

1. Lipid normalized tPCB concentrations ($C_{tPCB-L}$, ng/kg lipid) were calculated from the wet weight concentration in fish ($C_{tPCB}$, ng/kg wet weight) and percent lipid content ($L$, %), as follows:

Equation 2:

$$C_{tPCB-L} = \frac{C_{tPCB}}{L/100\%}$$

Table G: Example calculation for lipid normalization.

Study ID: DSER0010
Sample ID: 4324444

| Parameter | Value | Units |
|-----------|-------|-------|
| Cf = | 195,360 | ng/kg wet weight |
| L = | 7.7 | % |
| CL = | 2,537,143 | ng/kg lipid |

2. Toxic Equivalencies ($TEQ$, ng TEQ/kg wet weight) were calculated as the sum product of wet weight concentration of individual dioxin-like PCBs ($C_{PCB(-x)}$, ng/kg wet weight) multiplied by their corresponding toxic equivalency factors ($TEF$, unitless) according to:

Equation 3:

$$TEQ = (C_{PCB-77} \times TEF_{PCB-77}) + (C_{PCB-81} \times TEF_{PCB-81}) + \ldots (C_{PCB-189} \times TEF_{PCB-189})$$

Where the TEF values for dioxin-like PCBs were based on published values by the World Health Organization (WHO) for fish, birds and mammals in 1998 (Van den Berg, Birnbaum et al. 1998); values for mammals were updated in 2005 (Van den Berg, Birnbaum et al. 2006).



I,    EGED AND CONFIDENTIAL

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. SCHLENK Expert Testimony - 52

*Technical Memorandum: PCB Fish Data*       *18 June 2019*

**Table H: Toxic equivalency factors for dioxin-like PCB congeners.**

| Dioxin-like PCBs | nstituent | /ammal 1998 | TEF Bird | TEF Fish | /ammal 2005 |
|---|---|---|---|---|---|
| ion-ortho substituted | 'CB-077 | 0.0001 | 0.05 | 0.0001 | 0.0001 |
| ion-ortho substituted | 'CB-081 | 0.0001 | 0.1 | 0.0005 | 0.0003 |
| ono-ortho substituted | 'CB-105 | 0.0001 | 0.0001 | ).000005 | 0.00003 |
| ono-ortho substituted | 'CB-114 | 0.0005 | 0.0001 | ).000005 | 0.00003 |
| ono-ortho substituted | 'CB-118 | 0.0001 | 0.00001 | ).000005 | 0.00003 |
| ono-ortho substituted | 'CB-123 | 0.0001 | 0.00001 | ).000005 | 0.00003 |
| ion-ortho substituted | 'CB-126 | 0.1 | 0.1 | 0.005 | 0.1 |
| ono-ortho substituted | 'CB-156 | 0.0005 | 0.0001 | ).000005 | 0.00003 |
| ono-ortho substituted | 'CB-157 | 0.0005 | 0.0001 | ).000005 | 0.00003 |
| ono-ortho substituted | 'CB-167 | 0.00001 | 0.00001 | ).000005 | 0.00003 |
| ion-ortho substituted | 'CB-169 | 0.01 | 0.001 | 0.00005 | 0.03 |
| ono-ortho substituted | 'CB-189 | 0.0001 | 0.00001 | ).000005 | 0.00003 |

**Table I: Example calculation of TEQs.**

Study ID: DSER0010
Sample ID: 4324444

| Congener | Result | Units | dblLimit | txtQual | TEF Mammal 2005 | TEQ Mammal 2005 (LimitZero) | TEQ Mammal 2005 (LimitHalf) |
|---|---|---|---|---|---|---|---|
| PCB-077 | 255 | ng/kg wet weight | | | 0.0001 | 0.0255 | 0.0255 |
| PCB-081 | 262 | ng/kg wet weight | | | 0.0003 | 0.0786 | 0.0786 |
| PCB-105 | 4320 | ng/kg wet weight | | | 0.00003 | 0.1296 | 0.1296 |
| PCB-114 | 444 | ng/kg wet weight | | | 0.00003 | 0.0133 | 0.0133 |
| PCB-118 | 10800 | ng/kg wet weight | | | 0.00003 | 0.3240 | 0.3240 |
| PCB-123 | 329 | ng/kg wet weight | | | 0.00003 | 0.0099 | 0.0099 |
| PCB-126 | 85.3 | ng/kg wet weight | | | 0.1 | 8.5300 | 8.5300 |
| PCB-156/157 | 807 | ng/kg wet weight | | | 0.00003 | 0.0242 | 0.0242 |
| PCB-167 | 454 | ng/kg wet weight | | | 0.00003 | 0.0136 | 0.0136 |
| PCB-169 | 67 | ng/kg wet weight | 3.9 | U | 0.03 | 0 | 0.0585 |
| PCB-189 | 102 | ng/kg wet weight | 102 | UJ | 0.00003 | 0 | 0.0015 |
| | | | | | TEQ sum: | 9.15 | 9.21 |
| | | | | | units: | ng TEQ/kg ww | ng TEQ/kg ww |

Lipid normalized TEQs were calculated by dividing the wet weight TEQs by the lipid content (see Equation 2). In addition, a count of TEQ analytes (i.e., number of dioxin-like PCBs used in TEQ summaries; usually 11 or 12, depending on co-eluters) and a count of TEQ non-detects (i.e., number of dioxin-like PCBs with "U" variants in the "txtQual" field) were also calculated mainly to show the number of non-detects in the TEQ calculations.



I- EGED AND CONFIDENTIAL

18

*Technical Memorandum: PCB Fish Data*                                          *18 June 2019*

3.  In version 4 of the fish data package, individual congener constituents were summarized for the risk assessment analysis. While the project database contained individual congener data, the original data needed the "zero", "half" and "full" detection limit treatments applied in cases where congener concentrations were less than detection limits. This approach followed the three detection limit treatments applied to determine summed tPCB concentrations (Section 2.1). Specifically, individual congener that were less than the detection limit (i.e., "txtQual" contained a "U" variant) were substituted by zero, one-half or the full detection limit (see example in Table J).

Table J: Example calculation assigning detection limit treatments to congeners.

Study ID: WSTMP12
Sample ID: 1301011-13

| Congener | Limit | Result | Units | Result Basis | Qualifier |
|----------|-------|--------|-------|--------------|-----------|
| PCB-081 (original) | 0.55 | 3.03 | ng/Kg | wet weight | U |
| PCB-081 - LimitZero | 0.55 | 0 | ng/Kg | wet weight | U |
| PCB-081 - Limit/2 | 0.55 | 0.275 | ng/Kg | wet weight | U |
| PCB-081 - Limit | 0.55 | 0.55 | ng/Kg | wet weight | U |

Individual congener concentrations were also lipid normalized by dividing the wet weight congener concentration by the lipid content (see Equation 2).

In addition to the summary statistics for the individual congener wet weight and lipid normalized results, counts of individual congener analytes (always equal to one) and the number of congener non-detects (equal to zero or one) were calculated in summary tables mainly to show the number of non-detect congeners in the dataset. The summary table also provides the congener detection limit concentrations.

4.  In all versions of the fish data package, individual Aroclor constituents were summarized for the risk assessment analysis. While the project database contained individual Aroclor data, the original data needed the "zero", "half" and "full" detection limit treatments applied in cases where Aroclor concentrations were less than detection limits. This approach followed the three detection limit treatments applied to determine summed tPCB concentrations (Section 2.1). Specifically, individual Aroclors that were less than the detection limit (i.e., "txtQual" contained a "U" variant) were substituted by zero or one-half or the full detection limit (see example in Table K).

Table K: Example calculation assigning detection limit treatments to Aroclors.



PRIVILEGED AND CONFIDENTIAL

Decl. of A. Miller in Support of Daubert Motion
To Exclude D. SCHLENK Expert Testimony - 54

*Technical Memorandum: PCB Fish Data*                                                    *18 June 2019*

Study ID: WSTMP12
Sample ID: 1301011-13

| Congener | Limit | Result | Units | Result Basis | Qualifier |
|---|---|---|---|---|---|
| PCB-aroclor 1248 (original) | 5,000 | 10,000 | ng/Kg | wet weight | UJ |
| PCB-aroclor 1248 - LimitZero | 5,000 | 0 | ng/Kg | wet weight | UJ |
| PCB-aroclor 1248 - Limit/2 | 5,000 | 2,500 | ng/Kg | wet weight | UJ |
| PCB-aroclor 1248 - Limit | 5,000 | 5,000 | ng/Kg | wet weight | UJ |

Individual Aroclor concentrations were also lipid normalized by dividing the wet weight Aroclor concentration by the lipid content (see Equation 2).

In addition to the summary statistics for the individual Aroclor wet weight and lipid normalized results, counts of individual Aroclor analytes (always equal to one) and the number of Aroclor non-detects (equal to zero or one) were calculated in summary tables mainly to show the number of non-detect Aroclors in the dataset. The summary table also provides the Aroclor detection limit concentrations.

5.  In version 4 of the fish data package, tPCB "congener equivalents" were calculated based on regression relationships between tPCB measured by Aroclor analysis and tPCB measured by congener analysis, for Spokane River fish samples were both types of analysis were used. Three studies measured PCBs in fish using both analytical methods: BERA0011, RJAC002, and WSTMP12. Based on the log-log (logarithm base 10) regressions for all three limit types (see

6.  ), tPCB Aroclor concentrations (LOG$_{10}$ $C_{tPCB-A}$, ng/kg wet weight) were converted to tPCB "congener equivalents" (LOG$_{10}$ $C_{tPCB-C\,EQU}$, ng/kg wet weight), according to:

Equation 3:

$$LOG_{10}\, C_{tPCB-C\,EQU} = m \times LOG_{10}\, C_{tPCB-A} + b$$

Where $m$ is equal to the slope of the regression line and $b$ is the y-intercept. While tPCB concentrations in common carp were higher than those in other fish species, there was no apparent bias related to species (i.e., data points for different species fall above and below the regressions lines equally; Figure A).

Regression coefficients and statistics for the three limit types are shown in Table L and an example of the congener equivalent conversion is shown in Table M. The statistics shown in Table L indicate statistically significant relationships for all limit types (i.e., p values much less than 0.01), with much of



EGED AND CONFIDENTIAL

20

*Technical Memorandum: PCB Fish Data*                                    *18 June 2019*

the variability in the data explained by the linear regression models for the log(10) versus log(10) transformed data (i.e., high R-squared values).

**Figure A: tPCB concentration by congener versus tPCB by Aroclor (Logarithm base 10 transformed values for ng/kg wet weight), for all limit types.**



**Table L: tPCB congener versus tPCB Aroclor (LOG(10) tPCB; ng/kg wet weight) regression coefficients and statistics**

| imitType | slope) | lard error ($m$) | value ($m$) | y-intercept) | R-squared |
|---|---|---|---|---|---|
| Zero | .984 | 0.032 | <0.01 | 0.130 | 0.94 |
| Half | .088 | 0.048 | <0.01 | -0.569 | 0.90 |
| Full | .100 | 0.063 | <0.01 | -0.756 | 0.84 |

**Table M: Example calculation conversion of tPCB Aroclor to tPCB congener equivalent.**

Study ID: )016
Sample ID: !33

| ituent | Result | Units | esult Basis |
|---|---|---|---|



EGED AND CONFIDENTIAL

21

*Technical Memorandum: PCB Fish Data*                                          *18 June 2019*

| | | | |
|---|---|---|---|
| Arochlors – LimitZero | 11,000 | ng/Kg | et weight |
| Arochlors – Limit/2 | 31,600 | ng/Kg | et weight |
| Arochlors – Limit | 22,200 | ng/Kg | et weight |
| C-EQU – LimitZero | 16,869 | ng/Kg | et weight |
| C-EQU – Limit/2 | 59,688 | ng/Kg | et weight |
| C-EQU – Limit | 59,374 | ng/Kg | et weight |

7. tPCB ratios were calculated for some of the exploratory plots provided in versions 2 and 3 of the fish data package. Specifically, ratios were calculated for:

- Analysis method: $tPCB - Aroclor/tPCB - congener$ (for fish samples analyzed by both methods)

- Limit type "full": $tPCB - Limit/tPCB - LimitZero$

- Limit type "half": $tPCB - Limit/2/tPCB - LimitZero$

### 4.2.    Statistical Summaries

Several summary statistics are provided in tables. The risk assessment tables summarize PCB concentrations in biota by year/scenario; species common name; tissue type; river stretch; and limit type. The individual congener and individual Aroclor tables are also grouped by constituent. Parameters in version 4 summary tables include:

- tPCB concentrations based on congener methods and congener equivalent conversions (wet weight and lipid-normalized),

- Lipid contents,

- TEQs (wet weight and lipid-normalized),

- Individual PCB congener concentrations for dioxin-like and NHL congeners (wet weight and lipid-normalized),

- Individual PCB Aroclor concentrations (wet weight and lipid-normalized),

- Count of PCB analytes (number of congeners or Aroclors in tPCB measurement) with count of non-detects and ratio of non-detects,

- Detection limits for individual congener and Aroclor PCBs

  Statistics calculated include:

- Sample size,

- Arithmetic means,



PRIVILEGED AND CONFIDENTIAL

22

- Minimums and maximums,

- 5th and 95th percentiles.

### 4.3.    QAQC Review

A QAQC review of the calculations for all new parameters was conducted by reviewing equations used in the code and spot-checking the calculated values (i.e., for several samples, newly-calculated parameter values in the R output file were cross-checked with values calculated separately in Excel). The same approach was used for reviewing calculations of mean values and other statistics for all parameters reported in the summary tables (i.e., for various groups of samples, mean values were calculated in Excel to cross-check values calculated in R and reported in summary tables).

I-▲EGED AND CONFIDENTIAL

## 5. DATA SUMMARY PACKAGES

Fish tissue data packages (multiple versions, each with updated summaries or new information) containing figures, tables, and maps have been provided to the Client separately. The contents of these packages are documented in a file tracker provided with the data package.

PRIVILEGED AND CONFIDENTIAL

*Technical Memorandum: PCB Fish Data*                                                    *18 June 2019*

## 6. REFERENCES

Davis, D., A. Johnson and D. Serdar (1995). Washington State Pesticide Monitoring Program: 1993 Fish Tissue Sampling Report. Olympia, WA, Washington State Department of Ecology.

Davis, D. and D. Serdar (1994). Results of 1993 screening survey on PCBs and Metals in the Spokane River (with corrections). Washington State Department of Ecology. Olympia, WA.

Ecology, (Washington State Department of Ecology) (1995). Department of Ecology 1993-94 Investigation of PCBs in the Spokane River. Washington State Department of Ecology. Olympia, WA.

Ecology, (Washington State Department of Ecology) (2018). EIM Help – Entering Non-Detects and Estimates. **Version 2.7:** 3.

Era-Miller, B. (2015). Lake Spokane: PCBs in Carp. Washington State Department of Ecology. Olympia, WA.

Era-Miller, B. (2015). Quality Assurance Project Plan: Spokane River PCBs and Other Toxics Long Term Monitoring at the Spokane Tribal Boundary. Washington State Department of Ecology. Olympia, WA.

Jack, R. and M. Roose (2002). Analysis of Fish Tissue from Long Lake (Spokane River) for PCBs and Selected Metals. Washington State Department of Ecology. Olympia, WA.

Johnson, A. (1994a). PCB and Lead Results for 1994 Spokane River Fish Samples. Toxics Investigation Section - Washington State Department of Ecology. WA.

Johnson, A. (1994b). Planar PCBs in Spokane River Fish. Toxics, Compliance, and Ground Water Investigations Section - Washington State Department of Ecology. WA.

Johnson, A. (1997). 1996 Results on PCBs in Upper Spokane River Fish. Washington State Department of Ecology. WA.

Johnson, A. (2000). Results from Analyzing PCBs in 1999 Spokane River Fish and Crayfish Samples. Washington State Department of Ecology. WA.

Joy, J. (1984). Letter on data concerning PCBs in fish taken from the Spokane River by the U.S. Environmental Protection Agency and the Washington State Department of Ecology. Jeff Sher, Spokane Spokesman Review. Olympia, WA, Washington State Department of Ecology**:** 7.

Seiders, K., C. Deligeannis, P. Sandvik and M. McCall (2014). Freshwater Fish Contaminant Monitoring Program: 2012 Results. Washington State Department of Ecology. Olympia, WA**:** 29.

Serdar, D. and A. Johnson (2006). PCBs, PBDEs, and Selected Metals in Spokane River Fish, 2005. Washington State Department of Ecology. Olympia, WA.

Serdar, D., A. Johnson and D. Davis (1994). Survey of Chemical Contaminants in Ten Washington Lakes. Environmental Investigations and Laboratory Services Program. Olympia, WA, Washington State Department of Ecology.

Serdar, D., B. Lubliner, A. Johnson and D. Norton (2011). Spokane River PCB Source Assessment 2003-2007. Washington State Department of Ecology. Olympia, WA.

Van den Berg, M., L. S. Birnbaum, A. T. C. Bosveld, B. Brunstrlim, P. Cook, M. Feeley, J. A. H. P. Giesy, R. Hasegawa, S. W. Kennedy, T. Kubiak, J. C. Larsen and e. al. (1998). "Toxic Equivalency Factors (TEFs) for PCBs, PCDDs, PCDFs for Humans and Wildlife." Environmental Health Perspectives **106**(12): 775-792.

Van den Berg, M., L. S. Birnbaum, M. Denison, M. De Vito, W. Farland, M. Feeley, H. Fiedler, H. Hakansson, A. Hanberg, L. Haws, M. Rose, S. Safe, D. Schrenk, C. Tohyama, A. Tritscher, J. Tuomisto, M. Tysklind, N. Walker and R. E. Peterson (2006). "The 2005 World Health Organization reevaluation of human and Mammalian toxic equivalency factors for dioxins and dioxin-like compounds." Toxicol Sci **93**(2): 223-241.



... EGED AND CONFIDENTIAL

25

Wong, S. (2018). Evaluation of Fish Hatcheries as Sources of PCBs to the Spokane River. Washington State Department of Ecology. Olympia, WA.

Wong, S. and B. Era-Miller (2019a). Final Validated Data - Spokane Biofilm Project.

Wong, S. and B. Era-Miller (2019b). Using Biofilms to Identify Sources of PCBs to the Spokane River. Spokane River Forum Conference 2019. Washington State Department of Ecology. Spokane, WA.

Wong, S. and B. Era-Miller (2019c). Quality Assurance Project Plan: Measuring PCBs in Biofilm, Sediment and Invertebrates in the Spokane River: Screening Study. Washington State Department of Ecology. Olympia, WA.


EGED AND CONFIDENTIAL

DANIEL SCHLENK
Professor
Environmental Toxicology
Department of Environmental Sciences
University of California, Riverside
951-827-2018
951-827-3993 FAX
daniel.schlenk@ucr.edu

EDUCATION

| | | |
|---|---|---|
| Ph.D. Biochemical Toxicology | Oregon State University | June 1989 |
| B.S. Toxicology; | Northeast Louisiana University | |
| | (University of Louisiana Monroe) | May 1984 |

Postdoctoral Fellow: Duke University 1989-1991

EMPLOYMENT

2000-present; Professor, Environmental Toxicology, Department of Environmental Sciences, University of California, Riverside

1999-2000  Program Coordinator of Environmental Toxicology Program, Environmental and Community Health Research Program, School of Pharmacy, University of Mississippi

1998-2000 Associate Professor of Pharmacology and Toxicology, University of Mississippi (University, MS).

1998-2000  Coordinator for the Graduate Program in Pharmacology, University of Mississippi (University, MS)

1995-1998 Assistant Professor of Pharmacology and Toxicology University of Mississippi  (University, MS).

1991-1995  Assistant Professor Toxicology, University of Arkansas for Medical Sciences (Little Rock, AR).

1989-1991 Postdoctoral Fellow, Duke University Marine Laboratory, Integrated Toxicology Program,(Beaufort, N.C.).

1986-1989 Predoctoral Fellow, Oregon State University, Toxicology Program (Corvallis, OR).

1985-1986 Research Assistant, Oregon State University, College of Pharmacy (Corvallis, OR).

1

1984-1985 Research Assistant, Oregon State University, Department of Environmental
   Engineering (Corvallis, OR).

ACADEMIC HONORS

NIEHS Postdoctoral Fellow, Duke University 1989-1991
NIEHS Predocoral Fellow, Oregon State University 1986-1989

Visiting Scholar Department of Biochemistry; Chinese University of Hong Kong 1995;
   1998; 1999
Ray Lankester Investigatorship -Marine Biological Association of the United Kingdom
   1998
Visiting Scholar of the Instituto Del Mare, Venice Italy 1999

University of Mississippi; School of Pharmacy, Faculty Research Award, 1999-2000.

George E. Brown, Jr. Award (UC-MEXUS) Co-PI with J. Garcia-Hernandez  2001

Visiting Scholar CSIRO Laboratory Lucas Heights, Australia 2003

**Fellow American Association for the Advancement of Science 2010**

Distinguished Fellow of the State Key Laboratory for Marine Environmental Science in
   Xiamen University of China 2011

Visiting Professor Fellowship of the National Counsel of Technological and Scientific
   Development at the University of Sao Jose Rio Preto, Brazil 2014-2015.

Outstanding Foreign Scientist Invitation Program; College of Science
   Sungkyunkwan University, Korea 2016

**Fellow Society of Environmental Toxicology and Chemistry 2017**

SOCIETY MEMBERSHIPS AND OFFICES

Member of Society of Environmental Toxicology and Chemistry, 1992-present
Founding Board Member and Secretary/Treasurer Mid-South SETAC 1995-1996;
   Vice President 1996-1997; President 1998-1999
Member of Society of Toxicology, 1987-present
Member of the International Society for the Study of Xenobiotics 1999-2009
Member Society of Environmental Toxicology and Chemistry Education Committee
   1998-  2001.
Member Society of Environmental Toxicology and Chemistry Organizing Committee for
   Nashville 2000; Platform Session Co-chair
Secretary and Member of South Central Chapter of Society of Toxicology 1999-2000.
Board member of Southern California Regional Chapter of the Society of Toxicology
   2002-2004.

2

Vice President of Southern California Regional Chapter of the Society of Environmental
  Toxicology and Chemistry 2004
President of Southern California Regional Chapter of the Society of Environmental
  Toxicology and Chemistry 2005
Member of the Board of Directors for the North American Society of Environmental
  Toxicology and Chemistry 2003-2006
Member of the Board of Trustees for the SETAC North America Board of Endowment
  Fund 2006-2014
Co-Organizer 16th International Symposium for Pollution Responses in Marine
  Organisms. Long Beach, CA May 15-18, 2011.
Co-Chair for the North American Society of Environmental Toxicology and Chemistry
  Annual meeting. Long Beach, CA Nov 11-15, 2012.


EDITORIAL RESPONSIBILITIES

Associate Editor *Environmental Science and Technology* (2016-present)

Associate Editor *Environmental Science and Technology Letters* (2016-present)

Co-Editor in Chief- *Aquatic Toxicology* (2005-2011)

Editorial Board: *Toxicological Sciences* (2000-present)*, Marine Environmental Research*
(2000-present)*, Aquatic Toxicology* (2001-present)*, Environmental Toxicology and
Chemistry* (2003-2005).

Ad Hoc reviewer for:

*Proceedings of the National Academy of Scinecs, Science, PLOSone; Scientific Reports;
Molecular Pharmacology; Ecological adaptations; Biomarker; Neurotoxicology and
Teratogenicity; Archives of Environmental Contamination and Toxicology; Comparative
Biochemistry and Physiology; Drug Metabolism and Disposition; Biochemical
Pharmacology; Journal of Aquatic Animal Health; Toxicology and Applied
Pharmacology, Environmental and Molecular Mutagenesis, Gene, Journal of Toxicology
and Environmental Health, Biochemistry and Biophysics Acta; International Journal of
Environmental Analytical Chemistry; Physiological Zoology; Human and Ecological
Risk Assessment; Science of the Total Environment; Naturwissenschaften; Environmental
Pollution*; *Chemico-biological Interactions; Marine Pollution Bulletin; Journal of
Molecular Evolution; Chemical Research in Toxicology; Integrated Environmental
Assessment and Management; Pesticide Biochemistry and Physiology; Ecotoxicology and
Environmental Safety; Bulletin of Environmental Contamination and Toxicology;
Environmental Impact Assessments; Hydrobiologia; Expert Opinions in Drug
Metabolism and Toxicology; Chemosphere; Zebrafish; Toxicology Letters; Journal of
Toxicology*

INTERNATIONAL REVIEW PANELS

3

International Review Panel for the School of Life Sciences, Chinese University of Hong Kong (2014); International Steering Committee for University of Waterloo "Determining the efficacy of emerging contaminant removal within existing treatment trains relevant to Canadian conditions through chemical and toxicological assessments.".(2010-2013). Canadian Water Network Grant Review (2007; 2009) National Environmental Research Council , United Kingdom (2008); National Science Foundation, South Africa (2009); The Faculty of Science at University of Gothenburg (2009); Danish Council of Strategic Research (2012); Expert Consultation EEWAG, Switzerland (2013).  The Research Council of Norway (2013); Faculty of Science, Chinese University of Hong Kong (2014); Advisory Board; Ecological effects of Brine Discharge, National Centre of Excellence in Desalination Australia (2014-2016). Grant Review European Commission (2015). Research Grants Council Hong Kong (2015).  Research Oversight Committee, Ecotoxchip Program, Genome Quebec, Canada (2017-2019).


## FEDERAL REVIEW PANELS

Chair USEPA FIFRA Science Advisory Panel (2012-2014)
Permanent Member USEPA FIFRA Science Advisory Panel (2007-2012)
Member USEPA Chemical Safety Advisory Committee (2016)
Member USEPA Science Advisory Committee on Chemicals (2017-
Ad hoc reviewer NIEHS Freshwater Biomedical Centers (1996); US Department of Agriculture (1997-2000) and National Science Foundation (1996-present). NOAA Oceans and Human Health Initiative Grant Review Panel (2005); USEPA Endocrine Disrupter Mixtures Grant Review Panel (2005);  USEPA Science Advisory Board Aquatic Life Criteria Guidelines (2005); NIEHS P30 Core-Center Applications (2008); NIEHS Superfund Research Program P42 Center Applicatons (2016)


## STATE OR FOUNDATION REVIEW PANELS

Ad Hoc reviewer for California SEAGRANT (1999-present); Woods Hole SEAGRANT (1994-present); Delaware SEAGRANT (1992); Hudson River Foundation (2000); TMDL review for Diazinon in Chollas Creek, CA (2001); University of California Marine Council (2001-2006); California Surface Waters Ambient Monitoring Program Scientific Planning and Review Committee (2002); California Aquatic Pesticide Monitoring Scientific Advisory Panel (2002-2004); UC Water Resources Research Institute (2003-2005);  Environmental Effects Working Group, San Francisco Estuary Institute (2005-present). Technical Advisory Committee, Santa Ana Regional Water Quality Control Board (2006). Pelagic Organism Decline Advisory Committee (2007-2010), National Water Research Institute Scientific Advisory Panel (2008).  Blue-Ribbon Panel for Contaminants of Emerging Concern in Recycled Water for the State of California (2009-2010).  Science Advisory Panel for impacts of desalination brine discharge for the State of California (2009); Blue Ribbon Panel for the Ecological Effects of Contaminants of Emerging Concern (2010-2011).  Advisory Panel for Effects of CeCs in surface waters (2014).  External Reviewer for California State University of Long Beach Program Review for Biological Sciences (2015). Grant review California Department of Fish and

4

Wildlife (2015). Science Advisory Panel for CeCs in Recycled Water; CA regional water control board (2017-2018)

INVITED PRESENTATIONS (235) **(International engagements in 20 countries-104)**

1989 **Third Institute of Oceanography, Xiamen University, Xiamen, China**.
1989 **Plymouth Marine Laboratory, Plymouth, United Kingdom**.
1991 Department of Biology, University of Arkansas Little Rock, Little Rock, AR.
1991 U.S. Fish and Wildlife Fish Farming Experimental Laboratory, Stuttgart, AR.
1992 Department of Biochemistry, University of Arkansas for Medical Sciences, Little Rock, AR.
1992 Department of Pharmacology and Toxicology, Northeast Louisiana University, Monroe, LA.
1992 US FDA National Center for Toxicological Research, Jefferson, AR.
1992 Toxicology Program, Oregon State University, Covallis, OR.
1993 Southern Regional Research Center, US Department of Agriculture, New Orleans, LA.
1993 Department of Pharmacology and Toxicology, Medical College of Wisconsin, Milwaukee, WS.
1993 Department of Biochemistry, Louisiana State University, Baton Rouge, LA.
1994 Department of Biology University of Central Arkansas, Conway, AR.
1994 **International Association for Great Lakes research, Basic and Applied Aspects of Aquatic Biotechnology Symposium, Windsor, Ontario**.
1994 Society of Environmental Toxicology and Chemistry, Biotransformation: Influence on Bioaccumulation and Toxicity.  Denver CO.
1995 Southern States Mercury Task Force, Jackson, MS.
1995 Department of Pharmacognosy, University of Mississippi, Oxford, MS.
1995 College of Veterinary Medicine, Mississippi State University, Starkville, MS.
1995 Southeastern Regional Chapter of Society of Toxicology, University of Georgia, Athens, GA.
1995 **Department of Biochemistry, The Chinese University of Hong Kong**.
1996 Department of Biology, University of Mississippi, Oxford, MS.
1996 Arkansas Chapter of the American Fisheries Society, Arkansas State University, Jonesboro, AR.
1996 Department of Biology, University of Memphis, Memphis, TN.
1997 Northeast Louisiana University, Division of Toxicology, Monroe, LA.
1997 **European Society for Comparative Physiology and Biochemistry: Third International Symposium on: Research for Aquaculture: Fundamental and Applied Aspects, Barcelona, Spain.**
1998 Department of Environmental and Molecular Toxicology, Oregon State University, Corvallis OR
1998 **2nd International Conference on Marine Pollution and Ecotoxicology   Hong Kong, China**
1998 **Marine Biological Association of the United Kingdom  Plymouth UK**
1998 **Department of Biochemistry, The Chinese University of Hong Kong**
1998 Department of Pharmacology, University of Mississippi
1999 Trimethylaminuria Workshop; National Institutes of Health, Bethesda MD.

5

1999 Instructor for Aquatic Toxicology Workshop; 10th International Pollution Responses in Marine Organisms Symposium, College of William and Mary, Williamsburg, VA

1999 Center for Bioenvironmental Research, Tulane University, New Orleans, LA

1999 **Beijing School of Pharmacy, Beijing Medical University, Beijing China**

1999 **Department of Biochemistry, The Chinese University of Hong Kong**

1999 Department of Biology Ouachita Baptist University, Arkadelphia, AR

1999 Department of Biology, Rhodes College, Memphis, TN

1999 **Instituto Del Mare, Venice Italy**

1999 Nicolas School of the Environment, Duke University, Durham, North Carolina

1999 Nicolas School of the Environment , Duke University Marine Laboratory, Beaufort, North Carolina

2000 Oregon Department of Environmental Quality Task Force on the Use of Biomarkers in determine sediment quality criteria in Portland Harbor and the lower Williamette River System, OR;  Portland, OR.

2000 Department of Pharmacognosy, University of Mississippi, University, MS.

2000 Environmental Toxicology Program University of California, Davis

2000 Environmental Chemistry/Toxicology Seminar, University of California, Riverside, CA

2000 USDA National Salinity Laboratory, Riverside, CA

2001 Southern California SETAC, Irvine, CA

2001 Southern California Coastal Water Research Project, Westminister, CA

2001 **Moldova State University, Moldova**

2001 Environmental Monitoring and Assessment Program Symposium, USEPA Pennsacola Beach, FL

2001 Hudson River Foundation, New York, NY

2001 City of Hope Cancer Research Center, Duarte, CA.

2002 2nd International Trimethylaminuria Workshop, National Institutes of Health, Bethesda, MD

2002 Water Education Foundation; Association of Groudwater Agencies; Managing Groundwater Basins for Water Quality and Supply, Ontario, CA

2002 **European Society of Environmental Toxicology and Chemistry, Vienna Austria**

2002 **Institute of Zoology, Moldova Academy of Sciences, Moldova**

2002 Southern California SETAC annual meeting: Symposium: Pharmaceuticals in the Environment UC-Riverside

2002 Sixth International Symposium on Cytochrome P450 Biodiversity, Los Angeles (UCLA), CA

2002 UC-Toxics Marine Toxicology Symposium, Bodega Marine Laboratory, CA

2002 Department of Environmental Engineering Seminar Series, UC-Berkeley, CA

2002 Integrated Toxicology Program, Duke University  Durham, NC

2002 Department of Biological Sciences,  Redlands University, Redlands, CA

2002 Toxicology Program;  University of California, Irvine, Irvine, CA

2003 CWEA Specialty Topics Conference on Emerging Pollutants Endocrine Disrupting Chemicals/Pharmaceuticals, El Camino Country Club, Oceanside, CA

2003 Southern California Association of POTWs.  Emerging Pollutants, OCSD, Fountain Valley, CA

6

2003  California Association of Sanitation Agencies;  Emerging Pollutants, Yosemite, CA.

**2003  Australian Society of Ecotoxicology Regional Chapter Meeting, Sydney, Australia**

**2003  Department of Chemistry Woolongong University,  Woolongong, Australia**

**2003  CSIRO Center of Analytical Chemistry  Adelaide, Australia**

2004  University of California Water Resources Research Institute Board of Directors Meeting, Ontario, CA.

**2004  International Society of the Study of Xenobiotics Symposia on Environmental Xenobiotic Metabolism  Vancouver, British Columbia, Canada**

2004  Coastal Marine Toxicology Symposium, UC-Davis, Bodega Marine Laboratory, Bodega Bay, CA.

**2004  VIII Brazilian Ecotoxicology Meeting,  Florianopolis, Brazil**

**2004  Department of Zoophysiology  University of Gothenburg, Gothenburg, Sweden**

2005  Orange County Sanitation District "Fate of Pharmaceuticals in the Environment" Fountain Valley, CA

2005  Schools of Pharmacy and Environmental Health,  University of Washington, Seattle, WA

**2005  3rd International Conference of Ecological Chemistry, Chisinau, Moldova**

2005  Texas Institute of Environmental and Human Health, Texas Tech University, Lubbock, TX

**2005  Canadian Rivers Institute,  University of New Brunswick, St. John, Canada**

2005  Department of Biology California State University at Long Beach, Long Beach, CA

**2005  Integrated Graduate Program, University of Turku, Turku Finland.**

2005  Industrial Environmental Association/California Manufacturers & Technology Association Conference (Dec 15) San Diego, CA

2006  California Water Environment Association's Emerging Contaminants: Endocrine Disrupting Compounds (EDCs) and  Pharmaceutical and Personal Care Products (PPCPs) in Wastewater One –Day Specialty Conference January 12, at Los Angeles County Sanitation Districts, Whittier, CA

2006  California Water Environment Association's Emerging Contaminants: Endocrine Disrupting Compounds (EDCs) and  Pharmaceutical and Personal Care Products (PPCPs) in Wastewater One –Day Specialty Conference January 18, at Central Contra Costa Sanitary District, Martinez, CA

2006  American Chemical Society Western Region, Jan 24, Orange, CA

2006  Aquatic Toxicology Course, California State University at Long Beach March 14, Long Beach, CA

2006  Department of Chemistry, University of California, Riverside, CA May 5.

2006  Santa Ana Regional Water Quality Control Board, Riverside, CA July 20.

2006  World Oceans Conference, Long Beach, CA September 19.

2006  Physicians for Social Responsibility, Metropolitan Water District, Los Angeles, CA September 28.

**2006  Aquatic Toxicity Workshop on Selenium,  Jaspar, Alberta October 1-5.**

2006  Department of Zoology, University of Miami, Ohio. October 12.

**2006  Department of Molecular and Environmental Biology, Hanyang University Seoul, South Korea October 17.**

**2006  Department of Biology Korean University, Seoul, South Korea. October 18.**

7

2006   Environmental Toxicology Program, University of Mississippi, Oxford, MS
October 27.

2006   Orange County Water District Science Advisory Board, Anaheim, CA November
14.

2007   Workshop on Trace Organics: Mapping a Collaborative Research Roadmap.
WERF, Hyatt Regency Hotel, San Francisco, CA May 17-18.

2007   Pharmaceuticals and Personal Care Products in the Environment Symposium,
California EPA Department of Toxic Substances Control, Sacramento, CA May
22.

**2007   5th International Conference on Marine Pollution and Ecotoxicology, City
University of Hong Kong June 3-6.**

**2007   Guangzhou Institute of Geochemistry Chinese Academy of Sciences
Guangzhou, China June 7.**

**2007   Recursos del Mar, Cinvestav, Unidat Merida, Mexico July 24.**

2007   CSU-Environmental Physiology and Toxicology Workshop, Catalina Island Nov 9-
21

**2008   Symposium of Molecular Chirality 2008, Okayama University, Japan May 22-
23**

**2008   Puschino State University, Moscow, Russia May 27**

2008   Southern Nevada Water Authority, Las Vegas, NV  August 19.

2008   National Center for Ecological Analysis and Synthesis, Santa Barbara, CA Sept 4.

2008   Plenary Speaker,  Calfed Bay Delta Annual Symposium, Sacramento, CA Oct 22.

2009   Invited Speaker: State of the Science. Managing Contaminants of Emerging
Concern in California:  A Workshop to Develop Processes for Prioritizing,
Monitoring, and Determining Thresholds of Concern April 28-29, 2009 Costs
Mesa, CA

2009   Invited Speaker Micropol & Ecohazard 2009; 6th International Water
Association/Groundwater Resources Association of California Specialized
Conference on Assessment and Control of Micropollutants/Hazardsous Substances
in Water, San Francisco, CA June 10.

2010   Invited Speaker Santa Ana Watershed Project Authority;  Jan 21, 2010. Riverside,
CA

2010   Invited Speaker  College of Veterinary Medicine, Oklahoma State University,
Stillwater, OK  Jan 26, 2010.

2010   Invited Speaker  American Chemical Society, Emerging Contaminants in
California's Coastal and Estuarine Ecosystems San Francisco, CA Mar 25, 2010

2010   Invited Speaker  Department of Zoology, Southern Illinois University, Carbondale,
IL  Apr 22, 2010.

2010   Invited Speaker: Department of Pesticide Regulation, Sacramento CA May 10, 2010

2010   Invited Speaker: California Green Chemistry Workshop; Indicators of Ecotoxicity
Hazards and Exposure Potential, Office of Environmental and Human Health
Assessment, Berkeley, CA May 11, 2010

2010   Invited Speaker: Northern California Society of Environmental Toxicology and
Chemistry, Berkeley, CA May 13, 2010

2010   Invited Speaker  Interagency Ecological Program Symposium, Sacramento State
University, Sacramento, CA May 25, 2010.

2010   Webinar California Water Quality Monitoring Collaboration Network,  May 27,

8

2010

**2010 6th International Conference on Marine Pollution and Ecotoxicology, City University of Hong Kong  May 31-June 3.**

**2010  International Workshop on Emerging Contaminants, Xiamen University Dec 14-15.**

**2010 Department of Biochemistry, Chinese University of Hong Kong Dec 16.**

2011 Environmental and Occupational Health Department Technical Symposium on Pharmaceuticals and Personal Care Products in Water Supplies: Potential Impacts and Sustainable Solutions, California State University of Northridge  Feb 16.

2011 Society of Toxicology Special Symposium: Emerging Issues at the Intersection of Reproductive and Mixtures Toxicology, Washington DC. Mar 7-10.

2011 Department of Environmental Sciences,  Baylor University  Mar 17

**2011 Department of Biology University of Alberta, Edmonton, Canada Apr 6.**

**2011 College of Environmental and Resource Science, Zhejiang University, Hanzhou, China August 15**

**2011 Institute of Urban Environment, Chinese Academy of Sciences, Xiamen China August 17**

**2011 College of Oceanography and Environmental Science, Xiamen University, Xiamen China August 19**

2011 Keynote Speaker: Fragranced Personal Care Products and Environmental Change: Scientific, Social, and Policy Perspectives.  UC Davis,  IGERT Workshop Sept 16

2011  Keynote Speaker: State of California Regional Monitoring Program Annual Meeting. Oakland Mariott, October 4.

2011 WEFTEC Workshop Designer Water: CECs and The California State Water Resources Control Board CEC Panel Findings and Implications. Los Angeles Conventions Center,  October 15.

**2011 Chinese 1st International Workshop on Environment and Health. Institute of Urban Environment Chinese Academy of Sciences. Xiamen, China Dec 14.**

**2011 Workshop on Environmental Toxicology and Publishing Xiamen University Dec 14-20.**

2012 Mote Marine Laboratory, Sarasota Florida  Jan 9.

**2012 School of Life and Environmental Sciences, Deakin University, Warrnambool, Australia Mar 30.**

2012 Environmental Toxicology Program, Clemson University, SC  Apr 5.

2012 Invited Speaker; Presidential Inauguration of Paul Ferguson, University of Maine, Orono, Maine Apr 19.

2012 Department of Biochemistry and Marine Sciences, University of Maine, Orono, Maine.  Apr 20.

2012 Invited Speaker; Experimental Biology Meetings; Comparative and Evolutionary Physiology Section;  San Diego, CA Apr 23.

2012  Earth 101: Where's your Water From?  UCR Extension, May 10

**2012 Oekotoxzentrum Centre Ecotox,  EAWAG/EPFL, Zurich, Switzerland; May 25.**

2012 Arlington Rotary Club, Riverside, CA August 21.

2012 Invited Speaker, Commemorating the 50th Anniversary of Silent Spring; Society of Environmental Toxicology and Chemistry Nov 12.

2012 Invited Speaker, Prioritizing Contaminants of Emerging Concern (CECs) for Monitoring in California. Society of Environmental Toxicology and Chemistry Nov

9

13.

**2012 Unidad de Química Sisal, UNAM.  Yucatan, Mexico  November 28**
2013 Environmental Toxicology Graduate Program, University of California, Riverside, CA January 8.
2013 Webinar California Water Quality Monitoring Collaboration Network,  Feb 14.
2013 Marine Science Institute, University of Texas, Port Aransas, TX, Mar 28
**2013 University of Western Australia Oceans Institute, Perth Australia July 4.**
2013 USGS Columbia, Mo. Aug 23.
2013 State of California Pilot Study on Monitoring of Constituents of Emerging Concern in Aquatic Ecosystems, SCCWRP Costa Mesa, CA  Sept 12
2013 National Academy of Sciences, EPA Laboratory Efficiency, Washington DC Sept 17
**2013 International Workshop on Risk Management and Control of Chemicals, Dalian, China Oct 14**
**2013 Norwegian Institute for Water Research, Oslo, Norway Oct 22**
**2013 4th Fresenius Conference,  Dusseldorf, Germany Oct 25**
2014 National Academy of Sciences, Risk and Ecological Effects of Greywater Jan 21
2014 Southern California Coastal Water Research Project Jan 23
2014 3rd International Salinity Forum, Riverside, CA June 17
**2014 XIII  Brazilian Ecotoxicology Congress; Guarapari Brazil.  Sept 24**
**2014 Química e Ciências Ambientais; IBILCE – UNESP; São José do Rio Preto, Brazil  Sept 29**
**2014 Departamento de Bioquimica, CCB; Lab.Biomarcadores de Contaminacao Aquatica e Imunoquímica; Nucleo de Estudos em Patologia Aquicola, CCA; Universidade Federal De Santa Catarina; Florianopolis Oct 6**
**2014 Universidade Federal De Santa Catarina;  Programa de Pos-graduaco em aquicultura;  Florianopolis, Brazil  Oct 7**
2015 Superfund Research Program  Webinar, Understanding Aging in Contaminant Bioavailability and Remediation, NIEHS Feb 9
2015 Department of Environmental and Molecular Toxicology, Oregon State University, Corvallis, Feb 12
**2015 Department of Biology University of Alberta, Edmonton, Canada Apr 3.**
**2015 Murdoch University, Perth, Western Australia Apr 17.**
**2015 CSIRO, Adelaide, Southern Australia Apr 24.**
**2015 CSIRO, Lucas Heights, Sydney, New South Wales, Australia Apr 27.**
2015 Integrated Toxicology Program, Duke University May 6.
2015 Center for Environmental and Human Toxicology, University of Florida  Aug 24.
**2015 Química e Ciências Ambientais; IBILCE – UNESP; São José do Rio Preto, Brazil  Sept 17**
**2015 Laboratório de Toxicologia Ambiental Escola Nacional de Saúde Pública – ENSP Fundação Oswaldo Cruz – FIOCRUZ, Rio De Janeiro, Brazil Sept 11**
2015 International Symposium on Persistent and Toxic Substances, Riverside, CA Nov 16.
2016  Society of Toxicology, New Orleans, LA Mar 13.
2016  Biological Sciences Club, Hendrix University, Conway AR, Mar 17.
2016  Department of Pharmacology and Toxicology, University of Arkansas for Medical Sciences, Little Rock, AR Mar 18.

10

2016 Interagency Ecological Program; California Department of Water Resources, Folsum, CA Apr 20.

**2016  School of Life and Environmental Sciences, Deakin University-Warrnabool, Victoria, Australia Apr 27**

**2016 College of Science; Sungkyunkwan University, Korea July 7**

**2016 Panelist for Singapore International Water Week "Hot Topics: Bioanalytical Tools for Water Quality July 11.**

2016 National Academy of Sciences, Implementation of Adverse Outcome Pathways in the Ecological Risk Assessment of RNAi products. July 29

**2016 International Symposium for Toxic and Persistent Substances; Leipzig Germany. October 12.**

2016 Department of Biological Sciences, University of North Texas, Denton TX. October 14.

2016 Southern California Society of Environmental Toxicology and Chemistry, Fullerton, CA. October 26.

2016  National Water Research Institute, Clarke Award Ceremony, Newport, CA Nov 4

2016 North American Society of Environmental Toxicology and Chemistry, Orlando Florida Nov 8.

2016  Integrated Toxicology and Environmental Health Program, Duke University, Durham, NC  Dec 2

2016  Superfund Research Program, 50 year Anniversary of NIEHS, NIH-FEST, Research Triangle Park, NC Dec 6.

2017 Workshop on Contaminants in the San Francisco Bay-Delta: Approaches to Evaluate Effects of Multiple Stressors; Using Adverse Outcome Pathways to characterize mixture interactions of San Francisco Bay Delta contaminants on fish feminization and the potential impact of climate change as a non-chemical stressor. UC-Davis, CA  Jan 31.

2017 American Chemical Society, San Francisco, CA Apr 5.

2017 Toxicology Program, Iowa State University, Ames IA Apr 18.

**2017 Wuhan China Academy of Science (Hydrobiology) June 21.**

**2017 Qingdao China Academy of Science (Fisheries) June 23.**

**2017 Ocean University of China, Qingdao, China June 23.**

**2017 Yantai China Academy of Science (Coastal zone policy), June 25.**

**2017 Shenyang China Academy of Science (Applied Ecology), June 27.**

**2017 Shenyang University Department of Soil Science, June 27.**

**2017 Fish Toxicology In Silico Workshop, Kristianeberg, Sweden Aug 17.**

**2017 International Society for the Study of Persistent and Toxic Substances (Keynote speaker);  Nagoya, Japan September 26.**

2017  Environmental Toxicology Seminar, Clemson University (Webinar) September 20

2017  Wavelength Brewery;  Vista, CA  Oct 6.

**2017 Peking University  Beijing, China Oct 16.**

**2017 Center for Eco-Environmental Sciences, Chinese Academy of Science. Beijing, China Oct 17.**

**2017  Center for Ecotoxicology Chinese Academy of Sciences, Beijing, China  Oct 17**

**2017 Zhejiang University of Science and Technology, Hangzhou, China Oct 19**

**2017  National Conference for Environmental Chemistry Hangzhou, China Oct 20 and Oct 21.**

**2017 Fish Physiology and Aquaculture Meetings  Xiamen University, China Oct 23.**

11

2017 Center of Environmental Science Jinan University, Guangzhou, China Oct 24.

2017 Department of Environmental Sciences, Chinese University of Hong Kong Oct 25.

2017 Department of Environmental and Chemical Engineering, Hong Kong Polytechnic University Oct 26.

2017 Environmental Sciences Seminar, Hong Kong University Oct 27.

2017 International Research Institute of Stavanger, Norway Dec 6.

2018 International Symposium on Chemicals Risk Prediction and Management (ISCRPM) (Keynote). Dalian China April 25

2018 5th National Ecotoxicology Meeting of China (Keynote) Dalian, China April 26.

2018 South China Normal University Guangzhou, China April 30

2018 Guangzhou University Guangzhou China May 1

2018 Zhejiang University, Hangzhou, China  May 2

2018 Shanxi University, Tiayuan, China  May 3

2018 Society of Environmental Toxicology and Chemistry, Rome Italy May 14

2018 Association for the Sciences of Limnology and Oceanography, Victoria, Canada June 11

2018 Núcleo em Ecologia e Desenvolvimento Socioambiental de Macaé (NUPEM/UFRJ) Universidade Federal do Rio de Janeiro, Brazil  June 19

2018 Department of Biology FURB - Universidade Regional de Blumenau, Brazil June 26

2018  Water Environment Research Foundation Compounds of Emerging Concern Research Needs: Where do we go from here? Lakewood, CO  Sept 27.

2018 State Key Laboratory of Food Science and Technology, Jiangnan University Wuxi, China Oct 24

2018 Unidad de Química Sisal, UNAM.  Yucatan, Mexico  November 29

2019 National Water Research Institute, Fountain Valley California.  Jan 11.

2019 Department of Biochemistry and Microbiology, University of Victoria, Canada March 15.

2019  Department of Chemistry, Bioscience and Environmental Engineering. University of Stavanger, Norway Mar 28.

2019 Department of Environmental Sciences, Zhejiang University, Hangzhou, China Apr 24.

2019 International Symposium on Chemical Risk Prediction and Management (Keynote). Guangzhou University Apr 26.

2019 6th National Ecotoxicology Meeting of China (Keynote) Guangzhou, China April 28.

2019 Núcleo em Ecologia e Desenvolvimento Socioambiental de Macaé (NUPEM/UFRJ) Universidade Federal do Rio de Janeiro, Brazil  June 5.

2019 International Conference on Marine Pollution and Ecotoxicology.  Plenary Speaker Hong Kong, June 11.

2019 11th International Symposium of Environmental Geochemistry. Keynote Speaker.  Beijing University.  Aug 9.

2019 School of Environmental Science and Technology, Dalian University of Technology Aug 11.

2019 School of Ocean and the Environment Dalian University of Technology, Panjin Campus. Aug 12.

12

2019 National Conference for Environmental Chemistry Tianjin, China Aug 16 and 17.
2019 National Geographic Educating the Educators Workshop, Qui Nonh, Vietnam Aug 19-20.
2019 National Aquaculture Research Institute, Nanning, China Aug 26.
2019 Institute of Hydrobiology, Chinese Academy of Science, Wuhan, Aug 30.
2019 International Symposium of Environmental Science and Technology, Hangzhou, China (Keynote and Plenary) Sept 26 and Sept 27.
2019 Department of Environmental Science and Engineering, Nankai University, Sept 28.


GRANTS

CURRENT SUPPORT

--Gulf of Mexico Research Initiative; Relationship of Effects of Cardiac Outcomes in fish for Validation of Ecological Risk (RECOVER) II. (University of Miami-PI) co-PI; 2018-2021. $6.0M/290,232

--California Department of Fish and Game; Impacts of climate change on pesticide bioavailability and sublethal effects on juvenile Chinook salmon in the Delta: Potential benefits of floodplain rearing PI 2018-2021. $963,408

--Metropolitan Water Districts of Southern California; Cost-share for CDFG grant. PI 2019-2021. $100,000


PAST SUPPORT

--Arkansas Science and Technology Authority: Basic Science
"Metabolism of Off-Flavor Chemicals in Channel Catfish". PI 1992-1993 $36,780.

--USFDA "Efficacy of Copper Sulfate in Channel Catfish for the Treatment of Tetrahymena Infestations". PI 1993-1994 $33,250.

--Marine Biological Association of United Kingdom Scientific Fellowship
"Role of Flavin-containing Monooxygenase in osmoregulation". PI 1993-1994 $3,000.

--UAMS Pilot Study Award "Use of Metallothionein as a Biomarker for Heavy Metal Contamination of Aquatic Ecosystems". PI 1993 $9,000.

--Arkansas Science and Technology Authority/Southern Farmer Services--Applied Science "Potential Feed Additives for Off-Flavor in Catfish". PI 1994-1996 $54,000.

--University of Mississippi Faculty Small Grant Award "Effect of Arsenic on Metallothionein Expression in Channel Catfish". PI 1995 $3,000.

13

--USFDA "Efficacy of Copper Sulfate in Channel Catfish for the Treatment of Ichthyopthirius Infestations". PI 1995-1996 $31,441.

--Southern Farmers Services, Inc. "Enhancing the Elimination of Off-Flavor from Channel Catfish: A Biochemical Approach". PI 1995-1997 $52,000.

--United States Environmental Protection Agency "Mississippi EPSCOR Program: Co-PI 1995-1997 $548,784.

--University of California at Davis Subcontract "Analysis of metallothionein and copper in rainbow trout". PI 1996-1997 $7,542.

--United States Department of Agriculture "Reduction of 2-Methylisoborneol uptake and induction of MIB metabolism and elimination in catfish". PI 1996-1999 $60,000.

--Marine Biological Association of United Kingdom Scientific Fellowship "Role of Flavin-containing Monooxygenase in Osmoregulation". PI 1997 $1,000.

--National Institutes of Health "Initiative for Minority Student Development" Co-PI 1997-1998 $467,704.

--Marine Biological Association of United Kingdom Scientific Fellowship "Role of Flavin-containing Monooxygenase in Osmoregulation". PI 1998 $1,000.

--Hudson River Foundation "Assessment of Environmental Estrogens in the Hudson River drainage system" PI 1998-1999 $78, 054.

--United States Geological Survey; Mississippi Water Resource Institute "Assessment of Environmental Estrogens in wastewater: Potential for developmental and Reproductive Toxicity in Fish" PI 1997-2000 $157,683.

--United States Department of Agriculture "Environmental Assessment for the Use of Copper in Fish Aquaculture" PI 1997-2001 $48,609.

--United States Department of Agriculture "Toxicological Evaluaton of a Cyanobacteria-Specific Biocide. Co-PI 2000-2001 $22,578.

--Louisiana Crayfish group "Fipronil Toxicity Testing the Crawfish (*Procambrius clarki*)"2000-2001 PI $46,922.

--United States Environmental Protection Agency "Effects of interacting stressors in agricultural ecosystems: mesocosm and field evaluation of multi-level indicators of wetland responses" Co-PI 1998-2001 $897,634

--United States Environmental Protection Agency "Mechanism of salinity induced toxicity of aldicarb in euryhaline fish" PI 1997-2001 $263,149.

14

--New York SEAGRANT  "Estrogenicity of Municipal Sewage Treatment Plant Effluents: Vitellogenic and Estrogen Receptor Responses in Striped Bass"  Co-PI 2000-2001 $239,151*

--University of California, Division of Agriculture and Natural Resources Hatch Funds "Relationships between salinity and pesticide accumulation in biota"  2001-2002 PI-$8,500.

--Southern California Coastal Water Research Project, "Threshold response of salmonid fish to dietary selenium for TMDL implementation" PI- 2001-2002. $17,370*

--University of California Institute for Mexico and the United States (UC-MEXUS) "Effects of contaminants present in the Colorado River Delta on nest success of yuma clapper rails (*Rallus longirostris yumanensis*) and burrowing owls (*Speotyto cunicularia*) Co-PI 2001-2002  $25,000.

--United States Civilian Research and Development Foundation "Research on the current status of Biodiversity and Water Quality in Dniester River, Moldova"  Co-PI  2001-2002 $35,000.

--Coastal Marine Institute- Minerals Management Service "Use of Biological Endpoints in Flatfish to Establish Sediment Quality Criteria for Polyaromatic Hydrocarbon Residues and Assess Remediation Strategies"  PI-2001-2003 $129,492.

--Hudson River Foundation. "Characterization of Estrogenic Effluent from Yonkers, NY: Determining the Composition and Potency of Estrogenic Chemicals."2002-2003  CoPI-$72,910.

--University of California Marine Council  "Environmental Monitoring and Assessment of Environmental Estrogens in Marine Sediments of California"  PI- 2002-2004 $443,379. (Co-PIs; David Sedlak, Ron Tjeerdema).

--University of California Water Resources Institute "Use of Bioassays to Assess the Water Qualtiy of Wastewater Treatment Plants for the Occurrence of Estrogens and Androgens.  2002-2004 $58,000

--San Francisco Estuarine Institute "Effects of nonylphenol on the estrogenic activity of selected aquatic pesticides"PI-2003-2005 $33,980.

--UC Mexus "Effects of contaminants on shellfish fisheries of Baja California Sur" Co-PI 2004-2005 $10,000.

--Water Environment Research Foundation "Use of Japanese Medaka as an On-Line Screening Platform for the Evaluation of Potable Water" PI-2003-2006  $309,868. (Co-PIs; David Hinton; Greg Woodside).

--Civilization Research Defense Fund (Department of Defense) "Accumulation and effects of Trace Elements on Fish Growth and Development" PI-2005-2007 $30,000.

15

--Southern California Coastal Research Project "Vitellogenin and Histopathology Endpoints in Hornyhead turbot from the Southern California Bight" PI-2007-2008 $72,000

--Orange County Sanitation District "Utilization of Sublethal Endpoints Across Biological Hierarchies to Evaluate Impacts of Wastewater on Fishery Health" PI-2005-2008 $150,000.

--USDA/NRI "Enantioselectivity of Current Chiral Insecticides in Soil and Sediment Environment" Co-PI 2005-2008 $405,000 (PI- Jay Gan).

--National Institutes of Health Superfund (University of Washington PI) Impact of hypersaline water on pesticide activation in Coho Salmon co-PI 2006-2009 $135,000.

--Southern California Coastal Research Project "Vitellogenin in Hornyhead turbot from the Southern California Bight" PI-2009    $8,400

--US Army Corp of Engineers "Do ordinance related compounds affect the endocrine system in reptiles?" PI- 2007-2009 $100,000.

--Calfed Bay Delta Program "Identifying the Causes of Feminization of Chinook Salmon in the Sacramento and San Joaquin River system: Co-PI- 2006-2010 $1,200.000 (PI-David Sedlak).

---California Department of Water Resources (Michael Anderson PI) Specialized environmental, biological, and technical support for activities related to development of Species Conservation Habitat (SCH) at the Salton Sea.; co-PI 2010-2011 $92,404.

--Bay Delta Science Program (University of California, Berkeley PI) Impact of urbanization on Chinook salmon, steelhead trout, and their prey: a case study of the American River. Co-PI 2011-2014 $55,000.

-- National Institutes of Environmental Health Science: Development of Stable Isotope Methods to Evaluate Bioavailability (Jay Gan PI) co-PI 2011-2014 $228,000

--Southern California Coastal Water Research Program, Evaluating Bioanalytical Methods. 2011-2014 $160,000.

---National Institutes of Environmental Health Science: Superfund Basic Research (University of Washington PI) Impact of hypersaline water on pesticide activation in Coho Salmon co-PI 2009-2015 $310,000.

---Riverside Department of Public Health. Residue Analysis of P-listed Pharmaceutical Containers for Warfarin and Nicotine. 2013-2014 $30,340

--Tobacco Related Disease Research Program : Assessing Toxicity of Tobacco Product Waste to Humans (San Diego State University PI) co-PI 2013-2017 $38,000.

16

--USGS Human and Ecological Health Impacts Associated with Water Reuse: Engineered Systems for Removing Priority Emerging Contaminants (University of South Carolina PI) co-PI  2015-2017 $83,333

--National Institutes of Environmental Health Science: Superfund Research Program-Exploring the Importance of Aging in Contaminant Bioavailability and Remediation (Jay Gan PI)  co-PI 2014-2018  $868,669/$195,730

--Gulf of Mexico Research Initiative; Relationship of Effects of Cardiac Outcomes in fish for Validation of Ecological Risk (RECOVER) I. (University of Miami-PI) co-PI 2015-2018. $10.2M/834,754

17

PUBLICATIONS

1. D. Schlenk and W.H. Gerwick (1986) Dilophic acid, a diterpenoid from the tropical brown seaweed (*Dilophus guineensis*). Phytochemistry 26: 1081-1084.

2. D. Schlenk and D.R. Buhler (1988) Cytochrome P-450 and Phase II activities in the gumboot chiton, (*Cryptochiton stelleri*). Aquatic Toxicology 13:167-182.

3. D. Schlenk and D.R. Buhler (1989) Determination of multiple forms of cytochrome P 450 in microsomes from the digestive gland of (*Cryptochiton stelleri*). Biochemical and Biophysical Research Communications 163:476-480.

4. D. Schlenk and D.R. Buhler (1989) Xenobiotic biotransformation in the Pacific oyster (*Crassostrea gigas*). Comparative Biochemistry and Physiology 94C:469-475.

5. D. Schlenk and D.R. Buhler (1990) Flavin-containing monooxygenase activity in the gumbot chiton (*Cryptochiton stelleri*). Marine Biology 104:47-50.

6. D. Schlenk and D.R. Buhler (1990) The in vitro biotransformation of 2-aminofluorene in the western oyster (*Crassostrea gigas*). Xenobiotica 20:563-572.

7. D. Schlenk, P. Garcia and D.R. Livingstone (1991) Studies on myleoperoxidase activity in the common mussel (*Mytilus edulis*, L.). Comparative Biochemistry and Physiology 99C:63-68.

8. D. Schlenk and D.R. Buhler (1991) Flavin-containing monooxygenase activity in the rainbow trout (*Onchorynchus mykiss*). Aquatic Toxicology 20:13-24.

9. D. Schlenk and M. Brouwer (1991) Isolation of three copper metallothionein isoforms in the blue crab (*Callinectes sapidus*). Aquatic Toxicology 20:25-34.

10. D. Schlenk and D.R. Buhler (1991) Role of flavin-containing monooxygenase in the in vitro biotransformation of aldicarb in the rainbow trout (*Onchorynchus mykiss*). Xenobiotica 21:1583-1589.

11. D. Schlenk, D. Erickson, J.J. Lech and D.R. Buhler (1992) The in vivo disposition and biotransformation of aldicarb in rainbow trout (*Onchorynchus mykiss*). Fundamental and Applied Toxicology 18:131-136.

12. M. Brouwer, D. Schlenk, A. Ringwood, T. Hoexum-Brouwer (1992) Metal-specific induction of metallothionein isoforms in the blue crab (*Callinectes sapidus*) in response to single and mixed-metal exposure. Archives of Biochemistry and Biophysics 294:461-468.

13. D. Schlenk, A.R. Ringwood, T. Brouwer-Hoexum and M. Brouwer (1993) Crustaceans as models for metal metabolism: II. Induction and characterization of metallothionein isoforms from the blue crab (*Callinectes sapidus*). Marine Environmental Research 35:7-11.

18

14.  D. Schlenk and D.R. Buhler (1993) Immunological characterization of flavin-containing monooxygenases in the liver of rainbow trout (*Oncorhynchus mykiss*): sexual- and- age-dependent differences, and the effect of trimethylamine on enzyme regulation. Biochimica Biophysica. Acta 1156:103-106.

15.  D. Schlenk and M. Brouwer (1993) Induction of metallothionein mRNA in blue crabs treated with cadmium.  Comparative Biochemistry and Physiology 104C:317-321.

16.  D. Schlenk, M.J.J. Ronis, C.L. Miranda and D.R. Buhler (1993) Channel catfish liver monooxygenases: immunological characterization of constitutive cytochromes P450 and absence of active flavin-containing monooxygenases.  Biochemical Pharmacology 45:217-221.

17.  D. Schlenk (1993) A comparison of endogenous and exogenous substrates of the flavin-containing monooxygenases in aquatic organisms.  Aquatic Toxicology 26:157-162.

18.  D. Schlenk and C.T. Moore (1993) Distribution, uptake and elimination of the herbicide propanil in the channel catfish (*Ictalurus punctatus*). Xenobiotica 23:1017-1024.

19.  D. Schlenk (1994) Effect of 2-Methylisoborneol on Cytochrome P450 expression in channel catfish (*Ictalurus punctatus*). Aquaculture 120:33-44.

20.  U.A. Pillai, D. Schlenk, C. Frith, and P.W. Ferguson (1994) Effect of bleomycin-induced fibrosis on pulmonary metabolism of selected xenobiotics.  Journal of the Louisiana State Medical Society 146:260-267.

21.  D. Schlenk and C.T. Moore (1994) The effect of pH on the toxicity of copper sulfate to the ciliate protozoan (*Tetrahymena thermophila*).  Bulletin of Environmental Contamination and Toxicoloy 53:800-804.

22.  D. Schlenk, J. Bevers, A. Vertino, and C.E. Cerniglia (1994) Cytochrome P450-catalyzed S-oxidation of dibenzothiophene in the fungus (*Cunninghamella elegans*). Xenobiotia 24:1077-1083.

23.  D. Schlenk and R.Li-Schlenk (1994) Characterization of liver flavin-containing monooxygenase of the smooth dogfish shark (*Squalus acanthus*) and partial purification of liver flavin-containing monooxygenase of the silky shark (*Carcharhinus falciformis*). Comparative Biochemistry and Physiology 109B:655-664.

24.  D. Schlenk, M.J.J. Ronis, C. Miranda, and D. R. Buhler (1995) Effects of 2-methylisoborneol (MIB), and ethanol on the expression and activity of cytochrome P450s from the channel catfish (*Ictalurus punctatus*).  Journal of Fish Biology 46:282-291.

25.  L.D. Peters, D.R. Livingstone, S. Shehin, R.N. Hines, and D. Schlenk (1995) Characterization of hepatic flavin-containing monooxygenase from the turbot (*Scophthalmus maximus* L.).  Xenobiotica 25:121-131.

26.  Y.S. Zhang and D. Schlenk (1995) Induction and characterization of hepatic metallothionein expression from cadmium induced channel catfish (*Ictalurus punctatus*). Environmental Toxicology and Chemistry 14:1425-1432.

27.  D. Schlenk, J. Nix and Y.S. Zhang (1995) Expression of hepatic metallothionein messenger RNA in feral and caged fish species correlates with residual mercury levels. Ecotoxicology and Environmental Safety. 31:282-286.

28.  Rice, C.D. and D. Schlenk (1995) A comparision of immune function and P4501A activity following acute exposure to 3,3',4,4',5-pentachlorobiphenyl (PCB 126) in channel catfish (*Ictalurus punctatus*).  Journal of Aquatic Animal Health.  7:195-204.

29.  D. Schlenk (1995) Use of aquatic organisms as models to determine in the in vivo contribution of flavin-containing monooxygenases to xenobiotic biotransformation. Molecular Marine Biology and Biotechnology 4:323-330.

30.  D. Schlenk, L. Peters, S. Shehin-Johnson, R.N. Hines, and D.R. Livingstone (1995) Differential expression and activity of flavin-containing monooxygenases in euryhaline and stenohaline flatfishes indicates potential osmoregulatory role.  Comparative Biochemistry and Physiology 112C: 179-186.

31.  E. Gallagher, P.L. Stapleton, D.H. Slone, D. Schlenk, and D.L. Eaton (1996) Channel catfish glutathione S-transferase isoenzyme activity toward *anti*-benzo[a]pyrene-*trans*-7,8-didhydrodiol-9,10-epoxide.  Aquatic Toxicology 34:135-150.

32.  D. Schlenk (1996) Role of biomarkers in ecological risk assessment.  Human and Ecological Risk Assessment 2:251-256.

33.  D. Schlenk, E.J. Perkins, W.G. Layher and Y.S. Zhang (1996) Correlating metrics of fish health with cellular indicators of stress in an Arkansas bayou.  Marine Environmental Research 42:247-251.

34.  D. Schlenk, L.D. Peters, and D. R. Livingstone (1996) Down regulation of piscine flavin-containing monooxygenase activity by decreased salinity in euryhaline flounder (*Platichthys flesus*). Marine Environmental Research 42:339-343.

35.  D. Schlenk, E.J. Perkins, G. Hamilton, Y.S. Zhang, and W. Layher (1996) Correlation of hepatic biomarkers with whole animal and population/community metrics.Canadian Journal of Aquatic Sciences 53:2299-2309.

36.  D. Schlenk, L.D. Peters, and D.R. Livingstone (1996) Correlation of salinity with flavin-containing monooxygenase activity but not cytochrome P450 activity in the euryhaline fish (*Platichthys flesus*). Biochemical Pharmacology 52:815-818.

37.  E.J. Perkins, B. Griffin, K.M. Chan, and D. Schlenk (1997) Sexual differences in mortality and sublethal stress in channel catfish following a 10 week exposure to copper sulfate. Aquatic Toxicology 37:327-339.

20

38.  D. Schlenk, M. Chelius, S. Khan, and K.M. Chan (1997) Characterization of hepatic metallothionein expression in channel catfish (*Ictalurus punctatus*) by reverse transcriptase polymerase chain reaction.  Biomarker 2:161-167.

39.  B.R. Griffin, M.S. Hobbs, J.L. Gollon, D. Schlenk, F.F. Kadlubar, and C.D. Brand (1997) Effect of waterborne copper sulfate exposure on copper content of liver and axial muscle of channel catfish.  Journal of Aquatic Animal Health 9:140-147.

40.  E.J. Perkins and D. Schlenk (1997) Comparisons of uptake and depuration of 2-methylisoborneol in male, female, juvenile and 3MC-induced channel catfish.  Journal of the World Aquaculture Society 28:158-164.

41.  D. Schlenk, D. Stresser, A. Nimrod, L. Arcand and W.H. Benson (1997) Influence of B-naphthoflavone and methoxychlor pretreatment on the biotransformation and estrogenic activity of methoxychlor in channel catfish (*Ictalurus punctatus*). Toxicology and Applied Pharmacology 145:349-356.

42.  D. Schlenk, R. Pittman, L.A. Wolford, J. Steevens, and K.M. Chan (1997) Effects of arsenate, aresenite, and the herbicide, monosodium methyl arsenate on hepatic metallothionein and lipid peroxidation in channel catfish.  Comparative Biochemistry and Physiology 118C:177-183.

43. D. Schlenk, A. Elalfy and D.R. Buhler (1997) Down regulation of hepatic flavin-containing monooxygenase activity by 17B-estradiol in rainbow trout (*Oncorhynchus mykiss*). Comparative Biochemistry and Physiology 118C: 199-202.

44. D. Schlenk (1998) Invited review: Occurrence of flavin-containing monooxygenases in non-mammalian eukaryotic organisms.  Comparative Biochemistry and Physiology 121C: 185-195.

45.  D. Schlenk and C.D. Rice (1998) Effect of zinc and cadmium treatment on hydrogen peroxide-induced mortality and expression of cellular glutathione and metallothionein in a teleost hepatoma cell line.  Aquatic Toxicology 43:121-129.

46.  D. Schlenk and A. El-Afy (1998) Expression of branchial flavin-containing monooxygenase is directly correlated with salinity-induced aldicarb toxicity in the euryhaline fish (*Oryzias latipes*).  Marine Environmental Research 46:103-106.

47.  D. Schlenk, D. M. Stresser, J. Rimoldi, L. Arcand, J. McCants, A.C. Nimrod, and W.H. Benson (1998) Biotransformation and estrogenic activity of methoxychlor and its metabolites in channel catfish (*Ictalurus punctatus*) Marine Environmental Research 46:159-162

48.  C. D. Rice, D. Schlenk, J. Ainsworth, and A. Goksoyr (1998) Cross-reactivity of monoclonal antibodies against peptide 277-294 of rainbow trout CYP1A1 with hepatic CYP1A among fish.  Marine Environmental Research 46:87-91.

21

49. A. El-Alfy and D. Schlenk (1998) Potential mechanisms of the enhancement of aldicarb toxicity to Japanese medaka (Oryzias latipes), at high salinity. Toxicology and Applied Pharmacology 152:175-183.

50. D. Schlenk, J.L. Gollon, B.R. Griffin (1998) Efficacy of copper sulfate for the treatment of ichthyophthiriosis in channel catfish. Journal of Aquatic Animal Health 10:390-396.

51. D. Schlenk, K.B. Davis and B. Griffin (1999) Relationship between expression of metallothionein and sublethal stress in channel catfish following exposure to copper sulfate.Aquaculture 177:367-379.

52. E. J. Perkins and D. Schlenk (1998) Immunochemical charaterization of hepatic cytochrome P450 isozymes in the channel catfish: assessment of sexual, developmental, and treatment-related effects. Comparative Biochemistry and Physiology 121C: 305-310.

53. E. J. Perkins, A. El-Alfy and D. Schlenk (1999) In vitro sulfoxidation of aldicarb by hepatic microsomes of channel catfish *Ictalurus punctatus*. Toxicological Sciences 48:67-73.

54. G.M. Dethloff, D. Schlenk, S.Khan and H. C.Bailey (1999)The effects of sublethal copper toxicity on rainbow trout (*Oncorhynchus mykiss*) in soft water. I. Blood and biochemical parameters. Archives of Environmental Contamination and Toxicology 36:415-423.

55. G.M. Dethloff, D. Schlenk, J.T. Hamm, and H.C. Bailey (1999) The effects of copper and copper/zinc mixtures on physiological parameters of rainbow trout (*Oncorhynchus mykiss*). Ecotoxicology and Environmental Safety 42: 253-264 .

56. J.A. Steevens, M. Slattery, D. Schlenk, A. Aryl, and W.H. Benson (1999) Effects of ultraviolet light and polyaromatic hydrocarbon exposure on sea urchin development and bacterial bioluminescence. Marine Environmental Research 48: 1-19.

57. D. Schlenk, E.J. Perkins, W.B. Hawkins (1999) Effect of ethanol, clofibric acid and temperature on the uptake and elimination of 2-methylisoborneol in channel catfish (*Ictalurus punctatus*). Fish Physiology and Biochemistry 21:173-178.

58. D.Schlenk (1999) Necessity of defining biomarkers for use in ecological risk assessments. Marine Pollution Bulletin 39:48-53.

59. B.R. Griffin, K.B. Davis, D. Schlenk (1999) Effect of simulated copper sulfate therapy on stress indicators in channel catfish. Journal of Aquatic Animal Health 11:231-236.

60. E J Perkins and D.Schlenk (2000) In vivo metabolism, acetylcholinesterase inhibition, and toxicokinetics of aldicarb in channel catfish (*Ictalurus punctatus*). Toxicological Sciences 53:308-315.

61. M. McArdle, A. Elskus, A. McElroy, B. Larsen, W. Benson, and D. Schlenk. (2000) Differences of estrogenic response in two species, *Fundulus heteroclitus and Morone saxatilis*. Marine Environmental Research 50:175-179.

62. S. Thompson, F. Tilton, D. Schlenk, and W.H. Benson. (2000) Comparative vitellogenic response in three teleost species: Extrapolation to in situ field studies. Marine Environmental Research 50: 185-189.

63. E. Perkins, B.C. DeBusk and D.Schlenk (2000) Isolation and characterization of a novel cytochrome P450 (CYP2 family) isoform from channel catfish. Fish Physiology and Biochemistry 22:199-206.

64. D.Schlenk, W.C. Colley, A. El-Alfy, and R. Kirby (2000) Effects of the Oxidant, Potassium Permanganate, on the Expression of Gill MT mRNA and its Relationship to Sub-lethal Whole Animal Endpoints in Channel Catfish. Toxicological Sciences 54:177-182.

65. D. L. Straus, D. Schlenk, and J. E. Chambers (2000) Hepatic microsomal desulfuration and dearylation of chlorpyrifos and parathion in fingerling channel catfish: lack of effect from aroclor 1254  Aquatic Toxicology 50:141-149.

66. B.C. Debusk, S. Kumir  J. Rimoldi and D.Schlenk (2000) Phase I and II enzyme and activity levels in the gumboot chiton *Cryptochiton stelleri* following exposure to a dietary bromo-phenol, lanosol.  Comparative Biochemistry and Physiology 127C:133-142.

67. D. Schlenk, E.J. Perkins, and B.C. DeBusk (2000) 2-Methylisoborneol disposition in three strains of catfish: absence of biotransformation. Fish Physiology and Biochemistry23:225-232.

68. D.B. Huggett, I.A. Khan, J.C. Allgood, D.S.Block, D. Schlenk.  (2001) Organochlorine Pesticides and Metals in Select Botanical Dietary Supplements.  Bulletin of Environmental Contamination and Toxicology. 66:150-155

69. A. Elalfy, S. Grisle, and D. Schlenk (2001) Characterization of Salinity-enhanced toxicity of aldicarb to Japanese medaka: sexual and developmental differences. Environmental Toxicology and Chemistry 20:2093-2098.

70. D.B.Huggett, D.Schlenk, and B.R. Griffin (2001) Bioavailability of Copper in a Oxic Stream Sediment Receiving Aquaculture Effluent.  Chemosphere 44:361-367.

71. B. Larsen and D. Schlenk (2001) Effect of Salinity on Flavin-Containing Monooxygenase expression and activity in Rainbow Trout (Oncorhynchus mykiss). Journal of Comparative Physiology B 171: 421-429.

72. F. Tilton, W. H. Benson, and D. Schlenk (2001),Elevation of serum 17-β-estradiol in channel catfish following injection of 17-β-estradiol, ethynyl estradiol, estrone, estriol and estradiol-17-β-glucuronide. Environmental Toxicology and Pharmacology 9:169-172.

73. D.Schlenk, D. Huggett, D,B. Block, D.S., Grisle, S., Allgood, J.,Bennet, E., Holder, A.W., Hovinga, R.M. Bedient, P. (2001) Toxicity of Fipronil and its Degradation Products to *Procambarus sp.*: Field and Laboratory Studies. Archives of Environmental Contamination and Toxicology 41: 325-332.

74. F.X. Han, J.A. Hargreaves, W.L. Kingery, D.B. Huggett, D. Schlenk (2001) Accumulation, distribution, and toxicity of copper in sediments of catfish ponds receiving periodic copper sulfate applications. Journal of Environmental Quality 30:912-919.

75. Beeler, A. B.; Schlenk, D.; Rimoldi, J. M. Synthesis of fipronil sulfide, an active metabolite, from the parent insecticide fipronil. Tetrahedron Lett. (2001), 42(32), 5371-5372.

76. J. Wang, S. Grisle, and D.Schlenk (2001) Effects of salinity on aldicarb toxicity to juvenile rainbow trout (*Oncorhynchus mykiss*) and striped bass (*Morone saxatilis x chrysops*). Toxicological Sciences 64:200-207.

77. I.A.Khan, J. Allgood, L.A. Walker, E.A. Abourashed, D. Schlenk, W.H. Benson (2001) Determination of heavy metals and pesticides in ginseng products. J. AOAC Int. 84: 936-939.

78. B.Larsen, and D. Schlenk (2002) Effect of Urea and Temperature on the Expression and Activity of Flavin-Containing Monooxygenase expression in the liver and gill of rainbow trout (*Oncorhynchus mykiss*). Fish Physiology and Biochemistry 25:19-29.

79. D. Schlenk, B. Furnes, X. Zhou, and B.C. Debusk (2002) Cloning and sequencing of cytochrome P450 2X1 from channel catfish (*Ictalurus punctatus*). Marine Environmental Research 54:391-394.

80. J. R. Todorov, A. A. Elskus, D. Schlenk, P. L. Ferguson, B. J. Brownawell, and A. E. McElroy (2002) Estrogenic Responses of Larval Sunshine Bass (*Morone saxatilis* X *M. chrysops*) Exposed to New York City Sewage Effluent. Marine Environmental Research 54:691-695.

81. F.Tilton, W.H. Benson, and D.Schlenk (2002) Evaluation of Estrogenic Activity from a Municipal Wastewater Treatment Plant with Predominantly Domestic Input. Aquatic Toxicology 61:211-224.

82. A. El-alfy, E. Bernache, and D. Schlenk (2002) Effects of salinity on the uptake and elimination of aldicarb in Japanese medaka Aquatic Toxicology 61:225-232.

24

83. D.Schlenk,, E. Sapozhnikova, J.P. Baquirian, and A.Z.Mason (2002)  Utilization of biochemical and health endpoints in fish to guide analytical chemistry analyses of sediments.  Environmental Toxicology and Chemistry 21: 2138-2145.

84. A. El-Alfy, B. Larsen, and D. Schlenk (2002) Effect of Cortisol and Urea on Flavin Monooxygenase Activity and Expression in Rainbow Trout, *Oncorhynchus mykiss.* Marine Environmental Research 54:275-278.

85. A. El-Alfy, and D. Schlenk (2002) Effects of 17-beta estradiol and testosterone on the expression of flavin contianing monooxygenase mediated toxicity of aldicarb in Japanese medaka.  Toxicological Sciences 68:381-388.

86. D.B.Huggett, B.W. Brooks, B. Peterson, C.M. Foran, D. Schlenk. (2002) Toxicity of Select Beta-Adrenergic Receptor Blocking Pharmaceuticals ($\beta$-Blockers) on Aquatic Organisms.  Archives of Environmental Contamination and Toxicology 43:229-235.

87. D.B. Huggett, I.A. Khan, C.M. Foran and D. Schlenk (2003) Determination of Beta-Adrenergic Receptor Blocking Pharmaceuticals in United States Wastewater Effluent Environmental Pollution 121:199-205.

88. D. Schlenk, X. Zhang, C. Yeung, J. Zhang, J. Cashman, A. Rettie (2002) Role of flavin-containing monooxygenases in the sulfoxidation of aldicarb in humans.  Pesticide Biochemistry and Physiology 73: 67-73.

89. R. Riedel, D. Schlenk, D. Frank, B. Costa-Pierce (2002) Analyses of organic and inorganic contaminants in Salton Sea fish. Marine Pollution Bulletin 44:403-411.

90. L. A. Roy, J. L. Armstrong, K. Sakamoto, S. Steinert, E. Perkins, D. P. Lomax, L. L. Johnson and D.Schlenk (2003) The relationships of biochemical endpoints to histopathology, and population metrics in feral flatfish species collected near the municipal outfall of Orange County,CA. Environmental Toxicology and Chemistry 22:1309-1317.

91. B. Furnes, J., Feng, S..Sommer, and D. Schlenk (2003) Identification of novel variants of the flavin-containing monooxygenase gene family in African Americans. Drug Metabolism and Disposition  31:187-193.

92. J. R. Cashman, K. Camp, S. S. Fakharzadeh, P. V. Fennessey, R. N. Hines, O. A. Mamer, S. C. Mitchell, G. Preti, D. Schlenk, R. L. Smith, S. S. Tjoa, D. E. Williams and S. Yannicelli (2003)  Biochemical and Clinical Aspects of the Human Flavin-Containing Monooxygenase Form 3 (FMO3) Related to Trimethylaminuria. Current Drug Metabolism 4: 151-170.

93. D. Schlenk (2003) Use of Biochemical Endpoints to determine relationships between contaminants and impaired fish health in a freshwater stream.  Human and Ecological Risk Assessment 9:59-66.

94. Huggett, D.B., C.M. Foran, B.Brooks, J. Weston, B.P. Peterson, E.M. Marsh, D.Schlenk (2003) Comparison of In vitro and in vivo bioassays for estrogenicity in fractionated effluent from Municipal Wastewater Effluents. Toxicological Sciences 72:77-83.

95. J. M. Kuhajek and D. Schlenk (2003) Effects of the brominated phenol, lanosol, on cytochrome P-450 and glutathione transferase activities in Haliotis rufescens and Katharina tunicata. Comparative Biochemistry and Physiology 134C:473-479 .

96. V. Lattard, J. Zhang, Q., Tran, B. Furnes, D. Schlenk, J. R. Cashman (2003) Two novel polymorphisms of the FMO3 gene in Caucasians and African American populations: Comparative genetic and functional studies. Drug Metabolism and Disposition 31;854-860.

97. L.A. Roy, S. Steinert, S.M. Bay, D. Greenstein, Y. Sapozhnikova, O. Bawardi, I. Leifer and D. Schlenk (2003) Biochemical effects of PAH exposure in hornyhead turbot (Pleuronichthys verticalis) exposed to a gradient of PAH contaminated sediments collected from a natural petroleum seep in CA, USA. Aquatic Toxicology 65:159-169.

98. D. Schlenk, N. Zubcov, E. Zubcov (2003) Effects of salinity on the uptake, biotransformation and toxicity of dietary seleno-l-methionine to rainbow trout. Toxicological Sciences 75:309-313.

99. E. Zubcov, N. Boicenco D. Schlenk, L.Ungureanu, N. Zubcov, L. Biletchi, Z. Bogonin (2003) The influence of river Raut and Bic on the ecological state of the Dniester River. Buletinul Cadaemiei de Stiinte a Moldovei. Stiinte biologice, chimice si agricole. 1(290): 135-139.

100. E. Sapozhnikova, O. Bawardi, L.Roy, D. Schlenk, D (2004) Pesticides and PCBs in sediments and fish from the Salton Sea, California, USA. Chemosphere 55: 797-809.

101. K. K. Schrader, C. M. Foran, B. D. Holmes, D. K. Schlenk, N. P. D, Nanayakkara, B. T. Schaneberg (2004) Toxicological Evaluation of Two Anthraquinone-based Cyanobactericides. North American Journal of Aquaculture 66:119-124.

102. D. Schlenk, C. Yeung, A. Rettie (2004) Unique Stereoselective Sulfoxidation of Thioethers Indicates Novel Flavin-Containing Monooxygenase in Liver of Rainbow Trout. Marine Environmental Research 58:499-503.

103. B. Furnes and D.Schlenk (2004) Evaluation of Xenobiotic N- and S-oxidation by Variant Flavin-containing Monooxygenase 1 (FMO1) Enzymes. Toxicological Sciences 78: 196–203.

104. L. Xie, Y. Sapozhnikova, O. Bawardi, and D. Schlenk (2005) Evaluation of wetland and tertiary wastewater treatments for estrogenicity using in vivo and in vitro assays. Archives of Environmental Contamination and Toxicology 48: 82-87.

26

105. D. Schlenk, Y. Sapozhnikova, G. Cliff. (2005) Incidence of organochlorine pesticides in muscle and liver tissues of South African great white sharks *Carcharodon carcharias*. Marine Pollution Bulletin 50: 208-211.

106. B. Furnes and D.Schlenk (2005) Extrahepatic metabolism of carbamate and organophosphate thioether compounds by the FMO and P450 system. Drug Metabolism and Disposition  33: 214-218.

107. Y. Sapozhnikova,  E. Zubcova,  L. Ungureanu, L.Roy,  D. Schlenk (2005) Evaluation of pesticides and metals in fish of the Dniester river, Moldova  Chemosphere 60:196-205.

108.  D. Vidal,  S.Bay, D.Schlenk (2005) Effects of selenium accumulation on larval rainbow trout (*Oncorhynchus mykiss*). Archives of Environmental Contamination and Toxicology  49:71-75.

109. W. Liu, J. Gan, D. Schlenk, W. A. Jury (2005) Enantioselectivity in Environmental Safety of Current Chiral Insecticides. Proceedings of the National Academy of Sciences 102 : 701–706

110. C. Seruto,  Y. Sapozhnikova, D.Schlenk (2005) Evaluation of the Relationships Between Biochemical Endpoints of PAH Exposure and Physiological Endpoints of Reproduction in Male California Halibut (*Paralichthys californicus*) Exposed to Sediments from a Natural Oil Seep. Marine Environmental Research 69:454-465.

111. Y. Sapozhnikova,  E. Zubcova,  L. Ungureanu, S. Hungerford,  D. Schlenk (2005) Evaluation of organic and inorganic compounds in sediments of the Dniester River, Moldova . Archives of Environmental Contamination and Toxicology 49:439-448.

112. D. Schlenk, Y. Sapozhnikova, M.A. Irwin, L. Xie, W.  Hwang, S. Reddy,  B.J. Brownawell,  J. Armstrong, M. Kelly, D. E. Montagne, E. P. Kolodziej, D. Sedlak, S.Snyder (2005) *In vivo* Bioassay Guided Fractionation of Marine Sediment Extracts from the Southern California Bight for Estrogenic Activity.  Environmental Toxicology and Chemistry 24:2820-2826.

113. L. Xie, K. Thrippleton, M.A. Irwin, G. S. Siemering, A. Mekebri, D. Crane, K. Berry and D. Schlenk (2005).  Evaluation of Estrogenic Activities of Aquatic Herbicides and Surfactants Using A Rainbow Trout Vitellogenin Assay.  Toxicological Sciences 87: 391-398.

114. P.B. Bedient, R.D. Horsak, D.Schlenk, R.M. Hovinga, J.D. Pierson (2005) Environmental impact of fipronil to the Louisiana crawfish industry.  Environmental Forensics 6: 289-299.

27

115. J. Garcia-Hernandez, Y.Sapozhnikova, D.Schlenk, Z. Mason, O. Hinojosa (2006) Evaluation of avian health in the Colorado River delta, Mexico. Environmental Toxicology and Chemistry 25:1640-1647.

116. M.A. Rempel, J. Reyes, S. Steinert, W. Hwang, J. Armstrong, K. Sakamoto, K. Kelley, and D. Schlenk (2006) Evaluation of Relationships Between Reproductive Metrics, Gender and Vitellogenin Expression in Demersal Flatfish Collected Near the Municipal Wastewater Outfall of Orange County, California, USA. Aquatic Toxicology 77:241-249.

117. J. Zha, Z. Wang, D. Schlenk (2006) Effects of pentachlorophenol on the reproduction of Japanese medaka (Oryzias latipes).   Chemico-Biological Interactions 161:26-36.

118. D. C. Hao, J. Sun, B. Furnes, D. Schlenk, M.X. Li, S. L. Yang and L. Yang (2006) Haplotype frequency distribution and linkage disequilibrium analysis of single nucleotide polymorphisms at the human FMO3 gene locus. Biochemical Genetics 44:391-407.

119. X. Deng, M. Carney, D. E. Hinton, S. Lyon, G. Woodside, C. N. Duong, S.-D. Kim, and D. Schlenk (2007) Biomonitoring Recycled Water in the Santa Ana River Basin in Southern California. Journal of Toxicology and Environmental Health 71:109-118.

120. X. Deng, M. A. Rempel, J. Armstrong, K. Sakamoto and D. Schlenk (2007) Seasonal Evaluation of Reproductive Status and Exposure to Environmental Estrogens in Hornyhead Turbot at the Municipal Wastewater Outfall of Orange County, CA. Environmental Toxicology 22:464-471.

121. L. Wang, W. Liu, C. Yang, Z. Pan, J. Gan, C. Xu, M. Zhao, Y. Ma, D. Schlenk (2007) Enantioselectivity in estrogenic potential and uptake of bifenthrin. Environmental Science and Technology 41: 6124-6128.

122. S. Raisuddin, K. W. H. Kwok, K. M. Y. Leung, D. Schlenk, J.-S. Lee (2007). The copepod Tigriopus: a promising marine model organism for ecotoxicology and environmental genomics. Aquatic Toxicology 83:161-173.

123. V.S. Gadepalli, J. M. Rimoldi, F. R. Fronczek, M. Nillos, J. Gan, X. Deng, G. Rodriguez-Fuentes, D. Schlenk (2007) Synthesis of fenthion sulfoxide and fenoxon sulfoxide enantiomers:  Effect of sulfur chirality on acetylcholinesterase activity. Chemical Research in Toxicology 20:257-262.

124. D. C. Hao, J. Sun, B. Furnes, D. Schlenk, M.X. Li, S. L. Yang, L. Yang (2007) Allele and genotype frequencies of polymorphic FMO3 gene in two genetically distinct populations. Cell Biochemistry and Function 25(4):443-53.

125. D.Schlenk, G. Batley, C. King, J. Stauber, M. Adams, S. Simpson, W. Maher, J. T. Oris (2007) Effects of light on microalgae concentrations and selenium uptake in bivalves exposed to selenium amended sediments.  Archives of Environmental Contamination and Toxicology 53:365-370.

126. O. Bawardi, J. Rimoldi, and D. Schlenk (2007) Impacts of hypersaline water on the biotransformation and toxicity of fenthion on rainbow trout (*Oncorhynchus mykiss*), Striped Bass (*Morone saxatilis* X *Morone chrysops*) and Tilapia (*Oreochromis mossambicus*). Pesticide Biochemistry and Physiology 88:321-327.

127. S. Mosadeghi, B. Furnes, A.Y.O. Matsuo, D. Schlenk (2007) Expression and Characterization of cytochrome P450 2X1 in channel catfish (*Ictalurus punctatus*). Biochimica Biophysica Acta 1770:1045-1052.

128. M. Nillos, G. Rodriquez-Fuentes, J. Gan, D. Schlenk (2007) Enantioselective Acetylcholinesterase Inhibition of the Organophosphorus Insecticides Profenofos, Fonofos and Crotoxyphos. Environmental Toxicology and Chemistry 26:1949-1954.

129. B.C. DeBusk, M. Slattery, Jang-Seu Ki, Jae-Seong Lee, R. Aparicio-Fabre, D.Schlenk (2008) Species differences and effects of soft coral extracts from *Sinnularia maximus* on the expression of cytochrome P4501A and 2N in butterflyfishes (*Chaetodon* spp.). Fish Physiology and Biochemistry 34:483–492.

130. M. Coronado, H. De Haro, X. Deng, M. A. Rempel,, R. Lavado, and D. Schlenk (2008) Estrogenic activity and reproductive effects of the UV-filter oxybenzone (2-hydroxy-4-methoxyphenyl-methanone) in fish. Aquatic Toxicology 90:182–187.

131. G. Rodrıguez-Fuentes, R. Aparicio-Fabre, Q. Li, and D. Schlenk (2008) Osmotic Regulation of a Novel Flavin-Containing Monooxygenase in Primary Cultured Cells from Rainbow Trout (*Oncorhynchus mykiss*). Drug Metabolism and Disposition 36:1212-1217.

132. D.Schlenk (2008) Are steroids really the cause for fish feminization? A mini-review of in vitro and in vivo guided TIEs. Marine Pollution Bulletin 57: 250–254.

133. D. Schlenk, (2008) Response to: Comments on "Evaluation of Estrogenic Activities of Aquatic Herbicides and Surfactants Using a Rainbow Trout Vitellogenin Assay" Toxicological Sciences 104:231-233.

134. M.A. Rempel, Y.Wang, J. Armstrong, D. Schlenk (2008). Uptake of estradiol from sediment by hornyhead turbot (*Pleuronichthys verticalis*) and effects on oxidative DNA damage in male gonads. Marine Environmental Research 66: 111-112.

135. J.-S. Lee, S. Raisuddin, D. Schlenk and (2008) *Kryptolebias marmoratus*: a potential model species for molecular carcinogenesis and ecotoxicogenomics. Journal of Fish Biology 72, 1871–1889.

136. A. Y.O. Matsuo, E. P. Gallagher, M. Trute, P. L. Stapleton, R. Lavado, D. Schlenk (2008) Characterization of phase I biotransformation enzymes in coho salmon (*Oncorhynchus kisutch*). Comparative Biochemistry and Physiology 147C:78-84.

137. G. Rodriguez Fuentes, J. Armstrong, D. Schlenk (2008) Characterization of muscle cholinesterases from two demersal flatfish collected near a municipal wastewater outfall in Southern California. Ecotoxicology and Environmental Safety 69: 466-471.

138. R. Lavado, J.E. Loyo-Rosales, E. Floyd, E.P. Kolodziej, S.A. Snyder, D.L. Sedlak, and D. Schlenk (2009). Site-specific profiles of estrogenic activity in agricultural areas of california's inland waters. Environmental Science and Technology 43: 9110-9116.

139. S. K. Krueger, M. C. Henderson, L. K. Siddens, J. E. VanDyke, A. D. Benninghoff, P. A. Karplus, B. Furnes, D. Schlenk, and D. E. Williams (2009) Characterization of Sulfoxygenation and Structural Implications of Human Flavin-Containing Monooxygenase Isoform 2 (FMO2.1) Variants S195L and N413K. Drug Metabolism and Disposition 37:1785–1791.

140. K.L. Richardson, G. Gold Bouchot, D.Schlenk (2009). The characterization of cytosolic glutathione transferase from four species of sea turtles – loggerhead (*Caretta caretta*), green (*Chelonia mydas*), olive ridley (*Lepidochelys olivacea*), and hawksbill (*Eretmochelys imbricata*). Comparative Biochemistry and Physiology 150: 279–284.

141. M.G. Nillos, S. Qin, C. Larive, D.Schlenk and J. Gan (2009) Epimerization of Cypermethrin Stereoisomers in Alcohols. Journal of Agricultural and Food Chemistry 57: 6938-6943.

142. X. Yi , E. Kim, H-J. Jung, D. Schlenk, and J. Jung (2009) A toxicity monitoring study on identification and reduction of toxicants from a wastewater treatment plant. Ecotoxicology and Environmental Safety 72:1919–1924.

143. M. G. Nillos, K. Lin, J. Gan, S. Bondarenko, and D. Schlenk (2009) Enantioselectivity in fipronil aquatic toxicity and degradation. Environmental Toxicology and Chemistry 28: 1825-1833.

144. C. N. Duong, D. Schlenk, N. I. Chang, and S. D. Kim (2009) The effect of particle size on the bioavailability of estrogenic chemicals from sediments. Chemosphere 76:395-401.

145. G. Rodriguez-Fuentes, C. Coburn, M. Currás-Collazo, G. Guillén D. Schlenk (2009) Effect of hyperosmotic conditions on flavin-containing monooxygenase activity, protein and mRNA expression in rat kidney. Toxicology Letters 187:115-118.

146. M. A. Rempel, H. Hong, Y. Wang, X. Deng, J. Armstrong, J. Gully, D. Schlenk (2009) Site-specific effects of 17 β-estradiol in hornhead turbot (*Pleuronichthys verticalis*) collected from a wastewater outfall and reference location. Environmental Research 109: 552-558.

30

147. K.N. Baer, S. Mosadeghi, and D.Schlenk (2009) The effects of pulp and paper mill effluents on the immune status of juvenile largemouth bass. Drug and Chemical Toxicology 32: 59-67.

148. M. A. Rempel, B. Hester, H. DeHaro, H. Hong, Y. Wang and D. Schlenk (2009) Effects of 17β-Estradiol, and its metabolite, 4-hydroxyestradiol on fertilization, embryo development and oxidative DNA damage in sand dollar (*Dendraster excentricus*) sperm. Science of the Total Environment 407: 2209-2215.

149. R. Lavado, J. M. Rimoldi, D. Schlenk (2009) Mechanisms of fenthion activation in rainbow trout (*Oncorhynchus mykiss*) acclimated to hypersaline environments. Toxicology and Applied Pharmacology 235:143-152.

150. M. E. Baker, B. Ruggeri, J. Sprague, C. Eckhardt, J. Lapira, I. Wick, L. Soverchia, M. Ubaldi, A. M. Polzonetti-Magni, D. Vidal-Dorsch, S. Bay, J. R. Gully, K. Kelley, D. Schlenk, E. C. Breen, R. Šášik and G. Hardiman (2009) Analysis of Endocrine Disruption in Southern California Coastal Fish using an Aquatic Multi-Species Microarray. Environmental Health Perspectives 117:223-230.

151. C.N.Duong, J.S. Ra, D. Schenk, H. K. Choi , S. D. Kim. (2010) Sorption of estrogens onto different fractions of sediment and its effect on vitellogenin expression in male Japanese medaka. Archives of Environmental Contamination and Toxicology, 59:147-156.

152. M.G. Nillos, J.Gan,, and D. Schlenk (2010) Chirality of Organophophorus Pesticides: Analysis and Toxicity. Journal of Chromatography B 878:1277–1284.

153. K.L. Richardson, D.Schlenk (2010). Polychlorinated biphenyls and biotransformation enzymes in three species of sea turtles from the Baja California peninsula of Mexico. Archives of Environmental Contamination and Toxicology 58:183-193.

154. M.G. Nillos, S. Chajkowski, J. Rimoldi, J. Gan, R. Lavado, D.Schlenk (2010) Stereoselective biotransformation of permethrin to estrogenic metabolites in fish. Chemical Research in Toxicology 23:1568-1575.

155. R. Lavado, D.Schlenk (2011) Microsomal biotransformation of chlorpyrifos, parathion and fenthion in rainbow trout (*Oncorhynchus mykiss*) and coho salmon (*Oncorhynchus kisutch*): mechanistic insights into interspecific differences in toxicity. Aquatic Toxicology 101: 57-63.

156. K. Richardson, D.Schlenk (2011) Biotransformation of 2,2',5,5'-tetrachlorobiphenyl (PCB 52) and 3,3',4,4'-tetrachlorobiphenyl (PCB 77) by liver microsomes from four species of sea turtles. Chemical Research in Toxicology 24: 718-725.

157. R. Lavado, L. Maryoung, D.Schlenk (2011) Hypersalinity Acclimation Increases the

31

Toxicity of the Insecticide Phorate in Coho Salmon (*Oncorhynchus kisutch*). Environmental Science and Technology 45: 4623-4629.

158. D. Schlenk and R. Lavado (2011) Impacts of climate change on hypersaline conditions of estuaries and xenobiotic toxicity.  Aquatic Toxicology 105: S78-S92.

159. X. Chen, L. Li , J. Cheng, L. L. Chan, D.-Z. Wang, K.-J.Wang, M. E. Baker, G. Hardiman, D. Schlenk, S. H. Cheng  (2011) Molecular staging of marine medaka: A model organism for marine ecotoxicity study.  Marine Pollution Bulletin 63: 309-317.

160.  X. Jiang, X. Li, P. K. S. Lam, S. H. Cheng, D. Schlenk, Y. Sadovy de Mitcheson, Y. Li, J. Gu, L. L. Chan (2011)  Proteomic analysis of hepatic tissue of ciguatoxin (CTX) 1 contaminated coral reef fish *Cephalopholis argus* and moray eel *Gymnothorax undulates*. Harmful Algae 13:65-71.

161. M. L. Brooks, E. Fleishman, L. R. Brown, P. H. Lehman, I. Werner, N. Scholz, C. Mitchelmore, J. R. Lovvorn, M. L. Johnson, D. Schlenk, S. van Drunick, J. I. Drever, D. M. Stoms, A. E. Parker, and R. Dugdale (2012) Life Histories, Salinity Zones, and Sublethal Contributions of Contaminants to Pelagic Fish Declines Illustrated with a Case Study of San Francisco Estuary, California, USA.  Estuaries and Coasts 35:603-621.

162. R. Lavado, D. Shi, and D. Schlenk (2012) Effects of salinity on the toxicity and biotransformation of l-selenomethionine in Japanese medaka (Oryzias latipes) embryos: Mechanisms of oxidative stress. Aquatic Toxicology 108:18-22.

163. N. L. Scholz, E. Fleishman, L. Brown, I. Werner, M. L. Johnson, M. L. Brooks, C. L. Mitchelmore, and D. Schlenk (2012) A perspective on modern pesticides, pelagic fish declines, and unknown ecological resilience in highly managed ecosystems. Bioscience 62:428-434.

164. V. Lorenzi, A.C. Mehinto, N. Denslow, and D.Schlenk (2012) Effects of exposure to the B-blocker propranolol on the reproductive behavior and gene expression of the fathead minnow, *Pimephales promelas*. Aquatic Toxicology 116:8-15.

165. D. Bulloch, R. Lavado, K. Forsgren, S. Beni, D. Schlenk,  C. Larive, (2012) Analytical and Biological Characterization of Halogenated Gemfibrozil Produced through Wastewater Chlorination. Environmental Science and Technology 46:5583-5589.

166. Jesus A. Reyes, Doris E. Vidal-Dorsch, Daniel Schlenk, Steven M. Bay, Jeffrey L. Armstrong, Joseph R. Gully, Curtis Cash, Michael Baker, Timothy D. Stebbins, Gary Hardiman, and Kevin M. Kelley (2012) Evaluation of reproductive endocrine status in hornyhead turbot sampled from Southern California's urbanized coastal environments. Environmental Toxicology and Chemistry 31:2689-2700.

32

167. K. L. Forsgren, X. Deng, G.-H. Lu, S. M. Bay, D. E. Vidal-Dorsch, J. Armstrong, J. R. Gully, D. Schlenk (2012) Annual and seasonal evaluation of reproductive status in hornyhead turbot at municipal wastewater outfalls in the southern California bight. Environmental Toxicology and Chemistry 31:2701-2710.

168. Steven M. Bay, Doris E. Vidal-Dorsch, Daniel Schlenk, Kevin M. Kelley, Keith A. Maruya, and Joseph R. Gully (2012) Integrated coastal effects study: Synthesis of findings. Environmental Toxicology and Chemistry 31: 2711-2722.

169. J. Finn, M.Hui, V. Li, V. Lorenzi, N. de la Paz, S. H. Cheng, L.L. Chan, D.Schlenk (2012). Effects of propranolol on heart rate and development in Japanese meaka (*Oryzias latipes*) and zebrafish (*Danio rerio*). Aquatic Toxicology 122-123: 214-221.

170. D. Schlenk, R. Lavado, J. Loyo-Rosales, W. Jones, L. Maryoung, N. Riar, I. Werner, and D. Sedlak (2012). Reconstitution Studies of Pesticides and Surfactants Exploring the Cause of Estrogenic Activity Observed in Surface Waters of the San Francisco Bay Delta. Environmental Science & Technology 46: 9106-9111.

171. M.H. Gjernes, D.Schlenk, A. Arukwe (2012) Estrogen receptor-hijacking by dioxin-like 3,3',4,4'-pentachlorobiphenyl (PCB126) in salmon hepatocytes involves both receptor activation and receptor protein stability. Aquatic Toxicology 124-125:197-208.

172. R. Lavado, R. Aparicio-Fabre, and D.Schlenk (2013) Effects of salinity acclimation on the pesticide metabolizing enzyme flavin-containing monooxygenase (FMO) in rainbow trout (*Oncorhynchus mykiss*). Comparative Biochemistry and Physiology Part C 157:9-15.

173. J.E. Drewes, P. Anderson, N. Denslow, A. Olivieri, D.Schlenk, S.A. Snyder, and K.A. Maruya (2013) Designing monitoring programs for chemicals of emerging concern in potable reuse- what to include and what not to include? Water Science and Technology 67:433-439.

174. K.L. Forsgren, N. Riar, D.Schlenk (2013) The effects of the pyrethroid insecticide, bifenthrin, on steroid hormone and gonadal development of steelhead (*Oncorhynchus mykiss*) under hypersaline conditions. General and Comparative Endocrinology 186:101-107.

175. Edward P. Kolodziej, Shen Qu, Kristy L. Forsgren, Sarah A Long, James B.Gloer,; Gerrad D.Jones,; Daniel Schlenk, Jonas Baltrusaitis, David M. Cwiertny (2013) Identification and Environmental Implications of Photo-Transformation Products of Trenbolone Acetate Metabolites. Environmental Science and Technology 47:5031-5041.

176. Lian-Jun Bao, Fang Jia, Jordan Crago, Eddy Y. Zeng, Daniel Schlenk, Jay Gan (2013) Assessing Bioavailability of DDT and Metabolites in Marine Sediments Using Solid Phase Microextraction with Performance Reference Compounds. Environmental Toxicology and Chemistry 32:1946-1953.

177. Doris E. Vidal-Dorsch, Steven M. Bay, Cataldo Ribecco, L. James Sprague, Mila Angert, Colleen Ludka, Oliana Carnevali, Darrin J. Greenstein, Daniel Schlenk, Kevin M. Kelley, Jesus A. Reyes, Shane Snyder, Brett Vanderford, Lan C. Wiborg, Dawn Petschauer, Roman Sasik, Michael Baker, Gary Hardiman (2013) Genomic and phenotypic response of hornyhead turbot exposed to municipal wastewater effluents. Aquatic Toxicology 140-141:174-184.

178. Brant Jorgenson, Erica Fleishman, Kate MacNeale, Daniel Schlenk, Nathaniel Scholz, Julann Spromberg, Inge Werner, Donald A. Weston, Qingfu Xiao, Thomas Young, Minghua Zhang (2013) Predicted Transport Of Pyrethroid Insecticides From An Urban Landscape To Surface Water. Environmental Toxicology and Chemistry 32:2469-2477.

179. Michael E. Baker, Doris E. Vidal-Dorsch., Cataldo Ribecco, L. James Sprague, Mila Angert, Narimene Lekmine, Colleen Ludka, Andrea Martella, Eugenia Ricciardelli, Steven M. Bay, Joseph R. Gully, Kevin M. Kelley, Daniel Schlenk, Oliana Carnevali, Roman Šášik , Gary Hardiman (2013) Molecular analysis of endocrine disruption in hornyhead turbot at wastewater outfalls in southern california using a second generation multi-species microarray. PLOS ONE 8(9) e75553 1-16.

180. Navneet Riar, Lindley Maryoung, and Daniel Schlenk (2013) Effects of salinity acclimation on the endocrine disruption and acute Toxicity of bifenthrin in freshwater and euryhaline strains of *Oncorhynchus mykiss*. Environmental Toxicology and Chemistry 32: 2779-2785.

181. Keith Maruya, Paul Anderson, Nancy Denslow, Jorg Drewes, Adam Olivieri, Geoff Scott, Shane Snyder, Daniel Schlenk (2014) An Adaptive, Comprehensive Monitoring Strategy for Chemicals of Emerging Concern (CECs) in California's Aquatic Ecosystems. Integrated Environmental Assessment and Management 10:69-77.

182. Ramon Lavado, Roseaura Aparicio-Fabre, Daniel Schlenk (2014) Effects of salinity acclimation on the expression and activity of Phase I enzymes (CYP450 and FMOs) in coho salmon (*Oncorhynchus kisutch*). Fish Physiology and Biochemistry 40:267–278.

183. Doris E. Vidal-Dorsch, Steven M. Bay, Darin Greenstein, Michael Baker, Gary Hardiman, Jesus Reyes, Kevin Kelley, Dan Schlenk, (2014) Biological responses of marine flatfish exposed to municipal wastewater effluent. Environmental Toxicology and Chemistry 33:583-591.

184. Beate Escher, Mayumi Allinson, Rolf Altenburger, Peter Bain, Patrick Balaguer, Wibke Busch, Jordan Crago, Andrew R. Humpage, Nancy Denslow, Elke Dopp, Klara Hilscherova, Anupama Kumar, Marina Grimaldi, B. Sumith Jayasinghe, Barbora Jarosova, Ai Jia, Sergej Makarov, Keith Maruya, Alex Medvedev, Alvina Mehinto, Jamie Mendex, Anita Poulsen, Erik Prochazka, Jessica Richard, Andrea Schifferli, Daniel Schlenk, Stefan Scholz, Fujio Shiraishi, Shane Snyder, Guanyong Su, Janet Tang, Bart Van Der Burg, Sander van der Linden, Inge Werner, Sandy Westerheide, Chris Wong, Min Yang, Bonnie Yeung, Xiaowei Zhang, Frederic Leusch (2014) Benchmarking

organic micropollutants in wastewater, recycled water and drinking water with in vitro bioassays. Environmental Science and Technology 48:1940-1956.

185. Varenka Lorenzi, Daniel Schlenk (2014) Impacts of Combined Salinity and Temperature Extremes on Different Strains and Species of Tilapia Inhabiting the Watershed of the Salton Sea. North American Journal of Aquaculture 76:211-221.

186. Ramon Lavado, Jiwen Li, John Rimoldi, Daniel Schlenk (2014) Evaluation of the stereoselective biotransformation of permethrin in human liver microsomes: Contributions of cytochrome P450 monooxygenases to the formation of estrogenic metabolites. Toxicology Letters 226:192-197.

187. Kady Lyons, Ramon Lavado, Daniel Schlenk, Christopher G. Lowe (2014) Bioaccumulation of organochlorine contaminants and EROD activity in southern California round stingrays (Urobatis halleri) exposed to planar aromatic compounds. Environmental Toxicology and Chemistry 33:1380-1390.

188. Kristy L. Forsgren, Shen Qu, Ramon Lavado, David Cwierty, Daniel Schlenk (2014) Trenbolone acetate metabolites promote ovarian growth and development in adult Japanese medaka (Oryzias latipes). General and Comparative Endocrinology 202:1-7.

189. Lindley A. Maryoung, Ramon Lavado, Daniel Schlenk (2014) Impacts of hypersaline acclimation on the acute toxicity of the organophosphate chlorpyrifos to salmonids. Aquatic Toxicology 152:284-290.

190. Allison Kupsco and Daniel Schlenk (2014) Mechanisms of selenomethionine developmental toxicity and the impacts of combined hypersaline conditions on Japanese medaka (Oryzias latipes). Environmental Science and Technology 48:7062-7068.
191. Fang Jia, Lian-Jun Bao, Jordan Crago, Daniel Schlenk, Jay Gan (2014) Use of Isotope Dilution Method (IDM) to Predict Bioavailability of Organic Pollutants in Historically Contaminated Sediments. Environmental Science and Technology 48:7966-7973.

192. David M. Cwierty, Shane A. Snyder, Daniel Schlenk, and Edward P. Kolodziej (2014) Environmental Designer Drugs: When Transformation May Not Eliminate Risk. Environmental Science and Technology 48: 11737-11745.

193. Woo-Keun Kim, Sung-Kyu Lee, June-Woo Park, Kyung ho Choi, Jordan Crago, Daniel Schlenk, Jinho Jung (2014) Integration of multi-level biomarker responses to cadmium and benzo[k]fluoranthene in the pale chub (Zacco platypus). Ecotoxicology and Environmental Safety 110:121-128.

194. Jordan Crago, Kelly Tran, Anthony Budicin, Benjamin Schreiber, Ramon Lavado, Daniel Schlenk (2014) Exploring the impacts of two separate mixtures of pesticide and surfactants on estrogenic activity in male Fathead minnows and rainbow trout. Archives of Environmental Contamination and Toxicology 68: 362-370.

195. Michael E. Baker, L. James Sprague, Cataldo Ribecco, Barbara Ruggeri, Narimene

Lekmine, Colleen Ludka, Ivan Wick, Laura Soverchia, Massimo Ubaldi, Roman Šášik, Daniel Schlenk, Kevin M. Kelley, Jesus A. Reyes and Gary Hardiman (2014) Application of a targeted endocrine q-PCR panel to monitor the effects of pollution in southern California flatfish. Endocrine Disruptors, 2:1, e969598, DOI: 10.4161/23273739.2014.969598.

196. Daryl Bulloch, Eric Nelson, Steve Carr, Chris Wissman, Jeff Armstrong, Daniel Schlenk, and Cynthia Larive (2015) Occurrence of halogenated transformation products of selected pharmaceuticals and personal care products in secondary and tertiary treated wastewaters from Southern California. Environmental Science and Technology 49:2044-2051.

197. Donald P. Weston, Daniel Schlenk, Navneet Riar, Michael J. Lydy, Marjorie L. Brooks (2015) Effects of pyrethroid insecticides in urban runoff on Chinook salmon, steelhead trout, and their invertebrate prey. Environmental Toxicology and Chemistry 34:649-657.

198. Lindley A. Maryoung, Brian Blunt, Keith B. Tierney, and Daniel Schlenk (2015) Sublethal toxicity of chlorpyrifos to salmonid olfaction after hypersaline acclimation. Aquatic Toxicology 161:94-101.

199. Daniel Schlenk and David E. Williams (2015) In Memorium: Donald Raymond Buhler (1925-2014) Aquatic Toxicology 162:A1-A2.

200. Andréia Arantes Felício, Thiago Estevam Martins Parente, Lucilene Regina Maschio, Lílian Nogueira, Larissa Paola Rodrigues Venancio, Mauro de Freitas Rebelo, Daniel Schlenk, Eduardo Alves de Almeida (2015) Biochemical responses, morphometric changes, genotoxic effects and CYP1A expression in the armored cat fish *Pterygoplichthys anisitsi* after 15 days of exposure to mineral diesel and biodiesel. Ecotoxicology and Environmental Safety 115:26-32.

201. Jordan Crago and Daniel Schlenk (2015) The effect of bifenthrin on the dopaminergic pathway in juvenile rainbow trout (*Oncorhynchus mykiss*). Aquatic Toxicology 162:66-72.

202. Gabriela Rodríguez-Fuentes, Fernando J. Rubio-Escalante, Elsa Noreña-Barroso, Karla S. Escalante-Herrera, Daniel Schlenk (2015) Impacts of oxidative stress on acetylcholinesterase transcription, and activity in embryos of zebrafish (*Danio rerio*) following chlorpyrifos exposure. Comparative Biochemistry Physiology 172-173:19-25.

203. Thiago Scremin Boscolo Pereira, Camila Nomura Pereira Boscolo, Danilo Grünig Humberto da Silva, Sergio Ricardo Batlouni, Daniel Schlenk, Eduardo Alves de Almeida (2015) Anti-androgenic activities of diuron and its metabolites in male Nile tilapia

36

(*Oreochromis niloticus*). Aquatic Toxicology 164:10–15.

204. Alvine C. Mehinto, Ai Jia, Shane A. Snyder, B. Sumith Jayasinghe, Nancy D. Denslow, Jordan Crago, Daniel Schlenk, Christopher Menzie, Sandy D. Westerheide, Frederic D.L. Leusch, Keith A. Maruya (2015) Interlaboratory comparison of *in vitro* bioassays for screening of endocrine active chemicals in recycled water. Water Research 83:303-309.

205. Lindley A. Maryoung, Ramon Lavado, Theo K. Bammler, Evan P. Gallagher, Patricia L. Stapleton, Richard P. Beyer, Federico M. Farin, Gary Hardiman, Daniel Schlenk (2015) Differential Gene Expression in Liver, Gill, and Olfactory Rosettes of Coho Salmon (Oncorhynchus kisutch) After Acclimation to Salinity. Marine Biotechnology17:703-717.

206. Varenka Lorenzi, Ree Choe, Daniel Schlenk (2016) Effects of environmental exposure to diazepam on the reproductive behavior of fathead minnow, *Pimephales promelas*. Environmental Toxicology 31: 561–568.

207. Keith A. Maruya, Nathan G. Dodder, Alvine C. Mehinto, Nancy D. Denslow, Daniel Schlenk, Shane A. Snyder and Stephen B. Weisberg (2016) A tiered, integrated biological and chemical monitoring framework for contaminants of emerging concern (CECs) in aquatic ecosystems. Integrated Environmental Assessment and Management 12(3), 540-547.

208. Aileen Maldonado, Amber Johnson, Deborah Gochfeld, Marc Slattery, Gary K. Ostrander, Jon-Paul Bingham, Daniel Schlenk (2016) Hard Coral (Porites lobata) extracts and homarine on Cytochrome P450 expression in Hawaiian butterflyfishes with different feeding strategies. Comparative Biochemistry and Physiology 179:57-63.

209. Geoffrey Ivan Scott, Dwayne E. Porter, G. Tom Chandler, R. Sean Norman, C. Hart Scott, Miguel Ignacio Uyaguari-Diaz, Keith Maruya, Steve B. Weisberg, Michael H. Fulton, Ed F. Wirth, Janet Moore, Paul L. Pennington, Daniel Schlenk, George P. Cobb, Nancy D. Denslow (2016) Antibiotics as CECs: An Overview of the Hazards Posed by Antibiotics and Antibiotic Resistance. Frontiers in Marine Science 3:24. doi: 10.3389/fmars.2016.00024.

210. Allison Kupsco Daniel Schlenk (2016) Stage susceptibility of Japanese medaka (Oryzias latipes) to selenomethionine and hypersaline developmental toxicity. Environmental Toxicology and Chemistry 35:1247-1256.

211. Jordan Crago, Cindy Bui, Sanji Grewal, Daniel Schlenk (2016) Age-Dependent Effects in Fathead Minnows from the anti-diabetic drug Metformin. General and Comparative Endocrinology 232: 185-90.

212. Thiago Scremin Boscolo Pereira, Camila Nomura Pereira Boscolo, Andreia Arantes Felício, Sergio Ricardo Batlouni, Daniel Schlenk, Eduardo Alves de Almeida  (2016) Estrogenic activities of diuron metabolites in female Nile tilapia (Oreochromis niloticus).

37

Chemosphere 146:497-502.

213. Shirin Mesbah Oskul, Graciel Diamante, Chunyang, Liao, Wei, Shi, Jay Gan, Daniel Schlenk, William H. Grover (2016) Assessing and reducing the toxicity of 3-D printed parts. Environmental Science and Technology Letters 3:1-6.

214. Augustine Arukwe, Jan Myburgh, Håkon A. Langberg, Aina O. Adeogun, Idunn Godal Braa, Monika Moeder, Daniel Schlenk, Jordan Paul Crago, Francesco Regoli, Christo Botha (2016) Developmental alterations and endocrine-disruptive responses in farmed Nile crocodiles (Crocodylus niloticus) exposed to contaminantsfrom the Crocodile River, South Africa. Aquatic Toxicology 173: 83-93.

215. Jordan Crago, Elvis Genbo Xu, Allison Kupsco, Fang Jia, Alvine C. Mehinto, Wenjian Lao, Keith A. Maruya, Jay Gan and Daniel Schlenk (2016). Trophic transfer and effects of DDT in male hornyhead turbot (Pleuronichthys verticalis) from Palos Verdes Superfund site, CA (USA) and comparisons to field monitoring.  Environmental Pollution 213:940-948.

216. Elvis Genbo Xu, Cindy Bui, Cassandra Lamerdin, Daniel Schlenk (2016). Spatial and temporal assessment of environmental contaminants in water, sediments and fish of the Salton Sea and its two primary tributaries, California, USA, from 2002-2012. Science of the Total Environment 559:130–140.

217. Aileen Maldonado, Ramon Lavado, Sean Knuston, Marc Slattery, Sridevi Ankisetty, Jared V Goldstone, Kayo Watanabe, Eunha Hoh, Rama S Gadepalli, John M. Rimoldi, Gary K. Ostrander, Daniel Schlenk (2016) Biochemical Mechanisms for Geographical Adaptations to Novel Toxin Exposures in Butterflyfish. PLOS one Volume: 11  Issue: 5: e0154208.

218. Elvis Genbo Xu, Edward M. Mager, Martin Grosell, Christina Pasparakis, Lela S. Schlenker, John D. Stieglitz, Daniel Benetti, E.Starr Hazard, Sean M. Courtney, Graciel Diamante, Juliane Freitas, Gary Hardiman, Daniel Schlenk (2016) Time- and oil-dependent transcriptomic and physiological responses to *Deepwater Horizon* oil in mahi-mahi (*Coryphaena hippurus*) embryos and larvae.  Environmental Science and Technology  50: 7842-7851.

219. Allison Kupsco, Daniel Schlenk (2016) Molecular Mechanisms of Selenium-Induced Spinal Deformities in Fish. Aquatic Toxicology 179:143-150.

220. Susanne M. Brander, Molly K. Gabler, Nicholas L. Fowler, Richard E. Connon, and Daniel Schlenk (2016) Pyrethroid pesticides as endocrine disruptors: Molecular mechanisms in vertebrates with a focus on fishes. Environmental Science and Technology 50:8977-8992.

38

221. Andréia A. Felício, Jordan Crago, Lindley A. Maryoung, Eduardo A. Almeida, Daniel Schlenk (2016). Effects of alkylphenols on the biotransformation of diuron and enzymes involved in the synthesis and clearance of sex steroids in juvenile male tilapia (*Oreochromus mossambica*). Aquatic Toxicology 180:345-352.

222. Juliane, Freitas, Allison Kupsco, Graciel Diamante, Andreia Felicio, Eduardo Alves de Almeida, Daniel Schlenk (2016) Influence of temperature on the thyroidogenic effects of Diuron and its metabolite 3,4-DCA in tadpoles of the American bullfrog (Lithobates catesbeianus). Environmental Science and Technology 50:13095-13104.

223. Allison Kupsco, Daniel Schlenk (2017) Developmental Expression and Regulation of Flavin-containing monooxygenase by the Unfolded Protein Response in Japanese Medaka (*Oryzias latipes*). Comparative Biochemistry and Physiology C. 191:7-13.

224. Allison Kupsco, Daniel Schlenk (2017) Comparative developmental toxicity of desalination brine and sulfate-dominated saltwater in a euryhaline fish. Archives of Environmental Contamination and Toxicology 72:294-302.

225. Elvis Genbo Xu, Edward M. Mager, Martin Grosell, E. Starr Hazard, Gary Hardiman, Daniel Schlenk (2017) Novel transcriptome assembly and comparative toxicity pathway analysis in mahi-mahi (*Coryphaena hippurus*) embryos and larvae exposed to Deepwater Horizon oil. Scientific Reports | 7:44546 | DOI: 10.1038/srep44546.

226. Chunyang Liao, Allison Taylor, William F. Kenny, Daniel Schlenk, Jay Gan (2017) Historical Record and Fluxes of DDTs at the Palos Verdes Shelf Superfund Site, California. Science of the Total Environment 581-582: 697-704.

227. Gabrielle do Amaral e Silva Müller; Daína de Lima; Flávia Lucena Zacchi; Rômi Sharon Piazza; Karim Hahn Lüchmann; Jacó Joaquim Mattos; Daniel Schlenk; Afonso Celso Dias Bainy (2017) Analysis of transcriptional responses of normalizing genes on *Crassostrea brasiliana* under different experimental conditions. Environmental Toxicology and Chemistry 36:2190-2198.

228. Graciel Diamante; Norma Menjivar-Cervantes; Mandy S Leung; David Volz; Daniel Schlenk (2017) Evaluation of G protein-coupled estrogen receptor (GPER) to 17β-estradiol-induced developmental toxicity in zebrafish Aquatic Toxicology 186 (2017) 180–187.

229. Shirin Mesbah Oskui, Heran C. Bhakta, Graciel Diamante, Huinan Liu, Daniel Schlenk, and William H. Grover (2017) Measuring the Mass, Volume, and Density of Microgram-Sized Objects in Fluid. PLOS ONE 12(4) e0174068.

230. Nicholas C. Pflug, Allison Kupsco, Edward P. Kolodziej Daniel Schlenk; Lynn M. Teesch, James B. Gloer, David M. Cwiertny (2017) Formation of bioactive transformation products during glucocorticoid chlorination. Water Research &

39

Technology 3(3): 450-461.

231. Scott Coffin, Jay Gan and Daniel Schlenk (2017) Comparisons of field and laboratory estimates of risk of DDTs from contaminated sediments to humans that consume fish in Palos Verdes, California, USA. Science of the Total Environment 601-602, 1139-1146.

232. Graciel Diamante, Gabrielle do Amaral e Silva Müller, Norma Menjivar-Cervantes, Genbo Xu, David C. Volz, Afonso Celso Dias Bainy and Daniel Schlenk (2017) Regioselective developmental toxicity of hydroxylated chrysenes in zebrafish embryos. Aquatic Toxicology 189:77–86.

233. Qiuguo Fu, Jianbo Zhang, Dan Borchardt, Daniel Schlenk, and Jay Gan (2017). Direct conjugation of emerging contaminants in *Arabidopsis*: Indication for an overlooked risk in plants? Environmental Science and Technology 51:6071-6081.

234. Elvis Genbo Xu, Edward M. Mager, John Steiglitz, Martin Grosell, E. Starr Hazard, Gary Hardiman, Daniel Schlenk (2017) Developmental transcriptomic analyses for mechanistic insights into critical pathways involved in embryogenesis of pelagic mahi-mahi (*Coryphaena hippurus*). PLOS one 12(7): e0180454.

235. Elvis Genbo Xu, Alex J. Khursigara, Jason Magnuson, E. Starr Hazard, Gary Hardiman, Andrew J. Esbaugh, Aaron. P. Roberts, Daniel Schlenk (2017). Larval red drum (*Sciaenops ocellatus*) sublethal exposure to weathered Deepwater Horizon crude oil: Developmental and transcriptomic consequences.  Environmental Science and Technology 51: 10162-10172.

236. Edmond Sanganyado, Zhijiang Lu, Qiuguo Fu, Daniel Schlenk, Jay Gan (2017) Chiral Pharmaceuticals: A Review on Their Environmental Occurrence and Fate Processes.  Water Research 124:527-542.

237. Jaben Richards, Zhijiang Lu, Qiuguo Fu, Daniel Schlenk, Jay Gan (2017) Conversion of Pyrethroid Insecticides to 3-Phenoxybenzoic Acid on Urban Hard Surfaces Environmental Science and Technology Letters 4:546-550.

238.  Graciel Diamante, Elvis Xu, Shuai Chen, Edward Mager, Martin Grosell, Daniel Schlenk (2017) Differential expression of microRNAs in embryos and larvae of mahi-mahi (*Coryphaena hippurus*) exposed to Deepwater Horizon oil. Environmental Science and Technology Letters  4: 523-529.

239.  Luísa Becker Bertotto, Jaben Richards, Jay Gan, David Christopher Volz and Daniel Schlenk (2017) Effects of Bifenthrin Exposure on the Estrogenic and Dopaminergic Pathways in Zebrafish Embryos and Juveniles.  Environmental Toxicology and Chemistry 37: 236-246.

240. Camila Nomura Pereira Boscolo, Thiago Scremin Boscolo Pereira, Isabela Gertrudes Batalhao, Priscila Leocadia Rosa Dourado, Daniel Schlenk, Eduardo Alves de Almeida

(2018) Diuron metabolites act as endocrine disruptors and alter aggressive behavior in Nile tilapia (*Oreochromis niloticus*). Chemosphere 191: 832-838.

241. Bagher Mojazi Amiria, Elvis Genbo Xu, Allison Kupsco, Marissa Giroux, Mahbubeh Hoseinzadeh, Daniel Schlenk (2018) The effect of chlorpyrifos on salinity acclimation of juvenile rainbow trout (Oncorhynchus mykiss).Aquatic Toxicology 195: 97–102

242. Andreia A Felício; Juliane S Freitas; Jéssica B Scarin; Luciana S Ondei; Fabrício B Teresa; Daniel Schlenk, Eduardo Alves de Almeida (2018) Isolated and mixed effects of diuron and its metabolites on biotransformation enzymes and oxidative stress response of Nile tilapia (*Oreochromis niloticus*). Ecotoxicology and Environmental Safety 149: 248-256.

243. Lucas Buruaem Moreira, Graciel Diamante, Marissa Giroux, Scott Coffin, Elvis Genbo Xu, Denis Moledo de Souza Abessa, Daniel Schlenk (2018) Impacts of salinity and temperature on the thyroidogenic effects of the biocide diuron in *Menidia beryllina*. Environmental Science and Technology 52:3146-3155.

244. Qiuguo Fu, Chunyang Liao, Xinyu Du, Daniel Schlenk, Jay Gan, (2018) Back Conversion from Product to Parent: Methyl Triclosan to Triclosan in Plants. Environmental Science and Technology Letters 5:181-185.

245. Jie Wang, Allison Taylor, Daniel Schlenk, Jay Gan (2018) Application and validation of isotope dilution method (IDM) for predicting bioavailability of hydrophobic organic contaminants in soil. Environmental Pollution 236:871-877.

246. Li-ping Hou, Hongxing Chen, Chang-en Tian, Ye Liang, Rong-rong Wu, Xing-mei Zhang, Xu-wen Fang, Cui-ping Zhang, Jun-jie Hu, Li-ying Song, Yan-qiu Liang, Daniel Schlenk, Lingtian Xie (2018) Alterations of secondary sex characteristics, reproductive histology and behaviors by norgestrel in the western mosquito fish (*Gambusia affinis*). Aquatic Toxicology 198:224-230.

247. Hongxing Chen, Xiangfeng Zeng, Lei Mu, Liping Hou, Bin Yang, Jianliang Zhao, Daniel Schlenk, Wu Dong, Lingtian Xie, Qianru Zhang (2018) Effects of acute and chronic exposures of fluoxetine on the Chinese fish, topmouth gudgeon Pseudorasbora parva. Ecotoxicology and Environmental Safety160: 104-113.

248. Jie Wang, Allison Taylor, Chenye Xu, Daniel Schlenk, Jay Gan. (2018). Evaluation of different methods for assessing bioavailability of DDT residues during soil remediation. Environmental Pollution 238:462-470.

249. F.Y. Yamamoto, G.D. Diamante, M.S. Santana, D.R. Santos, R. Bombardeli, C.C. Martins, C.A. Oliveira Ribeiro, D. Schlenk (2018) Alterations of cytochrome P450 and the occurrence of persistent organic pollutants in tilapia caged in the reservoirs of the

41

Iguaçu River. Environmental Pollution 240:670-682.

250. Wei Li, Elvis Genbo Xu, Daniel Schlenk, Haizhou Liu (2018) Cyto- and Geno-Toxicity of 1,4-Dioxane Transformation Products during Ultraviolet-Driven Advanced Oxidation Processes. Environmental Science: Water Research & Technology DOI: 10.1039/c8ew00107c.

251. Lucas Buruaem Moreira, Graciel Diamante, Marissa Giroux, Elvis Genbo Xu, Denis Moledo de Souza Abessa, Daniel Schlenk (2018) Changes in thyroid status of Menidia beryllina exposed to the antifouling booster irgarol: Impacts of temperature and salinity. Chemosphere 209:857-865.

252. Shanshan Ma, Yu Zhou; Hongxing Chen, Liping Hou,  Jianliang Zhao, Jinling Cao, Shicong Geng, Yongju Luo, Daniel Schlenk, Lingtian Xie (2018) Selenium accumulation and the effects on the liver of topmouth gudgeon *Pseudorasbora parva* exposed to dissolved inorganic selenium.  Ecotoxicology and Environmental Safety 160: 240-248.

253. Ying Huang, Yiqing Liu, Minghao Kong, Elvis Genbo Xu, Scott Coffin, Daniel Schlenk, and Dionysios D. Dionysiou (2018) Efficient removal of cytotoxic contaminants of emerging concern by UV-C/$H_2O_2$ .  Environmental Science: Water Research & Technology 4:1272 - 1281.

254. Nicolette Andrzejczyk, Ken Sakamoto, Jeff Armstrong, Daniel Schlenk (2018) Examining the role of estrogenic activity and ocean temperature on declines of a coastal demersal flatfish population near the municipal wastewater outfall of Orange County, California, USA. Marine Pollution Bulletin 137: 129-136.

255. Huang, Ying; Kong, Minghao; Westerman, Danielle ; Xu, Elvis Genbo ; Coffin, Scott; Cochran, Kristin ; Liu, Yiqing; Richardson, Susan D.; Schlenk, Daniel ; Dionysiou, Dionysios  (2018) Effects of $HCO_3$ on Degradation of Toxic Contaminants of Emerging Concern by UV/$NO_3$. Environmental Science and Technology 52: 12697-12707.

256. Scott Coffin, Stacia Dudley, Allison Taylor, Douglas Wolf, Jie Wang, Ilkeun Lee, Daniel Schlenk (2018). Comparisons of analytical chemistry and biological activities of extracts from North Pacific Gyre Plastics with UV-treated and untreated plastics using In Vitro and In Vivo Models. Environment International 121:942-954.

257. Elvis Xu, Jason Magnuson, Graciel Diamante, Edward Mager, Christina Pasparakis, Christina, Martin Grosell, Aaron Roberts, Daniel Schlenk (2018) Changes in microRNA-mRNA signatures agree with morphological, physiological, and behavioral changes in larval mahi-mahi treated with Deepwater Horizon oil. Environmental Science and Technology 52: 13501-13510.

258. Aileen Maldonado, Jessica Nowicki, Morgan Pratchett, Daniel Schlenk (2019) Differences in Diet and Biotransformation Enzymes of Coral Reef Butterflyfishes between Australia and Hawaii.  Comparative Biochemistry and Physiology C 216:1-9.

42

259. Luísa Becker Bertotto, Subham Dasgupta, Sara Vliet, Stacia Dudley, Jay Gan, David Christopher Volz and Daniel Schlenk (2019) Evaluation of the Estrogen Receptor Alpha as a Possible Target of Bifenthrin Effects in the Estrogenic and Dopaminergic Signaling Pathways in Zebrafish Embryos.  Science of the Total Environment 651:2424-2431.

260. Allison Taylor, Jie Wang, Chunyang Liao, Daniel Schlenk, Jay Gan (2019) Effect of aging on bioaccessibility of DDTs and PCBs in marine Sediment. Environmental Pollution 245:582-589.

261. Scott Coffin, Ilkeun Lee, Jan Gan, Daniel Schlenk (2019) Simulated Digestion of Polystyrene Foam Enhances Desorption of Diethylhexyl Phthalate (DEHP) and *In vitro* Estrogenic activity in a Size-Dependent Manner. Environmental Pollution 246: 452-462.

262. Jie Wang, Daniel Schlenk, Daniel, Jay Gan (2019) A Direct Method for Quantifying the Effects of Aging on the Bioavailability of Legacy Contaminants in Soil and Sediment. Environmental Science and Technology Letters 6: 148-152.

263. Victoria McGruer, Christina Pasparakis, Martin Grosell, John D. Stieglitz, Daniel D. Benetti, Justin B. Greer, Daniel Schlenk (2019) Deepwater Horizon crude oil exposure alters cholesterol biosynthesis with implications for developmental cardiotoxicity in larval mahi-mahi (Coryphaena hippurus). Comparative Biochemistry and Physiology C. 220:31–35.

264. Elvis Genbo Xu, Alexis J. Khursigara, Shuyin Li, Andrew J. Esbaugh, Subham Dasgupta, David C. Volz, Daniel Schlenk (2019) mRNA-miRNA-Seq Reveals Neuro-Cardio Mechanisms of Crude Oil Toxicity in Red Drum (Sciaenops ocellatus). Environmental Science and Technology 53: 3296-3305.

265. Marissa Giroux, Jay Gan, Daniel Schlenk (2019) The Effects of Bifenthrin and Temperature on the Endocrinology of Juvenile Chinook Salmon. Environmental Toxicology and Chemistry 38: 852–861.

266. Prescilla Perrichon, John D. Stieglitz, Elvis Genbo Xu, Jason T. Magnuson, Christina Pasparakis, Edward M. Mager, Yadong Wang, Daniel Schlenk, Daniel D. Benetti, Aaron P. Roberts, Martin Grosell, Warren W. Burggren (2019) Mahi-mahi (*coryphaena hippurus*) life development: morphological, physiological, behavioral and molecular phenotypes. Developmental Dynamics   DOI 10.1002/dvdy.27

267. Scott Coffin, Guo-Yong Huang, Ilkeun Lee, Daniel Schlenk(2019). Fish and seabird gut conditions enhance desorption of estrogenic chemicals from commonly-ingested plastic items.  Environmental Science and Technology 53: 4588-4599.

268. Shuying Li, Qianqian Sun, Qiong Wu, Wenjun Gui, Guonian Zhu, Daniel Schlenk (2019) Endocrine disrupting effects of tebuconazole on different life stages of zebrafish (*Danio rerio*).  Environmental Pollution 249:1049-1059.

269. Jie Wang, Scott Coffin, Chengliang Sun, Daniel Schlenk, Jay Gan (2019)

Negligible effects of microplastics on animal fitness and HOC bioaccumulation in earthworm *Eisenia fetida* in soil. Environmental Pollution 249:776-784.

270. Essa Khan, Luisa Bertotto, Karina Dale, Roger Lille-Langøy, Fekadu Yadetie, Fekadu; Odd Karlsen, Anders Goksøyr, Daniel Schlenk, Augustine Arukwe (2019) Modulation of neuro-dopamine homeostasis in juvenile female Atlantic cod (Gadus morhua) exposed to polycyclic aromatic hydrocarbons and perfluoroalkyl substances. Environmental Science and Technology 53:7036-7044.

271. Justin B. Greer, Christina Pasparakis, John D. Stieglitz, Daniel Benetti, Martin Grosell, Daniel Schlenk (2019) Effects of Corexit 9500A alone and Corexit-crude oil mixtures on transcriptomic pathways and developmental toxicity in early life stage mahi-mahi (*Coryphaena hippurus*).  Aquatic Toxicology 212:233-240.

272. Elvis Genbo Xu,; William Richardot; Shuying Li; Lucas Buruaem; Hung-Hsu Wei; Nathan Dodder; Suzaynn Schick; Thomas Novotny; Daniel Schlenk; Richard Gersberg; Euhna Hoh (2019) Assessing Toxicity and In Vitro Bioactivity of Smoked Cigarette Leachate Using Cell-Based Assays and Chemical Analysis.  Chemical Research in Toxicology 2(8): 1670-167.

273. Luísa Becker Bertotto, Richard Bruce, Shuying Li, Jaben Richard, Rafid Sikder,Luka Baljka, Marissa Giroux, Jay Gan, Daniel Schlenk (2019) Effects of bifenthrin on sex differentiation in Japanese Medaka (*Oryzias latipes*). Environmental Research 177:108564.

274. Jun Li, Jie Wang, Allison R. Taylor, Zachary Cryder, Daniel Schlenk, Jay Gan (2019) Inference of Organophosphate Ester Emission History from Marine Sediment Cores Impacted by Wastewater Effluents. Environmental Science & Technology 53(15): 8767-8775.

275. Taylor, Allison R.; Li, Jun; Wang, Jie; Schlenk, Daniel; Gan, Jay (2019) Occurrence and Probable Sources of Urban-Use Insecticides in Marine Sediments off the Coast of Los Angeles. Environmental Science & Technology 53(16), 9584-9593.

276. Junlang Qiu, Gangfeng Ouyang, Janusz Pawliszyn, Daniel Schlenk, Jay Gan (2019) A Novel Water-Swelling Sampling Probe for in Vivo Detection of Neonicotinoids in Plants. Environmental Science & Technology 53(16), 9686-9694.

277. J. B. Greer, J.T. Magnuson, K. Hester, M. Giroux, C. Pope, T. Anderson, J. Liu, V. Dang, N. D. Denslow, and D. Schlenk (2019) Effects of Chlorpyrifos on Cholinesterase and Serine Lipase Activities and Lipid Metabolism in Brains of Rainbow Trout (*Oncorhynchus mykiss*). Toxicological Sciences (in press).

278. Greer, Justin; Andrzejczyk, Nicolette; Mager, Edward ; Stieglitz, John; Benetti, Daniel; Grosell, Martin; Schlenk, Daniel (2019) Whole-transcriptome sequencing of epidermal mucus as a novel method for oil exposure assessment in juvenile mahi-mahi (*Coryphaena hippurus*).  Environmental Science and Technology Letters (in press).

44

279. Jiangyun Zhang, Ye Yang, Weiping Liu, Daniel Schlenk (2019) Glucocorticoid and Mineralocorticoid Receptors and Corticosteroid Homeostasis are Potential Targets for Endocrine-disrupting Chemicals. Environment International (in press).

280. Marissa Giroux, Sara Vliet, David Volz, Daniel Schlenk (2019) Mechanisms Behind Interactive Effects of Temperature and Bifenthrin on the Predator Avoidance Behaviors in Parr of Chinook Salmon (*Oncorhynchus tshawytscha*). Aquatic Toxicology (in press).

281. Richard E. Connon, Simone Hasenbein, Susanne M. Brander, Helen C. Poynton, Erika B. Holland, Daniel Schlenk, James L. Orlando, Michelle L. Hladik, Tracy K. Collier, Nathaniel L. Scholz, John P. Incardona, Nancy D. Denslow, Amro Hamdoun, Sascha Nicklisch, Natàlia Garcia-Reyero, Edward J. Perkins, Evan P. Gallagher, Xin Deng, Dan Wang, Stephanie Fong, Richard S. Breuer, Mehrdad Hajibabei, James B. Brown, John K. Colbourne, Thomas M. Young, Gary Cherr, Andrew Whitehead, Anne Todgham. 2019. Review and recommendations for monitoring contaminants and their effects in the San Francisco Bay-Delta. San Francisco Estuary and Watershed Science (in press).

## BOOK CHAPTERS

1. D. Schlenk (1990) Dimethylaminoethanol. In: *Ethel Browning's Toxicity and Metabolism of Industrial Solvents*; *Nitrogen and Phosphorus Solvents* (D. R. Buhler and D. J. Reed, editors). Second edition; Elsevier, New York Vol 2 pp 417-421.

2. D. Schlenk (2001) Mechanisms of Cellular Injury. In: *Target Organ Toxicity in Marine and Freshwater Teleosts* (D.Schlenk, and W.H. Benson editors) Volume II Taylor and Francis Publishers, Washington DC 1-25.

3. D. Schlenk and R. Di Guilio (2002) Biochemical responses as indicators of aquatic ecosystem health. In *Biological Indicators of Aquatic Ecosystem Stress* (S.M. Adams editor) American Fisheries Society: Bethesda, MD pp 13-42.

4. D. Schlenk (2005) Biotransformation of Pesticides IN: Biochemical and Molecular Biology of Fishes Vol. 6 - Environmental Toxicology - volume (editors T.W. Moon and T.P. Mommsen) Elseiver, New York pp171-190.

5. Y. Sapozhnikova, A. Mcelroy, S. Snyder and D. Schlenk (2005) Estrogenic activity measurement in wastewater using in vitro and in vivo methods In: *Techniques of Aquatic Toxicology* Lewis Publishers; Boca Raton, FL. pp465-478.

6. D. Eaton, E. Gallagher, M. Hooper, D. Schlenk, P.Schmeider, C. Thompson (2007) Species differences in response to toxic substances: Shared Pathways of Toxicity; Value and limitations of omics technologies to elucidate mechanism / mode of action. In: *Emerging Molecular and Computational Approaches for Cross-Species Extrapolations*

45

(W.H. Benson, R.T. Di Giulio Eds)  Society of Environmental Toxicology and Chemistry (SETAC) Press: Pensacola, FL  pp. 77-101.

7. D. Schlenk, W.H. Benson, S. Steinert, R.Handy and M.Depledge (2008) Biomarkers In: *The Toxicology of Fishes* (R. Di Giulio and D. Hinton editors).  Taylor and Francis Publishers, Washington DC pp 683-731.

8. D.Schlenk, M. Celander, E. Gallagher, S.George, M.James, S. Kullman, P. van den Hurk, K. Willett (2008) Biotransformation in Fishes In: *The Toxicology of Fishes* (R. Di Giulio and D. Hinton editors).  Taylor and Francis Publishers, Washington DC pp 153-234.

9. M.G.Nillos, J. Gan, D. Schlenk (2008) Chemical Analysis and Enantioselective Toxicity of Pyrethroids.  In: *Synthetic Pyrethroids: Occurrence and Behavior in Aquatic Environments.* (J.Gan, F. Spurlock, P. Hendley, D. Weston editors). ACS Symposium Series 991. American Chemical Society, Washington DC pp 400-414.

10. M.A. Rempel  D.Schlenk (2008) Effects of Environmental Estrogens and Antiandrogens on Endocrine Function, Gene Regulation, and Health in Fish. IN: International Review of Cell and Molecular Biology (Kwang Jeon ed) Elsevier: Amsterdam  267  pp251-296.

11. M.G. Nillos, J. Gan, D.Schlenk (2010) Effects of Chirality on Toxicity  In: *General and Applied Toxicology*, 3rd edition.(B Ballantyne, T C Marrs, T Syversen  Editors) London: MacMillan Volume 2: p 621-641.

12. D. Bulloch, R. Lavado, D.Schlenk (2010) Bioassay guided Fractionation (Toxicity Identification and Evaluation) for the determination of estrogenic agents in environmental samples. In *Emerging Contaminants: Pharmaceuticals, Personal Care Products and Organohalogens* (R. Halden editor). ACS Symposium Series 1048. American Chemical Society, Washington DC pp 519-537.

13. A. Kupsco and Daniel Schlenk (2015) Oxidative stress, unfolded protein response and apoptosis in developmental toxicity. IN: International Review of Cell and Molecular Biology (Kwang Jeon ed) Elsevier: Amsterdam 317 pp1-66.

14. G. Diamante and Daniel Schlenk (2018) Challenges of Endocrine Disruption and Cardiac Development. IN: Development and Environment (edited by W. Burggren and B. Dubansky) Springer, Cham Switzerland.  pp319-354.

15. David S. Portnoy, Andrew T. Fields, Justin B. Greer, and Daniel Schlenk (2019) Genetics and Oil: Transcriptomics, Epigenetics, and Population Genomics as Tools to Understand Animal Responses to Exposure Across Different Time Scales. In: S. Murawski et al. (eds.), *Deep Oil Spills*, Springer Nature Switzerland AG 2019. pp.515-532.

16. D.M. Pampanin and D. Schlenk (2019) Polycyclic Aromatic Hydrocarbons:

46

Ecotoxicity in the Aquatic Environment and Implications for Human Health  In: *A Handbook of Environmental Toxicology: Human Disorders and Ecotoxicology*. (J.P. F. D'Mello editor) CAB International, Wallingfor, Oxfordshire, UK; Boston, MA pp. 141-155

## PEER-REVIEWED REPORTS

1. W.H. Benson, D. Schlenk, F. Tilton, T.W. Schultz and A.C. Layton (2000) Assessment of environmental estrogens in wastewater: potential for developmental and reproductive toxicity in fish.  US Department of the Interior  # GR-02679-17

2. D. Schlenk (2001) An ecological risk assessment of copper sulfate use in aquaculture. USDA/ARS.

3. D.Schlenk, D. Hinton, G. Woodside (2006) Online Methods For Evaluating The Safety Of Reclaimed Water.  Water Environment Research Foundation  01-HHE-4A.

4. S. Snyder, C. Lue-Hing, J. Coruvo, J.E. Drewes, A. Eaton, R.C. Pleus, D.Schlenk (2010) Pharmaceuticals in the Water Environment.  National Association of Clean Water Agencies/Association of Metropolitan Water Agencies.

5. Anderson, P. Denslow, N., Drewes, J.E.(Chair), Olivieri, A., Schlenk, D. and Snyder, S. (2010)  Monitoring Strategies for Chemicals of Emerging Concern (CECs) in Recycled Water : Recommendations of a Science Advisory Panel. State Water Resources Control Board. 220pp.

6. Anderson, P. Denslow, N., Drewes, J.E., Olivieri, A., Schlenk, D (Chair). and Snyder, S. (2012)  Monitoring Strategies for Chemicals of Emerging Concern (CECs) in California's Aquatic Ecosystems: Recommendations of a Science Advisory Panel. State Water Resources Control Board. 214pp

7. Drewes, J.E.(Chair), Anderson, P. Denslow, N., Jakubowski, W., Olivieri, A., Schlenk, D. and Snyder, S. (2018)  Monitoring Strategies for Chemicals of Emerging Concern (CECs) in Recycled Water : Recommendations of a Science Advisory Panel. State Water Resources Control Board. 178pp. April 2018 SCCWRP Report 1032.

## EDITED BOOKS

1. D. Schlenk  and W.H. Benson (2001) *Target Organ Toxicity in Marine and Freshwater Teleosts*  Volume 1. Taylor and Francis Publishers, Washington DC.

2. D. Schlenk  and W.H. Benson (2001) *Target Organ Toxicity in Marine and Freshwater Teleosts*  Volume 2. Taylor and Francis Publishers, Washington DC.

EDITORIALS

1. M. Nikinmaa, D. Schlenk (2006) Editorial.    Aquatic Toxicology 80: 205-206.

2. M. Nikinmaa, D. Schlenk, (2008)   Call for Papers for Special Issues of Aquatic Toxicology.   Aquatic Toxicology 88: 153.

3. M. Nikinmaa, D. Schlenk, (2009)   Editorial. Amphibian Toxicology   Aquatic Toxicology 91: 101.

4. M. Nikinmaa, D. Schlenk (2009) Editorial Aquatic Toxicology 92: 113.

5. D. Schlenk and M. Nikinmaa (2009)  Preface Zebrafish Issue. Aquatic Toxicology 95: 257.

6. M. Nikinmaa and D. Schlenk (2010) Editorial: Use of phrases.  Aquatic Toxicology 97: 1-2.

7. M.Nikinmaa and D. Schlenk (2010) Editorial: Genomics in Aquatic Toxicology 97: 173.

8. D. Schlenk and M.Nikinmaa (2010) Preface for Nanomaterials in Aquatic Toxicology 100:139.

9. M. Nikinmaa, M. Celander, D.Schlenk (2011) Preface for Jubilieum Issue: Aquatic Toxicology 30 years. 105: 1-2.

10. D.Schlenk, A.Z. Mason, K. Kelley (2012) PRIMO16.  Aquatic Toxicology 108:1.

11. William Arnold,  Bruce E. Logan,  Daniel Schlenk,  Staci Simonich (2017) The best of the best of 2016 Environmental Science & Technology Letters  4: 125-126.

12. D. Schlenk (2017) Brine Discharge: One size doesn't fit all.  Environmental Science & Technology Letters 4: 256-257.

13. William Arnold,  Bruce E. Logan,  Daniel Schlenk,  Staci Simonich (2018) Awards for the Best Papers in ES&T Letters in 2017 Environmental Science & Technology Letters 5:194-195

14. William Arnold,  Bruce E. Logan,  Daniel Schlenk,  Staci Simonich (2019) Editor's Choice for the Best Papers Published in ES&T Letters in 2018. Environmental Science & Technology Letters 6:197-198.