1 | Geana M. Van Dessel, WSBA #35969
KUTAK ROCK
2 | 510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
3 | Phone: (509) 252-2691

4 | Adam E. Miller, MO Bar No. 40945 (*Pro Hac Vice*)
Michael W. Cromwell, MO Bar No. 70484 (*Pro Hac Vice*)
5 | Susan L. Werstak, MO Bar No. 55689 (*Pro Hac Vice*)
CAPES, SOKOL, GOODMAN AND SARACHAN, PC
6 | 8182 Maryland Avenue, Fifteenth Floor
St. Louis, MO 63105
7 | Phone (314) 721-7701

8 | Thomas M. Goutman, PA Bar No. 30236 (*Pro Hac Vice*)
David. S. Haase, PA Bar No. 73835 (*Pro Hac Vice*)
9 | Rosemary R. Schnall, PA Bar No. 73455 (*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
10 | 2001 Market Street, Suite 3000
Philadelphia, PA 19103
11 | Phone: (215) 575-3136

12 | Richard L. Campbell, MA Bar No. 663934 (*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
13 | 125 Summer Street, Ste. 1220
Boston, MA 02110
14 | Phone: (617) 531-1411

15 | Attorneys for Defendants (Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation, located in the County of Spokane, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 - 100,<br><br>Defendants. | Case No. 15-cv-00201-SMJ<br><br>Declaration of Adam E. Miller Re: Defendants' Daubert Motion to Exclude the Expert Testimony of Lisa Rodenburg |

DECL. OF ADAM MILLER ISO DEFENDANTS'
*DAUBERT* MOTION TO EXCLUDE RODENBURG – 1

Adam E. Miller declares and states under penalty of perjury:

1. I am over the age of 18 and competent to be a witness herein. I am an attorney for Defendants Pharmacia LLC ("Pharmacia" or "Old Monsanto"), Monsanto Company ("New Monsanto") and Solutia Inc. ("Solutia") (collectively, "Defendants") in this matter. Except where indicated otherwise, I make this declaration based on my own personal knowledge and the books and records of my firm Capes Sokol Goodman and Sarachan, P.C.

2. **Exhibit A** includes a true and correct copy of the Expert Report of Lisa A. Rodenburg, Ph. D., October 11, 2019, submitted in the matter captioned *City of Spokane, et al. v. Monsanto Company, et al.*, Case No. 15-cv-00201 (SMJ) in the U.S. District Court for the District of Eastern District of Washington.

3. **Exhibit B** includes true and correct copies of excerpts of the deposition transcript of deposition testimony of Lisa A. Rodenburg, Ph.D., taken on December 18, 2019, in the matter captioned *City of Spokane, et al. v. Monsanto Company, et al.*, Case No. 2:15-cv-00201 (SMJ) in the U.S. District Court for the District of Eastern District of Washington, at the offices of Shook, Hardy & Bacon, 2001 Market Street, Suite 3000, Philadelphia, Pennsylvania, before Debra Sapio Lyons, RDR, CRR, CRC, CCR, CLR, CPE. Exhibit B includes the following pages from the transcript: 16-18, 43, 51, 57-63, 67-68, 72-73, 81-82, 84-85, 87-88, 90-92, 95-96, 101-104, 127-136, 138-142, 146, 153-155, 172-175, 186-228, 236-241, 247-248, 252-254, 257-259, 265-272, 275-277, Court reporter certification, Lisa A. Rodenburg's certification page and errata sheet.

DECL. OF ADAM MILLER ISO DEFENDANTS'
*DAUBERT* MOTION TO EXCLUDE RODENBURG – 2

4.     **Exhibit C** includes true and correct copies of excerpts of the deposition transcript of deposition testimony of Lisa A. Rodenburg, Ph.D., taken on June 14, 2019, in the matter captioned *San Diego Unified Port District, et al. v. Monsanto Company, et al.*, Case No. 3:15-cv-00578-WQH-AGS in the U.S. District Court for the Southern District of California, at the offices of Kelley Drye & Warren, LLP, One Jefferson Road, Parsippany, New Jersey, before Mary F. Bowman, RPR, CRR. Exhibit C includes the following pages from the transcript: 18-19, 28-34, 54-56, Court reporter certification, Lisa A. Rodenburg's certification page and errata sheet.

//

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct to the best of my knowledge. Signed this 28th day of January 2020 at St. Louis, Missouri.

By: /s/ Adam E. Miller
Adam E. Miller, MO Bar No. 40945
(*Pro Hac Vice*)
CAPES, SOKOL, GOODMAN AND SARACHAN, PC
8182 Maryland Avenue, Fifteenth Floor
St. Louis, MO 63105
Phone (314) 721-7701

DECL. OF ADAM MILLER ISO DEFENDANTS'
*DAUBERT* MOTION TO EXCLUDE RODENBURG – 3

# CERTIFICATE OF SERVICE

I certify that on January 28, 2020, I caused the foregoing Declaration to be electronically filed with the clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By: */s/ Adam E. Miller*
Adam E. Miller, MO Bar No. 40945
(*Pro Hac Vice*)
CAPES, SOKOL, GOODMAN AND SARACHAN, PC
8182 Maryland Avenue, Fifteenth Floor
St. Louis, MO 63105
Phone (314) 721-7701

*Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*
DECL. OF ADAM MILLER ISO DEFENDANTS'
*DAUBERT* MOTION TO EXCLUDE RODENBURG – 4