# EXHIBIT A

# Expert Report of Lisa A. Rodenburg, Ph.D.

## City of Spokane v.
## Monsanto Company, et al.

*Lisa A. Rodenburg* (signature)

## Submitted by Lisa A. Rodenburg, Ph.D.
## Octobert 11, 2019

## Fingerprinting of PCB congener patterns in samples from the Spokane, WA area

### Lisa A. Rodenburg

#### Qualifications

I am a Professor of Environmental Science at Rutgers, the State University of New Jersey.  I have a BA in chemistry from Wittenberg University and a PhD in Environmental Engineering from the Johns Hopkins University.  I have been studying PCBs since 1998 when I began a post-doctoral fellowship at Rutgers with Dr. Steven Eisenreich, a noted PCB expert.  I have extensive experience measuring PCBs in environmental samples in an academic laboratory using methods similar to EPA methods 8082 and 1668, and in interpreting PCB data from these two methods.

I have pioneered the use of factor analysis, specifically Positive Matrix Factorization, to understand the sources of PCBs to complex ecosystems that may have multiple potentially responsible parties (PRPs) and display a variety of PCB weathering processes.  I used the methods described here (analysis of data sets with the PMF2 software) to investigate several systems resulting in multiple peer-reviewed publications and reports, including:

- The Delaware River (air, water, sediment, and permitted discharges) with funding from the Delaware River Basin Commission and the New Jersey Department of Environmental Protection (Du and Rodenburg, 2007a; Du et al., 2008; Du et al., 2009; Rodenburg et al., 2010a; Praipipat et al., 2013; Praipipat et al., 2017).

- The New York/New Jersey Harbor (air, water, sediment, and permitted discharges) with funding from the Hudson River Foundation (Rodenburg et al., 2011; Rodenburg et al., 2012; Rodenburg and Ralston, 2017).

- The Green-Duwamish River (atmospheric deposition, water, sediment, biota, and storm water) with funding from the State of Washington in a project overseen by the US EPA (Rodenburg and Leidos, 2017b, a).

- The Portland Harbor Superfund Site (water and sediment) (Rodenburg et al., 2015c).

- The city of Chicago (atmospheric deposition) (Rodenburg and Meng, 2013).

- The Hanford Site in Hanford, Washington (biota) (Rodenburg et al., 2015a).

In these studies, I have identified PCB sources that are not related to Aroclors or other intentionally–produced commercial PCB formulations, including PCBs generated inadvertently during various chemical processes such as the production of pigments, as well as the dechlorination of parent PCB congeners (most likely arising originally from commercial formulations) by bacteria.  As a result, I am recognized as an international expert in non-commercial PCB sources, having published several peer-reviewed papers on this subject

1

(Rodenburg et al., 2010b; Guo et al., 2014; Rodenburg et al., 2015b).  I served as an expert witness on this subject for the State of Washington (Department of Ecology) at the August 2012 meeting of the Environmental Council of States.  My research on this subject led to my appearances on Good Morning America in 2014 and news coverage in outlets such as Scientific American, Environmental Health Perspectives, Environmental Health News, and Yahoo! News.

My expertise on the subject of PCB sources and fate has been recognized by the Hudson River Foundation, where I serve as a member of their Science and Technical Advisory Committee for the New York/New Jersey Harbor & Estuary Program.  I am currently an advisor to the Spokane River Regional Toxics Task Force (SRRTTF).  I have also served on the Expert Panel advising the Delaware River Basin Commission on establishment of a Total Maximum Daily Load (TMDL) for PCBs in the Delaware River.

For additional qualification information, see my CV attached as Exhibit A.

## Compensation

My general billing rate is $200 per hour. My rate for testimony is $300 per hour.

## Testimony in Past 4 Years

City of Hartford, et al. v. Monsanto Company, et al. – February 7, 2018

City of San Diego, et al. v. Monsanto Company, et al. – June 14, 2019

## Summary of opinions

In my expert opinion, commercial PCBs (Aroclors), and not byproduct PCBs, are the main sources of PCBs to all of the environmental compartments in and around the Spokane River and associated watershed for which we have data.

Through my analysis, as discussed throughout this report, I have developed the following opinions, discussed here by environmental compartment.  In all compartments, Aroclors are the dominant source of PCBs.  The following compartments were investigated using PMF (Positive Matrix Factorization):

- In surface water samples collected by the SRRTTF, commercial PCBs make up about 90% of the total PCBs present.
- In samples from the sewer system of the Spokane City WWTP, which includes both plant influent and CSOs, commercial PCBs on average make up over 95% of the total PCBs detected.
- In the water column, commercial PCBs make up about 90% of the total PCB mass on average.

2

- In tissue from fish caught in the Spokane River in the vicinity of the city of Spokane, commercial PCBs account for virtually all of the PCBs detected.  Non-commercial PCBs make up less than 1% of the total PCBs detected.
- In stormwater samples from the city of Spokane, commercial PCBs comprise over 95% of total PCBs, on average.
- In groundwater at the Kaiser facility, commercial PCBs account for virtually all of the PCBs detected.
- In outfalls at the Kaiser facility, commercial PCBs make up about 98% of total PCBs.

The following compartments were investigated using MLR (Multiple Linear Regression):

- Two CSO samples were collected using a different method than other CSO samples and must be analyzed separately.  In those samples, commercial PCBs made up over 99% of the total PCBs present.
- Twenty-three stormwater samples were collected using a different method than other stormwater samples and must be analyzed separately.  In those samples, commercial PCBs made up over 95% of the total PCBs present.
- In eight samples of solids from storm drains and collection basins, commercial PCBs make up more than 95% of total PCBs on average.
- In treated effluent from the City of Spokane's WWTP, commercial PCBs made up more than 90% on average of total PCBs.
- In bulk atmospheric deposition samples collected in and near Spokane, Aroclors were the dominant sources of PCBs.  The contribution of non-commercial PCBs to the atmospheric deposition was difficult to quantify due to probable blank contamination, but is certainly less than 50%.
- In samples of biofilm and caddis and mayfly larvae collected in the Spokane River, commercial PCBs make up about 90%, on average, of total PCBs.
- In river sediment from the Spokane River near Spokane, commercial PCBs were more than 95%, on average, of total PCBs.
- In groundwater from the GE facility, commercial PCBs account for virtually all PCBs detected.
- In samples from the Inland Empire Paper wastewater treatment facility, commercial PCBs comprised more than 80% of total PCBs on average.
- In surface water sampled using the CLAM device, commercial PCBs comprised about 90% of total PCBs.

In municipal products tested by the City of Spokane, Aroclor PCBs were sometimes present, indicating that not all PCBs detected in consumer products can be assumed to arise from non-commercial sources.

Introduction

Samples of a wide variety of environmental compartments in the Spokane, WA area were analyzed for this report. The purpose of this work was to examine the congener patterns in these samples in an attempt to determine whether the PCBs in these samples arose from Aroclors produced by Monsanto, and if so to quantify the fraction of the total PCBs in each sample that is attributable to Aroclors versus the fraction attributable to non-Aroclor sources.

As explained in more detail below, I used two types of analysis for this project: Positive Matrix Factorization (PMF) and Multiple Linear Regression (MLR). PMF is the primary technique used here, but for certain samples insufficient data required MLR analysis. For the following environmental compartments, I conducted a PMF analysis:

- Surface water
- Spokane City WWTP influent and CSOs
- Fish
- Stormwater
- Kaiser groundwater
- Kaiser outfalls

For the following environmental compartments, the quantity of data was not sufficient for PMF analysis, so these compartments were analyzed using Multiple Linear Regression (MLR):

- Two samples from CSOs measured using a DB5 column
- Twenty-three samples of stormwater measured using an SPB-octyl column
- Spokane City WWTP treated effluent
- Bulk Atmospheric Deposition
- Biofilm
- Sediment (including suspended particulates)
- Surface water CLAM (Continuous low-level aquatic monitoring) samples
- Groundwater from the GE plant
- Inland Empire Paper outfalls
- Storm drain solids
- Municipal products

These data have been collected under various Quality Assurance Project Plans (QAPPs). Data was obtained from two main sources. The first was the database provided by Baron and Budd. Version 20 was used for all analyses in this report. Data were blank corrected before being entered into this database. The second source was the SRRTTF, which provided various data in the form of Excel spreadsheets. This data underwent Quality Assurance checks. In each of the SRRTTF data sets, data was provided as "MEL amended" results, which were blank corrected. These MEL amended results were used for all analyses.

4

### Background on PMF

The primary technique used here is factor analysis using Positive Matrix Factorization (PMF) (Paatero and Tapper, 1994). This approach has been used extensively in the environmental literature to investigate PCB sources by the author of this report (Du and Rodenburg, 2007b; Du et al., 2008; Rodenburg et al., 2010a; Rodenburg et al., 2011; Rodenburg et al., 2012; Praipipat et al., 2013; Rodenburg and Meng, 2013; Rodenburg et al., 2015a; Rodenburg et al., 2015c; Praipipat et al., 2017; Rodenburg and Ralston, 2017) and many other researchers (Magar et al., 2005; Bzdusek et al., 2006a; Bzdusek et al., 2006b; Soonthornnonda et al., 2011; Uchiyama et al., 2011; Saba and Su, 2013; Karakas et al., 2017).

PMF defines the sample matrix as product of two unknown factor matrices with a residue matrix:

$$X = GF + E \qquad\qquad\qquad (1)$$

The sample matrix (X) is composed of n observed samples and m chemical species. F is a matrix of chemical profiles of p factors or sources. The G matrix describes the contribution of each factor to any given sample, while E is the matrix of residuals. The PMF solution, i.e. G and F matrices, are obtained by minimizing the objective function Q through the iterative algorithm:

$$Q = \sum_{i=1}^{n}\sum_{j=1}^{m}\left(e_{ij} / s_{ij}\right)^{2} \qquad\qquad\qquad (2)$$

Q is the sum of the squares of the difference (i.e. $e_{ij}$) between the observations (X) and the model (GF), weighted by the measurement uncertainties ($s_{ij}$). Here we have used the PMF2 software of Paatero and Tapper (1994).

The advantage of the PMF approach is that it can quantify the fraction of a given congener that comes from Aroclor versus non-Aroclor sources, and it does not make the assumption that no weathering of the PCB fingerprints has taken place. Instead it produces fingerprints of congeners that co-vary and have been found to be present in most of the samples. The user can then compare these fingerprints to the Aroclor patterns to determine whether they are similar to the Aroclors. In the PCB source evaluation project in the Green-Duwamish River system in Washington State (Rodenburg and Leidos, 2017a), the Washington State Department of Ecology accepted the interpretation that when the agreement ($R^2$) between the fingerprint produced by the PMF program and a single Aroclor is greater than approximately 0.8, the factor was considered to represent an unweathered single Aroclor. When the agreement was not as good (i.e., $R^2$ between approximately 0.4 and 0.8), the factor was interpreted as representing a weathered Aroclor. US EPA oversaw this project and did not object to this interpretation.

There are two main disadvantages of the PMF approach. First, the PMF program cannot find a stable solution when the input data contains too many values that are below detection limit (BDL). For this reason, congeners (or chromatographic peaks) that are frequently not detected

are removed from the data set prior to analysis.  Second, the PMF program performs best when there are at least as many samples as PCB congeners (or peaks) in the input data set.  As a result, the PMF approach requires a large number of samples to be effective.  It is possible to include more congeners (peaks) than samples in the input, but if the number of peaks exceeds the number of samples by too wide a margin, the PMF program will be unable to find a stable solution.  As a result of these two limitations, not all of the 209 PCB congeners will be considered in the PMF analysis, and therefore some of the PCB mass will not be considered.  In addition, all of the samples included in a single PMF model must have the same coelution pattern.  (This issue is described in more detail in the section on Measurement of PCBs below.)  This means that data collected on one GC column (such as the SPB-octyl column) can only be combined with data collected using another column (such as the SGE-HT8) by pre-processing the data to sum some congeners so that both data sets will use a common co-elution pattern.  Information is lost in the process.  Also, all of the samples in a single PMF analysis should come from a set of samples collected in the same region and environmental compartment (i.e. water, sediment, etc.) so that they will have congener patterns in common.  For example, in this report, fish samples are not combined with storm water samples for PMF analysis.

All data analysis approaches require that the input data be processed in some way.  As noted above, the PMF approach requires that some congeners be discarded from the PMF input.  In the sections below, I have indicated how much of the PCB mass had to be discarded when constructing the PMF inputs.  Typically the fraction discarded is much less than 10%.  Construction of the PMF inputs also requires that a proxy value be used in place of a zero for a value that is below detection limit.  To do so, the operator must have some knowledge of the detection limits for each measurement.  For all data sets analyzed using PMF in this report, non-detect values were replaced with a random number between zero and the LOD.  Further, the PMF approach requires the user to estimate the uncertainty associated with each measurement.  Usually the uncertainties for concentrations that are detected are calculated on a congener-by-congener basis from the relative standard deviation of the surrogate recoveries for each congener.  When surrogate recovery information is not available, we have used uncertainties from a different but similar data set.  For example, surrogate recoveries were not available for water and sediment data from the Portland Harbor Superfund Site, so the uncertainty matrices from the Delaware River water and sediment were substituted, respectively (Rodenburg et al., 2015c).  Concentrations that were not detected were assigned three times the base uncertainty.

### Non-commercial fingerprints from other data sets

The approach of using PMF2 analysis to identify PCB sources has been used in many previous studies that can be used to estimate the minimum contribution of non-commercial PCB sources that can be detected using the PMF approach.  Table 1 summarizes the contribution of non-commercial PCB sources to various data sets investigated by the author of this report.  In all cases, fingerprints identified in these studies as 'non-commercial' met the criteria enumerated above.

Table 2 suggests that the PMF analysis approach is capable of detecting a non-commercial fingerprint when it contributes as little as 1.1% of the PCB mass in the data set.  To the extent that the data set is representative of the compartment (water, sediment) as a whole, this percentage can be interpreted as the contribution of the non-commercial source to all the PCB sources for that compartment. In five of the sixteen cases in which a non-commercial PCB factor was identified, the contribution of the non-commercial factor was equal to or less than 2%, suggesting that this approach can routinely identify contributions at this level.

For the present analysis, we conclude that for compartments in which a non-commercial factor was not isolated by the PMF analysis (i.e. fish tissue and Kaiser outfall), the contribution of non-commercial PCBs to that compartment is less than the contribution detected for the Spokane city storm water (6.5%) with a high degree of certainty, and is 2% or less with a reasonable degree of certainty.

Table 1:  Non-commercial PCB factors isolated in other studies and their contribution to the mass in the data set.

| Location | Matrix | Contribution of factor associated with: | | Reference |
|---|---|---|---|---|
| | | PCB 11 | PCB 209 | |
| Delaware River | Water | 5% | 19% | (Du et al., 2008) |
| | Sediment | 1.4% | 61% | (Praipipat et al., 2013) |
| | permitted discharges* | 6.7% | 1.5% | (Rodenburg et al., 2010a) |
| NY/NJ Harbor | Water | 2.4% | none | (Rodenburg et al., 2011) |
| Portland Harbor Superfund Site | Water | 6.3% | none | (Rodenburg et al., 2015c) |
| | sediment | 1.1% | none | |
| Green-Duwamish River | atmospheric deposition | 9% | 4% | (Rodenburg and Leidos, 2017a) |
| | sediment | 1.5% | none | |
| | stormwater solids | 2% | 8% | |
| | stormwater | 4% | 6% | |

*For permitted discharges, the contribution represents the contribution to the total *load* of PCBs discharged from all facilities in the data set to the river.  Load is calculated as concentration times flow, so facilities with larger flows will represent a larger contribution to the total load.

## Background on MLR

The second technique used in this report is Multiple Linear Regression (MLR), sometimes also called Partial Least Squares (PLS) regression.  I compared the PCB congener fingerprints in the samples with those in the Aroclors as measured either by Rushneck et al. (2004) on an SPB-octyl gas chromatography column or by Pacific Rim Laboratories on an SGE-HT8 gas chromatography column.  This technique conducts a MLR of the congener fingerprint of the sample (y) versus the Aroclor fingerprints (x's).  A multiple linear regression was performed in which a congener pattern was calculated that represented a linear combination of the five main Aroclors:

$$C_f = aC_{1016} + bC_{1242} + cC_{1248} + dC_{1254} + eC_{1260} \qquad (4)$$

where

$C$ = concentration of the resolved factor (*f*) or individual Aroclor,
*a*, *b*, *c*, *d* and *e* = partial regression coefficients.

When any of the coefficients was zero or negative, that Aroclor was removed from the regression and the MLF was rerun.  This approach follows the scheme outlined by Burkhard and

8

Weininger (1987) and more recently by Zhang and Harrington (2015). This approach has been widely used to determine PCB sources (Swackhamer and Armstrong, 1988; Verbrugge et al., 1991). MLR was conducted using the LINEST feature of Excel and/or via python code. Congener fingerprints were normalized such as that each congener/peak was expressed as a percent of the total fingerprint, with the sum of all congeners equal to 100%. For purposes of MLR, non-detects were set to zero, because in their measurements of the fingerprints of the Aroclors performed by Rushneck et al. (2004) via method 1668 and by Frame (1997) and Frame et al. (1996), non-detects were likewise set to zero and no information about detection limits was available.

In the PCB source evaluation project in the Green-Duwamish River system in Washington State (Rodenburg and Leidos, 2017a), the Washington State Department of Ecology accepted the interpretation that when the agreement ($R^2$) between a fingerprint and a single Aroclor is greater than approximately 0.8, the factor was considered to represent an unweathered single Aroclor. When the agreement was between approximately 0.4 and 0.8, the fingerprint was interpreted as representing a weathered Aroclor.

## Measurement of PCBs

The congener-specific PCB data evaluated here were collected using U.S. Environmental Protection Agency (EPA) Method 1668, which was first published in 1999 and has undergone several revisions since then (EPA, 1999). The first version was Method 1668A, and subsequent minor revisions are denoted as 1668B, 1668C, and 1668D. There is relatively little difference between the various revisions, and data collected under different revisions are highly comparable and can generally be pooled and used together. Method 1668 uses a high-resolution mass spectrometer (MS) coupled with high-resolution gas chromatography (GC) to measure PCBs in any matrix. Chromatography is the science of separating a mixture into its individual components by injecting the mixture into a mobile phase, which then passes through a stationary phase. Some compounds in the mixture spend more time sorbed onto the stationary phase. Because these compounds spend more time not moving, they will emerge (elute) from the chromatographic system later. The amount of time a compound takes to travel through the chromatographic system is its retention time. In GC, the mobile phase is a gas (usually helium), and the stationary phase can be any one of a number of organic compounds chemically bonded to a stationary support. There are hundreds of GC columns commercially available. The primary mechanism causing some PCB congeners to be retained longer on any of these columns is their condensation on the stationary phase; therefore, the primary chemical property that determines the retention time is the compound's vapor pressure. The type of stationary phase has a lesser, but still important, impact on the compound's retention time.

There are 209 PCB congeners. A homologue group is a set of congeners that have the same number of chlorines. The MS used in Method 1668 can discern between different masses of the PCB molecule; therefore, congeners that have the same retention time but different masses (i.e., different homologues) can be quantified separately. The key difficulty in measuring PCBs is that, within a homologue group, there are often several congeners that are so similar in their

9

vapor pressure that they have essentially the same retention time; therefore, they cannot be quantified separately and can only be reported as the sum of multiple congeners. One of the primary goals when developing Method 1668 was to find a column that would resolve the 12 dioxin-like PCB congeners into 12 separate peaks, each with its own unique retention time, such that none of the 12 coelute with any other PCB congener. This would allow the results to be used to calculate a toxic equivalency quotient (TEQ) by multiplying the concentration of each dioxin-like congener by its corresponding toxic equivalency factor (TEF).

Separating the 12 dioxin-like congeners from all the others is difficult. Even after much effort, Method 1668 could only separate 10 of the 12 completely, with the 2 remaining dioxin-like congeners (PCB-156 and PCB-157) coeluting with each other using an SPB-octyl column. Fortunately, PCB-156 and PCB-157 have the same TEF; therefore, the calculation of the TEQ was not affected. However, the column that had been most commonly used for PCB analysis since the 1980s could separate PCB-156 and PCB-157 into 2 separate peaks, but it could not resolve all of the other 10 dioxin-like congeners. This column is referred to as DB-1 in Method 1668, but it is also referred to as DB-5, as well as a number of other names.  The authors of Method 1668 allowed this column as an alternate. As written, Method 1668 requires the use of "[a]ny GC column or column system (2 or more columns) that provides unique resolution and identification of the Toxics for determination of a TEQPCB using TEFs...Isomers may be unresolved so long as they have the same TEF and response factor and so long as these unresolved isomers are uniquely resolved from all other congeners. For example, the SPB-octyl column…achieves unique GC resolution of all Toxics except congeners with IUPAC numbers 156 and 157. This isomeric pair is uniquely resolved from all other congeners and these congeners have the same TEF and response factor…The DB-1 column is optional and is capable of uniquely resolving the congener pair with IUPAC 156 and 157" (EPA, 1999).

To complicate matters further, SGE Analytical Science produces a column called the SGE-HT8, which is capable of resolving more congeners than the DB-5 and is more rugged than the SPB-octyl. This column is often used for PCB analysis by Method 1668, especially in the Spokane area.

As noted, there is no column that can separate all 209 congeners into 209 separate peaks. Some congeners will always coelute. The problem is that the coelution patterns are very different on the SPB-octyl, SGE-HT8, and DB-5 equivalent columns. Table 1 summarizes the most common coelution patterns, but differences can be observed depending on the lot and age of the GC column. These differences are usually minor for the SPB-octyl and DB-5 columns, but the coelution patterns can vary substantially on the SGE-HT8 column.

As Table 2 demonstrates, if the goal is to mix data collected on the different types of columns into a single data set for analysis, the concentrations reported for a variety of congeners must sometimes be summed. One example is PCB-85. On the DB-5 column, six separate reported concentrations must be summed to equal the sum of three reported concentrations from the SPB-octyl column, which yields a single concentration representing the sum of PCB congeners 85, 86, 87, 97, 108, 112, 116, 117, 119, and 125. Information is lost. As a result, while the DB-5

column reports the 209 PCBs in about 168 chromatographic peaks, and the SPB-octyl column reports the 209 congeners in about 159 peaks, a data set in which SPB-octyl and DB-5 data have been combined will contain only about 128 peaks. A data set in which all three types of columns have been used will contain only about 122 peaks after they are composited.  For these reasons, I avoided compositing data whenever possible.

Table 2. PCB Congener Coelution Patterns on the DB-5 (or equivalent), SGE-HT8, and SPB-octyl GC Columns. Reproduced from (Rodenburg and Leidos, 2017b).

| DB-5 | SGE-HT8 | SPB-octyl |
|---|---|---|
| PCB-4+10 | PCB-4 | PCB-4 |
| | PCB-10 | PCB-10 |
| PCB-5+8 | PCB-5+8 | PCB-5 |
| | | PCB-8 |
| PCB-7+9 | PCB-7 | PCB-7 |
| | PCB-9 | PCB-9 |
| PCB-12+13 | PCB-12+13 | PCB-12+13 |
| PCB-16+32 | PCB-16 | PCB-16 |
| | PCB-32 | PCB-32 |
| PCB-18 | PCB-18 | PCB-18+30 |
| PCB-30 | PCB-30 | |
| PCB-20+21+33 | PCB-20+33 | PCB-20+28 |
| PCB-28 | PCB-21 | PCB-21+33 |
| | PCB-28 | |
| PCB-24+27 | PCB-24 | PCB-24 |
| | PCB-27 | PCB-27 |
| PCB-26 | PCB-26 | PCB-26+29 |
| PCB-29 | PCB-29 | |
| PCB-40 | PCB-40+57 | PCB-40+41+71 |
| PCB-41+64+71+72 | PCB-41 | PCB-57 |
| PCB-57 | PCB-64+72 | PCB-64 |
| | PCB-71 | PCB-72 |
| PCB-42+59 | PCB-42 | PCB-42 |
| PCB-43+49 | PCB-43+49 | PCB-43 |
| PCB-44 | PCB-44 | PCB-44+47+65 |
| PCB-47 | PCB-47+48 | PCB-48 |
| PCB-48+75 | PCB-52+69 | PCB-49+69 |
| PCB-52+69 | PCB-49 | PCB-52 |
| PCB-62 | PCB-62 | PCB-59+62+75 |
| PCB-65 | PCB-65+75 | |
| PCB-45 | PCB-45 | PCB-45+51 |
| PCB-51 | PCB-51 | |

| DB-5 | SGE-HT8 | SPB-octyl |
|---|---|---|
| PCB-50 | PCB-50 | PCB-50+53 |
| PCB-53 | PCB-53 | |
| PCB-56+60 | PCB-56 | PCB-56 |
| | PCB-60 | PCB-60 |
| PCB-61+70 | PCB-61 | PCB-61+70+74+76 |
| PCB-66+76 | PCB-66 | PCB-66 |
| PCB-74 | PCB-70 | |
| | PCB-74 | |
| | PCB-76 | |
| PCB-83 | PCB-83+109 | PCB-83+99 |
| PCB-85+116 | PCB-85 | PCB-85+116+117 |
| PCB-86 | PCB-86+97+117 | PCB-86+87+97+108+119+125 |
| PCB-87+117+125 | PCB-87+115 | |
| PCB-97 | | |
| PCB-99 | PCB-99 | |
| PCB-107+109 | PCB-107+108 | PCB-107+124 |
| PCB-108+112 | | PCB-109 |
| PCB-110 | PCB-110 | PCB-110+115 |
| PCB-111+115 | PCB-111 | PCB-111 |
| PCB-119 | PCB-112+119 | PCB-112 |
| | PCB-116+125 | |
| PCB-124 | PCB-124 | |
| PCB-84+92 | PCB-84 | PCB-84 |
| | PCB-92 | PCB-92 |
| PCB-88+91 | PCB-88 | PCB-88+91 |
| | PCB-91 | |
| PCB-93 | PCB-93+98+102 | PCB-93+95+98+100+102 |
| PCB-95+98+102 | PCB-95 | |
| PCB-100 | PCB-100 | |
| PCB-90+101 | PCB-90 | PCB-90+101+113 |
| PCB-113 | PCB-101 | |
| | PCB-113 | |
| PCB-105 | PCB-105+127 | PCB-105 |
| PCB-127 | | PCB-127 |
| PCB-106+118 | PCB-106 | PCB-106 |
| | PCB-118 | PCB-118 |
| PCB-128+162 | PCB-128 | PCB-128+166 |

12

| DB-5 | SGE-HT8 | SPB-octyl |
|---|---|---|
| PCB-166 | PCB-162 | PCB-162 |
| | PCB-166 | |
| PCB-129 | PCB-129 | PCB-129+138+160+163 |
| PCB-138+163+164 | PCB-138 | PCB-158 |
| PCB-158+160 | PCB-158 | PCB-164 |
| | PCB-160 | |
| | PCB-163+164 | |
| PCB-132+161 | PCB-132+161 | PCB-132 |
| | | PCB-161 |
| PCB-133+142 | PCB-133 | PCB-133 |
| | PCB-142 | PCB-142 |
| PCB-135 | PCB-135 | PCB-135+151+154 |
| PCB-151 | PCB-151 | |
| PCB-154 | PCB-154 | |
| PCB-136 | PCB-136+148 | PCB-136 |
| PCB-148 | | PCB-148 |
| PCB-134+143 | PCB-134 | PCB-134+143 |
| PCB-139+149 | PCB-139+149 | PCB -139+140 |
| PCB-140 | PCB-140 | PCB-146 |
| PCB-146+165 | PCB-143 | PCB-147+149 |
| PCB-147 | PCB-146 | PCB-165 |
| | PCB-147 | |
| | PCB-165 | |
| PCB-153 | PCB-153 | PCB-153+168 |
| PCB-168 | PCB-168 | |
| PCB-156 | PCB-156 | PCB-156+157 |
| PCB-157 | PCB-157 | |
| PCB-171 | PCB-171 | PCB-171+173 |
| PCB-173 | PCB-173 | |
| PCB-180 | PCB-180 | PCB-180+193 |
| PCB-193 | PCB-193 | |
| PCB-182+187 | PCB-182+187 | PCB-182 |
| | | PCB-187 |
| PCB-183 | PCB-183 | PCB-183+185 |
| PCB-185 | PCB-185 | |
| PCB-196+203 | PCB-196 | PCB-196 |
| | PCB-203 | PCB-203 |

13

| DB-5 | SGE-HT8 | SPB-octyl |
|---|---|---|
| PCB-197 | PCB-197 | PCB-197+200 |
| PCB-200 | PCB-200 | |
| PCB-198 | PCB-198 | PCB-198+199 |
| PCB-199 | PCB-199 | |

Congeners that do not coelute on any column are not shown.

GC = Gas chromatography.

PCB = Polychlorinated biphenyl.

### Non-Aroclor PCB congeners

The primary focus of this analysis is to identify PCBs that arise from sources other than Aroclors (or other commercial PCB formulations).  How can this be accomplished using PMF? In order for a factor that is isolated by PMF to be identified as a "non-Aroclor" source, it must fulfill three criteria.  First, it should not resemble any of the Aroclors.  As noted above, in the PCB source evaluation project in the Green-Duwamish River system in Washington State (Rodenburg and Leidos, 2017a), the Washington State Department of Ecology accepted the interpretation that when the agreement ($R^2$) between the fingerprint produced by the PMF program and a single Aroclor is greater than approximately 0.8, the factor was considered to represent an unweathered single Aroclor. When the agreement was not as good (i.e., $R^2$ between approximately 0.4 and 0.8), the factor was interpreted as representing a weathered Aroclor.

The second criteria is that when the agreement between the Aroclor and the factor ($R^2$) is less than 0.4, the differences between the Aroclor and the factor cannot be explained by any known weathering phenomenon.  Weathering processes include partitioning between air, water, or sediment as well as metabolism by biota or bacteria.  Often PMF generates factors from biota that are not similar to the Aroclors, but the differences conform with current knowledge about the metabolism of PCB congeners via the cytochrome P-450 pathway (Boon et al., 1997).  Similarly, in anaerobic environments, bacteria are able to remove one or more of the chlorines from the PCB molecule, turning one PCB congener into another.  This process is well understood, and produces a characteristic congener pattern (Bedard, 2003; Rodenburg et al., 2010a; Rodenburg et al., 2012; Rodenburg et al., 2015c).

The third criteria is that non-Aroclor source fingerprints will probably contain congeners that are known to be associated with non-Aroclor sources.  For this reason, in order to identify non-Aroclor PCB sources, it is important to include PCB congeners in the PMF input data sets that are known to be associated with non-Aroclor sources.

14

The sources of PCBs that are not associated with commercial formulations that have been identified in environmental samples include pigments (Du et al., 2008; Rodenburg et al., 2010a; Rodenburg et al., 2010b; Rodenburg et al., 2011; Rodenburg et al., 2015c) and silicone products (Rodenburg and Leidos, 2017a).  A variety of PCB congeners that occur in the Aroclors are also sometimes found in non-Aroclor sources such as pigments.  For example, (Hu and Hornbuckle, 2009) using an SPB-octyl column identified 47 peaks containing 67 PCB congeners  in commercial paint pigments.  Note that this does not necessarily imply that all 67 congeners were present in the pigments.  When congeners coelute (such as, for example, the coeluting group of PCBs 86+87+97+109+125) it is possible that only one of the congeners is actually contained in the pigment.  Nevertheless, in these pigments, (Hu and Hornbuckle, 2009) found congeners such as PCB 52, which is present in all of the Aroclors tested by Rushneck et al. (2004) and is most abundant in Aroclor 1248, where it constitutes about 7.1% of the Aroclor by weight.

The congeners known to arise only from non-Aroclor sources are PCBs 11 (from pigments) and 68 (from silicone rubber). PCB 11 is virtually absent in the Aroclors, but has been shown to be produced in advertently during the synthesis of some organic pigments (King et al., 2002; Litten et al., 2002; Hu and Hornbuckle, 2009; Rodenburg et al., 2010b).  As a result, PCB 11 is present in various consumer products that have printed designs on them or their packaging (Rodenburg et al., 2010b; Guo et al., 2014; Stone, 2014; Rodenburg et al., 2015b), and can be released from these products into environmental compartments including air, storm water, surface water, sediment, and fish tissue (King et al., 2002; Litten et al., 2002; Choi et al., 2008; Du et al., 2008; Du et al., 2009; Rodenburg et al., 2010b; Rodenburg et al., 2011; Praipipat et al., 2013; Rodenburg et al., 2015a; Rodenburg and Ralston, 2017).   PCB 11 was included in all of the data sets analyzed in this report.

PCB 68 is also virtually absent in the Aroclors but is present in silicone rubber that used 2,4-dichlorobenzoyl peroxide as a curing agent (Perdih and Jan, 1994; Anezaki and Nakano, 2015; Herkert et al., 2018).  As a result, it can be present in environmental samples as an artifact (contamination) when silicone rubber tubing is used to collect the sample (Greyell and Williston, 2018).  Herkert et al. (2018) have argued that PCB 68 can be present in polyester resins which have been cured using 2,4-dichlorobenzoyl peroxide.  Use of 2,4-dichlorobenzoyl peroxide is typically associated with PCBs 44+47+65 and 45+51 along with PCB 68.  Unfortunately, 44+47+65 and 45+51 are also found in the Aroclors (Rushneck et al., 2004), and they can also be markers for dechlorination of Aroclor PCBs by bacteria (Bedard and May, 1996; Magar et al., 2005; Bedard et al., 2006; Bzdusek et al., 2006a; Fagervold et al., 2007; Rodenburg et al., 2010a).

Other congeners are almost always associated with non-Aroclor sources.  PCBs 206, 208, and 209 can be produced during the synthesis of some organic (Hu and Hornbuckle, 2009) and inorganic pigments (Gamboa et al., 1999; Du et al., 2008; Praipipat et al., 2013; Rodenburg and Ralston, 2017).  Although these three congeners are mostly absent in the five main Aroclors (1016, 1242, 1248, 1254, and 1260), comprising a maximum of 0.9% of PCBs in Aroclor 1260, they are present in some of the rare Aroclors.  In Aroclor 1268, they comprise 51% of total PCBs

(Rushneck et al., 2004).  PCB 209 was reportedly present in Aroclors 1270 and 1271 (Hermanson et al., 2016), although Rushneck et al. (2004) did not measure the congener fingerprints of these Aroclors.  In some locations, PCB 209 is clearly associated with commercial PCB production.  For example, PCB 209 was found to be the dominant congener in some samples of soil, tree bark, and house dust collected near the former Monsanto PCB manufacturing facility in Sauget, IL (Stratton and Sosebee, 1976; Gonzalez et al., 2011; Hermanson et al., 2016).  In contrast, in some places, the presence of PCB 209 is clearly associated with pigments.  For example, in the Delaware River, a PMF-generated factor dominated by PCBs 206, 208, and 209 comprises 61% of the PCB mass in the sediment (Praipipat et al., 2013) and we are reasonably certain that it arose primarily from a facility in Edgemoor, Delaware that manufactured titanium dioxide via a process that is known to produce PCBs (Gamboa et al., 1999).

## PMF results

### Surface water

**Summary:**  About 90% of PCBs in the surface water of the Spokane River come from Aroclors.  The PMF-generated factor that is dominated by PCB 11 accounts for about 10% of the PCBs in the Spokane River.

**Matrix analyzed:**  191 samples, 68 peaks.  About 10% of the PCB mass is lost during the blank correction process (see below).  These 68 peaks represent 92.4% of the PCB mass remaining after blank correction, i.e. 7.6% of the mass is lost when congeners are discarded because they were not detected in enough samples to be included in the PMF input.  This data was collected by the SRRTTF during 2014-2018 and provided by the SRRTTF via multiple spreadsheets.

**Blank correction:**  Because the concentrations of PCBs in the surface waters of the Spokane River are relatively low (around 200-400 pg/L) and the concentrations in the blanks are around 88 pg/L, blank correction of this data is important.  During 2018, I conducted a study funded by the SRRTTF to determine the optimal procedures for blank correction using the surface water data from 2014-2017 because the 2018 data was not yet available (Rodenburg, 2019).  This study concluded that censoring the data at one times the batch-specific blank concentration was the most appropriate method.  (Censoring means designating concentrations that are less than the concentration in the blank as non-detects.  The other widely used method of blank correction is subtraction, in which the mass in the blank is subtracted from the mass in the sample, and if the results is equal to or less than zero, the concentration is designated at non-detect.)  This study also concluded that PCBs from non-commercial sources (specifically PCBs from pigment, peroxide-cured silicone, and uncured silicone) were responsible for about one-third of the PCBs in the blanks, with the other two-thirds coming from Aroclors.  Blank correction resulted in the fingerprints of PCBs from the two types of silicone to be undetectable in the water column data.  For this analysis, SRRTTF provided the data already censored at one times the blank concentration.

**Detection limits:** Detection limits were usually provided. For the small number of samples for which LODs were not available, they were inferred from the LODs provided for congeners with the same molecular weight.

**Uncertainty matrix:** Uncertainties were calculated from the provided surrogate recoveries.

**Samples included:** All surface water samples from the Spokane River were included in the data matrix, as well as 15 samples from Hangman Creek.

**Results:** The results were virtually identical to those described in the blank study report (Rodenburg, 2019), i.e. five factors were isolated with four resembling Aroclors and the one dominated by PCB 11. SurfW 2 resembled Aroclor 1016 ($R2 = 0.67$). SurfW 3 resembled Aroclor 1248 ($R2 = 0.75$). SurfW 4 resembled Aroclor 1254 ($R2 = 0.92$), and SurfW 5 resembled Arolcor 1260 ($R2 = 0.78$).

SurfW 1 was dominated by PCB 11 (79% of the fingerprint). Even when PCB 11 was removed from the correlation, the best match between this factor and an Aroclor was 1242 with an $R2$ value of just 0.1. Therefore this factor did not resemble any Aroclor and it presumably arises from non-commercial sources. SurfW 1 accounts for 10.1% of PCBs in this data set. The abundance of this factor varies by location as shown in figure 1.



Figure 1. PCB sources to the Spokane River surface water by sampling location. River flow is from right to left, where SR15 is the outlet to Lake Coeur D'Alene and SR1 is below Nine Mile Dam. River miles (RM) are approximate.

17

## Spokane City WWTP influent and CSO samples

**Summary:** More than 95% of the PCBs in the Spokane City WWTP influent and CSO samples arise from Aroclors. The PMF model generated a factor that contains some PCB 11, but this factor also resembled a mix of weathered Aroclors, suggesting that it represents a mixture of Aroclors and non-commercial PCBs. I estimate that non-commercial PCBs contribute less than 5% of the PCBs to the City wastewater influent and CSOs.

**Matrix analyzed:** 236 samples, 83 peaks. These peaks represent 98.6% of the PCB mass. Samples were from StudyIDs CityOfSpokaneWW (223 samples collected from 2009 to 2019), SRUW-Spokane (12 samples collected from 2009-2011), and DSER0010 (one sample from 2004). This data was provided in version 20 of the Baron and Budd database.

**Samples included:** Two samples from CSOs were not included in the PMF data set because they were analyzed using a DB5 column. These are analyzed separately via MLR under the section on MLR.

**Blank correction:** Blank correction was performed before this data was entered into the Baron and Budd v. 20 database.

**Detection limits:** Detection limits were usually provided. For the small number of samples for which LODs were not available, they were inferred from the LODs provided for congeners with the same molecular weight.

**Uncertainty matrix:** Uncertainties were calculated from the provided surrogate recoveries.

**Results:** The PMF analysis generated five factors. Four of the five factors resembled Aroclors. CityWW 1 strongly resembled a 50/50 mixture of Aroclors 1242 and 1248 (R2 = 0.92). CityWW 3 strongly resembled Aroclor 1254 (R2 = 0.82), CityWW 4 resembled a mixture of Aroclors 1254 and 1260 (R2 = 0.82). CityWW 5 resembled Aroclor 1254 (R2 = 0.74).

PCB 11 explained 12% of CityWW 2. The remainder of this factor resembled a mixture of Aroclors 1016, 1254, and 1260 (R2 = 0.63). This factor therefore represents a mixture of weathered Aroclors and non-commercial PCB sources. One way to interpret this R2 value is to say that Aroclor PCBs explain 63% of this fingerprint. This factor is responsible for 13% of the mass of PCBs in this data set. Since the majority of the PCBs in this factor arise from Aroclors, the fraction of PCBs in the data set that arise from non-commercial sources is less than this 13%. The minimum fraction of non-commercial PCBs in this fingerprint is 12% (the contribution from PCB 11) and the maximum is 37% (i.e. 100% minus the 63% arising from Aroclors). Thus the non-commercial contribution to the PCBs in the Spokane City wastewater influent and CSOs ranges from 1.6% (13% of mass times PCB 11's 12% of the fingerprint) to 4.8% (13% of mass times 37% the fingerprint not explained by Aroclors).

18

#### Fish tissue

**Summary:**  PCBs in the fish of the Spokane River arise almost entirely (more than 99%) from Aroclors.  The PMF model does not identify a fingerprint that is dominated by a non-commercial PCB congener.

**Matrix analyzed:**  105 samples, 104 peaks.  These peaks represent 99.9% of the PCB mass.  This data was from the following studyIDs:

- mifr0003 (4 samples collected in 2016)
- BERA0011 (10 samples collected in 2014)
- RJAC002 (15 samples collected in 2001)
- DSER0010 (15 samples collected in 2003-2004)
- WSTMP12 (36 samples collected in 2012)
- WSTMP03T (25 samples collected in 2003)

**Samples included:**  A total of 118 samples of tissue were available.  Thirteen of these were excluded from the PMF input because they were outside of the study area.  Nine of these thirteen were from hatcheries.

**Blank correction:**  Blank correction was performed before this data was entered into the Baron and Budd v. 20 database.

**Detection limits:**  Detection limits were usually provided.  For the small number of samples for which LODs were not available, they were inferred from the LODs provided for congeners with the same molecular weight.

**Uncertainty matrix:**  Uncertainties were calculated from the provided surrogate recoveries.

**Results:**  The PMF analysis produced six factors. Five of these six strongly resembled either a single Aroclor or a mixture of Aroclors with R2 values greater than 0.67.  Fish 4 was a very weathered fingerprint.  It resembles a mixture of Aroclors 1248, 1254, and 1260 (R2 = 0.46).  It was dominated by PCBs 61+70+74+76, 66, 83+**99**+109, **85**+86+87+97+107+108+110+**115**+116+**117**+**119**+124+125, 105+**127**, 118, 129+**138**+160+**163**+164, **153**+**168**, and **180**+**193**.  The congeners shown in bold in this list belong to groups I and II (least metabolized) of the classification scheme devised by Boon et al. (Boon et al., 1989; Boon et al., 1997).  Because these congeners are not readily metabolized by the fish, they tend to dominate in congener patterns derived from fish tissue.  In our recent publication on PCB congener patterns in biota (Rodenburg and Delistraty, 2019), we noted that the ratio of 147+149 to 153+168 could be used as an indicator of the degree of metabolism of the PCB mixture.  In the present data set, 147+149 was combined with 139 and 140.  Therefore 139+140+147+149 represents a group of congeners that are readily metabolized, while 153+168 are not.  The ratio of (139+140+147+149)/(153+168) is close to 1 in the five main Aroclors (ranging from 0.99 in Aroclor 1260 to 1.16 in Aroclor 1248).  In the fish 4 factor, this ratio is 0.07, indicating extensive metabolism.

19

PCBs from non-commercial source are negligible in the fish tissue.  PCB 11 was not detected in 48 of the 105 samples of fish.  PCB 11 constituted a maximum of 0.4% of the sum of PCBs in these samples (non-detects set to zero).  PCB 209 was not detected in 23 of the 105 samples.  PCB 209 comprised a maximum of 0.2% of the sum of PCBs in these samples (non-detects set to zero).

## Spokane Stormwater

**Summary:**  PCBs in the stormwater arise primarily from Aroclors.  The PMF analysis does not generate a factor that is dominated by non-commercial PCBs.  PCBs 11 and 209 make up about 1% of total PCBs in the stormwater.

**Matrix analyzed:**  The stormwater input matrix included 106 samples from the following studyIDs:

- CityOfSpokaneWW (41 samples collected from 2012-2016)
- SRUW-Spokane (35 samples collected from 2009-2011)
- BRWA0004 (30 samples collected in 2007)

Ninety-one PCB peaks were included in the PMF input.  These peaks contained 98.2% of the PCB mass detected across all peaks/samples.

**Samples included:**  Thirteen samples from studyID BRWA0004 were not included in the PMF input because less than 10 PCB peaks were detected in them.  A further 23 samples were not included in the PMF input because they were analyzed using an SPB-octyl column.  These are discussed below in the section on MLR.

**Blank correction:**  Blank correction was performed before this data was entered into the database.

**Detection limits:**  Detection limits were usually provided.  For the small number of samples for which LODs were not available, they were inferred from the LODs provided for congeners with the same molecular weight.

**Uncertainty matrix:**  Uncertainties were calculated from the provided surrogate recoveries.

**Results:**  Five factors were isolated from the PMF analysis.  Because most of these samples were analyzed using an SGE-HT8 column, I used the Aroclor patterns from Pacific Rim laboratories to determine whether the PMF-derived factors resembled Aroclors.  StormW 1 resembled Aroclor 1242 ($R2 = 0.67$).  StormW 2 resembled Aroclor 1254 ($R2 = 0.86$).  StormW 5 resembled Aroclor 1260 ($R2 = 0.87$).  StormW 4 and StormW 5 somewhat resembled Aroclors.  The best-fit profiles for these two factors as a mixture of Aroclors resulted in $R2$ values of 0.34 for StormW 4 and 0.49 for StormW 5.  PCB 11 comprised 4.3% of StormW 4  and 3.2% of StormW 5.  These are not particularly high percentages.  Other congeners that are sometimes associated with non-commercial PCBs sources are not very abundant in these two factors.  For

example, PCB 35 is less than 0.1% of either StormW 4 or StormW 5.  Similarly, PCB 209 is less than 1% of each factor.  The ratio of PCBs 139+149 (readily metabolizable) to PCBs 153+168 (recalcitrant) is about 1.2 in the Aroclors, but is 0.57 in StormW 4 and is a miniscule 0.0001 in StormW 3.  This indicates extensive metabolic weathering of these two factors.  This might indicate the presence of feces in the stormwater, possibly from wildlife or pets.  Regardless, there is little indication that these fingerprints represent non-commercial sources.  More likely, they represent highly weathered Aroclors.  PCB 11 comprises 0.8% of total PCBs in these stormwater samples and PCB 209 comprises 0.2% (non-detects set to zero).  Thus the total contribution of non-commercial PCBs in the stormwater is about 1%.

## Kaiser groundwater

**Summary:**  PCBs in the groundwater at the Kaiser plant arise virtually exclusively from Aroclors.  There is evidence of microbial dechlorination of PCBs occurring in the groundwater.

**Matrix analyzed:**  The Kaiser groundwater input matrix included 166 samples and 70 PCB peaks.  Most of this data was provided by the SRRTTF.  Ten samples of groundwater collected in 2010 were obtained from the Baron and Budd database version 20.  These peaks contained 99.1% of the PCB mass detected across all peaks/samples.

**Samples included:**  Sixty-two samples were excluded because less than 30 congeners were detected in them.  A further six samples marked "River @ Pump House" were not included because they represented river water, not groundwater.

**Blank correction:**  I manually blank corrected this data by censoring at one times the batch-specific blank concentration.

**Detection limits:**  Detection limits were usually provided.  For the small number of samples for which LODs were not available, they were inferred from the LODs provided for congeners with the same molecular weight.

**Uncertainty matrix:**  Uncertainties were calculated from the provided surrogate recoveries.

**Results:**  The PMF program isolated four factors from the Kaiser groundwater data set.  KaiserGW 3 resembled Aroclor 1248 ($R2 = 0.71$) and is responsible for 62% of the mass in the data set.  KaiserGW 4 strongly resembled Aroclor 1254 ($R2 = 0.96$) and is responsible for 7% of the mass in the data set.  The other two factors show evidence of microbial dechlorination of PCBs occurring in the groundwater.  Some strains of anaerobic bacteria can remove chlorines from PCBs, resulting in PCB congeners with fewer chlorines (Brown et al., 1987).  This process appears to occur in groundwater (Rodenburg et al., 2015c).  Thus it is not surprising that it may be happening in the groundwater at the Kaiser site.  KaiserGW 1 and KaiserGW2 both contain elevated levels of PCBs known to be products of dechlorination, particularly PCBs 19, 44+47+65 and 45+51. These two factors contain less than 0.1% each of PCBs 11 and 209, indicating that they are unlikely to come from non-commercial sources.  PCB 68 was detected in only 35 of the

166 samples included in the PMF input.  PCB 11 is about 0.01% of total PCBs in the Kaiser groundwater, and PCB 209 is about 0.001%.

### Kaiser outfalls

**Summary:**  Measurements of PCBs in the effluent from the Kaiser treatment plant appear to be impacted by a sampling artifact related to the use of silicone rubber tubing during sampling in one study.  When steps are taken to account for this artifact, PCBs in the effluent arise overwhelmingly from Aroclors.  Non-commercial PCBs make up about 2% of total PCBs in the Kaiser effluent.

**Matrix analyzed:**  The Kaiser outfall input matrix included 225 samples from the following studyIDs:

- SGOL005 (two samples from 2001)
- SGOL001 (four samples from 2000)
- KaiserWWTP (142 samples from 2007-2011)
- DSER0010 (seven samples from 2003-2004)
- EffluentE120142015 (52 samples from 2014-2015)
- SRRTTF-2014 (four samples from 2014)
- SRRTTF-2015 (four samples from 2015)
- SRRTTF-2018 (ten samples from 2018)

Eighty-three PCB peaks were included in the PMF input.  These peaks contained 99.1% of the PCB mass detected across all peaks/samples.

**Samples included:**  All available samples were included in the PMF input.

**Blank correction:**  Blank correction was performed before this data was entered into the Baron and Budd v 20 database.

**Detection limits:**  Detection limits were usually provided.  For the small number of samples for which LODs were not available, they were inferred from the LODs provided for congeners with the same molecular weight.

**Uncertainty matrix:**  Uncertainties were calculated from the provided surrogate recoveries.

**Results:**  Interpreting the results from the Kaiser effluents is complicated by the fact that the data appear to be impacted by a sampling artifact related to the use of silicone rubber tubing for sampling in studyID EffluentE120142015.  PCB 68 is used as a marker for silicone rubber contamination because it is virtually absent in the Aroclors.  In samples from studyIDs SGOL005 and SGOL001, PCB 68 is never detected.  In samples from studyID KaiserWWTP, PCB 68 is detected in just eight of 134 samples included in the PMF input.  In these eight samples, the maximum amount of PCB 68 is 0.15% of the sum of PCBs (non-detects set to zero).  In contrast,

PCB 68 is detected in all 52 of the samples from studyID EffluentE120142015, and ranged from 0.9% to 3.6% of the sum of PCBs. PCB 68 is also detected in 14 of the 18 samples from the various SRRTTF studyIDs. These are the same studies that collected the data for the surface water analysis discussed above. As I noted in the section of surface water, blank correction of those studies is important. Blank correction of data in the Baron and Budd database was performed prior to the inclusion of the data in the database. It appears that this level of blank correction may have been insufficient to remove the influence of silicone rubber on the EffluentE120142015 samples.

PMF analysis of the full data set generated seven factors. Five of these seven could be described either as a single Aroclor or a mixture of Aroclors with $R^2$ values ranging from 0.71 to 0.92. Kaiser outfall 4 was dominated by PCBs 4 and 19, which are characteristic end products of the microbial dechlorination of Aroclor-type PCBs (Brown et al., 1987). Therefore Kaiser outfall 4 represents an advanced stage of microbial dechlorination of PCBs, which is believed to be occurring in the groundwater at the Kaiser plant (see section on Kaiser groundwater, above).

In systems where bacteria are/were dechlorinating PCBs, it is common to see second dechlorination signal that is dominated by PCBs 44+47+65 and 47+51 (Bzdusek et al., 2006b; Rodenburg et al., 2010a), and indeed these congeners were seen in the Kaiser groundwater samples. Because these congeners have four chlorines, while PCB 4 has two and PCB 19 has three, the signal dominated by 44+47+65 and 45+51 has been called the 'partial' dechlorination factor (Rodenburg et al., 2010a). Kaiser outfall 5 may represent this partial dechlorination signal, because 44+47+65 makes up 18% of this fingerprint and 45+51 makes up 9%. However, PCB 68 is also found in this factor at 7%.

In order to determine whether Kaiser outfall 5 represents the dechlorination of Aroclor PCBs or silicone rubber contamination, I analyzed a smaller data set containing the same 83 PCB peaks and the 173 samples from all studyIDs except EffluentE120142015. This smaller data set generated seven factors. Each had a nearly perfect match in the solution from the larger data set. The $R^2$ values for these matches were greater than 0.91 for all but Kaiser outfall 5, for which the $R^2$ value was 0.70. One reason for the lower $R^2$ value was that the fifth factor from this smaller data set contained very little PCB 68 (0.1%) while Kaiser outfall 5 contained 7% PCB 68. This fifth factor continues to contain high contributions from PCBs 44+47+65 and 45+51. This suggests that Kaiser outfall 5 represents a mixture of PCBs from silicone rubber and from the partial dechlorination occurring in the groundwater.

I have concluded that the PCB 68 found in the Kaiser outfall samples from studyID EffluentE120142015 was a result of contamination during sampling. Further, I conclude that the PCBs 44+47+65 and 45+51 in the outfall samples arose from the microbial dechlorination of Aroclor PCBs. I reach this conclusion based on the following lines of evidence. First, PCB 68 was only found in abundance in one of the eight studies. Other studies that collected water samples during the same years did not find significant amounts of PCB 68. Second, microbial dechlorination of PCBs is/was occurring at the site, as shown by the presence of the advanced dechlorination factor (Kaiser outfall 4). Third, when the samples from studyID

EffluentE120142015 are excluded, the PMF analysis produces a factor that contains high proportions of 44+47+65 and 45+51 but very little PCB 68. This suggests that 44+47+65 and 45+51 are important and abundant congeners in the outfall even when PCB 68 is not present and even when different sampling procedures were used. Third, other studies have demonstrated that when PCBs are being dechlorinated by bacteria, two dechlorination fingerprints are observed, one dominated by PCB 4 and 19 (as in Kaiser outfall 4) and a second that is dominated by PCB 44+47+65 and 45+51 (Rodenburg et al., 2010a; Rodenburg et al., 2012). This explains the abundance of 44+47+65 and 45+51 even in the absence of PCB 68. Fifth, 44+47+65 and 45+51 have been shown to be dechlorination products in systems where only Aroclor PCBs were present (Bedard and May, 1996; Bedard et al., 1997). Sixth, there is no indication of non-commercial PCBs in the outfalls at sufficient concentrations to serve as substrates for dechlorination that might produce PCBs 4, 19, 44+47+65 and 45+51. Seventh, structurally, PCB 68 cannot be a parent PCB that produces PCBs 4, 19, 44+47+65 and 45+51. PCB 68 has four chlorines, so removal of chlorines cannot produce 44+47+65 and 45+51 which also have four chlorines. PCBs 4 and 19 have 2 and 3 chlorines in the ortho positions respectively, while PCB 68 has only one.

PCB 11 comprises about 1.6% of total PCBs in the Kaiser outfall samples, and PCB 209 comprises about 0.4% (non-detects set to zero).

## MLR results

The results of the MLR analysis are presented in table 3. The MLR was sometimes re-run with PCB 11 excluded. In those cases, the Aroclors listed are those found to be significant in the regression with PCB 11 excluded. The number of peaks included in the MLR and the number of peaks detected refer to the data set when PCB 11 was included. Samples analyzed on either an SGE-HT8 or DB5 column were regressed against the Aroclor patterns as measured by Pacific Rim Laboratories. Samples analyzed on an SPB-octyl column were regressed against the Aroclors as measured by Rushneck et al. (2004). All data from the Baron and Budd v 20 database were blank corrected before being entered into the database. All data from SRRTTF was blank corrected by SRRTTF.

24

Decl. of A. Miller in Support of Daubert Motion
To Exclude L. RODENBURG Expert Testimony - 31

Table 3.  Results of the MLR analysis of individual samples

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CSO | BRWA0004 | STMWTR_ERIECSO | 7184223 | DB5 | 101 | 87 | 0.85 | 0.85 | 1260 | 0.6% | 0.1% | BB v20 |
| CSO | BRWA0004 | STMWTR_ERIECSO | 7234723 | DB5 | 101 | 84 | 0.82 | 0.82 | 1260 | 0.5% | 0.1% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | L2019899-2 | SPB-octyl | 120 | 108 | 0.71 | 0.85 | 1248 1254 1260 | 4.4% | 0.20% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | L2046716-5 | SPB-octyl | 120 | 94 | 0.43 | 0.67 | 1254 1260 | 3.4% | 0.12% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | L2046716-6 | SPB-octyl | 120 | 104 | 0.31 | 0.86 | 1242 1254 1260 | 4.7% | 0.11% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | L2079391-4 | SPB-octyl | 120 | 86 | 0.76 | 0.76 | 1254 1260 | 0% | 0.11% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | L2132392-2 | SPB-octyl | 120 | 86 | 0.78 | 0.89 | 1016 1248 1254 | 3.5% | 0.08% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | L2195827-2 | SPB-octyl | 120 | 97 | 0.62 | 0.71 | 1254 1260 | 3.6% | 0.06% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | L2217966-3 | SPB-octyl | 120 | 69 | 0.80 | 0.84 | 1248 1254 1260 | 3.3% | 0.11% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | PR161618 | SGE-HT8 | 75 | 32 | 0.40 | 0.70 | 1248 1254 1260 | 14% | 0.63% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | PR162811 | SGE-HT8 | 75 | 57 | 0.48 | 0.87 | 1242 1248 1254 1260 | 10% | 0% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | PR163344 | SGE-HT8 | 75 | 23 | 0.38 | 0.69 | 1248 1254 1260 | 14% | 0% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | PR163344D | SGE-HT8 | 75 | 33 | 0.55 | 0.76 | 1248 1254 | 12% | 0% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | PR170819 | SGE-HT8 | 75 | 44 | 0.59 | 0.77 | 1254 1260 | 10% | 0.81% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | PR171292 | SGE-HT8 | 75 | 46 | 0.23 | 0.28 | 1254 1260 | 8% | 0.78% | BB v20 |
| Treated effluent | CityOfSpokaneWW | Spokane City WWTP | PR172157 | SGE-HT8 | 75 | 17 | 0.15 | 0.15 | 1254 | 0% | 0% | BB v20 |
| Biofilm | Biofilm | Barker Bridge (RM 90.4) | BB (1809040-03) | SPB-octyl | 152 | 75 | 0.91 | 0.91 | 1242 1260 | 0% | 1.80% | SRM/TF |
| Tissue | Biofilm | GE Mission Left Bank caddis fly larvae | GEM-INVERT (1809040-29) | SPB-octyl | 152 | 121 | 0.51 | 0.51 | 1242 1254 1260 | 0% | 0.02% | SRM/TF |
| Biofilm | Biofilm | GE Mission Left Bank (RM 78.7) | GEM-LB (1809040-07) | SPB-octyl | 152 | 123 | 0.90 | 0.92 | 1242 1254 1260 | 2.5% | 0.11% | SRM/TF |

25

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | | | | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Biofilm | Biofilm | GE Mission Right Bank (RM 78.7) | GEM-RB (1809040-08) | SPB-octyl | 152 | 120 | 0.55 | 0.82 | 1242 | 1248 | 1254 | 1260 | 8.6% | 0.18% | SR-TTF |
| Biofilm | Biofilm | Green Street Left Bank (RM 78.0) | GR-LB (1809040-09) | SPB-octyl | 152 | 119 | 0.79 | 0.94 | 1242 | 1248 | 1254 | 1260 | 6.2% | 0.20% | SR-PF |
| Biofilm | Biofilm | Green Street Right Bank (RM 78.0) | GR-RB (1809040-10) | SPB-octyl | 152 | 121 | 0.76 | 0.89 | 1242 | 1248 | 1254 | 1260 | 6.2% | 0.18% | SR-TTF |
| Biofilm | Biofilm | Gonzaga (RM 75.0) | GZ-BF (1809040-13) | SPB-octyl | 152 | 129 | 0.90 | 0.93 | 1242 | | 1254 | 1260 | 3.1% | 0.75% | SR-TTF |
| Biofilm | Biofilm | Gonzaga (RM 75.0) | GZ-BF-DUP (1809040-21) | SPB-octyl | 152 | 135 | 0.80 | 0.80 | 1242 | 1248 | 1254 | 1260 | 1.3% | 0.06% | SR-TTF |
| River sediment | | Gonzaga-Sediment (RM 75.0) | GZ-SED (1809040-23) | SPB-octyl | 152 | 138 | 0.99 | 0.99 | 1242 | | 1254 | 1260 | 0.05% | 0.05% | SR-TTF |
| River sediment | Biofilm | Gonzaga-Sediment (RM 75.0) | GZ-SED-DUP (1809040-25) | SPB-octyl | 152 | 136 | 0.98 | 0.98 | 1242 | | 1254 | 1260 | 0.08% | 0.07% | SRTTF |
| Biofilm | Biofilm | Harvard Bridge (RM 92.7) | HB (1809040-02) | SPB-octyl | 152 | 98 | 0.85 | 0.85 | 1242 | | 1254 | 1260 | 0% | 1.08% | SR-TTF |
| Biofilm | Biofilm | Hangman Creek (RM 0.8) | HM-BF (1809040-16) | SPB-octyl | 152 | 112 | 0.94 | 0.94 | 1242 | 1248 | 1254 | 1260 | 0% | 0.32% | SRTTTF |
| River sediment | Biofilm | Hangman Creek (RM 0.8) | HM-SED (1809040-22) | SPB-octyl | 152 | 120 | 0.94 | 0.95 | 1242 | | 1254 | 1260 | 0.75% | 1.31% | SR-TTF |
| Biofilm | Biofilm | Mirabeau (RM 86.6) | MBU (1809040-04) | SPB-octyl | 152 | 108 | 0.62 | 0.66 | | 1248 | | 1260 | 3.8% | 1.56% | SR-TTF |
| Biofilm | Biofilm | Mission Bridge (RM 76.6) | MIB (1809040-11) | SPB-octyl | 152 | 139 | 0.86 | 0.91 | 1242 | 1248 | 1254 | 1260 | 2.4% | 0.25% | SR-TTF |
| Biofilm | Biofilm | Monroe Bridge (RM 73.8) | MOB (1809040-14) | SPB-octyl | 152 | 118 | 0.90 | 0.94 | 1242 | | 1254 | 1260 | 3.8% | 0.29% | SR-TTF |
| Biofilm | Biofilm | Nine Mile Dam (RM 57.7) | NMD (1809040-19) | SPB-octyl | 152 | 112 | 0.78 | 0.94 | 1242 | 1248 | 1254 | | 7.0% | 0.32% | SR-TTF |
| Biofilm | Biofilm | Plantes Ferry-Biofilm (RM 84.8) | PF-BF (1809040-05) | SPB-octyl | 152 | 117 | 0.92 | 0.92 | 1242 | 1248 | 1254 | 1260 | 0% | 0.14% | SR-PF |
| River sediment | Biofilm | Plantes Ferry-Sediment (RM 83.4) | PF-SED (1809040-24) | SPB-octyl | 152 | 131 | 0.78 | 0.78 | 1242 | 1248 | 1254 | 1260 | 0.07% | 0.23% | SR-TTF |
| Biofilm | Biofilm | Spokane Gage (RM 72.7) | SG (1809040-15) | SPB-octyl | 152 | 125 | 0.97 | 0.98 | 1016 | 1248 | 1254 | | 1.9% | 0.16% | SR-TTF |
| Tissue | Biofilm | Spokane Gage (RM 72.7) | SG-INVERT (1809040-28) | SPB-octyl | 152 | 140 | 0.88 | 0.88 | 1242 | | 1254 | 1260 | 0.23% | 0.03% | SR-TTF |
| Tissue | Biofilm | Spokane Gage (RM 72.7) | SG-INVERT-DUP (1809040-30) | SPB-octyl | 152 | 137 | 0.88 | 0.88 | 1242 | | 1254 | 1260 | 0.24% | 0.03% | SR-TTF |

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Biofilm | Biofilm | Stateline (RM 95.9) | SL (1809040-01) | SPB-octyl | 152 | 83 | 0.90 | 0.90 | 1242, 1254, 1260 | 0% | 1.84% | SR, TTF |
| Biofilm | Biofilm | Seven Mile Bridge (RM 62.0) | SMB (1809040-18) | SPB-octyl | 152 | 112 | 0.50 | 0.93 | 1242, 1248, 1254 | 13% | 0.63% | SR, TTF |
| Biofilm | Biofilm | SR3A (RM 75.9) | SR3A (1809040-12) | SPB-octyl | 152 | 136 | 0.87 | 0.87 | 1248, 1260 | 0.06% | 0.02% | SR, TTF |
| Biofilm | Biofilm | Ti Meenach (RM 69.9) | TiM (1809040-17) | SPB-octyl | 152 | 97 | 0.79 | 0.88 | 1242, 1254, 1260 | 5.4% | 0.93% | SR, TTF |
| Biofilm | Biofilm | Upriver Dam (RM 79.8) | URD (1809040-06) | SPB-octyl | 152 | 122 | 0.39 | 0.82 | 1242, 1248, 1254 | 13% | 0.21% | SR, TTF |
| Biofilm | Biofilm | Upriver Dam (RM 79.8) | URD-DUP (1809040-20) | SPB-octyl | 152 | 120 | 0.35 | 0.79 | 1242, 1248, 1254, 1260 | 14% | 0.21% | SR, TTF |
| Groundwater | GE Groundwater | GE | GE_MW01_102416 | SPB-octyl | 128 | 45 | 0.81 | | 1016, 1248, 1254, 1260 | 0% | 0% | SR, TTF |
| Groundwater | GE Groundwater | GE | GE_MW10_102516 | SPB-octyl | 128 | 84 | 0.70 | | 1016, 1248, 1254 | 0% | 0.26% | SR, TTF |
| Groundwater | GE Groundwater | GE | GE_MW11_102516 | SPB-octyl | 128 | 110 | 0.99 | | 1260 | 0% | 0.003% | SR, TTF |
| Groundwater | GE Groundwater | GE | GE_MW18_102416 | SPB-octyl | 128 | 89 | 0.93 | | 1260 | 0% | 0% | SR, TTF |
| Groundwater | GE Groundwater | GE | GE_MW19_102516 | SPB-octyl | 128 | 107 | 0.97 | | 1260 | 0% | 0.01% | SR, TTF |
| Groundwater | GE Groundwater | GE | GE_MW21_102516 | SPB-octyl | 128 | 93 | 0.54 | | 1260 | 0% | 0.02% | SR, TTF |
| Groundwater | GE Groundwater | GE | GE_MW22_102516 | SPB-octyl | 128 | 106 | 0.91 | | 1254 | 0% | 0.03% | SR, TTF |
| Groundwater | GE Groundwater | GE | | SPB-octyl | 128 | 89 | 0.63 | | 1260 | 0% | 0% | SR, TTF |
| Treated industrial wastewater | IEP 2005-2017 | IEP | 2nd Effluent | SPB-octyl | 120 | 83 | 0.78 | 0.94 | 1016, 1248 | 8.3% | 0.05% | BB20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | 42366 | SPB-octyl | 120 | 68 | 0.53 | 0.89 | 1016 | 15% | 0.05% | BB20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | 42380 | SPB-octyl | 120 | 66 | 0.48 | 0.90 | 1016 | 17% | 0% | BB20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Effluent | SPB-octyl | 120 | 94 | 0.57 | 0.94 | 1016, 1248, 1254 | 11% | 0.05% | BB20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Effluent 1 | SPB-octyl | 120 | 108 | 0.87 | 0.91 | 1016, 1248 | 4.1% | 0.02% | BB20 |
| Treated industrial wastewater | EffluentE2_2015_2016 | IEP | L24531-2 | SPB-octyl | 120 | 66 | 0.48 | 0.90 | 1016 | 17% | 0% | BB20 |

27

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | | | | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Treated industrial wastewater | Effluent2_2015_2016 | IEP | L24531-1 | SPB-octyl | 120 | 68 | 0.53 | 0.89 | 1016 | | | | 15% | 0.05% | BB v20 |
| Treated industrial wastewater | SGOL005 | IEP | 1188181 | SPB-octyl | 120 | 70 | 0.47 | 0.98 | 1016 | 1248 | 1254 | 1260 | 16% | 0% | BB v20 |
| Treated industrial wastewater | SRRTTF-2015 | IEP | L24358-2 | SPB-octyl | 120 | 111 | 0.81 | 0.83 | 1016 | 1248 | | | 3.3% | 0.03% | BB v20 |
| Treated industrial wastewater | SRRTTF-2018 | IEP | L29830-3 | SGE-HT8 | 110 | 100 | 0.53 | 0.77 | 1016 | | | | 12% | 0.03% | BB v20 |
| Treated industrial wastewater | SRRTTF-2018 | IEP | L29834-12 i | SGE-HT8 | 110 | 99 | 0.66 | 0.80 | 1016 | | | | 8.7% | 0.04% | BB v20 |
| Treated industrial wastewater | SRRTTF-2018 | IEP | L29850-5 | SGE-HT8 | 110 | 87 | 0.72 | 0.85 | 1016 | | | | 8.0% | 0.04% | BB v20 |
| Treated industrial wastewater | SRRTTF-2018 | IEP | L29884-8 | SGE-HT8 | 110 | 95 | 0.69 | 0.82 | 1016 | | | | 8.1% | 0.02% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fll Effluent | SPB-octyl | 154 | 83 | 0.78 | | 1016 | 1248 | | | 9.1% | 0.04% | BB v20 |
| Treated industrial wastewater | SRRTTF-2014 | IEP | L21917-6 W | SPB-octyl | 154 | 129 | 0.87 | | 1016 | 1248 | | | 5.3% | 0.02% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Site 3 Week 1 | SPB-octyl | 154 | 88 | 0.79 | | 1016 | 1248 | | | 7.0% | 0% | BB v20 |
| Treated industrial wastewater | SRRTTF-2014 | IEP | L21877-90 | SPB-octyl | 154 | 104 | 0.85 | | 1016 | | | | 5.2% | 0.01% | BB v20 |
| Treated industrial wastewater | SRRTTF-2014 | IEP | L21910-11 | SPB-octyl | 154 | 116 | 0.87 | | 1016 | | | | 5.0% | 0.03% | BB v20 |
| Treated industrial wastewater | SRRTTF-2014 | IEP | L21917-5 W | SPB-octyl | 154 | 145 | 0.87 | | 1016 | 1248 | | | 5.2% | 0.04% | BB v20 |
| Treated industrial wastewater | SRRTTF-2015 | IEP | L23783-24 | SPB-octyl | 154 | 121 | 0.90 | | 1016 | 1248 | | | 4.0% | 0.02% | BB v20 |

28

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | | | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Treated industrial wastewater | SRRTTF-2015 | IEP | L23783-42 | SPB-octyl | 154 | 109 | 0.86 | | | 1248 | | 5.3% | 0.01% | BB v20 |
| Treated industrial wastewater | SRRTTF-2015 | IEP | L23784-38 | SPB-octyl | 154 | 114 | 0.87 | | 1016 | 1248 | | 4.8% | 0% | BB v20 |
| Treated industrial wastewater | SRRTTF-2014 | IEP | L21874-7 | SPB-octyl | 154 | 114 | 0.85 | | 1016 | 1248 | | 4.9% | 0.01% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | FilEff12/18/11 | DB5 | 122 | 55 | 0.19 | 0.81 | 1016 | 1254 | | 24% | 0.07% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | IEP Fil Eff 5-13-14 | DB5 | 122 | 58 | 0.72 | 0.94 | 1016 | | | 11% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | IEP Fil Eff 8-27-14 | DB5 | 122 | 85 | 0.87 | 0.92 | 1016 | 1248 | | 4.5% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | IEP Fil EffPCB | DB5 | 122 | 67 | 0.52 | 0.83 | 1016 | 1254 | | 13% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent | DB5 | 122 | 40 | 0.42 | 0.84 | 1016 | 1254 | | 18% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.1 | DB5 | 122 | 23 | 0.21 | 0.83 | 1016 | 1254 | | 30% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.2 | DB5 | 122 | 46 | 0.18 | 0.87 | 1016 | 1254 | | 28% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.3 | DB5 | 122 | 36 | 0.54 | 0.75 | 1016 | | | 13% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.4 | DB5 | 122 | 42 | 0.46 | 0.83 | 1016 | 1248 | 1254 | 15% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.5 | DB5 | 122 | 44 | 0.83 | 0.90 | 1016 | | | 6.4% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.6 | DB5 | 122 | 115 | 0.35 | 0.80 | 1016 | 1254 | | 17% | 0.05% | BB v20 |

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | | | | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.7 | DB5 | 122 | 92 | 0.75 | 0.92 | | 1016 | 1248 | | 8.6% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.8 | DB5 | 122 | 110 | 0.91 | 0.92 | | 1016 | 1248 | | 1.8% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Fil Effluent.9 | DB5 | 122 | 54 | 0.72 | 0.92 | | 1016 | | | 11% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | 1400356-01 | DB5 | 122 | 58 | 0.72 | 0.94 | | 1016 | | | 11% | 0% | BB v20 |
| Treated industrial wastewater | IEP NPDES Testing | IEP | 1400637-01 | DB5 | 122 | 85 | 0.87 | 0.92 | | 1016 | 1248 | | 4.5% | 0% | BB v20 |
| Treated industrial wastewater | IEP 2005-2017 | IEP | Secondary Clarifier Effluent | DB5 | 122 | 22 | NS | 0.79 | | 1016 | 1248 | | 42% | 0% | BB v20 |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 1705077-5 | SPB-octyl | 148 | 66 | 0.69 | 0.68 | 1254 | 1260 | | | 0% | 0% | SRRTTF |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 16080170-5 | SPB-octyl | 148 | 110 | 0.12 | 0.90 | 1242 | 1248 | 1254 | 1260 | 15% | 0.14% | SRF |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 1611056-4 | SPB-octyl | 148 | 115 | 0.90 | 0.90 | 1242 | 1254 | 1260 | | 1.4% | 0.11% | SRF |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 1611056-5 | SPB-octyl | 148 | 102 | 0.89 | 0.91 | 1242 | 1254 | 1260 | | 1.9% | 0.15% | SRF |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 1611056-5.1 | SPB-octyl | 148 | 102 | 0.89 | 0.91 | 1242 | 1254 | 1260 | | 2.2% | 0.09% | SRF |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 1709040-2 | SPB-octyl | 148 | 147 | 0.63 | 0.86 | 1016 | 1254 | | | 9.8% | 0.01% | SRF |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 1709040-3 | SPB-octyl | 148 | 143 | 0.67 | 0.89 | 1016 | 1248 | 1254 | | 9.4% | 0.01% | SRF |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 1709040-4 | SPB-octyl | 148 | 142 | 0.62 | 0.81 | 1016 | 1248 | 1254 | | 8.5% | 0.01% | SRF |
| Atmospheric deposition | BERA0013 | Augusta_AIR | 1702021-1 | SPB-octyl | 148 | 97 | 0.74 | 0.89 | 1242 | 1254 | 1260 | | 6.4% | 0.13% | SRF |
| Atmospheric deposition | BERA0013 | Monroe_AIR | 1705077-2 | SPB-octyl | 148 | 44 | 0.11 | 0.21 | 1242 | 1254 | | | 21% | 0% | SRF |
| Atmospheric deposition | BERA0013 | Monroe_AIR | 16080170-2 | SPB-octyl | 148 | 101 | NS | 0.59 | 1242 | 1254 | | | 26% | 0.13% | SRF |
| Atmospheric deposition | BERA0013 | Monroe_AIR | 16080170-3 | SPB-octyl | 148 | 97 | 0.40 | 0.45 | 1242 | 1254 | 1260 | | 6.3% | 0.19% | SRF |

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atmospheric deposition | BERA0013 | Monroe_AIR | 1608070-3.1 | SPB-octyl | 148 | 100 | 0.40 | 0.44 | 1242 1254 1260 | 6.1% | 0.19% | SRRTTF |
| Atmospheric deposition | BERA0013 | Monroe_AIR | 1611056-2 | SPB-octyl | 148 | 68 | 0.30 | 0.33 | 1242 1254 | 6.6% | 0% | SRRTTF |
| Atmospheric deposition | BERA0013 | Monroe_AIR | 1702021-2 | SPB-octyl | 148 | 96 | 0.57 | 0.74 | 1242 1254 1260 | 7.8% | 0.12% | SRRTTF |
| Atmospheric deposition | BERA0013 | Turnbull | 1705077-4 | SPB-octyl | 148 | 2 | NS | NS | | 0% | 0% | SRRTTF |
| Atmospheric deposition | BERA0013 | Turnbull | 1705077-4.1 | SPB-octyl | 148 | 1 | NS | NS | | 0% | 0% | SRRTTF |
| Atmospheric deposition | BERA0013 | Turnbull | 1608070-4 | SPB-octyl | 148 | 50 | 0.17 | 0.25 | 1242 1254 | 17% | 0.21% | SRRTTF |
| Atmospheric deposition | BERA0013 | Turnbull | 1611056-3 | SPB-octyl | 148 | 32 | 0.14 | 0.16 | 1242 1254 | 12% | 0% | SRRTTF |
| Atmospheric deposition | BERA0013 | Turnbull | 1702021-3 | SPB-octyl | 148 | 88 | NS | 0.72 | 1242 1254 1260 | 27% | 0.53% | SRRTTF |
| Atmospheric deposition | BERA0013 | Turnbull | 1702021-5 | SPB-octyl | 148 | 69 | NS | 0.78 | 1242 1254 1260 | 46% | 0.12% | SRRTTF |
| Storm drain solids | SRUWSpokane | Stormwater manhole Hogan and Front | 1207107-02 | SPB-octyl | 149 | 141 | 0.89 | | 1242 1254 1260 | 0.25% | 0.11% | SRRTTF |
| Storm drain solids | SRUWSpokane | Pacific Steel and Recycling swale | 1206085-01 | SPB-octyl | 149 | 144 | 0.96 | | 1016 1248 1254 1260 | 0.05% | 0.03% | SRRTTF |
| River sediment | SRUWSpokane | Spokane River near Avista | 1308073-12 | SGE-HT8 | 177 | 110 | 0.82 | | 1242 1254 1260 | 0.25% | 0.25% | SRRTTF |
| Storm drain solids | SRUWSpokane | Curb Sample on Trent | 1210073-03 | SGE-HT8 | 177 | 147 | 0.96 | | 1248 1254 1260 | 0.11% | 0.11% | SRRTTF |
| Storm drain solids | SRUWSpokane | Fiske and Trent 1379308IN | 1211041-01 | SGE-HT8 | 177 | 147 | 0.87 | | 1254 1260 | 0.40% | 0.09% | SRRTTF |
| River sediment | SRUWSpokane | Spokane River near Iron Bridge | 1308073-03 | SGE-HT8 | 177 | 125 | 0.78 | | 1242 1248 1254 1260 | 0.60% | 0.20% | SRRTTF |
| River sediment | SRUWSpokane | Spokane River near Iron Bridge | 1308073-03REX | SGE-HT8 | 177 | 89 | 0.86 | | 1242 1248 1254 1260 | 0.53% | 0.09% | SRRTTF |
| Storm drain solids | SRUWSpokane | Island Curb at Regal and Trent | 1210073-02 | SGE-HT8 | 177 | 148 | 0.96 | | 1248 1260 | 0.33% | 0.06% | SRRTTF |
| River sediment | SRUWSpokane | Spokane River near Hamilton | 1308073-13 | SGE-HT8 | 177 | 136 | 0.88 | | 1242 1248 1254 1260 | 0.15% | 0.10% | SRRTTF |
| Storm drain solids | SRUWSpokane | Regal East Curb | 1210073-01 | SGE-HT8 | 177 | 151 | 0.96 | | 1248 1260 | 0.53% | 0.11% | SRRTTF |
| River sediment | SRUWSpokane | Spokane River near Stone St | 1308073-05 | SGE-HT8 | 177 | 141 | 0.72 | | 1242 1248 1260 | 0.31% | 0.31% | SRRTTF |

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | | | | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| River sediment | SRUWSpokane | Spokane River near Centennial Trail | 1308073-04 | SGE-HT8 | 177 | 142 | 0.76 | | 1242 | 1248 | 1254 | 1260 | 0.24% | 0.14% | SRTTF |
| River sediment | SRUWSpokane | Spokane River dwnstrm of Upriver Dam | 1308073-02 | SGE-HT8 | 177 | 108 | 0.70 | | 1242 | 1248 | | 1260 | 0.94% | 0.06% | SRTTF |
| River sediment | SRUWSpokane | Spokane River downstream of Upriver Dam | 1308073-01 | SGE-HT8 | 177 | 108 | 0.65 | | 1242 | 1248 | 1254 | | 1.4% | 0.11% | SRTTF |
| River sediment | SRUWSpokane | Spokane River downstream of Upriver Dam | 1308073-01REX | SGE-HT8 | 177 | 71 | 0.77 | | 1242 | 1248 | 1254 | | 1.8% | 0.35% | SRTTF |
| River sediment | SRUWSpokane | Spokane River downstream of Upriver Dam | 1308073-06 | SGE-HT8 | 177 | 111 | 0.67 | | 1242 | 1248 | | 1260 | 0.87% | 0.07% | SRTTF |
| River sediment | SRUWSpokane | Spokane River downstream of Upriver Dam | 1308073-06REX | SGE-HT8 | 177 | 76 | 0.90 | | 1242 | 1248 | 1254 | | 1.0% | 0.002% | SRTTF |
| River sediment | SRUWSpokane | Spokane River dwnstrm S of Upriver Dam | 1308073-10 | SGE-HT8 | 177 | 74 | 0.73 | 0.73 | 1242 | 1248 | | 1260 | 1.5% | 0% | SRTTF |
| Stormwater | CityOfSpokaneWW | Cochran Basin | L2019899-5 | SPB-octyl | 149 | 115 | 0.89 | 0.93 | | 1248 | 1254 | 1260 | 3.3% | 0.38% | BB v20 |
| Stormwater | CityOfSpokaneWW | Cochran Basin | L2021980-3 | SPB-octyl | 149 | 146 | 0.93 | 0.94 | 1016 | 1248 | 1254 | | 1.6% | 0.32% | BB v20 |
| Stormwater | CityOfSpokaneWW | Cochran Basin | L2073458-1 | SPB-octyl | 149 | 101 | 0.75 | 0.95 | 1016 | 1248 | 1254 | 1260 | 7.7% | 0.52% | BB v20 |
| Stormwater | CityOfSpokaneWW | Cochran Basin | L2073458-2 | SPB-octyl | 149 | 86 | 0.46 | 0.65 | 1254 | | | 1260 | 10% | 0.60% | BB v20 |
| Stormwater | CityOfSpokaneWW | Cochran Basin | L2193583-3 | SPB-octyl | 149 | 133 | 0.92 | 0.93 | | 1248 | 1254 | 1260 | 2.2% | 0.32% | BB v20 |
| Stormwater | CityOfSpokaneWW | Cochran Basin | L2208880-1 | SPB-octyl | 149 | 131 | 0.89 | 0.95 | 1016 | 1248 | 1254 | 1260 | 3.9% | 0.40% | BB v20 |
| Stormwater | CityOfSpokaneWW | Cochran Basin | L2230025-1 | SPB-octyl | 149 | 136 | 0.89 | 0.93 | 1016 | 1248 | 1254 | 1260 | 3.1% | 0.33% | BB v20 |
| Stormwater | CityOfSpokaneWW | Cochran Basin | L2230025-2 | SPB-octyl | 149 | 136 | 0.89 | 0.92 | 1016 | 1248 | 1254 | 1260 | 3.0% | 0.39% | BB v20 |
| Stormwater | SRUW-Spokane | G1-7 | 1211029-03 | SPB-octyl | 149 | 115 | 0.96 | 0.96 | | 1248 | 1254 | 1260 | 0% | 0.11% | BB v20 |
| Stormwater | SRUW-Spokane | G1-7 | 1211029-04 | SPB-octyl | 149 | 127 | 0.91 | 0.91 | 1248 | | | 1260 | 0.17% | 1.0% | BB v20 |
| Stormwater | SRUW-Spokane | Hogan | 1305055-01 | SPB-octyl | 149 | 122 | 0.97 | 0.97 | 1254 | | | 1260 | 1.1% | 0.15% | BB v20 |
| Stormwater | SRUW-Spokane | Hogan | 1305055-02 | SPB-octyl | 149 | 110 | 0.95 | 0.95 | 1254 | | | 1260 | 1.2% | 0.17% | BB v20 |
| Stormwater | SRUW-Spokane | HoganF | 1211029-02 | SPB-octyl | 149 | 105 | 0.81 | 0.81 | 1254 | | | 1260 | 0% | 0.08% | BB v20 |

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | | | | | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 1016 | 1242 | 1248 | 1254 | 1260 | | | |
| Stormwater | SRUW-Spokane | PacSteel | 1206085-02 | SPB-octyl | 149 | 143 | 0.96 | 0.96 | 1016 | | 1248 | 1254 | 1260 | 0.20% | 0.04% | BB v20 |
| Stormwater | ABOR0001 | Ralph | 01-03142017 | SPB-octyl | 149 | 100 | 0.93 | 0.93 | | | 1248 | 1254 | 1260 | 0% | 0.61% | BB v20 |
| Stormwater | ABOR0001 | Ralph | 01-03142017.1 | SPB-octyl | 149 | 105 | 0.93 | 0.93 | | | 1248 | 1254 | 1260 | 0% | 0.61% | BB v20 |
| Stormwater | SRUW-Spokane | Spg-Alta | 1211047-01 | SPB-octyl | 149 | 137 | 0.96 | 0.96 | | | | 1254 | 1260 | 1.2% | 0.11% | BB v20 |
| Stormwater | DSER0010 | STMMISSBR | 4254001 | SPB-octyl | 149 | 56 | 0.93 | 0.93 | | | | 1254 | 1260 | 0% | 0.41% | BB v20 |
| Stormwater | DSER0010 | STMSUPOUT | 4254003 | SPB-octyl | 149 | 22 | 0.90 | 0.90 | | | 1248 | 1254 | 1260 | 0% | 0% | BB v20 |
| Stormwater | DSER0010 | STMWASHBR | 4254002 | SPB-octyl | 149 | 46 | 0.94 | 0.94 | | | 1248 | 1254 | 1260 | 0% | 0% | BB v20 |
| Stormwater | SRUW-Spokane | Trent G1-6a | 1203081-02 | SPB-octyl | 149 | 130 | 0.96 | 0.96 | | | 1248 | 1254 | 1260 | 0.60% | 0.07% | BB v20 |
| Stormwater | SRUW-Spokane | Trent G1-6b | 1203081-05 | SPB-octyl | 149 | 131 | 0.97 | 0.97 | | | 1248 | 1254 | 1260 | 0.28% | 0.08% | BB v20 |
| Stormwater | SRUW-Spokane | Trent@Hogan | 1304046-01 | SPB-octyl | 149 | 132 | 0.95 | 0.96 | | | 1248 | 1254 | 1260 | 1.5% | 0.18% | BB v20 |
| River sediment | WHOB003 | Union Gospel Mission Dock | 1702027-26 | SPB-octyl | 149 | 133 | | | | 1242 | 1248 | 1254 | 1260 | 0.86% | 0.37% | SRRTTF |
| River sediment | WHOB003 | Union Gospel Mission Dock | 1702027-27 | SPB-octyl | 149 | 135 | 0.85 | | | 1242 | 1248 | 1254 | 1260 | 0.75% | 0.43% | SRRTTF |
| River sediment | WHOB003 | Union Gospel Mission Dock | 1606035-20 | SPB-octyl | 149 | 137 | 0.96 | | | 1242 | 1248 | 1254 | 1260 | 0% | 0.31% | SRRTTF |
| River sediment | WHOB003 | Union Gospel Mission Dock | 1606035-21 | SPB-octyl | 149 | 135 | 0.96 | | | 1242 | 1248 | 1254 | 1260 | 0% | 0.28% | SRRTTF |
| River sediment | DSER0010 | BUFFALO REF | 3458103-S | SPB-octyl | 101 | 24 | 0.64 | | | | | 1254 | | 0% | 5.5% | SRRTTF |
| River sediment | DSER0010 | Harvard | 3438100 | SPB-octyl | 101 | 34 | 0.82 | | | | | 1254 | 1260 | 0% | 0% | SRRTTF |
| River sediment | DSER0010 | LitiSpokSed | 3504060 | SPB-octyl | 101 | 19 | 0.23 | | | | | | 1260 | 0% | 0% | SRRTTF |
| River sediment | DSER0010 | Littlefls | 3454113 | SPB-octyl | 101 | 21 | 0.48 | | | | | 1254 | | 0% | 0% | SRRTTF |
| River sediment | DSER0010 | LongLkLow | 3454112 | SPB-octyl | 101 | 77 | 0.85 | | | 1242 | 1248 | 1254 | | 0% | 0.29% | SRRTTF |
| River sediment | DSER0010 | LongLkLow | 3454114 | SPB-octyl | 101 | 74 | 0.83 | | | 1242 | 1248 | 1254 | | 0% | 0.28% | SRRTTF |
| River sediment | DSER0010 | LongLkMid | 3454111 | SPB-octyl | 101 | 74 | 0.85 | | | 1242 | 1248 | 1254 | | 0% | 0.32% | SRRTTF |
| River sediment | DSER0010 | LongLkUp | 4208147 | SPB-octyl | 101 | 98 | 0.89 | | | 1242 | 1248 | 1254 | | 0% | 0.24% | SRRTTF |
| River sediment | DSER0010 | MonroeSed | 4168149 | SPB-octyl | 101 | 59 | 0.82 | | | | | 1254 | 1260 | 0% | 0% | SRRTTF |

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| River sediment | DSER0010 | NINEM SPM | 3454105 | SPB-octyl | 101 | 82 | 0.93 | | 1242 1254 1260 | 0% | 0.22% | SRETTF |
| River sediment | DSER0010 | PLANTEFRY | 3448100 | SPB-octyl | 101 | 40 | 0.72 | | 1254 1260 | 0% | 0% | SRETTF |
| River sediment | DSER0010 | SPOK-1 | 3458100-S | SPB-octyl | 101 | 53 | 0.74 | | 1242 1248 | 0% | 0% | SRETTF |
| River sediment | BERA0009 | 9MD-SEDT | 1304017-01 | SGE-HT8 | 174 | 109 | 0.89 | | 1242 1248 1254 1260 | 0.97% | 0.37% | SRETTF |
| River sediment | BERA0009 | 9MD-SEDT | 1304017-04 | SGE-HT8 | 174 | 105 | 0.87 | | 1242 1248 1254 1260 | 1.1% | 0.25% | SRETTF |
| River sediment | BERA0009 | 9MD-SEDT | 1306061-01 | SGE-HT8 | 174 | 99 | 0.85 | | 1242 1248 1254 1260 | 0% | 0.25% | SRETTF |
| River sediment | BERA0009 | UPRD-SEDT | 1304017-02 | SGE-HT8 | 174 | 112 | 0.85 | | 1242 1248 1254 1260 | 0.77% | 0.14% | SRETTF |
| River sediment | BERA0009 | UPRD-SEDT | 1304017-03 | SGE-HT8 | 174 | 108 | 0.83 | | 1242 1248 1254 1260 | 1.2% | 0.11% | SRETTF |
| River sediment | BERA0012 | LFP SedTraps | 1606061-1 | SPB-octyl | 148 | 134 | 0.95 | | 1242 1248 1254 1260 | 0.53% | 0.36% | SRETTF |
| River sediment | BERA0012 | LFP SedTraps | 1606061-2 | SPB-octyl | 148 | 139 | 0.94 | | 1242 1248 1254 1260 | 0.98% | 0.42% | SRETTF |
| River sediment | BERA0012 | LFP SedTraps | 1606061-3 | SPB-octyl | 148 | 144 | 0.93 | | 1242 1248 1254 1260 | 0.57% | 0.28% | SRETTF |
| River sediment | BERA0012 | LFP SedTraps | 1606061-4 | SPB-octyl | 148 | 144 | 0.94 | | 1242 1248 1254 1260 | 0.54% | 0.31% | SRETTF |
| River sediment | BERA0012 | LFP SedTraps | 1606061-5 | SPB-octyl | 148 | 141 | 0.94 | | 1242 1248 1254 1260 | 0.58% | 0.33% | SRETTF |
| River sediment | BERA0012 | UGM | 1602016-13 | SPB-octyl | 148 | 30 | 0.08 | | 1260 | 0% | 0% | SRETTF |
| River sediment | BERA0012 | UGM | 1602016-14 | SPB-octyl | 148 | 29 | NS | | | 0% | 0% | SRETTF |
| CLAM* | | Nine Mile Dam | 1210040-23 | SGE-HT8 | 126 | 98 | 0.14 | 0.71 | 1248 1254 1260 | 0% | 0.20% | SRETTF |
| CLAM* | | Nine Mile Dam | 1210040-24 | SGE-HT8 | 126 | 98 | 0.27 | 0.78 | 1248 1254 1260 | 0% | 0.27% | SRETTF |
| CLAM* | | Nine Mile Dam | 1210040-25 | SGE-HT8 | 126 | 96 | 0.55 | 0.79 | 1248 1254 1260 | 0% | 0% | SRETTF |
| CLAM* | | Nine Mile Dam | 1210040-27 | SGE-HT8 | 126 | 117 | 0.75 | 0.77 | 1248 1254 1260 | 0% | 0.49% | SRETTF |
| CLAM* | | Nine Mile Dam | 1210040-28 | SGE-HT8 | 126 | 89 | 0.79 | 0.83 | 1016 1248 1254 | 0% | 0% | SRETTF |
| CLAM* | | Upriver Dam | 1210040-29 | SGE-HT8 | 126 | 86 | 0.79 | 0.81 | 1016 1248 | 0% | 0% | SRETTF |
| CLAM* | | Upriver Dam | 1210040-30 | SGE-HT8 | 126 | 97 | 0.70 | 0.79 | 1016 1248 | 0% | 0% | SRETTF |

Decl. of A. Miller in Support of Daubert Motion
To Exclude L. RODENBURG Expert Testimony - 41

| Matrix | StudyID (BB v20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | R2 | R2 w/o PCB 11 | Aroclor(s) | | | | PCB 11 | PCB-209 | Data source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Storm drain solids | SRUW-Spokane | HoganF | 1207107-02 | SPB-octyl | 159 | 142 | 0.89 | | 1242 | 1254 | 1260 | | 0.25% | 0.11% | BB v20 |
| Storm drain solids | SRUW-Spokane | PacSteel | 1206085-01 | SPB-octyl | 159 | 145 | 0.96 | | 1016 | 1248 | 1254 | 1260 | 0.05% | 0.03% | BB v20 |
| Storm drain solids | DOST0001 | UNIONUPT | 1202023-01 | SPB-octyl | 159 | 147 | 0.97 | | 1248 | 1254 | 1260 | | 0.80% | 0.12% | BB v20 |
| Storm drain solids | DOST0001 | UNIONUPT | 1203042-01 | SPB-octyl | 159 | 147 | 0.96 | | 1248 | 1254 | 1260 | | 0.85% | 0.14% | BB v20 |
| Storm drain solids | SRUW-Spokane | Curb Davis | 1210073-03 | SGE-HT8 | 151 | 145 | 0.96 | | 1248 | 1254 | 1260 | | 0.11% | 0.11% | BB v20 |
| Storm drain solids | SRUW-Spokane | Fiske Trent | 1211041-01 | SGE-HT8 | 151 | 145 | 0.87 | | 1254 | 1260 | | | 0.40% | 0.09% | BB v20 |
| Storm drain solids | SRUW-Spokane | Island West | 1210073-02 | SGE-HT8 | 151 | 146 | 0.96 | | 1248 | 1260 | | | 0.33% | 0.06% | BB v20 |
| Storm drain solids | SRUW-Spokane | Regal East | 1210073-01 | SGE-HT8 | 151 | 149 | 0.96 | | 1248 | 1260 | | | 0.53% | 0.11% | BB v20 |

NS = not significant

* = "R2 w/o PCB 11" for these samples is the R2 when PCB 7 is excluded.  PCB 11 was not detected in these samples.

### CSOs

As noted above, most of the City of Spokane CSO samples were analyzed using PMF and the results are described in the section on PMF.  Two samples were measured using a different (DB5) GC column from studyID BRWA0004, so these two were analyzed via MLR.  PCBs in these two samples arise almost exclusively from Aroclors.  These two samples were strongly similar to Aroclor 1260.  PCBs 11 and 209 were much less than 1% of the sum of PCBs in these samples.

### Stormwater

As described above, most of the City of Spokane stormwater samples were examined using PMF.  Twenty-three samples were excluded from the PMF analysis because they were analyzed on an SPB-octyl column.  These samples were from studyIDs CityOfSpokaneWW (8 samples), SRUW-Spokane (10), ABOR0001 (2), and DSER0010 (3).  The MLR results for these samples suggest that more than 95% of PCBs in these samples arise from Aroclors.  Only one sample gives an R2 values less than 0.75 when PCB 11 is included in the correlation.  The R2 for this sample (L2073458-2 from the Cochran Basin) is 0.46 and increases to 0.65 when PCB 11 is excluded from the correlation.  This sample contains the most PCB 11 (10%) among the 23 samples.  In the remaining samples, PCB 11 ranged from non-detect to 7.7% and averaged 1.8%.

### Storm drain solids

More than 95% of PCBs in storm drain solids collected in the study area come from Aroclors.  Eight samples of storm drain solids were collected under two studies (SRUW-Spokane, and DOST0001) (Lubliner, 2012).  The MLR results indicate that all eight samples strongly resemble Aroclors, with R2 values ranging from 0.87 to 0.97.  PCB 11 is less than 1% of the sum of PCBs in most samples.  PCB 209 is less than 1% of the sum of PCBs in all eight samples.

### City of Spokane Treated Effluent

Aroclors account for more than 90% of PCBs in the treated effluent of the Spokane City WWTP.  When PCB 11 is excluded from the correlation, these samples (from studyID CityOfSpokaneWW) generally show strong similarity with mixtures of Aroclors.  In samples where the R2 value of the MLR is low, very few congeners were detected.  For example, in sample ID PR172157, the R2 value is just 0.15 because only 17 congeners were detected in this sample.  This does not indicate non-commercial PCB sources, since PCBs 11 and 209 were not detected in this sample.  The contribution of PCB 11 to these samples ranged from non-detect to 14% of the sum of PCBs.  The average contribution of PCB 11 is 6.5%.  PCB 209 is less than 1% of PCBs in all of these samples.

### Bulk atmospheric deposition

Aroclors are the dominant sources of PCBs in the bulk atmospheric deposition samples.  PCB 11 ranged from non-detect to 46% of the PCBs in the atmospheric deposition samples.  The mass-weighted average of PCB 11 across the bulk deposition samples is 8.5%.  As is common across these data sets, the R2 value for the MLR increases as more congeners are detected.  This is

36

symptomatic of the difficulty of conducting fingerprinting in data sets with low concentrations that lead to large numbers of non-detect values. In this case, it also seems indicative of blank contamination that is most problematic for samples with low concentrations/fluxes. Once the flux rises above 2 ng/m$^2$/d, the R2 for the MLR is always above 0.74.

The congeners that were most abundant in the *blanks* for this study were (in order of abundance) PCBs 11, 8, 20/28, 4, 1, 31, 44/47/65, 3, 9, 18/30, 15, 21/33, and 2. All of these congeners were detected in silicone products by Anezaki and Nakano (2015). These congeners are also abundant in the samples with the lowest fluxes even after blank correction. This may indicate that the blank correction procedure for this study was inadequate. Contamination by silicone products was thought to be a problem in the atmospheric deposition study in the Green-Duwamish River, which used similar methods (Rodenburg et al., 2019).

### Biofilm

Aroclors account for more than 90% of PCBs in the biofilm samples. The biofilm samples were collected in order to characterize the surface water dissolved-phase PCB concentrations, since biofilm acts as a passive sampler of the water column (Wong and Era-Miller, 2019). Therefore the predominance of Aroclor PCBs in the biofilm suggests that Aroclor PCBs also dominated in the water column. Non-commercial PCBs were found in biofilm samples. PCB 11 ranged from non-detect to 14% of the sum of PCBs, and averaged 4.4%. This is in reasonable agreement with the approximately 10% of the surface water PCBs that were found to be associated with non-commercial PCBs in the surface water PMF results above. PCB 209 was less than 2% of the sum of PCBs in all biofilm samples.

The biofilm study also collected three samples of organism tissue (caddis and mayfly larvae) (Wong and Era-Miller, 2019). PCB congener profiles in two of these samples were very similar to the Aroclors (R2 = 0.88). The third sample yielded a lower R2 value of 0.51 but this was not due to the presence of PCB 11 (which was not detected in this sample) or other non-commercial PCBs. Instead, the low R2 may be due to metabolism of PCBs. In all other biofilm samples, the ratio of 147+149/153+168 (used as an indicator of metabolism) ranged from 0.61 to 1.18, but in sample GEM-INVERT (1809040-29) the ratio was just 0.20.

The biofilm project also collected four samples of river sediment. These are discussed in the section on river sediment below.

### River sediment

More than 95% of PCBs in river sediment samples arise from Aroclors. Samples of river sediment were collected in several studies:

- The biofilm study analyzed four samples of river sediment using a SPB-octyl column.
- SRUWSpokane analyzed thirteen samples of river sediment using an SGE-HT8 column.
- WHOB003 analyzed four samples of river sediment using an SPB-octyl column.
- DSER0010 analyzed twelve samples of river sediment using an SPB-octyl column.
- BERA0009 analyzed five samples of river sediment using an SPB-octyl column.

37

- BERA0012 analyzed seven samples of river sediment using an SPB-octyl column.

Whenever more than 30 peaks were detected, congener patterns in these sediment samples resembled Aroclors with R2 values greater than 0.72.  PCB 11 was never more than 1.2% of the sum of PCBs in these samples, and PCB 209 was usually much less than 1%, although it was 5.5% of the sum of PCBs in sample 3458103-S.  This sample had only 24 peaks detected.

## GE groundwater
Eight samples of groundwater from the GE site indicate that Aroclors are the sole source of PCBs to these samples, with Aroclor 1260 predominant.  PCB 11 was not detected in these samples, and PCB 209 was always less than 0.5% of the sum of PCBs. The presence of PCB 209 can be explained by Aroclor 1260 since this formulation contains some PCB 209 (Rushneck et al., 2004). Samples GE_MW01_102416 and GE_MW10_102516 had relatively high proportions of PCBs 44+47+65 (10% and 5% of the sum of PCBs respectively).  Given the near absence of PCB 68 in these samples, the presence of PCBs 44+47+65 probably indicates that microbial dechlorination of PCBs is occurring to a limited extent in the groundwater at the GE site.

## Inland Empire Paper (EIP)
Forty samples from the EIP facility, most of which represent treated effluent, indicate that the main source of PCBs to their facility is Aroclors, particularly Aroclor 1016 (with 1242 being very similar in fingerprint and probably present).  This is to be expected given that Aroclor 1242 was used in carbonless copy paper (Agency for Toxic Substances and Disease Registry (ATSDR), 2000).  PCB 11 is often present in high proportions in the IEP facility, ranging from 1.8% to 42% of the sum of PCBs.  The highest proportion of PCB 11 was found in a sample from their secondary clarifier, i.e. water that had not undergone the full treatment process.  The average contribution of PCB 11 was 11% across all samples analyzed by MLR.  Again, high contributions from PCB 11 were expected since PCB 11 is found in inks used in paper (Rodenburg et al., 2010b).  MLR was not performed on three samples of effluent from the IEP site from study DSER0010.  In two of these samples, no PCBs were detected.  In the third sample, only three congeners were detected:  PCBs 1, 2, and 11.

## Surface water CLAM samples
The CLAM (Continuous low-level aquatic monitoring) sampling system was used to collect seven samples representing surface water at Nine Mile Dam and Upriver Dam.  MLR conducted on these samples suggests that Aroclors are the main source of PCBs in the surface water.  Three of the four samples from Nine Mile Dam had high contributions of PCB 7 ranging from 5% to 20% of the sum of PCBs.  In all other CLAM samples, PCB 7 was less than 4% of the sum of PCBs.  PCB 7 comprised 9.4% of the mass-weighted average total PCBs. I have never before in my professional experience encountered such high proportions of PCB 7.  When this congener is included in the MLR, the R2 values for these three samples are relatively low, ranging from 0.14 to 0.55.  When this congener is excluded, the R2 values for all of the CLAM samples range from 0.71 to 0.83, suggesting that Aroclors are the dominant source of PCBs in these samples.  These

are the R2 values shown in table 3 under "R2 w/o PCB 11".  PCB 11 was not detected in any of these samples. PCB 209 was detected in three of the seven samples and comprised 0.2% of the mass-weighted average sum of PCBs.

## Municipal products study

The City of Spokane conducted a study in which PCBs were measured in a variety of consumer products (City of Spokane Wastewater Management Department, 2015).  My analysis of this data (Table 4) indicates that the PCBs detected in many of these products probably arose from Aroclors.  It is therefore not appropriate to assume that all PCBs in consumer products arise from non-commercial (i.e., non-Aroclor) sources.

The highest R2 values for the MLR were found for short liner (used to repair pipes without having to replace them) (R2 = 0.86), crack sealer (0.86), lignosulfonate dust suppressant (0.75), road salt (0.68 and 0.64), sand for road traction (0.65), and CIPP (cured in place piping) (0.64). Several other products returned R2 values above 0.4, including hydroseed, salt brine solution, hydrostraw (undyed), deicer, antifreeze, yellow road tape, synthetic motor oil, class B Fire Fighting Foam, and calcium chloride deicer. These products may have passively absorbed Aroclor PCBs from the atmosphere, could be the result of recycled PCB-containing equipment, or been exposed to Aroclor PCBs via contact with contaminated equipment, oil, etc.  The U. S. Environmental Protection Agency (2018) states that "The mismanagement of used oil contaminated with PCBs is a recurring issue faced by EPA and states, commercial and municipal used oil collection  centers, and recyclers. Used oil transporters pick up oil from a variety of facilities, often without knowing the PCB concentration."  Some fractions of used oil can be used in the making of asphalt (Arnold, 2017) which may explain the presence of Aroclors in the crack sealer.

My results are in agreement with those of the authors of the consumer products study, who noted the similarity of congener patterns between Aroclors and products such as thermoplastic tape, lignosulfonate, crack sealer, hydroseed, and short liner.  The authors noted that the crack sealer congener pattern was most similar to Aroclor 1242, and that "Aroclor 1242 had a wide variety of end uses, one of them being in rubbers. One of the ingredients in the crack sealer is vulcanized rubber compound" (City of Spokane Wastewater Management Department, 2015).

Table 4.  Results of MLR analysis of municipal products measured in consumer products by the City of Spokane (City of Spokane Wastewater Management Department, 2015).

| Product | Sample ID | R2 | Aroclor(s) | | | | PCB 11 | PCB 209 |
|---|---|---|---|---|---|---|---|---|
| Short Liner | 031-100314-1330 | 0.86 | 1242 | 1254 | | | 1.0% | 0% |
| Crack Sealer | 026-100214-1450 | 0.86 | 1242 | 1254 | | | 4.1% | 0% |
| Lignosulfonate (dust sup.) | 022-092914-124 | 0.75 | 1242 | 1254 | 1260 | | 0% | 0% |
| COS Road Salt FIELD DUP | Replicate #4 | 0.68 | 1242 | 1248 | 1254 | 1260 | 6.0% | 0% |

39

| Product | Sample ID | R2 | Aroclor(s) | | | | PCB 11 | PCB 209 |
|---|---|---|---|---|---|---|---|---|
| Sand (Road Traction) LAB DUP | P312-021616-1430 DUP | 0.65 | 1248 | 1260 | | | 0% | 0% |
| Sand (Road Traction) | P312-021616-1430 | 0.65 | 1242 | 1248 | 1260 | | 0% | 0% |
| COS Road Salt | P304-122215-0920 | 0.64 | 1242 | 1248 | 1254 | 1260 | 6.5% | 0% |
| CIPP | 030-100314-1330 | 0.64 | 1242 | 1254 | | | 4.3% | 0% |
| hydroseed | 028-100214-1515 | 0.59 | 1248 | 1260 | | | 2.1% | 0.02% |
| WSDOT Salt Brine Soln. FIELD DUP | Replicate #3 | 0.56 | 1242 | 1254 | | | 6.3% | 0% |
| hydrostraw (undyed) | 201-030915-1258 | 0.54 | 1242 | 1254 | | | 11% | 0% |
| WSDOT Deicer | 009-091614-1520 | 0.52 | 1242 | 1254 | 1260 | | 5.8% | 0% |
| Anti Freeze | 035-082714-1453 | 0.45 | 1254 | 1260 | | | 7.8% | 4.3% |
| yl rd tape | 034-091014-1328 | 0.45 | 1242 | | | | 16% | 0.3% |
| syn. motor oil | 017-082614-1400 | 0.44 | 1242 | 1260 | | | 15% | 0% |
| Class B FFF | 007-082814-1401 | 0.41 | 1242 | 1254 | 1260 | | 0% | 2.8% |
| CaCl Deicer | P302-010716-1030 | 0.40 | 1242 | 1254 | 1260 | | 7.0% | 0% |
| hand soap | 101-101314-1100 | 0.40 | 1242 | 1248 | | | 0% | 0% |
| Sand (Road Traction) FIELD DUP | Replicate #6 | 0.39 | 1242 | 1254 | | | 14% | 0% |
| dish soap | 103-101314-1100 | 0.38 | 1242 | | | | 10% | 0% |
| MgCl Deicer LAB DUP | P301-122215-0830 DUP | 0.37 | 1242 | 1260 | | | 21% | 0.9% |
| WSDOT NaCl salt FIELD DUP | Replicate #5 | 0.37 | 1254 | 1260 | | | 8.8% | 0% |
| Hotsy Soap LAB DUP | 010-090914-0906 DUP | 0.35 | 1242 | 1254 | 1260 | | 0% | 0.9% |
| WSDOT Salt Brine Soln. | P303-010716-0938 | 0.35 | 1254 | 1260 | | | 7.1% | 0% |
| Sand (Road Traction) LAB DUP | B6C0145-DUP1 | 0.34 | 1254 | | | | 0.5% | 0.3% |
| hydrant paint | 005-100314-1430 DUP | 0.33 | 1242 | 1254 | | | 0% | 0% |
| roundup | 014-091814-0945 | 0.33 | 1242 | | | | 0% | 0% |
| Sand (Road Traction) LAB DUP | Replicate #6 DUP | 0.32 | 1242 | 1248 | | | 14% | 0% |
| Sand (Road Traction) | V312-021616-1430 | 0.32 | 1254 | | | | 0.6% | 0.2% |
| WSDOT NaCl salt | V314-022316-1030 | 0.31 | 1254 | | | | 0.4% | 0.2% |
| MgCl Deicer | V309-021016-0910 | 0.31 | 1248 | 1254 | | | 0.7% | 0.2% |
| Sand (Road Traction) | P306-122215-0916 | 0.31 | 1242 | 1260 | | | 14% | 0% |

| Product | Sample ID | R2 | Aroclor(s) | | PCB 11 | PCB 209 |
|---|---|---|---|---|---|---|
| COS Road Salt | V311-021616-1435 | 0.31 | 1254 | | 0.4% | 0.4% |
| MgCl Deicer LAB DUP | B6C0121-DUP1 | 0.31 | 1248 | 1254 | 0.8% | 0.3% |
| COS Road Salt LAB DUP | P311-021616-1435 DUP | 0.30 | 1248 | | 0% | 14% |
| CaCl Deicer | P310-021616-1415 | 0.29 | 1248 | 1260 | 0% | 0% |
| COS Road Salt LAB DUP | P304-122215-0920 DUP | 0.28 | 1248 | 1260 | 19% | 0% |
| WSDOT NaCl salt | P305-010716-0935 | 0.28 | 1248 | 1260 | 16% | 0% |
| wt rd tape | 036-091014-1329 | 0.24 | 1242 | 1248 | 21% | 0% |
| WSDOT NaCl salt | P314-022316-1030 | 0.24 | 1242 | 1248 | 0% | 0% |
| tooth paste | 105-091514-0900 | 0.23 | 1242 | | 0% | 0.7% |
| crosshair | 015-091814-0935 | 0.22 | 1254 | 1260 | 9.6% | 0% |
| WSDOT Salt Brine Soln. LAB DUP | B6C0153-DUP1 | 0.20 | 1254 | | 0.7% | 0.02% |
| CaCl Deicer FIELD DUP | Replicate #2 | 0.18 | 1260 | | 22% | 0% |
| auto grease | 024-082714-1504 | 0.16 | 1242 | 1260 | 11% | 0% |
| MgCl Deicer | P301-122215-0830 | 0.15 | 1254 | 1260 | 0% | 0% |
| wood fiber hydromulch (green dyed) | 202-030915-1242 | 0.15 | 1242 | | 24% | 0% |
| used motor oil | replicate #1 | 0.13 | 1260 | | 5.5% | 13% |
| SWARCO Yellow Road Paint | P408-082416-1047 | 0.13 | 1242 | | 40% | 4.5% |
| weedar 64 (2,4-D) | 012-091814-0930 | 0.13 | 1242 | | 0% | 0% |
| CaCl Deicer | V310-021616-1415 | 0.12 | 1254 | | 1.0% | 0.1% |
| WSDOT Salt Brine Soln. | V313-022316-1018 | 0.12 | 1254 | | 2.9% | 0.4% |
| COS Road Salt | P311-021616-1435 | 0.11 | 1248 | | 32% | 10% |
| WSDOT Salt Brine Soln. | P313-022316-1018 | 0.11 | 1248 | | 0% | 0% |
| asphalt release agnt. | 027-101014-0950 | 0.11 | 1242 | | 35% | 0% |
| laundry det. | 102-101314-1100 | 0.10 | 1242 | | 35% | 0.1% |
| recycled motor oil LAB DUP | 016-082714-1459 DUP | 0.09 | 1260 | | 4.9% | 0% |
| recycled motor oil | 016-082714-1459 | 0.08 | 1254 | | 0% | 0% |
| Hotsy Soap | 010-090914-0906 | 0.08 | 1260 | | 0% | 3.5% |
| weedar 64 (2,4-D) | 012-091814-0930 DUP | 0.08 | 1242 | | 0% | 0.5% |
| Simple Green | 011-090914-0908 | 0.08 | 1242 | | 24% | 2.1% |

| Product | Sample ID | R2 | Aroclor(s) | | PCB 11 | PCB 209 |
|---|---|---|---|---|---|---|
| dust suppressent | 023-101014-1035 | 0.08 | 1248 | 1260 | 2.7% | 0.01% |
| MgCl Deicer | P309-021016-0910 | 0.07 | 1248 | | 0% | 0% |
| asphalt release agnt. | 027-101014-0950 DUP | 0.07 | 1242 | | 39% | 0.4% |
| Sherwin Williams Yellow Road Paint | P407-082416-1008 | 0.03 | 1242 | | 55% | 0% |
| Enis-Flint White Road Paint | P402-091216-1050 | 0.03 | 1242 | | 49% | 0% |
| used motor oil | 018-082714-1455 | 0.03 | 1260 | | 8.3% | 0% |
| Sherwin Williams White Road Paint | Replicate #3.1 | 0.03 | 1242 | | 13% | 0% |
| yl rd paint (ennis) | 001-091014-1335 | NS | | | 6.1% | 31% |
| yl rd paint (ennis) | replicate #2 | NS | | | 25% | 12% |
| yl rd paint (sherwin) | 002-082514-1039 | NS | | | 75% | 0.1% |
| wt rd paint (ennis) | 003-091014-1340 | NS | | | 14% | 49% |
| wt rd paint (ennis) | replicate #3 | NS | | | 18% | 44% |
| wt rd paint (sherwin) | 004-082514-1035 | NS | | | 26% | 0% |
| wt rd paint LAB DUP | 004-082514-1035 DUP | NS | | | 24% | 0.9% |
| hydrant paint | 005-100314-1430 | NS | | | 21% | 2.1% |
| spray paint (green) | 006-082714-1045 | NS | | | 5.9% | 65% |
| Deicer | 008-091814-0925 | NS | | | 1.5% | 0% |
| Deicer | replicate #4 | NS | | | 0% | 0.1% |
| portfolio 4f (pesticide) | 013-091814-0940 | NS | | | 0% | 0.4% |
| gasoline | 020-082114-1104 | NS | | | 0% | 0% |
| gasoline | 020-082114-1104 DUP | NS | | | 0% | 0.3% |
| EADA (dust sup.) | 021-100214-1420 | NS | | | 28% | 0% |
| SSR1 Asphalt Tack | 025-091814-1006 | NS | | | 30% | 0% |
| PVC Pipe | 029-100314-1330 | NS | | | 4.5% | 26% |
| dry yl rd paint | 032-091014-1335 | NS | | | 7.9% | 30% |
| dry wt rd paint | 033-091014-1340 | NS | | | 14% | 57% |
| dry wt rd paint LAB DUP | 033-091014-1340 DUP | NS | | | 15% | 45% |
| shampoo | 104-101314-1100 | NS | | | 60% | 0% |
| wood fiber hydromulch (undyed) | 203-030915-1241 | NS | | | 33% | 0.2% |

42

| Product | Sample ID | R2 | Aroclor(s) | PCB 11 | PCB 209 |
|---|---|---|---|---|---|
| green survey marker (AERVOE) | 204-030915-1241 | NS | | 5.4% | 61% |
| green survey marker (AERVOE) | 204-030915-1241 DUP | NS | | 5.6% | 69% |
| MgCl Deicer FIELD DUP | Replicate #1 | NS | | 29% | 0% |
| MgCl Deicer LAB DUP | P309-021016-0910 DUP | NS | | 0% | 24% |
| Enis-Flint White Road Paint | Replicate #2.1 | NS | | 61% | 18% |
| Sherwin Williams White Road Paint | P403-082416-1030 | NS | | 75% | 0% |
| SWARCO White Road Paint | P404-082416-1110 | NS | | 5.0% | 95% |
| SWARCO White Road Paint | Replicate #4.1 | NS | | 1.7% | 97% |
| Enis-Flint Yellow Road Paint | P406-091216-1040 | NS | | 84% | 0% |
| Enis-Flint Yellow Road Paint | Replicate #6.1 | NS | | 87% | 0% |
| Enis-Flint Yellow Road Paint LAB DUP | Replicate #6 DUP.1 | NS | | 91% | 0% |
| Sherwin Williams Yellow Road Paint | Replicate #7 | NS | | 84% | 0% |
| SWARCO Yellow Road Paint | Replicate #8 | NS | | 89% | 4.3% |
| SWARCO Yellow Road Paint LAB DUP | Replicate #8 DUP | NS | | 87% | 4.4% |

NS = not significant

## References

Agency for Toxic Substances and Disease Registry (ATSDR), 2000. Toxicological profile for polychlorinated biphenyls (PCBs). U.S. Department of Health and Human Services, Public Health Service,, Atlanta, GA.

Anezaki, K., Nakano, T., 2015. Unintentional PCB in chlorophenylsilanes as a source of contamination in environmental samples. Journal of Hazardous Materials 287, 111-117.

Arnold, T.S., 2017. What's in Your Asphalt? Public Roads 81.

Bedard, D.L., 2003. Polychlorinated biphenyls in aquatic sediments: Environmental fate and outlook for biological treatment. in: Haggblom, M.M., Bossert, I.D. (Eds.). Dehalogenation: Microbial Processes and Environmental Applications. Kluwer Academic Publishers, Boston.

Bedard, D.L., Bailey, J.J., Reiss, B.L., Jerzak, G.V., 2006. Development and characterization of stable sediment-free anaerobic bacterial enrichment cultures that dechlorinate aroclor 1260. Appl Environ Microbiol 72, 2460-2470.

Bedard, D.L., May, R.J., 1996. Characterization of the polychlorinated biphenyls in the sediments of Woods Pond: Evidence for microbial dechlorination of Aroclor 1260 in situ. Environmental Science & Technology 30, 237-245.

Bedard, D.L., Van Dort, H.M., May, R.J., Smullen, L.A., 1997. Enrichment of Microorganisms That Sequentially meta, para-Dechlorin- ate the Residue of Aroclor 1260 in Housatonic River Sediment. Environmental Science & Technology 31, 3308-3313.

Boon, J.P., Eijgenraam, F., Everaarts, J.M., 1989. A Structure-Activity Relationship (SAR) Approach Towards Metabolism of PCBs in Marine Animals from Different Trophic Levels. Mar. Environ. Res. 27, 159-176.

Boon, J.P., vanderMeer, J., Allchin, C.R., Law, R.J., Klunsoyr, J., Leonards, P.E.G., Spliid, H., StorrHansen, E., McKenzie, C., Wells, D.E., 1997. Concentration-dependent changes of PCB patterns in fish-eating mammals: Structural evidence for induction of cytochrome P450. Archives of Environmental Contamination and Toxicology 33, 298-311.

Brown, J.F., Bedard, D.L., Brennan, M.J., Carnahan, J.C., Feng, H., Wagner, R.E., 1987. Polychlorinated biphenyl dechlorination in aquatic sediments. Science 236, 709-712.

Burkhard, L.P., Weininger, D., 1987. DETERMINATION OF POLYCHLORINATED-BIPHENYLS USING MULTIPLE-REGRESSION WITH OUTLIER DETECTION AND ELIMINATION. Analytical Chemistry 59, 1187-1190.

Bzdusek, P.A., Christensen, E.R., Lee, C.M., Pakdeesusuk, U., Freedman, D.C., 2006a. PCB Congeners and Dechlorination in Sediments of Lake Hartwell, South Carolina, Determined from Cores Collected in 1987 and 1998. Environ. Sci. Technol. 40, 109-119.

Bzdusek, P.A., Lu, J., Christensen, E.R., 2006b. PCB Congeners and Dechlorination in Sediment of Sheboygan River, Wisconsin, Determined by Matrix Factorization. Environ. Sci. Technol. 40, 120-129.

Choi, S.D., Baek, S.Y., Chang, Y.S., Wania, F., Ikonomou, M.G., Yoon, Y.J., Park, B.K., Hong, S., 2008. Passive air sampling of polychlorinated biphenyls and organochlorine pesticides at the Korean Arctic and Antarctic research stations: Implications for long-range transport and local pollution. Environmental Science & Technology 42, 7125-7131.

City of Spokane Wastewater Management Department, 2015. PCBs in Municipal Products REVISED. Spokane, WA.

Du, S., Belton, T.J., Rodenburg, L.A., 2008. Source apportionment of polychlorinated biphenyls in the tidal Delaware River. Environmental Science & Technology 42, 4044-4051.

Du, S., Rodenburg, L.A., 2007a. Source Identification of Atmospheric PCBs in Philadelphia/Camden Using Positive Matrix Factorization Followed by the Potential Source Contribution Function. Atmospheric Environment 41, 8596-8608.

Du, S., Wall, S.I., Cacia, D., Rodenburg, L.A., 2009. Passive air sampling for polychlorinated biphenyls in the Philadelphia metropolitan area. Environ Sci Technol 43, 1287-1292.

Du, S.Y., Rodenburg, L.A., 2007b. Source identification of atmospheric PCBs in Philadelphia/Camden using positive matrix factorization followed by the potential source contribution function. Atmospheric Environment 41, 8596-8608.

EPA, U.S., 1999. Method 1668, Revision A: Chlorinated Biphenyl Congeners in Water, Soil, Sediment, and Tissue by HRGC/HRMS. United States Environmental Protection Agency, Washington DC.

Fagervold, S.K., May, H.D., Sowers, K.R., 2007. Microbial reductive dechlorination of Aroclor 1260 in Baltimore Harbor sediment microcosms is catalyzed by three phylotypes within the Phylum *Chloroflexi*. Applied and Environmental Microbiology 73, 3009-3018.

Frame, G.M., 1997. A collaborative study of 209 PCB congeners and 6 Aroclors on 20 different HRGC columns .1. Retention and coelution database. Fresen. J. Anal. Chem. 357, 701-701-713.

Frame, G.M., Cochran, J.W., Boewadt, S.S., 1996. Complete PCB congener distributions for 17 Aroclor mixtures determined by 3 HRGC systems optimized for comprehensive, quantitative, congener-specific analysis. J.High Resol.Chromatogr. 19, 657-668.

Gamboa, J.A., Bohe, A.E., Pasquevich, D.M., 1999. Carbochlorination of TiO2. Thermochim. Acta 334, 131-139.

Gonzalez, J., Feng, L., Sutherland, A., Waller, C., Sok, H., Hesse, R., Rosenfeld, P., 2011. PCBs and dioxins/furans in attic dust collected near former PCB production and secondary copper facilities in Sauget, IL. in: Paoletti, E. (Ed.). Urban Environmental Pollution 2010, pp. 113-125.

Greyell, C., Williston, D., 2018. Green River PCB Equipment Blank Study Data Report. King County Water and Land Resources Division, Seattle, WA.

Guo, J., Capozzi, S.L., Kraeutler, T.M., Rodenburg, L.A., 2014. Global Distribution and Local Impacts of Inadvertently Generated Polychlorinated Biphenyls in Pigments. Environmental Science & Technology 48, 8573-8580.

Herkert, N.J., Jahnke, J.C., Hornbuckle, K.C., 2018. Emissions of Tetrachlorobiphenyls (PCBs 47, 51, and 68) from Polymer Resin on Kitchen Cabinets as a Non-Aroclor Source to Residential Air. Environmental Science & Technology 52, 5154-5160.

Hermanson, M.H., Hann, R., Johnson, G.W., 2016. Polychlorinated Biphenyls in Tree Bark near Former Manufacturing and Incineration Facilities in Sauget, Illinois, United States. Environmental Science & Technology 50, 6207-6215.

Hu, D., Hornbuckle, K.C., 2009. Inadvertent Polychlorinated Biphenyls in Commercial Paint Pigments. Environmental Science & Technology 44, 2822-2827.

Karakas, F., Imamoglu, I., Gedik, K., 2017. Positive Matrix Factorization dynamics in fingerprinting: A comparative study of PMF2 and EPA-PMF3 for source apportionment of sediment polychlorinated biphenyls. Environmental Pollution 220, 20-28.

King, T.L., Yeats, P., Hellou, J., Niven, S., 2002. Tracing the source of 3,3'-dichlorobiphenyl found in samples collected in and around Halifax Harbour. Marine Pollution Bulletin 44, 590-596.

Litten, S., Fowler, B.I., Luszniak, D., 2002. Identification of a novel PCB source through analysis of 209 PCB congeners by US EPA modified method 1668. Chemosphere 46, 1457-1459.

Lubliner, B., 2012. Evaluation of Stormwater Suspended Particulate Matter Samplers. Toxics Studies Unit Environmental Assessment Program Washington State Department of Ecology,, Olympia, WA, p. 70 pp.

Magar, V.S., Johnson, G.W., Brenner, R.C., Quensen, J.F., Foote, E.A., Durell, G., Ickes, J.A., McCarthy, C.P., 2005. Long-term Recovery of PCB-Contaminated Sediments at the Lake

Hartwell Superfund Site: PCB Dechlorination. 1. End-Member Characteristics. Environ. Sci. Technol. 39, 3538-3547.

Paatero, P., Tapper, U., 1994. Positive Matrix Factorization - a Nonnegative Factor Model with Optimal Utilization of Error-Estimates of Data Values. Environmetrics 5, 111-126.

Perdih, A., Jan, J., 1994. FORMATION OF POLYCHLOROBIPHENYLS IN SILICONE-RUBBER. Chemosphere 28, 2197-2202.

Praipipat, P., Meng, Q., Miskewitz, R.J., Rodenburg, L.A., 2017. Source Apportionment of Atmospheric Polychlorinated Biphenyls in New Jersey 1997–2011. Environmental Science & Technology 51, 1195–1202.

Praipipat, P., Rodenburg, L.A., Cavallo, G.J., 2013. Source Apportionment of Polychlorinated Biphenyls in the Sediments of the Delaware River. Environ. Sci. Technol. 47, 4277–4283.

Rodenburg, L.A., 2019. Spokane River Regional PMF Analysis -- Blank Influence Analysis. Spokane River Regional Toxics Task Force, Spokane, WA, p. 27 pp.

Rodenburg, L.A., Delistraty, D., Meng, Q., 2015a. Polychlorinated Biphenyl Congener Patterns in Fish near the Hanford Site (Washington State, USA). Environmental Science & Technology 49, 2767-2775.

Rodenburg, L.A., Delistraty, D.A., 2019. Alterations in fingerprints of polychlorinated biphenyls in benthic biota at the Portland Harbor Superfund Site (Oregon, USA) suggest metabolism. Chemosphere 223, 74-82.

Rodenburg, L.A., Du, S., Fennell, D.E., Cavallo, G.J., 2010a. Evidence for Widespread Dechlorination of Polychlorinated Biphenyls in Groundwater, Landfills, and Wastewater Collection Systems. Environ. Sci. Technol. 44, 7534-7540.

Rodenburg, L.A., Du, S., Xiao, B., Fennell, D.E., 2011. Source Apportionment of Polychlorinated Biphenyls in the New York/New Jersey Harbor. Chemosphere 83, 792–798.

Rodenburg, L.A., Du, S.Y., Lui, H., Guo, J., Oseagulu, N., Fennell, D.E., 2012. Evidence for Dechlorination of Polychlorinated Biphenyls and Polychlorinated Dibenzo-p-Dioxins and -Furans in Wastewater Collection Systems in the New York Metropolitan Area. Environmental Science & Technology 46, 6612-6620.

Rodenburg, L.A., Guo, J., Christie, R., 2015b. Polychlorinated biphenyls in pigments: inadvertent production and environmental significance. Coloration Technology 131, 353-369.

Rodenburg, L.A., Guo, J., Du, S., Cavallo, G.J., 2010b. Evidence for Unique and Ubiquitous Environmental Sources of 3,3'-dichlorobiphenyl (PCB 11). Environ. Sci. Technol. 44, 2816–2821.

Rodenburg, L.A., Krumins, V., Curran, J.C., 2015c. Microbial Dechlorination of Polychlorinated Biphenyls, Dibenzo-p-dioxins, and -furans at the Portland Harbor Superfund Site, Oregon, USA. Environmental Science & Technology 49, 7227-7235.

Rodenburg, L.A., Leidos, 2017a. Green-Duwamish River Watershed PCB Congener Study:  Phase 2 Source Evaluation. Seattle, WA.

Rodenburg, L.A., Leidos, 2017b. Green-Duwamish River Watershed PCB Congener Study:  Phase 2.  Initial Data Assessment. Department of Ecology, State of Washington,, Bothell, Washington.

Rodenburg, L.A., Meng, Q., 2013. Source Apportionment of Polychlorinated Biphenyls in Chicago Air from 1996 to 2007. Environmental Science & Technology 47, 3774-3780.

Rodenburg, L.A., Ralston, D.K., 2017. Historical sources of polychlorinated biphenyls to the sediment of the New York/New Jersey Harbor. Chemosphere 169, 450-459.

46

Rodenburg, L.A., Winstanley, I., Wallin, J.M., 2019. Source Apportionment of Polychlorinated Biphenyls in Atmospheric Deposition in the Seattle, WA, USA Area Measured with Method 1668. Archives of Environmental Contamination and Toxicology 77, 188-196.

Rushneck, D.R., Beliveau, A., Fowler, B., Hamilton, C., Hoover, D., Kaye, K., Berg, M., Smith, T., Telliard, W.A., Roman, H., Ruder, E., Ryan, L., 2004. Concentrations of dioxin-like PCB congeners in unweathered Aroclors by HRGC/HRMS using EPA Method 1668A. Chemosphere 54, 79-87.

Saba, T., Su, S., 2013. Tracking polychlorinated biphenyls (PCBs) congener patterns in Newark Bay surface sediment using principal component analysis (PCA) and positive matrix factorization (PMF). Journal of Hazardous Materials 260, 634-643.

Soonthornnonda, P., Zou, Y.H., Christensen, E.R., Li, A., 2011. PCBs in Great Lakes sediments, determined by positive matrix factorization. J. Gt. Lakes Res. 37, 54-63.

Stone, A., 2014. Polychlorinated Biphenyls (PCBs) in General Consumer Products. Hazardous Waste and Toxics Reduction Program, Washington State Department of Ecology, Olympia, WA.

Stratton, C.L., Sosebee, J.B., 1976. PCB and PCT Contamination of the Environment near Sites of Manufacture and Use. Environ. Sci. Technol. 10, 1229-1233.

Swackhamer, D.L., Armstrong, D.E., 1988. HORIZONTAL AND VERTICAL-DISTRIBUTION OF PCBS IN SOUTHERN LAKE-MICHIGAN SEDIMENTS AND THE EFFECT OF WAUKEGAN HARBOR AS A POINT-SOURCE. J. Gt. Lakes Res. 14, 277-290.

U. S. Environmental Protection Agency, 2018. Preventing and Detecting PCB Contamination in Used Oil.

Uchimiya, M., Arai, M., Takeda, S., Hosono, S., Masunaga, S., 2011. Deciphering localized dioxins and PCBs contamination in Japanese sediments using Positive Matrix Factorization. Abstracts of Papers of the American Chemical Society 242.

Verbrugge, D.A., Othoudt, R.A., Grzyb, K.R., Hoke, R.A., Drake, J.B., Giesy, J.P., Anderson, D., 1991. CONCENTRATIONS OF INORGANIC AND ORGANIC CONTAMINANTS IN SEDIMENTS OF 6 HARBORS ON THE NORTH-AMERICAN GREAT-LAKES. Chemosphere 22, 809-820.

Wong, S., Era-Miller, B., 2019. Quality Assurance Project Plan: Measuring PCBs in Biofilm, Sediment, and Invertebrates in the Spokane River: Screening Study. Washington State Department of Ecology, Olympia, WA.

Zhang, M.L., Harrington, P.D., 2015. Simultaneous quantification of Aroclor mixtures in soil samples by gas chromatography/mass spectrometry with solid phase microextraction using partial least-squares regression. Chemosphere 118, 187-193.

**CURRICULUM VITAE**

# LISA ANN RODENBURG
**formerly Totten**
## Professor

Department of Environmental Sciences        Tele: (848) 932-5774
14 College Farm Road, Room 231              Fax: (732) 932-8644
Rutgers University, New Brunswick, NJ 08901-8551   email: rodenburg@envsci.rutgers.edu
Web of Knowledge/ResearcherID: L-6882-2015        Google Scholar Profile

## EDUCATION

**Ph.D.**  1999, The Johns Hopkins University, Department of Geography and Environmental Engineering

**B.A.**  1991, Wittenberg University, Springfield, OH, Chemistry

## PROFESSIONAL EXPERIENCE

2017-present  Professor, Rutgers University, Department of Environmental Sciences
2018-present  Graduate program director, Environmental Science
2012-2018     Undergraduate Program Director, Environmental Science (~140 students)
2010-2017     Associate Professor, Rutgers University, Department of Environmental Sciences
2004-2010     Assistant Professor, Rutgers University, Department of Environmental Sciences
2002-2004     Assistant Research Professor, Rutgers University, Department of Environmental Sciences
2001-2002     Laboratory Researcher I, Rutgers University, Department of Environmental Sciences
1998-2001     Camille and Henry Dreyfus Post-Doctoral Fellow in Environmental Chemistry, Rutgers University, Department of Environmental Sciences
1991-1993     Quality Assurance Chemist, Hoechst-Roussel Pharmaceuticals Inc., Somerville, NJ

## RESEARCH INTERESTS

Fate of anthropogenic chemicals, particularly PCBs and other semivolatile organic contaminants (SOCs), in water, air, sediments, and biota.  Source apportionment of contaminants, management and analysis of large data sets.

## HONORS AND AWARDS

Excellence in Review Award from *Environmental Science and Technology* 2014
Camille and Henry Dreyfus Foundation Post-Doctoral Fellowship in Environmental Chemistry
ACS Environmental Division Graduate Student Paper Award 1998
ACS Environmental Division Graduate Student Award 1998
Graduate Student Fellowship, National Science Foundation, 1994-1997
Dean's Fellowship, Johns Hopkins University, Whiting School of Engineering, 1993, 1998
National Merit Scholar, 1987-1991
Graduated Summa Cum Laude from Wittenberg University

1

**PROFESSIONAL AFFILIATIONS**
American Chemical Society, Environmental Chemistry Division (ACS)
Society of Environmental Toxicology and Chemistry (SETAC)
Association of Environmental Engineering and Science Professors (AEESP)
Association for Women in Science (AWIS)
Environmental Sciences Affiliate of the New York Academy of Sciences

**EDUCATIONAL ACTIVITIES**
**Primary teaching**

| 2015-present | 11:375:197 *Environmental Science Literacy* (house course for the Environmental Science LLC, Douglass Project for women in STEM) | Instructor |
|---|---|---|
| 2011- present | 11:375:340 *Environmental Applications of Organic Chemistry* | Instructor |
| 2001- 2013 | 11:375:310 *Analytical Environmental Chemistry Laboratory* | Instructor |
| 2000 - present | 16:375:522 *Environmental Organic Chemistry* | Instructor |

**Other teaching**

| 2010-present | 01:556:130  Introduction to Scientific Research (ISR) | Research mentor |
|---|---|---|
| 2012 | 11:015:103 *Portals to Academic Study Success* | Instructor |
| 2010-2011 | 11:375:432 *Readings in Environmental Science* (house course for the Douglass Project for women in STEM) | Co-instructor (50%) |
| 2009 | 16:375:540 *Atmospheric Chemistry* | Instructor |
| 2007 | 11:375:423/523  *Environmental Fate And Transport* | Co-instructor (50%) |
| 2006 | 375:454 *Soil Biological Processes*, cross-listed with 375:573 *Soil Ecosystem Processes* | Co-instructor (40%) |
| 2005 – 2006 | 01:160:200 *Introduction to Research in Chemistry* | Research mentor |
| 1998 | *Chemistry of Environmental Issues* (John Hopkins University) | Teaching assistant |

**MEDIA COVERAGE**
ABC News Good Morning America:  Is the Color Yellow Dangerous? (interview about PCBs in
    pigments).  2/23/2014
Scientific American:  "Yellow Pigments in Clothing and Paper Contain Long-Banned Chemical"
    2/20/2014
Yahoo.com:  "PCBs banned for decades but still lurking in some yellow products" 2/25/2014
Newsmax.com "Many Yellow Items Still Contain Banned PCB Chemical, Study Says."
    2/21/2014
Environmental Health News: "Yellow pigments in clothing, paper contain long-banned PCB."
    2/20/2014
Food Packaging Forum:  "PCB-11 detected in clothing and paper samples." 2/21/2014
Environmental Health Perspectives:  "Nonlegacy PCBs: Pigment Manufacturing By-Products
    Get a Second Look."  Volume 121, Issue 3, Pages A87-A93. March 2013.

2

**IMPACTS**

The State of Washington in 2013 passed legislation (bill 6086) that requires the state to purchase only products that do not contain PCBs. This legislation is aimed in large part at PCBs in pigments, and my work in this area raised awareness and indirectly led to this legislation.

**SERVICE**

**Mentoring**

Mentoring committee member for Benjamin Lintner (Assistant Professor) and Jeffra Schaefer (Assistant Research Professor) in the Department of Environmental Science, Rutgers

Founder, *Beautiful Untenured Female Faculty* (BUFF), a peer-to-peer networking group for female faculty at SEBS

Working with High School students on various projects for science fairs, including the Partners in Science program (Liberty Science Center); North Jersey Regional Science Fair; a competition at Monmouth University; and the Young Science Achievers Program. Eleven students mentored so far (2006-present)

Mentored more than 50 undergraduate interns

**Professional Societies**

Session Chair (with Nicole Fahrenfeld). "Advances in Understanding PPCP Fate in Wastewater Collection & Treatment Systems." American Chemical Society 252nd National Meeting, August 21-25, 2016, Philadelphia, PA.

Member of the 2005 SETAC North America Annual Meeting Program Committee

Session Chair (with Miriam Diamond). "Urban Contaminants: Sources, Composition, Fate from a Multimedia Perspective." SETAC North America 28th Annual Meeting, November 11-15, 2007, Milwaukee, WI.

Session Chair (with DE Fennell) "Fate of Persistent Organic Pollutants in Urban Systems." Division of Environmental Chemistry, 234th American Chemical Society (ACS) National Meeting, August 19-23, 2007, Boston, MA.

**University**

Search committee, TT appointment in Environmental Microbiology, 2015-2016

Strategic Planning Committee for Douglass Residential College, 2015

Douglass Project STEM Summer Stipend selection committee, 2015

Undergraduate Program Director, Environmental Sciences, 2012-present

Department of Environmental Sciences, Equipment Committee, 2014-2017

Graduate Program in Environmental Sciences, Admissions Committee, 2012-2015

New Brunswick Faculty Council, 2009-2012

Search committee, broad faculty announcement in Environmental Sciences, 2008-2010

Chair, Environmental Sciences Graduate Program Curriculum Committee, 2006-2009

Department of Environmental Sciences Space Committee, 2006-2009

Dean's Ad-Hoc Committee on Childcare, 2005

**National Panels**

Member, Science and Technical Advisory Committee (STAC), New York/New Jersey Harbor & Estuary Program. 2017-present

Science Advisor, *Made Safe* (http://madesafe.org/), formerly *Non-Toxic Certified*, 2015-present

Reviewer - Green-Duwamish River Watershed PCB Congener Study: Phase 1, 2015

Advisor to the Spokane River Regional Toxics Taskforce, Spokane, WA, 2012-present

Served as an expert witness for the State of Washington (Department of Ecology) at the August 2012 meeting of the Environmental Council of States.  I presented a short lecture on the problem of inadvertent production of PCBs in pigments.

Member of Expert Panel advising the Delaware River Basin Commission on establishment of a TMDL for PCBs in the Delaware River 2001-2009

**Other**

Proposal reviewer for the Hudson River Foundation:  Hudson River Fund and Mark Bain Graduate Fellowships

Reviewer for the Arctic Monitoring and Assessment Programme (AMAP) review of Non-Aroclor and Byproduct PCBs 2016

Faculty Advisor, Futurology Club, 2015-2016

Author of Wikipedia entry on Diarylide Pigment

Proposal reviewer, National Science Foundation, Petroleum Research Fund, and U.S. Civilian Research and Development Foundation (CRDF).

Reviewer for *Environmental Science and Technology, Atmospheric Environment, Environmental Engineering and Science, Journal of the Air & Waste Management Association, Industrial and Engineering Chemistry Research, Water Air and Soil Pollution,* and *Science of the Total Environment.*

Poster session organizer, Gordon Conference on Environmental Sciences: Water, 2000.


**PUBLICATIONS**

**Peer-Reviewed** (* - author is a current or former student of mine; § work performed as an undergraduate intern)

1. **Rodenburg, LA**; Winstanley, I; Wallin JM.  Source Apportionment of Polychlorinated Biphenyls in Atmospheric Deposition in the Seattle, WA, USA area measured with Method 1668.  *Archives of Environmental Contamination and Toxicology*.  **2019**, 77, 188–196.

2. **Rodenburg, LA**; Delistraty, DA.  Alterations in Fingerprints of Polychlorinated Biphenyls in Benthic Biota at the Portland Harbor Superfund Site (Oregon, USA) Suggest Metabolism. *Chemosphere*.  **2019**, *223*, 74-82.

3. Capozzi, SL*; Jing, R; **Rodenburg, LA**; Kjellerup, BV.  Positive Matrix Factorization analysis shows dechlorination of polychlorinated biphenyls during domestic wastewater collection and treatment.  *Chemosphere*. **2019**, *216*, 289-296.

4. Krumins, V; Sun, W; Guo, J*; Capozzi, S*; Fennell, DE; **Rodenburg LA**.  Sewer Sediment Bacterial Communities Suggest Potential to Transform Persistent Organic Pollutants.  *Water Environ. Res.* **2018**, *90(12)*, 2022-2029.

5. Capozzi, SL*; **Rodenburg, LA**; Krumins, V; Fennell, DE; Mack, EE. Using positive matrix factorization to investigate microbial dehalogenation of chlorinated benzenes in groundwater at a historically contaminated site. *Chemosphere* **2018**, *211*, 515-523.

4

6.  **Rodenburg, LA**; Dewani, Y*; Haggblom, MM; Kerkhof, LJ; Fennell, DE. Forensic Analysis of Polychlorinated Dibenzo-p-Dioxin and –Furan Fingerprints to Elucidate Dechlorination Pathways. *Environ. Sci. Technol.* **2017,** *51*, 10485-10493.

7.  Praipipat, P*; Meng, QY; Miskewitz, RJ; **Rodenburg, LA**. Source Apportionment of Atmospheric Polychlorinated Biphenyls in New Jersey 1997- 2011. *Environ. Sci. Technol.* **2017**, *51,* 1195-1202.

8.  **Rodenburg, LA**; Ralston, DK. Historical sources of polychlorinated biphenyls to the sediment of the New York/New Jersey Harbor. *Chemosphere*. **2017,** *169*, 450-459.

9.  **Rodenburg, LA**; Krumins, V; Curran, JC. Microbial dechlorination of polychlorinated biphenyls, dibenzo-p-dioxins, and -furans at the Portland Harbor superfund site, Oregon, USA. *Environ. Sci. Technol.* **2015** *49,* 7227−7235.

10. **Rodenburg, LA**; Guo J*; Christie, RM. Polychlorinated biphenyls (PCBs) in pigments: inadvertent production and environmental significance. *Coloration Technology*. **2015,** *131,* 353–369. **Feature Article**

11. **Rodenburg, LA**; Delistraty, D; Meng, Q. Polychlorinated biphenyl congener patterns in fish near the Hanford Site (Washington State, USA). *Environ. Sci. Technol.* **2015**, *49*, 2767–2775.

12. Japhe, T., Zhdanova, K., **Rodenburg, L.**, Roberson, L., Navarro, AE. Factors affecting the Biosorption of 2-Chlorophenol using spent tea leaf wastes as adsorbents. *J. J Environ. Sci.,* **2015**, *1 (2): 010.*

13. Xiong, Y; Krogmann, U; Mainelis, G; **Rodenburg, LA**; Andrews, CJ. Indoor air quality in green buildings: A case-study in a residential high-rise building in the northeastern United States. *Journal Of Environmental Science And Health, Part A*. **2014**, *50(3)*, 225-242.

14. Guo, J*; Capozzi, SL*; Kraeutler, TM*[§]; Rodenburg, LA. Global distribution and local impacts of inadvertently generated polychlorinated biphenyls in pigments. *Environ. Sci. Technol.* **2014**, *48*, 8573-8580.

15. Zhen, H.; Du, S*; **Rodenburg, L.A.**; Mainelis, G.; Fennel, D.E. Reductive Dechlorination of 1,2,3,7,8-Pentachlorodibenzo-p-dioxin and Aroclor 1260, 1254 and 1242 by a Mixed Culture Containing *Dehalococcoides mccartyi* strain 195. *Water Research*. **2014**, *52*, 51-62.

16. **Rodenburg, LA**; Meng, Q; Yee, D.; Greenfield, BK. Evidence for photolytic and microbial debromination of brominated diphenyl ether flame retardants in San Francisco Bay sediment. *Chemosphere*. **2014**, *106*, 36-43.

17. Praipipat, P.*; **Rodenburg, L.A.**; Cavallo, G.J. Source Apportionment of Polychlorinated Biphenyls in the sediments of the Delaware River. *Environ. Sci. Technol.* **2013**, *47* (9), 4277–4283.

18. **Rodenburg, L.A.**; Meng, Q. Source Apportionment of Polychlorinated Biphenyls in Chicago Air from 1996-2007. *Environ. Sci. Technol.* **2013**, *47 (8)*, 3774–3780.

19. Liu, H.; Park, J-W.; Fennell, D. E.; **Rodenburg, L. A.**; Verta, M.; Häggblom, M.M. Microbial Reductive Dechlorination of Weathered Polychlorinated Dibenzofurans in Kymijoki Sediment Mesocosms. *Chemosphere*. **2013**, *92(2)*, 212-221.

20. Sandy, A.L.*; Guo, J.*; Miskewitz, R.J.; McGillis, W.R.; **Rodenburg, L.A.** Mass transfer coefficients for volatilization of polychlorinated biphenyls from the Hudson River, New York measured using micrometeorological approaches. *Chemosphere*. **2012**, *90(5)*, 1637-1643.

21. **Rodenburg, L.A.**; Du, S.*; Lui; H.; Guo, J.*; Oseagulu, N.* [§]; and Fennell, D. E. Evidence for dechlorination of polychlorinated biphenyls and polychlorinated dibenzo-p-dioxins and –

5

furans in wastewater collection systems in the New York metropolitan area. *Environ. Sci. Technol.* **2012,** *46*, 6612–6620.

22. Sandy, A.L.*; Guo, J.*; Miskewitz, R.J.; McGillis, W.R.; **Rodenburg, L.A.** Fluxes of polychlorinated biphenyls volatilizing from the Hudson River, New York measured using micrometeorological approaches. *Environ. Sci. Technol.* **2012**, *46*, 885-891.

23. **Rodenburg, L.A.**; Du, S.*; Xiao, B.; Fennell, D.E. Source Apportionment of Polychlorinated Biphenyls in the New York/New Jersey Harbor. *Chemosphere*. **2011**, *83*, 792–798.

24. Park, J-W.*; Krumins, V.; Kjellerup, B.V.; Fennell, D. E.; **Rodenburg, L.A**.; Sowers, K.R.; Kerkhof, L.J.; Häggblom, M. M. The effect of co-substrate activation on indigenous and bioaugmented PCB dechlorinating bacterial communities in sediment microcosms. *Appl. Microbiol. Biotechnol.* **2011**, *89*, 2005-2017.

25. **Rodenburg, L.A.**; Fennell, D.E.; Du, S.*; Cavallo, G.J. Evidence for Widespread Dechlorination of Polychlorinated Biphenyls in Groundwater, Landfills, And Wastewater Collection Systems. *Environ. Sci. Technol.* **2010**, *44*, 7534-7540.

26. Cwiertny, D.; Arnold, W.A.; Kohn, T.; **Rodenburg, L.A.**; Roberts, A.L. Reactivity of Alkyl Polyhalides toward Granular Iron: Development of QSARs and Reactivity Cross Correlations for Reductive Dehalogenation. *Environ. Sci. Technol.* **2010**, *44*, 7928–7936.

27. **Rodenburg, L.A.**; Valle, S. N.; Panero, M. A.; Munoz, G. R.; Shor, L. M. Mass Balances on Selected Polycyclic Aromatic Hydrocarbons (PAHs) in the New York/New Jersey Harbor. *Journal of Environmental Quality*. **2010**, *39,* 642-653.

28. **Rodenburg, L.A.**; Guo*, J.; Du*, S.; Cavallo, G.J. Evidence for Unique and Ubiquitous Environmental Sources of 3,3'-dichlorobiphenyl (PCB 11). *Environ. Sci. Technol.* **2010**, *44*, 2816–2821. *DOI: 10.1021/es901155h*

29. Krumins, V.; Park, J.W.; Son, E.K.; **Rodenburg, L.A.;** Kerkhof, L.J.; Haggblom, M.M.; Fennell, D.E. PCB Dechlorination Enhancement in Anacostia River Sediment. *Water Research.* **2009,** *43 (18)*, 4549-4558.

30. Du*, S; Wall*, SJ; Cacia*§, D; **Rodenburg, LA.** Passive Air Sampling for Polychlorinated Biphenyls in the Philadelphia, USA Metropolitan Area. *Environ. Sci. Technol.* **2009**, *43,* 1287-1292.

31. Du*, S; Belton, T. J.; **Rodenburg, L.A.** Source Apportionment of PCBs in the Tidal Delaware River. *Environ. Sci. Technol.* **2008**, *42*, 4044–4051.

32. Zarnadze*, A.; **Rodenburg, L.A.** Water Column Concentrations and Partitioning of Polybrominated Diphenyl Ethers in the New York/New Jersey Harbor, USA. *Environmental Toxicology and Chemistry*. **2008**, *27 (8)*, 1636–1642. DOI: 10.1897/07-619

33. Polidori, A.; Turpin, B. J.; Davidson, C. I.; **Rodenburg, L. A.**; Maimone, F. Organic $PM_{2.5}$: Fractionation By Polarity, FTIR Spectroscopy, And OM/OC Ratio For The Pittsburgh Aerosol. *Aerosol Science and Technology*. **2008**, *42(3)*, 233-246.

34. Yan, S.; **Rodenburg, L. A.**; Dachs, J.; Eisenreich, S. J. Seasonal air-water exchange fluxes of polychlorinated biphenyls in the Hudson River Estuary. *Environmental Pollution*. **2008**, *152*, 443-451. doi:10.1016/j.envpol.2007.06.074

35. Du*, S.; **Rodenburg, L. A.** Source Identification of Atmospheric PCBs in Philadelphia/Camden Using Positive Matrix Factorization Followed by the Potential Source Contribution Function. *Atmospheric Environment.* **2007**, *41*, 8596–8608.

6

36. Asher, B. J.; Wong, C. S.; **Rodenburg, L. A.**  Chiral Source Apportionment of Polychlorinated Biphenyls To The Hudson River Estuary Atmosphere And Food Web. *Environ. Sci. Technol.*  **2007**, *41*, 6163-6169.

37. Rowe*, A. A.; **Totten, L. A.**; Cavallo, G. J.; Yagecic, J. R.  Watershed Processing of Atmospheric Polychlorinated Biphenyl Inputs.  *Environ. Sci. Technol.*  **2007**, *41*, 2331-2337.

38. Rowe*, A. A.; **Totten, L. A.**; Xie, M.; Fikslin, T. J.; Eisenreich, S. J.  Air-water exchange of polychlorinated biphenyls in the Delaware River.  *Environ. Sci. Technol.* **2007**, *41*, 1152-1158.

39. **Totten, L. A.**; Stenchikov, G. L.; Gigliotti, C. L.; Lahoti, N.; Eisenreich, SJ.  Measurement and Modeling of Urban Atmospheric PCB Concentrations On A Small (8 km) Spatial Scale.  *Atmospheric Environment*.  **2006**, *40 (40)*, 7940-7952.

40. Yi, S-M; **Totten, L.A.;** Thota*, S.; Yan, S.; Offenberg, J. H.; Eisenreich, S.J.; Graney, J; Holsen, T.M.  Atmospheric Dry Deposition of Trace Elements Measured Around the Urban and Industrially Impacted NY-NJ Harbor.  *Atmospheric Environment.* **2006**, *40*, 6626–6637.

41. **Totten, L.A.**; Panangadan*, M.; Eisenreich, S.J.; Cavallo, G.J.; Fikslin, T.J.  Direct and Indirect Atmospheric Deposition of PCBs to the Delaware River Watershed.  *Environ. Sci. Technol.* **2006**, *40 (7)*, 2171-2176.

42. Gigliotti, C.L.; **Totten**, L.A.; Offenberg, J.H.; Dachs, J.; Reinfelder, J.R.; Nelson, E.D.; Glenn, T.R. IV; Eisenreich, S.J. Atmospheric Concentrations and Deposition of PAHs to the Hudson River Estuary.  *Environ. Sci. Technol.*  **2005**, *39*, 5550-5559.

43. Gioia, R.; Offenberg, J. H.; Gigliotti, C.L.; **Totten, L.A.**; Du*, S.; Eisenreich, S.J.  Atmospheric Concentrations and Deposition of Organochlorine Pesticides in the US Mid-Atlantic Region.  *Atmospheric Environment.* **2005***, 39 (12),* 2309-2322.

44. **Totten, L. A.**; Gigliotti, C. L.; VanRy, D. A.; Offenberg, J. H.; Nelson, E. D.; Dachs, J.; Reinfelder, J. R.; Eisenreich, S. J. Atmospheric Concentrations and Deposition of PCBs to the Hudson River Estuary. *Environ. Sci. Technol.* **2004**, *38*, 2568-2573.

45. Koelliker, Y.; **Totten, L. A.**; Gigliotti, C. L.; Offenberg, J. H.; Reinfelder, J. R.; Zhuang, Y.; Eisenreich, S. J.  Atmospheric Wet Deposition of Total Phosphorus in New Jersey.  *Water, Air, and Soil Pollution*.  **2004**, *154 (1-4)*, 139-150.

46. **Totten, L. A.**; Gigliotti, C. L.; Offenberg, J. H.; Baker, J. E.; Eisenreich, S. J.  Re-evaluation of Air-Water Exchange Fluxes of PCBs in Green Bay and Southern Lake Michigan. *Environ. Sci. Technol.* **2003**, *37*, 1739-1743.

47. Van Ry, D. A.; Gigliotti, C. L.; Glenn, T. R. IV; Nelson, E. D.; **Totten, L. A.**; Eisenreich, S. J. Wet Deposition of Polychlorinated Biphenyls in Urban and Background Areas of the Mid-Atlantic States. *Environ. Sci. Technol.* **2002**, *36,* 3201-3209.

48. Dachs, J.; Glenn, T. R.; Gigliotti, C. L.; Brunciak, P.; **Totten, L. A.**; Nelson, E. D.; Franz, T. P.; Eisenreich, S. J. Processes driving the short-term variability of polycyclic aromatic hydrocarbons in the Baltimore and northern Chesapeake Bay atmosphere, USA. *Atmospheric Environment* **2002**, *36*, 2281-2295.

49. Naumova, Y. Y.; Eisenreich, S. J.; Turpin, B. J.; Weisel, C. P.; Morandi, M. T.; Colome, S. D.; **Totten, L. A.**; Stock, T. H.; Winer, A. M.; Alimokhtari, S.; Kwon, J.; Shendell, D.; Jones, J.; Maberti, S.; Wall, S. J. Polycyclic aromatic hydrocarbons in the indoor and outdoor air of three cities in the US. *Environ. Sci. Technol.* **2002**, *36*, 2552-2559.

50. **Totten, L. A.**; Eisenreich, S. J.; Brunciak, P. Evidence for destruction of PCBs by the OH radical in urban atmospheres. *Chemosphere* **2002**, *47*, 735-746.

7

51. Gigliotti, C. L.; Brunciak, P. A.; Dachs, J.; IV, G. T. R.; Nelson, E. D.; **Totten, L. A.**; Eisenreich, S. J. Air-Water Exchange of Polycyclic Aromatic Hydrocarbons in the NY-NJ Harbor Estuary. *Environ. Toxicol. Chem.* **2001**, *21*, 235-244.

52. **Totten, L. A.**; Brunciak, P. A.; Gigliotti, C. L.; Dachs, J.; Glenn. T. R., IV; Nelson, E. D.; Eisenreich, S. J. Dynamic Air-Water Exchange of Polychlorinated Biphenyls in the NY-NJ Harbor Estuary**.** *Environ. Sci. Technol.* **2001**, *35*, 3834-3840.

53. **Totten, L. A.**; Roberts, A. L. Calculated one- and two-electron reduction potentials and related molecular descriptors for reduction of alkyl and vinyl halides in water. *Crit. Rev. Environ. Sci. Technol.* **2001**, *31*, 175-221.

54. **Totten, L. A.**; Roberts, A. L.; Jans, U. Alkyl bromides as probes of reductive dehalogenation:  Reactions of stereochemical probes with zero-valent metals. *Environ. Sci. Technol.* **2001**, *35*, 2268-2274.

55. Roberts, A. L.; **Totten, L. A.**; Arnold, W. A.; Burris, D. R.; Campbell, T. J. Reductive elimination of chlorinated ethylenes by zero-valent metals. *Environ. Sci. Technol.* **1996**, *30*, 2654-2659.

## Other

1. **Rodenburg, LA** and Leidos.  Green-Duwamish River Watershed Addendum to PCB Congener Study: Phase 2 Source Evaluation Report. Prepared for State of Washington Department of Ecology Toxics Cleanup Program. 2018.

2. **Rodenburg,** LA and Leidos.  Green-Duwamish River Watershed PCB Congener Study: Phase 2 Initial Data Assessment. Prepared for State of Washington Department of Ecology Toxics Cleanup Program. 2017.

3. **Rodenburg, LA** and Leidos.  Green-Duwamish River Watershed PCB Congener Study: Phase 2 Source Evaluation.  Prepared for State of Washington Department of Ecology Toxics Cleanup Program. 2017.

4. Du*, S.; **Rodenburg, LA**.  "Measurement and Modeling of Semivolatile Organic Compounds in Local Atmospheres."  In:  *Biophysico-Chemical Processes of Anthropogenic Organic Compounds in Environmental Systems.*  Baoshan Xing, Ed.  Pp. 149-184, 2010.

5. **Totten, LA.**  "The Importance of Atmospheric Interactions to PCB cycling in the Hudson and Delaware River Estuaries."  In:  *PCBs: Human and Environmental Disposition and Toxicology.*  LG Hansen and LW Robertson, Eds.  University of Illinois Press, Chicago, IL, pp. 51-59, 2008.

6. **Rodenburg, LA.**  "Appendix B: Summary Of Mass Balances On Selected Polycyclic Aromatic Hydrocarbons (PAHs) In The NY/NJ Harbor Estuary."  In:  *Pollution Prevention And Management Strategies For Polycyclic Aromatic Hydrocarbons In The New York/New Jersey Harbor.*  Report by the New York Academy of Sciences, pp. 139-141, 2007. Available at: http://www.nyas.org/programs/harbor.asp

7. **Totten, L. A.**  "Present-Day Sources and Sinks for Polychlorinated Biphenyls (PCBs) in the Lower Hudson River Estuary," In:  *Pollution Prevention And Management Strategies For Polychlorinated Biphenyls In The New York/New Jersey Harbor.*  Report by the New York Academy of Sciences, pp. 84-96, 2005.  Available at: http://www.nyas.org/programs/harbor.asp

8. **Totten, L. A.;** Eisenreich, S.J.; Gigliotti, C. L.; Dachs, J.; VanRy, D.A.; Yan, S.; Aucott, M. "Atmosphere Deposition of PCBs and PAHs to the New York/New Jersey Harbor Estuary."

8

In: *The Hudson River Estuary*.  J. Levinton and J. R. Waldman, Eds.  Cambridge University Press, New York, pp. 398-412, 2006.

9.  Baker, J. E.; **Totten, L. A.**; Gigliotti, C. L.; Offenberg, J. H.; Eisenreich, S. J.; Bamford, H. A.; Huie, R. E.; Poster, D. L.  Response to Comment on "Reevaluation of Air-Water Exchange Fluxes of PCBs in Green Bay and Southern Lake Michigan." *Environ. Sci. Technol*. **2004,** *38*, 1629-1632.

10.  **Totten, L. A.**; Assaf-Anid, N. M.  "Abiotic Dehalogenation by Metals." In:  *Dehalogenation: Microbial Processes and Environmental Application*.  Haggblom, M.M.; Bossert, I. D., Eds. Kluwer:  New York, 2002.

11.  Eisenreich, S. J.; Gigliotti, C.L.; Brunciak, P. A.; Dachs, J.; Glenn IV, T. R.; Nelson, E. D.; **Totten, L. A.**; VanRy, D.A.  "Persistent Organic Pollutants in the Coastal Atmosphere of the Mid-Atlantic States-USA."  In:  *Persistent Bioaccumulative Toxic Organic Compounds*.  R. Lipnick, Ed.  American Chemical Society Symposium Series: Washington, D. C., 2000.

## PRESENTATIONS

**Invited lectures**

**Rodenburg, LA**.  PCBs:  An Update.  Webinar presented September 25, 2017 for the Office of Continuing Professional Education.  Available online at: youtube.com

**Rodenburg, LA**.  Why are PCBs and PCDD/Fs dechlorinated by bacteria in some places but not others? Oral presentation.  SETAC 38th Annual Meeting in North America, Minneapolis, MN, November 12-16, 2017.

**Rodenburg, LA.**  Green-Duwamish River Watershed PCB Congener Study:  Phase 2 Initial Data Assessment.  Webinar for the Spokane River Toxics Taskforce. April 26, 2017.

**Rodenburg, LA.**  Green-Duwamish River Watershed PCB Congener Study:  Phase 2 Initial Data Assessment.  Green-Duwamish Watershed Pollutant Loading Assessment Technical Advisory Committee. Tukwila, WA. March 15, 2017.

**Rodenburg, LA.**  Green-Duwamish River Watershed PCB Congener Study:  Phase 2 Initial Data Assessment.  US EPA Region 10 and Washington State Department of Ecology. Seattle, WA. March 14, 2017.

**Rodenburg, LA.**  Environmental Data Mining, or How to do Research with No Money.   Special seminar, University of Maryland College Park, Department of Civil and Environmental Engineering.  December 7, 2015.

**Rodenburg, LA.**  Environmental Data Mining, or How to do Research with No Money.   Special seminar, The Johns Hopkins University, Department of Geography and Environmental Engineering.  December 8, 2015.

**Rodenburg, LA.**  Microbial Dechlorination of PCBs—it's not just for sediments any more.  250th ACS National Meeting, Boston, MA, August 16-20, 2015.

**Rodenburg, LA.**  Identifying non-Aroclor PCB sources through fingerprinting.  Spokane River Regional Toxics Taskforce PCB Workshop.  January 12-13, 2015, Spokane, WA.

**Rodenburg, LA.**  Fingerprinting And Source Apportionment Of PCBs And BDEs.  Eighth International Conference on Remediation and Management of Contaminated Sediments (Battelle), January 12-15, 2015, New Orleans, LA.

9

**Rodenburg, LA.**, Krumins, V.; Crowe-Curran, J.  Dechlorination of PCBs in the groundwater of the Portland Harbor.  Teleconference presentation to Region 10 EPA.  January 5, 2015.

**Rodenburg, LA.**  Identifying non-Aroclor PCB sources through fingerprinting.  8th International PCB Workshop, October 5-9, 2014, Woods Hole, MA.

Guo, J.*; Praipipat, P.*; **Rodenburg, LA.**  PCBs in pigments, inks, and dyes:  Documenting the problem.  17th Annual Green Chemistry & Engineering Conference (American Chemical Society Green Chemistry Institute).  June 19, 2013.

**Rodenburg, LA.**  PCBs in consumer products, or how to do research with no money.  Oral presentation, Department of Civil and Environmental Engineering, Temple University.  March 22, 2013.  Philadelphia, PA.

**Rodenburg, LA.**  Stormwater PCBs:  Tales from two urban estuaries.  Oral presentation at Spokane River Regional Toxics Task Force.  June 5-6, 2012. Spokane, WA.

**Rodenburg, LA.** Microbial dechlorination of persistent organic pollutants in sewers.  Oral presentation, Department of Civil and Environmental Engineering, University of Houston.  July 9, 2012.  Houston, TX.

**Rodenburg, LA.**  Dechlorination of PCBs and dioxins in sewers:  Applications to the Passaic River.  Special seminar, Montclair State University.  March 21, 2012.  Montclair, NJ.

**Rodenburg, LA;** Cacia, DM.  Are urban atmospheric PCB concentrations going down?  Oral presentation at the 242nd ACS National Meeting, August 28-September 1, 2011, Denver, CO.

**Rodenburg, LA**; Du, S; Oseagulu, NU; Guo, J; Fennell, DE.  Evidence for dechlorination of PCBs and PCDD/Fs in sewers.  Oral presentation at the 242nd ACS National Meeting, August 28-September 1, 2011, Denver, CO.

**Rodenburg, LA.**  Water Quality Management in New Jersey's Waterways.  Invited seminar, Fermentation Club, Rutgers University, April 3, 2009.

**Rodenburg, LA.**  Diurnal Cycling of Persistent Organic Pollutants in the Atmosphere.  Invited seminar, workshop on "Diurnal (Diel) Cycling of Chemical Constituents in Surface Water and Related Media—Scientific and Regulatory Considerations."  New Jersey Department of Environmental Protection, December 12, 2008.  Trenton, NJ.

**Rodenburg, LA.**  History of contamination in the Hudson River.  Invited seminar, Guangzhou Institute of Geochemistry-South China University of Technology Collaborative Workshop.  November 13-15, 2008, Guangzhou, PRC.

**Rodenburg, LA.**  PCBs in the Delaware River.  Invited seminar, Guangzhou Institute of Geochemistry-South China University of Technology Collaborative Workshop.  November 13-15, 2008, Guangzhou, PRC.

**Rodenburg, LA.**  Water Quality Management in New Jersey's Waterways.  Invited seminar, School of Environmental Science and Public Health, Wenzhou Medical College.  November 18, 2008, Wenzhou, PRC.

**Rodenburg, LA.**  Investigating Atmospheric PCB Source Types, Locations, And Magnitudes In Urban Areas Of New Jersey.  Invited presentation, Fifth PCB Workshop: New Knowledge Gained From Old Pollutants. May 18-22, 2008, Iowa City, Iowa.

**Rodenburg, LA.**  The TMDL for PCBs in the Delaware River.  Invited seminar, University of Minnesota, Department of Civil and Environmental Engineering, Minneapolis, MN.  April 24, 2008.

10

**Rodenburg, LA.**  The TMDL for PCBs in the Delaware River.  Invited seminar, Kettering College of Medical Arts, Kettering, OH.  March 27, 2008.

**Rodenburg, LA.**  Atmospheric deposition to the Hudson River.  Invited lecture, New York University, November 6, 2007.

**Rodenburg, LA**; Du, S.; Xiao, B.; Belton, T.; Fennell, D. E.  Source Apportionment of Urban PCBs.  Platform presentation SETAC 28th Annual Meeting in North America, November 11-15, 2007, Milwaukee, WI.

**Totten, LA.**  PBDEs in the air and water of the NY/NJ Harbor.  NJDEP, Trenton, NJ.  June 27, 2007.

**Totten, LA.**  Atmospheric Deposition of PCBs to the NY/NJ Harbor and Delaware River.  Plenary Presentation, Hudson-Delaware Chapter, SETAC Annual Meeting, Stockton , NJ.  April 27-28, 2007.

**Totten, LA**.  PBDEs in the air and water of the NY/NJ Harbor.  Hudson River Foundation.  May 3, 2006.

**Totten, LA**.  Invited seminar at City College of New York Chemistry Department.  September 26, 2005.

**Totten, LA.**  Sampling for semivolatile organic contaminants in environmental compartments.  City College of New York, May 5, 2005.

**Totten, LA.**  Invited seminar, NOAA, Ecosystem Processes Division, Howard Laboratories, Highlands, NJ.  October 18, 2004.

**Totten, LA**, AA Rowe, S Yan.  Importance of atmospheric interactions to PCB cycling in the Hudson and Delaware River estuaries.  Invited oral presentation, American Chemical Society National Meeting, Philadelphia, August 2004.

**Totten, LA**, AA Rowe, S Yan, SJ Eisenreich.  "Importance of atmospheric interactions to PCB cycling in the Hudson and Delaware River Estuaries."  3rd PCB Workshop on Recent Advances in the Environmental Toxicology and Health Effects of PCBs.  Champaign, IL, June 13-15, 2004.

**Totten, LA**.  Invited seminar at Swarthmore College, Swarthmore, PA.  April 20, 2004.

**Totten, LA**.  "Present-Day Sources and Sinks for Polychlorinated Biphenyls (PCBs) in the Lower Hudson River Estuary."  New York Academy of Sciences, New York City, June 2003.

**Totten, LA**, CL Gigliotti, DA VanRy, ED Nelson, J Dachs, S Yan, JR Reinfelder, and SJ Eisenreich.  "PCBs in the Hudson River Estuary:  Atmospheric Inputs and Air-water Exchange." New York Academy of Sciences, New York City, November 2002.

**Totten, LA**, SJ Eisenreich, PA Brunciak.  Evidence for Reactions of PCBs with OH Radical In Urban Atmospheres.  3rd SETAC World Congress, Brighton, United Kingdom, 2000.

**Totten, LA**, AL Roberts.  Alkyl Bromides as Mechanistic Probes of Reductive Dehalogenation:  Reactions with Zero-Valent Metals.  Graduate Student Paper Award Presentation given at the American Chemical Society Annual Meeting, Boston, MA, August 1998.


### Presentations at conferences

Capozzi, SL*; Ran, J; **Rodenburg, LA**; Kjellerup, BV; Wilson, EK. Source apportionment of polychlorinated biphenyls in District of Columbia wastewater. Poster.  SETAC 38th Annual Meeting in North America, Minneapolis, MN, November 12-16, 2017.

**Rodenburg, LA**.  Opportunities and Challenges of Environmental Data Mining.  Oral Presentation.  SETAC 38th Annual Meeting in North America, Minneapolis, MN, November 12-16, 2017.

Chitsaz MM*; **Rodenburg, LA**.  PCB cycling in stormwater in an urban high desert: Santa Fe, NM.  Poster.  SETAC 38th Annual Meeting in North America, Minneapolis, MN, November 12-16, 2017.

Capozzi, SL*; **Rodenburg, LA**; Krumins, V; Fennell, DE; Mack, EE.  Using Positive Matrix Factorization to Investigate Microbial Dehalogenation of Contaminants in Groundwater.  Fourth International Symposium on Bioremediation and Sustainable Environmental Technologies (Battelle).  Miami, FL, May 22-25, 2017.

Capozzi, SL*; Ran, J; **Rodenburg, LA**; Kjellerup, BV; Wilson, EK. Source apportionment of polychlorinated biphenyls in District of Columbia wastewater. Poster presentation at the 2017 Chesapeake Potomac Regional Chapter of the Society of Environmental Toxicology and Chemistry, Annapolis, MD, 2017.

Capozzi, SL*; Ran, J; **Rodenburg, LA**; Kjellerup, BV; Wilson, EK. Source apportionment of polychlorinated biphenyls in District of Columbia wastewater. Oral presentation at the 254th American Chemical Society Fall National Meeting & Exposition, Washington, DC, 2017.

Rodenburg LA, and Du, S*.  Data Mining and Source Apportionment to Understand Sources and Fate of PCBs.  Poster presentation, 9th International PCB Workshop, October 9-13, 2016 Kobe, Japan.

Rodenburg LA, Capozzi, SL*.  Data Mining To Answer Complex Environmental Questions.  Platform presentation SETAC 37th Annual Meeting in North America, Orlando, FL, November 6-10, 2016.

Rodenburg, LA; Fahrenfeld, N; Blackburne, B[§]. Factors controlling antibiotics levels in biosolids.  Poster presentation SETAC 37th Annual Meeting in North America, Orlando, FL, November 6-10, 2016.

Blackburne, B; Fahrenfeld, N; **Rodenburg, LA**; Factors controlling antibiotics levels in biosolids.  American Chemical Society, 252nd National Meeting, August 21-25, 2016, Philadelphia, PA.

Williams, L; Klein A; Milne M; **Rodenburg L**; Fuchs V; Lindsay R.  Analyzing Toxics At Parts Per Quadrillion Levels In The Collection System And Treatment Plant Effluent.  WEFTEC 2015, September 26-30, 2015, Chicago, IL.

Uram, A[§]; Guo, J*; **Rodenburg LA,** Capozzi, SL*. Linking contaminated buildings to atmospheric levels of polychlorinated biphenyls.  8th International PCB Workshop, October 5-9, 2014, Woods Hole, MA.

Capozzi, S*; **Rodenburg, LA**; Guo, J*; Murphy, A[§]; Fennell, DE. Degradation of PCBs by anaerobic bacteria in sewers.   8th International PCB Workshop, October 5-9, 2014, Woods Hole, MA.

Capozzi, S; **Rodenburg, LA**; Guo, J; Murphy, A; Fennell, DE. Degradation of halogenated pollutants by anaerobic bacteria in sewers.  Oral presentation, 2013 North America meeting of the Society for Environmental Toxicology and Chemistry (SETAC).  November, 2013.

**Rodenburg, LA**; Guo, J; Capozzi, S; Murphy, A; Fennell, DE.  Degradation of flame retardants by anaerobic bacteria in sewers.  Poster presentation, 2013 North America meeting of the Society for Environmental Toxicology and Chemistry (SETAC).  November, 2013.

**Rodenburg, LA**; Guo, J; Praipipat, P; Capozzi, S; Murphy, A; Kraeutler, T.  PCBs from pigments in children's clothing, crayons, and paper.  Poster presentation, 2013 North America meeting of the Society for Environmental Toxicology and Chemistry (SETAC).  November, 2013.

**Rodenburg, LA**; Guo, J; Praipipat, P.  PCBs in pigments, inks, and dyes.  Oral presentation at the Hudson-Delaware Chapter of SETAC.  May 2, 2013, Edison, NJ.

**Rodenburg, LA.**  PCBs in consumer products, or how to do research with no money.  Oral presentation, Department of Environmental Science, Rutgers University.  April 12, 2013.  New Brunswick, NJ.

**Rodenburg, LA**; Greenfield, BK; Klosterhaus, SL; Yee, D.  Photolytic and microbial debromination of BDEs in San Francisco Bay.  Oral presentation at the SETAC North America 33nd Annual Meeting, November 2012, Long Beach, CA.

**Rodenburg, LA**; Guo, J; Du, S; Fikslin, TJ; Cavallo, GJ. Atmospheric deposition of PCBs to the Delaware River.  Oral presentation at the SETAC North America 33nd Annual Meeting, November 2012, Long Beach, CA.

Sandy, AL; **Rodenburg, LA**; Miskewitz, RJ; McGillis, WR; Guo, J.  Air-water Exchange Fluxes and Mass Transfer Coefficients for PCBs on the Hudson River.  Oral presentation at the SETAC North America 32nd Annual Meeting, November 13-17, 2011, Boston, MA.

**Rodenburg, LA**; Guo, J; Du, S; Oseagulu, NU; Fennell, DE.  Are Dioxins Dechlorinated in Sewers?  Oral presentation at the SETAC North America 32nd Annual Meeting, November 13-17, 2011, Boston, MA.

Sandy, AL; **Rodenburg, LA**; Guo, J; Miskewitz, RJ; McGillis, WR.  Air-water exchange fluxes and mass transfer coefficients for PCBs on the Hudson River.  Oral presentation at the 242nd ACS National Meeting, August 28-September 1, 2011, Denver, CO.

**Rodenburg, LA**; Du, S; Fennell, DE; Cavallo, GJ.  Evidence For Extensive Dechlorination Of PCBs In Sewers, Landfills, And Contaminated Groundwater.  Oral presentation at Dioxin 2010, 30th International Symposium on Halogenated Persistent Organic Pollutants (POPs), September 12-17, 2010, San Antonio, TX.

**Rodenburg, LA**; Du, S; Fennell, DE; Cavallo, GJ.  Evidence For Extensive Dechlorination Of PCBs In Sewers, Landfills, And Contaminated Groundwater.  Oral presentation, 6th International PCB Workshop, May 20-June 2, 2010, Visby, Sweden.

Sandy, AL; Miskewitz, RJ; **Rodenburg, LA.**  Direct Measurement of Air/Water Exchange Mass Transfer Coefficients for Polychlorinated Biphenyls using the Micrometeorological Technique.  Poster presentation SETAC 30th Annual Meeting in North America, November 19-23, 2009, New Orleans, LA.

Guo, J; Du, S; **Rodenburg, LA**; Cavallo, GJ.  Sources of the non-Aroclor congener PCB 11 (3,3'-dichlorobiphenyl) in urban waterways.  Poster presentation SETAC 30th Annual Meeting in North America, November 19-23, 2009, New Orleans, LA.

Guo, J; Du, S; **Rodenburg, LA**; Cavallo, GJ.  PCB 11 (3,3'-dichlorobiphenyl) in Urban Waterways From Non-Aroclor Sources.  Oral presentation American Chemical Society Northeastern Regional Meeting; October 7, 2009; Hartford, CT.

13

Park, J-W; Krumins, V; Kjellerup, BV; Gillespie, KM; Fennell, DE; Kerkhof, LJ; **Rodenburg, LA**; Sowers, KR; Häggblom, MM.  Anaerobic PCB dechlorination by pentachloronitrobenzene-activated Dehalococcoides spp. American Society for Microbiology 2009 General Meeting; May 17 -21, 2009; Philadelphia, PA.

Krumins, V; Park, J-W; Du, S; **Rodenburg, LA**; Häggblom, MM; Kerhkof, LJ; Fennell DE.  Reductive Dechlorination of PCBs in Biostimulated Contaminated Sediment. American Society for Microbiology 2009 General Meeting; May 17 -21, 2009; Philadelphia, PA.

Liu, H; Park, J-W; **Rodenburg, LA**; Fennell, DE; Haggblom, MM.  Microbial Community Analysis after Dechlorination Stimulating Treatments of Polychlorinated Dibenzo-p-dioxin and Dibenzofuran Contaminated Sediment.  American Society for Microbiology 2009 General Meeting; May 17 -21, 2009; Philadelphia, PA.

**Rodenburg, LA**; Belton, TJ; Du, S; Sandy, AL; Rowe, AA.  Atmospheric deposition, source apportionment, and the TMDL for PCBs in the Delaware River, USA.  Oral presentation at the 5th SETAC World Congress, 3 - 7 August 2008, Sydney, Australia.

**Rodenburg, LA**; Krumins, V; Park, J-W;  Haggblom, MM; Kerhkof, LJ; Fennell, DE.  Stimulation of PCB Dechlorination and Dechlorinators in Continanted Sediments.  Oral presentation at the 5th SETAC World Congress, 3 - 7 August 2008, Sydney, Australia.

Asher, BJ; Wong, CS; **Rodenburg, LA**.  Chiral signatures as a tool for source apportionment of PCBs in the Hudson River Estuary.  Platform presentation SETAC 28th Annual Meeting in North America, November 11-15, 2007, Milwaukee, WI.

**Rodenburg, LA**.  PCB sources and fate in New Jersey.  Platform presentation SETAC 28th Annual Meeting in North America, November 11-15, 2007, Milwaukee, WI.

**Rodenburg, LA**; Zarnadze, A.  Water column partitioning of BDEs in the New York/New Jersey Harbor.  Platform presentation SETAC 28th Annual Meeting in North America, November 11-15, 2007, Milwaukee, WI.

Asher, BJ; Wong, CS; **Totten, LA**.  Chiral signatures as a tool for source apportionment of PCBs in the Hudson River Estuary.  Oral presentation, American Chemical Society National Meeting, Boston, MA, August 19-23, 2007.

Fennell, DE; Krumins, V; Ravit, B; **Totten, LA**.  Bioremediation approaches for PCB- and PCDD/F-contaminated sediments.  Oral presentation, American Chemical Society National Meeting, Boston, MA, August 19-23, 2007.

Du, S.; Xiao, B.; Belton, T.; Fennell, D. E.; **Totten, LA.**  Source apportionment of PCBs in the Delaware River and NY/NJ Harbor.  Oral presentation, American Chemical Society National Meeting, Boston, MA, August 19-23, 2007.

Sandy, A. L.; Du, S.; Kaczorowski, D. M.; **Totten, LA.**  Atmospheric PCB sources to the Delaware River.  Oral presentation, American Chemical Society National Meeting, Boston, MA, August 19-23, 2007.

**Totten, LA;** Du, S; Stenchikov, G.  Modeling atmospheric POP dynamics in urban systems.  Oral presentation, American Chemical Society National Meeting, Boston, MA, August 19-23, 2007.

Xiao, B.; Du, S.; Fennell, D. E.; Totten, L. A.  Source apportionment of POPs in the NY/NJ Harbor.  Oral presentation, American Chemical Society National Meeting, Boston, MA, August 19-23, 2007.

14

Zarnadze, A.; Totten, L. A. Brominated diphenyl ethers in the New York/New Jersey Harbor. Oral presentation, American Chemical Society National Meeting, Boston, MA, August 19-23, 2007.

Kaczorowski, DM; Sandy, AL; Wall, SJ; **Totten, LA**. Investigating the correlation of atmospheric polychlorinated biphenyl concentrations with several variables in Camden, NJ. Poster presented at the Hudson-Delaware Chapter of SETAC Annual Meeting. April 26-27, 2007.

Du, S; **Totten, LA**. Source Apportionment of PCBs in the Delaware River Estuary. Oral presentation at the Hudson-Delaware Chapter of SETAC Annual Meeting. April 26-27, 2007.

Sandy, AL; Du, S; **Totten, LA**. Atmospheric deposition sources of PCBs to the Delaware River. Oral presentation at the Hudson-Delaware Chapter of SETAC Annual Meeting. April 26-27, 2007.

Häggblom, M.M.; Fennell, D.E.; Kerkhof, L.J.; Totten, L.A.; Sowers, K.R.; Ahn, Y.-B.; Liu, F.; Liu, H.; Park, J.-W.; Krumins, V. 2006. Quantifying Enhanced Microbial Dehalogenation of Organohalide Mixtures in Contaminated Sediments. Partners in Environmental Technology Technical Symposium & Workshop sponsored by SERDP and ESTCP. November 28-30, 2006. Washington, D.C.

Pagnout C.; Ní Chadhain, S. M.; **Totten, L. A.**; Zylstra, G. J.; Kukor, J. J. Molecular characterization of microbial community shifts occurring in Passaic River sediments during enrichment on biphenyl and monochlorobiphenyls. 5th Tripartite Workshop in Biotechnology and Bioenergy (NJ, USA), April 2007.

Pagnout, C.; Ní Chadhain, S. M.; **Totten, L. A.**; Zylstra, G. J.; Kukor, J.J. Microbial Diversity Shifts in Sediment Enrichment Cultures during the Aerobic Degradation of Biphenyl and Mono-Chlorinated Biphenyls. American Society for Microbiology, General Meeting, Toronto, Canada, May 21-25, 2007.

Fennell, D.E., Liu, F., Son, E.-K., Zarnadze, A., Krogmann, U., **Totten, L.A.** Fate of Brominated Flame Retardants in New Jersey Wastewater Treatment Facilities. Oral presentation at the USDA NEC 1010 Meeting, Ithaca, NY, October 18-19, 2006.

Zarnadze, A.; **Totten, LA**. BDEs in the New York/New Jersey Harbor, USA. Poster presentation at the SETAC 27th Annual Meeting in North America, 5-9 November 2006, Montreal, Canada.

Du, S; **Totten, LA**. PCB sources to the Delaware River, USA. Oral presentation at the SETAC 27th Annual Meeting in North America, 5-9 November 2006, Montreal, Canada.

**Totten, LA**; Rowe, AA; Panangadan, M. Atmospheric Deposition and Volatilization of PCBs in the tidal Delaware River. Oral presentation at SETAC 26th Annual Meeting in North America, 13-17 November 2005, Baltimore, Maryland, USA.

Du, S; **Totten, LA**. Attempts to Identify Atmospheric PCB sources in the Philadelphia Metro Area. Oral presentation at SETAC 26th Annual Meeting in North America, 13-17 November 2005, Baltimore, Maryland, USA.

**Totten, LA**. A Mass Balance On PCBs and PAHs in the NY/NJ Harbor Estuary. Oral presentation at SETAC 26th Annual Meeting in North America, 13-17 November 2005, Baltimore, Maryland, USA.

Fennell, DE; Liu, F; Son, E-K; Zarnadze, A; Krogmann, U; **Totten, LA**. Biotransformation of Halogenated Contaminants in Sludges and Enrichments from Municipal Anaerobic

15

Digesters.  Oral presentation at SETAC 26th Annual Meeting in North America, 13-17 November 2005, Baltimore, Maryland, USA.

Asher, B; Wong, C; **Totten, LA**.  Source apportionment of chiral PCBs in the Hudson River Estuary.  Poster presentation at SETAC 26th Annual Meeting in North America, 13-17 November 2005, Baltimore, Maryland, USA.

**Totten, LA**; Du, S.  Atmospheric PCB Sources in the Philadelphia Metro Area.  SETAC Hudson-Delaware Chapter Regional Meeting, April 28, 2005.

Du, S; **Totten, LA**  Identifying source areas of PCBs to the Camden/Philadelphia atmosphere.  Poster presentation, SETAC 25th Annual Meeting, Portland, OR, November 14-18, 2004.

Rowe, AA; **Totten, LA**; Offenberg, JH; Reinfelder, JR; Eisenreich, SJ. Air-water exchange of polychlorinated biphenyls in the Delaware River Basin.  Poster presentation, SETAC 25th Annual Meeting, Portland, OR, November 14-18, 2004.

Rowe, AA; **Totten, LA**; Offenberg, JH; Sommerfield, CK; Du, S; Reinfelder, JR; Eisenreich, SJ.  Accumulation of PCBs in sediments of the Delaware River Estuary.  Poster presentation, SETAC 25th Annual Meeting, Portland, OR, November 14-18, 2004.

Wall, SJ; **Totten, LA**.  A Mobile Platform for Air Toxics Monitoring in New Jersey, USA.  Poster presentation, SETAC 25th Annual Meeting, Portland, OR, November 14-18, 2004.

Zarnadze, A; **Totten, LA**; Eisenreich, SJ.  Measurements of Polybrominated Diphenyl Ethers (PBDEs) in the air and water of NY/NJ Harbor Estuary.  Poster presentation, SETAC 25th Annual Meeting, Portland, OR, November 14-18, 2004.

**Totten, LA**.  Importance of atmospheric interactions to PCB cycling in the Hudson and Delaware River Estuaries.  Poster presentation, SETAC 25th Annual Meeting, Portland, OR, November 14-18, 2004.

**Totten, LA**; Litten, SP.  Mass Balance On PCBs and PAHs in the NY/NJ Harbor Estuary.  Poster presentation, SETAC 25th Annual Meeting, Portland, OR, November 14-18, 2004.

Zarnadze, A, **LA Totten**.  Levels of Polybrominated Diphenyl Ethers (PBDEs) in the Atmosphere of New Jersey, USA.  Oral Presentation, Dioxin 2004, Berlin, Germany, September 2004.

Polidori, A, BJ Turpin, HJ Lim, **LA Totten**, C Davidson. Characterization Of The Organic Fraction Of Atmospheric Aerosols.  Annual Meeting of the American Association for Aerosol Research, Atlanta, GA, October 2004.

**Totten, LA**, S Litten.  Mass Balances On PCBs and PAHs in the NY/NJ Harbor Estuary.  Oral presentation at the 36th Mid-Atlantic Industrial and Hazardous Waste Conference, University of Connecticut, Storrs, CT, October 8-10, 2004.

Zarnadze, A, **LA Totten**, DE Fennell, MP Giacalone, U Krogmann.  PBDEs in the NY/NJ Harbor estuary.  Poster presentation, American Chemical Society National Meeting, Philadelphia, August 2004.

Rowe, AA, S Du, SJ Eisenreich, JH Offenberg, **LA Totten**, A Zarnadze.  Accumulation of PCBs in sediments of the Delaware River Estuary.  Oral presentation, American Chemical Society National Meeting, Philadelphia, August 2004.

Rowe, AA.; Eisenreich, SJ.; Offenberg, JH.; **Totten, LA**. "Accumulation of PCBs in sediments of the Delaware River Estuary."  Oral Presentation, Society of Toxicology and Chemistry 24th Annual Meeting in North America, Austin, Texas, November **2003**.

Yan, S, **LA Totten**, CL Gigliotti, JH Offenberg, SJ Eisenreich, J Dachs, JR Reinfelder. "Air-water exchange controls phytoplankton PCB concentrations in impacted estuaries."

16

Society of Toxicology and Chemistry 24th Annual Meeting in North America, Austin, Texas, November **2003**.

Zhuang, Y, KM Ellickson, SJ Eisenreich, **LA Totten**, JR Reinfelder. "Atmospheric deposition and impacts of trace metals and mercury in the New Jersey Atmospheric Deposition Network (NJADN)." Poster, Society of Toxicology and Chemistry 24th Annual Meeting in North America, Austin, Texas, November **2003**.

Zarnadze, A, **LA Totten,** JH Offenberg, CL Gigliotti, SJ Eisenreich. "Measurements of Poly-brominated Diphenyl Ethers (PBDE) in the air and water of Hudson River Estuary." Poster, Society of Toxicology and Chemistry 24th Annual Meeting in North America, Austin, Texas, November **2003**.

Ellickson, KM, Y Zhuang, BJ Turpin, SJ Eisenreich, **LA Totten**, JR Reinfelder. "Source identification of mercury and other trace metals in New Jersey fine particulate matter (PM2.5) and rain." Poster, Society of Toxicology and Chemistry 24th Annual Meeting in North America, Austin, Texas, November **2003**.

Cardona-Marek, T, KM Ellickson, **LA Totten**, JR Reinfelder. "Mercury Cycling in the Estuarine Zones of the Delaware River." Poster, Society of Toxicology and Chemistry 24th Annual Meeting in North America, Austin, Texas, November **2003**.

**Totten, LA**, JR Reinfelder, CL Gigliotti, DA Van Ry, J Dachs, JH Offenberg, Y Koelliker, M Panangadan, S Yan, Y Zhuang, SM Goodrow, KM Ellickson, R Gioia, and SJ Eisenreich. "Atmospheric Deposition of Organic and Inorganic Contaminants to the New Jersey Meadowlands." Oral presentation, Meadowlands Symposium, New Jersey Meadowlands Commission, Lyndhurst, NJ, October 9 and 10, **2003**.

**Totten, LA,** S Yan, and CL Gigliotti. "PCBs: The Lower Hudson River Estuary and the New Jersey Atmospheric Deposition Network." Oral presentation, American Chemical Society National Meeting, New York City, September 2003.

Assaf-Anid, NM, M Blenner, **LA Totten**, Y-B Ahn, DE Fennell, and M Haggblom. "Agreement of computational chemistry predictions of reductive dechlorination pathways with experimental microcosm studies." Poster, American Chemical Society National Meeting, New York City, September 2003.

Rowe, AA, SJ Eisenreich, CL Gigliotti, JH Offenberg, and **LA Totten**. "Interactions of atmospheric polychlorinated biphenyls with the Delaware River Estuary." Oral presentation, American Chemical Society National Meeting, New York City, **2003**.

Gigliotti, CL. **LA Totten**, DA VanRy, PA Brunciak, TR Glenn, J Dachs, SJ Eisenreich. "Atmospheric Deposition and Air-Water Exchange of PAHs in the NY/NJ Harbor Estuary." Oral presentation, Society of Environmental Toxicology and Chemistry, 22nd Annual Meeting, Baltimore, Maryland, **2001**.

**Totten, LA**, CL Gigliotti, DA VanRy, TR Glenn, SJ Eisenreich. "Atmospheric Deposition and Air-water Exchange of Heptachlor in the NY/NJ Harbor Estuary." Oral presentation, Society of Environmental Toxicology and Chemistry, 22nd Annual Meeting, Baltimore, Maryland, **2001**.

**Totten, LA**, X Liu,DJ Braun, Assaf-Anid, NM. "Use Of Computational Chemistry To Predict Reduction Potentials Of Polychlorinated Biphenyls." Poster, American Chemical Society Annual Meeting, San Diego, CA, April **2001**.

Assaf-Anid, N. Robert Ambrosini, Xuefeng Liu, Lisa Totten. "A Comparison of Computational Chemistry and Bond Contribution Calculations as Tools for Two-electron Redox

17

Determinations of PCBs."   Poster, Society of Environmental Toxicology and Chemistry, 22nd Annual Meeting, Baltimore, Maryland, **2001**.

**Totten, LA**, CL Gigliotti, DA VanRy, PA Brunciak, TR Glenn, SJ Eisenreich.  Atmospheric Deposition and Air-Water Exchange of PCBs in the NY/NJ Harbor Estuary.  Poster, Society of Environmental Toxicology and Chemistry, 22nd Annual Meeting, Baltimore, Maryland, **2001**.

**Totten, LA**, X Liu, DJ Braun, NM Assaf-Anid.  "Use Of Computational Chemistry To Predict Reduction Potentials Of Polychlorinated Biphenyls."  Poster, American Chemical Society Annual Meeting, San Diego, CA, April **2001**.

Van Ry, DA, TR Glenn, C Schauffele, R Gioia, CL Gigliotti, **LA Totten**, SJ Eisenreich.  "Atmospheric PCBs and PAHs from an Urban to a Forested Area in the Mid-Atlantic States."  Oral presentation, Society of Environmental Toxicology and Chemistry, 22nd Annual Meeting, Baltimore, Maryland, **2001**.

Assaf-Anid, NM, **LA Totten**, SJ Braun.  "Computational chemistry calculations of thermodynamic descriptors for chlorinated aliphatic compounds and PCBs."  Poster, Society of Environmental Toxicology and Chemistry National Meeting, Nashville , TN, **2000.**

Braun, DJ, NM Assaf-Anid, **LA Totten**, "Computational Chemistry: A Novel Approach for Redox Potential Calculations."  Oral Presentation, The 32nd Annual Mid-Atlantic Industrial and Hazardous Waste Conference, Rensselaer Polytechnic Institute, **2000**.

Cummings, DA, **LA Totten**, T Lectka, AL Roberts.  "Computational Methods For Predicting Heats Of Formation Of Halogenated Methyl And Ethyl Radicals."  Oral presentation, American Chemical Society Annual Meeting, Anaheim, CA, April **2000**.

**Totten, LA**, AL Roberts.  "Kinetics of inner-sphere reduction reactions of polyhalogenated methanes."  Poster, American Chemical Society Annual Meeting, San Francisco, CA, **1997**.

**Totten, LA**, AL Roberts.  "Stereospecificity of vicinal dehalogenation reactions promoted by abiotic reductants."  Poster, Environmental Sciences: Water Gordon Research Conference, New Hampton, NH, June **1996**.

Roberts, AL, DR Burris, TJ Campbell, JA Specht, WA Arnold, **LA Totten**.   "Influence of electron transfer pathway on products resulting from metal-promoted reduction of chlorinated ethenes."  Oral presentation, IBC International Symposium on Biological Dehalogenation, Annapolis, MD, October 18-19, **1995**.

**Totten, LA**, AL Roberts.  "Investigating electron transfer pathways during reductive dehalogenation reactions promoted by zero-valent metals."  Oral presentation, American Chemical Society Annual Meeting, Anaheim, CA, April **1995**.


## PAST AND CURRENT SUPPORT

NY/NJ Harbor Contamination Assessment and Reduction Project: CARP II.  NJDOT.  7/1/2016-6/30-2018.  LA Rodenburg and RJ Miskewitz.  Subcontract to Rutgers:  $190,000.  Full grant: $4,000,000 to Monmouth U.

Rutgers University Raritan River Initiative.  EPA.  7/1/2012-6/30/2015.  CC Obropta, B Ravit, LA Rodenburg.  $100,000

18

Using Sewage to Treat Contaminated Sediment.  Rutgers Office of Technology Commercialization.  9/1/2012-8/30/2014.  LA Rodenburg, RJ Miskewitz.  $50,000.

Where is microbial dehalogenation occurring in the groundwater at Chambers Works?  DuPont Corporation.  1/1/2012-12/31/2014.  LA Rodenburg, V Krumins.  $300,000.

Baseline Assessment of Water and Sediment Quality in the Lower Raritan River.  Edison Wetlands Association.  1/1/2011 – 12/31/2012.  LA Rodenburg, LJ Kerkhof.  $50,000.

Talking Creativity: Conversations between Scientists and Artists.  RU FAIR mini-grant proposal.  1/1/2011-6/30/2011.  F Olin, LA Rodenburg.  $4400.

Continuation of the New Jersey Atmospheric Deposition Network (NJADN).  Delaware River Basin Commission.  1/1/2010-6/30/2012.  Approx. $100,000 per year.  LA Rodenburg.

Quantifying Enhanced Microbial Dehalogenation Impacting the Fate and Transport of Organohalide Mixtures in Contaminated Sediments.  SERDP.  3/1/2006-2/28/2010.  $1,880,000.  MM Haggbloom, DE Fennell, LA Totten, LJ Kerkhof, and K Sowers (UMd).

Measuring Indoor Air Quality in "Green" Hotel Rooms.  Hartz Mountain Industries.  1/2009-6/2009.  $10,000. LA Rodenburg and J Senick (RU Center for Green Building).

A Gas Chromatograph-Mass Spectrometer (GCMS) for the Analysis of Organic Compounds in Marine and Environmental Samples.  Cook/NJAES Intramural Awards Program, Research Infrastructure Awards.  3/10/09-6/30/09.  $25,500 EL Sikes, P Falkowski, DE Fennell, W Huang, LA Rodenburg and N Yee.

Measuring Indoor Air Quality in "Green" vs. Conventional Residential Construction.  BASF Corporation.  9/2008-3/2009.  $3,000.  LA Rodenburg and J Senick (RU Center for Green Building).

Graduate student fellowship to Andy L. Sandy.  Hudson River Foundation.  9/1/08-8/31/09.  $16,000.  AL Sandy and LA Rodenburg.

Assessing the Status of Women in Engineering at Rutgers University.  Office of the Associate VP for Promotion of Women in Science, Engineering and Mathematics, Rutgers University.  7/1/2008-3/31/2009.  $7,950.  M Baykal-Gursoy, J Bennett, HM Buettner, L Klein, U Krogmann, M Pelegri, LA Rodenburg, PA Roos.

Volatilization of PCBs from the Tappan Zee region of the Hudson River.  NJWRRI. 3/1/2008-2/28/2009.  $30,000.  LA Rodenburg and RJ Miskewitz.

Continued Air Monitoring for PCBs in the Delaware River Estuary via the NJADN.  Delaware River Basin Commission.  6/1/08-12/31/09.  $70,000.  LA Rodenburg

Passive Air Sampling for PCBs in the Philadelphia Area.  Delaware River Basin Commission.  10/1/06-12/31/07.  $24,000.  LA Totten

Continued Air Monitoring for PCBs in the Delaware River Estuary via the NJADN.  Delaware River Basin Commission.  10/1/06-12/31/07.  $88,000.  LA Totten

Insights into the Cycling of PCBs in the NY/NJ Harbor Estuary from Chiral Analysis.  NJDEP.  7/1/2006-6/30/2007.  $50,000.  LA Totten.

Construction of a Flux Chamber to Determine Air–Water Exchange Mass Transfer Coefficients of Hydrophobic Organic Contaminants.  Cook/NJAES Intramural Awards Program, Pre-Tenure Faculty Career Development Awards.  3/10/06-6/30/06.  $29,540.  LA Totten.

An Accelerated Solvent Extraction (ASE) System for Analysis of Anthropogenic and Natural Chemicals in Environmental Samples and Biota.  Cook/NJAES Intramural Awards Program, Research Infrastructure Awards.  3/10/06-6/30/06.  $34,620.  LA Totten, DE Fennell, MM Haggblom, W Huang, L Kerkhof, C Obropta, EL Sikes, LA White.

19

Source apportionment of organic contaminants in the NY/NJ Harbor Estuary.  Hudson River Foundation.  7/1/2005-12/31/2007.  $95,300.  LA Totten and DE Fennell.

Source Apportionment of PCBs in the Delaware River Estuary.  NJDEP.  7/1/2005-6/30/2006.  $65,000.  LA Totten.

Impacts of Organic Matter Heterogeneity on Desorption and Availability of Sediment-Bound PCBs.  NJWRRI. 3/1/2005-2/28/2006.  $30,000.  W Huang and LA Totten.

Triple Quadrupole GC/MS For Analysis of Trace Organics in Environmental Matrixes.  (Instrumentation Grant). Academic Excellence Fund, Rutgers University.  2004-2005.  $175,000.  LA Totten, DE Fennell, JR Reinfelder, W Huang, BJ Turpin, RM Sherrell, EL Sikes, LA White.

Graduate Student Fellowship to Archil Zarnadze.  Hudson River Foundation.  9/1/04-8/31/05.  $16,000.  A Zarnadze and LA Totten.

Fate of Brominated Flame Retardants in New Jersey Wastewater Treatment Facilities.  NJWRRI. 3/1/2004-2/28/2005.  $30,000.  DE Fennell, LA Totten and U Krogmann.

Continued Measurement and Modeling of Atmospheric PCBs in the Delaware River Basin.  Delaware River Basin Commission, $95,000, 2003-2005

Community Based Air Toxics Monitoring Studies.  NJDEP, $272,000, 1/1/2003-12/31/2004. LA Totten.

Emissions And Atmospheric Transport Of PCBs And Hg From Stabilized Harbor Sediments.  NJ Marine Sciences Consortium, $219,000, 4/3/2003-6/60/2004.  JR Reinfelder, LA Totten, G Stenchikov, GP Korfiatis, RI Hires.

Measurement of Atmospheric PCBs in the Delaware River Basin.  Delaware River Basin Commission, $316,000, 2001-2005.  LA Totten, JR Reinfelder, SJ Eisenreich.

Measurement of PBDEs in the Air and Water of the Hudson River Estuary.  Hudson River Foundation, $176,000, 7/1/2002-6/30/2004. LA Totten, SJ Eisenreich.

Characterizing Organic Fine Particulate Matter (PM2.5) for the Pittsburgh Supersite.  Electric Power Research Institute, $50,000, 2002.  BJ Turpin, LA Totten.

Atmospheric Dry Particle Deposition of POPs and Trace Metals in an Urban- and Industrially-Impacted Mid-Atlantic Estuary.  US EPA, $230,000, 2000-2004. LA Totten, SJ Eisenreich, T Holsen.


**Consulting projects**

Baron and Budd Law Firm (2017-present):  Expert witness in various lawsuits including City of Spokane and State of Washington versus Monsanto.

Washington State Department of Ecology and EPA under subcontract to Leidos (2016):  Evaluate And Conduct Factor Analysis On PCB Data From The Green/Duwamish River

County of Spokane, WA under subcontract to Brown and Caldwell (2014): Source apportionment of PCBs and BDEs in the wastewater of Spokane.

New York Academy of Science (2010): Evaluation of on-going sources of organic contaminants to the lower Passaic River.

New York Academy of Science (2005):  Mass balance on PAHs in the New York/New Jersey
    Harbor
New York Academy of Science (2004):  Mass balance on PCBs in the New York/New Jersey
    Harbor

**STUDENT ADVISING**
**PhD students (primary advisor):**
Amy A. Rowe, PhD completed 2006.  Interactions Of Polychlorinated Biphenyls With The Air,
    Water, And Sediments Of The Delaware River Estuary.  Amy is tenured as the
    Cooperative Extension Agent in Passaic County for the Rutgers New Jersey Agricultural
    Experiment Station.
Songyan Du, PhD completed 2008.  Source Apportionment and Measurement of PCBs and POPs
    in NY/NJ Area.  Songyan works for the NJ Department of Health measuring PCBs in
    human blood and other samples.
Archil Zarnadze, PhD completed 2010.  Poly-Brominated Diphenyl Ethers (PBDEs) in the Air
    and Water of the NY/NJ Harbor and in the Air of Philadelphia/Camden Area.
Andy L. Sandy, PhD completed 2010.  The Application of a Micrometeorological Technique to
    Measure Air-Water Exchange of Polychlorinated Biphenyls.
Jia Guo, PhD completed 2013. Fate and Transport of Polychlorinated Biphenyls in the Air,
    Water, and Sewers of the Delaware River Basin.
Pornsawai Praipipat, PhD 2014.  Source Apportionment of Polychlorinated Biphenyls in New
    Jersey air and Delaware River sediments.
Staci L. Capozzi, PhD completed 2016.  Using Positive Matrix Factorization to Investigate
    Microbial Dechlorination of Contaminants in Groundwater.


**MS students (primary advisor):**
Dawn Cacia, MS completed 2010.  Statistical Analysis of Atmospheric Polychlorinated Biphenyl
    Concentrations at Two Urban Locations.
Gerald Rustic, MS completed 2011.  PAH contamination in the sediments of the Arthur Kill.
Yashika Dewani, MS completed 2016.  Dechlorination of Polychlorinated Dibenzo-p-Dioxins in
    the Watershed of The New York/New Jersey Harbor.

**Non-thesis MS students (primary advisor):**
Maya Panangadan (MS completed 2004)
Steven J. Wall (MS completed 2006)
Hye-Nah Yoo (MS completed 2015)
Nicholas Morgan (MS completed 2015)

**Thesis/Dissertation committees:**
Dana Armstrong (PhD expected 2018 in Civil and Environmental Engineering, UMd College
    Park)
Kelly Francisco (PhD 2016)
Hang Dam (PhD 2016)
Lauren Weisel (MS Marine Science, 2015)

21

Rouzbeh Tehrani (PhD in Civil and Environmental Engineering 2013, Temple University)
Nathan Howell (PhD in Civil and Environmental Engineering 2012, University of Houston)
Il Kim (PhD 2009)
Derek Wright (PhD 2008)
Lora Smith (PhD 2008)
Samriti Sharma (PhD 2007)
Andrea Polidori (PhD 2005)
Sathyapriya Thota (MS in Civil and Environmental Engineering 2004)
Yan Zhuang (PhD 2004)
Dan Salvito (PhD 2003)
Rosalinda Gioia (MS 2003)
Shu Yan (MS 2003)
Cheng-Wei Fan (PhD 2002)


**Undergraduate interns (partial list)**
GHC = George H. Cook Honors Thesis
ISR = Intro to Scientific Research course part of the Douglass Project for Women in STEM

Ady Miretsky
Alden Adrion
Alex Anderson (ISR)
Alexis Uram (ISR)
Anthony Murphy
  (ARESTY and GHC)
Anthony DeCristofano
Anton Woronczuk
  (ARESTY)
Ashtyn Greenstein (ISR)
Athina Ramadanis

Brittney Blackburne (ISR
  and GHC)
Chris Schauffele
Daniel Frier
Dawn Cacia
Erin Mayfield
Farah Mahmud
Harini Sadeeshkumar
Huibin Luo (GHC)
Hye Na Yoo
John Lisowski (ARESTY)
Kerry Jade Manzano

Lea Perez (GHC)
Masrur Alam
Matt Columbo
Mindaugas Rimkus
Nicole Oseagulu
Rebekka Reider
Robert Pawle
Sabah Mahmud
Shiqi Wu
Steve Wall
Zachary Bakhtin


**High school students (science fair projects and other research):**
**Thomas Kreisel** – triclosan in drinking water – Thomas won the New Jersey Stockholm Junior
  Water Prize for this research.
**William Zupko** – trace metals in sediment samples from Woodbridge Creek
**Bryan Schwab** - brominated flame retardants in indoor and outdoor air
**Sarah Tanner** – source apportionment of PCBs in the sediment of the NY/NJ Harbor
**Mitchell Booth** – VOCs emitted from crumb rubber mulch (Liberty Science Center Partners in
  Science program)
**Rachel Ruben** – designing a drinking water treatment system for developing countries
**Andrew Baskharon** – phytoremediation of malathion
**Mikel Byers** (Nixon-Smiley High School, Nixon, TX) – water quality impacts of hydraulic
  fracturing
**Ricardo Rivera** – Biodegradation of BDEs (Liberty Science Center Partners in Science program)
  2014

22

**Kartik Bhardwaj** – Source apportionment of PCBs in San Francisco Bay (Liberty Science Center Partners in Science program) 2015

**Nishita Sinha** – migration of fecal coliform out of a novel sand pit toilet in India 2015.
  This research has earned multiple awards:
  - Recipient of the National Stockholm Junior Water Prize (after winning the State competition).  The award includes $10,000 and an all-expenses paid trip to the World competition in Stockholm, Sweden.
  - Ms. Sinha was selected for the 2016 MIT summer Research Science Academy, a highly selective program
  - Arizona State University Walton Sustainability Award
  - Theobald Smith Society Award in Microbiology
  - National Oceanic and Atmospheric Administration (NOAA) Pulse of the Planet Award
  - NJ Water Environment Association Award
  - International Sustainable World (Energy, Engineering, and Environment) Project (ISWEEEP) Sustainable World Award
  - Honorable mention at the International Sustainable World (Energy, Engineering, and Environment) Project Olympiad in Houston, Texas
  - Fourth Place Oral Presenter at the regional Junior Sciences and Humanities Symposium at Rutgers (JSHS)

23

Page 1

1                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON
2        _____
                                      )
3        CITY OF SPOKANE, a           )
         municipal corporation        )
4        located in the County of     )
         Spokane, State of            )
5        Washington,                  )   Case No.
                                      )   2:15-cv-00201-SMJ
6                     Plaintiff,      )
                                      )
7            -vs-                     )
                                      )
8        MONSANTO COMPANY, et al.,    )
                                      )
9                     Defendants.     )
         _____)
10

11

12                  SHOOK HARDY & BACON
                2001 MARKET STREET - SUITE 3000
13           PHILADELPHIA, PENNSYLVANIA  19103
                    DECEMBER 18, 2019
14                     10:14 A.M.
15

16

                  VIDEOTAPED DEPOSITION OF
17              LISA A. RODENBURG, PH.D.
18

19

20

21

22

23       REPORTED BY:
24       DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE
25       JOB NO. 173395

Decl. of A. Miller in Support of Daubert Motion
To Exclude L. RODENBURG Expert Testimony - 77

1              Lisa A. Rodenburg, Ph.D.

2    to ask you all the same questions that I asked

3    you in those depositions or can we assume that

4    they accurately reflect the opinions that you

5    hold in this case?

6              MR. LAND:  Objection, vague.

7              MR. GOUTMAN:  Okay.  Let me -- let

8        me be more specific.

9    BY MR. GOUTMAN:

10        Q.   I asked you a series of questions

11   concerning the identity of congeners that have

12   been described as byproduct PCBs.

13            Have your opinions changed on that

14   since June of 2019, several months ago, since

15   we last took your deposition?

16        A.   No.

17        Q.   Same question with respect to the

18   concentration of those congeners.

19            MR. LAND:  Objection, vague.

20        Concentration in general products, in

21        stormwater?

22   BY MR. GOUTMAN:

23        Q.   The questions that I asked

24   concerning the reported concentrations of

25   byproduct congeners in pigments in particular,

 1              Lisa A. Rodenburg, Ph.D.

 2    has your -- have your opinions changed since

 3    June?

 4         A.    No, not that I know of.

 5         Q.    Okay.  The types of products in

 6    which byproduct PCBs are found, have your

 7    opinions changed?

 8         A.    No.

 9         Q.    The ubiquity of byproduct PCBs in

10    the environment, have your opinions changed?

11         A.    No.

12         Q.    The lack of enforcement as

13    described in your last deposition by the EPA

14    of the 50 ppm standard with respect to

15    byproduct PCBs?

16         A.    As described in my deposition, I

17    answered that question truthfully and my

18    opinion has not changed.

19         Q.    Okay.  The fact that the -- over

20    the past couple decades virtually all of the

21    pigments are being imported from China and

22    India, your opinions haven't changed

23    concerning that; correct?

24         A.    As far as --

25              MR. LAND:  Objection, assumes facts

Page 18

1          Lisa A. Rodenburg, Ph.D.

2      and vague.

3          Go ahead.

4          THE WITNESS:  As far as I know, no,

5      my opinions have not changed.

6  BY MR. GOUTMAN:

7      Q.   Yeah.  And, in fact, you've

8  written on that; correct?

9      A.   Yes, and I haven't written

10 anything since that last deposition, so there

11 would be no -- nothing new to contradict what

12 I said in the deposition.

13     Q.   The fact that by -- we asked you

14 questions concerning the fact that byproduct

15 PCBs have been detected in numerous bodies of

16 water, which by themselves exceed the Federal

17 Water Quality Standard, your opinions haven't

18 changed with respect to those questions that

19 we asked you?

20     A.   Correct.

21         MR. GOUTMAN:  There, we accomplished

22     something.

23         MR. LAND:  All right.

24         MR. GOUTMAN:  This will dispense

25     with about 20 pages of questions.

1                Lisa A. Rodenburg, Ph.D.

2         in a sample.

3    BY MR. GOUTMAN:

4         Q.   So your answer is yes?

5         A.   Yes.

6         Q.   In addition, of course, there are

7    other manufacturing processes that produce

8    byproduct PCBs.  You're aware of that; right?

9         A.   Yes.

10        Q.   And the EPA in 1983, when they

11   passed regulations on this, listed some 200

12   manufacturing processes that could potentially

13   create byproduct PCBs.  You're aware of that?

14        A.   Yes.

15        Q.   And that list was collected in a

16   paper that Mr. Coghlan, one of Plaintiff's

17   experts, was brought to our attention, which

18   I'm about to show you.

19        A.   Okay.

20             MR. GOUTMAN:  We'll mark this as

21        Exhibit 9.

22             (Exhibit Rodenburg-9, multipage

23        document entitled Pollution Prevention and

24        Management Strategies for Polychlorinated

25        Biphenyls in the New York/New Jersey

1            Lisa A. Rodenburg, Ph.D.

2    River watershed; correct?

3        A.    That is correct.

4        Q.    Would you agree that combustion

5    reactions can create PCBs?

6        A.    Yes.

7            MR. GOUTMAN:  Why don't we go to

8        Ishikawa.  Just give me all of those.

9            (Exhibit Rodenburg-10, multipage

10        document entitled PCB decomposition and

11        formation in thermal treatment of plant

12        equipment, is marked for identification.)

13    BY MR. GOUTMAN:

14        Q.    We've marked as Exhibit 10 a paper

15    by Ishikawa, et al. called, "PCB decomposition

16    and formation in thermal treatment of plant

17    equipment."

18            Are you familiar with this paper?

19        A.    It's not ringing a bell, no.

20        Q.    Okay.  What this papers shows, and

21    you can take a second and read it, I'm just

22    going to direct your attention to a few

23    passages, but they basically -- excuse me for

24    coughing -- they basically ran combustion

25    experiments, just looking at the top of the

1             Lisa A. Rodenburg, Ph.D.

2       BY MR. GOUTMAN:

3             Q.   Why don't we go back to this paper

4       by Ishikawa.  It says, "PCB concentration" --

5       this is the second paragraph, the conclusion.

6       "PCB concentration and the number of congeners

7       increased at the kiln exit.  While this

8       behavior was common to RDF and ASR, the

9       increase in PCB concentration at the kiln exit

10      was greater with the combustion of ASR than

11      KDF."

12            So what they're saying there is

13      that different types of refuse produce

14      different types of PCBs or different amounts

15      of PCBs; correct?

16            A.   Yes, that's what they're saying.

17            Q.   And they say later that it

18      produced different types of PCBs; correct?

19            A.   That -- yes, that is what it says.

20            Q.   It says a couple sentences down,

21      [as read]:  "And, the predominate homologues

22      were higher PCBs such as hepta-C -- CB and

23      deca-CB with the combustion of ASR, while the

24      lower chlorinated PCBs, such as DiPCB and

25      penta-PCB were with the combustion of RDF";

1              Lisa A. Rodenburg, Ph.D.

2    right?

3         A.    That's what it says, yes.

4         Q.    So here they're saying that it was

5    producing PCBs with different degrees of

6    chlorination depending upon the kind of refuse

7    that was being incinerated; correct?

8         A.    That's what it's saying, yes.

9         Q.    And they give, in fact, later

10   identify specific congeners.  Going to the

11   first full paragraph on the right column, a

12   few lines down, [as read]:  "The combustion

13   marker congeners for RDF were numbers 13/12,

14   35, 77, 126, while those for ASR were 170,

15   189, 194, 195, 196, 206, and 209.  In

16   combustion of RDF, non-ortho-PCB were

17   predominantly formed, whereas ortho-PCB or

18   symmetric chlorine substituted by PCB were

19   destroyed.  Higher chlorinated PCB were more

20   readily formed by combustion of ASR than RDF.

21   The high-chlorination might be caused -- might

22   be cause the amount of more chlorine in ASR

23   than RDF."

24              Did I read that correctly?

25         A.    Yes.

1          Lisa A. Rodenburg, Ph.D.

2          Q.    So that just, again, confirms what

3    you and I discuss, which is what they're

4    finding is that in the active thermal

5    treatment or incineration, some PCBs are being

6    destroyed and others are being created

7    de novo; correct?

8          A.    I don't know about de novo, but --

9    but, yes, that's basically what they're

10   saying.

11         Q.    Well, they're saying that they

12   were readily formed; correct?

13         A.    Well, to me de novo means formed

14   from chlorine and carbon whereas they could

15   have been formed by dechlorination of other

16   congeners, which, to me, is not de novo

17   synthesis.  But this is just splitting hairs.

18              (Exhibit Rodenburg-11, multipage

19         document entitled Effects of oxygen,

20         catalyst and PVC on the formation of PCDDs,

21         PCDFs and dioxin-like PCBs in pyrolysis

22         products of automobile residues, is marked

23         for identification.)

24   BY MR. GOUTMAN:

25         Q.    We've marked as Exhibit 11 a paper

Page 60

1            Lisa A. Rodenburg, Ph.D.

2    by -- I don't know how to pronounce the

3    name -- Joung, J-O-U-N-G, et al., called

4    "Effects of oxygen, catalyst and PV -- PVC on

5    the formation of PCDDs, PCDFs and dioxin-like

6    PCBs in pyrolysis products of automobile

7    residues"; is that correct?

8            A.    Correct.

9            Q.    And what they find is that --

10   well, let's go to the conclusions.

11            The -- I'm just going to focus on

12   the fourth bullet down.

13            A.    Uh-huh.

14            Q.    It says, "Through the relationship

15   between the presence" -- excuse me.

16            [As read]:  "Though the

17   relationship between the presence of P -- P --

18   PVC and the formation of dioxins was not

19   clear, it was confirmed that dioxin-like PCBs

20   were generated during the pyrolysis reactions

21   with P -- PVC present.  Without PVC as a

22   source of chlorine, dioxin-like PCBs were not

23   found in pyrolysis byproducts even with and

24   without the presence of a catalyst and

25   oxygen."

1           Lisa A. Rodenburg, Ph.D.

2           Did I read that correctly?

3      A.   Yes.

4      Q.   So what they're finding is that

5  when they are burning refuse with PVC in it,

6  they are creating dioxin-like PCBs; right?

7           MR. LAND:  And take your time to

8      read through the document if you need to to

9      confirm that.

10          THE WITNESS:  (Reviewing document.)

11          Yeah, I mean they say that

12     dioxin-like PCBs were generated during

13     pyrolysis.

14          (Reporter clarification.)

15          THE WITNESS:  Sorry.  Sorry.  Sorry.

16          They -- they do say that dioxin-like

17     PCBs were generated during pyrolysis

18     reactions with PVC present, so that is what

19     they concluded.  Again, I haven't read the

20     paper carefully, so I don't know if I agree

21     with those conclusions, but that's what

22     they concluded.

23          MR. LAND:  Whenever you read, read

24     slow --

25          THE WITNESS:  Yeah, sorry.

Page 62

1              Lisa A. Rodenburg, Ph.D.

2              MR. LAND:  -- that way she can take

3         it.

4              THE WITNESS:  I tend to talk fast.

5         Sorry.

6              MR. GOUTMAN:  Why don't we mark as

7         Exhibit 12...

8              (Exhibit Rodenburg-12, multipage

9         document entitled Formation of PCDDs,

10        PCDFs, and Coplanar PCBs from Incineration

11        of Various Woods in the Presence of

12        Chlorides, is marked for identification.)

13             MR. GOUTMAN:  Ready?

14   BY MR. GOUTMAN:

15      Q.   Marked as Exhibit 12 a paper by

16   Yasuhara, Y-A-S-U-H-A-R-A, titled, "Formation

17   of PCDDs, PCDFs, and Coplanar PCBs from

18   Incineration of Various Woods in the Presence

19   of Chlorides."

20             Did I read that correctly?

21      A.    Correct.

22      Q.    Are you familiar with this paper?

23      A.    Again, not ringing a bell.  I may

24   have read it, but if so, I don't remember it.

25      Q.    But it just -- I just want to

1          Lisa A. Rodenburg, Ph.D.

2     direct your attention to the right column

3     halfway down the first paragraph there,

4     "Therefore, there are many reports on the

5     formation of dioxins and dioxin-like compounds

6     from various woods upon combustion."

7               And you're familiar with that

8     literature, the burning of wood can create

9     dioxin and dioxin-like compounds --

10          A.   Yes.

11          Q.   -- is that correct?

12          A.   Yes.

13          Q.   And dioxin-like compounds would

14    include dioxin-like PCBs; correct?

15          A.   Usually, yes.

16          Q.   And if you turn to Table 3, which

17    is on -- couple pages in, it does note

18    analytical results from exhaust gases from

19    combustion of samples.  And on the bottom it

20    does indicate the formation of what they call

21    coplanar PCBs; correct?

22          A.   Correct.

23          Q.   And those are dioxin-like PCBs;

24    right?

25          A.   I believe so, yeah.

Page 67

1          Lisa A. Rodenburg, Ph.D.

2          MR. GOUTMAN:  Sure.

3          THE VIDEOGRAPHER:  We are going off

4     the record at 11:13.

5          (A recess is held from 11:14 a.m. to

6     11:24 a.m.)

7          (Exhibit Rodenburg-14, multipage

8     document entitled Special Guides Green

9     Issue April 21, 2016 To Burn or Bury?, is

10    marked for identification.)

11         THE VIDEOGRAPHER:  We are back on

12    record at 11:25.

13 BY MR. GOUTMAN:

14    Q.   I've marked as Exhibit 14 an

15 article on the City of Spokane Waste-to-Energy

16 Plant.

17         Can you take a look at that?

18    A.   Okay.

19    Q.   I don't think it's necessary for

20 you to read the whole article.  I just am

21 using this to confirm that, in fact, the City

22 of Spokane does have a waste-to-energy plant

23 incinerator?

24    A.   That is correct.  That's what it

25 says.

Page 68

1           Lisa A. Rodenburg, Ph.D.

2       Q.    And it says, "Last year, Spokane's

3   Waste-to-Energy plant took in around 138,000

4   metric tons of garbage that would have

5   otherwise been dumped in a landfill"; correct?

6       A.    That's what it says, yes.

7       Q.    And it says if you turn to one,

8   two, three -- four -- the fourth page, this

9   one (indicating) above the -- two

10  paragraphs -- three paragraphs above "The

11  Clean Air Rule," "While there are some harmful

12  gases - like dioxins and furans - released at

13  the Spokane plant that have been -- have

14  environmental groups concerned, currently

15  Spokane's levels fall far below the federal

16  limit."

17           Do you know whether they have

18  tested the gases for PCBs?

19      A.    I don't know.

20      Q.    Do you think they should?

21           MR. LAND:   Objection, misleading,

22      vague, incomplete hypothetical.

23           THE WITNESS:   I have no idea.

24           (Counsel confer.)

25  BY MR. GOUTMAN:

1            Lisa A. Rodenburg, Ph.D.

2        Q.    -- if you can, read from Line 16

3    down to Page 53, Line 10.   Read it aloud for

4    the record.

5            MR. LAND:   And slowly.

6            THE WITNESS:   Was I slow enough last

7        time?

8            "And so this is a problem for the

9        City of Spokane, or the County of Spokane,

10       because they can" --

11   BY MR. GOUTMAN:

12       Q.   I'm sorry.   Let me interrupt.

13   Start from Line 13.

14       A.   13.

15       Q.   The entire paragraph.

16       A.   Oh, sure.

17           "And the one PCB congener that is

18   now dominant in the effluent is PCB-11, which

19   is the one that comes from pigments.   And so

20   this is a problem for the City of Spokane, or

21   the County of Spokane, because they can go

22   after the Aroclor-type sources.   They're one

23   of the cities suing Monsanto, for example.

24   They can try to remove all transformers and

25   capacitors.   You know, they can try to do a

1          Lisa A. Rodenburg, Ph.D.

2     lot of things to remove the Aroclor-type PCBs

3     from their system, but that's not their main

4     problem.  Their main problem is PCB-11 for

5     pigments; and what are they going to do about

6     that.  That's quite difficult, because people

7     are always going to use color-printed, you

8     know, paper; and they're always going to wear

9     printed clothing.  And they're always going to

10    have these PCB -- these pigments in their

11    system.  There's not much that Spokane County

12    can do about their worst PCB problem."

13         Q.   So when you gave this webinar --

14    by the way, what was the purpose of this

15    webinar and what was the audience?

16         A.   It was a continuing education

17    project run by Rutgers.

18         Q.   Okay.  So you were there as an

19    educator?

20         A.   Yes.

21         Q.   And when you lecture as an

22    educator, you attempt to give accurate

23    information; correct?

24         A.   Yes.

25         Q.   At -- as of September 25, 2017,

Page 81

1                    Lisa A. Rodenburg, Ph.D.

2          A.    Correct.

3          Q.    And you say Aroclors.  By that do

4    you mean commercially produced PCBs as opposed

5    to just Monsanto's Aroclors?

6          A.    By Aroclors I mean things that

7    matched the Aroclor fingerprints that I had.

8          Q.    And we discussed at the last

9    deposition the fact that PCBs were made by

10   numerous manufacturers for decades all around

11   the world; correct?

12         A.    Correct.

13         Q.    Other than Monsanto; correct?

14         A.    Correct.

15         Q.    And you haven't reviewed

16   Mr. Coghlan's deposition, but he opined that

17   it may have been as high as 62 percent of the

18   PCBs produced worldwide were produced by

19   companies other than Monsanto.

20               Are you familiar with that

21   testimony?

22         A.    No.

23         Q.    Are you in possession of any

24   information that would contradict

25   Mr. Coghlan's testimony?

1           Lisa A. Rodenburg, Ph.D.

2           MR. LAND:  Objection, misleading as

3       to what his testimony was, but go ahead.

4           THE WITNESS:  I've read some papers

5       that have attempted to do global inventory,

6       and they have generally said that it was

7       about 50-50 between Monsanto and other

8       manufacturers.

9  BY MR. GOUTMAN:

10      Q.   But you're not aware of the City

11  of Spokane's expert witness testimony on that;

12  correct?

13      A.   No.

14      Q.   And we discussed last time the

15  ability of analytical chemists, assuming the

16  same chlorine weight of a particular PCB,

17  whether they can distinguish between a

18  Monsanto PCB and a Kanechlor made in Japan;

19  correct?

20      A.   I'm not sure I understand the

21  question.

22      Q.   Can -- I think you conceded that

23  you didn't know whether an analytical chemist

24  looking at a PCB sample of a Kanechlor of,

25  say, 60 percent chlorine weight and a Monsanto

Page 84

1              Lisa A. Rodenburg, Ph.D.

2         MR. LAND:  And --

3         MR. GOUTMAN:  It's a speaking

4    objection.  That's inappropriate.  You're

5    trying to coach the witness on what to say.

6         MR. LAND:  I'm trying to make sure

7    we get fair and accurate testimony.

8         MR. GOUTMAN:  No, no --

9         MR. LAND:  I think you're trying to

10   get a misleading statement --

11        MR. GOUTMAN:  No, no.

12        MR. LAND:  -- and that's what I'm

13   trying to prevent.

14        MR. GOUTMAN:  No, I'm not.  I'm

15   asking a very clear question and you're

16   about to give a speaking objection and

17   I'm not going to put up with it.

18 BY MR. GOUTMAN:

19     Q.   I asked you a very clear question.

20          Can an analytical chemist looking

21 at a commercial Kanechlor of 60 percent

22 chlorine and also looking at an Aroclor 1260,

23 is he -- would that, he or she, analytical

24 chemist be able to distinguish between or tell

25 which is the Kanechlor and which is the

Page 85

1                    Lisa A. Rodenburg, Ph.D.

2    Aroclor?

3                    MR. LAND:  Objection, incomplete

4         hypothetical and vague.

5                    THE WITNESS:  I don't --

6                    MR. LAND:  Go ahead.

7                    THE WITNESS:  -- I don't know.

8    BY MR. GOUTMAN:

9         Q.    Okay.

10                   (Counsel confer.)

11        A.    Excuse me.

12                   (Counsel confer.)

13        Q.    While we're getting the book,

14   you're familiar with Mitchell Erickson's work

15   on analytical chemistry of PCBs; correct?

16        A.    Yes.

17        Q.    And you probably have his book on

18   your shelves; correct?

19        A.    I don't know if I have it on my

20   shelves, but I've certainly seen it.

21        Q.    Yeah.  This is it; right

22   (indicates)?

23        A.    Yes.

24                   MR. GOUTMAN:  Okay.  The record will

25        reflect I'm waving Dr. Erickson's book.

Page 87

1              Lisa A. Rodenburg, Ph.D.

2    in the composition of the dominant congeners

3    among the Japanese, French, American, and

4    German mixtures."

5              Is that what it says?

6         A.   Sorry.  I was a little lost.

7         Q.   Okay.

8              MR. LAND:  It's right there

9         (indicating).

10             THE WITNESS:  Yeah, yeah.

11             Yes, that is what it says.

12   BY MR. GOUTMAN:

13        Q.   Okay.  And you have no basis to

14   contradict that; correct?

15        A.   This edition is from 1997, and we

16   didn't have very good analytical chemistry

17   back then, so I'm not sure that that

18   conclusion's still true.

19        Q.   Do you have -- listen to my

20   question.

21        A.   Okay.

22        Q.   Do you have any basis for

23   contradicting that statement?

24             MR. LAND:  Objection, asked and

25        answered.

Page 88

1              Lisa A. Rodenburg, Ph.D.

2    BY MR. GOUTMAN:

3         Q.   That there are striking

4    similarities in the composition of dominant

5    congeners among the Japanese, French,

6    American, and German mixtures.

7              MR. LAND:  Objection, vague, and

8         asked and answered.

9              THE WITNESS:  No, I don't have --

10        I -- I agree with -- that that's what it

11        says.  I agree with that statement.  I have

12        no basis to contradict that statement.

13   BY MR. GOUTMAN:

14        Q.   Thank you.

15             So just to backtrack, you can't

16   state to a reasonable degree of scientific

17   certainty if based upon the -- simply the

18   analytical chemistry computer readouts that

19   you're relying upon in this case that what is

20   being identified as an Aroclor is actually

21   made by Monsanto as opposed to some other

22   manufacturer; correct?

23             MR. LAND:  Objection, vague,

24        incomplete hypothetical, and misleading.

25             Go ahead.

Page 90

1           Lisa A. Rodenburg, Ph.D.

2      Q.   No, you didn't -- you brought in

3  evidence extrinsic to simply looking at the

4  data.  Since you've conceded that you have no

5  information that would contradict

6  Dr. Erickson's statement that there are

7  striking similarities among the various

8  commercial mixtures of PCBs manufactured

9  around the world, just looking at the

10 analytical data from Spokane, you can't state

11 that those PCBs are Monsanto's as opposed to

12 Kanechlors from Japan or Prodelec from

13 Czechoslovakia or France; correct?

14          MR. LAND:  Object.  Objection,

15      misleading, vague, asked and answered,

16      compound.

17          THE WITNESS:  Should I answer?

18          It is correct.  For any individual

19      sample, you cannot tell.

20 BY MR. GOUTMAN:

21      Q.   And you don't know factually the

22 extent to which PCBs may have been -- imported

23 PCBs may have been used at any Spokane

24 facility, do you?  You haven't done that

25 investigation, have you?

Page 91

1              Lisa A. Rodenburg, Ph.D.

2        A.    That's correct.

3        Q.    And you don't know the extent to

4   which there may have been atmospheric

5   deposition of PCBs produced in Asia on to the

6   West Coast of the Continental U.S., do you?

7        A.    That's correct, I do not know.

8        Q.    Okay.  So you got data, and the

9   source of the data was Baron & Budd and the

10  Task Force, correct --

11       A.    Correct.

12       Q.    -- two sources?

13             With respect to --

14             (Counsel confer.)

15       Q.    With respect to that dataset, did

16  you review any QA/QC documentation from the

17  laboratories involved?

18       A.    Yes.

19       Q.    Which -- let me ask you this.

20             Did you review any of the labs'

21  quality assurance and quality control manual

22  or guideline?

23       A.    No.

24       Q.    Did you review any analytical

25  method validation protocol related to the

1          Lisa A. Rodenburg, Ph.D.

2    testing performed in this case?

3         A.    I don't remember.

4         Q.    Did you review any analytical

5    method or protocol used to analyze samples in

6    this case?

7         A.    Well, I've reviewed method 1668,

8    which was what was used to analyze the

9    samples.

10        Q.    Okay.  Did you review any of the

11   laboratories' particular protocols?

12        A.    No.

13        Q.    You're aware that laboratories

14   have their own protocols; correct?

15        A.    They have their own SOPs, yes.

16        Q.    But you didn't review any of the

17   labs' SOPs here; right?

18        A.    That's correct.

19        Q.    Did you review any documentation

20   of any deviations from written method or

21   protocols applicable to the testing done in

22   this case?

23        A.    No.

24        Q.    Did you review the laboratory

25   sample book for the tests at issue?

Page 95

1              Lisa A. Rodenburg, Ph.D.
2    procedures and protocols are used to ensure
3    that the results you are getting are
4    accurately identifying and quantifying that
5    which you are attempting to measure; correct?
6          A.   Correct.
7          Q.   And without the appropriate
8    documentation of QA/QC measures, you can't
9    make a determination as to whether the data is
10   valid; correct?
11             MR. LAND:   Objection, incomplete
12        hypothetical.
13             THE WITNESS:   Most of the data that
14        I used was from the Washington State
15        database, the EIM database, and it's
16        quality assurance reviewed before it goes
17        into that database, so I think based on
18        that, you can assume that the data is valid
19        and it is measuring what it's representing
20        to measure.
21   BY MR. GOUTMAN:
22        Q.   Answer my question.
23             Without appropriate and properly
24   documented QA/QC, one cannot determine whether
25   the data is valid; correct?

1           Lisa A. Rodenburg, Ph.D.

2           MR. LAND:  Objection, misleading,

3       incomplete hypothetical.

4           THE WITNESS:  Correct.

5   BY MR. GOUTMAN:

6       Q.   Having not reviewed the categories

7   of QA/QC documentation that we discussed a

8   second ago, as you said in your prior answer,

9   it is your assumption that the data is valid;

10  correct?

11          MR. LAND:  Objection, misleading,

12      mischaracterization of testimony.

13          Go ahead.

14          THE WITNESS:  Again, based on the

15      fact that most of it was from the EIM

16      database, I think it's safe to assume that

17      it's valid data.

18  BY MR. GOUTMAN:

19      Q.   Okay.  Again, it is your

20  assumption; correct?

21          MR. LAND:  Objection, misleading.

22          THE WITNESS:  It -- you know, when

23      you look at the database, it says -- the

24      documentation for the database says that

25      everything that's gone in here has been

Page 101

1          Lisa A. Rodenburg, Ph.D.

2          MR. GOUTMAN:  Okay.  You want to

3     take a break for lunch?

4          MR. LAND:  Let's do it.

5          MR. GOUTMAN:  There's a place

6     downstairs called Pagano's.  It's pretty

7     quick.

8          THE VIDEOGRAPHER:  We are going off

9     the record at 12:01.

10          (A recess is held from 12:01 p.m. to

11     12:46 p.m.)

12          THE VIDEOGRAPHER:  We are back on

13     the record at 12:46.

14   BY MR. GOUTMAN:

15     Q.   I'd like to go back to some

16   questions on the data that you reviewed.

17          Your purpose, as we discussed, to

18   quote from your report, was to examine

19   congener patterns in data samples; correct?

20     A.   Correct.

21     Q.   And you did not choose the number,

22   location, or time of the data samples, they

23   were essentially chosen by you -- by the

24   people who ran those tests and provided you

25   with the data; right?

Decl. of A. Miller in Support of Daubert Motion
To Exclude L. RODENBURG Expert Testimony - 105

Page 102

1          Lisa A. Rodenburg, Ph.D.

2     A.    Correct.

3     Q.    So you did not independently

4  attempt to design a sampling program that

5  would attempt to characterize any particular

6  environmental compartment river-wide, the,

7  whatever, how many miles between Idaho and the

8  Columbia River; correct?

9     A.    That's correct.

10    Q.    And you did not attempt to

11 characterize any environmental matrix with

12 respect to the time of year because you know

13 that flow characteristics change by time of

14 year; correct?

15    A.    Correct.

16    Q.    So you are simply making

17 conclusions about the samples that you were

18 given and not claiming that these are in any

19 way representative of the entire river with

20 respect to any single environmental

21 compartment; correct?

22          MR. LAND:  Objection, misleading,

23     compound.

24          THE WITNESS:  Can you repeat the

25     question?

1          Lisa A. Rodenburg, Ph.D.

2     BY MR. GOUTMAN:

3          Q.    You -- let's step back.

4               You did not design a sampling

5     program for any of these particular

6     environmental compartments; correct?

7          A.    Correct.

8          Q.    And in designing a sampling

9     program, one might try to design it in such a

10    way that you are trying to do representative

11    sampling that will characterize the river in

12    its entirety for any particular time during

13    the year; correct?

14         A.    You might do that, yes.

15         Q.    Okay.  But that wasn't done here;

16    correct?

17         A.    There was an attempt to do that by

18    the people that designed those studies.

19         Q.    Okay.  What I'm saying is with

20    respect to the actual data that you reviewed,

21    you are not making a claim that it is

22    representative with respect to any of these

23    environmental compartments, that that sampling

24    is representative of the entire river for 12

25    months out of the year; correct?

1              Lisa A. Rodenburg, Ph.D.

2         A.    That is not something that I

3    claimed in my expert report, correct.

4         Q.    Okay.  Now, you -- do you know,

5    for example, with respect to the surface water

6    samples, do you know whether they were taken

7    during the critical season or non-critical

8    season?

9         A.    I'm not sure how you define

10   "critical season."

11        Q.    Do you -- do you understand those

12   phrases as how they are used for the Spokane

13   River?

14        A.    No, I don't know.  I've not heard

15   the term "critical season" used with respect

16   to the Spokane River.

17        Q.    Do you -- do you understand that

18   the river flows, the volume increases and

19   velocity increases at certain times of year?

20        A.    Yes.

21        Q.    I think we've covered that.

22             Do you know what -- whether --

23   with respect to any of these surface water

24   samples, whether they were taken during high

25   velocity or low velocity periods of time?

1          Lisa A. Rodenburg, Ph.D.

2    Kentucky, Minnesota, or Florida, it's all

3    mixed together?

4          A.   Well, I'm assuming your samples

5    are all tagged with latitude and longitude.

6          Q.   Yeah, I understand that, but in

7    the PMF analysis in this hypothetical, you're

8    mixing them all together, you're including

9    them in the same analysis, right, and you're

10   identifying factors; correct?

11         A.   Yes.

12         Q.   So isn't it true that geographic

13   heterogeneity might limit the extent to which

14   a PMF analysis can give you useful

15   information?

16              MR. LAND:  Objection, misleading,

17         incomplete hypothetical.

18              THE WITNESS:  As long as your

19         samples are tagged with latitude and

20         longitude, you can back out the spacial

21         information, so I don't think it limits

22         you.

23   BY MR. GOUTMAN:

24         Q.   Okay.  Going back, you put -- you

25   put this -- load this data into your computer

1          Lisa A. Rodenburg, Ph.D.

2    and you ask your computer model to generate

3    factors, what's called factors; correct?

4          A.   Correct.

5          Q.   And you compared those factors to

6    certain Aroclors; correct?

7          A.   Correct.

8          Q.   And in your report you identify

9    specifically your methodology, and you -- if I

10   can find it -- I believe compared it to 1016,

11   Aroclor 1242, 1248, 1254, and 1260; correct?

12         A.   Correct.

13         Q.   So that was your methodology.  And

14   you did not compare the factors to byproduct

15   profiles; correct?

16         A.   When I found factors that were not

17   similar to any of the Aroclors, I did compare

18   them with what I knew about inadvertent PCBs.

19         Q.   That wasn't my question and I

20   think you know it wasn't my question.

21              You did not design this by -- by

22   comparing by way of PMF analysis any

23   non-Aroclor profiles, you used only Aroclor

24   profiles; correct?

25              MR. LAND:  Objection, misleading,

1          Lisa A. Rodenburg, Ph.D.

2       incomplete hypothetical.

3              THE WITNESS:  The PMF analysis just

4       spits out the fingerprints.  It has nothing

5       to do with whether things are Aroclors or

6       not.  And then I took the fingerprints and

7       compared them with Aroclors.

8   BY MR. GOUTMAN:

9       Q.   So the answer is, yes, you did

10  not -- you did not take what the computer spat

11  out, the factors, right, and compare them to

12  byproduct profiles?

13             MR. LAND:  Objection, misleading.

14             THE WITNESS:  I did.  When -- when

15      the factors did not look like Aroclors, I

16      then went and compared them with what I

17      knew about inadvertent byproduct PCB

18      fact -- fingerprints.

19  BY MR. GOUTMAN:

20      Q.   Which byproduct fingerpint --

21  prints did you identify and use and in what

22  publications did you take them from?

23      A.   There's a paper by Nakano where he

24  has fingerprints for PCBs in silicone

25  products.  I used that.

1           Lisa A. Rodenburg, Ph.D.

2      Q.    What was the R2 value for that?

3      A.    I don't remember.

4      Q.    So why didn't you submit that

5   analysis in your report?

6      A.    I did it visually.  I didn't do it

7   in terms of actual numbers.

8      Q.    Well, this is my question.

9            In terms of actual numbers --

10     A.    Okay.

11     Q.    -- so you can generate an R2

12  value, the quantitative result that scientists

13  can look at instead of just sort of trying to

14  peer subjectively in your head, okay, did you

15  calculate any R2 values for any of the factors

16  based upon byproduct profiles found in the

17  literature?

18     A.    No.

19           MR. LAND:  Objection, misleading.

20           THE WITNESS:  Sorry.

21  BY MR. GOUTMAN:

22     Q.    And that is something you could

23  have done; correct?

24           MR. LAND:  Objection, incomplete

25      hypothetical.

1            Lisa A. Rodenburg, Ph.D.

2            THE WITNESS:  In some cases, yes.

3     BY MR. GOUTMAN:

4        Q.   What would have prevented you from

5     doing that?

6        A.   The byproduct PCB signatures vary

7     quite a bit from what I've seen in the

8     literature, so it would be difficult to know

9     which ones to use.  There are many published

10    ones.

11       Q.   Why not use all of them?  What

12    would prevent you from doing that?

13       A.    That would be possible.

14       Q.   And, in fact, there are byproduct

15    profiles for numerous products that you are

16    not even aware of, for example, the products

17    that were listed in Page 100 of Exhibit 9.  Do

18    you recall that?

19            MR. LAND:  Objection, compound,

20        vague.

21    BY MR. GOUTMAN:

22       Q.   Correct?

23            MR. LAND:  What are you asking

24        there?

25            MR. GOUTMAN:  What am I asking?  I'm

1        Lisa A. Rodenburg, Ph.D.

2     asking the question I asked.

3  BY MR. GOUTMAN:

4     Q.   In fact, there are by -- there are

5  byproduct profiles for numerous products that

6  are -- that you are not aware of that are, for

7  example, listed in products in Exhibit 9 that

8  we discussed in some detail; correct?

9        MR. LAND:  Objection, vague,

10       incomplete hypothetical.

11       THE WITNESS:  Presuming that the

12       products listed in that table really do

13       have PCBs in them, then, yes, there may be

14       other fingerprints that I'm not aware of.

15 BY MR. GOUTMAN:

16     Q.   And for purposes of preparing your

17  report, you did not go out and research any of

18  these products that are listed in Exhibit 9 to

19  determine what, if any, information there is

20  on byproduct PCB profiles in these products;

21  correct?

22     A.   Only for the pigments in the -- in

23  the silicones.

24     Q.   And you certainly didn't compare

25  them to any byproduct profiles from the

1           Lisa A. Rodenburg, Ph.D.

2    incineration literature which we've already

3    discussed you were not familiar with; correct?

4           A.   I am familiar with some of the

5    incineration literature.  I have some

6    knowledge of what the fingerprints look like

7    out of incinerators, and so I had -- I had

8    that in mind when I was looking at the

9    fingerprints, but I did not numerically

10   compare them, no.

11          Q.   The only thing you numerically

12   compared the factors to were Aroclors;

13   correct?

14          A.   Correct.

15          Q.   And then after comparing them, you

16   used three criteria according to Page 14 of

17   your report; correct?

18          A.   I'm sorry.  What was the question

19   again?

20          Q.   You used three criteria, did you

21   not, for determining whether the PMF

22   identified a non-Aroclor source; correct?

23          A.   Yes.

24          Q.   And the first one is that it

25   should not resemble any Aroclors; right?

1             Lisa A. Rodenburg, Ph.D.

2        A.    Correct.

3        Q.    And you used -- calculated an R2;

4   correct?

5        A.    Correct.

6        Q.    And you used cutoffs of the R2;

7   correct?

8        A.    Yes.

9        Q.    And these cutoffs were 0 to 4

10  unknown, 4 to 8 -- I'm just talking about .8,

11  .4 and .8, weathered and above .8 I assume

12  Aroclor; correct?

13       A.    They're approximate.  0 to .4 was

14  considered to be either highly weathered or an

15  unknown source.  .4 to .8 was considered to be

16  a weathered Aroclor.  And above .8 was

17  considered to be a relatively unweathered,

18  fresh Aroclor.

19       Q.    Okay.  And because you're

20  comparing them only to -- quantitatively

21  comparing them only to Aroclors, you knew that

22  the results would only give you the extent to

23  which it looks like an Aroclor quantitatively

24  and not the extent to which it looks like a

25  byproduct PCB pattern; correct?

1          Lisa A. Rodenburg, Ph.D.

2          MR. LAND:  Objection, misleading.

3          Go ahead.

4    BY MR. GOUTMAN:

5          Q.   By the very design of your

6    analysis; correct?

7          A.   The R2 shows you how similar it is

8    to an Aroclor, yes.

9          Q.   And not how similar it is to a

10   byproduct PCB; correct?

11         A.    Correct.

12         Q.   And we've discussed in some detail

13   in your previous deposition these cutoffs, and

14   I asked you the following question at Page 133

15   of your deposition:

16          "I couldn't look in a handbook,

17   textbook, or peer-reviewed article which will

18   tell me that a sample with an R2 value of .5 is

19   either a weather -- weathered Aroclor,

20   something that never was an Aroclor, or

21   something that always was an Aroclor?"

22          And you answered, "Correct."

23         A.   Yes, that's what I answered.

24         Q.   And that would be your answer

25   today; correct?

Page 136

1           Lisa A. Rodenburg, Ph.D.

2      A.    Correct.

3      Q.    And I asked you:

4           "If I were to say -- tell you that

5  in my opinion the upper cutoff limit of .8

6  should be .9, how would you disprove that?"

7           And you answered, "I couldn't

8  disprove it."

9           MR. LAND:  Right real quick.  If you

10      remember that from memory, then go ahead

11      and answer, but if you need to review --

12           MR. GOUTMAN:  Yeah, we'll --

13           MR. LAND:  -- the document to make

14      sure --

15           MR. GOUTMAN:  -- we can waste

16      everyone's time.

17           MR. LAND:  Well, I'm saying you can

18      ask in different ways.  If she agrees with

19      it now, that's one thing, but if we're

20      going to ask if that's exactly what she

21      said --

22           MR. GOUTMAN:  Well, I'm going to ask

23      it the way I want to --

24           MR. LAND:  -- I think we should --

25           MR. GOUTMAN:  -- and you can make

1           Lisa A. Rodenburg, Ph.D.

2        Q.    I'm at Page 133, and we'll do this

3    the hard way.  Okay?

4             Question Page -- Line 3:

5             "Let me ask it this way -- in this

6    way -- let me ask it this way.  I couldn't

7    look in a handbook, textbook, or peer-reviewed

8    article which will tell me that a sample with

9    an R2 value of .5 is either weather -- a

10   weathered Aroclor, something that never was an

11   Aroclor, or something that always was an

12   Aroclor?"

13             And your answer was what --

14        A.    Correct.

15        Q.    -- and that is true today;

16   correct?

17        A.    Correct.

18        Q.    And I asked you:

19             "If I were to tell you that in my

20   opinion the upper cutoff limit of .8 should be

21   .9, how could you disprove that?"

22             And what was your answer under

23   oath?

24        A.    "I couldn't disprove it."

25        Q.    And that is true today; correct?

1              Lisa A. Rodenburg, Ph.D.

2       A.    Correct.

3       Q.    And then I asked:

4             "If I were to say the lower cutoff

5    should be -- instead of .4, it should be .5,

6    .6, .7, how would you scientifically disprove

7    that?"

8             And your answer was?

9       A.    "I can't disprove it."

10      Q.    And that answer is true today?

11      A.    Yes.

12      Q.    And am I correct that these

13   cutoffs that you used here have never been

14   subjected to a peer review in a peer-reviewed

15   journal?

16      A.    Correct.

17            (Counsel confer.)

18            MR. GOUTMAN:  I'd like to show you a

19        Exhibit 19, which is a paper that you cite

20        in your report.

21            (Exhibit Rodenburg-19, two-page

22        document entitled Determination of

23        Polychlorinated Biphenyls Using Multiple

24        Regression With Outlier Detection and

25        Elimination, is marked for identification.)

1          Lisa A. Rodenburg, Ph.D.

2          MR. GOUTMAN:  For the record, this

3     is a paper by Burkhard, B-U-R-K-H-A-R-D,

4     and Weininger, W-E-I-N-I-N-G-E-R, titled

5     "Determination of Polychlorinated Biphenyls

6     Using Multiple Regression With Outlier

7     Detection and Elimination."

8  BY MR. GOUTMAN:

9          Q.   And you're familiar with this

10 article; right?

11         A.   Yes.

12         Q.   And just if you go to the second

13 page, they're talking about COMSTAR; is that

14 correct?

15         A.   Yes.

16         Q.   And that's a PMF program similar

17 to the one that you use?

18         A.   No, COMSTAR is different.

19         Q.   It is a -- it is a method of PMF

20 analysis; correct?

21         A.   No, as I understand it, COMSTAR is

22 more of a MLR, similar to MLR.

23         Q.   It -- I understand.  Okay.  Fair

24 enough.

25              But what it sets forth here, and

1          Lisa A. Rodenburg, Ph.D.

2     this is, again, a paper that you cited, it

3     sets forth R2 values that the authors deem

4     acceptable.  And it says, and I'm quoting in

5     the second page right here (indicating) --

6          A.   Uh-huh.

7          Q.   -- "From our experiences with

8     COMSTAR, acceptable COMSTAR solutions are

9     obtained when the following conditions occur:

10    First, R2 for the analysis is greater than .9."

11               Is that what it says?

12         A.   That's what it says.

13         Q.   And right above that it says, the

14    fourth table, Table 1, a turtle sample -- by

15    the way, this is about analysis of PCBs;

16    right?

17         A.   Yes.

18         Q.   "The fourth sample, a turtle

19    sample, illustrates the behavior of COMSTAR

20    with severely imperfect input data.  For this

21    sample, COMSTAR analysis failed, i.e., COMSTAR

22    was unable to find a subset of PCB peaks which

23    forms a self-consistent PCB population.  This

24    failure is shown by the smaller R2 value, 725";

25    correct?

1            Lisa A. Rodenburg, Ph.D.

2        A.    That is what it says.

3        Q.    Now, I don't know if I asked you

4    this, but these cutoffs that you include in

5    this report, do they appear -- I think I asked

6    you whether you've ever published in the

7    peer-reviewed literature.

8            Have you ever seen it anywhere

9    else in a study in a peer-reviewed journal?

10       A.    No.

11       Q.    The second criterion that you

12   used, it says -- this is on Page 14 of your

13   report, the second full paragraph.

14       A.    Hold on.  I lost my report.  Is

15   it -- yeah, here we go.  Okay.  What page?

16       Q.    Page 14.

17       A.    Okay.

18       Q.    Second full paragraph, the second

19   criteria is that -- I'm just quoting from your

20   report -- is that, "When the agreement between

21   Aroclor and the factor is less than .4, the

22   differences between the Aroclor and the factor

23   cannot be explained by any known weathering

24   phenomenon."

25            Is that what it says?

1          Lisa A. Rodenburg, Ph.D.

2      dechlorination of -- of Aroclors.

3   BY MR. GOUTMAN:

4      Q.    But -- but my question is:  Some

5   of those same congeners that are, quote, as

6   you say, typically produced by dechlorination

7   may also be congeners created as byproduct

8   PCBs; correct?

9      A.    That's correct.

10     Q.    And so how can you tell them

11  apart?  Like what scientific test can you do

12  so that another scientist can say, "Oh, yeah,

13  that is dechlorinated as opposed to a congener

14  that was created as a byproduct PCB and was

15  never an Aroclor"?

16     A.    Well, again, you compare the

17  fingerprint that's generated to known

18  weathering processes; and if it is similar to

19  a known weathering process that you know is

20  based on a weathering result of an Aroclor,

21  then you can make the -- the conclusion that

22  that PCB came from the Aroclor -- you know,

23  it's just been weathered, but it originally

24  came from an Aroclor.

25     Q.    So that sounds circular to me.

1          Lisa A. Rodenburg, Ph.D.

2    extent that there are known fingerprints of

3    some by -- of all byproduct PCBs; right?

4         A.    Correct.

5         Q.    And would it be safe to assume

6    that there are not known fingerprints for all

7    chemical processes that might produce

8    byproduct PCBs?

9              MR. LAND:  Objection, vague.

10   BY MR. GOUTMAN:

11        Q.    You're pretty familiar with the

12   literature, are you not?

13        A.    Yeah, I think I just answered that

14   question previously, but that for many of the

15   processes listed in that report, we don't know

16   what the congener fingerprints of any -- if

17   there are any PCBs produced, we don't know

18   what their congener fingerprints might look

19   like.

20        Q.    Okay.  Let's take a look at the

21   actual results here for PMF for surface water.

22        A.    Excuse me.

23        Q.    I'm sorry.  I looking at the wrong

24   page.  Page 17 you give R2 values for surface

25   water.  And am I correct that -- for the five

1            Lisa A. Rodenburg, Ph.D.

2    factors; correct?

3         A.    Correct.

4         Q.    Am I correct that only one of them

5    is above .9?

6         A.    Correct.

7         Q.    So all of the R2 values are below

8    .9 except for Aroclor 1254; correct?

9         A.    For the surface water, yes.

10        Q.    Yes.  And, in fact, they are all

11   below .8 except for Factor 4, 1254; correct?

12        A.    That's correct.

13        Q.    Page 19 of your report you discuss

14   fish tissue; is that correct?

15        A.    Correct.

16        Q.    And am I correct that the highest

17   R2 value is .67; right?

18        A.    I'm trying to find that.

19        Q.    Page 19.

20        A.    Yes, that's correct.

21        Q.    And the other one is .46; right?

22        A.    Correct.

23        Q.    So none of them are obviously

24   above .9; correct?

25        A.    Correct.

Page 155

1              Lisa A. Rodenburg, Ph.D.

2         Q.    And none of them are above .8;

3    correct?

4         A.    Correct.

5         Q.    See, I'm really good at math.

6              For stormwater, am I correct that

7    none of the values are -- R2 values are above

8    .9?

9         A.    Correct.

10        Q.    And I'm sorry for skipping around,

11   but if we go back to 18, Page 18, "Spokane

12   City wastewater treatment influent and CSO

13   samples," you see that?

14        A.    Yes.

15        Q.    You say that -- well, first of

16   all, the results -- none of the -- well, let

17   me just read what you say.

18             "Four of the five factors

19   resembled Aroclors."  The first factor

20   strongly resembled a 50-50 mixture of

21   Aroclors 1242 and 1248, R2 equals .92.

22             I thought your methodology was to

23   compare the factors to the five Aroclors.

24        A.    Yes.

25        Q.    Okay.  So where are we getting a

1           Lisa A. Rodenburg, Ph.D.

2       Q.   But it -- the reader of this

3   report would not be able to tell what those

4   byproduct congener concentrations are other

5   than they're found in pigments other than 11

6   and 209; correct?

7       A.   Correct.

8       Q.   And also you did not discuss

9   congeners found in any of the other 200 or so

10  products that might potentially contain

11  byproduct PCBs that we discussed in Exhibit 8;

12  correct?

13      A.   I did discuss silicone.

14      Q.   Other than silicone?

15      A.   No, not other than silicone.

16      Q.   And you did not discuss the

17  likeness or unlike -- or, excuse me, the

18  presence and concentration of PCBs --

19  byproduct PCBs that are known to be generated

20  by incineration?

21      A.   Correct.

22      Q.   So of the universe of byproduct

23  congeners -- excuse me -- of products that may

24  contain byproduct PCBs, you narrowed that

25  universe essentially to pigments in silicone;

1              Lisa A. Rodenburg, Ph.D.

2     right?

3          A.   I would say that those are the two

4     that I specifically considered.

5          Q.   And -- and, in fact, with respect

6     to pigments, you narrowed the universe from

7     the dozens of congeners to two, 11 and 209;

8     correct?

9          A.   I'm sorry.  Can you repeat that?

10         Q.   With respect to just pigments, you

11    narrowed the universe of congeners that are --

12    number in the dozen, byproduct congeners that

13    are in the dozens down to two, PCB-11 and 2 --

14    209; correct?

15         A.   Those are the two that I

16    specifically reported.

17         Q.   Why is blank correction important?

18         A.   When you analyze samples for PCBs,

19    you frequently find PCBs in the blanks, and so

20    you need to correct that to account for the

21    fact that PCBs are present in the blanks, that

22    some of the PCBs that you measure in the

23    sample might be there because of blank

24    contamination in the lab or in the field.

25         Q.   And you've referred to it in some

1          Lisa A. Rodenburg, Ph.D.

2    of your PowerPoints as a -- potentially a

3    significant problem --

4          A.    Yes.

5          Q.    -- correct?

6                And -- and in your October seminar

7    which we watched --

8          A.    Which one was that?

9          Q.    The Task Force --

10         A.    Oh, at the -- at the IPCB?  Yes.

11         Q.    You said -- and I don't have the

12   transcript, so you tell me if it sounds like

13   something you said.  If not, I'll accept that,

14   but what I wrote down was, "Just here in

15   Spokane we did a study of the lab blanks

16   because, you know, lab blanks are a big issue

17   in the Spokane River and concentrations in the

18   river are fairly low, so the blanks are a

19   significant contributor to that."

20               Does that sound like something you

21   said?

22         A.    Yes.

23         Q.    And you characterized the PCB

24   concentrations in the river as "fairly low";

25   is that correct?

1           Lisa A. Rodenburg, Ph.D.

2       A.    Correct.

3       Q.    And you have recommended, and

4    we -- I can show you a recent PowerPoint,

5    three approaches to blank correction; is that

6    correct?

7       A.    I don't remember that.  I -- we

8    provided yesterday the paper that we just

9    published.

10           (Counsel confer.)

11           (Exhibit Rodenburg-21, multipage

12       document entitled Source Apportionment of

13       PCBs in the Spokane River:  Blank study and

14       preliminary results, is marked for

15       identification.)

16   BY MR. GOUTMAN:

17       Q.    So we marked as Exhibit 21 one of

18   your PowerPoint presentations.

19       A.    Yes.

20       Q.    Okay.  And to whom did you give

21   this presentation?

22       A.    I don't remember.

23       Q.    Okay.

24       A.    I'm guessing it was for the Task

25   Force.

Page 186

1            Lisa A. Rodenburg, Ph.D.

2    BY MR. GOUTMAN:

3        Q.   Okay.  And you can't tell us what

4    type of blank correction was done with respect

5    to any environmental compartment other than

6    stormwater; right?

7            MR. LAND:  Objection, misleading,

8        mischaracterizes prior testimony.

9            THE WITNESS:  Again, I did look at

10       the QAPPs.  I don't remember the -- the

11       specifics for each study and there was one

12       study, I believe it was groundwater...

13           (Reviewing document.)

14           Yeah, it was the Kaiser groundwater

15       that I had to manually blank correct

16       because it was not already blank corrected

17       when I received it.

18   BY MR. GOUTMAN:

19       Q.   That wasn't my question.

20           My question is:  You don't know

21   the method of blank correction for any

22   environmental compartment other than -- I'm

23   sorry, the groundwater at Kaiser and the

24   surface water; correct?

25           MR. LAND:  Objection, misleading,

Lisa A. Rodenburg, Ph.D.

1          mischaracterizes prior testimony, but you

2          can answer.

3               THE WITNESS:  Again, I don't

4          remember the specifics.

5     BY MR. GOUTMAN:

6          Q.   I would like to now turn to the

7     MLR that you performed on data, leaving aside

8     the MLR testing that you just told us about an

9     hour or so ago that we weren't aware of, but

10    the MLR data that -- the MLR data that you

11    actually discuss in your report.  Okay?

12               And once again, your report

13    gives -- you're -- you're comparing the data,

14    am I not correct, to known Aroclor patterns;

15    correct?

16         A.   Correct.

17         Q.   And that would be 1016, 1242,

18    1248, 1254, and 1260; right?

19         A.   And as I mentioned in my errata,

20    I -- I did a little bit with 1262 and 1268.

21         Q.   We're going to get to that.

22               At least in this report you did

23    not do 1262 and 1268; correct?

24         A.   Correct.

1                   Lisa A. Rodenburg, Ph.D.

2          Q.    And am I correct that in your MLR

3    you did not compare the data to any byproduct

4    patterns quantitatively; correct?

5          A.    Correct.

6          Q.    Am I correct then that, as a

7    result, all you were finding out is the extent

8    of the resemblance to Aroclor profiles and not

9    the resemblance to byproduct profiles?

10   Correct?

11         A.    Correct.

12         Q.    And, again, you used the R2

13   cutoffs that we discussed in some detail

14   earlier; correct?

15         A.    Well, I reported every R2 and then

16   I, in my interpretation, I did follow those

17   guideline cutoffs, yes.

18         Q.    Okay.  And once again, when you

19   looked at whether there was a resemblance to

20   byproduct PCBs, you limited your discussion to

21   two of the congeners found in pigments,

22   correct, PCB-11 and 209?

23              MR. LAND:  Take your time to look

24         through your report if you need to.

25              THE WITNESS:  (Reviewing document.)

1           Lisa A. Rodenburg, Ph.D.

2           I talked about PCB-7.

3    BY MR. GOUTMAN:

4           Q.    What page?

5           A.    That is Page 38 under the surface

6    water CLAM samples.

7           Q.    Anything else?

8           A.    (Reviewing document.)

9           Those are the only ones that I

10   mention -- mentioned quantitatively.

11          Q.    So there is one mention of PCB-7,

12   and otherwise you were comparing them to two

13   of the -- two of the many congeners found in

14   pigments PCB-11 and 209; correct?

15          A.    PCB-11 and PCB-209 and PCB-7 are

16   the only congeners that I specifically

17   quantitatively pointed out.

18          Q.    What are negative coefficients?

19          A.    They're coefficients that are less

20   than zero.

21          Q.    And the problem with that, at

22   least from a lay perspective, is that it's

23   difficult to get your mind around how there

24   can be a negative amount of something;

25   correct?

                    Lisa A. Rodenburg, Ph.D.

1

2        A.    Correct.

3        Q.    So when you -- your MLR spits out

4   a coefficient that's less than zero, you told

5   us that that was -- that Aroclor was removed

6   from the regression and the MLR was run again;

7   correct?

8        A.    Correct.

9        Q.    And did you continue to rerun the

10  analyses until all the negative coefficients

11  were removed?

12       A.    Yes.

13       Q.    And, therefore, you would not

14  report in Table 3 which sets forth all of your

15  MLR results; right?  Page 25.

16       A.    I would not report what?

17       Q.    Okay.  Let's start again.

18            You would not report an Aroclor

19  present in Table 3, which presents the results

20  of your MLR analysis, if, in fact, that

21  Aroclor had a negative coefficient; correct?

22       A.    Correct.

23            MR. GOUTMAN:  Why don't we mark this

24       as Exhibit 22.

25            (Exhibit Rodenburg-22, multipage

1          Lisa A. Rodenburg, Ph.D.

2      spreadsheet of raw data Line 1 labeled

3      BB(1809040-03) First Run, is marked for

4      identification.)

5  BY MR. GOUTMAN:

6      Q.    This is a raw data file that you

7  provided us.

8          Does it look familiar?

9      A.    Yes.

10     Q.    Okay.  And I want to direct your

11  attention to Table -- could you open Table 3

12  in your report, Page 26?

13          Got it?

14     A.    Uh-huh.

15     Q.    I direct your attention to the top

16  sample, Biofilm.  You see that?

17     A.    Yes.

18     Q.    You report number of peaks,

19  detected peaks, so forth and so on; and you

20  say that Aroclor 1242, 1248, 1254, and 1260

21  are present; correct?

22     A.    Correct.

23     Q.    If you turn to Exhibit 22, the

24  third page in, Line 74, you see the lines on

25  the left?

Page 192

1                    Lisa A. Rodenburg, Ph.D.

2          A.   Yes.

3          Q.   This is -- so we're looking at the

4    same sample, if you look at the sample numbers

5    on -- in your report --

6          A.   Yes.

7          Q.   -- and the sample number of

8    Exhibit 22, it's the same.  So we're looking

9    at the same sample; correct?

10         A.   Yes.

11         Q.   Okay.  Now, am I correct that this

12   sample reflected two runs; correct?  First run

13   and second run; right?

14         A.   Yes, I think so.

15         Q.   In the first run, 1016 had a

16   negative coefficient; right?

17         A.   Yes.

18         Q.   So that was eliminated and you did

19   a second run; correct?

20         A.   Yes.

21         Q.   And in the second run, 1242 had a

22   negative coefficient?

23         A.   That's what it shows here.

24         Q.   And there's no third run?

25         A.   I don't see one on this printout,

1           Lisa A. Rodenburg, Ph.D.

2    no.

3           Q.   As a matter of fact, you can look

4    at your printouts and you'll never see a third

5    run; isn't that right?

6           MR. LAND:  Objection, misleading,

7       vague.

8           Go ahead.  If you know, you can

9       answer or --

10          THE WITNESS:  I don't see --

11          MR. LAND:  -- answer.

12          THE WITNESS:  -- the third runs in

13      any of these, no.

14   BY MR. GOUTMAN:

15          Q.   Okay.  And so if we go to Table 3,

16   you are reporting the presence of 1242 even

17   though in your second run it had a negative

18   coefficient; correct?

19          A.   That sure is what it looks like.

20          Q.   Let's go to the third -- and by

21   the way, I have, Dr. Rodenburg, I have quite a

22   few examples of this and it might take some

23   time to go through.

24          A.   Okay.

25          Q.   Go ahead.  The third line down,

1           Lisa A. Rodenburg, Ph.D.

2      "Biofilm Green Street"; right?

3           A.   Yep.

4           Q.   You present -- you say that the

5      1242, 1248, 1254, and 1260 are present;

6      correct?

7           A.   Yes.

8           Q.   Why don't you go to Line 122,

9      which is -- you see that?

10          A.   Yes.

11          Q.   So we're looking at the same

12     sample, and would you agree with me that the

13     first run 1016 was a negative coefficient, so

14     you eliminated that; correct?

15          A.   Yes.

16          Q.   And the second run 1242 was a

17     negative coefficient; correct?

18          A.   Yes.

19          Q.   And, nonetheless, you reported it

20     as being present in Table 3; correct?

21          A.   Yeah.

22          Q.   And, by the way, it is the

23     recognized rule, if you will, that you

24     continue to run them -- run the MLR until all

25     negative coefficients are eliminated; correct?

1           Lisa A. Rodenburg, Ph.D.

2           Do I have to pull out a paper that

3    says that or are you going to accept that?

4           A.    I accept that, yeah.

5           Q.    Okay.  Okay.  Let's go to the one,

6    two, three, four, five, six -- and I'm sorry.

7    There was no third run here; correct?

8           A.    Correct.  Well, I don't see one in

9    these printouts.

10          Q.    Okay.  Let's go to the one, two,

11   three, four, five -- six line down, River

12   Sediment, Gonzaga.

13          Do you see that?

14          A.    Yes.

15          Q.    And it reports the presence of

16   1242, 1254, and 1260; correct?

17          A.    Yes.

18          Q.    Let's go to 194, which is the same

19   sample number; correct?

20          A.    I'm sorry.  What are you -- we're

21   on Line 1 -- where are we?

22          Q.    We're on Line 194.

23          A.    Of the spreadsheet?

24          Q.    Yes.

25          A.    Yeah.

1              Lisa A. Rodenburg, Ph.D.

2              Yes.  Got it.

3         Q.    Okay.  So the first run of this

4    sample shows a negative coefficient for 1016,

5    so you eliminated that.  And in the second run

6    you have a negative coefficient for 1242;

7    correct?

8         A.    Yeah, I don't know what happened

9    there.

10        Q.    Nonetheless, you report that 1242

11   is present, correct --

12        A.    Correct.

13        Q.    -- in Table 3?

14        A.    No.

15        Q.    Okay.  Let's go down to Hangman

16   Creek on Table 3.

17        A.    Can we take a break?  Hold on one

18   second?

19              (Pause.)

20              Okay.  Yeah.

21        Q.    Hangman Creek, you see that on

22   Table 3?

23        A.    Yeah.

24        Q.    Okay.  And --

25        A.    Which one?  There's several.

1          Lisa A. Rodenburg, Ph.D.

2     Q.   Well, it's Sample Number 16.

3     A.   Okay.

4     Q.   And that would be on page -- or

5  Number --

6          MR. SORENSON:  266.

7     Q.   -- 266.

8     A.   Yep.  Got it.

9     Q.   Okay.  Now, just the Table 3 that

10  you submitted to this Court says that PCBs

11  1248 -- 1242, 1248, 1254, and 1260 are

12  present; correct?

13     A.   Yeah, sorry, I got lost.  We're on

14  Sample 16?

15     Q.   Yeah.

16     A.   Yeah.  1242, 1248, 1254, 1260.

17     Q.   However, the -- your raw data says

18  that you ran the MLR once and 1016 was a

19  negative coefficient, so you eliminated it and

20  ran it again.  And the second run 1242 was

21  negative and there's no third run, so -- but,

22  nonetheless, you reported that 1242 was

23  present in the sample; correct?

24     A.   Correct.

25     Q.   Now, let's go down to Mission

Page 198

1          Lisa A. Rodenburg, Ph.D.

2    Bridge, 76.6 in Table 3 --

3          A.   Uh-huh.

4          Q.   -- and go to Line 338.

5               (Counsel confer.)

6          Q.   Got it?

7          A.   Yes.

8          Q.   And, first -- I'm sorry.  You

9    report that 1242, 1248, 1254, and 1260 are

10   present in the report that you submitted to

11   the Court; correct?

12         A.   Correct.

13         Q.   In fact, after the second run, you

14   still had a negative coefficient for 1242;

15   correct?

16         A.   Correct.

17         Q.   And there was no third run?

18         A.   Correct.

19         Q.   Okay.  Let's go to Nine Mile Dam,

20   Sample 19.

21         A.   Hold on.  I'm just checking some

22   things.

23         Q.   Nine Mile Dam, Sample 19.  I'm

24   leaving off all the -- I'm giving you only the

25   last two digits of the sample for brevity

Page 199

1              Lisa A. Rodenburg, Ph.D.

2    sake.

3              And that -- there you report the

4    presence, in the report you submitted to the

5    Court, the presence of 1242, 1248, 1254, and

6    1260; correct?

7         A.   Yeah.  Can we take a break?  I --

8    I'm getting lost in all these numbers.

9              MR. LAND:  Yeah, can we take a

10        break.

11             MR. GOUTMAN:  Well, I --

12             MR. LAND:  Is there a question

13        pending or...

14             MR. HAASE:  I believe there is.

15             MR. LAND:  Yeah, I mean, that's

16        fine.  You can answer that question and

17        then we can take a break.

18             MR. GOUTMAN:  Sure.

19   BY MR. GOUTMAN:

20        Q.   Are you confirming -- the pending

21   question was:  In your report, you say with

22   respect to Nine Mile Dam, Sample 19, last two

23   digits, in your report that you submitted to

24   the Court --

25        A.   Right.

1          Lisa A. Rodenburg, Ph.D.

2     Q.   -- you identified the presence of

3 1242, 1248, 1254, and 1260; correct?

4     A.   Yes.

5     Q.   Okay.  So that was the pending

6 question.

7          MR. LAND:  Okay.  Yeah, take a

8     break.

9          THE VIDEOGRAPHER:  We are going off

10    the record at 2:45.

11          (A recess is held from 2:45 p.m. to

12    2:50 p.m.)

13          THE VIDEOGRAPHER:  We are back on

14    the record at 2:50.

15 BY MR. GOUTMAN:

16     Q.   So, Dr. Rodenburg, can you confer

17 [sic] that we took a break during which you

18 looked at the various exhibits that -- or a

19 couple of the exhibits that are in front of

20 you?

21     A.   Yes.

22     Q.   And then you asked to speak to

23 counsel --

24     A.   Yes.

25     Q.   -- to Plaintiff's counsel; is that

Page 201

1              Lisa A. Rodenburg, Ph.D.

2    correct?

3         A.    That's correct.

4         Q.    And did you speak with Plaintiff's

5    counsel?

6         A.    Yes.

7         Q.    Okay.  So where we were was at --

8    was it Nine Mile Dam?  Is that right?

9         A.    I think we went over the Nine Mile

10   Dam sample.

11              MR. SORENSON:  I think we just did

12        the Aroclors.

13              MR. GOUTMAN:  Yeah, we just did the

14        Aroclors.

15   BY MR. GOUTMAN:

16        Q.    If you turn to Number 386,

17   Line 386 with respect to that Nine Mile Dam

18   sample, am I correct that in the first run --

19   excuse me.  In the second run there was a

20   negative coefficient for 1242; is that

21   correct?

22        A.    That is correct.

23        Q.    And there's no third run?

24        A.    That's correct, not in this

25   spreadsheet.

Page 202

1          Lisa A. Rodenburg, Ph.D.

2          Q.   And are you suggesting that there

3     are other spreadsheets because this is what

4     you gave us?

5          A.   There were a lot of spreadsheets.

6          Q.   Okay.  Okay.  So are you

7     testifying under oath that with respect to

8     this sample there was a third run?

9          A.   I don't know.  I don't remember.

10         Q.   Are you aware of any spreadsheet

11    that would reflect the analyses of this

12    sample, the MLR analyses of this sample, that

13    would reflect a third run?

14         A.   I -- I don't remember.

15         Q.   Okay.  Well, I'll represent to you

16    that this is what you gave us and that's why

17    we're discussing it with you.

18              So even though a negative

19    coefficient was reforded -- ported for 1242,

20    you in your report to the Court said that 1242

21    was present in this sample; correct?

22         A.   Correct.

23         Q.   Let's go to the next one, Plantes

24    Ferry-Biofilm, Sample Number 05.  You report

25    1242, 1248, 1254, and 1260 in your report to

1             Lisa A. Rodenburg, Ph.D.

2      the Court; is that correct?

3           A.   Correct.

4           Q.   If you turn -- go to Line 410, am

5      I correct that there are only two runs, and

6      the second run 1242 was a negative

7      coefficient; correct?

8           A.   Correct.

9           Q.   And, nonetheless, you report it

10     present in your report to the Court; correct?

11          A.   Correct.

12          Q.   With respect to the next one,

13     Plantes Ferry-Sediment, Number 24, once again

14     you report all four of those Aroclors present,

15     including 1242; is that correct?

16          A.   Correct.

17          Q.   And if you turn to Line 434, can

18     we agree that on the second run 1242 is a

19     negative coefficient --

20          A.   Correct.

21          Q.   -- correct?

22               And there's no third run --

23          A.   Not --

24          Q.   -- correct?

25          A.   -- in this spreadsheet.

1          Lisa A. Rodenburg, Ph.D.

2          Q.   On the next one, which is, again,

3    Plantes Ferry-Sediment, Number 24, once again

4    you report all four Aroclors present including

5    1242; is that correct?

6          A.   Yes.

7          Q.   And if you go to number -- I'm

8    sorry.

9               (Counsel confer.)

10         Q.   Okay.  By the way, you've

11   mentioned or suggested the possibility that

12   there was a third run that is not in the data

13   that was turned over to us.

14              Let's go back to -- where were we?

15   Well, let's -- did we ever...

16              (Counsel confer.)

17         Q.   Okay.  Could you go to Line 434?

18   We're at Plantes Ferry, Sample 24.  You report

19   all four Aroclors present including 1242.

20              Can you agree that after the

21   second run 1242 reflected a negative

22   coefficient, but, nonetheless, you reported it

23   as being present in your report to the Court?

24         A.   Yes.

25         Q.   And just so we're clear, the --

1                Lisa A. Rodenburg, Ph.D.

2      you report the R2 in the raw data; is that

3      correct?

4            A.    Yes.

5            Q.    And the R2 you report is .776;

6      correct?

7                Not you report, but in the --

8      excuse me.  In the raw data, after the second

9      run you report an R2 of .776; correct?

10           A.    What line are you on?

11           Q.    I'm on Line 453.

12           A.    Ah, okay.  Yeah, now I see it.

13     Yes.

14           Q.    Okay.  And it's your convention to

15     round up or down; correct?

16           A.    Correct.

17           Q.    So if you look at your report, for

18     R2 for this sample, you report it as .78;

19     correct?

20           A.    Correct.

21           Q.    Which is essential -- basically

22     the same as the R2 you report after the second

23     run; correct?

24           A.    Correct.

25           Q.    That would indicate that there was

1          Lisa A. Rodenburg, Ph.D.

2    no third run; correct?

3          A.    Again, I guess not.  I...

4          Q.    Well, it would be incredibly

5    coincidental to have the same R2 in the first

6    run and -- the second run and the third run;

7    correct?

8          A.    No, not necessarily.

9                (Counsel confer.)

10         Q.    If you go back to 386 --

11         A.    386?

12         Q.    Yeah.  So we're -- and that was

13   with respect to Nine Mile Dam --

14         A.    Yes.

15         Q.    -- 19, and the second run you

16   report a R2 of .937; correct?  Right?

17         A.    Where?  Sorry.

18         Q.    It's --

19         A.    So lost.

20         Q.    -- Line 405.

21         A.    405.  Okay.

22         Q.    937; right?

23         A.    Yes.

24         Q.    And in your report to the Court,

25   you rounded it up to .94; right?

Page 207

1          Lisa A. Rodenburg, Ph.D.

2     A.    Correct.

3     Q.    Okay.  Where are we?

4           (Counsel confer.)

5     Q.    With respect to the Spokane Gage,

6  Sample 15, which would be the third from the

7  top, you report the presence of 1016, 1248,

8  and 1254, correct, in your report to the

9  Court?

10    A.    Correct.

11    Q.    If you go to Line 458, we have the

12 first run.  And then in the second run, which

13 is Line 471 about, 1016 has a negative

14 coefficient; correct?

15    A.    Sorry.  What line are we on again?

16    Q.    4 -- about 471.

17    A.    Okay.

18    Q.    1016 has a negative coefficient;

19 correct?

20    A.    Yes.

21    Q.    Nonetheless, you reported it as

22 being present in the sample in your report to

23 the Court; correct?

24    A.    Yes.

25    Q.    Let's turn to Page 27 of your

1          Lisa A. Rodenburg, Ph.D.

2     report.

3          MR. GOUTMAN:  Oh, I have over 30 of

4     these, so I'm sorry to be tedious, but --

5     and I know you want to catch a plane,

6     but...

7          MR. LAND:  Go ahead.

8     BY MR. GOUTMAN:

9          Q.   The second line down, Seven Mile

10    Bridge, Sample 18, do you see that?

11         A.   Yes.

12         Q.   You report to the Court that 1242,

13    1248, 1254, and 1260 were found; correct?

14         A.   Correct.

15         Q.   If you go to Line 554, it reports

16    two runs of that sample, does it not?

17         A.   Yes.

18         Q.   And the second run had a negative

19    coefficient for 1242; correct?

20         A.   Correct.

21         Q.   Nonetheless, you reported it as

22    being present in your report to the Court;

23    correct?

24         A.   Correct.

25         Q.   Let's go to Upriver Dam, Number 6.

1          Lisa A. Rodenburg, Ph.D.

2    You report the presence of 1242, 1248, 1254,

3    and 1260 in your report to the Court; correct?

4          A.   Correct.

5          Q.   If you go to Line 626, starting at

6    Line 626 it reports two runs; correct?

7          A.   Correct.

8          Q.   And on the second run there was a

9    negative coefficient for 1242; correct?

10         A.   Correct.

11         Q.   Nonetheless, you reported it as

12   being present; isn't that right?

13         A.   Correct.

14         Q.   And just so we're clear, the R2

15   that you report, which is Line 64, is .82, and

16   that's identical to the R2 you report in

17   Table 3 of your report; correct?

18         A.   Correct.

19         Q.   The next line is you -- Upriver

20   Dam, Sample Number 20.  If you go to -- you

21   report, I'm sorry, to the Court 1242, 1248,

22   1254, and 1260 as being present; correct?

23         A.   Correct.

24         Q.   And if you go to Line 650, it

25   shows two runs of that sample; right?

1          Lisa A. Rodenburg, Ph.D.

2     A.   Correct.

3     Q.   And on the second run there's a

4  negative coefficient for 1242; right?

5     A.   Correct.

6          MR. GOUTMAN:  Okay.  I want to show

7     you Exhibit 23.

8          (Exhibit Rodenburg-23, multipage

9     spreadsheet of raw data Line 1 labeled

10     1308073-01 First Run, is marked for

11     identification.)

12          THE WITNESS:  Sorry.

13          Thank you.

14  BY MR. GOUTMAN:

15     Q.   And I want you to turn in your

16  report -- by the way, 23 is raw data that you

17  turned over?

18     A.   Yes.

19          (Counsel confer.)

20     Q.   So I want you to go to Page 31 of

21  your report, and the third one down -- third

22  one from the bottom, excuse me, "River

23  sediment," do you see that?

24     A.   Yes.

25     Q.   Spokane River near Hamilton,

Lisa A. Rodenburg, Ph.D.

1           Sample 13.

2                A.   Yes.

3                Q.   And I want you to go to 362 of

4      Exhibit 23.  Am I correct that that reflects

5      two runs of the MLR; correct?

6                A.   Correct.

7                Q.   And that in your report to the

8      Court you indicated that 1242 was present;

9      right?

10                A.   Correct.

11                Q.   However, on the second run there

12      was a negative coefficient for 1242; right?

13                A.   Correct.

14                (Counsel confer.)

15                Q.   Okay.  Why don't we go to Page 32

16      of your report.  Okay?  Top -- top sample.

17      It's Spokane River near Centennial Trail,

18      Sample 04.

19                A.   Uh-huh.

20                Q.   You see that?

21                A.   Yes.

22                Q.   And you report 1242 as being

23      present; correct?

24                A.   Correct.

1           Lisa A. Rodenburg, Ph.D.

2       Q.    And go to Exhibit 23, Line 122, it

3   reports two runs; is that correct?

4       A.    Line 122 you said?

5       Q.    1 -- beginning at 122, 122 to 140.

6       A.    Yes.

7       Q.    It shows two runs; correct?

8             Is that correct?

9       A.    I'm sorry.  I'm just -- give me a

10  minute.

11            Yes.

12      Q.    And in the second run there's a

13  negative coefficient for 1242; correct?

14      A.    Correct.

15      Q.    But you report it in your report

16  to the Court as being present; right?

17      A.    Correct.

18      Q.    Okay.  Skip one and we're going to

19  go to Spokane River downstream of Upriver Dam,

20  Sample 01.  Okay?

21      A.    Yes.

22      Q.    You report 1242 as being present

23  in your report to the Court; correct?

24      A.    Yes.

25      Q.    If you learn -- go to Line 2 of

Page 213

1          Lisa A. Rodenburg, Ph.D.

2    Exhibit 23, which is your raw data, it reports

3    two runs; right?

4          A.    Correct.

5          Q.    And on the second run, 1242 had a

6    negative coefficient; correct?

7          A.    Correct.

8               MR. GOUTMAN:  Okay.  I hand you

9          another set of your raw data.  It's

10          Exhibit 24.

11               (Exhibit Rodenburg-24, multipage

12          spreadsheet of raw data Line 1 labeled

13          1606061-1.1 First Run, is marked for

14          identification.)

15    BY MR. GOUTMAN:

16          Q.    And I want you to turn in your

17    report to Page 3 -- Page 33, and about halfway

18    down is river -- it's the first River sediment

19    sample.

20               Do you see that --

21          A.    Uh-huh.

22          Q.    -- in Table 3?

23               It's Sample 26.  It reports the

24    presence of 1242; is that correct?

25          A.    Correct.

1          Lisa A. Rodenburg, Ph.D.

2          Q.    And if you go to Line 170 of

3    Exhibit 24, there are two runs -- beginning at

4    170, there are two runs; is that correct?

5          A.    Yes.

6          Q.    And on the second run, 1242 had a

7    negative coefficient; correct?

8          A.    Correct.  This sample number is

9    not exactly the same, and I don't know why.

10   It's got a .1 at the end.  I'm not sure why.

11         Q.    Okay.

12         A.    So I'm not a hundred percent

13   certain that that's the same sample, but...

14         Q.    Well, do -- okay.

15               The next one down is River

16   sediment, Union Gospel Mission Dock.  Do you

17   see that, Sample 27?

18         A.    Yes.

19         Q.    And if you go to Line 194 -- by

20   the way, you report 1242 as being present; is

21   that correct?

22         A.    1242, yes.

23         Q.    If you go to Line 194 of

24   Exhibit 24, am I correct that that reflects

25   two runs --

Page 215

1              Lisa A. Rodenburg, Ph.D.

2        A.    Correct.

3        Q.    -- for that -- for that data?

4              And the second run 1242 has a

5    negative coefficient; is that correct?

6        A.    Correct.

7        Q.    And, nonetheless, you reported it

8    as having been present in your report to the

9    Court; correct?

10       A.    Correct.

11       Q.    The next one down is Union Gospel

12   Mission Dock, Sample 20.  And, again, you

13   report 1242 as being present; is that correct?

14       A.    Yes.

15       Q.    And if you turn to 122, am I

16   correct that that would reflect -- of Exhibit

17   24 -- that would reflect two runs of that

18   sample?

19       A.    Correct.

20       Q.    And the second run -- by the way,

21   you -- the second run had a negative

22   coefficient of 1242; correct?

23       A.    Yes.

24       Q.    And, nonetheless, you reported

25   that as having been present; correct?

Lisa A. Rodenburg, Ph.D.

1

2      A.    Correct.

3      Q.    By the way, I've noticed that with

4  respect to this sample, for example -- this

5  sample, for example, you -- in the first run

6  you had a negative coefficient for 1016, but

7  you didn't have a negative coefficient for

8  1242, correct, looking at Lines 125, 126?

9      A.    Correct.

10     Q.    And then when you ran it again you

11  had a negative coefficient for 1242 having

12  eliminated 1016; right?

13     A.    Correct.

14     Q.    And if you had done a third run

15  and eliminated 1242, you don't know if you'd

16  have had a negative coefficient for 1248 or

17  any of the other congeners, correct, having

18  not done that run?

19     A.    That's unlikely because the reason

20  that 1242 and 1016 are related and will give

21  you different results like that, that their

22  results are paired or linked in some way is

23  because they're so similar in congener

24  pattern.

25     Q.    Without having done a third run,

1            Lisa A. Rodenburg, Ph.D.

2    you cannot scientifically establish that 1248

3    or 1254 or 1260 is present in that sample,

4    correct, using an MLR analysis?

5            A.    I disagree.  If it's -- if it's

6    significant in both the first and second runs,

7    I think that you can say that 1248, 1254, and

8    1260 are significant.

9            Q.    Do you...

10            (Counsel confer.)

11            Q.    Directing your attention to the

12    Burkhard paper, which you cited there, is

13    Exhibit 19, am I correct this is a, I guess,

14    an authoritative paper?

15            You cited it; right?

16            A.    Yes.

17            Q.    And it says -- is it Dr. Burkhard?

18            A.    I don't know.

19            Q.    Okay.  The Burkhard paper says in

20    the right-hand column, it's first full

21    paragraph on the first page, "When performing

22    the regression analysis, negative coefficients

23    (concentrations) for the Aroclor mixtures may

24    occur.  Since negative matter cannot exist,

25    stage one forces all coefficients to be

Page 218

1              Lisa A. Rodenburg, Ph.D.

2    non-negative using the following iterative

3    process.  Here, if any of the coefficients are

4    negative, the most negative coefficient is

5    removed by fixing it at zero (temporarily, see

6    stage two) and the regression is rerun.  This

7    process was repeated until all of the

8    coefficients are non-negative"; correct?

9         A.   That's what it says.

10        Q.   And according to this raw data,

11   you didn't do that; right?

12             MR. LAND:  Objection, vague,

13        misleading, but go ahead.

14             THE WITNESS:  I -- I need you to

15        clarify your question.  I did not follow

16        this exact procedure, correct, in the -- in

17        the -- in the results that you're looking

18        at.

19   BY MR. GOUTMAN:

20        Q.   Because you didn't do a third run

21   when your second run showed a negative

22   coefficient; correct?

23        A.   Again, it's not in the

24   spreadsheet, so I guess not.

25             (Counsel confer.)

Page 219

1              Lisa A. Rodenburg, Ph.D.

2         Q.    Let's look at...

3              (Counsel confer.)

4         Q.    Okay.  The last Union Gospel

5    Mission Dock study from your Table 3 of your

6    report.

7         A.    Uh-huh.

8         Q.    Sample 21.  You report 24 -- 1242

9    as being present; is that correct?

10        A.    Correct.

11        Q.    And if you go to Line 146 of

12   Exhibit 24, which is your raw data, that

13   reflects two runs; is that correct?

14        A.    Correct.

15        Q.    And on the second run you had a

16   negative coefficient for 1242; correct?

17        A.    Correct.

18        Q.    Nonetheless, someone reviewing

19   this report would -- could conclude that your

20   MLR analysis showed that 1242 was present;

21   correct?

22        A.    Correct.

23        Q.    And that would be mistaken; right?

24        A.    Based on this spreadsheet, that

25   would be mistaken.

Page 220

1          Lisa A. Rodenburg, Ph.D.

2          Q.    Okay.  Let's go down.  River

3    sediment, Long Lake Low.  The first Long Lake

4    Low, which is sample digits ending 112, do you

5    see that?

6          A.    Yes.

7          MR. GOUTMAN:  And I'm going to hand

8        you another spreadsheet of your raw data

9        which we've marked as Exhibit 25.

10          (Exhibit Rodenburg-25, multipage

11        spreadsheet of raw data Line 1 labeled

12        3458103-S First Run, is marked for

13        identification.)

14    BY MR. GOUTMAN:

15          Q.    Now, am I correct that in your

16    report to the Court you state that 1242 is

17    present; right?

18          A.    Correct.

19          Q.    If you turn to Exhibit 25, Line

20    98, it shows that there were two runs, is that

21    correct, of that sample?

22          A.    Correct, yes.

23          Q.    And the second run you had a

24    negative coefficient for 1242; is that

25    correct?

1           Lisa A. Rodenburg, Ph.D.

2      A.    Yes.

3      Q.    For the second Long Lake Low,

4   sample 114, you show in your report 1242

5   present; is that correct?

6      A.    Yes.

7      Q.    If you go to Line 122, same page

8   that you were on previously, it shows two runs

9   of that sample --

10      A.    Yep.

11      Q.    -- is that correct?

12           And the second run 1242 is a

13   negative coefficient; right?

14      A.    Correct.

15           (Counsel confer.)

16      Q.    Let's turn to Page 34.  And a

17   third -- Page 20 -- 34.  I'm sorry.  34 of

18   your report, Table 3, third -- third one in,

19   third one down, River sediment, Sample 100-S.

20   You see that?

21      A.    Yes.

22      Q.    You report 1242 as present --

23      A.    Yes.

24      Q.    -- is that correct?

25           Can you go back to Exhibit 23 and

Page 222

1          Lisa A. Rodenburg, Ph.D.

2   Line 266?  I'm sorry.

3              (Counsel confer.)

4      Q.   Okay.  Line 386.  I'm sorry.  It

5   shows two runs of that sample, the second one

6   of which has 1242 as a negative coefficient;

7   correct?

8      A.   I'm lost.  Which sample are we on

9   again?

10             MR. LAND:  Yeah, I am too.

11  BY MR. GOUTMAN:

12     Q.   386.  I'm sorry.  We're on

13  Exhibit 23.

14     A.   Yeah, I think I got the right

15  exhibit.  Yes --

16     Q.   Okay.

17     A.   -- I got the right exhibit.

18     Q.   Line 386 --

19     A.   Yes.

20     Q.   -- reflects two runs of this data;

21  correct?

22     A.   Correct.

23     Q.   The second one of which shows a

24  negative coefficient for 1242 --

25     A.   Correct.

Page 223

1              Lisa A. Rodenburg, Ph.D.

2         Q.    -- correct?

3              MR. LAND:   What's the sample ID

4      there?   I'm a little lost.

5              THE WITNESS:   Ends with 01.

6              MR. LAND:   Okay.   Gotcha.

7    BY MR. GOUTMAN:

8         Q.   Nonetheless, you report 1242 in

9    your report to the Court as being present;

10   correct?

11        A.    Correct.

12        Q.   Let's go to the next one, which is

13   River sediment Sample 04.   And once again, you

14   show 1242 as being present in your report?

15        A.    Correct.

16        Q.   If you go to your raw data

17   Line 458, it shows that there were two runs of

18   this data, the second of which showed a

19   negative coefficient for 1242; is that

20   correct?

21        A.    Correct.

22        Q.   And, nonetheless, you report it as

23   having been present; correct?

24        A.    Correct.

25        Q.   Let's skip one and go to UPRD-SEDT

1          Lisa A. Rodenburg, Ph.D.

2    Sample 02 in which you, again, report 1242 as

3    being present; correct?

4          A.   Correct.

5          Q.   By the way, I forgot to ask you

6    this question:  All of these -- all of these

7    instances where you're reporting

8    concentrations of an Aroclor for which there

9    is a negative coefficient and then reporting

10   an R2 value --

11         A.   Uh-huh.

12         Q.   -- okay, and we've gone through, I

13   don't know, a dozen or so of these instances,

14   do you know what the R2 value would be if you

15   had done a third run?

16         A.   No.

17         Q.   There's no way of knowing;

18   correct?

19         A.   No.

20              (Counsel confer.)

21         Q.   Okay.  River Sediment UR -- UPRD

22   02, you report 1242 as being present.  If you

23   go to Exhibit 23, Line 410, am I correct that

24   after the second run there was a negative

25   coefficient for 1242; right?

Page 225

1          Lisa A. Rodenburg, Ph.D.

2      A.    Correct.

3            (Counsel confer.)

4      Q.    Okay.  If we go to the next one,

5  River sediment 03, you report 1242 is present,

6  but if you go to 434 -- didn't we just do

7  that -- 434 on the second run there was a

8  negative coefficient for 1242; right?

9      A.    Correct.

10     Q.    Okay.  Can you put aside 23 and

11  take out 24.

12     A.    (The witness complies with the

13  request of counsel.)

14     Q.    Okay.  In the next, LFP SedTraps,

15  the next sample on your Table 3, Sample 1-1,

16  it reports 1242 as having been present;

17  correct?

18     A.    Correct.

19     Q.    And if you look at Line 1, it

20  reflects two runs, the second of which showed

21  a negative coefficient for 1242; correct?

22     A.    Correct.

23     Q.    The next one, Sample 1-2, in your

24  report you say that 1242 is present.  If you

25  turn to Line 26, on the second run the 1242

1          Lisa A. Rodenburg, Ph.D.

2    had a negative coefficient; correct?

3          A.    Correct.

4          Q.    If you go to the next one,

5    Sample 1-3, you, again, report 1242.  However,

6    if you turn to your raw data Line 50,

7    beginning on Line 50, on the second run 1242

8    had a -- excuse me.  I'm sorry.

9          1242 had a negative coefficient,

10   correct --

11         A.    Correct.

12         Q.    -- Line 63?

13         And in the next 1-4 sample, you

14   report -- of River sediment you report 1242 as

15   having been present.  If you go to Line 74,

16   the second run indicates that 1242 had a

17   negative coefficient; correct?

18         A.    Correct.

19         Q.    And the next one, Sample 1-5, you

20   report in your report 1242 as having been

21   present.  However, in your raw data Line 98,

22   it would reflect that there was a second run

23   in which 1242 had a negative coefficient;

24   right?

25         A.    Correct.

Page 227

1              Lisa A. Rodenburg, Ph.D.

2              MR. GOUTMAN:   Exhibit 26 is another

3         set of your data.

4              (Exhibit Rodenburg-26, multipage

5         spreadsheet of raw data Line 1 labeled

6         1211029-03 First Run, is marked for

7         identification.)

8    BY MR. GOUTMAN:

9         Q.   And turn to Page 35 of your

10   report.  Top sample, "Storm drain solids," you

11   see that?

12        A.   Yep.

13        Q.   You report -- it's Sample 02.  You

14   report 1242 as having been present; correct?

15        A.   Correct.

16        Q.   If you go to Line 98 of your raw

17   data, am I correct that after the second run

18   1242 was a negative coefficient?

19        A.   Correct.

20        Q.   In your opinion, is it sound

21   science to report the presence of Aroclors

22   when an MLR analysis generates a negative

23   coefficient?

24        A.   No.

25        Q.   Did you do that in this case?

Page 228

1          Lisa A. Rodenburg, Ph.D.

2     A.   Yes.

3     Q.   I'd like to also take a close look

4  at Table 3 for another reason.

5          MR. GOUTMAN:  And I'm looking at the

6     clock and I'm trying to speed through this,

7     but --

8          MR. LAND:  I appreciate it.  Go

9     ahead.

10 BY MR. GOUTMAN:

11    Q.   Would -- as a scientist, would you

12 reasonably question the validity of analysis

13 in which the same data is received from two

14 different sources and different results are --

15 from the same sample are reported?

16         MR. LAND:  Objection, vague,

17    incomplete hypothetical.

18         THE WITNESS:  It would depend on the

19    circumstances.

20 BY MR. GOUTMAN:

21    Q.   How about in this case?

22    A.   I don't know.

23    Q.   Let's take a look at -- let's take

24 a look at Page 31 of Table 3 of your report

25 and about halfway down -- I'll wait till

Lisa A. Rodenburg, Ph.D.

1    results for these samples suggest that more

2    than 95 percent of the PCBs in these samples

3    arise from Aroclors."

4

5    Do you see that?

6    A.    Yes.

7    Q.    How is that calculation made?

8    A.    That was based on the $R^2$ value

9    'cause $R^2$ can be considered as a indicator of

10    what percent of the variation in the sample is

11    explained by the regression parameters.

12    Q.    And so is there a peer-reviewed

13    study or article or authoritative text that

14    says that there is a -- that $R^2$ could be used

15    to indicate mass of the substance being

16    analyzed?

17    For example, if the $R^2$ is .5, then

18    50 percent is that chemical?

19    A.    Can you repeat the question?  I'm

20    not sure what you mean.

21    Q.    I just don't understand how you

22    get from $R^2$ to a conclusion about the mass.

23    So -- so is there anything in the

24    peer-reviewed literature that you could point

25    me to or a text that says that if an $R^2$ -- if

1          Lisa A. Rodenburg, Ph.D.

2    you're doing an R2 and it's .5, hypothetically,

3    that means that 50 percent of that is the

4    substance that you are analyzing?

5          A.   So, again, the R2, what I was

6    taught in school, is that one way to interpret

7    the R2 is that it is an indicator of how much

8    of the variability in the sample is explained

9    by the regression parameters.  And --

10         Q.   Correct.

11         A.   -- since what we're regressing is

12    concentration, that we can relate that back to

13    the concentration of PCBs in the -- in the

14    Aroclors.

15         Q.   Isn't the R2 telling you the

16    extent to which that sample looks like a

17    particular pattern?

18         A.   Yes.

19         Q.   Okay.  And if there is a low R2

20    value, say it's .4, right, that is telling you

21    that it may not be that substance at all.

22    It's not telling you that 40 percent of that

23    sample is that substance; is it?

24         A.   It's -- depends on how you

25    interpret the R2.

1           Lisa A. Rodenburg, Ph.D.

2      Q.    Okay.  So can you -- other than

3  telling me it's what you learned in school,

4  can you point me to any peer-reviewed

5  literature that says that R2 translates into

6  the percent of that substance in the sample?

7      A.    I don't recall any off the top of

8  my head, no.

9      Q.    Just so we're clear, you can't

10 cite to anything in the peer-reviewed

11 literature or textbooks that says that you can

12 translate the R2 to the percent of that

13 substance in that sample; is that correct?

14     A.    Not sitting right here, no.

15     Q.    Also in analyzing the stormwater

16 samples, you noted concentrations of PCB-11;

17 correct?

18     A.    I believe I noted percentages.

19     Q.    Percentages.  I'm sorry.

20           And how do you determine that,

21 those percentage?

22     A.    As a percent of total mass with

23 non-detect set to zero.

24     Q.    Okay.  So you basically --

25 basically added them up; right?

Page 239

1          Lisa A. Rodenburg, Ph.D.

2     A.    Yes.

3     Q.    Okay.  And you did not compare or

4  add up other PCB congeners known to be created

5  as byproducts of production processes;

6  correct?

7          MR. LAND:  Objection, misleading.

8          Go ahead.

9          THE WITNESS:  The only thing that I

10     reported a percentage for was PCB-11 and I

11     think 209 and, again, PCB-7 in the CLAMs.

12  BY MR. GOUTMAN:

13     Q.    And I don't have to ask that

14  question over and over again, that's true with

15  respect to all of your MLR analyses; correct?

16     A.    Correct.

17     Q.    Okay.  So we accomplished

18  something.  We shaved off some time.

19     A.    Every minute counts.

20     Q.    Yep.

21          Storm drain solids, you say more

22  than 95 percent of PCBs in storm drain solids

23  collected come from Aroclors.  Is that, again,

24  from the R2 value?

25     A.    Yes.

1          Lisa A. Rodenburg, Ph.D.

2      Q.    Same as the stormwater --

3      A.    Yes.

4      Q.    -- same method of determination?

5      A.    Same method, yes.

6      Q.    Same with the 90 percent, which

7  you characterize as Aroclor, from the City of

8  Spokane treated effluent?

9      A.    Yes.

10      Q.    And if -- looking at the Spokane

11  treated effluent discussion, you say the R2

12  value is just .15 for Sample ID PR172157.

13          Do you see that?

14      A.    Yes.

15      Q.    Would that mean that that sample

16  is only .15 or 15 percent Aroclor?

17      A.    That's one way you could interpret

18  the R2.

19      Q.    And the rest would be byproduct?

20      A.    You don't know what the rest could

21  be.

22      Q.    Well, what are the universe of

23  possibilities?  Aroclor?  By "Aroclor," I mean

24  commercially produced PCBs or non-commercially

25  produced PCBs; right?

Page 241

Lisa A. Rodenburg, Ph.D.

1

        A.    They could be products of

3  dechlorination.

4        Q.    Turn to Page 37, Biofilm.  You say

5  90 percent of the Biofilm is Aroclors; is that

6  correct?

7        A.    I said Aroclors account for more

8  than 90 percent of the PCBs in the Biofilm

9  samples.

10        Q.    And is that the same method of

11  calculation, that is correspondence with the R2

12  that we discuss with respect to stormwater and

13  storm drain solids?

14        A.    Yes.

15        Q.    And with respect to river

16  sediment, did you use the same methodology to

17  determine that it was 95 percent Aroclor?

18        A.    Yes.

19        Q.    On Table 3 where it says "NS,"

20  what does that mean?

21        A.    It means not significant.

22        Q.    Which means what?

23        A.    It means that the p value was not

24  significant for any of the Aroclors.

25        Q.    And why would the p value not be

Page 247

1              Lisa A. Rodenburg, Ph.D.

2              MR. LAND:  Objection, vague.

3              THE WITNESS:  I agree that there are

4        measurable concentrations of PCB-11 in the

5        river.

6   BY MR. GOUTMAN:

7        Q.   And you say in your report that

8   you think that the -- you attribute the PCBs

9   in -- by the way, Inland Empire uses recycled

10  paper; right?

11       A.   That's my understanding, yes.

12       Q.   And you attribute the presence of

13  P -- Aroclor, you believe Aroclor, in the

14  effluent to -- to recycled NCR paper; right?

15       A.   Well, what I said was, you know,

16  that these -- the Aroclor 1242/1016 is

17  present, and I said this is to be expected

18  given that Aroclor 1242 is used in carbonless

19  copy paper.

20       Q.   Do you know when the last time it

21  was that Mont -- that NCR made carbonless copy

22  paper using PCBs?

23       A.   I don't know the exact year.

24       Q.   I want you to assume it's 1971.

25       A.   That seems reasonable.

1            Lisa A. Rodenburg, Ph.D.

2        Q.   So that would be -- okay.

3            So that would be about a half a

4   century ago?

5        A.   Yes.

6        Q.   Do you know anything about

7   recycled paper and how many times paper can be

8   recycled?

9        A.   I know a little bit.

10       Q.   Okay.  How many times can paper be

11   recycled?

12       A.   I know that in one of the expert

13   reports that I reviewed it said five to seven

14   times.

15       Q.   Okay.  Do you know if it is at all

16   possible that -- well, strike that.

17            With each of these five to seven

18   times re -- recycling, would it be fair to

19   say, conclude, that in each new recycling of

20   this hypothetical NCR paper, the PCB

21   concentrations in the resulting product would

22   be lower, diluted; correct?

23            MR. LAND:  Objection, calls for

24       speculation, lacks foundation.

25            THE WITNESS:  I really don't know.

Page 252

1          Lisa A. Rodenburg, Ph.D.

2    expert reports.

3              MR. GOUTMAN:  This is Exhibit --

4              MR. SORENSON:  29.

5              MR. GOUTMAN:  -- 29.

6              (Exhibit Rodenburg-29, one-page

7         document entitled Inland Empire Paper

8         Company, PCB Fact Sheet, is marked for

9         identification.)

10   BY MR. GOUTMAN:

11        Q.   I've marked as Exhibit 29 an

12   Inland Empire Paper PCB Fact Sheet.

13             I take it you haven't seen this

14   before?

15        A.   I don't think so.

16        Q.   And it says that, "IEP was a

17   PCB-free mill prior to 1991.

18             "It was only after IEP began to

19   recycle in 1991 that PCBs were discovered in

20   its effluent."

21             Is that what it says?

22        A.   That's what it says.

23        Q.   And it says, "PCBs originate from

24   inks in the recycled paper is a byproduct of

25   their manufacturing process."

1          Lisa A. Rodenburg, Ph.D.

2          Is that what it says?

3     A.    That's what it says.

4     Q.    So you are contending that it's

5  not from the inks, it's from recycled NCR

6  paper that hasn't been manufactured since

7  1971; is that correct?

8     A.    I said that the main source, the

9  main thing that accounts for the fingerprint

10 looks like Aroclor 1242/1016.

11    Q.    Going back to Exhibit 28, which is

12 the life cycle of recycled paper, it says --

13 I'm sorry, Page 17 under 1.5.3, "Unlike some

14 other materials that can be recycled an

15 infinite number of times, paper can only be

16 recycled between five and seven times.  The

17 fibers in the paper get shorter each time they

18 are recycled, eventually becoming too short to

19 be made into new paper."

20         Is that what it says?

21    A.    Yes.

22    Q.    Do you have any reason to dispute

23 that?

24    A.    No.

25    Q.    Sorry.

Page 254

1          Lisa A. Rodenburg, Ph.D.

2          Do you know if -- do you have any

3    evidence that IE -- IEP ever used NCR paper in

4    its recycling process?

5          A.   I have no idea.

6               (Counsel confer.)

7               (Exhibit Rodenburg-30, letter dated

8          March 23, 2015 addressed to Ms. Cheryl

9          Niemi, is marked for identification.)

10   BY MR. GOUTMAN:

11         Q.   I'm showing you as Exhibit 30

12   correspondence from Mr. Krapas dated March 23,

13   2015 directed to an official at the Washington

14   Department of Ecology; correct?

15         A.   Correct.

16         Q.   And it says in the second

17   paragraph, "IEP is one of the few remaining

18   pulp and paper mills in the State of

19   Washington that use -- uses recycled paper

20   products.  IEP does not produce

21   polychlorinated biphenyls (PCBs) in its

22   manufacturing process, but does have to

23   address the presence of PCBs in the inks and

24   dyes contained in the recycled paper stock

25   used at its mill."

Page 257

1            Lisa A. Rodenburg, Ph.D.

2    to Ecology; correct?

3            A.   Their fact sheet says that PCBs

4    originate from inks and -- so that is one

5    source.  Again, I don't see anywhere in here

6    where it says that that is the only source of

7    PCBs to their facility.

8            Q.   It says that it was a PCB-free

9    mill prior to 1991; correct?

10           A.   Yes.

11           Q.   And that -- and that only after it

12   started to recycle paper were PCBs discovered.

13   That's what the fact seat -- feet -- sheet

14   says; right?

15           A.   Yes.

16           Q.   And it says PCBs originate from

17   inks in the recycled paper as byproduct of

18   their manufacturing processes; correct?

19           A.   That's what it says.

20           Q.   And it says -- and the letter to

21   Ecology says that the presence of PCBs in the

22   inks and dyes contained in recycled paper

23   stock; is that correct?

24           A.   That's what it says.

25           Q.   Let me ask you this.  Are you

Page 258

1          Lisa A. Rodenburg, Ph.D.

2    aware of any document anywhere in the universe

3    in which IEP has stated that PCBs come from

4    anywhere other than inks and dyes in recycled

5    paper stock?

6          A.   No.

7               MR. GOUTMAN:  I want to show you a

8          report.  Why don't we mark this first.

9               (Exhibit Rodenburg-31, multipage

10         document entitled Inadvertent PCBs in

11         Pigments:  Market Innovation for a Circular

12         Economy Final Report, is marked for

13         identification.)

14   BY MR. GOUTMAN:

15        Q.   I've handed you Exhibit 31, which

16   is a report prepared on behalf of the Task

17   Force by Northwest Green Chemistry,

18   October 16th, 2018 titled, "Inadvertent PCBs

19   in Pigments:  Market Innovation For a Circular

20   Economy"; is that correct?

21        A.   Correct.

22        Q.   Prepared by a Dr. Heine,

23   H-E-I-N-E; correct?

24        A.   Correct.

25        Q.   And I want to direct your

1           Lisa A. Rodenburg, Ph.D.

2    attention to Page 17 of this document, and

3    specifically to the last paragraph second

4    sentence.  Does it not say, "Inadvertent PCBs

5    in the recycler's effluent correlated with

6    PCBs in pigments used on the paper products

7    they recycle, such as newspapers, magazines,

8    mailing materials and packaging"?

9           Did I read that correctly?

10        A.    Yes.

11        Q.    I want to move on to the next

12   subject addressed in your report, Page 38,

13   which is surface water CLAM samples.

14        A.    Yes.

15        Q.    And am I correct that the R2

16   values in those samples are all under 9 -- .9?

17        A.    When the PCB-7 is included,

18   the R --

19           (Reporter clarification.)

20        A.    Sorry.  When PCB-7 is included in

21   the regression, the R2s ranged from .14 to .55.

22   And when this congener is excluded, they were

23   from .71 to .83.  So your question, I believe,

24   was whether they are less than .9?

25        Q.    Yes.

Page 265

1          Lisa A. Rodenburg, Ph.D.

2     A.    So usually when you get the data,

3  there's a column in the spread -- or the

4  database that's called "Laboratory Qualifier,"

5  and that will have usually a letter code,

6  sometimes a numerical code, and those flags

7  can mean a lot of different things.

8     Q.    Right.  So, for example, in this

9  data there were "B" flags, were there not?

10    A.    I don't remember.

11    Q.    Well, a "B" flag means that the

12  associated blank has also detected the

13  particular congener; right?

14    A.    Correct.

15    Q.    Am I correct that in your analysis

16  you performed no blank correction of any

17  "B" flag data?

18    A.    For the municipal products, no, I

19  did not.

20          (Counsel confer.)

21          MR. GOUTMAN:  So we'll mark this as

22     32.

23          (Exhibit Rodenburg-32, multipage

24     document, Line 1 entitled City Of Spokane

25     PCB Product Testing Results, is marked for

 1                    Lisa A. Rodenburg, Ph.D.

 2          identification.)

 3                    MR. GOUTMAN:  And we'll mark this as

 4          33.

 5                    (Counsel confer.)

 6                    MR. GOUTMAN:  And I'll represent to

 7          you that this is your data compilation, but

 8          first 32 is the raw data and the second,

 9          Exhibit 33, is the process data.  Okay?

10                    THE WITNESS:  I only have the 32.

11                    MR. GOUTMAN:  I'm sorry.  I was

12          yammering when -- no, no, it's okay.

13                    (Exhibit Rodenburg-33, multipage

14          document Line 1 entitled City Of Spokane

15          PCB Product Testing Results, is marked for

16          identification.)

17     BY MR. GOUTMAN:

18          Q.    Ready to go?

19          A.    Yes.

20          Q.    So on 32, you can see there's

21     synthetic motor oil, Line 14.

22          A.    Yes.

23          Q.    And that is...

24                    (Counsel confer.)

25          Q.    So this is analysis of the

1           Lisa A. Rodenburg, Ph.D.

2    synthetic motor oil, these pages; correct?

3           A.   (No reply.)

4           Q.   And you're looking at each of the

5    congeners; right?

6           A.   Yes, it's some things including

7    the synthetic motor oil.

8           Q.   Okay.  Well, I'm just looking

9    at -- at -- I'm sorry -- AY and AZ, Columns AY

10   and AZ, all right?  That would be synthetic

11   motor oil?

12          A.   Yes.

13          Q.   And if you go to Line 62, that is

14   flagged as "BJ"; correct?

15          A.   Correct.

16          Q.   And that means what?

17          A.   The "B" means that it was -- that

18   congener was also present in the blank.

19          Q.   And "J" means?

20          A.   I believe "J" means that it's a

21   value between the lowest analyzed standard and

22   the detection limit.

23          Q.   It says here in this document the

24   value is less than the minimum calibration

25   level but greater than the estimate.

Page 268

1          Lisa A. Rodenburg, Ph.D.

2          A.    Yeah, that's basically what I just

3     said.

4          Q.    Okay.  All right.  Now, if you

5     look at the process data, 33, for, again, for

6     synthetic motor oil, Line 62 -- I'm sorry.  If

7     you go back to 32, Line 62, you're looking at

8     PCBs 52 and 69; right?  And that's the raw

9     data.

10         A.    Line 62, 52 and 69, yes.

11         Q.    Okay.  If you go to the process

12    data, Line 62 is, again, Aroclors 52/69?

13         A.    PCBs, yes, PCBs 52 and 69.

14         Q.    Am I correct that you indicate a

15    concentration, correct, as having been

16    detected?

17         A.    Yes.

18         Q.    And so you say "TRUE."

19         A.    Yes.

20              (Counsel confer.)

21         Q.    Okay.  So am I correct that when

22    the City -- that the City in its report when

23    it looked at "B" flag data, it reported the

24    samples of "B" flag data as non-detect;

25    correct?

Page 269

1              Lisa A. Rodenburg, Ph.D.

2         A.    I don't know.

3              (Exhibit Rodenburg-34, multipage

4         document entitled PCBs in Municipal

5         Products Revised, is marked for

6         identification.)

7    BY MR. GOUTMAN:

8         Q.    So I've handed you as Exhibit 34

9    PCB -- PCBs in Municipal Products prepared by

10   the City of Spokane, July 21, 2015; correct?

11        A.    Correct.

12        Q.    And if you turn to the second to

13   last page -- I'm sorry -- Page 5, Page 5 --

14        A.    Yes.

15        Q.    -- under "Laboratory Quality

16   Control," second paragraph, it states that,

17   [as read]: "PCBs are frequently detected in

18   blank samples.  To account for this, any

19   congener that was detected in a product sample

20   that was within three times the concentration

21   detected in the associate blank sample was

22   removed from the total PCB value"; is that

23   correct?

24        A.    Yes.

25        Q.    You didn't do that; correct?

Page 270

1              Lisa A. Rodenburg, Ph.D.

2        A.    Correct.

3              (Counsel confer.)

4        Q.    With respect to "N" flag data,

5    "N" flag means according to Pacific Rim --

6    Pacific Rim "not detected"; right?

7        A.    I don't know.

8              (Counsel confer.)

9              (Exhibit Rodenburg-35, multipage

10        document entitled Sample Receipt

11        Form/Chemical Analysis Form, is marked for

12        identification.)

13   BY MR. GOUTMAN:

14        Q.    Okay.  This is -- we've handed you

15   Pacific Rim's -- sorry -- Methodology,

16   basically PCB SOP for Method 1668; right?

17        A.    I don't know what this is, so...

18        Q.    Look at the second page.

19        A.    Oh, second page.  Okay.

20              And what was your question again?

21        Q.    I've handed you a document that on

22   the second page identifies itself as Pacific

23   Rim's PCB SOP for EPA Method 1668 dated

24   November 6, 2014; right?

25        A.    I -- this is the SOP?  'Cause it

Decl. of A. Miller in Support of Daubert Motion
To Exclude L. RODENBURG Expert Testimony - 194

1            Lisa A. Rodenburg, Ph.D.

2    just says it's -- it says, "Reference Method:

3    PCB:  SOP."  But I don't know, is this the

4    SOP?  I don't -- I can't tell.

5            Q.   Well, let's go to Page 5 of 221.

6            A.   My pages are not numbered -- oh,

7    here we go.  There -- there are the numbers.

8    Okay.

9            Q.   The top right.

10           A.   Okay.

11           Q.   "The following flags or qualifiers

12    have been used with this data set." That's

13    what it says; right?

14           A.   Yes.

15           Q.   And "N" says, "not detected due to

16    incorrect ion ratio"; right?

17           A.   Yes.

18           Q.   So with that in mind, turn to

19    Exhibit 33 -- I'm sorry.  32.  The raw data.

20           A.   Yeah.

21           Q.   Row 55.

22           A.   Yes.

23           Q.   You're looking at PCB-43 and 49 --

24           A.   Yes.

25           Q.   -- for the synthetic motor oil.

Page 272

1          Lisa A. Rodenburg, Ph.D.

2          And that has an "NJ" flag, does it

3    not?

4         A.   Yes.

5         Q.   The "N" is not detected; right?

6         A.   Not detected -- well, according to

7    this, an "N" is not detected due to incorrect

8    ratio.  And then it says the value

9    reported concentration report is EMPC.

10         Q.   Which means what?

11         A.   I believe that EMP stands for

12    estimated maximum potential concentration.

13         Q.   Right.  And so you took this "N"

14    flag data not detected due to ion ratio just

15    giving the maximum potential, and in

16    Exhibit 33, Line 55 are these same congeners

17    that were flagged as not detected.  You report

18    that they are detected and you just report

19    "true"; correct?

20         A.   Yes.

21         Q.   At the maximum -- excuse me,

22    estimated maximum possible concentration of

23    .0603; correct?

24         A.   Yes.

25         Q.   Oh, why don't we -- if you can go

1          Lisa A. Rodenburg, Ph.D.

2          A.    (The witness complies.)

3          Q.    That reports the results of

4    PCB-11; correct?

5          A.    Correct.

6          Q.    And it says that its concentration

7    is 8.46?

8          A.    You're looking at the yellow road

9    tape?

10         Q.    Yeah.

11         A.    Yes.

12         Q.    Okay.  If we look at your process

13   data for PCB-11, it has -- at Line 25 it has a

14   concentration of .46, not 8.46; correct?

15         A.    That's what it says.

16         Q.    So you essentially lopped off the

17   first digit; correct?

18         A.    Well, let me -- I don't know how

19   that happened.

20         Q.    Okay.  In any event, when the raw

21   data is processed such that the concentration

22   is diminished by approximately a factor of

23   what, 8, that would -- that would bring into

24   question the validity of the analysis;

25   correct?

Page 276

1          Lisa A. Rodenburg, Ph.D.

2          MR. LAND:  Objection, vague,

3      incomplete hypothetical.

4          Go ahead.

5   BY MR. GOUTMAN:

6      Q.   There's a pending question.

7      A.   I'm lost.  Can you repeat the

8   question?

9      Q.   I'm sorry.  When the raw data is

10   reported -- is one thing, and then it is

11   processed and misreported, that would affect

12   the validity of the analysis; correct?

13      A.   Depends on how big the error is.

14      Q.   Well, in this case, the

15   concentration was diminished from 8.46 to .46;

16   correct?

17      A.   Correct.

18      Q.   And what's that a factor of --

19      A.   16.

20      Q.   -- 16?

21          So your -- in your analysis, the

22   concentration of the byproduct PCB Congener 11

23   was diminished by a factor of 16 simply

24   because you lopped off a decimal; correct?

25      A.   Correct.  Well, again, not me.  I

Page 277

1           Lisa A. Rodenburg, Ph.D.

2    don't know what happened.  I didn't

3    specifically do it, but something happened in

4    the spreadsheet.

5           Q.    Okay.  Let me just -- do you know

6    why that happened?

7           A.    No.

8           Q.    It appears to me that in the

9    transcription of the data from raw to

10   processed, any number to the left of the

11   decimal point was removed.

12          Is that possible?

13          A.    That's what appears to have

14   occurred in this case.

15          Q.    Okay.

16          (Counsel confer.)

17          Q.    So could you take out PCBs in

18   Municipal Products again, Exhibit 34.  You see

19   that?

20          A.    Yes.

21          Q.    Can you go, please, to Table B-1?

22          A.    What page is that on?

23          Q.    I'm sorry.  It's second to last

24   page.

25          A.    Yeah.  Got it.

Page 295

1              Lisa A. Rodenburg, Ph.D.
2                    CERTIFICATE
3    COMMONWEALTH OF PENNSYLVANIA      )
4                             ) ss:
5    COUNTY OF PHILADELPHIA            )
6            I, Debra Sapio Lyons, a Registered
     Diplomat Reporter, a Certified Realtime Reporter,
7    a Certified Realtime Captioner, an Approved
     Reporter of the United States District Court for
8    the Eastern District of Pennsylvania, a Certified
     Court Reporter for the State of New Jersey; and
9    Notary Public within and for the States of New
     Jersey, New York and the Commonwealth of
10   Pennsylvania do hereby certify:
11           That Lisa A. Rodenburg, Ph.D., the
     witness whose deposition is hereinbefore set
12   forth, was duly sworn by me and that such
     deposition is a true record of the testimony
13   given by such witness, to the best of my ability
     and thereafter reduced to typewriting under my
14   direction.
15           I further certify that I am not related
     to any of the parties to this action by blood or
16   marriage and that I am in no way interested in
     the outcome of the matter.
17
             In witness whereof, I have hereunto set
18   my hand this 23rd day of December, 2019.
19
20                  _Debra Sapio Lyons_
                    _____
21                  DEBRA SAPIO LYONS
                    CRR, RDR, CRC, CCR, CPE
22
23
24
25

Errata to

# Fingerprinting of PCB congener patterns in samples from the Spokane, WA area

Lisa A. Rodenburg

January 8, 2020

During the deposition regarding my expert report dated October 11, 2019, Defendants' counsel noted some minor errors in my analysis of over 150,000 data points related to PCBs in the Spokane River valley.  The purpose of this report is to fix those errors.  **After careful examination, I conclude that these minor errors have no impact on the conclusions of my report.**

## Truncation of data in the Spokane consumer products data

The City of Spokane conducted a study in which PCBs were measured in a variety of consumer products (City of Spokane Wastewater Management Department, 2015).  During my analysis of this data, I mistakenly truncated some of the numbers, converting, for example, 63.8 to 3.8.  Out of 29,847 data points, this error affected 110, or 0.37% of the data.  These data points affected thirteen samples, listed in Table 1.  **These errors had no effect on the conclusions of the report.**  If anything, the newly corrected data displays better correlations between the congener patterns of the Aroclors and those of the consumer products.

I interpreted the data such that when the agreement ($R^2$) between a fingerprint and a single Aroclor was greater than approximately 0.8, the factor was considered to represent an unweathered single Aroclor. When the agreement was between approximately 0.4 and 0.8, the fingerprint was interpreted as representing a weathered Aroclor.  Under this interpretation, the changes in the $R^2$ values were not significant (i.e. they did not move the sample from one category to another) for 11 of the 13 samples.  For the remaining two samples, the $R^2$ value actually improved and changed the interpretation toward a closer match between the Aroclor and the sample.  For the hydroseed (sample ID 028-100214-1515), the $R^2$ increased to 0.9 from 0.59, putting it now in the category of representing an unweathered Aroclor.  For the CaCl deicer (sample ID V310-021616-1415), the $R^2$ value increased to 0.45 from 0.12, moving this sample into the category of representing a weathered mix of Aroclors.

Table 1.  Changes to results of the consumer products data analysis

| Sample ID | Sample number | Old R2 | New R2 |
|---|---|---|---|
| Short Liner | 031-100314-1330 | 0.86 | 0.84 |
| hydroseed | 028-100214-1515 | 0.59 | **0.90** |
| MgCl Deicer LAB DUP | B6C0121-DUP1 | 0.31 | 0.15 |
| WSDOT Salt Brine Soln. LAB DUP | B6C0153-DUP1 | 0.2 | 0.19 |
| CaCl Deicer FIELD DUP | Replicate #2 | 0.18 | 0.16 |
| CaCl Deicer | V310-021616-1415 | 0.12 | **0.45** |
| WSDOT Salt Brine Soln. | V313-022316-1018 | 0.12 | 0.19 |
| dust suppressent | 023-101014-1035 | 0.08 | NS |
| yl rd paint (sherwin) | 002-082514-1039 | NS | NS |
| spray paint (green) | 006-082714-1045 | NS | NS |
| portfolio 4f (pesticide) | 013-091814-0940 | NS | NS |
| yl rd paint (ennis) duplicate | replicate #2 | NS | NS |
| Enis-Flint White Road Paint Duplicate | Replicate #2 | NS | NS |

NS = Not significant

## Multiple Linear Regression (MLR) results

The Python code used to conduct the multiple linear regressions had an error that allowed
Aroclor 1242 to be included as a significant Aroclor for some of the environmental samples
even though the coefficient for Aroclor 1242 was either not positive or not significant.  For
these samples, Aroclor 1242 was not a significant contributor to the congener pattern, but the
other Aroclors were correctly listed as significant, and the $R^2$ values changed very little.
**Therefore this error had no effect on the conclusions of the report.**  The revised results are
given in Table 2.   As noted above, I interpreted the data such that when the agreement ($R^2$)
between a fingerprint and a single Aroclor was greater than approximately 0.8, the factor was
considered to represent an unweathered single Aroclor. When the agreement was between
approximately 0.4 and 0.8, the fingerprint was interpreted as representing a weathered
Aroclor.  Under this interpretation, the $R^2$ value decreased significantly for only one of the
affected samples: For river sediment sample 1304017-03, the $R^2$ value dropped to 0.78 from
0.83.  The $R^2$ = 0.8 cutoff is approximate, but this does move the sample from the category of
representing unweathered Aroclors to representing weathered Aroclors.  The $R^2$ value actually
increased for a sample of biofilm analyzed in duplicate from below 0.4 to slightly above 0.4,
moving this sample into the category of representing a mix of weathered Aroclors.  The $R^2$ value
also increased for the biofilm sample from TJ Meenhach to 0.81 from 0.79.  Again, the 0.8
cutoff is approximate, but this sample does technically move from the weathered Aroclor to the
unweathered Aroclor category.

## Table 2. Revised MLR results for environmental samples

| Matrix | StudyID (BB n20) | Location | Sample ID | Column | Number of peaks used | Detected peaks | New R2 w/o PCB 11 | New R2 | Anchor 1248 | Anchor 1254 | Anchor 1260 | PCB 11 | PCB-209 | Data source | Old R2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Atmospheric deposition | BERA0003 | | 1611056-3 | SPB-octyl | 148 | 32 | | NS | 1248 | 1254 | 1260 | 12% | 0% | SRRTTF | 0.14 |
| Biofilm | BERA0013 | Barker Bridge (RM 90.4) | B8 (1809040-03) | SPB-octyl | 152 | 75 | | 0.91 | | 1254 | 1260 | 1.80% | 0% | SRRTTF | 0.91 |
| Biofilm | BERA0013 | GE Mission Left Bank (RM 78.7) | GEM-LB (1809040-07) | SPB-octyl | 152 | 123 | | 0.91 | | 1254 | 1260 | 0% | 0.11% | SRRTTF | 0.90 |
| Biofilm | BERA0013 | GE Mission Right Bank (RM 78.7) | GEM-RB (1809040-08) | SPB-octyl | 152 | 120 | | 0.64 | | 1254 | 1260 | 2.5% | 0.11% | SRRTTF | 0.55 |
| Biofilm | BERA0013 | Green Street Left Bank (RM 78.0) | GR-LB (1809040-09) | SPB-octyl | 152 | 119 | | 0.79 | | 1254 | 1260 | 8.6% | 0.18% | SRRTTF | 0.79 |
| Biofilm | BERA0013 | Green Street Right Bank (RM 78.0) | GR-RB (1809040-10) | SPB-octyl | 152 | 121 | | 0.76 | | 1254 | 1260 | 6.2% | 0.20% | SRRTTF | 0.76 |
| Biofilm | BERA0013 | Gonzaga (RM 75.0) | GZ-RF-DUP (1809040-21) | SPB-octyl | 152 | 105 | | 0.89 | 1248 | 1254 | 1260 | 6.2% | 0.18% | SRRTTF | 0.76 |
| Biofilm | BERA0013 | Hangman Creek (RM 0.8) | HM-RF (1809040-16) | SPB-octyl | 152 | 112 | | 0.90 | 1248 | 1254 | 1260 | 6.3% | 0% | SRRTTF | 0.80 |
| Biofilm | BERA0013 | Mission Bridge (RM 76.6) | M8 (1809040-11) | SPB-octyl | 152 | 139 | | 0.89 | 1248 | 1254 | 1260 | 1.3% | 0.06% | SRRTTF | 0.94 |
| Biofilm | BERA0013 | Monroe Bridge (RM 73.8) | MOB (1809040-14) | SPB-octyl | 152 | 118 | | 0.90 | | 1254 | 1260 | 0.32% | 0% | SRRTTF | 0.86 |
| Biofilm | BERA0013 | Nine Mile Dam (RM 57.7) | NMD (1809040-19) | SPB-octyl | 152 | 112 | | 0.89 | | 1254 | 1260 | 2.40% | 0.25% | SRRTTF | 0.90 |
| Biofilm | BERA0013 | Plantes Ferry Buffer (RM 84.8) | PI-RF (1809040-05) | SPB-octyl | 152 | 117 | | 0.78 | | 1254 | 1260 | 3.8% | 0.29% | SRRTTF | 0.78 |
| Biofilm | BERA0013 | Spokane Gage (RM 72.7) | SG (1809040-15) | SPB-octyl | 152 | 125 | | 0.92 | | 1254 | 1260 | 7.0% | 0.32% | SRRTTF | 0.92 |
| Biofilm | BERA0013 | Stateline (RM 95.9) | SL (1809040-01) | SPB-octyl | 152 | 83 | | 0.90 | | 1254 | 1260 | 1.9% | 0.16% | SRRTTF | 0.97 |
| Biofilm | BERA0013 | Seven Mile Bridge (RM 62.0) | SMB (1809040-18) | SPB-octyl | 152 | 112 | | 0.90 | | 1254 | 1260 | 0% | 1.84% | SRRTTF | 0.90 |
| Biofilm | BERA0013 | Ti Meenach (RM 69.9) | TiM (1809040-17) | SPB-octyl | 152 | 97 | | 0.50 | | 1254 | 1260 | 13% | 0.63% | SRRTTF | 0.50 |
| Biofilm | BERA0013 | Upriver Dam (RM 79.8) | URD (1809040-06) | SPB-octyl | 152 | 122 | | 0.81 | 1248 | 1254 | 1260 | 5.4% | 0.93% | SRRTTF | 0.79 |
| Biofilm | BERA0013 | Upriver Dam (RM 79.8) | URD-DUP (1809040-20) | SGE-HT8 | 152 | 120 | | 0.47 | 1248 | 1254 | 1260 | 13% | 0.21% | SRRTTF | 0.39 |
| River sediment | BERA0009 | UFP0-SEDT | 130401-01 | SGE-HT8 | 174 | 109 | | 0.41 | 1248 | 1254 | 1260 | 14% | 0.21% | SRRTTF | 0.35 |
| River sediment | BERA0009 | UFP0-SEDT | 130417-03 | SGE-HT8 | 174 | 112 | | 0.87 | 1248 | 1254 | 1260 | 0.97% | 0.37% | SRRTTF | 0.89 |
| River sediment | BERA0009 | 9MD-SEDT | 130417-04 | SGE-HT8 | 174 | 108 | | 0.81 | 1248 | 1254 | 1260 | 0.77% | 0.14% | SRRTTF | 0.85 |
| River sediment | BERA0009 | 9MD-SEDT | 130606-01 | SPB-octyl | 174 | 99 | | 0.78 | 1248 | 1254 | 1260 | 1.2% | 0.11% | SRRTTF | 0.83 |
| River sediment | BERA0009 | UFP SedTraps | 1606061-1 | SGE-HT8 | 174 | 105 | | 0.84 | 1248 | 1254 | 1260 | 1.1% | 0.25% | SRRTTF | 0.87 |
| River sediment | BERA0012 | UFP SedTraps | 1606061-2 | SPB-octyl | 148 | 134 | | 0.81 | 1248 | 1254 | 1260 | 0.53% | 0.37% | SRRTTF | 0.85 |
| River sediment | BERA0012 | UFP SedTraps | 1606061-3 | SGE-HT8 | 148 | 139 | | 0.94 | 1248 | 1254 | 1260 | 0.98% | 0.42% | SRRTTF | 0.85 |
| River sediment | BERA0012 | UFP SedTraps | 1606061-4 | SPB-octyl | 148 | 144 | | 0.91 | 1248 | 1254 | 1260 | 0.57% | 0.37% | SRRTTF | 0.94 |
| River sediment | BERA0012 | UFP SedTraps | 1606061-5 | SPB-octyl | 148 | 144 | | 0.92 | 1248 | 1254 | 1260 | 0.54% | 0.31% | SRRTTF | 0.93 |
| River sediment | BERA0012 | UFP SedTraps | 1606061-5 | SGE-HT8 | 148 | 141 | | 0.91 | 1248 | 1254 | 1260 | 0.58% | 0.33% | SRRTTF | 0.94 |
| River sediment | BERA0013 | Gonzaga Sediment (RM 75.0) | GZ-SED (1809040-23) | SPB-octyl | 152 | 136 | 0.99 | 0.99 | 1248 | 1254 | 1260 | 1.4% | 0.35% | SRRTTF | 0.94 |
| River sediment | BERA0013 | Gonzaga Sediment (RM 75.0) | GZ-SE-DUP (1809040-25) | SGE-HT8 | 152 | 136 | 0.99 | 0.99 | 1248 | 1254 | 1260 | 0.08% | 0.07% | SRRTTF | 0.98 |
| River sediment | BERA0013 | Plantes Ferry-Sediment (RM 83.4) | PF-SED (1809040-24) | SPB-octyl | 152 | 131 | 0.77 | 0.77 | 1248 | 1254 | 1260 | 0.07% | 0.23% | SRRTTF | 0.78 |
| River sediment | DSER0010 | Spokane River downstream of Upriver Dam | 3454111 | SGE-HT8 | 101 | 74 | | 0.85 | 1248 | 1254 | 1260 | 0% | 0.32% | SRRTTF | 0.85 |
| River sediment | DSER0010 | Spokane River downstream of Upriver Dam | 3454112 | SPB-octyl | 101 | 77 | | 0.85 | | 1254 | 1260 | 0% | 0.29% | SRRTTF | 0.85 |
| River sediment | DSER0010 | Spokane River downstream of Upriver Dam | 3454114 | SPB-octyl | 101 | 74 | | 0.83 | | 1254 | 1260 | 0% | 0.28% | SRRTTF | 0.83 |
| River sediment | DSER0010 | Spokane River downstream of Upriver Dam | 4208147 | SPB-octyl | 101 | 98 | | 0.83 | | 1254 | 1260 | 0% | 0.28% | SRRTTF | 0.83 |
| River sediment | DSER0010 | Spokane River near Hamilton | 3458100-5 | SGE-HT8 | 177 | 53 | | 0.73 | | 1254 | 1260 | 0% | 0.24% | SRRTTF | 0.89 |
| River sediment | SRUWSpok | Spokane River downstream of Upriver Dam | 1308073-01 | SGE-HT8 | 177 | 108 | | 0.63 | 1248 | 1254 | 1260 | 0% | 0% | SRRTTF | 0.74 |
| River sediment | SRUWSpok | Spokane River downstream of Upriver Dam | 1308073-01REX | SGE-HT8 | 177 | 71 | | 0.55 | 1248 | 1254 | 1260 | 0.11% | 0.33% | SRRTTF | 0.65 |
| River sediment | SRUWSpok | Spokane River dwnstrm of Upriver Dam | 1308073-02 | SGE-HT8 | 177 | 108 | | 0.70 | | 1254 | 1260 | 1.4% | 0.35% | SRRTTF | 0.77 |
| River sediment | SRUWSpok | Spokane River near Iron Bridge | 1308073-03 | SPB-octyl | 177 | 125 | | 0.78 | | 1254 | 1260 | 0.94% | 0.06% | SRRTTF | 0.70 |
| River sediment | SRUWSpok | Spokane River near Iron Bridge | 1308073-03REX | SPB-octyl | 177 | 89 | | 0.82 | | 1254 | 1260 | 0.23% | 0.31% | SRRTTF | 0.78 |
| River sediment | SRUWSpok | Spokane River near Centennial Trail | 1308073-04 | SPB-octyl | 177 | 142 | | 0.75 | | 1254 | 1260 | 0.53% | 0.28% | SRRTTF | 0.86 |
| River sediment | SRUWSpok | Spokane River downstream of Upriver Dam | 1308073-06REX | SGE-HT8 | 177 | 136 | | 0.89 | 1248 | 1254 | 1260 | 0.24% | 0.14% | SRRTTF | 0.76 |
| River sediment | SRUWSpok | Spokane River near Hamilton | 1308073-13 | SGE-HT8 | 177 | 135 | | 0.87 | 1248 | 1254 | 1260 | 1.0% | 0.002% | SRRTTF | 0.90 |
| River sediment | WHOB003 | Spokane River Union Gospel Mission Dock | 1606035-20 | SGE-HT8 | 149 | 135 | | 0.96 | | 1254 | 1260 | 0.15% | 0.10% | SRRTTF | 0.88 |
| River sediment | WHOB003 | Spokane River Union Gospel Mission Dock | 1606035-21 | SPB-octyl | 149 | 135 | | 0.96 | | 1254 | 1260 | 0% | 0.31% | SRRTTF | 0.96 |
| River sediment | WHOB003 | Spokane River Union Gospel Mission Dock | 1702027-26 | SGE-HT8 | 149 | 133 | | 0.95 | | 1254 | 1260 | 0.80% | 0.37% | SRRTTF | 0.96 |
| River sediment | WHOB0003 | Spokane River Union Gospel Mission Dock | 1702027-27 | SPB-octyl | 149 | 133 | | 0.85 | 1248 | 1254 | 1260 | 0.75% | 0.43% | SRRTTF | 0.95 |
| Storm drain solids | SRUW-LW | Spokane River near WSTL Zone2 | 8444381 | SGE-HT8 | 108 | 69 | | 0.84 | | 1254 | 1260 | 1.7% | 0.53% | SRRTTF | 0.85 |
| Storm drain solids | SRUW-Spok | Spokane River #2 | 1207107-02 | SPB-octyl | 159 | 142 | | 0.87 | | 1254 | 1260 | 0.25% | 0.11% | SRRTTF | 0.87 |
| Tissue | BERA0013 | GE Mission (1809040-29) | GDA-INVERT (1809040-29) | SPB-octyl | 152 | 121 | 0.52 | 0.52 | 1248 | 1254 | 1260 | 0% | 0.05% | SRRTTF | 0.89 |
| Tissue | BERA0013 | Spokane Gage (RM 72.7) | SG-INVERT (1809040-28) | SPB-octyl | 152 | 80 | 0.87 | 0.87 | 1248 | 1254 | 1260 | 0.23% | 0.03% | SRRTTF | 0.51 |
| Tissue | BERA0013 | Spokane Gage (RM 72.7) | SG-INVERT-DUP (1809040-30) | SPB-octyl | 152 | 137 | 0.98 | 0.88 | | 1254 | 1260 | 0.24% | 0.03% | SRRTTF | 0.88 |
| Treated effluent | CityOfSpok | Spokane City WWTP | L2046716-6 | SPB-octyl | 120 | 104 | | 0.42 | 1248 | 1254 | 1260 | 4.7% | 0.11% | BB v 20 | 0.31 |
| Treated effluent | CityOfSpok | Spokane City WWTP | L2195827-2 | SPB-octyl | 120 | 97 | 0.73 | 0.73 | 1248 | 1254 | 1260 | 3.6% | 0.06% | BB v 20 | 0.62 |
| Treated effluent | CityOfSpok | Spokane City WWTP | PR162811 | SGE-HT8 | 75 | 57 | 0.63 | 0.63 | 1248 | 1254 | 1260 | 10% | 0% | BB v 20 | 0.48 |
| Treated effluent | CityOfSpok | Spokane City WWTP | PR171292 | SGE-HT8 | 75 | 46 | 0.49 | 0.49 | 1248 | 1254 | 1260 | 8% | 0.78% | BB v 20 | 0.23 |

This same error affected five samples from the MLR analysis of the municipal products.    These are shown in Table 3.  The only significant change is that the yellow road tape (sample ID 034-091014-1328) moves from the 'weathered Aroclor' category to the 'not similar to any Aroclor' category.

Table 3.    Revised MLR results for municipal product samples

| Sample ID | Description | New R2 | Old R2 | Aroclors | |
|-----------|-------------|--------|--------|----------|--|
| 017-082614-1400 | syn. motor oil | 0.43 | 0.44 | | 1260 |
| 022-092914-124 | Lignosulfonate (dust sup.) | 0.75 | 0.75 | 1254 | 1260 |
| 034-091014-1328 | yl rd tape | NS | 0.45 | | |
| P302-010716-1030 | CaCl Deicer | 0.39 | 0.40 | 1254 | 1260 |
| Replicate #3 | WSDOT Salt Brine Soln. FIELD DUP | 0.56 | 0.56 | 1254 | |

## Non-detect flags for municipal products data

A small number of the municipal product samples (9) were analyzed by Vista Labs.  This laboratory appears to have used a different convention for flagging non-detect data.    Whereas for the other municipal product data, non-detects were flagged with a U code, it appears that Vista Labs gave the detection limit preceded by a "<" symbol in the concentration field but gave no letter code in the  'Flag' field in the data sheets.  In the original treatment of this data, I treated all data for which there was no U code as detected.  However, upon further examining this data, the better approach would be to treat a sample with no flag code and a result preceded by a "<" symbol as non-detect (i.e. substitute with zero).  I reanalyzed these nine samples accordingly.  (Note that data with an 'N' flag was treated as detected.  The N flag indicates that the result is an estimated maximum possible concentration (EMPC), i.e. a result greater than the detection limit but less than the limit of quantitation.)  The results are shown in Table 4.  Where the changes are significant via the criteria outlined above, they all involve an increase in the similarity between the congener profile in the municipal product and the congener profiles of the Aroclors.  The $R^2$ values for six of the nine products increase to greater than 0.4, putting them in the category of 'weathered Aroclors'.

Table 4. Reanalysis of Vista Labs Municipal Product data.

| Description | Sample ID | R2 new | R2 old | Aroclors | | | | Conc. | Units |
|---|---|---|---|---|---|---|---|---|---|
| MgCl Deicer | V309-021016-0910 | NS | 0.31 | | | | 1260 | 0 | pg/L |
| MgCl Deicer LAB DUP | B6C0121-DUP1 | 0.08 | 0.31 | 1242 | | 1254 | 1260 | 125 | pg/L |
| CaCl Deicer | V310-021616-1415 | 0.77 | 0.12 | | | | 1260 | 3037 | pg/L |
| WSDOT Salt Brine Soln. | V313-022316-1018 | 0.41 | 0.12 | | | | 1260 | 0.035 | ug/Kg |
| WSDOT Salt Brine Soln. LAB DUP | B6C0153-DUP1 | 0.29 | 0.20 | | | | 1260 | 0.023 | ug/Kg |
| COS Road Salt | V311-021616-1435 | 0.71 | 0.31 | 1242 | | 1254 | 1260 | 0.083 | ug/Kg |
| Sand (Road Traction) | V312-021616-1430 | 0.47 | 0.32 | 1242 | | 1254 | 1260 | 2262 | pg/L |
| Sand (Road Traction) LAB DUP | B6C0145-DUP1 | 0.68 | 0.34 | | | | 1260 | 1714 | pg/L |
| WSDOT NaCl salt | V314-022316-1030 | 0.49 | 0.31 | 1242 | 1248 | 1254 | 1260 | 0.048 | ug/Kg |

## References

City of Spokane Wastewater Management Department, 2015. PCBs in Municipal Products REVISED. Spokane, WA.

Lisa Rodenburg

1        UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF CALIFORNIA

3    --------------------------------------X

4    SAN DIEGO UNIFIED PORT DISTRICT, a

5    public corporation; and CITY OF

6    SAN DIEGO, a municipal corporation,

7                    Plaintiff,     Case No.

8       vs.                        3:15-cv-00578-

9                                   WQH-AGS

10   MONSANTO CORPORATION, SOLUTIA INC.

11   and PHARMACIA CORPORATION,

12                    Defendant.

13   --------------------------------------X

14

15       DEPOSITION OF LISA A. RODENBURG, Ph.D.

16              Parsippany, New Jersey

17                 June 14, 2019

18

19

20   Reported by:

21   MARY F. BOWMAN, RPR, CRR

22   JOB NO. 161636

23

24

25

1    recall specifically withholding?

2       A.    No.

3       Q.    I take it then that the documents

4    provided, if you know, the documents

5    provided to us by counsel yesterday --

6    yesterday or Wednesday?  Wednesday --

7    constitute all of the documents that you

8    turned over to him?  Do you know that?

9       A.    I don't really know that for a

10   fact.

11              MR. LAND:  They are, I will

12       attest that they are.

13       Q.    Did you agree with me that there

14   are PCBs present in the environment that

15   were not manufactured by Monsanto?

16       A.    Yes.

17       Q.    And would you agree with me that

18   some of those PCBs are sometimes referred

19   to as inadvertent or byproduct PCBs?

20       A.    Yes.

21       Q.    And if I referred to those PCBs

22   as byproduct PCBs, you will understand that

23   that's the same thing as an inadvertent

24   PCBs?

25       A.    Yes.

1          Q.    So we don't misunderstand each

2     other.

3                Those PCBs are created during

4     various manufacturing processes, correct?

5          A.    Yes.

6          Q.    And the necessary conditions

7     include the presence of chlorine carbon and

8     heat, correct?

9          A.    I think there may be other

10    conditions, but those conditions will

11    produce PCBs.

12         Q.    Now, as a result of these

13    miscellaneous chemical processes that

14    produce byproduct PCBs, they're found in

15    numerous products, correct?

16         A.    Yes.

17         Q.    Including products that are

18    routinely sold to consumers, correct?

19         A.    Yes.

20         Q.    And one of the main sources of

21    these PCBs are dyes, correct?

22         A.    Pigments.

23         Q.    Pigments, excuse me.

24                And most of those pigments for

25    the past few decades have been manufactured

1    pigments in plastics."  Correct?

2        A.    Yes.

3        Q.    "From 26 countries and five

4    continents," correct?

5        A.    Correct.

6        Q.    "Washing of clothing introduces

7    PCBs to waste water," is that what you

8    wrote?

9        A.    Correct.

10        Q.    And that's a fact, isn't it?

11        A.    As far as I know, yes.

12        Q.    All of this is as far as you

13    know, you understand that?

14        A.    Yes.

15        Q.    If you look at the figure on this

16    slide, it indicates that PCBs, byproduct

17    PCBs have been found in brown cardboard,

18    right?

19        A.    Yes.

20        Q.    Color glossy magazine, right?

21        A.    Yes.

22        Q.    Color newspaper?

23        A.    Yes.

24        Q.    Yellow cereal box?

25        A.    Yes.

1        Q.    Yellow plastic bag?

2        A.    Yes.

3        Q.    Yellow sticky note?

4        A.    Yes.

5        Q.    It's been found in all kinds of

6    countries, right?  Georgia?

7        A.    Yes.

8        Q.    Which used to be part of the

9    Soviet Union?

10       A.    Yes.

11       Q.    It's not like Atlanta, Georgia,

12   correct?

13       A.    Yes.

14       Q.    Moldova, M-O-L-D-O-V-A, right?

15       A.    Yes.

16       Q.    China?

17       A.    Yes.

18       Q.    In fact, there is a lot of recent

19   literature on the existence of byproduct

20   PCBs in various environmental matrices in

21   China, correct?

22       A.    Correct.

23       Q.    You're familiar with the papers?

24       A.    I don't know which specific

25   papers you are referring to, but I'm

1    familiar with some of them.

2         Q.    Costa Rica, correct?

3         A.    Is that -- what's the question?

4         Q.    I'm just reading your slide.

5    Does it say Costa Rica?

6         A.    Yes.

7         Q.    Does that say, was it put there

8    because byproduct PCBs have been found

9    there?

10        A.    In the paper there, yes.

11        Q.    So I'm listing these because you

12   indicated, at least as I interpret this

13   slide, that these are countries where

14   byproduct PCBs have been measured, correct?

15        A.    They are places where I received

16   paper materials and the PCBs were measured

17   in those paper materials.

18        Q.    OK.  Czech Republic?

19        A.    Yes.

20        Q.    Ukraine?

21        A.    Yes.

22        Q.    Thailand?

23        A.    Yes.

24        Q.    Netherlands?

25        A.    Yes.

Page 31

1    Q.    Italy?

2    A.    Yes.

3    Q.    Uzbekistan?

4    A.    Yes.

5    Q.    Argentina?

6    A.    Yes.

7    Q.    Switzerland?

8    A.    Yes.

9    Q.    Spain?

10   A.    Yes.

11   Q.    United Kingdom?

12   A.    Yes.

13   Q.    South Korea?

14   A.    Yes.

15   Q.    Taiwan?

16   A.    Yes.

17   Q.    Sweden?

18   A.    Yes.

19   Q.    India?

20   A.    Yes.

21   Q.    Finland?

22   A.    Yes.

23   Q.    Myanmar?

24   A.    Yes.

25   Q.    Japan?

1      A.     Yes.

2      Q.     Kyrgyzstan,

3   K-Y-R-G-Y-S-Z-S-T-A-N?

4      A.     Yes.

5      Q.     Greece?

6      A.     Yes.

7      Q.     Brazil?

8      A.     Yes.

9      Q.     New Zealand?

10      A.     Yes.

11      Q.     And Monsanto never manufactured

12   PCBs in most of these countries, right?

13      A.     Correct.

14      Q.     In fact, virtually any of them,

15   right?

16      A.     That's my understanding, yes.

17      Q.     Byproduct PCBs have been found in

18   kid's socks, right?

19      A.     Yes.

20      Q.     A woman's tank top?

21      A.     Excuse me?

22      Q.     Yes?

23      A.     Sorry.  Yes.

24      Q.     Woman's tank top.

25             Kid's white sweatshirt?

1      A.    Yes.

2      Q.    Kid's pink knit shirt?

3      A.    Yes.

4      Q.    Kid's pink sock?

5      A.    Yes.

6      Q.    Kid's yellow sock?

7      A.    Yes.

8      Q.    Kid's green sock?

9      A.    Yes.

10     Q.    A dishwash cloth?

11     A.    Yes.

12     Q.    Kid's pajama back?

13     A.    Yes.

14     Q.    What's a pajama back?

15     A.    The child's pajamas typically

16   have a front and back, and the front will

17   frequently have some sort of printing on it

18   whereas the back will just be a solid color

19   so that's why we tested them separately.

20     Q.    And you found PCBs -- byproduct

21   PCBs on both the front and back?

22     A.    Correct.

23     Q.    You found byproduct PCBs in

24   napkins?

25     A.    Yes.

1    Q.    Kids' handkerchief?

2    A.    Yes.

3    Q.    Kids magic towel?

4    A.    Yes.

5        (Exhibit 6, document entitled

6    "Inadvertent PCB Production and Its

7    Impact on Water Quality" marked for

8    identification, as of this date.)

9    Q.    So we have placed in front of you

10   another one of your PowerPoints, correct?

11   A.    Correct.

12   Q.    Once again, in this PowerPoint --

13   do you know who you were addressing here?

14   A.    I don't remember.

15   Q.    In any event, when you present

16   information in this area, inadvertent or

17   byproduct PCBs, you make every effort to

18   ensure that the information you are giving

19   is accurate and correctly reflects the

20   opinions that you hold, correct?

21   A.    Correct.

22   Q.    So in this PowerPoint, if I can

23   direct your attention to page 5, once again

24   it's titled, "PCB 11 concentration and

25   consumer goods."  Correct?

1    talking about when we asked you on page 93

2    if you were familiar with what we have now

3    marked as Exhibit 10 and you said yes?

4         A.    Yes.

5         Q.    And on the next page, I referred

6    you to pages 46 and 47 of Exhibit 10 and I

7    said that I counted 128 congeners, which

8    were byproduct congeners identified by the

9    document of ecology.  And I asked you does

10   that look about right and you said that

11   sounds about right.  That was your sworn

12   testimony, correct?

13        A.    Yes.

14        Q.    So going back, you would agree

15   with me that approximately 128 congeners

16   have been identified as byproduct

17   congeners, correct?

18        A.    Approximately, yes, I didn't

19   count them, but yes.

20        Q.    Do you want to count them?

21        A.    Not really.

22        Q.    Take my word for it?

23        A.    I'll take your word for it.

24        Q.    OK, thank you.

25              We were on Exhibit 8.  Could you

1    get Exhibit 8 back out, Dr. Rodenburg.

2              MS. YANOCHIK:  It's this one --

3        A.    With the no cover page?  I wonder

4    what happened to the cover page.

5        Q.    Could you go to page 2169?

6        A.    Yes.

7        Q.    One bullet I would like to read

8    from you, you were talking about PCB 11,

9    correct?

10       A.    Yes.

11       Q.    And you say virtually all of it

12   gets out into the environment, is that what

13   you say here?

14       A.    Yes.

15       Q.    Would you agree with me that

16   inadvertent PCB concentrations in pigments

17   have been identified up to 2500 PPM, parts

18   per million?

19       A.    I'm sorry, wait until we deal

20   with the noise.

21       Q.    Sure.

22       A.    Could you repeat the question?

23       Q.    Sure.  Would you agree with me --

24   and again we went over this with you in

25   Hartford, but we will go over it again.

1          Would you agree with me in the

2     literature, byproduct PCB concentrations

3     have been documented as being up to 2500

4     parts per million?

5          A.    That sounds about right, yes.

6          Q.    Why don't we mark this as next

7     exhibit.

8               (Exhibit 11, transcript dated

9          September 25, 2017 marked for

10         identification, as of this date.)

11         Q.    So we went over this with you in

12    Seattle.  Do you recall that?  Excuse me,

13    in Seattle?

14         A.    In New Jersey.

15         Q.    That's what it seems like.

16              In New Jersey in another -- in a

17    case that we took your deposition with last

18    year, correct?

19         A.    That's correct.

20         Q.    We took your deposition last year

21    I should say.

22              And this was a transcript of a

23    webinar you gave in September of 2017,

24    right?

25         A.    Yes.

1                    CERTIFICATE

2        STATE OF NEW JERSEY )

                              )ss:

3        COUNTY OF UNION      )

4            I, MARY F. BOWMAN, a Registered

5        Professional Reporter, Certified

6        Realtime Reporter, and Notary Public

7        within and for the State of New Jersey,

8        do hereby certify:

9            That LISA A. RODENBURG, Ph.D.,

10       the witness whose deposition is

11       hereinbefore set forth, was duly sworn

12       by me and that such deposition is a

13       true record of the testimony given by

14       such witness.

15           I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage and that I

18       am in no way interested in the outcome

19       of this matter.

20           In witness whereof, I have

21       hereunto set my hand this 19th day of

22       June, 2019.

23

24       _____

25       MARY F. BOWMAN, RPR, CRR