Geana M. Van Dessel, WSBA #35969
KUTAK ROCK
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
Phone: (509) 252-2691

Adam E. Miller, MO Bar No. 40945 (*Pro Hac Vice*)
Michael W. Cromwell, MO Bar No. 70484 (*Pro Hac Vice*)
Susan L. Werstak, MO Bar No. 55689 (*Pro Hac Vice*)
CAPES, SOKOL, GOODMAN AND SARACHAN, PC
7701 Forsyth Boulevard, Twelfth Floor
St. Louis, MO 63105
Phone (314) 754-4810

Thomas M. Goutman, PA Bar No. 30236 (*Pro Hac Vice*)
David. S. Haase, PA Bar No. 73835 (*Pro Hac Vice*)
Rosemary R. Schnall, PA Bar No. 73455 (*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 575-3136

Richard L. Campbell, MA Bar No. 663934 (*Pro Hac Vice*)
Melissa Nott Davis, MA Bar No. (654546) (*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
125 Summer St., Suite 1220
Boston, MA 02110
Phone: (617) 531-1411

Attorneys for Defendants (Additional Counsel on Signature Page)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation, located in the County of Spokane, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 - 100,<br><br>Defendants. | Case No. 15-cv-00201-SMJ<br><br>**Declaration of Melissa Nott Davis Re: Defendants' Statement of Material Facts Not in Dispute**<br><br>Hearing: March 11, 2020<br>Richland<br>With Oral Argument |

Declaration of Melissa Nott Davis
Re: Defendants' Statement of Material Facts Not in Dispute

1    Melissa Nott Davis declares and states under penalty of perjury:

2    1.    I am over the age of 18 and competent to be a witness herein. I am an

3    attorney for Defendants Pharmacia LLC, Monsanto Company, and Solutia Inc.

4    (collectively, "Defendants" or "Monsanto") in this matter. Except where indicated

5    otherwise, I make this declaration based on my own personal knowledge and the

6    books and records of my firm Shook, Hardy & Bacon L.L.P.

7    2.    Attached as **Exhibit 1** are true and correct copies of pages 21, 23-31,

8    33-36, 38-43, 47-51, 54, 57, 62, 65, 80-82, 84, 86-89, 96-97, 100-103, 105-106, 115,

9    127-128, 132-133, 136, 138-140, 149-150, 163, 169, 191, 193-194, 196, 199-200,

10   204-205, 214-215, 220-222, 224, 228-229, 233-235, 252, 264-266, 271-273, 277-

11   278, 280-283, 289, 296-298, 300-301, 304, 306, 310, 322-323, 335-337 of the

12   deposition testimony of Lars Hendron, taken June 7, 2019 in Spokane, Washington

13   ("Hendron Dep.").

14   3.    Attached as **Exhibit 2** are true and correct copies of pages 26, 32-33,

15   36-39, 42-43, 58-65, 74-75, 82, 87-92, 98, 100-102, 104, 107-108, 114-115, 125-

16   127, 131-134, 140-142, 156-157, 171, 173, 175-179, 185-187, 202-203, 215-224,

17   228-231, 233, 253-254, 260, 263, 271-272 of the deposition testimony of Marcia

18   Davis, taken September 10-11, 2019 in Spokane, Washington ("Davis Dep.").

19   4.    Attached as **Exhibit 3** are true and correct copies of pages 17-18, 21,

20   24-31, 33, 34-35, 40-42, 44-46, 51-52, 55-56, 59-62, 68-69, 73-81 of the deposition

21   testimony of Michael Coster, taken September 17, 2019 in Spokane, Washington

22   ("Coster Dep.").

23

24

Declaration of Melissa Nott Davis        1
Re: Defendants' Statement of Material Facts Not in Dispute

5.      Attached as **Exhibit 4** are true and correct copies of pages 52-53, 55, 57-60, 61-62, 63-64, 66, 67, 69-70, 71-73, 114 of the deposition testimony of Scott K. Windsor, taken September 13, 2019 in Spokane, Washington ("Windsor Dep.").

6.      Attached as **Exhibit 5** are true and correct copies of pages 13-16, 63, 68-69, 152, 163-164, 177, 337-338, 381, 582-585, 591-592, 594-595, 730-732, 910-911, 916, 920-921, 923, 928-929, 932-933 of the deposition testimony of Marlene Feist, taken July 16-17 and September 16-17, 2019 in Spokane, Washington ("Feist Dep.").

7.      Attached as **Exhibit 6** are true and correct copies of pages 508-509 of the deposition testimony of Robert Kaley, taken January 7-9, 2020 in St. Louis, Missouri ("Kaley Dep.").

8.      Attached as **Exhibit 7** are true and correct copies of pages 32, 35-36, 81-83, 88-89, 92-105, 116-118, 123-129, 146, 148, 150-152 of the deposition testimony of Joel Bowdan III, taken November 14, 2019 in San Diego, California ("Bowdan Dep.").

9.      Attached as **Exhibit 8** are true and correct copies of pages 27, 79, 86-87, 102-103, 121-123 of the deposition testimony of David Carpenter, taken December 12, 2019 in New York, New York ("Carpenter Dep.").

10.     Attached as **Exhibit 9** are true and correct copies of pages 17-18, 45, 102-104, 111-112, 158-159 of the deposition testimony of Kevin Coghlan, taken October 30, 2019 in Newton, Massachusetts ("Coghlan Dep.").

11.     Attached as **Exhibit 10** are true and correct copies of pages 67-69, 91-93, 123-125, 193, 202, 301-302 of the deposition testimony of Richard

1    DeGrandchamp, taken November 19, 2019 in Denver, Colorado ("DeGrandchamp

2    Dep.").

3        12.    Attached as **Exhibit 11** are true and correct copies of pages 11-13, 22-

4    23 of the deposition testimony of David Dilks, taken January 23, 2020 in Ann Arbor,

5    Michigan ("Dilks Dep.").

6        13.    Attached as **Exhibit 12** are true and correct copies of page 122 of the

7    deposition testimony of Jack Matson, taken September 9, 2016 in the matter

8    captioned *Town of Westport, et al., v. Monsanto Company, et al.*, Case No. 1:14-cv-

9    12041 (DJC) in the US District Court for the District of Massachusetts in State

10    College, Pennsylvania ("Matson Westport Dep.").

11        14.    Attached as **Exhibit 13** are true and correct copies of pages 262-264 of

12    the deposition testimony of Jack Matson, taken July 12, 2019 in the matter captioned

13    *San Diego Unified Port District, et al. v. Monsanto Company, et al.*, Case No. 3:15-

14    cv-00578-WQH-AGS in the US District Court for the Southern District of California

15    in State College, Pennsylvania ("Matson San Diego Dep.").

16        15.    Attached as **Exhibit 14** are true and correct copies of pages 75-77, 112-

17    113 of the deposition testimony of J. Keith Nelson, taken June 28, 2019 in the matter

18    captioned *San Diego Unified Port District, et al. v. Monsanto Company, et al.*, Case

19    No. 3:15-cv-00578-WQH-AGS in the US District Court for the Southern District of

20    California in Schenectady, New York ("Nelson San Diego Dep.").

21        16.    Attached as **Exhibit 15** are true and correct copies of pages 10-12, 14-

22    16, 19, 21-22 of the deposition testimony of James Olson, taken November 13, 2019

23    in Buffalo, New York ("Olson Dep.").

24

1       17.     Attached as **Exhibit 16** are true and correct copies of pages 55-56, 121-

2  122, 133, 137, 143, 155, 159, 182-183, 225, 228-231, 234-235, 243-245 of the

3  deposition testimony of James Olson, taken August 24, 2016 in the matter captioned

4  *Town of Westport, et al., v. Monsanto Company, et al.*, Case No. 1:14-cv-12041

5  (DJC) in the US District Court for the District of Massachusetts in Williamsville,

6  New York ("Olson Westport Dep.").

7       18.     Attached as **Exhibit 17** are true and correct copies of pages 13-18, 36,

8  38, 43, 50-51, 57-63, 65-68, 70-71, 258-260 of the deposition testimony of Lisa

9  Rodenburg, taken December 18, 2019 in Philadelphia, Pennsylvania ("Rodenburg

10  Dep.").

11       19.     Attached as **Exhibit 18** are true and correct copies of pages 18-19, 24,

12  26, 28-34, 54-56 of the deposition testimony of Lisa Rodenburg, taken June 14, 2019

13  in the matter captioned *San Diego Unified Port District, et al. v. Monsanto

14  Company, et al.*, Case No. 3:15-cv-00578-WQH-AGS in the US District Court for

15  the Southern District of California in Parsippany, New Jersey ("Rodenburg San

16  Diego Dep.").

17       20.     Attached as **Exhibit 19** are true and correct copies of pages 65, 162-

18  163 of the deposition testimony of Lisa Rodenburg, taken February 7, 2018 in the

19  matter captioned *City of Hartford, et al., v. Monsanto Company, et al.*, Case No.

20  3:15-cv-01544 (RNC) in the US District Court for the District at Connecticut in

21  Cherry Hill, New Jersey ("Rodenburg Hartford Dep.").

22

23

24

21.    Attached as Exhibit 20 are true and correct copies of pages 17, 29, 31-33, 38-40, 45-46, 51, 99-101 of the deposition testimony of David Rosner, taken December 10, 2019 in New York, New York ("Rosner Dep.").

22.    Attached as **Exhibit 21** are true and correct copies of pages 76-77 of the deposition testimony of Daniel Schlenk, taken November 13, 2019 in San Diego, California ("Schlenk Dep.").

23.    Attached as **Exhibit 22** are true and correct copies of pages 13-18, 28, 42, 46-47, 51-52, 52-54, 77-78, 102-103 of the deposition testimony of Michael Trapp, taken January 17, 2020 in San Diego, California ("Trapp Dep.").

24.    Attached as **Exhibit 23** is a true and correct copy of the expert report of David O. Carpenter dated August 12, 2019 ("Carpenter Rpt.").

25.    Attached as **Exhibit 24** is a true and correct copy of the expert report of Kevin M. Coghlan dated October 11, 2019 ("Coghlan Rpt.").

26.    Attached as **Exhibit 25** is a true and correct copy of the expert report of David Dilks dated October 10, 2019 ("Dilks Rpt.").

27.    Attached as **Exhibit 26** is a true and correct copy of the expert report of Frank Gobas dated October 10, 2019 ("Gobas Rpt.").

28.    Attached as **Exhibit 27** is a true and correct copy of the expert report of Kurt Herman dated November 14, 2019 ("Herman Rpt.").

29.    Attached as **Exhibit 28** is a true and correct copy of the expert report of Michael Kavanaugh dated November 15, 2019 ("Kavanaugh Rpt.").

30.    Attached as **Exhibit 29** is a true and correct copy of the expert report of Jack Matson dated August 6, 2019 ("Matson Rpt.").

1    31.    Attached as **Exhibit 30** is a true and correct copy of the expert report

2    of J. Keith Nelson dated August 12, 2019 ("Nelson Rpt.").

3    32.    Attached as **Exhibit 31** is a true and correct copy of the expert report

4    of James Olson dated October 11, 2019 ("Olson Rpt.").

5    33.    Attached as **Exhibit 32** is a true and correct copy of the expert report

6    of Maureen Reitman dated November 15, 2019 ("Reitman Rpt.").

7    34.    Attached as **Exhibit 33** is a true and correct copy of the expert report

8    of Lisa Rodenburg dated October 11, 2019 ("Rodenburg Rpt.").

9    35.    Attached as **Exhibit 34** is a true and correct copy of NPDES Permit No.

10   WA-002447-3, State of Washington Department of Ecology, issued October 25,

11   1974, bates labeled PCB-SPOKANE-07482525 through 07482563.

12   36.    Attached as **Exhibit 35** is a true and correct copy of NPDES Permit No.

13   WA-002447-3, State of Washington Department of Ecology, issued November 1,

14   1980.

15   37.    Attached as **Exhibit 36** is a true and correct copy of NPDES Permit No.

16   WA-002447-3, State of Washington Department of Ecology, issued September 30,

17   1986, bates labeled SPOKANE-PRR-0428303 through 0428322.

18   38.    Attached as **Exhibit 37** is a true and correct copy of City of Spokane,

19   *RPWRF Public Comments: Draft NPDES Permit and Fact Sheet*, September 12,

20   2016, bates labeled PCB-SPOKANE-01199785 through 01199790.

21   39.    Attached as **Exhibit 38** is a true and correct copy of NPDES Permit No.

22   WA-002447-3, State of Washington Department of Ecology, effective April 1, 2000.

23

24

40.     Attached as **Exhibit 39** is a true and correct copy of NPDES Permit No. WA-002447-3, State of Washington Department of Ecology, effective July 1, 2011.

41.     Attached as **Exhibit 40** is a true and correct copy of MS4 Permit, State of Washington Department of Ecology, effective February 16, 2007, bates labeled SPOKANE-PRR-0000836 through 0000884.

42.     Attached as **Exhibit 41** is a true and correct copy of MS4 Permit, State of Washington Department of Ecology, effective September 1, 2012.

43.     Attached as **Exhibit 42** is a true and correct copy of MS4 Permit, State of Washington Department of Ecology, effective August 1, 2014, bates labeled SPOKANE-PRR-0049922   through   0049983   and   PCB-SPOKANE-04281228 through 04281237.

44.     Attached as **Exhibit 43** is a true and correct copy of MS4 Permit, State of Washington Department of Ecology, effective August 1, 2019.

45.     Attached as **Exhibit 44** is a true and correct copy of Plaintiff, City of Spokane's, damages model entitled "Master Spreadsheet 2020" dated January 3, 2020,   bates   labeled   PCB-SPOKANE-08180230   through   PCB-SPOKANE-08180315.

46.     Attached as **Exhibit 45** is a true and correct copy of a narrative of the Spokane Sewage Treatment plant from 1963 by A.J. Residorph and G.M. Wilson bates labeled PCB-SPOKANE-03311933 through PCB-SPOKANE-03311944.

47.     Attached as **Exhibit 46** is a true and correct copy of the History of Spokane Sewage Treatment Plant from 1933 to 1939 prepared by the City Engineer's Office and dated January 1945.

1       48.     Attached as **Exhibit 47** is a true and correct copy of A.D. Butler's

2  Report on Sewage Disposal for Spokane, Washington dated July 1933.

3       49.     Attached as **Exhibit 48** is a true and correct copy of Bovay Northwest,

4  Inc.'s "Combined Sewer Overflow Reduction Plan" for the City of Spokane dated

5  January 1994, bates labeled SPOKANE-PRR-2379378 through SPOKANE-PRR-

6  2379641.

7       50.     Attached as **Exhibit 49** is a true and correct copy of a 1992 book chapter

8  by Raymond A. Soltero, et al., entitled "The Changing Spokane River Watershed:

9  Actions to Improve and Maintain Water Quality" contained in Robert Naiman's

10  book Watershed Management: Balancing Sustainability and Environmental Change.

11       51.     Attached as **Exhibit 50** is a true and correct copy of City of Spokane,

12  Washington's January 2019 Monthly Report from the 2019 CSO Flow Monitoring

13  Project studying Flow, Frequency and Duration of CSO events.

14       52.     Attached as **Exhibit 51** is a true and correct copy of the July 14, 2015

15  USEPA plan for the Spokane River entitled "EPA's Plan for Addressing PCBs in

16  the Spokane River" responding to the March 16, 2015 Order issued in *Sierra Club,*

17  *et al. v. McLerran*, No. 11-CV-1759-BJR (March 16, 2015).

18       53.     Attached as **Exhibit 52** is a true and correct copy of Washington State,

19  Department of Ecology's "Measureable Progress Definition" dated July 17, 2014.

20       54.     Attached as **Exhibit 53** is a true and correct copy of LimnoTech's

21  August 12, 2015 report entitled "Spokane River Regional Toxics Task Force Phase

22  2 Technical Activities Report: Identification of Potential Unmonitored Dry Weather

23  Sources of PCBs to the Spokane River".

24

55.     Attached as **Exhibit 54** is a true and correct copy of LimnoTech's "2016 Comprehensive Plan to Reduce Polychlorinated Biphenyls (PCBs) in the Spokane River" dated November 16, 2016.

56.     Attached as **Exhibit 55** is a true and correct copy of LimnoTech's "Spokane River Regional Toxics Task Force 2018 Technical Activities Report: Continued Identification of Potential Unmonitored Dry Weather Sources of PCBs to the Spokane River" dated March 27, 2019.

57.     Attached as **Exhibit 56** is a true and correct copy of the State of Washington, Department of Ecology's April 2011 report titled "Spokane River PCB Source Assessment 2003-2007".

58.     Attached as **Exhibit 57** is a true and correct copy of the Health Consultation prepared by The Washington State Department of Health entitled "Potential Cumulative Health Effects Associated with Eating Spokane River Fish" dated August 5, 2011.

59.     Attached as **Exhibit 58** is a true and correct copy of a City of Spokane Water Quality Improvement Program report entitled "Combined Sewer Overflow Reduction System Wide Alternative Report" dated December 2005 and bates labeled SPOKANE-PRR-3615313 through SPOKANE-PRR-3615451.

60.     Attached as **Exhibit 59** is a true and correct copy of the Fact Sheet for NPDES Permit WA-002447-3 for the City of Spokane Wastewater Treatment Plant (WWTP) and Spokane County (Pretreatment Program) dated December 22, 1999 and revised March 30, 2000.

61.    Attached as **Exhibit 60** is a true and correct copy of a presentation from September 26, 2018 entitled "University District Stormwater Site Suitability Assessment" given by Marcia Davis, PE, for the City of Spokane and Aimee Navickis-Brasch, PE PhD, for HDR.

62.    Attached as **Exhibit 61** is a true and correct copy of the USEPA, Final Environmental Impact Statement for the City of Spokane Combined Sewer Overflow Abatement Project from July 1979.

63.    Attached as **Exhibit 62** is a true and correct copy of a City of Spokane Public Works Department Report entitled "Facilities Planning Report for Sewer Overflow Abatement" from 1977 bates labeled PCB-SPOKANE-00003249 through PCB-SPOKANE-00003366.

64.    Attached as **Exhibit 63** is a true and correct copy of Esvelt & Saxton/Bovay Engineers, Inc.'s "Spokane Wastewater Study" dated July 1, 1972.

65.    Attached as **Exhibit 64** is a true and correct copy of an article entitled "Waste Treatment Plant Modified for Increased Solids Loading" by A.J. Reisdorph, Superintendent for the Sewage Treatment Plant, Spokane, Washington published in Public Works in April, 1965.

66.    Attached as **Exhibit 65** is a true and correct copy of a compilation of CSO Annual Reports for the City of Spokane from 1994 through 2017.

67.    Attached as **Exhibit 66** is a true and correct copy of the 1952 "Report on Water Pollution Control" for the Spokane River Basin prepared by the Pacific Northwest Drainage Basins Office, Division of Water Pollution Control, Public

1 Health Service and Federal Security Agency in cooperation with the Idaho
2 Department of Public Health and the Washington Pollution Control Commission.

3     68.    Attached as **Exhibit 67** is a true and correct copy of the City of
4 Spokane, Combined Sewer Overflow (CSO) Annual Report from 2015.

5     69.    Attached as **Exhibit 68** is a true and correct copy of WAC 173-245-030
6 in effect in 1988.

7     70.    Attached as **Exhibit 69** is a true and correct copy of the City of Spokane
8 Combined Sewer Overflow Reduction Plan dated October 17, 1991, bates labeled
9 SPOKANE-PRR-0906172 through SPOKANE-PRR-0906204.

10     71.    Attached as **Exhibit 70** is a true and correct copy of the August 10,
11 2001, State of Washington, Department of Ecology Noncompliance Warning to the
12 Spokane Wastewater Management Department, bates labeled PCB-SPOKANE-
13 03306938 through PCB-SPOKANE-03306940.

14     72.    Attached as **Exhibit 71** is a true and correct copy of a City of Spokane
15 Water Quality Improvement Program report entitled "Combined Sewer Overflow
16 Reduction System Wide Alternative Report" dated December 2005 and bates labeled
17 SPOKANE-PRR-3615313 through SPOKANE-PRR-3615451.

18     73.    Attached as **Exhibit 72** is a true and correct copy of the Notice of Intent
19 to file a Citizen Suit under the Clean Water Act filed in *Sierra Club v. City of*
20 *Spokane*, Case No. CV-08-283-LRS, ECF No. 2, September 12, 2008.

21     74.    Attached as **Exhibit 73** is a true and correct copy of the State of
22 Washington, Department of Ecology's June 30, 2017 Administrative Order issued
23 to the City of Spokane for Riverside Park Water Reclamation Facility, 4401 N.

24

Aubrey Parkway, Spokane, Washington 99205, bates labeled PCB-SPOKANE-00695478 through PCB-SPOKANE-00695482.

75.    Attached as **Exhibit 74** is a true and correct copy of the State of Washington, Department of Ecology's Water Quality Improvement Report entitled "Spokane River and Lake Spokane Dissolved Oxygen Total Maximum Daily Load" with Publication No. 07-10-073 dated February, 2010, bates labeled SPOKANE-PRR-0066111 through SPOKANE-PRR-0066509.

76.    Attached as **Exhibit 75** is a true and correct copy of the State Environmental Policy Act (SEPA), Environmental Checklist, bates labeled PCB-SPOKANE-00780230 through PCB-SPOKANE-00780261.

77.    Attached as **Exhibit 76** is a true and correct copy of the City of Spokane December 2014 Integrated Clean Water Plan bates labeled SPOKANE-PRR-0049984 through SPOKANE-PRR-0050265.

78.    Attached as **Exhibit 77** is a true and correct copy of an Email from Dale Arnold to Mary Verner and others with subject line "RE: DO TMDL Feb 24 Meeting Agenda and Materials. Summary of the Meeting by DEA" dated March 9, 2011, bates labeled PCB-SPOKANE-03338968 through PCB-SPOKANE-03338969.

79.    Attached as **Exhibit 78** is a true and correct copy of an Email from Kelly Irving at CH2M to Marcia Davis and others with subject line "RE: ICWP: Ecology Comments on Schedule and Financing" dated October 10, 2014, bates labeled PCB-SPOKANE-08141709 through PCB-SPOKANE-08141711.

80.    Attached as **Exhibit 79** is a true and correct copy of the Pall Corporation Micro-Filtration System Operation and Maintenance Manual for the

1    City of Spokane Wastewater Management dated August 2017, bates labeled PCB-

2    SPOKANE-08122194 through PCB-SPOKANE-08122333.

3        81.    Attached as **Exhibit 80** is a true and correct copy of a letter from Scott

4    Simmons, Director of City of Spokane Public Works to Cheryl A. Niemi with the

5    Department of Ecology regarding "City of Spokane Variance Application – NPDES

6    Permit No. WA-0024447-3" dated April 29, 2019.

7        82.    Attached as **Exhibit 81** is a true and correct copy of the January 1976

8    Technical Report from the Metropolitan Spokane Region Water Resources Study by

9    the US Army Corps of Engineers.

10       83.    Attached as **Exhibit 82** is a true and correct copy of the March 2004

11   City of Spokane, Stormwater Management Plan, bates labeled SPOKANE-PRR-

12   0897642 through SPOKANE-PRR-0897785.

13       84.    Attached as **Exhibit 83** is a true and correct copy of City of Spokane

14   Department of Engineering Services, Design Standards, dated February 2007.

15       85.    Attached as **Exhibit 84** is a true and correct copy of the 2019 MS4

16   NPDES Permit issued on July 1, 2019.

17       86.    Attached as **Exhibit 85** is a true and correct copy of the 2014 Annual

18   Report for the Adaptive Management Plan for Reducing PCBs in Stormwater

19   Discharges for reporting period May, 2013 to May, 2014 prepared by the City of

20   Spokane, Wastewater Management Department.

21       87.    Attached as **Exhibit 86** is a true and correct copy of the Consent Decree

22   entered in *Spokane Riverkeeper v. City of Spokane*, 2:11-cv-00217-LRS, ECF No.

23   3, Aug. 23, 2011.

24

88.     Attached as **Exhibit 87** is a true and correct copy of the State of Washington, Department of Ecology, Spokane River and Lake Spokane Dissolved Oxygen Total Maximum Daily Load 2010-2016 Implementation Report, revised November 2018.

89.     Attached as **Exhibit 88** is a true and correct copy of the Memorandum Order Remanding Matter for Further Consideration issued in *Sierra Club, et al. v. McLerran*, No. 11-CV-1759-BJR, ECF No. 120, Mar. 16, 2015.

90.     Attached as **Exhibit 89** is a true and correct copy of excerpts from a spreadsheet titled  EPA 2019, National Spreadsheet of Facilities re PCB Activities, available                                                                                      at https://www.epa.gov/sites/production/files/201903/nationa1_spreadsheet_of_facilities_that_have_notified_of_pcb_act ivities_3-20-19.xlsx

91.     Attached as **Exhibit 90** is a true and correct copy of excerpts from a spreadsheet titled EPA 2015, Most Recent EPA Regulated Transformer Data, available                                                                                      at https://www.epa.gov/sites/production/files/2015-10/documents/most_recent_registrations_excel_document.xls_.pdf

92.     Attached as **Exhibit 91** is a true and correct copy of Plaintiff's Third Supplement to Plaintiff's Second Amended Objections and Responses to Pharmacia LLC's First Amended Special Interrogatories dated July 2, 2019.

93.     Attached as **Exhibit 92** is a true and correct copy of the June 20, 1990 Consent Agreement and Final Order issued by USEPA in *The Matter of: City of*

*Spokane Advanced Wastewater Treatment Plant*, Dkt. No. 1090-04-28-2615, bates labeled SPOKANE-PRR-0417423 through SPOKANE-PRR-0417430.

94.    Attached as **Exhibit 93** is a true and correct copy of the August 2, 2001 Draft Report entitled "Report on Polychlorinated Biphenyls (PCB) Within Departments of the City of Spokane" by Bill Rickard, Environmental Analyst, bates labeled SPOKANE-PRR-0425760 through SPOKANE-PRR-0425791.

95.    Attached as **Exhibit 94** is a true and correct copy of *Esvelt Environmental Engineering Memo*, Larry E. Esvelt (Dec. 20, 2001), bates labeled LLSWD_SPO_TP00000212 through LLSWD_SPO_TP00000215.

96.    Attached as **Exhibit 95** is a true and correct copy of *Spokane River PCB TMDL Stormwater Loading Analysis – Final Technical Report* (Dec. 2007), bates labeled SPOKANE-PRR-0707402 through SPOKANE-PRR-0707453.

97.    Attached as **Exhibit 96** is a true and correct copy of *Spokane River PCB Source Assessment Report Email*, Erin Carroll (June 23, 2011), bates labeled SPOKANE-PRR-0440447.

98.    Attached as **Exhibit 97** is a true and correct copy of *Washington State Water Quality Standards: Human health criteria and implementation tools – overview of key decisions in rule amendment*, Washington Department of Ecology (Aug. 2016).

99.    Attached as **Exhibit 98** is a true and correct copy of a David A. Condon letter to US EPA dated Feb. 7, 2017.

100.    Attached as **Exhibit 99** is a true and correct copy of US EPA letter to Washington Dept. of Ecology dated May 10, 2019.

101.    Attached as **Exhibit 100** is a true and correct copy of Spreadsheet: Dilks Table 1, David Dilks.

102.    Attached as **Exhibit 101** is a true and correct copy of *PCBs still found in products – and river*, The Spokesman-Review (Aug. 16, 2011).

103.    Attached as **Exhibit 102** is a true and correct copy of *Lake Spokane carp removal project wraps up gillnets for season*, The Spokesman-Review, dated May 28, 2017.

104.    Attached as **Exhibit 103** is a true and correct copy of *Removing carp from Lake Spokane mixes science, grunt work*, The Spokesman-Review, dated May 19, 2017.

105.    Attached as **Exhibit 104** is a true and correct copy of Washington State Dept. of Health, *Evaluation of PCBs, PBDEs and Selected Metals in the Spokane River, Including Long Lake Spokane, Washington*, dated Aug. 28, 2007.

106.    Attached as **Exhibit 105** is a true and correct copy of Washington Department of Ecology, *Washington State Water Quality Assessment*, Listing ID 8201, available at https://apps.ecology.wa.gov/approvedwqa/ApprovedSearch.aspx.

107.    Attached as **Exhibit 106** is a true and correct copy of *Guidance for Assessing Chemical Contaminant Data for Use in Fish Advisories*, US EPA, dated Nov. 2000.

108.    Attached as **Exhibit 107** is a true and correct copy of *Riverfront Park Master Plan* (Fall 2014), bates labeled SPO_DEFEXP-WD-00004008 through SPO_DEFEXP-WD-00004155.

109.    Attached as **Exhibit 108** is a true and correct copy of an article from The Spokane River Edited by, Paul Lindholdt, University of Washington Press (2018).

110.    Attached as **Exhibit 109** is a true and correct copy of Water Quality Combined Financial Assistance Agreement No. WQC-2018-Spokan-00018, bates labeled SPOKANE-PRR-5057771 through SPOKANE-PRR-5057831

111.    Attached as **Exhibit 110** is a true and correct copy of Minor Contract Cheat Sheet, Marcia Davis, dated Sept. 1, 2009, bates labeled SPOKANE-PRR-4552247.

112.    Attached as **Exhibit 111** is a true and correct copy of Water Quality Combined Financial Assistance General Information, WQC-2017-Spokan-00154.

113.    Attached as **Exhibit 112** is a true and correct copy of Water Quality Combined Financial Assistance Agreement No. WQC-2017-Spokan-00014, bates labeled SPOKANE-PRR-5056560 through SPOKANE-PRR-5056594.

114.    Attached as **Exhibit 113** is a true and correct copy of Water Quality Combined Financial Assistance Agreement No. WQC-2019-Spokan-00154, bates labeled SPOKANE-PRR-5033693 through SPOKANE-PRR-5033733.

115.    Attached as **Exhibit 114** is a true and correct copy of Water and Wastewater System Revenue Bonds, 2014 (Green Bonds) Official Statement Dated Nov. 18, 2014, City of Spokane.

116.    Attached as **Exhibit 115** is a true and correct copy of the Interdepartmental Task Force on PCBs report entitled Polychlorinated Biphenyls and the Environment, COM-72-10419, dated May 1972.

117.   Attached as **Exhibit 116** is a true and correct copy of the article Erickson, "Applications of polychlorinated biphenyls", 18 Environ Sci Pollut Res. (2011) 18:135-151.

118.   Attached as **Exhibit 117** is a true and correct copy of an Email from Brett Land to David Haase dated October 16, 2019 with subject line "RE: J. Keith Nelson; Jack Matson; Spokane Depositions".

119.   Attached as **Exhibit 118** is a true and correct copy of the International Agency for Research on Cancer monograph "Polychlorinated and Polybrominated Biphenyls", Vol. 107 (2016).

120.   Attached as **Exhibit 119** is a true and correct copy of the article, Breivik et al., "Towards a global historical emission inventory for selected PCB congeners–a mass balance approach", 290 THE SCIENCE OF THE TOTAL ENVIRONMENT (2002) 181-198.

121.   Attached as **Exhibit 120** is a true and correct copy of "The PCB Story" by S. Jensen published in Ambio, Vol 1, No. 4 (Aug.1972).

122.   Attached as **Exhibit 121** is a true and correct copy of a letter dated February 27, 1970 from Monsanto Company to its customers, bates labeled MCL000121 through MCL000166.

123.   Attached as **Exhibit 122** is a true and correct copy of a letter dated June 1, 1970 from Monsanto Company to its customers, bates labeled MCL000213 through MCL000223.

124.    Attached as **Exhibit 123** is a true and correct copy of "The PCB-Pollution Problem, Summary of January 21 and 22, 1970 St. Louis Meeting with General Electric Company", bates labeled MONS037460 through MONS037461.

125.    Attached as **Exhibit 124** is a true and correct copy of a Monsanto internal memorandum entitled "The PCB-Environmental problem" dated April 15, 1970 and bates labeled GPFOX00034589.

126.    Attached as **Exhibit 125** is a true and correct copy of letter from Kelsey Gray on behalf of the Spokane River Regional Toxics Task Force to the National Association of Clean Water Agencies dated November 21, 2012 with subject "Toxics Substance Control Act-TSCA, bates labeled SPOKANE-PRR-1610938 through SPOKANE-PRR-1610941.

127.    Attached as **Exhibit 126** is a true and correct copy of the article Hu, D., Hornbuckle, K.C., Inadvertent polychlorinated biphenyls in commercial paint pigments, 44 ENVIRON. SCI. TECHNOL. 2822 (Nov. 16, 2009).

128.    Attached as **Exhibit 127** is a true and correct copy of the article, Becky Kramer, *PCBs still found in products – and river*, The Spokesman-Review, Aug. 16, 2011.

129.    Attached as **Exhibit 128** is a true and correct copy of the City of Spokane, Wastewater Management Department's Report, PCBs in Municipal Products, dated July 21, 2015, bates labeled PCB-SPOKANE-00232079 through PCB-SPOKANE-00232123.

130.    Attached as **Exhibit 129** is a true and correct copy of the article, Van Caneghem, J., *Destruction and formation of dioxin-like PCBs in dedicated full scale waste incinerators*, Chemosphere 94, 42-47, dated Oct. 9, 2014.

131.    Attached as **Exhibit 130** is a true and correct copy of the article, Daniel Walters, *To Bury or Burn? Will a proposed Ecology rule punish Spokane, despite the city using a cleaner way of disposing its trash compared to the rest of the state*, Inlander, April 21, 2016.

132.    Attached as **Exhibit 131** is a true and correct copy of an Email from Adriane Borgias to Jeffrey Bell and others dated November 4, 2014 with subject line "RE: PCB TSCA Reform Coalition Agenda__102814", bates labeled SPOKANE-PRR-0358341 through SPOKANE-PRR-0358344.

133.    Attached as **Exhibit 132** is a true and correct copy of the Spokane River Regional Toxics Task Force, 2016 Technical Workshop – Takeaways, bates labeled SPOKANE-PRR-1590813 through SPOKANE-PRR-1590834.

134.    Attached as **Exhibit 133** is a true and correct copy of the transcript from a webinar presented by Dr. Lisa Rodenburg entitled "PCBs: An Update" dated September 25, 2017.

135.    Attached as **Exhibit 134** is a true and correct copy of the October 11, 1937 Memorandum of L. A. Watt, Bates No. MONS 046543.

136.    Attached as **Exhibit 135** is a true and correct copy of the October 11, 1937 Memorandum of L. A. Watt, Bates No. MONS 046543.

137.   Attached as **Exhibit 136** is a true and correct copy of the April 1943 Monsanto Technical Bulletin No. P-115, Monsanto Chemical Company, "The Aroclors: Physical Properties and Suggested Applications," No. P-115 (Apr. 1943).

138.   Attached as **Exhibit 137** is a true and correct copy of the October 1955 Monsanto Technical Bulletin No. O-130, Monsanto Chemicals Plastics, "An Indirect Aroclor Heater for Unit Chemical Operators."

139.   Attached as **Exhibit 138** is a true and correct copy of the 1966 Monsanto Bulletin, "Aroclor for Capacitors."

140.   Attached as **Exhibit 139** is a true and correct copy of the February 9, 1970 Correspondence from D.A. Olson to Monsanto's Functional Fluids Group Customers regarding: PCBs in marine, aquatic and wildlife environments, including Chemical Week article and list of customers.

141.   Attached as **Exhibit 140** is a true and correct copy of Monsanto's Technical Bulletin O/PL-306A entitled, "Aroclor Plasticizers," bates labeled 0290994-0291008 (PCB-ARCH0298272-0298286).

142.   Attached as **Exhibit 141** is a true and correct copy of Monsanto's Print Advertisement for its Aroclors, entitled "Genie of a Thousand and One Engineering Feats," Chemical and Engineering News: Industrial Research, 60-OMC-2790, bates labeled TOWOLDMON0047971.

143.   Attached as **Exhibit 142** is a true and correct copy of the February 9, 1970 Monsanto Correspondence of Donald Olson, Functional Fluids Group, enclosing the October 29, 1969 Chemical Week article and Monsanto Customer List, bates labeled MCL000005-MCL000093.

144.    Attached as **Exhibit 143** is a true and correct copy of the February 18, 1970 Monsanto Correspondence of Donald Olson, Functional Fluids Group, enclosing the October 29, 1969 Chemical Week article and Monsanto Customer List, with May 9, 1973 Monsanto Memorandum of P.W. Gann, bates labeled MCL000094-MCL000107.

145.    Attached as **Exhibit 144** is a true and correct copy of the May 11, 1970 Monsanto Correspondence of Donald Olson, Functional Fluids Group, to Mr. Ted Reback, bates labeled MCL000184-MCL000190.

146.    Attached as **Exhibit 145** is a true and correct copy of Monsanto's Technical Bulletin O/PL-306A, "Aroclor Plasticizers," bates labeled 0290994-0291008 (PCB-ARCH0298272-0298286).

147.    Attached as **Exhibit 146** is a true and correct copy of Monsanto's August 14, 1970 Correspondence from Walter E. Schalk, Director of Plasticizer Sales, regarding PCB withdrawal from the plasticizer market, with customer list, bates labeled MCL000397–MCL000439.

148.    Attached as **Exhibit 147** is a true and correct copy of Monsanto's September 25, 1970 Correspondence from Randall Graham, Senior Fluids Specialist, regarding reclamation and disposal, with shipping label and customer list, bates labeled MCL000611-640.

149.    Attached as **Exhibit 148** is a true and correct copy of Monsanto's Correspondence from David Hall regarding the control of waste, spills, and discharge into streams, bates labeled MCL000691-MCL000696.

150.    Attached as **Exhibit 149** is a true and correct copy of Monsanto Functional Fluids Bulletin, "How to Keep Your Therminol FR System Leak Free" and "How to Dispose of Therminol FR," bates labeled 0052010-11 (PCB-ARCH0048779).

151.    Attached as **Exhibit 150** is a true and correct copy of Monsanto's "Therminol Conversion Bulletin," bates labeled 0585959-979 (PCB-ARCH0588885–905).

152.    Attached as **Exhibit 151** is a true and correct copy of the Monsanto Askarel Inspection and Maintenance Guide, April 1, 1971, bates labeled PCB-ARCH0168693 through PCB-ARCH0168725.

153.    Attached as **Exhibit 152** is a true and correct copy of the Monsanto Arcolor & Pyroclor Bulk Handling Manual, October 1, 1971, bates labeled PCB-ARCH0277364 through PCB-ARCH0277388.

154.    Attached as **Exhibit 153** is a true and correct copy of Monsanto Therminol Conversion Bulletin, December 1, 1971, bates labeled PCB-ARCH0247276 – PCB-ARCH0247290.

155.    Attached as **Exhibit 154** is a true and correct copy of Monsanto Aroclor 1242 E1 Bulletin, August 1, 1972, bates labeled PCB-ARCH0163690 through PCB-ARCH016393.

156.    Attached as **Exhibit 155** is a true and correct copy of the 1972 Monsanto Aroclor Bulletin, bates labeled PCB-ARCH0036393 through PCB-ARCH0036396.

157.   Attached as **Exhibit 156** is a true and correct copy of the August 3, 1973 Monsanto Correspondence from Cumming Paton, Product Manager, Fluids, to Monsanto's Pydraul Customers enclosing a copy of the Federal Register, Food and Drug Administration final order for Polychlorinated Biphenyls: Contamination of Animal Feeds, Foods, and Food Packaging Materials and Availability of Supplement to Environmental Statement on Rulemaking, bates labeled MCL02794 through MCL02960.

158.   Attached as **Exhibit 157** is a true and correct copy of Monsanto Transformer Askarel Inspection & Maintenance Guide, Bulletin No. IC-FF38, December 1, 1973, bates labeled PCB-ARCH0168665 through PCB-ARCH0168692.

159.   Attached as **Exhibit 158** is a true and correct copy of the 1975 Monsanto Bulletin, "Aroclor 1342", bates labeled PCB-ARCH0163708 through PCB-ARCH0163715.

160.   Attached as **Exhibit 159** is a true and correct copy of the 1975 Monsanto Bulletin, "Aroclor 1342 E1", bates labeled PCB-ARCH0168626 through PCB-ARCH0168633.

161.   Attached as **Exhibit 160** is a true and correct copy of the 1974 American National Standard "Guidelines for handling and disposal of capacitor- and transformer-grade askarels containing polychlorinated biphenyls", American National Standards Institute, Inc., ANSI C107.1-1974, bates labeled PCB-ARCH0255676 through PCB-ARCH0255711.

162.    Attached as **Exhibit 161** is a true and correct copy of the March 1975 Monsanto Bulletin "Transformer Askarel Inspection & Maintenance Guide", Bulletin No. IC/FF-38-R, bates labeled PCB-ARCH0206370 through PCB-ARCH0206397.

163.    Attached as **Exhibit 162** is a true and correct copy of the August 1976 Monsanto Bulletin "Transformer Askarel Inspection & Maintenance Guide", Bulletin No. IC/FF-38R-2, bates labeled PCB-ARCH0523916 through PCB-ARCH0523943.

164.    Attached as **Exhibit 163** is a true and correct copy of Manufacturing Chemists' Association, Inc. (MCA), 1946, 1949, 1953, 1956, 1961, and 1970. Guide to Precautionary Labeling of Hazardous Chemicals, Manual L-1. MCA, 1961. Recommended Safe Practices and Procedures, Disposal of Hazardous Wastes. Safety Guide SG-9.

165.    Attached as **Exhibit 164** is a true and correct copy of USEPA, "Frequent Questions About the Polychlorinated Biphenyl (PCB) Guidance Reinterpretation" located at https://www.epa.gov/pcbs/frequent-questions-about-polychlorinated-biphenyl-pcb-guidance-reinterpretation.

166.    Attached as **Exhibit 165** is a true and correct copy of Correspondence from Pier, A. F., 1972. Monsanto Company, Incineration of Polychlorinated Biphenyls. Review Copy, August 21, bates labeled MONS 0444175 through MONS 044183.

167.    Attached as **Exhibit 166** is a true and correct copy of the expert report of John H. Koon dated November 14, 2019 ("Koon Rpt.").

168.    Attached as **Exhibit 167** is a true and correct copy of an article by Oppelt, E. Timothy, titled Incineration of Hazardous Waste: A Critical Review. JAPCA, 37(5): 558-586 (1987).

169.    Attached as **Exhibit 168** is a true and correct copy of a letter from D.A. Olson to T. Reback, dated May 11, 1970, bates labeled MCL000184 to MCL000190.

170.    Attached as **Exhibit 169** is a true and correct copy of a letter from W.E. Schalk dated August 14, 1970, bates labeled MCL000440 through MCL000440461.

171.    Attached as **Exhibit 170** is a true and correct copy of the ANSI National Standard titled "Guidelines for Handling and Disposal of Capacitor- and Transformer-Grade Askarels Containing Polychlorinated Biphenyls", ANSI C107.1-1974, dated January 9, 1974.

172.    Attached as **Exhibit 171** is a true and correct copy of a USEPA publication titled "PCB Marking and Disposal Regulations Support Document", undated.

173.    Attached as **Exhibit 172** is a true and correct copy of a letter from J.A. Alley to customers, with attachments, bates labeled MCL003102 through MCL003418.

174.    Attached as **Exhibit 173** is a true and correct copy of a memo from J.M. Wriston, Jr. to L.L. Dearing, regarding Monthly Incinerator Status Report, dated January 3, 1978, bates labeled PCB-ARCH0450243 through PCB-ARCH0450244

175.    Attached as **Exhibit 174** is a true and correct copy of a report by D.G. Ackerman and R. Scofield, titled "Guidelines for the Disposal of PCBs and PCB

1   Items by Thermal Destruction, Industrial Environmental Research Laboratory, US

2   EPA", EPA-600/S2-81-022, dated July 1981.

3   176.   Attached as **Exhibit 175** is a true and correct copy of the State of

4   Washington, Department of Ecology, Implementation and Enforcement Plan for

5   Water Quality Regulations for Surface Waters dated September 1970.

6   177.   Attached as **Exhibit 176** is a true and correct copy of the November 10,

7   1972 Letter from John A. Biggs to Honorable Mayor and Members of the Spokane

8   City Council transmitting the Notice of Violation, Docket No. DE 72-186.

9   178.   Attached as **Exhibit 177** is a true and correct copy of the expert report

10   of J. Michael Trapp and Joel E. Bowdan, III, dated October 11, 2019 ("Trapp-

11   Bowdan Rpt.").

12   179.   Attached as **Exhibit 178** is a true and correct copy of Plaintiff's First

13   Supplements to Plaintiff's Second Amended Objections and Responses to

14   Pharmacia LLC's First Amended Special Interrogatories.

15   180.   Attached as **Exhibit 179** is a true and correct copy of Plaintiff's Second

16   Supplement to Plaintiff's Second Amended Objections and Responses to Pharmacia

17   LLC's First Amended Special Interrogatories.

18

19

20

21

22

23

24

181.   Attached as **Exhibit 180** is a true and correct copy of the expert report of John P. Woodyard, PE, dated November 16, 2019 ("Woodyard Rpt.")

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct to the best of my knowledge. Signed this this 28th day of January 2020 at Boston, Massachusetts.

By: _____
Melissa Nott Davis, MA Bar No. (654546)
(*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
125 Summer St., Suite 1220
Boston, MA 02110
Phone: (617) 531-1411

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

3      I certify that on January 28, 2020, I caused the foregoing Declaration to be

4 electronically filed with the clerk of the Court using the CM/ECF System which in

5 turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the

6 case who are registered users of the CM/ECF system. The NEF for the foregoing

7 specifically identifies recipients of electronic notice.

8

9
<u>s/ Melissa Nott Davis</u>
Melissa Nott Davis, MA Bar No. (654546)
(*Pro Hac Vice*)

10
SHOOK HARDY & BACON LLP
125 Summer St., Suite 1220

11
Boston, MA 02110
Phone: (617) 531-1411

12

13
*Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*

14

15

16

17

18

19

20

21

22

23

24