000030

# EXHIBIT 1

Page 1

1                       LARS HENDRON

2              UNITED STATES DISTRICT COURT

             EASTERN DISTRICT OF WASHINGTON

3

4   CITY OF SPOKANE, a        )
    municipal corporation,    )
5   located in the County     )
    of Spokane, State of      )
6   Washington,               )
                              )
7              Plaintiff,     )
                              )    CASE NO.
8   VS.                       )    15-cv-00201-SMJ
                              )
9   MONSANTO COMPANY,         )
    SOLUTIA, INC., and        )
10  PHARMACIA CORPORATION,    )
    and DOES 1 through        )
11  100,                      )
                              )
12              Defendants.   )

13

14

15

16        30(B)(6) VIDEOTAPED DEPOSITION

17                     OF

18               LARS HENDRON

19        510 West Riverside Avenue

20          Spokane, Washington

21          June 7, 2019

22

23

24  Reported by:
    Monna J. Nickeson, CRR, CLR, RPR, CCR #3322
25  Job No. 162299

000032

Page 21

1                          LARS  HENDRON

2          Washington.

3    BY MR. GOUTMAN:

4          Q.    And there have been many permits,

5    and we'll get to them, issued over the years;

6    is that correct?

7          A.    Yes.

8          Q.    Which require you to, for example,

9    meet certain discharge limitations of certain

10   constituents, correct?

11         A.    Yes.

12         Q.    But it's those permits that drive

13   your actions, correct?

14         A.    By and large, yes.

15         Q.    You would agree with me that with

16   respect to permits, but also other

17   administrative orders, statutes and so forth,

18   that it's important for the city to obey the

19   law?

20         A.    It is important for the city to obey

21   the law.

22         Q.    You would agree with me that it's

23   important for the city to meet deadlines set

24   forth in administrative orders, permits and the

25   like?

000032

1                        LARS HENDRON

2    a negative impact in every case.

3         Q.    Well, what would determine whether

4    it has a negative impact?

5         A.    Some of the overflows are often

6    very, very small.

7         Q.    So it would be quantity?

8         A.    It would be quantity and

9    concentration.

10        Q.    Well, and certainly frequency,

11   correct?

12        A.    And frequency, yes.

13        Q.    Because the law requires you to meet

14   a "one discharge event per outfall per year,"

15   correct?

16        A.    Correct, on a 20-year rolling

17   average.

18        Q.    Correct.

19              And you have not been in compliance

20   with that law for decades, correct?

21        A.    That rule came up in, I believe, the

22   late '80s, and at that time we had a time frame

23   within which to complete the program to meet

24   that requirement.

25        Q.    Am I correct that, as we sit here

000034

Page 24

                          LARS HENDRON

1    today, the city has CSO outfalls that discharge

2    overflow material into the Spokane River more

3    than one time per year?

4        A.    There are a few that still do, as

5    we're at the very end of our program.

6        Q.    Okay.  Well, we'll take you through

7    that data.

8             You would agree with me that the

9    Spokane River has had water quality issues

10   since the 1800s; is that correct?

11       A.    I don't recall how far back.  It's

12   somewhere around 1900.  Possibly earlier.

13            MR. GOUTMAN:  Let's mark this as

14       Exhibit 2.

15            (WHEREUPON, Hendron Deposition

16       Exhibit 2:  1963 Plant Information was

17       marked for identification.)

18       Q.    Placed before you is a document

19   entitled Welcome to City of Spokane Sewage

20   Treatment Plant, by Messrs. Reisdorph,

21   R-e-i-s-d-o-r-p-h, and Wilson; is that correct?

22       A.    That appears to be correct.

23       Q.    This is a City of Spokane document,

24   correct?

000034

1                    LARS HENDRON

2        A.    Yes, it is.

3        Q.    And according to this document, if

4    you turn to the Page 1, number 1, third

5    paragraph, it says -- I'm sorry.

6              This document was prepared by

7    employees of the City of Spokane; is that

8    correct?

9        A.    I cannot attest to who prepared

10   this.

11       Q.    But it's -- Reisdorph is identified

12   as superintendent and Wilson as chemist?

13       A.    Yes.

14       Q.    Okay.  So it's -- but it's a City of

15   Spokane document; you've already told me that?

16       A.    It is.

17       Q.    Okay.  Third paragraph, it reads:

18   Already in it fledging years, the City of

19   Spokane is aware of possible contaminated water

20   problems -- tell me if I'm reading too fast --

21   as evidenced by an ordinance passed in August

22   of 1885, which forbade the dumping of, quote,

23   excrement, manure and garbage, close quote,

24   into the Spokane River.  It was true,

25   nonetheless, that the City of Spokane continued

1                    LARS HENDRON

2    to lay sewers that emptied into the Spokane

3    River.

4              Isn't that what the City of Spokane

5    said in this document?

6         A.    Yes.

7         Q.    So already in 1885, you would agree

8    the city had recognized a problem of water

9    quality and passed an ordinance forbidding the

10   dumping of, as it says, excrement, manure and

11   garbage; is that correct?

12        A.    According to this document, that is

13   correct.

14        Q.    Why would the discharge of untreated

15   sewage present an issue for water quality?

16        A.    At that time in Spokane's history,

17   the City of Spokane withdrew water from the

18   river as a drinking water source, and that was

19   the primary concern, to the best of my

20   knowledge.

21        Q.    That's in the 1800s?

22        A.    Yes.

23        Q.    There are other reasons, are there

24   not, other than the use of the river for

25   drinking water, that would cause the city

Page 27

1                         LARS HENDRON

2    concern about the dumping of sewage into the

3    river, correct?

4         A.    I cannot attest to the situation at

5    that time.  Certainly, subsequently, we were

6    more concerned about other issues.

7         Q.    Well, discharges of raw sewage can

8    have an impact on -- well, first of all, the

9    discharges of fecal coliform, correct?

10        A.    Yes.

11        Q.    And what is that?

12        A.    That is a bacteria that's present in

13   human waste that can cause disease in people.

14        Q.    And is that good to have floating

15   around the river?

16        A.    It is not, at least not in

17   concentrations high enough to cause problems.

18        Q.    Certainly, if you're swimming in the

19   river, you don't want to run into that, do you?

20        A.    Not very much of it.

21        Q.    You don't want to run into any of

22   it, do you?

23        A.    Ideally, not.

24        Q.    It can cause oxygen deficiency, can

25   it not?

000038

Page 28

LARS HENDRON

A.    The discharge of untreated sewage to the river can cause oxygen deficiency.

Q.    It can result in the killing of fish, correct?

A.    Potentially, although I'm not aware -- I don't recall hearing of fish killed as a result of our sewage discharges.

Q.    It can cause areas of the river becoming dead?

MR. LAND:  Objection.

BY MR. GOUTMAN:

Q.    Sufficiently oxygen deprived so as not to be able to sustain aquatic life?

A.    Directly as a result of combined sewage discharges, I'm not sure.  The overall effect within Long Lake downstream, because of its depth, causes oxygen at the lower levels to be depleted because it's so deep.

Q.    Between the years of 1885 and when the city passed that ordinance in 1909, can you identify anything that the city did to bring the sewer system into compliance with the 1885 ordinance?

A.    I am not aware of any actions on

1                      LARS HENDRON

2        A.     Yes, I'm on Page 2-9.

3        Q.     Okay.  And it says, under 2.3.1:

4    The Washington State Department of Health in

5    1909 and 1929 ordered the city to cease and

6    prevent any further dumping of sewage into the

7    river.  In both cases the city took no action

8    and the state did not pursue the matter.

9            That's what the report that you

10   coordinated said, correct?

11       A.     Yes.  And may I clarify?  I thought

12   your question related to prior to 1909.

13       Q.     I moved.

14       A.     I'm sorry.

15       Q.     I understood -- I asked you

16   between -- 1885 and 2009 -- excuse me -- 1909,

17   and you said you weren't aware of anything that

18   the city did.

19            Now I'm asking you between 1909,

20   when the Washington State Department of Health

21   ordered the city to cease and prevent further

22   dumping of sewage in 1929, when they again

23   ordered the city to stop dumping sewage,

24   whether the city did anything in response to

25   those two orders.

000040

Page 31

                              LARS HENDRON

1

2          A.     To the best of my knowledge, we did

3      not respond to that, at least the first one.

4               (The Court Reporter requested

5          clarification.)

6          A.     Both, according to this document.

7          Q.     Again, this is a document, if we can

8      just turn to -- turn to this page, you're

9      identified as a project manager for this

10     project, correct?

11         A.     Yes.

12         Q.     And this is a City of Spokane

13     document; is that correct?

14         A.     It is.

15         Q.     And according to the City of

16     Spokane, in this document, you were ordered to

17     stop dumping sewage in 1909 and in 1929, and

18     you didn't do anything about it, correct?

19         A.     Not immediately.  Not at all in

20     1909, although it appears that by 1933, the

21     city was taking action.

22         Q.     Well, we'll get to that.

23              (WHEREUPON, Hendron Deposition

24         Exhibit 4:  Report on Sewage Disposal dated

25         July, 1933 was marked for identification.)

000040

000041

Page 33

```
 1                    LARS HENDRON
 2        A.    Yes, it is.
 3        Q.    So this is a report of the condition
 4   of the Spokane River after those events.
 5             There is visual pollution along the
 6   river banks which calls attention to the sewage
 7   pollution situation.  The bacterial analyses
 8   and the probable extent of bacterial pollution
 9   are evidence that the river below Spokane is at
10   times polluted so as to make it -- make the
11   water hazardous for bathing and recreation.
12             Did I read that correctly?
13        A.    Yes, you did.
14        Q.    There -- I'm going to read further.
15             It appears likely that sewage solids
16   accumulate at times along the bottom of the
17   pools above the Nine Mile and Long Lake dams
18   forming so-called sludge deposits or sludge
19   banks, which tend to concentrate the pollution
20   load as regards to pollution of dissolved
21   oxygen.
22             Isn't that correct?
23        A.    Yes.
24        Q.    Is that a good thing or a bad thing,
25   depletion of dissolved oxygen?
```

000041

1                          LARS HENDRON

2          A.      That is a bad thing.

3          Q.      Why is that?

4          A.      It can affect the health of aquatic

5    life in the river.

6          Q.      And depositing raw sewage into the

7    Spokane River can cause depletion of dissolved

8    oxygen, correct?

9          A.      Yes.

10         Q.      And, thereby, affect aquatic life,

11   correct?

12         A.      Yes.

13         Q.      Continuing on to the next paragraph:

14   These are conditions which the city properly

15   has no right to continue.

16              Is that what it says, first sentence

17   of the next paragraph?

18         A.      Yes, it does.

19         Q.      And then it recommends, the bottom

20   of the next page:  The most desirable of these

21   from a viewpoint of cleaning the river

22   comprises of a system of intercepting sewers to

23   deliver the sewage to a single sewage treatment

24   plant located below the buildup portions of

25   Fort Wright.

000043

Page 35

LARS HENDRON

2      Is that what it recommends?

3   A.    Yes, it does.

4   Q.    So at this time, there was no sewage

5  treatment plant for the City of Spokane,

6  correct?

7   A.    That is correct.

8   Q.    And this recommendation was made in

9  1933, correct?

10   A.    Yes.

11   Q.    A sewage treatment plant was not

12  built for the City of Spokane until 1958; is

13  that correct?

14   A.    That is correct.

15   Q.    Some 25 years later?

16   A.    Approximately, yes.

17   Q.    Would it be fair to say that the

18  conditions of the river -- would it be fair to

19  say that without the construction of the sewage

20  treatment plant in those intervening 25 years,

21  the condition of the river did not improve?

22   A.    I would say the river condition did

23  not improve during those 25 years.

24   Q.    Would you say it mostly like -- with

25  the increasing population and load of sewage

000044

Page 36

```
1                      LARS  HENDRON

2   going through the river, that it most likely

3   deteriorated?

4        A.    Yes, it most likely deteriorated.

5             MR. GOUTMAN:  Hold on a second.  I

6        think I might have misread something.  Can

7        I have that back?

8   BY MR. GOUTMAN:

9        Q.    I omitted the first sentence of the

10  first paragraph that I want to read to you.  So

11  I'd like to go back to that, with your

12  permission, sir.

13            It says, and this is what I omitted:

14  However, that the river is polluted by sewage

15  of Spokane must be obvious.

16            And then it goes on to talk about

17  the visual pollution along the river banks,

18  correct?

19       A.    That is what it says, yes.

20       Q.    Am I correct that the city of Coeur

21  d'Alene put in a waste operation plant in 1939?

22       A.    I'm not familiar with when their

23  plant went in, so if I may ask which page?

24            MR. GOUTMAN:  Sure.  Let's mark this

25       as 5.
```

000045

Page 38

1                           LARS HENDRON

2        A.    I don't know what that was called

3    before.

4        Q.    Okay.  So if you turn to -- and this

5    is -- it would be Page 81.  It's a chart -- it

6    looks like this, a table.

7        A.    I'm there.

8        Q.    Okay.  Let me -- hold that page, but

9    I want you to go back to Page 68.  I'm sorry

10   for jumping around.

11              The second paragraph, it says:  The

12   foregoing three sources are the only

13   significant contributors to the pollution of

14   the Spokane River.  Prior to 1939, the city of

15   Coeur d'Alene in Idaho discharged raw sewage

16   into the Spokane River, but during 1939, their

17   sewage treatment plant went into operation, and

18   this source of pollution has now been

19   eliminated.

20              Is that what it says?

21       A.    That is what it says.

22       Q.    So can we agree that in 1939, Coeur

23   d'Alene constructed a sewage, and put in

24   operation, a sewage treatment plant?

25       A.    According to this document, they did

000045

000046

1                              LARS HENDRON

2       that.

3            Q.    Do you have any information that

4       would contradict that?

5            A.    No.

6            Q.    And am I correct that as of 1952,

7       the date of this document -- why don't you go

8       back to that chart that I directed you to.  If

9       you look at the symbol definitions on the

10      bottom there --

11           A.    Yes.

12           Q.    -- it says:  N is none; M, minor; P,

13      primary; S, secondary; is that correct?

14           A.    Yes.  But no 2.

15           Q.    Excuse me?

16           A.    For footnote 2.

17           Q.    Okay.  Fine.

18                 So just for the record, could you

19      describe what primary treatment is and what

20      secondary treatment is?

21           A.    Primary treatment is a physical

22      settling process where the sewage is discharged

23      into a large vessel that sits quietly, allows

24      the heavier material to go to the bottom.  The

25      greases and lighter material can then float to

000046

Page 40

1                        LARS  HENDRON

2    the top.  Those materials are then removed, and

3    the water that leaves that primary treatment is

4    cleaner.

5               Generally speaking, it achieves

6    about 50 percent treatment of the sewage that

7    comes in.  Secondary treatment --

8         Q.    Let me stop you.

9         A.    Pardon me.

10        Q.    When you say it achieves 50 percent

11   treatment, that is to say, with primary

12   treatment, 50 percent of the sewage is left

13   untreated and discharged to the river?

14        A.    Roughly 50 percent of the pollutants

15   of the sewage coming into the primary process

16   are removed in the primary process.  So the

17   water leaving the primary process contains

18   about half the strength of pollutants that it

19   did coming in.

20        Q.    Okay.  And is that why secondary

21   treatment is important -- one of the reasons

22   why?

23        A.    Yes, it is.

24        Q.    Can you describe what secondary

25   treatment is?

000048

1                          LARS HENDRON

2        A.    Secondary treatment is typically a

3    biological process in which the water is put in

4    basins that have oxygenation occurring within

5    them.  The nutrients in the sewage and the

6    oxygen provide an environment in which a

7    variety of microbes and bacteria can break down

8    many of the constituents in the wastewater

9    that's remaining from the primary stage.

10               The second half of secondary

11   treatment is then, again, a settling process

12   where that water goes and is allowed to settle

13   out, scum flows to the top, the biomass drops

14   to the bottom, and it's pulled off.

15               So the water that leaves a secondary

16   system, at least for the city of Spokane's

17   plan, is about -- has achieved about 90 percent

18   reduction of pollutants compared to entering

19   the plant.

20        Q.    And certainly, by the 1950s,

21   secondary treatment was fairly common, correct,

22   throughout municipal facilities, city

23   municipal-operated facilities?

24        A.    I don't think so.

25        Q.    We'll get to that, and I'll show you

000048

000049

Page 42

<pre>
 1                    LARS  HENDRON

 2   some data on that.   Okay?

 3            Would you agree with me that as of

 4   1952, Coeur d'Alene had already installed

 5   secondary treatment?

 6       A.   I cannot tell from this document

 7   whether theirs was a primary or a secondary

 8   plant.

 9       Q.   Well, that's why I showed this

10   chart.

11            We know that S means secondary,

12   right?

13       A.   Yes.

14       Q.   Okay.  So why don't we turn the page

15   and look at Coeur d'Alene.

16            Five is treatment provided, right;

17   that's the category, treatment provided?

18       A.   It's on Table 1.

19       Q.   Well, if you look at Table 1, first

20   page before you turn the page.

21       A.   Oh, before I turn.  Yes.

22       Q.   Category 5 is treatment provided?

23       A.   Yes.

24       Q.   If you turn the page to 2, the

25   second page, it says Coeur d'Alene on the left,
</pre>

000050

Page 43

1                    LARS  HENDRON

2    right?

3         A.    Yes.

4         Q.    And under treatment provided, it

5    says S, correct?

6         A.    Yes.

7         Q.    And you'd agree that that means

8    secondary, correct?

9         A.    It means secondary in this document,

10   yes.

11        Q.    So would it be a reasonable to

12   conclusion, based upon this study by the

13   federal government and the state governments of

14   Idaho and Washington, that Coeur d'Alene

15   provided secondary treatment, at least as of

16   1952?

17        A.    They did.  I would mention that I do

18   not have knowledge of what secondary treatment

19   may have meant in 1950s or that early -- or the

20   late '30s.  It may be different than what we

21   would commonly call secondary treatment now.

22        Q.    Okay.  We're done with that for now.

23   I think we'll come back to it.  So don't throw

24   it away.

25                Why don't we have the -- so I'm

Page 47

LARS HENDRON

the river -- Spokane River at 25 different

points.  The state of Washington was greatly

concerned about the pollution of the Spokane

River, and even of the Columbia, and urged the

city that the city provide some means of

treatment.

And just to interject, we have seen

that the Department of Health contacted the

city in 1933 and stated -- told the city that

it was violating state law; that was the prior

exhibit, correct?

A.    Yes.

Q.    An initiative -- I'm reading again

from the document:  -- initiative to provide

sewage treatment facilities was placed before

the voters in 1933, but the measure was soundly

defeated.  The same fate was met by subsequent

proposals in 1936 and 1939.

Did I read that correctly?

A.    You did read that correctly.

Q.    So would it be reasonable to

conclude, based on this city document, that

Spokane defeated three initiatives, in 1933,

1936 and 1939, to construct a plant to address

000052

1                     LARS HENDRON

2   the violations of law that the city had been

3   notified about as recently as 1933?

4        A.    That is what this document says, but

5   that appears possibly to conflict with the

6   document I looked at just a moment ago.

7        Q.    Okay.  Why don't we take that

8   document out.

9              What document are you looking at?

10       A.    Exhibit 6.

11       Q.    Well, sir, just so we're clear, the

12  city did not build a sewage treatment plant in

13  the 1930s?

14       A.    That is correct.

15       Q.    Despite being told that they were in

16  violation of law by the Department of Public

17  Health?

18       A.    Yes.

19       Q.    Okay.  And as a matter of fact, if

20  you have this document still in front of you,

21  does it also state, and this is Exhibit 6:  On

22  December 4, 1935, the state health department,

23  through its director E.R. Coffey, notified the

24  City of Spokane to start within 90 days the

25  abatement of the nuisance resulting from the

000052

000053

Page 49

                        LARS HENDRON

1
2    discharge of raw sewage into the Spokane River

3    and have the abatement completed within 365

4    days from the date of the notice.

5              Did I read that correctly?

6         A.   You did.

7         Q.   And, in fact, that deadline, 365-day

8    deadline, passed and no action was taken by the

9    city, correct?

10        A.   No action indicated by this

11   document, correct.

12        Q.   And are you aware of any action?

13        A.   I am not.

14        Q.   And you would agree that, according

15   to this city document, the state Department of

16   Health believed that the discharge of raw

17   sewage into the river created a nuisance,

18   correct; that's the language used in this

19   document?

20        A.   Yes.

21        Q.   And you would agree with that

22   characterization, would you not?

23        A.   I believe I would.

24        Q.   Why don't you go back to Exhibit 6.

25   For now, you'll be relieved to know we're

1                      LARS HENDRON

2    through the 1930s and we're up to 1941.

3              Go to the last page, if you will,

4    sir.  I'm sorry.  Not the last page.  Page 4.

5         A.    Page 4.

6         Q.    This document indicates in March of

7    1941, the state legislature passed an act

8    prohibiting cities not located on the

9    tidewater --

10             (The Court Reporter requested

11        clarification.)

12        Q.    On tidewater -- by the way, Spokane

13   is not located on tidewater, correct?

14        A.    Correct.

15        Q.    Having a population of over 100,000

16   inhabitants.

17             As of 1940, Spokane had greater than

18   100,000 occupants, did it not?

19        A.    I believe so.

20        Q.    Continuing:  From discharging sewage

21   into waters used for human and animal

22   consumption or for domestic --

23             (The Court Reporter requested

24        clarification.)

25        Q.    -- from discharging sewage into

000055

Page 51

1                         LARS HENDRON

2    waters used for human or animal consumption or

3    for domestic services.

4              Did I read that correctly?

5        A.    You did.

6        Q.    So this Washington state law, which

7    was passed in 1941, prohibited cities such as

8    Spokane from discharging sewage into the

9    Spokane River, correct?

10       A.    Yes.

11       Q.    The City of Spokane, to this day, is

12   still discharging sewage into the Spokane

13   River?

14       A.    On occasion, in accordance with our

15   NPDES waste discharge permit, we are.

16       Q.    So the answer is yes?

17       A.    Yes.

18       Q.    And that law was passed about 80

19   years ago, correct?

20       A.    Approximately, yes.

21       Q.    In 1945, the state of Washington

22   passed a law that established a pollution

23   control commission to safeguard the quality of

24   waters, correct?

25       A.    I'm not familiar with that.  Where

000056

Page 54

LARS HENDRON

1

2        A.    That is correct.

3        Q.    I believe that a sewage treatment

4   bond was actually passed in 1946 to pay for

5   that facility, correct?

6        A.    I believe that is correct.

7        Q.    Can you explain the 12-year delay in

8   constructing the treatment facility?

9        A.    Yes.  There is a significant amount

10  of work involved in building, first of all,

11  interceptor sewers along the river to

12  capture -- where all of the original sewers

13  discharged directly to the river, there were

14  several miles of large-diameter pipe that had

15  to be designed and built to intercept that flow

16  and bring the route -- or the flow route out to

17  the current treatment plant site.  In addition,

18  the treatment plant itself had to be built and

19  numerous pump stations -- not numerous -- some

20  pump stations were required to get the river --

21  the flow across the river as well, at least

22  two.

23        Q.    So in 1958, primary treatment only

24  is constructed?

25        A.    Yes.

000057

1                         LARS HENDRON

2        Q.    And when the 1958 plant was

3    installed, it had insufficient capacity in both

4    respects, correct, to handle -- to handle the

5    amount of water coming in during rain events?

6        A.    That is correct.

7        Q.    As a result of which raw sewage

8    continued to be discharged into the Spokane

9    River in violation of the law, correct?

10       A.    It continued to discharge overflows

11   to the river, apparently in violation of -- to

12   the extent that it was a nuisance.

13       Q.    Okay.  The -- why don't we mark this

14   as 8.

15             (WHEREUPON, Hendron Deposition

16       Exhibit 8:  Article entitled Failure to Act

17       was marked for identification.)

18       Q.    We've marked as Exhibit 8 a document

19   from the American Society of Civil Engineers.

20             Are you a member of that

21   organization?

22       A.    I am.

23       Q.    And do you get their publications?

24       A.    I get their monthly magazine.

25       Q.    This is one of their publications.

000057

000058

Page 62

1                          LARS  HENDRON

2     one,  upgrade  existing  treatment  facilities  to

3     secondary  treatment  and  provide  improved

4     disinfection.

5          A.    Yes.

6          Q.    Would  it  would  be  fair  to  conclude,

7     in  reading  this  City  of  Spokane  document,  that

8     the  Department  of  Ecology  ordered  Spokane  to

9     install  a  secondary  treatment  facility,

10    correct?

11         A.    They  did.

12         Q.    And  that's  March  of  1968?

13         A.    Yes.

14         Q.    They  ordered  the  city  to  conduct  a

15    study  to  assess  the  nature  --

16              (The  Court  Reporter  requested

17         clarification.)

18         Q.    --  assess  the  nature  and  magnitude

19    of  excessive  flow  problems;  is  that  correct?

20         A.    Yes,  it  is.

21         Q.    They  ordered  the  city  to  determine

22    the  most  feasible  methods  of  effectively

23    controlling  or  eliminating  overflows?

24         A.    That  is  what  it  says.

25         Q.    They  ordered  the  city  to  develop  a

000059

1                    LARS HENDRON

2    early '70s.

3        Q.    Got it.

4             It didn't come online until 1977?

5        A.    Fully, yes.

6        Q.    Okay.  Nine years after you received

7    this order?

8        A.    Yes.

9        Q.    Okay.  And how about controlling

10   excessive overflows, what technological

11   solutions were available in the '60s to address

12   that?

13       A.    At that time, to the best of my

14   knowledge, separating the stormwater from the

15   combined sewage so that the stormwater would go

16   to the river without being blended with sewage

17   and causing overflows was the treatment

18   technology -- or I should say, was the

19   technology available to control excessive flows

20   to plants.

21       Q.    Isn't it true that construction of

22   overflow storage tanks were available then?

23       A.    I can't speak to that.  I don't

24   know.

25       Q.    Well, we'll show you some documents

000059

000060

Page 80

1                               LARS  HENDRON

2       of Spokane sewer system contains combined

3       sewers that overflow during periods of storm

4       runoff.

5                       (The Court Reporter requested

6               clarification.)

7               Q.      I'm sorry.  I'll start again.

8                       The City of Spokane sewer system

9       contains combined sewers that overflow during

10      periods of storm runoff.

11                      Is that what it says?

12              A.      I am looking for that sentence.

13              Q.      It's the first sentence under

14      background.

15              A.      The one I'm reading says:  The City

16      of Spokane owns and operates -- are we on Page

17      2?

18              Q.      We're on Page 1.

19              A.      I'm sorry.  I guess we should be on

20      the same page.

21                      Yes, this document says the City of

22      Spokane sewer system contains combined sewers,

23      et cetera, as you said.

24              Q.      And the combined sewers are waste

25      and stormwater, correct?

000061

Page 81

                        LARS HENDRON

1

2       A.     Correct.

3       Q.     And what happens is if it storms --

4    if it is stormy and rainy, the system can't

5    handle it, right?

6       A.     More rain enters the storm -- enters

7    the pipes than can be conveyed -- more rain

8    enters the pipes up in the neighborhoods and

9    the industrial areas than the capacity of the

10   interceptors to carry the flow to the plant.

11      Q.     Correct.

12      A.     Yeah, and the plant as well.

13      Q.     So according to the design, as it

14   existed in 1970, and really exists to this day,

15   to the extent that you haven't built those

16   tanks, is that when the system gets overloaded

17   the overflow is diverted into the Spokane

18   River, correct?

19      A.     That is correct.

20      Q.     And that would be the untreated

21   waste that sometimes appears in the river?

22      A.     Yes, blended with rain runoff.

23      Q.     And what this report -- the gist of

24   this report, if you will -- you're familiar

25   with this document, are you not?

000062

Page 82

                              LARS HENDRON

1

2        A.    Yes, I am.

3        Q.    Okay.  Is to figure out ways to end

4    that situation, right?

5        A.    To control it or minimize it or

6    reduce it, yes.

7        Q.    And so it says:  Dry weather

8    sanitary sewage flows are treated in the city's

9    primary sewage treatment plant.

10             There are dry weather overflows

11   still, are there not?

12       A.    Very rarely.

13       Q.    But there are?

14       A.    Yes.

15       Q.    Out of concern for the quality of

16   the Spokane River, and in response to

17   directives from the Washington Department of

18   Ecology, the city has commissioned this study

19   and report which outlines a program for

20   mitigating overflows and upgrading the sanitary

21   sewage plant.

22             Did I read that correctly?

23       A.    Yes, you did.

24       Q.    So we've gone through some of the

25   orders that the city had received from the

000063

Page 84

1                          LARS HENDRON

2    date of this document, the combined sewer

3    overflow annually was 740 million gallons,

4    correct?

5           A.    That is what this document says,

6    yes.

7           Q.    Which included 160 million gallons

8    of untreated sewage, sanitary sewage, correct?

9           A.    Yes, that was their estimate in

10   1972.

11          Q.    And it includes thousands of pounds

12   of suspended solids, correct?

13          A.    Yes, it does.

14          Q.    And that's not good for the river,

15   is it?

16          A.    It's not.

17          Q.    It includes thousands of pounds of

18   BOD?

19          A.    Yes.

20          Q.    Can you remind everyone what BOD

21   stands for?

22          A.    Biological oxygen demand.

23                And may I clarify -- or are we

24   talking still just about the third and fourth

25   lines?

000063

000064

Page 86

1                            LARS HENDRON

2       sewer overflows would be eliminated.

3                       Is that what it says?

4            A.     That is what it says.

5            Q.     So the thinking here is that if we

6       separate the stormwater system from the

7       sanitary sewage system, you would eliminate the

8       overflow incidence, correct?

9            A.     Yes.

10           Q.     Okay.  Why don't we go to the next

11      page, 18, right-hand column, first full

12      paragraph.  I'm going to read this to you, and

13      you tell me if I'm reading it correctly.

14                      Interception could be accomplished

15      by providing a somewhat smaller interceptor

16      sewer and storage tanks to accept peak flows

17      above the interceptor capacity.

18           A.     Yes, you read that correctly.

19           Q.     Those are below ground storage tanks

20      to store excess stormwater, correct?

21           A.     Presumably, they would be

22      underground, but definitely storage tanks to

23      hold sewage flow.

24           Q.     And that's the sort of CSO

25      facilities that you're building now, correct?

000065

Page 87

1                        LARS HENDRON

2        A.    That is correct.

3        Q.    So you would agree with me that

4   storage tanks, as a technologically feasible

5   way of dealing with system overflows, were

6   available in 1972, correct?

7        A.    This document indicates that they

8   are.

9        Q.    This is a city document?

10       A.    Yes, prepared for the city.

11       Q.    Okay.  And there is discussion of

12  constructing these storage tanks before PCBs

13  were ever detected in the sewer system,

14  correct, in 1972?

15       A.    To the best of my knowledge, yes.

16       Q.    And then it goes on and has an

17  extensive discussion, and I'm -- again, I don't

18  want to keep you here any longer than

19  necessary, but if you go to D, application for

20  individual areas, it talks about --

21       A.    Yes.

22       Q.    -- the options of putting these

23  storage tanks in various outflow areas,

24  correct, or overflow points, as they call it in

25  this document?

000065

000066

Page 88

                        LARS HENDRON

1

2       A.    Yes, it appears to indicate where

3    they could go.

4       Q.    Right.  And, again, this is the same

5    sort of construction -- again, the details are

6    different, but the concept of putting storage

7    tanks for a water overflow -- to prevent

8    overflow into the river, this is something that

9    was discussed and really cost out in 1972,

10   correct?

11      A.    Yes.

12      Q.    And those are the facilities that

13   had been built and are being built now,

14   correct?  Again, not the same engineering

15   detail.

16      A.    Similar, yeah, conceptually similar.

17      Q.    And if you turn to, I'm sorry, Page

18   29.

19      A.    Two, nine?

20      Q.    Two, nine.

21            It talks about nutrient removal; is

22   that correct?

23      A.    Yes.

24      Q.    And it discusses phosphorus, and we

25   discussed phosphorus, correct?

000066

000067

Page 89

                              LARS  HENDRON

1

2       A.    Yes, we have.

3       Q.    And it says:  The installation of

4  tertiary chemical precipitation process

5  following biological treatment could achieve

6  phosphorus removal; and it goes on from there,

7  right?

8       A.    Yes, it does.

9       Q.    And that's -- tertiary care is the

10  next level treatment, correct?

11       A.    Correct.

12       Q.    And so already in 1972, the city was

13  contemplating a next-level treatment focused on

14  phosphorus removal, correct?

15       A.    Yes.

16       Q.    And again, this was before PCBs were

17  ever detected in the system?

18       A.    Correct.

19       Q.    If we can go back to -- and if you

20  turn to -- not paginated.  Maybe I can just

21  show you mine, with your counsel's permission,

22  it's not paginated, but perhaps if I can

23  show --

24            MR. LAND:  That's fine.

25  BY MR. GOUTMAN:

000068

Page 96

                              LARS HENDRON

1

2      Q.    So what is being contemplated in

3  1972 is something, and this -- I think there's

4  a really famous photographer who took this, his

5  name is Goutman.

6            MR. GOUTMAN:  Can we mark this as an

7        exhibit.

8            (WHEREUPON, Hendron Deposition

9        Exhibit 13:  Photograph was marked for

10       identification.)

11     Q.    Could you identify what that shows?

12  It was taken, I'll represent to you, last year

13  sometime.  I forget.  It may be the same day I

14  met you at the storage facility -- not storage

15  facility -- the treatment facility.

16     A.    This shows our CSO Basin 26 control

17  facility under construction.  It's probably

18  about one-third done at this point.

19     Q.    But conceptually -- again, broadly,

20  conceptually, that was the sort of thing that

21  was discussed in 1972 in searching for

22  solutions to the overflow problem, correct?

23     A.    It is.

24     Q.    Okay.  Thank you.

25            MR. GOUTMAN:  1972 -- mark this as

Page 97

                        LARS HENDRON

1      13 --

2             THE COURT REPORTER:  14.

3             (WHEREUPON, Hendron Deposition

4      Exhibit 14:  Clean Water Act was marked for

5      identification.)

6      Q.    The federal government passed what

7  would later be renamed the Clean Water Act,

8  October 1972, correct?

9      A.    Please restate your --

10      Q.    Okay.  Well, there was a federal

11  pollution control act that was passed, I

12  believe, in the 1940s, correct?

13      A.    Yes.

14      Q.    And in 1972, it was amended,

15  correct?

16      A.    Yes.

17      Q.    And this is, at least, a couple of

18  pages of the amendment, correct?

19      A.    They appear to be, yes.

20      Q.    Okay.  And am I correct that the

21  Federal Water Pollution Control Act, later in

22  the '70s, I think 1976 or '77, was renamed the

23  Clean Water Act?

24      A.    Yes, at some point in the '70s.

Page 100

1                          LARS  HENDRON

2    regulations.   Okay?

3                     What is a NPDES permit?

4         A.    NPDES stands are National Pollutant

5    Discharge Elimination System.   It's a federal

6    system under the Clean Water Act whereby waste

7    discharge permits are issued to plants like

8    ours.

9         Q.    Basically, you correct me if your

10   [sic] understanding is wrong, basically, what

11   the federal law is saying is, you don't have a

12   right to dump stuff in the river; you can do it

13   by permission via an NPDES permit, right?

14        A.    That is correct.

15        Q.    And the permit will set certain

16   conditions for your dumping stuff into a river,

17   right?

18        A.    It will set the effluent limit that

19   we must meet and the operational requirements

20   under which we run the plant.

21        Q.    And the -- sorry.

22             MR. LAND:  No barking dog this time

23        though.

24             MR. GOUTMAN:  No, I left my phone in

25        the other room.

Page 101

1                     LARS  HENDRON

2    BY MR. GOUTMAN:

3         Q.     So the NPDES permits, basically,

4    tell you what you can dump and how much you can

5    dump, right?

6         A.     They identify discharge, they

7    indicate our flow capacity and the pollutant

8    concentration and loads associated with that.

9         Q.     And what are TMDLs?

10        A.     TMDL stands for Total Maximum Daily

11   Load.  It is a -- it indicates the assimilative

12   capacity of a receiving water body to

13   accommodate a pollutant load from all sources

14   that come to it.

15        Q.     And are TMDLs set by regulatory

16   authorities for certain substances?

17        A.     They are.

18        Q.     And have they been set for certain

19   substances for the Spokane River?

20        A.     There have been, yes.

21        Q.     Am I correct that there is no TMDL

22   for PCBs?

23        A.     That's correct.

24        Q.     We'll get into it later, but there

25   are TMDLs for numerous other constituents,

000072

Page 102

1                    LARS HENDRON

2    correct?

3         A.    For a handful, yes.

4         Q.    Okay.  Well, why don't we get to the

5    1974 NPDES permit, which I think is the first

6    permit the Riverside facility ever received.

7               Is that your understanding?

8         A.    I could not remember when the first

9    one was, so -- and I have not seen it.

10              (WHEREUPON, Hendron Deposition

11         Exhibit 15:  NPDES permit was marked for

12         identification.)

13        Q.    So we have marked as Exhibit 15 an

14   NPDES permit, correct?

15        A.    It certainly appears to be.

16        Q.    And it's dated -- issuance date is

17   October 25, 1974?

18        A.    Yes.

19        Q.    And it's issued by the Department of

20   Ecology?

21        A.    Yes.

22        Q.    To the City of Spokane?

23        A.    That is correct.

24        Q.    And it is relative to the --

25              (The Court Reporter requested

000072

000073

Page 103

1                       LARS HENDRON

2          clarification.)

3          Q.      -- to the municipal sewage treatment

4    plant of the City of Spokane, correct?

5          A.      Yes, it is.

6          Q.      That would be the Riverside plant?

7          A.      Currently known as the Riverside

8    Park Water Reclamation Facility.

9          Q.      Okay.  So if I call it Riverside,

10   you know what I'm talking about?

11         A.      Yes.

12         Q.      And if you turn to the second page,

13   it sets certain effluent limitations, right?

14         A.      Yes.

15         Q.      And effluent is the stuff that

16   leaves the plant, right?

17         A.      Correct.

18         Q.      And influent is the stuff that's

19   coming in?

20         A.      That's what we receive, yes.

21         Q.      Okay.  And it sets monthly and

22   weekly average limits for biochemical oxygen

23   demand, BOD, right?

24         A.      Yes.

25         Q.      Suspended solids?

000074

Page 105

1                     LARS HENDRON

2    neutral.

3         Q.    Okay.  So -- and then it has final

4    effluent limitations as of -- this is -- the

5    first paragraph, if you will, relates to

6    limitations from 1974, the date of this permit,

7    until June 29, 1977, right?

8         A.    Yes.

9         Q.    And then the second paragraph

10   relates to new effluent limitations -- more

11   restrictive limitations that would be in effect

12   on June 30, 1977, right?

13        A.    Yes.

14        Q.    So it gives you some time to gear

15   up, right?

16        A.    Yes.

17        Q.    And it sets limitations for the same

18   constituents, but also for total phosphorus,

19   correct?

20        A.    Yes, it does.

21        Q.    And could you remind us why it is so

22   important to control phosphorus discharges into

23   the river?

24        A.    Phosphorus is the primary nutrient

25   that is related with reducing dissolved oxygen

000074

000075

1                          LARS  HENDRON

2     in Long Lake.

3          Q.     And that ultimately can cause harm

4     to aquatic life, correct?

5          A.     It can adversely impact fish.

6          Q.     It goes on to say -- if you look at

7     the next page, it says that, part B, you're to

8     construct facilities at the treatment plant for

9     storage and treatment of flows in excess of the

10    design secondary --

11               (The Court Reporter requested

12         clarification.)

13         Q.     Let me start again.

14               The permittee shall construct

15    facilities at the treatment plant site for the

16    storage and treatment of flows in excess of the

17    design secondary capacity of the named

18    facility.

19               That's what it says, in part, right?

20         A.     That is what it says.

21         Q.     Am I correct that during this time

22    frame, sometimes there was simply too much

23    water coming into -- water and waste coming

24    into Riverside, the treatment plant would

25    simply be bypassed, and you'd have direct

000075

1                          LARS HENDRON

2    esthetic degradation and bacterial pollution,

3    will truly prevent upgrading the Spokane River

4    to Class A status until completion of the

5    corrections.

6              Did I read that correctly?

7         A.    Yes, you did.

8         Q.    So what the Army Corps of Engineers

9    and the other participants in this study are

10   saying is that you're still having, even after

11   this secondary plant comes -- treatment plant

12   comes online, you still have these overflow

13   events, correct?

14        A.    Yes.

15        Q.    Which significantly degrades water

16   quality, correct?

17        A.    That was their judgment at the time.

18        Q.    And you have no reason to dispute

19   that?

20        A.    No.

21        Q.    And it discusses the -- one of the

22   alternative methods of dealing with this

23   overflow problem, which is separating this

24   storm and sewage water, and if you look at the

25   bottom full paragraph of that --

000077

1                        LARS HENDRON

2        Q.    But what this report is talking

3   about is the data shows that, and I'm quoting:

4   The data shows that the total fecal coliform

5   counts rise with each significant rainstorm

6   because of the combined sewer overflows.

7            Correct?

8        A.    Yes.

9        Q.    Going down further:  In addition to

10   the bacteriological contamination, combined

11   sewer overflows add nutrients to the --

12            (The Court Reporter requested

13       clarification.)

14       Q.    Okay.  In addition to

15   bacteriological contamination, combined sewer

16   overflows add nutrients to the river, thus

17   contributing to Long Lake's -- help me out --

18   eutrophication?

19       A.    Eutrophication.

20       Q.    That's e-u-t-r-o-p-h-i-c-a-t-i-o-n.

21            A restoration of Long Lake can be

22   expected to occur with upgrading of the sewage

23   treatment plant and elimination of the combined

24   sewer overflows.

25            Is that what it says?

000077

000078

Page 128

                                LARS HENDRON

1

2        A.      Yes, it is.

3        Q.      And eutrophication means what?

4        A.      When a water body receives too many

5    nutrients and the plants and the -- everything

6    just starts really growing, it eventually kind

7    of -- the oxygen levels drop off and

8    eventually, long-term, a natural lake will turn

9    into a meadow from that process.

10       Q.      A what?

11       A.      A natural lake will eventually turn

12   into a meadow from that process over time.

13       Q.      What effect does that have to the

14   aquatic life?

15       A.      It's the reduction of dissolved

16   oxygen that starts to affect the fish.

17       Q.      It could kill them?

18       A.      It could, if it was long enough.

19       Q.      It says here, continuing on:   The

20   overflow of sanitary sewage into the river

21   creates a significant potential for the

22   transmission of diseases.

23       A.      It does say that.

24       Q.      The health agencies report --

25   I'm skipping some lines -- the health agencies

Page 132

1                        LARS HENDRON

2    Page 28 now, which is 3295 --

3          A.    All right.

4          Q.    -- deals with constructing those

5    storage tanks that we have been talking about,

6    right; a list of alternative studies,

7    alternative one?

8          A.    Yes.

9          Q.    And those were the storage tanks

10   that were -- I saw first mentioned in a 1972

11   city document, right?

12         A.    Yes.

13         Q.    So this is further development of

14   that theme, right?

15         A.    It appears to be, yes.

16         Q.    And the idea is that you can park

17   excess water in these storage tanks until

18   capacity is sufficient to handle it at the

19   treatment plant?

20         A.    Correct.

21         Q.    And again, in 1977, this is before

22   PCBs were ever detected in the water system,

23   correct?

24         A.    Yes.

25         Q.    And if you turn to Page 3297, again,

000080

1                        LARS  HENDRON

2    they  talk  about  underground  --  the  city  again

3    talks  about  underground  concrete  tanks,

4    correct?

5         A.    Yes.

6         Q.    And  these  are  the  same  underground

7    tanks  that  are  being  constructed,  we  saw  a

8    photograph  of  1-CSO  26,  correct?

9         A.    Correct.

10         Q.    And  Table  9  consists  of,  again,  the

11    same  sort  of  information  that  we  saw  in  the

12    1972  document,  and  that  is  the  location  and

13    capacity  of  these  various  tanks,  they  are

14    called  storage  basin  sizes,  correct?

15         A.    Yes.

16         Q.    And  all  this  planning  for  these

17    storage  tanks  was  underway  by  1972  and  1977,

18    correct?

19         A.    Yes.

20         Q.    And  --

21         A.    May  I  go  back  and  read  that  with

22    that  question?

23         Q.    Sure.

24         A.    I  think  at  this  point  the  tanks  were

25    being  considered  along  with  the  other

000081

1                            LARS  HENDRON

2    plan, correct?

3         A.    Yes.

4         Q.    That we have already discussed?

5         A.    Correct.

6         Q.    So I just want to take it through a

7    couple of points here they are discussing.  If

8    you turn to -- this is a Google document --

9    Page 7.

10        A.    All right.

11        Q.    It talks about the separating of the

12   storm from the wastewater, correct?

13        A.    Yes.

14        Q.    And that's something that, in fact,

15   the city undertook as of the 1980s?

16        A.    Beginning in the 1980s, continuing

17   through about 1992.

18        Q.    Okay.  And they talk about how this

19   would reduce hydraulic overloading, correct, of

20   the treatment plant?

21        A.    Correct.

22        Q.    They also talk about -- the EPA is

23   talking about -- let me read the sentence so

24   that we're all on the same page.

25                This will reduce hydraulic

000081

000082

```
 1                    LARS  HENDRON
 2   and recharge?
 3         A.    Yes.
 4         Q.    What does that mean?
 5         A.    That would be what's equivalent to
 6   an infiltration facility where the water is
 7   diverted out of the street into a depressed
 8   area to allow it to soak into the ground.
 9         Q.    That's the sort of thing that you're
10   doing now?
11         A.    Yes.
12         Q.    In some areas that I've visited
13   around the city --
14         A.    Yes.
15         Q.    -- where the streets are being torn
16   up?
17         A.    Yes.
18         Q.    Okay.  That's the very thing that
19   the EPA is recommending in 1979?
20         A.    Yes.
21         Q.    Am I correct that this was before
22   PCBs were ever detected in stormwater in the
23   city?
24         A.    I believe so, yes.
25         Q.    Use of porous asphalt in new
```

000082

000083

Page 139

LARS HENDRON

2  construction areas, improved control over used

3  oil disposal?

4      A.    Yes.

5      Q.    Investigation of alternative deicing

6  methods?

7      A.    That is what it says.

8      Q.    Yeah.  And these are all the things

9  that the city's been doing, or is in the

10  process of doing since the EPA told you to do

11  it, right?

12      A.    Most of them.  I believe screening

13  of stormwater outfall points is not a feasible

14  thing.  The screening has to happen at the

15  street where the gutter inlet is.

16          Other than that, I believe all of

17  these are being employed to some extent.

18      Q.    Okay.  And these are things that the

19  city has done ever since the EPA told you to do

20  it in 1979?

21      A.    Some of them even probably before

22  that, yes.

23      Q.    Like street sweeping?

24      A.    Street sweeping and the cleaning of

25  catch basins, yes.

Page 140

1                           LARS HENDRON

2          Q.    It says:  The EPA encourages the

3     city to consider such measures since presently

4     there is no treatment requirement for

5     stormwater runoff.  However, it is possible

6     that the federal treatment requirements may be

7     established at some future date.  This may

8     include issuance of general NPDES permits for

9     stormwater discharges and required

10    implementation of certain best management

11    practices.

12               And they encouraged voluntary

13    adoption of those practices, correct?

14         A.    Yes.

15         Q.    And that's exactly what the city has

16    done?

17         A.    To a large extent yes.

18         Q.    Yeah.  In fact, there is now a NPDES

19    permit for your stormwater, correct?

20         A.    Correct.

21         Q.    Am I correct that there is no limit

22    for -- quantitative limit for PCBs?

23         A.    That is correct.

24         Q.    And if you turn -- there was some

25    testimony given, if you go to the very back,

000085

Page 149

1                          LARS HENDRON

2          Q.    Okay.  But in any event, you were

3     six years late from the date stipulated in this

4     regulation?

5          A.    It appears so.

6          Q.    And, again, this CSO reduction plan

7     goes back to the discharging of untreated

8     waste, correct?

9          A.    Yes.

10         Q.    And that has been a problem since --

11    we've identified since at least 1885, correct?

12         A.    Yes.

13         Q.    So we have another NPDES permit.

14    I'm going to try to go through these quickly.

15              (WHEREUPON, Hendron Deposition

16         Exhibit 21:  NPDES permit was marked for

17         identification.)

18         Q.    Placed before you, another NPDES

19    permit, issuance date 1986, expiration date

20    1991, issued by the Department of Ecology to

21    the City of Spokane regarding the Riverside

22    facility, correct?

23         A.    Yes.

24         Q.    And once again, it discusses

25    effluent limitations, correct?

000085

000086

Page 150

                        LARS HENDRON

1

2    A.    Yes.

3    Q.    And once again, those effluent

4 limitations relate to BOD, total suspended

5 solids, fecal coliform, bacteria, total

6 residual chlorine and pH, correct?

7    A.    Yes.

8    Q.    And there's no reference to PCBs in

9 this permit, correct?

10    A.    Not in this section.

11    Q.    Take your time and read it.

12    A.    I do not see PCBs listed.

13    Q.    Can you go to Page 7 for me?

14    A.    Yes.

15    Q.    Paragraph C?

16    A.    Yes.

17    Q.    It's titled Correction of Sewage

18 Overflows, correct?

19    A.    Yes.

20    Q.    It says that:  On May 10, 1995, the

21 permittees submitted a construction schedule

22 for storm sewer separation through the year

23 1989.

24         Is that what it says?

25    A.    Yes.

000087

                                LARS HENDRON

1

2       Q.    The reason we're showing you this is

3   that it talks about that permit.

4       A.    Uh-huh.

5       Q.    So it fills in a missing date on the

6   timeline.  Okay?

7             So according to this document, a

8   previous permit was issued on April 24, 1992;

9   fair enough?

10      A.    Yes.

11      Q.    And that permit placed effluent

12  limitations on the same sorts of constituents

13  we have been talking about, right?

14      A.    Correct.

15      Q.    BODs, total suspended solids, pH,

16  fecal coliform, bacteria, residual chlorine.

17            And now we have total pneumonia.  Is

18  that new?

19      A.     I don't think that was new.  I think

20  that was in the previous, but the metals

21  appear -- mercury and silver, I believe, could

22  have been new.

23      Q.    But we have phosphorus again,

24  correct?

25      A.    Yes.

000088

Page 169

                        LARS  HENDRON

1   couple of lines, I think -- did I read this

2   already?

3

4               During periods of heavy rainfall and

5   snow melt -- yeah, I think we read this

6   already.

7        A.   May have, or something very similar.

8   I don't remember -- well, I don't remember

9   reading this one exactly.

10       Q.   Fine.  Why don't we read it.  You

11  can read it for me, since it's your document.

12       A.   Sure.

13              During periods of heavy rainfall or

14  snow melt, Spokane had experienced hydraulic

15  overloading at its primary treatment plant.

16  Excess raw sewage and stormwater had to be

17  released into the river at the treatment plant

18  and at 33 other outfalls, CSOs.

19              In the 1960s, there were as many as

20  45 CSO locations, some with an overflow

21  frequency up to 140 times a year.  And then the

22  reference --

23       Q.   And that's what you and the city

24  wrote, and it was accurate, correct?

25       A.   Yes.

000089

Page 191

                        LARS HENDRON

1

2       A.    Yes, that is what it says.

3       Q.    So we have phosphorus and now

4  ammonia, correct?

5       A.    Correct.

6       Q.    As drivers of these wastewater

7  treatment plants, correct?

8       A.    Yes.

9       Q.    The NPDES permit -- continuing --

10  the NPDES permit was issued by Ecology on April

11  24, 1992, which was effective through April 30,

12  1997.  The 1992 permit replaced the city's 1986

13  permit.  1992 permit required year-round

14  ammonia removal, a further reduction in

15  chlorine discharge and set discharge limits on

16  mercury and silver.

17           That's what it says?

18       A.    Yes.

19       Q.    And that's accurate, correct?

20       A.    I believe so.

21       Q.    And then it discusses the treatment

22  plant at ES-15.

23       A.    All right.

24       Q.    It says that:  The treatment plant

25  requires improvements to, one, meet Ecology's

000090

Page 193

1                          LARS  HENDRON

2    improvements  are  intended  to  reduce  effluent

3    ammonia  discharge  to  the  river.   Other

4    improvements  are  intended  to  maintain  existing

5    treatment  capacity  for  primary  treatment  of

6    CSOs,  phosphorus  removal  and  rehabilitation  of

7    existing  process  equipment.

8                 Is  that  what  it  says?

9         A.    Yes.

10         Q.    Now  go  back  to  Exhibit  26.

11         A.    Yes.

12         Q.    So  that  was  a  1999  plan.   Now  we're

13    up  to  2000,  which  is  the  NPDES  permit  from

14    March/April  of  2000,  correct?

15         A.    Yes.

16         Q.    And  it's  issued  to  the  City  of

17    Spokane,  and  it  relates  to  the  Riverside

18    Treatment  Facility?

19         A.    Yes.

20         Q.    And  in  this  plan,  am  I  correct,  if

21    you  go  to  two  pages,  Page  6  of  43  --

22         A.    All  right.

23         Q.    --  it  has  the  usual  suspects,  right?

24         A.    Yes.

25         Q.    In  terms  of  limits,  BOD,  total

Page 194

1                        LARS  HENDRON

2      suspended solids, fecal coliform bacteria, pH,

3      as well as ammonia, residual chlorine,

4      phosphorus, cadmium, lead and zinc, correct?

5           A.     Yes.

6           Q.     No limit on PCBs, correct?

7           A.     Correct.

8           Q.     And I think you have agreed that

9      there's never been a quantitative limit on PCB

10     discharge from your plant, correct?

11          A.     In no prior permits, correct.

12                 (WHEREUPON, Hendron Deposition

13          Exhibit 28:  Noncompliance warning was

14          marked for identification.)

15          Q.     Sir, we have placed before you

16     Exhibit 28, which is a -- essentially a notice

17     of violation for noncompliance issued by the

18     Department of Ecology to the City of Spokane,

19     correct?

20          A.     Yes, a noncompliance warning.

21          Q.     Warning.  I'm sorry.

22          A.     Yes.

23          Q.     And it says that:  No later than May

24     1, 2000, the city shall submit a monitoring

25     plan to Ecology for review and approval, which

000092

                          LARS  HENDRON

1

2    plan, and I am relatively confident it was

3    submitted on time.

4        Q.    And why is it important that Ecology

5    know what's going on with respect to CSO

6    impacts and efficacy controls?

7        A.    Ecology is seeking assurance that

8    the program that we were going to spend money

9    building would, indeed, achieve the

10   requirements.

11       Q.    I guess I'm not understanding.

12             What were you building as of May

13   1st, 2000?

14       A.    At that point, we were at the

15   beginning stages of sizing the CSO tanks that

16   have now largely been built, siting and sizing

17   those.

18             And there was -- the monitoring plan

19   was to get more information about the -- I

20   guess the pollutants in the CSO effluent, I

21   believe.

22       Q.    And then it says:  No later than May

23   1st, 2000, the city shall submit to Ecology for

24   review and approval a public notification

25   system to ensure the public receives adequate

000093

Page 197

1                    LARS  HENDRON

2    notification  of  CSO  occurrences  and  CSO

3    impacts.

4              And  that  has  to  be  developed  by  June

5    30,  correct?

6         A.    Yes.

7         Q.    And  that  requires  posting  of  public

8    notice  signs  in  conspicuous  locations,  correct?

9         A.    I  believe  so.

10        Q.    So  this  was  required  back  in  2000,

11   the  notice?

12        A.    Yes.

13        Q.    The  notice  signs  regarding  --

14        A.    Yes.

15        Q.    --  CSO  outfalls.

16             And  nowhere  in  this  document  does  it

17   relate  that  requirement  to  PCBs,  correct?

18        A.    No,  not  to  the  best  of  my  knowledge.

19        Q.    In  fact,  all  of  the  signage  you  see

20   in  the  City  of  Spokane  regarding  this  issue  was

21   required  regardless  of  PCBs;  you  were  already

22   required  to  do  this,  correct?

23        A.    We  were  required  to  put  the  signs  up

24   in  accordance  with  this  document  and  the  CSO

25   program.

000093

000094

Page 198

                        LARS HENDRON

1

2       Q.    Right.  And this was not related to

3   PCBs?

4       A.    Not that I am aware of.

5       Q.    The document here says, in the next

6   page, and I guess this is the genesis of this

7   document, it says:  The document submitted to

8   Ecology did not contain plans that fulfilled

9   any of these CSO requirements.

10          This letter is dated August 10,

11  2001, right?

12      A.    Yes, it is.

13      Q.    And so does this refresh your

14  recollection as to whether you met the

15  requirements?

16      A.    It indicates that we did not meet

17  all of them, but I did not -- I did not have

18  personal knowledge of the timing of our efforts

19  at that point.

20      Q.    Okay.  So let's just read the rest

21  of this, and perhaps you'll want to

22  recharacterize what the city did and didn't do.

23      A.    Yes.

24      Q.    It says:  The document submitted to

25  Ecology did not contain plans that fulfilled

000095

Page 199

1                          LARS  HENDRON

2   any of the CSO requirements, referring to

3   requirements on the previous page that you and

4   I discussed?

5          A.    Yes.

6          Q.    That had deadlines of June 30, 2000,

7   right?

8          A.    That is what it says.

9          Q.    And then it goes on to say:  It is

10  important that the city take immediate action

11  to correct these deficiencies.  In the past,

12  Ecology has had several discussions with city

13  staff and consultants where expectations were

14  clearly conveyed, correct?

15         A.    Yes.

16         Q.    As usual, we're willing to work

17  closely with the city staff to implement plans

18  that are acceptable, but notification to the

19  public and protection of users of the Spokane

20  River and Long Lake from CSO impacts cannot be

21  neglected any longer.

22               Is that what it says?

23         A.    That is what it says.

24         Q.    So the Department of Ecology is

25  explicitly accusing the city of neglecting its

000096

Page 200

1                        LARS HENDRON

2    legal obligations, correct?

3        A.    It appears to say that.

4        Q.    So, again, to revisit your earlier

5    testimony on this, is it fair to say, or to

6    conclude, based upon this letter that the city

7    did not meet the permit deadlines of June 30,

8    2000 as set forth in this letter?

9        A.    It appears the city did not meet

10   Item 4, and only partially met Item 5.  We had

11   the signs in place, but the other portions not.

12       Q.    Okay.

13            MR. GOUTMAN:  What are we up to, 29?

14            MR. HANSEN:  29.

15            (WHEREUPON, Hendron Deposition

16       Exhibit 29:  Withdrawn document was marked

17       for identification.)

18       Q.    So I've placed before you a

19   memorandum to Dale Arnold from a Robert

20   Beaumier dated October 4, 2004?

21       A.    Yes.

22            MR. LAND:  I'm going to object here.

23       This should not have been produced.  I

24       believe this should be protected under

25       attorney-client privilege or attorney work

000097

Page 204

1                          LARS  HENDRON

2          A.     Yes.

3          Q.     -- is that accurate?

4          A.     (Witness nodded head up and down.)

5          Q.     Correct?

6          A.     Yes.

7          Q.     Ecology approved TMDLs in August of

8     1999 to address zinc, lead and cadmium

9     contamination in the Spokane River.

10              And we saw that document, correct?

11         A.     I don't remember looking at the

12    metals TMDL, but I know it exists.

13         Q.     I'm sorry.

14              In any event, you would agree that

15    in August of 1999, the TMDL was issued for

16    zinc, lead and cadmium contamination as

17    indicated in the city of Spokane's Stormwater

18    Management Plan of 2004?

19         A.     Yes.

20         Q.     And it says that:  The national

21    pollutant discharge elimination system --

22              (The Court Reporter requested

23         clarification.)

24         Q.     The national pollutant discharge

25    elimination system permits for point source

000098

Page 205

1                          LARS HENDRON

2   discharges to the river now have

3   performance-based limits of cadmium, lead and

4   zinc; is that correct?

5        A.    Yes.

6        Q.    The performance-based limits were

7   developed using each respective discharges'

8   effluent monitoring data.

9              Did I read that correctly?

10       A.    Yes.

11       Q.    And that's accurate, correct?

12       A.    Yes.

13       Q.    The TMDL was established in November

14  of 1992 for phosphorus in the river and a TMDL

15  for dissolved oxygen is currently being

16  developed.

17             Is that correct?

18       A.    Yes.

19       Q.    So we know that there are TMDLs

20  applicable to the Riverside facility as of 1992

21  for phosphorus, correct?

22       A.    Yes.

23       Q.    And we know that there are TMDLs

24  applicable to the Riverside facility for zinc,

25  lead, cadmium as of August of 1999, correct?

000099

Page 214

1                         LARS HENDRON

2          Q.     How about in the 2005 plan?

3          A.     I don't believe that they were.

4          Q.     Let me ask you this more globally:

5     Can you cite, with respect to the CSO reduction

6     plan, could you cite to me any engineering

7     element that was made necessary because of

8     PCBs, but would have been dispensed with had

9     PCBs never been invented?

10         A.     I do not think so.

11         Q.     And same question with the NLT

12    construction and design.

13         A.     I would say yes.

14         Q.     The same answer?

15         A.     Yes.

16         Q.     So there's no element -- design

17    element that was made necessary specifically to

18    address PCBs that could have been dispensed

19    with had PCBs never been invented?

20         A.     Not that I'm aware of.

21         Q.     The same thing with the MS-4

22    projects that we see throughout the city and

23    have been implemented, is there any design

24    aspect of any of those that were made necessary

25    by PCBs and that could have been dispensed with

Page 215

1                        LARS HENDRON

2    had PCBs never been invented?

3          A.    In terms of design, I would say, no.

4          Q.    Okay.  Well, we'll get to that

5    further.  Okay?

6                Okay.  Do you remember in 2006, you

7    went on a tour of facilities back east to look

8    at how they were addressing phosphorus?

9          A.    Yes.

10         Q.    Can you tell me about that?

11         A.    I'm trying to remember which trip

12   this was.

13         Q.    Well, you went to Syracuse, did you

14   not?

15         A.    That's the one.  Yes, we visited the

16   Syracuse, New York, treatment plant, and two

17   others, I believe; Washington D.C. and

18   Alexandria, Virginia.

19         Q.    And here's one for whatever we're up

20   to up.

21                MR. HANSEN:  32.

22                MR. GOUTMAN:  32.

23                (WHEREUPON, Hendron Deposition

24         Exhibit 32:  Summary of plant tour was

25         marked for identification.)

000101

Page 220

1                    LARS HENDRON

2    large --

3        Q.    You spent a lot of time.

4        A.    Yes, we spent some significant time.

5        Q.    And a lot of money?

6        A.    Uh-huh.

7        Q.    Yes?

8        A.    Yes.

9        Q.    To meet legal requirements of

10   phosphorus -- regarding phosphorus, correct?

11       A.    Yes.

12       Q.    And, in fact, the next-level

13   treatment was designed specifically to address

14   phosphorus removal requirements, correct?

15       A.    It was -- the primary driver was

16   phosphorus reduction.

17               (WHEREUPON, Hendron Deposition

18       Exhibit 34:  Eastern Washington Phase II

19       Municipal Stormwater Permit was marked for

20       identification.)

21       Q.    This is Exhibit 34.  We've placed

22   before you Exhibit 34, which is another permit

23   issued by Ecology to the City of Spokane

24   regarding your municipal stormwater system; is

25   that correct?

000101

000102

Page 221

1                        LARS HENDRON

2        A.    Yes.

3        Q.    Is this the first stormwater permit

4   that you were issued?

5        A.    Yes.

6        Q.    And it was issued on January 17,

7   with an effective date of February 16, 2007,

8   correct?

9        A.    Correct.

10        Q.    And it basically -- I think I

11   misspoke.  I said it was issued to the City of

12   Spokane.  I may have.

13            But it was really an eastern

14   Washington permit, correct?

15        A.    It was a general permit, but it was

16   issued to the city.

17        Q.    Okay.  And it's applicable and

18   binding upon the city, correct; applicable to

19   and binding upon the city?

20        A.    Correct.

21        Q.    And it is applicable to owners and

22   operators of regulated small municipal separate

23   storm sewer systems located in eastern

24   Washington; is that correct?

25        A.    Yes.

Page 222

1                          LARS  HENDRON

2        Q.     And that would be you?

3        A.      That would include the City of

4    Spokane.

5        Q.     And it talks again about this -- I'm

6    sorry -- I'm referring to Page 12 of 57.  It

7    talks, once again, about these best management

8    plans [sic] that we have been talking about

9    where you guys were talking about in various

10   city documents since the 1970s?

11              MR. LAND:  Best management

12        practices, right?

13              MR. GOUTMAN:  Did I say plans?

14              MR. LAND:  Yeah.

15   BY MR. GOUTMAN:

16        Q.    I'm sorry.  Best management

17   practices.

18        A.    Yes.

19        Q.    And they -- well, strike that.

20              It says -- on Page 34 of 57, it

21   says:  The following requirements apply, if

22   applicable -- I'm paraphrasing -- TMDL is

23   approved for a stormwater discharges from MS-4s

24   owned and operated by the permittee; is that

25   correct?

000104

Page 224

1                          LARS HENDRON

2    if you look at that.

3        A.    Yes.

4        Q.    Does it call for monitoring?

5        A.    Which section?  Oh, down here.  A.

6        Q.    C.  Well, stormwater monitoring.

7        A.    C1-A.  Yes, it does.

8        Q.    And that monitoring should include

9    assessment of the effectiveness of the controls

10   you place on stormwater-related problems,

11   correct?  I'm looking -- I'm sorry, sir.  I'm

12   looking at Page 36 of 57, section B.

13       A.    Yes, under targeted stormwater

14   management plan effectiveness monitoring.

15       Q.    So your answer is yes?

16       A.    Just let me reread quickly.

17       Q.    Take your time, sir.

18       A.    It requires the city -- or required

19   the city to prepare to conduct monitoring to

20   determine the effectiveness, and then spelled

21   out more specifically what's involved in that.

22       Q.    Okay.  Thank you.

23             Am I correct that this permit does

24   not specifically mention PCBs?

25       A.    I believe it does not.

000105

Page 228

1                        LARS HENDRON

2        Q.    I just want to backtrack to a

3    subject that I mentioned, and I'm sorry for

4    jumping around late in the day.  My brain gets

5    a little fried.

6              Sir, with respect to the -- all of

7    these storage tanks that had been built or in

8    the process of being built, they were -- I

9    think we have established that they were being

10   built because of requirements of -- legal

11   requirements of the permits, correct?

12       A.    The permit required, yes.

13       Q.    And am I correct that all of that

14   construction would have been necessary to

15   comply with those permits, even if PCBs had

16   never been invented?

17       A.    I believe so, yes.

18       Q.    And same for the next level

19   treatment facility, correct?

20       A.    Yes.

21       Q.    And same for the various MS-4

22   projects?

23            MR. LAND:  Objection.  Vague as to

24       the various MS-4 projects.

25   BY MR. GOUTMAN:

000105

Page 229

                    LARS HENDRON

1

2       Q.    Okay.

3       A.    There was a shift in the impetus

4   behind the MS-4 projects.  When the city became

5   aware around 2007 with the source assessment

6   that stormwater from the city was causing or

7   contributing to the PCB problem, our emphasis

8   on -- or the driver for our stormwater program

9   at that point began shifting more toward PCB

10  compliance than phosphorus.

11      Q.    That wasn't my question.

12      A.    I'm sorry.

13      Q.    Let me ask it again.

14            With respect to the MS-4 projects --

15  I'm not asking about impetus -- with respect to

16  the MS-4 projects that had been undertaken or

17  being undertaken, am I correct those would be

18  required, under your permits, to require best

19  management practices, even if PCBs had never

20  been invented?

21            MR. LAND:  Objection.  Vague as to

22      time.

23            MR. GOUTMAN:  Go ahead.

24            MR. LAND:  I'm asking if you're

25      talking about current projects or projects

Page 233

1                          LARS HENDRON

2          A.    A water quality problem.

3          Q.    There is nothing in this permit that

4    sets forth discharge limits for any particular

5    substance, correct?

6          A.    I believe that's correct.

7          Q.    All it does is say you have to adopt

8    best management practices to address

9    non-stormwater discharges, correct?

10         A.    Yes.

11         Q.    It was in 19 -- excuse me -- in 2014

12   where specific chemicals or constituents were

13   identified in your stormwater permit, correct?

14         A.    I don't recall.  I would need to

15   look at the permit.

16         Q.    In any event, we can agree that

17   there is nothing in this permit that identifies

18   PCBs?

19         A.    I don't recall PCBs identified in

20   this permit.

21         Q.    So in 2014 -- this will be the next

22   exhibit.

23               MR. HANSEN:  35.

24               MR. GOUTMAN:  Number 35.

25               (WHEREUPON, Hendron Deposition

000108

1                    LARS HENDRON

2         Exhibit 35:  Appendix 2 - Total Maximum

3         Daily Load Requirements was marked for

4         identification.)

5         Q.    This is part of -- why don't you

6    look at this for the record.  This says Total

7    Maximum Daily Load (TMDL) Requirements Eastern

8    Washington Phase II Municipal Water Permit,

9    August 1, 2014.

10             It says that on the bottom, correct?

11        A.    Yes.

12        Q.    And if you turn to Page 7 of 10 --

13        A.    All right.

14        Q.    -- it says at the bottom:  Actions

15   Required:  The City of Spokane and Spokane

16   County shall each develop and implement

17   monitoring programs for phosphorus, ammonia and

18   CBOD according to the schedules outlined below.

19   Flow rates shall also be measured in order to

20   calculate volumes of stormwater to determine

21   pollutant loadings.

22             Is that what it says?

23        A.    It does.

24        Q.    And the name of TMDL is Dissolved

25   Oxygen Total Maximum Daily Load, correct?

000108

000109

Page 235

1                        LARS HENDRON

2        A.    Correct.

3        Q.    And the parameters are total

4    phosphorus, ammonia and CBOD5, correct?

5        A.    Yes.

6        Q.    And these requirements, according to

7    this permit, apply to areas served by MS-4s

8    owned and operated by the permittees within the

9    TMDL coverage area; is that correct?

10        A.    Yes.

11        Q.    So they apply to all the cities in

12    the MS-4 systems, correct?

13        A.    Correct.

14        Q.    Am I correct that all of the

15    infrastructure and best management measures

16    that you have undertaken would be required to

17    meet this permit, even if PCBs had never been

18    invented?

19              MR. LAND:  Objection.  Vague as to

20        time.  Are we talking this time period or

21        current?

22              MR. GOUTMAN:  Speaking.  Okay.

23    BY MR. GOUTMAN:

24        Q.    Go ahead.

25        A.    Please repeat the question.

000109

Page 252

1                        LARS HENDRON

2    removal.

3                 Now, let's just step back.  Alum is

4    a chemical that's introduced during the

5    next-level treatment to precipitate phosphorus,

6    correct?

7         A.    It's actually introduced in all

8    three:  The primary, secondary, tertiary, to

9    precipitate phosphorus.

10        Q.    Okay.  Just focusing on the NLT, it

11   was introduced in the NLT to precipitate

12   phosphorus, correct?

13        A.    Yes.

14        Q.    That is, precipitate, meaning get it

15   out?

16        A.    The dissolved pieces of phosphorus

17   grab onto that and make a particle big enough

18   that we can capture.

19        Q.    It says:  Extending phosphorus

20   removal season looks to benefit water quality

21   to an extent that might allow Ecology to be

22   more liberal with the allowable discharge

23   concentrations.  Let me stop.

24                 Extending phosphorus removal season,

25   meaning extending it beyond the -- what's

Page 264

LARS HENDRON

1

2          Q.    I've placed before you the city of

3    Spokane's comments to draft NPDES permit; is

4    that correct?

5          A.    It appears so, yes.

6          Q.    Are you familiar with this document?

7          A.    Let me look.   I remember we

8    submitted comments to Ecology.

9          Q.    By the way, when is the NLT

10   scheduled to finish?

11         A.    It should be operational in 2021.

12         Q.    So you would not incur added

13   operational costs regarding non-critical season

14   operation until 2021, correct?

15         A.    Correct.

16         Q.    So I just want to direct your

17   attention -- did you say that you were familiar

18   with this document?

19         A.    I remember we submitted comments to

20   Ecology.

21         Q.    Did you have any input?

22         A.    I would have reviewed the comments

23   and possibly added a few thoughts.

24         Q.    What is the vetting process for

25   submitting comments to something like a draft

000112

Page 265

1                        LARS HENDRON

2    NPDES within the city?

3         A.    The draft permit comes to the city.

4    It's circulated amongst, primarily, the

5    treatment staff who were familiar with the

6    requirements, and then they provide comments

7    back that hopefully help make the permit more

8    implementable.

9         Q.    So it's subject to review by a

10   number of people knowledgeable about these

11   issues within the city, correct?

12        A.    Correct.

13        Q.    If you turn to Page 4 of 6, the

14   second to last bullet.

15        A.    Yes.

16        Q.    It says:  There are no PCB design

17   loadings associated with the NLT treatment

18   system design.  NLT was constructed solely for

19   phosphorus removal and compliance with the DO

20   TMDL requirements.  While additional PCB

21   removal may be achieved through this system, it

22   is not verified that PCB removal was not a

23   design consideration.

24             Is that what the city said?

25        A.    Yes.

Page 266

1                          LARS HENDRON

2        Q.    And then it goes on to say:  Rather

3   than being required to operate NLT year-round

4   to control PCBs beginning in 2026, the city

5   intends to pilot or prepare to pilot NLT to

6   determine the efficacy of PCB removal during

7   this permit term, 2016 to -- excuse me -- 2021.

8              Is that correct?

9        A.    That is what it says.

10        Q.    Am I correct that Spokane County has

11   a next-level treatment facility, correct?

12        A.    Of a sort, yes.

13        Q.    Okay.  Am I correct that they

14   operate their filters year-round to further

15   remove TSS and BDD [sic], but not PCBs -- BOD?

16   Excuse me.

17        A.    I'm not certain.

18        Q.    So I'm going to show you what

19   appears to be one chapter of the Spokane County

20   treatment plan.

21              (WHEREUPON, Hendron Deposition

22        Exhibit 42:  Chapter from Spokane Country

23        treatment plan was marked for

24        identification.)

25        Q.    Dated December 17, 2007, this is

000114

Page 271

1                         LARS HENDRON

2        Q.    And it says:  The City of Spokane is

3    required by its NPDES permit, WA 002447-3, to

4    install next-level treatment at the wastewater

5    treatment facility, correct?

6        A.    Yes.

7        Q.    Implementation is required by March

8    1, 2021 to comply with the Washington State

9    Department of Ecology's Dissolve Oxygen Total

10    Maximum Daily Load regarding nutrients.

11             Is that what it says?

12        A.    Yes.

13        Q.    Am I correct that it is not required

14    with respect to any discharges of PCBs,

15    correct?

16        A.    Correct.

17        Q.    And then part of your response to

18    number 11 was:  The primary purpose of these --

19    the last sentence:  The primary purpose of

20    these tertiary treatment upgrades is to achieve

21    total phosphorus removal to 18 micrograms per

22    liter or less during the critical season of

23    March 1 through 31 to comply with the

24    Department of Ecology's Dissolved Oxygen Total

25    Maximum Daily Load; is that correct?

000114

000115

Page 272

1                    LARS HENDRON

2          A.    Yes.

3          Q.    And that's accurate; is that

4    correct?

5          A.    That is accurate.

6                (WHEREUPON, Hendron Deposition

7          Exhibit 44:  NPDES issued to Spokane from

8          Ecology issued June 16th, 2011 was marked

9          for identification.)

10   BY MR. GOUTMAN:

11         Q.    You've been placed before you

12   Exhibit 44, which is the NDES -- I'm sorry --

13   NPDES issued to Spokane from Ecology issued

14   June 16th, 2011, effective date, July 1, 2011;

15   is that correct?

16         A.    Yes.

17         Q.    And that sets forth, beginning on

18   Page 8 of 7 [sic], certain effluent

19   limitations, correct?

20         A.    I'm sorry.  Section S-8 or Page --

21         Q.    Page -- I'm sorry -- 8 of 67, upper

22   right corner.

23         A.    Yes.  All right.

24         Q.    So this is 2011, right?

25         A.    Correct.

000115

Page 273

LARS HENDRON

1

2    Q.    And the permit says that you had to

3  install, essentially, the next-level treatment

4  for full phosphorus removal by March 1, 2018,

5  correct?

6    A.    At this time, yes.

7    Q.    And you didn't meet that deadline?

8    A.    We got an extension of that deadline

9  to --

10    Q.    When -- you got an extension about

11  six or seven years later, right?

12    A.    I think the extension was granted

13  about two or three -- two or three years ago,

14  in the neighborhood of 2017.

15    Q.    We'll get to that.

16         In any event, that was a deadline

17  you didn't meet, correct?

18    A.    That was a deadline we modified.

19    Q.    You didn't meet the March 1, 2017

20  deadline that was outlined in this 2011 permit,

21  did you?

22    A.    Correct.  That was a construction

23  deadline, which we're doing the project

24  differently.

25    Q.    And then after the construction is

000117

Page 277

1                         LARS HENDRON

2        Q.    And then it says:  The City of

3   Spokane has constructed a total of six CSO

4   controlled facilities, and so forth, and

5   eliminated various CSO outfalls, correct?

6        A.    Yes.

7        Q.    And, again, this is designed to

8   comply with your NS- -- your permit, correct?

9        A.    Correct.

10       Q.    I'm trying to shorten this.  Okay.

11            June 30th.  So going back to the

12   questions we were asking about that 2018

13   deadline, we'll mark this as the next exhibit.

14            (WHEREUPON, Hendron Deposition

15       Exhibit 46:  Administrative Order was

16       marked for identification.)

17       Q.    Exhibit 46 is correspondence from --

18   and an order from the Department of Ecology

19   dated June 30, 2017; is that correct?

20       A.    Yes.

21       Q.    And it issued an Administrative

22   Order, which they are enclosing, correct?

23       A.    Yes.

24       Q.    And it mentions that you had a March

25   1, 2018 deadline to submit verification that

000118

Page 278

1                          LARS HENDRON

2      the NLT had been installed.  I'm just

3      paraphrasing.

4           A.    Correct.

5           Q.    And it says, quote:  The City of

6      Spokane staff had told us the above dates when

7      likely to be met.

8                 Correct?

9           A.    Correct.

10          Q.    So does this refresh your

11     recollection as to when you told the Department

12     of Ecology that you couldn't meet the 2018

13     deadline?

14          A.    Yes, in writing, although we had

15     been talking with them about it earlier.

16          Q.    It would have been about a year

17     before the deadline, correct?

18          A.    Yes.

19          Q.    Less than a year, right?

20          A.    Correct.

21          Q.    I'd like to do something that it's

22     just designed to save time and paper, okay, and

23     that is -- I'll set up the foundation with you,

24     sir.  You have -- you publish, on a yearly

25     basis, a summary of the CSO overflow events,

000119

Page 280

LARS HENDRON

2  appears, in your reviewing that, whether that

3  is what this exhibit represents as I'm

4  characterizing it.  Okay?  And I'm doing this

5  to save time.

6      A.    I understand.

7            (Witness examining document.)

8      Q.    While you're doing that, I will note

9  that the -- strike that.

10      A.    The document appears as you

11  represented it.

12      Q.    Okay.  So it's not -- so we're

13  clear, it's not necessary for me to go

14  tediously through each of those reports and get

15  you to say, yes, that's what the data is in the

16  reports; that this exhibit reflects that data

17  that was produced by the City of Spokane?

18      A.    It seems to, and, yes.

19      Q.    Thank you.

20            So why -- am I correct that -- if

21  you turn to the second to last page and the

22  last page.

23      A.    Yes.

24      Q.    It summarizes discharges from 2003

25  to 2017; is that correct; the CSO events?  I'm

Page 281

1                    LARS HENDRON

2     sorry.

3          A.    Yes.

4          Q.    And volume, correct?

5          A.    This particular one talks about

6     number of CSO events and inches of

7     precipitation.

8          Q.    And the next --

9          A.    And the volume --

10         Q.    The next page --

11         A.    -- volume is on the next page.

12         Q.    Okay.  And so we're clear, the

13    events -- overflow events as recently as 2017

14    were 144, correct?

15         A.    Yes.

16         Q.    And so forth.

17               And going back in time, they were as

18    high as 397, which was in 2006?

19         A.    Yes.

20         Q.    And the volume -- it's the next

21    page, the volume in millions of gallons, as

22    recently as 2017, was 71 million gallons of

23    overflow; is that correct?

24         A.    Yes.

25         Q.    And going back in time, it was as

000121

Page 282

                        LARS HENDRON

1

2    high as 116 million gallons in 2006, correct?

3        A.    Yes.

4        Q.    And am I correct that in 2017, if

5    you turn to the third to last page -- go the

6    other way, there were a number of CSO outfalls

7    that violated the one overflow per year permit

8    requirement, correct?

9        A.    I'm looking at that.  It would be

10   the fourth column over?

11       Q.    Yes.

12       A.    Yes.

13       Q.    In fact, 15 of them, correct, 15 of

14   the CSO outfalls?  I'm counting right?

15       A.    I'll couch my answer slightly.  It

16   appears -- it looks like 15 is right, however,

17   with a 20-year averaging period, a tank is

18   allowed to go off more than once or to overflow

19   more than once in a given year.

20       Q.    Okay.  But you wouldn't happen to

21   know, for example, with respect to -- let's

22   take a look at Number 24.

23       A.    Yes.

24       Q.    24-A, it's 27, 24-B, for a total of

25   28, can we safely assume that 24 violated the

000122

Page 283

1                        LARS HENDRON

2    ten-year average?

3        A.    It overflowed, yes.

4        Q.    In 2017?

5        A.    Correct.

6        Q.    So just so we're clear, then, you

7    would agree with me that as of 2017, the city

8    was in violation of its NPDES permit

9    requirements of one outfall per year?

10        A.    I believe that in 2017, the city

11    negotiated an extension of the requirement to

12    have all the tanks done by 2017.

13              So that those few remaining tanks,

14    what you're seeing here as still overflowing,

15    would be completed very shortly after.

16        Q.    Maybe I wasn't clear.

17              Would you agree with me that your

18    NPDES permit allows, again, on a rolling

19    10-year average --

20        A.    Yes.

21        Q.    -- only one overflow per outfall per

22    year, correct?

23        A.    Once the tank -- once that basin is

24    controlled and has its tank in place, I believe

25    that's when the counting starts.

000122

000123

1               LARS HENDRON

2     Q.    Am I correct that the Department of

3  Ecology had promulgated a PCB water level

4  criterion of 170 ppq way back when, correct?

5     A.    That's the number that I'm first

6  familiar with, correct.

7     Q.    Okay.  And then, as I understand it,

8  in November of 2016, the EPA disapproved the

9  170 ppq standard and replaced with a 7 ppq

10  standard; is that correct?

11     A.    I believe that's also correct.

12     Q.    And you're also aware that recently,

13  this month, the EPA has reversed that, correct?

14     A.    I did hear about that.

15          (WHEREUPON, Hendron Deposition

16     Exhibit 48:  Letter dated May 10, 2019 was

17     marked for identification.)

18          MR. GOUTMAN:  Is that -- excuse me,

19     Mr. Videographer, is that stack of

20     documents blocking the view of the witness?

21             THE VIDEOGRAPHER:  No.

22          MR. GOUTMAN:  No, I didn't mean -- I

23     was just asking.

24     Q.    Okay.  We have placed in front of

25  you a letter to Ms. Bellon, B-e-l-l-o-n, of

000124

Page 296

LARS HENDRON

1

2  reconsidered, along with so many others that

3  proceeded after the November election.

4            Did I read that correctly?

5      A.    Yes.

6      Q.    As mayor of the City of Spokane, it

7  is my responsibility to protect our citizens,

8  our economy and our river.  We are doing that

9  today.  Unfortunately, the new EPA water

10  quality standards threaten all of those values.

11            Is that what the City of Spokane

12  wrote to EPA headquarters in Washington?

13      A.    Yes, it is.

14      Q.    Just skipping a paragraph:

15  Consistently over the past several years, the

16  city has supported Ecology's process to update

17  the water quality standards for protecting

18  human health (fish consumption rates) --

19            (The Court Reporter requested

20        clarification.)

21      Q.    Parens, fish consumption rates,

22  close parens, as found in Chapter 173-101A of

23  the Washington Administrative Code.

24            And it goes on to describe what

25  Ecology did, correct?

Page 297

LARS HENDRON

1

2    A.    It appears to do that, yes.

3    Q.    Yeah.  And it says:  We applauded

4  DOE's efforts in developing criteria for PCBs,

5  arsinic and methyl mercury that used the

6  scientific standards, common sense, and

7  conditions within Washington state.

8         Correct?

9    A.    Yes.

10    Q.    And that was the position of the

11  City of Spokane, correct?

12    A.    Yes, as expressed here.

13    Q.    Yep.  And then it goes on:  Instead

14  of supporting this collaborative process, the

15  EPA turned Ecology's thoughtful and

16  science-based rule on its head, leaving Ecology

17  with a nearly impossible compliance workload,

18  municipal discharges with unachievable and

19  immeasurable standards, and the public with a

20  tremendous impending financial drain on the

21  economy without a reasonable expectation of an

22  increased health benefit.

23         That's what it says?

24    A.    Yes.

25    Q.    Can we take that to mean that he

000126

Page 298

                          LARS HENDRON

1

2    does not believe that the 7 ppq will result in

3    an increased health benefit, he meaning the

4    city?

5        A.    This letter, I presume, points

6    toward the HHC, the Human Health Criteria, and

7    that going as far down as 7 would not have as

8    much benefit as one would hope.

9        Q.    It says:  Without reasonable

10   expectation of an increased health benefit.

11           Is that what it says?

12       A.    Yes.  That would not -- yes.

13       Q.    And then it continues:  We are

14   particularly concerned about the numerical

15   limits of PCBs in the EPA rule.  The standard

16   at 7 ppq is unachievable with any current or

17   anticipated technology.  There aren't tests

18   that can effectively measure PCBs at that

19   level, and there is no evidence that the

20   standard will provide an increased health

21   benefit for citizens.

22           That's what the City of Spokane said

23   to the EPA, correct?

24       A.    Yes.

25       Q.    The city has strongly supported

000127

1                          LARS  HENDRON

2          for  identification.

3          Q.    I've  handed  you  Exhibit  52,  which  is

4    the  2016  Comprehensive  Plan  prepared  by  the

5    task  force;  is  that  correct?

6          A.    Yes.

7          Q.    It  was  prepared  by  LimnoTech  on

8    behalf  of  the  task  force?

9          A.    That's  correct.

10          Q.    And  the  city  is  a  participant  in

11    that  task  force;  is  that  correct?

12          A.    Yes.

13          Q.    If  you  turn  to  Page  10  --

14          A.    All  right.

15          Q.    --  four  lines  from  the  bottom  --

16    five  lines,  it  says:  Average  concentrations  at

17    all  stations  show  compliance  with  the  current

18    Washington  state  water  quality  standard  of  170

19    picograms  per  liter,  which  is  parts  per

20    quadrillion,  ppq,  right?

21          A.    Correct.

22          Q.    So  as  of  2016,  the  task  force  is

23    saying  that  the  PBC  concentrations  in  the

24    Spokane  River  comply  with  the  EPA  170  ppq

25    standard,  correct?

000127

000128

Page 301

                            LARS HENDRON

1                       MR. LAND:  Objection, misleading.

2           You can answer.

3                       THE WITNESS:  It indicates that it

4           complies with the former Washington state

5           standard of 170 or maybe -- actually, not

6           former at that time.

7    BY MR. GOUTMAN:

8           Q.    The present 170 -- let me just

9    rephrase it.

10                      It is saying that the average levels

11   are less than 170 ppq?

12          A.    Yes.

13                      (WHEREUPON, Hendron Deposition

14          Exhibit 53:  Draft publication from the

15          Spokane River Regional Toxics Task Force

16          was marked for identification.)

17          Q.    I've handed you a draft publication

18   of the task force through its engineer

19   LimnoTech titled -- it's dated February 20,

20   2019, so just a couple months ago?

21          A.    Yes.

22          Q.    And it's a technical -- 2018

23   technical activities report?

24          A.    Yes.

000128

Page 304

LARS HENDRON

problem made those results invalid.

    Q.    So once again in -- as of February 20, 2019, the Spokane River PCBs concentrations are less than 170 ppq, correct?

    A.    Based on these cites, yes.

    Q.    Are you aware of any test data that would suggest that the average concentrations are greater than 170?

    A.    No.

    Q.    Am I correct, sir, that in reaching its original determination, and Ecology reaching its original determination, that the -- in promulgating the 177 ppq standard, it determined in its judgment that PCBs levels at or below those concentrations were safe?

    A.    I am -- I would say that they put that number out as achieving the Human Health Criteria.  I don't know that they would ever say safe.

    Q.    Well, is it the city's position that the Department of Ecology promulgates water standards that it believes are unsafe, or cause an unreasonable risk of harm to humans and the environment?

Page 306

1                          LARS HENDRON

2        Q.    What it says:  There's no evidence

3   that the 7 ppq standard will provide an

4   increased health benefit for citizens.

5              Correct?

6        A.    Correct.

7        Q.    And, certainly, it's not the City of

8   Spokane's position that Mayor Condon and the

9   city, in writing to the EPA, requesting the

10  withdrawal of the 7 ppq standard and the

11  reinstitution of the 170 ppq standard, that

12  that would result in an unsafe river, correct?

13       A.    Again, I'm struggling with the word

14  "safe."  The words that he used were that

15  lowering the standard to 7 would not result in

16  an increased health benefit.

17       Q.    Well, let me ask it this way, sir:

18  Would the City of Spokane advocate a PCB water

19  level that it believed was unsafe for the

20  citizens?

21       A.    No.

22            MR. GOUTMAN:  So is it your position

23       that the next witness will discuss nuisance

24       issues in activities on the river?

25            MR. LAND:  You're talking about the

000131

Page 310

1                    LARS HENDRON

2     and heat, correct?

3          A.    That sounds like what I've heard,

4     yes.

5          Q.    And am I correct that there are

6     byproduct PCBs in the Spokane River?

7          A.    I believe that is true.

8          Q.    With respect to intentionally

9     manufactured PCBs, would you agree with me that

10    they were an industrial product sold in bulk to

11    manufacturers who used them to make other

12    products?

13              MR. LAND:  Objection, calls for

14         speculation.  You may answer.

15              THE WITNESS:  I believe that is

16         true.

17    BY MR. GOUTMAN:

18         Q.    And would you agree with me that

19    those manufacturers used PCBs because PCBs

20    possessed a number of properties that they

21    found desirable, such as non-flammability?

22              MR. LAND:  I'm going to object.  I

23         believe this is beyond the scope of this

24         deposition.  I think there's another topic

25         that that addresses, but let me look

000132

Page 322

LARS HENDRON

hydroseeding as part of the surface

restoration.

    Q.   Hydroseed was used in the Spokane

River restoration project, correct?

    A.   In which project was that?

    Q.   It says, the subject, hydroseed use

in river restoration project?

    A.   Yes.  That's a very vague title, so

I'm not sure which project that was, but, yes,

hydroseed appears to have been used.

    Q.   Okay.  And if you turn -- flip the

page, it refers to an attached report.  I don't

have the report, but PCBs detected in the

amount of 2,509 micrograms per kilogram, which

is parts per billion, correct?

    A.   Yes.

    Q.   Did I already ask you, did --

byproduct PCBs are also found in deicers; is

that correct?

    A.   I have been told that, yes.

    Q.   And these are all products that the

city uses or that its contractors use, correct?

    A.   Yes.

    Q.   So the city's activities contribute

000132

1                        LARS  HENDRON

2    to the concentrations of byproduct PCBs that

3    are found in the Spokane River, correct?

4         A.    It seems they could.

5         Q.    Am I correct that the city passed an

6    ordinance that required selection of products

7    that did not contain byproduct PCBs as long as

8    they weren't significantly more expensive?

9         A.    Yes.

10        Q.    Can you describe for me the

11   enforcement of that -- is it an ordinance?

12   What would you call it?

13        A.    I believe it is an ordinance.

14             MR. LAND:  I'm going to object.  I

15        believe this is beyond the scope of this

16        notice, as well.  I believe the ordinance

17        will be discussed by the next witness.

18             MR. GOUTMAN:  Okay.  With that

19        representation, I'll move on.

20             (WHEREUPON, Hendron Deposition

21        Exhibit 57:  PowerPoint titled The Search

22        for Inadvertently Produced PCBs was marked

23        for identification.)

24   BY MR. GOUTMAN:

25        Q.    Let's go to -- I've handed you

000134

Page 335

1                          LARS HENDRON

2          A.     In the solid stream, yes.

3          Q.     What do you mean in the solids?

4          A.     In the material that they take out

5    of the water, not in the water leaving the

6    plant.

7          Q.     And that's not what it says.  It

8    says that because of solid removal, it is --

9          A.     I understand.

10         Q.     -- it is the most abundant congener,

11   correct?

12         A.     Yes.  I understand.  I'm sorry.

13         Q.     Pigments are a major source of PCBs

14   in this system, correct?

15         A.     Yes.

16         Q.     That's the byproduct PCBs?

17         A.     Yes.

18         Q.     Reducing legacy PCBs will not fix

19   the problem; is that what it says?

20         A.     That is what it says.

21         Q.     So is there any reason that the

22   city's aware of why pigments -- byproduct PCBs

23   in the form of pigments would be a major source

24   of PCBs in the Spokane wastewater system but

25   not the Riverside system, is there any reason

000134

Page 336

1                          LARS  HENDRON

2    that you can think of?

3                    MR.  LAND:   Objection,

4         mischaracterization of what this document

5         says.

6    BY MR. GOUTMAN:

7         Q.    You can answer.

8         A.    I anticipate that if the county

9    plant sees PCB 11, that the Spokane plant also

10   sees PCB 11.

11        Q.    And is there any -- my question was

12   different, though.

13        A.    Please restate.

14        Q.    Is there any reason why pigments

15   would not be a major source of PCBs in the city

16   system when it is a major source, according to

17   Dr. Rodenburg, a major source of PCBs in the

18   county system?

19                   MR.  LAND:   I'll also object,

20        misleading, misstates what this document is

21        saying.

22   BY MR. GOUTMAN:

23        Q.    Go ahead.

24        A.    I have no reason to believe it

25   wouldn't be, but I also have no evidence that

Page 337

1                          LARS  HENDRON

2      it is.

3                  (WHEREUPON, Hendron Deposition

4          Exhibit 59:  Transcript of webinar was

5          marked for identification.)

6                  MR. GOUTMAN:  We've marked as -- I'm

7          sorry -- 59?

8                  THE COURT REPORTER:  Yes.

9          Q.    59 a transcript of a webinar

10     Dr. Rodenburg gave, and we've discussed this

11     with Dr. Rodenburg under oath previously.  And

12     I don't want you to go through all of this, but

13     I just want to show you what Dr. Rodenburg said

14     about Spokane.

15         A.    Spokane.  Okay.

16         Q.    Page 52.

17         A.    All right.

18         Q.    And, again, Dr. Rodenburg has been

19     doing testing of the Spokane County treatment

20     plant, and she says, starting at line 13:  And

21     the one PCB congener that is now dominant in

22     the effluent is PCB 11, which is the one that

23     comes from pigments.  And so this is a problem

24     for the City of Spokane or the county of

25     Spokane because they can go after Aroclor-type