EXHIBIT 3

Page 1

1              UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF WASHINGTON

3   _____

4    CITY OF SPOKANE, a municipal        )
     corporation, located in the         )
5    County of Spokane, State of         )
     Washington,.                        )
6                                        )
            Plaintiff,                   )
7                                        )
     vs.                                 ) NO. 15-cv-00201-SMJ
8                                        )
     MONSANTO COMPANY, SOLUTIA,          )
9    INC., and PHARMACIA                 )
     CORPORATION, and DOES 1 through     )
10   100,                                )
                                         )
11          Defendants.                  )

12

13

14              VIDEOTAPED DEPOSITION

15                      OF

16                MICHAEL COSTER

17             September 17, 2019

18                11:21 a.m.

19           510 West Riverside Avenue

20               Spokane, Washington

21

22

23   Reported by:

24   Amy J. Brown, RMR, CRR, WA CCR NO. 2133, ID CCR NO. 700

25   JOB #168206

Page 17

MICHAEL COSTER

A.   What do you mean by that?

Q.   Well, what is the average -- what is the workweek that contemplated?

Is it based on a 40-hour workweek, or 35?

A.   Most of the workweek is a 40-hour workweek, though there are some exceptions to that.

Q.   Okay.  Are the employees allowed to work overtime if necessary?

A.   Yes.

Q.   Okay.  And what are they paid -- what are those hourly employees paid for overtime?

A.   Time and a half.  Double time for holidays.

Q.   Can you tell me the hourly pay for any of the hourly employees at the plant, whether an all-inclusive number including their benefits and overhead, or without the benefits and overhead number?

A.   No.

Q.   Okay.  Who would have that information?

A.   City accounting and perhaps human resources.

Q.   What is your current salary at the plant?

A.   I believe it's about 139,000 a year.

Q.   Okay.  What has your role been with respect to development of the NLT system?

A.   I participated in the pilot, various pilot

1      MICHAEL COSTER

2    projects over the years.  Basically, I participated in

3    some of the conceptual design and then review and

4    selection of the final design.  Then my other role would

5    be once the contract was underway, would be to oversee

6    the construction activities, cooperating with the

7    contractors such that no non-compliance or safety issues

8    occurred.

9        Q.   Okay.  And that construction of the NLT has not

10   yet begun; correct?

11       A.   NLT is underway.

12       Q.   Okay.  Who else participated from the City in

13   the pilot programs, the pilot testing?

14       A.   It would have been Mike Taylor.

15       Q.   Condolences, by the way.

16       A.   Lars Hendron.  Virtually all of the

17   supervisors, to some extent.

18       Q.   The plant supervisors?

19       A.   Work group supervisors.

20       Q.   Okay.

21       A.   There would have been involvement by Fred Brown

22   previously, who was a senior engineer assigned to the

23   treatment plant, and now Chris Peterschmidt, who is a

24   principal engineer assigned to the treatment plant.

25       Q.   Okay.  Let me just check off this box.  Can you

1        MICHAEL COSTER

2        MR. LAND:  Objection.  Misleading,

3    mischaracterization of facts.  You can answer.

4        THE WITNESS:  At the current time, it does not

5    have to be operated year-round.

6    BY MR. HAASE:

7        Q.    Okay.  You would agree that there are no

8    numerical PCB discharge limits for the Spokane River;

9    correct?

10       A.    There are water quality limits for the Spokane

11   River.

12       Q.    Right.  That's river water concentration;

13   right?

14       A.    Correct.

15       Q.    And that's the 170 ppq; correct?

16       A.    Correct.

17       Q.    Okay.  And but with respect to PCB discharge

18   limits from facilities such as including the Riverside

19   Park facility, there are no numerical PCB discharge

20   limits governing the Riverside Park facility; correct?

21       A.    Correct.

22       Q.    And isn't it true, Mr. Coster, that the PCB

23   sampling results reported by the task force in both 2016

24   and 2019 all show that the average amounts of PCB

25   concentrations in the Spokane River were below that

1                    MICHAEL COSTER

2      A.    "Average concentrations at all stations show

3  compliance with the current Washington State water

4  quality standard of 170 picograms per liter."

5      Q.    Right.  And that is what was reported in this

6  document based on sampling events conducted by the task

7  force in 2014, 2015 and 2016; correct?

8      A.    Correct.

9            MR. HAASE:  All right.  We'll mark as Coster

10  Exhibit 2.  Sorry.

11            (Exhibit 2 marked for identification.)

12  BY MR. HAASE:

13      Q.    And you'll see that this has already been

14  marked as Lars Hendron Exhibit 53, but this will be

15  Coster Exhibit 2.

16            And over on page 9 -- sorry.  What I've handed

17  you is the -- sorry.  If you just keep that page, but if

18  you'll flip to the cover.

19            This is the Spokane River Regional Toxics Task

20  Force 2018 Technical Activities Report:  Continued

21  Identification of Potential Unmonitored Dry Weather

22  Sources of PCBs to the Spokane River; correct?

23      A.    Correct.

24            If you'll excuse me, I'll turn off my bluetooth

25  that connects to my watch.

000227

Page 25

1                    MICHAEL COSTER

2        Q.    Sure.

3        A.    And we won't have the buzzing going on.

4        Q.    Thank you.  No problem.

5              All right.  And this document was prepared for

6    the Spokane River Regional Toxics Task Force as of

7    February 2019; correct?

8        A.    Correct.

9        Q.    And on page 9, Figure 2 reflects the Spokane

10   River total PCB concentrations measured during the 2018

11   synoptic survey; correct?

12       A.    That's what it says.

13       Q.    And it also indicates that the red symbols

14   indicate outliers; correct?

15       A.    Yes.

16       Q.    Okay.  So you'll see over in the left-hand

17   column the total PCBs are listed in picograms per liter,

18   and otherwise known as ppq; correct?

19       A.    Correct.

20       Q.    And then along the bottom are the sampling

21   sites along the river; correct?

22       A.    Correct.

23       Q.    And you would agree with me that, with the

24   exception of those two red outliers, all of the data

25   falls within below the 170 ppq state water quality

000228

1                          MICHAEL COSTER

2      standard; correct?

3               MR. LAND:  I'll object as to misleading and

4      mischaracterizing facts, to the extent you're

5      representing 170 as a water quality standard.

6      Otherwise, you can answer.

7               THE WITNESS:  Correct.

8      BY MR. HAASE:

9         Q.   And with respect to the two outliers, the red

10     symbols indicated on that Figure 2, I'd ask you to

11     please turn to page A-7, not page 7, but Appendix 7

12     towards the back of the document.

13              Okay.  If you'll find Table A-9 at the top.  Do

14     you see that?

15        A.   Yes, I do.

16        Q.   Okay.  Table A-9 is the Blank-Corrected

17     Analytical Results from Hangman Creek; correct?

18        A.   Correct.

19        Q.   And you'll see the asterisk next to August 6th;

20     correct?

21        A.   Yes.

22        Q.   And then the corresponding asterisks underneath

23     the table.  And if you'll just read that corresponding

24     asterisks under the table.

25        A.   "PCB results for 8/6 rejected as anomalous due

000228

1                    MICHAEL COSTER

2      to elevated mono-chloro and di-chloro homolog

3      concentrations in the sample and associated laboratory

4      blank."

5          Q.   So, in other words, on the page 9 chart that we

6      were looking at, those two red outliers were

7      caused -- were determined by the lab group that did the

8      testing to have been caused by elevated PCB

9      concentrations in the sample and associated lab blank;

10     correct?

11         A.   That's what the report says.

12         Q.   Right.  So, in essence, laboratory error;

13     correct?

14         A.   That's what the report says.

15         Q.   Okay.  You would agree, Mr. Coster, that the

16     NLT system was not designed to remove PCBs; correct?

17              MR. LAND:  Objection.

18              THE WITNESS:  Yes.

19              MR. LAND:  Objection.  Vague.

20     BY MR. HAASE:

21         Q.   And isn't it true that the City stated

22     publicly, in response -- in its comments to the draft

23     2016 NPDES permit, that the City does not know to what

24     extent the NLT would successfully remove PCBs; correct?

25              MR. LAND:  Objection.  Lacks foundation.  Calls

Page 28

1                          MICHAEL COSTER

2       for speculation.

3                    THE WITNESS:  I would have to see the document.

4                    MR. HAASE:  Okay.  Let's -- let's do that.

5       This will be Coster Exhibit 3.

6                    (Exhibit 3 marked for identification.)

7       BY MR. HAASE:

8          Q.   Okay.  And what I've handed you is the City's

9       Riverside Park Water Reclamation Facility Public

10      Comments to the Draft 2016 NPDES Permit and Fact Sheet;

11      correct?

12         A.   Correct.

13         Q.   Okay.  And the draft 2016 NPDES permit proposed

14      a numerical discharge limitation for PCBs; correct?

15         A.   I don't remember.

16         Q.   Okay.  Well, this document will refresh your

17      recollection.  The City actually objected to the 2016

18      NPDES permit's inclusion of a numerical PCB discharge

19      limit; correct?

20         A.   I don't remember.

21         Q.   Okay.  Let's -- let's go to this document.  And

22      you'll see that -- well, the 2016 NPDES permit also

23      included the provision that NLT would be operated

24      year-round; correct?

25         A.   Are you speaking of the draft permit?

1                         MICHAEL COSTER

2        Q.    Correct.

3        A.    Yes.

4        Q.    And that draft permit was never enacted;

5   correct?

6        A.    Correct.

7        Q.    Okay.  And this was the City's opportunity to

8   provide public comments, along with others, that would

9   be affected by that draft permit on the proposed permit

10  requirements; correct?

11       A.    Yes.

12       Q.    Okay.  And you'll see that under the summary on

13  the first page here, page 1 of 6, second paragraph, the

14  City requested the current limits with respect to fecal

15  coliforms be maintained because it believed that the

16  limits were sufficient to protect the water quality

17  standard; correct?

18       A.    Correct.

19       Q.    Okay.  And then in the very next paragraph, I'd

20  like to you read that para -- that next paragraph aloud,

21  please.

22       A.    "The City requests the decision whether to

23  operate NLT year-round be deferred.  There is currently

24  only limited data on the additional benefit of

25  year-round NLT for PCB removal.  The City will be

1                     MICHAEL COSTER

2      conducting further study of PCB removal through the NLT

3      system after that system has been installed.  While the

4      City is hopeful that NLT will provide cost-effective PCB

5      removal at RPWRF, there is not" yet -- "there is not

6      enough data yet to conclude that it should be operated

7      year-round to control PCBs."

8          Q.   Okay.  And if you'll turn to page 4 of 6, the

9      second bullet point from the bottom, S-13, page 44, list

10     item 2, do you see that?

11         A.   Yes.

12         Q.   Okay.  If you'll read that portion aloud,

13     please.

14         A.   "There are no PCB design loadings associated

15     with the NLT treatment system design.  NLT was

16     constructed solely for phosphorus removal and compliance

17     with the DO TMDL requirements.  While additional PCB

18     removal may be achieved through this system, it is not

19     verified, and PCB removal was not a design

20     consideration.  The City suggests changing or removing

21     this item."

22         Q.   Okay.  And that's what the City wrote in public

23     formal comments; correct?

24         A.   Correct.

25         Q.   And so the City is writing here that the City

1          MICHAEL COSTER

2    didn't test for PCB removal by NLT sufficiently to draw

3    any scientifically reliable conclusions on PCB captured

4    by the NLT system; correct?

5          MR. LAND:  Objection.  Mischaracterization of

6    what's said here, and misleading.

7          THE WITNESS:  Correct.

8    BY MR. HAASE:

9    Q.   And the City is writing in this document in the

10   public formal comments that it doesn't and won't know

11   the NLT system's effectiveness at PCB removal until a

12   separate pilot study can be conducted down the line;

13   correct?

14         MR. LAND:  Objection.  Mischaracterization of

15   what this document said and the document speaks for

16   itself.

17         THE WITNESS:  I don't think it says anything

18   about pilot testing, does it?

19   BY MR. HAASE:

20   Q.   Well, it's -- let me rephrase the question.

21         Well, yeah, let's go down to the last bullet

22   point on this page.  If you'll read the last bullet

23   point.

24   A.   "Rather than being required to operate NLT

25   year-round to control PCBs beginning in 2026, the City

1                       MICHAEL COSTER

2   critical seasons; (3) impacts to other plant processes;

3   and (4) the unknown unit cost of PCB removal in the

4   non-critical season relative to other BMPs.

5         "Consequently, the City requests that it be

6   allowed to conduct a PCB pilot using a separate membrane

7   treatment unit, concurrent with optimization of the NLT

8   system, and subsequently phase in year-round operation

9   for PCB removal, rather than risk damaging a portion of

10  the membrane system.

11        "If such damage occurred, it could impact

12  nutrient removal, affect other plant processes, and/or

13  pollutant removals, and be prohibitively expensive to

14  repair."

15    Q.  Okay.  So you would agree what the City is

16  writing in this document or wrote in this document is

17  that the City doesn't currently have any scientifically

18  reliable conclusions about the NLT system's

19  effectiveness at removing PCBs until a separate pilot

20  study can be conducted several years down the line;

21  correct?

22        MR. LAND:  Objection.  The document speaks for

23  itself, and misleading.

24        THE WITNESS:  Correct, according to the

25  document.

000235

Page 40

MICHAEL COSTER

1

2     Q.   Okay.  And if you'll turn to number 4,

3     paragraph number 4, where it says, "The City of Spokane

4     managed risk by:  A, selecting only technologies with a

5     proven ten year history in the field; and, B, piloting

6     the processes with actual run-of-the-plant effluent

7     through all scenarios.  This resulted in our finding:

8     i.  We get significant algae and Daphnia blooms even in

9     winter.  Potential massive disruption of membranes.  We

10    have plans to deal with it."

11         Correct?

12    A.   That's what it says.

13    Q.   Okay.  Do you have any reason to disagree that

14    the City gets significant algae and Daphnia blooms even

15    in the wintertime?

16    A.    In my recollection, the algae and Daphnia

17    blooms can occur outside the critical season.  I don't

18    know if they truly occur during winter, as defined, you

19    know, by the calendar.

20    Q.   Okay.  But you would agree that, you know,

21    winter encompasses the non-critical season months;

22    correct?

23    A.   Yes.

24    Q.   Okay.  And that's what Mr. Taylor is writing to

25    Ms. Heatherly in this e-mail; correct?

000235

Page 41

MICHAEL COSTER

1

2    A.    Correct.

3    Q.    Okay.  And you would agree that significant

4    algae and Daphnia blooms would be potential massive

5    disrupters to membranes, even if they occur in the

6    wintertime; correct?

7            MR. LAND:  Objection.  Vague, incomplete

8    hypothetical.

9            THE WITNESS:  Correct.

10            MR. HAASE:  Okay.  I'm going to mark as Exhibit

11   Coster 5 the PALL Corporation Microfiltration System

12   Operation and Maintenance Manual for the City of Spokane

13   Wastewater Management dated August 2017.

14            (Exhibit 5 marked for identification.)

15   BY MR. HAASE:

16   Q.    And if you'll turn to page 104, please.  And

17   just by way of background, the City selected the PALL

18   Corporation's Aria Flex microfiltration system for its

19   NLT system; correct?

20   A.    Correct.

21   Q.    Okay.  And so this is the operation and

22   maintenance manual prepared by Pall Corporation for that

23   NLT membrane system that the City purchased.  And I'd

24   like to turn your attention to page 104.  All right.

25   And you see Section 5.3, Short, Mid and Long Term

1              MICHAEL COSTER

2    Shutdown of the System Layoff?

3         A.   Yes.

4         Q.   Okay.  All right.  If you'll just read the

5    first three sentences, and I'll tell you when to stop.

6    Aloud, please.

7         A.   Okay.  "A short-term shutdown is a system

8    shutdown that lasts for less than 16 hours.  A mid-term

9    shutdown is a system shutdown that lasts for 16 to

10   72 hours.  A long-term shutdown is greater than

11   72 hours."

12        Q.   Okay.  And the next sentence, too.

13        A.   "Pall Corporation recommends avoiding the

14   system shutdowns, if possible."

15        Q.   Okay.  And why does Pall Corporation recommend

16   avoiding system shutdowns?

17             MR. LAND:  Objection.  Calls for speculation.

18             THE WITNESS:  I don't know.

19   BY MR. HAASE:

20        Q.   System shutdowns could lead to harmful bacteria

21   growth in the membranes; correct?

22             MR. LAND:  Objection.  Calls for speculation.

23             THE WITNESS:  I don't know.

24   BY MR. HAASE:

25        Q.   Are you -- this is the system that the City

1                          MICHAEL COSTER

2      than 72 hours, do you see the last sentence where it

3      says, "For a long-term shutdown, the system is shutdown

4      in the same way as with the short- and mid-term

5      shutdowns, but to ensure there's not biological growth

6      on the filters or piping, Pall Corporation strongly

7      recommends circulating chlorinated water through the

8      system after shutting down."

9          A.   That's what it says.

10         Q.   Okay.  And so there is a concern here that Pall

11     Corporation is expressing to the City, the purchaser and

12     owner of this NLT membrane system, that for a shutdown

13     greater than 72 hours, there's concern for biological

14     growth on the filters or piping; correct?

15              MR. LAND:  Objection.  The document speaks for

16     itself, and misleading.

17              THE WITNESS:  It appears to say that.

18     BY MR. HAASE:

19         Q.   Okay.  And if one were not to -- well, let me

20     strike that question and rephrase.

21              Are you aware of any PALL wastewater treatment

22     systems anywhere in the world where the owner

23     voluntarily shuts the system down on a seasonal basis?

24         A.   I don't have any knowledge either way.

25         Q.   Do you know what you would have to do to the

Page 45

1                          MICHAEL COSTER

2       membranes if you were to shut them down during the

3       non-critical season months to preserve their integrity

4       and prevent harmful biological growth in both the

5       membranes and the piping?

6               MR. LAND:  Objection.  Compound.

7               THE WITNESS:  We would follow manufacturer's

8       recommendation.

9       BY MR. HAASE:

10          Q.   Do you know what those are?

11          A.   This is the first time I've read this.

12          Q.   Okay.  And have you done or are you aware of

13      any having been done, calculations on the cost of

14      complying with the manufacturer's recommendations about

15      preserving membrane and piping health if you're to shut

16      them down during a long-term shutdown?

17          A.   I'm not aware of any.

18          Q.   And there's no membrane system need to shut it

19      down for four months; correct?

20              MR. LAND:  Objection.  Calls for speculation.

21              THE WITNESS:  Not that I'm aware of.

22      BY MR. HAASE:

23          Q.   With the Pall Corporation recommending avoiding

24      system shutdowns, if possible, you'd agree that Pall

25      Corporation designs their membrane systems to be

Page 46

1                          MICHAEL COSTER

2      operated year-round; correct?

3               MR. LAND:  Objection.  Lacks foundation and

4      calls for speculation.

5               THE WITNESS:  It wouldn't appear to suggest

6      that it be operated at full scale.

7      BY MR. HAASE:

8          Q.   But it does suggest that it be operated

9      year-round and not taken offline and mothballed for as

10     long as four months; correct?

11              MR. LAND:  Objection.  Lacks foundation, calls

12     for speculation.

13              THE WITNESS:  I don't know.  It appears that

14     they would say that it needs to be operated in some

15     fashion.

16     BY MR. HAASE:

17         Q.   Year-round; correct?

18         A.   It would appear to say that.

19         Q.   Okay.  And have you, or anyone associated with

20     the City that you're aware of, calculated the

21     operational cost of shutting down the NLT system during

22     the non-critical months?

23         A.   I don't recall that.

24         Q.   And PALL gave the City an 11-year warranty for

25     its membrane modules; correct?

1                       MICHAEL COSTER

2    answer to your question about how long would membranes

3    last if rarely used and only maintained versus heavily

4    used and heavily maintained.  He notes that the product

5    has been around for 20 to 25 years but doesn't know if

6    the membranes we install would last the ten years we

7    asked proposers to guarantee.  Although PALL is

8    guaranteeing 11 years, or 20 years, for example.  He

9    also notes that running the membranes year-round is a

10   bit of a different animal than if we were laying fallow

11   during the winter."

12       Q.   And that's what Paul Mueller told Lars Hendron,

13   city engineer, in this e-mail with respect to membrane

14   life and cost assessment; correct?

15           MR. LAND:  Objection.  Calls for speculation

16   and entirely mis-states the document.

17           THE WITNESS:  According to the e-mail.

18   BY MR. HAASE:

19       Q.   Thank you.

20           Isn't it true, Mr. Coster, that during the

21   non-critical season months the City's stormwater and

22   wastewater still has significant amounts of constituents

23   subject to TMDL discharge limitations, including

24   phosphorus?  Correct?

25       A.   Yes.

000242

Page 52

1                        MICHAEL COSTER

2        Q.    CBOD?

3        A.    Correct.

4        Q.    Fecal coliform?

5        A.    Correct.

6        Q.    Ammonia?

7        A.    Correct.

8        Q.    Total suspended solids?

9        A.    Correct.

10       Q.    And metals like cadmium and zinc?

11       A.    Correct.

12       Q.    And isn't it true that the City determined that

13   operating the NLT system during the non-critical season

14   months removed very significant amounts of those

15   constituents subject to TMDL discharge limits?

16       A.    Was it for the --

17             MR. LAND:  Objection.  Vague.

18             THE WITNESS:  Was it for the

19   non-critical -- the discharge limits non-critical season

20   permit limits, or just in general?

21   BY MR. HAASE:

22       Q.    In general, whether during the critical season

23   or the non-critical season.  Well, let's talk about the

24   non-critical season.  That was the specific focus of my

25   question.

000242

1                    MICHAEL COSTER

2        Q.   All right.  Now, I'd like to call your

3    attention to the columns for estimated average annual

4    pollutant removal, and you'll see total phosphorus

5    pounds per year; correct?

6        A.   Correct.

7        Q.   All right.  And you'll see that, as set forth

8    here, the total phosphorus pounds per year removed

9    during the critical season by membrane filtration is

10   35,622 pounds per year; correct?

11       A.   Correct.

12       Q.   And during the non-critical season, the

13   membrane filtration more than doubles that phosphorus

14   capture from 35,622 pounds per year to 84,700 pounds per

15   year; correct?

16       A.   Correct.

17       Q.   And that -- that is phosphorus that would

18   otherwise be going out of the facility, into the river,

19   and ultimately end up in Long Lake; correct?

20       A.   It would have no environmental impact.

21       Q.   I didn't ask you that question.

22       A.   Okay.

23       Q.   That is phosphorus that would otherwise go out

24   the Riverside pipe into the river, into the Spokane

25   River, and ultimately end up in Long Lake; correct?

1                          MICHAEL COSTER

2        A.    Correct.

3        Q.    And that phosphorus, though it would go out

4   during the non-critical season, it would be present in

5   the -- it would still be there because it hasn't been

6   filtered out.  It would be present during the critical

7   season months; correct?

8        A.    Repeat that.

9        Q.    Yeah.  Because those 84,700 pounds of

10   phosphorus were not filtered out if you were not

11   operating NLT during the non-critical season, that would

12   go out the pipe, end up in the river, and Long Lake, and

13   be present during the critical season months; correct?

14             MR. LAND:  Objection.  Compound, calls for

15   speculation.

16             THE WITNESS:  I don't know what the detention

17   time would -- if that would be the result.

18   BY MR. HAASE:

19        Q.    Okay.  Well, let's look at the fecal coliform,

20   billions of CFUs per year.  And those are colony-forming

21   units; correct?

22        A.    Correct.

23        Q.    And in microbiology, a colony-forming unit

24   is -- means the number of viable bacteria cells in a

25   sample; correct?

1                        MICHAEL COSTER

2      12:54.

3                 (A brief recess was had.)

4            VIDEOGRAPHER:  We're back on the record with

5      the continued video deposition of Mike Coster, and

6      Number 2.  The time is now 1:42.

7                 (Exhibit 9 marked for identification.)

8            MR. HAASE:  Okay.  I'm just going to mark

9      Exhibit 9, the -- I'm going to hand that to you and then

10     I'll identify it.

11           You guys have -- you can share that or you have

12     the earlier one.

13           MR. LAND:  Yeah.

14     BY MR. HAASE:

15       Q.   Okay.  Mr. Coster, I'm handing you a copy of

16     the NLT Facility Critical and Non-Critical Season Annual

17     Operating Cost in 2018 Dollars chart that was provided

18     to us by the City's counsel on Friday, September 13,

19     2019, just this past Friday, and I want to ask you some

20     questions about it.

21           Mr. Coster, if I can just have your attention

22     for a couple of questions to start, and then I'll move

23     into the chart.

24           How many employees does the City plan to use to

25     operate the NLT system?

000246

Page 60

MICHAEL COSTER

1
2      A.   That is actually still open to some questions.

3      Q.   What are the discussions that you are familiar

4   with in that respect?

5      A.   Since we don't have much experience or any

6   experience operating membrane facilities, what their

7   maintenance and operational demand are, there's a lot of

8   discussion about, you know, what anticipated needs will

9   be.

10      Q.   Okay.  And is it fair to say that you currently

11   don't know, the City doesn't know, the current labor

12   needs for operating the NLT system?

13      A.   We don't know with any certainty.

14      Q.   Okay.  And has PALL, the membrane manufacturer,

15   made any recommendations in that regard?

16      A.   They've made some recommendations, but not very

17   detailed ones.

18      Q.   Okay.  Have they recommended, you know, a

19   number of employees, for example, necessary to operate

20   the NLT system?

21      A.   Yes.

22      Q.   And what has PALL recommended?

23      A.   PALL recommended, I believe -- this is from

24   memory -- in a brief e-mail at least an extra operator

25   per shift, and I believe an extra maintenance.

1                          MICHAEL COSTER

2              Sometimes vendors will intermix operations and

3     maintenance.  They will sometimes -- they don't break it

4     down into whether it would be primarily electrical

5     instrumentation people, or maintenance people, you know,

6     mechanical maintenance people.

7         Q.   Okay.  So that's -- that would be over and

8     above the current staff that's operating the primary and

9     secondary treatment plant that's in existence right now

10    at the Riverside facility; correct?

11        A.   Yes.

12        Q.   And those one extra operator and one extra

13    maintenance person per shift --

14        A.   Could I correct one item that I said?

15        Q.   You may.

16        A.   Basically, they made the statement about during

17    day shifts, I believe, extra maintenance personnel, one

18    person.

19        Q.   Okay.  But not during the night shift?

20        A.   No, I don't think they made that

21    recommendation.

22        Q.   Okay.  So one extra operator per day shift and

23    per night shift, but one extra maintenance person only

24    per day shift; correct?

25        A.   I believe so.

Page 62

MICHAEL COSTER

1

2      Q.   Okay.  And is it your understanding

3   that -- well, have -- what would be a commensurate

4   hourly rate for the extra operator?

5      A.   I do not know.

6      Q.   Can you give me -- can you estimate for me an

7   acceptable hourly rate range that the City would pay the

8   one extra NLT operator recommended by the membrane

9   manufacturer PALL?

10      A.   I couldn't give you an accurate range.

11      Q.   Okay.  And they would be -- both the extra

12   operator and the extra maintenance person would be

13   hourly employees, not salaried employees; correct?

14      A.   Correct.

15      Q.   Okay.  And would you -- does the day shift

16   versus night shift, is there an hourly wage difference

17   in the current employees?

18      A.   There's a -- go ahead.

19          MR. LAND:  No.  No.  I was --

20          THE WITNESS:  There's a slight shift

21   differential.

22   BY MR. HAASE:

23      Q.   Within a dollar?

24      A.   Couldn't say.

25      Q.   Okay.

000249

Page 68

1                          MICHAEL COSTER

2   round that would include that provision?

3       A.    You start thinking about projected labor needs.

4       Q.    Okay.  Do you -- do you expect that this next

5   City budget would actually include amounts for NLT

6   operating cost?

7       A.    I don't know.

8       Q.    Okay.  You're unsure whether the discussions

9   would reach the stage --

10      A.    I can't predict what the City Council and the

11  administrations will do.

12      Q.    And when -- I mean, is there a deadline?  When

13  is the budget typically passed?

14      A.    I don't have that specific information.

15      Q.    Okay.  Is there a deadline for you to submit

16  information about anticipated NLT operational cost for

17  potential inclusion in the City budget?

18      A.    I don't know those deadlines.

19      Q.    Has the City started to recruit for any of the

20  NLT operator or maintenance positions?

21      A.    No, unless you include the development of civil

22  service lists as being a potential supplier.

23      Q.    Okay.  But have there been any advertisements

24  describing the job responsibilities and hours and

25  potential in salary?

MICHAEL COSTER

1      A.   As associated with NLT?

2      Q.   Yes.

3      A.   No.

4      Q.   And isn't it true that the average wastewater

5 treatment operator job in Spokane, Washington, pays $19

6 an hour?

7         MR. LAND:  Objection.  Lacks foundation, calls

8 for speculation.

9         THE WITNESS:  I don't know.

10 BY MR. HAASE:

11      Q.   Are you familiar with the ZipRecruiter website?

12      A.   No.

13      Q.   Okay.  So you don't know one way or the other

14 whether that's accurate, reflecting $19 an hour in

15 Spokane as the average wastewater treatment operator

16 job?

17         MR. LAND:  Objection.  Assumes facts.

18         THE WITNESS:  I do not know.

19         MR. HAASE:  Okay.  All right.  I'd like to mark

20 as the next exhibit Coster 10.

21         (Exhibit 10 marked for identification.)

22 BY MR. HAASE:

23      Q.   All right.  And what I've just marked as

24 Exhibit 10 is an e-mail from you to Lars Hendron dated

1              MICHAEL COSTER

2    testing, chemicals, and that sort of thing.  If I

3    recall, it was a lack of spill containment for the

4    pilot.

5         Q.   Okay.  And you wouldn't have -- it's fair to

6    say you wouldn't have described it as a chronically

7    disturbing situation if there weren't --

8         A.   Correct.

9         Q.   -- multiple other examples by CH2M; correct?

10        A.   It's a chronic situation with contractors and

11   people in general at wastewater plants that do work

12   there.

13        Q.   Okay.  And it was chronic with respect to CH2M

14   over the life of this project, as well; correct?

15        A.   During this project.

16             MR. LAND:  Objection.  Vague.

17   BY MR. HAASE:

18        Q.   During this project, yes?

19        A.   Yes.

20             MR. HAASE:  Okay.  And I would next like to

21   mark as Exhibit Coster 11.

22             (Exhibit 11 marked for identification.)

23   BY MR. HAASE:

24        Q.   I've handed you a cover letter dated April 29,

25   2019, from Scott Simmons, director of the City of

Page 74

1                         MICHAEL COSTER

2      Spokane Public Works, with a letter directed to

3      Department of Ecology, Cheryl Niemi, Surface Water

4      Quality Standards Specialist; correct?

5          A.   Correct.

6          Q.   And behind that, and enclosed with the letter,

7      as reflected at the bottom of the cover letter, is the

8      City of Spokane's April 2019 variance application;

9      correct?

10         A.   Correct.

11         Q.   And this represents the City of Spokane's

12     April 2019 application for an individual discharger

13     variance from the Washington State Human Health Water

14     Quality Standard for total PCBs; correct?

15         A.   Correct.

16         Q.   And at the time this was written, it was 7

17     picograms per liter, but then in May that was withdrawn

18     and the 170 ppq was reinstated; correct?

19              MR. LAND:  Objection.  Misleading.

20              THE WITNESS:  I don't really know.

21              MR. LAND:  Facts not in evidence.  You can

22     answer.

23              MR. HAASE:  All right.  Withdrawn.

24              THE WITNESS:  Okay.

25     BY MR. HAASE:

1           MICHAEL COSTER

2       Q.   Well, let's look at the footnote on the bottom.

3       A.   Which page?

4       Q.   Footnote A on page 1 of 26.  All right.  If

5   you'll just read that footnote aloud, please.

6       A.   Okay.

7            "We understand the EPA is in the process of

8   reconsidering the current Human Health Water Quality" --

9       Q.   Standard.

10      A.   -- "Standard.  As a result, might approve the

11  standard of 170 picograms per liter that is promulgated

12  by Ecology on August 1st, 2016, and disapproved by EPA

13  on November 15, 2016.  The analysis in this application

14  applies with equal force to an HHWQS of 170 picograms

15  per liter.  For example, the highest attainable

16  condition in the Pollution Minimization Plan would be

17  the same if the standard is 7 picograms per liter or 170

18  picograms per liter.  The 20-year duration would still

19  be necessary and the variance would still be reviewed

20  every five years."

21      Q.   Okay.  So what the City is saying to Ecology in

22  this variance application is that regardless of whether

23  it's 7 ppq or 170 ppq, they are still advocating for the

24  same variance that would last 20 years; correct?

25      A.   That's what the document says.

MICHAEL COSTER

1

2      Q.   Okay.  And back up to the first paragraph,

3  second sentence from the end, what the City is proposing

4  is a 20-year individual discharger variance with the

5  interim highest attainable effluent condition of 792

6  picograms per liter; correct?

7      A.   That's what the document says.

8      Q.   Okay.  And the 792 picograms per liter is the

9  same as 792 ppq; correct?  Picograms per liter is the

10  same as ppq?

11     A.   Oh, yeah.

12     Q.   Correct.  Okay.

13          And the City has stated at the bottom, last

14  sentence in the second paragraph, that an individual

15  discharger variance is the only available option for the

16  City to maintain compliance with the Clean Water Act and

17  ensure that reasonable further progress is made toward

18  improving the water quality of Spokane River; correct?

19     A.   That's what the document says.

20     Q.   Okay.  Now, on page 3 of 26, the middle

21  paragraph, if you'll just -- I'll allow you to flip to

22  that.  If you'll just read aloud the paragraph that --

23     A.   Could you show me the --

24     Q.   Sure.  "The proposed duration."

25     A.   Okay.

1                       MICHAEL COSTER

2              "The proposed duration of this variance is

3     20 years, with review every five years.  It currently is

4     in the process of making a significant investment into

5     its wastewater infrastructure, as described in the ICWP.

6     The 20-year timeline coincides with the end of the

7     current annual payments on 200 million in green revenue

8     bonds that were sold in late 2014 to fund the ICWP

9     projects and would be the earliest the City anticipates

10    being able to consider additional treatment options,

11    should any feasible alternatives be identified."

12         Q.   Okay.  And then over on page 4 of 26 -- before

13    I get there, in that last paragraph, the ICWP,

14    Integrated Clean Water Plan; correct?

15         A.   Yes.

16         Q.   Okay.  And then flipping over to page 4 of 26,

17    if you'll read the paragraph starting in the middle with

18    "the City proposes."  Actually, just read that first

19    sentence.

20         A.   "The City proposes a highest attainable

21    use/condition as expressed by -- expressed by an interim

22    effluent condition of 792 picograms per liter total PCBs

23    in RPWRF effluent."

24         Q.   And the next sentence, too, please.

25         A.   "The interim effluent condition represents the

MICHAEL COSTER

1    anticipated greatest pollutant reduction achievable with

2    the pollutant-control technologies installed at the time

3    the variance would be adopted."

4         Q.   Okay.  And that's what the City wrote to

5    Ecology; correct?

6         A.   Yes.

7         Q.   All right.  And if you'll flip to page 14,

8    please, and if you'll just read the introductory

9    paragraph before the bullet points.

10        A.   Okay.  "While similar PCB removal is expected

11   compared to the SCRWRF membrane facility, there still is

12   some uncertainty on the exact level of PCB treatment the

13   RPWRF tertiary membrane process will provide."

14        Q.   Okay.  And then it goes on -- well, first of

15   all, that's the Spokane County Water Reclamation

16   Facility referenced, SCRWRF; correct?

17        A.   Correct.

18        Q.   Okay.  So this is -- in this section, the City

19   is describing how there are differences between the

20   Spokane County facility and the, you know, Riverside

21   Park pending NLT facility, there's uncertainty because

22   of differences and they can't just rely on the

23   river -- on the Spokane County PCB removal figures;

24   correct?

Page 79

1                         MICHAEL COSTER

2          A.   Correct.

3          Q.   Okay.  And it goes on and lists one, two,

4     three, four, five -- six different compelling reasons

5     why there's uncertainty and you can't rely on the

6     Spokane County PCB removal figures; correct?

7          A.   Correct.

8          Q.   And then if you'll read the -- the paragraph

9     right underneath those bullet points aloud, please.

10         A.   "Given there are enough differences between

11    SCRWRF and RPWRF, the final HAC for RPWRF will need to

12    be refined once enough PCB data is collected from the

13    RPWRF membrane facility.  If the City is granted an

14    HHWQS variance for total PCBs, the City requests that

15    the HAC be updated to reflect the actual treatment

16    provided by NLT, once it is online and fully optimized,

17    during the required five-year variance review process by

18    Ecology.  The updated HAC will be submitted to Ecology

19    during the first five-year review process."

20         Q.   Okay.  And then if you'll just continue down

21    the rest of that section.  Below is the a schedule, and

22    if you'll just read the schedule and the description and

23    the anticipated timeline out loud, please.

24         A.   The sentence above it, as well?

25         Q.   From "below" to the actual schedule.

000258

Page 80

MICHAEL COSTER

1

2      A.    Okay.

3      Q.    Thank you.

4      A.    "Below is a schedule of actions the City plans

5    to undertake to ensure that the HAC is attained within

6    the variance period and to ensure progress toward

7    attaining the underlying designated use and

8    criteria -- criterion.  Schedule of actions to be

9    completed to ensure HAC is attained within the variance

10    period."

11            There's a table.

12            The action installation of NLT tertiary

13    membrane upgrades at RPWRF:  Spring 2021.  Optimization

14    of tertiary membrane processes:  2021 through 2022.

15    Effluent PCB data collection for development of final

16    RPWRF HAC:  2021 - 2025.  Development of final HAC

17    relevant to RPWRF:  Winter 2025.  Ongoing implementation

18    of pollution minimization plan:  2021 through 2041.

19      Q.    Okay.  And so the City has requested of Ecology

20    a 20-year variance of the PCB discharge limits,

21    specifically requesting 792 picograms per liter;

22    correct?

23      A.    Yes.

24      Q.    And what the City is -- has written and

25    proposed in its application for that variance to Ecology

000258

Page 81

1                       MICHAEL COSTER

2      is the collection of PCB effluent data for development

3      of the final Riverside Park Highest Attainable Condition

4      number over the course of, you know, piloting that NLT

5      system from 2021 to 2025; correct?

6                  MR. LAND:  Objection.  Vague, ambiguous.

7                  THE WITNESS:  Correct, I believe, with a

8      five-year review process.

9      BY MR. HAASE:

10        Q.   Right.  And they need to -- what the City is

11     telling Ecology is they need to run NLT for at least

12     that five-year period from 2021 -- actually, yeah,

13     they're going to collect the PCB effluent data during

14     that five-year period, 2021 to 2025; correct?

15        A.   I believe so.

16        Q.   And that the final HAC, Highest Attainable

17     Condition, for PCB effluent discharge can't be

18     reasonably scientifically estimated until that's done;

19     correct?

20                  MR. LAND:  Objection.  Misleading, mis-states

21     the document, calls for speculation.

22                  THE WITNESS:  It's what the document says.

23     BY MR. HAASE:

24        Q.   Okay.  And once they spend the five years

25     collecting that PCB effluent data to be used for