

**Ecological Health of the Spokane River**

**Expert Report of Paul D. Boehm, Ph.D.**

**In the matter of:**

*City of Spokane v. Monsanto Company, Solutia Inc., and Pharmacia Corporation*



Paul D. Boehm, Ph.D

E*ponent®

# Ecological Health of the Spokane River

## Expert Report of
## Paul D. Boehm, Ph.D.

## In the matter of:

### *City of Spokane v. Monsanto Company, Solutia Inc., and Pharmacia Corporation*

Prepared on behalf of Defendants in this matter

Prepared by

Paul D. Boehm, Ph.D.
Exponent
1 Mill and Main Place
Suite 150
Maynard, MA 01754

November 15, 2019

Exponent, Inc.

Dec GMV Re: Opposition to Pl MILs 000878

# Contents

Page

List of Figures                                                                                    vii

List of Tables                                                                                    viii

Acronyms and Abbreviations                                                                          ix

Limitations                                                                                          xi

1    Executive Summary                                                                               1

2    Assignment and Retention                                                                       5

3    Qualifications and Compensation                                                                6

4    Reliance Materials                                                                             8

5    Overview                                                                                       9

6    Affirmative Expert Opinions                                                                   11

    6.1    Opinion 1: The City's historical actions taken to enhance economic opportunities changed habitats in ways that continue to influence and limit natural resources in the Spokane River and cause adverse effects to ecological receptors.                11

    6.2    Opinion 2: The City of Spokane's past practices for sewage disposal and continued failures to meet regulatory requirements related to decreases in phosphorous and other sewage-related, non-PCB constituents have caused adverse effects to ecological resources.                11

    6.3    Opinion 3: PCBs in the Spokane River are not of any ecological concern. PCBs are not present at levels that would indicate theoretical ecological risk and certainly not at levels that would cause adverse effects in the ecological resources of the Spokane River.                12

    6.4    Opinion 4: Allegations by the City that PCBs cause adverse effects to fish and wildlife are unsupported by the scientific evidence in the Spokane River. Reported adverse effects to ecological receptors in the river were not caused by PCBs.                13

    6.5    Opinion 5: The Spokane River supports populations of fish and wildlife expected in an impounded river impacted by chronic sewage releases and mining wastes.                13

    6.6    Opinion 6: Claims by the City of costs it has incurred related to stormwater, wastewater, and BUIs under the Clean Water Act (CWA) are not based on ecological risks or ecological degradation of the river attributable to PCBs. The

City's actions to meet CWA requirements are based on regulatory actions for constituents other than PCBs and would be necessary in the absence of PCBs.   14

6.7 Opinion 7: Sufficient knowledge and analytical processes to evaluate theoretical ecological risks from PCBs and support decision-making and regulation were not in place until the 1980s. Before that time, the basic scientific knowledge upon which future formal regulations to protect ecological resources would later be based was not known or foreseeable. The first, preliminary scientific compilation was only prepared in 1972.   15

**7 Context and Approach to Forming Opinions**   **17**

7.1 Ecological Context   17

7.2 Analysis Framework   20
  7.2.1 Causal Analysis of Alleged Effects   23
  7.2.2 Ecological Risk Assessment   24
  7.2.3 Regulatory Drivers of Action by the City of Spokane   24
  7.2.4 Historical Knowledge of Ecological Exposure and Toxicity to PCBs   25

**8 Historical physical modifications as part of industrialization and urbanization of the Spokane area have often adversely affected the natural habitat and the ecological resources therein.**   **27**

8.1 Ecological Habitat Reductions and Alterations and Degradation Due to Industrialization and Urbanization of the Spokane River   27

8.2 Ecological Resilience and Adaptation   31

**9 Ecological resource groups in the Spokane River show evidence of historical adverse effects and subsequent adaptation.**   **36**

9.1 Fish populations have changed from the native cold-water fish community that would be expected to inhabit the Spokane River.   36
  9.1.1 Reach 1: Upstream of Upriver Dam   36
  9.1.2 Reach 2: Upriver Dam to Monroe Street Dam   37
  9.1.3 Reach 3: Monroe Street Dam to Nine Mile Dam   38
  9.1.4 Reach 4: Nine Mile Dam to Long Lake Dam   38
  9.1.5 Reach 5: Long Lake Dam to Little Falls Dam   39
  9.1.6 Reach 6: Little Falls Dam to Lake Roosevelt Confluence   39
  9.1.7 Evidence from the Popular Media and Anecdotal Reports   40
  9.1.8 Summary of Evidence from Fish Populations   41

9.2 Site-specific data on bald eagles and ospreys indicate large populations in the Spokane River Basin.   41
  9.2.1 Evidence from the Popular Media and Anecdotal Reports   42

9.3    Scientific or anecdotal evidence do not indicate that semi-aquatic mammal populations reside in the Spokane River.    43

9.4    Conclusions    44

**10    Theoretical risk to fish and wildlife in the Spokane River is from exposure to some toxic heavy metals, not PCBs.    45**

10.1    The presence and concentrations of PCBs in the Spokane River pose essentially no theoretical risk to fish and wildlife and have not been the cause of any observed adverse changes to these ecological resources.    47

10.1.1    Comparisons of TRVs to fish tissue body burdens of PCBs indicate essentially no theoretical risk to fish in the Spokane River from PCBs.    47

10.1.2    Comparisons of TRVs for dietary exposure of wildlife to modeled dietary exposures from PCBs measured in the Spokane River demonstrate essentially no risk to wildlife in the Spokane River.    49

10.1.3    Comparisons of surface water concentrations to State of Washington chronic aquatic life criteria support findings of essentially no risk of PCBs to ecological resources.    52

10.2    Metals in the Spokane River are more likely to pose risks and result in adverse effects to resident fish    53

10.2.1    Metals in surface waters have posed and continue to pose theoretical risk to Spokane River fish communities.    54

10.2.2    Comparisons of TRVs for dietary exposure of birds to metals in fish tissue from the Spokane River indicate essentially no risk to birds that forage in the Spokane River.    56

10.3    Conclusions    57

**11    Several factors, including sewage discharges and wastewater releases alone or in combination with physical habitat changes are likely causes of reported adverse effects to ecological resources in the river.    59**

11.1    Raw sewage and phosphorus discharges adversely affect water quality in the river.    59

11.2    Dams have altered water quantity and quality in segments of the Spokane River, impacting the species that can live and reproduce in this system.    62

11.2.1    Multiple Spokane River impoundments have altered the physical habitat of the river.    63

11.2.2    Multiple Spokane River impoundments decrease quality of fish habitats and prevent within-river migration.    63

11.3    Conclusions    64

**12    Regulatory actions for PCBs in the Spokane River, and their associated costs, are not driven by ecological risks from PCBs.    66**

12.1     Current NPDES permit requirements are not based on ecological risks associated with PCBs.                                                                    69

12.1.1   PCB-related requirements on the City of Spokane's RPWRF and CSOs NPDES permit are not based on ecological risk.                                              69

12.1.2   The City's MS4 permit applies to "toxicants" but does not specifically address PCBs and does not specify a requirement to control PCB discharges for ecological health improvement.                                                 70

12.2     Current sediment PCB concentrations in the river are below Washington State sediment management standards for sediment cleanup.                              70

12.3     The City admits that incidental reduction of PCBs in the Spokane River will occur by regulatory actions associated with chemicals and concerns other than PCBs.                                                                        73

12.4     Conclusions                                                            74

13       A review of the historical knowledge of ecological exposure, toxicity, and risk from environmental PCBs demonstrates that sufficient toxicological knowledge and analytical processes to evaluate theoretical ecological risks were not in place until the 1980s.                                                                    76

13.1     Early screening of PCB toxicity to fishes in the 1950s showed no adverse effects.                                                                              76

13.2     The earliest report in the scientific literature of PCBs in the natural environment came in 1966.                                                             77

13.3     Environmental data, laboratory tests, and risk assessment frameworks for using data were not connected until the 1980s.                                      80
13.3.1   Development of PCB Analytical Technology                                80
13.3.2   Evolution of Ecological Risk Assessment as a Science-based, Regulatory Process                                                                                81
13.3.3   Regulatory actions related to PCB exposure to ecological receptors in the Spokane River were not foreseeable.                                                83

13.4     Conclusions                                                            84

14       Rebuttal Opinion: Dr. Schlenk's use of flawed methodology, consideration of only a subset of the available data, reliance on outdated and invalid screening-level concentration benchmarks, and lack of understanding of Spokane River ecological receptors all render his assessment of the ecological risk of PCBs in the Spokane River unreliable and scientifically unsound.                             85

14.1     Dr. Schlenk's overall method uses data selectively and inappropriately, leading to large, unresolved uncertainties                                           85
14.1.1   Data Selection                                                         86
14.1.2   Receptor Selection                                                     86

| | | |
|---|---|---|
| 14.1.3 | Lack of uncertainty analysis | 87 |
| 14.2 | Dr. Schlenk uses inappropriate and outdated screening benchmarks to infer risk. | 88 |
| 14.2.1 | Assessment of sediment PCB thresholds for benthic invertebrate species selected by Dr. Schlenk | 89 |
| 14.2.2 | Assessment of selection and use of PCB toxicity thresholds for fish by Dr. Schlenk | 92 |
| 14.2.3 | Assessment of selection and use of PCB toxicity thresholds for piscivorous wildlife by Dr. Schlenk | 98 |
| 14.3 | Overall Summary | 103 |

| | |
|---|---|
| Appendix A | Curriculum Vitae of Paul D. Boehm, Ph.D. |
| Appendix B | Photographs of the historical urbanization and industrialization of the Spokane River |
| Appendix C | Spokane River Ecological Data Sources |
| Appendix D | Summary of Studies Reviewed to Select PCB TRVs for Fish and Wildlife |
| Appendix E | Database Relied Upon |
| Appendix F | PCB History Literature Search |
| Appendix G | Documents Cited and Considered |

# List of Figures

Page

Figure 7-1.  Map of Spokane River assessment areas. Reach 1 is bounded by the Post Falls and Upriver Dams; Reach 2 stretches between Upriver Dam and Monroe Street Dam; Reach 3 is bounded by Monroe Street Dam and Nine Mile Dam; Reach 4 is Lake Spokane, which lies between Nine Mile Dam and Long Lake Dam; Reach 5 is bounded by Long Lake Dam and Little Falls Dam; and Reach 6 lies between Little Falls Dam and the confluence with the Columbia River. ................................................................. 19

Figure 7-2.  Spokane River boulder and bedrock substrate is easily visible during flow reductions. ................................................................. 20

Figure 8-1.  Sewage and nutrient inputs to the Spokane River .......... 32

Figure 8-2.  Industrialization of the Spokane River before environmental regulation ...... 33

Figure 8-3.  Industrialization of the Spokane River after environmental regulation ...... 34

Figure 8-4.  Physical and biological modifications to the Spokane River ...... 35

Figure 12-1.  Percent area of ecological BUI by driver in Spokane River according to the most recent 303(d) assessment cycle (2012). PCB listings for the Spokane River are not based on ecological BUIs. ................................ 67

Figure 13-1.  Cumulative number of PCB publications related to ecological exposure and ecological effects (1929 to 1979) in scientific journals and books ...... 79

# List of Tables

Page

Table 10-1. Selected TRVs for PCBs in fish tissues                                      48

Table 10-2. PCB Risk estimates for fish-eating wildlife                                  51

Table 10-3. Summary of Spokane River water samples analyzed for PCBs                     53

Table 10-4. Summary of Spokane River water samples analyzed for metals                   56

Table 10-5. Selected avian TRVs for metals in fish tissues                               57

Table 12-1. Ecological Beneficial Uses Designated for the Spokane River. No ecological
            BUIs (indicated with "X") are due to PCB 303(d) listing.[a]                  66

Table 12-2. List of parameters triggering ecological BUIs for each water segment listed
            under the 2014–2016 303(d) process                                          68

Table 12-3. Summary of Spokane River sediment samples analyzed for PCBs                   72

# Acronyms and Abbreviations

| | |
|---|---|
| ADI | acceptable daily intake |
| AWQC | ambient water quality criterion |
| BMI | benthic macroinvertebrates |
| BOD | biochemical oxygen demand |
| BUI | beneficial use impairment |
| CADDIS | Causal Analysis/Diagnosis Decision Information System |
| CBOD | carbonaceous biochemical oxygen demand |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act of 1980 |
| cfs | cubic feet per second |
| CSL | cleanup screening level |
| CSO | combined sewer overflow |
| CWA | Clean Water Act |
| DDT | dichlorodiphenyltrichloroethane |
| DO | dissolved oxygen |
| Ecology | Washington State Department of Ecology |
| EP | equilibrium partitioning |
| EPA | U.S. Environmental Protection Agency |
| ERA | ecological risk assessment |
| ERAGS | Ecological Risk Assessment Guidance for Superfund |
| FERC | Federal Energy Regulatory Commission |
| FPM | Floating Percentile Model |
| GC/MS | gas chromatography/mass spectrometry |
| HQ | hazard quotient |
| IP | intraperitoneal |
| LOAEL | lowest-observed-adverse-effect level |
| LOEC | lowest-observed-effect concentration |
| MS4 | Municipal Separate Storm Sewer System |
| MTCA | Model Toxics Control Act |
| NLT | next level of treatment |
| NOAEL | no-observed-adverse-effect level |
| NOEC | no-observed-effect concentration |
| NPDES | National Pollutant Discharge Elimination System |
| NRDA | natural resource damage assessment |
| NTR | National Toxics Rule |
| ORNL | Oak Ridge National Laboratory |
| PAH | polycyclic aromatic hydrocarbon |
| PCB | polychlorinated biphenyl |
| PBDE | polybrominated diphenyl ethers |
| PEC | probably effect concentration |
| ppb | parts per billion |
| ppm | parts per million |
| QA/QC | quality assurance and quality control |

| | |
|---|---|
| RET | residue effect threshold |
| RM | river mile |
| RPA | reasonable potential analysis |
| RPWRF | Riverside Park Water Reclamation Facility |
| SCO | sediment cleanup objective |
| SMS | Sediment Management Standards |
| SRRTTF | Spokane River Regional Toxics Task Force |
| SQG | sediment quality guideline |
| TDG | total dissolved gases |
| TDI | tolerable daily intake |
| TEC | threshold effect concentration |
| TEQ | toxic equivalents |
| TMDL | total maximum daily load |
| TOC | total organic carbon |
| tPCBs | total polychlorinated biphenyls |
| TRG | tissue residue guideline |
| TRV | toxicity reference value |
| TSS | total suspended solids |
| USFWS | U.S. Fish and Wildlife Service |
| USGS | U.S. Geological Survey |
| WDFW | Washington Department of Fish and Wildlife |
| WQC | water quality criterion |
| WSU | Washington State University |
| ww | wet weight |
| WWTP | wastewater treatment plant |

# Limitations

This report summarizes work performed to date and presents the findings resulting from that work. The findings presented herein are made to a reasonable degree of scientific certainty. I reserve the right to supplement this report and to expand or modify opinions based on review of additional material as it becomes available through ongoing discovery and/or through any additional work or review of additional work performed by others.

# 1       Executive Summary

I am an environmental scientist with over 43 years of experience in matters involving environmental fate and effects of chemicals in the aquatic environment; environmental chemistry; determination of bioavailability and ecological risk of chemicals; natural resource damage assessments (NRDAs); environmental forensic investigations; environmental investigations and historical reconstruction of releases at long-operating industrial facilities and urban waterways; and investigations related to the remediation of contamination at both operating and legacy industrial and sediment sites. Thus, I am well qualified by knowledge and experience to offer expert opinions in these matters.

I was retained by outside counsel to Monsanto to investigate, analyze, and provide expert opinions on exposures to ecological resources and related ecological issues pertaining to the presence of polychlorinated biphenyls (PCBs) as well as a variety of other chemical constituents in the Spokane River as pertinent to allegations related to the ongoing case, *City of Spokane* v, *Monsanto Co., et al.,* Case No. 2:15-cv-00201-SMJ (E.D. Wash.). As part of this effort, I was asked to evaluate the current ecological health of the resources residing in and associated with ecological habitats—water and sediments—in the river.

This report presents my expert opinions and the scientific analyses and findings in support of those opinions. To summarize:

1.  The ecology of the Spokane River is demonstrably adversely impacted by phosphorus, sewage, and metals that have been discharged over a period of decades by the City of Spokane and industrial (mining) operations. These water quality issues have been exacerbated by a series of dams that prevent the free flow of the river and its aquatic species. The City has repeatedly failed to upgrade its sewage system for over 100 years resulting in ongoing discharges of phosphorus and sewage to the river that reduce water quality and oxygen availability. This failure to control discharge of sewage and phosphorus has suffocated aquatic life by depriving it of oxygen and producing bottom-smothering algal mats in habitats necessary for fish reproduction. Historical upstream

mining activities released large quantities of toxic heavy metals to the Spokane River system, resulting in both water and sediment concentrations that regularly exceed federal and state thresholds for protection of fish and other aquatic life.

2. <u>The City has profoundly altered the Spokane River ecological system in support of economic development</u>. Historical and ongoing alterations to the Spokane River in support of economic development have resulted in reduced ecological and habitat quality and quantity. The construction of seven dams between current day Post Falls, Idaho, and the Columbia River in Washington State during the 19th and 20th centuries fragmented the river, changing the natural flow rates and water quantities in the river. Not only do the dams prevent the free movement of fish communities, the historical natural free-flowing condition of the river is now segmented into a series of runs truncating in backwatered depositional areas behind dams. At the same time, shoreline modifications reduced riparian habitat suitability for a number of wildlife species. With this increasing urbanization and industrialization, the waters of the Spokane River received increasing loads of phosphorus, sewage, and metals. Excess nutrients and sewage can alter the biological function of rivers, causing oxygen depletions and algal blooms. Metals released during years of upstream mining have been frequently detected at levels exceeding U.S. Environmental Protection Agency (EPA) and State of Washington thresholds for protection of aquatic life.

3. <u>A rigorous analysis of all empirical data indicates that PCBs are not an ecological issue in the Spokane River.</u> At the concentrations found in the various environmental media—water, sediments, fish—PCBs pose essentially no risk to the ecological functioning and wellbeing of the Spokane River. Outside of laboratory toxicity testing, PCBs do not cause fish kills like those that have been documented in the Spokane River as a result of phosphorus- and sewage-seeded algal blooms and oxygen depletions. Comparing exceedances of regulatory standards and federal water quality criteria indicates the vast majority of exceedances in the Spokane River result from toxic heavy metals. Whereas between 13 and 73% of available Spokane River water samples have exceeded chronic water quality criteria for lead, zinc, and cadmium, there have been no more than two exceedances of relevant standards for total PCBs (<1.5% of water samples), neither of

which have been collected in the last 15 years. As such, an evaluation of the Clean Water Act's 303d listings in the Spokane River demonstrates that there are no identified beneficial use impairments (BUIs) based on any ecological concerns from PCBs. Additionally, there are currently no total maximum daily loads (TMDLs) for PCBs for protection of either ecological or human health in the Spokane River, and the City of Spokane has no quantitative permit restrictions for discharges of PCBs to the river.

The Washington State Department of Ecology (Ecology) has previously conducted a risk assessment of PCBs in the Spokane River and found that there was "insufficient data to establish a quantifiable link between PCB concentrations in the river and impacts to resident invertebrates, fish, and wildlife at the individual or population level" (Johnson 2001, p. 45). Conversely, Ecology has also assessed the ecological risk from metals in the Spokane River and found evidence of "metal-induced degradation" or likely stress from metals exposure throughout the river (Kadlec 2000, p.51). My own rigorous ecological analysis using risk assessment methodology confirms the authorities' conclusions and findings. Moreover, PCB concentrations in the river have been declining for years and currently meet state and federal standards for ecological health.

4. <u>The current state of the river indicates that it is safe for ecological resources</u>; however, there are a number of other stressors that pose ongoing risks to fish and wildlife that inhabit the river basin. Decades of urbanization and industrialization have removed or diminished key ecological resources and ecologically essential shoreline habitat. Thus, the ecological resources of the river are changed from their historical populations. Construction of a series of dams has reduced the once abundant salmonid populations that enabled native tribes to harvest millions of salmon, which are now diminished or vanished, replaced with warm-water-tolerant species and invasive carp, which disturb bottom sediments, releasing phosphorus into the water column.

Currently, the City of Spokane is legally required to reduce phosphorus discharges to protect dissolved oxygen (DO) concentrations in the river. When the City meets these legal discharge obligations, the ecological conditions of the Spokane River will be improved. Additionally, the state is actively working to eradicate invasive species such

as carp, which disturb bottom sediments and release phosphorus into the water column, and improve the quality of aquatic habitat in the Spokane River.

5.   <u>Finally, a careful examination of the scientifically known facts indicates that sufficient knowledge and analytical processes to 1) understand the concentrations, spatial presence, and potential ecological effects of PCBs in the environment *and* 2) perform ecological risk assessments (ERAs) for PCBs to support decision-making and current regulation were not in place until the 1980s.</u> Before this time, the basic scientific knowledge upon which current regulations to protect ecological resources would later be based was not clearly known or foreseeable. The first, preliminary compilation of scientific data was only prepared in 1972.

Any potential that PCBs could conceivably cause even theoretical risk and adverse ecological changes in the Spokane and other riverine ecosystems was not reasonably foreseeable before this period. Although the first report of the possibility that PCBs could be toxic to wildlife was published in late 1968, industrial uses of PCBs were not suggestive of widespread environmental distributions of PCBs at that time, and no PCB data were available from the Spokane River until 1978. Additionally, analytical techniques that allowed for the reliable detection of PCBs in environmental media were not developed until the mid-1980s, and the formalized structure for evaluating ecological risk was not well-developed until the 1990s.

# 2      Assignment and Retention

I was retained by outside counsel to Monsanto to investigate, analyze, and provide expert opinions on exposures to ecological resources and related ecological issues pertaining to the presence of polychlorinated biphenyls (PCBs) as well as a variety of other constituents (e.g., cadmium, lead, zinc, and polybrominated diphenyl ethers [PBDEs]) in the Spokane River pertaining to allegations related to the ongoing case, *City of Spokane* v, *Monsanto Co., et al.,* Case No. 2:15-cv-00201-SMJ (E.D. Wash.). As part of this effort I was asked to evaluate the current ecological health of the resources residing in and associated with ecological habitats—water and sediments—in the river. Furthermore, upon receipt of the reports of the experts of the City of Spokane (the City), I was asked to review and provide comments on opinions raised by several of those experts as they pertain to the association of theoretical ecological risk from PCB exposure and the ecological health of resources in the river related to the same.

# 3      Qualifications and Compensation

I am a principal scientist and corporate vice president at Exponent, Inc., a science and engineering consulting firm. I am an environmental scientist with over 43 years of experience in matters involving environmental fate and effects of chemicals in the aquatic environment; environmental chemistry; determination of bioavailability and ecological risk of chemicals; natural resource damage assessments (NRDAs); environmental forensic investigations; environmental investigations and historical reconstruction of releases at long-operating industrial facilities and urban waterways; and investigations related to the remediation of contamination at both operating and legacy industrial and sediment sites. My work includes numerous NRDAs where I worked on and led multi-disciplinary teams assessing risk to and injuries of marine aquatic and shoreline biological resources related to the releases of oil and hazardous chemicals.

I received a Bachelor of Science (B.S.) in Chemical Engineering from the University of Rochester and a Master of Science (M.S) and Doctorate (Ph.D.) in Oceanography from the University of Rhode Island, where my work focused on organic geochemistry, aquatic chemistry, and biological interaction with chemicals. Since 1977, I have conducted hundreds of investigations for U.S. government agencies, international governments, and industrial clients at a number of operating and legacy industrial, shipping accident, and contaminated sediment sites involving petroleum, polycyclic aromatic hydrocarbon (PAHs), PCBs, and metals. Goals of these investigations have included all or some of the following: determinations of the origins, fate, and transport of chemicals; analysis of risk of and injury caused by hazardous chemicals and petroleum; and evaluations of the presence of chemicals in soils, sediments, and groundwater and the need for remediation.

I have published extensively on the above environmental matters (more than 180 peer-reviewed journal publications). I am currently an associate editor of two peer-reviewed journals addressing contaminants in the environment (*Marine Pollution Bulletin* and *Environmental Forensics*) and a frequent peer reviewer of papers submitted to several others. I have served on several National Academy of Sciences (National Research Council) panels on environmental

monitoring and environmental pollution. I have served on an expert panel commissioned by the United Nations on pollution matters in the Middle East as well as an EPA "Blue Ribbon" panel on the environmental issues related to ocean disposal of sewage sludge. I have served as an expert witness on numerous legal matters and have testified in federal and state courts and in arbitrations on thirteen occasions.

My curriculum vitae is attached as Appendix A to this report. The documents, data, and facts that I considered in formulating the opinions set forth in this report are contained in other appendices as noted below.

Exponent is currently compensated at my 2019 standard billing rate of $490/hour.

# 4        Reliance Materials

In the process of formulating my opinions in this matter, I have reviewed many documents. A list of key documents directly referenced in the report text as well as those considered in the preparation of this report is provided in Appendix G. My opinions have also been informed by observations I made during a visit to the Spokane River on January 9–10, 2018.

# 5      Overview

The City of Spokane (the City) has alleged a number of potential adverse ecological effects from PCBs on the Spokane River; however, the City provides no evidence of changes[1] to or specific adverse effects[2] on the ecological resources of the Spokane River resulting from the presence of PCBs.

The mere presence of detectable levels of PCBs in any aquatic or terrestrial environment, including the Spokane River, does not necessarily mean an adverse ecological effect has occurred. Therefore, my investigation presented in this report focuses on whether ecological resources in the Spokane River have been exposed to levels of PCBs at concentrations known to cause adverse effects to those organisms *and* whether those exposures have resulted in corresponding adverse effects in populations of fish, birds, and other animal life in the Spokane River. I address three overarching questions in this report:

1.   Have the levels of PCBs in the Spokane River posed theoretical risk[3] or caused adverse effects resulting in changes to the ecological resources of the river?

2.   To what extent, if any, have theoretical ecological risks, adverse effects on ecological resources, or ecological "beneficial use impairments" (BUIs) from PCB exposure been the drivers for past regulatory actions or are drivers for future actions that are the basis of the City's claims for compensation?

3.   Based on available scientific information, including knowledge about the widespread presence of PCBs in the environment including the Spokane

---

[1]   "Change" or "changes," as used in this report, refers to an observable or measurable alteration in the quality, quantity, or composition of an ecological resource.

[2]   "Adverse effect" or "adverse effects," as used in this report, refers to a change in response to an external biological, physical, or chemical factor that is considered undesirable because it alters the structural or functional characteristics of an ecosystem or its components.

[3]   Determination of "theoretical risks" results from a formal assessment of ecological risk, which is a probabilistic and preventative concept rooted in the use of the ecological risk assessment (ERA) methodology for regulatory decision-making. Theoretical risk does not imply any actual, verifiable, and measurable adverse effect to a population or a habitat.

River, was it reasonable before the 1970s to expect that PCBs would be
present in the Spokane River at concentrations that could pose theoretical
risks to ecological resources?

It is important to note the distinction between a theoretical assessment of ecological risk and a verifiable and measurable adverse effect to a population or a habitat (Gala et al. 2009), concepts which are explored in more detail in Section 7.2.2. This report addresses both concepts—theoretical risk and verifiable and measurable adverse effects—and analyzes empirical data to assess both.

This report summarizes findings from the questions above, presents my affirmative opinions based on these findings, and provides comments and rebuttal opinions on the reports of several of the experts for the City. My affirmative opinions are provided in Section 6, and, following an overview of the context and structure of my investigation in Section 7, I provide findings from the various components of the investigations that support my opinions (Sections 8–13). My rebuttal opinions are included in Section 14 of this report.

# 6 Affirmative Expert Opinions

Based on the available data and information, I have developed the following six (6) opinions to a reasonable degree of scientific certainty. These opinions are supported by findings from my investigations presented in Sections 8–13.

## 6.1 Opinion 1: The City's historical actions taken to enhance economic opportunities changed habitats in ways that continue to influence and limit natural resources in the Spokane River and cause adverse effects to ecological receptors.

Industrialization of the City of Spokane and anthropogenic alteration of the Spokane River have been profound. Physical ecological habitat modifications have included the construction of multiple dams, channelization, bulkheading, and urban construction along many reaches of the river. Engineering changes in the Spokane River, especially construction of the six dams on the river since 1890, have forever altered the flow characteristics of the river and, as a result, its ecological habitats and the ecological communities that live in or depend on those habitats.

## 6.2 Opinion 2: The City of Spokane's past practices for sewage disposal and continued failures to meet regulatory requirements related to decreases in phosphorous and other sewage-related, non-PCB constituents have caused adverse effects to ecological resources.

Discharges of raw sewage along with harmful amounts of sewage-related constituents, in particular phosphorous, have created serious ecological as well as human health problems in the river for many years. Nutrients, such as phosphorus and nitrogen, are components of sewage, and excess loading of phosphorus to the Spokane River system is one of the greatest problems associated with the City's discharges of raw sewage and wastewater because these nutrients lead

to eutrophication, algal blooms, and subsequent oxygen depletion in the river and Long Lake.[4] The Spokane River was historically the City's drinking water source, and a series of typhoid outbreaks that ravaged the City in the early 1900s were attributed to consumption of sewage-polluted water (Camporeale 2019). In 1907, Spokane changed its water source to a deep aquifer that flowed to the river (Fahey and Delwo 1988). However, discharge of untreated sewage to the river continued and has continued to this day, despite construction of the Riverside Park Water Reclamation Facility (RPWRF) in 1958 and separate storm sewers that were built between the late 1980s and 1990s (Soltero et al. 1992). Based on monthly reports available on the public works website,[5] there were 40 combined sewer overflow (CSO) events in the first nine months of 2019. Despite upgrades to wastewater treatment, high concentrations of phosphorus have continued to be released into the Spokane River throughout the 1990s and 2000s (Cusimano 2004).

## 6.3     Opinion 3: PCBs in the Spokane River are not of any ecological concern. PCBs are not present at levels that would indicate theoretical ecological risk and certainly not at levels that would cause adverse effects in the ecological resources of the Spokane River.

I reviewed all available data on PCB concentrations that have been measured in Spokane River fish tissues and surface water samples collected from different parts of the river (covering approximately 35 years), and I found essentially no risk from PCBs to fish, birds, or aquatic mammals. Concentrations of PCBs measured in the tissues of Spokane River fish were determined to be well below concentrations associated with adverse effects in fish and piscivorous wildlife. Similarly, out of 138 surface water samples, only 2—both collected almost two decades ago—exceeded the U.S. Environmental Protection Agency's (EPA's) chronic aquatic life criteria for PCBs. Taken together, these data and their evaluations indicate that PCBs present essentially no risk to ecological receptors in the river.

---

[4]   When excessive phosphorus is present, it acts as fertilizer for algal blooms. After the algae die, bacteria consume dissolved oxygen (DO) as they break down the algal debris. This is known as "eutrophication." A more detailed examination of the ecological effects of sewage and nutrient (i.e., phosphorus) pollution is described in Section 11.

[5]   https://my.spokanecity.org/publicworks/wastewater/cso/

## 6.4    Opinion 4: Allegations by the City that PCBs cause adverse effects to fish and wildlife are unsupported by the scientific evidence in the Spokane River. Reported adverse effects to ecological receptors in the river were not caused by PCBs.

Documented adverse ecological effects, such as alterations to fish community compositions and past declines in piscivorous bird species, have been reported in the Spokane River Basin. However, based on various assessments conducted by state and federal agencies, these reported community alterations are highly unlikely to be related to the presence of PCBs but rather to physical modifications (e.g., impoundment by multiple dams) and other constituents (e.g., chemicals and nutrients [phosphorus] from municipal sewage releases, non-point source runoff and heavy metals from mining activities). My detailed examination of reports and data strongly indicate that while native ecological communities have clearly changed over time because of impoundment, additions of excessive amounts of nutrients, and the legacies of mining operations, present-day ecological communities that rely on the Spokane River are generally robust. The presence of PCBs has not resulted in any adverse ecological effects. Allegations by the City that PCBs harm fish and wildlife populations are not supported by data from the Spokane River. In the absence of any PCBs, the ecology of the Spokane River would be unchanged from current conditions.

## 6.5    Opinion 5: The Spokane River supports populations of fish and wildlife expected in an impounded river[6] impacted by chronic sewage releases and mining wastes.

Based on evidence from available historical surveys of Spokane River fish, species richness and relative abundances of fish communities reflect a system impacted by multiple dams, altered flows, increased water temperatures, historical metals mining wastes, and chronic sewage releases. The fish community is composed of warm-water-tolerant species characteristic of slow-moving water. For example, the native redband trout has experienced significant declines over the last several decades because reduced river flows have dewatered spawning habitat and

---

[6]    River systems altered due to damming and flow regulation.

detrimentally elevated water temperatures. Similarly, historical declines of piscivorous bald eagles and osprey were likely caused by past DDT use, as populations of these species have notably recovered in the Spokane River Basin after DDT use was banned in the United States.

## 6.6    Opinion 6: Claims by the City of costs it has incurred related to stormwater, wastewater, and BUIs under the Clean Water Act (CWA) are not based on ecological risks or ecological degradation of the river attributable to PCBs. The City's actions to meet CWA requirements are based on regulatory actions for constituents other than PCBs and would be necessary in the absence of PCBs.

The CWA regulatory mechanisms requiring the City to incur costs to implement stormwater and wastewater infrastructure upgrades and source control improvements are not driven by ecological risk from PCBs. There are no 303(d) listings for PCB ecological BUIs under the CWA from PCBs in the Spokane River.

There are no current, enforceable PCB total maximum daily loads (TMDLs) for the Spokane River and no current, enforceable PCB effluent limits in the most recent wastewater treatment, CSO, and Municipal Separate Storm Sewer System (MS4) National Pollutant Discharge Elimination System (NPDES) permits for which the City is responsible.[7] There are 303(d) listings based on exceedance of ecological criteria for zinc, lead, dissolved oxygen (DO), temperature, phosphorus, invasive species, and total dissolved gases (TDG). The City's past and current wastewater treatment and CSO NPDES permits do contain discharge limits for phosphorus, nitrogen (ammonia), carbonaceous biochemical oxygen demand (CBOD), and metals (zinc, lead, and cadmium), but not PCBs. The permits include requirements for monitoring for dozens of constituents (Ecology 2011). The mitigation and remediation activities in the City's Integrated Clean Water Plan (CH2M Hill 2014) specify no explicit actions for PCBs; instead, the City's plans are primarily based on the need to decrease the release of sewage and wastewater and the phosphorus, ammonia, and toxic metals therein. The City's compliance strategy is designed for phosphorus removal to meet their DO TMDL requirements. Furthermore, concentrations of PCBs in Spokane River sediments are below Washington State

---

[7]    Final PCB effluent limits for the draft NPDES permit are not based on ecological risk (Ecology 2016).

sediment cleanup levels and would not trigger sediment cleanup. Therefore, actions the City must take to meet its CWA requirements are not based on PCB limits or PCB-based ecological impairments and would be necessary in the absence of PCBs.

## 6.7    Opinion 7: Sufficient knowledge and analytical processes to evaluate theoretical ecological risks from PCBs and support decision-making and regulation were not in place until the 1980s. Before that time, the basic scientific knowledge upon which future formal regulations to protect ecological resources would later be based was not known or foreseeable. The first, preliminary scientific compilation was only prepared in 1972.

The presence of PCBs in the environment and reports of possible toxicity to wildlife were not known before the late 1960s. The first publications demonstrating the existence of PCBs in the environment appeared in late 1966, and the number of similar publications increased through the next few years. There was no awareness of the potentially widespread *presence* of PCBs in the natural environment before 1966 when PCBs were first discovered in fish and wildlife in Sweden. In the United States, PCBs were first reported in California wildlife in late 1968. *Possible toxicity* of PCBs to wildlife and aquatic resources was first hypothesized in the scientific literature in late 1968–1969. Scientific data on exposure and toxicity of PCBs to ecological resources increased substantially in the 1970s, though there remains "a lack of consensus regarding the effects" on some natural populations (e.g., Henry 2015). It was not until the publication by the Interdepartmental Task Force on PCBs in 1972 that the scientific information began to coalesce (Interdepartmental Task Force on PCBs 1972).

Regulatory decision-making to protect aquatic life and wildlife requires an accumulation of knowledge—knowledge about exposures in the environment (including presence and concentration) and knowledge about potential toxicity to aquatic life and wildlife. In conjunction with this knowledge base, standard methods must exist to detect and accurately quantify chemicals and to make use of the aggregated knowledge in framing any action. As scientific knowledge of PCB exposure and potential toxicity to ecological resources expanded, the ability to detect and quantify PCBs in environmental samples was refined through the 1970s

and 1980s with the development and application of new technology. Ecological risk assessment (ERA), which is the process for evaluating how likely it is that certain ecological species may be theoretically affected from exposure to one or more environmental factors, did not begin as a defined practice until 1986–1989 and did not fully mature until the late 1990s. Addressing site-specific exposure and toxicity data and tailoring the assessment and regulation of ecological risk to the pertinent ecological receptors for a given region or a given site only began to be possible as part of the formal ERA process.

# 7        Context and Approach to Forming Opinions

## 7.1        Ecological Context

The Spokane River starts at Post Falls Dam at Lake Coeur d'Alene, Idaho, and flows into eastern Washington State and through downtown Spokane, traveling 112 mi and encompassing a drainage area of over 6,000 mi$^2$ before truncating at Lake Roosevelt (Figure 7-1). A series of seven hydroelectric dams (Post Falls, Upriver, Upper Falls, Monroe Street, Nine Mile, Long Lake, and Little Falls) transect the river system and separate the ecological communities. Three major tributaries enter the river: Latah Creek (formerly known as Hangman Creek) at river mile (RM) 72; Little Spokane River at the Nine Mile Falls area; and Chamokane Creek (Tshimakain Creek), which joins the system just downstream of Long Lake Dam. The Spokane River supports populations of fish and piscivorous birds. The predominant substrates in the Spokane River are hardground, including cobble, gravel, boulders, and bedrock (Figure 7-2). In contrast, Lake Spokane exhibits conditions characteristic of a lake with soft sediment habitats.

For purposes of my analysis, and to characterize the environmental conditions and factors that shape the Spokane River ecosystems and ecological resources, I separated the river into a series of distinct "reaches" that are typically bounded by dams.[8] These assessment areas are referred to throughout my report and used to focus analyses on specific river reaches (shown in Figure 7-1) with unique hydrological, chemical, and ecological characteristics.

- Reach 1 is defined as the Washington portion of the Spokane River upstream of Upriver Dam, for regulatory purposes, while the ecological assessment includes data collected from Post Falls dam in Idaho to the Upriver Dam. This reach is free flowing through the Spokane Valley, which is characterized by residential and industrial development, and ends in a pooling area behind Upriver Dam.

---

[8]    These reaches comprise the portions of the Spokane River that are immediately upstream, within, or immediately downstream from the Spokane City limits. As such, these reaches are those that are most expected to be influenced by waste water effluent from the city.

- Reach 2 extends from Upriver Dam to Monroe Street Dam, incorporating Spokane Falls and Riverfront Park, and flows through downtown Spokane.

- Reach 3 is bounded by Monroe Street Dam and Nine Mile Dam. This reach experiences urban influences in the upper portion but transitions to a more rural setting as it approaches Nine Mile Dam. Latah Creek, which joins the Spokane River in Reach 3, is a significant source of sediment for this reach of the Spokane River.

- Reach 4 is defined as Lake Spokane, a large reservoir bounded by Nine Mile Dam and Long Lake Dam. Unlike the other reaches, which are largely characterized by riverine habitats, this reach exhibits lacustrine (i.e., relating to, formed in, living in, or growing in lakes) habitats and ecosystems because of water impoundment at Long Lake Dam.

- Reach 5 is defined as Long Lake Dam to Little Falls Dam. It is a 4.6-mi stretch of the river bounded by Long Lake Dam and Little Falls Dam. As with Reach 4, this reach exhibits lacustrine habitats and ecosystems due to impoundment at Little Falls Dam. Maximum depth is less than 100 ft (Pfeiffer 1985). Two tributaries, Chamokane and Little Chamokane creeks, enter the reach 1.5 and 2.7 mi, respectively, downstream of Long Lake Dam. The surrounding land use is largely rural, with Spokane Tribe of Indians Reservation tribal lands to the north of most of this reach.

- Reach 6 is defined as Little Falls Dam to the Upper Columbia River. It is a 29-mi stretch with water levels regulated by hydroelectric operations at the Grand Coulee Dam. The reach is considered part of Lake Roosevelt by the State of Washington for fishery management purposes. The north shore of the reach is part of the Spokane Tribe of Indians Reservation tribal lands.

My analyses include investigations to address whether actual adverse ecological effects or theoretical ecological risk from PCBs in each of these reaches are responsible for and are solely driving the actions for which the City is alleging compensation.



Figure 7-1.    Map of Spokane River assessment areas. Reach 1 is bounded by the Post Falls and Upriver Dams; Reach 2 stretches between Upriver Dam and Monroe Street Dam; Reach 3 is bounded by Monroe Street Dam and Nine Mile Dam; Reach 4 is Lake Spokane, which lies between Nine Mile Dam and Long Lake Dam; Reach 5 is bounded by Long Lake Dam and Little Falls Dam; and Reach 6 lies between Little Falls Dam and the confluence with the Columbia River.

1700189.000 - 7981

Dec GMV Re: Opposition to Pl MILs 000907



Figure 7-2.    Spokane River boulder and bedrock substrate is easily visible during flow
reductions.

## 7.2    Analysis Framework

As noted in Section 5, my investigations and analyses address three overarching questions.

To address the first question of theoretical risk or observed adverse effects resulting in changes
to the ecological resources of Spokane River, I used a three-step analysis framework to answer
the following questions in a specific analysis of the river:

**Step 1:**  Are there observable changes or adverse effects in ecological habitats
and resources in the river? (Section 9)

**Step 2:**  Are PCBs or other chemicals the cause of any of the changes or adverse
ecological effects identified in Step 1? (Section 10)

**Step 3:**  Are there alternative explanations for any observable ecological changes
in the river? (Section 11)

These steps structured a systematic causal analysis, which was based on an accepted scientific method known as "stressor identification" (U.S. EPA 2000). I started by determining whether ecological changes have actually been observed in the river basin using empirical evidence and whether these would constitute adverse ecological effects, and then I systematically examined the role, if any, of PCBs and other factors in eliciting these changes by evaluating the theoretical risk of adverse effects to ecological resources from exposure to PCBs and from other stressors in the river using ERA methods. Each of these methods are discussed in more detail below.

I focused on three types of ecological resources for my causal analysis and risk assessments: fish, piscivorous birds, and semi-aquatic mammals.

- Fish reside in the water column or at the surface of sediments and ingest lower-trophic-level organisms (e.g., plankton, benthic macroinvertebrates [BMI]) or other fish. They can be exposed to environmental chemicals in sediment and surface water and through the consumption of contaminated plankton, plants, and prey. The Spokane River fish community includes both native salmonid species (e.g., redband trout and westslope cutthroat trout) and non-native species, such as yellow perch and bass. These fishes support a recreational fishery and constitute an important food source for resident piscivorous birds that inhabit the Spokane River Basin. Because fish provide food for animals of higher trophic levels, a change in fish communities may result in an adverse effect on fish and wildlife consumers.

- Piscivorous birds (i.e., those that feed mainly on fish) may be exposed to environmental chemicals via ingestion of contaminated prey and incidental ingestion of surface water and sediments, although the latter pathways are often insignificant because of lower ingestion rates for surface water and sediment relative to food ingestion rates. Because concentrations of PCBs and other chemicals, such as mercury and PBDEs, bioaccumulate[9] and can

---

[9] Bioaccumulation occurs *within* a trophic level and is the increase in the concentration of a substance in certain tissues of organisms' bodies due to absorption from food and the environment.

biomagnify,[10] birds that consume fish have higher exposure to bioaccumulative chemicals than birds that consume plankton, aquatic plants, and invertebrates, which are lower on the food chain than fish. Therefore, my analyses focused on piscivorous birds to specifically address the City's allegations. Piscivorous birds in the Spokane River Basin include smaller species, such as kingfisher, and larger species, such as bald eagles and osprey.

- Semi-aquatic, piscivorous mammals, like piscivorous birds, may be exposed to environmental chemicals primarily via ingestion of contaminated prey; however, in the Spokane River, semi-aquatic piscivorous mammals common in other western riverine ecosystems, like mink and river otter, appear to be absent (Johnson 2001).

These three resource groups could each theoretically be exposed to any PCBs present; however, they would differ in their potential exposure routes and positions in the food web.

To address the second overarching question of my analysis, I evaluated regulatory drivers that may be the basis on which the City is claiming compensation. Finally, to address the third question, I examined the history of PCB detection in the natural environment, toxicity testing of PCBs with ecological resources, and the evolution of methods to assess theoretical risk from PCBs to ecological resources.

Before I could conduct the analyses necessary to answer the questions I posed above, I first investigated the history of the river and how activities in and near the waterbody have influenced the condition of the ecological resources that rely on the river for habitat or food. From the information gained from this historical review, I was able to evaluate the City's allegations against a set of foundational ecological conditions that have been fundamentally created and changed by historical activities (i.e., the "baseline" condition), unrelated to any specific chemical exposure, including that from PCBs. Examining ecological resources in this manner prevents false assumptions that ignore the natural consequences of historical municipal

---

[10]   Biomagnification is the increasing concentration of a substance, such as a chemical, in the tissues of organisms at successively higher levels in a food chain.

and industrial activities and helps to establish a baseline condition for the resources against which any changes can be evaluated.

The following sections outline the methods I used in my analyses.

## 7.2.1   Causal Analysis of Alleged Effects

I compiled empirical evidence (i.e., reports, data, and observations) to identify any ecological changes or adverse effects that have occurred in the river (Step 1 of the causal analysis framework). I used the following relevant criteria and appropriate data to evaluate the likelihood of each possible factor (including PCB and non-PCB factors) causing observed or alleged changes in ecological resources of the river (Steps 2 and 3 of the causal analysis framework):

- **Evidence of Exposure**: Do field measurements show that exposure of ecological resource(s) to the possible cause occurred?
- **Spatial Co-Occurrence**: Is the observed or alleged ecological change located in the same geographic location as the possible cause?
- **Temporal Co-Occurrence**: Are both the possible cause and the observed or alleged ecological change present in the same geographic location at the same time and for the required duration to produce the change?
- **Plausible Mechanism**: Is the possible cause mechanistically capable of causing the observed or alleged ecological change?
- **Sufficiency**: Is the possible cause known or proven to produce the magnitude of the observed or alleged ecological change? Is there an exposure-response (or dose-response) relationship?

Causal analysis assesses the validity of hypotheses about the theorized cause(s) of an observed or postulated effect (Cormier et al. 2010; Suter II et al. 2010; Wickwire and Menzie 2010). My approach is adapted from the principles in the Stressor Identification process outlined in the

Causal Analysis/Diagnosis Decision Information System (CADDIS) developed by EPA[11] and is consistent with the recommendations of Cormier et al. 2010 and Suter II et al. 2010.

## 7.2.2    Ecological Risk Assessment

Step 2 of the causal analysis considered the theoretical ecological risk from PCBs and other chemicals. This analysis is necessary to evaluate (1) whether exposures to concentrations of a chemical are sufficient to have potentially caused observed adverse ecological effects or (2) whether exposures to concentrations of a chemical in the environment are theoretically sufficient to cause adverse effects that have not been observed or documented for the Spokane River. For example, even if no changes have been reported for a resource group (Step 1), I still evaluated whether chemical concentrations in the river are sufficient to pose a theoretical risk to the resource.[12] To undertake these evaluations, I applied ERA methods using available water, sediment, and tissue chemistry data in conjunction with best available exposure-response relationships reported in the scientific literature (e.g., U.S. EPA 1992, 1997, 1998).

## 7.2.3    Regulatory Drivers of Action by the City of Spokane

In addition to addressing theoretical ecological risk and hypothetical harm from PCBs in the river through causal analysis and ERA approaches, I examined whether past actions taken by the City or hypothetical future actions proposed by the City result from observed ecological changes or theoretical risks to ecological resources from PCB exposure.

Regulatory actions are typically based on assessments of theoretical risk and are required to mitigate hypothetical adverse effects from constituents and other factors in the environment.

---

[11]  https://www.epa.gov/caddis/

[12]  As mentioned in Section 5, the distinction between *theoretical risk* of adverse effects and *verifiable and measurable* adverse effects is important in the context of examining and assessing the scientific merits of the City's claims. The 1998 EPA Guidelines for Ecological Risk Assessment (EPA/630/R-95/002F) define risk assessment as "a process that evaluates the *likelihood* [emphasis added] that adverse ecological effects may occur or are occurring as a result of exposure to one or more stressors" (U.S. EPA 1998). ERA approaches examine only the "likelihood" of an adverse ecological effect. Thus, in the risk assessment context, "risk" represents the "potential" that adverse ecological effects may occur as a result of exposure to a specific factor. Determinations of risk are not necessarily measures of any actual observable adverse ecological effect associated with a factor of interest. These can only be made by direct measurements or observations in the field. Nevertheless, the risk assessment methods I applied as part of my causal analysis are instructive to address the claims made by the City.

These actions can be associated with stormwater permitting (MS4 permits), NPDES requirements, or site cleanups under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA) or state equivalents (e.g., Model Toxics Control Act [MTCA], etc.). BUI listings under CWA 303(d), as well as TMDLs, if they exist,[13] are also derived from the protective considerations of theoretical risk.

I examined the following questions regarding the regulatory drivers of alleged incurred costs to the City of Spokane:

1. To what extent, if any, were regulatory actions for which the City of Spokane incurred costs implemented to address theoretical ecological risk from PCBs?

2. Would the regulatory actions implemented (or planned) have been implemented (or planned) without the presence of PCBs?

My analyses included review of CWA reports and data supporting 303(d) listings for the Spokane River,[14] the City of Spokane's NPDES permits, existing and draft TMDLs, water quality management plans, and public comments on the development and implementation of these regulatory actions.

## 7.2.4    Historical Knowledge of Ecological Exposure and Toxicity to PCBs

To place ecological issues and regulatory actions in context of the evolution of knowledge of PCBs specifically, and of the assessment of ecological risks in general, I evaluated the historical evolution of the scientific understanding of exposure and toxicity of PCBs to ecological resources in conjunction with the evolution of ERA as a formal practice to support regulatory decision-making.

The titles of approximately 3,000 citations located in library databases were compiled, and each title was reviewed to determine whether it was related to ecological exposure to PCBs or ecological effects from PCB exposure. The total number of publications was summarized in a

---

[13]   There are no active TMDLs in effect in the Spokane River for PCBs.

[14]   There are no 303(d) listings in the Spokane River based on theoretical ecological risk from PCBs.

cumulative manner to understand publication trends over time. Regulatory actions by the State of Washington related to PCBs and ecological resources were identified and summarized, along with publications describing the evolution of ERA as a formal, scientific practice. As part of this analysis, I also searched the literature to determine when the presence of PCBs in the Spokane River was first reported.

# 8 Historical physical modifications as part of industrialization and urbanization of the Spokane area have often adversely affected the natural habitat and the ecological resources therein.

This section provides a discussion on the industrialization and urbanization of the Spokane River, which is needed to understand any changes in populations of ecological resources in the river.

Located on the banks of the Spokane River, the City of Spokane is the second largest city in the State of Washington and has been an important center of industry in eastern Washington since settlement in the 1800s (Fahey and Delwo 1988). Historically, the Spokane River was a naturally flowing river characterized by cool, clean, flowing water, expansive gravel beds, pools, and natural shoreline vegetation that promoted healthy and robust populations of both anadromous[15] and resident salmon species (Scholz et al. 1985). Salmon served as important food supplies for Native American tribes, and historical records suggest that up to one million fish migrated up the river annually and that tribes may have harvested up to 300,000 fish per year (Kershner 1995). Natural physical characteristics and conditions of the Spokane River that historically supported native salmonid and other fish and wildlife populations were drastically altered as the Spokane River Basin became industrialized and urbanized (see Appendix B).

## 8.1 Ecological Habitat Reductions and Alterations and Degradation Due to Industrialization and Urbanization of the Spokane River

Numerous extractive industries, including mining, logging/timber, and agriculture, have been centered on the Spokane River watershed (Youngs 2018, Fahey and Delwo 1988, Trebitz 2015). These activities, along with the construction of multiple hydroelectric dams to generate power for the growing city, have substantially changed the natural habitat and ecology of the Spokane River. As such, the present environmental and ecological conditions of the Spokane River have been defined by the history of industrialization and urbanization along the waterway.

---

[15] Migrating up rivers from the sea to spawn in freshwater.

The first European settlers established permanent residences at Spokane Falls in 1871, and between 1881 and 1900, the new city grew rapidly, increasing in population size from 1,000 to almost 37,000 residents (Deshais 2019). When gold and silver mining expanded in the Coeur d'Alene region in Idaho in the late 19th century, Spokane became an important regional supply and distribution center via the growing rail network (Kensel 1969). As mining activity waned at the beginning of the 20th century, agriculture and logging emerged as important regional industries, and water-powered sawmills and grain mills were built along the Spokane River (Youngs 2018, Trebitz 2015).

The early industrial expansion and subsequent regional population growth increased demand for electricity in the late 19th and early 20th centuries, and the topography of the Spokane River, particularly at Spokane Falls, was ideal for generating hydroelectric power. The need for sources of electricity coupled with the favorable hydrology of the Spokane River initiated a period of extensive dam building along the Spokane River (Kershner 2016). Seven dams were constructed between 1890 and 1915. The dams fragmented a previously free-flowing, cool-water system ideal for salmonids into a series of impoundments punctuated by warm, slow-moving pools, including the 39-km-long Lake Spokane that developed behind Long Lake Dam (Osborne et al. 2003). Physical changes and decreased flow rates due to water retention behind dams led to decreased DO and increased sedimentation, nutrient loading, temperature, thermal stratification, and eutrophication (GEI Consultants 2004). Sediment deposition and collection behind the dams reduced the heterogeneity of downstream substrates, while construction of Post Falls Dam in Idaho greatly reduced the summer through fall (July–September) downstream discharge rates, contributing to dewatering of available spawning habitats in the river segments both within and adjacent to the City of Spokane (GEI Consultants 2004).

In addition to the physical alteration of and decreases in the available natural river ecological habitat caused by dam construction, industrialization and urbanization also introduced chemicals into the Spokane River system. Mine tailings discharged into the Coeur D'Alene River have been carried downstream since the late 1800s and have been associated with increased levels of arsenic, cadmium, lead, and zinc in the Spokane River (Kadlec 2000; Ecology 2012). Saw and paper mills were sited directly on the Spokane River and released wood waste and pulp directly

into the river (Youngs 2018), which can adversely affect aquatic organisms through the introduction of toxic compounds and through the introduction of biochemical oxygen demand (BOD)[16]Error! Bookmark not defined. (U.S. EPA 1979). DO depletion due to BOD is harmful to many aquatic organisms.

By 1910, Spokane's population exceeded 100,000, and the standard practice of discharging untreated sewage to the river quickly became a problem. The river was the City's drinking water source, and a series of typhoid outbreaks that ravaged the City in the early 1900s were attributed to consumption of sewage-polluted water (Camporeale 2019). In 1907, Spokane changed its water source to a deep aquifer that flowed to the river (Fahey and Delwo 1988), thus reducing the human health risks from drinking contaminated water. However, Spokane continued discharging untreated sewage to the river, thus perpetuating ecological impacts related to BOD. Into the 1930s, domestic sewage was supplemented with industrial wastewater from meat packing plants; both of these sources contributed to oxygen demand on the river (Pierce Greeley & Hansen 1933) as well as visible sludge deposits along the river banks (Bovay Northwest Inc. 1994). Analyses near the sludge deposits showed DO saturation of 60% or less (Bovay Northwest Inc. 1994; Pierce Greeley & Hansen 1933). In 1933, consulting engineers for the City stated that the presence of sewage solids and depletion of oxygen in the river "are conditions which the City properly has no right to continue" (Pierce Greeley & Hansen 1933).

Despite these and additional concerns voiced by government agencies, the river remained severely degraded through the 1950s. In 1952, a cooperative state–federal report on water pollution control stated that floating scums and other sewage waste products were present in the river, to such an extent that they interfered with the operation of the gates and dams at hydroelectric power plants (Public Health Service 1952). Sewage discharges continued unabated until 1958, when the RPWRF came online as a primary treatment plant (Soltero et al. 1992). River water quality visibly improved after wastewater treatment began; for example, in 1965, the treatment plant superintendent observed that river banks no longer showed a greasy high water line on rocks and vegetation (Reisdorph 1965).

---

[16]  BOD refers to the oxygen that bacteria consume as they break down organic matter. In this process, bacteria in surface water draw DO out of the water, reducing the amount of DO available to other aquatic organisms. Greater discussion of the ecological impacts of BOD are given in Section 11.

Although primary wastewater treatment resulted in improved river conditions, it did not solve problems of oxygen depletion. Through the 1960s and 70s, very low oxygen levels were measured at depth in Long Lake (Soltero et al. 1992; Esvelt & Saxton and Bovay Engineers Inc. 1972). Low oxygen in the lake has been linked to excessive concentrations of phosphorus (U.S. ACE and Kennedy-Tudor 1976b), a nutrient constituent of sewage that acts as fertilizer for algae. A 1976 technical report by the U.S. Army Corps of Engineers, written with cooperation from the City of Spokane, stated that Long Lake becomes strongly eutrophic[17] and supports overgrowth of algae in most summer seasons (U.S. ACE and Kennedy-Tudor 1976b). Algal blooms may give rise to DO depletion, because algal debris also have BOD.

The City has developed infrastructure over the past several decades to reduce discharges of sewage and nutrients, especially phosphorus, to the river. In 1977, the RPWRF was updated to perform secondary treatment, and tertiary treatment operations for phosphorus removal are scheduled to be complete in 2021 (Hendron 2019). To reduce CSO events, storm sewers in much of the city were separated in the 1980s (Hendron 2019), and since then best management practices have been implemented and storage tanks built to reduce the contamination and volume of stormwater runoff (Bovay Northwest Inc. 1994; Anonymous 1972; Hendron 2019). Nevertheless, problems related to sewage and nutrients persisted and have persisted to this day. High concentrations of phosphorus have continued to be released into the Spokane River throughout the 1990s and 2000s (Cusimano 2004). In 2009, in a report to the City Council, the City Plan Commission stated that the Spokane River does not have enough DO during the months of April–October to meet current water quality standards (Spokane City of 2009). Furthermore, based on monthly reports available on the public works website,[18] there were 40 CSO events within the first nine months of 2019.[19] In sum, after multiple decades of study, policy and planning, sewage-related contamination remains a major concern for the Spokane River and Long Lake.

---

[17]  Enriched in nutrients, such as phosphorus or nitrogen. A more detailed examination of the ecological effects of sewage and phosphorus pollution is described in Section 11.

[18]  https://my.spokanecity.org/publicworks/wastewater/cso/

[19]  The regulatory limit given in the RPWRF NPDES permit is 1 CSO event per outfall per year, based on a 20-year average. Spokane has 26 outfalls, so 40 events within 1 year indicates low likelihood of compliance.

Industrialization and urbanization of the City of Spokane and surrounding areas have also changed the shoreline habitat of the Spokane River. Infilling shoreline, extending banks, and constructing utility and transportation corridors removed vegetation, or riparian habitat,[20] along the banks of the river, especially in the early 20th century (URS 2008). Habitat changes have been most pronounced in the central Spokane Falls reach. A habitat inventory survey conducted in 2006 found that, of the approximately 1,550 acres of shoreline habitat within city limits,[21] riparian habitat constituted only about 10%, mainly upstream of Upriver Dam and downstream of Monroe Street Dam (URS 2008). The ecological rating of shoreline habitat was classified as "poor" to "fair" within city limits above Latah Creek and only as "good" below Latah Creek, largely because of degradation from urbanization (URS 2008).[22]

## 8.2    Ecological Resilience and Adaptation

Despite substantial industrial development and urbanization that occurred before water quality regulation (Figure 8-1 through Figure 8-4), the Spokane River has shown resilience and adaptation to these changes. The current physical, hydrological, sedimentological, and resultant ecological profiles of aquatic fish communities of the Spokane River are substantially different from historical natural conditions (see Section 9.1); however, healthy, reproducing fish populations are present in the river (Weitkamp and Euston 2004; Parametrix 2003; Lee and King 2013), and these populations support the Spokane River ecosystem (see Section 9.1).

In summary, the Spokane River has clearly been altered by industrial development and urbanization over the past century. The construction of multiple dams, the widespread discharge and transport of mining-associated metals in the system, sewage disposal, and significant shoreline alterations have changed the natural environment and conditions of the river, adversely affecting fish populations, and decreasing or degrading habitat for some key ecological resources. These changes have created a much-altered environment.

---

[20]  Riparian areas provide important ecological services for the river habitat, and riparian vegetation stabilizes banks and prevents shoreline erosion; when removed, the ground is more prone to slumping, or loss of surficial soils and erosion (Ecology 2001).

[21]  Defined as all water areas and upland areas within a 200-ft horizontal zone from the ordinary high water mark, including contiguous wetlands and floodplain areas (URS 2008).

[22]  Defined basis for classification (as based on the eight processes and functions listed in the Shoreline Management Act [RCW 90.58.080]).



Figure 8-1.    Sewage and nutrient inputs to the Spokane River

Dec GMV Re: Opposition to Pl MILs 000920



Figure 8-2.    Industrialization of the Spokane River before environmental regulation



Figure 8-3.    Industrialization of the Spokane River after environmental regulation



Figure 8-4.    Physical and biological modifications to the Spokane River

# 9 Ecological resource groups in the Spokane River show evidence of historical adverse effects and subsequent adaptation.

As a first step in the overall causal analysis framework described previously (Section 7.2.1), I conducted a review and analysis of the available literature to determine whether there have been any reports in the past of adverse effects or changes to ecological resources in the Spokane River.[23] This review was conducted *without specific reference to causation* to determine whether changes in health or relative abundance have been quantified or otherwise reported for fish, birds, and mammals in the Spokane River. Understanding the nature, magnitude, and persistence of any changes to these resources is important to determining the likely causes (Sections 10 and 11).

## 9.1 Fish populations have changed from the native cold-water fish community that would be expected to inhabit the Spokane River.

Fish surveys have been conducted intermittently on the six reaches of the Spokane River and indicate that fish abundance and community structure vary among reaches and deviate from the native cold-water fish community that historically inhabited the Spokane River.

### 9.1.1 Reach 1: Upstream of Upriver Dam

A relatively natural fish community exists upstream of Upriver Dam. The upstream reach of the Spokane River from the Post Falls Dam in Idaho to the Upriver Dam is generally free-flowing until it nears the Upriver Dam. Fourteen fish species have been identified in the reach and are primarily resident species, including wild rainbow trout, suckers, and dace (Weitkamp and Euston 2004). Trout have been found to be about 10 times as abundant in the free-flowing reach

---

[23]    Evidence of adverse effects were identified from academic and regulatory studies, as well as from public media reports. Keys sources of these data were the Washington State University (WSU) Research Project (Bailey and Saltes 1982), Washington Water Power Company/Avista (Landau and Hinson 2012; Avista 2013; Avista 2014; Avista 2015a; Pfeiffer 1985; Kleist 1987), and Washington Department of Fish and Wildlife (WDFW)(McLellan and O'Connor 2003; Osborne et al. 2003; O'Connor and McLellan 2008; Lee and King 2012; Lee and King 2013; Lee 2013; Osborne 2015). See Appendix C for a complete list of studies.

as they are in the Upper Dam reservoir, starting at RM 84.7 (Bailey and Saltes 1982); however, the fish community composition appears to have changed over time.[24] No fish stocking occurs in this reach, and the reach is managed by Idaho and Washington state fish and game agencies as a wild trout fishery.

### 9.1.2    Reach 2: Upriver Dam to Monroe Street Dam

Fish habitat suitability, especially spawning habitat availability, in Reach 2 is reduced compared to upstream sites because of the presence of large areas of bedrock coupled with frequent dewatering from impoundments (Avista 2005). As such, a reproducing population of rainbow trout does not occur between Upriver Dam and Monroe Street Dam (Weitkamp and Euston 2004). Although other fish species could potentially reproduce in a short bedrock river channel between the Upriver and Monroe Street dams (Weitkamp and Euston 2004), other reports have stated that this area dewaters annually and may be unavailable for fish (Avista 2005).

Recent surveys found a community of 12 fish species in 2012, and native species constituted almost 90% of the total abundance, with redband trout and largescale sucker being numerically dominant (Lee and King 2013). The fish assemblage remained relatively constant over the three-year study period, although relative shifts in abundance of redband trout and sucker were seen, which is expected in a river with multiple impoundments (Lee and King 2013).

Fish stocking has somewhat altered community composition in this reach. The Washington Department of Fish and Wildlife (WDFW) manages the reach as a put-and-take urban recreational fishery for hatchery-raised rainbow trout. Stocking has occurred almost every year since 1995, predominantly with rainbow trout, although limited stocking of brown trout has also occurred in the past; since 2003, sterile triploid rainbow trout have been stocked to avoid hybridization with native redband trout (Avista 2005). Currently, Avista is required to conduct annual stocking of 6,000 6- to 8-in. sterile rainbow trout in the Upper Falls reservoir as part of Federal Energy Regulatory Commission (FERC) relicensing requirements, and hatchery trout

---

[24]  Bailey and Saltes (1982) found longnose sucker twice as abundant as rainbow trout, whereas a later survey by Bennett and Underwood (1988, as cited in Weitkamp and Euston 2004) found that rainbow trout were about three times as abundant as suckers.

have been estimated to constitute 5.1% of total fish abundance in this reach (Lee and King 2013).

### 9.1.3    Reach 3: Monroe Street Dam to Nine Mile Dam

Fish abundance and distribution in this reach have been observed to be variable, with notable differences between the 10-mi free-flowing reach below the Monroe Street Dam and the 6-mi impoundment upstream of Nine Mile Dam. For example, Kleist (1987, as cited in Weitkamp and Euston 2004) found that the free-flowing river section was dominated by salmonids (mountain whitefish and rainbow trout), but bridgelip sucker were numerically dominant in the reservoir reach. In 2002, seven species were found to inhabit the free-flowing section of Reach 3, while 16 species were found in the reservoir behind Nine Mile Dam (McLellan and O'Connor 2003). Almost 90% of rainbow trout captured in 2002 were wild stock, despite the fact that Avista annually stocks 9,000 sterile female rainbow trout in Nine Mile Reservoir as a condition of their FERC relicensing. Trout growth was considered good in both sectors when compared to other northwest rivers and reservoirs; condition factors[25] were average (McLellan and O'Connor 2003). The presence of multiple age classes of trout suggests that some natural reproduction is occurring, possibly in tributaries such as Latah Creek (McLellan and O'Connor 2003).

### 9.1.4    Reach 4: Nine Mile Dam to Long Lake Dam

This reach is home to a diverse fish population that is largely structured by the lake-like conditions of the 39-km-long Lake Spokane impoundment and past stocking of non-native warm-water fish species. A 2001 reach-wide survey found that of the 21 inshore fish species observed, largescale sucker were numerically dominant and accounted for most of the fish biomass of inshore areas (Osborne et al. 2003). The offshore fish community was composed of eleven species, including kokanee and Chinook salmon that were limited to offshore habitats, and northern pikeminnow, the most abundant offshore species and also a common inshore species (Osborne et al. 2003). Non-native yellow perch was the most abundant game species found in Lake Spokane; non-native smallmouth and largemouth bass were also common. Rainbow trout were present as well, found primarily in the Nine Mile Dam tailrace and the

---

[25]    A condition factor is a measure of an individual fish's health calculated based on its weight:length ratio.

mouth of the Little Spokane River near the upstream end of the reservoir (Osborne et al. 2003). These findings were consistent with earlier sampling conducted in the 1980s and 1990s (Osborne et al. 2003). Preliminary results of a follow-up survey conducted in 2015 indicated that fish species present are largely the same as those collected in 2002, although some changes in abundance were noted (Osborne 2015). For example, only 4 rainbow trout were captured in 2002, but 361 were captured in 2015 (Osborne 2015). However, it should be noted that as part of their FERC relicensing, Avista is required to stock 155,000 catchable-sized sterile rainbow trout into Lake Spokane, a practice that started in 2014 (Normandeau Associates Inc 2013).

### 9.1.5    Reach 5: Long Lake Dam to Little Falls Dam

This reach of the river has been less intensively surveyed than upstream reaches for fish abundance and diversity. Pfeiffer (1985) conducted a general assessment of aquatic resources to collect baseline data to address the lack of fisheries information for the reach. Limited gill net sampling conducted at one location for a single day revealed that the reach was dominated by non-game species, predominantly northern pikeminnow, suckers, and carp. Largemouth bass composed about 13% of total fish abundance. However, as a result of fish stocking, the reach now offers anglers the opportunity to catch rainbow trout and landlocked salmon.[26]

### 9.1.6    Reach 6: Little Falls Dam to Lake Roosevelt Confluence

This reach is contiguous with Lake Roosevelt, with no obstructions to fish passage, so the fish community resembles that of the lake.[27] Griffith and Scholz (1990) conducted an investigation using electrofishing and gill netting surveys within this reach just downstream of Little Falls Dam as part of the Lake Roosevelt fisheries monitoring program. The Little Falls Dam sampling station had fish abundances greater than or comparable to eight sampling locations spanning the length of Lake Roosevelt. Common species included walleye, yellow perch, largescale sucker, smallmouth bass, lake whitefish, and rainbow trout. Other species captured included northern

---

[26]   https://www.spokaneriver.net/watertrail/fishing-plese-flats-to-little-falls-dam/

[27]   https://www.lrf.org/environment/history-management-angling/lake-roosevelt-fish-species

pikeminnow, carp, white crappie, largemouth bass, and kokanee. The reach is a popular destination for sport fishing, especially for walleye.[28]

### 9.1.7    Evidence from the Popular Media and Anecdotal Reports

A search of popular media sources produced a number of reports on both fish population status in the Spokane River and the factors that structure Spokane River fish communities. These reports identify potential stressors in the Spokane River ecosystem, including dams, flow rates, and temperature, separate from fisheries status; however, for this section of my report, I have included anecdotal reports of changes that pertain directly to the fish community of the river, which are listed below.

A September 13, 2015 story in the *Spokesman Review* newspaper  ("SURVEYING SMALLIES: Graduate student studies smallmouth bass impact on redband trout", Landers 2015b) detailed declines in the number of native redband trout in the Spokane River and subsequent increases in non-native smallmouth bass. While the native species in the upper Spokane River decreased more than 83% between 1990 and 2008/2009, the warm-water-tolerant smallmouth bass proliferated. Impacts to fish from altered water flow and increased temperatures in the Spokane River have also been reported. Temperature sensitivity of fish species in the Spokane River was observed in 2015 when a significant drought caused low flows and warmed waters in the Spokane River, which led to a number of fish kills in Lake Coeur d'Alene and Lake Spokane ("High temperatures at area lakes a threat to aquatic life": July 20, 2015, *Spokesman Review*; Kramer 2015a). This same drought caused the WDFW to enact fishing restrictions for the Spokane River to protect stressed trout populations ("Drought prompts fishing limits: restrictions set on rivers across state": July 17, 2015, *Spokesman Review*; Landers 2015a) . In 2010, over six tons of rotting fish were recovered from Lake Spokane following a die off resulting from a sudden change in water temperature in a shallow-water spawning area of the lake ("The smell of opportunity: Volunteers deliver 12,000 pounds of dead fish from Long Lake die-off to composting operation": July 29, 2010, *Spokesman Review*; Landers 2010).

---

[28]  https://www.spokaneriver.net/watertrail/fishing-little-falls-dam-to-lake-roosevelt-confluence/

Invasive fish have been recognized as an ecological problem for the Spokane River. As detailed in a May 2017 article in the *Spokesman Review* ("Lake Spokane carp removal project wraps up gillnets for season"; Landers 2017), invasive carp were actively fished out of Lake Spokane in an attempt to improve water quality.[29] Avista had previously determined the deleterious effects of carp on the lake environment through a series of studies ("Avista studying Long Lake carp's effect on water quality": December 9, 2014, *Spokesman Review;* Kramer 2014).

### 9.1.8    Summary of Evidence from Fish Populations

As a whole, fish studies conducted along the Spokane River indicate that the current community structure has changed over time (pre-industrialization to present) and deviates from the native cold-water fish community. While lotic (i.e., relating to rapidly moving fresh water) portions of the Spokane River are capable of sustaining populations of salmonids (such as mountain whitefish and rainbow trout) and other native fish, the fish communities in lentic (i.e., relating to still water) areas are predominantly characterized by non-native warm-water fish species such as perch and bass. Stocking the Spokane River with hatchery-raised rainbow trout has also contributed to changes in community structure and species abundance in some reaches.

## 9.2    Site-specific data on bald eagles and ospreys indicate large populations in the Spokane River Basin.

A number of bird species that prey on fish inhabit the Spokane River Basin, including great blue heron, bald eagles, kingfisher, and osprey; however, limited data exist regarding the current and historical status of these populations within the Spokane River region.

Osprey nest density in 1992–1993 along the approximately 77-mi stretch of the river between the outflow at Coeur d'Alene and Long Lake Dam was greater than that reported for other large rivers in the Pacific Northwest at about the same time.[30] This indicates that osprey populations along the Spokane River were as healthy as or healthier than other similar rivers in the region.

---

[29]    Bottom-feeding carp disturb and resuspend sediment while searching for food.

[30]    An average density of 0.35 nests/mi was reported for the Upper Missouri River in Montana for 1981–1982 (Grover 1984), and average densities of 0.37–0.41 nests/mi were reported for the lower Columbia River in 1997–1998 (Henny et al. 2008).

Furthermore, the mean productivity rate (number of birds fledged) measured along the Spokane River in 2008–2009 was slightly above that required for maintaining a stable population (1.6 birds per nest; stable population productivity rates range between 0.8 and 1.3 birds per active nest; Henny et al. 2011). Comparable productivity for reference lakes in the Spokane region was similar (1.5 birds per nest), and for other rivers studied (Lower Columbia, Willamette River, Boise River) productivity ranged from 0.2 to 1.73 birds per nest (Henny et al. 2011).

Winter counts of bald eagles conducted in 1974–1975 and 1983–1984 noted the presence of between 23 and 61 eagles (Fielder and Starkey 1987); however, since the surveys incorporated both the Spokane and Pend Oreille rivers, it is unclear how many of those birds occurred on the Spokane. A similar study conducted between 1982 and 1989 reported between 9 and 36 bald eagles wintering on the Spokane River (Stinson et al. 2001). More recent studies of breeding bald eagles conducted by Avista from upstream of Nine Mile Dam to Long Lake Dam found the numbers of active territories increased from 19 in 2012 to 26 in 2015, and the number of fledglings per nest ranged between 1.12 and 1.44 (Avista 2012, Avista 2015a), which represents a growing population.[31]

There is only qualitative evidence for the presence and status of other piscivorous bird species in the Spokane River Basin. In their 2005 application for FERC license renewal, Avista (2005) noted a diverse bird community including several piscivorous species, such as hooded and common mergansers and great blue herons. These species could potentially be affected by a number of different factors in the Spokane River, but I found no information on population size, population trends, or reproductive performance that could be used to quantitatively evaluate the changes that may have occurred in these populations.

## 9.2.1    Evidence from the Popular Media and Anecdotal Reports

Accounts of piscivorous bird populations in the Spokane River region have also been reported in the popular media, and these accounts support the conclusions from the available scientific literature that populations of osprey and bald eagles are increasing and healthy within the basin.

---

[31]    A fledging rate of 1 is required to maintain a stable population (Wiemeyer et al. 1984).

A July 1992 article in *The Oregonian* newspaper detailed the recovery of osprey within the Spokane River Basin ("Utilities give hand to ospreys"; Gerhardt 1992) after the species was significantly reduced due to DDT use in the1950s. By 1992, osprey had recovered to a population of more than 76 individuals residing within a 65-mi stretch of the Spokane River, and the number of nests identified along the Spokane River was more than 43, up from 30 just two years prior. Conservation efforts in the early 1990s were focused on the construction of safe nesting sites far from power poles, as nests on power infrastructure increase the potential for birds to be electrocuted by power lines. The non-profit Friends of the Little Spokane River Valley also reported the increase of ospreys in the vicinity of the Spokane River and the importance of constructing alternative nesting sites as the number of nesting pairs grew (Haggin No date-b). This group also observed a concurrent increase in bald eagles within the region and reported an unusual series of eagles falling from the sky during a cold snap in the winter of 2010/2011 (Wynecoop and Wynecoop No date).

## 9.3    Scientific or anecdotal evidence do not indicate that semi-aquatic mammal populations reside in the Spokane River.

While a few semi-aquatic piscivorous mammals inhabit western river systems, including mink and river otter, available breeding and home range information indicate that the Spokane River is likely not inhabited by these species. Only a portion of Spokane County lies within the predicted range of mink in Washington State; the Spokane River runs through the southern edge of this range (Lester 2018; WDFW 2018). A 1976 water resources study for the Metropolitan Spokane area surmised that mink are lacking on the Spokane River since muskrats, one of their preferred prey items, are scarce due to detrimental fluctuations of water levels (U.S. ACE and Kennedy-Tudor 1976a). Washington State game harvest reports indicate that mink have not been trapped in Spokane County since 2000, and a 2001 assessment of the Spokane River conducted by Ecology concluded that "mink occur rarely, if at all, in the Spokane River" (Johnson 2001). In addition, available data suggest the distribution of river otter in the central basin appears to be limited to other rivers including the Columbia, Yakima, and Walla Walla (Washington Nature Mapping Program 2018). No site-specific population surveys for either species have been identified.

There is some anecdotal evidence that river otter occasionally inhabit the Spokane River. A November 2, 2015 article in the *Spokesman Review* ("Otters moving into North Idaho in increasing numbers - and not the gubernatorial kind"; Kramer 2015b) reported that both the Spokane and Little Spokane Rivers are home to river otters and that their numbers are increasing in the region. In 2014, the non-profit Friends of the Little Spokane River Valley posted a series of pictures along with an account of river otters and bald eagles foraging for fish along the Little Spokane (Haggin No date-a). Given the connectivity between the Little Spokane and Spokane Rivers, it is possible that river otter may forage in the main stem of the Spokane, though I found no information on population size, population trends, or reproductive performance that could be used to evaluate whether changes have occurred to these populations.

The presence of mink and river otter populations within the Spokane River is considered indeterminate, although based on anecdotal evidence, is it likely that a few individuals may occasionally inhabit this system. Other semi-aquatic mammals that likely occur along the Spokane River include raccoon and muskrat, but these species are either not piscivorous (muskrat) or eat less fish than mink or river otter (raccoon), making them less exposed to PCBs in the Spokane River and inappropriate representatives of this resource group for the purposes of my analysis.

## 9.4     Conclusions

Ecological surveys of the Spokane River Basin have been conducted sporadically since the 1970s, but from the available data I found, fish communities within the Spokane River exhibit abundances and communities indicative of an ecosystem that has been altered from the expected, naturally occurring communities. These changes have manifest as increases in the abundances of fish species that are more tolerant of a broad range of hydrological conditions (e.g., water flow, temperature) and a decrease (i.e., absence or reduced numbers) in environmentally sensitive species that prefer a narrow range of conditions. Available data indicate healthy, stable, or increasing populations of bald eagles and osprey. No data have been identified demonstrating that the Spokane River supports populations of semi-aquatic mammals, such as mink and river otter; there is also no documented (or speculated) reason for their absence.

# 10    Theoretical risk to fish and wildlife in the Spokane River is from exposure to some toxic heavy metals, not PCBs.

I evaluated the potential for theoretical ecological risk to fish and wildlife from PCBs and other chemicals,[32] including metals (cadmium, lead, and zinc), that have been shown to be elevated in the Spokane River (Funk et al. 1973; Kadlec 2000; MacCoy and Maret 2003). I compared concentrations of these chemicals in tissue or dietary prey items to literature-based toxicity reference values (TRVs). I also compared concentrations of these chemicals in surface water from the river to appropriate aquatic life criteria.

A TRV is a numeric exposure benchmark above which a concentration of a chemical might theoretically begin to cause an effect. The TRV is compared to an estimate of actual exposure to quantify theoretical risk to a receptor (U.S. EPA 1998). A TRV can be expressed as a critical tissue residue[33] or a daily dose. Critical tissue residues are typically used to estimate risk to fish and are expressed as the no-observed-effect concentration (NOEC) and the lowest-observed-effect concentration (LOEC) for each chemical. Dietary doses are typically used to estimate risk to wildlife and are expressed as the no-observed-adverse-effect-level (NOAEL) and the lowest-

---

[32]  PBDEs are a class of chemicals used as flame retardants in a range of household products and are leached from fabrics treated with these compounds and introduced into municipal wastewaters systems (Davis et al. 2012; Rayne and Ikonomou 2005a; Rayne and Ikonomou 2005b; Song et al. 2006). The Spokane River has the highest concentrations of total PBDEs in water and fish tissue statewide (Furl and Meredith 2010), though specific sources of PBDEs to the river are unknown. Within the City of Spokane, a recent monitoring study by Ecology indicated that PBDEs were detected in 7 of 14 sampled stormwater drains at concentrations of 0.002–0.023 parts per billion (ppb) (Lubliner 2009), consistent with the high PBDE levels observed in fish fillets in the Spokane River (Johnson et al. 2006; Serdar and Johnson 2006). PDBEs have been suspected of posing a potential risk to osprey reproductive success (Henny et al. 2011). However, U.S. Geological Survey (USGS) scientists found the osprey reproduction rate on the Spokane River to be excellent and unrelated to PBDE concentrations (Henny et al. 2011). In fact, while total PBDE concentrations in osprey eggs from the Spokane River area were the second highest across all rivers surveyed (Boise River, Lower Columbia River, Lower Willamette River, and Portland Harbor), the productivity rate on the Spokane River (1.60 young/active nest) was also the second highest recorded (Henny et al. 2011). Therefore, PBDEs do not appear to have any adverse effect to osprey reproduction on the Spokane River, despite the high concentrations reported in prey fish and osprey eggs. At present, risk criteria for fish do not exist, so it is not possible to compare measured concentrations in Spokane River fish with literature thresholds to assess risk to fish. PBDEs are an uncertain cause of the changes observed in fish populations (Section 9) and an unlikely cause of theoretical changes to osprey populations.

[33]  A critical tissue residue is a concentration of a chemical in an organism's tissue (whole body or specific organ) above which adverse effects may start to be exhibited.

observed-adverse-effect-level (LOAEL) for each chemical. TRVs are commonly used in risk assessments but are not regulatory standards and can vary among species, sites, and scientific approach to derivation. A review of the ecotoxicology literature was conducted to identify appropriate TRVs for evaluating the effects of chemical exposure to fish, birds, and mammals. References reviewed included original research articles, literature reviews, and non-refereed reports, such as ERAs conducted for similar sites. The following general selection criteria were applied:

- Measurement endpoints that reflect an ecologically relevant effect, such as changes to reproduction, survival, or growth.

- Studies with test durations that reflect a chronic exposure given the life span of the test species or sub-chronic exposures that encompass a critical exposure period, such as reproduction.

- For PCBs, studies that tested an environmentally relevant PCB mixture, such as an Aroclor mixture. Studies testing individual PCB congeners or a limited subset of congeners were excluded.

- Studies where exposure occurred via an exposure route likely to occur in wild organisms.

- Studies with test concentrations representative of levels reasonably expected to occur in environmental media and prey.

- Studies that bound an effect threshold with a NOEC/NOAEL and a LOEC/LOAEL.

- Preference was given to controlled laboratory studies, but field studies were also considered if they demonstrated a definitive causal relationship between chemical exposure and stated effects.

A summary of the studies reviewed is provided in Appendix D.

Theoretical risk is typically expressed as a hazard quotient (HQ), which is the ratio of estimated or measured chemical exposure to the relevant TRV. An HQ greater than one indicates that the exposure benchmark was exceeded but does not necessarily alone indicate that an adverse effect has occurred.

## 10.1 The presence and concentrations of PCBs in the Spokane River pose essentially no theoretical risk to fish and wildlife and have not been the cause of any observed adverse changes to these ecological resources.

I updated the most recent risk assessment conducted by Ecology (Johnson 2001)[34] using PCB concentrations from both whole-body and tissue samples that represent the most comprehensive estimate of exposure in resident fish and provide the most accurate estimation of current risk.[35] Since that risk assessment was produced, there has been additional sampling of sediments and fish tissues from all reaches of the Spokane River, which according to Ecology, indicated "significant reductions in PCB levels" within the Spokane River (Serdar et al. 2011). I have considered the causal criteria outlined and defined in Section 7.2.1 to determine whether PCBs pose a theoretical risk to ecological resources in the Spokane River and whether PCBs are the cause of the observed ecological changes described in Section 9 or the unsupported ecological effects alleged by the City. Data used in my analyses are provided in Appendix E.

### 10.1.1 Comparisons of TRVs to fish tissue body burdens of PCBs indicate essentially no theoretical risk to fish in the Spokane River from PCBs.

I established separate TRVs for salmonid and non-salmonid fish species, given the documented sensitivity of salmonids, particularly early life stages, to the effects of dioxin-like PCBs[36] (Table 10-1; Zabel et al. 1995b). The LOAEL TRV selected for non-salmonid species is the same value used by Ecology for their 2001 risk assessment (Johnson 2001); however, the selected LOAEL for salmonids is approximately two-fold lower (i.e., more conservative) than the TRV used by Ecology (3.0 parts per million [ppm] wet weight [ww]).

---

[34]  In 2001, Ecology conducted an ERA for PCBs in the Spokane River (Johnson 2001). The theoretical ecological risks identified in this study associated with PCBs in Spokane River fish tissues were termed "possible adverse effects" to salmonid populations and fish-eating mammals in portions of Reaches 1, 2, and 3 between Trentwood and the Nine Mile Dam (Johnson 2001).

[35]  It should be noted that in their previous assessment of PCB ecological risk in the Spokane River system, Ecology also used tissue concentrations from fillets to characterize risk in Lake Spokane (Johnson 2001).

[36]  The potential toxicity of PCBs depends on the chlorination pattern of the individual PCB congeners. A number of "dioxin-like" PCB congeners having no or only one chlorine atom at the ortho-position show "dioxin-like" toxicity.

**Table 10-1.    Selected TRVs for PCBs in fish tissues**

| Receptor | NOAEL | LOAEL | Units | Basis |
|---|---|---|---|---|
| Fish (non-salmonid species) | 1.9 | 9.3 | ppm ww | Whole-body concentration |
| Fish (salmonid species) | 0.3 | 1.53 | ppm ww | Whole-body concentration |
| Birds | 1.8 | 7.1 | ppm body weight/day | Daily dose |
| Mammals (mustelids) | 0.15 | 0.3 | ppm body weight/day | Daily dose |

LOAEL = Lowest-Observed-Adverse-Effect Level
NOAEL = No-Observed-Adverse-Effect Level
PCB = polychlorinated biphenyl
ppm = parts per million
TRV = toxicity reference value
ww = wet weight

Because this assessment focused on data collected after the PCB risk assessment conducted by Ecology (Johnson 2001), only data from fish tissues collected since 2001[37] were incorporated into the assessment of current risk to Spokane River fish. For non-salmonids, no samples exceed the LOAEL of 9.3 ppm (n=84), and only one sample exceeded the NOAEL—a largescale sucker collected from Reach 2 in 2005. None of the rainbow trout samples from Reach 3 or Reach 4 (n=5) exceeded the salmonid LOAEL of 1.53 ppm. The one mountain whitefish sample from Reach 3 also did not exceed the salmonid LOAEL, but the body burden was slightly greater than the NOAEL of 0.3 ppm. Using all available post-2000 data, these analyses indicate there is essentially no theoretical risk to non-salmonid species, corroborating earlier results reported by Ecology (Johnson 2001). Similarly, based on the available data, there was no exceedance of the LOAEL threshold for salmonid species, also indicating theoretical risk to these species is unlikely.[38]

---

[37]   A total of 90 whole-body fish tissue samples were identified.

[38]   Applying my more conservative salmonid LOAEL TRV to pre-2001 tissue data results in HQs <1.0 in all reaches of the river, consistent with the Ecology's conclusions based on their higher salmonid LOAEL (Johnson 2001).

## 10.1.2    Comparisons of TRVs for dietary exposure of wildlife to modeled dietary exposures from PCBs measured in the Spokane River demonstrate essentially no risk to wildlife in the Spokane River.

Fish-eating birds that inhabit the Spokane River Basin include great blue heron, bald eagle, and osprey.[39] As discussed earlier in this report, and as noted by other sources (Johnson 2001; GEI Consultants 2004), it is unclear whether fish-eating mammals (mink and river otter) occur on the Spokane River. However, for completeness of risk assessment purposes, exposure models for both mammal species were developed under the assumptions that they do occur. For purposes of this assessment, all animals are assumed to consume only fish, which adds a layer of conservatism (i.e., overestimates risk) in the risk assessment (Johnson 2001). All animals are also assumed to feed exclusively in a single reach, even though their foraging range may be larger than the reach length or habitat quality in the reach may not be optimum to support the species.

Dietary exposure was predicted using PCB concentrations derived from whole-body fish tissue samples, as piscivorous birds and mammals consume fish whole. As with the assessment of PCB risk to resident Spokane River fish, this assessment used tissue data collected after the completion of the 2001 Ecology PCB risk assessment (Johnson 2001). All whole-body fish samples within a reach were averaged to estimate a prey tissue concentration that a species may consume under the conservative assumption that the species' entire diet is composed of only fish from the Spokane River. Relevant exposure parameters required to estimate the daily doses for fish-eating birds and mammals have been derived from EPA guidance (U.S. EPA 1993) and Nagy et al. (1999) and are shown in Table 10-2. Total daily exposure (in ppm body weight/day) was then compared to the relevant TRVs shown in Table 10-1. The avian LOAEL is the same value used by Ecology in their 2001 PCB risk assessment (Johnson 2001); however, the TRVs used for the mammalian risk assessment differ from values used by Ecology in their 2001 risk assessment. In their 2001 study, Ecology based their TRVs on a mink feeding study using wild-caught fish from a site containing multiple bioaccumulative compounds; as such, the endpoints observed in that study cannot be definitively attributed to PCBs since any observed effects may

---

[39]    In their 2001 PCB risk assessment, Ecology also included belted kingfisher as a receptor; however, the prey fish species collected from the Spokane River represent fish that are likely longer than the maximal size a kingfisher can catch and manipulate (12 cm [Hamas 1994]), so it is not used as a receptor in this assessment.

also be due to multiple chemicals, including non-quantified co-occurring compounds. Conversely, the study used as the basis for the TRV in my assessment (Aulerich and Ringer 1977) was a controlled laboratory study that fed mink a diet containing only PCBs, allowing me to assess the theoretical risks of PCBs directly. The LOAEL TRV used by Johnson (2001) was 0.04 mg/kg-d; the LOAEL TRV I use in my assessment is 0.3 mg/kg-d.

Resulting HQs from my analyses are shown in Table 10-2. For all bird species in all assessed reaches, the HQs are less than 1 when compared to either the NOAEL or LOAEL TRV, corroborating Ecology's 2001 conclusion that fish-eating birds are not at risk from PCBs in any reach of the Spokane River (Johnson 2001). The HQs for mammal species are also less than 1 for both species in all reaches when compared to either the NOAEL or LOAEL TRV. Results of this risk assessment indicate that fish-eating mammals are not at risk from PCBs in any reach of the Spokane River. This conclusion differs from that of Johnson (2001) who stated that possible effects to fish-eating mammals may occur in the reach between approximately Trentwood (RM 86.5, in Reach 1) and Nine-Mile Dam (downstream end of Reach 3).

**Table 10-2.    PCB Risk estimates for fish-eating wildlife**

| Species | Body weight (kg) | Food ingestion rate (kg/d ww) | Average fish PCB concentration (ppm ww) | | | | | | Exposure (ppm body weight per day) | | | | | | TRV (ppm body weight per day) | | NOAEL HQs | | | | | | LOAEL HQs | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Reach 1 | Reach 2 | Reach 3 | Reach 4 | Reach 5 | Reach 6 | Reach 1 | Reach 2 | Reach 3 | Reach 4 | Reach 5 | Reach 6 | NOAEL | LOAEL | Reach 1 | Reach 2 | Reach 3 | Reach 4 | Reach 5 | Reach 6 | Reach 1 | Reach 2 | Reach 3 | Reach 4 | Reach 5 | Reach 6 |
| Great blue heron | 2.2[a] | 0.396[a] | 0.092 | 0.64 | 0.096 | 0.39 | 0.032 | 0.16 | 0.017 | 0.115 | 0.017 | 0.070 | 0.006 | 0.029 | 1.8 | 7.1 | 0.01 | 0.06 | 0.01 | 0.04 | 0.003 | 0.02 | 0.002 | 0.02 | 0.002 | 0.01 | 0.001 | 0.004 |
| Bald eagle | 5.09[a] | 0.611[a] | 0.092 | 0.64 | 0.096 | 0.39 | 0.032 | 0.16 | 0.011 | 0.077 | 0.011 | 0.047 | 0.004 | 0.019 | 1.8 | 7.1 | 0.01 | 0.04 | 0.01 | 0.03 | 0.002 | 0.01 | 0.002 | 0.01 | 0.002 | 0.01 | 0.001 | 0.003 |
| Osprey | 1.57[a] | 0.33[a] | 0.092 | 0.64 | 0.096 | 0.39 | 0.032 | 0.16 | 0.019 | 0.134 | 0.020 | 0.082 | 0.007 | 0.033 | 1.8 | 7.1 | 0.01 | 0.07 | 0.01 | 0.05 | 0.004 | 0.02 | 0.003 | 0.02 | 0.003 | 0.01 | 0.001 | 0.005 |
| River Otter | 7.9[a] | 0.97[b] | 0.092 | 0.64 | 0.096 | 0.39 | 0.032 | 0.16 | 0.011 | 0.079 | 0.012 | 0.048 | 0.004 | 0.020 | 0.15 | 0.3 | 0.08 | 0.52 | 0.08 | 0.32 | 0.03 | 0.13 | 0.04 | 0.26 | 0.04 | 0.16 | 0.01 | 0.07 |
| Mink | 0.55[a] | 0.0715[a] | 0.092 | 0.64 | 0.096 | 0.39 | 0.032 | 0.16 | 0.012 | 0.083 | 0.012 | 0.051 | 0.004 | 0.021 | 0.15 | 0.3 | 0.08 | 0.55 | 0.08 | 0.34 | 0.03 | 0.14 | 0.04 | 0.28 | 0.04 | 0.17 | 0.01 | 0.07 |

[a] Value obtained from EPA. Wildlife Exposure Factors Handbook. U.S. Environmental Protection Agency, Washington, D.C., EPA/600/R-93/187.
[b] Value obtained from Nagy et al. (1999) using allometric scaling function for Carnivora.
HQ = hazard quotient
LOAEL = lowest-observed-adverse-effect level
NOAEL = no-observed-adverse-effect level
PCB = polychlorinated biphenyl
ppm = parts per million
TRV = toxicity reference value
ww = wet weight

### 10.1.3    Comparisons of surface water concentrations to State of Washington chronic aquatic life criteria support findings of essentially no risk of PCBs to ecological resources.

Assessing PCB concentrations in the surface waters of the Spokane River provides another line of evidence in determining whether PCBs are present in the Spokane River in quantities sufficient to account for the ecological changes outlined in Section 8. Although this question is most reliably assessed via PCB concentrations in sediment and fish tissue, water concentrations provide supporting information for the results in Section 10.1.1. Available surface water data was compared to the EPA chronic aquatic life criteria for PCBs (0.014 μg/L).[40]

To conduct this assessment, a comprehensive database of PCB concentrations in Spokane River water samples was compiled from historical surveys (Appendix E). The database generated 159 river water samples[41] analyzed for PCBs collected from within Reaches 1 through 5[42]; sampling dates for these samples ranged between 2000 and 2016, and sampling effort was highly variable within river reaches.

For the Spokane River water data, only two samples exceeded the chronic aquatic life criteria for PCBs. These were both located in Reach 1 (Table 10-3) and were collected during August 2000. Moreover, average water concentrations of PCBs were far below the chronic criteria in all areas sampled. Therefore, based on the available Spokane River water data and chronic aquatic life criteria promulgated under WAC 173-201A-240, PCB concentrations recently detected in Spokane River waters do not indicate a theoretical risk of adverse effects to aquatic life in Reaches 1–5. Although no surface water samples from Reach 6 have been analyzed for PCBs, the trend of decreasing average surface water PCB concentrations from Reach 1 to Reach 5 indicates that Reach 6 surface water PCBs would be similarly low. Thus, Spokane River surface water data collected over the past 19 years have been below the chronic aquatic life criteria, indicating essentially no risk to ecological receptors.

---

[40]   https://www.epa.gov/wqc/national-recommended-water-quality-criteria-aquatic-life-criteria-table

[41]   Those samples collected from within CSO systems were not included.

[42]   There were no surface water samples analyzed for PCBs identified from Reach 6

**Table 10-3. Summary of Spokane River water samples analyzed for PCBs**

| Reach* | Number of surface water samples analyzed for PCBs | Date range of samples | Numbers of samples exceeding the chronic aquatic life criteria | Percentage of samples exceeding the chronic aquatic life criteria | Average PCB water concentration (ppb) |
|---|---|---|---|---|---|
| Reach 1 | 78 | August 2000 to December 2016 | 2 | 2.6% | 0.0015 |
| Reach 2 | 23 | August 2014 to December 2016 | 0 | 0% | 0.0002 |
| Reach 3 | 28 | November 2003 to December 2016 | 0 | 0% | 0.0002 |
| Reach 4 | 16 | August 2014 to December 2016 | 0 | 0% | 0.0002 |
| Reach 5 | 14 | October 2012 to February 2017 | 0 | 0% | 0.00002 |
| Total | 159 | August 2000 to December 2016 | 2 | 1.3% | 0.0008 |

* No data on PCBs in surface water were available for Reach 6

## 10.2    Metals in the Spokane River are more likely to pose risks and result in adverse effects to resident fish

Reports from multiple surveys have documented elevated metals concentrations within the Spokane River system resulting from decades of upstream mining operations (Funk et al. 1973; Kadlec 2000; MacCoy and Maret 2003). The USGS estimated that in 1999-2000, approximately "4,600 pounds of cadmium, 44,000 pounds of lead, and 980,000 pounds of zinc were transported from Coeur d'Alene Lake into the Spokane River" (Clark 2003). More recently, annual discharges of metals to the Spokane River from Lake Coeur d'Alene have been estimated to be approximately 18 tons of lead, 1.5 tons of cadmium, and 350 tons of zinc between 2009 and 2013 (Clark and Mebane 2014).

Cadmium, lead, and zinc may be toxic to fish species and may have adverse effects on Spokane River ecological resource populations. Previously, in 2000, Ecology conducted an ERA of the Spokane River focusing on mining-associated metals contamination. Ecology concluded there was "substantial evidence of metal induced ecological degradation in the Spokane River

progressively increasing in severity upstream, nearer the metal sources in Idaho" (Kadlec 2000). Since this Ecology risk assessment was conducted, however, there has been additional sampling of sediments and fish tissues in the Spokane River.

I used measured concentrations of metals in Spokane River water and fish tissues to assess theoretical risk to fish and birds.[43] I compared measured environmental concentrations of cadmium, lead, and zinc to the relevant USEPA aquatic life criteria[44] and fish tissue TRVs derived from the scientific literature. I have considered the causal criteria outlined and defined in Section 7.2.1 to determine whether metals pose a theoretical risk to ecological resources in the Spokane River and whether metals are the cause of the observed ecological changes described in Section 9. Data used in my analyses are provided in Appendix E.

### 10.2.1    Metals in surface waters have posed and continue to pose theoretical risk to Spokane River fish communities.

There is some limited evidence from past risk investigations that zinc may pose a theoretical risk to fish in the Spokane River. Ecology evaluated risk to fish species from metal exposure in 2000 (Kadlec 2000), and, based on comparison to water quality benchmarks,[45] the risk assessment indicated that fish were primarily at risk from exposure to zinc, particularly in the reach of the river upstream of the City of Spokane (Reach 1). Zinc water quality benchmarks exceeded fish "effects thresholds," which Ecology suggested could cause significant reductions in weight, and possibly survival, of young fish (Kadlec 2000).

For purposes of my analysis, a comprehensive database of metals concentrations in Spokane River surface waters was compiled from historical surveys (Appendix E). The database yielded

---

[43]   The risk of metals in the Spokane River was not assessed for mammals because a population of piscivorous mammals has not been documented to reside in the main stem of the river. In fact, as part of the PCB ecological hazard assessment, Ecology stated that "mink occur rarely, if at all, in the Spokane River…" (Johnson 2001), and the risk of metals to mammals was not included in Ecology's previous assessment of ecological risk of metals in the Spokane River (Kadlec 2000).

[44]   https://www.epa.gov/wqc/national-recommended-water-quality-criteria-aquatic-life-criteria-table

[45]   The use of a TRV approach to predict toxicity to fish from tissue metals concentrations is not recommended. Specifically, it has been determined that "use of whole-body measurements (and often specific organs) for metals does not lead to a defensible position regarding risk to the organism" (Adams et al. 2010). Therefore, the chronic aquatic life criteria will instead be used to gauge the theoretical risk posed by metals to fish populations of the Spokane River.

275 water samples collected within Spokane River Reaches 1, 3, 5, and 6 between 1986 and 2016 analyzed for cadmium, lead, and zinc. As with the previous assessments, sampling effort was highly variable among reaches. There were no surface water samples identified from either Reach 2 or Reach 4.

Measured concentrations of cadmium, lead, and zinc in water samples were compared to the calculated hardness-normalized chronic aquatic life criteria for each metal. Results of this assessment indicated that over 80% of samples collected in Reach 1, more than 60% of samples collected in Reach 3, and approximately 14% of samples from Reach 5 exceed the hardness-normalized chronic aquatic life criteria for lead (Table 10-4). Similarly, approximately 82% of samples in Reach 1 and almost 50% of samples in Reach 3 exceed the calculated chronic aquatic life criteria for zinc. For cadmium, about 16% of samples in Reach 1 and 6.5% of samples in Reach 3 exceed cadmium chronic aquatic life criteria. Based on these data, both lead and zinc likely constitute a theoretical risk to fish populations in Reaches 1 and 3 of the Spokane River system.

The results of my analysis concur with Ecology's conclusion that "the weight of evidence from fishery studies indicates the fish community, to at least RM 75 [within the City of Spokane], is at risk from metal contamination" (Kadlec 2000).

**Table 10-4.    Summary of Spokane River water samples analyzed for metals**

| Reach* | Metal | Number of samples | Date range of samples | Number of samples exceeding the Chronic Aquatic Life Criteria | Percentage of samples exceeding the Chronic Aquatic Life Criteria |
|---|---|---|---|---|---|
| Reach 1 | Cadmium | 202 | July 1992 to June 2016 | 32 | 15.8% |
| | Lead | 202 | July 1992 to June 2016 | 166 | 82.2% |
| | Zinc | 202 | July 1992 to June 2016 | 166 | 82.2% |
| Reach 3 | Cadmium | 46 | July 1992 to August 2010 | 3 | 6.5% |
| | Lead | 46 | July 1992 to August 2010 | 29 | 63.0% |
| | Zinc | 46 | July 1992 to August 2010 | 22 | 47.8% |
| Reach 5 | Cadmium | 21 | May 1986 to January 2016 | 0 | 0% |
| | Lead | 21 | May 1986 to January 2016 | 3 | 14.3% |
| | Zinc | 21 | May 1986 to January 2016 | 0 | 0% |
| Reach 6 | Cadmium | 2 | May 1986 | 0 | 0% |
| | Lead | 2 | May 1986 | 0 | 0% |
| | Zinc | 2 | May 1986 | 0 | 0% |

* No data on metals in surface water were available for Reaches 2 and 4.

## 10.2.2    Comparisons of TRVs for dietary exposure of birds to metals in fish tissue from the Spokane River indicate essentially no risk to birds that forage in the Spokane River.

The 2000 Ecology metals risk assessment used existing fish tissue data to model exposure to piscivorous birds using an osprey model and concluded that zinc in fish tissue exceeded the NOAEL-based benchmark but not the LOAEL-based benchmark (Kadlec 2000). Therefore, there was no indication of theoretical risk to fish-eating birds from metals in the river, which was supported by the observation of a lack of biomagnification of metals to upper-trophic-level consumers.

To evaluate whether there have been any changes in theoretical risk to piscivorous birds (great blue heron, bald eagle, osprey) since 2000, I compared fish tissue residue data (as whole-body analyses) collected after the Ecology risk assessment and avian TRVs for metals selected from the ecotoxicological literature following, when possible, general selection criteria outlined above for PCB TRVs.[46] Selected TRVs meeting my selection criteria are presented in Table 10-5, and assumptions regarding fish consumption and foraging area are the same as those for the PCB risk assessment of avian indicator species. For purposes of this assessment, exposure of piscivorous birds to metals in sediment or water is considered negligible.

**Table 10-5.    Selected avian TRVs for metals in fish tissues**

| Metal | NOAEL (ppm body weight/day) | LOAEL (ppm body weight/day) | Test Species | Basis | Reference |
|---|---|---|---|---|---|
| Cadmium | 1.5 | 20 | Mallard | Daily dose | White and Finley (1978) |
| Lead | 3.75 | 25.5 | American kestrel | Daily dose | Pattee (1984) |
| Zinc | 10.3 | 103 | Mallard | Daily dose | Gasaway and Buss (1972) |

LOAEL = lowest-observed-adverse-effect level
NOAEL = no-observed-adverse-effect level
ppm = parts per million
TRV = toxicity reference value

Kadlec (2000) found that zinc in fish tissue exceeded the NOAEL-based benchmark for birds but not the LOAEL-based benchmark. A similar conclusion is reached based on post-2000 tissue data, with minor exceedances of the NOAEL-based TRV for birds in Reaches 1–3 (maximum HQ<2.1) but no exceedance of LOAEL-based HQs. There were no exceedances of either NOAEL or LOAEL TRVs for cadmium or lead in any reach. Results of the post-2000 risk assessment indicate no change in conditions from those reported by Kadlec (2000), with essentially no theoretical risk to fish-eating birds from metals in the river.

## 10.3    Conclusions

Analyzing available water and fish tissue PCB concentrations from the Spokane River indicates that theoretical risks associated with exposure of ecological resources to PCBs are unlikely. My

---

[46]  Avian TRVs were selected based on use of ecologically relevant measurement endpoints, chronic exposures in a controlled laboratory study, environmentally relevant test concentrations and exposure routes, and bounded effects thresholds (availability of both a NOAEL and LOAEL value).

conclusions agree with findings from Ecology's earlier ERA for PCBs in the Spokane River. Given essentially no theoretical risks from PCB exposures, it follows that it is highly unlikely that any measurable and reported changes to ecological receptors (Section 9) are the result of PCBs in the river system. As a potential causal factor, PCBs do not satisfy all the causal criteria (Section 7.2.1) for impacts to fishes or piscivorous birds and mammals, because the magnitude of PCB exposure is insufficient to cause a theoretical risk to fish and wildlife that may use the river. Thus the "sufficiency" criteria in the casual analysis[47] (see Section 7.2.1) is not satisfied. Therefore, I conclude with a reasonable degree of scientific certainty, that any reported adverse effects to the populations of fish and wildlife are unlikely from the presence of PCBs in the river.

Contamination of the Spokane River system by toxic levels of heavy metals, however, is well documented in the Ecology risk assessment (Kadlec 2000). The metal concentrations in the Spokane River are sufficient to potentially be a cause of some of the observed adverse effects to fish reported in Section 9. No adverse effects or changes have been reported for piscivorous bird populations on the Spokane, and correspondingly, the available data do not indicate that exposure to metals is sufficient to cause adverse effects to piscivorous bird populations.

---

[47] **Sufficiency**: Is the possible cause known or proven to produce the magnitude of the observed or alleged ecological change? Is there an exposure-response (or dose-response) relationship?

# 11    Several factors, including sewage discharges and wastewater releases alone or in combination with physical habitat changes are likely causes of reported adverse effects to ecological resources in the river.

Results from the assessment of theoretical ecological risk associated with measured PCB concentrations in fish tissue collected from the Spokane River do not support the City's allegations that PCBs are adversely affecting ecological resources (Section 10). I identified some theoretical risk to fishes from exposure to metals (Section 10). Here, using the causal analysis criteria previously defined in Section 7.2.1, I examine the likelihood that observed adverse effects to Spokane River ecological resources are caused by non-chemical stressors, specifically municipal sewage and phosphorus discharge and physical changes to the river from multiple dams.

## 11.1    Raw sewage and phosphorus discharges adversely affect water quality in the river.

Sewage and phosphorus pollution associated with wastewater are chronic problems in the Spokane River and have been since the late 1800s. By the 1960s and 70s, 28 CSOs were located within the city limits (U.S. EPA 1979) and resulted in significant increases (almost 50-fold) of fecal coliform bacteria concentrations in the river (Funk et al. 1973). Studies conducted in 1966 identified suspended solids from CSOs and primary-treated effluent from the RPWRF as likely sources of nutrients supporting algal growth in Long Lake (Esvelt & Saxton and Bovay Engineers Inc. 1972; Soltero et al. 1992). Oxygen depletion was severe throughout the 1960s and 1970s (Soltero et al. 1992) and was linked to decaying algal debris (Cunningham and Pine 1969).[48] A 1969 investigation of decreased DO concentrations in Lake Spokane concluded "that approximately 40 percent of the total volume of Long Lake[49] was devoid of dissolved oxygen" (Cunningham and Pine 1969). A 1976 lawsuit against the City of Spokane alleged toxic algal blooms and persistent decreased abundances of fish in Long Lake following the discharge of 110

---

[48]    Nutrients in sewage can support rapid and extensive growth of phytoplankton. As algae-degrading bacteria respond to such algal blooms, they consume DO from the surrounding water.

[49]    Currently called Lake Spokane.

million gallons of raw sewage to the river.[50] The problems related to CSOs and excess phosphorus in the Spokane River have been studied and addressed repeatedly since the 1970s, but they nevertheless remain a problem today (Hendron 2019, p. 24) (see Section 8.1).

CSOs generally have adverse impacts on aquatic ecosystems. A study in San Francisco Bay found that repeated discharges from CSOs had cumulative effects on sediment chemistry, which was, in turn, associated with changes to the BMI community that provides food for fish and loss of abundance and diversity in fish populations (Hoffman and Meighan 1984). A study conducted in Pennsylvania found that eliminating CSOs was related to increases in species richness in fish (Rafferty et al. 2013), indicating a negative relationship between species richness and CSOs. As noted in Section 9.1, available data for the Spokane River demonstrate that fish abundance and community structure deviate from the expected native fish community.

Excess phosphorus, even if its source is treated effluent rather than raw sewage, can adversely affect water and habitat quality. In general, primary productivity in freshwater aquatic systems is phosphorus-limited, meaning that the capacity for growth is restricted due to naturally low phosphorus levels (Correll 1998). When phosphorus is introduced through treated sewage, CSOs, or urban or agricultural runoff, it may support rapid and extensive growth of phytoplankton, periphyton, and vascular plants. Over-growth of algae leads to chronic, cascading adverse effects to resident fish and invertebrate communities. Algal growth on the river bed may smother riffle and cobble habitats critical for salmonid spawning (Carpenter et al. 1998), while growth at the water surface may prevent light penetration into the water, killing vascular aquatic plants like grasses that support the aquatic ecosystem (Havens et al. 2001). Elevated nutrient levels can also give certain phytoplankton species a competitive advantage over others, including species that produce chemical toxins that poison aquatic organisms (Smith et al. 1999). Another impact of excess nutrient is that as algae-degrading bacteria proliferate in response to algal blooms, they consume DO from the surrounding water. Phosphorus is the primary nutrient related to oxygen depletion in Lake Spokane (Hendron 2019 pp. 105–106). Relatively small reductions in DO may favor introduced warm-water fish over native salmonids (Smith et al. 1999), and repeated or chronic eutrophic conditions can cause shifts in fish communities from native fish assemblages to

---

[50]    Leonard J. Miotke, et ux, et al, Plaintiffs, vs. City of Spokane, et al, Defendants. No. 228268 (Superior Court of Washington 1976).

those dominated by introduced or non-native species (Carpenter et al. 1998). In Lake Spokane, hypoxia during winter months has resulted in dominant carp year classes that have killed off populations of other fish (Avista 2015b). In cases of severe phosphorus-mediated algal blooms, DO may be depleted to levels that are acutely toxic to fish, resulting in fish kills (Smith et al. 1999). As noted in Section 9, fish kills related to low DO levels have been previously recorded in Lake Spokane (Landers 2010). Currently, the levels of DO in Lake Spokane indicate impaired conditions as a result of excess nutrients, according to the State of Washington (GeoEngineers et al. 2011).

Many of the effects associated with phosphorus-mediated eutrophication and oxygen depletion have been previously documented in the Spokane River system. Discharge of phosphorus into the Spokane River has been associated with proliferation of algae, including toxic species, in Long Lake throughout the late 1970s (URS 1981). Ecology has also noted that periphyton growth in the Spokane River is phosphorus-limited (Cusimano 2004), indicating that discharge of phosphorus from City of Spokane CSOs may reduce the quality of salmonid spawning habitat within the river by prompting smothering algal growth on the cobble habitat salmonids need for reproduction (Carpenter et al. 1998).

The multiple impoundments along the Spokane River, together with seasonally reduced flows, exacerbate the effects of phosphorus discharge to the river (Cusimano 2004); this may explain the resiliency of introduced and exotic warm-water species, such as smallmouth bass and perch, that are more tolerant of low DO and eutrophic conditions than are native salmonids. Notably, transitions from salmonid-dominated fish communities to those dominated by tolerant fish species have been previously observed in eutrophic systems (Colby et al. 1972).

In summary, as a potential causal factor, sewage and phosphorus exposure satisfy all the causal criteria (see Section 7.2.1) for impacts to fish in the Spokane River. There is robust evidence in the literature supporting the mechanistic processes by which sewage discharges and phosphorus induce physical and chemical conditions within aquatic systems that negatively reduce species richness and abundance of fish. Reports of sewage discharges and excess phosphorus in the river demonstrate evidence of exposure of fish, which have temporally and spatially co-occurred with negative changes in these resource groups within the river. The magnitude of sewage and excess

phosphorus exposure has been sufficient to reduce the richness and abundance of fish. Coupled with increased surface water temperatures and reduced flows in the river caused by dams, discharges of phosphorus from City CSOs and treated sewage have likely created conditions that limit the growth and resiliency of native salmonid populations and allow the expansion of warm-water fish species.

## 11.2    Dams have altered water quantity and quality in segments of the Spokane River, impacting the species that can live and reproduce in this system.

Effects of dams on the physical and biological components of rivers are well documented (Ecology 2013a; Santucci et al. 2005; Ward and Stanford 1983). Changes to fish and benthic communities are commonly observed in rivers regulated by dams, as biological flow is minimized or completely prevented (Ward and Stanford 1983). Dammed rivers are also characterized by altered water temperatures, significant alterations to natural flow rates, and reduced transport of sediments and nutrients, all of which are important factors structuring populations of aquatic organisms (GEI Consultants 2004; Ecology 2013a). While dams and associated physical changes are not expected to directly alter piscivorous bird populations, indirect effects on these ecological resources may occur through reductions in prey fish populations or degradation of key foraging or nesting habitat.

Within the Spokane River Basin, Ecology has reported that approximately 64 mi of riverine habitat are affected by dams operated by Avista, including 33 mi of riverine habitat that were either eliminated or significantly altered (Ecology 2013a). These dams alter the natural hydrological regime of the Spokane River, a change that can be exacerbated by climate change and modifications of precipitation patterns (Fu et al. 2007). Furthermore, elevated temperatures due to impoundments have been documented at multiple points in the Spokane River, including areas of Reach 1 and Lake Spokane (Ecology 2013a), and reduced sediment transport has been frequently observed (The Spokane County Conservation District 2005). In addition, population growth in the larger Spokane region has increased withdrawals from the Spokane Valley–Rathdrum Prairie aquifer. Increased demands from citizens have coincided with decreased groundwater levels (Ecology 2017a).

### 11.2.1    Multiple Spokane River impoundments have altered the physical habitat of the river.

River systems with multiple impoundments, such as the Spokane River, are transformed from their native hydrological regimes into a system characterized by alternating pools and runs (Ward and Stanford 1983). Available sediments are settled out in manmade pooling areas, and reduced flow in these areas can cause elevated water temperatures and reduced DO (GEI Consultants 2004). Ecology has previously noted that in "impounded portions of the [Spokane] river where sand is aggrading or depositing, benthic macroinvertebrate species diversity is reduced due to shifting sands" (Ecology 2013a). As a result, the availability of different benthic habitats (gravel beds, natural pools and riffles, etc.) is reduced, potentially limiting resources for resident native fish.

### 11.2.2    Multiple Spokane River impoundments decrease quality of fish habitats and prevent within-river migration.

Physical and biological factors associated with the presence of dams are the main factors structuring fish communities in the Spokane River. Throughout the Pacific Northwest, dam construction has eliminated spawning habitats, altered flow rates that promote salmonid migration, and created pools that are subject to warming (Gregory et al. 2002). Furthermore, the dams themselves also impede salmonid migrations, which limits population distribution, access to existing spawning habitats, and genetic diversity.

The slowing of water flow in impoundments creates a warm-water habitat unfavorable for salmonids. Native trout and other salmonids spawn in free-flowing cold-water reaches of rivers, where sediment embedded with cobble or other substrate suitable for spawning occurs. Impoundments behind dams on the Spokane River eliminate or greatly reduce this habitat. Above Spokane Falls, poor water quality conditions associated with damming include elevated temperatures, low DO, and low base flow, especially in late summer (GEI Consultants 2004). Below Spokane Falls, major stressors are associated with the pooling and impoundment of water caused by dams, in addition to elevated water temperatures and low DO. Near Spokane Falls, elevated levels of TDG, which occur when water passes through dam turbines,[51] at times exceed

---

[51]    Natural flow of water over Spokane Falls can also result in high TDG (FERC 2007).

the 110% Washington water quality criterion (WQC) for protection of fish (FERC 2007). During low-flow periods in late summer, the series of Spokane River dams exacerbates flow reductions, resulting in dewatering downstream that exposes redds[52] or stranding of juveniles after hatching (Ecology 2013a).

Low flow water velocity promotes sediment deposition in impoundments behind the dams. Deposition causes increased nutrient loading, which decreases water depth but also provides substrate for invasive aquatic plants. This is a major factor in Lake Spokane where non-native plant species, primarily yellow floating heart (*Nymphoides peltata*) and Eurasian milfoil (*Myriophyllum spicatum*), have colonized and spread over 64% of the lake since 1957 (Ecology 2013a). The prevalence of invasive plants reduces habitat diversity for fish. Moreover, when these plants die and decay, a high BOD can be created, which depletes DO, adding further stress to fish populations. Stocking the assessed reaches with non-native warm-water species for recreational purposes also results in increased competition for resources and decreased abundance and diversity of native species.

Considered together, these physical and biological changes to the Spokane River ecosystem resulting from over a century of dam operations satisfy all of the causal criteria described in Section 7.2.1 and are the major factors that have structured the fish communities to their present-day condition.

## 11.3    Conclusions

Based on my review of available chemical, biological, and ecological data describing the Spokane River, it is evident that the current and historical concentrations of PCBs in fish tissues and surface water cannot be reasonably associated with observed adverse effects for ecological resources that rely on the river. Although observed adverse effects for Spokane River fish communities have been frequently reported, based on both my assessment and those conducted by state and federal agencies, these observed changes are not related to PCBs but are instead related to physical alterations due to impoundment; elevated phosphorus concentrations in the river from sewage and wastewater releases that result in eutrophication (algal blooms and low

---

[52]    Hollow depressions in substrate used for spawning.

DO); and exposure to toxic, heavy metals from historical mining operations. In Section 10, I demonstrated that PCB levels in the Spokane River pose essentially no theoretical risk to fish and piscivorous birds and mammals. However, exposure to metals likely poses theoretical risks to fishes. Considered jointly, it is my opinion, with a reasonable degree of scientific certainty, that the causal analysis demonstrates that any changes to the ecological receptors of the Spokane River have been caused by factors present in the system other than PCBs.

# 12    Regulatory actions for PCBs in the Spokane River, and their associated costs, are not driven by ecological risks from PCBs.

The City alleges it has been required to implement stormwater and wastewater infrastructure improvements and source control due to the presence of PCBs in effluents flowing into the Spokane River. However, my examination of the 303(d) listings in the Spokane River indicates that there are no such listings based on either exceedance of PCB criteria associated with ecological risk or on adverse ecological effects resulting from these exceedances (Table 12-1; Figure 12-1). Fourteen waterbody segments were considered to have ecological BUIs based on 28 instances where water quality parameters exceeded standards (Table 12-2). No PCB-specific ecological BUIs were identified in the 303(d) listings. BUIs resulting from metals such as zinc and lead were the most pervasive, totaling 42.6% of the area considered to have ecological BUIs (equating to 24.7% of the Spokane River) (Figure 12-1). BUIs resulting from DO and temperature composed 17.4 and 10.5% of the area considered to have ecological BUIs, respectively (together equating to 21.6% of the Spokane River) (Figure 12-1).

**Table 12-1.    Ecological Beneficial Uses Designated for the Spokane River[53]. No ecological BUIs (indicated with "X") are due to PCB 303(d) listing.[a]**

| Current Beneficial Uses | Reach 1 | Reach 2 | Reach 3 | Reach 4 | Reach 5 |
|---|---|---|---|---|---|
| Core Summer Habitat | | | | X | |
| Spawning/Rearing | X | X | X | | X |
| Wildlife Habitat | X | X | X | X | X |

[a] X symbols indicate the designated ecological BUs in at least one water segment within each waterbody (WAC 173-201A-200) is considered "impaired" by the most recent EPA-approved 2012 303(d) list (Opalski 2016).[54]

**Note:** Light gray shading indicates that a BUI is not designated for a waterbody.

---

[53] Washington Administrative Code, Title 173, Chapter 173-201a: Water Quality Standards for Surface Waters of the State of Washington

[54] Washington State's most recent 2012 303(d) list was approved in July 2016, using data through May 2011.



Figure 12-1.   Percent area[55] of ecological BUI by driver in Spokane River according to the most recent 303(d) assessment cycle (2012). PCB listings for the Spokane River are not based on ecological BUIs.

---

[55]   Surface areas of listed water segments were calculated using USGS river mile locations and waterbody GIS layer information downloaded from the Ecology (http://www.ecy.wa.gov/services/gis/data/data.htm).

Dec GMV Re: Opposition to Pl MILs 000955

**Table 12-2.  List of parameters triggering ecological BUIs for each water segment listed under the 2014–2016 303(d) process**

| Water Segment Name | Parameter(s) Listed | Ecological BUI |
|---|---|---|
| Reach 1: Assessment ID 17010305000011 | Lead, Zinc, and Temperature | Spawning/Rearing and Wildlife Habitat |
| Reach 1: Assessment ID 17010305000012 | Lead, Zinc, Temperature, and Dissolved Oxygen | Spawning/Rearing and Wildlife Habitat |
| Reach 2: Assessment ID 17010305000009 | Lead, Zinc, and Dissolved Oxygen | Spawning/Rearing and Wildlife Habitat |
| Reach 3: Assessment ID 17010307000774 | Total Phosphorus | Spawning/Rearing and Wildlife Habitat |
| Reach 3: Assessment ID 17010307009112 | Lead and Zinc | Spawning/Rearing and Wildlife Habitat |
| Reach 3: Assessment ID 17010307009137 | Lead and Zinc | Spawning/Rearing and Wildlife Habitat |
| Reach 4: Assessment ID 17010307000074 | Dissolved Oxygen | Core Summer Habitat and Wildlife Habitat |
| Reach 4: Assessment ID 17010307007542 | Lead, Zinc, and Total Dissolved Gas | Core Summer Habitat and Wildlife Habitat |
| Reach 4: Assessment ID 17010307009597 | Dissolved Oxygen | Spawning/Rearing and Wildlife Habitat |
| Reach 4: Assessment ID 17010307009615 | Dissolved Oxygen | Spawning/Rearing and Wildlife Habitat |
| Reach 4: Assessment ID 17010307010781 | Lead and Zinc | Spawning/Rearing and Wildlife Habitat |
| Reach 4: Assessment ID 47117I7D4 | Dissolved Oxygen | Core Summer Habitat and Wildlife Habitat |
| Reach 4: Assessment ID 47117I8D3 | Zinc, Total Phosphorus, and Invasive Exotic Species | Core Summer Habitat and Wildlife Habitat |
| Reach 5: Assessment ID 47117I9C1 | Total Dissolved Gas | Spawning/Rearing and Wildlife Habitat |

There are currently no PCB limits on NPDES permits for wastewater effluent, and there are no PCB limits on CSOs and MS4 stormwater discharge for which the City is a permittee. In addition, there is currently no PCB TMDL in the Spokane River, and sediment concentrations of PCBs in the river are below Washington State sediment cleanup levels. The City's wastewater and stormwater management costs are not driven by the presence of PCBs but instead by dissolved oxygen and metals regulatory requirements. Moreover, phosphorus has been identified as the highest priority stressor for improving water quality conditions in the City's water quality improvement plan (WQIP); risk from PCBs is not listed among ecological drivers.

## 12.1    Current NPDES permit requirements are not based on ecological risks associated with PCBs.

The City of Spokane is a responsible party on two NPDES permits regulating discharges into the Spokane River: one for effluent from the RPWRF wastewater treatment plant (WWTP) and CSO discharges (Ecology 2011) and one for stormwater MS4 discharges (Ecology 2014).[56] These permits were originally issued to control constituents other than PCBs. For example, the permit issued in 2000 for RPWRF and CSO discharge included limits for BOD, total suspended solids (TSS), fecal coliform bacteria, pH, total ammonia, total residual chlorine, phosphorus, cadmium, lead, and zinc (Ecology 2000). Neither the NPDES permits nor management plans for the City of Spokane directly address ecological risk associated with PCBs.

### 12.1.1    PCB-related requirements on the City of Spokane's RPWRF and CSOs NPDES permit are not based on ecological risk.

The current RPWRF and CSO permit[57] requires participation in the Spokane River Regional Toxics Task Force (SRRTTF)[58] and monitoring of PCB concentrations in effluent from the RPWRF; however, these requirements are not based on ecological risk concerns (Ecology 2011). There are no PCB limits in the current permit for RPWRF effluent or CSO discharge, and the permit does not require PCB monitoring of CSOs.[59]

The 2011 NPDES permit does, however, include effluent limits for BOD, TSS, fecal coliform bacteria, pH, total residual chlorine, total ammonia, phosphorus, cadmium, lead, and zinc, and TMDLs for DO and metals. In 2014, the City prepared an Integrated Clean Water Plan (CH2M Hill 2014) to tackle phosphorus reduction from the RPWRF and CSO reduction, but not PCBs.

---

[56]    Eastern Washington Phase II Municipal Stormwater Permit (MS4 permit) (Ecology 2014).

[57]    The NPDES permit was originally intended to apply from 2011 to 2016; however, a new permit has not been approved. Therefore, the 2011 permit is still in effect.

[58]    One of the requirements on the RPWRF and CSOs wastewater permit is to participate in the SRRTTF, which was established in 2012 to develop a management plan to remediate the waterbody until it meets the water quality standards for PCBs (Spokane River Regional Toxics Task Force (SRRTTF) 2012).

[59]    RPWRF and CSOs Wastewater Permit (No. WA-002447-3) (Ecology 2011) permit section S2.B. CSO monitoring schedule does not list PCBs.

### 12.1.2    The City's MS4 permit applies to "toxicants" but does not specifically address PCBs and does not specify a requirement to control PCB discharges for ecological health improvement.

PCBs are not explicitly addressed in the regional permit covering the City of Spokane's MS4; rather, general requirements regarding "toxicants" are discussed. The "Compliance with Standards" section of the permit states that the discharge of toxicants to waters violating "any water quality standard, including toxicant standards, sediment criteria, and dilution zone criteria, is prohibited" (Ecology 2014). Furthermore, the permit states that a discharge violating state surface water quality standards,[60] ground water quality standards,[61] sediment management standards,[62] or the human-health-based criterion in the National Toxics Rule (NTR)[63] is not authorized by the permit. Limits for PCBs (or any other constituents) are not provided in the permit. The City noted in its Integrated Clean Water Plan (CH2M Hill 2014) that monitoring of constituents covered by the DO TMDL (ammonia, phosphorus, and CBOD) from the Cochran Basin (the largest point source contributor of stormwater to the Spokane River) is required under the updated 2014–2019 NPDES MS4 permit, but PCBs were, again, not specifically addressed.

## 12.2    Current sediment PCB concentrations in the river are below Washington State sediment management standards for sediment cleanup.

The State of Washington has developed sediment management standards to "reduce and ultimately eliminate adverse effects on biological resources … from surface sediment contamination" (Ecology 2017b). Two levels of criteria have been developed for freshwater sediments (Ecology 2017b):[64]

---

[60]   Chapter 173-201A WAC

[61]   Chapter 173-200 WAC

[62]   Chapter 173-204 WAC

[63]   Federal Register, Vol. 57, NO. 246, Dec. 22, 1992, pp. 60848–60923

[64]   The SCO and CSL values were developed by the State of Washington using paired chemistry and toxicity data derived from a variety of different bioassays and endpoints.

1. The no-adverse-effects level at which no impacts to the BMI community are predicted is defined as the chemical sediment cleanup objective (SCO) used as the long-term sediment quality goal; and

2. The minor-adverse-effects level, or the lowest sediment concentration at which community-level effects are expected to be observed, is defined as the chemical cleanup screening level (CSL) used to identify candidate sediment cleanup sites.

There are no regulatory orders that list the City as a responsible party for any PCB sediment cleanup sites. PCB sediment cleanup conducted by the City has been done on a voluntary basis under their Integrated Clean Water Plan (see Section 12.3 below). Knowing the City is not regulatorily liable for PCB sediment cleanup, I assessed whether PCB sediment concentrations even exceed regulatory standards. In freshwater sediments, the SCO and CSL for PCBs have been established as 110 and 2,500 parts per billion (ppb) dry weight total PCBs as Aroclors,[65] respectively. Available surface sediment[66] data were assessed against these values to determine whether PCB data exceeded these state standards.[67]

PCB levels in sediment samples from the Spokane River rarely exceeded the CSL. Only four historical samples exceeded the CSL for PCBs, and these were all located in Reach 1 (Table 12-3). Two samples (2,700 and 4,500 ppb total Aroclors) were located in the depositional area behind Upriver Dam. The other two samples exceeding the PCB CSL (2,753 and 3,000 ppb total Aroclors) were collected at Myrtle Point (RM 84.7), and all of

---

[65] PCBs were commercially marketed in the United States under the "Aroclor®" trademark by Monsanto. PCBs consist of 209 discrete compounds, called "congeners," in which 1 to 10 chlorine atoms are attached to a biphenyl ring. Aroclors also include non-PCB components.

[66] Ecology defines the biologically active zone in subtidal sediments as the top 10 cm. Guidance states that the biologically active zone for freshwater environments varies based on the type of habitat and the species present; however, in a sediment-limited riverine system, the biologically active zone will likely be limited by sediment instability and low deposition rates (Ecology 2017b).

[67] I compiled a comprehensive database of PCB concentrations in sediments from the Spokane River from historical surveys (see Appendix E). The database yielded 108 surface (0–10 cm) sediment samples analyzed for PCBs that were collected between 1990 and 2013. Sampling effort was highly variable within river reaches, necessitating the use of older data. While Ecology guidance states that sediment chemistry concentrations measured in the environment and used to identify impacted stations should be recently collected (i.e., within 10 years or less, as "older data may not be representative of current site conditions," because concentrations of PCBs in Spokane River sediments have declined over the last three decades ( Ecology 2006) the use of older data constitutes a conservative assessment of current sediment exposures in the Spokane River.

these exceedances were co-located near other samples with much lower PCB concentrations (<200 ppb total Aroclors). Furthermore, these samples were collected in the mid-1990s, before sediment remedial actions[68] conducted in 2006 and 2012 in Reach 1 of the Spokane River (U.S. ACE 2014). Therefore, based on the most recent sediment chemistry data, PCB concentrations in Spokane River sediments are at levels that do not necessitate sediment cleanup actions in Reaches 1–6.

**Table 12-3.    Summary of Spokane River sediment samples analyzed for PCBs**

| Reach | Number of Surface Sediment samples analyzed for PCBs | Date range of samples | Numbers of samples exceeding the CSL | Percentage of samples exceeding the CSL | Average PCB sediment concentration (ppb Aroclor) |
|---|---|---|---|---|---|
| Reach 1 | 55 | July 1993 to October 2004 | 4 | 7.3% | 388 |
| Reach 2 | 15 | August 1994 to August 2013 | 0 | 0% | 60 |
| Reach 3 | 2 | January 1990 to July 1993 | 0 | 0% | 35 |
| Reach 4 | 29 | June 1992 to June 2004 | 0 | 0% | 24 |
| Reach 5 | 1 | November 2003 | 0 | 0% | 1.9 |
| Reach 6 | 6 | July 1993 to November 2003 | 0 | 0% | 16 |
| Total | 108 | January 1990 to August 2013 | 4 | 3.7% | 214 |

CSL = cleanup screening level
PCB = polychlorinated biphenyl
ppb = parts per billion

---

[68]  This area was remediated by Ecology and EPA as part of the Bunker Hill Mining Complex Superfund cleanup; sediments and beach areas associated with high metals contamination were targeted, and these efforts also removed any PCBs in these areas (U.S. ACE 2014).

## 12.3    The City admits that incidental reduction of PCBs in the Spokane River will occur by regulatory actions associated with chemicals and concerns other than PCBs.

Mandatory regulatory actions required to comply with the 2011 RPWRF and CSOs NPDES permit include achieving phosphorus, nitrogen (ammonia), and metals (zinc, lead, and cadmium) reduction from the RPWRF WWTP and CSOs. The Spokane River DO TMDL, which was developed in response to 303(d) DO listings for ecological risk exceedances,[69] requires the City of Spokane to install a full phosphorus removal process before discharging effluent and includes phosphorus, ammonia, and CBOD waste load allocations (effluent limits) for the City's CSOs. The Spokane River metals TMDL was developed in response to 303(d) listings for ecological risk exceedances for zinc and lead, as well as elevated levels of cadmium.

In 2014, the City prepared an Integrated Clean Water Plan (CH2M Hill 2014) to achieve phosphorus reduction from the RPWRF WWTP and CSOs. To meet numeric phosphorus effluent limits stipulated by the permit, the plan included installing a tertiary membrane treatment system called next level of treatment (NLT) at the RPWRF WWTP. While PCBs are incidentally removed through this technology, PCBs were not the driving regulatory factor for the RPWRF upgrades mandated by the 2011 NPDES permit. The City confirms that "NLT was constructed solely for phosphorus removal and compliant with the DO TMDL requirements" (Donovan 2016); "[t]here are no PCB design loadings associated with the NLT treatment system design" (Donovan 2016); and "PCB removal was not a design consideration" (Donovan 2016).

Furthermore, "[t]he City would point out that based on PCB monitoring conducted by SRRTTF in 2014–2016, the Spokane River appears to be actually below the water quality criteria[70] of 170 ppq (parts per quadrillion) on an annual average basis" (Donovan 2016) and that the reasonable potential analysis (RPA) conducted as part of the NPDES permit "indicates that RPWRF does not have the reasonable potential to cause an exceedance of the water quality standard for PCBs"

---

[69] Aquatic plants, or algae, require nutrients (phosphorous and nitrogen) to grow; increased nutrients increase algal growth. As the algae die, they fall to the bottom of the river where bacteria degrade the algae, consuming oxygen. When large algal blooms occur in waterbodies, the resulting oxygen depletion from microbial decomposition can dramatically lower DO, producing conditions that can kill immobile aquatic life.

[70] Criteria based on human health risks.

(Donovan 2016). Therefore, the City itself argues that "[i]f the River meets the water quality standard for PCBs, it would seem that the RPA should take precedence in the determination of whether RPWRF should be required to have effluent limits for PCBs" (Donovan 2016).

The 2011 NPDES permit required the City to achieve a performance standard for controlled CSOs as not more than one discharge event per year on a 20-year moving average (CH2M Hill 2014). There are no PCB-specific components of this requirement.

Mandatory projects discussed in the implementation of the Integrated Clean Water Plan (CH2M Hill 2014) were not directly associated with PCB regulatory requirements and were not aimed primarily at mitigating environmental degradation caused by PCBs. PCB removal is a byproduct of implementing treatment technology mandated by non-PCB regulatory requirements. [71]

Based on mandatory remediation actions implemented to meet phosphorus and CSO regulatory requirements, the city anticipates removing about 17 g of PCBs annually from the river (CH2M Hill 2014). The city has also proposed voluntary remediation actions "that simply just make sense for the health of the river" for a variety of constituents but are not driven by regulatory requirements (CH2M Hill 2014). None of these projects are based on a PCB regulatory requirement, and PCB removal is an ancillary benefit of reducing other constituent loads to the river.

## 12.4    Conclusions

In summary, the City's wastewater and stormwater management costs are not related to PCBs. These costs are driven by the City's plan to improve the long-standing sewage discharge problems in the river, to reduce CSO inputs, and to remove constituents other than PCBs found in wastewater and stormwater, such as phosphorus and ammonia. No proposed action directly relates to any ecological threats or actual ecological harm from PCBs. PCB concentrations in sediments are below State of Washington cleanup standards and do not necessitate action by the

---

[71]  Consistent with the city's expectation, EPA also stated that the solids removal designed to reduce phosphorus would reduce the amount of PCBs in effluent: "In order to achieve the lower phosphorus limits in the permits, advanced solids-removal technology is required; this technology will also remove PCBs" (U.S. EPA 2015).

City. In the absence of PCBs, the efforts the City is undertaking would still be necessary to meet regulatory obligations (CH2M Hill 2014). Therefore, the costs the City of Spokane has, is, and will incur to implement planned changes to the stormwater system are not related to or caused by any ecological impacts from PCBs.

75

# 13    A review of the historical knowledge of ecological exposure, toxicity, and risk from environmental PCBs demonstrates that sufficient toxicological knowledge and analytical processes to evaluate theoretical ecological risks were not in place until the 1980s.

I examined the historical evolution of ERAs of PCB exposure to determine when exposure and toxicity data were both sufficient[72] in extent and adequately understood by scientists to support regulation of PCBs to address ecological risk.

## 13.1    Early screening of PCB toxicity to fishes in the 1950s showed no adverse effects.

The U.S. Fish and Wildlife Service (USFWS) screened more than 4,500 compounds, including Aroclors 1242, 1248, 1254, and 1260, for acute toxicity to fish in the 1950s. The studies found no toxicity for Aroclors 1242, 1248, 1254, and 1260 to any of the species tested at a concentration of 5 ppm (Wood 1953; Hollis and Lennon 1954 as cited in U.S. EPA 1987; Applegate et al. 1957). A similar study reported in 1969, examined the toxicity of 1,888 chemicals to four species of western North America fish and found no toxicity to any fish species exposed to 10 ppm Aroclor 1242, 1248, or 1254 (MacPhee and Ruelle 1969).

The studies conducted by USFWS were state of the art science when they were undertaken and marked an important milestone in the development of toxicological methods to screen large numbers of chemicals for aquatic toxicity (Hunn 1989). Based on the results of these studies, there was no reason for the scientific or regulatory community in the 1950s or 1960s to believe PCBs were toxic to fish.

---

[72] The sufficiency of the data depends on the question being answered. Generally, for purposes of the questions at issue here, sufficiency can be considered in terms of geospatial representation, temporal representation, species representation, endpoint representation, and consistency of the results from replicated experiments.

## 13.2    The earliest report in the scientific literature of PCBs in the natural environment came in 1966.

Industrial-scale manufacture of PCBs began in the United States in 1929 (Interdepartmental Task Force on PCBs 1972); however, evidence of potentially widespread ecological exposure to PCBs in the environment was not reported until 1966, when *New Scientist*, a non-peer-reviewed publication, reported that PCBs had been detected in aquatic life and wildlife in the natural environment of Sweden by Dr. Soren Jensen (Anonymous 1966). PCBs were not discovered in the environment until 1966 for 3 reasons: "(1) they were not deliberately distributed about the ecosystem [like pesticides, so they were not suspected], (2) their presence was not immediately evident due to their relatively low acute toxicities, and (3) the difficulty of analytical detection and separation" (Fishbein 1973).

Shortly after the report of Jensen's work identifying PCBs in fish and an eagle in Sweden, Holmes et al. (1967) reported that PCBs were present in aquatic and terrestrial wildlife in Britain. In 1968, Risebrough et al. first reported the presence of PCBs in aquatic life and wildlife in the United States and speculated that the most likely reason for the concentrations of PCBs in the wide array of species measured was the atmospheric transport of PCBs. By 1970, PCBs had been identified in wildlife from Canada, Germany, Great Britain, the Netherlands, Sweden, and the United States (Peakall and Lincer 1970), and further studies in the 1970s confirmed their global distribution, including the Arctic and Antarctica (Peakall and Risebrough 1975).

Substantial information and misinformation on the toxicity of PCBs to ecological receptors in the natural environment began to emerge c. 1970. Risebrough et al. (1968) were the first to hypothesize that PCBs, together with chlorinated biocides such as DDT, could be involved in "the aberration in calcium metabolism" that had been observed as eggshell thinning in some species of birds since World War II. However, in 1969, Anderson et al. further evaluated the hypothesized effect of PCBs on eggshell thinning and found, "DDE appears to be the environmental pollutant most responsible for the thin eggshell phenomenon." This finding, which refuted Risebrough's hypothesis, was confirmed by Peakall and Risebrough 1975, who concluded that "[d]ecreased eggshell thickness caused by organochlorines, especially DDE, has attracted a great deal of attention. In the case of PCB's [sic], the bulk of the evidence shows that

these compounds do not affect the thickness of eggshells," and reaffirmed much later by Peakall and Lincer (1996).[73] In 1969 the first laboratory studies reporting specifically on the toxicity of PCBs to ecological receptors, (i.e., quail and insects) were published in the Netherlands (Koeman et al. 1969) and the United States (Lichtenstein et al. 1969). In 1970, Duke et al. measured concentrations of Aroclor 1254 in biota, sediment, and water of Escambia Bay, Florida, and found Aroclor 1254 in laboratory studies to be toxic to juvenile pink shrimp.

The first compilation of the early knowledge pertaining to environmental distributions of PCBs was published by EPA and others in 1972 (Interdepartmental Task Force on PCBs 1972). The volume of scientific research on chemical exposure and toxicity of PCBs to ecological receptors then grew rapidly through the 1970s and was facilitated during this period by the concurrent evolution of analytical chemical methods to accurately detect and quantify PCBs in environmental samples. By 1979, when EPA banned the production of PCBs, there were over 400 published articles on ecological exposure to PCBs and over 500 articles on PCBs related to ecological effects in scientific journals or books (Figure 13-1).[74]

---

[73]  Peakall and Lincer (1996) reaffirmed the science supporting the conclusion that DDE, and not PCBs, were the cause of eggshell thinning in some species of birds, reiterating the conclusion of Stickel (1975) that "no other chemical tested has had equivalent effects. Only DDE has caused serious thinning and great drops in reproduction at low, realistic dosage" (Stickel 1975, as quoted by Peakall and Lincer 1996).

[74]  Using the search terms and databases listed in Appendix F, the titles of approximately 3,000 citations located in library databases were compiled. Each title was reviewed to determine whether it was related to ecological exposure to PCBs or ecological effects from PCB exposure. The numbers of publications presented here are approximate in nature, as it was sometimes difficult to clearly identify whether the contents of an article were relevant based on its title. Therefore, there is the potential that some citations were excluded from the count that should have been included, while others may have been included that should have been excluded. Nonetheless, I believe the time trend shown by Figure 13-1 represents an accurate depiction of the relative number of publications in the scientific literature from 1929 to 1979 on PCB exposure and effects to ecological receptors.



Figure 13-1.   Cumulative number of PCB publications related to ecological exposure and ecological effects (1929 to 1979) in scientific journals and books

Before the late 1970s, the extent of exposure and toxicity of PCBs to ecological receptors was either unknown (before 1968) or poorly understood (early 1970s). In an early attempt to relate environmental concentrations to aquatic toxicity and other biological effects in aquatic organisms, Stalling and Mayer Jr. (1972) presented one of the first summaries of available information on toxicity to and bioaccumulation in aquatic organisms based on limited data from a 1970 data collection and toxicity tests related to that collection. Their paper also contained one of the early mentions of the ability of fish to bioconcentrate PCBs. However, Stalling and Mayer Jr. (1972) noted at the time of their publication that information on chronic and acute toxicity studies on aquatic organisms was quite limited and that there was great uncertainty and disagreement on how PCB concentrations were reported. Even today, with additional knowledge

of exposure and toxic effects of PCBs, there remains a great deal of scientific debate about what level of PCB exposure may be associated with potential effects to particular ecological receptors. For example, Henry (2015) states in his critical review article on PCBs, "The toxicity of PCBs and their transformation products has been investigated for nearly 50 years, but there is a lack of consensus regarding the effects of these environmental contaminants on wild fish populations."

## 13.3 Environmental data, laboratory tests, and risk assessment frameworks for using data were not connected until the 1980s.

Because scientific consensus relies on replication and careful interpretation of results, the body of scientific understanding on any issue must reach a point when there is sufficient information and adequate understanding to support decision-making. Thus, to determine when exposure and toxicity data were both sufficient in extent and adequately understood by scientists to support regulation of PCBs for ecological risk, I examined the evolution of PCB analytical methods for environmental samples and the concurrent evolution of the practice of ERA. Both components influence when the state of scientific and regulatory knowledge was adequate to act based on any potential risks to ecological receptors from PCBs in the natural environment.

### 13.3.1   Development of PCB Analytical Technology

Early methods for analyzing PCB concentrations in the environment were generally considered semi-quantitative, as investigators developed methods to separate PCBs from DDT, its metabolites, and other organochlorine pesticides. These early methods for PCB analysis provided detection limits generally in the low ppm range, very limited resolution, and uncertain verification of PCBs, and these methods were subject to substantial interferences from not only other chlorinated compounds (i.e., pesticides) but also organometallics, nitrogen- and sulfur-containing compounds, and other compounds.

Through the 1970s and 1980s, refined methods improved the quantification of PCBs in environmental samples through the application of new technology (e.g., gas chromatography/mass spectrometry [GC/MS], higher-resolution capillary columns) (Jensen 1972; Fishbein 1973; Erickson and Stanley 1982) and by incorporating calibration standards.

These advances improved quantification and the overall quality assurance and quality control (QA/QC) of data, but the methods relied on identification of PCBs as one or more Aroclors. The introduction of higher-resolution capillary columns and greater commercial availability of more advanced GC/MS systems in the 1990s increased the sensitivity and the number of congeners capable of being resolved, quantified, and summed to determine the "total PCB" parameter.

In summary, PCB analytical methods evolved substantially between the 1970s and 1990s to support accurate quantification of PCBs in environmental media.

### 13.3.2    Evolution of Ecological Risk Assessment as a Science-based, Regulatory Process

Accumulation of knowledge about PCB exposures in the environment and potential toxicity to aquatic life and wildlife in conjunction with development of analytical chemical methods to detect and accurately quantify PCBs are the first steps in supporting regulatory decision-making; however, developing methods to make use of this knowledge in framing any such action is also required.

ERA, which is the process for evaluating how likely it is that certain ecological species may be theoretically affected by exposure to one or more environmental stressors,[75] did not begin as a defined practice until the late 1980s and did not fully mature until the late 1990s. Before developing the formal practice of ERA, EPA used (1) environmental impact assessment, (2) hazard[76] assessment, and (3) criteria development[77] and application to evaluate ecological risk.

Pertinent to this matter is EPA's use of criteria development for assessing ecological risks before a formal ERA process was developed.[78] Criteria[79] developed by EPA (both the early criteria in

---

[75] Environmental stressors can include chemicals, land change, disease, invasive species, and climate change.

[76] A hazard, as defined by EPA, is a "potential source of harm" (U.S. EPA 2018).

[77] Criteria development is a quantitative process used to derive numerical chemical or biological metrics to gauge whether measured environmental concentrations of a chemical or biological agent could pose a potential hazard to particular ecological receptor groups (e.g., aquatic life). Example criteria would be the ambient water quality criterion (AWQC) derived by EPA.

[78] The use of ecological criteria is still an integral first step of the current formal ERA process, but ERA goes beyond a criteria screen, recognizing the conservative nature of criteria and the important differences in site-specific characteristics that substantially impact the likelihood of effects.

the 1970s and criteria in place today) are conservative because the methods used are unable to integrate site-specific exposure and toxicity data into their development; rather, the criteria are based on very conservative generic exposure conditions and toxicity data for the most sensitive species available. Addressing site-specific exposure and toxicity data and tailoring the assessment of ecological risk to the pertinent ecological receptors for a given region or a given site only began to be possible as part of the formal ERA process.

EPA first focused on developing human health risk assessment guidance in the 1980s, with the publication of the "Red Book" in 1983, which provided a common framework for both human health and ecological risk assessment. The formal term "ecological risk assessment" was first used when EPA commissioned the Environmental Science Division of Oak Ridge National Laboratory (ORNL) to develop ERA methods for synthetic fuels technologies (Barnthouse et al. 1982; Barnthouse and Sutter II 1986). The 1986 User's Manual for Ecological Risk Assessment published by ORNL built on the methodology presented in EPA's Red Book and was adopted as EPA policy to support the Superfund program.[80] In 1989, EPA published a field and laboratory methods reference and an ERA guidance document (Suter 1989); however, these first Superfund ERA guidance documents lacked specific guidance on performing an ERA.

By the end of the 1990s,[81] the practice of ERA had become a formal practice on par with the practice of human health risk assessment (Opresko et al. 1993; Sample et al. 1996; U.S. EPA 1997, 1998). Relatively little national guidance has been published since the 1990s, though

---

[79]   Criteria, as referred to in this report and many guidance documents, are numerical values that are normally derived using risk assessment approaches. If a criterion is not exceeded in the environmental media for which it was derived, the concentration is considered to represent an environmental condition that is not known to adversely affect ecological receptors. Above the numerical "criteria," there is a theoretical potential for toxic effects to occur in exposed ecological receptors. Criteria are guidelines and not necessarily enforceable under federal or state environmental laws.

[80]   The Superfund program was created in 1980 with the passage of the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA).

[81]   From 1991 to 1996, there was a flurry of supplemental ERA guidance produced by EPA in the form of eleven Eco Updates, the Framework for Ecological Risk Assessment, and the Wildlife Exposure Factors Handbook. Also, in the mid-1990s, ORNL published Toxicological Benchmarks for Wildlife that provided TRVs that could be used to gauge the toxicity of a wide range of chemicals to birds and mammals. In 1997, EPA published the Ecological Risk Assessment Guidance for Superfund: Process for Designing and Conducting Ecological Risk Assessments, Interim Final (ERAGS), which has become the primary ERA guidance used today to conduct ERAs. ERAGS integrated many of the key concepts embodied in earlier ERA guidance but went beyond the earlier guidance documents to step through the entire process of performing an ERA, and in 1998, Guidelines for ERA, which built on ERAGS, provided agency-wide guidance on ERA.

supplemental ERA guidance from EPA has continued to be developed in the 2000s.[82] Most state environmental programs have either adopted EPA's guidance for performing ERAs within their states or used EPA guidance as the basis of state guidance, though most state ERA guidance and regulations were not published until after 2000.

It was not until the 1980s that regulators, using ERA, began to analyze potential environmental risks on a site-specific basis to fish and wildlife related to concentrations of PCBs in natural environments.

### 13.3.3    Regulatory actions related to PCB exposure to ecological receptors in the Spokane River were not foreseeable.

When EPA was formed in 1970, the scientific community was only just beginning to analyze the possibility of PCB exposure in the natural environment and evaluate the potential toxicity of PCBs to ecological receptors, and, as just described, ERA had not yet been developed. PCBs were first detected in the Spokane River in fish tissue in 1978 (Joy 1984). When EPA first published guidelines for recommended water quality criteria in the United States in 1972 (U.S. EPA 1972), a criterion for PCBs was constrained by the relatively new science available at the time to characterize risk and the absence of an ERA process to support decision-making. Following revisions in 1976 (U.S. EPA 1976) and 1980 (U.S. EPA 1980), the ambient water quality criterion (AWQC) for PCBs has remained unchanged since 1980 (U.S. EPA 1986) and were adopted by EPA as part of the NTR as legally enforceable water quality standards[83] in 1992.[84] The EPA's SWQC were also adopted the State of Washington as legally enforceable water quality standards in 1992.[85]

---

[82]    Updates in the 2000s have included two additional Eco Updates and the *Framework for Application of the Toxicity Equivalence Methodology for Polychlorinated Dioxins, Furans, and Biphenyls in Ecological Risk Assessment* (U.S. EPA 2008).

[83]    Standards, as referred to in this report, are derived in the same manner as criteria; however, they are enforceable under federal or state environmental laws or regulations.

[84]    Federal Register, Volume 57, No. 246 (Tuesday, 22 December 1992), pp. 60848–60923.

[85]    Chapter 173-201A WAC, Water Quality Standards for Surface Water of the State of Washington, Last Revised: 8/1/16.

Development of sediment criteria and standards followed after water quality criteria and standards. There were no sediment criteria for PCBs until 1977, and the earliest criteria were developed to address dredge spoil disposal and maintain federal water quality criteria (U.S. EPA 1977; U.S. EPA and USACE 1977; Pavlou and Dexter 1977). Additional sediment criteria for PCBs were developed in the 1990s and 2000s,[86] but during this period EPA never developed a PCB sediment criterion or standard. Washington State developed sediment standards for PCBs in 1991.[87]

Ecological surface water or sediment criteria or standards are generally calculated using conservative methods to develop numerical values and are typically used as the first step in ERAs to screen for "chemicals of potential ecological concern" that need to be evaluated further within the formal ERA process. ERA helps determine whether chemicals above these more generic numerical criteria and standards may pose a theoretical risk to ecological resources using site-specific characteristics, but exceedance does not indicate that an actual toxic effect has or will occur.

## 13.4    Conclusions

In summary, I conclude, with a reasonable degree of scientific certainty, that sufficient knowledge and analytical processes to 1) understand the concentrations, spatial presence, and potential ecological effects of PCBs in the environment *and* 2) perform ERAs for PCBs to support decision-making and current regulation were not in place until the 1980s. Before this time, the basic scientific knowledge upon which current regulations to protect ecological resources would later be based was not clearly known or foreseeable.

---

[86]   During the 1990s and 2000s, PCB sediment criteria were developed by scientists with National Oceanic and Atmospheric Administration, USGS, and the Ontario Ministry of the Environment.

[87]   Chapter 173-204 WAC, Sediment Management Standards, Last Revised:2/25/13

# 14    Rebuttal Opinion: Dr. Schlenk's use of flawed methodology, consideration of only a subset of the available data, reliance on outdated and invalid screening-level concentration benchmarks, and lack of understanding of Spokane River ecological receptors all render his assessment of the ecological risk of PCBs in the Spokane River unreliable and scientifically unsound.

In his expert report for the case of the City of Spokane v. Monsanto Company, et al. (October 11, 2019), Daniel Schlenk, Ph.D. stated that he conducted an ERA or hazard assessment of PCBs in the Spokane River as an update to the 2001 assessment conducted by Ecology (Johnson 2001). However, his overall approach has several important deficiencies that result in the unreliability of his expert opinions. Furthermore, he has chosen to evaluate only a subset of the available sediment, water, and tissue data collected since 2001, and his rationale for selective data use is not well explained. His "update" is at best a flawed and partial screening-level assessment of Spokane River data, not a meaningful characterization of current conditions. As a result, I find that his opinions are methodologically unsound, not supported by relevant data, and are thus unreliable.

## 14.1    Dr. Schlenk's overall method uses data selectively and inappropriately, leading to large, unresolved uncertainties

In general, an ERA includes both an exposure assessment and an effects assessment (U.S. EPA 1998). Furthermore, as stated earlier in this report, a risk assessment is no more than a theoretical effort to describe the possibility of adverse effects to pertinent ecological receptors.

In an ERA, the exposure assessment estimates exposure of representative ecological receptors to chemicals using some quantitative method (e.g., fish tissue concentration), whereas the effects assessment identifies relevant benchmarks of adverse effects and other evidence for adverse effects. In an ERA of the type conducted by Dr. Schlenk, the estimated exposure should be compared to the *relevant benchmarks* to evaluate whether some threshold of potential adverse

effects is exceeded. Finally, the results of the comparison should be thoroughly evaluated for representativeness, uncertainty, and ecological relevance to the receptor populations of interest. Dr. Schlenk has failed to perform these necessary analyses.

## 14.1.1   Data Selection

Dr. Schlenk used PCB congener data for sediment samples collected in 2013, 2015, and 2016 to estimate mean total PCBs (tPCBs) concentrations derived from data from three sample stations (above Monroe, Mid-Spokane Lake, and Lower Spokane Lake). He does not state why he only used sediment data for those years (2013, 2015, 2016) or explain why those data are appropriate to estimate exposure of ecological receptors. Dr. Schlenk does not include crucial information, such as the sample size or how non-detect values were treated in the tPCB summations, but instead cites to an appendix, which has only a general description of the data and data handling methods.

As for fish tissue data, mean tPCB and toxic equivalent (TEQ) concentrations were provided for mountain whitefish (fillet skin on), large scale sucker (whole), and rainbow trout (fillet skin on) for up to four different sample station locations, as data were available. Again, Dr. Schlenk does not state why he only used 2012 tissue data for these three species or provide any rationale for why those data alone are the most appropriate for estimating current exposure to ecological receptors. A total of just 36 tissue samples are included in the average concentrations assessed by Dr. Schlenk, which represent fewer than 10 percent of the fish tissue samples in his data appendix. Moreover, Dr. Schlenk does not discuss the spatial and temporal representativeness of the PCB congener data he utilized, nor does he explain how these data relate to historical Aroclor data for sediment and fish tissue samples. Such discussions are crucial to understanding how appropriate the data he used are and how uncertain his exposure estimates could be, given that he uses them to characterize the entire river.

## 14.1.2   Receptor Selection

In their effects (or hazard) assessment of PCBs in the Spokane River, Ecology (Johnson 2001) selected wildlife receptors specific to the Spokane River and used species-specific exposure parameters to predict potential risk to five receptors (belted kingfisher, great blue heron, bald

eagle, otter, and mink), which is a well-accepted risk assessment approach. However, Dr. Schlenk only used generic wildlife benchmarks for fish tissue and made no attempt to estimate theoretical risk to specific wildlife species that inhabit the Spokane River. Moreover, he reported three possible ecological receptors "affected by dietary exposure to PCBs" (Schlenk 2019b, p. 4) that were not considered by Ecology (Johnson 2001): raccoon, black bear, and pelican. Raccoon were explicitly not considered by Ecology because "diet is approximately 37% aquatic invertebrates … and 60% from non-river sources" (Johnson 2001, p. 38). Similarly, the WDFW report that black bear diets are composed of "herbaceous plants … ants, bees, grubs … [and] tree fruits, berries, and nuts" while only "a small proportion of the black bear's annual diet is made up of animal matter, including insects, mice, voles, ground squirrels, fawns and elk calves, eggs, carrion (animal carcasses), and fish" (Link et al. 2007). Despite this, Dr. Schlenk provided no support for his claim that raccoon or black bear are key "fish consuming biota" that are "affected by dietary exposure to PCBs" in the Spokane River basin (Schlenk 2019b, p. 4). In addition, while the piscivorous American white pelican is known to breed along the middle Columbia River (Stinson 2016), their presence in the Spokane River Basin is uncertain, as the only documentation of this species in the vicinity of the Spokane River was in "June 2000 when 10 foraging individuals were sighted on the Pend Oreille River," according to GEI Consultants (2004) p. 4-38), a publication that Dr. Schlenk relied upon for his assessment. Inclusion of these species as examples of fish-consuming species in the Spokane River basin indicates a serious lack of knowledge about the ecology of the river.

### 14.1.3   Lack of uncertainty analysis

Dr. Schlenk did not conduct any analysis of the uncertainty of his findings (Schlenk 2019a, p. 26, line 19). Dr. Schlenk selected some, but not all, of the same benchmarks used in the Ecology (Johnson 2001) assessment. No justification was given in his report as to why he found the Ecology-selected toxicity benchmarks inadequate, and it is unclear why he did not follow the earlier Ecology approach as a part of his update. Moreover, he acknowledged that Ecology has reported "substantial evidence of metal induced ecological degradation in the Spokane River" ( Schlenk 2019a, p. 32, line 18-20) but did not consider stressors or constituents other than PCBs in his assessment.

Given that risk assessments incorporate multiple assumptions and decisions that affect all steps of the ERA (problem formulation, analysis, and risk characterization), it is critical that the descriptions and justifications for these be included in the ERA. This allows the reader to understand how much confidence or certainty exists in the risk estimates.

Dr. Schlenk's ERA contained very little information on factors that contributed to the uncertainty of his risk estimates,[88] with the exception of noting that PCB congener data were only available in fish fillets for two of the three fish species. Instead, he simply conducts a binary (i.e., "yes/no") analysis and compares measured PCB concentrations with each threshold and reaches simple, unsupportable conclusions on whether his selected thresholds are exceeded. He then provides examples of organisms that "may be affected" and "indicate hazard and elevated risks." His putative theoretical risks and hazards are not characterized with respect to extent, severity, uncertainty, or type of effect.

## 14.2    Dr. Schlenk uses inappropriate and outdated screening benchmarks to infer risk.

As part of his assessment, Dr. Schlenk compiled a series of concentrations of PCBs in sediments and fish tissue indicative of theoretical risk (i.e., threshold concentrations) to assess the potential for adverse effects in BMI, fishes, and fish-eating wildlife. As noted above Dr. Schlenk's report characterizes his assessment as an update of a previous assessment conducted by Ecology (Johnson 2001). Most of the selected toxicity thresholds used by Dr. Schlenk were included in a more extensive list provided in Johnson (2001). However, Dr. Schlenk did not provide any explanation of the criteria he used to select the list of thresholds presented in his report, nor any summary of the scientific basis, reliability, or uncertainties associated with each of the selected thresholds. Moreover, the compiled thresholds are highly variable within a category; for example, the fish tissue thresholds vary over an order of magnitude from 430,000 to 9,300,000 ng/kg ww, which indicates large, but unexplained uncertainties. Thus, without explanation or

---

[88]  The Ecology hazard assessment of PCBs in the Spokane River (Johnson 2001) acknowledged several factors that contributed to uncertainty in their risk estimates, which included a "limited amount of recent data on PCB concentrations in whole fish, lack of data on PCB concentrations in fish eggs or in wildlife tissues, recent fish tissue data limited to three species, no recent fish tissue data downstream of Nine-mile Dam, size range of fish analyzed skewed toward larger individuals which may have higher PCB concentrations, limited nature of PCB congener data", etc.

justification, these thresholds appear to be arbitrary and subject to high but unquantified uncertainty.

More concerning, however, is that a review of the benchmarks listed by Dr. Schlenk in Tables 5, 6, and 7 of his report indicates that many of these thresholds are outdated, scientifically flawed, or simply inappropriate for use in an assessment of the potential for adverse effects from PCBs in the Spokane River[89]. Some are simple screening-level thresholds that are appropriately used only for initial identification of no-adverse-effects areas, but cannot be utilized for a scientifically rigorous identification of areas with potential adverse effects. Because of the many serious issues associated with the risk threshold values that Dr. Schlenk selected, below I provide detailed descriptions and analyses of the limitations, scientific reliability and appropriate use of each of these thresholds for assessing the risks of PCBs in the Spokane River.

### 14.2.1   Assessment of sediment PCB thresholds for benthic invertebrate species selected by Dr. Schlenk

Dr. Schlenk listed two studies in Table 7 of his report (Schlenk 2019b) to support his thresholds for effects on benthic invertebrates in sediments: 60,000 ng PCB/kg dw from MacDonald et al. (2000) and 12,000,000 ng PCB/kg total organic carbon NYSDEC (1999)[90] . Looking first at the MacDonald et al. (2000) reference, it is important to note that though MacDonald et al. (2000) claims to derive consensus-based sediment quality guidelines (SQGs) for freshwater ecosystems, these thresholds are simply mathematically derived values—i.e., the calculated geometric means of individual SQGs that are categorized by level of effect. Many of the underlying SQGs are merely screening-level thresholds determined for sites where many other significant chemicals contribute to observed toxicity. Hence, any effects attributed to PCBs in these studies are, in fact, obscured, and any calculated threshold will suffer from the same uncertainties and limitations associated with the underlying SQGs.

---

[89] While the benchmarks listed in Johnson (2001) reflected the current state of the science at the time, a subset of these are now outdated in 2019. For example, the State of Washington has developed their sediment management standards during the intervening years and NYSDEC released a more recent report in 2014 that updates the sediment threshold values reported in their 1998 document.

[90] NYSDEC 1999 incorporates the same information and data as NYSDEC 1998, which was cited in Schlenk (2019b)

More critically, in his reliance on MacDonald et al. (2000) Dr. Schlenk makes a serious error in that he extracts an inappropriate threshold from the paper. MacDonald et al. (2000) present two kinds of thresholds for each substance:

> Threshold Effect Concentration (TEC): The level below which harmful effects are unlikely to be observed.

> Probable Effect Concentration (PEC): The level above which harmful effects are likely to be observed.

Dr. Schlenk stated that the objective of his assessment is "(t)o evaluate the risk of PCBs to biota in the Spokane River," and so "measured concentrations in tissues or sediments will be compared to literature-derived threshold [sic] for adverse effects" (Schlenk 2019b, p. 6). Despite this apparent clear statement of intent, Dr. Schlenk instead only used the lower no-effects threshold, the TEC. If concentrations are less than the TEC, the sediments are unlikely to cause adverse effects, but exceedance of the TEC is not defined by MacDonald et al. (2000), nor is it associated with any theoretical risk whatsoever. Yet, Dr. Schlenk failed to reveal that adverse effects are theoretically possible only after the higher PEC is exceeded, even though distinctions between the TEC and PEC are clearly defined in MacDonald et al. (2000). Moreover, it should be noted that Johnson (2001) lists the PEC threshold in his assessment and uses this value to assess potential sediment hazards. If Dr. Schlenk were conducting an update to Ecology's 2001 assessment as he claimed, it is unclear why he omitted the relevant sediment threshold for adverse effects (i.e., the PEC).

In Table 7, Dr. Schlenk also listed a sediment threshold of 12,000,000 ng PCB/kg total organic carbon (TOC) for effects to benthic invertebrates, which is attributed to NYSDEC (1999). NYSDEC has released a series of such guidance documents for screening contaminated sediments since 1993. The most recent report was released by NYSDEC in 2014 and contains the following statement:

> *This document supersedes previous editions of "Technical Guidance for Screening Contaminated Sediment," the most recent of which is dated January 1999.*

90    Dec GMV Re: Opposition to Pl MILs 000978

Therefore, the thresholds from the 1998 document cited by Dr. Schlenk have not been used by NYSDEC for 5 years, and the new and updated report from NYSDEC contains a major change in the development of sediment toxicity thresholds for PCBs. The older guidance relied on a highly theoretical approach involving equilibrium partitioning (EP) models for estimating sediment thresholds for non-polar organic chemicals, including PCBs. The 2014 guidance document recognizes significant scientific limitations related to the use of EP to estimate toxicity thresholds for PCBs, including the limited data available on the partitioning behavior and water toxicity of individual PCB congeners. Therefore, NYSDEC (2014) used an alternative approach based on their extensive experience with PCB sites in New York and determined that a sediment concentration exceeding 1,000 µg PCB/kg dw is likely to be harmful to aquatic organisms, which has become the new adverse effects threshold for the state. Dr. Schlenk failed to recognize this update in his assessment and erroneously relied on the outdated number.

Although Dr. Schlenk has used inappropriate and outdated thresholds for his assessment of adverse effects in sediments, these are not his most serious errors. His major error is the failure to recognize that the State of Washington has developed Sediment Management Standards (SMS) for a variety of metals and organic substances, including PCBs. These standards have been in effect since 2013 and are incorporated into law as Chapter 173-204 WAC. The SMS contain numeric values for minor adverse effects levels, expressed as the lowest sediment concentration at which community level effects are expected to be observed, the CSL. The CSL for PCBs is 2,500 µg/kg dw total Aroclors. These thresholds were developed using a State of Washington accepted statistical modeling approach, the Floating Percentile Model (FPM).

Ecology has conducted extensive evaluations of the scientific reliability of the SMS when compared with alternative theoretical risk thresholds such as the PEC in MacDonald et al. (2000)) and concluded that:

> Compared to other SQV [sediment quality value] *sets available for use, the FPM values represent a substantial improvement in efficiency and overall reliability for comparable false negative rates. In addition, at the higher effects levels, the FPM values are also more sensitive than the existing SQV sets.* (Michelsen 2011)

Ecology provided further comparisons to TEC/PEC thresholds from MacDonald et al. (2000) in their summary of rulemaking and response to comments (Ecology 2013b):

> *All existing freshwater benthic chemical criteria sets, including equilibrium partitioning and TECs/PECs, were thoroughly assessed using sediment data from Washington and Oregon prior to making the decision to develop a new method, the FPM ... These results were reconfirmed following development of the final criteria ... One of the conclusions of this review was that the TEC/PEC chemical criteria had a high number of false positives (>90%) and consistently predicted toxicity that was not confirmed by bioassays. Many of the TEC/PEC values are near background concentrations, and would result in over 80% of the freshwater sediments in the state being designated as toxic ... However, biological toxicity test results indicate that only 10–12% of these sediments are actually toxic.*

This detailed evaluation using empirical data indicated that the MacDonald et al. (2000) thresholds are biased low and tend to over predict the theoretical risk of toxicity to benthic invertebrates.

As such, it is inappropriate to use the thresholds from MacDonald et al. (2000) to assess potential adverse effects on benthic invertebrates in the Spokane River because of the following factors:

- Large uncertainties in the underlying data used to calculate the values
- Downward bias resulting in a high rate of false positive indications of risk
- Designated use of SMS in Washington State.

Therefore, the correct toxicity threshold for assessing the risk of sediment PCBs in the Spokane River is 2,500 µg/kg DW, as was used in my evaluation in Section 12.2 of this report.

## 14.2.2   Assessment of selection and use of PCB toxicity thresholds for fish by Dr. Schlenk

To reach his opinion that "PCBs pose a hazard to at least one species of fish at Upper Lake Spokane and Above Monroe," Dr. Schlenk performed a simplistic screening-level comparison of

fish tissue concentrations for three species of Spokane River fish to very conservative literature PCB concentration benchmarks. He calculated average tissue PCB concentrations (both wet weight and lipid normalized) and TEQs in fish collected in 2012 from four widely spaced sampling station locations in the Spokane River (Schlenk 2019b, Table 3) and then compared these concentrations to his selected tissue threshold values from the toxicology literature (Schlenk 2019b, Table 5). The resulting HQs for mountain whitefish, large scale sucker, and rainbow trout are tabulated in his Appendices 1, 2, and 3 respectively. However, these calculated HQ are based on overly conservative fish toxicity thresholds that were selected without considering ecological relevance to the Spokane River system.

Overall, I find Dr. Schlenk's assessment of risk to fish populations vague, overly broad, based on seriously flawed methodology, and scientifically unsupportable. First, Dr. Schlenk utilized only a small subset (36 samples) of the available fish tissue data to characterize exposure in large reaches of the Spokane River, and his report provided no justification for this decision. The fish tissue data report, developed by Azimuth Consulting Group, on which Dr. Schlenk relies (Schlenk 2019b, Appendix 4) includes far more data than Dr. Schlenk used in his limited assessment. The Azimuth Consulting Group data includes 418 separate tissue samples from 16 fish species; 222 of these samples from 13 fish species were collected after the 2001 Ecology assessment. Dr. Schlenk provided no rationale in his report for why he used only 36 of these samples. In addition, Dr. Schlenk performed no analysis of representativeness, spatial or temporal variability, or ecological significance of the data he selected relative to Spokane River fish populations.

The vague wording of Dr. Schlenk's opinion that hazardous tissue concentrations were found in "at least one species" of fish at two of four sampling stations he assessed is difficult to interpret. His phrasing implies that evidence for hazard is stronger for a single species than the other two evaluated, but the report does not clarify any rank order for fish hazards by species. The HQs calculated by Dr. Schlenk do not fully clarify this point. None of the wet-weight tissue concentrations or TEQs he evaluated exceed his selected thresholds (i.e., all HQs are less than 1.0). Some lipid-normalized tissue concentration HQs he calculated in each evaluated species of fish exceed 1.0 at one or two locations, but not at others.

Finally, while Dr. Schlenk relies on HQs to quantify PCB exposure of fish, he conducted no critical review of the benchmarks selected for HQ calculation, and no interpretation of the significance associated with exceedance of those benchmarks. These benchmarks compose the foundation of his assessment. Indeed, there is no stated scientific justification in his report for his selection of benchmarks from the limited number of studies presented in Table 5. Based on the available information, his only criterion appears to have been a preference for the lowest published values, resulting in the highest HQs. In fact, the toxicological endpoints that drive Dr. Schlenk's conclusions are based on biomarkers of exposure, not adverse effects. As such, these endpoints cannot be interpreted as posing unacceptable risks or hazards to fish populations.

### 14.2.2.1   Critical review of Dr. Schlenk's selected benchmarks for hazards to fish

Dr. Schlenk selected three independent benchmarks for evaluation of PCB hazards to fish:

1. A wet-weight tissue threshold associated with reproductive toxicity in six fish species;
2. A lipid-normalized tissue threshold associated with salmonid early life stage toxicity, and;
3. A TEQ-based threshold.

In the following, I review the wet-weight and lipid-normalized tissue thresholds, examining the methodology used to derive these threshold concentrations and the technical suitability of the toxicological studies upon which the thresholds are based.

In his expert report, Dr. Schlenk presented published toxicity thresholds associated with a variety of toxicological endpoints, including early life stage developmental defects, growth, mortality, immune suppression, thyroid function, and reproductive effects in both salmonid and non-salmonid fishes. However, the wet-weight and lipid normalized concentration thresholds Dr. Schlenk selected from this larger group of endpoints and used in his HQ calculations are inappropriate as standalone indicators of hazard and do not adequately support Dr. Schlenk's broad opinion on the likely effects of PCBs on Spokane River fishes.

The lowest wet-weight tissue threshold identified by Dr. Schlenk was 430,000 ng/kg, a value associated with reproductive impairment, attributed to Berninger and Tillitt (2019). Berninger and Tillitt (2019) is a highly flawed scientific study, and neither the derivations of the thresholds presented therein nor the limitations and uncertainties of those thresholds were reported by Dr. Schlenk. As noted by Dr. Schlenk, Berninger and Tillitt (2019) did not publish any primary data. Rather, they constructed predictive models using only a selected portion of the relevant data from underlying toxicity studies. Based on this limited dataset, Berninger and Tillitt (2018) derived toxicity thresholds for various endpoints and fish species and then calculated linear regressions that they contend relate PCB fish tissue concentrations to toxic responses across fish species. Dr. Schlenk did not identify the specific value from Berninger and Tillitt that he uses for his wet-weight threshold, other than it is "the lowest value for reproduction impairment." The value of 430,000 ng PCB/kg (0.43 µg/g) corresponds to the 20th percentile concentration from the reproductive effect rank order regression (see Berninger and Tillitt 2019, Table 6), and it appears this is the value he selected.

Though Dr. Schlenk did not identify any hazards associated with exceedance of this wet-weight tissue threshold (i.e., all of the HQs he calculates using it are below 1.0), his use of this value is inappropriate for his purpose (thus demonstrating poor methodology) due to several flaws in the source study method:

- Berninger and Tillitt (2019) selection process explicitly rejected any study of PCB exposure that demonstrated lack of effect (i.e., only studies that reported toxicity were included).
- The reproductive effect rank order regression of Berninger and Tillitt (2019) that Dr. Schlenk used is based on data for only 6 fish species.
- Only lowest-observed-adverse-effect residues (LOAERs) were extracted from the source studies. The full published exposure-response data and relationships were not considered or included in the calculations, which would significantly skew results.
- Variability in the degree of effect endpoints and associated concentrations reported by source studies was not considered.

- Prediction limits[91] of the Berninger and Tillitt (2019) linear regression are very large relative to the selected threshold (see Figure 12 in Berninger and Tillitt 2019).

The only lipid-normalized tissue threshold considered by Dr. Schlenk is a derived value taken from a meta-analysis of salmonid toxicity data performed by Meador et al. (2002). The lipid-normalized concentration of 2,400,000 ng PCB/kg lipid (2.4 μg PCB/g lipid) is described by the source study authors as a residue effect threshold (RET). Numerically, it is the 10th percentile of a rank order of tissue thresholds taken from 15 separate published studies of sub-lethal toxicity in juvenile salmonids. The toxicity endpoints measured include thyroid function, immune function, and growth.

Dr. Schlenk calculates HQs using this threshold as the ratio of lipid-normalized tissue PCB concentrations and the RET of Meador et al. (2002). Of the 10 lipid-normalized HQs he calculates, half were greater than 1.0, which apparently form the basis of Dr. Schlenk's opinion that PCBs represent a hazard to some Spokane River fish at some locations. However, the RET derivation method of Meador et al. (2002) is scientifically flawed in several ways that render it inappropriate as an indicator threshold of hazard for adult Spokane River fish:

- Meador et al. (2002) did not conduct a comprehensive review of the literature associated with tissue residue effects on salmonids when compiling primary toxicity studies. The authors appear to have selected results that supported a low-level threshold response and ignored results that are contradictory to such a response level. For example, there is a large body of literature, as summarized by Monosson (2000), that suggests the PCB tissue residues associated with adverse effects in fish are much higher than those reported by Meador et al. (2002).

- Many of the purported adverse effects in the Meador et al. (2002) source studies are actually considered to be biomarkers of exposure (e.g., altered hormone levels, changes in enzyme activity, and decreases in vitellogenin

---

[91]   Prediction limits represent the range of an individual response measurement based on the variability of the available data; in contrast to confidence limits which represent the range of the average response (Devore 1995)

synthesis) rather than evidence of adverse effects. Moreover, Meador et al.
(2002) did not mention that the cited studies also reported no apparent adverse
effects (e.g., decreased growth or survival) associated with these biomarkers.
Dr. Schlenk is certainly familiar with the difference between biomarkers of
exposure and indicators of adverse effects, given that he has published on the
topic (Schlenk 1996, Schlenk et al. 1996). Yet he fails to perform any critical
review or assessment of the relevance of the exposure biomarkers that drive
his Spokane River fish hazard assessment.

- In some of the cited studies in Meador et al (2002), the route of exposure was
  intraperitoneal (IP) injection,[92] which is often used to investigate acute
  chemical exposure. IP is an inappropriate exposure route for establishing
  adverse effects from environmental concentrations of toxic substances such as
  PCBs.

- Use of the 10th percentile of a rank order as the tissue RET constitutes an
  inappropriate reduction of a range of values to a single number. The 10th
  percentile of 15 numbers is ultimately determined only by the two studies with
  the lowest tissue residue effects levels, and all other studies with higher tissue
  residue effects levels are effectively ignored. It is not a statistically meaningful
  expression of the entire range of values and endpoints.

- The RET was stated in terms of the whole-body tissue residues of PCBs,
  despite the fact that whole-body tissue residues were measured directly in only
  8 of the 15 studies. For the remaining studies, Meador et al. (2002) used
  assumed fractional uptakes based on the route of exposure, which can
  underestimate the concentration associated with the purported adverse effects,
  as seen from results of some of the studies that directly measured tissue
  concentrations.

- Meador et al. (2002) cited two studies that first exposed fish to PCBs and then
  tested them for acute toxicity during exposure to other chemicals. This

---

[92]  Under this exposure route, the chemical of interest is injected directly into the fish tissue.

approach violates one of Meador's six selection criteria for study inclusion, namely that "individuals were exposed to PCBs and only to a mixture (e.g., Aroclor 1254)."

Lastly, the use of any salmonid toxicity threshold is inappropriate for risk or hazard assessment of non-salmonid species, which are generally less sensitive to PCBs (Zabel et al. 1995b). While two of the three species evaluated by Dr. Schlenk, rainbow trout and mountain whitefish are salmonids, the species that he apparently believes is most likely to be adversely affected by PCBs, the largescale sucker, is a non-salmonid species. As noted in my own assessment of Spokane River fish exposure (Section 10.1.1), a realistic estimate of the true adverse effect threshold in non-salmonid fish tissue is 9.3 mg/kg ww, the same value used by Ecology in their 2001 assessment (Johnson 2001). This value is well above any of the 2012 largescale sucker concentrations presented by Dr. Schlenk.

As a result of these deficiencies in Dr. Schlenk's method, his determination of hazards to some Spokane River fish at some locations is meaningless. Dr. Schlenk's method is not reliable for predicting theoretical risk and certainly does not indicate the occurrence of adverse effects to fish or harm to fish populations. Therefore, Dr. Schlenk's purported update to Ecology's 2001 PCB hazard assessment for Spokane River fish does not represent application of new or better quality scientific evidence.

### 14.2.3   Assessment of selection and use of PCB toxicity thresholds for piscivorous wildlife by Dr. Schlenk

In support of his assessment, Dr. Schlenk compiled a list of threshold values to evaluate the risk of PCBs to wildlife consuming fish from the Spokane River. The values were sourced from guidance documents developed for use at the Niagara River in New York (Newell et al. 1987), in British Columbia (Nagpal 1992), and throughout Canada (Canadian Council of Ministers of the Environment 2001). Because these wildlife criteria are intended to be protective of all piscivorous species within the geographical regions covered, they incorporate conservative assumptions to prevent drawing incorrect conclusions about risk. As such, they can most appropriately be considered screening tools to rapidly assess tissue data, and the Canadian guidance acknowledges this, stating "TRGs [tissue residue guidelines] and their corresponding

species-specific values (or reference concentrations) can be routinely applied as **screening tools** [emphasis added] to assess the potential risk of exposure through consumption of contaminated prey items" (Canadian Council of Ministers of the Environment 1999a). However, as in any screening evaluation, exceedances of screening criteria need to be further assessed to more accurately evaluate the potential for unacceptable risk (U.S. EPA 1997). Dr. Schlenk failed to do this in his evaluation of Spokane River data.

### 14.2.3.1    Critical review of Dr. Schlenk's selected benchmarks for hazards to wildlife

Dr. Schlenk selected three sets of criteria for evaluation of PCB hazards to wildlife:

1. Acceptable daily intakes (ADIs) developed for piscivorous wildlife developed by Newell et al. (1987) referred to as the New York Niagara River Criteria
2. A conservative value developed by British Columbia intended to be protective of all wildlife dependent on aquatic life for food (Nagpal 1992)
3. Tissue residue guidelines (TRGs) developed by Canadian Council of Ministers of the Environment as screening tools for concentrations of different chemicals in diets of wildlife consumers of aquatic biota (Canadian Council of Ministers of the Environment 2001).

In the following, I review each set of criteria, examining the methodology used to derive threshold concentrations and the technical suitability of the toxicological studies upon which the thresholds are based.

The New York Niagara River criteria were developed on the premise that chronic no-effect levels of chemicals in the diets of laboratory animals can be used to estimate fish tissue residue levels that will not adversely affect wildlife. These ADIs are expressed on a wet-weight, total PCB basis, and conservative factors incorporated into the derivation of these thresholds include:

- Exposure to chemicals is maximized by selecting bird and mammal species with the greatest ratios of daily food consumption to body weight in the development of fish flesh criteria.

- Uncertainty factors are applied to estimate a chronic NOAEL from subacute data or a chronic LOAEL and to account for interspecies uncertainty.
- Criteria values are developed separately for various bird and mammal species and the lowest value is selected as the screening threshold for all species.

The mammalian ADI is 0.13 mg/kg and is based on a study by Platonow and Karstad (1973). In that study, ranch mink were fed meat from cows dosed with Aroclor 1254 for 160 days including during the breeding season, at doses of 0.64 and 3.57 mg/kg in diet. Non-dosed mink from the test facility general population served as controls. However, later testing revealed the commercial ration used to feed both the control mink and test mink before the study contained 0.30 mg/kg PCB; hence, test minks' true exposure to PCBs is not known, but is likely much higher than indicated by the dosed experimental diet. The lack of a true experimental control makes this study inappropriate for TRV development based on the criteria I apply, but these issues are not raised or considered by Newell et al. (1987) who used the LOEL food concentration of 0.64 mg/kg and applied a 0.2 uncertainty factor to derive the NOEL ADI.

The avian ADI is 0.11 mg/kg and is reportedly derived from Britton and Huston (1973), who exposed white leghorn chickens to Aroclor 1248 for 9 weeks. As I have previously documented in my report, the extreme sensitivity of chickens to effects of PCBs makes them an inappropriate surrogate for deriving exposure thresholds for wild bird species.

British Columbia established fish and shellfish tissue residue thresholds to represent concentrations that should not be exceeded to prevent detrimental effects from occurring to fish-eating wildlife (Nagpal 1992). Detailed derivation methods are not provided, but the guidance notes that all criteria have built-in safety factors that are conservative. A single value is chosen to be protective of all wildlife species; the PCB criterion is 0.1 mg/kg ww, which is based on the Platonow and Karstad (1973) mink study reviewed above. The value is one-sixth the lower test concentration in that study (0.64 mg/kg). As such, this threshold should not be used for risk assessment purposes.

Criteria developed by the Canadian Council of Ministers of the Environment (2001) are termed tissue residue guidelines (TRGs) because they are the maximum concentration of a chemical

Dec GMV Re: Opposition to Pl MILs 000988

substance in the tissue of aquatic biota or plants that is not expected to result in adverse effects in wildlife consumers. Guidance states that TRGs and their corresponding species-specific values (or reference concentrations) can be routinely applied as **screening tools** for consumption of contaminated prey items (Canadian Council of Ministers of the Environment 1999a). Several conservative factors have been incorporated into the derivation of thresholds, including:

- Exposure is maximized by selecting bird and mammal species with the greatest ratios of daily food consumption to body weight in the development of fish tissue criteria.
- For mink, the consumption rate was 0.24 kg/kg BW-d, a value considerably higher than reported in most other feeding studies (typically about 0.15 mg/kg BW-d)
- The tolerable daily intake (TDI) is calculated by dividing the geometric mean of the LOAEL and NOAEL by an uncertainty factor.
- If an underlying study does not report a NOAEL, it was calculated by dividing the LOAEL by 5.6.

Unlike the New York and British Columbia guidance documents, the Canadian guidance explicitly details the procedure for reviewing and selecting studies and for calculating TRGs (Canadian Council of Ministers of the Environment 1999b). For mammals, studies on at least three species are required, two of which must be subchronic or chronic; minimum requirements for birds are at least two species tested and at least one subchronic or chronic study (Canadian Council of Ministers of the Environment 1999b). For PCBs, TRGs are expressed on a TEQ basis. The mammalian TDI is 0.79 ng TEQ/kg diet ww, and the avian guideline value is 2.4 ng TEQ/kg ww (Canadian Council of Ministers of the Environment 2001).[93]

The mammalian TRG is derived from a mink study by Wren et al. (1987). Mink were exposed by diet to 1 mg Aroclor 1254/kg (daily dose of 0.15 kg/kg-d) for up to 182 d including during reproduction. The number of kits per female, percentage of females whelped, and fertility of

---

[93] Dr. Schlenk cites the source as "Environment Canada (2002)." I have not been able to identify that reference. However, Dr. Schlenk also reports TRGs on a total PCB basis for birds and mammals citing the same reference. Based on a review of the guidance, I do not see his cited total PCB criteria and the source and/or method for deriving these values is not known.

male mink were not affected, but a decrease in 6 wk old male kit weights was observed. Since the study reported values on a total PCB basis, a conversion factor was used to convert to the TEQ-equivalent concentration in commercial Aroclor mixtures to derive a LOAEL of 4.5 ng TEQ/kg-d. It should be noted that TEFs for individual congeners were based on 1988 World Health Organization values (Van den Berg et al. 1998). However, a 2005 revision (Van den Berg et al. 2006) lowered the potency for all non-ortho and mono-ortho substituted congeners except 77 and 126. Therefore, based on our current knowledge of PCB toxicity to mammals the calculated LOAEL is likely too low. Ecology guidance also uses the 2005 values in calculating risk for mammals (Johnston 2016), yet Dr. Schlenk failed to make the same adjustment for the threshold value.

Since Wren et al. (1987) did not have a no-effect test group, Canadian guidance divided the LOAEL by 5.6 to calculate a NOAEL of 0.8 ng TEQ/kg-d and then used these values to calculate a geometric mean of 1.9 ng TEQ/kg-d. Wren et al. (1987) also conducted other dosing trials that exposed mink simultaneously to both Aroclor 1254 and methylmercury. Although problematic for differentiating effects due to each chemical, an absence of adverse effects would indicate neither compound was toxic at the level tested. Wren et al. (1987) reported the absence of adverse effects on 6 wk old male kit weights at a lower dose of 0.5 mg PCB/kg in feed (0.075 mg PCBs/kg/d) in combination with 0.5 mg/kg MeHg, indicating a NOAEL of approximately 0.075 mg PCBs/kg/d and a final geometric mean of 3.2 ng TEQ/kg-d. Thus, deriving a NOAEL from a LOAEL with a scaling factors of 5.6 was overly conservative, as the process should have been informed by this additional data. Moreover, Canadian guidance applies a 10-fold uncertainty factor to the geometric mean of 1.9 ng TEQ/kg-d to accommodate interspecific differences in sensitivity, despite noting that mink are the most sensitive species to chronic dietary exposure to PCBs (Canadian Council of Ministers of the Environment 2001). The adjusted NOAEL is then divided by the food intake to body weight ratio (0.24), resulting in a TDI of 0.79 ng TEQ/kg diet. By comparison, with a NOAEL derived from available trial data, no interspecies uncertainty factor, and a more typical daily food intake rate (0.15 kg/kg), a more appropriate TRG of 21.3 ng TEQ/kg diet is calculated. All tissue samples collected from the Spokane River are well below this more appropriate threshold (Tables 2, 3, and 4 in Schlenk 2019b).

For avian species Dr. Schlenk considered as potentially exposed to PCBs in the Spokane River, food intake ratios are 0.11, 0.20, and 0.22 for eagle, osprey and heron, respectively (Canadian Council of Ministers of the Environment 1999b). However, Canada applies a food intake ratio for Wilson's storm petrel to calculate their avian TDI; hence, this value cannot be used to accurately assess risk to Spokane River species. To generate relevant TDI values, the intake rates specific to the Spokane River species should be used. This results in values of 20.9, 11.5, and 10.5 ng TEQ/kg diet for eagle, osprey, and heron, respectively. Based on data presented in Tables 2, 3, and 4 in Schlenk (2019b), these thresholds would indicate no risk to bald eagles anywhere along the Spokane River or to ospreys or herons in Upper Lake Spokane and only minimal risk to ospreys and herons in other reaches (maximum TEQ is 12.6 ng TEQ/kg for largescale sucker in the Above Upriver reach). However, it is important to note that osprey and herons are among the least sensitive avian species tested to TEQ exposure (Farmahin et al. 2013), indicating that this approach, using a sensitive chicken-based threshold, greatly over-estimates risk to these species.

In summary, when technically appropriate adjustments are made to the Canadian TEQ thresholds for mammals and bird, the adjusted values indicate no theoretical risk to receptors in the Spokane River when assessing fish tissue data on a TEQ basis. This is consistent with my conclusions presented in Section 10.1.2 when assessing risk to wildlife on a total PCB basis.

## 14.3    Overall Summary

In conclusion, the findings regarding ecological risk of PCBs in the Spokane River presented in Dr. Schlenk's report are not valid due to his use of outdated, inappropriate, or scientifically unreliable thresholds. Moreover, though he purports to "update" the 2001 Ecology report, his methods do not consistently follow those used by Ecology, and no explanation is provided for these deviations. At multiple points in his assessment, Dr. Schlenk has made assumptions and decisions potentially affecting results of his assessment without documenting the justification and rationale. Most notably, he appears to evaluate ecological risk to fish and wildlife using only a small subset of the available fish tissue data, and his criteria for including and excluding data are not presented. This is a critical omission that calls into question the validity of his findings.

Finally, even if valid thresholds had been utilized, Dr. Schlenk's characterization of theoretical effects based on those exceedances would still be overly simplistic and include no real understanding or explanation of the extent, magnitude or ecological significance of those theoretically predicted effects. His assessment constitutes, at best, a screening-level assessment and as such cannot be used to evaluate risk of PCBs to ecological receptors in the Spokane River.

**Appendix A**

**Curriculum Vitae of
Paul D. Boehm, Ph.D.**



# Exponent®
Engineering & Scientific Consulting

## Paul D. Boehm, Ph.D.

Corporate Vice President & Principal Scientist | Environmental & Earth Sciences
1 Mill and Main Place, Suite 150 | Maynard, MA 01754
(978) 461-4601 tel | pboehm@exponent.com

## Professional Profile

As an environmental scientist and strategic advisor on environmental issues, Dr Boehm has conducted investigations for, consulted with, and advised industrial, legal, and government clients on scientific matters involving regulatory issues and legal claims associated with chemical contaminants in the environment. The main pillars of his professional work include analyzing and explaining the environmental distributions and fates hazardous chemical and petroleum releases, and ecological effects from chemical exposures. Dr. Boehm is a leading practitioner and a recognized expert in the fields of natural resource damage assessments (NRDA) for oil spills and contaminated sites; maritime environmental incidents; natural gas geochemistry; and the environmental and forensic chemistry of crude and refined petroleum; polycyclic aromatic hydrocarbons (PAHs), polychlorinated biphenyls (PCBs), and other organic chemicals; and natural gas geochemistry.  His practice also directly involves the environmental fate and transport of chemicals as well as exposure and impact assessment.

Dr. Boehm's consulting work has focused both historical legacy and contemporary chemical releases from especially those adjacent to urban waterways. These facilities include: oil refineries, fuel terminals, pipelines, and offshore platforms; manufactured gas plants (MGPs); integrated steel mills; pulp and paper mills; other active and legacy manufacturing sites; and natural gas storage fields.Many of his projects involve aspects of historical reconstruction of chemical releases; chemical fingerprinting; divisibility and apportionment; allocation at CERCLA and OPA multiparty sites; and chemical exposure and injury assessment. His extensive knowledge of the strategic application and practice of environmental chemistry and forensics has contributed to the published literature and to legal matters on source identification, fate, and transport of PAHs, PCBs, other chlorinated organics, solvents (TCE, PCE), stable isotopes, and metals. He was one of the early and formative practitioners in the area of petroleum fingerprinting.

Dr. Boehm is well-known internationally in the field of aquatic and marine pollution, especially matters involving coastal and urban areas. His scientific consulting work over 42 years has been interwoven with oil spill scientific assessments in relation to: emergency response, NRDA, as well as civil and criminal complaints arising from these matters.. Dr. Boehm has investigated and published extensively on the fate and effects of many major oil spills in the United States, Europe, and the Middle East (e.g., Amoco Cadiz; Haven; Ixtoc 1; Exxon Valdez; Arabian Gulf War spill; BP - Deepwater Horizon). In the NRDA practice area he has also been engaged in numerous cases at CERCLA and state sites, where he has provided expert technical support on exposure and ecological injury assessment; the determination of baseline or background; divisibility and apportionment of contamination, including the applicability of CERCLA's "petroleum exclusion."

Dr. Boehm is an experienced consulting and testifying expert on a range of legal matters involving environmental claims: apportionment and allocation; NRDA; remediation and insurance cost recovery; toxic torts; class action cases; and maritime cases under the Clean Water Act and MARPOL. Dr. Boehm has published extensively in scholarly journals, is an associate editor of two prestigious journals, and has

been appointed to serve on several national panels on environmental/ marine pollution and has served on several National Research Council panels.

## Academic Credentials & Professional Honors

Ph.D., Oceanography, University of Rhode Island, 1977

M.S., Oceanography, University of Rhode Island, 1973

B.S., Chemical Engineering, University of Rochester, 1970

## Prior Experience

Research Leader, Vice President, and Oil and Gas Market Manager, Battelle Science and Technology Inc. (Battelle Memorial Institute), 2001-2004

Corporate Vice President (1991-2001), Managing Director (1999-2001), and Director (1989-1999), Environmental, Health, and Safety Division, Arthur D. Little, Inc., (ADL), Cambridge, 1989-2001

Senior Research Scientist and Geochemistry Section Manager, Battelle Memorial Institute (BMI), Duxbury, MA, 1983-1989

Principal Scientist, Energy Resources Company (ERC0), 1976-1983

## Professional Affiliations

American Chemical Society — ACS

Society of Environmental Toxicology and Chemistry — SETAC

Association for Environmental Health and Sciences Foundation - AEHS

International Society of Environmental Forensics — ISEF

American Society for Testing and Materials — ASTM

American Bar Association (associate member)

## Publications

Complete listing: http://scholar.google.com/citations?user=eyAmbYEAAAAJ&hl=en

Kytomaa HK, Boehm P, Osteraas J, Haddad B, Hacker J, Gilman L, Jampole E, Murphy P, and Souri S. An integrated method for quantifying and managing extreme weather risks and liabilities for industrial infrastructure and operations. Process Safety Progress. 2019; e12087. https://doi.org/10.1002/prs.12087

Murray KJ, Boehm PD, Prince RC .The importance of understanding transport and degradation of oil and gasses from deep sea blowouts (Chap. 6). In: Murawski SA, Ainsworth C, Gilbert S, Hollander D, Paris CB, Schlüter M, Wetzel D (eds) Deep oil spills - Facts, Fate and Effects. Springer, Cham. 2020

Kytomaa H, Boehm P,  Osteraas J, Haddad R, Hacker J, Gilman L,  Jampole E, Murphy P, Souri S. A Non-Stationary Approach to Conducting Site-Specific Integrative Risk Management Assessments at Industrial Facilities at Risk from Extreme Weather Events, American Institute of Chemical Engineers 2019 Spring Meeting and 15th Global Congress on Process Safety New Orleans, LA March 31 - April 3, 2019

Paul Boehm, Ph.D.
08/19   |   Page 2

Boehm PD.  The science of natural resource damage assessments: Dilemma or oxymoron. ABA SEER Superfund and Natural Resource Damages Litigation Committee Newsletter, Vol 13, 3, p3-6 American Bar Association, 2018.

Benton L, Cook L,Haddad B, Boehm P.  Lessons learned: The case for data optimization for oil spills, ABA SEER Superfund and Natural Resource Damages Litigation Committee Newsletter, Vol 13, 1, p16-18, American Bar Association (2018)

Boehm PD, Pietari, P, Cook, LL,  Saba, T (2018): Improving rigor in polycyclic aromatic hydrocarbon source fingerprinting, Environmental Forensics, DOI: 10.1080/15275922.2018.1474287

Saba T, Boehm PD.  Determination of the applicability of CERCLA's petroleum exclusion at contaminated sites - Focus on metals. Environmental Forensics 2018; 19(1):27-38.

Murray K, Boehm P. Towards an understanding of the evolution (fate and transport) of the 2010 Deepwater Horizon Oil Spill. In:  Proceedings of the 2017 International Oil Spill Conference, Vol 2017, No 1.

Morrison AM, Edwards M, Buonagurio J, Cook L, Murray K, Boehm P. Assessing the representativeness and sufficiency of water samples collected during an oil spill. In: Proceedings of the 2017 International Oil Spill Conference, Vol 2017, No 1.

Benton L, Cook L, Haddad B, Boehm P. Lessons learned: the case for data optimization between response and NRDA. In: Proceedings of the 2017 International Oil Spill Conference, Vol 2017, No 1.

Murray K, Brown J, Cook L, Boehm P. Fingerprinting of weathered oil residues in sediments from the Deepwater Horizon Oil Spill: The importance of multiple lines of investigation. In: Proceedings of the 2017 International Oil Spill Conference, Vol 2017, No 1.

Cook L, Benton L, Brown J, Boehm P. Weathering of MC252 oil from release to shoreline: stages of weathering. In: Proceedings of the 2017 International Oil Spill Conference, Vol 2017, No 1.Aldea M, Edwards M, Pietari J, Boehm P. Cautions on the treatment of non-detect results for environmental forensics. Environmental Forensics 2016; 17(4):3110318.

Boehm P, Morrison AM, Semenova S, Kashuba R, Ahnell A, Monti C. A comprehensive model for oil spill liability estimation. Society of Petroleum Engineers, SPE-179301-MS, SPE International Conference and Exhibition on Health, Safety, Security, Environment, and Social Responsibility, 11-13 April, Stavanger, Norway http://dx.doi.org/10.2118/179301-MS

Boehm PD, Murray KJ, Cook LL. Distribution and Attenuation of Polycyclic Aromatic Hydrocarbons in Gulf of Mexico Seawater from the Deepwater Horizon Oil Accident, Environmental Science and Technology 50 (2), 584-592, 2016.

Boehm PD, Murphy BL. Applications of Environmental Forensics. In: Introduction to Environmental Forensics. Murphy BL, Morrison RD (eds), pp. 3-20, Elsevier Ltd. Academic Press, 2015.

Shields WJ, Saba T, Boehm PD, Pietari J. Congeners: A forensics analysis. In: Introduction to Environmental Forensics. Murphy BL, Morrison RD (eds), pp. 347-393, Elsevier Ltd. Academic Press, 2015.

O'Reilly KT, Ahn S, Pietari J, Boehm PD Use of Receptor Models to evaluate sources of PAHs in sediments, Polycyclic Aromatic Hydrocarbons, 2015; 35:41-56.

Boehm PD, Page DS, Brown JS, Neff JM, Gundlach E. Long-Term Fate and Persistence of Oil from the

Exxon Valdez Oil Spill: Lessons Learned or History Repeated?. International Oil Spill Conference Proceedings: Vol. 2014, No. 1, pp. 63-79.

O'Reilly K, Pietari J, Boehm P. Parsing pyrogenic PAHs: Forensic chemistry, receptor models, and source control policy. Integrated Environmental Assessment and Management 2014; 10:279-285.

Boehm PD, Ginn TC. The science of natural resource damages assessments. Environmental Claims Journal 2013; 25:185-225.

Boehm PD, Gundlach ER, Page DS. The phases of an oil spill and scientific studies of spill effects. In: Oil in the Environment: Legacies and Lessons of the Exxon Valdez Oil Spill. Wiens J (ed), pp. 37-56, Cambridge University Press, 2013.

Boehm PD, Neff JM, Page DS. Oil in the water column. In: Oil in the Environment: Legacies and Lessons of the Exxon Valdez Oil Spill. Wiens J (ed), pp. 57-77, Cambridge University Press, 2013.

Page DS, Boehm PD, Brown, JS, Gundlach ER, Neff JM. Fate of oil on shorelines. In: Oil in the Environment: Legacies and Lessons of the Exxon Valdez Oil Spill. Wiens J (ed), pp. 116-143, Cambridge University Press, 2013.

Gundlach ER, Page DS, Neff JM, Boehm PD. Shoreline biota. In: Oil in the Environment: Legacies and Lessons of the Exxon Valdez Oil Spill. Wiens J (ed), pp. 241-262, Cambridge University Press, 2013.

Boehm PD, Carragher PD. Location of natural oil seep and chemical fingerprinting suggest alternative explanation for deep sea coral observations, Proceedings, National Academy of Sciences, 2012. www.pnas.org/cgi/doi/10.1073/pnas.1209658109

Saba T, Boehm PD. Use of natural gas compositional tracers to investigate gas migration from a gas storage field. Environmental Geosciences 2012; 19:1-12.

O'Reilly, KO, Pietari J, Boehm PD. A forensic assessment of refined tar-based sealers as a source of polycyclic aromatic hydrocarbons in urban sediments. Environmental Forensics 2012; 13:185-196.

Saba T, Boehm PD. CERCLA's petroleum exclusion and the use of chemical forensic methods. ABA Superfund and NRD Litigation Committee Newsletter 2011; 6(2).

O'Reilly, KO, Brown JS, Jaana Pietari, J Boehm P. Establishing the chemical footprint of potential injury from petroleum product releases at fuel terminals. Proceedings, 2011 International Oil Spill Conference, American Petroleum Institute, Washington, DC, 2011.

Boehm PD, Cook, LL, Murray KJ. Aromatic hydrocarbon concentrations in seawater: Deepwater Horizon Oil Spill. Proceedings, 2011 International Oil Spill Conference, American Petroleum Institute, Washington, DC, 2011.

Boehm PD, Page DS, Neff JM, Brown JS. Are sea otters still being exposed to subsurface oil residues from the Exxon Valdez oil spill? Marine Pollution Bulletin 2011; 62:581-589.

Neff JM, Page DS, Boehm PD. Exposure of sea otters and harlequin ducks in Prince William Sound, Alaska, to shoreline oil residues 20 years after the Exxon Valdez oil spill. Environmental Toxicology and Chemistry 2011; 30:659-672.

O'Reilly K, Pietari J, Boehm P. Comment on "PAHs Underfoot: Contaminated Dust from Coal-Tar Sealcoated Pavement is Widespread in the U.S." Environmental Science and Technology 2011; 45:3185-3186.

Saba T, Boehm PD. Congener-based analysis of the weathering of PCB Aroclor 1242 in paper mill sludge. Chemosphere 2011; 82:1321-1328.

Saba T, Boehm PD. Quantitative PCB congener and homologue profile comparisons. Environmental Forensics 2011; 12:134-142.

Menzie CA, Cantor R, Boehm P. Business planning for climate change: Identifying vulnerabilities and planning for changes in water, temperature, sea level, natural resources, health effects, and extreme events. Environmental Claims Journal 2011; 23(3-4):190-198.

Menzie C, Cantor R, Boehm P, Bailey JR. An approach to business vulnerability and risk assessments related to Climate Change. SPE Paper Number SPE-127083-PP, 2010, Proceedings, SPE International Conference on Health, Safety and Environment in Oil and Gas Exploration and Production, Society of Petroleum Engineers, Rio de Janeiro, Brazil, April 12-14, 2010.

Boehm PD. Addition by Division: Apportioning liability using environmental forensics. In Toxic Torts and Environmental Law Seminar, New Orleans, LA, 2010: 105-199.

Page DS, Boehm PD, Neff JM. Comment on "Unlike PAHs from Exxon Valdez Crude Oil, PAHs from Gulf of Alaska Coals are not Readily Bioavailable." Environmental Science and Technology 2010; 44.

Boehm PD, Page DS, Neff JM. Comments on the misuse of SPMDs in recent articles by Springman et al. (2008a, b) and Short et al. (2008). Marine Environmental Research 2009; 67:262-267.

Boehm PD, Page DS, Brown JS, Neff JM, Bragg JR, Atlas RM. Distribution and weathering of crude oil residues on shorelines 18 years after the Exxon Valdez spill. Environmental Science and Technology 2008; 42:9210-9216.

Boehm PD, Page DS. Exposure elements in oil spill risk and natural resource damage assessments: A review. Human and Ecological Risk Assessment 2007; 13:2:418-448.

Boehm PD, Page DS, Neff JM, Johnson C. Potential for sea otter exposure to remnants of buried oil from the Exxon Valdez oil spill. Environmental Science and Technology 2007; 41:6860-6867.

Boehm PD, Neff JM, Page DS. Assessment of polycyclic aromatic hydrocarbon exposure in the waters of Prince William Sound after the Exxon Valdez oil spill: 1989-2005. Marine Pollution Bulletin 2007; 54:339-356.

Bence AE, Page DS, Boehm PD. Advances in forensic techniques for petroleum hydrocarbons: The Exxon Valdez experience. In: Petroleum Forensics. Elsevier, 2006.

Burns WA, Mudge SM, Bence TD, Boehm PD, Brown JS, Page DS, Parker KR. Source allocation by least-squares hydrocarbon fingerprint matching. Environmental Science and Technology 2006; 40(21).

Boehm PD. Polycyclic aromatic hydrocarbons. In: Environmental Forensics — A Contaminant Specific Approach. Elsevier, 2006.

Neff JM, Bence AE, Parker KR, Page DS, Brown JS, Boehm PD. Bioavailability of polycyclic aromatic hydrocarbons from buried shoreline oil residues 13 years after the Exxon Valdez oil spill: A multispecies assessment. Environmental Toxicology and Chemistry 2006; 25:947-961.

Nielsen D, Ginn T, Ziccardi L, Boehm PD. Study: Proposed offshore gulf LNG terminals will have minor effects on fish populations. Oil and Gas Journal 2006; 104.

Page DS, Brown JS, Boehm PD, Bence AE, Neff JM. A hierarchical approach measures the aerial extent

Dec GMV Re: Opposition to Pl MILs 000998

and concentration levels of PAH-contaminated shoreline sediments at historic industrial sites in Prince William Sound, Alaska. Marine Pollution Bulletin 2006; 52:367-379.

Boehm PD, Maxon CL, Newton FC, Brown JS, Galperin Y. Aspects of polycyclic aromatic hydrocarbons in offshore sediments in the Azeri sector of the Caspian Sea. In: Offshore Oil and Gas Environmental Effects Monitoring: Approaches and Technologies. Armsworthy SL, Cranford PJ, Lee K (eds), Battelle Press, Columbus, OH, 2005.

Boehm PD, Page DS, Brown JS, Neff JM, Bence AE. Comparison of mussels and semi-permeable membrane devices as intertidal monitors of polycyclic aromatic hydrocarbons at oil spill sites. Marine Pollution Bulletin 2005; 50:740-750.

Page DS, Boehm PD, Brown JS, Neff JM, Burns WA, Bence AE. Mussels document loss of bioavailable polycyclic aromatic hydrocarbons and the return to baseline conditions for oiled shorelines in Prince William Sound, Alaska. Marine Environmental Research 2005; 60:422-436.

Boehm PD, Page DS, Brown JS, Neff JM, Burns WA. Polycyclic aromatic hydrocarbons in mussels from Prince William Sound, Alaska, document the return to baseline conditions. Environmental Toxicology and Chemistry 2004; 12:2916-2929.

Douglas GS, Burns WA, Bence AE, Page DS, Boehm PD. Optimizing detection limits for the analysis of petroleum hydrocarbons in complex environmental samples. Environmental Science and Technology 2004; 38:3958-3964.

Boehm PD, Neff JM, Brown JS, Page DS, Burns WA, Maki AW, Bence AE. The chemical baseline as a key to defining continuing injury and recovery of Prince William Sound. pp. 275-283. Proceedings, 2003 Oil Spill Conference, American Petroleum Institute Publication No. I 4730 B. API, Washington, DC, 2003.

Emsbo-Mattingly S, Boehm PD. Identifying PAHs from manufactured gas plant sites. Technical Report No. 1005289. EPRI, Palo Alto, CA, 2003.

Neff JM, Boehm PD, Kropp R, Stubblefield WA, Page DS. Monitoring recovery of Prince William Sound, Alaska, following the Exxon Valdez oil spill: Bioavailability of PAH in offshore sediments. pp. 299-305. Proceedings, 2003 International Oil Spill Conference, American Petroleum Institute Publication No. I 4730 B. API, Washington, DC, 2003.

Page DS, Bence AE, Burns WA, Boehm PD, Brown JS, Douglas GS. The role of petroleum geochemistry in defining oil spill recovery: Examples from the Exxon Valdez spill in Prince William Sound, Alaska. Proceedings, 2003 International Oil Spill Conference, American Petroleum Institute Publication No. I 4730 B. API, Washington, DC, 2003.

Page DS, Boehm PD, Stubblefield WA, Parker KR, Gilfillan ES, Neff JM, Maki AW. Reply to: Rice SD, Carls MG, Heintz RA, Short JW. Comment on "Hydrocarbon composition and toxicity of sediments following the Exxon Valdez oil spill in Prince William Sound, Alaska, USA" by Page et al. Environmental Toxicology and Chemistry 2003; 22(11):2539-2540.

Boehm PD, Burns WA, Page DS, Bence AE, Mankiewicz PJ, Brown JS, Douglas GS. Total organic carbon, an important tool in a holistic approach to hydrocarbon fingerprinting. Environmental Forensics 2002; 3:243-250.

Page DS, Bence AE, Burns WA, Boehm PD, Brown JS, Douglas GS. Holistic approach to hydrocarbon source allocation in the subtidal sediments of Prince William Sound embayments. Environmental Forensics 2002; 3:331-340.

Page DS, Boehm PD, Stubblefield WA, Parker KR, Gilfillan ES, Neff JM, Maki AW. Hydrocarbon

Dec GMV Re: Opposition to Pl MILs 000999

composition and toxicity of sediments following the Exxon Valdez oil spill in Prince William Sound, Alaska. Environmental Toxicology and Chemistry 2002; 21:1421, 1438-1450.

Page DS, Gilfillan ES, Boehm PD, Neff JM, Stubblefield WA, Parker KR, Maki AW. Sediment toxicity measurements in oil spill injury assessment: A study of shorelines affected by the Exxon Valdez oil spill in Prince William Sound, Alaska. Proceedings, First International Conference on Remediation of Contaminated Sediments, Venice, Italy, October 10-11, 2001. Pellei M, Porta A, Hinchee RE (eds), pp. 137-146, Battelle Press, Columbus OH, 2002.

Boehm PD, Loreti CP, Rosenstein AB, Rury PM. A guide to polycyclic aromatic hydrocarbons for the non-specialist. Publication Number 4714. American Petroleum Institute, Washington, DC, 2001.

Boehm PD, Page DS, Burns WA, Bence AE, Mankiewicz PJ, Brown JS. Resolving the origin of the petrogenic hydrocarbon background in Prince William Sound, Alaska. Environmental Science and Technology 2001; 35(3):471-479.

Emsbo-Mattingly SD, McCarthy KJ, Uhler AD, Stout SA, Boehm PD, Douglas GS. Identifying and differentiating high and low temperature tars at contaminated sites. Contaminated Soil, Sediment Water, June/July Issue, 2001.

Emsbo-Mattingly S, McCarthy KS, Uhler AD, Stout SA, Boehm PD. Sources of wood, coal, and petroleum tars. Contaminated Soil, Sediment Water, Special Edition, Spring 2001.

Uhler AD, Stout SA, Hicks, J.E., McCarthy KS, Emsbo-Mattingly S, Boehm PD. Advanced 3-D data analysis: Tools for visualization and allocation. Contaminated Soil, Sediment Water, Special Edition, April/May 2001.

Emsbo-Mattingly S, Uhler AD, Stout SA, McCarthy KS, Douglas GS, Brown JS, Boehm PD. Polycyclic aromatic hydrocarbon (PAH) chemistry of MGP tar and source identification in sediment. pp. 1-1 to 1-41. In: Sediments Guidance Compendium. Report No. 1005216. Electric Power Research Institute, Palo Alto, CA, 2001.

Gilfillan ES, Page DS, Neff JM, Parker KR, Boehm PD. A 10-year study of shoreline conditions in the Exxon Valdez spill zone, Prince William Sound, Alaska. pp. 559-567. Proceedings, 2001 Oil Spill Conference, American Petroleum Institute, Washington, DC, 2001.

Page DS, Gilfillan ES, Stubblefield WA, Boehm PD, Parker KR, Maki AW. Oil weathering and sediment toxicity in shorelines affected by the Exxon Valdez oil spill in Prince William Sound, Alaska. pp. 551-557. Proceedings, 2001 International Oil Spill Conference, American Petroleum Institute, Pub. 4686B, Washington, DC, 2001.

Stout SA, Uhler AD, Boehm PD. Recognition of and allocation among sources of PAH in urban sediments. Environmental Claims Journal 2001; 13(4):141-158.

Bence AE, Burns WA, Mankiewicz PJ, Page DS, Boehm PD. Comment on PAH refractory index as a source discriminant of hydrocarbon input from crude oil and coal in Prince William Sound, Alaska, by Hostettler FD, Rosenbauer RJ, Kvenvolden KA. Organic Geochemistry 2000; 31(9):931-938.

Boehm PD, Douglas GS, Brown JS, Page DS, Bence AE, Burns WA, Mankiewicz PJ. Comment on natural hydrocarbon background in benthic sediments of Prince William Sound, Alaska: Oil vs. coal. Environmental Science and Technology 2000; 34(10):2064-2065.

Gilfillan ES, Page DS, Neff JM, Parker KR, Boehm PD, Maki AW. 1999 shoreline conditions in the Exxon Valdez oil spill zone in Prince William Sound. pp. 281-294. Proceedings, 23rd Arctic and Marine Oil Spill Program (AMOP) Technical Seminar. Environment Canada, Vancouver, 2000.

Page DS, Boehm PD, Douglas GS, Brown JS, Bence AE, Burns WA, Mankiewicz PJ. Mass balance constraints on the sources of the petrogenic hydrocarbon background in offshore sediments of Prince William Sound and the Gulf of Alaska. pp.1-9. Proceedings, 23rd Arctic and Marine Oil Spill Program (AMOP) Technical Seminar. Environment Canada, Vancouver, 2000.

Boehm PD, Metzger BH. Thinking "green" in emerging markets. Chemical Engineering Progress 1999; 95(1):69-72.

Page DS, Boehm PD, Douglas GS, Bence AE, Burns WA, Mankiewicz PJ. Pyrogenic polycyclic aromatic hydrocarbons in sediments record past human activity: A case study in Prince William Sound Alaska. Marine Pollution Bulletin 1999; 38:247-260.

Page DS, Gilfillan ES, Neff JM, Stoker SW, Boehm PD. 1998 shoreline conditions in the Exxon Valdez oil spill zone in Prince William Sound. pp. 119-126. Proceedings, 1999 International Oil Spill Conference. Beyond 2000-Balancing Perspectives. American Petroleum Institute, Washington, DC, 1999.

Turton DJ, Boehm PD, Gouveia DA. Managing the environmental data of a spill event. Proceedings, 1999 International Oil Spill Conference. Beyond 2000-Balancing Perspectives. American Petroleum Institute, Washington, DC, 1999.

Boehm PD, Page DS, Gilfillan ES, Bence AE, Burns WA, Mankiewicz PJ. Study of the fates and effects of the Exxon Valdez oil spill on benthic sediments from two bays in Prince William Sound, Alaska. 1. Study design, chemistry, and source fingerprinting. Environmental Science and Technology 1998; 32:567-576.

Brown JS, Boehm PD, Douglas GS. Approaches to chemical fingerprinting of fossil fuel residues in tissues. Proceedings, 21st Annual Conference on Analysis of Pollutants in the Environment. U.S. Environmental Protection Agency, Washington, DC, 1998.

Page DS, Boehm PD, Douglas GS, Bence AE, Burns WA, Mankiewicz PJ. Petroleum sources in the western Gulf of Alaska/Shelikoff Strait Area. Marine Pollution Bulletin 1998; 36:1004-1012.

Page DS, Boehm PD, Douglas GS, Bence AE, Burns WA, Mankiewicz PJ. Source of polynuclear aromatic hydrocarbons in Prince William Sound, Alaska, USA, subtidal sediments. Environmental Toxicology and Chemistry 1998; 17:1651-1652.

Boehm PD, Douglas GS, Burns WA, Mankiewicz PJ, Page DS, Bence AE. Application of petroleum hydrocarbon chemical fingerprinting and allocation techniques after the Exxon Valdez oil spill. Marine Pollution Bulletin 1997; 34:599-613.

Page DS, Boehm PD, Douglas GS, Bence AE, Burns WA, Mankiewicz PJ. An estimate of the annual input of natural petroleum hydrocarbons to seafloor sediments in Prince William Sound, Alaska. Marine Pollution Bulletin 1997; 34:744-749.

Brown JS, Boehm PD, Hardenstine JH, Douglas GS. The North Cape oil spill assessment: PAHs not equal to oil. Proceedings, Arctic and Marine Oilspill Program (AMOP) Technical Seminar. Environment Canada, pp. 167-179.Ottawa, Ontario, 1997.

Robilliard GA, Boehm PD, Amman MJ. Ephemeral data collection guidance manual with emphasis on oil spill NRDAs. Proceedings, 1997 International Oil Spill Conference, American Petroleum Institute, Washington, DC, 1997.

Boehm PD, Mankiewicz PJ, Hartung R, Neff JM, Page DS, Gilfillan ES, O'Reilly JE, Parker K. Characterization of mussel beds with residual oil and the risk to foraging four years after the Exxon Valdez oil spill. Environmental Toxicology and Chemistry 1996; 15:1289-1303.

Boehm PD, Marples AE, Metzger BH. An environmental road map for entering emerging markets. PRISM 1st Quarter. Arthur D. Little, Inc., 1996.

Page DS, Boehm PD, Douglas GS, Bence AE, Burns WA, Mankiewicz PJ. The natural petroleum hydrocarbon background in subtidal sediments of Prince William Sound, Alaska, USA. Environmental Toxicology and Chemistry 1996; 15(8):1266-1281.

Boehm PD, Costa HJ. Bioavailability of sediment oil residues four years following the Martinez spill. Proceedings, 1995 Oil Spill Conference. API, Washington, DC, 1995.

Boehm PD, Douglas GS, Brown JS. Advanced chemical fingerprinting for oil spill identification and natural resource damage assessments. pp. 967-969. Proceedings, 1995 Oil Spill Conference. API, Washington, DC, 1995.

Boehm PD, Douglas GS, Loreti CP. Managing the NRDA process: Challenges in establishing causation and injury. Presented at Toxic Substances in Water Environment: Assessment and Control, Cincinnati, OH, May 14-17, 1995.

Boehm PD, Galvani P, O'Donnell P. Scientific and legal conundrums in establishing injury and causation. pp. 31-60. In: Natural Resource Damages: A Legal, Economic, and Policy Analysis. National Legal Center for the Public Interest, Washington, DC, 1995.

Boehm PD, Page DS, Gilfillan ES, Stubblefield WA, Harner EJ. Shoreline ecology program for Prince William Sound, Alaska, following the Exxon Valdez oil spill: Part 2 — Chemistry and toxicology. In: Exxon Valdez Oil Spill: Fate and Effects in Alaskan Waters. Wells PG, Butler JN, Hughes JS (eds). American Society for Testing and Materials, Philadelphia, PA, 1995.

Gilfillan ES, Page DS, Harner EJ, Boehm PD. Shoreline ecology program for Prince William Sound, Alaska, following the Exxon Valdez oil spill: Part 3 - Biology. In: Exxon Valdez Oil Spill: Fate and Effects in Alaskan Waters. Wells PG, Butler JN, Hughes JS (eds). American Society for Testing and Materials, Philadelphia, PA, 1995.

Gilfillan ES, Suchanek TH, Boehm PD, Harner EJ, Page DS, Sloan NA. Shoreline impacts in the Gulf of Alaska region following the Exxon Valdez oil spill. In: Exxon Valdez Oil Spill: Fate and Effects in Alaskan Waters. Wells PG, Butler JN, Hughes JS (eds). American Society for Testing and Materials, Philadelphia, PA, 1995.

Page DS, Boehm PD, Douglas GS, Bence AE. Identification of hydrocarbon sources in the benthic sediments of Prince William Sound and the Gulf of Alaska following the Exxon Valdez oil spill. In: Exxon Valdez Oil Spill: Fate and Effects in Alaskan Waters. Wells PG, Butler JN, Hughes JS (eds). American Society for Testing and Materials, Philadelphia, PA, 1995.

Page DS, Gilfillan ES, Boehm PD, Harner EJ. Shoreline ecology program for Prince William Sound, Alaska, following the Exxon Valdez oil spill: Part I-Study design and methods. In: Exxon Valdez Oil Spill: Fate and Effects in Alaskan Waters. Wells PG, Butler JN, Hughes JS (eds). American Society for Testing and Materials, Philadelphia, PA, 1995.

Sauer TC, Boehm PD. Hydrocarbon chemistry analytical methods for oil spill assessments. Technical Report Series 95-032, Marine Spill Response Corporation, Washington, DC, 1995.

Frosch RA, Boehm PD, Bolton PA, Diamond PM, Horn SA, Nichols JA, Owens EH, Paine RT, Spaulding ML, Teal JM, Carson R. Review of the interagency oil pollution research and technology plan: Final report of the Committee on Oil Spill Research. National Academy of Sciences, Washington, DC, 1994.

Dec GMV Re: Opposition to Pl MILs 001002

Boehm PD, Gilfillan ES, Page DS, Stubblefield WA. Application of the sediment "Triad" approach to a major oil spill assessment: The Exxon Valdez oil spill. Proceedings, 14th Annual Meeting of the Society of Environmental Toxicology and Chemistry, Houston, TX, 1993.

Brown J, Boehm PD. The use of double-ratio plots of polynuclear aromatic hydrocarbon (PAH) alkyl homologues for petroleum source identification. Proceedings, 1993 Oil Spill Conference. American Petroleum Institute, Washington, DC, 1993.

Page DS, Boehm PD, Douglas GS, Bence AE. Identification of hydrocarbon sources in the benthic sediments of Prince William Sound and the Gulf of Alaska following the Exxon Valdez oil spill. p. 45. Proceedings, 16th Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, Calgary, Alberta, Canada, June 7-9, 1993.

Sauer TC, Brown JS, Boehm PD, Aurand DV, Michel J, Hayes M. Hydrocarbon source identification and weathering characteristics of intertidal and subtidal sediments along the Saudi Arabian coast after the Gulf War oil spill. Marine Pollution Bulletin 1993; 27:117-134.

Sauer TC, Brown JS, Rigatti MJ, Bleczinski CF, Kronick AT, Gamble PD, Boehm PD. ROPME Sea oil spill nearshore geochemical processes study. Volume 2. Hydrocarbon chemistry analytical results for year 1 (1992). MSRC Technical Report Series 93 002.2. Marine Spill Response Corporation, Washington, DC, 1993.

Steinhauer MS, Boehm PD. The composition and distribution of saturated and aromatic hydrocarbons in nearshore sediments, river sediments, and coastal peat of the Alaskan Beaufort Sea: Implications for detecting anthropogenic inputs. Marine Environmental Research 1992; 33:223-253.

Crecelius EA, Trefry JH, Steinhauer MS, Boehm PD. Trace metals in sediments from the Inner Continental Shelf of the western Beaufort Sea. Environmental Geology and Water Sciences 1991; 18:71-79.

Leblanc LA, Boehm PD. Monitoring hydrocarbons and trace metals in Beaufort Sea sediments and organisms: Implications for oil spill monitoring. Proceedings, 14th Arctic and Marine Oil Spill Conference, Vancouver, BC, 1991.

Requejo AG, Brown JS, Boehm PD, Sauer TC. Lignin geochemistry of North American coastal and continental shelf sediments. Organic Geochemistry 1991; 17:649-662.

Sauer TC, Boehm PD. The use of defensible analytical chemical measurements for oil spill natural resource damage assessments. pp. 363-369. Proceedings, 1991 International Oil Spill Conference. American Petroleum Institute, Washington, DC, 1991.

Boehm PD. Offshore oil and gas production effluents related to Alaskan OCS activities: Composition, transport, and accumulation. In: Proceedings, Workshop on the Determination of Unreasonable Environmental Degradation in Alaskan Marine Waters, U.S. Department of the Interior, Anchorage, AK, 1990.

Neff JM, Boehm PD, Haas L, Kinney PJ. Petroleum hydrocarbons in the water column of Prince William Sound Alaska. pp. 426-443. In: Oils Spills: Management and Legislative Implications. Spaulding ML, Reed M (eds). American Society of Civil Engineers, New York, NY, 1990.

Boehm PD. Overview of the biogenic and anthropogenic hydrocarbon distributions in sediments along the north Atlantic Margin. pp. 52-58. Proceedings, North Atlantic Submarine Canyons Workshop, U.S. Department of the Interior, Minerals Management Service, Herndon, VA, 1989.

Sauer TC, Brown JS, Requejo AG, Boehm PD. Evaluation of an organic chemical method for drilling fluid

determination in Outer Continental Shelf sediments. pp. 775-796. In: Drilling Wastes. Engelhardt FR, Ray JP, Gillam AH (eds). Elsevier Applied Science, New York, NY, 1989.

Sauer TC, Durell GS, Brown JS, Redford D, Boehm PD. Concentrations of chlorinated pesticides and PCBs in microlayer and seawater samples collected in open-ocean waters off the U.S. East Coast and in the Gulf of Mexico. Marine Chemistry 1989; 27:235-257.

Uhler A, Steinhauer W, Durell G, Freitas S, Boehm PD. Findings of tributyltin, dibutyltin and monobutyltin bivalves from selected U.S. Coastal waters. Environmental Toxicology and Chemistry 1989; 48:974-980.

Boehm PD, Brown JS, Requejo AG. The fate and partitioning of hydrocarbon additives to drilling muds as determined in laboratory studies. pp. 545□575. In: Drilling Wastes in the Environment. Engelhardt et al. (eds). Elsevier Science, Ltd., London, 1988.

McAullife CD, Boehm PD, Foster JC, Overton, EB, Page DS. Monitoring chemical fate of spilled oil. Oil Spill Studies: Measurement of Environmental Effects and Recovery. Gould JR (ed.), American Petroleum Institute, Washington, DC, pp. 18-56, 1988.

Werme C, Boehm P, Cooke M, Oberacker D, Jackson M, Redford D. Assessing potential effects of incinerating organic wastes at sea: Development and field testing of the Marine Biological Assessment Sampler. Marine Pollution Bulletin 1988; 19:602-604.

Boehm PD. Transport and transformation processes regarding hydrocarbon and metal pollutants in offshore sedimentary environments. pp. 233-286. In: Long Term Environmental Effects of Offshore Oil and Gas Development. Boesch DF, Rabalais NN (eds). Elsevier Applied Science, NY, 1987.

Boehm PD. Status of the habitat: Chemical considerations — organic chemistry. pp. 61-76. In: Boston Harbor and Massachusetts Bay: Issues, Resources, Status, and Management. Brown B (ed). U.S. Department of Commerce, National Oceanic and Atmospheric Administration, Washington, DC, 1987.

Boehm PD, Steinhauer MS, Green DR, Fowler B, Humphrey B, Fiest DL, Cretney WS. Comparative fate of chemically dispersed and beached crude oil in subtidal sediments of the arctic nearshore. Arctic 1987; 40 (Suppl. 1):133-148.

Cretney WJ, Green DR, Fowler BR, Humphrey B, Fiest DL, Boehm PD. Hydrocarbon biogeochemical setting of the Baffin Island oil spill experimental sits. I, Sediments. Arctic 1987; 40:51-55.

Farrington JW, Boehm PD. Natural and pollutant organic compounds. Chapter 5.6. In: Georges Bank. Backus PH (ed). M.I.T. Press, 1987.

Mageau C, Englehardt FR, Gilfillan ES, Boehm PD. Effects of short-term exposure to dispersed oil in Arctic invertebrates. Arctic 1987; 40(Suppl):162-171.

Owens EH, Harper JR, Robson W, Boehm PD. Fate and persistence of crude oil stranded on a sheltered beach. Arctic 1987; 40 (Suppl. 1):109-123.

Sauer TC Jr., Requejo AG, Brown JS, Ayers, Jr. RC, Boehm PD. Application of analytical pyrolysis and cupric oxide oxidation to characterization of nonextractable organic constituents on drilling fluids and sediments. Proceedings, Symposium on Chemical and Biological Characterization of Sludges, Sediments, Dredge Spoils, and Drilling Muds, Philadelphia, PA, 1987.

Boehm PD, Requejo AG. Overview of the recent hydrocarbon measurements from Atlantic and Gulf Coast outer continental shelf environments. Estuarine, Coastal and Shelf Science 1986; 23:29-58.

Requejo AG, Brown JS, Boehm PD. Lignin geochemistry of sediments from the Narragansett Bay

Dec GMV Re: Opposition to Pl MILs 001004

estuary. Geochimica et Cosmochimica Acta 1986; 50:2707-2717.

Boehm PD, Drew S, Dorsey T, Yarko J, Mosesman N, Jefferies A, Pilson D, Fiest D. Organic pollutants in New York Bight suspended particulates. pp. 251-279. In: Wastes in the Ocean, Nearshore Waste Disposal, Volume 6. Ketchum B, Capuzzo J, Burt W, Duedall I, Park K, Kester D (eds), John Wiley and Sons, 1986.

Carr RS, Neff JM, Boehm PD. A study of the fate and effects of chemically and physically dispersed oil on benthic marine communities using large-scale continuous-flow exposures systems. In: Pollution and Physiology of Marine Organisms. Vernberg FJ, Vernberg W, Calabrese A, Thurberg FP (eds), Charleston: University of South Carolina Press, 1986.

Boehm PD, Steinhauer W, Requejo A, Cobb D, Duffy S, Brown J. Comparative fate of chemically dispersed and untreated oil in the Arctic: Baffin Island Oil Spill studies 1980-1983. Proceedings, 1985 Oil Spill Conference (Prevention, Behavior, Control, Cleanup), February 25-28, 1985, Los Angeles, CA. Washington DC: American Petroleum Institute, pp. 561-569, 1985.

Carr RS, Neff JM, Boehm PD. Large-scale continuous flow exposure systems for studying the fate and effects of chemically and physically dispersed oil on benthic marine communities. p. 64. Proceedings, 1985 Oil Spill Conference (Prevention, Behavior, Control, Cleanup), Los Angeles, CA, February 25-28, 1985. American Petroleum Institute, Washington, DC.

Neff JM, Boehm PD, Haensly WE. Petroleum contamination and biochemical alterations in oysters (Crassostrea gigas) and plaice (Pleuronectes platessa) from bays impacted by the Amoco Cadiz crude oil spill. Marine Environmental Research 1985; 17:281-283.

Requejo AG, Boehm PD. Characterization of hydrocarbons in a subsurface oil-rich layer in the Sargasso Sea. Marine Environmental Research 1985; 17:45-64.

Gundlach E, Kana TW, Boehm PD. Modeling spilled oil partitioning in nearshore and surf zone areas. Proceedings, 1985 Oil Spill Conference, American Petroleum Institute, Washington DC, pp. 379-383, 1985.

Engelhardt FR, Gilfillan ES, Boehm PD, Mageau C. Metabolic effects and hydrocarbon fate in arctic bivalves exposed to dispersed petroleum. Marine Environmental Research 1985; 17(2-4):245-259.

Requejo AG, Brown JS, Boehm PD. Thermal degradation products of nonvolatile organic matter as indicators of anthropogenic inputs to estuarine and coastal sediments. In: Marine and Estuarine Geochemistry. Siglec AC, Hattori A (eds), Lewis Publishers, Chelsea, MI, 1985.

Boehm PD. Aspects of the saturated hydrocarbon geochemistry of recent sediments in the Georges Bank region. Organic Geochemistry 1984; 7:11-23.

Boehm PD. The comparative fate of chemically dispersed and untreated oils in an arctic nearshore environment. In: Oil Spill Chemical Dispersants: Research, Experience, and Recommendations, STP 840. Tom E. Allen (ed), American Society for Testing and Materials, Philadelphia, pp. 338-360, 1984.

Boehm PD, Farrington JW. Aspects of the polycyclic aromatic hydrocarbon geochemistry of recent sediments in the Georges Bank Region. Environmental Science and Technology 1984; 18:840-845.

Boehm PD, Steinhauer W, Cobb D, Duffy S, Brown J. Chemistry 2: Analytical biogeochemistry - 1983 study results. Baffin Island Oil Spill Working Report 83-2. Ottawa: Environmental Protection Service, 139 pp, 1984.

Engelhardt FR, Mageau C, Gilfillan ES, Boehm PD. Effects of acute and long-term exposure to dispersed

Dec GMV Re: Opposition to Pl MILs 001005

oil in benthic invertebrates. Proceedings, Arctic Marine Oil Spill Technical Seminar, Environment Canada, Ottawa, pp. 367-392, 1984.

Boehm PD. Chemical contaminants in Northeast United States marine sediments. NOAA Technical Report NOS 99. NOAA/NOS, Rockville, MD, 1983.

Boehm PD. Coupling of organic pollutants between the estuary and continental shelf and the sediments and water column in the New York Bight Region. Can J Fish Aquat Sci 1983; 40(Suppl. 2):262-276.

Boehm PD. Long-term fate of crude oil in the Arctic nearshore environment - the BIOS experiments. Proceedings, 1983 6th Arctic Marine Oilspill Program Technical Seminar. Edmonton, Alberta: Environmental Protection Service, pp. 280-291, 1983.

Boehm PD, Fiest DL. Ocean dumping of dredged material in the New York Bight: Organic chemistry studies. pp. 151-168. In: Wastes in the Ocean, Vol. II: Dredged Material Disposal in the Ocean. Kester DR, Ketchum BH, Duedall IV, Park PK (eds). John Wiley and Sons, NY, 1983.

Boehm PD, Fiest DL, Kaplan I, Mankiewicz P, Lewbel GS. A natural resources damage assessment study: The Ixtoc 1 blowout. pp. 507-515. Proceedings, 1983 Oil Spill Conference. American Petroleum Institute, Washington, DC, 1983.

Gundlach ER, Boehm PD, Marchand M, Atlas RM, Ward DM, Wolfe DA. Fate of Amoco Cadiz oil. Science 1983; 221:122-129.

Boehm PD, Barak JE, Fiest DL, Elskus AA. A chemical investigation of the transport and fate of petroleum hydrocarbons in littoral and benthic environments: The Tsesis oil spill. Marine Environmental Research 1982; 6:157-188.

Boehm PD, Fiest DL. Subsurface distributions of petroleum from an offshore well blowout: The Ixtoc 1 blowout, Bay of Campeche. Environmental Science and Technology 1982; 16:67-74.

Boehm PD, Fiest DL, Hausknecht K, Barbash J, Perry G. Investigation of the transport and fate of petroleum hydrocarbons from the Ixtoc 1 blowout in the Bay of Campeche — Sampling and analytical approaches. pp. 129-160. In: Energy and Environmental Chemistry, Volume 1: Fossil Fuels. Keith LH (ed), Ann Arbor Science, Ann Arbor, MI, 1982.

Boehm PD, Fiest DL, Mackay D, Paterson S. Physical-chemical weathering of petroleum hydrocarbons from the Ixtoc 1 spill blowout; chemical measurements and a weathering mode. Environmental Science and Technology 1982; 16:498-505.

Anderson S, Boehm P, Fiest D, Howard R, Lewbel C, Pilson D, Wait A. IXTOC Oil Spill Assessment. A final report for the U.S. Department of the Interior, Bureau of Land Management Gulf of Mexico OCS Office, New Orleans, LA. Vol. I - NTIS No. PB82-197781; Vol. II - NTIS No. PB82-197799; Vol. III - NTIS No. PB82-197773; Set - NTIS No. PB82-197765. Contract No. AA851-CTO-71. Prepared by ERCO/Energy Resources Co. Inc. 447 pp, 1982.

Haensly WE, Neff JM, Sharp JR, Morris AC, Bedgood MF, Boehm PD. Histopathology of Pleuronectes platessa from Aber Wraçh and Aber Benoit, Brittany, France: Long-term effects of the Amoco Cadiz crude oil spill. Journal of Fish Diseases 1982; 5(5):365-391.

Atlas RM, Boehm PD, Calder JA. Chemical and biological weathering of oil from the Amoco Cadiz oil spillage within the littoral zone. Estuarine, Coastal and Marine Science 1981; 12:589-608.

Patton JS, Rigler MW, Boehm PD, Fiest DL. Ixtoc 1 oil spill: Flaking of surface mousse in the Gulf of Mexico. Nature 1981; 290:235-238.

Paul Boehm, Ph.D.
08/19   |   Page 13

Boehm PD. Evidence for the decoupling of dissolved particulate and surface microlayer hydrocarbons in northwestern Atlantic Continental Shelf waters. Marine Chemistry 1980; 9:255-281.

Johansson S, Larson U, Boehm PD. The Tsesis oil spill: impact on the pelagic ecosystem. Marine Pollution Bulletin 1980; 11:284-293.

Linden O, Elmgren R, Boehm P. Impact of the Tsesis oil spill on the coastal ecosystem of the Baltic Sea. AMBIO 1980; 8:244-253.

Linden O, Elmgren R, Boehm P. The Tsesis oil spill: Its impact on the coastal ecosystem of the Baltic Sea. Ambio 1979; 9(6):268-276.

Boehm PD, Steinhauer WG, Fiest DL, Mosesman N, Barak JE, Perry GH. A chemical assessment of the present levels and sources of hydrocarbon pollutants in the Georges Bank region. pp.333-341. Proceedings, 1979 International Oil Spill Conference, Prevention, Behavior, Control, Cleanup. American Petroleum Institute, Washington, DC, 1979.

Boehm PD, Quinn JG. Benthic hydrocarbons of Rhode Island Sound. Estuarine, Coastal and Marine Science 1978; 6:471-494.

Boehm PD. The transport and fate of hydrocarbons in benthic environments. Dissertation, University of Rhode Island, 1977.

Boehm PD, Quinn JG. 1977. The persistence of chronically accumulated hydrocarbons in the hard shell clam, Mercenaria mercenaria. Marine Biology 1977; 44:227-233.

Boehm PD, Quinn JG. The effect of dissolved organic matter in sea water on the uptake of mixed individual hydrocarbons and Number 2 fuel oil by a marine filter-feeding bivalve (Mercenaria mercenaria). Estuarine, Coastal and Marine Science 1976; 4:93-105.

Boehm PD, Quinn JG. The solubility behavior of No. 2 fuel oil in seawater. Marine Pollution Bulletin 1974; 5:101-104.

Boehm PD, Quinn JG. Solubilization of hydrocarbons by the dissolved organic matter in sea water. Geochimica et Cosmochimica Acta 1973; 37.

## Project Experience

**PAH Forensics and Apportionment**

- Gowanus Canal Superfund site: consulting on PAH forensics and historical reconstruction of contamination
- Portland Harbor, OR: contaminated sediments (PAH):  testifying expert in allocation and apportionment of petroleum contamination from fuel terminals (Portland, OR)
- Hylebos Waterway (Tacoma, WA): testifying expert (PAH sources and forensics) for defense on apportionment of contamination on remediation cost recovery case (Washington)
- Ashland WI Superfund site (Ashland, Wisconsin): testifying expert (PAH sources and forensics) for plaintiff related to apportionment of contamination on remediation cost recovery case (Washington)

**PCB and Chlorinated Compounds**

- Expert in chlorinated solvents (TCE, PCE, TCA) case at manufacturing facility concerning release date(s) and sources (Illinois)
- Testifying expert for defense on PCB fingerprinting and source determination case in the Duwamish River (Washington)

- Expert on PCB matters concerning paper mill inputs to Kalamazoo River (Michigan)
- Mohawk River Hazardous Waste Site Delisting: testifying expert for defense on PCB site delisting petition (New York State)

**Natural Resource Damage Assessment**

- Environmental Functional Team - provided consulting and training to Chevron response and NRDA teams since 1992
- Deepwater Horizon oil spill: consulting on environmental and NRDA matters (Gulf of Mexico)
- Exxon Valdez: testifying expert for defense on NRDA, reopener, environmental forensics, and chemical persistence issues (Alaska)
- Testifying expert on NRDA claim: St Croix Alumina Site (St Croix, USVI)
- NRDA at Bayway and Bayonne refineries: testifying expert for defense on contamination reconstruction, chemical forensics , and groundwater (New Jersey)
- PAH and petroleum expert on fuels: terminal NRDA case regarding extent of sediment contamination in Penobscot River (Maine)

**Oil Spills: Non-NRDA**

- Consultant and testifying expert on Prestige oil spill case (Spain) related to fate modeling and shoreline impacts (New York; Spain)
- Technical Review Panel, PPSC Contract, Kuwait National Focal Point for the Kuwait Environmental Remediation Program, set up in Response to UNCC Decision 258
- Hurricane Katrina Class Action: testifying expert for defense on environmental matters regarding oil spill transport, fate, and impacts (Louisiana)
- Supertanker Oily Water Separator Discharge: chemical expert for defense on criminal action under MARPOL regarding alleged oil discharge (California)

**Manufactured Gas  —  MGP-Sites**

- Consulting expert on Gowanus Canal Superfund Sites   Testifying expert on Ashland Wisconsin MGP Site - chemical forensics and apportionment of PAHs
- Testifying expert for third party defendant on PAH sources on case alleging disposal of manufactured gas plant (MGP) wastes in residential area (Rhode Island)
- Consulting expert on cost allocation of petroleum and related contamination at fuel terminal/manufactured gas plant (MGP) site in Astoria OR
- Testifying expert on MGP site in concerning characterization of multiple coal tar sources and contribution to sediments (Washington)
- Testifying or Consulting Expert (Petroleum Refineries and Sites)
- Apportionment and cost allocation at major U.S. refinery: testifying expert for defense on petroleum products contamination reconstruction and chemical forensics (Pennsylvania)
- Testifying expert for defense on Superfund site regarding applicability of petroleum exclusion to site issues (Oklahoma)
- Testifying expert for defense on apportionment at historical petroleum refinery (Oklahoma)
- Expert on chemical fingerprinting of fuels in the investigation of the timing of fuel releases at multiparty service station site (Texas)
- Testifying expert on fuel oil contamination release and age-dating of hydrocarbon contamination at residential site (Long Island, NY)
- Arbitration (Institute for Conflict Prevention and Arbitration): testifying expert in allocation and apportionment of petroleum contamination (diesel fuels, gasoline) at fuel terminal (Michigan)

**Petroleum Refineries and Sites**

- Apportionment and cost allocation at major U.S. refinery: testifying expert for defense on petroleum products contamination reconstruction and chemical forensics (Pennsylvania)

- Testifying expert for defense on Superfund site regarding applicability of petroleum exclusion to site issues (Oklahoma)
- Testifying expert for defense on apportionment at historical petroleum refinery (Oklahoma)
- Expert on chemical fingerprinting of fuels in the investigation of the timing of fuel releases at multiparty service station site (Texas)
- Testifying expert on fuel oil contamination release and age-dating of hydrocarbon contamination at residential site (Long Island, NY)
- Arbitration (Institute for Conflict Prevention and Arbitration): testifying expert in allocation and apportionment of petroleum contamination (diesel fuels, gasoline) at fuel terminal (Michigan)

**Toxic Tort Claims**

- Medical exposure: testifying expert for defense on chemical characterization and dose reconstruction on hydraulic fluids exposure case-For Duke University (North Carolina)
- Gasoline release and drinking water contamination: testifying expert on fate and transport matters on pipeline release in Jackson, Wisconsin

**Natural Gas and Storage Fields**

- Natural Gas Storage Field Geochemical Fingerprinting (Tioga Field): geochemical expert for operator on sources of natural gas in drinking water wells (Pennsylvania)
- Natural Gas Storage Field Geochemical Fingerprinting (Cunningham Field): geochemical testifying expert on natural gas storage field cases involving field expansion and damages (Kansas)
- Natural Gas Storage Field Geochemical Fingerprinting (Elk Basin): geochemical testifying expert for plaintiffs on natural gas escape case (Wyoming)

**PCB and Chlorinated Compounds**

- Expert in chlorinated solvents (TCE, PCE, TCA) case at manufacturing facility concerning release date(s) and sources (Illinois)
- Testifying expert for defense on PCB fingerprinting and source determination case in the Duwamish River (Washington)
- Expert on PCB matters concerning paper mill inputs to Kalamazoo River (Michigan)
- Mohawk River Hazardous Waste Site Delisting: testifying expert for defense on PCB site delisting petition (New York State)

**Metals**

- Expert on a Superfund site for one responsible party to determine divisibility of mercury contamination and remediation costs (Massachusetts)
- Assessment of sources of arsenic and other metals at Superfund sites (Oklahoma)
- Determination of lead and lead isotopes in gasoline contaminated site (Texas)

**LNG**

- LNG: Co-PI for study of environmental impacts of open loop vaporizers on Gulf of Mexico fisheries (for Center for LNG)

## Advisory Appointments

Associate Editor, Marine Pollution Bulletin, Elsevier

Associate Editor, Environmental Forensics Journal, Taylor and Francis

National Academy of Sciences/National Research Council committee member on panels addressing

Dec GMV Re: Opposition to Pl MILs 001009

marine monitoring systems and design, and oil spill research and development

National Blue Ribbon Panel, 106-Mile Site Monitoring Program (EPA, NOAA)

World Business Council for Sustainable Development — Delegate, Climate Change

Chief EH&S Officer's Council, The Conference Board

Board of Directors, Marine Programs Advisory Council, University of Rhode Island

Peer Reviewer:  Environmental Science and Technology; Chemosphere, Marine Pollution Bulletin, Environmental Toxicology and Chemistry

Editorial Board (Former), Marine Environmental Research, Elsevier, Ltd.

Member, Technical Advisory Group for Marine Programs, Secretary of Environmental Affairs, Commonwealth of Massachusetts

**Appendix B**

**Photographs of the historical urbanization and industrialization of the Spokane River**

# Appendix B. Photographs of the historical urbanization and industrialization of the Spokane River



Spokane Falls, 1881( Spokane City Historic Preservation Office 1881)



Spokane Falls, 1880s ( Spokane City Historic Preservation Office 1889)

B-2



Spokane Falls, 1895( Spokane City Historic Preservation Office 1895b)



Monroe Street Bridge, 1895(Spokane City Historic Preservation Office 1895a)



Flour Mill, 1895 (Spokane City Historic Preservation Office 1895c)



Howard Street Bridge construction, 1908 (Spokane City Historic Preservation Office 1908)



Mission Avenue Bridge, 1909 (Spokane City Historic Preservation Office 1909)



Monroe Street Bridge under construction, 1910 (Spokane City Historic Preservation Office 1910)



OWR&N Viaduct construction at Walnut Street, 1911 (Spokane City Historic Preservation Office 1911)



Division Street Bridge Collapse, 1910 ( Spokane City Historic Preservation Office 1915)



Water Works Bridge spanning the Spokane River, 1920 (Spokane City Historic Preservation Office 1920)



Unidentified dam, 1925 (Spokane City Historic Preservation Office 1925b)



Unidentified Spokane River dam, 1925 (Spokane City Historic Preservation Office 1925c)



Completed Spokane City Water/Electric Works station along the Spokane River, 1925(Spokane City Historic Preservation Office 1925a)



Falsework on Down River Bridge, 1927 (Spokane City Historic Preservation Office 1927c)



Construction of platform for Down River Bridge. Steam Engine in center of picture with workmen, 1927 (Spokane City Historic Preservation Office 1927a)

B-16



Construction of Spokane City Water Works facility along the Spokane River, 1927 (Spokane City Historic Preservation Office 1927b)



Aerial view of Spokane River and surrounding area, 1950 (Spokane City Historic Preservation Office 1950a)



Aerial view of Spokane River and surrounding area, 1950 (shpo50B Spokane City Historic Preservation Office 1950b)



Aerial view of Spokane River and surrounding area, 1959 (Spokane City Historic Preservation Office 1959)



Great Northern Railroad Trestle over Spokane River, 1970s ( Spokane City Historic Preservation Office 1979)



Spokane River waterfront, early 1970s (Spokane City Historic Preservation Office 1973)



Raw sewage in the Spokane River, 5 miles west of the city; 1973 (Falconer 1973b)



Close-up view of sewage in Spokane River, 1973 (Falconer 1973a)

Dec GMV Re: Opposition to Pl MILs 001035



Construction of the 1974 Expo site ( Falconer 1973c)

Dec GMV Re: Opposition to Pl MILs 001036



Riverfront Park under construction, early 1970s ( Spokane City Historic Preservation Office 1974)

B-26    Dec GMV Re: Opposition to Pl MILs 001037



Expo '74 along the Spokane River, 1974 (The Spokesman-Review 2014a)



Site of former Centennial Mills plant, contemporary view (The Spokesman-Review 2014b)



Contemporary view of the Monroe Street Bridge (note riprap, concrete wall, and rusted shopping cart) (The Spokesman-Review 2013)



Spokane Falls, no date (Spokane City Historic Preservation Office no date-e)

Dec GMV Re: Opposition to Pl MILs 001041



Centennial Mills plant, no date ( The Spokesman-Review 2014b)



Downtown Spokane, no date ( The Spokesman-Review 2012)



Spokane Falls, no date (Spokane City Historic Preservation Office no date-d)



Spokane Falls, no date (Spokane City Historic Preservation Office no date-f)



Peaceful Valley along the Spokane River, no date (Spokane City Historic Preservation Office no date-c)

B-34    Dec GMV Re: Opposition to Pl MILs 001045



Long Lake Dam, no date (Spokane City Historic Preservation Office no date-b)



Inland Empire Paper Mill, no date (Spokane City Historic Preservation Office no date-a)

**Appendix C**

**Spokane River Ecological Data Sources**

# Appendix C. Spokane River Ecological Data Sources

**Table C-1.    List of biological surveys of the Spokane River (WA-ID state line to Lake Spokane)**

| Reference | Program | Description | Dates | Data collected |
|---|---|---|---|---|
| Funk et al. 1973 | Washington State University (WSU) Research Project | Analysis of metals in surface water, lake sediments, and tissue collected at sites in the Spokane River and Long Lake | July 1971 to March 1972 | Water quality measurements, sediment metal concentrations and tissue metal concentrations. Assessment of metals in benthic macroinvertebrate (BMI) and periphyton tissues. Laboratory algae toxicity tests. |
| Bailey and Saltes 1982 | WSU Research Project | Investigation of population and age structure of trout/salmonids at seven reaches between Post Falls, ID, and Upriver Dam | July 1980 to September 1981 | Water temperature, flow data, total suspended solids (TSS), fish snorkel counts, electroshocking data (reach subset), mark-recapture data, length-frequency distribution, salmonid trout length-weight relationships, angler census data, salmonid gut contents. |
| Funk et al. 1983 | WSU Research Project | An investigation of Spokane River water quality using ten stations between the state line and Hangman/Latah creek | November 1979 to October 1981 | Water quality parameters, dissolved metals, phytoplankton. Periphyton and BMI densities at a subset of stations. |
| Pfeiffer 1985 | Washington Water Power Company (Avista) | Assessment of aquatic resources of the lower Spokane River | July to September 1985 | BMI abundance and community structure; plankton abundance, fish community composition and habitat characterization of the Lower Spokane from Monroe Street Dam through Lake Spokane. |
| Kleist 1987 | Washington Water Power Company (Avista) | Evaluation of fisheries potential of the Lower Spokane | June to August 1987 | BMI abundance and community structure; zooplankton abundance; crayfish abundance; fish community composition and dietary analysis habitat characterization of the Lower Spokane from Monroe Street Dam to Nine Mile Dam. |

| Reference | Program | Description | Dates | Data collected |
|---|---|---|---|---|
| McLellan and O'Connor 2003 | Washington Department of Fish and Wildlife (WDFW) | Surveys of fish communities in the Spokane River between the Monroe Street Dam and Nine Mile Dam | Summer and Fall 2002 | Fish community metric and abundances; habitat assessment data. |
| MacCoy and Maret 2003 | U.S. Geological Survey (USGS) NAWQA | Water quality analysis of the Spokane River at six sites from Lake Coeur D'Alene to 7 Mile Bridge (RM 63 to 100) during low-flow conditions in 1998 and 1999 | Summer 1998 to Summer 1999 | Water quality parameters, dissolved metals, fish tissue metal and polychlorinated biphenyl (PCB) concentrations. Algal cover, BMI metric, fish community, habitat assessments at subset of stations. |
| Osborne et al. 2003 | WDFW | Inshore and offshore surveys of fish inhabiting seven reaches in Long Lake, with water chemistry parameters | June 2001 | Water chemistry (temp, pH, dissolved oxygen [DO], conductivity), fish community composition, weight, size, catch per unit effort, hydroacoustic data. |
| O'Connor and McLellan 2008 | WDWF Middle Spokane Survey | Baseline fish community assessment of middle Spokane River (RM 75 to 80) between Upriver and Upper Falls dams | August 2007 | Fish community metric and abundances; length-weight data. |
| Lee and King 2012 | WDWF Middle Spokane Survey | Baseline fish community assessment of middle Spokane River (RM 75 to 80) between Upriver and Upper Falls dams | September 2011 | Fish community metric and abundances; length-weight data. |
| Lee and King 2013 | WDWF Middle Spokane Survey | Baseline fish community assessment of middle Spokane River (RM 75 to 80) between Upriver and Upper Falls dams | September 2012 | Fish community metric and abundances; length-weight data. |
| Lee 2013 | WDFW (for Avista) | Redband trout spawning and fry emergence study (RM 69 to 73) | October 2012 | Abundance and year class strength. |
| Landau and Hinson 2012 | Avista | Lake Spokane creel survey | March to November 2011 | Angler counts, angler effort, species composition. |
| Avista 2013 | Avista | Spokane River bald eagle monitoring report | February to July 2013 | Bald eagle territory occupancy and productivity. |

| Reference | Program | Description | Dates | Data collected |
|---|---|---|---|---|
| Avista 2014 | Avista | Spokane River bald eagle monitoring report | February to July 2014 | Bald eagle territory occupancy and productivity. |
| Avista 2015a | Avista | Spokane River bald eagle monitoring report | February to July 2015 | Bald eagle territory occupancy and productivity. |
| Osborne 2015 | WDFW | Inshore and offshore surveys of fish inhabiting multiple reaches in Long Lake | Summer 2015 | Preliminary fish data available. |

**Appendix D**

**Summary of Studies Reviewed to Select PCB TRVs for Fish and Wildlife**

# Appendix D. Summary of Studies Reviewed to Select PCB TRVs for Fish and Wildlife

The studies reviewed are shown in Table D-1 to Table D-4. For fish, separate TRVs were established for salmonid and non-salmonid fish species, given the documented sensitivity of salmonids, particularly early life stages, to the effects of dioxin-like PCBs[94] (Zabel et al. 1995a). For birds, I excluded studies testing effects on chickens since it has been documented that chickens are far more sensitive to PCBs than almost all wild bird species tested ( Head et al. 2008, Farmahin et al. 2013). For mammals, the focus was on mink studies since this species is known to be very sensitive to the reproductive effects of PCBs (e.g., Bursian et al. 2013), and thus TRVs based on mink represent conservative values for assessing effects to other wild mammal species.

---

[94] The potential toxicity of PCBs depends on the chlorination pattern of the individual PCB congeners. A number of "dioxin-like" PCB congeners having no or only one chlorine atom at the ortho-position show "dioxin-like" toxicity.

Dec GMV Re: Opposition to Pl MILs 001052

**Table D-1.** **Studies considered in selection of TRVs for non-salmonid fishes. The selected study that is the basis for the TRV is shown in bold.**

| Chemical | NOEC (whole body, mg/kg w/w) | LOEC (whole body, mg/kg w/w) | Test Species | Lifestage | Exposure Mode | Exposure Duration (days) | Endpoint | Reference |
|---|---|---|---|---|---|---|---|---|
| PCBs (Aroclor 1260) | na | 0.52 | common barbel | adult | food | 50 | reproduction | Hugla and Thome 1999 |
| PCBs (Aroclor 1260) | na | 3.64 | common barbel | adult | food | 75 | reproduction | Hugla and Thome 1999 |
| **PCBs (Aroclor 1254)** | **1.9** | **9.3** | **sheepshead minnow** | **adult** | **water** | **28** | **reproduction** | **Hansen et al. 1973** |
| PCBs (Aroclor 1268) | 15 | Na | mummichog | adult | food | 42 | reproduction | Matta et al. 2001 |
| PCBs (Aroclor 1254) | 27 | 46 | spot | juvenile | water | 20 | survival | Hansen et al. 1971 |
| PCBs (Aroclor 1016) | na | 106 | pinfish | juvenile | water | 33 | survival | Hansen et al. 1974 |
| PCBs (Aroclor 1016) | 110 | Na | sheepshead minnow | adult | water | 28 | survival | Hansen et al. 1975 |
| PCBs (Aroclor 1016) | 57 | 200 | sheepshead minnow | fry | water | 28 | survival | Hansen et al. 1975 |
| PCBs (Clophen A50) | na | 250 | goldfish | not stated | water | 31 | survival | Hattula and Karlog 1972 |
| PCBs (Aroclor 1242) | 436 | Na | fathead minnow | juvenile | water | 255 | survival | Nebeker et al. 1974 |
| PCBs (Aroclor 1242) | na | 92 | fathead minnow | juvenile | water | 255 | reproduction | Nebeker et al. 1974 |
| PCBs (Aroclor 1254) | 105 | 429 | fathead minnow | juvenile | water | 240 | reproduction | Nebeker et al. 1974 |

| Chemical | NOEC (whole body, mg/kg w/w) | LOEC (whole body, mg/kg w/w) | Test Species | Lifestage | Exposure Mode | Exposure Duration (days) | Endpoint | Reference |
|---|---|---|---|---|---|---|---|---|
| PCBs (Clophen A50) | 1.6 | 15 | Eurasian minnow | adult | food | 40 | reproduction | Bengtsson 1980 |
| PCBs (Aroclor 1254) | 12 | 36 | fathead minnow | adult | sediment | 112 | reproduction | Dillon and Engler 1988 |
| PCB mixture (20 congeners) | 1.1 | 2.7 | zebrafish | adult | food | 91 | reproduction | Örn et al. 1998 |

**Table D-2.** **Studies considered in selection of TRVs for salmonid fishes. The selected study that is the basis for the TRV is shown in bold.**

| Chemical | NOEC (whole body, mg/kg w/w) | LOEC (whole body, mg/kg w/w) | Test Species | Lifestage | Exposure Mode | Exposure Duration (days) | Endpoint | Reference |
|---|---|---|---|---|---|---|---|---|
| PCBs (Aroclor 1254) | 0.98 | Na | chinook salmon | juvenile | food | 28 | growth, survival | Powell et al. 2003 |
| PCBs (Aroclor 1254) | 8 | Na | rainbow trout | juvenile | food | 224 | growth, survival | Lieb et al. 1974 |
| PCBs (Aroclor 1254) | 31 | 71 | brook trout | fry-exposure to eggs | water | 10 d prior to hatch and 118 d after hatch | growth | Mauck et al. 1978 |
| PCBs (Aroclor 1254) | 71 | 125 | brook trout | fry-exposure to eggs | water | 10 d prior to hatch and 118 d after hatch | survival | Mauck et al. 1978 |
| PCBs (Aroclor 1254:1260 mixture) | 120 | Na | rainbow trout | young | water | 90 | survival | Mayer et al. 1985 |
| PCBs (Aroclor 1254:1260 mixture) | 70 | 120 | rainbow trout | young | water | 90 | growth | Mayer et al. 1985 |
| PCBs (Aroclor 1254) | 54 | 645 | coho salmon | fingerlings | food | 260 | growth | Mayer et al. 1977 |
| **PCBs (Aroclor 1254)** | **0.3** | **1.5** | **lake trout** | **fry** | **water and food** | **176** | **survival** | **Berlin et al. 1981** |
| PCBs (Aroclor 1254) | 9 | Na | brook trout | young | water | 497 | survival, growth, reproduction | Snarski and Puglisi 1976) |

| Chemical | NOEC (whole body, mg/kg w/w) | LOEC (whole body, mg/kg w/w) | Test Species | Lifestage | Exposure Mode | Exposure Duration (days) | Endpoint | Reference |
|---|---|---|---|---|---|---|---|---|
| PCBs (Aroclor 1254) | 3 | 4.5 | lake trout | fry | water | 48 | survival | Mac and Seelye 1981 |
| PCBs (Aroclor 1254) | 0.53 | Na | Atlantic salmon | smolt | water | 21 | survival | Lerner et al. 2007 |

Dec GMV Re: Opposition to Pl MILs 001056

**Table D-3.** **Studies considered in selection of TRVs for birds. The selected study that is the basis for the TRV is shown in bold.**

| Chemical | Test Species | NOAEL (mg/kg bw/day) | LOAEL (mg/kg bw/day) | Exposure Route | Exposure Duration (days) | Endpoint | Reference |
|---|---|---|---|---|---|---|---|
| PCBs (Aroclor 1242) | Japanese quail | na | 0.6 | food | 45 | reproduction | Hill et al. 1976 |
| PCBs (Aroclor 1242) | mallard | na | 15 | food | 84 | reproduction | Haseltine and Prouty 1980 |
| PCBs (Aroclor 1248) | American kestrel | na | 0.87 | food | ~ 167 | reproduction | Lowe and Stendell 1991 |
| PCBs (Aroclor 1248) | screech owl | 0.41 | na | food | ~ 56 | reproduction | McLane and Hughes 1980 |
| PCBs (Aroclor 1254) | ringed turtle-dove | na | 1.4 | food | 2 generations | reproduction | Peakall and Peakall 1973 |
| PCBs (Aroclor 1254) | mallard | 2.5 | na | food | ~ 28 | reproduction | Custer and Heinz 1980 |
| PCBs (Aroclor 1254) | mallard | 4.0 | na | food | 120 | reproduction | Risebrough and Anderson 1975 |
| **PCBs (Aroclor 1254)** | **ring-necked pheasant** | **1.8** | **7.1** | **oral dose** | **119** | **reproduction** | **Dahlgren et al. 1972** |
| PCBs (Aroclor 1248: 1254:1260; 1:1:1 mixture ratio) | American kestrel | na | 7 | food | 100 | reproduction of parents | Fernie et al. 2001b, a |
| PCBs (Aroclor 1248: 1254:1260; 1:1:1 mixture ratio) | American kestrel | na | 7 | food | 100 | reproduction of offspring | Fernie et al. 2003a; Fernie et al. 2003b |

Dec GMV Re: Opposition to Pl MILs 001057

**Table D-4.**    **Studies considered in selection of TRVs for mammals. The selected study that is the basis for the TRV is shown in bold.**

| Chemical | Test Species | NOAEL (mg/kg bw/day) | LOAEL (mg/kg bw/day) | Exposure Route | Exposure Duration (days) | Endpoint | Reference |
|---|---|---|---|---|---|---|---|
| PCB (mixture composition not reported) | Mink | na | 0.45 | food | 66 | reproduction | Jensen et al. 1977 |
| PCBs (Aroclor 1016) | Mink | 1.5 | 3.75 | food | 349-539 | reproduction | Aulerich and Ringer 1980 |
| PCBs (Aroclor 1016) | Mink | na | 2.74 | food | 247 | reproduction/ survival | Bleavins et al. 1980 |
| PCBs (Aroclor 1242) | Mink | na | 0.69 | food | 247 | reproduction | Bleavins et al. 1980 |
| PCBs (Aroclor 1254) | Mink | na | 0.15 | food | 182 | reproduction | Wren et al. 1987 |
| **PCBs (Aroclor 1254)** | **Mink** | **0.15** | **0.3** | **food** | **298** | **reproduction** | **Aulerich and Ringer 1977** |
| PCBs (Aroclor 1254) | Mink | na | 0.3 | food | 88-102 | reproduction | Aulerich et al. 1985 |
| PCBs (Aroclor 1254) | Mink | na | 1.31 | food | 28 | growth | Hornshaw et al. 1986 |
| PCBs (Aroclor 1254) | Mink | na | 1.28 | food | 78-95 | reproduction | Kihlström et al. 1992 |
| PCBs (Clophen A50) | Mink | 0.018 | 0.081 | food | 540 | reproduction | Brunström et al. 2001 |
| PCBs (Clophen A50) | Mink | 0.27 | na | food | 540 | growth | Brunström et al. 2001 |
| PCBs (Clophen A50) | Mink | na | 2 | food | 78-95 | reproduction | Kihlström et al. 1992 |
| PCBs (Aroclor 1254) | oldfield mouse | na | 0.68 | food | 365 | reproduction | McCoy et al. 1995 |

Dec GMV Re: Opposition to Pl MILs 001058

## Appendix E

## Database Relied Upon

# Appendix E1. Database Relied Upon

I compiled a comprehensive database of relevant field and laboratory data and metadata to support my data analyses. The overall effort included discovery and identification, acquisition, and standardization in a database of publicly available and discovery data. Data from different sources were standardized to enable comparability and interpretation across data sources and translation between different database coding conventions as needed.

I followed the following process to create the Spokane River project database used for my analyses:

- Identify and inventory publicly available reports and data associated with environmental studies within and around the Spokane River dating back to 1980s up to December 2018. Appendix E2 provides a list of studies, publication, and data sources used for the compilation of my database.

- Identify all relevant reports and datasets in the inventory including analytical chemistry data from water, sediment, and tissue.

- Extract, transform, and load data from identified data sources into the project database using a standardized data management process for transformation of source data into the project database structure with translation of source data codes into project coding conventions. Data transformation included normalization and standardization of source data and associated metadata to a common set of valid values and measurement units to allow seamless integration of data from various sources.

- Perform quality assurance and quality control (QA/QC) reviews to ensure accuracy and completeness of data loaded into the project database and traceability of all data to their source.

## Data Handling

From the compiled database, I extracted and further processed chemistry data to create summaries for surface sediment, surface water, and fish tissue samples for select parameters including polychlorinated biphenyls (PCBs), cadmium, lead, and zinc. Data considered for the analyses included in this expert report are included in Appendix E3.

### Key Parameter Summation Approach

Compiling and combining data from studies performed over time, by different entities, and using different methods can be challenging. For the PCB analyses, some samples were analyzed for Aroclors, congeners, or both. In the congener analyses, the analytical target list varied from 18 target analytes for some studies to the full list of 209 congeners for other studies. In addition to the differences in target analyte lists, detection and reporting limits associated with study results also varied greatly and for many studies were not reported in the publicly available data reports.

To address these differences and data challenges with PCB chemistry data, I established a standard approach to estimating the maximum PCB concentration for each sample. The process involved:

1. Sum all detected Aroclor concentrations.
2. Sum all detected homologue concentrations.
3. Sum all detected congener concentrations.
4. Sum all detected congeners consistent with National Oceanic and Atmospheric Administration (NOAA) PCB congener list and multiply the summed concentration by two to estimate total PCBs (NOAA 1993).
5. Extract any total PCB concentrations reported in the database independent of individual Aroclor or congener concentrations.
6. From all available variations of total PCBs for each sample, select the maximum concentration to represent total PCBs for the purpose of our analyses.

Due to the inconsistent availability of detection and reporting limits within the compiled database, nondetect values were not reported using the detection or reporting limit values and were not included in the key parameter sums.

# Appendix E2. Study List

See associated Excel file.

# Appendix E3. Data Considered in My Analyses

See associated Excel file.

Dec GMV Re: Opposition to Pl MILs 001064

# Appendix E4. Data Dictionary

See associated Excel file.

Dec GMV Re: Opposition to Pl MILs 001065

## Appendix F

## PCB History Literature Search

# Appendix F: PCB History Literature Search

A PCB literature search for years up to and including 1979, including journal articles and government documents, was performed using the key words listed below.

| Related to PCBs | Related to Ecological | Related to Toxic Effects | Related to Ecological Risk Assessment |
|---|---|---|---|
| Askarel oil | ecology | toxic | risk |
| Aroclor | wildlife | effect | risk assessment |
| Aroclor 1221 | bird | toxicity | ecological risk assessment |
| | | | ecological hazard |
| Aroclor 1232 | egg | mortality | assessment |
| Aroclor 1242 | mammal | growth | hazard assessment |
| Aroclor 1248 | ecological | behavior | |
| Aroclor 1254 | fish | behavioral | |
| Aroclor 1260 | aquatic | lethality | |
| Aroclor 1262 | aquatic life | enzyme activity | |
| Aroclor 1268 | ecosystem | pathology | |
| Aroclor 2565 | animal | histology | |
| Aroclor 4465 | feather | reproduction | |
| Aroclor 5442 | hair | developmental | |
| Biphenyl, polychloro- | body burden | immunological | |
| Chlophen | population | acute | |
| Chlorextol | terrestrial | chronic | |
| Chlorinated biphenyl | prey | acute toxicity | |
| Chlorinated diphenyl | food chain | chronic toxicity | |
| Chlorinated diphenylene | wetland | bioaccumulation | |
| Chloro 1,1-biphenyl | lake | bioconcentration | |
| Chloro biphenyl | stream | biomagnification | |
| Clophen | insect | bioturbation | |
| Dykanol | microbe | | |
| Fenclor | bacteria | | |
| Inerteen | fungus | | |
| Kanechlor | tree | | |
| Kanechlor 300 | forest | | |
| Kanechlor 400 | plant | | |
| Montar | herb | | |
| Noflamol | | | |
| PCB | | | |

| Related to PCBs | Related to Ecological | Related to Toxic Effects | Related to Ecological Risk Assessment |
|---|---|---|---|
| PCBs | | | |
| Phenochlor | | | |
| Phenoclor | | | |
| Polychlorinated biphenyl | | | |
| Polychlorinated biphenyls | | | |
| Polychlorinated biphenyls (PCBs) | | | |
| Polychlorobiphenyl | | | |
| Pyralene | | | |
| Pyranol | | | |
| Santotherm | | | |
| Santotherm fr | | | |
| Sovol | | | |
| Therminol fr-1 | | | |
| UN 2315 | | | |
| 1336-36-3 | | | |
| CASRN 1336-36-3 chlorinated polyphenyls | | | |

The following databases were searched because they capture literature published over the period of interest (i.e., 1979 and before 1979):

- AGRICOLA

- AGRIS

- Aqualine

- Aquatic Science & Fisheries Abstracts (ASFA)

- BIOSIS Previews®

- CAB ABSTRACTS

- MEDLINE®

- NTIS: National Technical Information Service

- Polymer Library

- ToxFile®

- Water Resources Abstracts

## Appendix G

## Documents Cited and Considered

# Appendix G: Documents Cited and Considered

## Documents Cited

Adams, W. J., R. Blust, U. Borgmann, K. V. Brix, D. K. DeForest, A. S. Green, J. S. Meyer, J. C. McGeer, P. R. Paquin, P. S. Rainbow, and C. M. Wood. 2010. Utility of tissue residues for predicting effects of metals on aquatic organisms. Integr. Environ. Assess. Manag. 7(2):75–98

Aiken, K. G. 1994. "Not long ago a smoking chimney was a sign of prosperity": Corporate and community response to pollution at the Bunker Hill smelter in Kellogg, Idaho. Environmental History Review. 18(2):67-86.

Anderson, D. W., J. J. Hickey, R. W. Risebrough, D. F. Hughes, and R. E. Christensen. 1969. Significance of chlorinated hydrocarbon residues to breeding pelicans and cormorants. Can. Field-Nat. 83(2):91−111.

Anonymous. 1966. Report of a new chemical hazard. New Scientist 32:612.

Anonymous. 1972. Photo. According to Lars Hendron 30(B)(6) video deposition on June 7, 2019 (Exhibit 13); photo fo CSO Basin 26 control facility under construction. It's probably about one-third done at this point.

Applegate, V. C., J. H. Howell, A. E. Hall Jr., and M. A. Smith. 1957. Toxicity of 4,346 chemicals to larval lampreys and fishes. Spec. Sci. Rep. Fish. 207. U. S. Fish and Wildlife Service. Washington, DC. 168 pp.

Aulerich, R. J., S. J. Bursian, W. J. Breslin, B. A. Olson, and R. K. Ringer. 1985. Toxicological manifestations of 2,4,5,-2',4',5'-2,3,6,2',3',6'-, and 3,4,5,3',4',5'-hexachlorobiphenyl and Aroclor 1254 in mink. J. Toxicol. Environ. Health 15:63−79.

Aulerich, R. J., and R. K. Ringer. 1977. Current status of PCB toxicity to mink, and effect on their reproduction. Arch. Environ. Contam. Toxicol. 6(1):279−292.

Aulerich, R. J., and R. K. Ringer. 1980. Toxicity of the polychlorinated biphenyl Aroclor 1016 to mink, EPA-699/3-80-033. Michigan State University and U. S. Environmental Protection Agency. East Lansing, MI. 33 pp.

Avista. 2005. Spokane River hydroelectric project. FERC no. 2545. Final application for new license. Major project—Existing dam. Volume I, Exhibits A, B, C, D, F, G, and H. Avista Corporation. Spokane, WA. 769 pp.

Avista. 2012. 2012 Bald eagle monitoring report, article 414, Spokane River hydroelectric project, FERC project no. 2545. Avista Corporation. Spokane, WA. 80 pp.

Avista.  2013.  2013 bald eagle monitoring report.  Article 414.  Spokane River hydroelectric project.  FERC project no. 2545.  Avista Corporation,.  Spokane, WA.  105 pp.

Avista.  2014.  2014 bald eagle monitoring report.  Article 414.  Spokane River hydroelectric project.  FERC project no. 2545.  Avista Corporation.  Spokane, WA.  110 pp.

Avista.  2015a.  2015 bald eagle monitoring report.  Article 414.  Spokane River hydroelectric project.  FERC Project No. 2545.  Avista Corporation.  Spokane, WA.  79 pp.

Avista.  2015b.  Lake Spokane dissolved oxygen water quality attainment plan.  2014 Annual summary report.  Washington 401 certification FERC license apppendix B, section 5.6.  Spokane Hydroelectric Project.  FERC Project No. 2545.  Avista Corporation Spokane, WA.  311 pp.

Bailey, G. C., and J. Saltes.  1982.  Fishery assessment of the Upper Spokane River.  Publication No. 82-e01.  Washington State University.  Pullman, WA.  113 pp.

Barnthouse, L. W., D. L. DeAngelis, R. H. Gardner, D. V. O'Neill, C. D. Powers, G. W. Sutter II, and D. S. Vaughan.  1982.  Methodology for environmental risk analysis.  ORNL/TM-8167.  Oak Ridge National Laboratory.  Oak Ridge, TN.  86 pp.

Barnthouse, L. W., and G. W. Sutter II.  1986.  User's manual for ecological risk assessment.  ORNL-6251.  Oak Ridge National Laboratory.  Oak Ridge, TN.  234 pp.

Bengtsson, B. E.  1980.  Long-term effects of PCB (Clophen A50) on growth, reproduction, and swimming performance in the minnow, *Phoxinus phoxinu*s.  Water Res. 14:681–687.

Berlin, W. H., R. J. Hesselberg, and M. J. Mac.  1981.  Growth and mortality of fry of Lake Michigan lake trout during chronic exposure to PCB's and DDE.  Report.  Technical Report No. 105.  U. S. Fish Wildlife, Service.  Ann Arbor, MI.pp. 11-22.

Berninger, J. P., and D. E. Tillitt.  2019.  Polychlorinated biphenyl (PCB) tissue-concentration thresholds for survival, growth, and reproduction in fish.  Environ. Toxicol. Chem. 38(4):712–736.

Bleavins, M. R., R. J. Aulerich, and R. K. Ringer.  1980.  Polychlorinated biphenyls (Aroclors 1016 and 1242):  effects on survival and reproduction in mink and ferrets.  Arch. Environ. Contam. Toxicol. 9:627–635.

Bovay Northwest Inc.  1994.  Combined sewer overflow reduction plan, City of Spokane project no. 13918.  Bovay Northwest, Inc.  Spokane, WA.  455 pp.

Britton, W. M., and T. M. Huston.  1973.  Influence of polychlorinated biphenyls in the laying hen.  Poult. Sci. 52:1620–1624.

Brunström, B., B. O. Lund, A. Bergman, L. Asplund, I. Athanassaidis, M. Athanasiadou, S. Jensen, and J. Orberg.  2001.  Reproductive toxicity in mink (*Mustela vison*) chronically exposed to environmentally relevant polychlorinated biphenyl concentrations.  Environ. Toxicol. Chem. 20(10):2318–2327.

Bursian, S. J., J. Kern, R. E. Remington, J. E. Link, and S. D. Fitzgerald. 2013. Dietary exposure of mink (*Mustela vison*) to fish from the Upper Hudson River, New York, USA: Effects of organ mass and pathology. Environ. Toxicol. Chem. 32(4):794–801.

Camporeale, L. M. 2019. Riverside Park wastewater treatment plant. https://spokanehistorical.org/items/show/726. Accessed on September 2, 2019. Spokane Historical.

Canadian Council of Ministers of the Environment. 1999a. Canadian tissue residue guidelines for the protection of wildlife consumers of aquatic biota. Introduction. In: Canadian environmental quality guidelines, 1999. Canadian Council of Ministers of the Environment, Winnipeg, MB.

Canadian Council of Ministers of the Environment. 1999b. Canadian tissue residue guidelines for the protection of wildlife consumers of aquatic biota. Protocol for the derivation of Canadian tissue residue guidelines for the protection of wildlife that consume aquatic biota. Canadian Council of Ministers of the Environment. Reprinted in Canadian environmental quality guidelines, Chapter 8, Canadian Council of Ministers of the Environment, 1999., Winnipeg MB.

Canadian Council of Ministers of the Environment. 2001. Canadian tissue residue guidelines for the protection of wildlife consumers of aquatic biota. Polychlorinated biphenyls (PCBs). Updated. In: Canadian environmental quality guidelines. Canadian Council of Ministers of the Environment, Winnipeg, MB.

Carpenter, S. R., N. F. Caraco, D. L. Correll, R. W. Howarth, A. N. Sharpley, and V. H. Smith. 1998. Nonpoint pollution of surface waters with phosphorus and nitrogen. Ecol. Appl. 8(3):559–568.

CH2M Hill. 2014. City of Spokane integrated clean water plan, final. CH2M Hill. Spokane, WA. 282 pp.

Christian, S. 2016. Bunker Hill superfund site is still a toxic mess, with legacy of suffering. Newsweek Magazine, June 12, 2016. https://www.newsweek.com/2016/06/24/bunker-hill-superfund-silver-valley-lead-poisoning-469222.html.

Clark, G. M. 2003. Occurrence and transport of cadmium, lead, and zinc in the Spokane River basin, Idaho and Washington, water years 1999-2001. Water-Resources Investigations Report 02-4183. U. S. Department of the Interior. U. S. Geological Survey. Biose, ID. 45 pp.

Clark, G. M., and C. A. Mebane. 2014. Sources, transport, and trends for selected trace metals and nutrients in the Coeur d'Alene and Spokane River basins, northern Idaho, 1990–2013, scientific investigations report 2014–5204. U. S. Department of Interior. U. S. Geological Survey. Reston, VA. 62 pp.

Colby, P., G. Spangler, D. Hurley, and A. McCombie. 1972. Effects of eutrophication on salmonid communities in oligotrophic lakes. J. Fish. Res. Board Can. 29(6):975–983.

Cormier, S. M., G. W. Suter, and S. B. Norton. 2010. Causal characteristics for ecoepidemiology. Hum. Ecol. Risk Assess. 16(1):53–73.

Correll, D. L. 1998. The role of phosphorus in the eutrophication of receiving waters: a review. J. Environ. Qual. 27(2):261–266.

Cunningham, R. K., and R. E. Pine. 1969. Preliminary investigation of the low dissolved oxygen concentrations that exist in Long Lake located near Spokane, Washington. Publication No. 69-1. Washington State Water Pollution Control Commission. Spokane, WA. 27 pp.

Cusimano, B. 2004. Spokane River and Lake Spokane (Long Lake) pollutant loading assessment for protecting dissolved oxygen. Publication No. 04-03-006. State of WA, Department of Ecology. Olympia, WA. 145 pp.

Custer, T. W., and G. H. Heinz. 1980. Reproductive success and nest attentiveness of mallard ducks fed Aroclor 1254. Environ. Pollut. (Series A). 21:313–318.

Dahlgren, R. B., R. L. Linder, and C. W. Carlson. 1972. Polychlorinated biphenyls: their effects on penned pheasants. Environ. Health Perspect. 1:89–101.

Davis, E. F., S. L. Klosterhaus, and H. M. Stapleton. 2012. Measurement of flame retardants and triclosan in municipal sewage sludge and biosolids. Environ. Int. 40:1-7.

Deshais, N. 2019. When Spokane made cash: The rise and fall, and rise again, of banks in the Pacific northwest. The Spokesman Review, May 5, 2019. https://www.spokesman.com/stories/2019/may/05/when-spokane-made-cash/.

Devore, J. L. 1995. Probability and statistics for engineering and the sciences. Fourth Edition. Brooks/Cole Publishing Co, Pacific Grove, CA. 743 pp.

Dillon, T. M., and R. M. Engler. 1988. Environmental effects of dredging, technical notes, relationship between PCB tissue residues and reproductive success of fathead minnows. Technical Notes EEDP-01-13. pp. 1-9. U. S. Army Engineer Waterways Experiment Station. Environmental Laboratory, Vicksburg, MS.

Donovan, J. 2016. RPWRF public comments: Draft NPDES permit and fact sheet. pp. 1-6. City of Spokane, Spokane, WA.

Duke, T. W., J. I. Lowe, and A. J. Wilson Jr. 1970. A polychlorinated biphenyl (Aroclor 1254) in the water, sediment, and biota of Escambia Bay, Florida. Bull. Environ. Contam. Toxicol. 5(2):171–180.

Ecology. 2000. National pollutant discharge elimination system waste discharge, City of Spokane wastewater treatment plant and combined sewer overflows and Spokane County (pretreatment program), permit no. WA-002447-3, effective date: April 1, 2000. pp. 1-50. Washington State Department of Ecology, Spokane, WA.

Ecology.  2001.  Riparian areas, publication no. 00-10-023.  Washington State Department of Ecology.  2 pp.

Ecology.  2006.  Frequently asked questions about Spokane River PCBs study, Publication No. 06-10-043.  Washington State Department of Ecology.  8 pp.

Ecology.  2011.  National pollutant discharge elimination system waste discharge permit no. WA-002447-3.  City of Spokane Riverside Park Water Reclamation Facility and combined sewer overflows (CSOs).  Effective date: July 1, 2011.  pp. 1–67.  Washington State Department of Ecology, Spokane, WA.

Ecology.  2012.  Spokane River metals sites, four beaches proposed for cleanup, comments sought on construction, SEPA, and substantive requirements documents.  Publication No. 12-09-027.  State of WA, Department of Ecology.  Spokane, WA.  4 pp.

Ecology.  2013a.  401 certification-order, Spokane River hydroelectric project certification, amended order no. 9802, FERC license no. 2545.  pp. 1–103.  State of WA, Department of Ecology, Spokane, WA.

Ecology.  2013b.  Concise explanatory statement, chapter 173-204 WAC, sediment management standards, summary of rule making and response to comments, publication no. 13-03-044.  Washington State, Department of Ecology.  Toxics Cleanup Program.  Olympia, WA.  249 pp.

Ecology.  2014.  Eastern Washington phase II municipal stormwater permit. National pollutant discharge elimination system and state waste discharge general permit for discharges from small municipal separate storm sewers in Eastern Washington.  Effective date:  August 1, 2014.  pp. 1–62.  Washington State Department of Ecology, WA, Olympia, WA.

Ecology.  2016.  National pollutant discharge elimination system waste discharge, City of Spokane Riverside Park Water Reclamation Facility and combined sewer overflows (CSOs), permit no. WA-002447-3, draft - public review.

Ecology.  2017a.  Focus on water availability, middle Spokane watershed, WRIA 57. Publication No. 11-11-061.  State of WA, Department of Ecology.  Spokane, WA.  5 pp.

Ecology.  2017b.  Sediment cleanup users' manual II, guidance for implementing the cleanup provisions of the sediment management standards, chapter 173-204 WAC. Draft for review and comment through July 7, 2017.  Publication No. 12-09-057.  State of WA, Department of Ecology.  Olympia, WA.  548 pp.

Erickson, M. D., and J. S. Stanley.  1982.  Methods of analysis for by-product PCBs - literature review and preliminary recommendations.  EPA-560/5-82-005.  U.S. Environmental Protection Agency.  137 pp.

Esvelt & Saxton, and Bovay Engineers Inc.  1972.  Spokane wastewater study.  Esvelt & Saxton and Bovay Engineers Inc. A joint venture.  Spokane, WA.  96 pp.

Fahey, J., and B. Delwo.  1988.  The Spokane River, its miles and its history.  pp. 1–68.  Spokane Centennial Trail Committee, Spokane, WA.

Falconer, D.  1973a.  Raw sewage bubbles up Into the Spokane River from the Spokane City treatment plant about five miles west of the city 05/1973 - close-up view of sewage in Spokane River.  https://www.flickr.com/photos/usnationalarchives/4271592007/in/photostream/.  Accessed on November 13, 2019.  U.S. National Archives' Local Identifier: 412-DA-5602. U. S. National Archives.

Falconer, D.  1973b.  Raw sewage bubbles up Into the Spokane River from the Spokane City treatment plant about five miles west of the city 05/1973 - raw sewage in the Spokane River, 5 miles west of the city.  https://www.flickr.com/photos/usnationalarchives/4272336704/in/photostream/.  Accessed on November 13, 2019.  U.S. National Archives' Local Identifier: 412-DA-5603. U. S. National Archives.

Falconer, D.  1973c.  Site of Expo 74 on the Columbia River, Expo's theme will be environment 05/1973.  https://www.flickr.com/...sRoc-7vsRB4-bUAq4f-bUyGKf-bUyJCb-7vtfSK-7vx1DL-bUAfgC-7vths6-bUyN4o-7vwRWC-bUyLe7-7vwFsS-bUyK9b-bUyMfo.  Accessed on November 13, 2019.  U.S. National Archives' Local Identifier: 412-DA-5509. U. S. National Archives.

Farag, A. M., D. F. Woodward, J. N. Goldstein, W. Brumbaugh, and J. S. Meyer.  1998.  Concentrations of metals associated with mining waste in sediments, biofilm, benthic macroinvertebrates, and fish from the Coeur d'Alene River basin, Idaho.  Arch. Environ. Contam. Toxicol. 34:119–127.

Farmahin, R., G. E. Manning, D. Crump, D. Wu, L. J. Mundy, S. P. Jones, M. E. Hahn, S. K. Karchner, J. P. Giesy, S. J. Bursian III, M. J. Zwiernik III, T. B. Fredricks, and S. W. Kennedy.  2013.  Amino acid sequence of the ligand-binding domain of the aryl hydrocarbon receptor 1 predicts sensitivity of wild birds to effects of dioxin-like compounds.  Toxicol. Sci. 131(1):139–152.

FERC.  2007.  Final environmental impact statement for hydropower relicensing, Spokane River and Post Falls hydroelectric projects, States of Washington and Idaho, FERC project nos. 2545 and 12606.  0204F.  Federal Energy Regulatory Commission (FERC).  Washington, DC.  824 pp.

Fernie, K., G. Bortolotti, K. Drouillard, J. Smits, and T. Marchant.  2003a.  Developmental toxicity of in ovo exposure to polychlorinated biphenyls:  II. effects of maternal or paternal exposure on second-generation nestling American kestrels.  Environ. Toxicol. Chem. 22(11):2688-2694.

Fernie, K., J. Smits, and G. Bortolotti.  2003b.  Developmental toxicity of in ovo exposure to polychlorinated biphenyls:  I. immediate and subsequent effects of first-generation nestling American kestrels (Falco sparverius).  Environ. Toxicol. Chem. 22(3):554–560.

Fernie, K. J., J. E. Smits, G. R. Bortolotti, and D. M. Bird. 2001a. *In ovo* exposure to polychlorinated biphenyls: reproductive effects to second-generation America kestrels. Arch. Environ. Contam. Toxicol. 40:544–550.

Fernie, K. J., J. E. Smits, G. R. Bortolotti, and D. M. Bird. 2001b. Reproduction success of American kestrels exposed to dietary polychlorinated biphenyls. Environ. Toxicol. Chem. 20(4):776–781.

Fielder, P. C., and R. G. Starkey. 1987. Bald eagle winter abundance and distribution in eastern Washington. Northwest Science 61(4):226–232.

First, L. 2018. Join us! Free tour of Bunker Hill superfund site, June 8. https://www.spokaneriverkeeper.org/riverjournal/2018/5/30/join-us-free-tour-of-bunker-hill-superfund-site-june-8. Accessed on November 12, 2019. Spokane Riverkeeper.

Fishbein, L. 1973. Chapter 24. Polychlorinated biphenyls. pp. 529–577. In: Chromatography of Environmental Hazards. Volume II. Metals, gaseous and industrial pollutants. Elsevier, New York City, NY.

Fu, G., M. E. Barber, and S. Chen. 2007. Impacts of climate change on regional hydrological regimes in the Spokane River watershed. J. Hydrol. Eng. 12(5):452–461.

Funk, W. H., H. L. Gibbons, R. M. Duffner, T. Notestine, and T. Nielsen. 1983. Water quality of the Upper Spokane River and evaluation of methods for measurements of the effect of effluent upon primary and secondary producers. Publication No. 83-e11. Washington State University. Pullman, WA. 149 pp.

Funk, W. H., F. W. Rabe, and R. Filby. 1973. The biological impact of combined metallic and organic pollution in the Coeur D'Alene, Spokane River drainage system. Washington State University. Pullman, WA. 201 pp.

Furl, C., and C. Meredith. 2010. PBT monitoring: PBDE flame retardants in Spokane River fish, 2009. State of WA, Department of Ecology. Olympia, WA. 57 pp.

Gala, W., J. Lipton, P. Cernera, T. Ginn, R. Haddad, M. Henning, K. Jahn, W. Landis, E. Mancini, J. Nicoll, V. Peters, and J. Peterson. 2009. Ecological risk assessment and natural resource damage assessment: Synthesis of assessment procedures. Integr. Environ. Assess Manag. 5(4):515–522.

Gasaway, W. C., and I. O. Buss. 1972. Zinc toxicity in the mallard duck. J. Wildl. Manage. 36(4):1107–1117.

GEI Consultants. 2004. Intermountain Province Subbasin Plan. Submitted to Northwest Power and Conservation Council. On Behalf of Intermountain Province Oversight Committee and Intermountain Province Subbasin Work Teams. GEI Consultants Inc. Missoula, MT. 1032 pp.

GeoEngineers, Hubbard, and HDR.  2011.  Spokane River watershed nonpoint source phosphorus reduction plan.  GeoEngineers, Hubbard Gray Consulting, Inc., and HDR Engineering, Inc.  451 pp.

Gerhardt, T.  1992.  Utilities give hand to ospreys.  The Oregonian, July 20, 1992.  p. B02.

Gregory, S., H. Li, and J. Li.  2002.  The conceptual basis for ecological responses to dam removal.  BioScience 52(8):713−723.

Griffith, J. R., and A. T. Scholz.  1990.  Lake Roosevelt fisheries monitoring program annual report 1990, project no. 88-63.  Prepared for U. S. Department of Energy and Bonneville Power Administration by Eastern Washington University.  232 pp.

Grover, K. E.  1984.  Nesting distribution and reproductive status of ospreys along the upper Missouri River, Montana.  The Wilson Bulletin 96(3):496−498.

Haggin, L.  No date-a.  Drama on the Little Spokane.  Available at: http://www.flsrv.org/news.php?id=117.  Friends of the Little Spokane River Valley.

Haggin, L.  No date-b.  Nesting Ospreys.  Available at: http://www.flsrv.org/news.php?id=5. Friends of the Little Spokane River Valley.

Hamas, M. J.  1994.  Belted Kingfisher (*Ceryle alcyon*).  pp. 1–16.  In: The Birds of North America, No. 84.  A. Pool and F. Gill, editors.  The Academy of Natural Sciences, Washington, DC. The American Orthithologists' Union.

Hansen, D. J., P. R. Parrish, and J. Forester.  1974.  Aroclor 1016: toxicity to and uptake by estuarine animals.  Environ. Res. 7:363−373.

Hansen, D. J., P. R. Parrish, J. I. Lowe, A. J. Wilson Jr., and P. D. Wilson.  1971.  Chronic toxicity, uptake, and retention of Aroclor 1254® in two estuarine fishes.  Bull. Environ. Contam. Toxicol. 6(2):113−119.

Hansen, D. J., S. C. Schimmel, and J. Forester.  1973.  Aroclor® 1254 in eggs of sheepshead minnows:  effect on fertilization success and survival of embryos and fry. pp. 420–426.  In: 22nd Annual Conference of the Southeast Association of the Game and Fish Community.

Hansen, D. J., S. C. Schimmel, and J. Forester.  1975.  Effects of Aroclor® 1016 on embryos, fry, juveniles, and adults of sheepshead minnows (*Cyprinoden variegatus*).  Trans. Am. Fish. Soc. 104(3):584−588.

Haseltine, S. D., and R. M. Prouty.  1980.  Aroclor 1242 and reproductive success of adult mallards (*Anas platyrhynchos*).  Environ. Res. 23:29−34.

Hattula, M. L., and O. Karlog.  1972.  Toxicity of polychlorinated biphenyls (PCB) to goldfish. Acta Pharmacol. Toxicol. 31:238−240.

Havens, K., J. Hauxwell, A. Tyler, S. Thomas, K. McGlathery, J. Cebrian, I. Valiela, A. Steinman, and S.-J. Hwang. 2001. Complex interactions between autotrophs in shallow marine and freshwater ecosystems: implications for community responses to nutrient stress. Environ. Pollut. 113(1):95−107.

Head, J. A., M. E. Hahn, and S. W. Kennedy. 2008. Key amino acids in the aryl hydrocarbon receptor predict dioxin sensitivity in avian species. Environ. Sci. Technol. 42(19):7535−7541.

Hendron, L. 2019. 30(B)(6) Videotaped deposition of Lars Hendron on June 7, 2019. Case No. 15-cv-00201-SMJ. City of Spokane, a municipal corporation, located in the County of Spokane, State of Washington, plaintiff, vs. Monsanto Company, Solutia, Inc., and Pharmacia Corporation, and Does 1 through 100, defendants. United States District Court, Eastern District of Washington.

Henny, C. J., R. A. Grove, and J. L. Kaiser. 2008. Osprey distribution, abundance, reproductive success and contaminant burdens along lower Columbia River, 1997/1998 versus 2004. Arch. Environ. Contam. Toxicol. 54(3):525−534.

Henny, C. J., R. A. Grove, J. L. Kaiser, B. L. Johnson, C. V. Furl, and R. J. Letcher. 2011. Wastewater dilution index partially explains observed polybrominated diphenyl ether flame retardant concentrations in osprey eggs from Columbia River Basin, 2008–2009. Ecotoxicology 20(4):682−697.

Henry, T. B. 2015. Ecotoxicology of polychlorinated biphenyls in fish—a critical review. Crit. Rev. Toxicol. 45(8):643−661.

Hill, E. F., R. G. Heath, and J. D. Williams. 1976. Effect of dieldrin and Aroclor 1242 on Japanese quail eggshell thickness. Bull. Environ. Contam. Toxicol. 16(4):445−453.

Hoffman, R. W., and R. B. Meighan. 1984. The impact of combined sewer overflows from San Francisco on the western shore of central San Francisco Bay. Journal (Water Pollution Control Federation) 56(12):1277−1285.

Hollis, E. H., and R. E. Lennon. 1954. The toxicity of 1,085 chemicals to fish. Fish toxicity project report no. 2. EPA 560/6-87-002. U.S. Environmental Protection Agency. Washington, DC. 75 pp.

Holmes, D. C., J. H. Simmons, and J. O. G. Tatton. 1967. Chlorinated hydrocarbons in British wildlife. Nature 216:227−229.

Hornshaw, T. C., J. Safronoff, R. K. Ringer, and R. Aulerich. 1986. $LC_{50}$ test results in polychlorinated biphenyl-fed mink: age, season, and diet comparisons. Arch. Environ. Contam. Toxicol. 15:717−723.

Hugla, J. L., and J. P. Thome. 1999. Effects of polychlorinated biphenyls on liver ultrastructure, hepatic monooxygenases, and reproductive success in the barbel. Ecotoxicol. Environ. Saf. 42:265−273.

Hunn, J. B.  1989.  History of acute toxicity tests with fish, 1863-1987.  pp. 1–10, In: Investigations in fish control.  U. S. Fish and Wildlife Service. National Fisheries Research Center, Lacrosse, WI.

Interdepartmental Task Force on PCBs.  1972.  Polychlorinated biphenyls and the environment. Interdepartmental Task Force on PCBs. Departments of Agriculture, Commerce, Health, Education, and Welfare, and Interior, and Environmental Protection Agency, and other participating agencies.  Washington, DC.  192 pp.

Jensen, S.  1972.  The PCB story.  Ambio:123–131.

Jensen, S., J. E. Kihlström, M. Olsson, C. Lundberg, and J. Örberg.  1977.  Effects of PCB and DDT on mink (*Mustela vision*) during the reproductive season.  Ambio 6:239.

Johnson, A.  2001.  An ecological hazard assessment for PCBs in the Spokane River. Publication No. 01-03-015.  State of WA, Department of Ecology.  Olympia WA.  74 pp.

Johnson, A., K. Seiders, C. Deligeannis, K. Kinney, P. Sandvik, B. Era-Miller, and D. Alkire. 2006.  PBDE flame retardants in Washington rivers and lakes: Concentrations in fish and water, 2005-06.  Publication No. 06-03-027.  State of WA Department of Ecology.  Olympia, WA.  116 pp.

Johnston, J.  2016.  Dioxins, furans, and dioxin-like PCB congeners: ecological risk calculation methodology for upland soil, publication no. 16-09-044. Implementation memorandum no. 13. Washington State, Department of Ecology. Toxic Cleanup Program.  Information & Policy Section.  30 pp.

Joy, J.  1984.  Personal communication (from Joe Joy Washington State Department of Ecology to Jeff Sher Spokane Spokesman Review on September 7, 1984  regarding enclosed data requested concerning PCBs in fish taken from the Spokane River, publication no. 84-e30). Washington State Department of Ecology, Olympia, WA.

Kadlec, M.  2000.  Ecological risk analysis of elevated metal concentrations in the Spokane River, Washington.  Prepared for the State of Washington Department of Ecology, Toxics Cleanup Program.  72 pp.

Kensel, W. H.  1969.  Inland Empire mining and the growth of Spokane, 1883-1905.  The Pacific Northwest Quarterly.  60(2):84–97.

Kershner, J.  1995.  Rivers of kings in years past, the Spokane River was home to millions of salmon, which brought bounty to the regions's tribes.  The Spokesman-Review, August 21, 1995. http://www.spokesman.com/stories/1995/aug/21/river-of-kings-in-years-past-the-spokane-river/.

Kershner, J.  2016.  Washington water power/Avista.  https://www.historylink.org/File/11211. Accessed on 9/2/2019.

Kihlström, J. E., M. Olsson, S. Jensen, A. Johansson, J. Ahlbom, and A. Bergman. 1992. Effects of PCB and different fractions of PCB on the reproduction of mink (*Mustela vision*). Ambio 21(8):563–569.

Kleist, T. R. 1987. An evaluation of the fisheries potential of the Lower Spokane River: Monroe Street Dam to Nine Mile Falls Dam. Environmental Affairs Department, The Washington Water Power Company and The Washington State Department of Wildlife. Spokane, WA. 63 pp.

Koeman, J. H., M. C. Ten Noever De Brauw, and R. H. De Vos. 1969. Chlorinated biphenyls in fish, mussels and birds from the River Rhine and the Netherlands coastal area. Nature 221(5186):1126–1128.

Kramer, B. 2014. Avista studying Long Lake carp's effect on water quality. The Spokesman-Review, December 9, 2014. https://www.spokesman.com/stories/2014/dec/09/avista-studying-long-lake-carps-effect-on-water/.

Kramer, B. 2015a. High temperatures at area lakes a treat to aquatic life. The Spokesman-Review, July 20, 2015. https://www.spokesman.com/stories/2015/jul/20/high-temperatures-at-area-lakes-a-threat-to/.

Kramer, B. 2015b. Otters moving into North Idaho in increasing numbers and not the gubernatorial kind. The Spokesman-Review, November 2, 2015. http://www.spokesman.com/stories/2015/nov/02/otters-moving-into-north-idaho-in-increasing-numbe/#/0.

Landau, and Hinson. 2012. Lake Spokane creel survey 2011. Lake Spokane fishery enhancement. Spokane River hydroelectric project. FERC project no. 2545. Landau Associates and Hinson Ecological. Prepared for Avista Corporation. Spokane, WA. 34 pp.

Landers, R. 2010. Volunteers deliver 12,000 pounds of fish to composing operation, rotting carp were from Long Lake die-off. The Spokesman-Review, July 29, 2010. https://www.spokesman.com/stories/2010/jul/29/the-smell-of-opportunity/.

Landers, R. 2015a. Drought prompts fishing limits, restrictions set on rivers across state. The Spokesman-Review, July 17, 2015. p. A.1.

Landers, R. 2015b. Graduate student focuses study on smallmouth bass. The Spokesman-Review, September 13, 2015. https://www.spokesman.com/stories/2015/sep/13/graduate-student-focuses-study-on-smallmouth-bass/.

Landers, R. 2017. Lake Spokane carp removal project wraps up gillnets for season. The Spokesman-Review, May 28, 2017. https://www.spokesman.com/stories/2017/may/28/lake-spokane-carp-removal-project-wraps-up-gillnet/.

Lee, C. D. 2013. Redband trout spawning and fry emergency study. Abundance and year class strength component. Annual progress report 2012. FERC project no. 2545. Washington Department of Fish and Wildlife. Spokane Valley, WA. 22 pp.

Lee, C. D., and L. C. King.  2012.  Middle Spokane River baseline fish population assessment annual progress report 2011.  FERC project no. 2545-091.  Washington Department of Fish and Wildlife.  Spokane Valley, WA.  27 pp.

Lee, C. D., and L. C. King.  2013.  Middle Spokane River baseline fish population assessment.  Final report 2012.  FERC project no. 2545-091.  Washington Department of Fish and Wildlife.  Spokane Valley, WA.  28 pp.

Lerner, D. T., B. T. Björnsson, and S. D. McCormick.  2007.  Effects of aqueous exposure to polychlorinated biphenyls (Aroclor 1254) on physiology and behavior of smolt development of Atlantic salmon.  Aquat. Toxicol. 81:329–336.

Lester, D.  2018.  GAP analysis predicted distribution map, mink (*Mustela vision*).  Available at: http://naturemappingfoundation.org/natmap/maps/wa/mammals/WA_mink.html.

Lichtenstein, E. P., K. R. Schulz, T. W. Fuhremann, and T. T. Liang.  1969.  Biological interaction between plasticizers and insecticides.  J. Econ. Entomol. 62(4):761–765.

Lieb, A. J., D. D. Bills, and R. O. Sinnhuber.  1974.  Accumulation of dietary polychlorinated biphenyls (Aroclor 1254) by rainbow trout (*Salmo gairdneri*).  J. Agr. Food Chem 22(4):638–642.

Link, R., R. Beausoliel, and R. Spencer.  2007.  Living with wildlife, black bears.  Washington Department of Fish and Wildlife.  7 pp.

Lowe, T. P., and R. C. Stendell.  1991.  Eggshell modifications in captive American kestrels resulting from Aroclor® 1248 in the diet.  Arch. Environ. Contam. Toxicol. 20:519–522.

Lubliner, B.  2009.  PBDE and dioxin/furans in Spokane stormwater. A supplemental report.  Publication No. 09-03-010.  State of WA, Department of Ecology.  Olympia, WA.  43 pp.

Mac, M. J., and J. G. Seelye.  1981.  Patterns of PCB accumulation by fry of lake trout.  Bull. Environ. Contam. Toxicol. 27:368–375.

MacCoy, D. E., and T. R. Maret.  2003.  Ecological indicators of water quality in the Spokane River, Idaho and Washington, 1998 and 1999.  pp. 1–8, FS-067-03.  U. S. Geological Survey.  National Water Quality Assessment Program, Spokane, WA.

MacDonald, D. D., C. G. Ingersol, and T. A. Berger.  2000.  Development and evaluation of consensus-based sediment quality guidelines for freshwater ecosystems.  Arch. Environ. Contam. Toxicol. 39:20–31.

MacPhee, C., and R. Ruelle.  1969.  Lethal effects of 1888 chemicals upon four species of fish from western North America.  Bulletin No. 3.  University of Idaho.  Mosco, ID.  112 pp.

Matta, M. B., J. Linse, C. Cairncross, L. Francendese, and R. M. Kocan.  2001.  Reproductive and transgenerational effects of methylmercury or Aroclor 1268 on *Fundulus heteroclitus*.  Environ. Toxicol. Chem. 20(2):327–335.

Mauck, W. L., P. M. Mehrle, and F. L. Mayer.  1978.  Effects of the polychlorinated biphenyl Aroclor® 1254 on growth, survival, and bone development in brook trout (*Salvelinus fontinalis*). J. Fish. Res. Board Can. 35:1084−1088.

Mayer, F. L., P. M. Mehrler, and H. O. Sanders.  1977.  Residue dynamics and biological effects of polychlorinated biphenyls in aquatic organisms.  Arch. Environ. Contam. Toxicol. 5:501-511.

Mayer, K. S., F. L. Mayer, and A. Witt Jr.  1985.  Waste transformer oil and PCB toxicity to rainbow trout.  Trans. Am. Fish. Soc. 114:869−886.

McCoy, G., M. F. Finlay, A. Rhone, K. James, and G. P. Cobb.  1995.  Chronic polychlorinated biphenyls exposure on three generations of oldfield mice (*Peromyscus polionotus*):  Effects on reproduction, growth, and body residues.  Arch. Environ. Contam. Toxicol. 28:431−435.

McLane, M. A. R., and D. L. Hughes.  1980.  Reproductive success of screech owls fed Aroclor ® 1248.  Arch. Environ. Contam. Toxicol. 9:661−665.

McLellan, J. G., and D. O'Connor.  2003.  2002 WDFW annual report for the project resident fish stock status above Chief Joseph and Grand Coulee dams.  Part I. Baseline assessment of fish species distribution and densities in the Little Spokane River drainage, Year 2, and the Spokane River between Spokane Falls and Nine Mile Falls Dam.  Part II. coordination, data standards development, and data sharing activities.  Washington Department of Fish and Wildlife. Spokane, WA.  149 pp.

Meador, J. P., T. K. Collier, and J. E. Stein.  2002.  Use of tissue and sediment-based threshold concentrations of polychlorinated biphenyls (PCBs) to protect juvenile salmonids listed under the US Endangered Species Act.  Aquatic Conserv: Mar. Freshw. Ecosyst. 12:493–516.

Michelsen, T.  2011.  Development of benthic SQVs for freshwater sediments in Washington, Oregon, and Idaho, publication no. 11-09-054.  Prepared for Washington State Department of Ecology by Avocet Consulting under contract to Ecology & Environment and Hart Crowser. Olympia, WA.  116 pp.

Monosson, E.  2000.  Reproductive and developmental effects of PCBs in fish: a synthesis of laboratory and field studies.  Reviews in Toxicology. 3:25−75.

Nagpal, N. K.  1992.  Water quality criteria for polychlorinated biphenyls (PCBs); technical appendix.  Ministry of Environment, Lands and Parks. Water Management Division. Water Quality Branch.  Victoria, BC.  104 pp.

Nagy, K. A., I. A. Girard, and T. K. Brown.  1999.  Energetics of free-ranging mammals, reptiles, and birds.  Annu. Rev. Nutr. 19(1):247−277.

Nebeker, A. V., F. A. Puglisi, and D. L. DeFoe.  1974.  Effect of polychlorinated biphenyl compounds on survival and reproduction of the fathead minnow and flagfish.  Trans. Am. Fish. Soc. 3:562−568.

Newell, A. J., D. W. Johnson, and L. K. Allen.  1987.  Niagara River biota contamination project:  fish flesh criteria for piscivorous wildlife, technical report 87-3. Rendered into electronic format (PDF) with minor edits March 15, 2005.  New York State Department of Environmental Conservation. Division of Fish and Wildlife. Bureau of Environmental Protection.  145 pp.

NOAA.  1993.  National status and trends program for marine environmental quality, sampling and analytical methods of the national status and trends program, national benthic surveillance and mussel watch projects 1984-1992, Volume 1, overview and summary of methods.  NOAA Technical Memorandum NOS ORCA 71.  National Oceanic and Atmospheric Administration. Silver Spring, MD.  157 pp.

Normandeau Associates Inc.  2013.  Revised Lake Spokane fishery enhancement and creel survey plan. License article 406. Spokane River hydroelectric project. FERC project no. 2545. Normandeau Associates, Inc.  Stevenson, WA.  28 pp.

NYSDEC.  1999.  Technical guidance for screening contaminated sediments. Change sheet for January 25, 1999 and March 2, 1998 from original version on November 22, 1993.  New York State Department of Environmental Conservation. Division of Fish, Wildlife and Marine Resources.  45 pp.

NYSDEC.  2014.  Screening and assessment of contaminated sediment.  New York State Department of Environmental Conservation. Division of Fish, Wildlife and Marine Resources. Bureau of Habitat.  99 pp.

O'Connor, R. R., and J. G. McLellan.  2008.  Baseline fish community assessment for the Middle Spokane River.  WDFW resident fish stock status project.  Annual progress report, March 2007-February 2008.  Washington Department of Fish and Wildlife.  Spokane Valley, WA.  19 pp.

Opalski, D. D.  2016.  Personal communication (from Daniel D. Opalski EPA Region 10 to Heather Bartlett at Washington Department of Environmental Quality on July 22, 2016 regarding Approval of Washington State 2012 303(d) List).  U. S. Environmental Protection Agency, Seattle, WA.

Opresko, D. M., B. E. Sample, and G. W. Suter II.  1993.  Toxicological benchmarks for wildlife.  ES/ER/TM-86.  Oak Ridge National Laboratory.  Oak Ridge, TN.pp. 1–64.

Örn, S., P. L. Anderson, L. Förlin, M. Tysklind, and L. Norrgren.  1998.  The impact on reproduction of an orally administered mixture of selected PCBs in zebrafish (*Danio rerio*). Arch. Environ. Contam. Toxicol. 35:52−57.

Osborne, R.  2015.  2015 fisheries survey Long Lake (Lake Spokane).  Preliminary results.  pp. 1–14.  Washington Department of Fish and Wildlife, Spokane, WA.

Osborne, R. S., M. J. Divens, and C. Baldwin.  2003.  2001 Warmwater fisheries survey of Lake Spokane, Spokane and Stevens Counties, Washington.  Technical report #FPT 03-02. Washington Department of Fish and Wildlife.  Olympia, WA.  58 pp.

Parametrix.  2003.  Rainbow trout spawning survey.  2003 final report.  Doc No. 2003-0590.  Parametrix.  Kirkland, WA. Prepared for the Fisheries Work Group, Spokane River Project Relicensing.  47 pp.

Pattee, O. H.  1984.  Eggshell thickness and reproduction in American kestrels exposed to chronic dietary lead.  Arch. Environ. Contam. Toxicol. 13(1):29−34.

Pavlou, S. P., and F. A. Dexter.  1977.  Environmental dynamics of polychlorinated biphenyls (PCB) in Puget Sound: interpretations and critical recommendations.  Special Report No. 75.  University of Washington.  Seattle, WA.  162 pp.

Peakall, D. B., and J. L. Lincer.  1970.  Polychlorinated biphenyls: another long-life widespread chemical in the environment.  Bioscience 20(17):958−964.

Peakall, D. B., and J. L. Lincer.  1996.  Do PCBs cause eggshell thinning?  Environ. Pollut. 91(1):127−129.

Peakall, D. B., and M. L. Peakall.  1973.  Effect of a polychlorinated biphenyl on the reproduction of artificially and naturally incubated dove eggs.  J. Appl. Ecol. 10(3):863−868.

Peakall, D. B., and W. R. Risebrough.  1975.  PCB's and their environmental effects.  CRC Critical Reviews in Environmental Control 5:469−508

Pfeiffer, D. E.  1985.  A general assessment of aquatic resources on the Lower Spokane River reservoirs.  The Washington Water Power Company.  Spokane, WA.  34 pp.

Pierce Greeley & Hansen.  1933.  Spokane, Washington, report on sewage disposal.  Pierce Greeley, & Hansen.  Chicago, IL.  119 pp.

Platonow, N. S., and L. H. Karstad.  1973.  Dietary effects of polychlorinated biphenyls on mink.  Can. J. Comp. Med. 37:391−400.

Powell, D. B., R. C. Palm Jr., A. Skillman, and K. Godtredsen.  2003.  Immunocompetence of juvenile chinook salmon against *Listonella anguillarum* following dietary exposure to Aroclor 1254.  Environ. Toxicol. Chem. 22(2):285−295.

Public Health Service.  1952.  Report on water pollution control, Spokane River basin, 1952, water pollution series no. 37, a cooperative state-federal report.  152 pp.

Rafferty, S. D., J. Lybrook, K. M. Kaczmarek, M. Lethaby, R. Wellington, and M. Pyron.  2013.  Assessing changes in the Presque Isle Bay watershed fish community using a modified index of biotic integrity: before and after the elimination of combined sewer overflows.  Environ. Monit. Assess. 185(12):10459−10471.

Rayne, S., and M. G. Ikonomou.  2005a.  Polybrominated diphenyl ethers in an advanced wastewater treatment plant. Part 1: Concentrations, patterns, and influence of treatment processes.  J. Environ. Eng. Sci. 4(5):353−367.

Rayne, S., and M. G. Ikonomou.  2005b.  Polybrominated diphenyl ethers in an advanced wastewater treatment plant. Part 2: Potential effects on a unique aquatic system.  J. Environ. Eng. Sci. 4(5):369−383.

Reisdorph, A. J.  1965.  Waste treatment plant modified for increased solids loading.  Public Works. 96(4):113−114.

Risebrough, R. W., and D. W. Anderson.  1975.  Some effects of DDE and PCB on mallards and their eggs.  J. Wildl. Manage. 39(3):508−513.

Risebrough, R. W., P. Rieche, D. B. Peakall, S. G. Herman, and M. N. Kirven.  1968.  Polychlorinated biphenyls in the global ecosystem.  Nature 220(5172):1098−1102.

Sample, B. E., D. M. Opresko, and G. W. Suter II.  1996.  Toxicological benchmarks for wildlife: 1996 revision.  ES/ER/TM-86/R3.  Risk Assessment Program.  Health Sciences Research Division.  Oak Ridge, TN.  217 pp.

Santucci, V. J., S. R. Gephard, and S. M. Pescitelli.  2005.  Effects of multiple low-head dams on fish, macroinvertebrates, habitat, and water quality in the Fox River, Illinois.  North American Journal of Fisheries Management 25(3):975–992.

Schlenk, D.  1996.  The role of biomarkers in risk assessment.  Hum. Ecol. Risk Assess. 2(2):251−256.

Schlenk, D.  2019a.  Deposition of Daniel Schlenk in the matter City of Spokane et al., versus Monsanto Company et al., 15-cv-00201 SMJ, rough transcript; unedited realtime transcription disclaimer. United States District Court, Eastern District of Washington.

Schlenk, D.  2019b.  Expert report of Daniel Schlenk, Ph.D. City of Spokane v. Monsanto Company, et al.  Ecological risk assessment for PCBs in the Spokane River.  104 pp.

Schlenk, D., E. J. Perkins, G. Hamilton, Y. S. Zhang, and W. Layher.  1996.  Correlation of hepatic biomarkers with whole animal and population - community metrics.  Can. J. Fish. Aquat. Sci. 53:2299−2309.

Scholz, A., K. O'Laughlin, D. Geist, J. Uehara, D. Peone, L. Fields, T. Kleist, I. Zozaya, T. Peone, and K. Teesatuskie.  1985.  Compilation of information on salmon and steelhead total run size, catch and hydropower related losses in the Upper Columbia River Basin, above Grand Coulee Dam.  Fisheries Technical Report No. 2.  Eastern Washington University.  Cheney, WA.  17 pp.

Serdar, D., and A. Johnson.  2006.  PCBs, PBDEs, and selected metals in Spokane River fish, 2005.  Publication No. 06-03-025.  State of WA, Department of Ecology.  Olympia, WA.  81 pp.

Serdar, D., B. Lubliner, A. Johnson, and D. Norton.  2011.  Spokane River, PCB source assessment, 2003-2007, publication no. 11-03-013.  Washington State Department of Ecology. Environmental Assessment Program.  Toxics Studies Unit.  Olympia, WA.  156 pp.

Smith, V. H., G. D. Tilman, and J. C. Nekola.  1999.  Eutrophication: impacts of excess nutrient inputs on freshwater, marine, and terrestrial ecosystems.  Environ. Pollut. 100(1-3):179−196.

Snarski, V. M., and F. Puglisi, A.  1976.  Effects of Aroclor® 1254 on brook trout *Salvelinus fontinalis*.  EPA-600/3-76-112.  U. S. Environmental Protection Agency, Office of Research and Development, Environmental Research Laboratory.  Duluth, MN.

Soltero, R. A., L. R. Singleton, and C. R. Patmont.  1992.  The changing Spokane River watershed: actions to improve and maintain water quality.  pp. 458-478.  In: Watershed Management.  Springer.

Song, M., S. Chu, R. J. Letcher, and R. Seth.  2006.  Fate, partitioning, and mass loading of polybrominated diphenyl ethers (PBDEs) during the treatment processing of municipal sewage.  Environ. Sci. Technol. 40(20):6241−6246.

Spokane City Historic Preservation Office.  1881.  Washington State archives - digital archives (Spokane Falls 1881).  https://www.digitalarchives.wa.gov/Record/View/8CD828AC97502813234DDF72A3C40E26.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1889.  Washington State archives - digital archives (Spokane Falls looking North 1880-1889 -photo by G. W. Bechtel).  https://www.digitalarchives.wa.gov/Record/View/2C8ABAC8C30E8D17CC650755C4CCDC7F.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1895a.  Washington State archives - digital archives (Monroe Street Bridge over the Spokane River 1895).  https://www.digitalarchives.wa.gov/Record/View/DFEFD297688C7A0ABBA44267F071DBA6.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1895b.  Washington State archives - digital archives (Spokane Falls 1895).  https://www.digitalarchives.wa.gov/Record/View/DA34A2298B7C2B8CBE4FADBB8EDED832.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1895c.  Washington State archives - digital archives (The Flour Mill, est. 1895).  https://www.digitalarchives.wa.gov/Record/View/9EB32849645243C0A1A08BFAB17356DE.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic

Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1908.  Washington State archives - digital archives (Howard Street Bridge 1908 - photo by W. O. Reed).  https://www.digitalarchives.wa.gov/Record/View/C857267F5B75962852E69B6BDFAA9692.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1909.  Washington State archives - digital archives (Mission Avenue bridge, construction progress photos. Long shot of bridge decking with cranes and steam donkeys in operation 1909 photo by W. O. Reed).  https://www.digitalarchives.wa.gov/Record/View/CF7DB3181E374C0FA432655F9669530D.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1910.  Washington State archives - digital archives (Monroe Street bridge under construction1910 photo by W. O. Reed).  https://www.digitalarchives.wa.gov/Record/View/4F0A77100B9537CDEE874354021AED82.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1911.  Washington State archives - digital archives (OWR&N viaduct construction at Walnut Street, 1911 photo by W. O. Reed).  https://www.digitalarchives.wa.gov/Record/View/215A349FBF74482955F4DF80389859FB.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1915.  Washington State archives - digital archives (Division Street bridge collapse 1915).  https://www.digitalarchives.wa.gov/Record/View/A7CBEB1901372562CD375E927BC1BA74.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1920.  Washington State archives - digital archives (Water Works bridge spanning the Spokane River 1920 ).  https://www.digitalarchives.wa.gov/Record/View/46755DC3E669CAF101F1E01810A76426.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1925a.  Washington State archives - digital archives (completed Spokane City water/electric works station, upriver, along the Spokane River 1925).  https://www.digitalarchives.wa.gov/Record/View/C0FC9EB4DD631C5B7147E752846CA224.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1925b.  Washington State archives - digital archives (construction water department city dam unknown 1925).  https://www.digitalarchives.wa.gov/Record/View/32B5A26FA81E03512A7FAE93046E1017.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1925c.  Washington State archives - digital archives (dams, water department city dam unknown 1925).  https://www.digitalarchives.wa.gov/Record/View/B1F60D72866F60A2C8CFACA1DFE25FFC.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1927a.  Washington State archives - digital archives (construction of platform for Down River bridge. Steam engine in center of picture with workmen 1927 photo by T. W. Tolman).  https://www.digitalarchives.wa.gov/Record/View/E18EB95227C57B8FB23BE78F61951766.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1927b.  Washington State archives - digital archives (construction of Spokane City Water Works facility along the Spokane River, upriver, various views 1927).  https://www.digitalarchives.wa.gov/Record/View/B1FC3E52AA76CD89F652D1DFFD558C4F.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1927c.  Washington State archives - digital archives (Faslework on Down River bridge 1927 photo by T. W. Tolman).  https://www.digitalarchives.wa.gov/Record/View/5375F31365D5CC541E1F03835ECBCC1F.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1950a.  Washington State archives - digital archives (aerial view of Spokane River and surrounding area 1950).  https://www.digitalarchives.wa.gov/Record/View/E24E5A7CD8E6895BE611D1CAB643AD03.

Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1950b.  Washington State archives - digital archives (aerial view of Spokane River and surrounding area 1950) - part 2.  https://www.digitalarchives.wa.gov/Record/View/0E2A02AF312872D71BD38034DA3E9772.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1959.  Washington State archives - digital archives (aerial of downtown Spokane, looking east - photo by Brubaker Aerial Surveys).  https://www.digitalarchives.wa.gov/Record/View/4F0A77100B9537CDEE874354021AED82.  Accessed on November 13, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1973.  Washington State archives - digital archives (Spokane riverfront 1970-1973).  https://www.digitalarchives.wa.gov/Record/View/77C338D1EB62E82F1AD7D8F28DA5733F.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1974.  Washington State archives - digital archives (riverfront park under construction 1972-1974).  https://www.digitalarchives.wa.gov/Record/View/C7897474EEA1737C4683F86AB6C393BF.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  1979.  Washington State archives - digital archives (Great Northern Railroad trestle over Spokane River 1970-1979).  https://www.digitalarchives.wa.gov/Record/View/78AA013A72D4D032177DBA86123C3FE9.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  no date-a.  Washington State archives - digital archives (Inland Empire Paper Company Plant - no date).  https://www.digitalarchives.wa.gov/Record/View/C68F423549A36BEBE685DE3828A719CA.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  no date-b.  Washington State archives - digital archives (Long Lake dam - no date).  https://www.digitalarchives.wa.gov/Record/View/D48906B6937910AC89842FDFF106C579.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  no date-c.  Washington State archives - digital archives (peaceful valley and the Spokane River - no date).  https://www.digitalarchives.wa.gov/Record/View/63D54CF3E7761088982414760A090677.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  no date-d.  Washington State archives - digital archives (Spokane Falls - commercial buildings on island between the falls - no date).  https://www.digitalarchives.wa.gov/Record/View/9CF1DD659D34A2DAE304188756800EBE.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  no date-e.  Washington State archives - digital archives (Spokane Falls - no date).  https://www.digitalarchives.wa.gov/Record/View/D4672051C1130957BBBCB15500893F73.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City Historic Preservation Office.  no date-f.  Washington State archives - digital archives (Spokane River with Monroe Street bridge in foreground and Washington Water Power building in midground - no date).  https://www.digitalarchives.wa.gov/Record/View/365A9BA3E3FCF39C8B35AE16EA5E73EE.  Accessed on November 14, 2019.  Spokane City Historic Preservation Office Photographic Collection.  Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA.

Spokane City of.  2009.  Six-year comprehensive sewer program 2009-2014.  Prepared for City Council. City of Spokane.  Spokane, WA.  132 pp.

Spokane River Regional Toxics Task Force (SRRTTF).  2012.  Memorandum of Agreement regarding Spokane River Regional Toxics Task Force (signed copy).

Stalling, D. L., and F. L. Mayer Jr.  1972.  Toxicities of PCBs to fish and environmental residues. Environmental Health Perspectives 1:159–164.

Steele, K. D.  2002.  Mining enriched region, left big mess; Silver Valley's bittersweet saga began when pollution was legal series; dirty work.  The Spokesman-Review.  p. A9.

Stevens Historical Research Associates.  2015.  Coeur d'Alene mining pollution.  https://www.shraboise.com/2015/01/11215-coeur-dalene-mining-pollution/.  Accessed on November 12, 2019.  Stevens Historical Research Associates

Stickel, W. H.  1975.  Some effects of pollutants in terrestrial ecosystems. pp. 25–74.  In: Ecological toxicology research: effects of heavy metal and organohalogen compounds: proceedings of a NATO Science Committee Conference.  A. D. McIntyre and C. F. Mills, editors.  Plenum Press.

Stinson, D. W.  2016.  Periodic status review for the American white pelican in Washington.  Washington Department of Fish and Wildlife.  Olympia, WA.  22 pp.

Stinson, D. W., J. W. Watson, and K. R. McAllister.  2001.  Washington State status report for the bald eagle.  Washington Department of Fish and Wildlife.  Olympia, WA.  92 pp.

Superior Court of Washington.  1976.  Amicus Curaie brief for the plaintiff; Leonard J. Miotke, et ux, et al, plaintiffs, vs. City of Spokane, et al, defendants; no. 228268.  Superior Court of Washington

Suter, G. W.  1989.  Chapter 2.  Ecological endpoints. pp. 7–32.  In: Ecological assessment of hazardous waste sites: A field and laboratory reference document.  EPA 600/3-89/013.  W. Warren-Hicks, B. R. Parkhurst Jr, and S. S. Baker, editors.  U. S. Environmental Protection Agency, Corvallis, OR.

Suter II, G. W., S. B. Norton, and S. M. Cormier.  2010.  The science and philosophy of a method for assessing environmental causes.  Hum. Ecol. Risk Assess. 16(1):19–34.

The Spokane County Conservation District.  2005.  Spokane County, proper functioning condition, stream inventory and assessment.  Centennial Clean Water Fund Grant #G000029283.  The Spokane County Conservation District.  Spokane, WA.  351 pp.

The Spokesman-Review.  2012.  Then and now: east view from courthouse.  The Spokesman-Review.  https://www.spokesman.com/then-and-now/east-view-courthouse/.

The Spokesman-Review.  2013.  Then and now: Shacktown.  The Spokesman-Review.  https://www.spokesman.com/then-and-now/shacktown/.

The Spokesman-Review.  2014a.  Spokane Falls Boulevard.  The Spokesman-Review.  https://www.spokesman.com/then-and-now/spokane-falls-boulevard/.

The Spokesman-Review.  2014b.  Then and now: Centennial Mills Flour mill.  The Spokesman-Review.  https://www.spokesman.com/then-and-now/centennial-mills-flour-mill/.

Trebitz, K.  2015.  Irrigation history in the Rathdrum Prairie and Spokane Valley; thirty years of developing water delivery and fifty years of system rehabilitations.  20 pp.

U.S. ACE.  2014.  Final remedial action reports, Spokane River beach cleanup sites.  U.S. Army Corps of Engineers Seattle, WA.  118 pp.

U.S. ACE, and Kennedy-Tudor. 1976a. Metropolitan Spokane region water resources study, Appendix E: Environment and recreation. U. S. Army Corps of Engineers and Kennedy-Tudor Consulting Engineers. Seattle, WA. 183 pp.

U.S. ACE, and Kennedy-Tudor. 1976b. Metropolitan Spokane region water resources study, technical report. U. S. Army Corps of Engineers and Kennedy-Tudor Consulting Engineers. Seattle, WA. 212 pp.

U.S. EPA. 1972. Water Quality Criteria 1972. A report of the Committee on Water Criteria. National Academy of Science. U.S. Environmental Protection Agency. Washington, DC. pp. 1–604.

U.S. EPA. 1976. Quality criteria for water. EPA 440-9-76-023. U.S. Environmental Protection Agency. Washington, DC. 533 pp.

U.S. EPA. 1977. Guidelines for the pollution classification of Great Lakes harbor sediments. . U.S. Environmental Protection Agency. Chicago, IL. 8 pp.

U.S. EPA. 1979. Final environmental impact statement, City of Spokane, combined sewer overflow, abatement project. EPA 910/9-78-053. U.S. Environmental Protection Agency. Seattle, WA. 158 pp.

U.S. EPA. 1980. Ambient water quality criteria for polychlorinated biphenyls. EPA 440/5-80-068. U.S. Environmental Protection Agency. Washington, DC. 204 pp.

U.S. EPA. 1986. Quality criteria for water. EPA 440/5-86-001. U.S. Environmental Protection Agency. Washington, DC. 395 pp.

U.S. EPA. 1987. Part 1: The toxicity of 3400 chemicals to fish. Part 2: The toxicity of 1085 chemicals to fish. EPA 560/6-87-002. U. S. Environmental Protection Agency. Washington, DC. 276 pp.

U.S. EPA. 1992. Framework for ecological risk assessment. EPA/630/R-92/001. U.S. Environmental Protection Agency. Washington, DC. 57 pp.

U.S. EPA. 1993. Wildlife exposure factors handbook, volume I of II. EPA/600/R-93/187. U.S. Environmental Protection Agency. Washington, DC. 572 pp.

U.S. EPA. 1997. Ecological risk assessment guidance for superfund: process for designing and conducting ecological assessments, interim final. EPA 540-R-97-006. U.S. Environmental Protection Agency. Edison, NJ. 239 pp.

U.S. EPA. 1998. Guidelines for ecological risk assessment. EPA/630/R-95/002F. U.S. Environmental Protection Agency. Washington, DC. 188 pp.

U.S. EPA. 2000. Stressor identification guidance document. EPA-822-B-00-025. U.S. Environmental Protection Agency. Cincinnati, OH. 228 pp.

U.S. EPA.  2008.  Framework for application of the toxicity equivalence methodology for polychlorinated dioxins, furans, and biphenyls in ecological risk assessment.  EPA/100/R-08/004.  U.S. Environmental Protection Agency.  Washington, DC.  92 pp.

U.S. EPA.  2015.  EPA's plan for addressing PCBs in the Spokane River in response to court documents in case 2:11-cv-01759-BJR  (Sierra Club et al. vs  Dennis McLerran, et al.), Document 129-1.  pp. 1–31.  U.S. Environmental Protection Agency.

U.S. EPA.  2018.  Vocabulary Catalog: Integrated Risk Information System (IRIS) Glossary. https://iaspub.epa.gov/...gistry/termreg/searchandretrieve/glossariesandkeywordlists/search.do?details=&vocabName=IRIS%20Glossary#formTop.  Accessed on August 6, 2018.  Last updated on July 12, 2018.  U. S. Environmental Protection Agency.

U.S. EPA and USACE.  1977.  Ecological evaluation of proposed discharge of dredged material into ocean waters.  Implementation manual for section 103 of public law 92-532 (Marine Protection, Research, and Sanctuaries Act of 1972).  Environmental Protection Agency/Corps of Engineers Technical Committee on Criteria for Dredged and Fill Material.  Environmental Effects Laboratory.  U. S. Army Engineer Waterways Experiment Station.  Vicksburg, Mississippi.  128 pp.

URS.  1981.  Spokane River wasteload allocation study: phase 1.  Publication No. 81-e27. Prepared by URS Company for Washington State Department of Ecology.  Seattle, WA.  233 pp.

URS.  2008.  City of Spokane Shoreline Master Program Update Inventory and Analysis. Volume III.  URS.  Spokane, WA.  571 pp.

Van den Berg, M., L. Birnbaum, A. T. C. Bosveld, B. Brunström, P. Cook, M. Feeley, J. P. Giesy, A. Hanberg, R. Hasegawa, S. W. Kennedy, T. Kubiak, J. C. Larsen, F. X. Rolaf van Leeuwen, A. K. Djien Liem, C. Nolt, R. E. Peterson, L. Poellinger, S. Safe, D. Schrenk, D. Tillitt, M. Tysklind, M. Younes, F. Waern, and T. Zacharewski.  1998.  Toxic equivalency factors (TEFs) for PCBs, PCDDs, PCDFs, for humans and wildlife.  Environ. Health Perspect. 106(12):775–792.

Van den Berg, M., L. S. Birnbaum, M. Denison, M. De Vito, W. Farland, M. Feeley, H. Fielder, H. Hakansson, A. Hanberg, L. Haws, M. Rose, S. Safe, D. Shrenk, C. Tohyama, A. Tritscher, J. Tuomisto, M. Tysklind, N. Walker, and R. E. Peterson.  2006.  The 2005 World Health Organization reevaluation of human and mammalian toxic equivalency factors for dioxins and dioxin-like compounds.  Toxicol. Sci. 93(2):223–241.

Ward, J. V., and J. Stanford.  1983.  The serial discontinuity concept of lotic ecosystems. pp. 29–42.  In: Dynamics of lotic ecosystems.  T. D. I. Fontaine III and S. M. Bartell, editors.  Ann Arbor Science, Ann Arbor, MI.

Washington Nature Mapping Program.  2018.  Nature mapping animal facts, river otter. http://naturemappingfoundation.org/natmap/facts/river_otter_712.html.  Accessed on October 9, 2018.  Washington Nature Mapping Program.

WDFW.  2018.  Game harvest reports.  https://wdfw.wa.gov/hunting/harvest/.  Accessed on October 9, 2018.  Washington Department of Fish & Wildlife.

Weitkamp, D. E., and T. Euston.  2004.  Entrainment evaluation Spokane River hydroelectric project, FERC project no. 2545.  2004-0319.  Parametrix. Prepared for Fisheries Work Group, Spokane River Project Relicensing.  Kirkland, WA.  49 pp.

White, D. H., and M. T. Finley.  1978.  Uptake and retention of dietary cadmium in mallard ducks.  Environ. Res. 17(1):53−59.

Wickwire, T., and C. A. Menzie.  2010.  The causal analysis framework: refining approaches and expanding multidisciplinary applications.  Hum. Ecol. Risk Assess. 16(1):10−18.

Wiemeyer, S. N., T. G. Lamont, C. M. Bunck, C. R. Sindelar, F. J. Gramlich, J. D. Fraser, and M. A. Byrd.  1984.  Organochlorine pesticide, polychlorobiphenyl, and mercury residues in bald eagle eggs—1969–79—and their relationships to shell thinning and reproduction.  Arch. Environ. Contam. Toxicol. 13(5):529−549.

Wood, E. M.  1953.  The toxicity of 3,400 chemicals to fish. Fish toxicity project report no. 1. EPA 560/6-87-002.  U.S. Environmental Protection Agency.  Washington, DC.  210 pp.

Wren, C. D., D. B. Hunter, J. F. Letherland, and P. M. Stokes.  1987.  The effects of polychlorinated biphenyls and methylmercury, singly and in combination on mink, II reproduction and kit development.  Arch. Environ. Contam. Toxicol. 16:449−454.

Wynecoop, T., and J. Wynecoop.  No date.  Birds falling from the sky.  Available at: http://www.flsrv.org/news.php?id=54.  Friends of the Little Spokane River Valley.

Youngs, J. W. T.  2018.  Nature and Industry in Early Spokane: The Lumber versed Trout Debate. pp. 78–84.  In: The Spokane River.  P. Lindholdt, editor.  University of Washington Press, Seattle, WA.

Zabel, E. W., P. M. Cook, and R. E. Peterson.  1995a.  Toxic equivalency factors of polychlorinated dibenzo-p-dioxin, dibenzofuran and biphenyl congeners based on early life stage mortality in rainbow trout (*Oncorhynchus mykiss*).  Aquat. Toxicol. 31(4):315−328.

Zabel, E. W., M. K. Walker, M. W. Hornung, M. K. Clayton, and R. E. Peterson.  1995b. Interactions of polychlorinated dibenzo-p-dioxin, dibenzofuran, and biphenyl congeners for producing rainbow trout early life stage mortality.  Toxicol. Appl. Pharmacol. 134:204−213.

Dec GMV Re: Opposition to Pl MILs 001094

# Documents Considered

RCW 90.48.010.

WAC 173-245-030

44 Fed. Reg. 233 (December 3, 1979).

Adams, K. 2010. Guidance for stressor identification of biologically impaired aquatic resources in Washington State. Publication no. 10-03-036. State of WA, Department of Ecology. Olympia, WA. 128 pp.

Adler, C. 1972. Falling watermelons. Science 178(4060):450.

Adler, C. 1972. PCB's in the environment. Science 177(4044):116–118.

Alford-Stevens, A., T. A. Bellar, J. W. Eichelberger, and W. L. Budde. 1985. Method 680: determination of pesticides and PCBs in water and soil/sediment by gas chromatography/mass spectrometry. U.S. Environmental Protection Agency, Office of Research and Development, Environmental Monitoring and Support Laboratory, Physical and Chemical Methods Branch. Cincinnati, OH. 50 pp.

Allen, J. R., and D. H. Norback. 1973. PCB diet, reply. Science 180(4083):256–257.

Allen, J. R., and D. H. Norback. 1973. Polychlorinated biphenyl and triphenyl-induced gastric mucosal hyperplasia in primates. Science 179(4072):498–499.

Ames, K. C., N. P. Matson, D. M. Suzuki, and P. B. Sak. 1996. Inventory, characterization, and water quality of springs, seeps, and streams near Midnite Mine, Stevens County, Washington, Open-File Report 96-115. U. S. Geological Survey in cooperation with the U.S. Bureau of Mines. Tacoma, WA. 57 pp.

Anchor. 2016. Appendix D. Spokane River reach characterization tables and reach maps. In: Final draft shoreline inventory, analysis, and characterization report, Stevens county partnership shoreline master program update, May 2016 Anchor QEA, LLC. 37 pp.

Anderson, D. W., J. J. Hickey, R. W. Risebrough, D. F. Hughes, and R. E. Christensen. 1969. Significance of chlorinated hydrocarbon residues to breeding pelicans and cormorants. Can. Field-Nat. 83:91–111.

Andrews, E. J. 1973. PCB diet, letter to the editor. Science 180(4083):255–256.

Anonymous. 2006. Metropolitan Syracuse wastewater treatment plant tour, June 15, 2006. pp. 1-4.

Anonymous. No date. Untitled document in regard to "This Habitat Management Plan (HMP) was authorized by Mr. Taudd Hume to address the riparian habitat associated with the proposed

preliminary plat of the JRP Land LLC property. The Spokane Municipal Code (Section 17E.020.050 Regulated Activities) provided guidance in the development of this HMP"

ANSI. 1974. Guidelines for handling and disposal of capacitor and transformer grade askarels containing polychlorinated biphenyls. Report no. ANSI C107.1-1974. pp. 1–35. American National Standards Institute, Inc., New York, NY.

Armour, J. A., and J. A. Burke. 1970. Method for separating polychlorinated biphenyls from DDT and its analogs. J. Assoc. Off. Anal. Chem. 53(4):761–768.

Aulerich, R. J., R. K. Ringer, and S. Iwamoto. 1973. Reproductive failure and mortality in mink fed on Great Lakes fish. J. Reprod. Fertil. 19:365–376.

Avista. 2010. Five-year fishery protection and enhancement plan, Idaho 401 certification, section VII, Spokane River hydroelectric project, FERC project no. 2545. Avista Corporation. Spokane, WA. 51 pp.

Avista. 2010. Land use management plan, article 419, Spokane River hydroelectric project, FERC project no. 2545. Avista Corporation. Avista Utilities. Spokane, WA. 71 pp.

Avista. 2010. Upper Falls and Nine Mile reservoir rainbow trout stocking plan, license article 405, 2010 annual report, Spokane River hydroelectric project, FERC project no. 2545. Avista Corporation. Spokane, WA. 5 pp.

Avista. 2010. Upper Spokane River rainbow trout spawning and fry emergence protection plan, 2010 annual summary, Spokane River hydroelectric project, FERC project no. 2545. Avista Corporation. 7 pp.

Avista. 2012. Lake Spokane wetland plan and Nine Mile wetland monitoring program, article 413, Washington 401 certification, appendix B 5.3(G), Spokane River hydroelectric project FERC project No. 2545, doc. no 2012-0167. Avista Corporation. Spokane, WA. 44 pp.

Avista. 2014. Upper Spokane River rainbow trout spawning and fry emergence protection, 2014 annual summary, Spokane River hydroelectric project, FERC project no. 2545. Avista Corporation. Spokane, WA. 12 pp.

Avista. 2016. Land use management plan, article 419, Spokane River hydroelectric project, FERC project no. 2545. Avista Corporation. Avista Utilities. 139 pp.

Bache, C. A., J. W. Serum, W. D. Youngs, and D. J. Lisk. 1972. Polychlorinated biphenyl residues: accumulation in Cayuga Lake trout with age. Science 177(4055):1191–1192.

Bagley, G. E., W. L. Reichel, and E. Cromartie. 1970. Identification of polychlorinated biphenyls in two bald eagles by combined gas-liquid chromatography-mass spectrometry. J. Assoc. Off. Anal. Chem. 53(2):251–261.

Baldwin, C., and M. Polacek. 2002. Evaluation of limiting factors for stocked kokanee and rainbow trout in Lake Roosevelt, WA. FPA 04-03. Washington Department of Fish and Wildlife Program. Inland Fish Investigations. Spokane, WA. 120 pp.

Baldwin, K. 2015. Spokane River and Lake Spokane dissolved oxygen total maximum daily load, 2010-2014 implementation report, publication no xx-xx-xxx. Washington State Department of Ecology. Olympia, WA. 148 pp.

BCCSC. 2008. Findings of fact and decision in the matter of adopting the critical areas ordinance update for Spokane County, no. 80609. Board of County Commissioners of Spokane County (BCCSC). Spokane County, WA. 125 pp.

BCCSC. 2014. Motion in the matter of approving revisions to the Spokane County shoreline master program required in a stipulated agreement in growth management hearings board case no. 13-1-003C pertaining to on-site sewage disposal. Board of County Commissioners of Spokane County (BCCSC). Spokane County, WA. 164 pp.

Becker, D. S., and T. C. Ginn. 2008. Critical evaluation of the sediment effect concentrations for polychlorinated biphenyls. Integr. Environ. Assess. Manag. 4(2):156–170.

Beecher, H. 2012. Spokane River fish and flows – recommendations and rationale, September 2012. pp. 1-21. Washington Department of Fish and Wildlife.

Bellatty, J. M. 2010. Personal communication (letter from James M. Bellatty (Department of Ecology) to Dale Arnold (City of Spokane Wastewater Management) on April 13, 2010 regarding the City of Spokane - CSO abatement progress and compliance schedule). Washington State Department of Ecology, Spokane, WA.

Bellatty, J. M. 2011. Personal communication (Letter from James M. Bellatty (Department of Ecology) to Matt Breen (Spokane International Airport) on November 7, 2011 regarding temporary state waste discharge permit for Spokane International Airport, Permit No. ST0045499). Washington State Department of Ecology, Spokane, WA.

Bennett, G. A., C. K. Drinker, and M. F. Warren. 1938. Morphological changes in the livers of rats resulting from exposure to certain chlorinated hydrocarbons. J. Ind. Hyg. Toxicol. 20(2):97–123.

Bidleman, T. F., and C. E. Olney. 1974. Chlorinated hydrocarbons in the Sargasso Sea atmosphere and surface water. Science 183(4124):516–518.

Biggs, J. A. 1972. Personal communication (Letter from John A. Biggs (Department of Ecology) to Honorable Mayor and members of the Spokane City Council) on November 10, 1972 regarding "Transmitted herewith is our Notice of Violation Docket No. DE 72-186, which has been issued in accordance with Chapter 90. 48 RWC."). Washington State Department of Ecology, Olympia, WA.

Biros, F. J., A. C. Walker, and A. Medbery. 1970. Polychlorinated biphenyls in human adipose tissue. Bull. Environ. Contam. Toxicol. 5(4):317–323.

Bitman, J., and H. C. Cecil. 1970. Estrogenic activity of DDT analogs and polychlorinated biphenyls. J. Agric. Food Chem. 18(6):1108–1112.

Bitman, J., H. C. Cecil, and S. J. Harris. 1972. Biological effects of polychlorinated biphenyls in rats and quail. Environ. Health Perspect. 1:145–149.

Black, J. J., and C. L. Simpson. 1974. Thyroid enlargement in Lake Erie Coho salmon. J. Natl. Cancer Inst. 53(3):725–729.

Borgias, A. P. 2014. Personal communication (Email from Adriane Borgias (Ecology) on November 4, 2014 to various recipients - forwarded original from Doug Krapas (Inland Empire Paper Company) regarding efforts to address the TSCA PCB exclusion for inadvertently generated PCBs in products - PCB TSCA reform coalition agenda 102814). Washington State Department of Ecology.

Bourquin, A. W., and S. Cassidy. 1975. Effect of polychlorinated biphenyl formulations on the growth of estuarine bacteria. Appl. Microbiol. 29(1):125–127.

Bourquin, A. W., L. A. Kiefer, N. H. Berner, S. Crow, and D. G. Ahearn. 1975. Inhibition of estuarine microorganisms by polychlorinated biphenyls. Dev. Ind. Microbiol. 16:256–261.

Bovay Northwest Inc. 1999. City of Spokane wastewater facilities plan, volume I of III. Prepared by Bovay Northwest Inc., A Dames & Moore Subsidiary. In association with Camp, Dresser, & McKee, Esvelt Environmental Engineering, Eastern Washington University. 364 pp.

Bowes, G. W., B. R. Simoneit, A. L. Burlingame, B. W. de Lappe, and R. W. Risebrough. 1973. The search for chlorinated dibenzofurans and chlorinated dibenzodioxins in wildlife populations showing elevated levels of embryonic death. Environ. Health Perspect. 5:191–198.

Box, S. E., and J. C. Wallis. 2002. Surficial geology along the Spokane River, Washington, and its relationship to the metal content of sediments (Idaho-Washington Stateline to Latah Creek confluence), Open-File Report 02-126. U. S. Geological Survey prepared in cooperation with the Washington Department of Ecology and the Environmental Protection Agency. Spokane, WA. 76 pp.

Boyle, R. H. 1970. Poison roams our coastal seas. pp. 70–74, 76, 81 & 84. Sports Illustrated, Chicago, IL.

Boyle, R. H. 1975. Of PCBs ppms from GE and a SNAFU from EPA and DEC. pp. 127–133. Audubon Quarterly Print Magazine, New York, NY.

Boyle, R. H. 1975. Poisoned fish, troubled waters. pp. 14–17. Sports Illustrated, Chicago, IL.

Boyle, R. H. 1975. The spreading menace of PCB. pp. 20–21. Sports Illustrated, Chicago, IL.

Boyle, R. H. 1975. Those ubiquitous PCBs. p. 128. Audubon Quarterly Print Magazine, New York, NY.

Branson, D. R., G. E. Blau, H. C. Alexander, and W. B. Neely. 1975. Bioconcentration of 2,2',4,4'-tetrachlorobiphenyl in rainbow trout as measured by an accelerated test. Trans. Am. Fish. Soc. 104(4):785–792.

Brattebo, B. 2008. Study library bi-state nonpoint source phosphorus study as of 3 March 2008. Spokane County Utilities. 12 pp.

Brewer, L. 2016. Personal communication (Email from Lloyd Brewer (City of Spokane) To Marcia Davis, Mike Peterson, Elizabeth Schoedel, and Adrianne Pearson) on February 25, 2016 regarding hydroseed use in Spokane River restoration project). City of Spokane.

Brunt, J. 2010. Spokane's sewage system undergoing quiet upgrade; next phase: storage tanks to catch overflows of rain and snowmelt. The Spokeman-Review, December 26, 2010. www.spokesman.com/stories/2010/dec/26/spokanes-sewage-system-undergoing-quiet-upgrade/.

Bunn, S. E., and A. H. Arthington. 2002. Basic principles and ecological consequences of altered flow regimes for aquatic biodiversity. Environ. Manage. 30(4):492–507.

Burnett, R. 1972. PCB's in sand crabs. Science 177(4050):652.

Bush, B., C. F. Tumasonis, and F. D. Baker. 1974. Toxicity and persistence of PCB homologs and isomers in the avian system. Arch. Environ. Contam. Toxicol. 2(3):195–212.

Business Week. 1975. A fresh fight over PCB pollution. pp. 30–31. Business Week, Environment.

C&EN. 1972. Prevalence, impact of PCB's probed. American Chemical Society.

C&EN. 1972. Research heightens concern over PCB's. pp. 27–28. American Chemical Society.

Carpenter, D. O. 2019. Expert report, David O. Carpenter, M. D. City of Spokane v. Monsanto Company, et al. August 12, 2019. 25 pp.

Carpenter, E. J., S. J. Anderson, G. R. Harvey, H. P. Miklas, and B. B. Peck. 1972. Polystyrene spherules in coastal waters. Science 178(4062):749–750.

Carpenter, E. J., and K. L. Smith Jr. 1972. Plastics on the Sargasso Sea surface. Science 175(4027):1240–1241.

Carpenter, E. J., K. L. Smith Jr., G. R. Harvey, and H. P. Miklas. 1972. On Carpenter and Smith. Science 177(4043):85.

Catalano, M. J., M. A. Bozek, and T. D. Pellett. 2007. Effects of dam removal on fish assemblage structure and spatial distributions in the Baraboo River, Wisconsin. N. Am. J. Fish. Manag. 27:519–530.

CH2M Hill. 2014. City of Spokane CSO plan amendment - final. CH2M Hill. 114 pp.

CH2M Hill. 2016. Riverside Park Water Reclamation Facility, habitat management plan update. Prepared for the City of Spokane. CH2M Hill Engineers, Inc. Spokane, WA. 44 pp.

Chappell, M. J. 2009. Personal communication (letter from Michael J. Chappell (Gonzaga Environmental Law Clinic) to Mary Verner, Dale Arnold, and Dave Mandyke (City of Spokane) on December 1, 2009 regarding notice of violation and intent to file suit under the Federal Clean Water Act). Gonzaga Environmental Law Clinic. University Legal Assistance, Spokane, WA.

Chemical Engineering. 1967. Conservationists have another chemical to worry about. p. 52. Chementator.

Chemical Week. 1971. Pollution cop's lot not 'appy. pp. 19-20. Chemical Week, Environment.

Cissell, R. B. 2000. What Monsanto Chemicals Company knew about the hazards and effects of polychlorinated biphenyls. Master of Engineering Thesis. Chemical Engineering, University of Louisville, Speed Scientific School, Louisville, KY. 122 pp.

Clark Jr. D. R., C. O. Martin, and D. M. Swineford. 1975. Organochlorine insecticide residues in the free-tailed bat (*Tadarida brasiliensis*) at Bracken Cave, Texas. J. Mammal. 56(2):429–443.

Clausen, J., L. Braestrup, and O. Berg. 1974. The content of polychlorinated hydrocarbons in arctic mammals. Bull. Environ. Contam. Toxicol. 12(5):529–534.

Coghlan, K. M. 2019. Assessment of sources of polychlorinated biphenyls in the environment in and around the City of Spokane, Washington. EH&E Project 22814. Prepared for Brett Land, Attorney, Baron & Budd. Prepared by Environment Health & Engineering, Inc. Newton, MA. 96 pp.

Condon, D. A. 2016. Personal communication (Letter from David A. Condon (Mayor of Spokane) to Mia Bellon (Department of Ecology) on December 22, 2016 urging the State of Washington to challenge the Environmental Protection Agency's (EPA) partial disapproval of the Washington water quality standards and adoption of the EPA's separate set of standards for Washington). City of Spokane.

Condon, D. A. 2017. Personal communication (Letter from David A. Condon (Mayor of Spokane) to David Benton and Doug Ericksen (USEPA Headquarters) on February 7, 2017 regarding a major issue facing the Spokane area and truly the entire state of Washington. In mid-November 2016, the EPA effectively threw out the Washington State Department of Ecology's water quality standards for Washington State in favor of its own). City of Spokane.

Condon, D. A. 2018. Personal communication (Letter from David A. Condon (Mayor of Spokane) to Chris Hladick (USEPA Region 10) on March 26, 2018 regarding concerns about the Water Quality Standards for Protecting Human Health that EPA developed for Washington State in late 2016). City of Spokane.

Connor, J. M., J. G. McLellan, C. Butler, B. Crossley, J. Aterburn, A. Hammond, A. R. Black, J. Smith, J. Stegen, and D. O'Connor. 2003. Resident fish stock status above Chief Joseph and

Grand Coulee Dams, project no. 1997-00400, 2002 annual report. (BPA Report DOE/BP-00004619-3). 358 pp.

Cooke, K. R. 2016. Personal communication (letter from Kevin Cook (Environmental Services Director Spokane County) to Shara Joy (Ecology) regarding comments on draft NPDES permit and fact sheet, City of Spokane RPWRF and CSOs, permit WA0024473). Spokane County Environmental Services Department.

Coster, M. 2019. Videotaped deposition of Michael Coster on September 17, 2019. Case no. 15-cv-00201-SMJ. City of Spokane, a municipal corporation, located in the County of Spokane, State of Washington, plaintiff vs. Monsanto Company, Solutia, Inc., and Pharmacia Corporation and Does 1 through 100, defendants. United States District Court. Eastern District of Washington, Spokane, WA.

Cowles Company. 2019. History. https://www.cowlescompany.com/about. Accessed on November 12, 2019. Crowles Company.

CTE, Century West, and Taylor Engineering Inc. 2005. Combined sewer overflow reduction system wide alternative report for the City of Spokane. Consoer Townsend Envirodyne Engineers, Inc., Century West Engineering Corporation, and Taylor Engineering, Inc. 139 pp.

Currier, C. G. 1891. Self-purification of flowing water and the influence of polluted water in the causation of disease (a biological study), 463 (vol. XXIV, - February, 1891). pp. 21-79. In: American Society of Civil Engineers. New York Academy of Medicine.

Dadisman, Q. 1969. Chemist tells DDT hearing how pesticide is detected. Milwaukee Sentinel, May 7, 1969. p. 1.

Dadisman, Q. 1969. Reliability of DDT lab analyses questioned at Madison hearing. Milwaukee Sentinel, May 8, 1969. p. 1.

Dadisman, Q. 1969. Some bird species called DDT victims. Milwaukee Sentinel, May 13, 1969. p. 1.

Dahlgren, R. B., and R. L. Linder. 1971. Effects of polychlorinated biphenyls on pheasant reproduction, behavior, and survival. J. Wildl. Manage. 35(2):315–319.

Dahlgren, R. B., R. L. Linder, and C. W. Carlson. 1972. Polychlorinated biphenyls: their effects on penned pheasants. Environ. Health Perspect. 1:89–101.

Davis, D. 1994. Internal memorandum: from Dale Davis (Department of Ecology) to Larry Goldstein (Toxics Investigations Section Head) on July 7, 1994 regarding 1994 Spokane River survey - fish tissue and sediment sampling plan, Publication No. 94-e05. Washington State Department of Ecology.

Davis, D., and D. Serdar. 1994. Personal communication (letter from Dale Davis and Dave Serdar (EILS) on July 11, 1994 to Carl Nuechterlein (Eastern Regional Office) regarding

correction to Spokane River PCB data, publication no. 94-e24). Washington State Department of Ecology.

Davis, M. 2019. 30(B)(6) Videotaped deposition of Marcia Davis Volume I on September 10, 2019. Case no. 2:15-cv-00201-0. City of Spokane, a municipal corporation, located in the County of Spokane, State of Washington, plaintiff vs. Monsanto Company, Solutia, Inc., and Pharmacia Corporation and Does 1 through 100, defendants. United States District Court. Eastern District of Washington, Spokane, WA.

Davis, M. 2019. 30(B)(6) Videotaped deposition of Marcia Davis Volume II on September 11, 2019. Case no. 15-cv-00201-SMJ. City of Spokane, a municipal corporation, located in the County of Spokane, State of Washington, plaintiff vs. Monsanto Company, Solutia, Inc., and Pharmacia Corporation and Does 1 through 100, defendants. United States District Court. Eastern District of Washington, Spokane, WA.

Davis, P. W., J. M. Friedhoff, and G. A. Wedemeyer. 1972. Organochlorine insecticide, herbicide and polychlorinated biphenyl (PCB) inhibition of NaK-ATPase in Rainbow trout. Bull. Environ. Contam. Toxicol. 3(2):69–72.

Dawes, L. 2015. Habitat assessment and mitigation plan for the Trutina development phase located in the north 1/2 of section 10, T25N, R45E, river district site, City of Liberty Lake, Spokane County, WA. Biology Soil & Water, Inc. Spokane Valley, WA. 44 pp.

DeGrandchamp, R. L. 2019. Expert report of Richard L. DeGrandchamp, PhD. City of Spokane v. Monsanto Co. Book3. October 11, 2019. Scientia Veritas, L.L.P. Evergreen, CO. 64 pp.

DeGrandchamp, R. L. 2019. Expert report of Richard L. DeGrandchamp, PhD. City of Spokane v. Monsanto Co. Books 1 and 2. October 11, 2019. Scientia Veritas, L.L.P. Evergreen, CO. 458 pp.

DeLong, R. L., W. G. Gilmartin, and J. G. Simpson. 1973. Premature births in California sea lions: association with high organochlorine pollutant residue levels. Science 181(4105):1168–1170.

Dennis, D. S. 1975. Polychlorinated biphenyls in the surface waters and bottom sediments of the major drainage basins of the United States. pp. 183–194. In: National Conference on Polychlorinated Biphenyls (November 1975, Chicago, Illinois). Cosponsored by the U.S. Environmental Protection Agency, Office of Toxic Substances in cooperation with the Department of Agriculture, Council of Environment Quality, Department of Health, Education, and Welfare, and Department of Interior. Chicago, IL.

Dilks, D. 2019. Expert report of David Dilks, Ph. D. in the matter of City of Spokane v. Monsanto Co., et al. October 10, 2019. LimnoTech. 55 pp.

Donato, M. M. 2006. Annual trace-metal load estimates and flow-weighted concentrations of cadmium, lead, and zinc in the Spokane River basin, Idaho and Washington, 1999-2004, Scientific Investigations Report 2006-5188. U. S. Geological Survey prepared in cooperation with the U. S. Environmental Protection Agency. Reston, VA. 48 pp.

Dowling, B. 2019. Monitoring, sampling and analysis report, Spokane River shoreline sediment sites, heavy metals (As, Cd, Pb, Zn) post-remediation monitoring. Washington State Department of Ecology. Spokane, WA. 90 pp.

Drinker, C. K., M. F. Warren, and G. A. Bennett. 1937. The problem of possible systemic effects from certain chlorinated hydrocarbons. J. Ind. Hyg. Toxicol. 19(7):283–311.

Duce, R. A., J. G. Quinn, C. E. Olney, S. R. Piotrowicz, B. J. Ray, and T. L. Wade. 1972. Enrichment of heavy metals and organic compounds in the surface microlayer of Narragansett Bay, Rhode Island. Science 176(4031):161–163.

Dustman, E. H., L. F. Stickel, L. J. Blus, W. L. Reichel, and S. N. Wiemeyer. 1971. The occurrence and significance of polychlorinated biphenyls in the environment. Transactions of the Thirty-Sixth North American Wildlife and Natural Resources Conference, March 7, 8, 9, 10, 1971 36:118–131.

Ecology. 1970. Implementation and enforcement plan for water quality regulations, surface waters, State of Washington. Washington State Department of Ecology.

Ecology. 1974. National pollutant discharge elimination system waste discharge permit for the City of Spokane municipal sewage treatment plant; permit no. WA-002447-3; issuance date October 25, 1974; expiration date October 25, 1979. Washington State Department of Ecology, Olympia, WA. pp. 1-39.

Ecology. 1980. National pollutant discharge elimination system waste discharge permit for the City of Spokane municipal sewage treatment plant; permit no. WA-002447-3; issuance date November 1, 1980; expiration date November 1, 1985. Washington State Department of Ecology, Olympia, WA. pp. 1-15.

Ecology. 1986. National pollutant discharge elimination system waste discharge permit for the City of Spokane municipal sewage treatment plant; permit no. WA-002447-3; issuance date September 30, 1986; expiration date September 30, 1991. Washington State Department of Ecology, Olympia, WA. pp. 1-20.

Ecology. 1990. Order no. DE 90-E317; in the matter of the compliance by City of Spokane with chapter 90.48 RCW and the rules and regulations of the Department of Ecology. Washington State Department of Ecology, Eastern Regional Office, Water Quality Section, Spokane, WA.

Ecology. 2000. Fact sheet for the NPDES permit WA-002447-3, facility name City of Spokane wastewater treatment plant (WWTP) and Spokane County (pretreatment program) summary. Washington State Department of Ecology. Eastern Regional Office. pp. 1-34.

Ecology. 2000. National pollutant discharge elimination system waste discharge, City of Spokane wastewater treatment plant and combined sewer overflows and Spokane County (pretreatment program), permit no. WA-002447-3, effective date: April 1, 2000. Washington State Department of Ecology, Spokane WA. pp. 1-50.

Ecology. 2004. Draft cleanup action plan, City Parcel site, Spokane, WA. Washington State Department of Ecology. Eastern Regional Office Toxics Cleanup Program. 68 pp.

Ecology. 2005. Enforcement order no. 2691; in the matter of remedial action at: City Parcel site, Spokane, Washington. To Mr. Richard Boyce, Mr. Paul Gisselberg, and Mr. Jerry Overton. Washington State Department of Ecology. pp. 1-113.

Ecology. 2006. Upriver Dam PCBs sediments site, engineering design report available for review and comment, Fact Sheet Publication No. 06-09-024. Washington State Department of Ecology. Spokane, WA. 4 pp.

Ecology. 2007. Determination of nonsignificance; description of proposal: Spokane River metals remediation projects - Island Complex and Murray Road sites. Washington State Department of Ecology. Spokane, WA. 17 pp.

Ecology. 2007. Spokane River - project update 2007, cleanup focuses on PCBs, lead, arsenic, zinc, and cadmium, Publication No. 07-09-021. Washington State Department of Ecology. Spokane, WA. 2 pp.

Ecology. 2007. Spokane River Metals, comments sought on construction documents for Island Complex and Murray Road recreation areas, Fact Sheet Publication No. 07-09-025. Washington State Department of Ecology. Spokane, WA. 5 pp.

Ecology. 2007. Substantive permit requirements, Island Complex site, Murray Road site, Spokane, Washington. Washington State Department of Ecology. Eastern Regional Office, Toxics Cleanup Program. 9 pp.

Ecology. 2008. Spokane River metals, Harvard Road North site, comments sought on construction, SEPA, and substantive requirement documents, Fact Sheet Publication No. 08-09-026. Washington State Department of Ecology. Spokane, WA. 4 pp.

Ecology. 2008. WAC 197-11-970 Determination of nonsignificance (DNS) (for Spokane River metals remediation project – Harvard Road). Washington State Department of Ecology. Spokane, WA. 18 pp.

Ecology. 2009. Eastern Washington Phase II municipal stormwater permit, national pollutant discharge elimination system and state waste discharge general permit for discharges from small municipal separate storm sewers in eastern Washington, Effective Date: February 16, 2007, modified June 17, 2009. Washington State Department of Ecology, Olympia, WA. pp. 1-49.

Ecology. 2011. Chapter 11, Vegetation conservation, buffers and setbacks, phase 3, task 3.4, shoreline master program planning process, Publication No. 11-06-010. pp. 1-43. In: SMP Handbook 11/28/2011. Washington State Department of Ecology.

Ecology. 2012. Amendment no. 1 to agreed order no. 2692, in the matter of remedial action by: Kaiser Aluminum & Chemical Corporation, Trentwood site. Washington State Department of Ecology, Eastern Regional Office, Spokane, WA. pp. 1-29.

Ecology. 2012. Determination of nonsignificance (DNS) - for Spokane River Metals remediation project: Myrtle Point. Washington State Department of Ecology. Toxics Cleanup Program, Spokane WA. 1 pp.

Ecology. 2012. Spokane River toxics reduction strategy, revised, publication no. 11-10-038. Washington State Department of Ecology. Olympia, WA. 33 pp.

Ecology. 2012. WAC 197-11-960 environmental checklist (for Spokane River metals remediation project: Islands Lagoon). Washington State Department of Ecology. Toxics Cleanup Program, Spokane WA. 24 pp.

Ecology. 2012. WAC 197-11-960 environmental checklist (for Spokane River metals remediation project: Myrtle Point). Washington State Department of Ecology. Toxics Cleanup Program, Spokane WA. 20 pp.

Ecology. 2012. Water quality improvement project, Spokane River area: PCBs. http://www.ecy.wa.gov/programs/wq/tmdl/spokaneriver/SpokPCBTMDL.html. Accessed on February 3, 2017. Last updated on December, 2012. Washington State Department of Ecology, Eastern Region, Spokane, WA.

Ecology. 2013. Third periodic review (draft final) General Electric Spokane site, CSID 1082, FSID 630. Washington State Department of Ecology. Eastern Regional Office, Toxics Cleanup Program, Spokane, WA. 60 pp.

Ecology. 2013. WAC 174-204-563: sediment cleanup levels based on protection of the benthic community in freshwater sediment. Washington State Department of Ecology, Toxics Cleanup Program, Olympia, WA. http://apps.leg.wa.gov/WAC/default.aspx?cite=173-204-563.

Ecology. 2014. Appendix 2 - Total maximum daily load (TMDL) requirements In: Eastern Washington Phase II municipal stormwater permit, national pollutant discharge elimination system and state waste discharge general permit for discharges from small municipal separate storm sewers in eastern Washington, Effective Date: August 1, 2014. Washington State Department of Ecology. pp. 1-20.

Ecology. 2015. Periodic review, Spokane River Upriver Dam and Donkey Island PCB sediment site, facility site ID: 65178472, cleanup site ID: 4213. Washington State Department of Ecology. Eastern Regional Office Toxics Cleanup Program, Spokane, WA. 24 pp.

Ecology. 2016. Evaluation of measurable progress; evaluation period: January 1, 2012 - December 31, 2014. Washington State Department of Ecology. Prepared for Spokane River Regional Toxics Task Force. 43 pp.

Ecology. 2016. Fact sheet for the NPDES Permit WA0024473 City of Spokane - Riverside Park Water Reclamation Facility (RPWRF) draft - public review. Washington State Department of Ecology. Eastern Regional Office, Spokane, WA. 103 pp.

Ecology. 2016. Notice of termination form, construction stormwater general permit (for Spokane Parks and Recreation, permit no. WAR302883). Washington State Department of Ecology. Olympia, WA. 3 pp.

Ecology. 2019. City Parcel. https://apps.ecology.wa.gov/gsp/Sitepage.aspx?csid=1023. Accessed on July 22, 2019. Washington State Department of Ecology.

Ecology. 2019. Ecology's publication home page: Publication summary. https://fortress.wa.gov/ecy/publications/SummaryPages/0703055.html. Accessed on August 29, 2019.

Ecology. 2019. Kaiser Aluminum & Chemical Corporation. https://apps.ecology.wa.gov/gsp/Sitepage.aspx?csid=7093. Accessed on July 22, 2019. Washington State Department of Ecology.

Ecology. 2019. Spokane River Upriver Dam and Donkey Island. https://apps.ecology.wa.gov/gsp/Sitepage.aspx?csid=4213. Accessed on July 22, 2019. Washington State Department of Ecology.

Economic Development Research Group Inc. 2011. Failure to act, the economic impact of current investment trends in water and wastewater treatment infrastructure. Economic Development Research Group, Inc. in association with Downstream Strategies. Boston, MA. 52 pp.

Edwards, R. 1971. The polychlorobiphenyls, their occurrence and significance: a review. Chemistry and Industry 47:1340–1348.

Ellis, M. M. 1937. Detection and measurement of stream pollution. Bulletin No. 22. U.S. Department of Commerce, Bureau of Fisheries. Washington, D. C. 86 pp.

Era-Miller, B. 2015. Lake Spokane: PCBs in carp, publication no. 15-03-022. Washington State Department of Ecology. Olympia, WA. 32 pp.

Erickson, M. D. 1985. Analytical method: the analysis of by-product chlorinated biphenyls in commercial products and product wastes, revision 2. Prepared for the U.S. Environmental Protection Agency, Office of Toxic Substances, Washington, D.C. Report no. EPA-580/5-85-010. pp. 1–52. Midwest Research Institute, Kansas City, MO.

Erickson, M. D. 1997. Analytical procedures. pp. 97–123. In: Analytical chemistry of PCBs. Lewis Publishers, CRC Press LLC, Boca Raton, FL.

Ettre, L. S., and P. J. T. Morris. 2007. The saga of the electron-capture detector. LCGC North America 25(2):164–178.

Feist, M. 2019. 30(B)(6) Videotaped deposition of Marlene Feist on July 16, 2019. Case no. 15-cv-00201-SMJ. City of Spokane, a municipal corporation, located in the County of Spokane, State of Washington, plaintiff vs. Monsanto Company, Solutia, Inc., and Pharmacia Corporation

and Does 1 through 100, defendants. United States District Court. Eastern District of
Washington, Spokane, WA.

Feist, M. 2019. 30(B)(6) Videotaped deposition of Marlene Feist Volume II on July 17, 2019
(revised). Case no. 15-cv-00201-SMJ. City of Spokane, a municipal corporation, located in the
County of Spokane, State of Washington, plaintiff vs. Monsanto Company, Solutia, Inc., and
Pharmacia Corporation and Does 1 through 100, defendants. United States District Court.
Eastern District of Washington, Spokane, WA.

Feist, M. 2019. 30(B)(6) Videotaped deposition of Marlene Feist Volume III on September 16,
2019. Case no. 15-cv-00201-SMJ. City of Spokane, a municipal corporation, located in the
County of Spokane, State of Washington, plaintiff vs. Monsanto Company, Solutia, Inc., and
Pharmacia Corporation and Does 1 through 100, defendants. United States District Court.
Eastern District of Washington, Spokane, WA.

Feist, M. 2019. 30(B)(6) Videotaped deposition of Marlene Feist Volume IV on September 17,
2019. Case no. 15-cv-00201-SMJ. City of Spokane, a municipal corporation, located in the
County of Spokane, State of Washington, plaintiff vs. Monsanto Company, Solutia, Inc., and
Pharmacia Corporation and Does 1 through 100, defendants. United States District Court.
Eastern District of Washington, Spokane, WA.

FERC. 2009. Order issuing new license and approving annual charges for reuse of reservation
lands. Federal Energy Regulatory Commission (FERC). 167 pp.

Fernandez, A. 2012. Spokane River urban waters source investigation and data analysis progress
report (2009-2011), source tracing for PCB, PBDE, dioxin/furan, lead, cadmium, and zinc,
publication no. 12-04-025. Washington State Department of Ecology. Spokane, WA. 92 pp.

Fernie, K. J., J. L. Shutt, R. J. Letcher, I. J. Richie, and D. M. Bird. 2009. Environmentally
relevant concentrations of DE-71 and HBCD alter eggshell thickness and reproductive success of
American kestrels. Environ. Sci. Technol. 43(6):2124–2130.

Fernie, K. J., J. L. Shutt, R. J. Letcher, J. I. Richie, K. Sullivan, and D. M. Bird. 2008. Changes
in reproductive courtship behaviors of adult American kestrels (*Falco sparverius*) exposed to
environmentally relevant levels of the polybrominated diphenyl ether mixture DE-71. Toxicol.
Sci. 102(1):171–178

Fielder, P. C., and R. G. Starkey. 1986. Bald eagle perch sites in Eastern Washington. Northwest
Science. 60(3):186–190.

Finnemore, E. J., and J. L. Shepherd. 1974. Spokane River basin model project, volume II - data
report. Systems Control, Inc. Palo Alto, CA. Prepared for the Environmental Protection Agency.
185 pp.

Fishbein, L. 1974. Mutagens and potential mutagens in the biosphere: 1. DDT and its
metabolites, polychlorinated biphenyls, chlorodioxins, polycyclic aromatic hydrocarbons,
haloethers. Sci. Total Environ. 2(4):305–340.

Fishbein, L., and W. G. Flamm. 1972. Potential environmental chemical hazards. Part III; industrial and miscellaneous agents. Sci. Total Environ. 1(2):117–140.

Fisher, N. S. 1975. Chlorinated hydrocarbon pollutants and photosynthesis of marine phytoplankton: a reassessment. Science 189(401):463–464.

Fisher, N. S., E. J. Carpenter, C. C. Remsen, and C. F. Wurster. 1974. Effects of PCB on interspecific competition in natural and gnotobiotic phytoplankton communities in continuous and batch cultures. Microb. Ecol. 1(1):39–50.

Fisher, N. S., and C. F. Wurster. 1973. Individual and combined effects of temperature and polychlorinated biphenyls on the growth of three species of phytoplankton. Environ. Pollut. 5(3):205–212.

Flick, D. F., R. G. O'Dell, and V. A. Childs. 1964. Abstract 1829: development of chick edema disease-like symptoms with chlorinated biphenyl. Federation proceedings abstracts 48th annual meeting, April 12–17, 1964, vol. 23, no. 2, part 1. Federation of American Societies for Experimental Biology, Chicago, IL.

Flick, D. F., R. G. O'Dell, and V. A. Childs. 1965. Studies of the chick edema disease: 3. Similarity of symptoms produced by feeding chlorinated biphenyl. Poult. Sci. 44(6):1460–1465.

Friend, M., and D. O. Trainer. 1970. Polychlorinated biphenyl: interaction with duck hepatitis virus. Science 170(964):1314–1316.

Friese, M. 2016. Quality assurance project plan Spokane and Troutlodge fish hatchery PCB evaluation, publication no. 16-03-104. Washington State Department of Ecology. Olympia, WA. 45 pp.

Fujiwara, K. 1975. Environmental and food contamination with PCB's in Japan. Sci. Total Environ. 4:219–247.

Fulton, S. 2018. Personal communication (letter from Sara Fulton (Department of Ecology) to Duane Studer (City of Spokane) on February 20, 2018 regarding "No Further Action" (NFA) determination for City of Spokane CSO 34-1, 2110 E. Riverside Avenue, Spokane, Washington 99201 (Parcel# 35164.2905)). Washington State Department of Ecology, Spokane, WA.

Furl, C., C. Meredith, and M. Friese. 2009. Quality assurance project plan, PBDE flame retardants in Spokane River fish tissues and osprey eggs, publication no. 09-03-109. Washington State Department of Ecology. Olympia, WA. 105 pp.

FWPCA. 1968. Water quality criteria. Report of the National Technical Advisory Committee to the Secretary of the Interior. Federal Water Pollution Control Administration. Washington, D.C. 251 pp.

Gaffney, P. E. 1974. PCB's: another source, letter to the editor. Science 183(4123):367–368.

Garrett, J. T. 1957. Toxicity considerations in pollution control. Industrial Wastes 2(1):17–19.

GeoEngineers. 2012. 90 Percent design, river sediment capping design, Spokane River beach cleanup sites, Barker Road, Spokane County, Washington. Prepared for Washington State Department of Ecology. GeoEngineers. Spokane, WA. 40 pp.

GeoEngineers. 2012. 90 Percent design, river sediment capping design, Spokane River beach cleanup sites, Myrtle Point, Spokane County, Washington. Prepared for Washington State Department of Ecology. GeoEngineers. Spokane, WA. 39 pp.

GeoEngineers. 2013. Capping construction completion report, Spokane River beach cleanup sites, Spokane County, Washington. Prepared for Washington State Department of Ecology. GeoEngineers. Spokane, WA. 1405 pp.

GeoEngineers. 2015. Habitat management plan, proposed Riverfront Park improvements Spokane, Washington. For the City of Spokane Parks and Recreation. GeoEngineers. Spokane, WA. 70 pp.

GeoEngineers. 2017. Geotechnical engineering evaluation, proposed CSO 34-1 control facility, Spokane, Washington. Prepared for City of Spokane. GeoEngineers. Spokane, WA. 153 pp.

Gibbons Jr. H. L., W. H. Funk, R. M. Duffner, T. S. Nielsen, and T. Notestine. 1984. Baseline study to determine the water quality and the primary and secondary producers of the Spokane River, phase 1, Publication No. 84-e06. Washington State University. Pullman, WA. 78 pp.

Gillette, R. 1969. New plastic pollutant in bay, mother's milk. San Francisco Examiner, February 25, 1969. p. 1.

Gilluly, R. H. 1972. Oceans as alphabet soup: focus on DDT and PCB's. Sci. News. 10:30–31.

Gobas, F. 2019. Effect of discharges of PCBs by the City of Spokane on concentrations of PCBs in fish of the Spokane River. City of Spokane v. Monsanto Co., et al. No. 2:15-CV-0201-SMJ. Prepared for Baron & Budd, PC. 313 pp.

Golder. 2010. Bald eagle management plan, FERC license article 414, Spokane River hydroelectric project, FERC project no. 2545. Golder Associates, Inc. 55 pp.

Golding, S. 1996. Spokane River PCB source monitoring follow-up study November and December 1995, publication no. 96-331. Washington State Department of Ecology. Olympia, WA. 31 pp.

Golding, S. 2001. Spokane River PCB and source survey, August 2000, publication no. 01-03-016. Washington State Department of Ecology. Olympia, WA. 35 pp.

Golding, S. 2002. Spokane area point source PCB survey May 2001, publication no. 02-03-009. Washington State Department of Ecology. Olympia, WA. 94 pp.

Goodhue, L. D., W. N. Sullivan, and J. H. Fales. 1942. The effect of some organic halides on the housefly. J. Econ. Entomol. 35(4):533–536.

Greichus, Y. A., A. Greichus, and R. J. Emerick. 1973. Insecticides, polychlorinated biphenyls and mercury in wild cormorants, pelicans, their eggs, food and environment. Bull. Environ. Contam. Toxicol. 9(6):321–328.

Grosbois, C. A., A. J. Horowitz, J. J. Smith, and K. A. Elrick. 2001. The effect of mining and related activities on the sediment–trace element geochemistry of Lake Coeur d'Alene, Idaho, USA. Part III. Downstream effects: the Spokane River basin. Hydrol. Process. 15:855–875.

Gustafson, C. G. 1970. PCB's - prevalent and persistent. Environ. Sci. Technol. 4(10):814–819.

Haegele, M. A., and R. K. Tucker. 1974. Effects of 15 common environmental pollutants on eggshell thickness in mallards and coturnix. Bull. Environ. Contam. Toxicol. 11(1):98–102.

Hamelink, J. L., R. C. Waybrant, and R. C. Ball. 1971. A proposal: exchange equilibria control the degree chlorinated hydrocarbons are biologically magnified in lentic environments. Trans. Am. Fish. Soc. 100(2):207–214.

Hammond, A. L. 1972. Chemical pollution: polychlorinated biphenyls. Science 175(4018):155–156.

Hammond, P. B., I. C. T. Nisbet, A. F. Sarofim, W. H. Drury, and N. Nelson. 1972. Polychlorinated biphenyls - environmental impact, a review by the panel on hazardous trace substances. Environ. Res. 5:249–362.

Harmata, P. J., M. Restani, and A. R. Harmata. 2007. Settlement patterns, foraging behavior, and reproductive success of ospreys along a heterogeneous riverine corridor. Can. J. Zool. 85:56–62

Harvey, G. R. 1973. Source of PCB's. Science 180(4091):1122.

Harvey, G. R., H. P. Miklas, V. T. Bowen, and W. G. Steinhauer. 1974. Observations on the distribution of chlorinated hydrocarbons in Atlantic Ocean organisms. J. Mar. Res. 32(2):103–118.

Harvey, G. R., and W. G. Steinhauer. 1975. Matters arising: a reply to PCB concentrations in North Atlantic surface water. Nature 256(5514):239–240.

Harvey, G. R., W. G. Steinhauer, and J. M. Teal. 1973. Polychlorobiphenyls in North Atlantic Ocean water. Science 180(4086):643–644.

Hays, H., and R. W. Risebrough. 1971. The early warning of the terns. Nat. Hist. 80(9):39–46.

HDR. 2007. Chapter 6. Treatment systems. pp. 6-1 to 6-43. In: 2006 Wastewater facilities plan amendment, final. Prepared for Spokane County Division of Utilities by HDR, Boise, ID.

Heath, R. G., J. W. Spann, J. F. Kreitzer, and C. Vance. 1972. Effects of polychlorinated biphenyls on birds. pp. 475–485. In: Proceedings of the 15th International Ornithological Congress. K. H. Voous, editor. E.J. Brill, Leiden, Netherlands.

Hendron, L. 2011. Personal communication (Email from Lars Hendron (City of Spokane) to Erin Carroll (GSI Water Solutions, Inc.) on June 24, 2011 regarding the Spokane River PCB source assessment report). City of Spokane.

Hendron, L. 2014. Personal communication (Email for Lars Hendron (City of Spokane) to Kelly Irving, Marcia Davis, and Santu Winter (CH2M Hill) on October 10, 2014 regarding ICWP; Ecology comments on schedule and financing). City of Spokane.

Henny, C. J., R. A. Grove, J. L. Kaiser, and B. L. Johnson. 2010. North American osprey populations and contaminants: historic and contemporary perspectives. J. Toxicol. Environ. Health. Part B. 13:579–603.

Henny, C. J., J. L. Kaiser, R. A. Grove, B. L. Johnson, and R. J. Letcher. 2009. Polybrominated diphenyl ether flame retardants in eggs may reduce reproductive success of ospreys in Oregon and Washington, USA. Ecotoxicology. 18:802–813.

Hickey, J. J., and D. W. Anderson. 1968. Chlorinated hydrocarbons and eggshell changes in raptorial and fish-eating birds. Science 162(850):271–273.

Hladick, C. 2019. Personal communication (letter from Chris Hladick (USEPA Region 10) to Maia Bellon (Department of Ecology) on May 10, 2019 regarding the EPA's reversal of the November 15, 2016 Clean Water Act Section 303(c) partial disapproval of Washington's human health water criteria and decision to approve Washington's criteria). U. S. Environmental Protection Agency, Region 10, Seattle, WA.

Holden, A. V. 1970. Source of polychlorinated biphenyl contamination in the marine environment. Nature 228(277):1220–1221.

Holden, A. V. 1972. Monitoring PCB in water and wildlife. pp. 1–15. In: PCB Conference II. Freshwater Fisheries Laboratory. Stockholm, Sweden.

Holden, A. V. 1975. The accumulation of oceanic contaminants in marine mammals. Rapports et Proces-Verbaux des Reunions (Denmark) 169:353–361.

Holden, A. V., and K. Marsden. 1967. Organochlorine pesticides in seals and porpoises. Nature 216(122):1274–1276.

Hom, W., R. W. Risebrough, A. Soutar, and D. R. Young. 1974. Deposition of DDE and polychlorinated biphenyls in dated sediments of the Santa Barbara basin. Science 184(4142):1197–1199.

Hopkins, B. S. 1991. Basic water monitoring program fish tissue and sediment sampling for 1989, publication no. 91-e14. Washington State Department of Ecology. Environmental Investigations and Laboratory Services Program. Ambient Monitoring Section. Olympia, WA. 40 pp.

Hopkins, B. S., D. K. Clark, M. Schlender, and M. Stinson. 1985. Basic water monitoring program, fish tissue and sediment sampling for 1984, publication no. 85-7. Washington State Department of Ecology. Water Quality Investigations Section. Olympia, WA. 41 pp.

Horwitz, W., A. Senzel, H. Reynolds, and D. L. Park. 1975. Pesticide residues, multiple residues: general method for chlorinated and phosphated pesticides. pp. 518–528. In: Official methods of analysis of the association of official analytical chemists, 12th edition. W. Horwitz, editor. Association of Official Analytical Chemists.

Hsieh, P. A., M. E. Barber, B. A. Contor Md, A. Hossain, G. S. Johnson, J. L. Jones, and A. H. Wylie. 2007. Ground-water flow model for the Spokane Valley-Rathdrum Prairie Aquifer, Spokane County, Washington, and Bonner and Kootenai Counties, Idaho, Scientific Investigations report 2007-5044. U. S. Geological Survey prepared in cooperation with the Idaho Department of Water Resources, Washington State Department of Ecology, University of Idaho, and Washington State University. Reston, VA. 90 pp.

IDFG. 2007. Fisheries management plan, 2007-2012. Idaho Department of Fish and Game (IDFG). 410 pp.

Inland Empire Paper Company. 2019. Improving our processes. http://iepco.com/about-us/environment/improving-our-processes/. Accessed on November 12, 2019. Inland Empire Paper Company.

Jack, R., and M. Roose. 2002. Analysis of fish tissue from Long Lake (Spokane River) for PCBs and selected metals, publication no. 02-03-049. Washington State Department of Ecology. Olympia, WA. 48 pp.

Jenkins, J. A., H. M. Oliver, R. O. Draugelis-Dale, B. E. Elits, L. Torres, R. Patiño, E. Nilsen, and S. L. Goodbred. 2014. Assessing reproductive and endocrine parameters in male largescale suckers (Castomus macrocheilus) along a contaminated gradient in the lower Columbia River, USA. Sci. Total Environ. 484:365–378.

Jensen, S., N. Johansson, and M. Olsson. 1970. PCB - indications of effects on salmon. National Environment Protection Board; Salmon Research Institute; Swedish Museum of Natural History 10 pp.

Jensen, S., A. G. Johnels, M. Olsson, and G. Otterlind. 1969. DDT and PCB in marine animals from Swedish waters. Nature 224(216):247–250.

Jensen, S., B. Nucci, and G. Widmark. 1968. The OECD study of analysis of PCB. University of Stockholm, Institute of Analytical Chemistry, Stockholm, Sweden.

Jensen, S., and G. Widmark. 1967. Organochlorine residues, OECD preliminary study 1966–67. University of Stockholm, Institute of Analytical Chemistry, Stockholm, Sweden.

Jin, X., and V. Sridhar. 2012. Impacts of climate change on hydrology and water resources in the Boise and Spokane River basins. Author produced peer-reviewed version of the article in JAWRA Journal of the American Water Resources Association.

Johnsen, R. E. 1972. Polychlorinated biphenyls: an industrial pollutant. In: Environmental chemicals: human and animal health (proceedings) held at Fort Collins, Colorado on August 7–11, 1972. pp. 213–220. U.S. Environmental Protection Agency, Office of Pesticide Programs, Washington, D.C.

Johnson, A. 1997. Internal memorandum: from Art Johnson (EILS) to Carl Nuechterlein and David Knight (ERO) on July 8, 1997 regarding the 1996 results on PCBs in Upper Spokane River fish, (Waterbody Numbers WA-54-1010, WA-54-1020, WA-57-1010), publication no. 97-e04. Washington State Department of Ecology.

Johnson, A. 2000. Internal memorandum: from Art Johnson (EAP) to John Roland (ERO) on September 21, 2000 regarding results from analyzing PCBs in 1999 Spokane River fish and crayfish samples, publication no 00-03-040. Washington State Department of Ecology.

Johnson, A., M. Fiese, J. Roland, C. Gruenenfelder, B. Dowling, A. Fernandez, and T. Hamlin. 2011. Background characterization for metals and organic compounds in northeast Washington lakes; Part 2: Fish tissue, publication no. 11-03-054. Washington State Department of Ecology. Olympia, WA. 110 pp.

Johnson, A., and D. Norton. 2001. Chemical analysis and toxicity testing of Spokane River sediments collected in October 2000, publication no. 01-03-019. Washington State Department of Ecology. Olympia, WA. 188 pp.

Johnson, A., K. Seiders, and D. Norton. 2010. An assessment of the PCB and dioxin background in Washington freshwater fish, with recommendations for prioritizing 303(d) listing, publication no. 10-03-007. Washington State Department of Ecology. Olympia, WA. 80 pp.

Johnson, C. W. 1972. PCBs - the evasive chemical. Feedstuffs 44(27):29.

Johnson, D. R., W. E. Melquist, and G. J. Schroeder. 1975. DDT and PCB levels in Lake Coeur d'Alene, Idaho, osprey eggs. Bull. Environ. Contam. Toxicol. 13(4):401–405.

Jones, D. S., G. W. Suter II, and R. N. Hull. 1997. Toxicological benchmarks for screening contaminants of potential concern for effects on sediment - associated biota: 1997 revision. Prepared for the U.S. Department of Energy, Office of Environmental Management. Lockheed Martin Energy Research Corporation, Environmental Sciences Division of Oak Ridge National Laboratory; Beak Consultants, Ltd. Brampton, Ontario, Canada. 48 pp.

Jowett, D. 1973. PCB diet, letter to the editor. Science 180(4083):256.

Kahle, S. C., R. R. Caldwell, and J. R. Bartolino. 2005. Compilation of geologic, hydrologic, and ground-water flow modeling information for the Spokane valley - Rathdrum Prairie aquifer, Spokane County, Washington and Bonner and Kootenai Counties, Idaho, Scientific Investigations report 2005-5227. U. S. Geological Survey (USGS) in cooperation with the Idaho Department of Water Resources and Washington State Department of Ecology. Reston, VA. 76 pp.

Kalasz, K., and J. B. Buchanan. 2016. Periodic status review for the bald eagle. Washington Department of Fish and Wildlife. Olympia, WA. 25 pp.

Kierkgaard, A., L. Balk, U. Tjärnlund, C. A. De Wit, and B. Jansson. 1999. Dietary uptake and biological effects of decabromodiphenyl ether in rainbow trout (*Oncorhynchus mykiss*). Environ. Sci. Technol. 33:1612–1617.

Kinter, W. B., L. S. Merkens, R. H. Janicki, and A. M. Guarino. 1972. Studies on the mechanism of toxicity of DDT and polychlorinated biphenyls (PCBs): disruption of osmoregulation in marine fish. Environ. Health Perspect. 1:169–173.

Knight, R. L., D. G. Smith, and A. Erickson. 1982. Nesting raptors along the Columbia River in north-central Washington. The Murrelet. 63(1):2–8.

Koch, R. B., D. Desaiah, H. H. Yap, and L. K. Cutkomp. 1972. Polychlorinated biphenyls: effect of long-term exposure on ATPase activity in fish, *Pimephales promelas*. Bull. Environ. Contam. Toxicol. 7(2–3):87–92.

Koja, T., C. Kishita, T. Shimizu, T. Fujisaki, M. Kitazono, and T. Fukuda. 1970. Effects of polychlorinated biphenyls (PCB) on the gross behavior of immature rats and influences of drugs upon them. Medical Journal of Kogoshima University 31(2):315–319.

Kolbye, A. C. 1972. Food exposures to polychlorinated biphenyls. Environ. Health Perspect. 1(85–88).

Kraft, M. 2013. File:MK02733 Spokane Upper Falls.jpg. Accessed on November 12, 2019. Image: Martin Kraft (photo.martinkraft.com). License: CC BY-SA 3.0. via Wikimedia Commons.

LaBolle, L., S. Silkworth, and P. Lynch. 2014. 125 Years & counting, a 25-year commemorative look back at 1989-2014. Edited by Jessie Wuerst, Avista and Klündt|Hosmer. Spokane, WA. 44 pp.

Landers, R. 2015c. Nine mile reservoir drawdown set for May. The Spokesman-Review, April 9, 2015. https://www.spokesman.com/stories/2015/apr/09/nine-mile-dams-may-drawdown-requires-caution-from/.

Layne, E. N. 1972. The ABCs of PCBs. pp. 116–118. Audubon Quarterly Print Magazine, New York, NY.

Letcher, R. J., J. O. Bustnes, R. Dietz, B. M. Jenssen, E. H. Jørgensen, C. Sonne, J. Verreault, M. M. Vijayan, and G. W. Gabrielsen. 2010. Exposure and effects assessment of persistent organohalogen contaminants in arctic wildlife and fish. Sci. Total Environ. 408:2995–3043.

Lichtenstein, E. P. 1972. PCBs and interactions with insecticides. Environ. Health Perspect. 1:151–153.

Lillie, R. J., H. C. Cecil, J. Bitman, and G. F. Fries. 1974. Differences in response of caged white leghorn layers to various polychlorinated biphenyls (PCBs) in the diet. Poult. Sci. 53:726-732.

LimnoTech. 2015. Spokane River Regional Toxics Task Force, phase 2 technical activities report: identification of potential unmonitored dry weather sources of PCBs to the Spokane River. LimnoTech. Ann Arbor, MI. 62 pp.

LimnoTech. 2016. 2016 Comprehensive plan to reduce polychlorinated biphenyls (PCBs) in the Spokane River. Prepared for the Spokane River Regional Toxics Task Force. LimnoTech. Ann Arbor, MI. 125 pp.

LimnoTech. 2016. Spokane River Regional Toxics Task Force, 2015 technical activities report: continued identification of potential unmonitored dry weather sources of PCBs to the Spokane River, draft. LimnoTech. Ann Arbor, MI. 68 pp.

LimnoTech. 2019. Spokane River regional toxics task force, 2018 technical activities report: continued identification of potential unmonitored dry weather sources of PCBs to the Spokane River, draft. Prepared for Spokane River Regional Toxics Task Force by LimnoTech. Ann Arbor, MI. 43 pp.

Lincer, J. J., and D. B. Peakall. 1970. Metabolic effects of polychlorinated biphenyls in the American kestrel. Nature 228(5273):783–784.

Lockwood Jr. N., J. G. McLellan, D. O'Connor, and B. Crossley. 2001. Resident fish stock status above Chief Joseph and Grand Coulee Dams, project no. 1997-00400, 2000 annual report, DOE/BP-00004619-1. Bonneville Power Administration. Portland, OR. 291 pp.

Long, E. R., and L. G. Morgan. 1991. The potential for biological effects of sediment-sorbed contaminants tested in the National Status and Trends Program. NOAA Technical Memorandum NOS OMA 52. U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Ocean Service. Seattle, WA. 233 pp.

Longhurst, A. R., and J. Radford. 1975. Matters arising: PCB concentrations in North Atlantic surface water. Nature 256(5514):239.

Lopez-Avila, V., S. Schoen, and J. Milanes. 1987. Single-laboratory evaluation of method 8080: organochlorine pesticides and PCBs (polychlorinated biphenyls). Prepared for the U.S. Environmental Protection Agency, Office of Research and Development, Environmental Monitoring Systems Laboratory, Las Vegas, Nevada. No. EPA/600/4-87/022. Acurex Corporation. Mountain View, CA. 252 pp.

MacCoy, D. E. 2001. PCBs in tissue of fish from the Spokane River, Washington, 1999 USGS fact sheet FS–067–01. Prepared by U. S. Geological Survey in cooperation with Washington State Department of Ecology. Boise, ID. 6 pp.

MacDonald, D. D., L. M. Dipinto, J. Field, C. G. Ingersoll, E. R. long, and R. C. Swartz. 2000. Development and evaluation of consensus-based sediment effect concentrations for polychlorinated biphenyls. Environ. Toxicol. Chem. 19(5):1403–1413.

MacInnis Jr. J. D., B. B. Lackaff, R. Boese, S. King, G. Stevens, and R. C. Lindsay. 2009. The Spokane Valley-Rathdrum Prairie aquifer atlas, 2009 update. City of Spokane. Spokane, WA. 30 pp.

Mackay, D., and P. J. Leinonen. 1975. Rate of evaporation of low-solubility contaminants from water bodies to atmosphere. Environ. Sci. Technol. 9(13):1178–1180.

Mackay, D., and A. W. Wolkoff. 1973. Rate of evaporation of low-solubility contaminants from water bodies to atmosphere. Environ. Sci. Technol. 7(7):611–614.

Maret, T. R., D. J. Cain, D. E. MacCoy, and T. M. Short. 2003. Response of benthic invertebrate assemblages to metal exposure and bioaccumulation associated with hard-rock mining in northwestern streams, USA. J. N. Am. Benthol. Soc. 22(4):598–620.

Markowitz, G., and D. Rosner. 2018. Monsanto, PCBs, and the creation of a "world-wide ecological problem". J. Public Health Policy. 39(4):463–540.

Markowitz, G., and D. Rosner. 2019. Expert report of Gerald Markowitz, Ph.D. and David Rosner, Ph.D. City of Spokane v. Monsanto Company, et al. October 11, 2019. 245 pp.

Marteinson, S. C., D. M. Bird, J. L. Shutt, R. J. Letcher, I. J. Ritchie, and K. J. Fernie. 2010. Multi-generational effects of polybrominated diphenylethers exposure: embryonic exposure of male American kestrels (*Falco sparverius*) to DE-71 alters reproductive success and behaviors. Environ. Toxicol. Chem. 29(8):1740–1747.

Marti, P., and M. Maggi. 2015. Internal memorandum: from Pam Marti and Martha Maggi (EAP) to Adriane Borgias, David Knight, and James Bellatty (ERO) on September 16, 2015 regarding assessment of PCBs in Spokane Valley groundwater. Washington State Department of Ecology. Environmental Assessment Program.

Maruya, K. A., N. G. Dodder, A. C. Mehinto, N. D. Denslow, D. Schlenk, S. A. Snyder, and S. B. Weisberg. 2016. A tiered, integrated biological and chemical monitoring framework for contaminants of emerging concern in aquatic ecosystems. Integr. Environ. Assess. Manag. 12(3):540–547.

Matson, J. V. 2019. Expert report. Monsanto's manufacture, promotion and sale of polychlorinated biphenyls (PCBs). City of Spokane v. Monsanto Company, et al. Case no. 15-CV-00201-SMJ. August 6, 2019. Matson & Associates. State College, PA. 150 pp.

Maugh II, T. H. 1972. Polychlorinated biphenyls: still prevalent, but less of a problem. Science 178(4059):388.

Maugh II, T. H. 1973. DDT: an unrecognized source of polychlorinated biphenyls. Science 180(4086):578–579.

Mauro, A. 1973. PCB (policlorobifenili) ed ambiente, PCB and environment. Industrie Alimentari 13(11):97–100.

McCune, E. L., J. E. Savage, and B. L. O'Dell. 1962. Hydropericardium and ascites in chicks fed a chlorinated hydrocarbon. Poult. Sci. 41(1):295–299.

McKee, J. E., and H. W. Wolf. 1963. Water quality criteria, second edition. California State Water Quality Control Board. 583 pp.

McKim, J. M., D. A. Benoit, K. E. Biesinger, W. A. Brungs, and R. E. Siefert. 1975. Effects of pollution on freshwater fish. J. Water Pollut. Control Fed. 47(6):1711–1768.

McLane, M. A. R., L. F. Stickel, E. R. Clark, and D. F. Hughes. 1973. Organochlorine residues in woodcock wings, 11 states, 1970–71. Pestic. Monit. J. 7(2):100–103.

McLaughlin Jr., J., J.-P. Marliac, M. J. Verrett, M. K. Kutchler, and O. G. Fitzhugh. 1963. The injection of chemicals into the yolk sac of fertile eggs prior to incubation as a toxicity test. Toxicol. Appl. Pharmacol. 5(6):760–771.

Medical Tribune. 1967. Industrial agents toxic to the liver are widely used. May 24, 1967.

Meigs, J. W., J. J. Albom, and B. L. Kartin. 1954. Chloracne from an unusual exposure to Arochlor. J. Am. Med. Assoc. (JAMA). 164(17):1417–1418.

Merrill, K. R. 2001. Personal communication (letter from Kenneth R. Merrill (Department of Ecology) to Dale Arnold (Spokane Waste Management Department) on August 10, 2001 regarding treatment plant class 1 inspection and noncompliance warning). Washington State Department of Ecology.

Milwaukee Journal. 1969. Chemical hindrance in DDT tests cited. May 7, 1969.

Milwaukee Journal. 1969. WARF test methods challenged by DDT foes. May 8, 1969.

Moein, G. J. 1976. Follow-up study of the distribution and fate of polychlorinated biphenyls and benzenes after spill of transformer fluid. U.S. Environmental Protection Agency, Office of Water Program Operations, Division of Oil and Special Materials Control; The Environmental Protection Agency, Region IV. Atlanta, GA. 143 pp.

Molenaar, D. 1988. The Spokane aquifer, Washington: its geologic origin and water-bearing and water-quality characteristics, U. S. Geological Survey Water-Supply Paper 2265. U. S. Geological Survey. Denver, CO. 81 pp.

Moore, B. 2017. Personal communication (letter from Bill Moore (Department of Ecology) to Clinton Brown (Community Colleges of Spokane) on July 28, 2017 regarding notice of termination of coverage under the construction stormwater general permit, permit no. WAR302823). Washington State Department of Ecology, Olympia, WA.

Mosser, J. L., N. S. Fisher, T.-C. Teng, and C. F. Wurster. 1972. PCB's in the environment, reply. Science 177(4044):118–119.

Munson, T. O. 1972. Chlorinated hydrocarbon residues in marine animals of southern California. Bull. Environ. Contam. Toxicol. 7(4):223–228.

Munson, T. O. 1972. PCB's in sand crabs. 177(4050):652.

National Academy of Sciences. 1983. Risk assessment in the federal government: managing the process. National Academy Press, Washington, D.C. p. 206.

Nature. 1972. Persistent pesticides and PCBs in the environment. Nature 240:319–320.

Nelson, J. K. 2019. Expert report of J. Keith Nelson, Ph.D. City of Spokane v. Monsanto Company, et al. August 12, 2019. Rensselaer Polytechnic Institute. 53 pp.

Newsweek. 1971. The PCB crisis. October 11, 1971.

Nikinmaa, M., and D. Schlenk. 2006. Editorial. Aquat. Toxicol. 80:205–206.

Nikinmaa, M., and D. Schlenk. 2009. Editorial. Aquat. Toxicol. 92:13.

Nikinmaa, M., and D. Schlenk. 2010. Editorial, uses of phases. Aquat. Toxicol. 97:1–2.

Nimmo, D. R., R. R. Blackman, A. J. Wilson Jr., and J. Forester. 1971. Toxicity and distribution of Aroclor® 1254 in the pink shrimp *Penaeus duorarum*. Mar. Biol. 11(3):191–197.

Nimmo, D. R., J. Forester, P. T. Heitmuller, and G. H. Cook. 1974. Accumulation of Aroclor® 1254 in grass shrimp (*Palemonetes pugio*) in laboratory and field exposures. Bull. Environ. Contam. Toxicol. 11(4):303–308.

Nimmo, D. R., P. D. Wilson, R. R. Blackman, and A. J. Wilson Jr. 1971. Polychlorinated biphenyl absorbed from sediments by fiddler crabs and pink shrimp. Nature 231:50–52.

NIOSH. 1977. Polychlorinated biphenyls (PCB) in air; analytical method P&CAM 244. pp. 1–12. In: NIOSH manual and analytical methods, 2nd edition, part I NIOSH monitoring methods. National Institute for Occupational Safety and Health, Measurements Research Branch, Cincinnati, OH.

Nisbet, I. C. T. 1975. Global pollutants. Technol. Rev. 77(3):6–7.

Nisbet, I. C. T. 1975. Some unsolved puzzles of chlorinated hydrocarbons. Technol. Rev. 77(4):13, 69.

Nisbet, I. C. T., and A. F. Sarofim. 1972. Rates and routes of transport of PCBs in the Environment. Environ. Health Perspect. 1:21–38.

Nishizumi, M. 1970. Light and electron microscope study of chlorobiphenyl poisoning in mouse and monkey liver. Arch. Environ. Health. 21(5):620–632.

Normandeau Associates Inc. 2010. Lake Spokane fishery enhancement and creel survey plan, license article 406, Spokane River hydroelectric project, FERC project no. 2545. Normandeau Associates, Inc. 36 pp.

Olcott, H. S. 1972. Mercury, DDT, and PCBs in aquatic food resources. J. Nutr. Educ. 4(4):156–157.

Oloffs, P. C., L. J. Albright, and S. Y. Szeto. 1972. Fate and behavior of five chlorinated hydrocarbons in three natural waters. Can. J. Microbiol. 18(9):1393–1398.

Olson, J. R. 2019. Expert report of James R. Olson, Ph. D. City of Spokane v. Monsanto Company, et al. Submitted October 11, 2019. 108 pp.

Papanicolaou, A. N., and L. J. H. Peterschmidt. 2002. New restoration approach for steep - gradient streams: Spokane River case study. Research & Extension Regional Water Quality Conference 2002.

Parametrix. 2003. Rainbow trout spawning survey, 2003 final report. Spokane River hydroelectric project FERC project no. 2545. Prepared for Fisheries Workgroup, Spokane River Project Relicensing. Parametrix. Kirkland, WA. 42 pp.

Parametrix. 2004. Rainbow trout radio-tracking survey 2004 - final report Doc. No 2004-0341. Prepared for Fisheries Workgroup, Spokane River Project Relicensing. Parametrix. Bellevue, WA. 149 pp.

Parametrix. 2004. Spokane River hydroelectric project, wetland and riparian habitat mapping and assessment. Prepared for Terrestrial Resources Work Group, Spokane River Project Relicensing. Parametrix. Kirkland, WA. 151 pp.

Parametrix, Exponent, and Hydroqual. 2011. Upper Columbia River baseline ecological risk assessment work plan. Prepared for Teck American Incorporated by Parametrix, Exponent, and Hydroqual in consultation with Integral Consulting, Inc. and Cardwell Consulting. Bellevue, WA. 282 pp.

Parsons. 2007. Spokane River PCB TMDL stormwater loading analysis final technical report, publication no. 07-03-055. Prepared for the U. S. Environmental Protection Agency - Region 10 and Washington Department of Ecology. Parsons. 52 pp.

Patmont, C. R., G. J. Pellitier, L. R. Singleton, R. A. Soltero, W. T. Trial, and E. B. Welch. 1987. The Spokane River basin: allowable phosphorus loading, 87-e29. Harper-Owes, Washington Department of Ecology, Eastern Washington University and University of Washington. Seattle, WA. 186 pp.

Peakall, D. B. 1970. Pesticides and the reproduction of birds. Sci. Am. 222(4):73–78.

Peakall, D. B. 1971. Effect of polychlorinated biphenyls (PCB's) on the eggshells of ring doves. Bull. Environ. Contam. Toxicol. 6(2):100–101.

Peakall, D. B. 1972. Polychlorinated biphenyls: occurrence and biological effects. pp. 1–21. In: Residue reviews. F. A. Gunther and J. D. Gunther, editors. Springer-Verlag New York Inc., New York, NY.

Pelletier, G. J. 1994. Cadmium, copper, mercury, lead, and zinc in the Spokane River: comparisons with water quality standards and recommendations for total maximum daily loads, publication no. 94-99 Washington State Department of Ecology. Environmental Investigations and Laboratory Services Program. Watershed Assessments Section. Olympia, WA. 80 pp.

Perlman, D. 1969. A menacing new pollutant. The San Francisco Chronicle, February 24, 1969.

Persaud, D., R. Jaagumagi, and A. Hayton. 1993. Guidelines for the protection and management of aquatic sediment quality in Ontario. Ministry of Environment and Energy, Standards Development Branch; Environmental Monitoring and Reporting Branch. Ontario, Canada. 39 pp.

Pichirallo, J. 1971. PCB's: leaks of toxic substances raises issue of effects, regulation. Science 173(4000):899–902.

Pinza, M. R., E. S. Barrows, and J. Q. Word. 1996. Evaluation of dredged material proposed for ocean disposal from Liberty Island Anchorage, New York. Prepared for the U.S. Army Corps of Engineers, New York district, under a related service agreement with the U.S. Department of Energy, Pacific Northwest National Laboratory. Battelle Memorial Institute, Battelle Marines Sciences Laboratory. Sequim, WA. 157 pp.

Plimmer, J. R., and U. I. Klingebiel. 1973. PCB formation, letter to the editor. Science 181(4104):994–995.

Prestt, I., D. J. Jefferies, and N. W. Moore. 1970. Polychlorinated biphenyls in wild birds in Britain and their avian toxicity. Environ. Pollut. 1:3–26.

Public Law. Federal Water Pollution Control Act Amendments of 1972. 70 Stat. 498; 84 Stat. 92. 33 USC 1151 note. October 18, 1972.

Rakib, Z., M. Barber, and R. Mahler. 2015. Modeling flow, nutrient, and dissolved oxygen concentrations in the Spokane River under multiple year conditions. WIT Transactions on Ecology and The Environment. 196:127–138.

Ratcliffe, D. A. 1967. Decrease in eggshell weight in certain birds of prey. Nature 215:208–210.

REC Resources. 2010. Spokane River project, recreation report. Prepared for Avista Utilities. REC Resources Pinnacle Research. Nanoose Bay, BC. 425 pp.

Reynolds, L. M. 1969. Polychlorobiphenyls (PCB's) and their interference with pesticide residue analysis. Bull. Environ. Contam. Toxicol. 4(3):128–143.

Reynolds, L. M. 1971. Pesticide residue analysis in the presence of polychlorobiphenyls (PCB's). pp. 27–57. In: Residue reviews. F. A. Gunther and J. D. Gunther, editors. Springer-Verlag New York Inc., New York, NY.

Rice, C. D., and D. Schlenk. 1995. Immune function and cytochrome P4501A activity after acute exposure to 3,3',4,4',5-pentachlorobiphenyl (PCB 126) in channel catfish. J. Aquat. Anim. Health. 7:195-204.

Ridolfi Inc. 2006. Remedial design work plan, Spokane River metals sites: Island Complex, Murray Road, and Harvard Road North, Spokane, Washington. Prepared for Washington State Department of Ecology. Ridolfi Inc. 95 pp.

Ringer, R. K., R. J. Aulerich, and M. Zabik. 1972. Effect of dietary polychlorinated biphenyls on growth and reproduction of mink. American Chemical Society 12:149–154.

Risebrough, R. 1971. Statement of Robert Risebrough before the committee on commerce, United States Senate, dated August 4, 1971, regarding the chemistry of the polychlorinated biphenyls. pp. 1-10. United States Senate.

Risebrough, R., and V. Brodine. 1971. More letters in the wind. pp. 243–255. In: Our world in peril. S. Novick and D. Cottrell, editors. Fawcett Publications, Inc., Greenwich, CT.

Risebrough, R. W. 1969. Chlorinated hydrocarbons in marine ecosystems. pp. 5–23. In: Chemical fallout, current research on persistent pesticides. M. W. Miller and G. G. Berg, editors. Charles C. Thomas, Springfield, IL.

Risebrough, R. W. 1975. Ecological implications of trace contaminants in the environment. AICHE Symposium Series 71(149):31–38.

Risebrough, R. W., and V. Brodine. 1970. More letters in the wind. Environment 12(1):16–27.

Risebrough, R. W., J. Davis, and D. W. Anderson. 1970. Effects of various chlorinated hydrocarbons. pp. 40–53. In: The biological impact of pesticides in the environment: a symposium assessing the significance of pesticides in relation to ecological problems and health. J. W. Gillett, editor. Oregon State University, Environmental Health Sciences Center, Corvallis, OR.

Risebrough, R. W., and B. de Lappe. 1972. Accumulation of polychlorinated biphenyls in ecosystems. Environ. Health Perspect. 1:39–45.

Risebrough, R. W., G. L. Florant, and D. D. Berger. 1970. Organochlorine pollutants in peregrines and merlins migrating through Wisconsin. Can. Field-Nat. 84:247–253.

Risebrough, R. W., R. J. Huggett, J. J. Griffin, and E. D. Goldberg. 1968. Pesticides: transatlantic movements in the northeast trades. Science 159(820):1233–1236.

Risebrough, R. W., P. Reiche, and H. S. Olcott. 1969. Current progress in the determination of the polychlorinated biphenyls. Bull. Environ. Contam. Toxicol. 4(4):192–201.

Risebrough, R. W., V. Vreeland, G. R. Harvey, H. P. Miklas, and G. M. Carmignani. 1972. PCB residues in Atlantic zooplankton. Bull. Environ. Contam. Toxicol. 8(6):345–355.

Robertson, L. W., and D. P. Chynoweth. 1975. Another halogenated hydrocarbon. Environment 17(6):25–27.

Robinson, J., A. Richardson, A. N. Crabtree, J. C. Coulson, and G. R. Potts. 1967. Organochlorine residues in marine organisms. Nature 214:1307–1311.

Robinson Research. 2015. Spokane River water quality survey, Spokane, Lincoln, & Stevens Counties. Commissioned by the Spokane River Forum. Robinson Research. 40 pp.

Rodenburg, L. A. 2017. PCBs: An update; PCB webinar, transcription of Dr. Lisa Rodenburg on September 25, 2017. Rutgers University. School of Environmental Sciences. Department of Environmental Sciences.

Rodenburg, L. A. 2019. Expert report of Lisa A. Rodenburg, Ph.D. City of Spokane v. Monsanto Company, et al. Submitted October 11, 2019. 71 pp.

Rodenburg, L. A. No date. Identifying PCB sources through fingerprinting. pp. 1-41. Rutgers University. School of Environmental and Biological Sciences. Department of Environmental Sciences.

Sanborn, J. R. 1974. The fate of select pesticides in the aquatic environment. Prepared for the U.S. Environmental Protection Agency, National Environmental Research Center. University of Illinois, Natural History Survey. Springfield, VA. 92 pp.

Sanders, H. O., and J. H. Chandler. 1972. Biological magnification of a polychlorinated biphenyl (Aroclor® 1254) from water by aquatic invertebrates. Bull. Environ. Contam. Toxicol. 7(5):257–263.

Sandvik, P. 2011. Internal memorandum: from Patti Sandvik (EAP Toxics Study Unit) to Ted Hamlin, Dave Moore, Adrianne Fernandez, Dave George (ERO) on November 17, 2011 regarding baseline summary of a long-term monitoring effort in the Spokane River for PCBs, PBDEs, and metals. Washington State Department of Ecology.

Sapozhnikova, Y., O. Bawardi, and D. Schlenk. 2004. Pesticides and PCBs in sediments and fish from the Salton Sea, California, USA. Chemosphere 55:797-809.

Schlenk, D. 1999. Necessity of defining biomarkers for use in ecological risk assessments. Mar. Pollut. Bull. 39(1–12):48–53.

Schlenk, D. 2003. Use of biochemical endpoints to determine relationships between contaminants and impaired fish health in a freshwater stream. Hum. Ecol. Risk Assess. 9(1):59–66.

Schmidt, L. 2014. The search for inadvertently produced PCBS; Spokane River Forum 2014, Coeur d'Alene, Idaho. pp. 1-31. City of Spokane Wastewater Management.

Schmidt, T. T., R. W. Risebrough, and F. Gress. 1971. Input of polychlorinated biphenyls into California coastal waters from urban sewage outfalls. Bull. Environ. Contam. Toxicol. 6(3):235–243.

Schnell, M. R. 1948. Géographie botanique- note sur la flore montagnarde de l'Quest Africain. Comptes rendus de l'Académie des Sciences 227(11):566–568.

Scholz, A., K. O'Laughlin, D. Geist, J. Uehara, D. Peone, L. Fields, T. Kleist, I. Zozaya, F. Peone, and K. Teesatuskie. 1985. Chapter 4. Factors contributing to declines in salmon and steelhead runs in the upper Columbia basin before their total destruction by Grand Coulee Dam, fisheries technical report no. 2. pp. 90–126. In: Compilation of information on salmon and steelhead total run size, catch and hydropower related losses in the Upper Columbia River Basin, above Grand Coulee Dam. Eastern Washington University, Cheney, WA.

Scholz, A., K. O'Laughlin, D. Geist, J. Uehara, D. Peone, L. Fields, T. Kleist, I. Zozaya, F. Peone, and K. Teesatuskie. 1985. Chapter 5. Responsibility of hydropower for salmon and steelhead losses incurred above Grand Coulee Dam and Bibliography, fisheries technical report no. 2. pp. 127–165. In: Compilation of information on salmon and steelhead total run size, catch and hydropower related losses in the Upper Columbia River Basin, above Grand Coulee Dam. Eastern Washington University, Cheney, WA.

Scholz, A. T. 2016. Untitled letter from Allan T. Scholz (Eastern Washington University) to the Washington Department of Ecology on February 24, 2016 regarding Ecology's establishment of a minimum instream flow June 16-September 30 in the Spokane River at 850 CFS below Monroe Street Dam and 500 CFS at Greenacres. Eastern Washington University. Cheney, WA. 71 pp.

Scholz, N. L., E. Fleishman, L. Brown, I. Werner, M. L. Johnson, M. L. Brooks, C. L. Mitchelmore, and D. Schlenk. 2012. A perspective on modern pesticides, pelagic fish declines, and unknown ecological resilience in highly managed ecosystems. BioScience 62:428–434.

Science. 1970. News in brief: call for ban on PCB's. May 1, 1970. p. 557.

Seiders, K., C. Deligeannis, and K. Kinney. 2006. Washington State Toxics Monitoring Program, toxic contaminants in fish tissue and surface water in freshwater environments, 2003, publication no. 06-03-019. Washington State Department of Ecology. Olympia, WA. 86 pp.

Seiders, K., C. Deligeannis, P. Sandvik, and M. McCall. 2014. Freshwater fish contaminant monitoring program 2012 results, publication no. 14-03-020. Washington State Department of Ecology. Olympia, WA. 29 pp.

Serdar, D., K. Kinney, M. Mandjikov, and D. Montgomery. 2006. Persistent organic pollutants in feed and rainbow trout from selected trout hatcheries, publication no. 06-03-017. Washington State Department of Ecology in cooperation with the Washington Department of Fish and Wildlife. Olympia, WA. 52 pp.

Sobotka, T. J. 1970. Differential effects of DDT and polychlorinated biphenyls on the central nervous system. Interbureau by-lines no. 6. pp. 313–319. Food and Drug Administration, Division of Pesticide Chemistry and Toxicology.

Solomon, K. E., R. B. Dahlgren, and R. L. Linder. 1973. Abnormal embryos in eggs of pheasants given 2, 4-D or PCB. Proc. S. Dak. Acad. Sci. 52:95–99.

Soltero, R. A., L. M. Humphreys, and L. M. Sexton. 1990. Impact of combined sewer/stormwater overflows on the Spokane River, Washington. As per subcontract agreement between Bovay Northwest Inc. and Eastern Washington State. Eastern Washington University. Department of Biology. Cheney, WA. 79 pp.

Soltero, R. A., D. G. Nichols, and J. M. Mires. 1980. The effect of continuous advanced wastewater treatment by the City of Spokane on the trophic status of Long Lake, WA, during 1979, DOE no. 80-11. Eastern Washington University. Department of Biology. Cheney WA. 107 pp.

Spokane City of. 1945. History of Spokane sewage treatment plant, 1933 to 1939, sewage disposal, Spokane, Washington. City of Spokane. Spokane, WA. 6 pp.

Spokane City of. 1963. 1963 Plant information. Welcome to the City of Spokane sewage treatment plant. City of Spokane. 13 pp.

Spokane City of. 1977. Facilities planning report for sewer overflow abatement. City of Spokane. Public Works Department. 118 pp.

Spokane City of. 1994. City of Spokane, critical areas report, a part of the comprehensive plan. City of Spokane. Department of Planning. Spokane, WA. 75 pp.

Spokane City of. 2006. City of Spokane, WA, wastewater management department facility tour. pp. 1-14. City of Spokane.

Spokane City of. 2014. 2014 Annual report, adaptive management plan for reducing PCBs in stormwater discharges, reporting period: May, 2013 to May, 2014. City of Spokane Wastewater Management Department. Spokane, WA. 53 pp.

Spokane City of. 2015. PCBs in municipal products (revised page 12) City of Spokane Wastewater Management Department. Spokane, WA. 45 pp.

Spokane City of. 2016. Environmental report tracking system, ERTS# 669761 - reporting a spill at Riverside Park Water Reclamation Facility. City of Spokane Public Works. Spokane, WA.

Spokane City of. 2017. Draft comprehensive plan and draft environmental impact statement draft, an integrated GMA and SEPA document 2000-2020, volume 2; Chapters 16-25. City of Spokane. Planning Services. Spokane, WA. 472 pp.

Spokane City of. 2017. Miscellaneous City of Spokane CSO annual reports dating back to 1999 through 2017, data concerning CSO overflows and precipitation pp. 1-31. City of Spokane.

Spokane City of. 2017. Shaping Spokane, comprehensive plan for the City of Spokane, Chapters 1-14, plan commission consideration draft. City of Spokane. Spokane, WA. 484 pp.

Spokane City of. 2019. Notice of intent, MS4 phase II East GP (renewal for permit number WAR046505 - City of Spokane). City of Spokane.

Spokane City Historic Preservation Office. 1900. Washington State archives - digital archives (Nine Mile dam under construction). https://www.digitalarchives.wa.gov/Record/View/F5BBE6E737A343FC4941D9391F9634D3. Accessed on November 13, 2019. Spokane City Historic Preservation Office Photographic Collection. Office of the Secretary of State, Washington State Arcives, Digital Archives, Cheney, WA

Spokane City Historic Preservation Office. 2019a. The 1880s: Early settlement & pioneer life. http://www.historicspokane.org/riverfront-park-history-1880. Accessed on November 12, 2019. Spokane City Historic Preservation Office, Spokane, WA.

Spokane City Historic Preservation Office. 2019b. The 1890s: A burgeoning city. http://www.historicspokane.org/riverfront-park-history-1890. Accessed on Novembver 12, 2019. Spokane City Historic Preservation Office, Spokane, WA.

Spokane County. 2009. Appendix II, Spokane County proposed shoreline designations. Spokane County Public Works, Division of Planning.

Spokane Regional Health District. 2018. Education & outreach meeting; Spokane Regional Health District on December 11, 2013. Attendees include: Vikki Barthels, Chelsea Updegrove, Bruce Williams, Mike LaScuola, Jon Sherve, Toni Taylor, Tracy Stevens, BiJay Adams, Ben and Lara Floyd, Joel Breems, Lydia Newell, Karl Rains. Spokane Regional Health District.

Spokane River PCB Free. 2019. Love your river? Learn more at www.spokaneriverpcbfree.org. Spokane River PCB Free.

Spokane River PCB Free. 2019. PCBs; Lets make the Spokane River PCB free. www.spokaneriverpcbfree.org. Accessed on. Spokane River PCB Free.

SRRTTF. 2019. Summary; Spring 2019 SRRTTF PCB toxics media campaign. Spokane River Regional Toxic Task Force (SRRTTF).

Stalling, D. L., and J. N. Hucking. 1971. Industrial chemicals: gas liquid chromatography-mass spectrometry characterization of polychlorinated biphenyls (Aroclors) and $^{36}$Cl-labeling of Aroclors 1248 and 1254. J. Assoc. Off. Anal. Chem. 54:801–807.

Stinson, D. W., J. W. Watson, and K. R. McAllister. 2007. Washington state status report for the bald eagle. Washington Department of Fish and Wildlife. Olympia, WA. 98 pp.

Stone, A. 2014. Polychlorinated biphenyls (PCBs) in general consumer products, publication no. 14-04-035. Washington State Department of Ecology. Olympia, WA. 64 pp.

Stone, A. 2016. Polychlorinated biphenyls in consumer products, publication no. 16-04-014. Washington State Department of Ecology. Hazardous Waste and Toxics Reduction Program. Olympia, WA. 61 pp.

Street, J. C., F. M. Urry, D. J. Wagstaff, and A. D. Blau. 1969. Comparative effects of polychlorinated biphenyls and organochlorine pesticides in induction of hepatic microsomal enzymes, abstract no. 17 from the 158th National Meeting of the American Chemical Society. pp. 1-2. American Chemical Society.

Sumioka, S. S. 1991. Quality of water in an inactive uranium mine and its effects on the quality of water in Blue Creek, Stevens County, Washington, 1984-85, Water-Resources Investigations Report 89-4110. U. S. Geological Survey (USGS) prepared in cooperation with the U.S. Bureau of Indian Affairs and the U. S. Bureau of Land Management. Tacoma, WA. 67 pp.

Superior Court of Washington. 1993. Consent decree, no. 93206059-3; State of Washington, Department of Ecology, plaintiff, v. General Electric Company, defendant. Superior Court of Washington, Spokane County. pp. 1-28.

SWPCB. 1952. Water quality criteria. SWPCB Publication No. 3. State Water Pollution Control Board. Sacramento, CA. 525 pp.

SWPCB. 1954. Water quality criteria, addendum no. 1. Publication no. 3. State Water Pollution Control Board. Sacramento, CA. 150 pp.

Tanabe, H. 1976. PCB microanalysis. pp. 127–145. In: PCB poisoning and pollution. K. Higuchi, editor. Kodansha Ltd.; Academic Press.

Tannenbaum, J. A. 1975. Persistent PCBs: industrial pollutants may be worse threat than DDT to ecology. Wall Street Journal, October 10, 1975. pp. 1, 25.

Tarrant, K. R., and J. O. G. Tatton. 1968. Organochlorine pesticides in rainwater in the British Isles. Nature 219(155):725–727.

Tatsukawa, R., and T. Wakimoto. 1975. The fate of PCB's in the environment. Environmental Quality and Safety 4:188–193.

Taylor, M. 2014. Personal communication (email from Mike Taylor (City of Spokane) to Craig Massie (CH2M Hill) on October 13, 2014 regarding ICWP: Ecology comments on schedule and financing). City of Spokane.

Taylor, M. 2016. State Environmental Policy Act (SEPA) environmental checklist - for Wastewater treatment facility's next level of treatment, phases 1 & 2. City of Spokane.

Tinsley, J. 2012. Then and now photos: Spokane middle falls. The Spokesman-Review, April 9, 2012. http://www.spokesman.com/stories/2012/apr/09/then-and-now-spokane-middle-falls/#/0.

Tinsley, J. 2015a. Then and now: Monroe Street dam powerhouse; photo - circa 1920-30: this image shows the former Monroe Street Dam powerhouse and the land that later became

Huntington Park. The Spokesman-Review, April 27, 2015. http://www.spokesman.com/stories/2015/apr/27/then-and-now-monroe-street-dam-powerhouse/#/0.

Tinsley, J. 2015b. Then and now: Monroe Street dam powerhouse; Photo -present day: the generators of Avista Utilities now reside beneath the octagonal steel cover in the plaza at the bottom of Huntington Park, alongside the lower falls. The Spokesman-Review, April 27, 2015. https://www.spokesman.com/stories/2015/apr/27/then-and-now-monroe-street-dam-powerhouse/#/0.

Tinsley, J. 2016. Then and now: Travelodge on Havermale Island. The Spokesman-Review, November 7, 2017. https://www.spokesman.com/stories/2016/nov/07/then-and-now-travelodge-on-havermale-island/.

Tinsley, J. 2018. Then and now: Spokane in 1910. The Spokesman-Review, June 18, 2018. https://www.spokesman.com/stories/2018/jun/18/then-and-now-spokane-in-1910/.

The Wall Street Journal. 1975. Halt to using PCB chemicals sought by EPA. December 23, 1975.

Thurston County Superior Court. 2008. Order entering consent decrees, No. 06-2-00427-0; State of Washington, Department of Ecology, plaintiff, v. Richard Boyce, Paul Gisselberg, and Jerry Overton defendants State of Washington, Thurston County Superior Court, Olympia, WA. pp. 1-111.

Time. 1971. The menace of PCB. pp. 91–92. Time, the Weekly Newsmagazine, Environment, Chicago, IL.

Tinker, J. 1971. The PCB story: seagulls aren't funny any more. New Scientist and Science Journal 50:16–18.

Trapp, M. J., and J. E. Bowdan III. 2019. Expert opinion report of J. Michael Trapp and Joel E. Bowdan III. City of Spokane v. Monsanto Company, et al. October 11, 2019. Michael Baker International. Carlsbad, CA. 103 pp.

Tucker, R. K., and M. A. Haegele. 1970. Eggshell thinning as influenced by method of DDT exposure. Bull. Environ. Contam. Toxicol. 5(3):191–194.

U.S. EPA. 1978. Methods for benzidine, chlorinated organic compounds, pentachlorophenol, and pesticides in water and wastewater. Interim pending issuance of methods for organic analysis of water and wastes. 600/4-81-054. U.S. Environmental Protection Agency, Environmental Monitoring and Support Laboratory. Cincinnati, OH. 164 pp.

U.S. EPA. 1984. Method 608: organochlorine pesticides and PCBs, appendix A to part 136, methods for organic chemical analysis of municipal and industrial wastewater. U.S. Environmental Protection Agency.

U.S. EPA. 1984. Method 625: base/neutrals and acids, appendix A to part 136, methods for organic chemical analysis of municipal and industrial wastewater. U.S. Environmental Protection Agency.

U.S. EPA. 1986. Method 505: analysis of organohalide pesticides and Aroclors in drinking water by microextraction and gas chromatography. Supplement to methods for the determination of organic compounds in finished drinking water and raw source water. U.S. Environmental Protection Agency, Environmental Monitoring and Support Laboratory, Physical and Chemical Methods Branch, Cincinnati, OH.

U.S. EPA. 1988. Recommendations for and documentation of biological values for use in risk assessment, EPA/600/6-87/008. U. S. Environmental Protection Agency. Office of Research and Development. Office of Health and Environmental Assessment. Environmental Criteria and Assessment Office. , Cincinnati, OH. pp. 1-395.

U.S. EPA. 1989. Method 505: analysis of organohalide pesticides and commercial polychlorinated biphenyl (PCB) products in water by microextraction and gas chromatography, revision 2.0. pp. 109–141. U.S. Environmental Protection Agency, Office of Research and Development, Environmental Monitoring Systems Laboratory, Cincinnati, OH.

U.S. EPA. 1989. Method 508: determination of chlorinated pesticides in water by gas chromatography with an electron capture detector, revision 3.0. pp. 171–198. U.S. Environmental Protection Agency, Office of Research and Development, Environmental Monitoring Systems Laboratory, Cincinnati, OH.

U.S. EPA. 1994. Method 8080A: organochlorine pesticides and polychlorinated biphenyls by gas chromatography, revision 1. pp. 1–28. U.S. Environmental Protection Agency.

U.S. EPA. 1995. Method 505: analysis of organohalide pesticides and commercial polychlorinated biphenyl (PCB) products in water by microextraction and gas chromatography, revision 2.1. pp. 1–36. U.S. Environmental Protection Agency, Office of Research and Development, National Exposure Research Laboratory, Cincinnati, OH.

U.S. EPA. 1995. Method 508: determination of chlorinated pesticides in water by gas chromatography with an electron capture detector, revision 3.1. pp. 1–30. U.S. Environmental Protection Agency, Office of Research and Development, National Exposure Research Laboratory, Cincinnati, OH.

U.S. EPA. 1996. Method 8082: polychlorinated biphenyls (PCBs) by gas chromatography, revision 0. pp. 1–41. U.S. Environmental Protection Agency.

U.S. EPA. 1997. Method 1668: toxic polychlorinated biphenyls by isotope dilution high resolution gas chromatography/high resolution mass spectrometry. U.S. Environmental Protection Agency, Office of Water, Office of Science and Technology, Engineering and Analysis Division (4303). Washington, D.C. 82 pp.

U.S. EPA. 1999. Method 1668, revision A: chlorinated biphenyl congeners in water, soil, sediment, and tissue by HRGC/HRMS. No. EPA-821-R-00-002. U.S. Environmental Protection Agency, Office of Water (4303). Washington, D.C. 133 pp.

U.S. EPA. 2000. Introduction to the contract laboratory program. No. EPA 540-R-99-004, OSWER 9240.0-34P. U.S. Environmental Protection Agency, Office of Emergency and Remedial Response. Washington, D.C. 43 pp.

U.S. EPA. 2005. Multi-media, multi-concentration chlorinated biphenyl congeners analytical service for superfund (CBC01.0). OSWER document 9240.1-48 FS, EPA publication 540-F-05-002 (final draft). U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, D.C.

U.S. EPA. 2007. Method 8082A: polychlorinated biphenyls (PCBs) by gas chromatography. pp. 1–56. U.S. Environmental Protection Agency.

U.S. EPA. 2008. Method 1668B: chlorinated biphenyl congeners in water, soil, sediment, biosolids, and tissue by HRGC/HRMS. No. EPA-821-R-10-005. U.S. Environmental Protection Agency, Office of Water, Office of Science and Technology, Engineering and Analysis Division (4303T). Washington, D.C. 133 pp.

U.S. EPA. 2010. Method 1668C: chlorinated biphenyl congeners in water, soil, sediment, biosolids, and tissue by HRGC/HRMS. No. EPA-821-R-10-005. U.S. Environmental Protection Agency, Office of Water, Office of Science and Technology, Engineering and Analysis Division (4303T). Washington, D.C. 118 pp.

U.S. EPA. 2012. Interim Record of Decision (ROD) amendment, upper basin of the Coeur d'Alene River, Bunker Hill Mining and Metallurgical Complex superfund site. U. S. Environmental Protection Agency, Region 10. pp. 1-488.

U.S. EPA. 2016. Method 608.3: organochlorine pesticides and PCBs by GC/HSD. No. EPA-821-R-16-009. U.S. Environmental Protection Agency, Office of Science and Technology, Engineering and Analytical Support Branch/EAD (4303T). Washington, D.C. 61 pp.

U.S. EPA. 2017. Polybrominated diphenyl ethers (PBDEs), technical fact sheet, EPA 505-F-17-015. U. S. Environmental Protection Agency. Office of Land and Emergency Management. 5 pp.

Ueno, H., S. Watanabe, and J. Fujita. 1964. Anthelmintic activity of chlorinated diphenyl sulfides and related compounds on the liver fluke, *Fasciola gigantica*, in experimentally infected rabbits. Natl. Inst. Anim. Health Q. 4(2):77–85.

Ueno, H., S. Watanabe, and J. Fujita. 1964. Comparison of the anthelmintic effects of chlorinated diphenyl sulfides and their methane derivative on the liver fluke *Fasciola gigantica* of rabbits and sheep. Natl. Inst. Anim. Health Q. 4(3):158–166.

Underwood, T. J., and D. H. Bennett. 1992. Effects of fluctuating flows on the population dynamics of rainbow trout in the Spokane River of Idaho. Northwest Science 66(4):261–268.

URS. 2008. City of Spokane shoreline master program update. Existing data inventory - documents. Prepared by URS 5/24/06. In: Shaping Spokane volume III, Appendix D. pp. 1-5. URS.

URS. 2010. Shoreline inventory and characterization report, accepted by resolution no. 10-014, City of Spokane Valley shoreline master program update. Prepared for City of Spokane Valley, Community Development Department. Prepared by URS in association with Jim Kolva Associates and Michael Folsom. Spokane, WA. 95 pp.

URS, Brown and Caldwell, Hubbard Gray Consulting, Thomas Dean and Hoskins, and City of Spokane. 2004. Stormwater management plan, City of Spokane. URS, Brown and Caldwell, Hubbard Gray Consulting, Thomas, Dean and Hoskins, and City of Spokane 144 pp.

USAEC. 1972. Polychlorinated biphenyls and the environment. Health and safety information issue no. 317. pp. 1–16. United States Atomic Energy Commission, Division of Operational Safety.

USDC. 2018. Second amended notice of rule 30(b)(6) deposition to City of Spokane; City of Spokane, a municipal corporation, located in the County of Spokane, State of Washington, plaintiff, v. Monsanto Company, Solutia, Inc., and Pharmacia Corporation, and Does 1 through 100, defendants, case no. 15-cv-00201-SMJ. United States District Court. Eastern District of Washington.

Veith, G. D. 1972. Recent fluctuations of chlorobiphenyls (PCBs) in the Green Bay, Wisconsin, region. Environ. Health Perspect. 1:51–54.

Veith, G. D. 1975. Baseline concentrations of polychlorinated biphenyls and DDT in Lake Michigan fish, 1971. Pestic. Monit. J. 9(1):21–29.

Veith, G. D., and G. F. Lee. 1970. A review of chlorinated biphenyl contamination in natural waters. Water Res. 4(265–269).

Veith, G. D., and G. F. Lee. 1971. Chlorobiphenyls (PCBs) in the Milwaukee River. Water Res. 5(11):1107–1115.

Veith, G. D., and G. F. Lee. 1971. PCBs in fish from the Milwaukee region. Proceedings of the 14th Conference on Great Lakes Research. pp. 157–169. University of Wisconsin, Water Chemistry Program, Madison, WI.

Vermeer, K., and L. M. Reynolds. 1970. Organochlorine residues in aquatic birds in the Canadian Prairie provinces. Can. Field-Nat. 84:117–129.

von Oettingen, W. F. 1955. The halogenated aliphatic, olefinic, cyclic, aromatic, and aliphatic-aromatic hydrocarbons including the halogenated insecticides, their toxicity and potential dangers. Public Health Service Publication No. 414. U.S. Department of Health, Education, and Welfare, National Institute of Health, National Institute of Arthritis and Metabolic Diseases. Washington, D. C. 457 pp.

Vos, J. G., and J. H. Koeman. 1970. Comparative toxicologic study with polychlorinated biphenyls in chickens with special reference to porphyria, edema formation, liver necrosis, and tissue residues. Toxicol. Appl. Pharmacol. 17(3):656–668.

Vos, J. G., J. H. Koeman, H. L. van der Maas, M. C. ten Noever de Brauw, and R. H. de Vos. 1970. Identification and toxicological evaluation of chlorinated dibenzofuran and chlorinated naphthalene in two commercial polychlorinated biphenyls. Food Cosmet. Toxicol. 8(6):625–633.

Waldbott, G. L. 1973. Economic poisons. pp. 217–232. In: Health effects of environmental pollutants. The C.V. Mosby Company, St. Louis, MO.

Ware, D. M., and R. F. Addison. 1973. PCB residues in plankton from the Gulf of St. Lawrence. Nature 246(5434):519–521.

Warren-Hicks, W., B. R. Parkhurst, and S. S. Baker Jr. 1989. Ecological assessment of hazardous waste sites: a field and laboratory reference. No. EPA/600/3-89/013. Kilkelly Environmental Associates; Western Aquatics, Inc. 300 pp.

WDFW. 2005. 2005 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2005/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2006. 2006 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2006/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2007. 2007 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2007/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2008. 2008 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2008/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2009. 2009 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2009/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2010. 2010 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2010/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2011. 2011 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2011/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2012. 2012 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2012/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2013. 2013 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2013/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2014. 2014 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2014/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2015. 2015 Game harvest reports. Available at: http://wdfw.wa.gov/hunting/harvest/2015/trapper.php. Washington Department of Fish and Wildlife.

WDFW. 2017. 2017 Future brood document draft. pp. 1-1105. Washington Department of Fish and Wildlife.

WDFW. 2017. Tables with 2017 Trout and Kokanee Stocking Plan for Regions 1 to 6 and 2017 statewide trout and stocking plan (does not include high lake fry and fingerling plants). pp. 1-36. Washington Department of Fish and Wildlife.

WDOH. 2005. Health consultation, evaluation of polychlorinated biphenyls (PCBs) in fish from Long Lake (A.K.A. Long Spokane) Spokane County, Washington. Washington State Department of Health under cooperative agreement with the U. S. Department of Health and Human Services. Agency for Toxic Substances and Disease Registry. Olympia, WA. 48 pp.

Western Environmental Law Center. 2016. Petition to amend the instream flow rule for the Spokane River & Spokane Valley Rathdrum Prairie (SVRP) aquifer, WAC 173-557. Western Environmental Law Center. Eugene, OR. 90 pp.

Whalen, J. 2000. Draft Spokane River subbasin summary. Prepared for the Northwest Power Planning Council by Washington Department of Fish and Wildlife. 47 pp.

Whittaker, D., and B. Shelby. 2015. Middle Spokane River protection recreation and aesthetic flows. For the Center for Environmental Law & Policy, American Whitewater, and Sierra Club by Confluence Research and Consulting. 38 pp.

Widmark, G. 1967. Possible interference by chlorinated biphenyls. J. Assoc. Off. Anal. Chem. 50(5):1069.

Wildish, D. J. 1970. The toxicity of polychlorinated biphenyls (PCB) in sea water to *Grammarus oceanicus*. Bull. Environ. Contam. Toxicol. 5(3):202–204.

Wildish, D. J. 1972. Polychlorinated biphenyls (PCB) in sea water and their effect on reproduction of *Gammarus oceanicus*. Bull. Environ. Contam. Toxicol. 7(2/3):182–187.

Windsor, S., K. 2019. Videotaped 30(B)(6) deposition of Scott K. Windsor on September 13, 2019. Case no. 15-cv-00201-SMJ. City of Spokane, a municipal corporation, located in the County of Spokane, State of Washington, plaintiff vs. Monsanto Company, Solutia, Inc., and Pharmacia Corporation and Does 1 through 100, defendants. United States District Court. Eastern District of Washington, Spokane, WA.

Yake, W. 1979. Water quality trend analysis the Spokane River basin, publication no. 79-e32. Washington State Department of Ecology. Olympia, WA. 52 pp.

Zabel, E. W., P. M. Cook, and R. E. Peterson. 1995. Toxic equivalency factors of polychlorinated dibenzo-p-dioxin, dibenzofuran and biphenyl congeners based on early life stage mortality in rainbow trout (*Oncorhynchus mykiss*). Aquat. Toxicol. 31:315–328.

Zitko, V. 1970. Polychlorinated biphenyls (PCB) solubilized in water by nonionic surfactants for studies of toxicity to aquatic animals. Bull. Environ. Contam. Toxicol. 5(3):279–285.

Zitko, V. 1971. Polychlorinated biphenyls and organochlorine pesticides in some freshwater and marine fishes. Bull. Environ. Contam. Toxicol. 6(5):464–470.

Zitko, V., and P. M. K. Choi. 1971. PCB and other industrial halogenated hydrocarbons in the environment. Technical Report No. 272. Fisheries Research Board of Canada, Biological Station. St. Andrews, New Brunswick, Canada. 67 pp.

Zitko, V., O. Hutzingert, and P. M. K. Choi. 1972. Contamination of the Bay of Fundy - Gulf of Maine area with polychlorinated biphenyls, polychlorinated terphenyls, chlorinated dibenzodioxins, and dibenzofurans. Environ. Health Perspect. 1:47–50.