# Expert Report of John P. Woodyard, PE

**City of Spokane v. Monsanto Company, et al.**

**November 15, 2019**

1

# Expert Report of John P. Woodyard, PE

I am a registered Professional Engineer specializing in environmental cleanup. I hold a master's degree in Mechanical Engineering and have over 40 years of professional experience, most of which has been focused on the regulation, management, disposal and cleanup of PCBs. I have participated in over 100 PCB projects for both industry and government, the details of which are summarized in the attached CV.

The issues I was asked to address in my report include the following:

- Regulatory background controlling manufacture, use, storage, handling (OSHA), disposal and cleanup of PCBs since the 1970s.
- Industry practices associated with PCB handling and disposal generally
- PCB sources in the Spokane watershed including the contribution from by-product PCBs.
- PCB use, disposal and cleanup at specific local sites where PCBs were used disposed of and cleaned up from within the Spokane River watershed/sewershed.
- The extent of the City of Spokane's involvement in PCB issues, including regarding PCB cleanups within the watershed.

In order to address these issues, I reviewed thousands of documents produced by plaintiffs; numerous reports addressing PCB use, disposal and cleanup in the Spokane River watershed; and the relevant PCB regulations and their history. I also toured the City's stormwater and wastewater systems as well as most of the cleanup sites cited in my report.

Based on this information and my 40 years of relevant experience, I reached the following conclusions:

1. EPA and other regulatory bodies have controlled every aspect of manufacture, sale, use, safe handling, cleanup and disposal of PCBs since the 1970s
2. EPA and other regulatory bodies have established safe PCB levels for products in use, in food, and in the environment
3. EPA and other regulatory bodies have overseen the cleanup of PCBs at sites along the Spokane River to levels they deem safe
4. EPA has long approved the proper incineration of PCBs as practiced by Monsanto through 1977 and proper landfill disposal of PCBs as recommended by Monsanto to its customers
5. Monsanto never discharged PCBs into the Spokane River
6. The PCBs that reached the Spokane River recently include by-product PCBs, an important current and future PCB source to the river that were not

2

Dec GMV Re: Opposition to Pl MILs 001440

manufactured by Monsanto, have not been remediated, and are continually being discharged by numerous sources, including the City.

7. PCBs in the Spokane River got there recently

8. PCBs in building products are not a significant source of PCBs in the environment or the Spokane River; any Monsanto PCBs that have been detected are from fire safety fluid.

a. The City's conduct is evidence that it believes PCBs in the Spokane River are not a problem. The City has been deemed a responsible party for PCB impacts in the Spokane River, yet:

- The City discharges PCBs into the Spokane River
- The City permits others to discharge PCBs into storm and wastewater systems leading to the Spokane River
- The City knows its own PCB cleanups and the cleanups of others in the Spokane River watershed leave residual levels of PCBs and has not requested further cleanup
- The City by its actions and words indicate the City believes the Spokane River is safe
- The City has failed to meet a century's worth of deadlines to fix its storm and wastewater system problems, problems that have nothing to do with PCBs
- The City knowingly continues to use and recycle products that contain by-product PCBs
- The City knowingly continues to purchase products that contain by-product PCBs when the alternative is considered too expensive
- The City knowingly continues to dispose of solid waste containing by-product PCBs in local municipal solid waste landfills
- The City knowingly continues to spread PCB-containing biosolids waste on farmland

3

## Table of Contents

1.0  EPA and other regulatory bodies have controlled every aspect of manufacture, sale, use, safe handling, cleanup and disposal of Polychlorinated Biphenyls (PCBs) since 1976. ................................... 7

1.1  PCBs were manufactured and sold for a variety of beneficial uses including those that protected public safety ..................................................................................................................... 7

1.2  PCBs are among the most heavily regulated substances in the U.S., and Congress charged EPA with managing their distribution, use, disposal and existence in the environment. .............. 8

1.3  The Toxic Substances Control Act of 1976 authorizes EPA to regulate the manufacture, sale, use, safe handling, cleanup and disposal of PCBs. ......................................................... 9

1.4  EPA Has promulgated comprehensive PCB regulations ............................................. 10

1.4  The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980 provides EPA with broad authorities to respond to and order the cleanup of substances. ............. 12

2.0  EPA and other regulatory bodies have established safe PCB levels for products in use and for cleaning up releases. .............................................................................................................. 14

2.1  EPA has been charged by Congress under TSCA to promulgate regulations to ensure PCB uses are safe and to manage those uses. ........................................................................ 14

2.2  EPA still allows the presence of PCBs in a variety of products ..................................... 14

2.3  Other government agencies and organizations have established levels for PCB use and exposure that they consider to be safe. ................................................................................. 16

2.4  EPA established standards which allow for the continued presence of PCBs in the environment to this day. ............................................................................................................. 17

2.5  EPA still allows the use and storage of PCBs in the Spokane River watershed. ................. 19

2.6  EPA has long allowed the land disposal of PCBs ....................................................... 20

2.7  Monsanto's PCB land disposal recommendations and warnings to customers were consistent with industry practice at the time. ......................................................................... 22

2.8  None of the landfills in the Spokane River watershed are a source of PCBs to the river ............ 26

2.9  Monsanto's incineration development was appropriate and groundbreaking ............................ 27

2.10  Monsanto's decision to shut down their PCB liquid incinerator and to not install PCB solids incineration capability was a sound decision that did not affect industry's ability to dispose of PCB liquids or capacitors. ........................................................................................... 29

3.0  EPA and other regulatory bodies have overseen the cleanup of PCBs at sites along the Spokane River to levels they deem safe ............................................................................................ 32

3.1  EPA and the Washington Department of Ecology have been charged by their respective legislatures to approve and oversee execution of PCB cleanups in the Spokane River watershed ... 32

3.2  Many government-approved and government-involved PCB cleanups have been undertaken in the Spokane River watershed, most if not all of which discharged PCBs at one time without controls. ................................................................................................................. 32

4

3.2.1  City Parcel Site............................................................................................................33

3.2.2  GE Spokane..............................................................................................................35

3.2.3  Inland Empire Paper.................................................................................................37

3.2.4  Kaiser Aluminum Trentwood....................................................................................39

3.2.5  Spokane Industrial Park ...........................................................................................42

3.2.6  Spokane Junkyard....................................................................................................43

3.2.7  Spokane Airport/City of Spokane .............................................................................45

4.0  Monsanto never discharged PCBS into the Spokane River................................................46

5.0  The PCBs that reached the Spokane River recently include by-product PCBs, an important current and future PCB source to the river that were not manufactured by Monsanto, have not been remediated, and are continually being discharged by numerous sources, including the City...............46

5.1  By-product PCBs are still being produced and are found in numerous products in the U.S. .......46

5.2  By-product PCBs are becoming the predominant PCB found in the environment .............................48

5.3  EPA still allows the use of by-product PCBs and other PCB products.................................................49

5.4  Common consumer and municipal products containing by-product PCBs are still being used in the Spokane River watershed..........................................................................................50

5.5  By-product PCBs are still being discharged into the Spokane River ...........................................51

6.0  PCBs in the Spokane River water got there recently .........................................................54

7.0  PCBs in building products are not a significant source of PCBs in the environment or the Spokane River; any Monsanto PCBs that have been detected are from fire safety fluid or from by-product PCBs. ...................................................................................................................................54

7.1  The continued presence of <50 ppm PCB in products as so-called "Excluded PCB Products" is allowed by EPA.................................................................................................................56

7.2  There is no regulatory requirement to sample building caulk for PCBs.......................................56

7.3  There is no regulatory requirement to notify the EPA any time PCB-containing building products are discovered. ..................................................................................................................56

7.4  There is no regulatory requirement to remove PCB caulk. ...........................................................56

7.5  There is no regulatory deadline for removing or otherwise managing PCB-containing caulk once discovered. ..................................................................................................................56

7.6  There is no regulatory requirement to submit a PCB remediation plan to the EPA for review...57

8.0  The City's conduct is evidence that it does not believe it has a PCB problem...................57

8.1  The City has been deemed a responsible party ...........................................................................57

8.2  The City discharges PCBs .............................................................................................................57

8.3  The City permits others to discharge PCBs into its stormwater and wastewater systems ..........57

8.4  The City knows its own PCB cleanups and the cleanups of others leave residual levels of PCBs and has not requested further cleanup....................................................................................58

5

8.5  The City by its actions and words indicate the City believes the River is safe ............................ 58

8.6  The City has failed to meet a century's worth of deadlines to fix its storm and wastewater system problems, problems which have nothing to do with PCBs ......................................................... 58

8.7  The City knowingly continues to use and recycle products that contain PCBs ............................ 59

8.8  The City knowingly continues to spread PCB-containing biosolids waste on farmland .............. 59

9.0  Coghlan Rebuttal ............................................................................................................................. 60

9.1  Coghlan's Estimate of the Amount of PCBs in the Spokane Environment is Too Speculative to be Reliable ................................................................................................................................................. 60

9.2  Coghlan's Estimate of PCBs in the Spokane Environment from Building Sources is Completely Unfounded ............................................................................................................................................ 63

10.0  Rodenburg Rebuttal ...................................................................................................................... 63

10.1  Rodenburg incorrectly dismisses by-product PCBs as "insignificant" despite evidence to the contrary ................................................................................................................................................ 64

10.2  Rodenburg's use of multiple linear regression to identify PCB sources is biased toward identifying Aroclors. ............................................................................................................................. 64

10. 3  Rodenburg's use of positive matrix factor analysis to identify PCB sources is also biased toward identifying Aroclors. ................................................................................................................. 66

10.4  The municipal products tested by the City of Spokane contain by-product PCBs. ..................... 67

Appendix A:  Woodyard Reliance Material ........................................................................................... 69

Appendix B:  Resume of John P. Woodyard, PE .................................................................................... 83

Dec GMV Re: Opposition to Pl MILs 001444

## Woodyard Spokane Report

## 1.0  EPA and other regulatory bodies have controlled every aspect of manufacture, sale, use, safe handling, cleanup and disposal of Polychlorinated Biphenyls (PCBs) since 1976.

### 1.1  PCBs were manufactured and sold for a variety of beneficial uses including those that protected public safety

PCB mixtures (also known as Aroclors) were used in a wide variety of industrial applications prior to the 1970s. Their value as an additive was due to their chemical stability, nonflammability, low water solubility, low vapor pressure, high heat capacity, resistance to degradation, and other desirable physical properties. PCBs are among the most stable compounds known.[1]

The nonflammable properties of PCBs made them a highly desirable insulating fluid for electrical equipment, particularly transformers and capacitors in fire sensitive locations such as indoor commercial installations. More than 75 percent of U.S. PCB production was used in closed electrical equipment. At one time, industry codes such as the National Electric Code specified that PCBs be used in certain transformer and capacitor applications. Moreover, in the process of developing the early PCB regulations, EPA acknowledged that, because of the paramount importance of protection against fire, there were technical barriers to the substitution of other materials for PCBs in electrical equipment.[2]

The U.S. Department of Energy also acknowledged that it would be difficult to find suitable replacement fire safety fluid for transformers, stating:

- "… [non-PCB transformer] fires [resulting from either slow leaks or violent ruptures involving flammable insulating oil] can ruin the transformer, delay the return of electrical service, damage the room or building, and injure or kill occupants or firefighters."[3]

- "[PCBs] not only have excellent electrical properties but have also been considered nonflammable. Thus, they represent the dielectric fluid of choice in a large number of indoor uses…"[4]

---

[1] USEPA, PCBs in the United States: Industrial Use and Environmental Distribution. Final Report. February 25, 1976, p. 1.
[2] USEPA, PCBs in the United States, op. cit., p. 5.
[3] Gann, Richard G., Development of Flammability Criteria for Transformer Dielectric Fluids. Prepared for the U.S. Department of Energy Electric Energy Systems Division. Publication No. NBSIR 80-1992. February 1980, p. 2.
[4] Ibid., p. 3.

7

- "Clearly, [PCB] product quality and current codes and practices have resulted in a quite low fire-loss profile. The question we now ask is this: With askarels removed, can a (similarly) reasonable degree of fire safety be achieved with replacement fluids?"[5]

PCBs found use in a variety of other fire-sensitive application where their fire-resistant properties ensured safe operation, such as in industrial heat transfer and hydraulic fluids and as a lubricant for natural gas compression equipment.

PCBs were also incorporated into some paints and sealants as a plasticizer due to their low vapor pressure, resistance to chemical and biological degradation, and nonflammability.

In the process of developing the early PCB regulations, EPA acknowledged that finding or developing replacement products with comparable characteristics would be a challenge to industry, stating that [a]lternative [nonflammable transformer] liquid coolants are probably available, but to date none have been found which have all the advantages of PCBs".[6]

1.2  PCBs are among the most heavily regulated substances in the U.S., and Congress charged EPA with managing their distribution, use, disposal and existence in the environment.

In 1971, representatives of five agencies of the federal government were convened to coordinate a government-wide investigation into PCBs that had recently been detected in the environment, forming what came to be known as the Interdepartmental Task Force (ITF) on PCBs. Participants in the ITF included the following departments as well as outside experts on PCBs:

- The Environmental Protection Agency
- The Food and Drug Administration
- The Department of Agriculture
- The Department of Commerce
- The Department of Health, Education and Welfare
- The National Institute of Environmental Health Sciences
- The Department of the Interior

In May 1972, the Task Force issued its final report, which "detail[ed] current knowledge about various aspects of PCBs, including their use and replaceability; occurrence . . . in the environment; and PCBs effects on man and animals."[7]  The report "reflect[ed] the position of the operating agencies of the federal government" and discussed both the

---

[5] Ibid., p. 4.

[6] Versar, Inc. PCBs in the United States – Industrial Use and Environmental Distribution, Task 1. EPA 560/6-76-005. February 25, 1976, p. 248.

[7] Interdepartmental Task Force on PCBs, PCBs and the Environment. Report No. ITF-PCB-72-1, March 20, 1972.

Dec GMV Re: Opposition to Pl MILs 001446

beneficial characteristics and uses of PCBs, as well as the potential ecological and toxicological risks.[8]

First, the Task Force concluded that, as to PCBs, "their continued use in transformers and capacitors is necessary because of the significantly increased risk of fire and explosion and the disruption of electrical service which would result from a ban on PCB use."[9]  The Task Force determined that continued use of PCBs in enclosed transformers and capacitors "presents a minimal risk of environmental contamination" and that "[t]here are currently no toxicological or environmental data available to indicate that the levels of PCBs currently in the environment constitute a threat to human health".[10]

Second, the Task Force placed "special responsibility" on the "principal user" of PCBs -- i.e., the electrical industry and others holding PCB inventories – because of their position to monitor and control the release of PCBs into the environment.[11]  It noted the inappropriate disposal practices of end users of PCBs, such as disposal in sewers.[12]  The Task Force, however, expressed comfort with landfill disposal, finding that buried material in landfills "should remain in place" and "were not expected to migrate."[13]

Third, the Task Force acknowledged that Monsanto had voluntarily decided to limit distribution of PCBs to manufacturers of electric transformers and capacitors and to eliminate distribution to other users.[14]

## 1.3  The Toxic Substances Control Act of 1976 authorizes EPA to regulate the manufacture, sale, use, safe handling, cleanup and disposal of PCBs.

In 1976, the United States Congress enacted the Toxic Substances Control Act (TSCA), which authorized EPA to ban (with some exceptions) the manufacture, processing, distribution in commerce, and use of PCBs other than in a "totally enclosed manner," or to authorize the use of PCBs based on their assessment of the relative risks and benefits.   Section 6(e) of TSCA also required EPA to promulgate regulations for the proper disposal of PCBs and to develop clear and adequate warnings and instructions with respect to their processing, distribution in commerce, use and disposal.

During the ensuing 42 years of rulemaking, EPA has been charged by Congress under TSCA with determining whether any of the regulations or proposed amendments "present an unreasonable risk of injury to health or the environment."[15]

---

[8] Interdepartmental Task Force Report, Ibid., p. 1.

[9] Interdepartmental Task Force Report, Ibid., p. 4.

[10] Interdepartmental Task Force Report, Ibid., pp. 3, 4.

[11] Interdepartmental Task Force Report, Ibid., p. 4.

[12] Interdepartmental Task Force Report, Ibid., p. 4.

[13] Task Force Report at p. 4.

[14] Task Force Report at p. 2.

9

Beginning in 1978, EPA has promulgated new PCB regulatory amendments through the public notice and comment rulemaking procedure at least 35 times since the TSCA enactment and the first EPA rulemaking. Never has Congress or EPA enacted a no-tolerance policy or complete ban on PCBs. To the contrary, a risk-based approach has been developed to control PCBs in the environment. Several of the relevant rulemakings are discussed in the next section.

Since TSCA's enactment and initial rulemaking 42 years ago, EPA has amended and updated its TSCA regulations no less than 35 times specifically to impose new requirements focused on PCBs. Each of those amendments was the subject of public notice and comment. Each of those amendments was made by EPA to ensure, as Congress instructed, that PCBs would continue to not present an unreasonable risk of injury to health or the environment. PCBs are among the most heavily regulated substances under TSCA, yet neither Congress nor EPA has ever implemented regulations that would allow PCB levels to remain that are unsafe. To the contrary, the regulation of PCBs (like many other substances) is done through a risk-based approach that focuses on addressing the most significant risks posed by PCBs while also recognizing that their complete elimination from the environment is both impractical and, more importantly, completely unnecessary from a human health and environmental standpoint. Several of these rulemakings are discussed in the next section.

## 1.4  EPA Has promulgated comprehensive PCB regulations[16]

EPA's comprehensive PCB regulations spell out the various PCB uses that are authorized, any conditions associated with these uses, and the appropriate remedies available if such uses should result in a release to the environment. Each of these regulations was the subject of a rulemaking procedure that included public notice and comment. Over time, based on the evolving scientific understanding of PCBs, EPA has increased the number and type of authorized uses for PCBs in subsequent rulemakings. To this day, EPA repeatedly has either reconfirmed or increased the authorized uses of PCBs. The regulatory chronology relevant to the continued presence and authorized uses of PCBs in the Spokane River sewershed and watershed can be summarized as follows:

- In 1976, EPA published comprehensive guidance on the handling and disposal of PCB-containing waste.

- In 1978, EPA promulgated comprehensive regulations governing PCB labeling and disposal.

---

[15] Toxic Substances Control Act, P.L. 107-377, as amended through December 31, 2002. Section 6.

[16] Certain portions excerpted from the EPA PCB Q & A Manual, 1994 edition, pp. iii – x.

- In 1979, additional regulations banning the intentional manufacture, processing, and distribution in commerce of PCBs were promulgated.[17] However, then and now, the continued use of PCBs in electrical equipment remains authorized, and the use of PCBs as a fire safety fluid in heat transfer and hydraulic fluid was phased out as suitable replacement fluid were developed. The regulation also established continued use authorizations for PCBs and did not ban the use of products that contain PCBs that were produced as by-products during the manufacture of other products (known as inadvertent or byproduct PCBs). Even today, by-product PCBs are present in a variety of products used within the Spokane sewershed and Spokane River watershed, including products used by the City of Spokane for municipal and other purposes.

- In 1982, EPA issued a final rule governing the use and servicing of electrical equipment containing PCBs.[18] In the rule, *EPA authorized the continued use of electrical equipment containing PCBs* with certain conditions and restrictions intended to minimize human and environmental exposures to PCBs. In addition, EPA also promulgated an amendment to the Use Authorization for Railroad Transformers *which extended the use authorization for PCB-containing electric railroad transformers indefinitely*.

- In 1984, EPA issued an amendment to the so-called "Uncontrolled PCB Rule" which excluded additional processes from regulation[19]. Among other things, the rule permitted the manufacturing, processing, distribution in commerce, and use of by-product PCBs and recycled PCBs (see also Section 2.4); and

- PCBs with concentrations below 50 parts per million (ppm), under certain conditions and restrictions, were authorized for use in hydraulic and heat transfer fluid and in the compressors and liquid of natural gas pipeline systems.

- To this day, the removal of building products containing any concentration of PCBs is not required by statute or regulation.

- In 1988, EPA published the final amendments to the "uncontrolled PCB Rule", which excluded even more materials containing less than 50 ppm PCBs from regulation[20]. The amendments included the following:

  o Allowed the use of and distribution in commerce of certain equipment and materials that had been adequately cleaned up in accordance with applicable PCB cleanup policies in effect at the time of the cleanup;

---

[17] 44 FR 31514
[18] 47 FR 37342
[19] 49 FR 28172
[20] 53 FR 24206

11

- o Maintained the 3 parts per billion (ppb) water discharge limit from paper processing mills or allowed an equivalent mass-based limitation for water discharges to be met; and
- o Excluded from the ban on processing, distribution in commerce, and certain products containing <50 ppm PCBs. (see also Section 2.5).

- In 1989, the PCB Notification and Manifesting rule was published and added a PCB waste tracking system to the TSCA disposal regulations that required commercial PCB waste handlers (disposers, commercial storers, transporters, and generators with PCB storage areas) to notify EPA of their PCB waste activities.[21]

- In 1998, EPA promulgated its PCB Disposal Amendments, also known as the "Mega Rule," which made numerous revisions that simplified the agency's voluminous PCB regulations, and finalized the PCB Spill Cleanup Policy.[22] Included in those changes were several significant new use authorizations, including permitting the continued presence of PCB in impacted concrete and other porous surfaces if properly cleaned and coated, and the continued presence of PCBs in natural gas systems.

- In 2010, EPA published an advance notice of proposed rulemaking (ANPRM) seeking comments on the agency's many existing use authorizations.[23] After almost 9 years of deliberation on the comments received, EPA still has not eliminated any of the existing use authorizations.

1.4 The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980 provides EPA with broad authorities to respond to and order the cleanup of substances.[24] CERCLA provides EPA with four options: (1) negotiate a settlement with potentially responsible parties (PRPs); (2) conduct the cleanup with "Superfund" money and then seek reimbursement from PRPs by filing suit; (3) file an abatement action to compel PRPs to conduct a cleanup; or (4) issue an administrative order instructing PRPs to clean up the site.[25] EPA can also declare a public health or environmental emergency in connection with the release or threat of release of a hazardous substance under certain circumstances. EPA has not, however, declared that PCBs or PCB-containing products constitute a public health or environmental emergency under CERCLA.

Under CERCLA, EPA may conduct, or order responsible parties to conduct, two types of "response actions": removal actions "designed to cleanup, monitor, assess, and evaluate the release or threatened release of hazardous substances" and remedial

---

[21] 54 FR 52716
[22] 63 FR 35384
[23] 75 FR 17645
[24] 42 U.S.C. §§ 9601 et seq.
[25] https://www.epa.gov/enforcement/superfund-enforcement.

Dec GMV Re: Opposition to Pl MILs 001450

actions to "minimize the release of hazardous substances so that they do not migrate to cause substantial danger to present or future public health or welfare or the environment.'"[26]

The National Contingency Plan (NCP)[27] contains procedures that govern the response action process at CERCLA sites.[28] Sites are first identified, and then a Preliminary Assessment and a Site Inspection are performed to determine if a site poses a potential hazard. If further study is required, a Remedial Investigation (RI) and a Feasibility Study (FS) are performed. The RI determines the nature and extent of contamination at the site and the associated health and environmental risks, and the FS evaluates options for remedial action.

Following completion of the RI/FS, EPA issues a proposed remedial action plan identifying its preferred remedial alternative. After considering public comments, EPA selects a remedial alternative for the site and issues a Record of Decision (ROD), which identifies the remedy for the site and contains performance standards for the cleanup. A remedy can later be updated based on site-specific conditions or scientific advancements. After the ROD is issued, the Remedial Design (RD) phase begins to develop a detailed plan to implement the remedy.

CERCLA cleanups are not designed to reach "non-detect" levels. Rather, remedial actions must protect human health and the environment, comply with or waive any Applicable or Relevant and Appropriate Requirements (ARARs)[29], be cost-effective, and utilize permanent solutions and alternative treatment technologies or resource recovery technologies to the maximum extent practicable.

EPA provides guidance that establish guidelines for setting preliminary remediation goals (PRGs) for PCBs for soil, ground water, and sediment contaminated with PCBs at CERCLA sites[30], but still cite back to the PCB cleanup regulations as ARARs. For example, for soil on residential property the PRG is 1 ppm and for soil on an industrial site the PRG action levels will range between 10 and 25 ppm, the same as the cleanup standards in the self-implementing PCB disposal section.[31] The CERCLA decision making process is iterative, and alternatives that attain risk levels other than those represented by the PRG can be developed based on site-specific conditions.

---

[26] https://www.epa.gov/superfund/superfund-cercla-overview.
[27] https://www.epa.gov/emergency-response/national-oil-and-hazardous-substances-pollution-contingency-plan-ncp-overview
[28] https://www.epa.gov/superfund/superfund-cleanup-process.
[29] https://www.epa.gov/superfund/applicable-or-relevant-and-appropriate-requirements-arars.
[30] U.S. EPA, A Guide on Remedial Actions at Superfund Sites with PCB Contamination, (OSWER No. 9355.4-01 FS (Aug. 1990).
[31] 40 CFR 761.61(a)

## 2.0  EPA and other regulatory bodies have established safe PCB levels for products in use and for cleaning up releases.

### 2.1  EPA has been charged by Congress under TSCA to promulgate regulations to ensure PCB uses are safe and to manage those uses.

As noted previously, in 1976 Congress enacted TSCA and authorized EPA to ban the manufacture, processing, or distribution in commerce or use of any polychlorinated biphenyl (PCB) in any manner other than in a totally enclosed manner, but stated that EPA[32]:

- "may by rule authorize the manufacture, processing, distribution in commerce or use (or any combination of such activities) of any polychlorinated biphenyl in a manner other than in a totally enclosed manner if the Administrator finds that such manufacture, processing, distribution in commerce, or use (or combination of such activities) will not present an unreasonable risk of injury to human health or the environment," and

- "[a]ny person may petition the Administrator for an exemption from the requirements of subparagraph (A), and the Administrator may grant by rule such an exemption if the Administrator finds that (i) an unreasonable risk of injury to health or environment would not result, and (ii) good faith efforts have been made to develop a chemical substance which does not present an unreasonable risk of injury to health or the environment and which may be substituted for such polychlorinated biphenyl."

EPA carries out its Congressional mandate by evaluating whether the presence of PCBs in products are safe (i.e., do not present an unreasonable risk of injury to human health or the environment) by conducting risk assessments. These scientific evaluations of PCB exposure risk use conservative assumptions to calculate the hypothetical risk associated with PCB exposure, acknowledging that there may be no actual risk at all.

Based on the results of these risk assessments, EPA has authorized an assortment of safe PCB uses.

### 2.2  EPA still allows the presence of PCBs in a variety of products

Monsanto manufactured PCBs between 1935 and 1977. Most (85 %) of those PCBs were used as a fire safety fluid in electrical equipment (as required by local building, electrical and fire safety codes) as well as in hydraulic and heat transfer systems.

---

[32] Toxic Substances Control Act, P.L. 107-377, as amended through December 31, 2002. Section 6(e)

Dec GMV Re: Opposition to Pl MILs 001452

In 1970, Monsanto voluntarily began withdrawal of all its PCB products from the market, yet EPA continued to authorize the presence of PCBs in a variety of applications after 1970, as noted above. From 1972 to 1977, Monsanto continued to sell PCBs for electrical application as requested by the U.S. government and the electric industry.

In 1977, Monsanto voluntarily withdrew all its PCB products from the market. Foreign manufacture and sale of PCBs continued into the 2000s, and the foreign manufacture of by-product PCBs and sale into the U.S. continues today. These by-product PCBs, particularly organic pigments and dyes, are being produced outside of the U.S. in India and China, and then they're sold all over the world.[33]

Since 1979, EPA has authorized numerous uses of PCBs. The extensive list of rules promulgated by EPA illustrates the degree to which EPA has expanded the universe of authorized PCB uses. I have been involved firsthand on the rulemaking process associated with many of these rules.

The May 31, 1979 rule[34] established the initial universe of approved PCB uses. First, it designated all intact, non-leaking capacitors, electromagnets and transformers, other than railroad transformers, as "totally enclosed," which allowed their continued use without restrictions or conditions. A later amendment (1982) reaffirmed the indefinite use authorization for almost all electrical equipment,[35] except as amended later for equipment in food and feed areas and in/near commercial buildings.

The May 31, 1979 rule also authorized the presence of PCBs in an extensive list of products and applications, including:

- o  Servicing transformers (other than railroad transformers),
- o  Use in and servicing of railroad transformers,
- o  Use in and servicing of mining equipment,
- o  Use in heat transfer systems (until 1984)
- o  Use in hydraulic systems (until 1984)
- o  Use in carbonless copy paper,
- o  Use in pigments,
- o  Use in and servicing of electromagnets,
- o  Use in natural gas pipelines,
- o  Use in small quantities for research and development, and
- o  Use as a mounting medium in microscopy.

The May 31, 1979 rule also established a 50-ppm regulatory cutoff for the manufacturing, processing, distribution in commerce, and use of PCBs, meaning that any products containing <50 ppm PCB were approved for use as well. EPA reaffirmed

---

[33] Rodenburg, Lisa: *PCBs: An Update*. Department of Environmental Sciences, School of Environmental and Biological Sciences: Rutgers University. PCB Webinar, September 25, 2017. (transcript of oral presentation), p. 41
[34] 44 FR 31514
[35] 47 FR 37342

this 50-ppm cap in 1988, for products manufactured before 1984, with its Excluded PCB Products Rule.[36]

In 1982, EPA's so-called "Closed and Controlled Rule"[37] permitted continuing by-product manufacture of PCBs and established environmental emission limits of:

- o Up to 10 µg/m$^3$ in air releases
- o Up to 100 µg/L in water discharges
- o Up to 2 ppm in waste

The 1984 amendments reaffirmed these emission rates and by-product manufacturing regulations[38] and exempted (based on human health risk assessment) processes that contain/produce/emit:

- o Up to 5 ppm in detergent bars
- o Up to 25 ppm (maximum 50 ppm) in other products Up to 10 ppm in air emissions
- o Up to 3 µg/L in water effluent <3

In 1998, the PCB Disposal Amendments[39] (also known as the "Mega Rule") expanded the use authorization for certain PCB applications like natural gas and concrete without eliminating any uses and allowed unrestricted use/reuse of surfaces containing up to 10 µg/100 cm$^2$ PCBs.

## 2.3 Other government agencies and organizations have established levels for PCB use and exposure that they consider to be safe.

The continued sale, use, and consumption of food and sale and use of food packaging containing measurable levels of PCB have been permitted by the Food and Drug Administration (FDA) since 1969 and are still permitted today. FDA's current allowances for PCBs in food and packaging include[40]:

| | | |
|---|---|---|
| o | Milk: | 1.5 ppm |
| o | Dairy products: | 1.5 ppm |
| o | Poultry: | 3 ppm |
| o | Eggs: | 0.3 ppm |
| o | Animal feed: | 0.2. ppm |
| o | Animal derived feed: | 2 ppm |
| o | Fish and Shellfish: | 2 ppm |
| o | Infant and Junior Foods: | 0.2 ppm |

---

[36] 53 FR 24206
[37] 47 FR 46980
[38] 49 FR 28172
[39] 63 FR 35384
[40] 21CFR109.30

16

- o  Food packaging:          10 ppm
- o  Red meat:                2 ppm

OSHA established Permissible Exposure Limit (PELs) for PCB in 1967, applicable to any 8-hour works shift of a 40-hour week. These limits for PCBs in air are 1 mg/m$^3$ for Aroclor 1242 and 0.5 mg/m$^3$ was set for Aroclor 1254[41] and are based on the 1968 Threshold Limit Values (TLVs) of the American Conference of Governmental Industrial Hygienists (ACGIH).[42]  The ACGIH Short Term Exposure Limits (STEL) for chlorodiphenyls are 2 mg/m$^3$ and 1 mg/m$^3$ for 42% and 54% chlorine products, respectively. Those exposure limits have never been amended in the 52 ensuing years since 1967.

The National Institutes of Occupational Safety and Health (NIOSH) established Recommended Exposure Levels (RELs) for PCBs in 1987, This guidance level, 1 µg/m$^3$, is similarly applicable to any 8-hour works shift of a 40-hour week.

EPA established PCB evaluation levels indoor school air in 2015, ranging from 100 ng/m$^3$ for children under 3 years of age to 600 ng/m$^3$ for children up to 18 years of age.[43] According to EPA,

> "EPA calculated the Exposure Levels for Evaluating PCBs in Indoor School Air so that if children and adults breathed PCBs at or below those levels for the hours per day and days per year in which school is in session, those PCB exposures would not lead to risks of suffering adverse health effects.

> These calculations are based on the oral reference dose (RfD) of 20 ng PCB/kg body weight per day and are adjusted to reflect a typical school year. These exposure levels should not be interpreted nor applied as "bright line" or "not-to-exceed" criteria and may be used to guide thoughtful evaluation of indoor air quality in schools. Isolated or infrequent indoor air PCB measurements that exceed the exposure levels would not signal unsafe exposure to PCBs."[44]

## 2.4  EPA established standards which allow for the continued presence of PCBs in the environment to this day.

I am an expert in the permitting of PCB cleanups. I have been involved with PCB spill cleanups almost every year since before the first PCB regulations were enacted. In those 42 years, every cleanup I am aware of had an established numerical cleanup level set by EPA or designated state agency other than zero PCBs, i.e., EPA has never allowed PCB levels to remain at levels that are unsafe. From 1979 to 1987, even absent

---

[41] https://www.osha.gov/dsg/annotated-pels/tablez-1.html.
[42] American Conference of Governmental Industrial Hygienists. TLVS Threshold limit values and biological exposure indices for 1985-86. Cincinnati: ACGIH, 1985:5,6,13.
[43] USEPA, PCBs in Building Materials – Questions & Answers. July 28, 2015, p. 15.
[44] USEPA, PCBs in Building Materials – Questions & Answers. July 28, 2015, p. 14.

regulatory standards, EPA negotiated numerous spill cleanup agreements, none of which in my experience required cleanup to non-detect levels.

I worked on numerous PCB cleanups during this time, dealing directly with EPA in several regions on cleanup plans for both small and large spills. None of the cleanups that I worked on or became aware of during this time required cleanup to non-detectable levels, even transformer spills onto residential property.

EPA carries out its Congressional mandate by evaluating whether the presence of PCBs in the environment is safe (i.e., do not present an unreasonable risk of injury to human health or the environment) by conducting risk assessments and establishing risk-based cleanup standards.

As with PCBs uses, these scientific evaluations of PCB exposure risk use conservative assumptions to calculate the hypothetical risk associated with PCB exposure in the environment in situations where PCB have been released. As a result, EPA has established safe levels of PCB in the environment before and after cleanup (if necessary), acknowledging that there may be no actual risk at all.

EPA has the primary authority over recent and historical PCB spill cleanup. EPA has acknowledged throughout its rulemaking history that PCB releases can occur and has established measurable levels of PCB as cleanup standards for those releases. The EPA PCB regulations include prescriptive approaches to spill response and cleanup that are often used to address small scale, simpler projects.

Monsanto is not a regulator and has no role in setting cleanup standards for PCBs spilled by others. EPA or their designated state agency dictates the spill cleanup process within the context of regulations established at the time.

Larger, more complex PCB cleanups are often directed by states like Washington, where cleanup goals are established to balance risk with complexity, cost, and local public health issues, but EPA still has the primary authority over the cleanups.

The PCB Spill Cleanup Policy was published on April 2, 1987[45]. The Policy establishes methods of cleanup and cleanup levels of spills containing PCBs at concentrations of 50 ppm or greater. EPA uses the Policy standards to determine the adequacy of cleanup for penalty purposes. It specifies cleanup of PCBs to various levels depending on the spill location, the potential for exposure to residual PCBs remaining after the cleanup, the concentration of the PCBs initially spilled and the nature and size of the population potentially at risk of exposure.

While the Policy applies to most recent (<72 hour) spill situations, it does provide for exceptional situations that may require additional cleanup or less stringent standards at the discretion of the EPA regional office.

---

[45] 52 FR 10688

In 1998, EPA promulgated the PCB Disposal Amendments, also known as the "Mega-Rule"[46], establishing even higher cleanup standards than the spill policy levels, levels that are also well above current PCB detection limits. The Disposal Amendments also established a cleanup protocol for older PCBs to supplement the PCB Spill Policy's focus on recent spills. The protocol established, among other things, cleanup standards as high as 100 ppm for media such soil and concrete pavement (40 CFR 761.61(a)). Those standards are applied nationwide, including EPA Region 10.

EPA also has the discretion to set higher cleanup standards for specific projects under the so-called "risk-based disposal approval". (40 CFR 761.61(c). In my experience, EPA has agreed to set cleanup levels as high as 500 ppm on some recent projects based on site-specific conservative risk assessment.

In 2010, EPA published another Advance Notice of Proposed Rulemaking for PCBs.[47] Given the opportunity, EPA did not include any proposed changes to the PCB cleanup standards.

To my knowledge, EPA has always allowed detectable levels of PCB to remain at sites cleaned up in accordance with the disposal amendments and has never had a zero tolerance for PCBs, as noted earlier. EPA even has an established policy that allows transfer of PCB-impacted property for reuse and redevelopment[48], concluding that the benefits outweigh the risks.

EPA could have chosen more stringent PCB cleanup standards many times as part of the various rulemakings but has not done so. The EPA PCB cleanup standards have remained relatively constant since PCBs were first regulated. The range of both published and risk-based PCB cleanup levels has remained relatively constant these many years after the 1998 Disposal Amendments were promulgated and the 1987 PCB Spill Policy was first published, armed with additional years of human health and environmental research, and despite improvement in analytical detection methods for PCBs.

2.5  EPA still allows the use and storage of PCBs in the Spokane River watershed.

A review of the most recent EPA PCB transformer database shows that PCB-containing equipment has been[49] and is still being used[50] in the Spokane sewershed and Spokane River watershed.

---

[46] 63 FR 35384
[47] 75 FR 17645
[48] Memorandum from Robert E. Fabricant, EPA General Counsel, and Susan B. Hazen, EPA Principal Deputy Assistant Administrator for Prevention, Pesticides and Toxic Substances, entitled "Interpretive Statement on Change in Ownership for Real Property Contaminated with PCBs". August 14, 2003.
[49] EPA PCB Transformer Database, all registrations 1998 to 2008: "all-reg1-08"
[50] https://www.epa.gov/sites/production/files/2015-10/documents/most_recent_registrations_excel_document.xls_.pdf

Dec GMV Re: Opposition to Pl MILs 001457

In addition, at least 12 organizations located in the Spokane River watershed have submitted Notification of PCB Activity forms to EPA since 1990,[51] in which they revealed that they were still generating, transporting, and/or storing PCB waste.

## 2.6 EPA has long allowed the land disposal of PCBs

In 1965, Congress passed the Solid Waste Disposal Act (SWDA)[52] to support the use of landfills to centralize waste disposal practices by focusing on the collection, transportation and disposal of solid waste. Congress also stated that "the collection and disposal of solid wastes should continue to be primarily the function of State, regional and local agencies."[53] The SWDA did not distinguish among types of waste, including chemicals, and instead reflected the expectation that wastes of varying origins would all be disposed of at locally managed landfills. Nor was the SWDA focused on issues of chemical toxicity or risk of chemicals to human health or the environment. Instead, the SWDA considered that all waste, whether containing chemicals or not, would be placed in landfills. The federal government's focus was to address the "nuisance" of the physical presence of trash and open dumps and the odors, eyesores, and pests that came with it.[54]

Congress eventually enacted the Resource Conservation and Recovery Act (RCRA[55])in 1976, requiring EPA to set regulations provision "cradle to grave" responsibility for management of hazardous waste.

Likewise, TSCA included provisions allowing for the continued use of PCBs under certain circumstances, as noted earlier. Section 6(e) of TSCA also required EPA to promulgate regulations for the proper disposal of PCBs. In 1978, the first PCB disposal regulations under TSCA[56] included standards for the design and operation of PCB landfills and PCB incinerators and established a permitting process for both.[57] In general, liquids containing PCBs were to be incinerated and solids containing PCBs (such as PCB-impacted soil, rags and debris) could be landfilled.

---

[51] https://www.epa.gov/sites/production/files/2019-03/national_spreadsheet_of_facilities_that_have_notified_of_pcb_activities_3-20-19.xlsx
[52] PL 89-272, October 20, 1965.
[53] Ibid., Section 202(a)(6)
[54] Ibid., Section 202(a)(4)
[55] The Resource Conservation and Recovery Act (RCRA) of 1976 directed EPA to identify and publish a list of hazardous wastes and to set standards for their handling, transportation and disposal. In evaluating and classifying a particular waste, RCRA instructs EPA to consider toxicity, persistence, and degradability in nature, potential for accumulation in tissue, and other factors such as flammability, corrosiveness, and other hazardous characteristics. RCRA does not regulate the disposal of PCBs. However, the EPA PCB regulations under TSCA do allow the disposal of certain PCB wastes at RCRA-permitted disposal sites, particularly PCB solids at RCRA hazardous and non-hazardous wastes landfills.

[56] 43 FR 7150
[57] Now codified under 40 CFR 761.75 and 40 CFR 761.70, respectively.

20

When EPA began regulating PCBs, its highest priority was to establish standards for their proper disposal. EPA's initial PCB regulations in 1978 established standards for the disposal of PCB solid waste into landfills, to be permitted at the federal level. The technical standards for PCB landfills and PCB incinerators have remained essentially unchanged to this day.

*EPA has never required complete destruction of PCB waste*. The land disposal of PCB solids at any concentration has been allowed by EPA since 1978 and is still permitted today. Since 1978, EPA has allowed the disposal of PCB solids (i.e., soil and debris) in PCB landfills at any concentration. Since 1998, EPA has even allowed the disposal of PCB remediation waste at <50 ppm and PCB bulk product waste at any PCB concentration in municipal landfills. [cite]

In this final 1978 Rule, EPA prescribed various disposal requirements for PCBs and PCB-items and established the 500 parts per million (ppm) regulatory cutoff for the land disposal of PCBs.  In the subsequent "PCB Ban Rule" published in the Federal Register on May 31, 1979,[58] the regulatory cutoff for PCBs was reduced from 500 to 50 ppm.

Beginning in 1980, EPA began publishing a list of approved PCB landfills and incinerators as part of their PCB Questions and Answers guidance documents.[59, 60]

The 1998 PCB Disposal Amendments[61] expanded the potential use of landfills for PCB solids, recognizing that disposal of PCBs in non-TSCA landfills generally does not result in migration to groundwater and waterbodies.

First, EPA allows the disposal of solid PCB remediation waste containing <50 ppm PCB in landfills other than those permitted under the TSCA PCB regulations, specifically in state-permitted landfills that can accept either municipal solid waste or non-municipal non-hazardous waste.[62]

Second, EPA also allows the disposal of most PCB bulk product waste at any PCB concentration in those same landfills. "EPA evaluated the fate and transport of PCBs leaching from landfills into groundwater using EPA's peer reviewed Industrial Waste Management Evaluation Model (IWEM). This evaluation supports EPA's determination that PCB bulk product waste [at any PCB concentration] can be safely disposed of in certain non-TSCA approved landfills as it showed that these wastes are unlikely to migrate into groundwater or soil."[63]

---

[58] 44 FR 31514

[59] USEPA, EPA's Final PCB Ban Rule, Over 100 Questions and Answers to Help You Meet these Requirements. June 1980 Revised Edition, p. 33-34.

[60] USEPA, The PCB Regulations under TSCA: Over 100 Questions and Answers to Help You Meet these Requirements. Revised Edition N0. 3. August 1983, Appendices F & G.

[61] 63 FR 35384

[62] 40 CFR 761.61(a)95)(v)(A)(*1-2*)

[63] https://www.epa.gov/pcbs/frequent-questions-about-polychlorinated-biphenyl-pcb-guidance-reinterpretation.

## 2.7  Monsanto's PCB land disposal recommendations and warnings to customers were consistent with industry practice at the time.

PCBs were first detected in the environment by Swedish scientists using newly developed, experimental analytical equipment in late 1966[64].  The first report that PCBs might harm wildlife did not occur until late 1968 – early 1969[65].

Within a year of these reports, Monsanto communicated with its customers concerning PCB environmental issues. Monsanto's letters, product bulletins, labels, Material Safety Data Sheets, and invoices, warned its customers to be careful in the use and disposal of PCBs to prevent their entry into the environment.  In letters dated February 9, 1970 and February 18, 1970, Monsanto provided its PCB customers with a warning letter stating that:

> "PCBs had been discovered at some points in some marine, aquatic, and wildlife environments. … [W]e feel that all possible care should be taken in the application, processing, and effluent disposal to prevent them becoming environmental contaminants."[66]

Monsanto's actions were unprecedented and recognized and applauded at the time by the Environmental Defense Fund (EDF)[67].  The EDF praised Monsanto for their efforts in response to the discovery of potential environmental impacts of PCBs, stating in part:

> "What impressed us most was Monsanto's attitude and finally its action to lessen the environmental degradation caused by its product.  We continue to watch your PCB clean-up program to be sure that your action is as good as your word but, in the meantime, we are impressed by your sensitivity and responsibility.  Indeed, in many informal conversations, we have signaled out your company as being one capable of acting in its own long-term interest and that of society rather than its short-term economic interest.  We have great respect for you."

Monsanto was recommending to their clients that they dispose of PCB solid wastes in suitable landfills as early as 1968[68] and in 1970, years before the first PCB disposal regulations were promulgated, recommended to its customers that PCB solids and liquids be disposed of in an environmentally safe manner: Monsanto's 1975 Askarel

---

[64] Notes on the News, New Scientist, p. 612.  December 13, 1966.
[65] Risebrough, R.W.; Rieche, P.; Peakall, D. B.; Herman, S. G.; and Kirven, M. N. 1968.  Polychlorinated Biphenyls in the Global Ecosystem. Nature, Vol. 220, pp. 1098–1102. December 14.  (PCB ARCH0105220 – PCB-ARCH0105224). It was later determined that Risebrough had incorrectly attributed to PCBs the eggshell thinning in predatory birds. Peakall, D.B. and Lincer J. L., 1996.  Do PCBs Cause Eggshell Thinning?  Environmental Pollution, Vol. 91, pp. 127-129.
[66] MCL000005-MCL000012; MCL000094 – MCL000105.
[67] Letter from Roderick A. Cameron, EDF to Pierre Wilkins, Monsanto.  Dated August 24, 1970
[68] Letter from R. P. Sullivan, Monsanto Sales Manager, Eastern Region to L. L. Barker, General Electric Company entitled "Scrap Pyranol". November 8, 1968.

Dec GMV Re: Opposition to Pl MILs 001460

Inspection and Maintenance Guide[69] recommended that its customers dispose of Askarel liquids using carefully controlled incineration, and PCB-impacted solids by controlled landfill burial.[70] Monsanto also recommended in a 1973 letter to customers that PCBs be disposed of using high temperature incineration and offered to incinerate such wastes at its Sauget, Illinois incinerator.[71]

What Monsanto did, instructing its customer on how to dispose of its products, was above and beyond industry standards, laws, and regulations in place at the time. Neither the Manufacturing Chemists' Association, Inc. (MCA) L-1 Manuals from the 1940s through the 1960s nor the MCA Safety Guide SG-9 from 1961 recommended or required chemical manufacturers to issue such instructions.[72]

During that same time period, industrial PCB waste generators were sending their waste to landfills and incinerators.

- EPA published recommended PCB disposal procedures in 1976 before the regulations were drafted.[73]
- The American National Standards Institute made similar recommendations in 1974, including specific disposal sites and analytical laboratories.[74] In 1974 alone, an estimated 3.8 million pounds of PCB waste were either incinerated or landfilled.[75]
- According to EPA, there were already 16 secure or chemical waste landfills in operation as of 1978, 15 of which would accept PCB solid waste.[76]
- Several facilities were already accepting PCBs for disposal at facilities that met or exceeded the operating specifications published later in the final regulations. These facilities included Monsanto, Rollins in New Jersey, and Chemtrol (now Waste Management) in New York.[77]

Historical industry guidance documents predating the above disposal regulations confirm that disposal was based on the known hazard of a chemical. Commonly cited hazards included explosiveness, corrosivity, flammability, fish toxicity, odor or smoke,

---

[69] Monsanto, Transformer Askarel Inspection and Maintenance Guide. Bulletin No. IC/F F-38R (Revised March 1975).

[70] Monsanto, Askarel Inspection and Maintenance Guide. Bulletin No. IC/FF-38R (Revised March 1975), p. 6.

[71] Monsanto, Letter to PCB customers. August 3, 1973.

[72] Manufacturing Chemists' Association, Inc. (MCA), 1946, 1949, 1953, 1956, 1961, and 1970. *Guide to Precautionary Labeling of Hazardous Chemicals, Manual L-1.*

[73] 41 FR 14134. USEPA, Polychlorinated Biphenyl-Containing Wastes: Disposal Procedures. April 1, 1976.

[74] American National Standard Guidelines for Handling and Disposal of Capacitor- and Transformer-Grade Askarels Containing Polychlorinated Biphenyls. ANSI 107.1-1974. January 9, 1974.

[75] USEPA, PCBs in the United States Industrial Use and Environmental Distribution. EPA Contract No. 68-01-3259, p. 9.

[76] USEPA, PCB Marking and Disposal Support Document. 1978, p. 17.

[77] Ibid., p. 148.

Dec GMV Re: Opposition to Pl MILs 001461

and attraction of vermin or pests.[78,79] None of these hazards was associated with PCBs at the time, and possible toxicity to aquatic organisms was not reported until 1969.[80]

Immediately thereafter, Monsanto sent information to customers in 1970 warning them to take precautions when using and disposing of PCB to prevent their entry into the environment, using letters, product bulletins, labels, Material Safety Data Sheets, and invoices. Examples included:

- Warning letters stating that "PCBs had been discovered at some points in some marine, aquatic, and wildlife environments. ... [W]e feel that all possible care should be taken in the application, processing, and effluent disposal to prevent them becoming environmental contaminants."[81]
- Letters to their customers, in which they "strongly urge[d]" their customers to ship PCB waste to Monsanto facilities for storage and ultimate disposal.[82]
- An environmental hazard warning placed in their product bulletins which stated in part:
  - "PCB residues in small amounts have been found in the environment and some studies have indicated that they may be harmful to certain forms of animal life. Extreme care should therefore be taken by all users of PCB-containing products to prevent any entry into the environment through spills, leakage, use, disposal, vaporization or otherwise."[83]
- Letters to its PCB customers stating that they were withdrawing all PCBs used as plasticizers or modifiers from the market and would provide incentives to customers to return unused PCBs.[84]
- A letter to its dielectric fluid customers inviting them to ship all PCB waste material to Monsanto for eventual incineration and alerting them to the incinerator services offered by another company.[85]
- A letter to its vacuum pump fluid customers stating: "Control of waste and spills is imperative. In no case should the material be discharged directly to streams. Used Santovac I or Santovac II should be reclaimed for continuous recycle or returned to Monsanto for disposal."[86]

---

[78] Manufacturing Chemists' Association, Inc. (MCA), 1946, 1949, 1953, 1956, 1961, and 1970. Guide to Precautionary Labeling of Hazardous Chemicals, Manual L-1.
[79] MCA, 1961. Recommended Safe Practices and Procedures, Disposal of Hazardous Wastes. Safety Guide SG-9.
[80] Duke, T. W., Lowe, J. I., and Wilson, A. J., 1970. A Polychlorinated Biphenyl (Aroclor 1254) in the Water, Sediment, and Biota of Escambia Bay, Florida. Bulletin of Environmental Contamination and Technology, 5(2): 171-180.
[81] MCL000005-MCL000012; MCL000094 – MCL000105
[82] MCL000184–190
[83] PCB-ARCH0298272-0298286
[84] MCL000397–398
[85] MCL000611-640
[86] MCL000691-696.

Dec GMV Re: Opposition to Pl MILs 001462

- A letter to Therminol FR customers stating "... measures to avoid environmental contamination through spillage, leakage or careless disposal should be observed."[87]
- A Therminol Conversion Bulletin stating:
  - o "Most recently, PCB has been identified as a potential hazard to the environment. Monsanto has accordingly elected to discontinue the manufacture and sale of Therminol FR fluids for heat transfer applications."
  - o "Monsanto offers an incineration service for the disposal of PCB heat transfer fluids.[88]

In 1971, Monsanto then issued a variety of additional guidance documents to its customers, including:

- Askarel Inspection and Maintenance Guide, which instructed users to dispose of Askarel in such a way "where it will not contaminate a water supply."[89]
- Aroclor & Pyroclor Bulk Handling Manual which stated, "Pollution of the environment must be prevented by careful handling so that spillages are minimized and any that occur should be contained and collected. Do not dispose of waste Aroclor or Pyroclor into drains or sewers. Furthermore, waste Aroclor or Pyroclor should be incinerated or reclaimed and details of the service are available from Monsanto."[90] The manual also warned against PCB waste "entering water courses and sewers."[91]
- Therminol Conversion Bulletin, which stated that "Monsanto urges the user to maintain the tight system, to correct leakage promptly, and to exercise care in the handling and disposal of this and all other such products."[92] As for "fluid disposal," the Bulletin stated that "Monsanto offers an incineration service for disposal of PCB heat transfer fluids. ..."[93]
- Aroclor 1242 E1 Bulletin, which provided disposal instructions, including recommendations for incineration, and warned that "care must be exercised during such disposal and the ultimate use of Aroclor to avoid pollution, particularly of sewers and waterways."[94]
- Transformer Askarel Inspection & Maintenance Guide, which set forth detailed disposal guidelines.[95]

---

[87] PCB-ARCH0048779
[88] PCB-ARCH0588885–905
[89] PCB-ARCH0168693-725
[90] PCB-ARCH0277364-388
[91] PCB-ARCH0277364-388
[92] PCB-ARCH0247276-290
[93] PCB-ARCH0247276-290
[94] PCB-ARCH0163690-693; also: PCB-ARCH0036393-396, MCL02794-960
[95] PCB-ARCH0168665-692; also: PCB-ARCH0163708-715, PCB-ARCH0168626-633

Subsequently, detailed guidelines on the disposal of PCBs were issued by the American National Standards Institute (ANSI) in 1974,[96] and Monsanto issued a revised Transformer Askarel Inspection & Maintenance Guide in 1975 citing and setting forth the ANSI Disposal Guidelines.[97]

Taken together, these communications with Monsanto's customers were sufficient warning about the hazards of mismanaging PCBs and the need to make informed disposal decisions.

## 2.8  None of the landfills in the Spokane River watershed are a source of PCBs to the river

There are six local solid waste landfills and three other facilities where the City of Spokane historically deposited solid waste:

- Northside Landfill[98,99,100]
- Southside Landfill[101]
- Mica Landfill[102]
- Marshall Landfill[103]
- Greenacres Landfill[104]
- Colbert Landfill[105]
- Waste to Energy Facility
- North County Transfer Station
- Valley Transfer Station

Sampling data suggest that the City of Spokane has been purchasing, using, and storing and then disposing of and/or recycling materials containing by-product PCBs at these facilities in the past[106], yet the City has acknowledged individually that not one of these facilities is a source of either by-product or legacy PCBs to the Spokane River:

- Waste to Energy Facility[107]
- Northside Landfill[108]

---

[96] PCB-ARCH0255676-711
[97] PCB-ARCH0206370-397; also: PCB-ARCH0523916-943
[98] Windsor Exhibit 2
[99] Superfund Site: NORTHSIDE LANDFILL, SPOKANE, WA. Defendants' First Amended Answer to Complaint and Counterclaims, p. 299
[100] EPA Superfund Record of Decision: Northside Landfill, WA. Defendants First Amended Answer to Complaint and Counterclaims, p. 305
[101] Windsor Exhibit 4
[102] Windsor Exhibit 5
[103] Windsor Exhibits 6
[104] Windsor Exhibit 7
[105] Windsor Exhibit 8
[106] City of Spokane Wastewater Department, PCBs in Municipal Products (revised). July 21, 2015
[107] Windsor, p. 53

Dec GMV Re: Opposition to Pl MILs 001464

- Southside Landfill[109]
- Mica Landfill[110]
- Marshall Landfill[111]
- Greenacres Landfill[112]
- Colbert Landfill[113]
- North County Transfer Station[114]
- Valley Transfer Station[115]

## 2.9  Monsanto's incineration development was appropriate and groundbreaking

In 1970, Monsanto committed to developing and operating an incinerator capable of destroying PCBs, to be used to destroy customers' waste PCBs. Monsanto hired the John Zink Company (Zink), perhaps the preeminent incinerator design firm at the time, to design their PCB incinerator. Based on pilot studies conducted in the Zink pilot plant thermal oxidizer at that time, Monsanto determined that PCBs could be destroyed via high temperature incineration. Based on the pilot testing results, a full-scale PCB liquids incinerator was constructed at the Monsanto plant in Sauget, IL in 1971.[116]

In anticipation of the stating up of the incinerator, Monsanto instituted a returned goods policy in May 1970.[117] On May 11, 1970, Monsanto sent a letter to its customers advising them that it "has been devoting considerable effort to the development of mechanisms for the disposal of these materials, including Askarel fluid, from manufacturing locations, service shops, and customers."[118] Monsanto strongly urged its customers and its customers' customers to make use of its return program for proper disposal of PCB materials.[119] In addition, Monsanto's PCB returned good policy incentivized its customers to quickly return their unused PCB fluid for proper disposal:

> "During this withdrawal of PCBs from the market, Monsanto has had in effect a modified returned goods policy stating that unopened containers less than one year old could be returned for full credit through July 31,1970. From August 1

---

[108] Windsor, p. 58
[109] Windsor, p. 62
[110] Windsor, p. 64
[111] Windsor, p. 66
[112] Windsor, p. 67
[113] Windsor, p. 70
[114] Windsor, p. 71
[115] Windsor, pp. 71-72
[116] Pier, A. F., 1972. Monsanto Company, Incineration of Polychlorinated Biphenyls. Review Copy. August 21. MONS 0444175 - MONS 044183
[117] Plaintiffs' experts, Markowitz and Rosner, reference to a salesman's memorandum, dated February 16, 1970 [PCB-RCH0080304-305], stating that Monsanto did not want to take PCB fluids back is misleading because just months after the salesman's memorandum was written, Monsanto sent letters to its customers encouraging them to ship PCBs back to Monsanto for disposal. See MCL000184-190
[118] MCL000184-190
[119] MCL000184-190

Dec GMV Re: Opposition to Pl MILs 001465

through August 31, 1970, 90 percent credit would be allowed. From September 1 through December 31, 1970, 50 percent credit would be allowed. The customer will pay all return freight. All the dates in the time schedule for this returned goods policy are hereby extended an extra two months."[120]

On or before August 15, 1977, Monsanto notified its customers by letter that it would cease accepting PCB waste and identified these alternative PCB incineration operators.[121] From the time Monsanto started accepting PCB wastes from its customers in 1971 and the time its incinerator was shut down in December 1977, Monsanto incinerated over 27.3 million pounds of PCB wastes in its incinerator and contracted with other commercial incinerators for the incineration of approximately 1.8 million pounds of PCB wastes. As of January 1978, Monsanto had properly disposed of the over 29 million pounds of PCB wastes that it had received from its customers.[122]

What made Monsanto's incinerator unique and its technology groundbreaking was its ability to destroy halogenated organic compounds. Incinerators constructed prior to the late 1960s were unable to operate at temperatures capable of destroying PCBs due to technological and operational limitations. In addition, the combustion of halogenated compounds, including PCBs, polyvinyl chloride (PVC) plastics, and chlorinated solvents, results in the production of hydrochloric acid that corrodes metal components of the incinerator and ancillary equipment.

EPA and commercial research in the early 1970s further advanced the state-of-the-art in high temperature refractory and acid gas control technology. By the mid-1970s, incineration practice had reached the level eventually required by the PCB disposal (Annex I) regulations promulgated in 1979. Timothy Oppelt of EPA, in his 1987 retrospective on incineration as an available technology for the treatment of hazardous wastes,[123] stated that "properly-designed incineration systems are capable of the highest overall degree of destruction and control for the broadest range of hazardous waste streams."[124]

The American National Standards Institute, Inc. (ANSI), in its 1974 guidelines for the handling and disposal of PCBs (the "C107 Standard"), listed available PCB incineration sites , including Chem-Trol Pollution Services, Inc. in Model City, NY and Rollins Environmental Services in Wilmington, Delaware, in addition to the Monsanto incinerator.[125] By the late 1970s, there were approximately 20 incinerators capable of

---

[120] MCL000440-461, at MCL00443

[121] MCL003102-3418

[122] PCB-ARCH0450243 - PCB-ARCH0450244

[123] Oppelt, op cit. Oppelt, E. Timothy. 1987 "Incineration of Hazardous Waste – A Critical Review." JAPCA. 37(5): 558-586. May

[124] Oppelt, E. Timothy. 1987 "Incineration of Hazardous Waste – A Critical Review." JAPCA. 37(5): 558-586. May. p.558

[125] ANSI, 1974. American National Standard: Guidelines for Handling and Disposal of Capacitor- and Transformer-Grade Askarels Containing Polychlorinated Biphenyls. ANSI C107. 1-1974

handling liquid PCBs[126] and the EPA had announced the imminent publication of detailed PCB disposal regulations which included both incineration and landfill disposal.

At the time Monsanto first operated its PCB incinerator, there did not exist technology that was proven to effectively incinerate solid PCB waste, such as capacitors and soil. As the EPA noted in its 1976 PCB Disposal Guidelines, "Incineration of solid wastes including PCBs has not been demonstrated."[127]

Later, in an undated (presumably 1977) document, USEPA stated:

- Based on the latest EPA national survey of commercial hazardous waste incineration facilities, there are approximately twenty liquid waste incineration operations which will not or do not have the capability of handling solid PCB wastes. There are three installations which presently have the capability of handling both solid and liquid PCB-containing wastes and which have the presently required environmental approvals.
- Additionally, there are two installations which have liquid PCB incineration capability and one installation with both solid and liquid PCB waste incineration capability which are awaiting state operating permits.[128]

By 1982, the first two commercial incinerators permitted by EPA to destroy PCB were in operation (ENSCO in El Dorado, AK and Rollins in Deer Park, TX). Both facilities eventually included shredding capability and rotary kiln technology, allowing them to accept solids containing PCB for destruction.

2.10  Monsanto's decision to shut down their PCB liquid incinerator and to not install PCB solids incineration capability was a sound decision that did not affect industry's ability to dispose of PCB liquids or capacitors.

Several incinerators other than Monsanto were already in operation in 1977 and capable of burning PCB liquids. These units were generally demonstrating >99.999% destruction removal efficiency (DRE).

As of 1977, there had been no demonstration of a commercial scale technology that could destroy PCB capacitors. At the time Monsanto was considering adding solids incineration capability, there were several other incinerators that already had the requisite rotary kiln and afterburner, as well as the ability to incinerate liquid PCBs.

PCB capacitor destruction is more complicated than liquid destruction. Utility capacitors are sealed containers generally measuring 13" by 13" by 4" (about the size of a carry-on suitcase), weigh about 60-90 pounds, and contain 2-3 pounds of PCB liquid along with paper insulation, foil, and wire. The incineration of a PCB capacitors requires that the

---

[126] USEPA, undated. PCB Marking and Disposal Regulations Support Document. p. 23
[127] 41 FR 14134-14136
[128] USEPA, undated. PCB Marking and Disposal Regulations Support Document. p. 23

Dec GMV Re: Opposition to Pl MILs 001467

capacitor be shredded (to maximize DRE)[129], then fed into a high temperature (>1,200 F) rotary kiln and tumbled to separate the PCBs from the other material. The exhaust is then drawn by negative pressure into an afterburner and the PCBs destroyed. The typical residence time for the shredded capacitors in the rotary kiln is about 1 hour.

Research and demonstration projects were being conducted elsewhere in the 1976-79 time period using other means of destroying PCB solids, focused on using other high temperature rotary kilns such as cement kilns and lime kilns.[130] Rotary kilns were considered the "Best systems for [destroying] PCB [solid] items."[131] I was involved in permitting a cement kiln to burn PCBs and hazardous wastes in 1984 and also visited the EPA incineration research facility in Pine Bluff, Arkansas in 1980 at their invitation.

The EPA first proposed its PCB incineration standards on May 24, 1977[132], promulgated its final PCB incineration standards on February 17, 1978[133], and amended the 1978 final rule on June 7, 1979[134]. The EPA draft standards were published 3 months before Monsanto announced its incinerator shutdown. Obtaining EPA approval to incinerate PCBs under so-called "Annex I" of the original 1978 regulations required the permittee to conduct a "trial burn"[135] to demonstrate it could meet EPA's new PCB DRE standard of 99.9999%.

The first incinerators permitted by EPA to destroy PCBs under the 1979 standards were operated by Rollins Environmental Services, Inc. in Deer Park, Texas and ENSCO in El Dorado, Arkansas. Rollins conducted a successful PCB trial burn of PCB liquids and shredded capacitors in December, 1976 and was still not granted an EPA approval until more than 4 years later, in January, 1981.[136] Since it would have taken several years to design, build and permit a capacitor destruction add-on to the Monsanto incinerator and another several years to test and permit it, it is likely that a modified Monsanto incinerator would not have been accepting PCBs until well after 1981.

Note also that PCBs are nonflammable. An incinerator that burns only PCBs needs to buy and use fossil fuel exclusively to achieve the necessary temperature. A commercial hazardous waste incinerator also accepts flammable wastes such as solvents and

---

[129] GCA Corporation, PCB White Paper. Prepared for the EPA Industrial Environmental Research Laboratory. Contract No. 68-02-3168, Work Assignment No. 12. October 3, 1980, p. 5.
[130] GCA Corporation, PCB White Paper. Prepared for the EPA Industrial Environmental Research Laboratory. Contract No. 68-02-3168, Work Assignment No. 12. October 3, 1980, p. 5.
[131] Ackerman, D. G. and R. Schofield, Guidelines for the Disposal of PCBs and PCB Items by Thermal Destruction. EPA-600/S2-81-022. July 1981, Table 1.
[132] Federal Register Vol. 42, No. 100. May 24, 1977, pp. 26563 - 26577.
[133] Federal Register Vol. 43, No. 106. February 17, 1978, pp. 7149 - 7164.
[134] Federal Register Vol. 44, No. 106. May 31, 1979, pp. 31551-31553, amending only the standards impacting industrial boilers burning PCBs.
[135] TRW, Inc. Environmental Engineering Division, Guidelines for the Disposal of PCBs and PCB Items by Thermal Destruction. Prepared for the EPA Office of Pesticides and Toxic Substances. EPA-600/2-81-022. February 1981, pp. 175-202.
[136] "EPA Incinerator Approvals to Speed PCB Disposal". EPA Press Release, February 10, 1981.

Dec GMV Re: Opposition to Pl MILs 001468

waste oils that can supplement their fuel needs and thereby significantly lower their cost of operation and therefore their disposal pricing.

I inspected both the Rollins and ENSCO incinerators in 1980 prior to EPA permit approval on behalf of the Electric Power Research Institute [EPRI]. The ENSCO trial burn was funded and conducted by EPRI.[137,138]

In short, there was already commercial incineration capacity in place that needed only to be permitted by EPA. Monsanto's system expansion and permitting process would have been late to the market.

The temporary reduction in PCB incineration capacity after Monsanto shut down their incinerator in 1977 did not, however, affect the eventual proper disposal of PCB liquids and PCB capacitors, for several reasons.

First, EPA initially banned the land disposal of capacitors after 1979 and required that they be incinerated. Because no incinerators were permitted at that time, they formally delayed the requirement until 1981 and continued to allow PCB capacitors to be landfilled and gave the EPA Administrator the option of extending the delay indefinitely.

Second, the 1979 PCB disposal regulations limited storage of PCBs for disposal to one year. However, absent any permitted incinerators and the slow startup of commercial operations, EPA amended their regulations to allow companies to store their PCBs for additional time if they could demonstrate that destruction capacity was limited.[139,140] According to EPA, about 20 million pounds of PCB had been taken out of service since 1978 and remained in storage until Rollins and ENSCO were permitted.[141]

In short, Monsanto's decision to shut down their incinerator and not install solids destruction capability did not impact their customers' ability to dispose of their PCB liquid waste and capacitors properly and legally.

---

[137] Acurex Corporation, Disposal of Polychlorinated Biphenyls (PCBs) and PCB-contaminated Materials, Volume 4: Test Incineration of Capacitors Containing PCBs. Prepared for the Electric Power Research Institute. EPRI Research Project No. 1263-2. September 1980.
[138] "Managing PCBs". EPRI Journal, October 1981, p. 26.
[139] Federal Register Vol. 44, No. 226. November 21, 1979, pp. 66851-66852.
[140] Federal Register Vol. 45, No. 82. March 28, 1980, pp. 20473-20475.
[141] "EPA Incinerator Approvals to Speed PCB Disposal". EPA Press Release, February 10, 1981.

Dec GMV Re: Opposition to Pl MILs 001469

## 3.0 EPA and other regulatory bodies have overseen the cleanup of PCBs at sites along the Spokane River to levels they deem safe

### 3.1 EPA and the Washington Department of Ecology have been charged by their respective legislatures to approve and oversee execution of PCB cleanups in the Spokane River watershed

The overall process of cleaning up historical PCB releases is well established and highly regulated, involving a deliberate series of steps designed to ensure protection of human health and the environment.

I have been involved in a variety of PCB cleanup projects during my career, ranging from those that were strictly regulated as to the project sequence and protocol, to those that were performed outside of the regulatory scheme. Still, these projects followed essentially the same logic and sequence, consisting of:

- Project scoping
- Site investigation/sampling
- Remedy selection/feasibility study
- Risk assessment/cleanup standards development
- Remedial design
- Remedial implementation/confirmation sampling

The cleanup protocols spelled out in the PCB regulations (largely since 1998) are prescriptive and straightforward, following much the same workflow outlined above. PCB cleanups conducted under CERCLA (Superfund) also follow a well-established series of steps with greater EPA involvement, but resulting in much the same approach.

Regardless of the remedial path taken to completing a PCB cleanup, every PCB cleanup project I've worked on or am aware of in the past 40 years knowingly resulted in measurable levels of PCBs remaining at the site based on the use of either generic government-established PCB cleanup levels or site-specific risk-based cleanup analysis consistent with the future use of the property.

### 3.2 Many government-approved and government-involved PCB cleanups have been undertaken in the Spokane River watershed, most if not all of which discharged PCBs at one time without controls.

By-product PCBs and PCB fire safety fluid have been identified on several properties in the Spokane River watershed and investigated by DOE and/or EPA, pursuant to which cleanup actions have been undertaken to levels that are measurable and which DOE/EPA deem to be safe.

32

Monsanto was not a responsible party on any of these cleanup projects.

The following discussion presents highlights of several of the more significant cleanup sites in the Spokane River watershed and is intended to illustrate how the cleanup and decision process I outlined above has been applied in practice. These sites are the principal or main sources of legacy PCB to the Spokane River[142]. Most of these sites were also operated by sophisticated companies like Kaiser, General Electric and Inland Empire Paper, companies with engineering staff that would not necessarily look to Monsanto for guidance.

3.2.1 City Parcel Site.

The City Parcel (CP) site, located at 708 N. Cook Road in Spokane, covers just over one-half acre less than a mile from the Spokane River. From 1961 to 1979 the site was owned by Spokane Transformer, Inc., a transformer repair and recycling facility. In 1979, the site was then sold to City Parcel, Inc., a package delivery service.[143]

Spokane Transformer rebuilt used transformers from 1961 until around 1973, at which time they focused exclusively on building new transformers. According to interviews with former employees[144]:

- Transformers were stacked outside the east wall until, they were ready to be rebuilt, and some may have leaked oil onto the ground;
- Oil from the transformers to be rebuilt was filtered and burned in an oil furnace;
- While rebuilding the transformers, "the floor often became saturated with the old oil" and employees were "frequently drenched in the old oil";
- PCBs were used at the plant prior to around 1978.

PCBs were used by Spokane Transformer as the replacement fire safety fluid for those repaired transformers in which PCBs were the specified dielectric fluid. Monsanto sales records indicate that Spokane Transformer purchased at least 71 drums (48,000 lb.) of Pyranol PCB transformer fluid in 1970-71 alone.[145] PCBs may also have been present in mineral oil transformers brought in for repairs. PCB addition to mineral oil was known to occur during filling operations in some transformer manufacturing plants. EPA concurred, concluding that PCB containing transformers were "definitely handled" by Spokane Transformer based on the elevated PCB levels detected in site soils.[146]

The Spokane Transformer building was connected to the city's sanitary sewer in 1946. Since Spokane Transformer operated largely before the EPA PCB disposal regulations went into effect, there is no record of where they disposed of PCBs other than through the evidence of spills and releases on their property. Based on EPA sample results for

---

[142] Hendron, pp. 314-315, 317
[143] Washington Department of Ecology. City Parcel Site fact sheet. www.ecy.wa.gov.
[144] Myriad Systems and Services, Inc. Spokane Transformer Site Final Baseline Report. March 21, 1990. Pages 21-27
[145] WATER_PCB-00038836, 38859, 39189, 39188, 39191, 39192, 39304, 39303, 39301-2, 39305-12
[146] EPA Preliminary Site Assessment, Spokane Transformer. TDD #10-8511-03, p. 8

Dec GMV Re: Opposition to Pl MILs 001471

the storm drains, it is also evident that PCBs were discharged from the property to the nearby ground and local dry wells, installed in 1976. The city replaced one of the dry wells with a storm sewer connection in 1985 or 1986.[147]

EPA, Ecology, and City Parcel investigated the site multiple times from 1976 to 1997. In 1976 an EPA TSCA inspector was denied access to the building but nevertheless could collect two adjacent soil samples, with the highest PCB level detected in those samples being 16,500 ppm.[148,149]

Although EPA and Ecology visited the site again in 1980 as part of the property sale and observed oil staining, no further EPA action was taken, reportedly because it was believed that any PCB spills had occurred prior to the promulgation of the first EPA PCB regulations in 1978.[150]

In 1986 after the property had changed hands, EPA again inspected the site under the authority of CERCLA and collected four bulk material samples. One soil sample contained 2,400 ppm PCB, and PCB levels up to 370 ppm were found in storm drain solids suggesting that PCBs had been migrating off-site.

Ecology has been the lead agency on the Spokane Transformer site since 1997. In 1997, after attempting unsuccessfully to compel the owners to fund the investigation and cleanup, Ecology proceeded anyway with the investigation and cleanup using public funds. Testing of shallow soil samples detected PCBs at up to 11,500 ppm at the 0-6-inch level and up to 1,740 ppm at 6-12 inches. All PCBs were Aroclor 1260.[151]

A 2009 PCB cleanup was conducted in accordance with the DOE's Model Toxics Control Act (MTCA) protocols, including site investigation, feasibility study and standard setting. The cleanup scope included PCB-impacted building demolition, foundation removal soil excavation, and removal of dry wells and floor drains.

- The site-specific cleanup goal for on-site soil was 10 ppm, which was met statistically but some PCB-impacted soil exceeding that.[152]

- The cleanup goal established for off-site soil was 1 ppm.[153]

In 2014, the fence on the northern edge of the property was removed and additional soil excavated from that area by 2015. The land use restrictions remain, and the site is still subject to 5-year reviews.[154]

---

[147] Myriad Systems and Services, Inc. Spokane Transformer Site Final Baseline Report. March 21, 1990. Page 6.
[148] EPA Preliminary Site Assessment, Spokane Transformer. TDD #10-8511-03, p. 1
[149] Myriad Systems and Services, Inc. Spokane Transformer Site Final Baseline Report. March 21, 1990. Page 4.
[150] EPA Preliminary Site Assessment, Spokane Transformer. TDD #10-8511-03, p. 3
[151] Washington Department of Ecology. Draft Cleanup Action Plan, City Parcel Site. July 2004. Page 6.
[152] GeoEngineers. Final Cleanup Action Report, City Parcel Site. October 5, 2009. Page E-1.
[153] Washington Department of Ecology. Draft Cleanup Action Plan, City Parcel Site. July 2004. Page 11.
[154] Washington Department of Ecology. City Parcel Site fact sheet. www.ecy.wa.gov. Page 2.

Dec GMV Re: Opposition to Pl MILs 001472

The City of Spokane was made aware of a PCB release at the City Parcel Site in 1997.[155] Despite public notice of the eventual cleanup and associated cleanup standards, the City provided no comments on the propose plan[156] indicating their concurrence with the cleanup standards.

3.2.2 GE Spokane.

The General Electric Co. Spokane (GE) site is located at 4323 East Mission Avenue in Spokane. The site consists of approximately 2 acres owned by GE, several parcels owned by Avista, the City of Spokane Havana Street right of way, and a private lot owned by Marvin Riley. The site is approximately 850 ft. south of the Spokane River.[157]

The GE property formerly housed a transformer service shop that operated from 1961-1980. The service shop covered about 11,000 square feet. A steam cleaning area was established outside of the building but was eventually enclosed. Transformers were stored outside the building on gravel. Transformers were steam cleaned in the building, and steam cleaning wastes were discharged to the west dry well and the north sump. Used transformer oils were stored in an aboveground tank.

Transformers received at the shop for repair contained PCBs as a fire safety fluid. According to Monsanto records, GE purchased at least 180 drums (10,450 gallons) of PCB oil (Inerteen and Pyranol) for the Spokane shop between 1972 and 1977[158]. Fire safety fluid containing PCBs was released during GE's service operations.[159] The predominant Aroclor found at the site is Aroclor 1260[160], which was most commonly used as a dielectric fluid. GE also leased a warehouse on the Riley property.[161] In 1985, PCBs were found in soil at the site. Several subsequent investigations by GE found PCBs in surface soils and dry wells on the GE property as well as on the adjacent Avista and Riley properties.[162]

---

[155] Letter from Dale George, DOE to Robert A. Dunn, McCormick, Dunn & Black entitled "Early Notice Letter for the City Parcel Property (former Spokane Transformer), Located at 708 North Cook Street, Spokane, Washington. September 9, 1997.

[156] Washington Department of Ecology, Responsiveness Summary: City Parcel Site, Enforcement Order No. 2691. October 4, 2005.

[157] Fiest, p. 552

[158] WATER_PCB-00038837, 38883-385, 38890, 38892, 38894, 38896, 38900, 38902, 38904, 38911, 38919, 38923, 38925, 38927, 39336, 39334, 39339, 39341, 39343, 39353, 39350-352, 39360, 39362, 39364-366, 39386, 39388, 39413-444.

[159] Washington Department of Ecology, General Electric CO site fact sheet. Page 1.

[160] Washington Department of Ecology. Second Periodic Review, General Electric Spokane Site. April 2008. Table 2.

[161] Washington Department of Ecology. Third Periodic Review (Final), General Electric Spokane Site. May 2013. Page 4.

[162] Washington Department of Ecology. Third Periodic Review (Final), General Electric Spokane Site. May 2013. Page 5.

Several phases of environmental sampling took place between 1985 and 1992 and found the highest levels of PCB in the west dry well soils (up to 22,000 ppm) and in surface soils near the southwest transformer storage area (up to 100 ppm).

The GE site was added to the CERCLA National Priorities List (NPL) in 1989.[163] In 1989, the service shop, foundation, adjacent pavement, portions of the North Warehouse floor and almost all the underground liquid management structures were removed as an interim remedial action and the debris (2,800 tons) disposed of at the PCB landfill in Oregon.[164] EPA then designated Ecology as the lead regulatory agency for the site cleanup, and the site was subject to the Washington MTCA requirements.[165]

A second phase of cleanup activities began in 1991 and the remedies were accepted as complete in 1998. Remedies included soil vitrification, soil removal, soil containment, fencing and installation of an asphalt cap. GE still owns the property, which is covered with an asphalt cap, and is responsible for cap inspection. Planning for the cleanup took approximately 8 years from the initial PCB discovery to the initiation of cleanup, while the actual soil cleanup took another 6 years.[166]

The surface soil cleanup goals were 10 ppm and 65 ppm PCB for shallow soil (0-15 ft), 230 ppm for deeper soil (>15 ft).[167] While much of the soil was removed (27,000 tons), or solidified through vitrification (2,500 tons), some soils on the GE property still contained up to 100 ppm PCB.[168] Subsequent inspections by DOE revealed cracking of the asphalt, which has been repaired at least once (November 2007).[169]

Soil on the adjacent Avista property was removed to <10 ppm and on the Riley property to 1 ppm. GE ceased excavation before meeting the cleanup goal on GE property and received Ecology approval to cap the remaining PCB soil.[170]

Periodic 5-year reviews have been conducted in 2003, 2008, and 2013 including inspection of the asphalt cap maintenance reports, and existing institutional controls.

The City participated in developing the remedial plan for the GE site[171] but neither commented on the cleanup plan or proposed cleanup standards[172] nor object to the

---

[163] Washington Department of Ecology, Final Cleanup Action Plan, Former General Electric Spokane Shop. March 29, 1993. Page ES-1

[164] Washington Department of Ecology, Final Cleanup Action Plan, Former General Electric Spokane Shop. March 29, 1993. Pages 4-5.

[165] Bechtel Environmental, Inc. GE Spokane Remedial Design/Remedial Action Project, Final Cleanup Action Report, Volume 1. August 1998. Page 1-2.

[166] Washington State Department of Ecology, Periodic Review: General Electric Spokane Site. 1997-2002. March 20, 2003.

[167] Bechtel Environmental, Inc. GE Spokane Remedial Design/Remedial Action Project, Final Cleanup Action Report, Volume 1. August 1998. Page 4-11

[168] Bechtel Environmental, Inc. GE Spokane Remedial Design/Remedial Action Project, Final Cleanup Action Report, Volume 1. August 1998. Page 4-15

[169] Washington Department of Ecology. Second Periodic Review, General Electric Spokane Site. April 2008. Page 6.

[170] Washington Department of Ecology. Second Periodic Review, General Electric Spokane Site. April 2008. Page 5.

increase in the cleanup standards to 65 mg/kg for shallow soil and 230 mg/kg for deep soil.[173]

The DOE Fact Sheet cites the 2003 Periodic Review document when stating that "Studies to date indicate that PCBs from this site have not entered the Spokane River".[174] The 2003 Periodic Review actually says only that "Aroclor analysis from all studies to date indicate PCBs from this [GE] site have not entered the Spokane River"[175], which given that Aroclors 1260 and 1254 were both found at the site would suggest that Aroclors 1254 and 1260, among the most common Aroclors, were not found in the river. No citations for this conclusion were given, also suggesting that there were no more definitive studies supporting this conclusion. No further reference to PCB contributions to the river was made in the subsequent Periodic Reviews in 2008 and 2013.

3.2.3 Inland Empire Paper.

Inland Empire Paper Company (IEP) opened the Spokane Mill in 1911[176] manufacturing newsprint paper. The mill is still in operation today.

The IEP mill is located directly on the Spokane River and holds a Washington NPDES industrial discharge permit.[177] PCBs have been detected in recycled paper feedstock processed at the IEP Spokane mill and in process wastewater and process effluent to the river beginning in 1991 until today.

The presence of <50 ppm PCB in dyes and pigments is permitted by EPA as by-product PCB manufacture and unregulated for both use and disposal. While the EPA PCB regulations limit PCB levels in by-products to <50 ppm[178], it is well known that this regulation is not enforced.[179] By-product PCBs have been measured in pigments at levels as high as 2,000 ppm.[180]

---

[171] Washington Department of Ecology, Public Participation Plan for the Remedial Investigation and Feasibility Study of the General Electric – Spokane Site. August 1990.

[172] Fiest, p. 550

[173] Fiest, p. 552

[174] Washington Department of Ecology, General Electric CO site fact sheet. Page 3.

[175] Washington Department of Ecology, Periodic Review, General Electric/Spokane Site, 1997-2002. March 20, 2003. Page 9 (Section 3.2.2)

[176] Report on Examination of Inland Empire Paper Company, Millwood, Washington. January 1, 1926 to December 31, 1933. April 11, 1934. P. 3.

[177] Letter from Wayne D. Andresen, IEP to John Roland, DOE entitled "Comments to PCB Sedimentation in the Spokane River. April 20, 2005.

[178] 40 CFR 761.3, *Excluded Manufacturing Process* (1)

[179] Spokane River Regional Toxics Task Force, Draft Meeting Summary, June 26, 2013, p. 3.

[180] Christie, R. Inadvertent PCB formation from a pigment chemistry perspective (GCE307). Presented at the 20th Annual Green Chemistry & Engineering Conference, June 14-16, 2016, p. 10.

PCBs were also used by IEP as fire safety fluid in several transformers and capacitors at the IEP plant, but that equipment was eliminated by 1996[181] and there was no evidence that the equipment ever leaked.

Testing of the IEP effluent as far back as 1984 found no detectable PCBs through 1990, during which time IEP accepted only virgin wood stock until 1991. According to IEP, "Prior to 1991, IEP's effluent stream was free of PCBs as confirmed by the Washington DOE Class II inspections and NPDES Permit application testing."[182]

IEP began processing recycled newsprint in 1991 "in response to public and publisher demand for maximization of "recycled" fiber in newsprint."[183] A sample of "old newspapers" (pulp) produced by IEP found PCB 11 to predominate, with levels of 3.1 ppb.[184]

In May 2001, Ecology tested several point source dischargers to the river, including IEP, to find the source(s) of PCB being detected in the river. Testing of the IEP effluent for PCB congeners using EPA Method 1668A initially detected 2,440 pg/L (2.44 ppt) PCB, primarily containing PCB 11.[185] IEP is aware that it is a source of PCB 11.[186,187]

PCB 11 is not found in legacy PCB Aroclor mixtures but is instead generated as a by-product during manufacture of certain pigments and dyes. Research has shown that PCB 11 is still present in dyes and pigments, and in fact worldwide[188], particularly those manufactured overseas,[189,190] and that PCB 11 can therefore be found in printing ink such as the ink processed at IEP from recycled paper. Up to 128 other by-product PCB congeners have been identified.[191]

---

[181] IEP Annual PCB Record, Reporting period January 1, 1995 thru December 31, 1995 [IEP00015]

[182] Letter from Wayne Andresen, IEP to John Roland, Washington Department of Ecology, "Comments to PCB sedimentation in the Spokane River". April 20, 2005

[183] Memorandum from Esvelt Environmental Engineering entitled "PCB Contribution to Sediments in the Spokane River from Inland Empire Paper". April 19, 2005. Page 3.

[184] Alta Analytical Laboratories, letter and laboratory report to Mr. Richard Fink, IEP. January 6, 2004. [IEP03423]

[185] Washington Department of Ecology, Spokane Area Point Source PCB Survey, May 2001. Publication No. 02-03-009. March 2002. Page 11.

[186] Letter from Blasland, Bouck & Lee to Rick Fink, Inland Empire Paper entitled *Review of Final Report of Wastewater and Sludge Sampling at Inland Empire Paper Company June 2, 2002*". June 16, 2003.

[187] Letter from Martha M. Maier, ALTA, to Rick Fink, Inland Empire Paper Company (with laboratory report). August 12, 2002.

[188] Christie, R. M. et al, Potential alternatives for 3,3"-dichlorobenzidine as tetrazo components for dialyride yellow and orange pigments, Part 1: p-Phenylenediamine and its derivatives. Dyes and Pigments80 (2009) 245. [IEP03807]

[189] Rodenburg, L. et al, Polychlorinated biphenyls in pigments: Inadvertent production and environmental significance. Coloro. Technolo. 131 (2015): 353-369.

[190] Shang, H. et al. The presence of polychlorinated biphenyls in yellow pigment products in China with emphasis on 3,3'-dichlorobiphenyl (PCB 11). Chemosphere 98 (2014) 44-50.

[191] Rodenburg deposition in City of Hartford and Hartford Board of Education v. Monsanto et al. February 17, 2018, p. 94.

A subsequent 2003 SAIC study for Ecology found similar PCB levels in effluent (4,305 pg/L – 5,484 pg/L) and found PCBs in wastewater treatment sludge[192] (46 – 92 ppb) and underflow liquid (5,507 – 10, 930 pg/L)[193]. Analysis was performed using EPA Method 1668A for all 209 PCB congeners, and total PCB results reported as the sum of the five highest congener results. Further analysis of the congener-specific results found that congener PCB 11 was the highest in each of the samples, with a concentration range of 12 to 45 percent of the total. PCB 11 was also a substantially higher percentage of the PCBs found in the treatment plant liquids and sludge but not the effluent. Other testing of in-plant wastewater found the PCB 11 predominated.[194, 195]

It is also noteworthy that (a) the PCBs being detected in the IEP discharge are from ink produced even today, well after Monsanto ceased production in 1977, and (b) the predominant PCB congener in the IEP effluent is PCB 11, which is not present in commercial Aroclor mixtures[196,197]. The PCBs still being discharged from IEP to the Spokane River are therefore not associated with Monsanto.

The PCB congeners detected in recent paint and pigment samples correlate with the effluent results at IEP. While papermaking processes reportedly had been a source of chlorine-based by-products, IEP has changed its processes to eliminate use of chlorine.[198]

IEP's most recent (2016) NPDES permit renewal application[199] included a request for a variance for PCB effluent limits, since the only available option for additional PCB removal is the cessation of recycled paper processing.[200]

3.2.4 Kaiser Aluminum Trentwood.

The Kaiser Trentwood facility is located at 15000 E. Euclid, Spokane adjacent to the Spokane River immediately upstream of downtown Spokane. The Kaiser facility was originally constructed by the U.S. Government in 1942 to make aluminum sheeting for fighter and bomber and remained contractor-operated until 1949 when it was sold by the Defense Plant Corporation to Alcoa/Kaiser. At its peak, the plant was the largest of its kind in the western US, producing over 24 million pounds of aluminum per year.

---

[192] Sludge is incinerated on site and not discharged.
[193] SAIC, Report of the Wastewater and Sludge Sampling at Inland Empire Paper Company, Spokane, Washington, Revision 1. April 4, 2003. Pp. 9-10.
[194] IEP00873, IEP01009
[195] [IEP03590-92]
[196] Rushneck, D. R. et al, Concentrations of dioxin-like PCB Congeners in Unweathered Aroclors by HRGC/HRMS using EPA Method 1668A. Chemosphere. 2004 Jan:54(1):79-87.
[197] U.S. Department of Health and Human Services Agency for Toxic Substances and Disease Registry, Toxicological Profile for Polychlorinated Biphenyls. November 2000, p. 457.
[198] Grossman, Elizabeth. "Nonlegacy PCBs: Pigment Manufacturing By-Products Get a Second Look". [IEP04587]
[199] Variance Application for Inland Empire Paper Company NPDES Permit No. WA 000082-5. April 30, 2019.
[200] Letter from Douglas P. Krapas, Environmental Manager, Inland Paper, to Pat Hallinan, Water Quality Permit Coordinator, Washington Department of Ecology, entitled "Inland Empire Paper Company NPDES Permit No. WA 000082-5 Renewal. April 29, 2016.

The facility is currently an aluminum sheet, plate and coil rolling mill. Aluminum is cast into ingots in the Remelt (Casting) area, after which they are heating in soaking pits. The heated ingots are then rolled into plates or sheets and coils. The product is then heat treated at the Furnace Process Line, vertical heat treat furnaces and the Salem furnace.

The use of PCB hydraulic and lubricating fluid, specifically a fire safety fluid called Pydraul containing PCB Aroclor 1248, was the preferred hydraulic and lubricating oil product for aluminum forming applications throughout the industry because of fire hazards associated with high-temperature metal handling. Injuries and deaths have occurred as a result of using flammable lubricating and hydraulic oils in aluminum plants.[201,202]

PCB-containing hydraulic fluid was used at the Kaiser facility in the past, particularly in the remelt/casting pit hydraulic cylinder operations.[203] Other Aroclors associated with electrical equipment and building products have also been identified in some locations at the Kaiser plant. According to Monsanto sales records, at least 92 drums (4,968 gallons) of Pydraul fire safety fluid were purchased by Kaiser to replace lost PCBs at the Trentwood facility in 1970-71 alone[204].

It is unknown when Kaiser began using PCBs at Trentwood. Pydraul F-9, which contained Aroclor 1248[205], was first sold as a fire safety fluid for industrial hydraulic operations in 1951[206], and became the first fire-resistant hydraulic fluid listed by Underwriters Laboratories on May 31, 1955.[207] The use of PCB hydraulic fluid in aluminum processing at Trentwood reportedly ceased "in the late 1960s";[208] Monsanto stopped making and marketing PCB-containing Pydraul in the early 1970s.[209]

Because hydraulic systems are semi-closed uses and can leak, PCBs were believed to be released into the Kaiser cooling water system, the Kaiser storm drain system, and the Kaiser plant generally from these hydraulic cylinders over many years.[210] Prior to

---

[201] "Lexington Man is Killed in Blast at Rockdale Alcoa Plant." The Caldwell News and The Burlington County Register (Caldwell, TX), Vol. 67, No. 38, Ed 1 Friday, April 29, 1955.

[202] Monsanto Customer Call Report, Reynolds Metals Co., Richmond, VA, referencing Reynolds Metals recently experiencing "two air compressor explosions, one causing a death". January 29, 1965.

[203] GeoEngineers. Draft Industrial Wastewater System Sampling Report, Kaiser Trentwood Facility. October 28, 2008. P. 3.

[204] WATER_PCB-39138-41, 39143-147, 39151, 39153-156, 39158-159, 39161, 39292,-294

[205] Monsanto Chemical Company, Revised Pydraul Formulations, July 10, 1961.

[206] Monsanto, Pydraul Fire-Resistant Hydraulic Fluid: A guide to selecting the correct Pydraul fluid for hydraulic systems. P. 1.

[207] Monsanto Advertisement, The Iron Age, p. 30

[208] Letter to Patrick Blau, Kaiser Trentwood from Hart Crowser, Inc., June 26, 1991 entitled "Interim PCB Cleanup Report". June 26, 1991.

[209] Erickson, M. et al, "Applications of Polychlorinated Biphenyls." Environ.Sci.Pollut.Res (2010) 18:135-151. P. 139.

[210] GeoEngineers, Draft Industrial Wastewater System Sampling Report, Kaiser Trentwood Facility, Spokane Valley, Washington. October 28, 2008, p. 3.

Dec GMV Re: Opposition to Pl MILs 001478

the construction of the industrial wastewater treatment system in 1973, untreated plant wastewater was discharged to one of two "discharge ravines" (west and south, or WDR and SDR).

In 1991, EPA cited and fined Kaiser Trentwood for a 1990 violation of the EPA's PCB disposal, recordkeeping and inspection requirements.[211]

In 1994, DOE identified Kaiser as a potentially liable party (PLP) under the state RCRA cleanup regulation equivalent, the Model Toxics Control Act (MTCA) and associated Dangerous Waste regulations. In 1994, sampling of industrial dischargers into the Spokane River identified Kaiser as the largest PCB source. effluent testing by DOE and others during 2002 found that as much as 52 kg of PCB was delivered to the river during a six-week period.

Kaiser then implemented a series of targeted remediation projects, and in 2005 signed an Agreed Order with DOE to complete a sitewide RI/FS. DOE and Kaiser agreed on an interim remedy, removal of soil in the WDR to 1 ppm where practical (i.e. where slope stability allowed).

The RI, completed in 2012 in cooperation with DOE, found PCBs in soil above screening levels associated the following PCB use ("source") locations in the Kaiser plant (maximum PCB levels shown in parentheses):

- Remelt area furnaces (1,800 ppm in soil, soil screening level exceedances as deep as 77 ft. bgs), PCBs above screening levels also found around hydraulic lines. Soil removed.
- Remelt area DC-4 Vent (13 ppm) soil removed to 19.2 ppm in 2006. PCBs remain in groundwater, being monitored.
- Remelt casting area laydown (0.057 ppm in deep saturated zone)
- Oil house tank area (0.650 ppm in excavated soil (1990))
- Oil house drum storage and French drain area (2,900 ppm initially (1991), excavated to <230 ppm and capped)
- Wastewater treatment area/former Hoffman tank OWS area (0.5 ppm (1991) capped)

Remedial investigations away from the plant buildings beginning in 2006 found PCB levels at up to 650 ppm in surface soils at the former WDR. The WDR handled wastewater from the casting operation, the ORB, the Hot Line, and associated operations on the north and west ends of the plant.[212] PCB levels up to 72 ppm remain in the WDR and were covered with backfill. The Amended Agreed Order with DOE required Kaiser to implement institutional controls (fencing), monitoring, monitored

---

[211] USEPA Office of Enforcement. 300-R92-008; Enforcement and Penalties – General. "Enforcement Accomplishments Report FY1991." April 1992. P. 61.

[212] Hart Crowser. Final Site-Wide Soil Remedial Investigation, Kaiser Trentwood Facility. Volume 1, May 2012. P. 8-2.

natural attenuation, and soil excavation with off-site disposal[213] based on recommendations from Kaiser's consultant.[214]

Remedial investigations also found PCB levels at up to 71 ppm in surface soils at the former SDR[215], in shallow soils near the ravine centerline. The SDR handled discharges from east of the Hot Line and the southern areas of the plant.[216] No PCB remedial activity has taken place at the SDR. While the SDR no longer receives process wastewater discharges from the plant, it does occasionally experience plant drainage discharges.

The facility was still labeled "a substantial ongoing PCB source" as recently as 2011 in the DOE Spokane River PCB Source Assessment Report.[217] PCB levels measured in the permitted wastewater discharge during the period January 2011 to November 2015 averaged 2.26 ppb with a daily maximum value of 4.73 ppb.[218] The most recent (2016) Kaiser discharge permit for process wastewater allow PCB discharges of up to a daily average of 129 mg and a daily maximum of 146 mg.[219] The prior (2011) permit allowed PCB discharges of up to 780 mg/day.[220]

A public participation plan was prepared in 2005. In 2012, the public was provided an opportunity to review several reports from a remedial investigation, feasibility study and human health and ecological risk assessment, as well as several reports and amendments. The City of Spokane was aware of the PCB cleanup at the Kaiser Trentwood plant through the SRTTF.[221] Despite public notice of the eventual cleanup and associated cleanup standards, the City provided no comments on the propose plan[222] indicating their concurrence with the cleanup standards.

3.2.5  Spokane Industrial Park

---

[213] Washington Department of Ecology, Kaiser Trentwood Site Update. Publication Number 12-09-34. August 2012, p. 2
[214] Hart Crowser, Draft Final Focused Feasibility Study, Kaiser Trentwood Facility, West Discharge Ravine. July 19, 2012.
[215] Hart Crowser. Final Site-Wide Soil Remedial Investigation, Kaiser Trentwood Facility. Volume 1, May 2012. P. 8-14.
[216] Hart Crowser. Final Site-Wide Soil Remedial Investigation, Kaiser Trentwood Facility. Volume 1, May 2012. P. 8-12.
[217] Washington Department of Ecology, Spokane River PCB Source Assessment 2003 – 2007.April 2011. Publication No. 11-03-013. P. 31.
[218] Fact Sheet for NPDES Permit WA0000892, Kaiser Aluminum Washington, LLC. Draft – Public Review. June 20, 2016.
[219] Draft NPDES Waste Discharge Permit No. WA0000892, June 30, 2016.
[220] NPDES Waste Discharge Permit No. WA0000892, June 23, 2011
[221] Fiest, p. 572.
[222] Washington Department of Ecology, Responsiveness Summary: Kaiser Trentwood Site, CSID 7093, FSID 53481373. September 2012.

The Spokane Industrial Park SIP is located north of the Spokane River upstream from the Upriver Dam. The SIP, formerly the Naval Supply Depot at Velox[223] and subsequently owned and operated by Pentzer Development Corporation (more recently Avista), currently discharges stormwater to the Spokane WWTP and was considered a potential source of PCBs to the Upriver Dam area of the River.[224]

The SIP previously operated its own WWTP and discharged its effluent directly to the River.[225] Testing of SIP wastewater in 1994 found no PCBs, but PCBs (Aroclor 1248) were found on two consecutive days of testing in 1995 at levels of 55,000 ppq and 43,000 ppq. The PCB concentrations from the SIP were the highest level of any source sampled in the 1995 study.[226]

A subsequent (2001) sampling study of PCB sources in Spokane again tested wastewater from the SIP being discharged to the WWTP. Samples from the SIP were again found to have the highest concentration of total PCBs (8,240 ppq) of any of the sources sampled, including nearby Kaiser Aluminum.[227] It is also noteworthy that these same samples contained high levels of PCB-11; the highest total PCB sample contained more that 10% PCB 11, a by-product (non-Monsanto) PCB.[228]

3.2.6 Spokane Junkyard.

The Spokane Junkyard site consists of the junkyard itself, a former scrap metal recycling facility known as Spokane Metals Company (SMC), and several smaller lots. The site, located at North 3300 block of Cook Street in Spokane, comprises approximately 12.5 acres and is located within 0.5 miles of the Spokane River.

The Spokane Junkyard was operated from the 1940s until 1985, during which the owner simply accumulated "junk" and did not apparently process anything for resale.[229] SMC began operation in 1936 and ceased operations in 1982 when the owner died, at which time the site was largely cleared of debris and the scrap/waste either sold or landfilled.

A fire at the junkyard in 1987 prompted an EPA response and subsequent removal action. The emergency removal action included consolidation of drummed waste, asbestos, and soil excavation and removal for off-site disposal. The soil was found to

---

[223] Boutwell, Florence Otto, The Spokane Valley: Volume 4, The Naval Supply Depot at Velox. Chapter 6 (undated, approximately 1996)

[224] Spokane River and Upriver Dam, https://fortress.wa.gov/ecy/gsp/sitepage.aspx?csid=4213.

[225] Washington Department Ecology Memo entitled "Spokane Industrial Park Receiving Water Survey. May 7, 1984.

[226] Washington Department of Ecology, Spokane Rive PCB Source Monitoring Follow-up Study, November and December 1995. July 1996. Publication No. 96-331, p. 4.

[227] Washington Department of Ecology, Spokane Area Point Source PCB Survey, May 2001. March 2002, Publication No. 02-03-009. P. 12.

[228] Washington Department of Ecology, Spokane Area Point Source PCB Survey, May 2001. March 2002, Publication No. 02-03-009, pp. B33-B36.

[229] Jacobs Engineering Group, Inc. Potentially Responsible Party Search for the Spokane Junkyard and Associated Sites (SJA Site). EPA TES IV Contract #68-01-7351, Work Assignment No. 607. August 1988, pp. 9-11.

Dec GMV Re: Opposition to Pl MILs 001481

contain PCBs and lead. Prior to the fire, there is no record that any testing for PCBs was ever done at either the junkyard or SMC.

Several individuals reported seeing large dismantled transformers on the junkyard property, including the city police. Given the period in which the junkyard operated and the measurable PCB levels in site soils (see below), it is certain that some of the transformers contained measurable levels of PCBs as a fire safety fluid.

Several former employees of SMC also remember the company purchasing scrap transformers including PCB-containing transformers, indicating that is was the practice at SMC to dump the used transformer oil on the ground when salvaging the copper. Customers included Kaiser Aluminum, Washington Water Power (Avista), Inland Power and Light, Spokane Industrial Park, Westinghouse, and several federal facilities.[230]

The cleanup site was defined as including both Spokane Junkyard and SMC sites. Both SJ and SMC accepted scrap transformers and dismantled them on site. EPA took the lead in investigating and implementing the site cleanup. Between 1987 and 1989, PCB soil was removed, and the site leveled and hydroseeded. The original cleanup goal was 10 ppm but was not achieved at the time because work was suspended by EPA due to lack of funding.

The Spokane Junkyard site was added to EPA's CERCLA National Priorities List in June 1994 and was deleted from the list in September 1997 with a property use restriction.[231] The PCB cleanup was conducted in accordance with the EPA's CERCLA ("Superfund") protocols, including site investigation, feasibility study, public involvement, and standard setting.

The 1995 remedial investigation found PCB levels of up to 250 ppm remaining, and PCB-impacted soil as deep as 4 feet. In 1996 EPA negotiated a cleanup agreement for the remaining PCB and lead-impacted soil with three responsible parties (Kaiser Aluminum, Avista, and Inland Power & Light) that had sold or otherwise disposed of scrap at the site. Kaiser, Avista and Inland Power and Light (as the Spokane Junkyard Cleanup Committee, or SJCC) contributed to the final cleanup as PRPs. The site is next to Bemiss Elementary School.

A removal action was performed between August and December 1996. Based on the results of the EE/CA, soil exceeding 1 ppm PCB was excavated and consolidated untreated within a cell on site and covered with a geotextile membrane and a 6-foot soil cover. Approximately 7,825 cubic yards of soil were excavated and consolidated without treatment.[232]

---

[230] Jacobs Engineering Group, Inc. Potentially Responsible Party Search for the Spokane Junkyard and Associated Sites (SJA Site). EPA TES IV Contract #68-01-7351, Work Assignment No. 607. August 1988, pp. 13-15
[231] USEPA, Five Year Review: Spokane Junkyard and Associated Properties Superfund Site. September 29, 2006.
[232] ALTA Geosciences. Completion Report, Removal Action Construction, Spokane Junkyard and Associated Properties Superfund Site. January 1997

In 2000 the site was sold for use as a soccer field, and in 2000 the cell was paved for use as a parking lot. The three PRPs are responsible for maintenance of the containment cell.

The City of Spokane was aware of the junkyard operation and had visited the site while it was in operation and long before the 1987 fire. The city first found the junkyard owner in violation of zoning codes and for creating a nuisance in 1977, installed a fence around the property in 1983, and in 1984 charged the owner for maintaining substandard housing.[233] In addition, the Spokane Police Department observed scrapped-out transformers on the property in 1981 while setting traps for dogs.[234]

The city was also aware of the cleanup associated with the property, since it was served with a CERCLA 104(e) letter from EPA on September 11, 1987 identifying it as a potentially responsible party (PRP). The city is the record owner of a strip of land within the junkyard site known as Lacey Street, which was dedicated to the city for public use in 1902 but never constructed.

However, there is no evidence that the city was involved in any aspect of the PCB remedial work or participated with the SJCC other than responding to the 1987 fire, nor is there evidence that they commented on either the interim or final EPA decision to leave approximately 10,000 tons of soil containing up to 250 ppm PCBs in place at the site.

### 3.2.7 Spokane Airport/City of Spokane

Spokane Airport is jointly owned by the City of Spokane and Spokane County. It is a 7,000-acre commercial service airport served by six airlines and two air cargo carriers.[235]

Magnesium chloride is the liquid deicing product the Airport uses roadways and parking lots free of frost and ice, and is the product recommended by the Airport's Engineering Committee and staff. The Airport Board approved a $150,000 purchase of magnesium chloride in 2016.[236]

In a 2015 study of PCBs in products used by the City, including magnesium chloride deicer. The deicer was found to contain up to 1.952 ppb by-product PCBs.

Deicer used at the airport is carried to the Spokane River by stormwater runoff, which would contain PCBs as recently as 2016-17 and may still contain PCBs.

---

[233] Ecology and Environment. Final On-Scene Coordinator Report for: Spokane Junkyard Removal. September 1991. P. 7.

[234] Jacobs Engineering Group, Inc. Potentially Responsible Party Search for the Spokane Junkyard and Associated Sites (SJA Site). EPA TES IV Contract #68-01-7351, Work Assignment No. 607. August 1988, p. 128

[235] http://business/spokaneairports.net/about-spokane-international.

[236] Notice of Airport Board Meeting. Tentative Agenda for the October 20, 2016 Board Meeting. Consent Agenda Item #3: "Approve Procurement of Roadway Deicing Product (Magnesium Chloride) – Roadwise, Inc."

Dec GMV Re: Opposition to Pl MILs 001483

## 4.0 Monsanto never discharged PCBS into the Spokane River

There have been no PCB discharges to the Spokane River by Monsanto, only other parties.

Monsanto has never spilled PCBs in the Spokane River watershed or discharged any PCBs to the Spokane River, but hundreds or even thousands of other parties did. Over time, those parties were identified and assigned responsibility for the associated cleanup under the law. Furthermore, neither EPA nor DOE has ever asked Monsanto to clean up a site in the watershed or to clean up the river. Monsanto has never been identified as a responsible party.

## 5.0 The PCBs that reached the Spokane River recently include by-product PCBs, an important current and future PCB source to the river that were not manufactured by Monsanto, have not been remediated, and are continually being discharged by numerous sources, including the City.

By-product PCBs are PCBs that are produced unintentionally in a variety of manufacturing processes that involve heat, carbon and chlorine.[237]

The facts presented in this report clearly illustrate that:

- The levels of by-product PCBs entering the River are increasing proportionately as their presence in products being used in the watershed continues unabated;
- The levels of legacy PCBs entering the River are declining proportionately as use is phased out;
- Any remaining legacy PCBs entering the River are due to permitted discharges from various sources. Several of the more prominent PCB dischargers to the River, including the City, have recently applied for variance to increase their allowable PCB discharge levels.[238,239,240,241]

### 5.1 By-product PCBs are still being produced and are found in numerous products in the U.S.

---

[237] Deposition of Lisa Rodenburg, San Diego Unified Port District and City of San Diego vs. Monsanto et al., June 14, 2019, p. 19.
[238] Kaiser Aluminum, Water Quality Variance Application, Kaiser Trentwood, NPDES Permit No. WA0000892. April 29, 2019.
[239] Century West Engineering, Liberty Lake and Water District; Water Quality Variance Application. April 30, 2019.
[240] Inland Empire Paper Company, Variance Application for Inland Empire Paper Company NPDES Permit No. WA 000082-5. April 30, 2019.
[241] Spokane County Water Quality Variance Application – NPDES Permit No. WA0093317. April 30, 2019.

Dec GMV Re: Opposition to Pl MILs 001484

Recent studies of PCBs in pigments have found elevated levels of by-product PCBs in Chinese pigments, levels that would exceed the allowable PCB levels under TSCA. High concentrations of PCB 11 (a by-product PCB) were detected in all 24 pigment samples collected from three different pigment manufacturing plants in China.[242] By-product PCBs were found in at least 18 pigment samples during the 2013 Japan Ministry of Economy, Trade and Industry (METI) study, with concentrations up to 2000 ppm[243] Over 130 of the 209 PCB congeners have been identified as possible by-product PCBs.

According to recent by-product PCB research published previously or referenced by Rodenburg[244],

- "Organic pigment manufacture in recent decades has transferred substantially from USA, Europe and Japan to China and India. Western users of these pigments now rely heavily on imported products."[245]
- "…about 8 t of PCBs is generated via the production of organic pigments each year."[246]
- "…pigments are potentially the largest source of PCBs in production today. In addition, given that pigments are used worldwide while legacy PCB production and use were concentrated in a few countries, pigments could be the main source in many countries."[247]
- "…most of the PCBs 11,206, 208 and 209 in the environment arise from sources not associated with legacy Aroclors."[248]

Most of the by-product PCBs being identified in the environment are from pigments but by themselves are associated with water quality issues. For example:

- "[Polychlorinated biphenyl] congeners associated with pigments have been found throughout the United States in sediments and in surface waters at levels exceeding the prevailing water quality standards."[249]
- In some bodies of water PCB 11 alone exceeds federal water quality standards.[250]
- "Environmental scientists have begun to measure PCB congeners that are not associated with legacy PCB mixtures at levels exceeding the standards

---

[242] Shang, H. et al: *The presence of polychlorinated biphenyls in yellow pigment products in China with emphasis on 3,3'-dichlorobiphenyl (PCB 11)*. Chemosphere 98 (2014) 44-50.

[243] *Deposition of Lisa Rodenburg (Hartford)*, op. cit., p. 107.

[244] Rodenburg, Lisa, et al.: *Polychlorinated Biphenyls in Pigments: Inadvertent Production and Environmental Significance*; Colora Technol 131: 353-369 (2015)

[245] Christie, R.: *Inadvertent PCB formation from a pigment chemistry perspective*. 20th Annual Green Chemistry and Engineering Conference. June 16, 2016, p. 19.

[246] Rodenburg, Lisa, et al.: *Polychlorinated Biphenyls in Pigments*, op. cit., p. 354

[247] Ibid.

[248] Rodenburg, Lisa, et al.: *Polychlorinated Biphenyls in Pigments*, op. cit., p. 361

[249] Rodenburg, Lisa, et al.: *Polychlorinated Biphenyls in Pigments*, op. cit., p. 353

[250] *Deposition of Lisa Rodenburg, op. cit.*, p. 24

Dec GMV Re: Opposition to Pl MILs 001485

applicable across the United States for the protection of human and ecosystem health in water and sediment."[251]

- PCB 11 and other congeners from pigments significantly contribute to water pollution. US water quality standards cannot be met until these sources are reduced or eliminated. It is important to measure most if not all the 209 PCB congeners in [water] monitoring programs.[252]

The presence of by-product PCBs in contemporary consumer and commercial products today is well known, and their presence in wastewater and stormwater discharges and well documented.[253,254,255]. These studies found that most of the products tested (>90%) contained detectable levels of PCB and that most if not all the PCBs detected in the environment originated from by-product PCB production and use. Most of these same products are available to consumers in the Spokane sewershed and Spokane River watershed.

## 5.2 By-product PCBs are becoming the predominant PCB found in the environment

More important to the Spokane sewershed and Spokane River watershed, by-product PCBs are now the only PCBs being produced and are beginning to become the predominant PCB found in the environment. According to Rodenburg:

- In the decades since PCBs were banned, legacy sources have greatly diminished, such that inadvertent sources have become proportionately more important."[256]
- "…over time, all of these Aroclor-type PCBs are slowly exiting our environment. And so, the overall levels of PCBs in the environment are dropping. And as the Aroclor-type PCBs are starting to go away, we're starting to be able to see, more and more, some of the non-Aroclor [non-Monsanto] sources. A lot of [the non-Aroclor] sources have to do with different pigments."[257]
- When PCB 11 is put into a product, virtually all of it gets out into the environment.[258]

---

[251] Ibid., 366 (2015)

[252] L. Rodenburg: *"Known Inadvertent PCB Sources."* (Undated PPT Presentation). Exhibit 6 to Deposition of Dr. Lisa Rodenburg in the matter of City of Hartford vs. Monsanto Company et al. United States District Court, District of Connecticut. No. 3:15-CV-01544 (RNC). February 7, 2018.

[253] Stone, Alex, Sc. D.: Polychlorinated Biphenyls (PCBs) in General Consumer Products; State of Washington Department of Ecology Publication No. 14-04-035, June 2014.

[254] Stone, Alex, Sc. D.: Polychlorinated Biphenyls in Consumer Products. State of Washington Department of Ecology Publication No. 16-04-014. November 2016.

[255] City of Spokane Wastewater Department, PCBs in Municipal Products (revised). July 21, 2015

[256] Rodenburg, Lisa, et al.: *Polychlorinated Biphenyls in Pigments,* op. cit., p. 357

[257] Rodenburg, Lisa: *PCBs: An Update,* op. cit., p. 29

[258] Ibid., p. 35

48

- PCB 11 and other congeners from pigments significantly contribute to water pollution. US WQS cannot be met until these sources are reduced or eliminated.[259]
- She is not aware of any U.S. water body where Federal water quality standards are not exceeded by by-product PCBs alone.[260]

According to the Department of Ecology, the legacy PCB source contributions are decreasing while the levels of by-product PCBs are increasing.[261]

To date, the City of Spokane has made no apparent effort to limit or curtail their use, and EPA is not enforcing the 50-ppm limit on the use of by-product PCBs.[262]

## 5.3  EPA still allows the use of by-product PCBs and other PCB products

EPA still allows the continuing manufacture (including import) and presence of "inadvertently generated" by-product PCBs in certain products. EPA has determined that the presence of these PCBs does not represent an unreasonable risk to human health. The PCB congeners attributed to by-product generation constitute a significant portion of the PCBs found in and still being discharged into the Spokane sewershed and the Spokane River watershed.

EPA issued the "Closed and Controlled Manufacturing" rule in 1982[263] that excluded certain manufacturing processes defined as "closed" or that produced "controlled wastes" from the general prohibition against PCB manufacture. EPA then issued a second rule in 1984 regulating certain "uncontrolled" manufacturing processes that inadvertently generate PCBs that are subsequently contained in manufactured products.[264] These processes, termed "excluded manufacturing processes," were defined as processes that, among other things, were limited to manufacturing products with an average of <25 ppm and a maximum of <50 ppm PCB [40 CFR 761.3]. These rules are still contained in the PCB regulations today.

EPA also still allows the continuing use of "excluded PCB Products," which are defined in the regulations as[265]:

"PCB materials which appear at concentrations less than 50 ppm, including but not limited to:

---

[259] Guo, J., P. Praipipat, and L. Rodenburg: *PCBs in pigments, inks and dyes: Documenting the problem*. Department of Environmental Sciences, School of Environmental and Biological Sciences: Rutgers University. June 19, 2013, p. 23

[260] *Deposition of Lisa Rodenburg, op. cit.*, p. 31

[261] Borgias, Adriane P.: PCB: The Pollution Prevention Approach. Presented to USEPA. April 27, 2017

[262] Deposition of Lisa Rodenburg (Hartford), pp. 162-163

[263] 47 FR 46980

[264] 49 FR 28172

[265] 40 CFR 761.3

Dec GMV Re: Opposition to Pl MILs 001487

(1) Non-Aroclor inadvertently generated PCBs as a by-product or impurity resulting from a chemical manufacturing process.
(2) Products contaminated with Aroclor or other PCB materials from historic PCB uses (investment casting waxes are one example).
(3) Recycled fluids and/or equipment contaminated during use involving the products described in paragraphs (1) and (2) of this definition (heat transfer and hydraulic fluids and equipment and other electrical equipment components and fluids are examples).
(4) Used oils,

provided that in the cases of paragraphs (1) through (4) of this definition:

(i) The products or source of the products containing < 50 ppm concentration PCBs were legally manufactured, processed, distributed in commerce, or used before October 1, 1984.
(ii) The products or source of the products containing < 50 ppm concentrations PCBs were legally manufactured, processed, distributed in commerce, or used, i.e., pursuant to authority granted by EPA regulation, by exemption petition, by settlement agreement, or pursuant to other Agency-approved programs;
(iii) The resulting PCB concentration (i.e. below 50 ppm) is not a result of dilution, or leaks and spills of PCBs in concentrations over 50 ppm."

In other words, products manufactured before 1984 containing <50 ppm PCB can generally continue to be used indefinitely, whether by-product PCBs or Aroclor PCBs, where PCBs are not a functional additive. EPA has determined that these continued uses are safe and do not represent an unreasonable risk to human health or the environment.

## 5.4  Common consumer and municipal products containing by-product PCBs are still being used in the Spokane River watershed

Recognizing that these by-product PCBs can still be entering the state's waterways through water discharges, the DOE authored two studies in 2014 and 2016 investigating the presence of by-product PCBs in Washington consumer products[266,267]. More than 250 samples were collected for analysis from over 200 different consumer products, including paints, colorants, dyes, plastics, printed materials, cosmetics, clothing and road paint. Taken together, the two studies found that most of the products tested (>90%) contained detectable levels of PCB and that most if not all the PCBs detected were from by-product production.

---

[266] Stone, Alex, Sc. D.: Polychlorinated Biphenyls (PCBs) in General Consumer Products; State of Washington Department of Ecology Publication No. 14-04-035, June 2014.
[267] Stone, Alex, Sc. D.: Polychlorinated Biphenyls in Consumer Products. State of Washington Department of Ecology Publication No. 16-04-014. November 2016.

Dec GMV Re: Opposition to Pl MILs 001488

DOE then funded a similar 2015 study by the City of Spokane specific to PCBs in municipal products used in the Spokane River watershed[268]. The City of Spokane study expanded the list of products sampled to include a variety of products used by the City, including paints, deicers, firefighting foam, vehicle wash soap, pesticides/herbicides, motor oil, dust suppressants, and asphalt products. The study concluded that PCBs were detected in 39 of 41 products sampled, and that PCB-11 (a by-product PCB) was one of the most commonly detected congeners. All these products are exposed to the environment and continue to be likely sources of PCBs entering the Spokane River.

The City of Spokane readily acknowledges, even publicizes, that it purchases and uses products containing by-product PCBs.[269] The City also agrees that their purchase and use of by-product PCB-containing products contribute to the concentrations of PCBs found in the Spokane River.[270] In fact, an estimated 1,435 grams/year of "inadvertently produced PCBs" potentially enter the Spokane River watershed based on per capita consumption of printed materials alone.[271]

Having found that the presence of by-product PCBs in municipal products being purchased by the City of Spokane is widespread, the City did not ban the purchase of products containing by-product PCBs. The City instead enacted an ordinance[272] that provided only "a *preference* for products and for products in packaging that does not contain" detectable levels PCBs.

Even then, the ordinance is essentially meaningless and unenforceable, since (a) it allows departments to ignore the ordinance if the PCB-free alternative "is not cost effective" (i.e., costs at least 25 percent more) or technically infeasible, and (b) it does not require the department to test for PCBs or even require the vendor to test for PCBs. The City acknowledged that "it's very rare that a [supplier] will indicate that their product contains PCBs", and that the City only requires that the [supplier] provide "information related to their knowledge of PCB content in their products" but that most of the vendors don't have provide that information.[273]

## 5.5 By-product PCBs are still being discharged into the Spokane River

By-product PCBs are being discharged to the Spokane River through both stormwater discharges and industrial discharges.

According to EPA, "PCB sources [in the Spokane River Watershed] include…inadvertently generated PCBs that remain in today's consumer products."

---

[268] City of Spokane Wastewater Department, PCBs in Municipal Products (revised). July 21, 2015
[269] "The Search for Inadvertently Produced PCBs. Presentation to the Spokane River Forum, 2014, Coeur D'Alene, Idaho. Presented by Lynn Schmidt, City of Spokane Stormwater Permit Coordinator. [Hendron Exhibit 57]
[270] Hendron, pp. 322-323
[271] Borgias, Adriane P.: PCB: The Pollution Prevention Approach. Presented to USEPA. April 27, 2017, p. 15.
[272] PCB Product & Products in Packaging Procurement Policy. City of Spokane Ordinance N0. ORD C35099. May 8, 2014. [Fiest Exhibit 126]
[273] Fiest, pp. 591-592

Dec GMV Re: Opposition to Pl MILs 001489

Numerous commercial and industrial sources discharge effluent containing PCBs (both legacy PCBs and those found in modern consumer products) to the Spokane River…".[274]

The City of Spokane has performed stormwater sampling in several of its outfalls that drain to the Spokane River. "PCBs were detected in each sample, with a typical sample in the range of 7,000 pg/L".[275] These findings prompted the above-mentioned 2015 study of PCBs in municipal products used by the City of Spokane, which concluded that PCBs were detected in 39 of 41 products sampled, and that PCB-11 (a non-Monsanto by-product PCB) was one of the most commonly detected congeners. Despite these findings and the report's conclusion that "the results from this report may be used for a number of PCB tracking and reduction activities"[276], there is no indication that the City of Spokane has ceased using these products.

Dr. Rosenburg has served as a consultant to Spokane County, and the findings of her work are relevant to the City of Spokane as well. In various publications, presentations and testimony, she has stated the following:

- PCB 11 is significant in influent but most abundant congener in effluent due to solids removal. Pigments are a major source of PCBs in the [SRRWRF] system. "*Reducing legacy PCB sources will not fix this problem.*"[277]
- "The one congener that is now dominant in the [SCRWRF] effluent is PCB-11 [after treatment], which is the one that comes from pigments. Their main problem is PCB-11 for pigments, and what they are going to do about that. There's not much that Spokane County can do about their worst PCB problem.[278] (p. 53)
- Pigments are a major source of PCBs in this system. PCB 11 is the most abundant congener in the Spokane County Regional Water Reclamation Facility (SCRWRF) effluent, and that effluent "goes into the Spokane River". (pp. 21,23). Pigments are the major source of PCBs in this system. (p. 42). Their main problem is PCB 11 from pigments. (p. 47) There's not much Spokane County can do about their worst PCB problem, inadvertently produced PCBs.[279] (p. 48) Reducing legacy PCB sources will not fix this problem.[280]

Others at the Washington Department of Ecology agree, stating "PCB 11 is soluble in water and the Spokane County [SCRWRF] studies identify that congener as being

---

[274] "EPA's Plan for Addressing PCBs in the Spokane River". July 14, 2015

[275] City of Spokane Wastewater Department, PCBs in Municipal Products (revised). July 21, 2015, p. 1

[276] City of Spokane Wastewater Department, PCBs in Municipal Products (revised). July 21, 2015, p. 33

[277] Rodenburg, Lisa: *Identifying PCB Sources Through Fingerprinting*. Department of Environmental Sciences, School of Environmental and Biological Sciences: Rutgers University.

[278] Rodenburg, Lisa: *PCBs: An Update*. Department of Environmental Sciences, School of Environmental and Biological Sciences: Rutgers University. PCB Webinar, September 25, 2017. (transcript of oral presentation).

[279] *Deposition of Lisa Rodenburg* in the matter of City of Hartford vs. Monsanto Company et al. United States District Court, District of Connecticut. No. 3:15-CV-01544 (RNC). February 7, 2018.

[280] *Deposition of Dr. Lisa Rodenburg* in the matter of City of Hartford vs. Monsanto Company et al. United States District Court, District of Connecticut. No. 3:15-CV-01544 (RNC). February 7, 2018. Exhibit 4. PCB Webcast excerpt, "Spokane County Wastewater Treatment Plant". September 25, 2017.

52

difficult to remove from wastewater. The legacy sources are generally on the decline, being removed from use and remediated over time. Pigment sources, on the contrary, are not declining and may actually be increasing as digital printing becomes more prevalent."[281]

According to Rodenburg, "…in some [Spokane River] water samples, PCB-11 is as much as 20% of the total PCBs in the water column."[282] Congener testing of wastewater discharged from the Spokane Industrial Park as early as 2001 detected several by-product PCBs (including PCB-11 and PCB-206). The PCB-11 concentration in one sample accounted for more than 10% of the total PCB load.[283]

Nowhere is the impact of by-product PCBs on the Spokane River more apparent than at Inland Empire Paper (IEP). IEP's wastewater discharge to the Spokane River was historically free of PCBs. Once IEP began accepting and reprocessing recycled paper, PCB began to appear in their wastewater[284]. Multiple IEP effluent sampling events beginning in 2001 detected PCBs in their effluent, and in every instance the by-product PCB congener PCB-11 predominated. Testing of recycled newsprint at the IEP mill in 2003 confirmed the presence of by-product PCBs.[285] One writer, when putting the IEP paradox in context, noted that "As long as IEP continues to take in paper printed with [by-product] PCB-containing ink, these compounds will remain in its waste stream."[286]

Testing of IEP's PCB discharge in 2002 showed that approximately 50% was PCB-11[287], but IEP's PCB discharge loading to the river is less than 5% of the total loading from the two WWTPs and Kaiser[288]. Note that the PCB-11 discharge from the Spokane Industrial Park in 2001 was 725 pg/L compared to 394 pg/L from IEP.[289] Taken together, this suggests that (1) there are numerous other by-product PCB sources in the Spokane River watershed, sources that remain uncontrolled, and (2) that much of the PCBs found in the river are not from Aroclor PCBs manufactured by Monsanto and others.

---

[281] Memo from Adriane P. Borgias, DOE to Jeffrey Bell et al entitled "*PCB TSCA Reform Coalition Agenda*". November 4, 2014.

[282] Memo from Lisa Rodenburg to Lisa Dally Wilson entitled "SRRTTFWorkshop_final agenda and session documents. Date unknown, approximately February 8, 2016, p. 1.

[283] Washington Department of Ecology, Spokane Area Point Source PCB Survey, May 2001. Publication No. 02-03-009. March 2002. Pp. B29-B36.

[284] Inland Empire Paper Company, TSCA Reform Background Information: PCB Paradox. [IEP_SPO_TP0000005668-5669]

[285] ALTA Analytical Laboratory, Report to Mr. Richard Fink, IEP, January 06, 2004. [IEP03423]

[286] Grossman, E.: Non-Legacy PCBs: Pigment Manufacturing By-Products Get a Second Look. [IEP04587]

[287] Memo from Larry A. Esvelt on behalf of Inland Empire Paper entitled "PCB Contribution to Sediments in the Spokane River from Inland Empire Paper Company". April 19, 2005, p. 10.

[288] Washington Department of Ecology, Spokane Area Point Source PCB Survey, May 2001. Publication No. 02-03-009. March 2002, p. 16.

[289] Washington Department of Ecology, Spokane Area Point Source PCB Survey, May 2001. Publication No. 02-03-009. March 2002, p.p. B17, B33.

## 6.0  PCBs in the Spokane River water got there recently

As noted above, by-product PCBs still account for most of the PCBs found in the Spokane River, the result of recent discharges from IEP and residue from other ongoing uses. These PCBs are still present in the water column, which given the rate of flow in the river are certainly the result of recent discharges.

Any historical PCB discharges are not retained by river sediment because there is no appreciable river sediment. The river scours itself because of high flows, resulting in a lack of sediment accumulation. As noted in a recent study, the Spokane River is a fast moving, rocky bottom river. The study cited an earlier study of the river[290] which stated "The river velocities are high enough and the sediment load low enough to scour the bed or prevent settling of significant fine particulate matter… As a result, almost the entire riverbed upstream of Lake Spokane is composed of gravel, cobbles and boulders" that would not accumulate PCBs.

The level of legacy PCBs in water and fish are declining given that upland sources of PCB fire safety fluid have been remediated and the responsible parties have been identified. The continuing discharge of by-product PCBs, however, will continue to result in water and fish impacts if unabated.

Testing of age-dated cores from the Lower Lake Spokane has shown that there was a steep decline in legacy PCBs from the 1960s through the mid-1980s, and an additional approximately 50% decline from 1980 to 2000.[291] [Cite 2011 DOE Source Assessment instead of ppt]

## 7.0  PCBs in building products are not a significant source of PCBs in the environment or the Spokane River; any Monsanto PCBs that have been detected are from fire safety fluid or from by-product PCBs.

The amount of PCBs released from building products in Spokane is minute. To this day, the removal of building products containing ≥50 ppm PCB is not required by statute or regulation.

While PCB-containing building products may be in use in the Spokane River watershed, EPA regulations and enforcement practices have not made identification and abatement of these products an EPA priority, leaving it to local government to act, which they have not done in Spokane. EPA has instead established evaluation levels for PCBs in indoor

---

[290] LimnoTech, Comprehensive Plan to Reduce Polychlorinated Biphenyls (PCBs) in the Spokane River. Prepared for the Spokane River Regional Toxics Task Force. November 29, 2016. P. 22.

[291] Spokane River Regional Toxics Task Force. Members of the community, stewards of the river. Undated presentation.

school air as noted earlier and had recommended best management practices to minimize potential building occupant exposure to PCBs.[292]

The use of so-called "non-liquid PCBs" (NLPCBs) in paint and caulk continues, while not specifically authorized by EPA. EPA is aware that many of these uses continue but have not actively required their removal absent a provision in the regulations requiring removal. During the 1998 rulemaking, EPA proposed to authorize the continued use of NLPCBs in the 1998 rulemaking. At the time, EPA tabled that portion of the rulemaking pending receipt of additional data from the regulated community. Since that time, EPA has approved several projects involving continued NLPCB use.

In the absence of further rulemaking, EPA has posted guidance to building owners on their web site[293], but that information does not have the force of regulation. The U.S. Department of Justice has issued a directive reaffirming their policy that such guidance documents and information "cannot be used to create binding requirements that do not already exist by statute or regulation" and that the government "may not use its enforcement authority to effectively convert guidance documents into binding rules". The directive also cited a previous DOJ "Guidance Policy" stating that the government shall not "coerce regulated parties into taking any action…beyond what is required by the terms of the applicable statue or lawful regulations".[294]

The SRRTTF has identified PCBs in building products as a potential source of PCBs in the river. However, according to DOE "The exact amount of PCB contribution through [demolition and renovation activities and associated soil and stormwater runoff], as well as the total mass of PCBs in building materials, is unknown."[295] DOE planned to conduct testing of soil around selected demolition projects in 2017[296], but the work if completed has not been published.

SRRTTF agrees, stating that there is no Spokane-specific data defining the quantity of PCBs present in local building materials or whether that contribution (if any) is significant. However, the same report then goes on to estimate, without data about pathways or even their presence, that 60 kg to 130,000 kg of PCBs in building materials such as paints and sealants are present in the Spokane River watershed[297]. These estimates are unfounded, the range is too large to be useful, and they are not

---

[292] USEPA, PCBs in Building Materials – Questions & Answers. July 28, 2015, pp. 8-9

[293] https://www.epa.gov/pcbs/polychlorinated-biphenyls-pcbs-building-materials

[294] US Department of Justice, Office of the Associate Attorney General, Memorandum Entitled "Limiting Use of Agency Guidance Documents in Affirmative Civil Enforcement Cases". January 25, 2018.

[295] Washington Department of Ecology, Quality Assurance Project Plan: Spokane River Urban Waters Investigation of PCBs in Soils and Stormwater associated with Demolition Activities. Publication No. 17-10-010. August 2017, p. 11.

[296] Washington Department of Ecology, Quality Assurance Project Plan: Spokane River Urban Waters Investigation of PCBs in Soils and Stormwater associated with Demolition Activities. Publication No. 17-10-010. August 2017, p. 22.

[297] LimnoTech, Comprehensive Plan to Reduce Polychlorinated Biphenyls (PCBs) in the Spokane River. Prepared for the Spokane River Regional Toxics Task Force. November 29, 2016. P. 2.

"worthwhile"; they should be ignored in any realistic analysis of PCB sources.

7.1  The continued presence of <50 ppm PCB in products as so-called "Excluded PCB Products" is allowed by EPA.

In their original rulemaking on this issue, EPA determined that such uses were authorized. I have encountered excluded PCB products in several investigation and cleanup situations, and in no case was removal or other abatement required by EPA based on risk/benefit balancing.

7.2  There is no regulatory requirement to sample building caulk for PCBs.

Nowhere in the EPA PCB regulations does it state that building caulk must be sampled to determine its PCB content. In their guidance document "Practical Actions for Reducing PCBs in Schools and Other Buildings"[298] the EPA doesn't even list sampling as a best management practice.

As further illustration, the same EPA document contains guidance for schools and other building owners concerned about the possible presence of PCB-containing building materials. That guidance reiterates that sampling of building materials is not required, and that the prudent course of action would be to "ensure that ventilation systems are operating properly", regularly maintain the air handling system and unit ventilators, and clean interior surfaces frequently.

7.3  There is no regulatory requirement to notify the EPA any time PCB-containing building products are discovered.

Nowhere in the EPA PCB regulations does it state that persons must notify the EPA upon discovering PCB-containing building materials. On the contrary, there is a provision in the PCB regulations that allows removal and disposal of PCB bulk product waste without notifying the EPA[299].

7.4  There is no regulatory requirement to remove PCB caulk.

There is no provision in the EPA PCB regulations that requires that persons must remove PCB-containing building materials once discovered.

7.5  There is no regulatory deadline for removing or otherwise managing PCB-containing caulk once discovered.

---

[298] https://www.epa.gov/sites/production/files/2016-03/documents/practical_actions_for_reducing_exposure_to_pcbs_in_schools_and_other_buildings.pdf
[299] 40 CFR 761.62(b)

Dec GMV Re: Opposition to Pl MILs 001494

Nowhere in the EPA PCB regulations is there a deadline for removing PCB-containing building materials if discovered.

7.6 There is no regulatory requirement to submit a PCB remediation plan to the EPA for review.

The "Performance-Based Disposal" option under the EPA PCB regulations[300] allows the removal and disposal of NLPCBs without EPA notification or involvement.

## 8.0 The City's conduct is evidence that it does not believe it has a PCB problem

The facts and testimony presented in this report demonstrate that the City believes that the River is safe and that maintaining the status quo in the watershed is acceptable.

8.1 The City has been deemed a responsible party

The City's stormwater and wastewater PCB discharges have been and continue to be the subject of scrutiny by the DOE and the SRRTTF.

The City also acknowledges that it has used and continues to use products containing by-product PCBs, PCBs that continue to enter the Spokane River.

8.2 The City discharges PCBs

Both by-product and legacy PCBs continue to be discharged to the River from the City's WWTP and stormwater outfalls. According to the Spokane River Forum, "Current testing shows that about 55% of PCBs enter the river through the City of Spokane combined sewer overflow and stormwater systems."[301]

The City even recently applied for a variance to increase their PCB discharge limit by a factor of four.

8.3 The City permits others to discharge PCBs into its stormwater and wastewater systems

Discharge of PCBs from numerous industrial sources is still permitted within the watershed, many of which are within the City.

The City allows industrial operators to discharge their waste into the City's wastewater treatment system, and does not require that they test for PCBs. The City also does not

---

[300] 40 CFR 761.62(b)
[301] http://spokane river.net/outreach-resources/spokane-river-public-guide/status-of-toxic-chemicals-heavy-metals/

Dec GMV Re: Opposition to Pl MILs 001495

prohibit discharges to their wastewater system that contains PCB. In short, the City does nothing to limit PCBs from industrial dischargers from entering their wastewater system.

Several of the companies deemed "primary" dischargers to the Spokane River even recently applied for their own variances to increase their PCB discharge limits.

### 8.4  The City knows its own PCB cleanups and the cleanups of others leave residual levels of PCBs and has not requested further cleanup

PCB cleanups have been conducted within the City for decades, all of which have left behind measurable levels of PCB in soil with the approval of DOE and EPA.

The City has been aware of these cleanups and the residual PCB levels, but there is no evidence that the City has (a) taken an active role in determining whether the corresponding PCB cleanup levels are enough, or (b) even chose to comment on the remedial plans.

### 8.5  The City by its actions and words indicate the City believes the River is safe

The city has taken no action to limit public access to the river because of PCBs.

In contrast, the City posts signs at each of the CSOs warning of possible raw sewage overflows. The signs do not mention PCBs.

The City continues to actively encourage public use of the river for swimming, wading, boating, hiking and other activities along the river, yet the City (a) has never been told by anyone that these activities it has been promoting could present an unreasonable health risk as a result of PCBs, or (b) has ever warned the public that engaging in these recreation and tourist activities in and around the river could be harmful to one's health because of PCBs.[302]

### 8.6  The City has failed to meet a century's worth of deadlines to fix its storm and wastewater system problems, problems which have nothing to do with PCBs

By its own admission, the City of Spokane has never met a single treatment permit deadline dating back over 100 years.[303]

The City has been aware of the problems associated with discharging sewage to the river since the 1890s and was eventually warned by Washington State of potential water quality problems during the 1930s.[304]

---

[302] Fiest, pp. 151-152
[303] Hendron, p. 74
[304] CH2M Hill. Integrated Clean Water Plan (Final). December 2014, p. 2-2.

The City has also been the subject of numerous citations for CSO violations over decades yet has only recently initiated a remedial program to eliminate future dry weather violations. The recent permit allows for one CSO overflow event per year; in 2012, 251 CSO overflow events resulted in an estimated 73 million gallons of combined sewage overflow into receiving waters, primarily the Spokane River.[305] The volume of overflowed sewage increased to 78 million gallons in 2014.[306]

In 2016 – 2018, the City of Spokane's Mayor made repeated appealed to EPA and DOE to relax the Spokane River water quality criterion for PCBs based on cost of compliance.[307,308,309] In 2019, EPA raised the water quality criteria for the Spokane River from 7 parts per quadrillion (ppq) to 170 ppq[310]. In 2019, the City of Spokane then applied for a 20 years variance for effluent quality from the Riverside Park Water Reclamation Facility (RPWRF), proposing a PCB level of 792 pg/L.[311]

## 8.7  The City knowingly continues to use and recycle products that contain PCBs

The City has researched the PCB content of products purchased and used by the City and found that almost all the products tested contain measurable levels of by-product PCB, yet the purchase and use of many of these products continues, providing a continuing source of by-product PCBs to the River. The ordinance passed by the City in 2014 intended to address PCB-containing product purchases by the City has essentially been ignored.

In addition, it does not appear that recycling of products collected from citizens and generated by the City may contain PCBs and spread PCBs.[312]

## 8.8  The City knowingly continues to spread PCB-containing biosolids waste on farmland

The City of Spokane generates "biosolids" from its Riverside Park treatment plant digester. These solids, containing PCBs as well as other chemicals such as metals and

---

[305] CH2M Hill, City of Spokane CSO Plan Amendment (Draft) (undated), p. 2.
[306] City of Spokane Combined Sewer Overflow (CSO) Annual Report, Calendar Year 2014. NPDES Permit No. WA-002447-3. October 1, 2015.
[307] Letter from Mayor David A. Condon to Maia Bellon, Director, Washington State Department of Ecology. December 22, 2016.
[308] Letter from Mayor David A. Condon to Donald Benton, Senior White House Adviser for the EPA Transition, USEPA Headquarters. February 7, 2017.
[309] Letter from Mayor David A. Condon to Chris Hladick, Region 10 Administrator, USEPA. March 26, 2018.
[310] Letter from Chris Hladick, USEPA to Maia Bellon, Director, Washington State Department of Ecology, entitled "The EPA's Reversal of the November 15, 2016 Clean Water Act Section 303(c) Partial Disapproval of Washington's Human Health Water Quality Criteria and Decision to Approve Washington's Criteria." May 10, 2019.
[311] City of Spokane Variance Application, Washington State Human Health Water Quality Standard for Total Polychlorinated Biphenyls. April 29, 2019.
[312] Windsor, p. 114

pathogens, are then transported to agricultural fields and used as a form of food fertilizer.[313]

According to state regulations, biosolids are tested for nine metals before disposal. Testing has shown that some of these metals are present in Spokane biosolids, yet the City has apparently never attempted to model or otherwise determine whether these metals or other chemicals are making their way to the Spokane River.[314]

## 9.0 Coghlan Rebuttal

### 9.1 Coghlan's Estimate of the Amount of PCBs in the Spokane Environment is Too Speculative to be Reliable

Coghlan's opinion is that 100,000 pounds of PCBs have been released to the Spokane environment, and at least 90% of them are attributable to Monsanto[315].

Coglan bases his entire analysis and resulting opinions on a methodology that he has never used before nor has any researcher who has published in the peer reviewed literature. He admitted that he has never used his methodology or model previously to determine PCBs in a city or town[316]. He also did not cite to any peer reviewed literature that used his methodology for purposes of determining the amount of PCBs in a city.[317] His report has not undergone any peer review, and he developed his methodology specifically for this litigation.[318]

Furthermore, at each methodological step, there are enormous levels of uncertainty that taken together produce conclusions that are sheer speculation.

His stepwise methodology can be summarized as follows:

1. Estimate the worldwide PCB production and use;
2. Estimate US & Monsanto production and use;
3. Estimate worldwide by-product production;
4. Estimate imports and exports (to and from the US);
5. Estimate atmospheric deposition (in and out of the US);
6. Apply an emission factor to the PCB estimates to determine the amount that has reached the environment worldwide;
7. Apply the global model to the US, the US model to Washington state, then the Washington state model to Spokane by factoring the environmental distribution by population density; and

---

[313] Hendron, 344-346
[314] Windsor, pp. 76-87.
[315] Coghlan, p. 53.
[316] Coughlan, p. 21
[317] Coughlan, pp. 21-22
[318] Coughlan, p. 22

8. Estimate the amount of PCBs in the Spokane environment.

Coghlan readily admitted that there were issues with each step of his analysis, issues that would lead to further cumulative uncertainty in his estimates.

For example, regarding estimated worldwide production, he admitted that he did not account for any PCB production from East Germany, despite relying heavily on sources that discussed East German PCB production.[319]  He also testified that it was difficult to confirm estimates as to North Korean production[320], and similarly, that he had no way to verify the accuracy of estimates from nations behind the iron curtain[321].

Coghlan then admitted to using a high estimate for US production.  He further admitted that if he used a lower estimate for US production from his reference materials and included East German production, that his model would have shown that lower numbers would be attributable to Monsanto (about 38% versus the 44% stated in his model)[322].

Additionally, he essentially ignored by-product PCBs, which are a significant issue in Spokane. He admitted that the 200 chemical processes known to produce inadvertent PCBs include those used in commonly used products, such as laundry detergent and cleaners[323].  He also conceded that the 50-ppm by-product limit is not enforced, that he relied on self-reported by-product PCB data[324], and that companies did not have incentive to self-report data before PCB regulations were promulgated. He also conceded that he did not account for some known sources of by-product PCBs, such as the burning of waste[325], and that burning of waste was very common throughout the 20th century[326].

In particular, Coghlan's report stated that PCB-11, a by-product PCB was not the dominant congener at Inland Empire Paper Company[327].  However, the very document he cited to for this statement showed that PCB-11 is the dominant congener at Inland Empire.  Coghlan was shown that document, as well as a recent Inland Empire presentation stating that PCB-11 was the dominant congener[328], and did not dispute them.

His analysis of imports and exports only included PCB imports and exports between 1970 and 1976[329].  Additionally, the sources he relied upon for import/export data only discussed the importing of PCBs by two specific companies, and from only two

---

[319] Coughlan, pp. 54-55
[320] Coughlan, p. 49
[321] Coughlan, p. 50
[322] Coughlan, p. 65
[323] Coughlan, p. 72
[324] Coughlan, pp. 102-104
[325] Coughlan, p. 82
[326] Coughlan, p. 83
[327] Coughlan Report, p. 47
[328] Krapas, D. PCB Analysis at IEP.
[329] Coughlan, p. 176

Dec GMV Re: Opposition to Pl MILs 001499

countries (Italy and France)[330].  He had no basis to dispute documents presented to him discussing the importation of Japanese PCBs after 1970[331] and conceded that his model did not account for imports by Monsanto's plasticizer customers who needed PCBs in the early 70s[332].

When accounting for atmospheric deposition and global cycling, Coghlan admitted to choosing a flat 5% estimate for global cycling of PCBs (in and out of the US) despite relying on sources that suggested a 5 to 10% range[333].  He conceded that his choice of this percentage was introducing yet another layer of uncertainty to his estimates.  He also admitted that, but didn't account for, the less stringent environmental regulations in PCB-producing countries would influence global cycling, and that countries like China do not have strict regulations[334].

Coghlan chose a high emission factor to determine the amount of PCBs that emitted from products into the environment[335], claiming that the source he relied upon for emission rates[336] recommended the use of the high emission factor.  Had Coghlan used the actual recommended emission factor – without addressing any of the other issues in his model – his worldwide PCB estimate would be nine times lower.  Additionally, the percentage of PCBs attributable to Monsanto would be less than 75%, versus 90% as claimed in his report.

Perhaps the biggest flaw in his methodology and a major contributor to its uncertainty was his assumed linear relationship between population and the amount of PCBs in a geographic location[337], an assumption that had never been tested or peer-reviewed[338].  On the contrary, studies have shown that PCB concentrations are driven not by population but by proximity to industrial sources of PCBs, variations that he conceded his methodology did not account for[339].

As for his other opinions on sources, he admitted that he relied on "incomplete" data in the form of Monsanto sales records to the state of Washington[340].  He also conceded that he did nothing to verify calculations of PCB loading to the Spokane River, and merely adopted figures from a 2016 report by LimnoTech[341].  That 2016 report has been superseded by the 2019 report of David Dilks, LimnoTech vice president and another

---

[330] Coughlan, p. 144
[331] Coughlan, pp. 164-165
[332] Coughlan, p. 166
[333] Coughlan, p. 179
[334] Coughlan, pp. 181-183
[335] Coughlan, p. 198
[336] Breivik, K. et al. 2007. Towards a global historical emission inventory for selected PCB congeners: A mass balance approach 3. An update. Science of the Total Environment, 377:296-307
[337] Coughlan, p. 213
[338] Coughlan, p. 215
[339] Coughlan, p. 223
[340] Coughlan, p. 258
[341] LimnoTech, Comprehensive Plan to Reduce Polychlorinated Biphenyls (PCBs) in the Spokane River. November 29, 2016.

Dec GMV Re: Opposition to Pl MILs 001500

plaintiff's expert in this litigation.  Coghlan received Dilks' expert report, but not until after he finalized his own report here.

## 9.2  Coghlan's Estimate of PCBs in the Spokane Environment from Building Sources is Completely Unfounded

There is no evidence that any fixed or non-fixed PCB building sources are contributing PCBs to the Spokane River. Coghlan's estimated range of PCBs in Spokane building sources is extremely broad, so broad that they are nothing more than pure speculation and should not be used as a credible basis for estimating the amount of PCBs in the Spokane environment.

When estimating the amount of PCBs present in the environment in the Spokane watershed, Coghlan included an estimate of the amount of PCBs in fixed and non-fixed building sources. The basis for his estimate was a previous LimnoTech report, which estimated that 110 lb to 88,000 lb of PCB is present in non-fixed sources and 130 lb to 286,600 lb of PCB in fixed sources in the Spokane watershed[342]. However, unlike other studies that based their estimates on actual inventories of PCB light ballasts and sampling data from building products, the LimnoTech study based their estimates on population density (which had not previously been done or peer reviewed)  without conducting any ballast inspections or building product sampling[343].

In his testimony, Coghlan acknowledged that no sampling for PCBs in building products or inventory of light ballasts was performed by LimnoTech, that they did not consider the age of buildings[344], and that they did not account for removal of PCB caulk and light fixtures over the years[345]. All these factors introduce a tremendous amount of uncertainty into his estimate.

Given that the estimates he relies on were developed without any Spokane-specific sampling or inventory data but instead using population density as a surrogate, the range of estimates represent an enormous amount of uncertainty and cannot be relied upon.

## 10.0  Rodenburg Rebuttal

---

[342] Coughlan, pp. 273-274
[343] Coughlan, p. 278
[344] Coughlan, p. 280
[345] Coughlan, p. 281

Dec GMV Re: Opposition to Pl MILs 001501

## 10.1  Rodenburg incorrectly dismisses by-product PCBs as "insignificant" despite evidence to the contrary

More than half of the 209 PCB congeners are present as non-Aroclor PCBs. Research has shown[346] that up to 150 PCB congeners out of 209 possible congeners can be by-product PCBs, meaning they are non-Aroclor PCBs that originate from manufacturing processes other than the production of PCB Aroclor by Monsanto. Many of these by-product PCBs are still being made and sold in various products today, as noted earlier, while production of Aroclors by Monsanto ceased more than 40 years ago. Rodenburg acknowledged that by-product PCBs have been measured in pigments at concentrations as high as 2,500 ppm.[347]

Analysis for PCBs as congeners has been performed on many of the water and sediment samples associated with the Spokane River, which allows for determination of whether by-product PCBs are or may be present. Some PCB congeners like PCB-11, PCB-206, PCB-208 and PCB-2019 are not present in Aroclor mixtures at significant levels and can therefore be useful indicators for the presence of by-product PCBs instead of Aroclor PCBs. Other PCB congeners can either be by-product PCBs or constituents of Aroclor PCB, and there is no way to tell them apart.

Determining the extent to which by-product PCBs are still entering the Spokane River after cleanup is important to determining the remedial strategy at each discharge location, since reappearance of these chemical constituents after cleanup is undesirable.

Rodenburg, in recent testimony, acknowledged that the by-product PCB congener research cited above identified 128 by-product congeners out of 209 possible congeners, and accepted their findings.[348]

## 10.2  Rodenburg's use of multiple linear regression to identify PCB sources is biased toward identifying Aroclors.

Her analysis of the Spokane PCB data includes using multiple linear regression (MLR) to compare PCB Aroclor chromatogram standards with field results, to hypothesize which legacy Aroclor PCBs are present in a sample when Aroclor results are unavailable or analysis proved inconclusive.

The problem with using MLR to identify the presence of by-product PCBs is that the model, as Rodenburg is using it, (a) presupposes that the sample is dominated by Aroclors, (b) compares the congener results only to an Aroclor standard, and (c)

---

[346] Stone, Alex, Polychlorinated Biphenyls in Consumer Products. State of Washington Department of Ecology Publication No. 16-04-014, November 2016, Table 7.
[347] *Deposition of Lisa Rodenburg,* op. cit., p. 123.
[348] *Deposition of Lisa Rodenburg,* op. cit., p. 94.

64

assumes that any congener that could be both an Aroclor and by-product PCB is an Aroclor congener.

She acknowledges that bias in the Ecology report she cites[349], under "Modeling Uncertainty: Factors May be Misinterpreted", and that bias is carried over to the Spokane analysis. In that section of the Duwamish report, she admits to assuming *a priori* that the PCB congener analytical results are dominated by Aroclor PCBs because "the primary PCB sources in the United States are Aroclors", the contribution of by-product PCBs is "thought to be small relative to the amount of Aroclor PCBs", and so the modeling results were only "compared with single Aroclors and mixtures of Aroclors".[350] The modeling results can therefore be manipulated to highlight Aroclors by simply removing by-product PCB congeners PCB-11, 206, 208 and 209 from the analysis, assuming the rest of the congeners are from Aroclors, and ignoring the possibility that there are other by-product PCB congeners present.

Rodenburg then compounds this bias by creating high, medium and low correlation categories for comparison of the sample data with the Aroclor standards. The MLR calculation produces an $R^2$ output that ranges from 0 to 1; higher numbers within that range suggest a higher likelihood or probability that the congener mixture matches one or more Aroclor mixtures, and lower number suggest a non-Aroclor (i.e., by-product) mixture. She hypothesizes that an $R^2$ >0.8 suggests the presence of *Aroclors*, 0.4-.0.8 suggests the presence of only *weathered Aroclors*, and <0.4 presumably suggests a predominance of *non-Aroclor (by-product) PCBs*. She cites again to her 2017 Green-Duwamish River report and the report's "acceptance" by her client as validation of the correlation categories[351]. However, she admitted in previous testimony[352] that there were no comments or communications with Ecology when reviewing the report, nor were any credentials provided by the client to support legitimate peer review. She also admitted that her cut-offs are scientifically arbitrary, i.e., incapable of being either proven or disproven.[353]

Examples of how Rodenburg breaks her own rules abound throughout the report. One extreme example of her bias is her analysis of the so called "atmospheric deposition samples, in which she claims "Aroclors are the dominant source of PCBs"[354], yet looking at the "atmospheric deposition" data[355] it's not so clear cut; she documents low or wide ranging $R^2$ values for Turnbull (0.14-0.17), Monroe (0.11-0.57) and Augusta (0.12-0.90), the only data sets available, none of which show the Aroclor PCBs dominate and may suggest the opposite.

---

[349] Rodenburg, L.A., Leidos, 2017a. Green-Duwamish River Watershed PCB Congener Study: Phase 2 Source Evaluation. Seattle, WA. June 2017
[350] Rodenburg, L.A., Leidos, 2017a. Green-Duwamish River Watershed PCB Congener Study: Phase 2 Source Evaluation. Seattle, WA. June 2017, p. 51.
[351] Rodenburg Report, p. 5.
[352] Rodenburg San Diego Deposition, pp. 128-133
[353] Rodenburg San Diego Deposition, p. 133
[354] Rodenburg, p. 36
[355] Rodenburg, pp. 30-31

Nowhere is the bias in her analysis so apparent than when comparing her conclusions regarding Inland Empire Paper, specifically her MLR/PMF analysis of the IEP discharges[356]. IEP first discovered PCBs in its wastewater in 1991, corresponding with their beginning to accept only recycled newsprint. Those PCBs were universally accepted as being from by-product PCBs given the preponderance of PCB 11 and the lack of PCBs available for use in making or printing newspapers in 1991. In the face of (or perhaps unaware of) these facts, Rodenburg still claims that the PCBs being detected today are 80% likely to have come from Aroclor PCBs *derived from the recycling of carbonless copy paper*, despite the facts that:

> (a) IEP makes newsprint using old newsprint (ONP) along with virgin wood. PCB were first discovered in IEPs discharge when they first stated accepting <u>only</u> ONP, not general wastepaper, and
> (b) the manufacture of carbonless copy paper, the only possible source of Aroclor PCBs, ceased in 1971, 20 years before IEP first discovered PCBs in their effluent and over 35 years before the sample results she was analyzing, so there are no stocks of carbonless copy paper to be had anymore, and
> (c) paper can only be recycled five to seven times.[357]

Her attributing the current IEP effluent PCBs to IEP's accepting carbonless copy paper waste is totally unfounded. Her opinion that the resulting PCBs being discharged are 80% likely to be Aroclor PCBs is therefore incorrect and more importantly demonstrates the model's bias.

Note that the IEP effluent $R^2$ ranged from 0.21 to 0.87. Since the PCBs in the IEP effluent can only be by-product PCBs, this casts further doubt upon the utility of MLR for Aroclor identification.

## 10. 3  Rodenburg's use of positive matrix factor analysis to identify PCB sources is also biased toward identifying Aroclors.

Her opinion that almost all PCBs being discharged into the Spokane River are Aroclor-based is further biased by the modeling approaches she elected to take and biased in some instances by her making statements that are contradicted by her own modeling results.

Like MLR, it suffers from bias toward Aroclors but goes about it in a different way. The data are manipulated before analysis in much the same way as MLR, as follows[358]:

- Congeners that are "frequently not detected" are removed from the data set;

---

[356] Rodenburg, p. 38
[357] Bajpai, R. Recycling and Deinking of Recovered Paper. 2014 9Coghlan Exhibit 30)
[358] Rodenburg, pp. 5-6

- The number of samples must exceed the number of peaks, so more congeners need to be removed.
- Non-detects from the remaining congeners are replaced with a random number.

The analysis is then used to determine if a PCB arises from a non-Aroclor source (pp. 14-16). PCBs can only be declared "non-Aroclor" if:

- It does not resemble any Aroclor, using the same flawed correlation categories as MLR with the same alleged DOE validation.
- If the correlation is <0.4, the difference cannot be the result of weathering. She cites her own work when describing known weathering patterns, but when multiple discharge sources are mixed with inadvertent PCBs, how is that possible?
- <u>Known</u> by-product congeners need to be included (p. 14), but the only congeners discussed as "known to be associated with" non-Aroclor sources are PCB-11, 68, 206, 208, and 209, ignoring the other 120+ candidates she's testified to.

In other words, she starts out by establishing three "criteria" by which a PCB sample factor can be identified as a "non-Aroclor" source (i.e., PCBs are assumed to be Aroclors unless proven otherwise). Rodenburg's use of PMF is limited to situations where there is an adequate number of samples. The factors, or fingerprints, generated by the PMF analysis are then compared with the same "correlation categories" she used for MLR, again suggesting incorrectly that these categories had been peer reviewed.

A thorough analysis of the Spokane River and discharge congener data should have also tested an alternate hypothesis, that the data did not represent Aroclors, and then tried to compare the results with non-Aroclor standards instead of Aroclor standards. There are by-product PCB congener profiles available in the published literature that she could have used.

Alternatively, Rodenburg could have started with Aroclor sample results (which were often missing for the samples she studied) and then attempted to identify the non-Aroclor by-product PCBs, as she has done in the past.

Absent a fair treatment of the data, her PMF-based conclusions are unfounded, biased by her initial assumption that the PCBs found in Spokane discharges were from Aroclors, and should be disregarded.

### 10.4 The municipal products tested by the City of Spokane contain by-product PCBs.

The City of Spokane performed a study in which several products purchased by the City were analyzed for PCBs. Based on the test results and given that the study was conducted more than 40 years after PCB sales for these applications would have ceased, the City concluded that the PCBs were by-products.

Rodenburg is familiar with the City of Spokane study, and in previous testimony[359] has agreed that the PCBs found in the various municipal and consumer products tested are by-product PCBs. In her Spokane report, however, she offers the opposite opinion, that "the PCBs detected in these products probably arose from Aroclors"[360]. She bases her new opinion on several things, including:

- MLR analysis of the City data;
- Her theory that these products have absorbed PCBs from the atmosphere;
- Her theory that these products came in contact with PCB-containing equipment; and
- Her theory that the crack sealer contains PCB from contaminated used oil.

However, Rodenburg's MLR data do not support her new opinion. Table 4 of her report[361] contains $R^2$ values for the various products tested. Only 2 of the 104 test result $R^2$s exceed 0.8, her threshold for declaring it an Aroclor, whereas <u>83 of the 104 municipal samples (80%) had an $R^2$ of <0.4, her threshold for declaring a sample non-Aroclor PCB</u>.

Regarding how her theoretical atmospheric and other sources of Aroclor PCB found their way into all these products in Spokane, there is no data to support her theory, she does not offer any supporting references, and she disagrees with these theories in her prior testimony.

Last, while she says in her report that her conclusions match those of the City of Spokane report, in fact, the opposite is the case.

---

[359] Rodenburg San Diego Deposition, pp. 20-25
[360] Rodenburg, p. 39
[361] Rodenburg, pp. 39 – 43.

Dec GMV Re: Opposition to Pl MILs 001506

Appendix A:  Woodyard Reliance Material

Dec GMV Re: Opposition to Pl MILs 001507

**DOCUMENTS AND MATERIALS REVIEWED AND RELIED UPON**

**Expert Reports and Deposition Transcripts**

- Expert Reports, City of Spokane v. Monsanto et al (October 11, 2019):
    - Lisa Rodenburg
    - Kevin Coghlan
    - Gerald Markowitz and David Rosner
    - J. Michael Trapp and Joel E Bowden III
- Expert Depositions, City of Spokane v. Monsanto et al
    - Kevin Coghlan (October 30, 2019)
- 30(b)(6) Deposition Transcripts, City of Spokane v. Monsanto et al:
    - Marleen Feist (I - IV)
    - Lars Hendron
    - Marcia Davis (I – II)
    - Michael Coster
    - Scott Windsor
- Expert Reports, San Diego Unified Port District and City of San Diego vs. Monsanto et al.,
    - Lisa Rodenburg (April 19, 2019) and Rebuttal Report (June 14, 2019)
    - J. Michael Trapp
    - John H. Koon, May 9, 2019
- Deposition Transcripts, San Diego Unified Port District and City of San Diego vs. Monsanto et al.
    - Lisa Rodenburg, June 14, 2019
    - John H. Koon, May 9, 2019
    - J. Michael Trapp
- Expert Report of Lisa Rodenburg in City of Hartford and Hartford Board of Education v. Monsanto et al. January 15, 2018
- Deposition of Lisa Rodenburg in City of Hartford and Hartford Board of Education v. Monsanto et al. February 17, 2018

**Government Regulatory Citations and Federal Register Publications**

- PL 89-272, October 20, 1965.
- PL 107-377, as amended through December 31, 2002.
- 21 CFR 109.30
- 40 CFR 761
- 41 FR 14134-14136
- 42 FR 26563 - 26577.
- 43 FR 7149 - 7164.
- 44 FR 31514, 31551 – 31553, 66851 - 66852.
- 45 FR 20473 - 20475.
- 47 FR 37342, 46980, 46980
- 49 FR 28172

Dec GMV Re: Opposition to Pl MILs 001508

- 52 FR 10688
- 53 FR 24206
- 54 FR 52716
- 63 FR 35384
- 75 FR 17645

**Environmental Protection Agency Documents and Communications**

- Interdepartmental Task Force on PCBs, PCBs and the Environment. Report No. ITF-PCB-72-1, March 20, 1972.
- USEPA, Development Document for Proposed Effluent Limitations: Guidelines and Standards for the Control of Polychlorinated Biphenyls in the De-Ink Subcategory of the Pulp, Paper and Paperboard Point Source Category000R82103.
- USEPA, Polychlorinated Biphenyl-Containing Wastes: Disposal Procedures. April 1, 1976.
- USEPA, PCBs in the United States: Industrial Use and Environmental Distribution. Final Report. February 25, 1976
- Versar, Inc. PCBs in the United States – Industrial Use and Environmental Distribution, Task 1. EPA 560/6-76-005. February 25, 1976
- USEPA, PCB Marking and Disposal Support Document. 1978
- USEPA, EPA's Final PCB Ban Rule, Over 100 Questions and Answers to Help You Meet these Requirements. June 1980 Revised Edition
- GCA Corporation, PCB White Paper. Prepared for the EPA Industrial Environmental Research Laboratory. Contract No. 68-02-3168, Work Assignment No. 12. October 3, 1980, p. 5.
- GCA Corporation, PCB White Paper. Prepared for the EPA Industrial Environmental Research Laboratory. Contract No. 68-02-3168, Work Assignment No. 12. October 3, 1980, p. 5.
- Acurex Corporation, Disposal of Polychlorinated Biphenyls (PCBs) and PCB-contaminated Materials, Volume 4: Test Incineration of Capacitors Containing PCBs. Prepared for the Electric Power Research Institute. EPRI Research Project No. 1263-2. September 1980.
- Ackerman, D. G. and R. Schofield, Guidelines for the Disposal of PCBs and PCB Items by Thermal Destruction. EPA-600/S2-81-022. July 1981, Table 1.
- TRW, Inc. Environmental Engineering Division, Guidelines for the Disposal of PCBs and PCB Items by Thermal Destruction. Prepared for the EPA Office of Pesticides and Toxic Substances. EPA-600/2-81-022. February 1981, pp. 175-202.
- "EPA Incinerator Approvals to Speed PCB Disposal". EPA Press Release, February 10, 1981.
- USEPA, The PCB Regulations under TSCA: Over 100 Questions and Answers to Help You Meet these Requirements. Revised Edition N0. 3. August 1983

- Jacobs Engineering Group, Inc. Potentially Responsible Party Search for the Spokane Junkyard and Associated Sites (SJA Site). EPA TES IV Contract #68-01-7351, Work Assignment No. 607. August 1988, pp. 9-11.
- Jacobs Engineering Group, Inc. Potentially Responsible Party Search for the Spokane Junkyard and Associated Sites (SJA Site). EPA TES IV Contract #68-01-7351, Work Assignment No. 607. August 1988, pp. 13-15
- Jacobs Engineering Group, Inc. Potentially Responsible Party Search for the Spokane Junkyard and Associated Sites (SJA Site). EPA TES IV Contract #68-01-7351, Work Assignment No. 607. August 1988, p. 128
- Ecology and Environment. Final On-Scene Coordinator Report for: Spokane Junkyard Removal. September 1991. P. 7.
- EPA PCB Q & A Manual, 1994 edition
- IEP Annual PCB Record, Reporting period January 1, 1995 thru December 31, 1995 [IEP00015]
- U.S. EPA, A Guide on Remedial Actions at Superfund Sites with PCB Contamination, (OSWER No. 9355.4-01 FS (Aug. 1990).
- ALTA Geosciences. Completion Report, Removal Action Construction, Spokane Junkyard and Associated Properties Superfund Site. January 1997
- Memorandum from Robert E. Fabricant, EPA General Counsel, and Susan B. Hazen, EPA Principal Deputy Assistant Administrator for Prevention, Pesticides and Toxic Substances, entitled "Interpretive Statement on Change in Ownership for Real Property Contaminated with PCBs". August 14, 2003.
- USEPA, Five Year Review: Spokane Junkyard and Associated Properties Superfund Site. September 29, 2006.
- USEPA, PCBs in Building Materials – Questions & Answers. July 28, 2015
- EPA PCB Transformer Database, all registrations 1998 to 2008: "all-reg1-08"
- https://www.epa.gov/sites/production/files/2015-10/documents/most_recent_registrations_excel_document.xls_.pdf
- http://business.spokaneairports.net/about-spokane-international.
- "EPA's Plan for Addressing PCBs in the Spokane River". July 14, 2015
- USEPA, PCBs in Building Materials – Questions & Answers. July 28, 2015, pp. 8-9
- US Department of Justice, Office of the Associate Attorney General, Memorandum Entitled "Limiting Use of Agency Guidance Documents in Affirmative Civil Enforcement Cases". January 25, 2018.
- Letter from Chris Hladick, USEPA to Maia Bellon, Director, Washington State Department of Ecology, entitled "The EPA's Reversal of the November 15, 2016 Clean Water Act Section 303(c) Partial Disapproval of Washington's Human Health Water Quality Criteria and Decision to Approve Washington's Criteria." May 10, 2019.
- https://www.epa.gov/sites/production/files/2019-03/national_spreadsheet_of_facilities_that_have_notified_of_pcb_activities_3-20-19.xlsx.
- https://www.epa.gov/enforcement/superfund-enforcement.
- https://www.epa.gov/superfund/superfund-cercla-overview.

- https://www.epa.gov/emergency-response/national-oil-and-hazardous-substances-pollution-contingency-plan-ncp-overview
- https://www.epa.gov/superfund/superfund-cleanup-process.
- https://www.epa.gov/superfund/applicable-or-relevant-and-appropriate-requirements-arars.
- https://www.epa.gov/pcbs/frequent-questions-about-polychlorinated-biphenyl-pcb-guidance-reinterpretation
- https://www.epa.gov/pcbs/polychlorinated-biphenyls-pcbs-building-materials.
- https://www.epa.gov/sites/production/files/2016-03/documents/practical_actions_for_reducing_exposure_to_pcbs_in_schools_and_other_buildings.pdf.

**Washington Department of Ecology Documents and Communications**

- Washington Department of Ecology. City Parcel Site fact sheet. www.ecy.wa.gov
- Washington Department of Ecology, General Electric CO site fact sheet.
- Washington Department of Ecology. City Parcel Site fact sheet. www.ecy.wa.gov.
- Washington Department of Ecology. Spokane River Upriver Dam and Donkey Island fact sheet. https://fortress.wa.gov/ecy/gsp/sitepage.aspx?csid=4213.
- Report on Examination of Inland Empire Paper Company, Millwood, Washington. January 1, 1926 to December 31, 1933. April 11, 1934.
- Washington Department Ecology Memo entitled "Spokane Industrial Park Receiving Water Survey. May 7, 1984.
- Washington Department of Ecology, Public Participation Plan for the Remedial Investigation and Feasibility Study of the General Electric – Spokane Site. August 1990.
- Washington Department of Ecology, Final Cleanup Action Plan, Former General Electric Spokane Shop. March 29, 1993.
- Washington Department of Ecology, Department of Ecology 1993-94 Investigation of PCBs in the Spokane River. Publication No. 95-310. February 1995.Washington Department of Ecology, Spokane River PCB Source Monitoring Follow-up Study, November and December 1995. July 1996. Publication No. 96-331.
- Letter from Dale George, DOE to Robert A. Dunn, McCormick, Dunn & Black entitled "Early Notice Letter for the City Parcel Property (former Spokane Transformer), Located at 708 North Cook Street, Spokane, Washington. September 9, 1997.
- Bechtel Environmental, Inc. GE Spokane Remedial Design/Remedial Action Project, Final Cleanup Action Report, Volume 1. August 1998.
- Washington Department of Ecology, Spokane River PCB and Source Survey, April 2001. Publication No. 01-03-016.
- Washington Department of Ecology, Spokane Area Point Source PCB Survey, May 2001. March 2002, Publication No. 02-03-009.

Dec GMV Re: Opposition to Pl MILs 001511

- Washington Department of Ecology, Periodic Review, General Electric/Spokane Site, 1997-2002. March 20, 2003.
- Washington Department of Ecology. Draft Feasibility Study Report, City Parcel Site. February 2004.
- Washington Department of Ecology. Draft Cleanup Action Plan, City Parcel Site. July 2004.
- Letter from Wayne D. Andresen, IEP to John Roland, DOE entitled "Comments to PCB Sedimentation in the Spokane River. April 20, 2005.
- Memo from Larry A. Esvelt on behalf of Inland Empire Paper entitled "PCB Contribution to Sediments in the Spokane River from Inland Empire Paper Company". April 19, 2005.
- Washington Department of Ecology, Responsiveness Summary: City Parcel Site, Enforcement Order No. 2691. October 4, 2005.
- Washington Department of Ecology, Frequently Asked Questions about Spokane River PCB Study. Report No. 06-10-043. June 2006.
- Washington Department of Ecology, Spokane River PCB TMDL Stormwater Analysis. Final Technical Report. December 2007.
- Washington Department of Ecology. Second Periodic Review, General Electric Spokane Site. April 2008.
- Washington Department of Ecology, Reducing Toxics in the Spokane River Watershed. July 2009.Washington Department of Ecology, Spokane River PCB Source Assessment 2003 – 2007. April 2011. Publication No. 11-03-013.
- NPDES Waste Discharge Permit No. WA0000892, June 23, 2011
- Washington Department of Ecology, Responsiveness Summary: Kaiser Trentwood Site, CSID 7093, FSID 53481373. September 2012.
- Washington Department of Ecology, Spokane River Urban Waters Source Investigation and Data Analysis Progress Report (2009-2011): Source Tracing for PCB, PBDE, Dioxin/Furan, Lead, Cadmium, and Zinc.
- Washington Department of Ecology, Kaiser Trentwood Site Update. Publication Number 12-09-34. August 2012.
- Washington Department of Ecology. Third Periodic Review (Final), General Electric Spokane Site. May 2013.
- GeoEngineers, Work Plan: Supplemental Remedial Investigation, City Parcel Site, Spokane, Washington. May 15, 2014.
- Stone, Alex, Sc. D.: Polychlorinated Biphenyls (PCBs) in General Consumer Products; State of Washington Department of Ecology Publication No. 14-04-035, June 2014.
- Memo from Adriane P. Borgias, DOE to Jeffrey Bell et al entitled "*PCB TSCA Reform Coalition Agenda*". November 4, 2014.
- Letter from Douglas P. Krapas, Environmental Manager, Inland Paper, to Pat Hallinan, Water Quality Permit Coordinator, Washington Department of Ecology, entitled "Inland Empire Paper Company NPDES Permit No. WA 000082-5 Renewal. April 29, 2016.
- Fact Sheet for NPDES Permit WA0000892, Kaiser Aluminum Washington, LLC. Draft – Public Review. June 20, 2016.

- Washington Department of Ecology, A Review of Select PCB Source Tracing Programs. July 2016
- Draft NPDES Waste Discharge Permit No. WA0000892, June 30, 2016.
- Borgias, Adriane P.: PCB: The Pollution Prevention Approach. Presented to USEPA. April 27, 2017.
- Washington Department of Ecology, Quality Assurance Project Plan: Spokane River Urban Waters Investigation of PCBs in Soils and Stormwater associated with Demolition Activities. Publication No. 17-10-010. August 2017.
- Stone, Alex, Sc. D.: Polychlorinated Biphenyls in Consumer Products. State of Washington Department of Ecology Publication No. 16-04-014. November 2016.
- Variance Application for Inland Empire Paper Company NPDES Permit No. WA 000082-5. April 30, 2019.
- Kaiser Aluminum, Water Quality Variance Application, Kaiser Trentwood, NPDES Permit No. WA0000892. April 29, 2019.
- Century West Engineering, Liberty Lake and Water District; Water Quality Variance Application. April 30, 2019.
- Inland Empire Paper Company, Variance Application for Inland Empire Paper Company NPDES Permit No. WA 000082-5. April 30, 2019.
- Spokane County Water Quality Variance Application – NPDES Permit No. WA0093317. April 30, 2019.

## City of Spokane/SRRTTF Miscellaneous Documents and Communications

- City of Spokane, Report on Polychlorinated Biphenyls (PCB) within Departments of the City of Spokane. August 2, 2001.Spokane County, Washington, Stormwater – Operations and Maintenance Plan. As required by Eastern Washington Phase II Municipal Stormwater Permit. December 2010.
- City of Spokane Stormwater. Presented at the Spokane River Forum Conference March 26, 2013.
- Spokane River Regional Toxics Task Force, Draft Meeting Summary, June 26, 2013.
- PCB Product & Products in Packaging Procurement Policy. City of Spokane Ordinance N0. ORD C35099. May 8, 2014.
- CH2M Hill. Integrated Clean Water Plan (Final). December 2014.
- City of Spokane Combined Sewer Overflow (CSO) Annual Report, Calendar Year 2014. NPDES Permit No. WA-002447-3.
- E-mail exchange between Adam McDaniel and Bart Mihailovich entitled "PCB Ordinance Update". March 11-13, 2014.
- City of Spokane RPWRF Laboratory, Quality Assurance Project Plan (QAPP) and Sampling and Analysis Plan (SAP): PCB Characterization of Spokane Regional Vactor Waste Decant Facilities. April 2015.
- City of Spokane Wastewater Department, PCBs in Municipal Products (revised). July 21, 2015
- City of Spokane RPWRF Laboratory, Report: PCB Characterization of Spokane Regional Vactor Waste Decant Facilities. September 2015.

- Notice of Airport Board Meeting. Tentative Agenda for the October 20, 2016 Board Meeting. Consent Agenda Item #3: "Approve Procurement of Roadway Deicing Product (Magnesium Chloride) – Roadwise, Inc."
- Memo from Lisa Rodenburg to Lisa Dally Wilson entitled "SRRTTFWorkshop_final agenda and session documents. Date unknown, approximately February 8, 2016.
- LimnoTech, Comprehensive Plan to Reduce Polychlorinated Biphenyls (PCBs) in the Spokane River. Prepared for the Spokane River Regional Toxics Task Force. November 29, 2016.
- Letter from Mayor David A. Condon to Maia Bellon, Director, Washington State Department of Ecology. December 22, 2016.
- LimnoTech, Comprehensive Plan to Reduce Polychlorinated Biphenyls (PCBs) in the Spokane River. Prepared for the Spokane River Regional Toxics Task Force. November 29, 2016.
- Letter from Mayor David A. Condon to Donald Benton, Senior White House Adviser for the EPA Transition, USEPA Headquarters. February 7, 2017.
- Letter from Mayor David A. Condon to Chris Hladick, Region 10 Administrator, USEPA. March 26, 2018.
- City of Spokane Variance Application, Washington State Human Health Water Quality Standard for Total Polychlorinated Biphenyls. April 29, 2019.
- Spokane River Regional Toxics Task Force. Members of the community, stewards of the river. Undated presentation.
- http://spokane river.net/outreach-resources/spokane-river-public-guide/status-of-toxic-chemicals-heavy-metals/
- CH2M Hill, City of Spokane CSO Plan Amendment (Draft) (undated).

**Other Government Documents**

- American Conference of Governmental Industrial Hygienists. TLVS Threshold limit values and biological exposure indices for 1985-86. Cincinnati: ACGIH, 1985:5,6,13.
- U.S. Department of Health and Human Services Agency for Toxic Substances and Disease Registry, Toxicological Profile for Polychlorinated Biphenyls. November 2000, p. 457.
- https://www.osha.gov/dsg/annotated-pels/tablez-1.html.

**Monsanto Documents**

- Monsanto Chemical Company, Revised Pydraul Formulations, July 10, 1961.
- Monsanto Customer Call Report, Reynolds Metals Co., Richmond, VA, referencing Reynolds Metals recently experiencing "two air compressor explosions, one causing a death". January 29, 1965.
- Letter from R. P. Sullivan, Monsanto Sales Manager, Eastern Region to L. L. Barker, General Electric Company entitled "Scrap Pyranol". November 8, 1968.

Dec GMV Re: Opposition to Pl MILs 001514

- Pier, A. F., 1972. Monsanto Company, Incineration of Polychlorinated Biphenyls. Review Copy. MONS 0444175 - MONS 044183
- Monsanto, Letter to PCB customers. August 3, 1973.
- Monsanto, Transformer Askarel Inspection and Maintenance Guide. Bulletin No. IC/F F-38R (Revised March 1975).
- Monsanto, Askarel Inspection and Maintenance Guide. Bulletin No. IC/FF-38R (Revised March 1975).
- Monsanto, Pydraul Fire-Resistant Hydraulic Fluid: A guide to selecting the correct Pydraul fluid for hydraulic systems.
- Monsanto Advertisement, The Iron Age.
- Monsanto, Polychlorinated Biphenyls (PCBs): A report on the Uses, Environmental and Health Effects and Disposal.

**Production**

- IEP00873, 1009, 3590-92
- MCL000005-MCL000012; MCL000094 – MCL000105, MCL000184–190, MCL000397–398, MCL000440-461, MCL000611-640, MCL000691-696, MCL02794-960, MCL003102-3418
- PCB-ARCH0048779, PCB-ARCH0168693-725, PCB-ARCH0247276-290, PCB-ARCH0277364-388, PCB-ARCH0298272-0298286, PCB-ARCH0588885–905, PCB-ARCH0163690-693, PCB-ARCH0036393-396, PCB-ARCH0168665-692; PCB-ARCH0163708-715, PCB-ARCH0168626-633, PCB-ARCH0206370-397 , PCB-ARCH0255676-711, PCB-ARCH0450243 - PCB-ARCH0450244, PCB-ARCH0523916-943
- WATER_PCB-00038836, 38837, 38883-385, 38859, 38890, 38892, 38894, 38896, 38900, 38902, 38904, 38911, 38919, 38923, 38925, 38927, 39138-41, 39143-147, 39151, 39153-156, 39158-159, 39161, 39189, 39188, 39191, 39192, 39292,-294, 39304, 39303, 39301-2, 39305-12, 39336, 39334, 39339, 39341, 39343, 39353, 39350-352, 39360, 39362, 39364-366, 39386, 39388, 39413-444,

**Letters and Other Miscellaneous Communications**

- Letter from Roderick A. Cameron, EDF to Pierre Wilkins, Monsanto. Dated August 24, 1970
- Letter to Patrick Blau, Kaiser Trentwood from Hart Crowser, Inc., June 26, 1991 entitled "Interim PCB Cleanup Report". June 26, 1991.
- Letter from Martha M. Maier, ALTA, to Rick Fink, Inland Empire Paper Company (with laboratory report). August 12, 2002.
- Letter from Blasland, Bouck & Lee to Rick Fink, Inland Empire Paper entitled "*Review of Final Report of Wastewater and Sludge Sampling at Inland Empire Paper Company June 2, 2002*". June 16, 2003.

- Alta Analytical Laboratories, letter and laboratory report to Mr. Richard Fink, IEP. January 6, 2004. [IEP03423]
- Letter from Wayne Andresen, IEP to John Roland, Washington Department of Ecology, "Comments to PCB sedimentation in the Spokane River". April 20, 2005
- Memorandum from Esvelt Environmental Engineering entitled "PCB Contribution to Sediments in the Spokane River from Inland Empire Paper". April 19, 2005.

**Papers, Presentations, and Articles**

- Carr, R. et al, PCBs Involvement in the Pulp and Paper Industry, Task 4. EPA Contract 68-01-3259. February 25, 1977.
- Christie, R. Inadvertent PCB formation from a pigment chemistry perspective (GCE307). Presented at the 20th Annual Green Chemistry & Engineering Conference, June 14-16, 2016.
- Christie, R.: *Inadvertent PCB formation from a pigment chemistry perspective.* 20th Annual Green Chemistry and Engineering Conference. June 16, 2016, p. 19.
- Christie, R. M. et al, Potential alternatives for 3,3"-dichlorobenzidine as tetrazo components for dialyride yellow and orange pigments, Part 1: p-Phenylenediamine and its derivatives. Dyes and Pigments (2009) 245. [IEP03807]
- Duke, T. W., Lowe, J. I., and Wilson, A. J., 1970. A Polychlorinated Biphenyl (Aroclor 1254) in the Water, Sediment, and Biota of Escambia Bay, Florida. Bulletin of Environmental Contamination and Technology, 5(2): 171-180.
- Erickson, M. et al, "Applications of Polychlorinated Biphenyls." Environ.Sci.Pollut.Res (2010) 18:135-151.
- Gennet, R and L. Schmidt. An Adaptive Management Plan for PCBs in Stormwater Sediments. City of Spokane (undated)
- Grossman, Elizabeth. "Nonlegacy PCBs: Pigment Manufacturing By-Products Get a Second Look". [IEP04587]
- Guo, J., P. Praipipat, and L. Rodenburg: *PCBs in pigments, inks and dyes: Documenting the problem.* Department of Environmental Sciences, School of Environmental and Biological Sciences: Rutgers University. June 19, 2013.
- Heine, L. Inadvertent PCBs in Pigments: A Case for Collaborative Market Innovation for a Circular Economy. Presented to the SRRTTF, June 27, 2018.
- Johnson, k. HDR Engineering Treatment Technology Review and Cost Assessment. Presented to the Washington State Energy, Environment, and Telecommunications Committee, January 16, 2014. [SPOKANE-PRR-0071876]
- Notes on the News, New Scientist, p. 612.  December 13, 1966.
- Oppelt, op cit. Oppelt, E. Timothy. 1987 "Incineration of Hazardous Waste – A Critical Review." JAPCA. 37(5): 558-586. May
- Risebrough, R.W.; Rieche, P.; Peakall, D. B.; Herman, S. G.; and Kirven, M. N. 1968.  Polychlorinated Biphenyls in the Global Ecosystem. Nature, Vol. 220, pp. 1098–1102.  December 14.  (PCB ARCH0105220 – PCB-ARCH0105224).

- Rodenburg, Lisa: *PCBs: An Update*. Department of Environmental Sciences, School of Environmental and Biological Sciences: Rutgers University. PCB Webinar, September 25, 2017. (transcript of oral presentation).
- Rodenburg, Lisa, et al.: *Polychlorinated Biphenyls in Pigments: Inadvertent Production and Environmental Significance*; Colora Technol 131: 353-369 (2015)
- Rodenburg, Lisa: "*Known Inadvertent PCB Sources.*" (Undated PPT Presentation). Exhibit 6 to Deposition of Dr. Lisa Rodenburg in the matter of City of Hartford vs. Monsanto Company et al. United States District Court, District of Connecticut. No. 3:15-CV-01544 (RNC). February 7, 2018.
- Rodenburg, Lisa: PCB Webcast excerpt, "Spokane County Wastewater Treatment Plant". September 25, 2017.
- Rodenburg, Lisa: *PCBs: An Update*. Department of Environmental Sciences, School of Environmental and Biological Sciences: Rutgers University. PCB Webinar, September 25, 2017. (transcript of oral presentation).
- Rodenburg, Lisa: *Identifying PCB Sources Through Fingerprinting*. Department of Environmental Sciences, School of Environmental and Biological Sciences: Rutgers University.
- Rushneck, D. R. et al, Concentrations of dioxin-like PCB Congeners in Unweathered Aroclors by HRGC/HRMS using EPA Method 1668A. Chemosphere. 2004 Jan:54(1):79-87.
- Schmidt, L. "The Search for Inadvertently Produced PCBs. Presentation to the Spokane River Forum, 2014, Coeur D'Alene, Idaho.
- Schmidt, L. Spokane Toxics Task Force – Crafting Toxic Reduction Strategies on a Watershed Scale.
- Seattle Public Utilities, Water Operations Stormwater Best Management Practices. PNWS-AWMA Presentation, May 9, 2013. Spokane, Washington.
- Shang, H. et al. The presence of polychlorinated biphenyls in yellow pigment products in China with emphasis on 3,3'-dichlorobiphenyl (PCB 11). Chemosphere 98 (2014) 44-50.
- Zambrano, J. and K. Walter. A Survey of PCB in Wastewater from Paper Recycling Operations. Presented at the North East Regional Meeting of the National Council of the Paper Industry for Air and Stream Improvement, Inc. November 1, 2, 1978. Boston, MA.
- Herkert, N. et al, Emissions of Tetrachlorobiphenyls (PCBs 47, 51, and 68) from Polymer Resin on Kitchen Cabinets as a non-Aroclor Source to Residential Air. Environ. Sci. Technol. Draft. Undated.
- "Managing PCBs". EPRI Journal, October 1981, p. 26.
- "Lexington Man is Killed in Blast at Rockdale Alcoa Plant." The Caldwell News and The Burlington County Register (Caldwell, TX), Vol. 67, No. 38, Ed 1 Friday, April 29, 1955.
- Inland Empire Paper Company, TSCA Reform Background Information: PCB Paradox. [IEP_SPO_TP0000005668-5669]

**Miscellaneous Reports and Reference Documents**

- Manufacturing Chemists' Association, Inc. (MCA), 1946, 1949, 1953, 1956, 1961, and 1970. *Guide to Precautionary Labeling of Hazardous Chemicals, Manual L-1.*
- MCA, 1961. Recommended Safe Practices and Procedures, Disposal of Hazardous Wastes. Safety Guide SG-9.
- American National Standard Guidelines for Handling and Disposal of Capacitor- and Transformer-Grade Askarels Containing Polychlorinated Biphenyls. ANSI 107.1-1974. January 9, 1974.
- ANSI, 1974. American National Standard: Guidelines for Handling and Disposal of Capacitor- and Transformer-Grade Askarels Containing Polychlorinated Biphenyls. ANSI C107. 1-1974
- Gann, Richard G., Development of Flammability Criteria for Transformer Dielectric Fluids. Prepared for the U.S. Department of Energy Electric Energy Systems Division. Publication No. NBSIR 80-1992. February 1980.
- Myriad Systems and Services, Inc. Spokane Transformer Site Final Baseline Report. March 21, 1990.
- Boutwell, Florence Otto, The Spokane Valley: Volume 4, The Naval Supply Depot at Velox. Chapter 6 (undated, approximately 1996)
- SAIC, Report of the Wastewater and Sludge Sampling at Inland Empire Paper Company, Spokane, Washington, Revision 1. April 4, 2003. Pp. 9-10.
- GeoEngineers, Draft Industrial Wastewater System Sampling Report, Kaiser Trentwood Facility, Spokane Valley, Washington. October 28, 2008.
- GeoEngineers. Final Cleanup Action Report, City Parcel Site. October 5, 2009.
- Hart Crowser. Final Site-Wide Soil Remedial Investigation, Kaiser Trentwood Facility. Volume 1, May 2012.
- Hart Crowser, Draft Final Focused Feasibility Study, Kaiser Trentwood Facility, West Discharge Ravine. July 19, 2012.
- Hart Crowser. Final Site-Wide Soil Remedial Investigation, Kaiser Trentwood Facility. Volume 1, May 2012.
- Hart Crowser. Final Site-Wide Soil Remedial Investigation, Kaiser Trentwood Facility. Volume 1, May 2012.
- ALTA Analytical Laboratory, Report to Mr. Richard Fink, IEP, January 06, 2004. [IEP03423]
- Superfund Site: NORTHSIDE LANDFILL, SPOKANE, WA. (Defendants' First Amended Answer to Complaint and Counterclaims, p. 299)
- EPA Superfund Record of Decision: Northside Landfill, WA. (Defendants First Amended Answer to Complaint and Counterclaims, p. 305)
- EPA Preliminary Site Assessment, Spokane Transformer. TDD #10-8511-03.

## OTHER DOCUMENTS AND MATERIALS REVIEWED

**Spokane Production**

- SPOK-SPOKANE-PRR-0433555-6, 0733675, 0829983, 0904115, 0954608, 1554641-44, 1554669, 1870710
- SPK_REV_CNTRL00001995
- 2011 City Council WQ Retreat
- City 2014-stormwater-management-program
- Spokane BOH 072811 Minutes
- Spokane Consent Decree Compliance Report 2012
- CSO Amended Plan 2013 CH2M Hill
- CSO Annual Report 2014
- SW Adaptive Plan 2013
- SW Adaptive Plan 2014

**Ecology, EPA Production**

- SP0000003, 19-21, 23-36
- EPA-R10-2017-008526 (Kaiser)

**Monsanto Production**

- Water_PCB_00038835-39551, 39694-42796

**Other Reference Articles**

- Breivik, K. et al, Towards a global historical emission inventory for selected PCB congeners – A mass balance approach. 3. An Update. Science of the Total Environment 377 (2007) 296 – 307.
- Diamond, M. L. et al, Estimation of PCB Stocks, Emissions, and Urban Fate: Will our Policies Reduce Concentrations and Exposure? Environ. Sci. Technol. 2010, 44, 2777-2783.
- Guo Z, Liu X, Krebs KA, Stinson RA, Nardin JA, Pope RH, and Roache NF. (2011). Laboratory Study of Polychlorinated Biphenyl (PCB) Contamination and Mitigation in Buildings Part 1. Emissions from Selected Primary Sources. National Risk Management Research Laboratory, U.S. EPA. EPA/600/R-11/156, October 2011.
- Klosterhaus S, McKee LJ, Yee D, Kass JM, Wong A. Polychlorinated biphenyls in the exterior caulk of San Francisco Bay Area buildings, California, USA. Environment International 66 (2014) 38–43
- Kohler, M, Tremp J, Zennegg M, Seiler C, Minder-Kohler S, Beck M, Lienemann P, Wegmann L, and Schmid P. (2005). Joint Sealants: An Overlooked Diffuse Source of Polychlorinated Biphenyls in Buildings. Environ Sci Technol, 39:1967-1973.
- Robson, M. et al, Continuing Sources of PCBs: The significance of building sealants. Environmental International 36 (2010) 506-513.

81

- Shanahan, K. et al, Inventory of PCBs I Chicago and Opportunities for Reduction in Airborne Emissions and Human Exposure. Environ. Sci. Technol. 2015, 49, 13878-13888.
- Sundahl, M.; Sikander, E.; Ek-Olaussen, B.; Hjorthage, A.; Rosell, L.; Tornevall, M. Determinations of PCB within a project to develop cleanup methods for PCB-containing elastic sealant used in outdoor joints between concrete blocks in buildings. J. Environ. Monit. 1999, 1, 383-387
- Thomas, K, Jianping X, Williams R, Jones P, Whitaker D. 2012. Polychlorinated Biphenyls (PCBs) in School Buildings: Sources, Environmental Levels, and Exposures, EPA, Office of Research and Development, National Exposure Research Laboratory, EPA/600/R-12/051

Dec GMV Re: Opposition to Pl MILs 001520

Appendix B:  Resume of John P. Woodyard, PE

Dec GMV Re: Opposition to Pl MILs 001521

# John P. Woodyard, PE, QEP

610 Paradise Lane
Libertyville, Illinois 60048
847-826-8131

johnwoodyardpe@gmail.com

## Registrations

- Registered Professional Engineer in the States of California and Colorado
- Qualified Environmental Professional (QEP)

## Credentials

- M.S., Mechanical Engineering—University of Illinois (1976)
- B.S., Industrial Engineering—University of Illinois (1974)

## Specialty: PCB Management

- PCB regulatory compliance, interpretation, and permit negotiation;
- PCB-impacted property site assessment and investigation, remedial design, self-implementing and risk-based remedial permitting, and remedial implementation;
- Building and equipment PCB decontamination technology and regulatory issues, including facility decommissioning;
- PCB spill response and emergency cleanup practices;
- PCB treatment and disposal technology
- PCB-related CERCLA project involvement
- Audits of past and present PCB management practices;
- PCB treatment and disposal technology and permitting.
- Management of non-liquid PCBs
- Acquisition due diligence involving PCBs;

## Affiliations

Air and Waste Management Association
- International Board of Directors (1996-99)
- Fellow Member (1995)
- Chairman, Waste Division (1985-1988)
- Chairman, Technical Council (1993-1996)

Editorial Review Board, *Journal of the AWMA (1996-2002)*

Editorial Review Board, *Journal of Environmental Regulation (1990-1998)*

Institute for Professional Environmental Practice

Dec GMV Re: Opposition to Pl MILs 001522

- Board of Trustees (2000-2017)
- QEP Exam Advisory Committee (2000-2005)
- President (2007-2010)

IPEP Foundation
- President (2010-2017)

Western Energy Institute/Pacific Coast Gas Association
- Environmental Committee (Chairman, 2000)

Commonwealth Club of California Environmental Committee (Chairman, 1994-97)

Southern California Waste Management Forum (Chairman, 1986)

Los Angeles County Hazardous Waste Planning Committee (1985-1988)

## Employment History

| | |
|---|---|
| 2014-Present | Independent Consultant |
| 1988-2014 | Weston Solutions, Inc./Roy F. Weston |
| 1983-1988 | International Technology Corporation |
| 1975-1983 | SCS Engineers |
| 1974-1975 | U.S. Army Corps of Engineers Construction Engineering Research Laboratory |

Dec GMV Re: Opposition to Pl MILs 001523

# Project Experience

Mr. Woodyard has over 44 years of professional experience as a consulting engineer and remedial contractor specializing in all aspects of PCB management. His experience includes literally hundreds of PCB management assignments spanning the above list of specialties.

The following examples illustrate the range of Mr. Woodyard's expertise.

## PCB Remediation Permitting and Implementation

**Risk-Based PCB Disposal Approval Applications, Various Clients, Project Director/Consultant.** Assisted numerous clients in the pursuit and/or acquisition of 40 CFR 761.61(c) Risk-Based Disposal Approvals for an assortment of TSCA PCB compliance issues, focusing primarily on spill cleanup and site remediation.

**Focused Site Investigation and Decontamination/Remediation, Illinois, North Shore Gas, Project Director.** Provided direction for coordination and execution of field activities at this PCB-impacted site. Scope involved building decontamination/soil remediation and reporting activities to be completed for EPA and under the Illinois Voluntary Site Remediation Program

**Site Investigation and Remedial Planning and Implementation, Centerpoint Energy, Minnesota, Project Director.** Developed and implemented a site investigation for an active peak shaving facility that formerly used PCB as an air compressor lubricant. Scope of work included remedial planning, development of a bid specification, and selection and management of a remedial contractor for the building and air compressor system.

**Site Investigation and Remedial Planning and Implementation, El Paso Natural Gas LLC, Andrews, Texas, Project Director.** Developed and implemented a PCB site investigation for the former site of a natural gas compressor station. Scope of work included site investigation, remedial planning, development of a bid specification, development of a self-implementing EPA disposal approval application, and oversight of the remedial contractor during the 30,000-cu yd. excavation project.

**Site Investigation and Remedial Planning and Implementation, Kinder Morgan/Colorado Interstate Gas, Wyoming & Colorado, Project Director.** Developed and implemented a PCB remediation program at 3 active natural gas compressor stations. Scope of work included site investigation, remedial planning, development of bid specifications, development of self-implementing EPA disposal approval applications, and oversight of the remedial contractor during the excavation.

**Spill Assessment and Remediation, Pennsylvania, Technical Advisor**. Helped advice project team on complex spill situation in urban cemetery, including structural and cross-contamination impacts on adjacent hospital.

## CERCLA PCB Matters

**RSE-EE/CA Consulting Support for Contaminated Buildings at NPL Site, PCB Inc. Steering Committee, Consultant.** Provided technical support to Technical and Allocation Committees for assessment and remedial planning stages of CERCLA project, at former site of PCB treatment contractor/broker. Participated in generating or reviewing all technical documents and negotiation of innovative risk assessment implementation strategy with EPA Region 7.

**PCB Contamination Assessment, Remedial Planning, and Waste Management, Rocky Mountain Arsenal, CO, U.S. Army, Technical Advisor.** Responsible for advising Army and WESTON project personnel on PCB decontamination/remedial technology selection, cleanup standards, and sampling/analytical strategy.

**Remedial Design/Construction Oversight, Coal Creek (NPL) Site, Washington (Electric Utility PRP Group), Project Director.** Implemented RD/RA involving on-site incineration of 10,000 tons of PCB soil, tank removal, building demolition, and on-site landfill at a former transformer salvage yard.

## Electric Utility PCB Management

**Electric Substation Assessment and Remediation, San Antonio, TX, City Public Service, Project Director.** Responsible for assessment of PCB contamination at four substations, including agency negotiations, work plan development, and remedial specifications and construction oversight.

**PCB and Asbestos Removal from a Former Power Plant Site, City of Austin, Texas Power and Light, Project Director.** Implemented state RCRA remedial design, construction, and closure program for abandoned power plant foundation, underground tanks, and wet well that were allegedly backfilled with PCB and asbestos-containing soil.

**PCB Disposal Manual, Electric Power Research Institute, Project Manager.** Responsible for development of the first (1979) and second (1985) editions of the Manual.

**Case Study Evaluation of PCB Fires, Various Locations, Electric Power Research Institute, Project Manager.** Development comprehensive analysis of two major PCB fires in San Francisco, CA, and Binghamton, NY, including specific recommendations for utility risk management.

**PCB Spill Cleanup Modeling Support, Edison Electric Institute, Project Manager.** Developed spill scenarios and modeling cost statistics in support of utility comments on "Totally Enclosed" rule.

## PCB Building and Equipment Decontamination

**Development and Implementation of a Self-Implementing Strategy for Removing PCB-Containing Paint from Equipment, Project Manager/Consultant, Transwestern Pipeline. Arizona.** Responsible for developing a strategy for testing and removal PCB-containing paint on natural gas equipment as part of the demolition and salvage of three stations. Included development of work plans, bid documents, and environmental oversight of decontamination and demolition work.

**Power Plant Decontamination, Assessment and Remedial Engineering, Austin, TX, City of Austin Electric Utility Department, Project Director.** Conducted plant interior contamination assessment following discovery of vent screen oil bath cross contamination, developed plant and drain line decontamination specification for bid, and managed remedial program on site.

**PCB Decontamination of Die Casting Facility, Central Illinois, Project Director.** PCB contamination assessment and remediation in operating die-casting facility, including engineering of wastewater treatment system modifications and decontamination/encapsulation of plant floor and drainage system.

**Spill Assessment, Building Remedial Engineering, Cleanup Oversight and Demolition Support, Colorado, Rocky Mountain Steel Mills, Project Director.** Following a major PCB spill inside an operating steel mill, implemented a comprehensive site investigation, developed a remedial plan and bid specification, and managed the contractor selection and cleanup.

**Specialty Chemical Plant Contamination Assessment and Remedial Design, New Jersey, Project Director/Technical Advisor**. This project involved a chemical plant where PCBs had been used as a heat-transfer fluid. Work included sampling, assessment, cleanup standards negotiation, remediation, and expert-witness testimony.

**Assessment and Remediation of Past Chemical Contamination at an Operating Electrical Component Manufacturing Facility, Project Director**. Work included preliminary and detailed assessment of contamination in and around plant under state RCRA, employee risk assessment, and standards negotiation with state regulatory agency, remedial design, and emergency decontamination of plant equipment.

**Assessment, Remedial Planning, and Decontamination of High-Temperature Hydraulic Presses and Press Pits, Pratt & Whitney, East Hartford, CT, Project Director.** Investigated presence of residual PCBs in jet engine plant resulting from previous use in hydraulics. Developed and implemented large press and pit decontamination plan for over 100 presses.

## Natural Gas PCB Management

**Pipeline Abandonment Technology Literature Review and Technology Selection, Gas Distribution Industry Consortium, Project Manager.** Managed multi-year investigation of technologies for sampling, filling, and decontaminating natural gas pipe contaminated with PCBs, based on requirements set forth in PCB "Mega-rule". Project included extensive literature of potentially applicable technologies, followed by field demonstration of several systems.

**PCB Management Planning for Natural Gas Distribution Companies, Project Director**. Assisted several US gas companies to develop and implement PCB management programs and associated field procedures in response to EPA PCB Mega-rule requirements.

**Development of EPA Approval Applications for PCB-Impacted Pipe Soaking and Cleaning. National Grid, Project Manager.**

**Development and Implementation of a Testing Program for Wipe Sampling Small-Diameter Natural Gas Pipe Using a Specially Designed Device. NySearch, Project Manager.**

**Plastic Pipe PCB Absorption Research, NySearch/National Grid, Technical Advisor.** Research project to determine the extent to which PCBs in gas pipeline condensate penetrates high- and medium-density gas pipe, for purposes of disposal profiling.

**Natural Gas Pipeline Contamination Litigation, Various Location, Multiple Clients, Expert Witness.** Supported gas transmission companies in several suits involving inadvertent use of PCB valve grease in high pressure valves.

**Remedial Design, Coal Creek (NPL) Site, Washington (Electric Utility PRP Group), Project Director.** Implemented RD/RA involving on-site incineration of 10,000 tons of PCB soil, tank removal, building demolition, and on-site landfill at a former transformer salvage yard.

**Natural Gas Systemwide Contamination Assessment, Midwestern Gas Transmission Company, Project Director.** Responsible for developing system sampling strategy, data interpretation, and development and negotiation of PCB management/remediation work plan with EPA.

**PCB Management Planning, Various Clients, Project Director and Principal Author.** Prepared a broad range of PCB management planning documents for electric and gas utility clients, including Peoples Energy, Nicor, New Jersey Natural Gas, and Minnegasco.

**Gas Pipeline Contamination Assessment and Remedial Technology Research Program, Various Locations, Gas Research Institute, Project Director.** Manage multi-year PCB management research program in support of gas transmission and distribution companies throughout the U.S. Responsibilities include monitoring and assessment of PCB remediation technologies, statistical sampling guidance, and risk assessment. Additional activities include case study monitoring of ongoing remediation projects and innovative remedial technologies.

**Natural Gas Systemwide Remedial Planning Support, Various Locations, Eastern Gas Transmission Company, Technical Advisor**. Responsible for technical support to multi-state PCB remedial planning effort under CERCLA Administrative Order, focusing specifically on compressed air system decontamination.

**Systemwide Decontamination Planning and Implementation at 50 Compressor Stations Nationwide, Panhandle Energy, Project Director.** Performed extensive PCB investigation of building, equipment, and site contamination throughout the Midwest, developed bid specifications and work plans, and provided full time on-site management during implementation.

**Risk Assessment for PCB Use in Canadian Natural Gas Systems, GRI Canada, Project Director**. Conducted risk assessment for various scenarios involving PCB release for gas pipelines, in support of industry response to Environment Canada rulemaking for PCBs in gas pipelines.

## Compliance Audits

**TSCA Compliance Audit, Electrical Components Manufacturing Facility, Project Director.** Internal compliance audit for major manufacturing facility, including litigation/penalty defense.

**Electrical Equipment Survey/Audit, Various Locations, State of California, Project Manager**. PCB electrical equipment survey/audit at 94 State of California facilities, including

Dec GMV Re: Opposition to Pl MILs 001527

TSCA compliance and electrical code inspection, remedial engineering and cost estimates, and PCB disposal/management plans statewide.

**Environmental Management Program Audits, Austin, TX, City of Austin Electric, Project Director.** Performed complete review of environmental management program for $500 million public power company, including detailed interviews with all levels of management and operations personnel; review of job descriptions and policies and procedures; and development of a consensus environmental mission statement through a senior management workshop.

**PCB Management Compliance Audit, Confidential Investor-Owned Electric Utility, Project Director/Auditor.** Conducted company-wide audit of past/present PCB management practices and procedures, focusing on changes in management requirements brought about under the 1998 PCB Disposal Amendments.

**PCB Management Compliance Audit, Confidential Municipal Utility, Project Director/Auditor.** Conducted company-wide audit of past/present PCB management practices and procedures for one of the largest municipal utilities. Scope of work included inspection of numerous service center, substations and corporate office, and development of a detailed report and inspection log.

**PCB Management Procedures Update, Hawaiian Electric, Project Manager.** Conducted company-wide review of PCB management procedures and revised procedures focusing on changes in management requirements brought about under the 1998 PCB Disposal Amendments.

**PCB Management Compliance Audit, Confidential Investor-Owned Electric & Gas Utility, Project Director/Auditor.** Conducted company-wide audit of past/present PCB management practices and procedures, focusing on changes in management requirements brought about under the 1998 PCB Disposal Amendments.

## PCB Spill and Fire Response

**Power Plant Fire Contamination Assessment and Remedial Engineering, Montana Lumber Mill, Project Director.** Following fire that damaged nearby PCB equipment, initiated sampling and containment response on emergency basis. After results and risk assessment showed cleaning to be infeasible, developed demolition specification and managed waste disposal and demolition contractors.

**Assessment and Remedial Oversight, Spill/Fire at Substation Offices, Florida, Florida Power and Light, Project Director.** Responsible for building contamination assessment, remedial options analysis, and remedial oversight for demolition of former power plant building in Miami Beach contaminated by electrical fire. Work included two phases of remedial procurement specification and field management of remedial and waste disposal contractors over a 9-month period of performance.

**Spill Response and Cleanup, Indianapolis Television Station, Project Director.** Responded to equipment fire at a television transmitter. Work included emergency sampling investigation and management of cleanup work for PCBs and asbestos, and support for building renovation and transmitter replacement.

Dec GMV Re: Opposition to Pl MILs 001528

**Emergency Spill and Fire Responses, Various Locations, Multiple Clients, Project Director/Technical Advisor.** This project involved numerous emergency PCB spill and fire responses and subsequent remedial efforts, including Louisiana State University (LSU) Medical Center, Shreveport, Louisiana; Columbus and Southern Ohio Electric Company, Columbus, Ohio; Owens Illinois, Oakland, California; Exxon, Baton Rouge, Louisiana; NASA, Cleveland, Ohio; and Pennsylvania Power and Light, Scranton, Pennsylvania.

## Non-Liquid PCB Management

**PCB Galbestos Contamination Assessment, Decontamination Oversight, and EPA Permitting/Enforcement Support, Akron Airdock Continued Use Authorization, Lockheed Martin, Project Director/Consultant.** Assisted client with characterizing site contamination from use of PCB-containing roofing material on huge airship hangar. Responsible for oversight and confirmation of building contents contamination. Assisted in developing EPA approval strategy for continued use of the Airdock as well as negotiating several approvals and consent agreements associated with building decontamination and waste disposal.

**PCB Galbestos Contamination Assessment, Decontamination Oversight, and EPA Permitting/Enforcement Support, Riverbank Local Redevelopment Authority, Project Director/Consultant.** Assisted client with characterizing site contamination from use of PCB-containing roofing material on former Army ammunition plant BRAC transfer. Responsible for oversight and confirmation of building contents contamination. Assisted in developing EPA approval strategy for continued use of the buildings as well as negotiating several approvals and consent agreements associated with building decontamination and waste disposal.

**PCB Caulk Abatement Strategy Development and EPA Approval, Boston, Confidential Client.** Assisted in the development of a PCB-oriented abatement strategy for PCB caulk being removed from a high-rise office building. Work included development of sampling and abatement procedures, worker exposure assessment, and application for EPA Region 1 approval of the project.

**PCB Caulk Abatement Strategy Development and EPA Approval, Metropolitan Water District, Los Angeles.** Led the development of an abatement approach for PCB caulk being removed from a drinking water treatment basin. Work included development of the characterization plan, data analysis, exposure/risk assessment, and negotiation of abatement approval with EPA Region 9.

**Management of Mixed Waste for Nuclear Plant Decommissioning Project, Massachusetts, Yankee Atomic Electric Company, Consultant.** Supported client's efforts to assess extent of PCB-containing paint as part of decommissioning operations at their Rowe, MA plant. Work included drafting and/or review of various regulatory interpretation, sampling plan, remedial management, and permit application documents.

**Management of Mixed Waste for Nuclear Plant Decommissioning Project, Wisconsin, Dairyland Power, Consultant.** Assisted client in developing a procedure for removal of PCB – containing paint from concrete as part of cutting concrete for storage and disposal. Included negotiation of procedure and demonstration details with EPA.

**Decontamination and Partial Demolition of Spare Parts Warehouse. Energy Transfer, Divernon, Illinois. Project Director.** Assisted client with characterizing PCB contamination of

warehouse building and contents, flowed by decontamination and removal of all parts, and removal of contaminated building panels and paint. PCB contamination resulted from deterioration of PCB-containing insulation adhesive used in roof construction.

**PCB Paint Contamination Assessment, Remedial Engineering and Oversight, New York, NY, Kensico Shaft 18, Project Director.** PCB, lead, mercury, and asbestos contamination assessment, engineering specification and remedial construction management at New York City's Kensico Reservoir Shaft 18, involving a full complement of sampling and decontamination technologies in a particularly sensitive environmental setting.

**PCB Caulk Abatement Strategy Development, El Paso University Medical Center, El Paso. Technical Director.** Assisted in the development of a PCB-oriented abatement strategy for PCB caulk being removed from a large regional hospital. Work included development of sampling and abatement procedures, worker exposure assessment, and communication with EPA Region 6.

## Industry Association Regulatory Support and Advocacy

**PCB Management and Regulatory Support, American Gas Association. Consultant.** Provided regulatory support to AGA members during 2010 EPA PCB rulemaking.

**Review and Updating of EPA's PCB Transformer Database, USWAG, Project Manager.** Assisted USWAG in reviewing the EPA's database website and correcting errors and deleting requested deletions. Work product was presented to EPA.

**Development of an Industry White Paper about the Formation and Behavior of Liquids in Natural Gas Pipelines. INGAA. Project Manager.** Authored the white paper for presentation to EPA as part of the 2010 EPA PCB rulemaking.

**Technical and Regulatory Support during 2008 Environment Canada PCB Rulemaking, Canadian Gas Association/CEPEI, Project Manager.** Worked with CGA members on comments during PCB rulemaking process, then performed gap analysis and best practices development after regulations were published.

**Technical and Regulatory Support for Reuse of Recycled Plastic containing PCB, Institute of Scrap Recycling Industries, Consultant.** Worked with ISRI members to develop a technical case and risk assessment supporting the reuse of shredder fluff-derived plastic containing measurable PCB levels. Petition resulted in EPA policy change allowing such uses.

Dec GMV Re: Opposition to Pl MILs 001530

**Errata to Expert Report of John P. Woodyard, PE**

**City of Spokane v. Monsanto Company et al.**

**January 16, 2020**

The discussion of the City's discharge of PCBs from its sewer and stormwater systems found in Section 8.2 of my expert report (dated November 15, 2019) was in error. More recent calculations by Plaintiff's expert, David Dilks, indicate that only 6.2% of PCB river loading can be attributed to the City's storm and wastewater systems.

Additionally, the citation in footnote 42 of my report is incorrect. It should be revised to cite to "Polychlorinated Biphenyls (PCB's): Current Intelligence Bulletin 45, National Institute for Occupational Safety and Health, DHHS (NIOSH) Publication Number 86-111, February 1986."

1

Dec GMV Re: Opposition to Pl MILs 001531