# EXHIBIT 40

002125

| | |
|---|---|
| Issuance Date: | January 17, 2007 |
| Effective Date: | February 16, 2007 |
| Expiration Date: | February 15, 2012 |
| Modification Date: | June 17, 2009 |

# EASTERN WASHINGTON PHASE II MUNICIPAL STORMWATER PERMIT

National Pollutant Discharge Elimination System and
State Waste Discharge General Permit for Discharges
from Small Municipal Separate Storm Sewers
in Eastern Washington

STATE OF WASHINGTON
DEPARTMENT OF ECOLOGY
OLYMPIA, WASHINGTON  98504-7600

In compliance with the provisions of
The State of Washington Water Pollution Control Law
Chapter 90.48 Revised Code of Washington
and
The Federal Water Pollution Control Act
(The Clean Water Act)
Title 33 United States Code, Section 1251 et seq.

Until this permit expires, is modified, or revoked, Permittees that have properly obtained coverage under this permit are authorized to discharge to waters of the state in accordance with the special and general conditions which follow.

Kelly Susewind, P.E., P.G.
Water Quality Program Manager
Department of Ecology



EXHIBIT 34
HENDRON
30(B)(6)
6/7/19
Monna Nickeson, CCR 3322

GS2012-033 ✓

SPOKANE-PRR-0000836

002126

*Eastern Washington Phase II Municipal Stormwater Permit*

THIS PAGE INTENTIONALLY LEFT BLANK

SPOKANE-PRR-0000837

002127

*Eastern Washington Phase II Municipal Stormwater Permit*

<u>Table of Contents</u>

**SPECIAL CONDITIONS** ................................................................................. 1

S1.  Permit Coverage and Permittees............................................................1
S2.  Authorized Discharges.........................................................................6
S3.  Responsibilities of Permittees................................................................7
S4.  Compliance with Standards...................................................................7
S5.  Stormwater Management Program for Cities, Towns and Counties ...............10
S6.  Stormwater Management Program for Secondary Permittees.......................28
S7.  Compliance with Total Maximum Daily Load Requirements .......................35
S8.  Monitoring and Program Evaluation ......................................................36
S9.  Reporting and Record Keeping .............................................................39

**GENERAL CONDITIONS** ..............................................................................42

G1.  Discharge Violations...........................................................................42
G2.  Proper Operation and Maintenance.........................................................42
G3.  Notification of Discharge Including Spills ...............................................42
G4.  Bypass Prohibited ..............................................................................42
G5.  Right of Entry...................................................................................43
G6.  Duty to Mitigate................................................................................43
G7.  Property Rights .................................................................................43
G8.  Compliance with Other Laws and Statutes ..............................................43
G9.  Monitoring ......................................................................................43
G10. Removed Substances...........................................................................44
G11. Severability .....................................................................................44
G12. Revocation of Coverage.......................................................................45
G13. Transfer of Coverage ..........................................................................45
G14. General Permit Modification and Revocation ...........................................45
G15. Reporting a Cause for Modification or Revocation .....................................45
G16. Appeals ..........................................................................................46
G17. Penalties..........................................................................................46
G18. Duty to Reapply ...............................................................................46
G19. Certification and Signature...................................................................46
G20. Non-Compliance Notification................................................................47
G21. Upsets............................................................................................48

**DEFINITIONS AND ACRONYMS** ...................................................................49

**APPENDICES**

Appendix 1 – Minimum Technical Requirements for Stormwater Management at New
            Development and Redevelopment Sites
Appendix 2 – Total Maximum Daily Load Requirements
Appendix 3 – Annual Report Form for Cities, Towns and Counties
Appendix 4 – Annual Report Form for Secondary Permittees
Appendix 5 – Notice of Intent for Coverage under a National Pollutant Discharge Elimination
            System Municipal Stormwater General Permit

SPOKANE-PRR-0000838

002128

*Eastern Washington Phase II Municipal Stormwater Permit*

THIS PAGE INTENTIONALLY LEFT BLANK

SPOKANE-PRR-0000839

002129

*Eastern Washington Phase II Municipal Stormwater Permit*

## SPECIAL CONDITIONS

Notice:  If Legislation related to this permit is passed into law, Ecology will, as necessary, modify, revoke and re-issue, or terminate this permit to carry out Legislative requirements.  Any such modification will be in accordance with General Condition G14 *General Permit Modification and Revocation,* and in accordance with the provisions of WAC 173-226-230.

**S1.   PERMIT COVERAGE AND PERMITTEES**

A. Geographic Area of Permit Coverage

This permit is applicable to owners or operators of regulated small municipal separate storm sewer systems (MS4s) located in eastern Washington State, which is bounde d on the western side by the Cascade Mountains crest except in Yakima and Klickitat counties which are, in their entireties, included.

1. For all Cities required to obtain coverage under this permit, the geographic area of coverage is the entire incorporated area of the City.

2. For all Counties required to obtain coverage under this permit, the geographic area of coverage is the urbanized areas and the urban growth areas associated with Cities within the urbanized areas that are under the jurisdictional control of the County. The geographic area of coverage also includes any urban growth areas that are contiguous to urbanized areas that are under the jurisdictional control of the County.

    For Walla Walla County, the geographic area of coverage also includes the urban growth area associated with the Cities of Walla Walla and College Place.

3. For *Secondary Permittees* required to obtain coverage under this permit, the minimum geographic area of coverage includes all areas identified under S1.A.1. and 2., above.  At the time of permit coverage, Ecology may establish a geographic area of coverage specific to an individual secondary permittee.

4. All regulated small MS4s owned or operated by the permittees named in S1.D.2.a. and located in another city or county area requiring coverage under either the *Western Washington Phase II Municipal Stormwater Permit* or the *Phase I Municipal Stormwater Permit* are also covered under this permit.

B. Regulated small municipal separate storm sewer systems (MS4s)

All operators of regulated small MS4s are required to apply for and obtain coverage under this permit or be permitted under a separate individual or general permit, unless waived or exempted in accordance with condition S1.C.

1. **A regulated small MS4:**

    a. Is a "small MS4" as defined in the DEFINITIONS AND ACRONYMS section at the end of this permit; and

    b. Is located within, or partially located within, one of the jurisdictions listed in S1.D.2.a. or is designated by Ecology pursuant to either 40 CFR 122.35(b) or 40 CFR 122.26(f); and

SPOKANE-PRR-0000840

002130

*Eastern Washington Phase II Municipal Stormwater Permit*

    c.  Discharges stormwater from the MS4 to a surface water of Washington State; and

    d.  Is not eligible for a waiver or exemption under S1.C. below.

2.  All other operators of MS4s, including special purpose districts which meet the criteria for a regulated small MS4, shall obtain coverage under this permit. Other operators of MS4s may include, but are not limited to: flood control, or diking and drainage districts, schools including universities and correctional facilities which own or operate a small MS4 serving non-agricultural land uses.

3.  Any other operators of small MS4s may be required by Ecology to obtain coverage under this permit or an alternative NPDES permit if Ecology determines the small MS4 is a significant source of pollution to surface waters of the state. Notification of Ecology's determination that permit coverage is required will be through the issuance of an Administrative Order issued in accordance with RCW 90.48.

4.  The owner or operator of a regulated small MS4 may obtain coverage under this permit as a Primary Permittee, Co-Permittee, or Secondary Permittee as defined in S1.D.1 below.

5.  Pursuant to 40 CFR 122.26(f), any person or organization may petition Ecology to require that additional municipal separate storm sewers obtain coverage under this permit. The process for petitioning Ecology is:

    a.  The person or organization shall submit a complete petition in writing to Ecology. A complete petition shall address each of the relevant factors for petitions outlined on Ecology's web site.

    b.  In making its determination on the petition, Ecology may request additional information from either the petitioner or the jurisdiction.

    c.  Ecology will make a final determination on a complete petition within 180 days after receipt of the petition and inform both the petitioner and the municipal separate storm sewer of the decision, in writing.

    d.  If Ecology's final determination is that the candidate municipal separate storm sewer will be regulated, Ecology will issue an order to the municipal separate storm sewer requiring them to obtain coverage under this permit. The order will specify:

        i.  The geographic area of permit coverage for the municipal separate storm sewer;

        ii.  Any modified dates or deadlines for developing and implementing the Stormwater Management Program in S5 or S6, as appropriate to the municipal separate storm sewer, and for submitting their first annual report; and

        iii.  A deadline for the municipal separate storm sewer to submit a complete Notice of Intent (see Appendix 5) to Ecology.

SPOKANE-PRR-0000841

002131

*Eastern Washington Phase II Municipal Stormwater Permit*

C. The owner or operator of an otherwise regulated small MS4 is <u>not</u> required to obtain coverage under this permit if:

1. The small MS4 is operated by:

    a. The federal government on military bases or other federal lands; or by the United States Military, the Bureau of Land Management, the United States Park Service, or other federal agencies; or

    b. Federally recognized Indian Tribes located within Indian Country Lands; or

    c. The Washington State Department of Transportation.

    <u>Or,</u>

2. The portions of the small MS4 located within the census-defined urban area(s) serve a total population of less than 1,000 people <u>and</u> a, b, and c below all apply:

    a. The small MS4 is not contributing substantially to the pollutant loadings of a physically interconnected MS4 that is regulated by the NPDES stormwater program.

    b. The discharge of pollutants from the small MS4 has not been identified as a cause of impairment of any water body to which the MS4 discharges.

    c. In areas where an EPA approved TMDL has been completed, stormwater controls on the MS4 have not been identified as being necessary.

    In determining the total population served by the small MS4, both resident and commuter populations shall be included. For example:

    - For publicly operated school complexes including universities and colleges, the total population served would include the sum of the average annual student enrollment plus staff.

    - For flood control, diking, and drainage districts the total population served would include residential population and any non-residents regularly employed in the areas served by the small MS4.

D. Obtaining coverage under this permit

    All operators of **regulated small MS4s** are required to apply for and obtain coverage in accordance with this section, unless waived or exempted in accordance with section S1.C.

1. Unless otherwise noted, the term "Permittee" includes Primary Permittee, Co-Permittee, and Secondary Permittee as defined below:

    a. A "Primary Permittee" is a City, Town or County owning or operating a regulated small MS4.

    b. A "Co-Permittee" is any operator of a regulated small MS4 that is applying jointly with another applicant for coverage under this permit. A Co-Permittee owns or operates a regulated small MS4 located within or adjacent to another regulated small MS4.

SPOKANE-PRR-0000842

002132

*Eastern Washington Phase II Municipal Stormwater Permit*

    c. A "Secondary Permittee" is an operator of a regulated small MS4 that is not a City, Town or County. Secondary Permittees include special purpose districts and other MS4s that meet the criteria for a regulated small MS4 in S1.B above.

2. Operators of **regulated small MS4s** shall submit an application to Ecology by either the *Notice of Intent (NOI) for Coverage under National Pollutant Discharge Elimination System (NPDES) Municipal Stormwater General Permit* provided in Appendix 5; or the individual permit application available on Ecology's website.

    a. All Cities, Towns and Counties listed below and operating regulated small MS4s shall apply either as a Primary Permittee or Co-Permittee.

        i. Cities and Towns: Asotin, Clarkston, East Wenatchee, Ellensburg, Liberty Lake, Kennewick, Millwood, Moses Lake, Pasco, Pullman, Richland, Selah, Spokane, Spokane Valley, Sunnyside, Union Gap, Walla Walla, Wenatchee, West Richland, Yakima

        ii. Counties: Asotin County, Benton County, Chelan County, Douglas County, Franklin County, Spokane County, Walla Walla County, Yakima County

    b. All other **regulated small MS4s** shall apply as a Secondary Permittee or as a Co-Permittee by submitting a NOI or an individual permit application to Ecology.

    c. The following Cities, Towns and Counties submitted individual permit applications or NOIs to Ecology prior to January 17, 2007:

        i. Cities and Towns: Asotin, Clarkston, East Wenatchee, Ellensburg, Kennewick, Pasco, Pullman, Richland, Selah, Spokane, Spokane Valley, Sunnyside, Union Gap, Walla Walla, Wenatchee, West Richland, Yakima

        ii. Counties: Asotin County, Chelan County, Douglas County, Spokane County, Walla Walla County, Yakima County

    d. Operators of **regulated small MS4s** located in jurisdictions listed in S1.D.2.a. shall submit to Ecology a NOI or individual permit application before the effective date of this permit, with the following exceptions:

        i. Operators of **regulated small MS4s** located in the Cities of Ellensburg, Moses Lake, Pullman, Sunnyside, and Walla Walla shall submit a NOI or application to Ecology no later than 30 days after the effective date of this permit.

        ii. Operators of **regulated small MS4s** listed in S1.D.2.c. do not need to submit a new application to be covered under this permit.

    e. For operators of **regulated small MS4s** listed in S1.D.2.c., coverage under this permit is automatic and begins on the effective date of this permit, unless:

        i. The operator chooses to reapply before the effective date of this permit; or

        ii. The operator will be relying on another entity to satisfy one or more of their permit obligations in accordance with S1.D.2.g. and S1.D.3.d. below; or

SPOKANE-PRR-0000843

002133

*Eastern Washington Phase II Municipal Stormwater Permit*

     iii. The operator chooses be a Co-Permittee in accordance with S1.D.2.f and S1.D.3.c. below; <u>or</u>

     iv. The operator chooses to opt out of this General Permit.  Any operator of a **regulated small MS4** that is opting out of this permit shall submit an application for an individual MS4 permit in accordance with 40 CFR 122.33(b)(2)(ii) no later than the effective date of this permit.

  f.  Operators of regulated small MS4s which want to be covered under this permit as Co-Permittees shall submit to Ecology a joint NOI.

  g.  Operators of regulated small MS4s which are relying on another entity to satisfy one or more of their permit obligations shall submit a NOI to Ecology.

  h.  Operators of small MS4s designated by Ecology pursuant to S1.B.3. of this permit shall submit a NOI to Ecology within 120 days of receiving notification from Ecology that permit coverage is required.

3.  Application requirements

  a.  NOIs and individual permit applications and shall be submitted to:

> Department of Ecology
> Water Quality Program
> Municipal Stormwater Permits
> P.O. Box 47696
> Olympia, WA 98504-7696

  b.  For NOIs and applications submitted after January 17, 2007 the applicant or co-applicant shall provide public notice of the application in accordance with Chapter 173-226-130(5) WAC.  The applicant or co-applicant shall include a certification that the public notification requirements of WAC 173-226-130(5) have been satisfied.  Unless Ecology responds in writing, coverage under this permit will be effective 60 days after receipt of a complete NOI.  A complete NOI includes certification.

  c.  Permittees which are applying as co-applicants shall submit a joint NOI.  The joint NOI will clearly identify the areas of the MS4 for which each of the co-applicants are responsible.

  d.  Permittees which are relying on another entity or entities to satisfy one or more of their permit obligations shall include with the NOI a summary of the permit obligations that will be carried out by another entity.  The summary shall identify the other entity or entities and shall be signed by the other entity or entities.  During the term of the permit, Permittees may terminate or amend shared responsibility arrangements by notifying Ecology, provided this does not alter implementation deadlines.

  e.  Secondary Permittees required to obtain coverage under this permit, and the NPDES and State Waste Discharge Permit for discharges from Small Municipal Separate Storm Sewers in Western Washington and/or the NPDES and State

SPOKANE-PRR-0000844

002134

*Eastern Washington Phase II Municipal Stormwater Permit*

Waste Discharge Permit for discharges from Large and Medium Municipal Separate Storm Sewers may obtain coverage by submitting a single NOI.

## S2.   AUTHORIZED DISCHARGES

A. This permit authorizes the discharge of stormwater to surface waters and to ground waters of the state from municipal separate storm sewers owned or operated by each Permittee covered under this permit, in the geographic area covered pursuant to S1.A. These discharges are subject to the following limitations:

1. Discharges to ground waters of the state through facilities regulated under the Underground Injection Control (UIC) program, Chapter 173-218 WAC, are not covered under this permit.

2. Discharges to ground waters not subject to regulation under the federal Clean Water Act are covered in this permit only under state authorities, Chapter 90.48 RCW, the Water Pollution Control Act

B. This permit authorizes discharges of non-stormwater flows to surface waters and to ground waters of the state from municipal separate storm sewers owned or operated by each Permittee covered under this permit, in the geographic area covered pursuant to S1.A, only under the following conditions:

1. The discharge is authorized by a separate individual or general National Pollutant Discharge Elimination System (NPDES) permit; or

2. The discharge is from emergency fire fighting activities; or

3. The discharge is from another illicit or non-stormwater discharges that is managed by the Permittee as provided in Special Condition S5.B.3.b. or S6.D.3.b.

These discharges are also subject to the limitations in S2.A.1. and S2.A.2. above.

C. This permit does not relieve entities that cause illicit discharges, including spills of oil or hazardous substances, from responsibilities and liabilities under state and federal laws and regulations pertaining to those discharges.

D. Discharges from municipal separate storm sewers constructed after the effective date of this permit shall receive all applicable state and local permits and use authorizations, including compliance with Chapter 43.21C RCW (the State Environmental Policy Act).

E. This permit does not authorize discharges of stormwater to waters within Indian Reservations except where authority has been specifically delegated to Ecology by the U.S. Environmental Protection Agency.  The exclusion of such discharges from this permit does not waive any rights the State may have with respect to the regulation of the discharges.

## S3.   RESPONSIBILITIES OF PERMITTEES

A. Each Permittee is responsible for compliance with the terms of this permit for the **regulated small MS4s** which they operate.  Compliance with (1) or (2) below is required as applicable to each Permittee, whether the Permittee has applied for

SPOKANE-PRR-0000845

002135

*Eastern Washington Phase II Municipal Stormwater Permit*

coverage as a Primary Permittee, a Co-Permittee or a Secondary Permittee as described in S1.D.1.

1. All Cities, Towns and Counties are required to comply with all conditions of this permit, including any appendices referenced therein, except for section S6 *Stormwater Management Program for Secondary Permittees*.

2. All Secondary Permittees are required to comply with all conditions of this permit, including any appendices referenced therein, except for sections S5 *Stormwater Management Program for Cities, Towns and Counties* and S8.C.

B. Permittees may rely on another entity to satisfy one or more of the requirements of this permit. Permittees that are relying on another entity to satisfy one or more of their permit obligations remain responsible for permit compliance if the other entity fails to implement the permit conditions. Permittees may rely on another entity provided all of the requirements of 40 CFR 122.35(a) are satisfied, including but not limited to:

1. The other entity agrees to take on responsibility for implementation of the permit requirement(s), and

2. The other entity, in fact, implements the permit requirements.

## S4.   COMPLIANCE WITH STANDARDS

A. In accordance with RCW 90.48.520, the discharge of toxicants to waters of the State of Washington which would violate any water quality standard, including toxicant standards, sediment criteria, and dilution zone criteria is prohibited. The required response to such discharges is defined in section S4.F, below.

B. This permit does not authorize a discharge which would be a violation of Washington State surface water quality standards (WAC 173-201A), ground water quality standards (Chapter 173-200 WAC), sediment management standards (Chapter 173-204 WAC), or human health-based criteria in the national Toxics Rule (Federal Register, Vol. 57, NO. 246, Dec. 22, 1992, pages 60848-60923). The required response to such discharges is defined in section S4.F., below.

C. The Permittee shall reduce the discharge of pollutants to the <u>maximum extent practicable</u> (MEP).

D. The Permittee shall use <u>all known, available, and reasonable methods of prevention, control and treatment</u> (AKART) to prevent and control pollution of waters of the State of Washington.

E. In order to meet the goals of the Clean Water Act, and comply with S4.A., S4.B., S4.C. and S4.D., each Permittee shall comply with all of the applicable requirements of this permit as defined in S3 Responsibilities of Permittees.

F. A Permittee remains in compliance with S4. despite any discharges prohibited by S4.A. or S4.B., when the Permittee undertakes the following response toward long-term water quality improvement:

1. A Permittee shall notify Ecology in writing within 30 days of becoming aware, based on credible site-specific information, that a discharge from the municipal

SPOKANE-PRR-0000846

002136

*Eastern Washington Phase II Municipal Stormwater Permit*

separate storm sewer owned or operated by the Permittee is causing or contributing to a known or likely violation of Water Quality Standards in the receiving water. Written notification provided under this subsection shall, at a minimum, identify the source of the site-specific information, describe the nature and extent of the known or likely violation in the receiving water, and explain the reasons why the MS4 discharge is believed to be causing or contributing to the problem. For ongoing or continuing violations, a single written notification to Ecology will fulfill this requirement.

*PCBs for us*

2. In the event that Ecology determines, based on a notification provided under S4.F.1. or through any other means, that a discharge from a municipal separate storm sewer owned or operated by the Permittee is causing or contributing to a violation of Water Quality Standards in a receiving water,  Ecology will notify the Permittee in writing that  an adaptive management response outlined in S4.F.3. below is required, unless Ecology also determines that (a) the violation of Water Quality Standards is already being addressed by a Total Maximum Daily Load or other enforceable water quality cleanup plan; or (b) Ecology concludes the violation will be eliminated through implementation of other permit requirements.

3. Adaptive Management Response
   a. Within 60 days of receiving a notification under S4.F.2., or by an alternative date established by Ecology, the Permittee shall review its Stormwater Management Program and submit a report to Ecology.  The report shall include:

      i. A description of the operational and/or structural BMPs that are currently being implemented to prevent or reduce any pollutants that are causing or contributing to the violation of Water Quality Standards, including a qualitative assessment of the effectiveness of each BMP.

      ii. A description of potential additional operational and/or structural BMPs that will or may be implemented in order to apply AKART on a site-specific basis to prevent or reduce any pollutants that are causing or contributing to the violation of Water Quality Standards.

      iii. A description of the potential monitoring or other assessment and evaluation efforts that will or may be implemented to monitor, assess, or evaluate the effectiveness of the additional BMPs.

      iv. A schedule for implementing the additional BMPs including, as appropriate: funding, training, purchasing, construction, monitoring, and other assessment and evaluation components of implementation.

   b. Ecology will, in writing, acknowledge receipt of the report within a reasonable time and notify the Permittee when it expects to complete its review of the report.  Ecology will either approve the additional BMPs and implementation schedule or require the Permittee to modify the report as needed to meet AKART on a site-specific basis. If modifications are required, Ecology will specify a reasonable time frame in which the Permittee shall submit and Ecology will review the revised report.

SPOKANE-PRR-0000847
002137

*Eastern Washington Phase II Municipal Stormwater Permit*

    c.  The Permittee shall implement the additional BMPs, pursuant to the schedule approved by Ecology, beginning immediately upon receipt of written notification of approval.

    d.  The Permittee shall include with each subsequent annual report the results of any monitoring, assessment or evaluation efforts conducted during the reporting period. If, based on the information provided under this subsection, Ecology determines that modification of the BMPs or implementation schedule is necessary to meet AKART on a site-specific basis, the Permittee shall make such modifications as Ecology directs. In the event there are ongoing violations of water quality standards despite the implementation of the BMP approach of this section, the Permittee may be subject to compliance schedules to eliminate the violation under WAC 173-201A-510(4) and WAC 173-226-180 or other enforcement orders as Ecology deems appropriate during the term of this permit.

    e.  Provided the Permittee is implementing the approved adaptive management response under this section, the Permittee remains in compliance with Condition S4., despite any on-going violations of Water Quality Standards identified under S4.F.A or B above.

    f.  The adaptive management process provided under Section S.4.F is not intended to create a shield for the Permittee from any liability it may face under 42 U.S.C. 9601 *et seq.* or RCW 70.105D.

  G.  Ecology may modify or revoke and reissue this General Permit in accordance with G14 *General Permit Modification and Revocation* if Ecology becomes aware of additional control measures, management practices or other actions beyond what is required in this permit, that are necessary to:

    1.  Reduce the discharge of pollutants to the MEP;

    2.  Comply with the state AKART requirements; or

    3.  Control the discharge of toxicants to waters of the State of Washington.

## S5.  STORMWATER MANAGEMENT PROGRAM FOR CITIES, TOWNS AND COUNTIES

This section applies to all Cities, Towns and Counties covered under this permit. Where the term "Permittee" is used in this section, the requirements apply to any City, Town or County, whether permit coverage is obtained as a Permittee or as a Co-Permittee.

  A.  All Permittees shall develop and implement a Stormwater Management Program (SWMP) during the term of this permit. The SWMP shall be implemented, at a minimum, throughout the geographic area described for the Permittee in S1.A.

    1.  A SWMP is a set of actions and activities comprising the components listed in S5.B. and any additional actions necessary to meet the requirements of applicable Total Maximum Daily Loads (TMDLs) pursuant to S7 *Compliance with Total Maximum Daily Load Requirements* and Appendix 2. The SWMP shall be designed to reduce the discharge of pollutants from the **regulated small MS4 to the**

SPOKANE-PRR-0000848
002138

*Eastern Washington Phase II Municipal Stormwater Permit*

Maximum Extent Practicable (MEP), to satisfy the state requirement under Chapter 90.48 RCW to apply All Known, Available, and Reasonable methods of prevention, control and Treatment (AKART) prior to discharge, and to protect water quality.

2. The SWMP shall be developed and implemented in accordance with the schedules contained in this section and shall be fully developed and implemented no later than 180 days prior to the expiration date of this permit. The SWMP described in this section supersedes the SWMP descriptions provided by Permittees in individual permit applications submitted by Permittees to Ecology prior to the effective date of this permit.

   Notwithstanding the schedules for implementation of SWMP components contained in this permit, Permittees that are already implementing some or all of the SWMP components in this section shall continue implementation of those components of their SWMP. Permittees shall not repeal existing local requirements to control stormwater that go beyond the requirements of this permit for new development and redevelopment sites.

3. Each Permittee shall prepare written documentation of the SWMP. The SWMP documentation shall be organized according to the program components in S5.B below and shall be updated at least annually for submittal with the Permittee's annual reports to Ecology (see S9 *Reporting and Record Keeping*). The SWMP documentation shall include:

   a. A description of each of the program components included in S5.B.1. through S5.B.6., and

   b. Any additional actions implemented by the Permittee pursuant to S5.B., and

   c. Any additional actions necessary to meet the requirements of applicable TMDLs pursuant to S7 *Compliance with Total Maximum Daily Load Requirements*.

4. Gathering, maintaining, and using information:

   a. From 90 days after the effective date of this permit, each Permittee shall have an ongoing process for gathering, maintaining, and using information to conduct planning, set priorities, track the development and implementation of the SWMP, evaluate permit compliance/ non-compliance, and evaluate the effectiveness of SWMP implementation.



*# inspections*

      i. Each Permittee shall track the number of inspections performed, official enforcement actions taken, and types of public education activities implemented as required for each SWMP component. This information shall be included in the annual report.

      ii. Beginning no later than January 1, 2009, each Permittee shall track or estimate the cost of development and implementation of each component of the SWMP. This information shall be provided to Ecology upon request.

SPOKANE-PRR-0000849

002139

*Eastern Washington Phase II Municipal Stormwater Permit*

    b. Beginning with the third annual report, the Permittee's annual reports shall include an evaluation by the Permittee of the effectiveness of the SWMP components implemented during the reporting period and earlier.

5. Coordination among Permittees

    a. <u>Coordination</u> among entities covered under this permit <u>is encouraged.</u> The SWMP should include coordination mechanisms to encourage coordinated stormwater-related policies, programs and projects within adjoining or shared areas, including:

        i. Coordination mechanisms clarifying roles and responsibilities for the control of pollutants between physically interconnected MS4s permittees covered by a municipal stormwater permit.

        ii. Coordinating stormwater management activities, for shared water bodies, among permittees, to avoid conflicting plans, policies and regulations.

    b. The SWMP should also include <u>coordination mechanisms among departments within each jurisdiction</u> to eliminate barriers to compliance with the terms of this permit.

<u>B.</u> The SWMP shall include the components listed below. To the extent allowable under state and federal law, all components are mandatory for each City, Town, and County covered under this permit, whether covered as an individual Permittee or as a Co-Permittee. In accordance with S3 *Responsibilities of Permittees* and 40 CFR 122.35(a), a Permittee may rely on another entity to implement one or more of the components in this section.

1. <u>Public Education and Outreach</u>

    Permittees shall develop and implement a public education and outreach program to <u>distribute educational materials</u> to the community or <u>conduct equivalent outreach activities</u> about the impacts of stormwater discharges to water bodies and the <u>steps the public can take</u> to reduce pollutants in stormwater. Outreach and educational efforts should include <u>a multimedia approach and shall be targeted and presented to specific audiences for increased effectiveness.</u>

The minimum performance measures are:

    a. All Permittees shall develop and begin implementation of a public education and outreach program which, at a minimum, includes the following, based on the land uses and target audiences found within the community:

        i. Information for the general public about: the importance of improving water quality and protecting beneficial uses of waters of the state; potential impacts from stormwater discharges; methods for avoiding, minimizing, reducing and/or eliminating the adverse impacts of stormwater discharges; and actions individuals can take to improve water quality, including encouraging participation in local environmental stewardship activities.

        ii. Information for businesses and the general public about: <u>preventing illicit discharges,</u> including what constitutes illicit discharges and the impacts of

SPOKANE-PRR-0000850

002140

*Eastern Washington Phase II Municipal Stormwater Permit*

illicit discharges and <u>promoting the proper management and disposal of toxic materials</u>, and including all education and outreach activities pursuant to S5.B.3.d. Permittees shall also include educational activities to reduce the types of discharges listed in S5.B.3.b.iv.

iii.  Information for engineers, ~~construction contractors, developers,~~ <u>development review staff,</u> and land use planners about: technical standards, the development of stormwater site plans and erosion control plans, and stormwater <u>Best Management Practices (BMPs)</u> for reducing adverse impacts from stormwater runoff from development sites, including all education and outreach activities pursuant to S5.B.4.d and S5.B.5.e.

*Target Audiences*

No later than three years from the effective date of this permit, all Permittees shall identify and characterize target audiences within their jurisdiction to meet the education and outreach goals listed above. This provision does not supersede requirements in other sections of this permit to implement specific public education activities in advance of this date.

⭐ b.  No later than 180 days prior to the expiration date of this permit, all Permittees shall have developed and fully implemented a public education and outreach strategy. The strategy shall be designed to reach all of the target audiences identified within the geographic area of the Permittee's jurisdiction covered under this permit to meet the education and outreach goals listed in (a) above.

2.  <u>Public Involvement and Participation</u>

At a minimum, Permittees shall comply with applicable state, tribal and local public notice requirements when implementing a public involvement and participation program. The SWMP shall include ongoing opportunities for public involvement and participation such as <u>advisory panels, public hearings, watershed committees, participation in developing rate-structures, stewardship programs, environmental activities, other volunteer opportunities, or other similar activities.</u>

The minimum performance measures are:

a.  No later than one year from the effective date of this permit, all Permittees shall adopt a program or policy directive to create opportunities for the public to provide input during the decision making processes involving the development, implementation and update of the SWMP, including development and adoption of all required ordinances and regulatory mechanisms. All Permittees shall develop and implement a process for consideration of public comments on their SWMP, including required ordinances and regulatory mechanisms.

b.  No later than May 31 each year beginning in 2008, all Permittees shall make the latest updated version of the SWMP available to the public. If the Permittee maintains a website, the SWMP that was submitted with the latest annual report, or a more current version, shall be posted on the website. Co-Permittees and other groups of Permittees that are developing the SWMP in a cooperative effort may post the updated SWMP on a single entity's website.

SPOKANE-PRR-0000851

002141

*Eastern Washington Phase II Municipal Stormwater Permit*

3. <u>Illicit Discharge Detection and Elimination</u>

   Each Permittee shall develop, implement and enforce a program to <u>detect and eliminate illicit discharges</u> (as defined at 40 CFR 122.26(b)(2)) <u>into the MS4.</u>

   The minimum performance measures are:

   a. Each Permittee shall <u>develop a map</u> of the MS4, showing the location of all known and new <u>connections to the MS</u>4 authorized or approved by the Permittee; all known <u>outfalls</u>; the names and locations of all <u>waters</u> of the state that <u>receive discharges</u> from those outfalls; and <u>areas served by discharges to ground.</u>

   *map finished*

   i. The map shall be: at least approximately one-third complete no later than three years from the effective date of this permit; at least approximately two-thirds complete no later than four years from the effective date of this permit; and complete before the expiration date of this permit.

   ii. Field surveys shall be conducted pursuant to the requirements of S5.B.3.c.ii. no later than 180 days prior to the expiration date of this permit to verify outfall locations and identify previously unknown outfalls on priority water bodies.

   iii. Permittees shall, upon request and to the extent appropriate, provide maps and mapping information to Ecology and/or other entities covered under this permit.

   iv. The preferred, but not required, format of submission is an electronic format with fully described mapping standards. An example description is provided on Ecology's website.

   v. The Permittee shall maintain documentation of the information included in the map, and the map shall be updated periodically.

   b. Each Permittee shall effectively prohibit, through ordinance or other regulatory mechanism, non-stormwater discharges into the MS4.

   *ordinance passed*

   i. An ordinance or other regulatory mechanism that prohibits illicit discharges and authorizes enforcement actions, including on private property, shall be adopted no later than 30 months from the effective date of this permit.

   ii. Non-stormwater discharges covered by another NPDES permit and discharges from emergency fire fighting activities are allowed in the MS4 in accordance with S2 *Authorized Discharges*.

   iii. The ordinance or other regulatory mechanism <u>does not need to prohibit</u> the following categories of non-stormwater discharges:

   - Diverted stream flows;
   - Rising ground waters;
   - Uncontaminated ground water infiltration (as defined at 40 CFR 35.2005(20));
   - Uncontaminated pumped ground water;

SPOKANE-PRR-0000852

002142

*Eastern Washington Phase II Municipal Stormwater Permit*

- Foundation drains;
- Air conditioning condensation;
- Irrigation water from agricultural sources that is commingled with urban stormwater;
- Springs;
- Water from crawl space pumps;
- Footing drains; and
- Flows from riparian habitats and wetlands.

iv. The ordinance or other regulatory mechanism shall prohibit the following categories of non-stormwater discharges unless the stated conditions are met:

- Discharges from potable water sources, including water line flushing, hyperchlorinated water line flushing, fire hydrant system flushing, and pipeline hydrostatic test water. Planned discharges shall be de-chlorinated to a concentration of 0.1 ppm or less, pH-adjusted if necessary, and volumetrically and velocity controlled to prevent resuspension of sediments in the MS4;

- Discharges from lawn watering and other irrigation runoff. These discharges shall be minimized through, at a minimum, public education activities (see S5.B.1.) and water conservation efforts.

- Dechlorinated swimming pool discharges. The discharges shall be dechlorinated to a concentration of 0.1 ppm or less, pH-adjusted and reoxygenated if necessary, and volumetrically and velocity controlled to prevent resuspension of sediments in the MS4. Swimming pool cleaning wastewater and filter backwash shall not be discharged to the MS4.

- Street and sidewalk wash water, water used to control dust, and routine external building wash down that does not use detergents. The Permittee shall reduce these discharges through, at a minimum, public education activities (see S5.B.1.) and/or water conservation efforts. To avoid washing pollutants into the MS4, Permittees shall minimize the amount of street wash and dust control water used. At active construction sites, street sweeping shall be performed prior to washing the street.

- Other non-stormwater discharges. Other non-stormwater discharges shall be in compliance with the requirements of a stormwater pollution prevention plan reviewed by the Permittee which addresses control of such discharges.

v. The SWMP shall, at a minimum, address each category in (iv) above in accordance with the conditions stated therein.

vi. The SWMP shall further address any category of discharges in (iii) or (iv) above if the discharge is identified as a significant source of pollutants to waters of the state.

SPOKANE-PRR-0000853

002143

*Eastern Washington Phase II Municipal Stormwater Permit*

vii. The ordinance or other regulatory mechanism shall include, escalating enforcement procedures and actions.

viii. The Permittee shall develop an enforcement strategy and implement the enforcement provisions of the ordinance or other regulatory mechanism.

c. All Permittees shall develop and implement an ongoing program to detect and address non-stormwater discharges, including spills, and illicit connections to the MS4. The plan shall be fully implemented no later than 180 days prior to the expiration date of this permit and shall include:

i. Procedures for locating priority areas likely to have illicit discharges, including at a minimum: evaluating land uses and associated business/industrial activities present; areas where complaints have been registered in the past; and areas with storage of large quantities of materials that could result in illicit discharges, including spills.

*[handwritten: Have we done this?]*

*[handwritten: ?]*

ii. Field assessment activities, including visual inspection of outfalls or facilities serving priority areas identified in (i), above, during dry weather and for the purposes of verifying outfall locations and detecting illicit discharges.

- Compliance with this provision shall be achieved by: prioritizing receiving waters for visual inspection to identify previously unknown outfalls no later than three years from the effective date of this permit; field assessing at least three high priority water bodies or other priority areas *to verify outfall locations and detect illicit discharges* no later than four years from the effective date of this permit, and field assessing at least one high priority water body *or other high priority area* each year thereafter.

iii. Procedures for characterizing the nature of, and potential public or environmental threat posed by, any illicit discharges found by or reported to the Permittee. Procedures shall include detailed instructions for evaluating whether the discharge shall be immediately contained and steps to be taken for containment of the discharge.

*[handwritten: ✓ Do we need to say how in annual report?]*

Compliance with this provision will be achieved by: investigating (or referring to the appropriate agency) within 7 days, on average, any complaints, reports or monitoring information that indicates a potential illicit discharge, including spills; and immediately investigating (or referring) problems and violations determined to be emergencies or otherwise judged by the Permittee's staff or other Qualified Personnel to be urgent or severe.

iv. Procedures for tracing the source of an illicit discharge; including visual inspections, and when necessary, opening manholes, using mobile cameras, collecting and analyzing water samples, and/or other detailed inspection procedures.

SPOKANE-PRR-0000854

002144

*Eastern Washington Phase II Municipal Stormwater Permit*

v. Procedures for ending the discharge, including notification of appropriate authorities; notification of the property owner; technical assistance for removing the source of the discharge or otherwise eliminating the discharge; follow-up inspections; and escalating enforcement and legal actions if the discharge is not eliminated.

- *For illicit connections and illicit discharges of hazardous materials,* compliance with this provision will be achieved by: initiating an investigation, within 21 days of report or discovery of a suspected illicit connection or discharge, to determine the source of the discharge, the nature and volume of discharge through the connection, and the party responsible for the discharge; and, upon confirmation of the illicit nature of a storm drain connection or discharge, ensuring termination of the connection within 180 days, using enforcement authority as needed.

- For other illicit discharges, compliance with this provision shall be achieved by implementing appropriate enforcement provisions according to the strategy developed pursuant to S5.B.3.b.viii.

d. Permittees shall inform public employees, businesses, and the general public of hazards associated with illicit discharges and improper disposal of waste.

i. No later than 180 days prior to the expiration date of this permit, distribute appropriate information to target audiences identified pursuant to S5.B.1.a., and

ii. No later than two years from the effective date of this permit, publicly list and publicize a hotline or other local telephone number for public reporting of spills and other illicit discharges. Keep a record of all calls received and of all follow-up actions taken in accordance with S5.B.3.c.ii. through iv above; include a summary in the annual report.

e. Permittees shall adopt and implement procedures for program evaluation and assessment, including tracking the number and type of illicit discharges, including spills, identified; inspections made; and any feedback received from public education efforts. A summary of this information shall be included in the Permittees' annual reports.

f. Permittees shall provide adequate training to all those staff responsible for identification, investigation, termination, cleanup, and reporting of illicit discharges, including spills, and illicit connections.

g. Permittees shall provide training to all municipal field staff that as part of their normal job responsibilities might come into contact with or otherwise observe an illicit discharge or illicit connection to the MS4. Permittees shall also train office personnel who might receive initial reports of illicit discharges. Training shall include how to identify an illicit discharge, including spills, or an illicit connection to the MS4 and proper procedures for reporting the illicit discharge.

SPOKANE-PRR-0000855

002145

*Eastern Washington Phase II Municipal Stormwater Permit*

4. <u>Construction Site Stormwater Runoff Control</u>

All Permittees shall develop, implement and enforce a program to reduce pollutants in any stormwater runoff to the MS4 from construction activities that disturb one acre or more, and from construction projects of less than one acre that are part of a common plan of development or sale.

Public and private projects, including projects proposed by the Permittee's own departments and agencies, shall comply with these requirements. The Permittee shall determine a process for ensuring proper project review, inspection, and compliance by its own departments and agencies.

The minimum performance measures are:

a. No later than three years from the effective date of this permit, all Permittees shall develop and adopt an ordinance or other regulatory mechanism to require erosion and sediment controls, and other construction-phase stormwater pollution controls at new development and redevelopment projects. The ordinance or other regulatory mechanism shall include sanctions to ensure compliance. The ordinance or other regulatory mechanism shall have an effective date of no later than four years after the effective date of this permit.

    i. The ordinance or other regulatory mechanism shall apply, at a minimum, to construction sites disturbing greater than or equal to one acre and to construction projects of less than one acre that are part of a common plan of development or sale. Pursuant to S5.A.2., in adopting this ordinance or other regulatory mechanism, existing local requirements to apply stormwater controls at smaller sites, or at lower thresholds than required pursuant to S4.B.4.a.ii., shall be retained.

    ii. The ordinance or other regulatory mechanism shall require construction operators to adhere, at a minimum, to the requirements of Appendix 1, Core Element #2, including preparation of *Construction Stormwater Pollution Prevention Plans* (Construction SWPPPs) and application of BMPs as necessary to protect water quality, reduce the discharge of pollutants to the MEP, and satisfy state AKART requirements.

- All Permittees shall adopt requirements for construction site operators to implement appropriate erosion and sediment control BMPs.

- All Permittees shall adopt requirements for construction site operators to control waste such as discarded building materials, concrete truck washout, chemicals, litter, and sanitary waste at the construction site that may cause adverse impacts to water quality.

 - <s>Permittees shall document how the requirements of the ordinance or</s> other regulatory mechanism protect water quality, reduce the discharge of pollutants to the MEP, and satisfy state AKART requirements. Documentation shall include:

    o How stormwater BMPs were selected;

SPOKANE-PRR-0000856

002146

*Eastern Washington Phase II Municipal Stormwater Permit*

- o The pollutant removal expected from the selected BMPs;
- o The technical basis which supports the performance claims for the selected BMPs; and
- o How the selected BMPs will comply with applicable state water quality standards and satisfy the state requirement to apply AKART prior to discharge.

Permittees who choose to use the BMP selection, design, installation, operation and maintenance standards in the *Stormwater Management Manual for Eastern Washington* (2004), or another technical stormwater manual approved by Ecology, may cite this reference as the sole documentation that the ordinance or regulatory mechanism is protecting water quality, reducing the discharge of pollutants to the MEP, and satisfying state AKART requirements.

iii. The ordinance or other regulatory mechanism shall include appropriate, escalating enforcement procedures and actions.

iv. The Permittee shall develop an enforcement strategy and implement the enforcement provisions of the ordinance or other regulatory mechanism.

v. The ordinance shall include a provision for access by qualified personnel to inspect construction-phase stormwater BMPs on private properties that discharge to the MS4.

b. No later than ~~four years~~ from the effective date of this permit, all Permittees shall adopt and implement procedures for site plan review which incorporate consideration of potential water quality impacts.

i. Prior to construction, Permittees shall review Construction SWPPPs for, at a minimum, all construction sites that disturb one acre or more, or are less than one acre and are part of a common plan of development or sale, to ensure that the plans are complete pursuant to the requirements of Appendix 1, Core Element #2. The Construction SWPPP review shall be performed by qualified personnel and shall be performed in coordination with S5.B.5.b.i. review of *Stormwater Site Plans*.

- To comply with this provision, Permittees shall keep records of all projects disturbing more than one acre, and all projects of any size that are part of a common plan of development or sale that is greater than one acre, that are approved after the effective date of this permit. Permittees shall keep records of these projects for five years or until construction is completed, whichever is longer.

- If the Permittee chooses to allow construction sites to apply the "Erosivity Waiver" in Appendix 1, Core Element #2, the Permittee is not required to review Construction SWPPPs for individual sites applying the waiver.

ii. Permittees shall provide adequate training for all staff involved in permitting, planning, and review to carry out these provisions. The training

SPOKANE-PRR-0000857

002147

*Eastern Washington Phase II Municipal Stormwater Permit*

records to be kept include dates, activities or course descriptions, and names and positions of staff in attendance.

c. No later than <u>four years</u> from the effective date of this permit, all Permittees shall adopt and implement procedures for site inspection and enforcement of construction stormwater pollution control measures.

⭐ i. Each Permittee shall adopt a procedure for <u>keeping records of inspections and enforcement actions</u> by staff, including inspection reports, warning letters, notices of violations, and other enforcement records.

ii. Permittees shall provide <u>adequate training</u> for all staff involved in plan review, field inspection and enforcement to carry out the provisions of this SWMP component. The training records to be kept include dates, activities or course descriptions, and names and positions of staff in attendance.

iii. All new construction sites that disturb one acre or more, or are part of a common plan of development or sale shall be inspected at least once by qualified personnel.

- To comply with this provision, Permittees shall keep records of all projects disturbing more than one acre, and all projects of any size that are part of a common plan of development or sale that is greater than one acre, that are approved after the effective date of this permit.

- Permittees shall keep project records for five years or until construction is completed, whichever is longer.

- Compliance with this inspection requirement will be determined by the Permittee having and maintaining records of an inspection program that is designed to inspect all sites. Compliance during this permit term will be determined by the Permittee achieving <u>an inspection rate of at least 80% of the sites.</u>

d. From the effective date of this permit, all Permittees shall provide information to construction site operators about training available on how to install and maintain effective erosion and sediment controls and how to comply with the requirements of Appendix 1 and apply the BMPs described in Chapter 7 of the *Stormwater Management Manual for Eastern Washington (2004)*, or another technical stormwater manual approved by Ecology.

Permittees shall keep copies of information provided to construction site operators; and, if information is distributed to a large number of design professionals at once, the dates of the mailings and lists of recipients.

e. All Permittees shall adopt and implement procedures for receipt and consideration of information submitted by the public. This includes, but is not *limited* to, publicly listing and publicizing a hotline or other telephone number for public reporting of spills and other illicit discharges pursuant to S5.B.3.d.ii. above.

SPOKANE-PRR-0000858

002148

*Eastern Washington Phase II Municipal Stormwater Permit*

    f.  If the Permittee chooses to allow construction sites to apply the "Erosivity Waiver" in Appendix 1, Core Element #2, the Permittee shall keep a record of all construction sites that provide notice to the Permittee of their intention to apply the waiver. The Permittee shall investigate complaints about these sites in the same manner as it will investigate complaints about sites that have submitted Construction SWPPPs for review pursuant to S5.B.4.b.i. above.

5.  <u>Post-Construction Stormwater Management for New Development and Redevelopment</u>

All Permittees shall develop, implement and enforce a program to address post-construction stormwater runoff to the MS4 from new development and redevelopment projects that disturb one acre or more, and from projects of less than one acre that are part of a common plan of development or sale. The program shall ensure that controls to prevent or minimize water quality impacts are in place.

Public and private projects, including projects proposed by the Permittee's own departments and agencies, shall comply with these requirements. The Permittee shall determine a process for ensuring proper project review, inspection, and compliance by its own departments and agencies.

The minimum performance measures are:

a.  No later than three years from the effective date of this permit, all Permittees shall develop and adopt an ordinance or other regulatory mechanism that requires post-construction stormwater controls at new development and redevelopment projects. Pursuant to S5.A.2., in adopting this ordinance or other regulatory mechanism, existing local requirements to apply stormwater controls at smaller sites, or at lower thresholds than required pursuant to S5.B.5.a.ii., shall be retained. The ordinance or other regulatory mechanism shall include sanctions to ensure compliance. The ordinance or other regulatory mechanism shall have an effective date of no later than four years after the effective date of this permit.

    i.  The ordinance or other regulatory mechanism shall apply, at a minimum, to new development and redevelopment sites that discharge to the MS4 and that disturb one acre or more or are less than one acre and are part of a common plan of development or sale.

    ii.  The ordinance or other regulatory mechanism shall require project proponents and property owners to adhere to the minimum technical requirements in Appendix 1 and shall include BMP selection, design, installation, operation, and maintenance standards necessary to protect water quality, reduce the discharge of pollutants to the MEP, and satisfy state AKART requirements.

        •  All Permittees shall adopt a policy of encouraging project proponents to maintain natural drainages to the maximum extent possible, including reducing the total amount of impervious surfaces created by the project.

SPOKANE-PRR-0000859

002149

*Eastern Washington Phase II Municipal Stormwater Permit*

- o Permittees should consider including provisions to allow non-structural preventive actions and source reduction approaches such as Low Impact Development (LID) techniques, measures to minimize the creation of impervious surfaces and measures to minimize the disturbance of native soils and vegetation. Provisions for LID should take into account site conditions, access and long term maintenance.

- All Permittees shall adopt requirements for project proponents and property owners to implement appropriate runoff treatment, flow control, and source control BMPs considering the proposed land use at the site to minimize adverse impacts to water quality.

  - o Each Permittee shall define a specific hydrologic method or methods for calculating runoff volumes and flow rates to ensure consistent sizing of structural BMPs in their jurisdiction and to facilitate plan review. Permittees may allow proponents of unique or complex projects to use other methodologies.

  - o To meet the requirements of Appendix 1, Core Element #5, Permittees may choose to apply the criteria in Chapter 2.2.5 of the *Stormwater Management Manual for Eastern Washington* (2004), or portions thereof, and the methods described in Chapters 4 and 6 of the *Stormwater Management Manual for Eastern Washington* (2004).

- All Permittees shall adopt requirements to ensure adequate ongoing long-term operation and maintenance of the BMPs approved by the Permittee.

- Permittees shall document how the requirements of the ordinance or other regulatory mechanism protect water quality, reduce the discharge of pollutants to the MEP, and satisfy state AKART requirements. Documentation shall include:

  - o How stormwater BMPs were selected;
  - o The pollutant removal expected from the selected BMPs;
  - o The technical basis which supports the performance claims for the selected BMPs; and
  - o How the selected BMPs will comply with applicable state water quality standards and satisfy the state requirement to apply AKART prior to discharge.

Permittees who choose to use the BMP selection, design, installation, operation and maintenance standards in the *Stormwater Management Manual for Eastern Washington* (2004), or another technical stormwater manual approved by Ecology, may cite this reference as the sole documentation that the ordinance or regulatory mechanism is protecting water quality, reducing the discharge of pollutants to the MEP, and satisfying state AKART requirements.

SPOKANE-PRR-0000860

002150

*Eastern Washington Phase II Municipal Stormwater Permit*

    iii. The ordinance or other regulatory mechanism shall include provisions for both construction-phase and post-construction access for Permittees to inspect stormwater BMPs on private properties that discharge to the MS4. If deemed necessary for post-construction access, the ordinance or other regulatory mechanism may, in lieu of requiring that continued access be granted to the Permittee's staff or qualified personnel, instead require private property owners to provide annual certification by a qualified third party that adequate maintenance has been performed and the facilities are operating as designed to protect water quality.

    iv. The ordinance or other regulatory mechanism shall include appropriate, escalating enforcement procedures and actions.

    v. The Permittee shall develop an enforcement strategy and implement the enforcement provisions of the ordinance or other regulatory mechanism.

b. No later than four years from the effective date of this permit, all Permittees shall adopt and implement procedures for site plan review which incorporate consideration of potential water quality impacts.

    i. Prior to construction, Permittees shall review *Stormwater Site Plans* for, at a minimum, all new development and redevelopment sites that meet the thresholds in S5.B.5.a.i. to ensure that the plans include stormwater pollution prevention measures that meet the requirements in S5.B.5.a.ii.

        To comply with this provision, Permittees shall keep records of all projects disturbing more than one acre, and all projects of any size that are part of a common plan of development or sale that is greater than one acre, that are approved after the effective date of this permit. Permittees shall keep records of these projects for five years or until construction is completed, whichever is longer.

    ii. The site plan review shall be performed by qualified personnel and shall include review of *Construction Stormwater Pollution Prevention Plans* where required pursuant to S5.B.4.b.i.

c. No later than four years from the effective date of this permit, all Permittees shall adopt and implement procedures for site inspection and enforcement of post-construction stormwater control measures.

    i. All Permittees shall adopt a procedure for keeping records of inspections and enforcement actions by staff, including inspection reports, warning letters, notices of violations, and other enforcement records. At a minimum, inspection and enforcement procedures shall be applied to all new development and redevelopment sites that meet the thresholds in S5.B.5.a.i.

    ii. Structural BMPs shall be inspected at least once during installation by qualified personnel.

    iii. Structural BMPs shall be inspected at least once every five years after final installation, or more frequently as determined by the Permittee to be

SPOKANE-PRR-0000861

002151

*Eastern Washington Phase II Municipal Stormwater Permit*

necessary to prevent adverse water quality impacts, to ensure that adequate maintenance is being performed. The inspection shall be performed by qualified personnel.

iv. Recommended operation and maintenance standards for structural BMPs in the *Stormwater Management Manual for Eastern Washington (2004)*, or another technical stormwater manual approved by Ecology, shall be met. If a BMP is not inspected, the Permittee is not in violation of this provision unless a violation of water quality standards occurs due to lack of operation and maintenance of the facility.

v. If a site is inspected and problems are identified, the Permittee is not in violation of this provision, provided the Permittee requires and confirms that necessary operation, maintenance and/or repair to correct the problem is performed as soon as practicable.

d. Permittees shall provide adequate training for all staff involved in permitting, planning, review, inspection, and enforcement to carry out the provisions of this SWMP component.

e. From the effective date of this permit, all Permittees shall provide information to design professionals about training available on how to comply with the requirements of Appendix 1 and apply the BMPs described in the *Stormwater Management Manual for Eastern Washington* (2004), or another technical stormwater manual approved by Ecology.

f. To comply with these provisions, Permittees shall keep records of all projects disturbing more than one acre that are approved on or after the effective date of the ordinance or other regulatory mechanism (but no later than four years from the effective date of this permit); and all projects of any size that are part of a common plan of development or sale that is greater than one acre, that are approved after the effective date of this permit.

i. Permittees shall keep project records for five years or until construction is completed, whichever is longer, with the following exceptions: approved site plans and O&M plans shall be kept as needed to comply with the ongoing inspection requirements of this permit.

ii. The training records to be kept (for d, above) include dates, activities or course descriptions, and names and positions of staff in attendance.

iii. Permittees shall keep copies of information that is provided to design professionals (for e, above); and, if information is distributed to a large number of design professionals at once, the dates of the mailings and lists of recipients.

6. <u>Pollution Prevention and Good Housekeeping for Municipal Operations</u>

All Permittees shall develop and implement an operation and maintenance program that includes a training component and has the ultimate goal of preventing or reducing pollutant runoff from municipal operations.

SPOKANE-PRR-0000862

002152

*Eastern Washington Phase II Municipal Stormwater Permit*

The minimum performance measures are:

a.  No later than four years from the effective date of this permit, all Permittees shall develop and implement a schedule of municipal Operation and Maintenance activities (an O&M Plan). The schedule shall include BMPs that, when applied to the municipal activity or facility, will protect water quality, reduce the discharge of pollutants to the MEP, and satisfy state AKART requirements. Chapter 8 of the *Stormwater Management Manual for Eastern Washington* provides a selection of appropriate BMPs that meet these requirements for various types of facilities. Operation and maintenance standards in the O&M Plan shall be at least as protective as those included in Chapters 5, 6, and 8 of the *Stormwater Management Manual for Eastern Washington* (2004), or another technical stormwater manual approved by Ecology. Record keeping shall be done pursuant to the requirements in S9 *Reporting and Record Keeping*.

  i.  The O&M Plan shall include appropriate pollution prevention and good housekeeping procedures for all of the following types of facilities and/or activities listed below. Low impact development techniques should be considered for all new and redeveloped municipal facilities. Water conservation measures should be considered for all landscaped areas, parks and open spaces.

   •  Stormwater collection and conveyance system, including catch basins, stormwater sewer pipes, open channels, culverts, structural stormwater controls, and structural runoff treatment and/or flow control facilities. The O&M Plan shall address, but is not limited to: regular inspections, cleaning, proper disposal of waste removed from the system, and record keeping. No later than 180 days prior to the expiration date of this permit, Permittees shall implement catch basin cleaning, stormwater system maintenance, scheduled structural BMP inspections and maintenance, and pollution prevention/good housekeeping practices.

   •  Roads, highways, and parking lots. The O&M Plan shall address, but is not limited to: deicing, anti-icing, and snow removal practices; snow disposal areas; material (e.g. salt, sand, or other chemical) storage areas; and all-season BMPs to reduce road and parking lot debris and other pollutants from entering the MS4. No later than 180 days prior to the expiration date of this permit, Permittees shall implement all pollution prevention/good housekeeping practices established in the O&M Plan for all roads, highways, and parking lots with more than 5,000 square feet of pollutant generating impervious surface that are owned, operated, or maintained by the Permittee.

   •  Vehicle fleets. The O&M Plan shall address, but is not limited to: storage, washing, and maintenance of municipal vehicle fleets. No later than 180 days prior to the expiration date of this permit, Permittees shall conduct all vehicle and equipment washing and maintenance in a self-

SPOKANE-PRR-0000863

002153

*Eastern Washington Phase II Municipal Stormwater Permit*

contained covered building or in designated wash and/or maintenance areas operated to separate wash water from stormwater.

- <u>Municipal buildings</u>. The O&M Plan shall address, but is not limited to: cleaning, washing, painting and other maintenance activities. No later than 180 days prior to the expiration date of this permit, Permittees shall implement all pollution prevention/good housekeeping practices established in the O&M Plan for buildings owned, operated, or maintained by the Permittee.

- <u>Parks and open space</u>. The O&M Plan shall address, but is not limited to: proper application of fertilizer, pesticides, and herbicides; sediment and erosion control; BMPs for landscape maintenance and vegetation disposal; trash management; and BMPs for building exterior cleaning and maintenance. No later than 180 days prior to the expiration date of this permit, Permittees shall implement park and open space maintenance pollution prevention/good housekeeping practices at all park areas and other open spaces owned or operated by the Permittee.

- <u>Construction projects</u>. Public construction projects shall comply with the requirements applied to private projects. All construction projects owned or operated by the Permittee that are required to have an NPDES permit shall be covered under either the *General NPDES Permit for Stormwater Discharges Associated with Construction Activities* or another NPDES permit that covers stormwater discharges associated with the activity. All public projects approved after the effective date of this permit shall include construction and post-construction controls selected and implemented pursuant to the requirements in Appendix 1.

- <u>Industrial activities</u>. All facilities owned or operated by the Permittee that are required to have NPDES permit coverage shall be covered under the *General NPDES Permit for Stormwater Discharges Associated with Industrial Activities* or another NPDES permit that covers stormwater discharges associated with the activity.

- <u>Material storage areas, heavy equipment storage areas and maintenance areas</u>. No later than 180 days prior to the expiration date of this permit, Permittees shall develop and implement a *Stormwater Pollution Prevention Plan* to protect water quality at each of these facilities owned or operated by the Permittee and not required to have coverage under the *General NPDES Permit for Stormwater Discharges Associated with Industrial Activities* or another NPDES permit that covers stormwater discharges associated with the activity. Generic *Stormwater Pollution Prevention Plans* that can be applied at multiple sites may be used to comply with this requirement.

- <u>Flood management projects</u>. No later than 180 days prior to the expiration date of this permit Permittees shall implement provisions to assess water quality impacts in the design of all new flood management

SPOKANE-PRR-0000864

002154

*Eastern Washington Phase II Municipal Stormwater Permit*

projects that are associated with the MS4 or that discharge to the MS4, including considering use of controls that minimize impacts to site hydrology and still meet project objectives. Permittees are encouraged to review and evaluate existing flood management projects that are associated with the MS4 or that discharge to the MS4 to determine whether changes or additions should be made to improve water quality.

- Other facilities that would reasonably be expected to discharge contaminated runoff. Permittees shall identify these facilities, include BMPs to protect water quality from discharges from these sites in the O&M Plan, and implement the BMPs no later than 180 days prior to the expiration date of this permit.

ii. The O&M plan shall include a schedule of inspections and requirements for record keeping pursuant to S9 *Reporting and Record Keeping.*

- A minimum of 95% of all known stormwater treatment and flow control facilities owned, operated or maintained by the Permittee shall be inspected at least once before the expiration date of this permit, with problem facilities identified during inspections to be inspected more frequently.

- Spot checks for potentially damaged stormwater treatment and flow control facilities will be conducted after major storm events (greater than 10-year recurrence interval rainfall or snowmelt).

- Any needed repair or maintenance shall be performed as soon as practicable pursuant to the findings of a regular inspection or spot check.

iii. The O&M plan shall identify the department (and where appropriate, the specific staff) responsible for performing each activity.

b. Permittees shall provide training for all employees who have primary construction, operations, or maintenance job functions that are likely to impact stormwater quality. The permittee shall identify target employees to participate in the training sessions. Training shall address the importance of protecting water quality, the requirements of this permit, operation and maintenance requirements, inspection procedures, ways to perform their job activities to prevent or minimize impacts to water quality, and procedures for reporting water quality concerns, including potential illicit discharges. Follow-up training shall be provided as needed to address changes in procedures, methods or staffing.

## S6.   STORMWATER MANAGEMENT PROGRAM FOR SECONDARY PERMITTEES

A. This section applies to all Secondary Permittees, whether coverage under this Permit is obtained individually or as a Co-Permittee with a City and/or Town and/or County and/or another Secondary Permittee.

SPOKANE-PRR-0000865

002155

*Eastern Washington Phase II Municipal Stormwater Permit*

1. To the extent allowable under state, federal and local law, all components are mandatory for each Secondary Permittee covered under this permit, whether covered as an individual Permittee or as a Co-Permittee.

2. Each Secondary Permittee shall develop and implement a stormwater management program (SWMP). The SWMP shall be designed to reduce the discharge of pollutants from regulated small MS4s to the maximum extent practicable and protect water quality.

3. Unless an alternate implementation schedule is established by Ecology as a condition of permit coverage, the SWMP shall be developed and implemented in accordance with the schedules contained in this section and shall be fully developed and implemented no later than 180 days before the expiration date of this Permit. Notwithstanding the schedules in this Permit, Secondary Permittees that are already implementing some or all of the required SWMP components shall continue implementation of those components.

4. Secondary Permittees may implement parts of their SWMP in accordance with the schedule for cities, towns and counties in S5, provided they have signed a memorandum of understanding or other agreement to jointly implement the activity or activities with one or more jurisdictions listed in S1.B, and submitted a copy of the agreement to Ecology.

5. Each Secondary Permittee shall prepare written documentation of the SWMP. The SWMP documentation shall be organized according to the program components in S6.D below and shall be updated at least annually for submittal with the Permittee's annual reports to Ecology (see S9 *Reporting and Record Keeping*). The SWMP documentation shall include:

   a. A description of each of the program components included in S6.D.1 through S6.D.6, and

   b. Any additional actions necessary to meet the requirements of applicable TMDLs pursuant to S7 *Compliance with Total Maximum Daily Load Requirements*.

B. Coordination

The SWMP shall include mechanisms to encourage coordinated stormwater-related policies, programs and projects within a watershed and interconnected MS4s. Where relevant and appropriate, the SWMP shall also include coordination among departments of the Secondary Permittee to ensure compliance with the terms of this permit.

C. Legal Authority

To the extent allowable under state law and federal law, each Secondary Permittee shall be able to demonstrate that they can operate pursuant to legal authority which authorizes or enables the Secondary Permittee to control discharges to and from municipal separate storm sewers owned or operated by the Secondary Permittee.

SPOKANE-PRR-0000866

002156

*Eastern Washington Phase II Municipal Stormwater Permit*

This legal authority, may be a combination of statutes, ordinances, permits, contracts, orders, interagency agreements, or similar instruments.

D.  Stormwater Management Program for Secondary Permittees

The term "Secondary Permittees" means drainage, diking, flood control, or diking and drainage districts, Ports (other than the Ports of Seattle and Tacoma), public colleges and universities, and any other owners or operators of municipal separate storm sewers located within the municipalities that are listed as Permittees in S1.D. The Stormwater Management Program (SWMP) for Secondary Permittees shall include the following components:

1.  Public Education and Outreach

Each Secondary Permittee shall implement the following stormwater education strategies:

a.  Storm drain inlets owned and operated by the Secondary Permittee that are located in maintenance yards, in parking lots, along sidewalks, and at pedestrian access points shall be clearly and permanently labeled with the message "Dump no waste" and indicating the point of discharge as a river, lake, bay, or ground water.

i.   No later than three years from the date of permit coverage, at least 50 percent of these inlets shall be labeled.

ii.  No later than 180 days prior expiration date of this Permit, or as established as a condition of coverage by Ecology, all of these inlets shall be labeled.

iii. As identified during visual inspection and regular maintenance of storm drain inlets per the requirements of S6.D.3.d. and S6.D.6.a.i. below, or as otherwise reported to the Secondary Permittee, any inlet having a label that is no longer clearly visible and/or easily readable shall be re-labeled within 90 days.

b.  Each year beginning no later than three years from the date of permit coverage, public ports, colleges and universities shall distribute educational information to tenants and residents on the impact of stormwater discharges on receiving waters, and steps that can be taken to reduce pollutants in stormwater runoff. Different combinations of topics shall be addressed each year, and, before the expiration date of this Permit. Where relevant, tenants and residents shall receive educational information about the following topics:

i.   How stormwater runoff affects local waterbodies;

ii.  Proper use and application of pesticides and fertilizers;

iii. Benefits of using well-adapted vegetation;

iv.  Alternative equipment washing practices including cars and trucks that minimize pollutants in stormwater;

SPOKANE-PRR-0000867

002157

*Eastern Washington Phase II Municipal Stormwater Permit*

    v.   Benefits of proper vehicle maintenance and alternative transportation choices; proper handling and disposal of wastes, including the location of hazardous waste collection facilities in the area;

    vi.   Hazards associated with illicit connections; and

    vii.   Benefits of litter control and proper disposal of pet waste.

Compliance with this requirement can be achieved through participation in the local jurisdiction's public education and outreach programs.

2. <u>Public Involvement and Participation</u>

No later than 180 days before the expiration date of this Permit, or as established as a condition of coverage by the Ecology, each Secondary Permittee shall:

a. Publish a public notice in the local newspaper or on the Permittee's website and solicit public review of their SWMP.

b. Make the latest updated version of the SWMP available to the public. If the Secondary Permittee maintains a website, the SWMP shall be posted on the Secondary Permittee's website.

3. <u>Illicit Discharge Detection and Elimination</u>

Each Secondary Permittee shall:

a. From the date of permit coverage, comply with all relevant ordinances, rules, and regulations of the local jurisdiction(s) in which the Secondary Permittee is located that govern non-stormwater discharges.

b. Develop and adopt appropriate policies prohibiting illicit discharges no later than one year from the date of permit coverage. Identify possible enforcement mechanisms no later than one year from the date of permit coverage; and, no later than eighteen months from the date of permit coverage, develop and implement an enforcement plan using these mechanisms to ensure compliance with illicit discharge policies. These policies shall address, at a minimum: illicit connections; non-stormwater discharges, including spills, of hazardous materials, pet waste, and litter.

    i.   Non-stormwater discharges covered by another NPDES permit and discharges from emergency fire fighting activities are allowed in the MS4 in accordance with S2. *Authorized Discharges*.

    ii.   The policies do not need to prohibit the following categories of non-stormwater discharges:

- Diverted stream flows;
- Rising ground waters;
- Uncontaminated ground water infiltration (as defined at 40 CFR 35.2005(20));
- Uncontaminated pumped ground water;
- Foundation drains;
- Air conditioning condensation;

SPOKANE-PRR-0000868

002158

*Eastern Washington Phase II Municipal Stormwater Permit*

- Irrigation water from agricultural sources that is commingled with urban stormwater;
- Springs;
- Water from crawl space pumps;
- Footing drains; and
- Flows from riparian habitats and wetlands.

iii. The policies shall prohibit the following categories of non-stormwater discharges unless the stated conditions are met:

- Discharges from potable water sources, including water line flushing, hyperchlorinated water line flushing, fire hydrant system flushing, and pipeline hydrostatic test water. Planned discharges shall be de-chlorinated to a concentration of 0.1 ppm or less, pH-adjusted if necessary, and volumetrically and velocity controlled to prevent resuspension of sediments in the MS4;

- Discharges from lawn watering and other irrigation runoff. These discharges shall be minimized through, at a minimum, public education activities and water conservation efforts conducted by the Secondary Permittee and/or the local jurisdiction.

- Dechlorinated swimming pool discharges. The discharges shall be dechlorinated to a concentration of 0.1 ppm or less, pH-adjusted and reoxygenated if necessary, and volumetrically and velocity controlled to prevent resuspension of sediments in the MS4. Swimming pool cleaning wastewater and filter backwash shall not be discharged to the MS4.

- Street and sidewalk wash water, water used to control dust, and routine external building washdown that does not use detergents. The Secondary Permittee shall reduce these discharges through, at a minimum, public education activities and/or water conservation efforts conducted by the Secondary Permittee and/or the local jurisdiction. To avoid washing pollutants into the MS4, the Secondary Permittee shall minimize the amount of street wash and dust control water used. At active construction sites, street sweeping shall be performed prior to washing the street.

- Other non-stormwater discharges shall be in compliance with the requirements of a stormwater pollution prevention plan reviewed by the Permittee which addresses control of such discharges.

iv. The Secondary Permittee's SWMP shall, at a minimum, address each category in iii above in accordance with the conditions stated therein.

v. The SWMP shall further address any category of discharges in ii or iii above if the discharge is identified as a significant source of pollutants to waters of the State.

c. No later than 180 days before the expiration date of this Permit, or as established as a condition of coverage by Ecology, develop a storm sewer

SPOKANE-PRR-0000869

002159

*Eastern Washington Phase II Municipal Stormwater Permit*

system map showing the locations of all known storm drain outfalls, labeling the receiving waters, and delineating the areas contributing runoff to each outfall. Make the map (or completed portions of the map) available on request to Ecology and/or to other Permittees or Secondary Permittees. The preferred, but not required, format of submission will be an electronic format with fully described mapping standards. An example description is provided on Ecology's website.

d. Conduct field inspections and visually inspect for illicit discharges at all known outfalls that discharge to surface waters. Visually inspect at least one third (on average) of all known outfalls each year beginning no later than two years from the date of permit coverage. Develop and implement procedures to identify and remove any illicit discharges. Keep records of inspections and follow-up activities.

e. No later than 180 days before the expiration date of this Permit, or as established as a condition of coverage by the Ecology, develop and implement a spill response plan that includes coordination with a qualified spill responder.

f. No later than two years from permit coverage date, provide staff training or coordinate with existing training efforts to educate relevant staff on proper *best management practices* for preventing illicit discharges. All relevant staff shall be trained.

4. <u>Construction Site Stormwater Runoff Control</u>

From the date of permit coverage, each Secondary Permittee shall:

a. Comply with all relevant ordinances, rules, and regulations of the local jurisdiction(s) in which the Secondary Permittee is located that govern construction phase stormwater pollution prevention measures.

b. For all construction projects under the control of the Secondary Permittee which, require a construction stormwater permit, Secondary Permittees shall obtain coverage under the NPDES General Permit for Stormwater Discharges Associated with *Construction Activities,* or an alternative individual NPDES permit prior to discharging construction related stormwater.

c. Coordinate with the local jurisdiction regarding projects owned and operated by other entities which discharge into the Secondary Permittee's MS4, to assist the local jurisdiction with achieving compliance with all relevant ordinances, rules, and regulations of the local jurisdiction(s).

d. Provide training or coordinate with existing training efforts to educate relevant staff in erosion and sediment control BMPs and requirements, or hire trained contractors to perform the work.

e. Coordinate as requested with Ecology or the local jurisdiction to provide access for inspection of construction sites or other land disturbances, which are under the control of the Secondary Permittee during the active grading and/or construction period.

SPOKANE-PRR-0000870

002160

*Eastern Washington Phase II Municipal Stormwater Permit*

5. <u>Post-Construction Stormwater Management for New Development and Redevelopment</u>

   From the date of permit coverage, each Secondary Permittee shall:

   a. Comply with all relevant ordinances, rules and regulations of the local jurisdiction(s) in which the Secondary Permittee is located that govern post-construction stormwater pollution prevention measures.

   b. Coordinate with the local jurisdiction regarding projects owned and operated by other entities which discharge into the Secondary Permittee's MS4, to assist the local jurisdiction with achieving compliance with all relevant ordinances, rules, and regulations of the local jurisdiction(s).

6. <u>Pollution Prevention and Good Housekeeping for Municipal Operations</u>

   Each Secondary Permittee shall:

   a. No later than three years from the date of permit coverage, develop and implement a municipal operation and maintenance (O&M) plan to minimize stormwater pollution from activities conducted by the Secondary Permittee. The O&M Plan shall include appropriate pollution prevention and good housekeeping procedures for all of the following operations, activities, and/or types of facilities that are present within the Secondary Permittee's boundaries.

      i. Stormwater collection and conveyance system, including catch basins, stormwater sewer pipes, open channels, culverts, structural stormwater controls, and structural runoff treatment and/or flow control facilities. The O&M Plan shall address, but is not limited to: scheduled inspections and maintenance activities, including cleaning and proper disposal of waste removed from the system. Secondary Permittees shall properly maintain stormwater collection and conveyance systems owned or operated by the Secondary Permittee and regularly inspect and maintain all structural post-construction stormwater BMPs to ensure facility function.

         For facilities located in Western Washington, Secondary Permittees shall establish maintenance standards that are as protective or more protective of facility function than those specified in Chapter 4 Volume V of the 2005 *Stormwater Management Manual for Western Washington*.

         For facilities located in Eastern Washington, Secondary Permittees shall establish maintenance standards that are as protective or more protective of facility function than those specified in Chapters 5, 6 and 8 of the 2004 *Stormwater Management Manual for Eastern Washington*.

         Secondary Permittees shall conduct spot checks of stormwater treatment and flow control facilities following a 24 hour storm event with a 10-year or greater recurrence interval.

      ii. Roads, highways, and parking lots. The O&M Plan shall address, but is not limited to: deicing, anti-icing, and snow removal practices; snow disposal areas; material (e.g. salt, sand, or other chemical) storage areas; all-season

SPOKANE-PRR-0000871

002161

*Eastern Washington Phase II Municipal Stormwater Permit*

BMPs to reduce road and parking lot debris and other pollutants from entering the MS4.

iii. Vehicle fleets. The O&M Plan shall address, but is not limited to: storage, washing, and maintenance of Secondary Permittee vehicle fleets; and fueling facilities. Secondary Permittees shall conduct all vehicle and equipment washing and maintenance in a self-contained covered building or in designated wash and/or maintenance areas.

iv. External building maintenance. The O&M Plan shall address, building exterior cleaning and maintenance including cleaning, washing, painting and other maintenance activities.

v. Parks and open space. The O&M Plan shall address, but is not limited to: proper application of fertilizer, pesticides, and herbicides; sediment and erosion control; BMPs for landscape maintenance and vegetation disposal; and trash management.

vi. Material storage areas, heavy equipment storage areas, and maintenance areas. Secondary Permittees shall develop and implement a Stormwater Pollution Prevention Plan to protect water quality at each of these facilities owned or operated by the Secondary Permittee and not covered under the *General NPDES Permit for Stormwater Discharges Associated with Industrial Activities* or under another NPDES permit that covers stormwater discharges associated with the activity.

vii. Other facilities that would reasonably be expected to discharge contaminated runoff. The O&M Plan shall address proper stormwater pollution prevention practices for each facility.

b. From the date of coverage under this Permit, Secondary Permittees shall also have permit coverage for all facilities operated by the Secondary Permittee that are required to be covered under the *General NPDES Permit for Stormwater Discharges Associated with Industrial Activities.*

c. The O&M Plan shall include sufficient documentation and records as necessary to demonstrate compliance with the O&M Plan requirements in S6.D.6.a.i through vii above.

d. Train all employees whose construction, operations, or maintenance job functions may impact stormwater quality. The training shall address:

i. The importance of protecting water quality,

ii. The requirements of this Permit,

iii. Operation and maintenance requirements,

iv. Inspection procedures,

v. Ways to perform their job activities to prevent or minimize impacts to water quality, and

SPOKANE-PRR-0000872

002162

*Eastern Washington Phase II Municipal Stormwater Permit*

vi. Procedures for reporting water quality concerns, including potential illicit discharges.

## S7. COMPLIANCE WITH TOTAL MAXIMUM DAILY LOAD REQUIREMENTS

The following requirements apply if an applicable <u>Total Maximum Daily Load (TMDL)</u> is approved for stormwater discharges from MS4s owned or operated by the Permittee. Applicable TMDLs are TMDLs which have been approved by EPA <u>on or before</u> the date permit coverage is granted.

A. For applicable TMDLs listed in Appendix 2, affected Permittees shall comply with the specific requirements identified in Appendix 2. Each Permittee shall keep records of all actions required by this permit that are relevant to applicable TMDLs within their jurisdiction. The status of the TMDL implementation shall be included as part of the annual report submitted to Ecology for this permit.

Where monitoring is required in Appendix 2, the Permittee shall conduct the monitoring according to a Quality Assurance Project Plan (QAPP) approved by Ecology.

B. For applicable TMDLs not listed in Appendix 2, compliance with this permit shall constitute compliance with those TMDLs.

C. For TMDLs that are approved by EPA after this permit is issued, <u>Ecology may establish TMDL-related permit requirements through future permit modification</u> if Ecology determines implementation of actions, monitoring or reporting necessary to demonstrate reasonable further progress toward achieving TMDL wasteload allocations, and other targets, are not occurring and shall be implemented during the term of this permit or when this permit is reissued. Permittees are encouraged to participate in development of TMDLs within their jurisdiction and to begin implementation.

## S8. MONITORING AND PROGRAM EVALUATION

A. Permittees are not required to conduct water sampling or other testing during the effective term of this permit, with the following exceptions:

1. Any water quality monitoring required for compliance with TMDLs, pursuant to section S7 *Compliance with Total Maximum Daily Load Requirements* and Appendix 2 of this permit; and

2. Any sampling or testing required for characterizing illicit discharges pursuant to section S5.B.3.c. or S6.D.3. of this permit.

B. The Permittee shall provide the following information in each annual report:

1. A description of any stormwater monitoring or studies conducted by the Permittee during the reporting period. If stormwater monitoring was conducted on behalf of the Permittee, or if studies or investigations conducted by other entities were reported to the Permittee, a brief description of the type of information gathered or received shall be included in the annual report(s) covering the time period(s) during which the information was received.

SPOKANE-PRR-0000873

002163

*Eastern Washington Phase II Municipal Stormwater Permit*

2. An assessment of the appropriateness of the BMPs identified by the Permittee for each component of the SWMP; and any changes made, or anticipated to be made, to the BMPs that were previously selected to implement the SWMP, and why.

3. Information required pursuant to S8.C.2. below.

C. Preparation for future, long-term monitoring

This section does not apply to Secondary Permittees. However, Secondary Permittees are required to provide information, maps and access for sampling efforts, as necessary. Secondary Permittees are encouraged to participate in the monitoring program.

1. All Cities, Towns and Counties shall prepare to participate in the implementation of a future comprehensive long-term monitoring program. The monitoring program will include three components: stormwater monitoring, Targeted Stormwater Management Program (SWMP) effectiveness monitoring, and runoff treatment Best Management Practice (BMP) effectiveness monitoring. Stormwater monitoring is intended to characterize stormwater runoff quantity and quality at a limited number of locations in a manner that allows analysis of loadings and changes in conditions over time and generalization across the Permittees' jurisdictions. SWMP effectiveness monitoring is intended to improve stormwater management efforts by evaluating issues that significantly affect the success of or confidence in stormwater controls. BMP effectiveness monitoring is intended to evaluate the effectiveness and operation and maintenance requirements of runoff treatment BMPs by characterizing effluent characteristics and pollutant removal. The monitoring program could include long-term monitoring and may include short-term studies. The results of the monitoring program would be used to support the adaptive management process and lead to refinements of the SWMP.

a. Stormwater monitoring

Cities having a population greater than 10,000 and Counties having a population greater than 25,000 shall identify sites for long-term stormwater monitoring. Adequate sites will be: completely mapped as required in S5.B.3.a and including land use delineation; and suitable for permanent installation and operation of flow-weighted composite sampling equipment. No later than December 31, 2010:

i. Each County having a population greater than 100,000 shall identify three outfalls or conveyances where stormwater sampling could be conducted. One outfall or conveyance will represent commercial land use, the second will represent low-density residential land use, and the third will represent medium-to-high-density residential land use.

ii. Each City having a population greater than 75,000 shall identify three outfalls or conveyances where stormwater sampling could be conducted. One outfall or conveyance will represent commercial land use, the second will represent high-density residential land use, and the third will represent industrial land use.

SPOKANE-PRR-0000874

002164

*Eastern Washington Phase II Municipal Stormwater Permit*

    iii. Each County having a population between 25,000 and 100,000 shall identify two outfalls or conveyances where stormwater sampling could be conducted. One outfall or conveyance will represent commercial land use and the second will represent low-density residential land use.

    iv. Each City having a population between 10,000 and 75,000 shall identify two outfalls or conveyances where stormwater sampling could be conducted. One outfall or conveyance will represent commercial land use and the second will represent high-density residential land use.

    v. Permittees shall select outfalls or conveyances based on known water quality problems and/or targeted areas of interest for future monitoring. The Permittee shall document:

- Why sites were selected;

- Possible site constraints for installation of and access to monitoring equipment;

- A brief description of the contributing basin including size in acreage, dominant land use and other contributing land uses;

- Any water quality concerns in the receiving water of each selected outfall or conveyance.

b. Targeted SWMP effectiveness monitoring

Each City, Town and County shall prepare to conduct monitoring to determine the effectiveness of the Permittee's SWMP at controlling stormwater-related problems that are directly addressed by actions in the SWMP.

    i. This component of the monitoring program shall be designed to answer the following types of questions:

✓ • How effective is a targeted action or narrow suite of actions? and/or
✓ • Is the SWMP achieving a targeted environmental outcome?

    ii. No later than December 31, 2010, each City, Town and County shall identify at least two suitable questions and select sites where monitoring would be conducted. This monitoring should include, at a minimum, plans for either stormwater, receiving water or sediment monitoring of physical, chemical and/or biological characteristics. This monitoring may also include data collection and analysis of other measures of program effectiveness and/or problem identification and characterizing discharges for planning purposes.

    iii. No later than December 31, 2010, each City, Town and County shall develop a monitoring plan for each question. The plan shall include the following elements:

- A statement of the question, an explanation of how and why the issue is significant to the Permittee, and a discussion of whether and how the results of the monitoring may be significant to other MS4s;

SPOKANE-PRR-0000875

002165

*Eastern Washington Phase II Municipal Stormwater Permit*

- A specific hypothesis about the issue or management actions that will be tested;
- Specific parameters or attributes to be measured; and
- Expected modifications to management actions depending on the outcome of hypothesis testing.

c. Runoff Treatment BMP Effectiveness Monitoring

Each City having a population greater than 25,000 and each County having a population greater than 50,000 shall prepare to conduct monitoring to evaluate the effectiveness of runoff treatment BMPs designed and built in accordance with the *Stormwater Management Manual for Eastern Washington* or an approved equivalent, applied in their jurisdiction. No later than December 31, 2010, these cities and counties shall select BMPs and sites according to the requirements below:

i. Each City having a population greater than 50,000 and each County having a population greater than 100,000 shall prepare to monitor at least two BMPs, at no fewer than two sites per BMP.

ii. Each City having a population between 25,000 and 50,000 and each County having a population between 50,000 and 100,000 shall prepare to monitor at least one BMP, at no fewer than two sites per BMP.

iii. BMPs shall be selected from the following list:

- Basic treatment
  - Biofiltration swale
  - Vegetated filter strip
  - Wet-pond
  - Wet-vault
  - Treatment wetland
  - Sand filter
  - Dry pond
  - Extended detention dry pond
- Metals treatment
  - Amended sand filter
  - Two facility treatment train
  - Bio-infiltration swale
- Oil treatment
  - Bio-infiltration swale
  - Biofiltration swale
  - Vegetated filter strip
  - Linear sand filter
  - Catch basin insert
  - Catch basin preceded by passive oil control vault

2. Monitoring program reporting requirements

   a. The fourth annual report shall:

---

SPOKANE-PRR-0000876

002166

*Eastern Washington Phase II Municipal Stormwater Permit*

    i.   Describe the status of identification of sites for stormwater monitoring, if required for the Permittee;

    ii.   Include a summary of proposed questions for the SWMP effectiveness monitoring and describe the status of developing the monitoring plan, including the proposed purpose, design, and methods.

  b.   The fifth annual report shall identify the BMP(s) selected for runoff treatment BMP effectiveness monitoring, and describe the status of identification of sites for BMP effectiveness monitoring, if required for the Permittee.

  c.   To comply with the requirements of all or part(s) of this section, Permittees in a single Urbanized Area may choose to submit a collaborative report or reports in lieu of separate reports.

## S9. REPORTING AND RECORD KEEPING

A. No later than March 31 of each year beginning in 2008, each Permittee shall submit an annual report. The reporting period for the first annual report will be from the effective date of this permit through December 31, 2007. The reporting period for all subsequent annual reports will be the previous calendar year.

B. Two printed copies and an electronic (PDF) copy of the annual report shall be submitted to Ecology. All submittals shall be delivered to:

> Department of Ecology
> Water Quality Program
> Municipal Stormwater Permits
> P.O. Box 47696
> Olympia, WA 98504-7696

C. Each Permittee is required to keep all records related to this permit and the SWMP for at least five years. Except as required as a condition of the annual reports, records need to be submitted to Ecology only upon request.

D. Each Permittee shall make all records related to this permit and the Permittee's SWMP available to the public at reasonable times during business hours. The Permittee will provide a copy of the most recent annual report to any individual or entity, upon request.

  1.   A reasonable charge may be assessed by the Permittee for making photocopies of records.

  2.   The Permittee may require reasonable advance notice of intent to review records related to this permit.

E. Annual report for Cities, Towns and Counties

Each annual report shall include the following:

  1.   A copy of the Permittee's current Stormwater Management Program as required by S5.A.3.

SPOKANE-PRR-0000877

002167

*Eastern Washington Phase II Municipal Stormwater Permit*

2.  Submittal of Appendix 3 – *Annual Report Form for Cities, Towns, and Counties*, which is intended to summarize the Permittees compliance with the conditions of this permit, including:

    a.  Status of implementation of each component of the SWMP in section S5 *Stormwater Management Program for Cities, Towns, and Counties.*

    b.  An assessment of the Permittee's progress in meeting the minimum performance standards established for each of the minimum control measures of the SWMP.

    c.  A description of activities being implemented to comply with each component of the SWMP, including the number and type of inspections, enforcement actions, public education and involvement activities, and illicit discharges detected and eliminated.

    d.  The Permittee's SWMP implementation schedule and plans for meeting permit deadlines, and the status of SWMP implementation to date. If permit deadlines are not met, or may not be met in the future, include: reasons why, corrective steps taken and proposed, and expected dates that the deadlines will be met.

    e.  A summary of the Permittee's evaluation of their SWMP, according to sections S5.A.4. and S8.B.2.

    f.  If applicable, notice that the MS4 is relying on another governmental entity to satisfy any of the obligations under this permit.

    g.  Updated information from the prior annual report plus any new information received during the reporting period, pursuant to S8.B.2. above.

    h.  Certification and signature pursuant to G19.D, and notification of any changes to authorization pursuant to G19.C.

3.  Permittees shall include with the annual report, notification of any annexations, incorporations or jurisdictional boundary changes resulting in an increase or decrease in the Permittee's geographic area of permit coverage during the reporting period, and implications for the SWMP.

F.  Annual report for Secondary Permittees

All Secondary Permittees shall complete the *Annual Report Form for Secondary Permittees* (Appendix 4) and submit it along with any supporting documentation to Ecology.

1.  The *Annual Report Form for Secondary Permittees* is intended to summarize the Permittees compliance with the conditions of this permit, including:

    a.  Status of implementation of each component of the SWMP in section S6 *Stormwater Management Program for Secondary Permittees* of this permit.

    b.  An assessment of the Permittee's progress in meeting the minimum performance standards established for each of the minimum control measures of the SWMP.

SPOKANE-PRR-0000878
002168

*Eastern Washington Phase II Municipal Stormwater Permit*

    c.  A summary of the Permittee's evaluation of their SWMP, according to section S8.B.2.

    d.  If applicable, notice that the MS4 is relying on another governmental entity to satisfy any of the obligations under this permit.

    e.  Updated information from the prior annual report plus any new information received during the reporting period pursuant to S8.B.1. and S8.B.2.

    f.  Certification and signature pursuant to G19.D, and notification of any changes to authorization pursuant to G19.C.

2.  Secondary Permittees shall include with the annual report, notification of any jurisdictional boundary changes resulting in an increase or decrease in the Permittee's geographic area of permit coverage during the reporting period, and implications for the SWMP.

SPOKANE-PRR-0000879

002169

*Eastern Washington Phase II Municipal Stormwater Permit*

## GENERAL CONDITIONS

### G1.  DISCHARGE VIOLATIONS

All discharges and activities authorized by this permit shall be consistent with the terms and conditions of this permit.

### G2.  PROPER OPERATION AND MAINTENANCE

The Permittee shall at all times properly operate and maintain all facilities and systems of collection, treatment, and control (and related appurtenances) which are installed or used by the Permittee for pollution control to achieve compliance with the terms and conditions of this permit.

### G3.  NOTIFICATION OF DISCHARGE INCLUDING SPILLS

If a Permittee has knowledge of a discharge, including spills, into or from a municipal storm sewer which could constitute a threat to human health, welfare, or the environment, the Permittee shall:

A.  Take appropriate action to correct or minimize the threat to human health, welfare, and/or the environment, and

B.  Notify the Ecology regional office and other appropriate spill response authorities immediately but in no case later than within 24 hours of obtaining that knowledge. The Ecology Central Regional Office 24-hour number is 509-575-2490, and for the Eastern Regional Office the 24-hour number is 509-329-3400.

C.  Immediately report spills or discharges of oils or hazardous materials to the Ecology regional office and to the Washington Emergency Management Division, 1-800-258-5990.

### G4.  BYPASS PROHIBITED

The intentional bypass of stormwater from all or any portion of a stormwater treatment BMP whenever the design capacity of the treatment BMP is not exceeded, is prohibited unless the following conditions are met:

A.  Bypass is:  (1) unavoidable to prevent loss of life, personal injury, or severe property damage; or (2) necessary to perform construction or maintenance-related activities essential to meet the requirements of the Clean Water Act (*CWA*); and

B.  There are no feasible alternatives to bypass, such as the use of auxiliary treatment facilities, retention of untreated stormwater, or maintenance during normal dry periods.

"Severe property damage" means substantial physical damage to property, damage to the treatment facilities which would cause them to become inoperable, or substantial and permanent loss of natural resources which can reasonably be expected to occur in the absence of a bypass.

SPOKANE-PRR-0000880
002170

*Eastern Washington Phase II Municipal Stormwater Permit*

## G5.  RIGHT OF ENTRY

The Permittee shall allow an authorized representative of Ecology, upon the presentation of credentials and such other documents as may be required by law at reasonable times:

A.  To enter upon the Permittee's premises where a discharge is located or where any records shall be kept under the terms and conditions of this permit;

B.  To have access to, and copy at reasonable cost and at reasonable times, any records that shall be kept under the terms of the permit;

C.  To inspect at reasonable times any monitoring equipment or method of monitoring required in the permit;

D.  To inspect at reasonable times any collection, treatment, pollution management, or discharge facilities; and

E.  To sample at reasonable times any discharge of pollutants.

## G6.  DUTY TO MITIGATE

The Permittee shall take all reasonable steps to minimize or prevent any discharge in violation of this permit which has a reasonable likelihood of adversely affecting human health or the environment.

## G7.  PROPERTY RIGHTS

This permit does not convey any property rights of any sort, or any exclusive privilege.

## G8.  COMPLIANCE WITH OTHER LAWS AND STATUTES

Nothing in this permit will be construed as excusing the Permittee from compliance with any other applicable federal, state, or local statutes, ordinances, or regulations.

## G9.  MONITORING

A.  Representative Sampling: Samples and measurements taken to meet the requirements of this permit shall be representative of the volume and nature of the monitored discharge, including representative sampling of any unusual discharge or discharge condition, including bypasses, upsets, and maintenance-related conditions affecting effluent quality.

B.  Records Retention: The Permittee shall retain records of all monitoring information, including all calibration and maintenance records and all original recordings for continuous monitoring instrumentation, copies of all reports required by this permit, and records of all data used to complete the application for this permit, for a period of at least five years.  This period of retention shall be extended during the course of any unresolved litigation regarding the discharge of pollutants by the Permittee or when requested by Ecology. On request, monitoring data and analysis shall be provided to Ecology.

C.  Recording of Results: For each measurement or sample taken, the Permittee shall record the following information: (1) the date, exact place and time of sampling; (2) the individual who performed the sampling or measurement; (3) the dates the analyses

SPOKANE-PRR-0000881

002171

*Eastern Washington Phase II Municipal Stormwater Permit*

were performed; (4) who performed the analyses; (5) the analytical techniques or methods used; and (6) the results of all analyses.

D. Test Procedures: All sampling and analytical methods used to meet the monitoring requirements specified in this permit shall conform to the Guidelines Establishing Test Procedures for the Analysis of Pollutants contained in 40 CFR Part 136, unless otherwise specified in this permit or approved in writing by Ecology.

E. Flow Measurement: Appropriate flow measurement devices and methods consistent with accepted scientific practices shall be selected and used to ensure the accuracy and reliability of measurements of the volume of monitored discharges. The devices shall be installed, calibrated, and maintained to ensure that the accuracy of the measurements is consistent with the accepted industry standard for that type of device. Frequency of calibration shall be in conformance with manufacturer's recommendations or at a minimum frequency of at least one calibration per year. Calibration records should be maintained for a minimum of three years.

F. Lab Accreditation: All monitoring data, except for flow, temperature, conductivity, pH, total residual chlorine, and other exceptions approved by Ecology, shall be prepared by a laboratory registered or accredited under the provisions of, Accreditation of Environmental Laboratories, Chapter 173-50 WAC. Soils and hazardous waste data are exempted from this requirement pending accreditation of laboratories for analysis of these media by Ecology.

G. Additional Monitoring: Ecology may establish specific monitoring requirements in addition to those contained in this permit by permit modification.

## G10. REMOVED SUBSTANCES

With the exception of decant from street waste vehicles, the Permittee shall not allow collected screenings, grit, solids, sludges, filter backwash, or other pollutants removed in the course of treatment or control of stormwater to be re-suspended or reintroduced to the storm sewer system or to waters of the state. Decant from street waste vehicles resulting from cleaning stormwater facilities may be reintroduced only when other practical means are not available and only in accordance with Recommendations for Disposal of Street Waste Liquids, pp. 8B-9 through 8B-12 in Appendix 8B of the *Stormwater Management Manual for Eastern Washington* (2004), or another technical stormwater manual approved by Ecology.

## G11. SEVERABILITY

The provisions of this permit are severable, and if any provision of this permit, or the application of any provision of this permit to any circumstance, is held invalid, the application of such provision to other circumstances, and the remainder of this permit will not be affected thereby.

## G12. REVOCATION OF COVERAGE

The director may terminate coverage under this General Permit in accordance with Chapter 43.21B RCW and Chapter 173-226 WAC. Cases where coverage may be terminated include, but are not limited to the following:

SPOKANE-PRR-0000882

002172

*Eastern Washington Phase II Municipal Stormwater Permit*

A. Violation of <u>any</u> term or condition of this General Permit;

B. Obtaining coverage under this General Permit by misrepresentation or failure to disclose fully all relevant facts;

C. A change in any condition that requires either a temporary or permanent reduction or elimination of the permitted discharge;

D. A determination that the permitted activity endangers human health or the environment, or contributes significantly to water quality standards violations;

E. Failure or refusal of the Permittee to allow entry as required in RCW 90.48.090;

F. Nonpayment of permit fees assessed pursuant to RCW 90.48.465;

Revocation of coverage under this General Permit may be initiated by Ecology or requested by any interested person.

## G13. TRANSFER OF COVERAGE

The director may require any discharger authorized by this General Permit to apply for and obtain an individual permit in accordance with Chapter 43.21B RCW and Chapter 173-226 WAC.

## G14. GENERAL PERMIT MODIFICATION AND REVOCATION

This General Permit may be modified, revoked and reissued, or terminated in accordance with the provisions of WAC 173-226-230. Grounds for modification, revocation and re-issuance, or termination include, but are not limited to the following:

A. A change occurs in the technology or practices for control or abatement of pollutants applicable to the category of dischargers covered under this General Permit;

B. Effluent limitation guidelines or standards are promulgated pursuant to the CWA or chapter 90.48 RCW, for the category of dischargers covered under this General Permit;

C. A water quality management plan containing requirements applicable to the category of dischargers covered under this General Permit is approved;

D. Information is obtained which indicates that cumulative effects on the environment from dischargers covered under this General Permit are unacceptable; or

E. Changes made to State law reference this permit.

## G15. REPORTING A CAUSE FOR MODIFICATION OR REVOCATION

A Permittee who knows or has reason to believe that any activity has occurred or will occur which would constitute cause for modification or revocation and re-issuance under Condition G12, G14, or 40 CFR 122.62 shall report such plans, or such information, to Ecology so that a decision can be made on whether action to modify, or revoke and reissue this permit will be required. Ecology may then require submission of a new or amended application. Submission of such application does not relieve the Permittee of the duty to comply with this permit until it is modified or reissued.

SPOKANE-PRR-0000883

002173

*Eastern Washington Phase II Municipal Stormwater Permit*

**G16. APPEALS**

  A. The terms and conditions of this General Permit, as they apply to the appropriate class of dischargers, are subject to appeal within thirty days of issuance of this general permit, in accordance with Chapter 43.21B RCW, and Chapter 173-226 WAC.

  B. The terms and conditions of this General Permit, as they apply to an individual discharger, can be appealed in accordance with Chapter 43.21B RCW within thirty days of the effective date of coverage of that discharger. Consideration of an appeal of general permit coverage of an individual discharger is limited to the general permit's applicability or non-applicability to that individual discharger.

  C. The appeal of general permit coverage of an individual discharger does not affect any other dischargers covered under this General Permit. If the terms and conditions of this general permit are found to be inapplicable to any individual discharger(s), the matter will be remanded to Ecology for consideration of issuance of an individual permit or permits.

  D. Modifications of this permit can be appealed in accordance with Chapter 43.21B RCW and Chapter 173-226 WAC.

**G17. PENALTIES**

40 CFR 122.41(a)(2) and (3), 40 CFR 122.41(j)(5), and 40 CFR 122.41(k)(2) are hereby incorporated into this permit by reference.

**G18. DUTY TO REAPPLY**

The Permittee shall apply for permit renewal at least 180 days prior to the specified expiration date of this permit.

**G19. CERTIFICATION AND SIGNATURE**

All applications, reports, or information submitted to Ecology shall be signed and certified.

  A. All permit applications shall be signed by either a principal executive officer or ranking elected official.

  B. All reports required by this permit and other information requested by Ecology shall be signed by a person described above or by a duly authorized representative of that person. A person is a duly authorized representative only if:

    1. The authorization is made in writing by a person described above and submitted to Ecology, and

    2. The authorization specifies either an individual or a position having responsibility for the overall development and implementation of the stormwater management program. (A duly authorized representative may thus be either a named individual or any individual occupying a named position.)

  C. Changes to authorization. If an authorization under General Condition G19.B.2 is no longer accurate because a different individual or position has responsibility for the overall development and implementation of the stormwater management program, a new authorization satisfying the requirements of General Condition G19.B.2 shall be

SPOKANE-PRR-0000884

002174