# EXHIBIT 47

SPOKANE, WASHINGTON

REPORT ON SEWAGE DISPOSAL

- - - - - - - - -

July, 1933

- - - - - - - - -

A. D. Butler - City Engineer



EXHIBIT 4
HENDRON
30(B)(6)
6/7/19
Monna Nickeson, CCR 3322

Pearse, Greeley & Hansen
Hydraulic and Sanitary Engineers
Chicago, Illinois.

002592

SPOKANE, WASHINGTON

REPORT ON SEWAGE DISPOSAL

## TABLE OF CONTENTS

| Item | Page |
|---|---|
| Summary and Conclusions | 1 |

### A - Pollution Factors

| | Item | Page |
|---|---|---|
| A-1 | General Statement | 8 |
| A-2 | City of Spokane | 8 |
| A-3 | Existing Sewers | 11 |
| A-4 | Sewage Quantities | 12 |
| A-5 | Sewage Characteristics | 14 |
| A-6 | Industrial Sewages | 15 |
| A-7 | Unsewered Population | 20 |
| A-8 | Up-river Population | 20 |
| A-9 | Summary of Pollution Load | 21 |
| A-10 | Loads on a Sewage Treatment Plant | 22 |

### B - Spokane River Data

| | Item | Page |
|---|---|---|
| B-1 | General Description | 24 |
| B-2 | Dams | 25 |
| B-3 | River Flows | 26 |
| B-4 | Times of Flow | 27 |
| B-5 | Water Surface | 28 |
| B-6 | River Analyses | 30 |
| B-7 | Uses of River Water and Valley | 31 |

TABLE OF CONTENTS (Continued)

Item                                                        Page

C - Effect of Pollution of Spokane River

C-1    General                                              33

C-2    Dilution Data                                        35

C-3    The Oxygen Balance                                   36

C-4    Bacterial Pollution                                  41

C-5    Visual Pollution                                     44

C-6    Sludge Deposits                                      45

C-7    Effect of Pollution on Fish                          47

C-8    Oxygen Demand of the River Water                     53

C-9    Summary Statement                                    54

D - Projects for Relief of Pollution

D-1    General Statement                                    57

D-2    Procedure for Solving the Problem                    59

D-3    Sites for Sewage Treatment                           60

D-4    General Description of Projects                      61

D-5    Comments on Intercepting Sewers                      62

D-6    Treatment Plant Loadings                             64

D-7    Estimated Cost of Sedimentation Plant                66

D-8    Estimated Cost of Screening Plant                    69

D-9    Alternate Projects                                   70

D-10   Comparison of Total Project Costs                    72

D-11   Comments on Complete Treatment                       72

D-12   Comments on Industrial Sewages                       74

D-13   Results from Each Project                            75

002594

Case 2:15-cv-00201-SMJ    ECF No. 423-21    filed 01/29/20    PageID.26174    Page 5 of 120

## TABLE OF CONTENTS (Continued)

Item                                                    Page

### Appendices

Appendix 1 - Description of Sewer Districts            77

Appendix 2 - Sewage Quantity Measurements             81

Appendix 3 - Sewage Analyses                          82

Appendix 4 - Notes on Inland Empire Paper Company     91

002595

## LIST OF TABLES

| Table Number | Title | Page |
|---|---|---|
| 1 | Population Increases for Which Sewage Treatment Works have been Constructed at Various Places | 9 |
| 2 | Population Increases for Which Trunk Line Sewer Capacity has been Provided at Various Places | 10 |
| 3. | Summary of Sewer Gagings and Sewage Analyses | 13 |
| 4 | Chemical Analysis of City Water | 16 |
| 5 | Summary of Packing Plant Operation – Year 1932 | 18 |
| 6 | Dilution Factors at Various Places | 37 |
| 7 | Comparative Data on Intercepting Sewer Capacities | 65 |
| 8 | Cost Estimate for Sedimentation Plant at Downstream Site | 67 |
| 9 | Total Costs of Various Projects | 73 |

# LIST OF FIGURES

| Figure Number | Title | Following Page |
|---|---|---|
| 1 | Hourly Variations in Sewage Flow | 14 |
| 2 | Spokane River | 24 |
| 3 | Profile of Spokane River | 25 |
| 4 | Flow in Spokane River at Spokane | 26 |
| 5 | Times of Flow | 28 |
| 6 | Dissolved Oxygen in River Water - Parts per Million | 29 |
| 7 | Dissolved Oxygen in River Water - Percent of Saturation | 29 |
| 8 | River Data | 39 |
| 9 | Profile of River Through City | 59 |
| 10 | General Plan - Project A | 60 |
| 11 | General Plan - Project B | 60 |
| 12 | Typical Treatment Plant Layout | 62 |
| Appendix 4, Figure 1 - Inland Empire Paper Co. | | 92 |

002597

1

SPOKANE, WASHINGTON

REPORT ON SEWAGE DISPOSAL

July, 1933

Pearse, Greeley & Hansen, Engineers

Chicago, Illinois

- - - - - -

## SUMMARY AND CONCLUSIONS

The sewage disposal problem of Spokane and its solution are difficult to state in specific and simple terms. The river flow is relatively well sustained and in its natural state has had a rapid flow in a rough and rocky channel to the Columbia River some 70 miles below the City. The channel characteristics have been changed by the construction of three relatively large dams below the City and the characteristics of the water have been much changed by the discharge of sewage into the river from the City and its industries. There is no gross pollution of the river comparable to the nuisance conditions in heavily polluted rivers below centers of population throughout the Mississippi Valley, for instance, where very low river flows are often found in dry weather.

However, that the river is polluted by the sewage of Spokane must be obvious. There is visual pollution along the river banks which calls attention to the sewage pollution situation. The bacterial analyses and the probable extent of

002598

bacterial pollution are evidence that the river below Spokane is, at times, polluted so as to make the water hazardous for bathing and recreation. It appears likely that sewage solids accumulate at times along the bottoms of the pools above the Nine Mile and Long Lake Dams forming so-called sludge deposits or sludge banks which tend to concentrate the pollution load as regards depletion of the dissolved oxygen. Analyses of the dissolved oxygen just above these dams show a saturation of 60 percent and at times less, and this is approaching the lower limit of desirable dissolved oxygen concentration. It is my opinion that the dissolved oxygen is likely to be lower along other portions of the river than just above the Nine Mile and Long Lake Dams and that the depletion will increase as the City grows.

These are conditions which the City properly has no right to continue. If the cost were nominal, corrective measures would undoubtedly be taken. The solution of the problem hinges, therefore, on the tolerance of downstream property owners and of the citizens of Spokane who use the river. In my opinion, corrective measures within a reasonable expenditure should be undertaken as soon as they can be financed.

The major elements of the report are briefly stated as follows:

> a.  The present population of Spokane is 115,514. We estimate 60,000 are connected to the sewers. We have based the capacity of sewage treatment plants on 100,000 connected population and of intercepting sewers on 250,000 population.

3

b.  We estimate that sewage treatment
plants should provide capacity for
a yearly average flow of 20 M.G.D.
and in addition 2.0 M.G.D. of industrial
sewage, making a total plant capacity of
22.0 M.G.D. This is a relatively liberal
figure and may very likely not increase
in direct proportion to the population.

c.  The sewage of Spokane and its industries
is somewhat stronger than the average.
In addition to the human sewage pollution
and that of the industries of the City,
the pollution load on the river comprises
the cleanings of cess pools which are
dumped into the river and the up-river
pollution from the paper mill and the
population in the valley up to Coeur
d'Alene. We estimate the population
equivalent of this pollution load to be
from 172,000 to 287,000, depending in
large measure upon the operations of the
industries, and have used a population
equivalent of 220,000 as typical.

d.  The minimum river flow for one day is
1,150 c.f.s. and a flow of 1,700 c.f.s.
is not exceeded for 10 percent of the
time. The time of flow to the Nine Mile
Dam at 1,700 c.f.s. is estimated to be
25 hours and to the Long Lake Dam to be
about 56 days, both estimates being based
on 50 percent displacement in the pools.

e.  A number of river analyses have been
made since 1913 by the City Engineer.
The minimum dissolved oxygen of record
is 5.4 p.p.m. equivalent to 61.5 percent
saturation. The number of bacteria
counted on agar and the number of B.
coli indicated by the analyses are at
times higher than what are considered
reasonable standards for safe water for
bathing.

Several projects for the relief of pollution have
been developed in sufficient detail to permit reasonably
accurate estimates of cost. The most desirable of these from
the viewpoint of cleaning the river comprises a system of

intercepting sewers to deliver the sewage to a single sewage
treatment plant located below the built-up portions of Fort
Wright. Treatment of the sewage by sedimentation and chlor-
ination is included and this I consider to be sufficient.
There is no need at the present time nor for many years to
come for a more complete treatment than that provided by
sedimentation and disinfection.

Alternate projects of less cost have been consid-
ered. The least expensive project comprises three fine
screening plants located at intervals along the City, one
near Trent Avenue, one opposite Hangman's Creek and one near
A Street extended. Fine screens will remove only about 10
percent of the suspended solids as compared to a removal of
50 to 60 percent by sedimentation, and only 5 to 10 percent
of the oxygen demand as compared to 30 to 35 percent by
sedimentation. Fine screening will not prevent the formation
of sludge deposits. Although this is a cheaper project than
sedimentation at one site below Fort Wright, it will not
sufficiently improve the conditions in the river. The sedi-
mentation project is very much to be preferred.

I have looked into an alternate sedimentation
project for the installation of settling tanks with mechan-
ical dewatering of sludge at the Middle Site opposite Hangman's
Creek, and also the installation of settling tanks at this
site with pumping of the sludge for digestion to the down
river site below Fort Wright. On a total annual cost basis
the mechanical dewatering of sludge is greater than for

002601

5

sludge digestion with disposal on open drying beds.    The
location of the settling tanks at the middle site opposite
Hangman's Creek and the pumping of the sludge to digestion
tanks at a site below Fort Wright permits of a considerable
reduction in the cost of the intercepting sewer system.    The
total annual cost of this project is $3,000 to $5,000 less
than the total annual cost of a single compact sedimentation
and digestion plant located at Site A below Fort Wright.    As
the site opposite Hangman's Creek is limited in area and is
relatively close to houses, I do not regard this saving in
the annual cost during the life of bonds as sufficient to
justify a preference for this project.

The estimated construction and total annual costs
of these projects are summarized as follows from Table 9:

| Project | Construction Cost | Total Annual Cost |
|---|---|---|
| Sedimentation | | |
| Single Plant at Site A | $1,550,000 | $ 95,000 |
| Mechanical sludge de-watering at Middle Site | | |
| Open Tanks | 1,165,000 | 99,800 |
| Covered Tanks | 1,215,000 | 113,900 |
| Sludge pumped to downriver site | | |
| Open Tanks | 1,315,000 | 89,700 |
| Covered Tanks | 1,365,000 | 91,800 |
| Fine Screening | 750,000 | 61,200 |

The total annual costs include operation and a
fixed charge at the rate of 6 percent of the estimated

002602

6.

amount required under a Federal Public Works loan now
estimated at 75 percent of the total construction cost.
Despite the fact that the estimated annual cost of fine
screens during the life of bonds is very much less than
the estimated total annual cost of sedimentation, I do
not believe that the limited improvement of the river by
fine screening would justify the saving.

These costs are not unreasonable as compared
with costs in other cities.  In many places expenditures
in excess of $25.00 per capita have been required.

The following summary comments relate to some
of the questions which appear to have been up for discussion.
In my opinion the sewage of Spokane should be treated by
sedimentation and disinfection and that treatment to this
extent is sufficient.  This treatment will render the water
safe for bathing, will remove visual pollution, will prevent
the formation of sludge deposits and will reduce the bio-
logical oxygen demand so as to remove the threat of lowering
the dissolved oxygen in the river below desired limits of
saturation particularly as the City grows.  I do not believe
it practicable or necessary to treat the sewage so as to
make the river water suitable for drinking purposes.  I do
not believe there have been a sufficient number of accurate
observations nor a sufficient amount of study to permit
complete comment on the effect of the sewage pollution on
fish life in the river.  I have commented on this in con-
siderable detail in the report and have suggested that a

more comprehensive biological survey of the river would be
desirable. It seems likely, however, that game fish have
found the stretch of the river from Monroe Street to Nine
Mile Dam and perhaps to Long Lake Dam a much less favorable
environment since the construction of the dams and that the
sewage pollution has been an aggravating factor. I do not
regard the pollution of the Columbia River by Spokane sewage,
should this water be used for irrigation, as an important
factor at the present time, but should irrigation be devel-
oped, it would constitute an influence in the direction of
the installation of sewage treatment works. The estimated
construction costs of the most favorable project for treat-
ing the sewage of Spokane is $1,550,000 with an annual cost
for maintenance and operation of $25,500.

The foregoing summary and the more detailed
statements in the body of the report will, I hope, give
you sufficient information upon which to determine a policy
as regards sewage disposal. You should weigh the costs in
the light of the estimates. If you can arrange to finance
the work, the treatment of Spokane sewage by sedimentation
and disinfection is desirable.

002604

## A - POLLUTION FACTORS

### A-1. GENERAL STATEMENT

The pollution load on a waterway is determined to a large extent by the number of people, the kind of sewers and the industries discharging to the stream. These factors are stated in the following paragraphs.

### A-2. CITY OF SPOKANE

Spokane had a population in 1930 of 115,514 by the U. S. Census. The increase in 20 years (1910 to 1930) was only 11,000. It is difficult to state what the future population will be, but there are many factors to support a favorable growth. It is important to determine the population for which capacity should be provided so that works to be built will not have to be enlarged too soon after their completion. Practice in this regard in some other cities is given in Tables 1 and 2.

For structures readily added to, such as a sewage treatment plant, an allowance for an increase in the present population of 33 percent is conservative. The basis of design of such structures would be about 155,000 people in the City.

For structures not easily added to, such as intercepting sewers, an allowance for an increase of 120 percent is reasonable. The basis of design of such structures would thus be 250,000.

002605

## TABLE 1

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

### Population Increases for Which Sewage Treatment

### Works Have Been Constructed at Various Places

| City | Population at Time of Design | Population for which Plant was Designed | Ratio Population for Plant Design to Tributary Pop. at time of Construction |
|---|---|---|---|
| Chicago, Illinois | | | |
| North Side Plant | 590,000 | 800,000 | 1.35 |
| West Side Plant | 1,300,000 | 1,850,000 | 1.42 |
| Calumet | 170,000 | 225,000 | 1.32 |
| Milwaukee, Wisconsin | 414,000 | 588,750 | 1.42 |
| Indianapolis, Indiana | 350,000 | 500,000 | 1.43 |
| Rochester, New York | 250,000 | 438,000 | 1.75 |
| Syracuse, New York | 150,000 | 220,000 | 1.39 |
| Decatur, Illinois | 43,818 | 60,000 | 1.40 |
| Urbana-Champaign, Illinois | 35,000 | 45,000 | 1.29 |
| Elgin, Illinois | 28,500 | 37,500 | 1.32 |
| Oklahoma City, Oklahoma | | | |
| North Side | 19,600 | 29,000 | 1.48 |
| South Side | 92,000 | 136,000 | 1.48 |
| Springfield, Illinois | 58,300 | 90,000 | 1.55 |
| Holland, Michigan | 15,000 | 22,500 | 1.50 |
| Worcester, Mass. | 200,000 | 275,000 | 1.38 |
| East Orange, New Jersey | 86,000 | 133,000 | 1.55 |
| Schenectady, New York | 94,000 | 120,000 | 1.28 |
| Albany, New York | 101,000 | 150,000 | 1.49 |
| Fitchburg, Mass. | 42,000 | 55,000 | 1.31 |
| Atlanta, Georgia | 60,000 | 80,000 | 1.33 |
| Rockford, Illinois | 95,000 | 140,000 | 1.48 |
| Fort Worth, Texas * | 165,000 | 225,000 * | 1.36 |
| Muskegon, Michigan * | 46,500 | 78,000 * | 1.68 |
| Muncie, Indiana * | 35,000 | 50,000 * | 1.43 |
| Peoria, Illinois | 73,947 | 125,000 | 1.69 |
| St. Joseph, Michigan * | 9,210 | 12,500 * | 1.36 |
| Benton Harbor, Michigan * | 19,000 | 23,600 * | 1.24 |
| | Maximum | | 1.75 |
| | Minimum | | 1.24 |
| | Average | | 1.43 |

* Recommended project.

## TABLE 2

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

#### Population Increases for Which Trunk Line Sewer

#### Capacity Has Been Provided at Various Places

| | Population | | Ratio Population Basis of Design to Pop. at time Construction |
|---|---|---|---|
| | Total at Time of Design | Design Basis | |
| Chicago Sanitary District * | | | |
| (a) North Side Interceptor | 590,000 | 1,450,000 | 2.46 |
| (b) Calumet Interceptor | 110,000 | 415,000 | 3.77 |
| (c) West Side | 1,200,000 | 1,700,000 | 1.42 |
| (d) South West Side | 850,000 | 1,600,000 | 1.88 |
| Toledo, Ohio – East Side | 43,180 | 164,270 | 3.80 |
| Toledo, Ohio – West Side | 211,520 | 617,630 | 2.93 |
| Milwaukee, Wisconsin | 414,000 | 862,000 | 2.08 |
| Louisville, Kentucky | 105,103 | 274,850 | 2.62 |
| Philadelphia, Pa. | | | |
| Northeastern Division | 230,000 | 740,000 | 3.22 |
| Southwestern Division | 368,000 | 651,000 | 1.77 |
| Cincinnati, Ohio – Mill Creek | 138,783 | 308,664 | 2.22 |
| Cincinnati, Ohio – Ohio River | 238,794 | 303,826 | 1.27 |
| Cincinnati, Ohio – Duck Creek | 31,102 | 99,320 | 3.19 |
| Springfield, Illinois | 62,000 | 193,000 | 3.12 |
| Oklahoma City, Oklahoma | 118,000 | 380,000 | 3.22 |
| Rockford, Illinois | 85,000 | 210,000 | 2.47 |
| Benton Harbor-St. Joseph # | 25,000 | 96,000 | 3.84 |
| Urbana-Champaign, Illinois | 35,000 | 70,000 | 2.00 |
| Peoria, Illinois | 100,000 | 200,000 | 2.00 |
| Decatur, Illinois | 43,818 | 120,000 | 2.74 |
| Bloomington-Normal, Illinois # | 33,868 | 75,000 | 2.22 |
| Elgin, Illinois | 28,260 | 70,000 | 2.48 |
| Muncie, Indiana # | 35,000 | 100,000 | 2.86 |
| Muskegon, Michigan # | 46,500 | 140,000 | 3.01 |
| Maximum | | | 3.84 |
| Minimum | | | 1.27 |
| Average | | | 2.61 |

NOTES:

* Interceptors built for treatment projects on combined systems, provided with storm overflows; planned ahead for about 45 years.

# Recommended Project.

002607

The area within the present city limits is 26,240 acres (41.0 square miles). The area of the City has been extended somewhat during the last few years by the annexation of the Hillyard District and an area near the airport, but has not changed materially for many years. The resulting densities of population are not high, as indicated by the following data:

| Total Population | Population per acre of Present City |
|---|---|
| 115,514 – 1930 | 3.8 |
| 155,000 | 5.9 |
| 250,000 | 9.5 |

## A-3. EXISTING SEWERS

The existing sewers of Spokane are on the combined plan with outlets for the entire capacity of each sewer extending to mid-channel of dry weather stream flow. They are, thus, submerged at all stages. With the river water 10 to 12 feet above the low stage, the discharge of these sewers could not be seen from bridges or shores. The sewer sizes in some cases are too small and the sewers are surcharged. Relief sewers have been planned. Some of the sewers do not have tight joints and their flow is increased by ground water. In general, the existing sewers are well above high water in the river and there is, for the most part, ample head for the construction of sewage disposal

002608

works.  A brief description of each main sewer district is attached (Appendix 1).

Only about 60,000 people (52 percent of total) are now connected to the sewer system.  This is partly due to the large area of the City, and the relatively great distance between a number of the built-up areas.  The cost of outlet sewers is relatively high per capita.  The people without sewers use cess pools and vaults.  Where the subsoil is gravelly, these are said to be satisfactory.  It is expected, therefore, that an increase in the percentage of the population connected to the sewers will not be rapid.

## A-4.  SEWAGE QUANTITIES

An estimate of the quantity of sewage discharged into the river by the existing sewers has been made by the City Engineer on the basis of depth measurements and computations (See Appendix 2).  The number of sewer connections in each of the main sewer districts was known from the City permit records and the connected population was computed at the rate of 4.1 people per sewer connection.  The data for eight main sewer districts serving 81 percent of the present sewered population is summarized in Table 3.  The average rate of flow is 228 gallons per capita per 24 hours.  Exclusive of the Trent Avenue District (No. 15), which consists mainly of the packing plants, the average rate of flow is 198 gallons per capita per 24 hours.  These are relatively high per capita rates of flow, which are likely to decrease as the density of the population increases.  Thus, if a rate

002609

## TABLE 3

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

#### Summary of Sewer Gagings and Sewage Analyses

| Sewer District | | 1933 Connected Population * | Average Sewage Flow | | Suspended Solids | | | 5-day B.O.D. | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Name | | M.G.D. | Gal. per Cap. per 24 hours | P.P.M. | % Volatile | Lbs. per Cap. per 24 hours | P.P.M. | Lbs. per Cap. per 24 hours |
| 1 | Nora Street | 4,460 | 0.56 | 125 | 155 | 72 | 0.16 | 211 | 0.22 |
| 3 | Riverside | 5,570 | 0.44 | 79 | 227 | 74 | 0.15 | 284 | 0.19 |
| 6 | Cedar Street | 4,210 | 1.10 | 261 | 244 | 82 | 0.53 | 304 | 0.66 |
| 12 | Division St. | 6,810 | 0.63 | 92 | 224 | 78 | 0.17 | 299 | 0.23 |
| 13 | Front Street | 10,230 | 2.97 | 290 | 90 | 80 | 0.22 | 63 | 0.15 |
| 15 | Trent Avenue | 240 | 1.52 | 6330 | 501 | 88 | 26.40 | 1079 | 56.90 |
| 19 | Lincoln | 5,980 | 3.40 | 569 | 137 | 80 | 0.65 | 108 | 0.51 |
| 22 | Cochran St. | 11,190 | 0.48 | 43 | 351 | 73 | 0.13 | 331 | 0.12 |
| | TOTALS | 48,690 | 11.10 | | | | | | |
| | Weighted Averages omitting Dist. 15 | | | 198 | 156 | 78.5 | 0.26 | 154 | 0.25 |

NOTE: * Based on 4.1 people per connection.

002610

14

of 200 gallons per capita per 24 hours be assumed to comprise 100 gallons per capita per 24 hours of ground water, doubling the density of population would result in a per capita flow of 150 gallons per 24 hours.

The average water pumpage for the year 1932 was 28.66 million gallons per day (data from Supt. Alex Lindsay) equivalent to 248 gallons per capita. In 1925, the pumpage per capita is recorded as 292 gallons per 24 hours. These figures tend to support a relatively high per capita sewage flow.

We estimate that sewage treatment plant structures and others readily added to should provide for a yearly average flow of 200 gallons per capita per 24 hours. In the future as the population density increases, this is likely to be lower, perhaps 150 gallons per capita.

With such relatively high rates of sewage flow, the variations in the flow are not likely to be so pronounced. Figure 1 shows the results of the gaugings by the City Engineer. The maximum flow is 16 percent larger and the minimum flow 22 percent smaller than the average. These are reasonable variations for Spokane.

A-5.  SEWAGE CHARACTERISTICS

Samples of sewage from the main sewers have been taken and analyzed (See Appendix 3). The results are summarized in Table 3. Exclusive of the packing houses, it is computed

002611

Fig - 1



Note:
    Computed from Flow Measurements
    at 8 sewers May 2-19, 1933.

SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
SEWAGE FLOW
HOURLY VARIATIONS
JULY 1933

PEARSE GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 N. MICHIGAN AVE.
CHICAGO ILL.

15

that 48,450 people produced each day 12,300 pounds of 5-day oxygen demand (B.O.D.) and 12,500 pounds of total suspended solids, equivalent to approximately 0.25 pounds per capita per 24 hours in each case.  These are somewhat high per capita contributions, indicating a population equivalent of about 1.5 times the human population.

The future population equivalent of the sewage is difficult to state as the development of even minor industries is uncertain.  It is now indicated, however, that in the future the population equivalent of the sewage of the City exclusive of major industries is not likely to be less than 1.5 times the human population.

The analyses indicate an alkaline sewage with a pH well above 7.0 (except the packing house sewage with an average pH of 6.7).  The City water is stated to have a hardness of 160 parts per million, practically all of which occurs as calcium carbonate (Table 4).  The average percentage of volatile matter in the suspended solids is 78.  Thus the sewage should be readily amenable to treatment in biological processes.

A-6.  INDUSTRIAL SEWAGES

The major sewage producing industries within the City limits are the following:

        Armour and Company
        Carsten's Packing Company
        United Dressed Meats Company
        Trefry Packing Company
        Lewis Packing Company

16

## TABLE 4

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

#### Chemical Analysis of City Water

| Substance | Parts per Million |
|-----------|-------------------|
| Calcium | 31. |
| Magnesium | 11. |
| Silica | 13. |
| Sodium | 7. |
| Iron | Trace |
| Aluminum | 0.9 |
| Sulphate | 16.66 |
| Chlorine | 2.4 |
| Bicarbonate | 174.46 |
| Organic | Trace |

The first four are connected to the Trent Avenue sewer. The Lewis Packing Company plant discharges directly into the river about 3,600 feet up-stream from the Greene Street bridge. The kill at all of the packing plants includes hogs, cattle, sheep and calves with hogs predominating, the annual figures for 1932 being given in Table 5. The distribution of the kill over the year is favorable to river conditions in that the months of greatest activity in the packing plants coincide with those of high river flows. The kill during the summer and fall months, when the river flow is low, is slightly more than half of that during the winter and spring months.

The gaugings and analyses of the Trent Avenue (No. 15) sewer made on May 6, 12, 17, 18 and 20, 1933, give the following data:

| Item | Amount |
| --- | --- |
| Average Sewage Flow | 1.525 M.G.D. |
| Suspended Solids | 501 p.p.m. |
|  | 6,360 pounds per 24 hours |
| 5-day B.O.D. | 1,079 p.p.m. |
|  | 13,700 pounds per 24 hours. |

On the basis of the oxygen demand, the population equivalent of the four packing plants is about 80,000; and on the basis of suspended solids, perhaps 45,000. These

## TABLE 5

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

### Summary of Packing Plant Operation - Year 1932

| Animal | Total Annual Kill |
|--------|-------------------|
| Hogs | 203,400 |
| Sheep | 52,000 |
| Cattle | 30,500 |
| Calves | 3,200 |
| TOTAL | 289,100 |

Approximate Averages:

Per Working Day (300 per year)

| | | | |
|---|---|---|---|
| Yearly Average | 964 animals per day | | |
| Winter Average | 1350 | " | " " |
| Summer Average | 750 | " | " " |

002616

19

figures appear somewhat high when compared with population equivalents of packing plants elsewhere.  The quantity of sewage also seems high.  From data obtained at several other cities, the population equivalent to be expected from the indicated kill at Spokane in May, 1933 is 33,000 for all five packing plants.

About seven miles east of the City up-stream along the river at Millwood is the Inland Empire Paper Company's plant with a population equivalent of some 110,000 in the winter and 40,000 in the summer months (See Appendix 4).

There are two saw mills in the City which may put some burden on the oxygen resources of the river; and also two relatively large flour mills.  No data is available regarding these industrial wastes.  The flour mill waste is probably not large, but saw mill refuse, if allowed to go to the river in quantity, might noticeably affect the formation of sludge banks and the ability of the water to support game fish.

The future pollution load of industrial sewage is difficult to forecast.  Based on a study of 19 years of operation of the packing plants at South St. Paul and Newport, the Metropolitan Drainage Commission of St. Paul and Minneapolis estimated a near future increase of 15 to 30 percent and an ultimate increase of 50 percent in the sewage of these plants.  For Spokane a near future increase of 20 percent and an ultimate increase of 50 percent are suggested for present consideration.

20

### A-7. UNSEWERED POPULATION

The City Engineer reports 11,872 sewer connections in the eight sewer districts gauged and sampled; and that these represent 81 percent of the total number of sewer connections. The total number is thus about 14,700. Assuming 4.1 persons per sewer connection (based on number of residential water and electric light connections), the present sewered population is about 60,000. Thus only about 52 percent of the present population of the City is sewered. This estimate may be increased at times through the use of the sewers by transients, people in office buildings and apartments, and hotel guests. The remainder are served by cess pools and vaults. The Crematory Division indicates that from about 1300 to 2000 vaults and cesspools are cleaned in a year and their contents dumped into the river. If the contents of each is assumed to be a years' accumulation of polluting matter from one house, and the dumping into the river is assumed to be uniform, the approximate population equivalent of the contents of the cess pools and vaults is 5500 to 8500, or an average of 7000.

### A-8. UP-RIVER POPULATION

The City of Coeur d'Alene had a population in 1930 of 8,297 (U. S. Census). Much of this population is sewered to the Spokane River. There is a considerable agricultural population along the river between Coeur d'Alene and Spokane, and the paper mill at Millwood.

2⅟₂

The analyses of the City Engineer give some
evidence of a depletion of dissolved oxygen at the water
works pumping station during periods of low flow.  An
estimate based on a depletion of 1.0 p.p.m. with a river
flow of 1100 M.G.D. (1700 c.f.s.) indicates a loss of
9,150 pounds of oxygen per 24 hours.  This would supply
the 1-day biological oxygen demand of some 220,000 popula-
tion.  Something more should be added for re-aeration
although at the relatively high percentages of saturation
prevailing, this would not be a large item.  No very definite
conclusions can be stated.  There is, however, at times a
substantial up-river pollution.

A-9.  SUMMARY OF POLLUTION LOAD

The foregoing comments on the pollution of the
Spokane River may be summarized as follows:

| Item | Population Equivalent on B. O. D. Basis | |
|---|---|---|
| | Upper Estimate | Lower Estimate |
| 1. Human Population connected to sewers | 60,000 | 60,000 |
| 2. Population Equivalent of minor industries | 30,000 | 30,000 |
| 3. Unsewered Population | 7,000 | 7,000 |
| 4. Major industries in city limits | 80,000 | 35,000 |
| 5. Up-river (industrial and miscellaneous) | 110,000 | 40,000 |
| | 287,000 | 172,000 |

002619

The analyses of the City Engineer of samples from eight sewer districts taken together show a total present discharge of 22,100 pounds of suspended solids and 29,500 pounds of 5-day oxygen demand per 24 hours. On the B.O.D. basis, this is equivalent to a population of about 170,000. To this should be added the up-river pollution and the cleanings of cess pools and vaults.

The depletion of dissolved oxygen in passing through the City is indicated by the analyses to be at times about 1.0 part per million between the water works and the 9-mile dam. At a flow of 1700 c.f.s., this would supply the 1-day oxygen demand of 220,000 people, with no allowance for re-aeration. The pollution load on the river is, probably, at times somewhat more than this figure.

It does not appear unreasonable to say, in the absence of a considerably more detailed analytical record, that the population equivalent of the sewage and wastes now entering the river in the vicinity of Spokane is at times considerably over 220,000 and at other times (Sundays and Holidays, for instance) somewhat below this figure. The present pollution load will probably increase in the future unless the industries change, and this increase may very likely be about the same as the population growth of the City.

A-10. LOADS ON A SEWAGE TREATMENT PLANT

Based on the data contained in the foregoing sections and on the estimated probable growth of the City and its industries, we have set up, for the purpose of cost

28

estimates, the following loads on a sewage treatment plant for Spokane:

| | |
|---|---|
| Tributary human population | 100,000 |
| Annual average/domestic sewage flow | 20.0 M.G.D. |

Suspended solids

    100,000 people at 0.25 - 25,000 lbs. per 24 hours

    Packing plants - - - - - 8,000

                                              33,000 lbs. per
                                              24 hours

5-day B.O.D.

    100,000 people at 0.25 - 25,000 lbs. per 24 hours

    Packing plants - - - - - 17,000

                                              42,000 lbs. per
                                              24 hours.

These figures are predicated on the analysis of the packing house sewage made by the City, with an allowance for an increase of 20 percent in the total kill.

## B - SPOKANE RIVER DATA

### B-1. GENERAL DESCRIPTION

The Spokane River (Figure 2) flows in a westerly direction from Coeur d'Alene Lake to the Columbia River, a distance along the river of about 105 miles. Spokane City is located about 35 miles from the head waters of the river which is the outlet of Coeur d'Alene Lake; and above Spokane the drainage area is 4,350 square miles. The total drainage area above the Columbia River is approximately 6,700 square miles. The steepness of the valley is indicated by the following elevations:

| Place | Elevation of Normal Water Surface (U.S.G.S. Datum) | Difference in Elevation |
|---|---|---|
| a. Outlet of Coeur d'Alene Lake | 2100 | |
| | | 184 |
| b. City of Spokane | | |
|    1. At Waterworks intake dam | 1916 | |
| | | 34 |
|    2. At diversion dam above Monroe St. | 1882 | |
| | | 192 |
|    3. At Cleveland St. sewer outlet (#22) | 1690 | |
| | | 640 |
| c. Columbia River | 1050 | |

The elevation of the water surface will change many feet between high and low stages and by the operation of the gates at the various dams, but these changes are generally not abrupt.

The channel of the stream is well defined and relatively deep, and in general is gravel and boulders. In its



PEARSE, GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 NORTH MICH. AVE.
CHICAGO, ILL.

N

SCALE IN MILES
0  1  2  3  4  5

COLUMBIA RIVER

LITTLE FALLS

LONG LAKE

NINE MILES

RIVER

SPOKANE RIVER

LITTLE SPOKANE RIVER

SPOKANE

POST FALLS

SPOKANE BRIDGE

WASHINGTON
IDANO

COEUR D'ALENE LAKE

COEUR D'ALENE

HAYDEN LAKE

SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
SPOKANE RIVER
JULY 1935

FIG. 2

002623

25

natural channel, the flow of the water is rapid except at the pools behind the dams.

The valley above Spokane is a relatively wide flat fertile plain between high rugged mountain walls. Much of it is cultivated and under irrigation, there being a great variety of crops including vegetables, grains and fruit. At Millwood is the Inland Empire Paper Company and at Trent is the International Cement Company. This part of the valley is well developed and populated.

The valley below Spokane is rugged with only a few farms. The channel is cut through volcanic outcrops and there are very few flat areas suitable for cultivation. The main occupation is at the three power dams and at occasional resort centers. Great masses of basaltic rock characterize the channel below the City.

## B-2. DAMS

Including the controlling works at the outlet of Coeur d'Alene Lake, there are seven dams along the river, as follows:

| Designation | Intervening distance along River, in miles |
|---|---|
| a. Controlling works outlet of Coeur d'Alene Lake | 8 |
| b. Post Falls | 22 |
| c. Spokane City: 1. Waterworks | 5 |
|          2. Diversion dam near Monroe Street | 12 |
| d. Nine Mile | 27 |
| e. Long Lake | 3 |
| f. Little Falls | |

The dams at Post Falls and at the waterworks are little more than channel dams. Below the City, the dams have the following heights:

| Dam | Height in Feet | Length of Back Water in Miles |
|-----|------|------|
| NineMile | 60 | 5 |
| Long Lake | 170 | 24 |
| Little Falls | 70 | 3 |

A profile of this section of the river is shown on Figure 3.

## B-3. RIVER FLOWS

Although the river flow is partly regulated at low stages, there is always a well sustained flow. The U. S. Geological Survey have published the records of a gauging station at Spokane (now located opposite Cochran Street) since 1892. The frequency of occurrence of various rates of flow is shown on Figure 4, and summarized as follows:

| Occurence | Flow in C.F.S. |
|-----------|------|
| a. Minimum day of record | 1130 |
| b. Not exceeded 10% of the time | 1700 |
| c. Maximum day of record | 49000 |

The rainfall at Spokane is moderate, having varied since 1882 from 7.54 to 25.99 inches per year with

002625



FIG.3



SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
PROFILE OF SPOKANE RIVER
JULY 1933

PEARSE, GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS

002626

FIG. 4



SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
FLOW IN SPOKANE RIVER
AT SPOKANE

DAILY RECORD 1892-1933
DRAINAGE AREA 4350 SQ.MI.
JULY 1933

PEARSE, GREELEY & HANSEN,
CHICAGO, ILL.

Percent of Time Flow is Less than Indicated Amount

River Flow — Thousands of Cubic Feet per Second

002627

27
28

an average annual precipitation of 16.10 inches. The rate
of flow in the Spokane River is thus dependent to a consid-
erable extent upon the melting of snow in the mountains and
the out-flow of Coeur d'Alene Lake. The result is that the
lower rates of flow prevail quite uniformly during the summer
and early fall as follows:

| Month | Decade Ending with 1930 Rate of Flow in C.F.S. | | | | |
| | Monthly | | | Daily | |
| | Average | Maximum | Minimum | Maximum | Minimum |
|---|---|---|---|---|---|
| Jan. | 4,760 | 9,830 | 1,560 | 13,200 | 1,240 |
| Feb. | 6,510 | 14,800 | 1,490 | 22,500 | 1,340 |
| Mar. | 7,270 | 14,500 | 2,050 | 19,300 | 1,480 |
| Apr. | 13,330 | 23,800 | 7,160 | 31,100 | 2,660 |
| May | 17,440 | 24,700 | 7,370 | 28,200 | 2,340 |
| June | 9,190 | 18,600 | 3,890 | 22,000 | 1,860 |
| July | 2,360 | 3,530 | 1,520 | 6,820 | 1,160 |
| Aug. | 1,800 | 2,410 | 1,440 | 2,670 | 1,160 |
| Sept. | 1,760 | 2,260 | 1,420 | 2,760 | 1,140 |
| Oct. | 2,140 | 5,640 | 1,390 | 9,900 | 1,250 |
| Nov. | 3,290 | 13,100 | 1,350 | 23,000 | 1,240 |
| Dec. | 4,980 | 15,900 | 1,340 | 24,500 | 1,260 |

B-4. TIMES OF FLOW

        The times of flow in the river from Spokane to
various points downstream are quite long, due to the effect
of the pools behind the three dams, especially at Long Lake.
These pools have the following characteristics:

002628

28

| Pool Back of | Volume at Crest Level Millions of Cubic Feet | Millions of Gallons | Displacement Time in Hours for river Flow of 1700 C.F.S. |
|---|---|---|---|
| Nine Mile | 227 | 1,700 | 37 |
| Long Lake | 10000 | 75,000 | 1,630 |
| Little Falls | 185 | 1,400 | 30 |

The displacement of the pool water is very probably not complete and there are volumes along the bottom and shores where the displacement is caused by wind-induced currents or by temperature changes rather than by river flow. Thus the time of flow through the pools is probably substantially less than the displacement time indicated above. The times of flow to various points are roughly illustrated by Figure 5, for the purpose of which it was assumed that the actual time of flow through the pools is 50 percent of the total computed displacement time.

## B-5. WATER SURFACE

In polluted streams, some of the oxygen demand of the organic pollution is supplied by oxygen absorbed from the air as the river water is exposed in its flow. The rate of oxygen absorption from the air depends a good deal upon the amount of dissolved oxygen in the polluted water. The absorption of atmospheric oxygen is quite rapid when the dissolved oxygen in the water is nearly gone and is very slow when there is but little depletion of this oxygen. The rate

002629

FIG.5

SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
TIMES OF FLOW FROM DAM
NEAR MONROE ST.
JULY 1933

PEARSE, GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS

902630

of oxygen absorption is more rapid at falls and rapids and
where the surface is broken up by winds than in quiet water.

The available analyses of river water below Spokane
indicate that the dissolved oxygen is not greatly depleted
(Figures 6 and 7).  The greatest depletion is just above the
dam at Nine Mile, as follows:

| Sampling Station | Dissolved Oxygen – 13 Year Record, 1917-1930 | | | | | |
| | Parts per Million | | | % Saturation | | |
| | Aver. | Min. Year | Min. Sample | Aver. | Min. Year | Min. Sample |
|---|---|---|---|---|---|---|
| Pump Station | 9.7 | 8.8 | 6.2 | 89 | 68 | 62 |
| Smelter | 9.6 | 8.6 | 7.0 | 68 | 73 | 66 |
| Nine Mile | 9.0 | 7.8 | 5.3 | 82 | 71 | 61 |
| Mouth Spokane | 10.0 | 8.7 | 7.4 | 92 | 91 | 78 |
| Lower Columbia | 11.0 | 9.7 | 8.2 | 102 | 91 | 78 |
| Upper Columbia | 11.2 | 9.9 | 6.9 | 102 | 97 | 78 |

In 1932, the minimum dissolved oxygen at Nine Mile
dam was 57 percent saturation.

Under these conditions, we do not consider that
re-aeration or absorption of atmospheric oxygen will depend
on or vary greatly with changes in the area of the exposed
water surface.  There is ample opportunity for the river water
to recapture such oxygen as it can take up from the air in
the flow time available and at the relatively limited depletion
in the water itself, without regard to changes in the area of
the water surface at different rates of flow.  Moreover, in
flowing along a rough channel and in rapids, the actual water

# DISSOLVED OXYGEN

Fig.6

## PARTS PER MILLION  YEARLY AVERAGE



PUMP STATION

SMELTER

NINE MILE

MOUTH SPOKANE

UPPER COLUMBIA

LOWER COLUMBIA

MISSOURI RIVER  LEAVENWORTH
KANSAS RIVER  LAWRENCE
OHIO RIVER  CINCINNATI
WABASH RIVER
KENTUCKY RIVER
BIG MIAMI RIVER
KANSAS RIVER  KANSAS
NECESSARY FOR FISH LIFE

002632

surface exposed to air is greatly increased and computations
of the rate of re-aeration would be uncertain. The surface
area of the river and pools between the diversion dam and the
dam at Nine Mile is about 20,000 thousand square feet. With
70 percent saturation of dissolved oxygen, the absorption from
the air might equal 0.50 pounds of oxygen per 1000 square feet
of water surface, or about 10,000 pounds per 24 hours. (The
5-day oxygen demand of the Spokane sewage is about 29,500
pounds per 24 hours). The area of the water surface of Long
Lake is about 210,000 thousand square feet and offers a good
opportunity for re-aeration.

## B-6. RIVER ANALYSES

Beginning with the year 1913, the City Engineer
has maintained sampling stations along the river starting
at the waterworks pumping station just above Spokane and
extending to the Columbia River. Samples were analyzed for
chemical and bacteriological data. Since 1917 all told about
78 samples have been taken at each sampling station, an aver-
age of 4.5 per sampling year. While the number of samples
and of sampling points is somewhat limited for an intensive
study of the river, especially at possible points of local-
ized pollution, the length of the record is valuable and the
amount of information is much more complete than is sometimes
available.

002633

31

## B-7.  USES OF RIVER WATER AND VALLEY

The problems occasioned by the pollution of a stream are determined in part by the extent to which the pollution disturbs the uses of the river water and the adjacent valley.  Among these uses are the following:

    a.  Water supply (drinking)

    b.  Recreation (swimming)

    c.  Irrigation

    d.  Stock watering

    e.  Ice (harvested for use)

    f.  Fishing

    g.  Industrial use

    h.  Power

    i.  Resorts and summer houses (boating, picnics, etc.)

Disturbance is caused (a) by bacterial pollution which tends to spread disease, (b) by the organic matter which, in its natural cycle of change, demands oxygen and tends to cause a nuisance if the dissolved oxygen is too far depleted, and (c) by relatively large floating and suspended particles or slugs of oil and the like, which are unpleasant to the sight, tend to clog the gills of fish, or by concentrating in back water tend to cause unpleasant odors and shore conditions. The bacterial pollution is measured by the number of bacteria found in the water as shown by the agar count and the B. coli determination.  The effect of organic matter is measured by the oxygen balance of the stream, and the extent of pollution objectionable to sight and smell is determined by actual ob-

00283

servation .  The first five and the last of the foregoing
list of uses are disturbed more especially by the bacterial
pollution.  Most of the uses are affected by the oxygen
balance and by obvious pollution of sewage origin.

It is seldom possible to maintain river water in
an occupied valley safe for drinking.  The criterion as
regards water supply is that the pollution should not go
beyond a safe load on a water filtration plant.  River waters
in occupied valleys can, however, be made clean and safe
enough for swimming, irrigation, stock watering and the like.
The restoration of game fish life by the reduction of pol-
lution is more difficult to state as specific instances are
lacking.  Sometimes, also, the situation is confused by other
factors such as changes in the stream characteristics by the
construction of dams and also the actual fishing-out of the
stream.

The uses of the Spokane River below the City are
limited at present largely to recreation, resorts and power,
including fishing and swimming.  There are no public water
supplies and as yet no irrigation.  Stock watering is along
the tributary streams.  Thus the major factors are the
bacterial and the visual pollutions, including some depletion
of dissolved oxygen and the accumulation of sludge and scum
in back waters.  Odors and debris are reported to be object-
ionable in the power houses during the periodic cleaning of
the turbines.  The extent of these pollutions is discussed
in the following sections.

002635



## C - EFFECT OF POLLUTION OF SPOKANE RIVER

### C-1. GENERAL

There are few, if any, cities in the United States with river conditions similar to those at Spokane.  There are 93 cities in this country with populations of over 100,000. Of these, 30 are on the ocean or on tidal estuaries with discharge into salt water.  Of these, Baltimore, with separate sewers, gives complete treatment using trickling filters; New York is building an activated sludge plant for upper Manhattan and portions of the Bronx, has screening plants for many other outlets, and has a comprehensive plan for the disposal of all of its sewage; Los Angeles provides fine screening and Los Angeles County will provide sedimentation; New Haven provides sedimentation and Bridgeport fine screens.  The treatment, in general, is moderate.

Another group of the cities of over 100,000 population are on one or another of the large rivers of the country. Of these, there are 16 located on the Mississippi, Missouri, Ohio, Hudson, Tennessee or Connecticut Rivers.  Albany has sedimentation and the Twin Cities near the head waters of the Mississippi are planning a progressive installation looking towards complete treatment.  None of the others have provided any sewage treatment, although Louisville, Cincinnati and others have plans for intercepting sewers, some of them partly built.

Another group of 10 cities are on the Great Lakes, where the problem of sewage disposal is more acute.  Milwaukee has complete treatment by activated sludge while Cleveland and

## C - EFFECT OF POLLUTION OF SPOKANE RIVER

### C-1. GENERAL

There are few, if any, cities in the United States with river conditions similar to those at Spokane. There are 93 cities in this country with populations of over 100,000. Of these, 30 are on the ocean or on tidal estuaries with discharge into salt water. Of these, Baltimore, with separate sewers, gives complete treatment using trickling filters; New York is building an activated sludge plant for upper Manhattan and portions of the Bronx, has screening plants for many other outlets, and has a comprehensive plan for the disposal of all of its sewage; Los Angeles provides fine screening and Los Angeles County will provide sedimentation; New Haven provides sedimentation and Bridgeport fine screens. The treatment, in general, is moderate.

Another group of the cities of over 100,000 population are on one or another of the large rivers of the country. Of these, there are 16 located on the Mississippi, Missouri, Ohio, Hudson, Tennessee or Connecticut Rivers. Albany has sedimentation and the Twin Cities near the head waters of the Mississippi are planning a progressive installation looking towards complete treatment. None of the others have provided any sewage treatment, although Louisville, Cincinnati and others have plans for intercepting sewers, some of them partly built.

Another group of 10 cities are on the Great Lakes, where the problem of sewage disposal is more acute. Milwaukee has complete treatment by activated sludge while Cleveland and

002637

34

Chicago have large complete treatment plants for part of the sewage. Erie, Toledo and Rochester have sedimentation and Duluth is installing fine screens. Detroit, Buffalo and Gary have no treatment as yet, but general project plans have been prepared.

Still another group comprising 36 cities with populations of over 100,000 are on the smaller rivers of the country. Many of these (58 percent) have provided some form of sewage treatment as follows:

Sewage Treatment in Cities of over 100,000
Population on Smaller Rivers

| A Complete | B Partial | C None |
|---|---|---|
| Indianapolis | Dallas | Denver (1) |
| Houston | Syracuse | Portland |
| Columbus | Dayton | Birmingham (2) |
| Atlanta | Oklahoma City | Richmond |
| Akron | Grand Rapids | Youngstown |
| San Antonio | Tulsa | Nashville |
| Worcester | Patterson (3) | Scranton |
| Fort Worth | Trenton | Des Moines (1) |
| Flint | Wichita | Spokane (1) |
| Reading | | Fort Wayne (1) |
| Peoria | | South Bend |
| Canton | | El Paso |
| | | Evansville |
| | | Utica (1) |
| | | Lowell |

NOTES: (1) Problem under consideration
(2) Part of sewage is treated
(3) Passaic Valley Trunk Sewer project

There are, of course, innumerable smaller cities with complete sewage treatment works, as Springfield, Illinois, Flint, Michigan, Marion, Ohio, Fitchburg, Mass., Sacramento, Cal., Madison, Wis., Lexington, Ky., Pasadena, Cal., etc.

These various cities have been prompted to install

002638

sewage treatment works for a variety of reasons.  Among
them are:

      a.   Prevention of nuisance

      b.   Cleansing of waters used for
          bathing and recreation

      c.   Maintenance of fish life

      d.   Protection of water supplies

      e.   Removal of sludge deposits

      f.   Cleansing of waters used for
          stock watering and irrigation.

We consider the prevention of nuisance as the
reason which most often occasions the installation of a
sewage treatment plant, with the cleansing of water used
for bathing and recreation, the removal of sludge deposits
and the maintenance of fish life as next in point of numbers.
The protection of public water supplies is the most signifi-
cant reason, but is less frequently a major cause.

Below Spokane, the river is used for recreation,
fishing, bathing and power; and may later be used for irri-
gation if and when the Coulee dam project on the Columbia
River is completed.  There is no question that the Spokane
River is polluted below the City and some times objectionably
so.  The degree of this pollution is discussed in the
following sections.

## C-2.  DILUTION DATA

The quantity of water flowing in rivers available
for dilution varies.  In some rivers, for instance, minimum
flows prevail for longer times than in others.  The amount of
dilution is often used as an index of the need or extent of

36

sewage treatment. However, the characteristics of the channel
are important, as to whether, for instance, there are pools
and backwaters where sludge can be deposited to accumulate in
cold weather and become offensive with lower flows and warmer
weather. The dilution factor in a number of cities is shown
in Table 6. The yard stick is not specific. The Massachusetts
yardstick of 6 c.f.s. per 1000 of population has often been
quoted, but the application of this to the actual and to the
equivalent population is often confused. Below Spokane, based
on a population equivalent of 200,000, the river provides a
minimum flow of 5.7 c.f.s. and a 10 percent flow of 8.5 c.f.s.
both per 1000 of this population; and in the future, if the
City and its industries grow, the dilution factor will be
less. It is obvious that the river flow at Spokane is better
sustained than in many cities where complete treatment of the
sewage is clearly needed.

## C-3. THE OXYGEN BALANCE

When sewage is discharged into a stream, the organic
matter of the sewage takes up the oxygen of the river water.
The sewage has an oxygen demand and the river a natural supply.
The relation between the two is often termed the oxygen balance.
Some of the oxygen supply is in the water and some is absorbed
from the air as the normal amount in the water becomes depleted.
There is a considerable opportunity for reaeration of the river
water below Spokane because of the steepness and roughness of
the channel and the fall over the dams. A close oxygen balance
is difficult to compute, and the infrequency of river analyses

002640

## TABLE 6

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

### Dilution Factors at Various Places

| City | | Population, 1930 Actual | Estimated Equivalent | River Flow – C.F.S. 10% of Time | Minimum | C.F.S. per M. of Pop. Equiv. 10% of Time | Mini-mum | C.F.S. per M. Actual Pop. 10% of Time |
|---|---|---|---|---|---|---|---|---|
| Dallas | A | 260,475 | 394,000 | 6 | 0 | 0.0 | 0.0 | 0.0 |
| Worcester | A | 195,311 | | 10 | 0.3 | | | 0.1 |
| Wichita | B | 111,110 | | 25 | 0 | | | 0.2 |
| Oklahoma City | AB | 185,389 | | 50 | | | | 0.3 |
| Indianapolis | A | 364,161 | 660,000 | 200 | 130 | 0.3 | 0.2 | 0.4 |
| Denver | A | 287,861 | | 110 | 21 | | | 0.4 |
| Columbus | A | 290,564 | | Flow very low | | | | |
| Akron | A | 255,040 | | " " " | | | | |
| Dayton | B | 200,982 | | 400 | 122 | | | 2.0 |
| Twin Cities | B | 735,962 | 1,400,000 | 2100 | 1200 | 1.5 | 0.9 | 2.9 |
| Merrimack River Cities | B | 334,000 | | 2060 | | | | 6.2 |
| Grand Rapids | B | 168,592 | 175,000 | 1200 | 800 | 6.9 | 4.6 | 7.1 |
| South Bend | B | 104,193 | | 1300 | 400 | | | 12.5 |
| Spokane | | 115,514 | 220,000 | 1700 | 1130 | 7.7 | 5.1 | 15. |
| Rockford | B | 85,864 | | 1400 | 750 | | | 16. |
| Portland | | 301,815 | | (1) 6000 | (1) 3500 | | | 20. |
| Cincinnati | B | 451,160 | | 13500 | 5400 | | | 30. |
| Fox River Cities * | B | 55,695 | 800,000 | 1900 | 600 | 2.4 | 0.8 | 34. |
| Hartford | B | 164,072 | | 6000 | 300 | | | 36. |
| Kansas City | C | 399,746 | | 18000 | 5000 | | | 45. |
| Omaha | C | 214,006 | | 12000 | 3300 | | | 56. |

NOTE: For explanatory notes, see following page.
      * Wisconsin.

002641

## TABLE 6 (Continued)

Explanatory Notes:

    A. Complete treatment installed or badly needed.

    B. Partial treatment installed or clearly indicated.

    C. No treatment considered necessary at this time.

    (1) The river flows for the Willamette River at
        Portland are estimates arrived at by increasing
        the flow at Albany, Ore. approximately in
        proportion to the respective drainage areas.

    General Notes:

        Dallas has had plans prepared for complete
treatment and needs/(works not yet built).  Oklahoma City
have built partial treatment works and need complete
treatment.  Indianapolis, Columbus, Worcester and Akron
have complete treatment works.  Dayton, Trenton, Grand
Rapids, Wichita and Rockford have partial treatment works.
South Bend, Hartford, Cincinnati and the Twin Cities have
preliminary project plans.  The Twin Cities are organizing
now for construction.  Preliminary consideration  to
sewage treatment is now being given at Denver.  Project
plans have been prepared for towns along the Fox (Wisconsin) and
Merrimack Rivers and some sewage treatment is needed.
Omaha and Kansas City have not given much consideration
to the problem.

002642

add to the difficulty.  The time element is important and the
times of flow between Spokane and the Columbia River are in-
creased by the pools back of the dams up to about 50 days at
about 1200 c.f.s.  (Figure 5).  The record of analyses of the
City Engineer (Figure 8) shows the dissolved oxygen of the
river water just above the Nine Mile dam to be depleted to
about 60 percent saturation in the summer time.  The minimum
is 57 percent.

Based on a recent study of the shore waters of
New York, Connecticut and New Jersey in the vicinity of New
York City, the legislatures of the three states have passed
acts regulating the pollution of these shore waters by sewage
which is summarized as regards depletion of dissolved oxygen
as follows:

"Two general classifications shall be used:

(1) Class "A", in which the designated water
    areas are expected to be used primarily
    for recreational purposes, shell-fish
    culture or the development of fish life.

(2) Class "B", in which the designated water
    areas are not expected to be used primarily
    for recreational purposes, shell-fish cul-
    ture or the development of fish life."

"(c) to affect a reduction in the oxygen demand of
the sewage effluent sufficient to maintain an average
dissolved oxygen content in the tidal waters of the
Treaty Area and in the general vicinity of the point
of discharge of the sewage into those waters, at a
depth of about 5 feet below the surface, of not less
than 50% saturation during any week of the year."

The Metropolitan Sewerage Commission of New York

002643

RIVER DISCHARGE

BACTERIA ON AGAR
B. COLI INDEX
SMELTER

TEMPERATURE

DISSOLVED OXYGEN
NINE-MILE

PEARSE, GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 NORTH MICHIGAN AVE.
CHICAGO, ILL.

SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
RIVER DATA
JULY 1933

FIG. 8

002644



has given a very large amount of attention to the depletion
of dissolved oxygen in the waters adjacent to New York City
and have summarized their opinion as follows:

> "Except in the immediate vicinity of docks and
> piers and sewer outfalls, the dissolved oxygen in the
> water shall not fall below 3.0 cubic centimeters per
> liter of water. (With 60 percent. of sea water and
> 40 percent. of land water and at the extreme summer
> temperature of 80 degrees F., 3.0 cubic centimeters
> of oxygen per liter corresponds to 58 percent. of
> saturation.)  Near docks and piers there should always
> be sufficient oxygen in the water to prevent nuisance
> from odors."

This conclusion was submitted to a number of men experienced
in sewage disposal problems and their opinions were summarized
by John D. Watson of Birmingham, England, as follows:

> "What the standard should be is a question which
> you have already submitted to a number of well-known
> experts, and they have all united in saying that the
> dissolved oxygen in the harbor water should not be
> allowed to fall below 50 per cent. or 60 per cent. of
> the saturation limit.  Colonel Black and Professor
> Phelps suggested that it should not be allowed to fall
> below 70 per cent. saturation, and this figure is more
> in accordance with my own view; indeed, I go further
> and say that an even higher standard is feasible if
> the project recommended later in this report is
> approved and given effect to."

002645

44

The Metropolitan Commission of Minneapolis and
St. Paul, after conference with the Minnesota State Board
of Health, indicated a dissolved oxygen content of 4.0 p.p.m.
as necessary if fish life were not to be seriously disturbed;
with 2.0 p.p.m. as the minimum for the prevention of nuisance.
At temperatures prevailing in the Spokane River during the
summer months, these are equivalent to about 42 and 21 percent
of saturation respectively. All standards stated in terms of
dissolved oxygen saturation must, of course, be considered
with reference to the amount of suspended matter discharged
into the waterways, to the absence or presence of sludge
deposits, and to the development of localized nuisances.

I do not consider that a close computation can
be made for the Spokane River without many analyses because
of the difficulty of computing the re-aeration.

It appears that the dissolved oxygen in the Spokane
River in the pool above Nine Mile dam is depleted to about
the point indicated as a limit by the Tri-State Agreement of
New York, New Jersey and Connecticut, and by the Metropolitan
Sewerage Commission for New York Harbor, and may be occasion-
ally below this figure.

## C-4. BACTERIAL POLLUTION

In some cases of waterway pollution, the bacterial
pollution is important even when there is little or no depletion
of the dissolved oxygen. This is the case when sewage is
discharged into the ocean or large lakes near centers of
population. The sewage of Los Angeles City and County does

002646

42

appreciably
not/deplete the oxygen of the ocean waters, but the bacterial
pollution of the bathing beaches and harbor waters is jealous-
ly guarded.

The bacterial pollution is often measured by the
number of bacteria which will develop on agar plates in 48 hours
at 37 degrees C. per cubic centimeter of river water, and by
the indicated number of B. coli (generally per 100 c.c.) present.
The B. coli index is the more frequently used.  Bacterial anal-
yses of the Spokane River have been made for a number of years
by the City Engineer (Figure 8).

A number of investigators have studied the question
of the allowable B. coli index for waters used for bathing.
The results may be summarized as follows:

| Authority | Limiting Number of B. coli per 100 c.c. |
|---|---|
| a. Connecticut Dept. of Health | |
| Class A | 50 |
| Class B | 500 |
| Class C | 1000 |
| b. New Jersey Beaches – 1932 | 84 |
| c. C. E. A. Winslow for New Haven Harbor | |
| Average | 100 |
| Maximum | 1000 |
| d. California State Board of Health | 1000 |
| e. Chicago Bathing Beaches – Average | 850 |
| f. North Shore Sanitary District – Average at Bathing Beaches | 3887 |
| g. Charles River, Mass. – Average | 3940 |

43

As a result of analyses of the Charles River basin just below Watertown and down as far as Cambridge, the Massachusetts Department of Public Health advised that bathing in this stretch of the Charles River be discontinued.

The record of analyses of B. coli in the Spokane River are not as complete as the record of the agar count. This is partly because after 1924 analyses were made of 10 c.c., 1.0 c.c. and 0.1 c.c. samples, whereas prior to that time analyses were also made of 0.01 c.c. samples. The presence of B. coli in a 0.01 c.c. sample indicates 10,000 B. coli per 100 c.c. In the absence of a negative test in 0.1 c.c. samples, it cannot be assumed that B. coli will not be confirmed in a 0.01 c.c. sample. Thus if the analyses since 1924 at times showed 1,000 B. coli per 100 c.c. (by a confirmed test on a 0.1 c.c. sample); the number of B. coli in the river water might have been higher, just as it was found to be prior to 1924.

From long and exhaustive studies of the bacterial pollution of the Ohio and Illinois Rivers, the U. S. Public Health Service have stated that the summer counts on agar are about 157 times the B. coli counts. The maximum number of bacteria (agar count) in the Spokane River at the Smelter sampling station during the summer is reported by the City Engineer as about 30,000 per c.c. This would indicate some 19,000 B. coli per 100 c.c. Quite a number of the agar counts were in excess of 10,000 bacteria per c.c., indicating a B. coli count in excess of 6,000 per 100 c.c.

002648

44

While this bacterial pollution is not as marked
as in the Mississippi River below the Twin Cities, the number
of B. coli, at times, is in excess of a desirable limit for
water used for bathing and recreation. The average number
of B. coli in the Spokane River at the Smelter prior to 1924
was found to be 2300 per 100 c.c. for the summer months and
2600 per 100 c.c. for all of the samples. Four out of 22
samples analyzed showed 10,000 B. coli per 100 c.c. Bathing
beaches have been closed in Massachusetts with B. coli counts
of between 3000 and 4000 per 100 c.c.

The bacterial pollution of the river below Spokane
is, in my judgment, at times (chiefly in the summer months)
beyond the safe limit for water to be used for bathing and
recreation.

## C-5. VISUAL POLLUTION

Sewage caries a considerable amount of floating
material such as garbage, feces, toilet paper, soap and oil.
Such substances tend to strand along the shore, in back waters,
behind logs and debris and in the quiet waters of pools. These
strandings are unpleasant to see and mar the use of the water
for recreation. They are also objectionable when they occur in
the built-up parts of the City. Whatever objectionable there
may be in visual sewage pollution is reduced in its effect in
the river through Spokane by the submerged sewer outlets and
by the fact that most of the river shores are relatively in-
accessible. Such strandings occur along the shores below the
City.

45

## C-6. SLUDGE DEPOSITS

The deposition of sewage solids and so-called sludge deposits or sludge banks is an important item in a stream cleaning problem. In commenting on the effect of sewage pollution of the waters in the vicinity of New York City, the Tri-State Treaty Commission stated " of equal importance is the existence of sludge deposits on the bottom which have a serious effect on the growth or survival of fish eggs deposited thereon." The Wisconsin State Board of Health, in a report in January, 1927, on stream pollution in Wisconsin, makes a similar statement to the effect that "sludge settling over the spawning beds of fish cause them to seek other spawning grounds or prevent natural development of the spawn." Sludge deposits also tend to disturb the oxygen balance by concentrating the oxygen demand in certain portions of the stream with a tendency to, or possibility of local nuisance or of the accentuation of visual pollution. Sometimes floating scum and sludge originate by the gas lifting of sludge deposits.

There is a considerable opportunity for the formation of sludge deposits in portions of the pools back of the dams at Nine Mile and Long Lake. The velocities at various river flows in three of the cross sections of the Long Lake pool on the basis of complete displacement through these three sections are as follows:

002650

46

| Month | River Flow C.F.S. | Velocity - Feet per Minute | | |
|---|---|---|---|---|
| | | At D-D | At C-C | At B-B |
| 1932 | | | | |
| January | 2,660 | 6.9 | 4.0 | 2.1 |
| February | 2,500 | 6.5 | 3.8 | 2.0 |
| March | 11,600 | 30.2 | 17.6 | 9.2 |
| April | 23,800 | 62.1 | 36.0 | 18.8 |
| May | 29,800 | 77.7 | 45.1 | 23.6 |
| June | 14,100 | 36.8 | 21.4 | 11.1 |
| July | 2,600 | 6.8 | 3.9 | 2.1 |
| August | 1,510 | 3.9 | 2.3 | 1.2 |
| September | 1,440 | 3.8 | 2.2 | 1.1 |
| October | 1,540 | 4.0 | 2.3 | 1.2 |
| November | 5,400 | 14.1 | 8.2 | 4.3 |
| December | 5,230 | 13.6 | 7.9 | 4.1 |
| Average | 8,500 | 22.2 | 12.9 | 6.7 |

| Section | Miles above Dam |
|---|---|
| B-B | 11.1 |
| C-C | 15.7 |
| D-D | 19.8 |

The velocity of flow in a sewage settling tank is not ordinarily over 2.0 feet per minute or thereabouts. Thus, there would be opportunity for sedimentation in portions of the Long Lake pool and it is probable that much of the suspended matter of the sewage during periods of low flow in the river will settle out in this and in the Nine Mile pool. No cross sections are available in the Nine Mill pool, but it is very likely that sludge deposits will form in some of the back waters above this dam. It has been reported that when

002651

47

the Long Lake pool was drained a few years ago the bottom
deposits in the upper half of the lake showed evidence of
sewage origin.

The removal of suspended solids, except in complete
treatment works, is best accomplished by sedimentation. Fine
screens remove the coarser suspended solids and in general not
over about 10 percent of the total suspended matter. A much
better cleaning of the river results from sedimentation, which
removes practically all of the settling and up to 60 percent
of the total suspended solids, and this is generally included as a
very desirable step in the removal of pollution from a river
even where there are substantial quantities of river water.

### C-7. EFFECT OF POLLUTION IN FISH

Sewage discharged into a natural body of water
generally has some effect upon the fish life. Sometimes, be-
cause it increases the growth of fish food in the river, the
sewage increases the number of fish. Some kinds of fish are
more sensitive than others to changes in their environment,
and young fish are more sensitive than adults. Trout, white
fish and bass are among the sensitive varieties, and carp,
suckers, buffalo and minnows are less disturbed by adverse
conditions.

The effect of sewage pollution on fish is generally
along the following lines:

002652

a.  Suffocation by depletion of the
dissolved oxygen

b.  Interrupted breathing by clogging
of the gills with fibrous and
coarse suspended matter

c.  Poisoning by special kinds of
pollution as, for instance, hydro-
cyanic acid from plating works.

d.  Disturbance of propagation by
sludge deposits on the bottom in
quiet water where spawning is more
likely to be attempted.

e.  Breathing made difficult by the
adherence of oily wastes to the
gills of the fish

f.  Greater liklihood of disease
through stimulation of fungus
growths in the water.

The extent as well as the intensity of the pol-
lution is important and the opportunity of swimming away from
areas of intense pollution or pollution effect.  The dams
across the Spokane River may be a factor in this way.  Thus,
fish are more or less confined within the stretch of river
between the diversion dam off Monroe Street and the dams at
Nine Mile and Long Lake; at least, travel of fish up and down
stream from this stretch is more difficult than in the natural
channel.

The Metropolitan Drainage Commission of Minneapolis
and St. Paul have suggested a minimum quantity of dissolved
oxygen of 4.0 parts per million for the reasonable support of
fish life in the Mississippi River below these two cities.

From experiments conducted for the Sanitary District
of Chicago, Dr. Lederer reached the following conclusions:

002653

55
49

"Fish life is affected by material in suspension and solution. Material in suspension may cause disease by fungus growths or death by mechanical stoppage of the gills or suffocation. For continuous fish life a content of dissolved oxygen/of at least 2 to 3 parts per million is required by practically all the fish used by us. For very short periods fish may live in a content of dissolved oxygen between 1 and 2 p.p.m. "

Extensive studies have been made on fish life in the Illinois River by the Division of Natural History Survey of the State of Illinois. The following quotation is from Bulletin Vol. XV, Article VII (1925) by David H. Thompson:

"It seems quite certain that dissolved oxygen concentrations between zero and two parts per million will kill all kinds of fishes. Carp and buffalo have been found living in water showing as low as 2.5 parts per million. As a rule, a variety of fishes were found only when there were four or more p.p.m. and the greatest variety of fishes were taken when there were nine p.p.m.

"It was noticed a number of times that carp and buffalo taken from oxygen-deficient water were very light in color and sluggish in their movements, while the same kinds of fishes taken from well aerated water were quite darkly pigmented and very active when disturbed."

The following notes are taken from the Annual Report of 1921 of the Conservation Commission of the State of New York. With reference to dissolved oxygen in the

002654

50

water, it is stated: "Fish requirements vary with the species and age of the individual. It has been said by one authority that few fish are found when the oxygen saturation is below 40% (about 4.5 p.p.m.) and none where it is below 30% (about 3.7 p.p.m.). These figures are perhaps high, for fish have been known to live where the dissolved oxygen was 1.5 p.p.m. , probably less than 20% saturation. Conditions favorable for growths of fungi would tend also to favor the various fungus diseases to which fish are subject. Fish eggs deposited in organic sludge or in the zone of fungus growth would be destroyed in a short time." The following tabulation is included:

### " Essential Requirements of Fish

| Name | Oxygen | Spawning |
|------|--------|----------|
| Brook trout | Hihg | Oct. to Jan. in clean gravel shallows |
| Landlocked salmon | High | " " " " " " " |
| Small mouth bass | High | May to July on clean gravel |
| Yellow perch | High | March and April on water plants |
| Large mouth bass | Medium | May to July - clean places |
| Sunfish | Medium | Summer in hollows along shore |
| Bullheads | Medium | May to July on clean mud and stones |
| Minnows: | | |
| Stoneroller | Low | Spring and summer clean sand |
| Shiner | Low | " " " " " |
| Creekchub | Low | " " " " " |
| Sucker | Low | April and May eggs scattered. |

In the State of Wisconsin the effect of stream pollution on fish life has received considerable study. The following extracts are taken from a joint report of the Conservation Commission and the State Board of Health entitled "Stream Pollution in Wisconsin", January, 1927:

002655

"Pollution may affect fish life in any or all three ways: (1) direct killing of fish; (2) changes of natural conditions so that the fish seek other habitat either because of the condition of the water or the effect of the wastes upon plant or lower animal life constituting fish food; (3) influence on fish larvae and young fish.

"Investigations in the Illinois River and data presented by the Bureau of Fisheries, U. S. Department of Commerce indicates that if the dissolved oxygen content of the water drops below two parts per million, fish will probably suffocate or migrate. The discussion above in regard to dissolved oxygen refers specifically to the effect upon adult fish. The indirect effect due to changes of natural conditions appears to be somewhat indeterminate but is probably a material factor. Fibre and other sludge settling over the spawning beds of fish cause them to seek other spawning grounds or prevent natural development of the spawn. . . . Eggs taken from pike in the polluted waters of the Ill River could not be successfully hatched in this same water had to be transferred into more pure water. It is thus evident that pollution has a much more deleterious effect upon the eggs and young fish than upon the adult fish."

Certain industrial wastes are of particular concern since they attract fish and at the same time are toxic. Wastes from gas works are in this class. M. C. Marsh in U. S. G. S. Water Supply Paper No. 192, 1907, reports that tar from the gas wells killed perch in dilution 1 : 100,000. Prof. Knight in contributions to Canadian Biology, 1901

002656

"Pollution may affect fish life in any or all three ways: (1) direct killing of fish; (2) changes of natural conditions so that the fish seek other habitat either because of the condition of the water or the effect of the wastes upon plant or lower animal life constituting fish food; (3) influence on fish larvae and young fish.

"Investigations in the Illinois River and data presented by the Bureau of Fisheries, U. S. Department of Commerce indicates that if the dissolved oxygen content of the water drops below two parts per million, fish will probably suffocate or migrate. The discussion above in regard to dissolved oxygen refers specifically to the effect upon adult fish. The indirect effect due to changes of natural conditions appears to be somewhat indeterminate but is probably a material factor. Fibre and other sludge settling over the spawning beds of fish cause them to seek other spawning grounds or prevent natural development of the spawn. . . . Eggs taken from pike in the polluted waters of the Fox River could not be successfully hatched in this same water and had to be transferred into more pure water. It is thus evident that pollution has a much more deleterious effect on the eggs and young fish than upon the adult fish."

Certain industrial wastes are of particular concern because they attract fish and at the same time are toxic. Wastes from gas works are in this class. M. C. Marsh in U. S. G. S. Water Supply Paper No. 192, 1907, reports that tar from the gas wells killed perch in dilution 1 : 100,000. Prof. A. Knight in contributions to Canadian Biology, 1901

002657

52

reports that waste water from gas works in 0.5% dilution killed trout in 10 to 15 minutes and smelt in 15 minutes but did not kill sunfish and salt water chub exposed for several days.

Some instances have been reported where large numbers of fish have been killed by the clogging of their gills by coarse industrial waste.

There is not enough river data to permit a complete or conclusive statement as to the effect of the sewage pollution upon the fish in the Spokane River. A number of observers stated that fishing below the City had been "ruined". The change by some was related to the construction of the Nine Mile and Long Lake Dams. The characteristics of the river have, of course, been changed by the construction of dams and the pollution of the sewage. The natural plant and animal life in the waters has very likely been greatly changed. A biological survey of the river water below Spokane over two or three years would, in my opinion, be highly desirable. It might embrace the following topics:

      a. Present fish life in this stretch of the river.
      b. Departure of present fish life from the natural one as evidenced by early records, observations in Spokane River above Millwood, and fish life in other similar streams.
      c. Character of bottom deposits.
      d. Character of shore growths and growths on rocks.
      e. Plankton and fish food in the water.
      f. Distribution of dissolved oxygen.
      g. Spawning places
      h. Facility of fish travel up and down the river.
      i. Effect of dams, pools and changed channel

002658

Such a survey might be undertaken by the natural history department of the State or the State University.

As a preliminary statement, it appears to me that game fish (trout, bass, etc.) have found the stretch of river from Monroe Street to Nine Mile dam and perhaps to Long Lake Dam a much less favorable environment since the erection of the dams and that the sewage pollution has been an aggravating factor. The game fish have apparently been reduced and the more adaptable varieties (carp, suckers, etc.) appear to have increased. Just how far a reduction of the sewage pollution load will increase the number of game fish, I am unable to say. A biological survey, as suggested above, will help in determining this question and in planning for preserving the game fish life.

## C-8. OXYGEN DEMAND OF THE RIVER WATER

A few analyses are available of the 5-day biological oxygen demand of the Spokane River water. Of three samples each at the Smelter and Nine Mill stations, the maximum 5-day B.O.D. was 2.80 and 2.71, respectively and average 1.52 and 2.0, all in parts per million. The river flow was high in all cases.

There is generally some organic pollution of natural river waters by surface run-off from fields and forests. The amount varies in different streams. The data for Spokane are too meager and at too high river flows to justify any computations.

002659

5465

## C-9. SUMMARY STATEMENT

While the sewage pollution of the Spokane River
below the City is not marked by gross nuisance, there is,
nevertheless, objectionable pollution. The bacterial pol-
lution is, in my opinion, sufficient to make the water
hazardous for bathing and recreation, especially during
periods of lower river flows which generally occur in the
summer and fall months. The visual pollution further mars
the stream and its shores for recreation. The dissolved
oxygen is, at times, depleted to about the safe limit set
by several commissions and occasionally is depleted below
this limit. The number of game fish in the river below the
City appear to have decreased in the last 20 years, although
the extent to which sewage pollution contributes cannot
as yet be stated. The construction of the dams has tended
to accentuate these undesirable effects, in part by sedi-
mentation in pools back of the dams and in part by retarding
the flow during the first few miles below the City. Such
pollution conditions will increase as the City grows. This
pollution should not continue longer than necessary. Remedial
measures should proceed along the following lines:

    a. Reduction of the bacterial pollution
       by clarification and disinfection of
       the sewage.

    b. Removal of visual pollution.

    c. Reduction of the organic matter of
       the sewage so as to prevent any
       further depletion of the dissolved
       oxygen.

    d. Removal of settling suspended solids
       so as to maintain clearer river bottoms
       and shores, and to decrease the odor hazard

002660



55

That the river is polluted by the sewage of Spokane must be obvious. There is visual pollution which calls attention to the sewage pollution situation in the river and is objectionable from the recreational viewpoint. The bacterial analyses and the probable extent of bacterial pollution based on experience elsewhere are evidence that the river below Spokane is, at times, polluted so as to make the water hazardous for bathing and recreation. The effect of sludge deposits on concentrating the pollution load in some stretches of the river, probably in the pool above the Nine Mile Dam and the headwaters of Long Lake, is not reflected in the available analyses, as the samples were taken just above the dams and 12 to 18 inches below the surface. In commenting on the effect of sludge deposits, the Engineering Board of Review of the Sanitary District of Chicago states that "the total oxygen demand exerted by the sludge deposits - - - - is more than the oxygen demand of the sewage. This is possible because of accumulations during cold weather of inactive sludge which exert a large oxygen demand in summer".

These are conditions which the City has properly no right to continue. If the cost were nominal, corrective measures would undoubtedly be taken. The solution of the problem hinges, therefore, on the tolerance of downstream property owners and of the citizens of Spokane who use the river. In my opinion corrective measures within a reasonable expenditure should be undertaken as soon as they can be financed.

356

I have made no specific comments on the effect of the
pollution on the use of the river water for irrigation, because
at the present time there is no such use below the City. The
construction of a dam across the Columbia River is anticipated
and when this is completed it is understood that river water from
the Columbia a short distance below the entrance of the Spokane
will be used for irrigation. The effect of Spokane sewage upon
the bacterial content of the Columbia River water at this point
cannot be stated at the present time. Bacterial analyses after
the construction of the dam across the  Columbia River would be
required. However, the long time required at low river flows
for the water to pass through the pool above the Long Lake Dam
and possibly also through the pool above the Columbia River Dam
will constitute a considerable barrier  against the passage of
b.coli to the irrigating areas. The danger of specific b. coli
pollution of irrigation water will be greater during periods of
high flow. I do not regard this as an important factor at the
present time, but the threat might cause an uneasiness amongst
irrigators and to this extent is an influence in the direction
of the installation of sewage treatment works.

5758

# D - PROJECTS FOR RELIEF OF POLLUTION

## D-1. GENERAL STATEMENT

The sewage of Spokane and its environs results in an undesirable bacterial pollution of the river below the City, at times reduces the dissolved oxygen to a point approaching desirable minimums, causes visual pollution and tends to the formation of sludge deposits in the pools behind the dams. The relief of the river from this pollution calls for the following steps:

    a. The concentration of the sewage at one or more convenient points for the application of chlorine by which to disinfect the sewage.

    b. The removal of a substantial portion of the suspended solids so as to permit effective chlorination and to remove enough suspended matter to prevent the formation of sludge deposits and at the same time to eliminate visual pollution.

    c. A sufficient reduction of the biological oxygen demand to remove the threat of lowering the dissolved oxygen in the river below desired limits of saturation.

The best procedure for accomplishing these objectives is the concentration of the sewage by intercepting sewers at a single point and the treatment of the sewage by clarification in settling tanks and appurtenances with provision for disinfection by liquid chlorine. The cost of intercepting sewers can be reduced by construction of two or three treatment plants close to the City and to the source of the sewage and these alternates are discussed in following sections. We do not believe that such alternates will be as satisfactory in the long run from an operating point of view as a single treat-

002663

5'58

ment plant of the sedimentation type. More complete treatment of the sewage through biological or other processes is not necessary at the present time on account of the relatively well sustained river flow, although the hydraulics of a sewage disposal system should be planned to permit the addition of more treatment structures should standards of river cleaning advance in the future sufficiently to require them. Sedimentation of sewage will remove from 55 to 65 percent of the total suspended solids and practically all of the settling suspended solids in the raw sewage; and from 30 to 35 perdent of the 5-day B.O.D. Fine screens will not remove over 10 percent of the total suspended solids although they will remove the coarser material, and some 5 to 10 percent of the oxygen demand. Screens would thus materially restrict visual pollution, but would not prevent the likelihood of sludge deposits. It will require more chlorine for the disinfection of a screening plant than of a settling plant effluent.

Projects for the relief of pollution thus require the construction of intercepting sewers, intercepting devices, river crossings, treatment works and probably one or two small district sewage pumping stations which are not indicated as being required at the present time.

Intercepting devices are built at the junction of the intercepting sewer with existing sewers and are designed to divert the dry weather flow and the first flush of storm sewage to the intercepting sewer; and to automatically by-pass flows in excess of a predetermined quantity to an outlet for

002664

over-flow to the river. Intercepting devices include over-flow diversion weirs, orifices, float regulated gates and the like; the best for any location depending upon the range of flow, available head and the like. Inverted syphons are very often used for river crossings and have been satisfactory in operation where properly designed. Sufficient head is required to permit scouring velocities and blow-offs for drainage with ready access to the interior of the pipe are desirable features.

For all of these structures there is ample head available from the up-stream to the down-stream part of Spokane (Figure 9).

## D-2. PROCEDURE FOR SOLVING THE PROBLEM

To determine the character and size of sewage disposal works as a whole, the following factors must be considered:

a. The population for which it is advisable to provide capacity.

b. The quantity of sewage likely to be produced by this population and for which capacity must be provided.

c. The characteristics of the sewage for which treatment works are to be built. Some sewages are stronger or more concentrated than others and in given cases industrial sewages produce special characteristics.

d. The capacity of the body of water into which the sewage is discharged to assimilate the treated sewage, and the uses to which the river water is put. This is a factor calling for considerable thought because the extent of sewage treatment works and the cost is largely determined by this factor.

002665



FIG. 9

SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
PROFILE OF RIVER
THROUGH CITY
JULY 1933

PEARSE, GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 NORTH MICHIGAN AVENUE
CHICAGO ILLINOIS

002666

The solution of these factors is fundamental to the design of sewage disposal works. There are, however, other factors of importance; in particular, construction costs and methods of financing sewage disposal projects at the present time.

## D-3. SITES FOR SEWAGE TREATMENT

The main outlines of a sewage disposal project are largely determined by available sites. (See general plans, Figures 10 and 11). No sites entirely removed from dwellings are available within easy reach at Spokane. The most favorable site, designated as the "A Site" is located south of the river and down-stream of the built-up portions of Ft. Wright. This site is suitable from many points of view, and with reasonable precautions for odor control in the design, should be entirely satisfactory for a sedimentation plant (or activated sludge).

Several smaller sites are available along the river through the City. The first of these is near the outlet of the Trent Avenue sewer in the vicinity of the gas works on the south side of the river. The second one is on the north side of the river where it bends sharply to the north about opposite the mouth ot Hangman's Creek. This site is larger than the others. The third site is on the east side of the river near A Street extended. These three sites would be suitable for the installation of fine screening plants. I consider them too close to dwellings for the operation of sedimentation plants with the drying of sludge

002667



FIG.-10

- KEY -

Existing Sewers
Proposed Intercepting Sewers

PEARSE GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 NORTH MICHIGAN AVE.
CHICAGO, ILL.

SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
GENERAL PLAN
PROJECT - "A"

SCALE IN FEET

002668



FIG.-11

SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
GENERAL PLAN
PROJECT-'B'

-KEY-

Proposed Intercepting Sewers { Common to Projects 'A' & 'B'
                               { Project 'B' only
Existing Sewers
Screening Plant Sites

PEARSE, GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 NORTH MICHIGAN AVE.
CHICAGO, ILL.

SCALE IN FEET

002669

61

on open beds.  There is sufficient space for sedimentation
and digestion tanks at the site opposite Hangman's Creek,
but the sludge would have to be handled other than on open
beds.  This site, however, is of limited area and has not
sufficient space for future complete treatment works.  One
method would be by mechanical de-watering of raw sludge on
vacuum filters, and another by pumping the sludge to some
distant point for digestion and open air drying, as for
instance, to Site A.

## D-4. GENERAL DESCRIPTION OF PROJECTS

The desirable project indicated for Spokane and
designated as the A Project comprises a system of intercept-
ing sewers delivering the sewage to Site A below Ft. Wright,
and the construction of a plant for sedimentation and chlor-
ination.  Another group of projects, designated as the B
projects is related to the use of two or three of the up-
river sites.  One of the B projects comprises screening and
disinfection and another includes a sedimentation plant at
the middle site opposite Hangman's Creek with chlorination
of the sewage and mechanical dewatering of the sludge.  In
making up estimates of cost of sewage treatment works, we
have included coarse screens, grit chambers, Venturi meters
and similar appurtenances for all of the projects in addition
to the main treatment units of settling tanks or fine screens.

For the sedimentation project, the displacement
period in the settling tanks is taken at 2.0 hours for a
yearly average basis of design flow of 22.0 million gallons

002670

62

per 24 hours. The tanks are of the type that is equipped
with mechanisms for the daily removal of sludge and separate
digestion tanks are included. A general diagrammatic outline
of the treatment plant at the A Site is shown in Figure 12.
The final disposal of air dried digested sludge from settling
tanks may be by dumping on available low ground or to farmers
and gardners for use as a fertilizer.

For the fine-screening projects, the disposal of
screenings would be first by pressing out some of the water,
and then by delivering them to the present crematory for
incineration. The average amount of fine screenings after
pressing is indicated as about 4.0 tons per day with a moisture
content of 70 percent, and this, we understand, will not over-
load the present crematory. We have included in the estimates
of cost a press at the upper screening plant (near Trent Avenue)
as this is closest to the crematory, and we have also included
a truck for conveying the screenings from the other two plants
to this point for pressing, and to the crematory.

## D-5. COMMENTS ON INTERCEPTING SEWERS

Preliminary plans and estimates of cost of inter-
cepting sewers have been prepared by the City Engineer.
(Figures 10 and 11). For Project A there are two main inter-
cepting sewers. One intercepts existing sewers along the south
side of the river and discharges into the other or north side
interceptor through a river crossing at Cedar Street. A con-
siderable amount of tunnel work will be required, as, for

Fig. 12

SPOKANE, WASH.
REPORT ON SEWAGE DISPOSAL
TYPICAL TREATMENT
PLANT LAYOUT
JULY, 1933

PEARSE, GREELEY & HANSEN
HYDRAULIC & SANITARY ENGINEERS
6 NORTH MICHIGAN AVENUE
CHICAGO ILLINOIS

INTERCEPTING SEWER

SLUDGE DRYING

BEDS

GRIT CHAMBER

ADMINISTRATION BUILDING & LABORATORY

SLUDGE STORAGE TANKS

CHLORINATION PLANT

SETTLING TANKS

SLUDGE PUMP STA.

OUTFALL SEWER

SLUDGE DIGESTION TANKS

002672

63

instance, paralleling Main Avenue from Brown to Hatch Streets, and along Nettleton Street north of the river.  A river crossing about opposite Fort Wright is also included.

The intercepting sewers for the screening plants are of smaller size and shorter length than in the A Projects and thus, are lower in first cost.  With three sites developed, the sewer along Main Street on the south side of the river would not be required and there would be some other differences of a minor sort.

An alternate and somewhat intermediate project comprises settling tanks with mechanical sludge de-watering or pumping of raw sludge to digestion tanks at Site A.  The estimated cost of intercepting sewers is higher than for three screening plants.  Up to Nettleton Street, the sizes and alignment would be about the same as in Project A.

Time has not permitted a detailed study of the hydraulics of the intercepting sewer systems, nor does this appear necessary in a preliminary consideration of the problem.  Careful consideration should be given to the capacity of the intercepting sewers throughout their length so that reasonable quantities of sewage will be intercepted and the amount by-passed to the river properly controlled.  Present computations indicate a capacity in the intercepting sewer at its lower end of somewhat over 100 million gallons per 24 hours.  For an estimated future population taken as a basis of design for intercepting sewers of 250,000, this is equivalent to an ultimate intercepting sewer capacity of

64

65

some 400 gallons per capita per 24 hours. This is indicated
by the data in Table 7 as a not unreasonable unit quantity
for use as a basis for the design of intercepting sewers.
Due consideration should be given to a distribution of future
sewage quantities from the smaller up-stream areas to the
larger areas down-stream, and to the various other details
of the intercepting sewer project.

An estimate of cost of the intercepting sewer
for Project A and B has been prepared by the City Engineer,
and/have reviewed and discussed these costs with him. We
have computed an estimated cost for the intermediate project
from these two. As a result the total estimated cost of the
intercepting sewers, including all apprutenances and an
allowance for engineering and contingencies, is estimated
as follows:

|                      |             |
|----------------------|-------------|
| Project A            | $1,100,000  |
| Intermediate Project | 815,000     |
| Project B            | 500,000     |

The unit prices per foot of sewer used in computing these
estimates, I believe to be reasonably conservative and to
allow some margin for an increase in recent construction
costs.

## D-6. TREATMENT PLANT LOADINGS

Although the time available has not permitted
a final determination of the loadings of all the elements
of a sewage treatment plant, the following summarizes the
allowances which have been made in computing estimates of
cost for the larger structures. These allowances are

002674

65

## TABLE 7

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

Comparative Data on Intercepting Sewer Capacities

| Place | Average Dry Weather Sewage Flow | Intercepting Cap., Date of Ultimate Design Gallons per Capita per day |
|---|---|---|
| Minneapolis-St. Paul, Metropolitan Drainage Commission (Contemplated) | | |
| Interceptor "A" | * 140 | 389 |
| Interceptor "B" | * 197 | 520 |
| Interceptor "C" | * 142 | 422 |
| Interceptor "D" | * 158 | 472 |
| Interceptor "D$_1$" | * 156 | 434 |
| Rochester | 120 | 420 |
| Detroit | 155 | 329 |
| Syracuse | 187 | 314 |
| Milwaukee | 150 | 364 |
| Louisville Bear Grass Creek | 146 | 412 |
| Kansas City Blue River | 100 | 378 |
| Decatur at Treatment Plant | | 457 |
| Springfield at Treatment Plant | | 397 |
| Cincinnati | 175 | 366 |
| Des Plaines | 125 | 250 |
| Cleveland | 135 | 405 |
| Albany | 200 | 450 |
| Fitchburg | | 445 |

NOTE: * Total average domestic sewage and commercial and industrial wastes plus one-half quantities added for wet season flows.

002675

believed to be safe and on the whole rather ample than otherwise for making up preliminary computations.

    a.   Actual human population connected - 100,000

    b.   Yearly average human sewage, - 20.0 M.G.D. to which has been added 2.0 M.G.D. for industrial sewage.

    c.   Grit chambers with mechanical removal and washing of grit.

    d.   The settling tanks provide a displacement period of 2.0 hours with a sewage flow of 22.0 M.G.D.

    e.   Heated sludge digestion tanks with provision for control are included with a total capacity of 210,000 cubic feet, equivalent to 2.1 cubic feet per capita. This is a somewhat high per capita allowance, but includes capacity for the industrial sewage.

    f.   Sludge storage tanks provide 150,000 cubic feet, equivalent to 1.5 cubic feet per capita, and are intended to store digested sludge during seasons when the sludge cannot be dried on open beds.

    g.   Sludge drying beds have an area of 125,000 square feet.

The various necessary appurtenances are also included as, for instance, sludge pumps, heating plant, meters, water supply, outside piping, office building, and the like. In the B Projects, fine screens have been proposed with 1/16 inch slots or clear openings.

D-7. ESTIMATED COST OF SEDIMENTATION PLANT

    The estimated construction cost of a sedimentation plant at the A Site is given in Table 8. The cost of the larger structures is computed on the basis of actual construction costs of similar projects adjusted to local costs

63
67

## TABLE 8

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

Cost Estimate for Sedimentation Plant at Downstream Site

| Item | Cost |
|---|---|
| Coarse Screen, Grit Chamber, Inlet Connections | $ 25,000 |
| Venturi Meter | 6,500 |
| Primary Settling Tanks | 100,000 |
| Sludge Digestion Tanks | 70,000 |
| Sludge Pumping Station, Heating Plant, etc. | 30,000 |
| Sludge Storage Tanks | 22,500 |
| Sludge Drying Beds | 40,000 |
| Office Building | 16,000 |
| Outside Piping, Fence, Roads, Etc. | 45,000 |
| Chlorination Plant | 20,000 |
| | $375,000 |
| Engineering & Contingencies | 45,000 |
| | $420,000 |
| Land | 10,000 |
| Allowance for Hauling to Site | 20,000 |
| | $450,000 |

002677

68

of labor and materials and with some little allowance for a
possible increase in unit costs over those of the last few
months.  The cost of tanks is computed from a unit price per
cubic foot of liquid volume, of sludge beds per square foot
of area, and of other structures more or less on a capacity
basis related to similar structures at other plants.

The estimated annual cost of operation (exclusive
of fixed charges) is as follows:

| Item | Annual Cost |
|---|---|
| General Overhead | $  500 |
| Superintendent & chemist | 3,000 |
| Laboratory Assistant | 1,200 |
| Chief Operator | 2,000 |
| Operators (4 @ $125) | 6,000 |
| Sludge pumping (1 man) | 1,500 |
| Additional Labor | 3,000 |
| Repairs & Supplies | 4,000 |
| Chlorine @ 80¢ per M.G. and 2½¢ per lb. applied 4 months of the year | 4,300 |
| | $25,500 |

The labor schedule is based on experience in a
number of other plants of similar size and type.  An item is
included for liquid chlorine for disinfection for four months
of the year.  No allowance is made for power as it has been
assumed that an ample amount will be available from the sludge
gas.  The operating cost is related to an average yearly flow

002678

69

of 18.0 M.G.D. and is the cost which will prevail during
early years of operation.  It will not, however, increase
to any great extent until additional units are required to
be built.

## D-8.  ESTIMATED COST OF SCREENING PLANTS

An estimated cost has been made for the install-
ation of fine screening plants at an upper site near Trent
Avenue, at a middle site opposite Hangman's Creek and at a
lower site opposite A Street extended.  Each of these in-
stallations includes the following major structures:

> Inlet connections
>
> Coarse bar screens
>
> Grit chambers
>
> Measuring Devices
>
> Fine screens
>
> Contact tank and chlorinator
>
> Buildings with space for office
>     and small laboratory
>
> Outside piping
>
> Water supply
>
> Roads and fences

No very elaborate or ornamental buildings are
proposed.  The plant at the upper site includes a press for
dewatering fine screenings from all of the three plants.  It
is estimated that the amount of fine screenings dewatered to
70 percent of moisture will amount to about 4.0 tons per 24
hours.  No allowance is made in the first cost for a truck,

002679

70

but its rental is included in the operating costs. Including an allowance of $10,000 for land and of about 12.5 percent for engineering and contingencies, the estimated cost of these three screening plants, comprising the B Project is $250,000.

The estimated annual cost of operation is as follows:

| Item | Annual Operating Cost |
|------|----------------------|
| General overhead | $  500 |
| Superintendent | 2,400 |
| Chemical analyses | 1,000 |
| Operators (5 men) | 7,500 |
| Truck and driver | 3,600 |
| Repairs and supplies | 5,000 |
| Transportation | 2,000 |
| Chlorine at 100$ per M.G. | 5,500 |
| | $27,500 |

D-9. ALTERNATE PROJECTS

We have given some consideration to the possible installation of a sedimentation project at the Middle Site opposite Hangman's Creek on the basis of dewatering the raw sludge by vacuum filters or some equivalent mechanical method and of incinerating the dewatered sludge. The average amount of dewatered sludge containing 65 percent of moisture is estimated to be about 32.0 tons per 24 hours on the basis of dewatering raw sludge. Such a sedimentation plant would comprise the major clarification elements of the A Project, but would not

002680

include digestion tanks, sludge drying beds and related appur-
tenances. In their place would be a mechanical sludge dewatering
plant and an incinerator. The total estimated construction cost
of this project is about $350,000 as compared to an estimated
cost of $450,000 for the plant with sludge digestion and open
sludge drying beds. The site is not favorable for the operation
of an incinerator.

The annual cost of operation for this type of sedi-
mentation plant is higher than where the sludge is digested and
dried on open beds. One item of additional cost is the chem-
icals which must be added to the sludge to facilitate the de-
watering. There is also an additional item required for the
incineration of the sludge. While this item is somewhat un-
certain because there may be some demand for the dewatered
sludge as a fertilizer, we have allowed a sufficient amount to
provide for its incineration. On the foregoing bases, we
estimate the annual cost of operation of a project of this
type at about $48,000 per year. This, of course, is relatively
high and indicates that this type of project is not applicable
under conditions at Spokane.

Another alternate would include the substitution
of sludge pumps and a force main and the construction of
digestion tanks and open sludge drying beds at the A Site
below Fort Wright. This would add to the estimated cost of
the sedimentation plant at the A Site of $450,000 an amount
of about $50,000 for a sludge pumping station and force main,
making a total of some $500,000. There would be also some

additional cost over the estimated annual operating cost of
the sedimentation plant because of operations at two points
and the cost of pumping the sludge. We estimate this addit-
ional labor and power at about $5,000 per year.

Another alternate would be the construction of
intercepting sewers to deliver sewage from up-stream and
adjacent sewers to the Middle Site opposite Hangman's Creek,
where a screening plant would be installed, with a smaller
screening plant at the site opposite A Street extended, the
project thus comprising two screening plants. On the basis
of cost, this project is not as favorable as the one comprising
three screening plants.

## D-10. COMPARISON OF TOTAL PROJECT COSTS

The total cost of sewage disposal projects will
include both the intercepting sewers and the sewage treatment
plants. The total annual cost will include operating costs
and fixed charges. We have computed fixed charges on the
basis of a Federal grant amounting to 25 percent of the total
estimated costs and a loan for the remaining 75 percent at an
interest rate of 4 percent. On these assumptions, the total
construction costs and annual costs of the various projects
are summarized in Table 9.

## D-11. COMMENTS ON COMPLETE TREATMENT

At the present time there is no need for a complete
treatment of the sewage. It would add materially to the con-
struction and total annual costs. We have not, therefore, made

002682

TABLE 8

SPOKANE, WASHINGTON

REPORT ON SEWAGE DISPOSAL

Total Costs of Various Projects

| Item | Downstream Site | Sedimentation Middle Site with Sludge Filtering (1) | Middle Site with Sludge Pumping (1) | Screening at Three Sites |
|---|---|---|---|---|
| Construction Costs: | | | | |
| Intercepting Sewers | $1,100,000 | $ 815,000 | $ 815,000 | $500,000 |
| Treatment Works | 450,000 | 350,000 | 500,000 | 250,000 |
| TOTAL | $1,550,000 | $1,165,000 | $1,315,000 | $750,000 |
| Portion paid by City at 75% of Total | $1,160,000 | $ 865,000 | $ 985,000 | $562,000 |
| Fixed Charges at 6% | 69,500 | 51,800 | 59,200 | 33,700 |
| Operating Costs | 25,500 | 48,000 | 30,500 | 27,500 |
| TOTAL ANNUAL COST | $95,000 | $99,800 | $89,700 | $61,200 |

NOTE: (1) A desirable addition to these projects would be buildings over the settling tanks which would add about $50,000 the the construction cost and $2,150 to the annual cost.

002683

743

any detailed estimate.  Experience in other places has in-
dicated that a complete treatment plant of the activated
sludge type with a capacity for 100,000 population and a
sewage flow of 22.0 M.G.D. with some allowance for the add-
itional strength of the sewage on account of the industrial
wastes will cost perhaps $1,000,000, depending upon the
amount of pollution load added by the industries.  This
estimate is for the complete plant including sedimentation,
aeration, sludge disposal and appurtenances, and is not an
additional amount to the estimated cost of a sedimentation
plant under the A Project.

D-12. COMMENTS ON INDUSTRIAL SEWAGES

            The major industrial sewages come from the five
packing houses.  They increase the strength of the sewage by
increasing the suspended matter and the biological oxygen
demand.  The strength of packing house sewages depends to a
considerable extent upon the operations at the packing houses.
The disposal of paunch manure by the packing houses is an
important item.  Most packing houses operate grease recovery
basins and if these are ample and well operated, the strength
of the packing house sewage is somewhat reduced.  In some
cases, where sewage treatment works have been installed,
packing houses have built fine screens in order to take some
of the coarser suspended matter out of the sewage and thus
relieve the load upon the sewage treatment plant.  In some
few cases as at Fort Worth, Texas, the packing houses have
also built and operated settling tanks to further reduce the

002684

load upon the treatment plant. Time has not permitted a
close scrutiny of this item. With the sewage treatment limited
to clarification, the effect of moderate sewage treatment at
the packing houses is not so important an item as with complete
treatment. It would be desirable to have this matter in mind
particularly as operating experience develops at the treatment
plant. In general, the strength of the packing house sewage
should be limited by reasonable treatment at the packing houses
including in the first instance the retention and disposal of
paunch manure and the operation of grease basins, with a further
screening of the packing house sewage, should that be found
desirable to facilitate the operation of sludge handling works
at the sewage treatment plant. It is generally necessary to
maintain control by the City over the discharge of industrial
sewage into the intercepting sewers. Occasionally toxic wastes
have to be eliminated and otherwise disposed of and any over-
loading of reasonable sewage treatment plant capacities should
be avoided.

## D-13. RESULTS FROM EACH PROJECT

The best results from operation as regards the
cleaning of the river and the removal of sewage from the City
will be secured by the installation of the A Project. This
will remove sewage from the river through the City, will take
out practically all of the settling suspended solids and thus
prevent the formation of sludge deposits and will provide the
removal of bacterial pollution on a satisfactory basis. The
construction of a similar plant at the Middle Site opposite

76

Hangman's Creek with sludge digestion and drying at the
A Site below Fort Wright will accomplish about the same
result except that the sewage effluent will have some travel
through a stretch of the river within the city limits.
Treatment of the sewage by screening will to a large extent
remove visual pollution and will permit of adequate disin-
fection, although a larger amount of chlorine will be
required.  The settling suspended solids will not be suffi-
ciently reduced to prevent the formation of sludge deposits
and the reduction in the oxygen demand will be very limited.
There will also be a continued discharge of sewage effluent
into the river through the City and in particular in the
stretch above the diversion dam at Monroe Street.

002686

# Appendix I

77

## APPENDIX 1

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

### Description of Sewer Districts

- - - - -

### CITY OF SPOKANE

Spokane, Washington
July 12, 1933

Mr. Samuel A. Greeley
6 North Michigan Avenue
Chicago, Illinois

Dear Mr. Greeley:

This is supplementing my letter of last night, and if you will refer to your colored map, on which the sewer districts and the numbers indicating the sewer outlets are shown in different shades of color, it will aid you in following the descriptions.

No. 1.   This drains a purely residence section of the city quite completely served by sewers.

No. 2.   At the present time this serves a very limited amount of residence district by reason of the fact that the O. W. R. & N. Co.'s shops occupy such a large portion of the district. The railroad was put through after the sewer was installed and cut off some of the residence district that previously drained into this sewer.   It carries only the sanitary sewage and such drainage as would come from the flushing of boilers and such uses as water is put to around such shops.

No. 3.   This takes the drainage from the Cannon Hill district and Cannon Hill Park area.   This is situated on the hill section of the city, and built up with the better class of residences. It is the plan, with the new intercepting sewer, to cut off a large amount of the area that now drains into this sewer and carry it directly north on Maple Street and Cedar Street, connecting up with the main interceptor at Cedar Street and Riverside Avenue.   This would leave only about 100 acres and 325 house connections contributing to this trunk sewer.   If in the future it was thought best to treat this sewage, it could be done either by pumping into the intercepting sewer across the river or by the installation of a separate treating plant at the junction of Latah Creek and the Spokane River.

78

Page 2

No. 4. and No. 7. These are outlets from sewers draining a very limited area, their combined area being about 40 acres. These sewers outlet into the river at a low level and most of the territory which they drain is only slightly above the high-water elevation of the river. You will recollect that this is the place where we stopped and talked to a fisherman who had caught several good-sized squaw fish and suckers.

No. 5. This is a sewer draining a residence district including one large hospital, the St. Luke's.

No. 6. This is the sewer outlet which drains the older residence district of Browne's Addition and a part of Cannon Hill, some of which has now been given over to apartment houses and hotels. The eastern section of this district is occupied by automobile salesrooms and store buildings.

No. 8. This serves the same character of district as No. 1, 2 and 5, with the exception that there are a few apartment houses interspersed among the private dwellings.

No. 9. This drains a small area which has of recent years grown up to business and apartment houses.

No. 10 and 11. These serve districts which embrace quite a good deal of property which is at present undeveloped. By reason of the fact that this territory is close to the center of the city, it will probably be improved as business or light industry. At the outlet of No. 10, we have the connection from the Centennial Flour Mill, which as I indicated in yesterday's letter, has a capacity of about 1000 barrels.

No. 12. This serves a large, flat residence section on the north side of the city and a limited area along Division Street devoted to stores, warehouses, etc. One wheat storage plant washes approximately 135,000 bushels of wheat a year and uses 2,697,750 gallons of water a year.

No. 13. This sewer carries the largest quantity and the most dilute of any of the sewers at present on the south side of the river. It takes in the Manito, Rockwood and Liberty Park districts, which are a very good class of residence districts. It also drains a small industrial area including the Sperry Flour Mill and a few small factories. The reason for the dilute sewage is that there is considerable ground water in the area which this sewer drains and a great deal of this water finds its way into the sewer. In the southeastern section of this district there are approximately 440 acres of undeveloped territory.

No. 14. This drainage area at present embraces a residence district in the flat, prairie section of the city, lying to

002689

79

Page 3

the southeast. Eventually this district will be increased
in size very materially, and will take in the Lincoln Heights
and south Altamont districts, each being residence districts
largely of small, single family dwellings. In the southeastern
section of this district there are 1660 acres of very sparsely
settled territory, some of which is entirely undeveloped.

No. 15. This is a sewer which takes the drainage from the
Carstens and Armour packing plants, and it carries by far the
most concentrated sewage of any in the city. There is a resi-
dence district also tributary to this same sewer, but at present
there are only 58 house connections leading into it. This
section of the city has been largely given over to industry
and its future development will probably along that line.
Lying to the north and east of this territory is a considerable
area, approximately 700 acres, for which no privision has been
made for sewers. The western section of this area is sparsely
settled, and the eastern section is largely undeveloped. There
is a probability, in case this section of the city should de-
velop to a great extent and furnish more sewage than the inter-
ceptor could take care of, a separate treatment plant might be
installed at some central place along the Spokane River. The
interceptor capacity beginning at Erie Street near the gas
works, however, should be sufficient to take care of any
reasonable development of this area. It is the thought in
connection with this sewer that the entire capacity of this
trunk sewer would be provided for in the interceptor.

No. 16. The area draining into this sewer is built up by
the ordinary residence district which is common to the north
side of the city.

No. 17. This is a small sewer furnishing drainage for the
property on Havermale Island, the large island on which the
Great Northern depot is located.

No. 18. This serves only a limited area, and is of very
little consequence so far as its outlet is concerned because
of the fact that if the interceptor is installed it will
take care of practically everything that now reaches this
sewer.

No. 19. This is the 66-inch trunk sewer which drains almost
the entire downtown section of the city and takes in most of
the hotel and apartment house district on the south side of
the river. There are several creameries and a number of
wholesale establishments in this district.

No. 21. This drains a small north side residence district.

No. 22. This is the largest sewer in the city and drains the
largest part of the north side. Although its flow is compar-
atively small, there are 2724 house connections made to this
sewer and its laterals.

002690

80

Page 4

No. 23.    This serves a small district which drains into No. 13, below the place where No. 13 is gauged.  It consists of a very sparsely settled residence section.

No. 24.    This drains one of the newer north side residence sections of the city, emptying into the Spokane River near the golf course.

This is a brief sketch of the character of the various districts, and if there is any additional information concerning any one of these which you wish, kindly let me know and I will amplify the description.

                    Yours truly,

ADB-mrh                 (Signed)   A. D. Butler
                            City Engineer



Appendix 2

81

## APPENDIX 2

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

### Average Discharge for All (22) Sewer Outlets

### 24 Hour Period

| Sewer Outlet | Average Discharge Cubic Feet per Second |
|---|---|
| 1  Nora and R. R. | 0.86 * |
| 2  Summit and Lindeke | 0.25 |
| 3  Riverside and A | 0.68 * |
| 4  Elm and Main | 0.30 |
| 5  Summit and Sherwood | 0.10 |
| 6  Cedar and Clarke | 1.71 * |
| 7  Main and Ash | 0.25 |
| 8  Cedar and Ide | 0.16 |
| 9  Monroe and Bridge | 0.20 |
| 10  Howard St. N. | 0.25 |
| 11  Washington St. N. | 0.25 |
| 12  Division St. N. | 0.97 * |
| 13  Front and Ivory | 4.60 * |
| 14  Front and Denver | 0.53 |
| 15  Trent and Denver | 2.36 * |
| 16  Sharp and River | 0.60 |
| 17  Howard St. S. | 0.07 |
| 18  Main and Wright | 0.65 |
| 19  Lincoln and Trent | 5.27 * |
| 22  Cochran | 0.75 *   Weir Measurement |
| 23  Sprague and Arthur | 0.75 |
| 24  Columbia Circle | 0.15 |
| Total Average | 21.71 C.F.S. |

NOTE:
* Indicates sewer outlets at which samples were taken for chemical analysis, and at which measurements of flow were taken for a greater period of time than from other outlets. The flow from these 8 outlets is 80% of the total average flow.

Appendix 3

APPENDIX B

SPOKANE, WASHINGTON

REPORT ON SEWAGE DISPOSAL

## Analysis of 24 hour Composite Sewage Samples

| Sewer Outlet | | | Date 1933 | | Flow (Cu. Ft. / Second) | | | Oxygen Demand p.p.m. | Susp. Solids p.p.m. | Vola- tile Solids | Bact- erial Count | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Min. | Max. | Aver. | | | | | |
| No. 1 | Nora and R. R. | | May | 3 | 0.45 | 1.02 | 0.74 | 278 | 129 | 97 | .280 | |
| " | " | " | " | 12 | 0.81 | 1.29 | 0.99 | 361 | 152 | 125 | .450 | 7.1 |
| " | " | " | " | 13 | | | | 215 | 130 | 120 | | 7.3 |
| " | " | " | " | 17 | 0.67 | 1.14 | 0.84 | 162 | 167 | 115 | .430 | 6.9 |
| " | " | " | " | 18 | | | | 111 | 152 | 107 | 1.300 | 7.0 |
| " | " | " | " | 20 | | | | 141 | 200 | 100 | | 6.9 |
| | Average | | | | | | | 211 | 155 | | | |
| No. 3 | Riverside & "A" | | Apr. | 29 | 0.25 | 1.20 | 0.76 | 253 | 298 | 184 | | 7.3 |
| " | " | " | May | 4 | 0.30 | 1.36 | 0.71 | 878 | 239 | 206 | .920 | 6.8 |
| " | " | " | " | 11 | 0.30 | 0.85 | 0.52 | 231 | 211 | 178 | .460 | 7.3 |
| " | " | " | " | 12 | | | | 90 | 140 | 115 | .450 | 7.1 |
| " | " | " | " | 13 | | | | 135 | | | | 7.1 |
| " | " | " | " | 17 | 0.55 | 1.15 | 0.73 | 182 | 175 | 135 | .350 | 7.1 |
| " | " | " | " | 18 | | | | 171 | 263 | 185 | .670 | 7.4 |
| " | " | " | " | 20 | | | | 331 | 260 | 170 | | 7.1 |
| | Average | | | | | | | 284 | 227 | | | |
| No. 6 | Clarke and Cedar | | Apr. | 21 | | 2.05 | | 100 | | | | |
| " | " | " | " | 29 | | | | 352 | 209 | 161 | | 6.9 |
| " | " | " | May | 4 | 0.58 | 2.90 | 1.78 | 572 | 210 | 166 | 1.100 | 7.0 |
| " | " | " | " | 11 | 0.90 | 2.10 | 1.49 | 331 | 207 | 184 | 1.500 | 7.0 |
| " | " | " | " | 12 | | | | 400 | 225 | 175 | .180 | 6.6 |
| " | " | " | " | 13 | | | | 155 | 380 | 350 | | 6.9 |
| " | " | " | " | 17 | 1.20 | 3.20 | 1.75 | 312 | 250 | 190 | 3.800 | 7.1 |
| " | " | " | " | 18 | | | | 241 | 200 | 155 | 5.200 | 6.8 |
| " | " | " | " | 20 | | | | 271 | 270 | 220 | | 6.8 |
| | Average | | | | | | | 304 | 244 | | | |

APPENDIX (Continued)

| Sewer Outlet | Date 1933 | Flow (Cu.Ft. / Second) | | | Oxygen Demand p.p.m. | Susp. Solids p.p.m. | Volatile Solids | Bacterial Count | pH |
|---|---|---|---|---|---|---|---|---|---|
| | | Min. | Max. | Aver. | | | | | |
| No. 12 Division St. | Apr. 28 | | | | 332 | 178 | 143 | .820 | |
| " " | May 5 | 0.35 | 1.28 | .96 | 247 | 238 | 206 | .600 | 7.1 |
| " " | " 12 | 0.58 | 1.38 | .96 | 150 | 175 | 133 | .980 | 7.1 |
| " " | " 13 | | | | 462 | 260 | 210 | | 6.8 |
| " " | " 17 | | | | 332 | 140 | 120 | 1.500 | 6.9 |
| " " | " 18 | 0.35 | 1.85 | 0.99 | 321 | 335 | 225 | 1.300 | 6.8 |
| " " | " 20 | | | | 251 | 240 | 190 | | 7.1 |
| Average | | | | | 299 | 224 | | | |
| No. 13 Inland R. R. | Apr. 27 | | | | 36 | 66 | 58 | .180 | |
| " | May 6 | | | | 75 | 57 | 49 | | 7.3 |
| " | " 12 | 3.20 | 5.50 | 4.66 | | 105 | 95 | .160 | 7.3 |
| " | " 13 | | | | 75 | 90 | 70 | | 7.3 |
| " | " 17 | 3.90 | 5.24 | 4.55 | 92 | 105 | 85 | .330 | 7.2 |
| " | " 18 | | | | 31 | 96 | 66 | .190 | 7.3 |
| " | " 20 | | | | 71 | 110 | 80 | | 7.1 |
| Average | | | | | 63 | 90 | | | |
| No. 15 Trent Avenue | May 6 | 1.44 | 3.30 | 2.12 | 1200 | | | | 6.8 |
| " " | " 12 | 1.70 | 2.65 | 2.43 | 811 | 505 | 455 | 1.900 | 6.8 |
| " " | " 17 | 1.92 | 3.10 | 2.53 | 742 | 390 | 340 | 8.000 | 6.7 |
| " " | " 18 | | | | 1202 | 520 | 450 | 14.000 | 6.6 |
| " " | " 20 | | | | 1442 | 590 | 510 | | 6.7 |
| Average | | | | | 1079 | 501 | | | |
| No. 19 Lincoln St. | Apr. 28 | | | | 132 | 111 | 88 | 1.300 | |
| " " | May 5 | 4.10 | 6.60 | 5.37 | 112 | 171 | 142 | .850 | 7.3 |
| " " | " 12 | 3.80 | 5.50 | 4.74 | 80 | 128 | 120 | 1.600 | 7.1 |
| " " | " 13 | | | | 145 | 150 | 130 | | 7.1 |
| " " | " 17 | | | | 162 | 135 | 110 | 2.300 | 7.0 |
| " " | " 18 | 4.10 | 7.85 | 5.70 | 71 | 152 | 95 | 1.200 | 7.0 |
| " " | " 20 | | | | 116 | 110 | 80 | | 6.9 |
| Average | | | | | 108 | 137 | | | |

APPENDIX 3 (Continued)

| Sewer Outlet | | | Date 1933 | | Flow (Cu.Ft./Second) | | | Oxygen Demand P.P.M. | Susp- Solids p.p.m. | Vola- tile Solids | Bact- erial Count | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Min. | Max. | Aver. | | | | | |
| No. 22 | Cochran | St. | May | 3 | 3.5 | 5.7 | 5.14 | 381 | 247 | 201 | .310 | 7.5 |
| | " | " | " | 10 | 4.5 | 5.7 | 5.54 | 381 | 309 | 235 | 1.500 | 7.3 |
| | " | " | " | 12 | | | | 360 | 378 | 295 | 1.600 | 7.2 |
| | " | " | " | 13 | | | | 282 | 390 | 320 | | 7.1 |
| | " | " | " | 17 | 4.8 | 5.4 | 5.25 | 362 | 360 | 255 | .240 | 7.2 |
| | " | " | " | 18 | | | | 291 | 343 | 273 | 2.600 | 7.1 |
| | " | " | " | 20 | | | | 261 | 430 | 220 | | 7.1 |
| Average | | | | | | | | 331 | 361 | | | |
| Composite of above 8 Samples | | | May | 12 | | | | 210 | 300 | 245 | 1.100 | 7.1 |
| | | | " | 13 | | | | 222 | 210 | 200 | | 7.1 |
| | | | " | 17 | | | | 232 | 190 | 140 | 1.400 | 7.1 |
| | | | " | 18 | | | | 231 | 205 | 180 | 2.600 | 7.1 |
| | | | " | 20 | | | | 261 | 200 | 130 | | 7.0 |
| Average | | | | | | | | 231 | 221 | | | |

## APPENDIX 5

### SPOKANE, WASHINGTON

### REPORT ON SEWAGE DISPOSAL

### Analysis of Hourly Sewage Samples

| Sewer Outlet | | Date 1933 | Hour | Flow C.F.S. | Oxygen Demand p.p.m. | Susp. Solids p.p.m. | Vola- tile Solids | Bacter- ial Count | pH |
|---|---|---|---|---|---|---|---|---|---|
| No. 1  Nora & R. R. | | Jun 13 | 10 AM | 1.20 | | 170 | 130 | | |
| " " " | | " 13 | 12 N | 1.29 | | 275 | 225 | | |
| " " " | | " 13 | 2 PM | 1.37 | | 150 | 120 | | |
| " " " | | " 13 | 4 PM | 1.23 | | 105 | 85 | | |
| Composite | | " 13 | | | 262 | | | .890 | |
| No. 1  Nora & R. R. | | " 14 | 10 AM | 1.29 | | 130 | 115 | | |
| " " " | | " 14 | 12 N | 1.20 | | 110 | 100 | | |
| " " " | | " 14 | 2 PM | 1.14 | | 95 | 80 | | |
| " " " | | " 14 | 4 PM | 1.14 | | 85 | 65 | | |
| Composite | | " 14 | | | 292 | | | 4.400 | |
| No. 1  Nora & R. R. | | " 15 | 10 AM | 1.20 | | 140 | 130 | | |
| " " " | | " 15 | 12 N | 1.20 | | 135 | 110 | | |
| " " " | | " 15 | 2 PM | 1.02 | | 90 | 80 | | |
| " " " | | " 15 | 4 PM | 1.20 | | 150 | 140 | | |
| Composite | | " 15 | | | 182 | | | | |
| No. 3  Riverside & A | | " 13 | 10 AM | 1.36 | | 285 | 215 | | |
| " " " | | " 13 | 12 N | 1.15 | | 365 | 230 | | |
| " " " | | " 13 | 2 PM | 1.15 | | 285 | 230 | | |
| " " " | | " 13 | 4 PM | 1.85 | | 115 | 100 | | |
| Composite | | " 13 | | | 320 | | | 1.600 | |
| No. 3  Riverside & A | | " 14 | 10 AM | 1.36 | | 245 | 175 | | |
| " " " | | " 14 | 12 N | 1.36 | | 230 | 190 | | |
| " " " | | " 14 | 2 PM | 1.15 | | 185 | 145 | | |
| " " " | | " 14 | 4 PM | 1.15 | | 130 | 100 | | |
| Composite | | " 14 | | | 252 | | | 1.200 | |

002698

APPENDIX 3 (Continued)

| Sewer Outlet | | Date 1933 | | Hour | | Flow C.F.S. | Oxygen Demand p.p.m. | Susp. Solids p.p.m. | Vola- tile Solids | Bact- erial Count | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No. 3 | Riverside & A | June | 15 | 10 | AM | 1.80 | | 330 | 260 | | |
| " | " | " | 15 | 12 | N | 1.56 | | 350 | 270 | | |
| " | " | " | 15 | 2 | PM | 1.15 | | 230 | 200 | | |
| " | " | " | 15 | 4 | PM | 1.15 | | | 210 | | |
| Composite | | " | 15 | | | | 292 | | | | |
| No. 6 | Clarke & Cedar | " | 13 | 10 | AM | 3.60 | | 285 | 245 | | |
| " | " | " | 13 | 12 | N | 2.90 | | 210 | 160 | | |
| " | " | " | 13 | 2 | PM | 2.90 | | 335 | 295 | | |
| " | " | " | 13 | 4 | PM | 2.40 | | 515 | | | |
| Composite | | " | 13 | | | | 532 | | | 3.000 | |
| No. 6 | Clarke & Cedar | " | 14 | 10 | AM | 3.60 | | 200 | 175 | | |
| " | " | " | 14 | 12 | N | 4.80 | | 220 | 180 | | |
| " | " | " | 14 | 2 | PM | 3.60 | | 190 | 95 | | |
| " | " | " | 14 | 4 | PM | 3.60 | | 410 | 365 | | |
| Composite | | " | 14 | | | | 282 | | | 6.000 | |
| No. 6 | Clarke & Cedare | " | 15 | 10 | AM | 3.60 | | 200 | 170 | | |
| " | " | " | 15 | 12 | N | 4.30 | | 410 | 360 | | |
| " | " | " | 15 | 2 | PM | 4.30 | | 215 | 180 | | |
| " | " | " | 15 | 4 | PM | 3.20 | | 210 | 190 | | |
| Composite | | " | 15 | | | | 292 | | | | |
| No. 12 | Division Street | June | 7 | 10 | AM | 1.38 | | 205 | 175 | | |
| " | " | " | 7 | 12 | N | 1.28 | | 280 | 235 | | |
| " | " | " | 7 | 2 | PM | 1.38 | | 310 | 245 | | |
| " | " | " | 7 | 4 | PM | 1.16 | | 65 | 60 | | |
| Composite | | " | 7 | | | | 501 | | | 5.300 | |

APPENDIX 8 (Continued)

| Sewer Outlet | Date 1933 | Hour | Flow C.F.S. | Oxygen Demand p.p.m. | Susp. Solids p.p.m. | Volatile Solids p.p.m. | Bacterial Count | pH |
|---|---|---|---|---|---|---|---|---|
| No. 12   Division Street | June 9 | 10 AM | 1.28 | | 240 | 170 | | |
| "            " | " 9 | 12 N | 1.16 | | 230 | 175 | | |
| "            " | " 9 | 2 PM | 1.38 | | 290 | 235 | | |
| "            " | " 9 | 4 PM | 1.38 | | 200 | 160 | | |
| Composite | " 9 | | | 620 | | | | |
| No. 12   Division Street | " 12 | 10 AM | 1.50 | | 555 | 220 | | |
| "            " | " 12 | 12 N | 1.38 | | 490 | 370 | | |
| "            " | " 12 | 2 PM | 1.50 | | 410 | 315 | | |
| "            " | " 12 | 4 PM | 1.28 | | 210 | 150 | | |
| Composite | " 12 | | | | | | 2,400 | |
| No. 13   Inland R. R. | June 7 | 10 AM | 4.85 | | 125 | 85 | | |
| "            " | " 7 | 12 N | 4.62 | | 325 | 115 | | |
| "            " | " 7 | 2 PM | 4.85 | | 65 | 60 | | |
| "            " | " 7 | 4 PM | 4.40 | | 55 | 50 | | |
| Composite | " 7 | | | 106 | | | 0.730 | |
| No. 13   Inland R. R. | " 9 | 10 AM | 4.62 | | 40 | | | |
| "            " | " 9 | 12 N | 4.40 | | 100 | | | |
| "            " | " 9 | 2 PM | 4.12 | | 45 | | | |
| "            " | " 9 | 4 PM | 4.12 | | 50 | | | |
| Composite | " 9 | | | 101 | | | 0.480 | |
| No. 13   Inland R. R. | " 12 | 10 AM | river | | 200 | 155 | | |
| "            " | " 12 | 12 N | back- | | 210 | 160 | | |
| "            " | " 12 | 2 PM | water | | 160 | 105 | | |
| "            " | " 12 | 4 PM | | | 60 | | | |
| Composite | " 12 | | | | | | 0.520 | |
| No. 15   Trent Avenue | May 23 | 8 AM | 1.56 | | 210 | 190 | | |
| "            " | " 23 | 10 AM | 2.15 | | 240 | 200 | | |
| "            " | " 23 | 12 N | 2.32 | | 580 | | | |
| "            " | " 23 | 2 PM | 2.65 | | 1180 | | | |
| "            " | " 23 | 4 PM | 3.48 | | 870 | | | |
| "            " | " 23 | 6 PM | 1.70 | | 410 | | | |
| "            " | " 23 | 8 PM | 1.85 | | 110 | | | |
| Composite | | | | 1100 | | | | |

## APPENDIX 3 (Continued)

| Sewer Outlet | Date 1933 | Hour | Flow C.F.S. | Oxygen Demand p.p.m. | Susp. Solids p.p.m. | Vola-tile Solids | Bact-erial Count | pH |
|---|---|---|---|---|---|---|---|---|
| No. 15   Trent Avenue | May 24 | 8 AM | 2.00 | | 425 | | | |
| "        " | " 24 | 10 AM | 2.32 | | 1240 | | | |
| "        " | " 24 | 12 N | 2.40 | | 860 | | | |
| "        " | " 24 | 2 PM | 2.50 | | 380 | | | |
| "        " | " 24 | 4 PM | 1.56 | | 2640 | | | |
| "        " | " 24 | 6 PM | 1.85 | | 930 | | | |
| "        " | " 24 | 8 PM | 1.85 | | 118 | | | |
| Composite | " 24 | | | 1504 ¢ | | | | |
| No. 15   Trent Avenue | " 25 | 8 AM | 1.17 | | 17 | | | |
| "        " | " 25 | 10 AM | 1.70 | | 470 | | | |
| "        " | " 25 | 12 N | 2.00 | | 1440 | | | |
| "        " | " 25 | 2 PM | 2.64 | | 240 | | | |
| "        " | " 25 | 4 PM | 3.50 | | 1450 | | | |
| "        " | " 25 | 6 PM | 2.15 | | 460 | | | |
| "        " | " 25 | 8 PM | 1.85 | | 148 | | | |
| Composite | " 25 | | | 1094 | | | | |
| No. 15   Trent Avenue | " 26 | 8 AM | 2.00 | | 570 | | | |
| "        " | " 26 | 10 AM | 2.25 | | 850 | | | |
| "        " | " 26 | 12 N | 2.65 | | 440 | | | |
| "        " | " 26 | 2 PM | 2.85 | | 850 | | | |
| "        " | " 26 | 4 PM | 4.42 | | 860 | | | |
| "        " | " 26 | 6 PM | 2.59 | | 530 | | | |
| "        " | " 26 | 8 PM | 2.15 | | 268 | | | |
| Composite | " 26 | | | 1500 ‡ | | | | |
| No. 19   Lincoln & Trent | June 1 | 8 AM | 6.30 | | 68 | | | |
| "        " | " 1 | 10 AM | 6.00 | | 237 | 117 | | |
| "        " | " 1 | 12 N | 6.80 | | 103 | 76 | | |
| "        " | " 1 | 2 PM | 7.85 | | 125 | 110 | | |
| "        " | " 1 | 4 PM | 6.00 | | 224 | 189 | | |
| "        " | " 1 | 6 PM | 5.50 | | 85 | 70 | | |
| Composite | " 1 | | | 283 | | | | |

APPENDIX 5 (Continued)

| Sewer Outlet | | Date 1933 | | Hour | Flow C.F.S. | Oxygen Demand p.p.m. | Susp. Solids p.p.m. | Vola- tile Solids | Bact- erial Count | pH |
|---|---|---|---|---|---|---|---|---|---|---|
| No. 19 Lincoln & Trent | | June | 2 | 8 AM | 5.00 | | 100 | 90 | | |
| " | " | " | 2 | 10 AM | 6.80 | | 162 | 150 | | |
| " | " | " | 2 | 12 N | 6.80 | | 110 | 100 | | |
| " | " | " | 2 | 2 PM | 6.00 | | 100 | 95 | | |
| " | " | " | 2 | 4 PM | 6.00 | | 75 | | | |
| " | " | " | 2 | 6 PM | 5.00 | | 75 | | | |
| Composite | | " | 2 | | | 152 | | | | |
| No. 19 Lincoln & Trent | " | 2 | 5 | 8 AM | | | | | | |
| " | " | " | 5 | 10 AM | 7.35 | | 170 | 160 | | |
| " | " | " | 5 | 12 N | 5.50 | | 130 | 120 | | |
| " | " | " | 5 | 2 PM | 7.35 | | 160 | 160 | | |
| " | " | " | 5 | 4 PM | 6.00 | | 115 | 105 | | |
| " | " | " | 5 | 6 PM | 6.00 | | 85 | 80 | | |
| Composite | | " | 5 | | | 313 | | | | |
| No. 22 Cleveland & Cochran | | May | 29 | 8 AM | 5.70 | | 237 | 172 | | |
| " | " | " | 29 | 10 AM | 5.70 | | 557 | 432 | | |
| " | " | " | 29 | 12 N | 5.95 | | 550 | | | |
| " | " | " | 29 | 2 PM | 5.70 | | 800 | | | |
| " | " | " | 29 | 4 PM | 5.10 | | 360 | | | |
| " | " | " | 29 | 6 PM | 5.35 | | 200 | | | |
| " | " | " | 29 | 8 PM | 5.10 | | 257 | 214 | | |
| Composite | | " | 29 | | | 657 | | | 2,600 | |
| No. 22 Cleveland & Cochran | | " | 30 | 8 AM | 5.35 | | 107 | 88 | | |
| " | " | " | 30 | 10 AM | 5.10 | | 337 | 307 | | |
| " | " | " | 30 | 12 N | 5.35 | | 443 | 347 | | |
| " | " | " | 30 | 2 PM | 5.70 | | 378 | 330 | | |
| " | " | " | 30 | 4 PM | 5.10 | | 265 | 242 | | |
| " | " | " | 30 | 6 PM | 4.55 | | 208 | 194 | | |
| " | " | " | 30 | 8 PM | 5.35 | | 175 | 164 | | |
| Composite | | " | 30 | | | 407 | | | 2,800 | |

002702

## APPENDIX 3 (Continued)

| Sewer Outlet | | Date 1933 | Hour | Flow C.F.S. | Oxygen Demand p.p.m. | Susp. Solids p.p.m. | Vola-tile Solids | Bact-erial Count | pH |
|---|---|---|---|---|---|---|---|---|---|
| No. 22   Cleveland & Cochran | " | May 31 | 8 AM | 3.60 | | 67 | | | |
| " | " | " 31 | 10 AM | 4.80 | | 388 | 311 | | |
| " | " | " 31 | 12 N | 5.10 | | 600 | 426 | | |
| " | " | " 31 | 2 PM | 5.10 | | 286 | 237 | | |
| " | " | " 31 | 4 PM | 4.55 | | 332 | 267 | | |
| " | " | " 31 | 6 PM | 3.60 | | 267 | | | |
| " | " | " 31 | 8 PM | 3.85 | | 230 | 195 | | |
| Composite | | " 31 | | | 476 | | | 2.400 | |

06

002703



Appendix 4

00270

91

### APPENDIX 4

SPOKANE, WASHINGTON

REPORT ON SEWAGE DISPOSAL

Inland Empire Paper Company

Inspection June 27, 1933

by

A. D. Butler and Samuel A. Greeley

- - - - -

We called on C. A. Buckland, the purchasing agent, and M. W. Black, chemist. Both were very agreeable and tried to give us the information we wanted.

The mill has a present capacity of 110 tons of product per day and requires 250 employees. It produces chiefly newspaper, with some wrapping paper and some magazine "print" (used for farm journals). They use some old magazines for making a "very" small amount of a higher grade newspaper "print". This spring the mill has been working 3 to 3½ days a week, but goes at rated capacity while in operation. There are now the following three main departments in the mill:

Ground Wood Mill

Sulphite Mill

Newsprint Mill

The plant has been gradually increased in size and plans are made for further enlargement. The first step will be the replacement of one present machine with a larger one which (as I recall it) will add about 40 tons of output

92

to the capacity. I presume a doubling of the capacity might be reached. Mr. Buckland said that the mill was not on a 100% closed system, but that in making paper for newspapers, such an objective was not unreasonable.

The water supply of the mill comes from wells except for a fire pump with a river intake. There are four sewers running to the river (See Figure 1).

Sewer A carries the wastes from the wood room. A mixture of white water and fresh water is used here and in the bark drums (which operate 16 hours a day); and some screenings and the like are carried out to the river. They have never made a good measurement of this flow.

Sewer B gets the sulphite liquor, the piston water from the grinding room and cooling water from the transformer station. Mr. Black estimated the quantity at around 1.5 M.G.D.

Sewer C is said by Mr. Black to carry about one-half white water and one-half clear water to the river. Rough weir measurements indicate about 3.0 M.G.D., ranging from 2.5 to 3.5 M.G.D. This effluent passes through a save-all at the river and the recovered stock is used to make hollow card board shafts in which to roll paper.

Sewer D gets the de-inking wastes from about two tons of old magazines a day. Mr. Black estimates that the sewage carries about one ton of solids per batch and the capacity is two batches per day. The discharge is through a 3 to 4 inch pipe running 6 to 8 hours a day.

The following table is from Mr. Black records for Sewer C:

FIG 1



002707

95

PAPER MILL SEWER

June 5, 1933

(Flow in M gals. per 24 hours)

| Maximum | Minimum | Average | Lbs. Stock per M gal. | Lbs. Stock loss per day. |
|---|---|---|---|---|
| M. 5,030 | 1,727 | 3,541 | 3,520 | 4,155 |
| E. 3,930 | 3,206 | 3,531 | 3,476 | 4,091 |
| N. 4,160 | 2,398 | 3,244 | 4,004 | 4,330 |
| TOTALS: | | 3,439 | | 12,576 |

The stock used is mostly white fir known as Lowland Ground Fir (Obies Grandis), with some cottonwood and spruce and a little western hemlock.

Mr. Black estimates the use of water at 45,000 gallons per ton of paper made or about 5.0 M.G.D. when running at capacity. Mr. Black estimates that when making 40 tons of sulphite pulp per day and wasting all the liquor to the river that the population equivalent of the paper mill is 115,000 (same as Spokane). With land disposal of some of the sulphite liquor, he estimates 30,000 to 40,000 population equivalent going to the river.

In Wisconsin (1927 to 1929), a survey was made of the extent of stream pollution from some 55 paper mills in the state. These included ground wood and sulphite pulp mills, board mills, de-inked paper and rag pulp, paper mills and specialties. The following is taken from their tabulation expressed in terms of population equivalent per ton of product:

002708

94
95

| Item | Population Equivalent per ton of Product (Wisc. data) | | |
|------|---------|---------|---------|
|      | Average | Maximum | Minimum |
| Sulphite Pulp | 1108 | 2640 | 178 |
| Ground Wood Pulp | 46.8 | 92.4 | 15.6 |
| Board Mills & De-inked Paper | 70.8 | 84.0 | 31.8 |
| Paper Mills | 22.2 | 54.0 | 0.2 |

Calculation of the probable pollution load of the Inland Empire Paper Company based on the observations in Wisconsin would appear as follows:

| | Computed Population Equivalent based on Mill Capacity | | |
|------|---------|---------|---------|
|      | Average | Maximum | Minimum |
| Sulphite Pulp (40 tons per day) | 44,300 | 106,000 | 7,100 |
| Paper Mill (110 tons per day) | 2,420 | 5,940 | 22 |
| De-inking (2 tons per day) | 142 | 168 | 63 |
| TOTAL | 46,862 | 112,108 | 7,185 |

To fix the population equivalent of the paper plant at Millwood would require a more-detailed study with analyses of the wastes.

Part of the sulphite liquor is taken by Spokane and is used about the paper mill and by railroads for sprinkling streets and roadbeds to reduce dust, and the amount so used is increasing. This disposal is available from April to October, inclusive, and Spokane could use more if it could be

002709

3687325 5

stored during the winter.  White water is used for washing the sulphite pulp and the first washings, down to 3½ degrees Baume at 80 degrees F, are taken for sprinkling streets, while liquor of less than 3½ degrees Baume is wasted to the river.  Apparently this sulphite liquor contains more resinous tarry matter than the Wisconsin sulphite waste.

From June 1 to June 27 inclusive in ten operating days they sent out for street sprinkling 452,000 gallons of liquor from 266 tons of sulphite pulp and with better organisation might have so disposed of 500,000 gallons.  The production of sulphite pulp was 232 tons in April and 307 tons in May.  In good times the production is 800 tons a month.