# EXHIBIT 107

007308



**Riverfront Park Master Plan 2014**

Presented to:

**Mayor David Condon**

**Spokane City Council**

**Spokane Park Board**

And

**The People of the City of Spokane**

Fall 2014

SPO_DEFEXP-WD-000043098

## ACKNOWLEDGEMENTS

The Riverfront Park Master Plan 2014 is a working document.  It will continue to be updated as required by City Staff, and as needed, changes and additions will be approved by the Spokane Park Board.

SPOKANE PARK BOARD

Randy Cameron, President
Chris Wright, Vice-President
Mike Allen, Council Liaison
Andy Dunau
Ross Kelley
Kristine Meyer
Preston Potratz
Dr. Sam Selinger
James Santorsola
Susan Traver
Ken Van Voorhis

RIVERFRONT PARK MASTER PLAN 2014 ADVISORY COMMITTEE

Ted McGregor, Chair
Mike Allen, City Council Park Board Liaison
Rick Betts, Hoopfest Board
Julia Jean Brown, Chase Youth Commission
Kris Dinnison, Boo Radleys & Atticus
Speed Fitzhugh, Avista Utilities
Steve Jones, Bloomsday and Spokane Regional Sports Commission Board
Cheryl Kilday, Visit Spokane
Steve McNutt, NAC Architecture
Bart Mihailovich, Spokane Riverkeeper
Kim Pearman Gilman, McKinstry
Raymond Reyes, Gonzaga University
Mark Richard, Downtown Spokane Partnership
Dr. Sam Selinger, Park Board
Jeff Stevens, NW Neighborhood Association
Ben Stuckart, City Council President
Kevin Twohig, Public Facilities District
Chris Wright, Park Board
Facilitator: Latisha Hill, Avista Utilities

RIVERFRONT PARK COMMITTEE (SPOKANE PARK BOARD)

Chris Wright, Chairperson
Mike Allen

SPO_DEFEXP-WD-00004009

Kristine Meyer
Preston Potratz
Dr. Sam Selinger
James Santorsola
Susan Traver
Ken Van Voorhis

## PARKS AND RECREATION STAFF

Leroy Eadie, Parks & Recreation Director
Juliet Sinisterra, Project Manager, Riverfront Park Master Plan
Sam Song, Riverfront Park Director
Debby Dodson, Riverfront Park Assistant Manager
Garrett Jones, Parks& Recreation Landscape Architect
Chris Ohreim, Riverfront Park Events Coordinator
Nancy Goodspeed, Parks Marketing
Kristen Jensen, Intern, Riverfront Park Master Plan
Brigid May, Outreach Intern, Riverfront Park Master Plan
Karlee Orvik, Outreach Intern, Riverfront Park Master Plan
Scott Simmons, Finance Division, Riverfront Park Business Plan

## CONSULTANTS

Adams & Clark, Inc., Site Survey
AHBL Engineers, Low Impact Development Study
ALSC Architects, Conceptual Design Study
Art + Environment LLC, Regional Playground-Conceptual Design Study
BAE Urban Economics, Pavilion Business Plan Review
Blaze Digital Cinema Works, IMAX Proforma Study
Coffman Engineers
Corner Booth Productions, Public Outreach
Desautel Hege, Public Relations/Household Telephone Survey
iDR Studio, Conceptual Design
Integrus Architects, Structural Analyses
Nystrom Olson Architects, Conceptual Design
NAC Architecture, Conceptual Design
Olson Kundig Architects, Conceptual Design
Paul F. Hirzel, Conceptual Design
Mike Pursel Advertising, Public Outreach
Purple Crayon Productions, Public Outreach
Robinson Research, Household Telephone Survey
Schacht Aslani Architects, Master Plan Peer Review
Seve7n Design, Graphic Design
Vexing Media, Website Management

SPO_DEFEXP-WD-000004110

SPO_DEFEXP-WD-000040111

## TABLE OF CONTENTS

**I.      EXECUTIVE SUMMARY**                                              **9**

**II.     INTRODUCTION**                                                   **15**

**2.1 Parks and Recreation History**
**2.2 Parks and Recreation Mission**
**2.3 Parks and Recreation Management**
**2.4 Spokane Park Board**

**III.    BACKGROUND**                                                     **19**

**3.1 Riverfront Park**
   3.1.1   History
   3.1.2   Audience
   3.1.3   Financial Resources
**3.2 Parks Nationwide**
   3.2.1   National Trends of Urban Parks
   3.2.2   Economic Impact of Parks
**3.3 Master Plan Overview**
   3.3.1   What is a Master Plan?
   3.3.2   Master Plan Leadership
   3.3.3   Citizen Participation Process

**IV.     PRINCIPLES & PROJECT GOALS**

**V.      EXISTING NEEDS ANALYSIS**

**5.1     Environmental Site Assessment**
**5.2     Traffic & Pedestrian Analysis**
**5.3     Stormwater Management**
         5.3.1   Meadow vs. Hardscape Analysis
         5.3.2   Consultant Summary
**5.4     Existing Water Use & Performance Criteria**
**5.5     Existing Power Use & Performance Criteria**
**5.6     Habitat Management Plan**
**5.7     American with Disabilities Act**
**5.8     Bridge Inspection & Repair**
**5.9     Fire Access/Safety**
**5.10    Art Inventory & Needed Repair**
**5.11    Tree Removal/Replacement Analysis**

SPO_DEFEXP-WD-000040112

# VI.    CONCEPT PLAN

**6.1 Become the Central Gathering Place for the Region**

6.1.1    Howard Street Promenade & Central Plaza

6.1.2    U.S. Pavilion Event Center

6.1.3    Event Shelters & Leasable Space

6.1.4    Increased Event Programming

6.1.5    Havermale Loop

6.1.6    Skate Park/Wheels Facility

**6.2 Celebrate Community Excellence**

6.2.1    Storytelling: Tribal History

6.2.2    Storytelling: Multi-Media, Interactive Exhibits & Lighting

6.2.3    Storytelling: Geologic History & Environment

6.2.4    Looff Carrousel & Charles I.D. Looff Carrousel Museum

6.2.5    Railroad History & Clock Tower Viewing Access

6.2.6    Public Art

6.2.7    Sister Cities Garden

6.2.8    Local Purchasing

**6.3 Provide Greater Accessibility**

6.3.1    Primary Uses on the Edge: Ice Rink

6.3.2    Improved Parking & Passenger Drop-Off Areas

6.3.3    Improved Surrounding Arterials

6.3.4    Increased Public Transit Access

6.3.5    Cycling in the Park

6.3.6    People Mover/Skyride Extension

6.3.7    Wayfinding & Signage Summary

**6.4 Optimize Safety**

6.4.1    Increased Events

6.4.2    Park Lighting

6.4.3    Security Cameras & Phones

6.4.4    Increased Security Patrols

**6.5 Create a Balance of Active and Passive Spaces**

6.5.1    Improved Riverwalks & Viewing Terraces

6.5.2    Increased Playgrounds & Play Areas

5.5.4    East Havermale Sculpture Garden

---

SPO_DEFEXP-WD-000040113

**6.6 Sustainable Revenue for Park Operations (See Business Proformas in Appendix)**

**6.7 Affordability & Choice to All**

    6.7.1    Demographic Use Summary Chart

    6.7.2    Pricing Overview

**6.8 Protect Natural Resources**

    6.8.1    Low Impact Development Strategies/Sculpture Garden

    6.8.2    Energy Efficiency Strategies

    6.8.3    Environmental Event Zone

**6.9 Discontinued Existing Program Uses**

    6.9.1    IMAX Theatre

    6.9.2    Amusement Park Rides

## VII.   VISION 2019

## VIII.   PROGRAM LISTING

**8.1 Program Chart**

**8.2 Public – Private Development Opportunities**

    8.2.1    Field House

    8.2.2    Climbing Gym

    8.2.3    Destination Ride

    8.2.4    Mixed Use Parking Garage/Condominiums

    8.2.5    Restaurant

## IX.   DEVELOPMENT STRATEGIES

**9.1 Preliminary Project Cost**

**9.2 Preliminary Construction Timeline**

**9.3 Grants Research & Analysis**

**9.4 Capital Campaign Feasibilty Study**

**9.5 Bond Oversight & Management**

**9.6 Construction Delivery Method**

**9.7 Next Steps**

## X.   DESIGN GUIDELINES (TO BE COMPLETED BY SELECTED CONSULTANT FOR DESIGN OF PARK PUBLIC SPACES)

## XI.   BUSINESS PLAN (TO BE COMPLETED)

**11.1   Contextual Analysis**

    11.1.1    Cultural Attractions in Spokane – Marketplace (GU??)

    11.1.2    Comparables (Amphitheater, Interactive Exhibits, Concessions, Rental Space for Events)

SPO_DEFEXP-WD-000040104

11.1.3   **1.3 Management Comparables (Kristi work)**

**10.3     Audience Evaluation**

10.3.1.  Audience Survey & Demographics (Please see Desautel Hege/Robinson Research Report in Appendix)

10.3.2   Existing & Potential Markets

**10.4   Existing Operating and Revenue**

**10.5   Proposed Operating and Revenue**

**10.6   Strategies for Sustainable Growth and Maintenance**


## XII.   APPENDIX

**12.1   Business Plan Proformas**

**12.2   Projected Staffing Plans**

**12.3   Consultant Reports**

- RFP MP Advisory Committee Recommendations
- Regional Playground Concept Study
- Clock Tower Analysis – Integrus Architecture
- Fire Code Considerations, Clock Tower – Spokane Fire Department
- Seve7n Design Branding Concepts
- AHBL Low Impact Development Study & Irrigation and Water Use Study
- BLAZE Cinema Planning Report for Riverfront Park IMAX Theatre
- Coffman Engineers Carnation Building Preliminary Report & Stormwater Management Plan
- McKinstry Energy Analysis Report & Power Use and Infrastructure Study
- Desautel Hege/Robinson Research Telephone Survey Report
- BAE Urban Economics – Pavilion Event Center Review
- GeoEngineers – Environmental Site Assessment & Habitat Management Plan
- Digital Kitchen – Light and Sound Concept Study
- Morrison Maierle - Traffic Use and Pedestrian Study

SPO_DEFEXP-WD-000040165

## I.    EXECUTIVE SUMMARY

The Riverfront Park Master Plan 2014 outlines a vision for the Park for the next 20 years. It is comprehensive in scope, and documents a substantial public process. If developed in full the Master Plan would cost over $100 million dollars to implement.

Each master plan is unique and ideally responds to the specific needs of its community and place. The Riverfront Park Master Plan 2014 is a plan developed by the citizens of Spokane. The Master Plan is the result of over 75 public outreach meetings including neighborhood councils, community stakeholders and interest groups; one public poll of 400 households; more than four community surveys; and recommendations from the Riverfront Park Citizen Advisory Committee, City Staff, the Spokane Park Board, the City Council, and the Mayor's Office. Input has been incorporated throughout the plan from citizens, nonprofits, the business community as well as elected officials.

The core principle established during the Master Plan is the idea of "bringing people to the center." The Plan aims to bring greater amounts of people and events to the center, to the Spokane Falls, and to the Pavilion through improved and increased direct circulation and the addition of a central plaza able to host large and small events.



Figure 1.1 Riverfront Park Site Map showing movement to the Center

SPO_DEFEXP-WD-000040176

The Spokane Park Board prioritized development opportunities for the Master Plan into three tiers or sections, with the primary development opportunities, totaling $60 million. These decisions were made at a special Spokane Park Board Retreat held on May 9, 2014 (see Appendix for Minutes). Following is a summary of that prioritization.

The site plan below depicts the primary development opportunities for development within Riverfront Park as established by the Park Board.



Figure 1.2 Riverfront Park Proposed Site Plan – First Tier

## RIVERFRONT PARK DEVELOPMENT PRIORITIES – FIRST TIER

The following list depicts the primary development priorities for the Park, and forms the recommended capital distribution for a potential $64.3 million bond. $4.3 Million would be authorized in order to pay debt service in the first five years of a 20 year bond.

| Park Grounds, Infrastructure & Playgrounds | $20 Million |
|---|---|

- Two new tree-lined pedestrian promenades, newly designated cycling lanes, and one promenade with improved fire and truck access into the center of the Park
- New gateways at the north end and west end of the Park, improved entrances, existing south gateway and signage throughout the Park

SPO_DEFEXP-WD-000043187

- Two new landscaped, paved plazas for events
- Four new grass meadows
- Two upgraded playgrounds
- New 1.5 acre regional playground
- New Park Tour Train
- Four improved river overlook-landscaped terraces with picnic tables and benches
- Matching funds for south river channel bridge replacement
- New public art (minimum 1% as mandated by State law)
- Universal ADA access throughout the Park
- Improved landscape, paving materials, gateways, signage and park furnishings
- Power, irrigation, and water service upgrades throughout the Park
- Increasing secure access into the Park on a 12-month basis, for  example installation of potential geothermal snow melt system
- 1:1 Tree Removal/Replacement within the city of Spokane

| U.S. Pavilion/Event Center | $24 Million |
|---|---|

- Redevelopment of the Pavilion as the premier gathering place whose events and facility will attract people of all ages, families and visitors to Riverfront Park during the day, evenings and throughout the year.
- Re-covered and re-lit Pavilion
- New interactive and multi-media art and storytelling installations within the Pavilion
- New public art (minimum 1% as mandated by State law)
- Facilities brought up to current energy code requirements and additional energy efficiency measures incorporated
- Upgrades and improvements to existing Park Administration building

| Improved Looff Carrousel Building & Visitors Center | $4.5 Million |
|---|---|

- Development of a new, modern facility to better house the Carrousel and provide ADA accessibility throughout
- New concessions and revenue-generating gift shop alongside a centrally located Visitor Center for information about the Park and Spokane attractions
- Addition of viewing gallery to view the restoration work being completed regularly  for Carrousel maintenance
- Improved and more efficient heating and cooling systems that exceed current energy code requirements needed for long term protection of historic wood carvings

| Public Safety, Improved Access & Lighting | $2.8 Million |
|---|---|

- Improved enjoyment of the Park during all seasons and hours through the Installation of new lighting, security cameras and emergency phones
-  Two improved and re-paved parking lots

SPO_DEFEXP-WD-000040148

- Improved vehicular drop-off and access into the north end of the Park via North River Drive extension from Washington Street
- Expanded and improved access to parking lot along Post Street at the south end of the Park

| Improved & Relocated Ice Rink | $2.2 Million |
| --- | --- |

- New outdoor ice rink and seating  area for winter recreational use that transitions to a summer plaza in warmer months
- Improved facility for concessions, ticketing, skate rental and lockers to accommodate  both the Skyride and Ice Rink
- Improved and more efficient mechanical system for ice rink

| Improved Park Shelters | $2 Million |
| --- | --- |

- New leasable shelters to replace existing shelters, allowing for year-round public use at the north end of the Park and on the east end of Havermale Island, east of the U.S. Pavilion.

| Reserve Contingency | $4.5 Million |
| --- | --- |

- Funds reserved for potential cost overruns, unforeseen conditions and inflation.

RIVERFRONT PARK DEVELOPMENT PRIORITIES – SECOND TIER

The following list is the Spokane Park Board's second tier of development priorities. The Spokane Park Board along with Park Staff will continue to look for outside funding sources at the Federal, State and private sector levels for the following:

**Clock Tower Upgrade/Viewing Tower Access**                                              **$1.3 Million**

- Installation of new, code conforming stair provided access to clock mechanism and viewing tower above.
- Installation of stairwell gallery telling the history of the Great Northern Railroad Depot and rail in Spokane.

**Remaining Bridge Upgrades & Improvements**                                              **$10 million**

**Charles Looff Interactive Museum (Looff Carrousel)**                                    **$1.5 Million**

- State of the art interactive museum telling the story Charles Looff, carrousel artist
- Located in a queuing gallery, en route to ride the Carrousel

**East HavermaleSculpture Garden**                                                        **$1.5 Million**

- Sculpture garden incorporated into walk and pathways around Lilac Bowl
- Five to seven pieces of art highlighting regional artists

RIVERFRONT PARK DEVELOPMENT PRIORITIES – THIRD TIER

SPO_DEFEXP-WD-000042209

The following list is the Spokane Park Board's third tier of development priorities for the Park. These items are not as easily funded and/or would require partnerships with the private sector due to their high capital cost or difficulty to develop.

| | |
|---|---|
| **Structured Parking Garage – North Bank** | **$11 Million** |
| **Additional LED/Interactive Multi-Media Display** | **$10 Million** |
| **Skate Park/Wheels Facility (Carnation Garage Renovation** | **$3 Million** |
| **Skyride Extension to Convention Center** | **$2.5 Million** |
| **Havermale Island Running Loop** | **$2.3 Million** |

SPO_DEFEXP-WD-00004820

## II.  INTRODUCTION

*Parks at the very center are more than the landscape, they are part of the urban city—both a place to gather and a place to rest and rejuvenate. The river gorge is Spokane's piece of individuality which should not be overlooked but celebrated.*

-    Frederick Law Olmstead

Riverfront Park should be a connector—linking north and south, bringing community together at the river and providing places that celebrate the region's history, bioregion and people.

The Riverfront Park Master Plan 2014 looks to the future of the Park as a vibrant expression of the region. Riverfront Park is the region's living heritage, connecting Spokane's historical roots and the city's natural beauty with its present culture.

A redesigned and upgraded Riverfront Park will sustain the Park into the future, providing both active spaces for entertainment and passive spaces for reflection; as well as growing the 2.2 million annual visitors while continuing to serve as a primary economic generator for downtown Spokane.

While there have been various changes and improvements to the Park since Expo '74, there has not been a comprehensive look at the Park in since 1973. Many of the programs and facilities are outdated and falling into disrepair, and the Park presently runs an annual deficit over $1 million. In 2012, the City of Spokane Parks & Recreation Division launched Phase I of the present Master Plan. A public survey was distributed and public outreach conducted. The result was a broad look at the Park, its potential uses and potential programmatic zones.

The Riverfront Park Master Plan 2014 (Phase II) clarifies and expands upon the initial phase by defining specific uses, developing concepts around those uses, expanding public outreach, establishing development priorities, and defining costs and potential revenue for a newly revitalized Park.  The resulting Master Plan 2014 is a comprehensive look at the future of Riverfront Park as it looks to serve Spokane for the next 20 years.

The Spokane Park Board along with Park Staff looked to recommendations from a citizen Advisory Committee established in April 2013 to inform the development of the Master Plan. The Riverfront Park Master Plan 2014 incorporates the following sections:

- Executive Summary
- Introduction
- Background
- Principles & Project Goals
- Needs Analysis
- Development Strategies & Program Listing
- Vision 2018
- Design Guidelines
- Business Plan
- Recommendations

SPO_DEFEXP-WD-000043221

- Appendix
  Concept Study
  Program Chart of Uses
  Business Plan Proformas
  Consultant Reports

**2.1 Parks and Recreation Overview**

Spokane has a long history of supporting a strong parks system of over 80 developed parks and playgrounds. Spokane Parks and Recreation's mission and governance was established to both benefit and be guided by Spokane citizens.

### 2.1.1    Parks and Recreation History

In 1907, Spokane's board of park commissioners retained the services of the influential and nationally renowned landscape design firm owned by step-brothers John Charles Olmsted and Frederick Law Olmsted Jr. With the help of the Olmsted Brothers the Park Board prepared a comprehensive park plan to provide a magnificent park system that thrives to this day. In 1909, with strong support a $1,000,000 bond issue for parks was approved by the voters.

### 2.2.2    Parks and Recreation Mission

The City of Spokane Parks and Recreation Division will collaboratively provide the following services for the benefit of a community of people who live, work and visit the city of Spokane.

- Clean, safe and eco-friendly parks, trails, conservation lands and recreation facilities
- Accessible leisure and recreational opportunities
- An enhanced urban forest

These services will be facilitated and delivered through passionate, professional and proactive response to community issues, interests and identified values.

**2.2 Parks and Recreation Management**

The City of Spokane Parks and Recreation Division maintains its rich history through the provision of an extensive system of parks, trails, recreation facilities, activities and events. The Division is responsible for the management of more than 3,100 acres of land including the following:

- 80 developed park areas
- Conservation lands
- 50 playgrounds
- 200 sports facilities
- 6 Aquatic Centers & 15 Splashpads
- 4 Championship Golf Courses
- 40 miles of trails
- Riverfront Park

SPO_DEFEXP-WD-000048232

- Manito Park
- Gaiser Conservatory
- 6 garden facilities
- John A. Finch Arboretum
- Oversight of over 70,000 urban trees on both streets and public land
- A variety of outdoor and recreational events and classes

Parks and Recreation staff is led by a Parks Director, a volunteer Mayor-appointed 11-person Park Board, and is organized into four key management areas:

- Golf
- Park Operations
- Recreation & Entertainment
- Riverfront Park

## 2.3 Spokane Park Board

The Spokane Park Board was created in 1910 and was granted power by Article V of the City Charter to lay out, establish, purchase, procure, accept and have the care, management, control, and improvement of all parks grounds and parkways controlled by the City of Spokane and used for park purposes. Control and operate the four City golf courses.

Meeting date, time and location:
The Spokane Park Board meets on the Second Thursday of each month, 1:30 p.m. in the City Council Chambers, City Hall.

| Members | Term | Expires |
|---|---|---|
| Ross Kelley | 2nd Term | 2/28/18 |
| Randy Cameron, President | 1st Term | 2/28/15 |
| Andrew Dunau | 1st Term | 2/28/17 |
| Samuel Selinger | 1st Term | 2/28/16 |
| Susan Ross Traver | 2nd Term | 2/28/19 |
| Kristine Meyer | unexpired | 2/28/16 |
| Kenneth Van Voorhis | 1st Term | 2/28/17 |
| James Santorsola | 1st Term | 2/28/15 |
| Christopher Wright, Vice-President | 2nd Term | 2/28/19 |
| Preston Potratz | 1st Term | 2/28/18 |
| Michael Allen, City Council Liaison | | |

SPO_DEFEXP-WD-000048213

SPO_DEFEXP-WD-000043254

## III.    BACKGROUND

The Programmatic & Use Plan summarizes Riverfront Park's history and uses today, establishes national trends and economic impact around urban parks, provides background on master plans in general , as well as establishing the principles, design concepts and needs for the project. Finally, it outlines the recommendations for moving forward related to development strategies, capital costs and timeline.

### 3.1 Riverfront Park

Riverfront Park is central to the history of Spokane and its Park system. Riverfront Park is beloved by both citizens and visitors alike. The Park is Spokane's number one tourist attraction. While Spokane's Park system is funded annually, regular capital improvements have been underfunded since EXPO '74.



Figure 3.1 Riverfront Park Vicinity Map

### 3.1.1  History

Riverfront Park occupies 100 acres of land and water in the center of downtown Spokane. The Spokane Falls and the surrounding land has long been a gathering place for people. Native Americans gathered and fished at the falls. In the late 1800s, pioneers settled here and started the city of Spokane. The railroad industry fueled the city's growth and rail yards covered Havermale Island, the present site of Riverfront Park.

In 1974, Spokane hosted Exposition '74, "The World's Fair." In preparation for Expo '74, the Spokane River was cleaned up, the rail yards were removed, and the Great Northern Railroad Depot on Havermale Island was demolished. The Clocktower is all that remains of the 1902 depot.

Since Expo '74, there have been various additions and changes to Riverfront Park. While the gondolas or Skyride, and the Clocktower remain from Expo, the Looff Carrousel was relocated to Riverfront Park in 1975 from Natatorium Park, an historic amusement park that closed in the 1960s, and a separate building was built for the giant screen IMAX theater in 1978.  More recently

SPO_DEFEXP-WD-000043265

Riverfront Park added the Riverfront Rotary Fountain and Fountain Café to the southern entrance of the Park.

The U.S. Federal Pavilion building was a gift to Spokane from the United States government. The Pavilion during Expo consisted of an 850-seat air-conditioned amphitheater with an IMAX theater within the primary Pavilion enclosure; a 17,000 square foot central courtyard for theme exhibits that focused on environmental problems and how to address them in the daily American household; and a 5,500 square foot Federal Action Center where you could learn more about the Federal government's approach to environmental problems. A quote from Chief Seattle, adorned the primary wall upon entering the Pavilion;

> *The Earth does not belong to Man. Man belongs to the Earth.*

After EXPO '74, Spokane looked to maintain the festival atmosphere by removing the amphitheater and replacing it with a petting zoo, amusement rides, an ice rink, and a 90-minute theatrical exhibit on the history of Spokane. By the mid-1980s, only the rides, arcade room and ice rink remained. In the late 1980s Mini-Golf was added as an additional attraction.



Figure 5.3.2B Existing Site Plan – Riverfront Park

SPO_DEFEXP-WD-000043276

### 3.1.2    Audience

Riverfront is Spokane's urban park. It is frequented by all ages and income brackets. Large events such as Hoopfest, Bloomsday and Pig-Out in the Park attract thousands of residents and visitors alike into the downtown core.

While the city of Spokane is the second largest metropolitan region in the State, it has some of the highest rates of poverty. Spokane's median household income is just 70% of the statewide figure.

In 2012, Visit Spokane hired an outside consultant to develop a comprehensive travel research study for Spokane. Randall Travel Marketing of Mooresville, North Carolina was retained for this study. Central to the Randall Study was a survey of visitors at 20 lodging properties for a total of 3,772 rooms. The average aged responder was 48.27 years traveling in an adult party of two.

The results of the Randall Study found Spokane to be an outstanding destination due to the following reasons:

- Scenic Beauty
- Lively & fun downtown (Riverfront Park), unique shopping, chef-owned restaurants and full range of dining experiences
- Entertainment
- Event Facilities
- Spokane Valley Mall
- Outdoor Recreation

Among visitors surveyed, Riverfront Park was ranked the number one tourist attraction in the region, receiving over 71% of the response. The Study recommended updating the Park, "It needs to continually be made fresh and user-friendly." (Randall, p. 19) as well as other key recommendations potentially related to the Riverfront Park Master Plan include the following:

- Improved gateways, wayfinding and signage. (Randall, p. 14, 15)
- Create a dynamic entertainment calendar (Randall, p. 14)
- Look to an Inland NW Interpretive Center:" This rich, scenic and historic region is not adequately interpreted. Amazing stories from Ice Age floods to Native American heritage, to natural resources and modern economies, this is a story that needs to be told." (Randall, p. 19)
- Enhance Creative Lifestyle: "Spokane is a unique destination with a high quality of life that supports a creative lifestyle. RTM encourages Spokane to continually bring this into better focus for potential visitors by adding arts/crafts galleries, trails of art and artisan studios, wineries, growers of fresh foods, outstanding performing arts and continuing education."  (Randall, p. 19)

SPO_DEFEXP-WD-000043887

### 3.1.3    Financial Resources

Parks and Recreation receives no less than 8% of the City of Spokane's general fund for all operations, related activities and expenses required to maintain the parks and park system. Riverfront Park utilizes approximately 14.3% (Net Expenditures Less Revenue) of the overall Parks annual 8% allotment from the General Fund. In 2013, including costs for grounds, Riverfront Park net expenditures were negative ($1,815,700).

## 3.2  Parks Nationwide

Nationwide cities are looking to their urban parks to create large-scale central spaces that bring people together, attract tourists and generate economic activity.

### 3.2.1    National Trends for Urban Parks

Millennium Park in Chicago, New York City's Highline Park and the North End Parks in Boston are all newly recreated and hugely popular urban parks that create memorable experiences for their users. Recognizing the economic impact and social benefits of parks within the urban setting, many municipalities are re-looking at their existing park infrastructure with awareness toward creating an experience that is both educational and transformative.

Joseph Pine and James H. Gilmore, authors of, "The Experience Economy," make the case that society is moving beyond a service-based one towards one that emphasizes experience. Pine and Gilmore initially presented their ideas to the business sector. They argued that businesses needed to orchestrate memorable events for their customers, and that memory itself becomes the product— the experience. Now, the concept of the Experience Economy is expanding beyond the business field to tourism, architecture, urban planning and other fields.

Pine and Gilmore argue that today's consumers are willing to travel and spend dollars seeking out transformative experiences that impact their lives in a beneficial and memorable manner. Park designs nationwide are now providing those experiences in a public space and within a natural setting.

According to a 2011 Survey of Parks Managers nationwide, completed by the City Parks Alliance, historic parks spend $1 million annually on capital improvements. Most Parks generate earned income through retail and restaurant amenities. And the median capital investment for construction costs is $82 million. One-third of the 58 parks surveyed nationwide had surrounding residential populations less than 500,000 and a little over 2/5 of the parks surveyed were less than 250 acres. The average number of programs offered by parks each year is 60. Program types sponsored were the following:

- Performing Arts (80%)
- Youth Programs
- Educational
- Cultural/Ethnic
- Athletic

SPO_DEFEXP-WD-000043238

- Film Viewing
- Visual Arts
- Fairs/Carnivals
- Amusement Attractions

Quality maintenance at parks is essential to long-term impacts of visitation and perceptions around safety and quality. Over 60% of parks surveyed spent over $1 million annually to maintain and operate their park. The median park organization spent $2.5 million.

Parks looked to the following funding Sources for ongoing operations and maintenance:

89% Leverage Philanthropy
74% Attract Corporate Sponsorship
68% Benefit from Earned Income
68% Received Public Funds
21% Access Infrastructure Revenues
16% Capture Value from Real Estate

### 3.2.2    Economic Impact of Parks

Expo '74 cost the City of the Spokane $300 million to implement, and made an immediate $700 million impact on the region's economy (Bowers, Dawn, "Official Commemorative of the Spokane World Exposition 1974). The Spokesman-Review recently estimated that investment in Riverfront Park between 1971 and 1975 totaled $117 million, equal to $581 million in today's dollars.

According to the City of Chicago, the recently completed $490 million investment into Millennium Park is calculated to have had a 10-year impact of over $5 billion related to increased tourism, hotel, restaurant, retail sales and new housing surrounding the park (see chart below).

*Summary of Park Capital Investments Nationwide*

|  | Capital | Economic Impact |
|---|---|---|
| Millennium Park | $490 Million | 10-Year:<br>$1.4 Billion in the adjacent real estate market<br>$450 Million for hotels<br>$700 Million for restaurants<br>$650 Million for retail<br>$2 Billion in other visitor spending<br>**Total Annual Spending Impact: $380 Million** |
| High Line, NYC | $172 Million | Before complete directly inspired many as 50 major residential projects worth up to $5 Billion |
| Olympic Sculpture Park, Seattle | $85 Million |  |
| City Garden, St. Louis (2 | $30 Million |  |

SPO_DEFEXP-WD-000048899

| blocks in downtown) | | |
|---|---|---|
| | | |

According to Anne Schwartz author of, "Good Parks are Good for the Economy;"

> In 2003, a study by Ernst and Young and New Yorkers for Parks looked at the results of investment in six city parks, with supplemental data from 30 additional parks. It found that real estate values were higher on blocks closest to well-managed and maintained parks, such as Prospect Park.
>
> Parks also attract tourists and residents who come to events and activities or who just want to enjoy the surroundings, generating economic activity inside and near the park. Central Park attracts more than 25 million visitors a year, about one fifth of whom come from outside the city, according to "The Central Park effect," which was prepared by the economic analysis firm Appleseed for the Central Park Conservancy. The study determined that in 2007, spending by visitors and enterprises in the city's most famous park directly and indirectly accounted for $395 million in economic activity. This activity, as well as increases in property values near the park, generated $656 million in revenues for the city in 2007.
>
> "Measuring the Economic Value of a City Park System," released in April by the Center for City Park Excellence at The Trust for Public Land, analyzed seven ways that city parks provide economic benefits: property values, tourism, direct use, health, community cohesion, clean water and clean air. Starting with conservative assumptions of park use and other variables, researchers calculated dollar values for each of these benefits in a different city.

According to the Trust for Public Land, "Studies show signature parks generate a 5-25% premium for adjacent and proximate properties, yet only 1/6 of respondents have secured these value increments as sources of funding the stewardship of their parks."

The City of Seattle is authorized to fund park construction in part through financing based on projected real estate premiums. Seattle Center has demonstrated the economic value of its redevelopment. The 2005 Economic Impact Assessment quantified that the Center generates $1.15 billion in business activity each year. It supports 15,534 jobs, $387 million in labor income, and $41 million in State and local tax revenues each year.

SPO_DEFEXP-WD-000048830

### 3.3  Master Plan Overview



The development of the Riverfront Park Master Plan consists of standard master planning phases, which were led and informed by the Spokane Park Board, the citizen Riverfront Park Master Plan 2014 Advisory Committee, and City staff. The Plan incorporates feedback received from a comprehensive citizen education and participation process.

#### 3.3.1  What is a Master Plan?

The primary purpose of Master Plan Phase 2014 is to detail and finalize the strategies outlined in Phase I and to guide the growth and development for Riverfront Park for the next 20 years. In general, master planning involves certain steps. Typically, projects go through the following five phases.

- ***Goals & Objectives***
  Long-term goals for the project are established. Where should Riverfront Park be in the next

SPO_DEFEXP-WD-000048031

five years, ten years, 20 years? Goals include such key objectives as optimum growth, revenue targets, safety, as well as broader goals such as the overall character and role that Riverfront Park should play in Spokane and the greater region.

- ***Existing Park & Program Analysis***
  Background information is compiled such as park history, past proposals, existing studies or analyses, proposed uses, and opinions and attitudes of park users. In general, the analysis phase defines what is working now and what is not. This phase also includes a case study analysis, to learn what is working at other urban parks and why.

- ***Concept Development***
  Concepts based on goals and analysis for each major sector of the Park are developed. While the design concepts are not final architectural drawings their overall framework will help to set the stage for the eventual development of the Park.

- ***Program Development & Business Plan***
  A program of all selected uses and spaces is outlined, categorized, and priced. The program develops a systematic process for defining the needs, or "gaps" between current conditions and desired conditions. It is the outcome of goals, analysis and concepts. A strong master plan incorporates a strong program document.  This phase also includes the development of a business plan.

- ***Development Strategies***
  Based on the developed program, and on the related budget numbers, specific development strategies for key elements within the Park is outlined.

### 3.3.2    Master Plan Leadership

The Riverfront Park (RFP) Master Plan 2014 Advisory Committee was created by the Mayor and approved by Resolution of the Spokane Park Board. The primary role of the RFP Master Plan 2014 Advisory Committee was to provide overall guidance to Park's Staff and the Spokane Park Board on proposed park goals, uses, design alternatives, financing options, community outreach and overall scope of work related to the future development of Riverfront Park. The Riverfront Park Master Plan 2014 Advisory Committee was a temporary, volunteer committee, running from April 2013 through March 2014.

### 3.3.3    Citizen Participation Process

The foundation of the Riverfront Park Master Plan has been community engagement.  The RFP Master Plan 2014 Advisory Committee was formed to provide overall guidance to the City of Spokane and the Spokane Park Board regarding the park's uses, design, financing options, and future development as well as to solicit input and feedback from citizens. In order to ensure inclusiveness and solicit as much community feedback as possible, multiple public forums and presentations were conducted to allow citizens the opportunity to provide their feedback regarding the plan. Examples of these forums include Spokane Park Board meetings, outreach to over 50 neighborhood council meetings and other community groups, along with a 400-household survey in Spokane about improvements to Riverfront Park. Master Plan 2014 also maintains an online a web survey available at http://riverfrontparkmasterplan.org/ and an active Facebook page.

SPO_DEFEXP-WD-000043832

## IV. PRINCIPLES & PROJECT GOALS

To become the central gathering place for the region by celebrating community excellence, providing greater accessibility to the Park and River, creating healthy balance between active and passive spaces, providing safety throughout the Park, creating sustainable revenue for the Park, offering affordability and choice to all, and becoming a leader in the protection of natural resources and habitat.

### 4.1 Become the central gathering place for the region
- Fully embody Riverfront Park's place as a signature park incorporating both beautiful landscapes, and quality, exciting public programming,
- Provide improved visual access to the River and a stronger connection to the downtown,
- Enhanced uses to appeal to the Millennial Generation and weekday downtown professionals.

### 4.2 Celebrate Community Excellence
- Honor the tribal story as an integral part of the Spokane's master narrative
- Tell the store of Spokane, our history and people through increased signage, multi-media installations, and interactive exhibits
- Highlight the creativity of regional artists, architects and landscape architects
- Use the Destination playground as a canvas for telling the story of our natural and geologic history.

### 4.3 Provide Greater Accessibility
- Work to connect the north and south banks of the river
- Accommodate the ease, use and flow of crowds from large events to central areas of the Park
- Provide for improved and upgraded parking lots and access
- Provide for more centralized public transportation access into the Park

- Develop improved fire, truck and service access to the center of the Park
- Call for privately-run people movers and bicycle rentals within the Park
- Keep in mind principles of universal access throughout the Park, and follow all requirements of American Disabilities Act.

### 4.4 Optimize Safety
- Maximize park programming and uses that can create a safe atmosphere for park users
- Employ regular and sufficient maintenance that discourages disrepair and neglect that leads to vandalism and crime
- Utilize best practices regarding park design and crime prevention through environmental design
- Installation of upgraded lighting and the installation of security cameras and security phones as deemed necessary.

SPO_DEFEXP-WD-000048853

**4.5  Balance the development of active and passive spaces**

- Develop both active spaces for education and entertainment alongside passive spaces for reflection and appreciation of our natural landscape
- Preserve overall amount of existing meadow and landscape spaces
- Increase viewing platforms and visual access to the River

**4.6  Generate sustainable revenue for adequate ongoing maintenance and repair**

- Incorporate self-sustaining enterprises that allow for long-term economic growth,
- Provide and allow for expanded revenue and funding streams that contribute to the best maintained park in the region
- Appeal to greater numbers of tourists with clear signage and way-finding.

**4.7  Offer affordability and choice to all**

- Become a destination for all, accommodating all income levels, age groups, tourists and residents
- Offer a variety of programming experiences at little to no cost to appeal to families and individuals across the socio-economic spectrum.

**4.8  Protect Natural Resources**

- Honor the Legacy of EXPO '74
- Embrace sustainable practices throughout the Park to control costs
- Educate citizens on best practices regarding resource stewardship – in particular water and the Spokane River.

SPO_DEFEXP-WD-000043854

## V.  EXISTING NEEDS ANALYSIS

Riverfront Park attracts 2.2 million visitors a year. While the Park staff work hard to maintain a beautiful park for Spokane, Riverfront Park has not had a comprehensive investment since the years of 1971 through 1975.

While Riverfront Park and its setting possess a timeless beauty, many of the facilities are dated and have fallen into disrepair, or are no longer in use. The East Pavilion, which previously housed the Spokane Story is not up to code and can no longer be accessed by the general public. The various shelters and remaining pavilions throughout the Park have either outdated infrastructure that make it difficult to host public events or are in need of serious upgrades that do not allow for public access. Program uses such as the IMAX Theatre, that used to generate surplus revenue for the City and the Parks Department is now operating at a loss.  Large events such as Bloomsday, Pig Out in the Park, and Hoopfest need greater amounts of flat programmable outdoor space and upgraded power for public events such as music concerts, beer gardens and concessions.

Access to the Pavilion and central Spokane River and Falls is not clear for many visitors to Riverfront Park. For visitors walking along Spokane Falls Boulevard there are very little physical or visual cues to let them know of the amazing river less than two blocks away.  Views of the Pavilion from City Hall are obstructed due to overly planted vegetation and meandering pathways that were developed as a part of the World's Fair. Using perimeter berms and landscaping between these pathways, EXPO was able to clearly define each country's pavilion. Today, these compartments tend to make the Park feel confined and creates pockets or dead-zones where few people regularly enter. Security and vandalism in these areas has become a concern.

Because there has been no major investment in the Park in 40 years, the Park is also in need of many routine upgrades and maintenance. Raccoons are living over the Ice Palace roof, a central boiler system is in dire need of repair, and a new more efficient irrigation system needs to be installed. The Carrousel building is also in need of an upgrade. The lack of a conditioned space facilitates the deterioration of the wood horses and sculptures, and the sliding window systems need to be replaced entirely.  Following are some of the other key areas that need upgrading and/or improvement within the Park.

- Improved safety through security cameras and emergency phone installation
- Pedestrian bridge upgrades and replacement at south river channel bridge
- Improved fire access & service truck access to the center of the Park
- Upgraded parking facilities
- Upgraded & more efficient mechanical and electrical systems
- Upgraded & more efficient irrigation system
- Improved surface materials, signage, and better, more efficient lighting
- Improved facilities to meet energy code and ADA requirements

### 5.1 Regulatory Agencies, Codes, & Jurisdiction Summary

SPO_DEFEXP-WD-000738365

Seven agencies maintain oversight for proposed developments at Riverfront Park. The agencies include the following:

- Washington State Department of Ecology
- Washington Department of Fish & Wildlife
- Army Corps of Engineers
- Spokane Tribe
- City of Spokane Design Review Board & Plan Commission
- Federal Energy Regulatory Commission
- Avista Utilities

In applying shoreline regulations, agencies consider aesthetic enjoyment of the shoreline, as well as overall impact to the shoreline including but not limited to habitat, vegetation, visual impacts, and cultural impact.

**5.2 Environmental Site Assessment**

**5.3 Traffic & Pedestrian Analysis**

**5.4 Stormwater Management**

**5.5 Existing Water Use & Use Performance Criteria**

**5.6 Existing Power Use & Performance Criteria**

**5.7 Habitat Management Plan**

**5.8 American with Disabilities Act**

**5.9 Bridge Inspection & Repair**

**5.10 Fire Access/Safety**

**5.11 Art Inventory & Needed Repair**

Following is a summary of existing art in the Park and its current condition including needed repairs. Chart compiled courtesy of Karen Mobley, Spokane Arts Commission.

| ARTIST | TITLE | CONDITION |
|---|---|---|
| Deborah Copenhaver | Vietnam Veteran's Memorial | Fair/ Need silicon repair around all |
| Ken Spiering | Mountain Sheep | Rusting |
| David Govedare | The Joy of Running Together | Good. Cracks in bases; #9 from rear has some superficial cracking; #1 has some graffiti that |

SPO_DEFEXP-WD-000048836

|  |  | needs removal. |
| Deborah Copenhaver | Footsteps to the Future | Good. SW corner silicon needs repair; marker graffiti on S face by "footsteps"; grout lines need attention to if deterioring |
| Harold Balazs/Bob Perron | Rotary 21 Fountain | Good |
| Ken Spiering | Childhood Express | Good |
| Glen Michaels | Moon Crater | Good |
| Paula Turnbull | Australian Sundial | Excellent/Some debris around base |
| Paula Turnbull | Goat | Excellent |
| Harold Balazs | Centennial Sculpture | See Notes below |
| Nancy Genn | Totem #2/Theme Stream Art Work | Good |
|  | Totem Poles –Canada Island | Fair. Some cracking and paint peeling. Need attention. |

- **Harold Balazs, Centennial Sculpture.** This sculpture was donated to the City as part of the City's Centennial Campaign. It is basically an art work that floats on a catamaran like structure. It has four anchors and these anchors are attached to chains. This work needs to be checked by a dive team periodically to make sure that the chains and anchors are secure. The chains were replaced in 2005. If there is movement on any of the anchor points, it needs immediate attention. The last time it was repaired volunteers from the Spokane City/County Water Rescue Team assisted with the repair. High water can cause the piece to be knocked off an anchor by moving timber in the river. This sculpture's anchors will be inspected during the bridge inspection for the Park estimated to start in May of 2014.
- **Vietnam Veteran's Memorial.** There has been some discussion of relocating this memorial to a Veteran's Park. If this piece is not moved, at a minimum, it needs to have the cracks sealed and the chunks of marble replaced by someone experienced with marble.
- **Hoopfest.** The organization is interested in having a signature art piece in the Park or possibly a plaza that accommodates year-round basketball, such as a series of sports courts.

### 5.12 Tree Removal/Replacement Analysis

SPO_DEFEXP-WD-000043887

SPO_DEFEXP-WD-000043838

# VI. CONCEPT STUDY

## 6.1 Become the Central Gathering Place for the Region

The Master Plan outlines six key areas of a re-developed Park that will embody Riverfront Park's place as a signature park incorporating both beautiful landscapes, and quality, exciting public programming:

- Howard Street Promenade & Plazas
- U.S. Pavilion Event Center
- Park Event Shelters
- Increased Event Programming
- Havermale Loop
- Skate Park/Wheels Facility

### 6.1.1    Howard Street Promenade & Plazas

The Master Plan aims to bring people to the center, to the River and to the Pavilion. A strong north-south corridor that provides a physical and visual connection as well as accommodating pedestrians, cyclists, landscaping and vendors is key to bringing people to the center.

To develop a visually and architecturally strong north-south promenade within Riverfront Park along Howard Street connecting Spokane Falls Boulevard on the south to the Arena and other Park use on the north side of the river. Three centrally located plazas along the corridor will provide places to gather, celebrate public art and host events. The Howard Street Promenade will incorporate the following:

- Appropriate power and utility infrastructure as needed for temporary vendors and public events.
- Landscaping, outdoor furnishings, receptacles, drinking fountains and materials that reflect the overall concepts and goals around the Riverfront Park Master Plan.
- Equal and significant gateways at the North and South entrances
- Lighting that accents public walkways and provides safe, clearly defined paths during nighttime hours
- Clearly defined  pathways for pedestrians and bicycles

| Strengths: | Weaknesses: |
|---|---|
| Visual connection between north and south | Urban extension into Park could be seen as negative impact on Park green spaces if not designed in thoughtful manner |
| Clarification of circulation in Park and creates a hierarchy of spaces | |
| Extension of urban fabric into the Park More direct paths create higher use patterns and more safety | Busy use patterns could cause congestion within the Park |

SPO_DEFEXP-WD-000748199

| Opportunities: | Threats: |
|---|---|
| Important architectural and landscape features<br><br>Potential to use form, art and landscape to tell stories of the region<br><br>Opportunity for cost recovery via vendors and event space rental | Perceived increase in paving materials could be seen as a loss of green, passive space in the Park. |

The overall design of the Howard Street Promenade will be a celebration of Spokane's people, history, and bioregion, "telling" a varied and complex story through architectural form, public art, landscape design and plantings. Following are potential components to be incorporated:

- Native American History
- Surrounding Natural Environment (i.e. the Scablands, the Palouse Region, the Selkirk Mountain Range)
- Railroad History
- Spokane Settler History



**Concept Determinants 1:** Develop through site design, architectural form, material palette, programmed permanent and temporary uses, an active pedestrian and cyclist corridor for the Howard Street Promenade that can be used year-round. Look to accommodate potential green features such as storm water drainage, green walls, etc.

SPO_DEFEXP-WD-00004840





**Concept Determinants 2:** Look to tell a story about our bioregion (Palouse, Scablands, and Selkirk Mountain Range), our cultural history, Spokane Tribe and to Spokane's central role as a railroad hub. Utilize architectural form, public art, site design and plantings.



---

SPO_DEFEXP-WD-00004341



**Concept Determinants 3:** Passive Space and Lighting. Utilize site design and lighting to develop inviting spaces for relaxation, connection and



**Concept Determinants 4:** Gateways and Wayfinding. Look to create a language of wayfinding for the Promenade. Seating, archways, and pergolas, can all be used in defining entries and leading park users to the center—the River and the Pavilion. Special attention should be paid to lighting and how it can pull park users through the Promenade year-round and change seasonally.

6.1.2    U.S. Pavilion Event Center



SPO_DEFEXP-WD-00004842

Originally built as the U.S. Federal Pavilion for EXPO '74, the Pavilion was a gift to the Spokane region from the United States government. The Pavilion during EXPO consisted of an 850-seat air-conditioned amphitheater with an IMAX Theater within the primary Pavilion enclosure; a 17,000 square foot central courtyard for theme exhibits that focused on environmental problems and how to address them in the daily American household; and a 5,500 square foot Federal Action Center where you could learn more the Federal government's approach to environmental problems. The Pavilion was one of three buildings meant to remain after EXPO. A quote from Chief Seattle, adorned the primary wall upon entering the Pavilion;

*The Earth does not belong to Man. Man belongs to the Earth.*

After EXPO '74, Spokane looked to maintain the festival atmosphere by removing the amphitheater and replacing it with a petting zoo, amusement rides, an ice rink, and a 90-minute theatrical exhibit on the history of Spokane. The IMAX giant screen moved to its own building adjacent to the Pavilion. By the mid-1980s, only the rides, arcade room and ice rink remained. Mini-Golf was added later 1980s as an additional attraction.

While the carnival-like atmosphere has been a favorite of younger children and families, it was not designed to appeal to teens, adults and seniors. Nor have the amusement rides maintained the original scale and stature of the Pavilion during EXPO.  The Pavilion is no longer a central, gathering place for Spokane or the region, despite its prominent stature within the urban landscape. Views of the river are difficult from within the Pavilion due to the ice rink roofing structure added in the 1980s. The present layout of the Pavilion makes very little effort to move circulation towards the river; in essence, the Pavilion turns its back on the river it should be celebrating.

The present day Pavilion is structurally sound and is a long standing, easily recognizable icon for the community, city, and region, although it is in need of maintenance. It is one of last remaining EXPO structures. The Pavilion's design is a unique architectural statement and is visually engaging. The lack of sheathing, that was meant to be temporary, does create a sense of incompleteness around the development as a whole. Many of the original facilities, such as the East Pavilion (designed to host the Spokane Story) and the ice rink locker rooms are used minimally and are undersized or difficult to repurpose. Visitors to the Park complain that the Pavilion area feels cluttered, dark and uninviting.  In general, the Pavilion has much potential but is not living up to it due to inadequate funding, outdated programming and dilapidated facilities.

*History:* The Riverfront Park central pavilion, built for EXPO '74 was the largest and most recognizable of the fair. The theme was for the fair was "Man and Nature: One and Indivisible." The pavilion itself includes a 150-foot steel mast at the center, is surrounded by more than four miles of steel cables and is covered with 100,000 square feet of fabric. The quote, "The Earth does not belong to Man, Man belongs to the Earth" (attributed to Chief Seattle) was written in large letters on the outside wall. Inside the pavilion, visitors watched *Man Belongs to the Earth*—a 23-minute IMAX film made for Expo by Paramount. The second part of the pavilion was a courtyard with displays demonstrating how environmental problems affected a typical U.S. family of four, plus

SPO_DEFEXP-WD-000048143

exhibits which used television, photos and graphs to educate visitors about radiation, over-population and other topics. Totem poles symbolized man's cultural contribution to nature. The final part of the pavilion—the Federal Action Center—was made of concrete and was mostly underground (simulating the natural feel of a bunker).

The Pavilion cable structure was originally covered with a mylar coated canvas that was less than 1/16" thick and consisted of 142 cables. It cost $1million in 1974 for the cable and canvas and $12.1 million for the entire Pavilion complex in 1974.

Dave Johnson from Broadway Splicing & Supply was the original installer for the Pavilion cable structure. According to Johnson, the mylar coated canvas was not able to withhold due to an inverted funnel effect coming from the southern end of the structure.

| Strengths: | Weaknesses: |
|---|---|
| Structurally Sound | Monumental scale is not readily apparent due to clutter of existing program facilities |
| Icon for the community, city and region | Little to no visual access to River |
| One of the last remaining structures from EXPO | Existing program uses are outdated and deteriorating |
| Monumental scale, very few buildings in Spokane have this and in such a prominent location | Existing program uses do not exhibit "wow" factor |
| | Existing program does not highlight or represent Spokane or its people well |
| | Pavilion exposed cable structure seems naked or unfinished |
| Opportunities: | Threats: |
| Program uses that better represent the community as a whole | If building was to be replaced, could potentially lose riverfront access closer than 75' above the high water mark of the shoreline |
| Improved access to the Pavilion for pedestrians, loading/unloading and parking | Potential inability/high cost to bring parking/loading/unloading into Pavilion directly |
| A potential gathering place/central place for the region – hosting the Bloomsday awards, the Hoopfest central game, the Spokane Symphony, graduations, concerts, etc. | Healthy revenue, particularly for recreational paid events-such as IMAX & Ice Palace, dependent on stronger access to Pavilion area/center of Park |
| Other potential programmatic uses: | Public or nonprofit entity to program and |

SPO_DEFEXP-WD-000043444

| | |
|---|---|
| • Educational exhibits depicted Spokane/EXPO history<br>• Re-sheath the Pavilion in more durable, translucent material – become a lantern for the community<br>• A place for large, permanent public art installations<br>• Lighting as art – lighting pavilion and/or falls<br>• Covered Parking/Service Access within Pavilion – potential access of Washington<br>• Updated amusement park rides<br>• Covered recreational field<br>• Banquet space for weddings/receptions<br>• Outdoor river side concession area<br>• High end restaurant/bar highlighting regional foods<br>• Viewing tower | manage event space would be needed<br><br>Inverted wind tunnel effect needs to be studied with new material in same configuration as original tent-like material. Needed longevity for a new pavilion covering may require a different configuration.<br><br>Acoustical reverberation into surrounding neighborhoods, particularly homes located down river from the Park. Every effort should be made to muffle sounds that project into the greater community. |

To restore the Riverfront Park Pavilion as THE central gathering place for Riverfront Park and the Spokane region. To become a flexible use space able to host the Hoopfest Championship game, the Bloomsday Awards Ceremony, musical concerts, the Spokane Symphony and graduations, for example. To become a beacon to the greater community drawing people to the center, to the falls and to one another through the following objectives:

- Enhance and restore the Pavilion's visual access to the Spokane River
- Restore the Pavilion's existing interior monumental scale
- Develop new and improved program uses that better represent community and region as a whole
- Re-sheath the Pavilion in a more material in a formation that addresses the inverted funnel effect mentioned above as well as allowing for video projections both interior and exterior to the covering
- Develop improved access to the Pavilion for pedestrians, loading/unloading and parking access to Pavilion and the river.

Central to a marketable concert venue is a unique visitor experience—everything from the ambience that is created through site and design to attention paid to way-finding and flexible seating arrangements. A successful event center space will guarantee the most trouble-free experience.

SPO_DEFEXP-WD-000004846

**Design Concepts:** The following images represent conceptual ideas expressed in the Pavilion vision above.



**Concept Determinant 1.** "Become a Lantern for the Community." Covering the existing structure with a stronger, more durable translucent material, as shown in the image above, could allow for Pavilion to become a visual beacon to the community.



**Concept Determinant 1.** "Become a Lantern for the Community." Artist-designed light configurations within the Pavilion similar to the Google Bay Bridge above, could add drama and interest to existing shell.

SPO_DEFEXP-WD-00004846



Baumschlager Eberle, Nordwesthaus Fussach, Austria

**Concept Determinant 1.** "Become a Lantern for the Community." Combining art with lighting could create a stronger architectural expression for the Pavilion.



Eric Owen Moss Architects, SANAA Pavilion, Culver City, CA          Grimshaw Architects, Queens Museum, Queens, NYC



Christo & Jean-Claude, The Gates, Central Park, NYC                    Janet Echelman, Line Drawing, Tampa, FL

**Concept Determinant 2.** "Become the Central Gathering Place for the Region." Public art within the Pavilion could be designed to enhance the existing monumental scale and could define the Pavilion as a special place for community. Public art could also address acoustical design considerations.

SPO_DEFEXP-WD-000043447



**Concept Determinant 2.** "Become the Central Gathering Place for the Region." Celebrate the natural landscape of the setting, the Spokane River, the park setting, etc.

### 6.1.3    Event Shelters & Leasable Space

Presently the north end of Riverfront Park houses two open-air shelters and a public restroom facility. These shelters host numerous events such as summer camps, reunions and corporate events. While these buildings are from the EXPO era, they are under-equipped and outdated, facility-wise. Staff would like to see these structures enhanced or replaced with buildings that can better accommodate catered events, live music and be programmed or leased year-round. Staff sees increasing the use of these buildings, along with the Forestry Shelter on Havermale Island and the storage building on Canada Island as good sources for increased revenue.

Riverfront Park is an ideal location for hosting various public and private events, including but not limited to birthday parties, weddings, family reunions, corporate events, schools and other group uses. Due to existing facilities, it is currently difficult to cater and host outside events. All current event pavilions or shelters are outdoor only, limiting use to the summer season only. Existing shelters are also outdated with limited restroom capacity, limited food service and little to no storage. By replacing current shelters with year-round indoor/outdoor event pavilions, Parks has the opportunity to create spaces that both celebrate their Park setting as well as meet programmatic needs for expanded hosting capacity and revenue generation.

- East Havermale: Ability to seat 80 to 100 people in a banquet-style seating. 100 to 150 people in a cocktail-style setting.

---

SPO_DEFEXP-WD-000004848

- North Bank: Ability to seat 150 to 200 people in a banquet-style seating. Up to 350 people in a cocktail-style setting.

| Strengths: | Weaknesses: |
|---|---|
| North Bank shelter is well used now for summer camps and events<br><br>Great use for along the river<br><br>Improves public visual access to the river | Operating and maintenance would need to be assessed against potential revenue |
| **Opportunities:**<br>Expand to more year-round use with a indoor/outdoor building that engages the parks landscape<br><br>Potential great source of revenue for Parks with improved facility and services | **Threats:**<br>Potential overdevelopment of the North Bank could overcrowd the area and limit access/development to the proposed North Bank shelter. |

Presently the north end of Riverfront Park houses two open-air shelters and a public restroom facility. These shelters host numerous events such as summer camps, reunions and corporate events. While these buildings are from the EXPO era, they are under-equipped and outdated, facility-wise. Staff would like to see these structures enhanced or replaced with buildings that can better accommodate catered events, live music and be programmed or leased year-round. Staff sees increasing the use of these buildings, along with the Forestry Shelter on Havermale Island and the storage building on Canada Island as good sources for increased revenue.

Riverfront Park is an ideal location for hosting various public and private events, including but not limited to birthday parties, weddings, family reunions, corporate events, schools and other group uses. Due to existing facilities, it is currently difficult to cater and host outside events. All current event pavilions or shelters are outdoor only, limiting use to the summer season only. Existing shelters are also outdated with limited restroom capacity, limited food service and little to no storage. By replacing current shelters with year-round indoor/outdoor event pavilions, Parks has the opportunity to create spaces that both celebrate their Park setting as well as meet programmatic needs for expanded hosting capacity and revenue generation.

- East Havermale: Ability to seat 80 to 100 people in a banquet-style seating. 100 to 150 people in a cocktail-style setting.
- North Bank: Ability to seat 150 to 200 people in a banquet-style seating. Up to 350 people in a cocktail-style setting.

| Strengths: | Weaknesses: |
|---|---|

SPO_DEFEXP-WD-000048599

| | |
|---|---|
| North Bank shelter is well used now for summer camps and events<br><br>Great use for along the river<br><br>Improves public visual access to the river | Operating and maintenance would need to be assessed against potential revenue |
| **Opportunities:**<br>Expand to more year-round use with a indoor/outdoor building that engages the parks landscape<br><br>Potential great source of revenue for Parks with improved facility and services | **Threats:**<br>Potential overdevelopment of the North Bank could overcrowd the area and limit access/development to the proposed North Bank shelter. |

*Design Concepts:*  The event pavilions for Riverfront Park will be unique architectural statements that both tell a story about the history of the Spokane River Gorge area while also celebrating the park-like setting and views. Each pavilion will work with its own site determinants and respond to its place within the Park. Two primary conceptual determinants will inform their development:

- Garden Folly
- Plateau Native American History

The two smaller event pavilions, along with the central U.S. Federal Pavilion, all being located at various locations throughout the Park, could be connected along a common theme, that of the four basic elements; water, wind, earth and fire. The U.S. Federal Pavilion will represent fire at both the central staging area along with the band shell. Of the two remaining pavilions, each one will depict, architecturally, two of the three remaining elements. A fourth element could be represented by art visible at a viewing terrace on Canada Island. By representing the four elements within the Park, the pavilions celebrate the Spokane River Gorge as central to this area's settlement and tribal history.

  

SPO_DEFEXP-WD-000004550

**Concept Determinants 1: Garden Follies.** Garden follies are largely symbolic buildings. Look to garden follies for inspiration related to object/landscape relationships, maximizing   indoor/outdoor connections and their playful nature within a landscape.



**Concept Determinants 2: Plateau Native Americans History.** Look to the history of the Spokane Indians along with Plateau Native American culture. Building typologies such a the Pit House and Sweat Lodge, their  materials and inherent rituals can serve as precedents for design and form.

6.1.4    Increased Event Programming

Riverfront Park hosts approximately 45 events annually. The RFP Master Plan 2014 Advisory Committee, that helped to generate the proposed annual events below, recommended that the Park increase events to 120-150 annually. The below chart depicts over 100 days of events within the Park, and the potential to triple existing event attendance.

| Strengths: | Weaknesses: |
|---|---|
| More events brings more people, activity and safety in the Park<br><br>More events strengthen Spokane's image as the center for the region. | Sufficient staffing would need to be evaluated. Additional events would require additional costs for programming, vendor coordination and set-up and take-down. |
| **Opportunities:**<br>Ability to review other cities and parks for successful events.<br><br>Ability to develop a wide range of events that appeal to a wide array of participants<br><br>Ability to partner or hire outside group to manage events | **Threats:**<br>Costs to bring in events could out-weigh benefits. Needs to be studies in business plan. |

**Listing of Existing and Potential Park Events:**

SPO_DEFEXP-WD-000048531

The following list of potential Park Events, was developed through meetings with community groups and the RFP MP Citizen Advisory Committee. Existing attendance numbers were tracked and compiled by Park staff. Proposed events to be held in the Park highlighted.

| | DATE | ATTENDANCE | |
|---|---|---|---|
| | | Existing | Proposed |
| School Field Trips | March - June | | |
| St. Patrick's Day Parade | March | 5,000 | 5,000 |
| Arts & Crafts Markets (18) | May - September | | 40,000 |
| Local History Guided Tours (2x a week) | March - October | | 500 |
| Susan G. Komen Run | April | 7,000 | 7,000 |
| Earth Day | April | | 5,000 |
| Food Truck Thursday | April - October | | 25,000 |
| Festival of Flowers | May | | 5,000 |
| Marmot March & Jr Bloomsday | May | 800 | 1,600 |
| EXPO Day | May | | 10,000 |
| Spokane Tribe Salmon Run | May | | 3,000 |
| Bloomsday | May | 55,000 | 55,000 |
| Bloomsday Awards Ceremony | | | 3,000 |
| Jr. Lilac Parade | May | 2,000 | 2,000 |
| Armed Forces Torchlight Parade | May | 1,000 | 1,000 |
| Spring Barrel Wine Tasting | May | | 5,000 |
| Wednesday/Saturday Farmer's Markets (32) | May - September | | 30,000 |
| Small Live Music Shows | June - August | | 2,000 |
| Windermere Marathon | June | 1,800 | 1,800 |
| Artfest | June | 30,000 | 40,000 |
| OutSpokane Rainbow Festival | June | 6,000 | 6,000 |
| Hoopfest | June | 8,000 | 12,000 |
| Hoopfest Center Court | June | | 3,000 |
| Spokane Tribe Smokashin Festival | June - July | | 2,000 |
| Mobius Mad Scientist Monday | June - August | | 1,500 |
| Summer Concert Series (14) | June - August | | 28,000 |
| Outdoor Movie Night | June - August | | 20,000 |
| Mozart on a Summer's Eve | | | 12,000 |
| Symphony on a Sunday | June - August | | 20,000 |
| Independence Day Celebration | July | 40,000 | 60,000 |
| Negative Split Marathon | July | 750 | 1,200 |
| Spokane Corvette Club Glass on Grass | July | 200 | 500 |
| Royal Fireworks Concert | July | 12,000 | 18,000 |
| Carnival Festival | July | | 10,000 |
| Volume - Inlander Event | July | | 20,000 |
| The Color Run | August | 8,000 | 10,000 |
| Spokane Youth Symphony Concert | August | 300 | 600 |

SPO_DEFEXP-WD-000073652

| | | | |
|---|---|---:|---:|
| ClearChannel Kid's Day | August | 8,000 | 12,000 |
| Unity in the Community | August | 10,000 | 16,000 |
| Gathering at the Falls Pow Wow | August | 2,500 | 5,000 |
| Hit the Beach Weekend/Sandcastle Event | August | | 1,000 |
| Pig Out in the Park | September | 8,000 | 12,000 |
| Wandering Table Outdoor Meal | September | | 2,000 |
| Broadway Under the Stars | | | 1,500 |
| Northwest Folklife Festival | September | | 3,000 |
| Spokefest | September | 2,200 | 3,500 |
| Greek Festival Dinner | September | | 1,500 |
| WA Beer Commission Oktoberfest | September | 3,000 | 5,000 |
| El Katif Shriner's Duck Race | September | 200 | 350 |
| Craft Beer Festival | October | | 3,000 |
| Terrain | October | | 25,000 |
| Spokane Marathon | October | 2,000 | 3,000 |
| Marching Band Festival | October | | 5,000 |
| Spokane Tribe Heritage Days | November | | 3,000 |
| Christmas Tree Lighting Ceremony | November | | 3,000 |
| Winter Festival (5) | December - February | | 25,000 |
| First Night Celebration | December | 5,000 | 10,000 |
| **TOTALS** | | **218,750** | **606,550** |

### 6.1.5   Havermale Loop

A proposed running/wheels trail loop around Havermale Island. Trail could be an extension of the Centennial Trail that is proposed to run along on the north end of the island. A looping trail could also provide opportunities for passive viewing, similar to the visitors that encircle the running loop at Central Park in New York City or Green Lake Park in Seattle. The trail would need to incorporate benches at its perimeter as well as passage through the U.S. Pavilion in order to create a complete circle.

| Strengths: | Weaknesses: |
|---|---|
| Great place to see and be seen, could appeal to younger generations<br><br>Builds on Parks recreational mission | May be seen as redundant to existing Park trails |
| Opportunities: | Threats: |
| Could be a varied experience. Moving from hardscape to gravel surface.<br><br>Could incorporate a viewing platform in the U.S. Pavilion that links the trail to the River | Expensive to build |

SPO_DEFEXP-WD-000003553

|  |  |
|--|--|
|  |  |

### 6.1.6    Skate Park/Wheels Facility

A potential skate park/wheels facility located on the upper north bank of the Park could be a staffed venue that would be supervised and pay-to-skate. The venue could accommodate a variety of recreational wheels (i.e. skateboards, longboards, roller blades and bmx biking.) An adaptive re-use of the existing Carnation Garage on Cataldo Street with the addition of multiple large overhead garage doors connecting the interior to the exterior could create a dynamic indoor/outdoor skating experience.  The structural integrity of the warehouse was explored by Coffman Engineers (please see Appendix for the Report).

| Strengths:<br>Supervised to be more welcoming to all ages and genders.<br><br>Roof covering allows for greater use time. | Weaknesses:<br>Appeals to broader audience than the skate community. |
|--|--|
| Opportunities:<br>Additional sources of revenue could be explored through adjacent video arcade, full service snack counter, music concerts and birthday parties. | Threats:<br>Expensive to retrofit warehouse facility. |

### 6.1.7    Master Plan Brand Development

Key Spokane Park Board members, Advisory Committee Chair, Ted McGregor, and City amd Park Staff participated in a branding process for the Master Plan in the spring of 2013. The resulting brand looked to goals and principles established by the larger Advisory Committee. Overall, the brand depicts movement "toward the center"—ideally, pulling people to the center of the Park, the Spokane Falls and the Pavilion. Please see the Appendix for the full consultant report on the brand design and overall direction.

## 6.2 Celebrate Community Excellence

The impacts of the Riverfront Park Master Plan will be recognized for many generations to come. Besides being such a focal point for the natural beauty of the Spokane River and Falls, Riverfront Park is also a focal point for the rich history of the area.  The First Nations tribes used to gather along the river; an opportunity exists to share their stories with visitors and continue their tradition

SPO_DEFEXP-WD-000043554

of story-telling.  The City of Spokane itself began as a trading post along the river, eventually growing into an urban area influenced by mining as well as the rail industry.  The railroad in Spokane eventually became the hub of the area that is now Riverfront Park, its rail lines obscuring views of the river, dividing north Spokane from its southside counterparts, and polluting the air and water. The revitalization of the area due to the World's Fair Expo in 1974 is as much a part of the story of Spokane as is its start as a tribal gathering place.  A redesigned Riverfront Park will allow us to tell these stories, educating visitors on our diverse history.

### 5.1.1   Storytelling: Tribal History

Appropriately incorporating tribal history into Park signage, architectural form and art recognizes the cultural importance of the Park's geographic location to area tribes and its central place within the city. Park staff will be continuing to work with key tribal members throughout the summer to develop a thorough and thoughtful response on how to best integrate tribal history into Riverfront Park.

### 5.1.2   Storytelling: Multi-Media, Interactive Exhibits & Lighting

Presently there are no educational exhibits within the Park other than the IMAX Theater (discussed below). The failure of the Spokane Story, a 90-minute live actor depiction of Spokane history in 1978-1980 has made the Park shy away from additional educational exhibits.

Nationwide, public events and spaces are looking to new technologies, dynamic lighting and video to tell stories about their communities and engage visitors in exciting and visually compelling events.

| Strengths: | Weaknesses: |
|---|---|
| Ability to appeal to audiences across many generations | Business planning around light/sound events would need to be studied carefully |
| Innovative approach to public park design, could draw tourists from throughout the nation, would put Spokane on "the map." | Conventional video projection can only be utilized post-sunset hours |
| LED technology allows for greater use, both day and night conditions | New endeavor for Parks, would need substantial ramp up period |
| LED technology allows for unique interactive applications to be developed for wifi access or smartphones, etc. | |
| **Opportunities:** | **Threats:** |
| Interactive "columns" could be developed that tell the following stories for Spokane. Could be housed in Pavilion for ongoing attraction.<br>  EXPO History | Capital costs for LED projection technology may be cost prohibitive<br><br>Conventional video projection requires regular |

SPO_DEFEXP-WD-000004855

| | |
|---|---|
| Native American History<br>Railroad History<br>Events/Sports History (Bloomsday, Hoopfest)<br>Current Social Oral History<br><br>Large scale monumental projections on Pavilion covering or similar could brand Park and/or events that were occurring in the Park<br>Large scale projections could enhance unique visitor experience for outdoor event center<br><br>Expertise required for video content development along with applications could lead to a local cottage industry in video arts and development. | ongoing maintenance |

*Design Concepts:*

Cutting-edge technology is allowing private and public venues the opportunity to tell their stories in engaging and adaptive ways. Following are three different examples of ways that technology is being employed:

- Video & Content Projection
- Light & Sound Projection
- Interactive LED signage

Many cities are utilizing existing infrastructure or buildings for large-scale urban projections, such as the Sydney Opera House or the Image Mill below, while others are looking to develop unique artistic and architectural forms that can be constantly changing based on the content projected against them (see Coachella Gateway below).



**LAX Tom Bradley Terminal** recently opened and utilizes an Integrated Environmental Media System (IEMS) to create an unprecedented passenger experience.  The IEMS consists of seven media

SPO_DEFEXP-WD-000004856

features, including *Welcome* and *Bon Voyage Walls*, a four-sided *Time Tower* and portals that guide passengers to their departure gates. The IEMS is supported by a state-of-the-art content delivery system designed by Smart Monkeys, Inc., which provides an intelligent show control system that enables mapping content onto unique, very large-scale, multi-dimensional media surfaces. Of the seven media features comprising the IEMS, six are dedicated to departures and one to arrivals.

Other components include the following:

- A *Welcome Wall* designed to greet arriving international passengers as they exit passport control and descend to baggage claim. A dramatic 80-foot portrait-mode LED wall, which requires an equivalent of four HD feeds, bisects the passenger departure bridge with content ranging from colorful atmospherics to joyful scenes of greeting.
- The Bon Voyage Wall delivers a unique send off for departing passengers as they clear security and cross the departure bridge to the Great Hall. Inspired by legendary photographer Philippe Halsman's Jumpology pictures, the 6mm Daktronics LED portrait-mode screen showcases LA locals jumping up in super-slow motion.
- Two Portals, each leading to the North and South Concourses, provide a transitional experience as passengers leave the Great Hall en route to their departure gates. Each Portal consists of ten 28-foot tall columns of vertically-stacked 55-inch LCD monitors whose content is themed around the art traditions of various destination cities. As passengers walk by the Portals their movement causes the content to move and transform. The columns are angled to present one image as passengers walk past them. In the bases of four of the 10 columns are infrared scanners and speakers, which react to passengers walking by and fluidly affect the content's images and sound.



**The University of Oregon** has just opened a new Ford Alumni Center offers a unique state-of-the-art multimedia experience for alumni and visitors. The Center is a 60,000-square-foot structure that combines interactive digital signage and a multi-user, multi-touch directory to connect with the University's past, present and future. The new center was designed by Opsis Architecture a Portland-based architectural firm and Second Story, a Portland-based interactive multimedia design studio.

SPO_DEFEXP-WD-000043587

The Calso features nine display towers that feature interactive digital signage and artifacts. Each tower includes touch-sensitive floor-to-ceiling displays highlighting movies, images, slide shows, infographics and maps. Second Story created unique content for each media columns that focuses on different subject matter that includes academics, athletics, student life, campus and community, and Notable Ducks - University of Oregon's Athletics teams.



**The Image Mill Quebec** was series of light and sound installations that ran from June 23 2013 to September 1 celebrating the City's 400th Anniversary. Using conventional video projection, video artist Ex Machina and Robert Lepage projected large scale urban projections on historic grain mills in downtown Quebec—the equivalent of 25 giant screens. Spanning four centuries, the Image Mill tells the story of Quebec City's history through the use of water, earth, railroad and air.  The free shows attracted thousands of visitors year-round.



**The Sydney Opera House** was architecturally mapped as a part of a multi-sensory event that was a tribute to the performing arts, whereby the building itself became a performer in the musical event with real-time audio-reactive visuals that danced and flickered across the Opera House's surfaces.

SPO_DEFEXP-WD-00004598

Developed by San Francisco firm, Obscura Digital, the event was a collaboration between You Tube, the London Symphony Orchestra and several global partners. Launched in 2008, the event ran through 2011.



**Coachella Gateway** was developed as a temporary light and sound installation. The gateway was developed by Stereo.bot out of Los Angeles, CA, a full-fledged design and technology integration company. In this type of installation the piece serves as a public art element rather than modifications to existing urban fabric. There exists the potential to "light up" the Central Plaza with a similar installation.

### 5.1.3    Storytelling: Geologic History & Environment

A destination playground or playscape design could embody an overview of the Ice Age Floods story, a geologic story central to the formation of the Spokane region's landscape (see Appendix Report 2 for full study of a regional playground). The story could be told through the following mechanism:

- Express the story in physical form and focus on free, imaginative play and multi-dimensional learning and interpretation.
- Develop a nature and art-based approach to the playscape design, rather than relying on traditional play equipment for activities.
- Provide an additional and significant family activity area with the Park.

| Strengths: | Weaknesses: |
|---|---|
| Attract a wide array of users | Unique park is a change from traditional playgrounds |
| Educational & Recreational Use | |
| Unique playground in the U.S. | |
| **Opportunities:** | **Threats:** |
| Partnerships with the Ice Age Floods Institute | Needs adequate access and adjacent parking for |

SPO_DEFEXP-WD-000043869

| | |
|---|---|
| and National Park Service on Ice Age Floods National Geologic Trail<br><br>Ability to secure the edges of the playground to better accommodate disabled children and private events | tour groups and students |

### 5.1.4    Storytelling: Looff Carrousel



Riverfront Park's Looff Carrousel is one of America's most beautiful and well preserved, hand-carved wooden carousels. It has 54 horses, a giraffe, a tiger and two Chinese dragons, all of which are hand carved. Charles I. D. Looff built the carrousel and had it shipped to Spokane as a wedding gift for his daughter Emma Vogel and her husband Louis Vogel. The pair owned Natatorium Park, which was originally a trolley park and later grew into an amusement park. The carousel was installed in 1909. The park closed down in 1968 and in 1975 the carousel was relocated to its current location in Riverfront Park. The original organ, a 1900 Ruth & Sohn Band Organ, is still in place, but due to the deterioration of some of its parts, a digital recording is now used.

There have been a few changes to the carousel over the years. In the 1960s, metal stirrups were added to the horses. Before this there was only a small peg for the rider to use and people would often use the legs of the horses to help them climb up. This caused a lot of damage and many of the horses had to have legs replaced. Between 1992 and 1996 all of the figures underwent restoration, without any interruption of service. Now there is a maintenance system in place, where animals are rotated out for upkeep work. Photo records of this process are kept.

Looff was an accomplished carousel and amusement ride builder. He built the first carousel at Coney Island and in the process developed a new style of carousel construction that came to be known as the Coney Island style. In all he constructed over 50 carousels. He also built several roller coasters and twelve amusement parks as well as California's famous Santa Monica Pier.

SPO_DEFEXP-WD-000043650

Above excerpt: Jesse Roberts , "Looff Carrousel," *Spokane Historical*, accessed December 18, 2013, http://spokanehistorical.org/items/show/183.

*Needs:* The Looff Carrousel's present building, just east of the south central entry to the Park, is undersized in regards to the following:

- Inability to adequately queue visitors to the Carrousel and allow for perimeter circulation
- Inability to display the carvings of the Carrousel
- Inability to host events (i.e. birthday parties, corporate events, etc.)

The building is also not climate controlled nor is it well-insulated. The lack of climate control aids in the rapid degeneration of the wood carvings, requiring much more intensive care and oversight in the long-term preservation of the Carrousel. The building also sits (approximately 50% of its existing footprint) within the 75 foot shoreline setback, making it nonconforming. If the building was to undergo a major remodel or reconstruction, it would need to be built outside of this setback.

The Looff Carrousel attracts over 500,000 visitors a year. The ride draws both young and old from throughout the region and beyond. Easy and direct accessibility is a central need for the Carrousel. With the loss of the central drop-off to the Park, in the 1990s, along Spokane Falls Blvd, young mothers with strollers and the elderly have expressed their concern over the years about adequate access to the Carrousel. Walking from the adjacent parking garages and parking lots has proved difficult for many of these visitors since the drop-off was removed.

A final central need for the Carrousel is visibility. As mentioned above, the Carrousel is a central tourist attraction for the Spokane area. The Carrousel is central to the brand of both Riverfront Park and Spokane, in general. It needs to be located in a clearly visible location from both casual pedestrians as well as traffic heading south along Spokane Falls Boulevard. A new building needs to clearly depict its use as an historic amusement park ride.

Additional uses for the Carrousel that have been proposed include the following:

- Improved Concessions
- Gift Shop
- Improved Event hosting facilities
- Restoration Gallery
- Charles Looff Museum in Queuing Area

| Strengths: | Weaknesses: |
|---|---|
| Existing location along SF Blvd is familiar with the community and region. | Operating and maintenance would need to be assessed against potential revenue |
| Opportunities: | Threats: |
| Relocate to a more visible site with greater | Difficult to move and change a beloved |

SPO_DEFEXP-WD-000043831

| | |
|---|---|
| access and greater allowances for expansion<br><br>Potential great source of revenue for Parks with improved facility and services<br><br>Utilize queuing area, circulation for a storytelling experience. Prior to purchasing tickets, visitors could be guided through an interactive gallery that through audio, visual and objects, tells the story of Charles Looff, his body of work and Spokane's Looff Carrousel. | asset in the community |

### *Charles I.D. Looff Interactive Museum*

Charles I. D. Looff built his first carousel at Coney Island in 1876. During his lifetime, he manufactured over 50 carousels, several amusements parks, numerous roller coasters and ferris wheels, and built California's well-known Santa Monica Pier. Presently there is no museum in the nation dedicated to the memory and work of Charles I.D. Looff.

Presently there are no educational exhibits within Riverfront Park. Due to the historic nature of the Looff Carrousel and the national prominence of Charles Looff, the Riverfront Park Master Plan proposes a queuing gallery or museum, utilizing proposed circulation developed within a new facility, to tell the story of Charles Looff, his body of work, and Spokane's Looff Carrousel.

Spokane's Looff Carrousel restorationist, Bette Largent, is presently, in close contact with many of the relatives of Charles Looff and has access to original artifacts relative to his work. The Looff family is excited and supportive of Spokane developing a Charles I.D. Looff museum honoring his work.

A Charles I.D. Looff Interactive Museum would be free and accessible to the public during regular operating hours of the Carrousel.  The Museum's interactive gallery would utilize the newest technologies around dynamic lighting, LED projection and video to tell stories in exciting and visually compelling ways. The museum would honor a part of Spokane's history, and would appeal to a diversity of age groups, tourists and residents alike.

### *Carrousel Facility Development Scenarios:* Three development scenarios along the south channel of Riverfront Park were considered for development. While the following documents the site analysis process the Spokane Park Board supports Development Scenario A.

<u>*DEVELOPMENT SCENARIO A: EXISTING LOCATION*</u>
Scenario A fully develops the South Channel.  The Looff Carrousel stays in its present location, expanding to the south only, outside of the shoreline setback. The Ice Palace is relocated to the

SPO_DEFEXP-WD-000008652

Gondola Meadow.  In order to minimize the expanded footprint in this location, the Carrousel building, potentially becomes a 2-story building.

| Strengths: | Weaknesses: |
|---|---|
| - Iconic Carrousel stays located on same location.<br>- Two-story structure highly visible. | - Access to Carrousel in present location difficult with no adjacent drop-off (mothers with toddlers, strollers, elderly) Turn around drop-off would need to be explored<br>- No clear views through to River and Havermale Island—lack of green space.<br>- Parking at south end limited with heavy development |
| Opportunities: | Threats: |
| - Preserves Clock Tower meadow. | - Lack of adequate Parks parking on the South Lot. |

SPO_DEFEXP-WD-000048863

_DEVELOPMENT SCENARIO B: CLOCK TOWER MEADOW_

Scenario B preserves an open meadow along the South Channel by relocating the Looff Carrousel to the Clock Tower Meadow on Havermale Island.

| Strengths: | Weaknesses: |
|---|---|
| - Newly open meadow developed along SF Blvd. opening up views to Havermale and the River<br>- Carrousel is moved to prominent location along the river adjacent to the Clock Tower | - Access to Carrousel in present location difficult with no adjacent drop-off (mothers with toddlers, strollers, elderly)<br>- Parking at south end relies only on approximately 50 Parks spots<br>- Massing of Carrousel adjacent to Clock Tower and U.S. Pavilion could be too crowded.<br>- Would require moving Centennial Trail back to South end to avoid congestion<br>- Public urban uses such as Restoration Gallery and Looff Museum located away from urban edge |
| Opportunities: | Threats: |
| - Creates one large green space meadow on south side<br>- Clock Tower meadow provides enough space for expanded Carrousel | - Moving iconic use, i.e. Carrousel, off of south side<br>- Lack of adequate Parks parking. Post Street parking is limited but strong revenue generator for the Park |

_DEVELOPMENT SCENARIO C: Gondola Meadow_

Scenario C relocates the Looff Carrousel to the southwest corner of the park. While the corner is preserved as green space, the Looff Carrousel is located at the terminus of Wall Street. The previous location for the Carrousel is renovated into an open, grass meadow.

| Strengths: | Weaknesses: |
|---|---|
| - Elevation of the Carrousel makes it a focal point coming down SF Blvd.<br>- Newly open meadow developed along SF Blvd. opening up views to Havermale and the River | - Could be seen as cluttering south end |

SPO_DEFEXP-WD-000048654

| | |
|---|---|
| - Located at the end of the view corridor of Wall Street, connecting with downtown | |
| Opportunities:<br><br>- Improved parking and direct access off of SF Blvd and RiverPark Square<br>- Creates one large green space meadow on south side<br>- Could place Museum and Gallery uses along SF Blvd, activating the edge and connection with downtown | Threats:<br><br>- Moving iconic Carrousel from existing location<br>- Loss of a portion of Gondola Meadow |

*Site Analysis:* An expanded Looff Carrousel will require a greater footprint. Following chart looks at the existing footprint compared to proposed footprint and the areas of the three proposed sites.

| **Looff Carrousel Existing Building** | **Looff Carrousel Building Expansion & Upgrade** | Site A:<br><br>Existing Location -<br><br>Area of Site | Site B:<br><br>Gondola Meadow -<br><br>Area of Site | Site C:<br><br>Clock Tower Meadow -<br><br>Area of Site |
|---|---|---|---|---|
| **9,400 SF** | **18,000 SF** | 31,000 SF | 71,000 SF | 41,000 SF |

**Design Concepts:**

  

SPO_DEFEXP-WD-000048865



**Concept Determinants 1:** The Carrousel building should look to historic carousel structures as a precedent such as the original Natatorium Park structure that housed the Looff Carrousel originally. The Carrousel building, by itself, should clearly designate the use inside, not relying heavily on signage or music to define its use.



**Concept Determinants 2:** The interior Carrousel should be clearly visible from the exterior of the building. Allow for adequate ceiling heights and two-story window surrounds for clear visibility of the Carrousel structure itself, as well as an open, at grade plan to allow for ease of circulation for visitors and queueing. Attention should be paid to how the Carrousel building "lights up" at night, again, clearly defining the use inside.

### 5.1.5  Railroad History & Clock Tower Viewing Access

The Clock Tower was built in 1902 as part of the three-story Great Northern Railroad Depot. In 1973 the Depot was demolished, leaving only the Clock Tower. At this time, a number of the openings in the exterior walls were in filled with concrete masonry unit blocks. At the west, north, and east sides, where the Burlington Northern Railway Station used to connect to the tower, additional exterior brick facade was also installed. New openings were cut into the concrete elevator shaft wall at the first level.

Square in plan, the tower consists of eight levels and is approximately 155 feet tall. The clock mechanism sits on the sixth level and seventh level is an open air viewing platform with 360 degree views of the city. The opportunity exists to open the Clock Tower to the public as a recreational and educational experience. A new stair structure could allow visitors to climb the tower to the viewing platform. During the climb, an exhibit of Spokane's railroad history and the history of the Depot could be displayed en route.

SPO_DEFEXP-WD-000048656

| Strengths: | Weaknesses: |
|---|---|
| Well-loved historic structure on Spokane horizon<br><br>Strong public interest in accessing the tower<br><br>Recreational experience<br><br>Ability to tell the railroad history of Spokane | ADA inaccessible due to inability to place both a stairwell and elevator within the historic building and to move an elevator beyond the clock mechanism<br><br>157 stairs to the top |
| Opportunities:<br>Potential grant funding from the railroads and/or State<br><br>Tourist attraction<br>Ability to showcase historic clock mechanism in the tower | Threats:<br>Secured funding |

### 5.1.6  Public Art

Public art attracts visitors to a place, but it also building social attachment amongst the locals. A recent report by the Knight Foundation, "Soul of the Community," found that the aesthetics of a place—its art, parks and green spaces ranked higher than education, safety, and the local economy as a driver of attachment to a community.

 The Master Plan aims to build, repair and improve upon the existing collection of public art within Riverfront Park in the following ways:

- Newly commissioned art that showcases regional artists and new technologies
- Community engagement art project
- Repair of existing art within the Park
- Creating better ongoing sources of revenue to maintain public art in the Park in the long term.
- Coordinate all future hardscape development with proposed public art prior to hardscape installation.

| Strengths: | Weaknesses: |
|---|---|
| Tourist attraction<br><br>Makes the park a beautiful place and creates emotional connection to space for the public<br><br>Celebrates  and builds upon community excellence | Some public perception that art is not important |
| Opportunities:<br>More large scale pieces to define public spaces<br><br>Ability to incorporate light and sound into art pieces selected | Threats:<br>Adequate funding and ongoing maintenance |

SPO_DEFEXP-WD-000043887

| Ability to celebrate native history through art | |
| Educational aspect of art | |

### *Newly Commssioned Art for the Park*

Commissioned public art for Riverfront Park should prioritize the work of local and regional artists, should enhance the civic art experience and allow for enhanced expressions of light, material and spatial quality within the Park . Exterior public art should be monumental in scale, engaging to users and in many cases, should allow for temporary, revolving installations, such as built frameworks, shown below, that can showcase various artists' work throughout the year.





### *Community Engagement Art/Waterfire*

Community engagement provides a means of engaging the larger community into the development and implementation of an art piece. An engaging public art piece could inform a community festival near the "center" of the park and adjacent to the Spokane River where it could be enjoyed by residents and visitors.

SPO_DEFEXP-WD-00004868

Waterfire, a public art event/festival, initially developed for Providence Rhode Island draws millions of visitors annually in an urban revitalization, transformative community engagement experience. Waterfire's economic impact is substantial.  In 2004, Waterfire attracted over 1.1 million visitors to Providence at 26 separate events, with a direct economic impact of $33.2 million and a long-term economic impact of $40.5 million.

A potential Community Engagement piece of public art should recognize the need for durability and safety, and be appropriate to the river and its diverse uses including hydroelectric dams, respect the riparian habitat, and offer many opportunities for community engagement.

Following are outlined values around a community engagement piece:

- Major work of art that has significant impact on the park landscape and river corridor
- Engages the riverbank but does not go into the river (Note FERC Requirements outlined below)
- Creates an inspiring focal point for the park and its relevance to community activities in the park
- Creates place for ritual, performance, interaction, community bonding or engagement
- Reflects the quality and character of the existing park while making a contribution to a new festival or enhancement of existing community events such as Lilac Festival, First Night Spokane, Bloomsday, Pig Out in the Park or other community festival activities
- Visible as a work of art when not used as part of festival activities
- Pleasing to pedestrians as they walk the park
- Appropriate for all ages

### *Federal Energy Regulatory Commission (FERC) Requirements*

 While there is a City ordinance prohibiting people or boats from entering the water between the Division Street Bridge and the intake structure, the large crowds, party atmosphere, and spectacle of Waterfire could very well result in people ignoring the ordinance.

While the forebay might appear placid, the subsurface water velocity can be significant, similar to rip currents in the ocean; the high velocities and short distance to the intake would allow little time for rescue if someone were to fall in.

If an event such as Waterfire is pursued, if one of the fire pits was to be dislodged by river debris, it could end up striking the intake structure and causing damage to the power generation facilities.

FERC's concerns are related to public safety, the impact to operations (having to stop generation for extended periods  to set up and break down for the events), the possibility of one or more of the fire pots breaking loose from their anchors due to debris (large trees) hanging up on them as they float down the river every spring and ending up in the Upper Falls Intake structure which could damage the power generating facility.  Additionally, anytime someone enters the river downstream of the boat restraining cables (cables with large orange floating round buoys) above the forebay to the

SPO_DEFEXP-WD-000042769

Intake structure Avista is required to shut the powerhouse down because of the response time necessary to rescue someone if they were to fall in the water.  This is complicated due to the hidden currents and the low bridges that span the forebay, making it impossible to reach someone quickly.

## Butterfly Sculpture Replacement

Four kinetic Butterfly sculptures were placed at each entryway into the World's Fair in 1974. Each was covered in a unique bright colored canvas. Public sentiment remains high for the restoration of the sculptures. While only one sculpture remains standing, all four have experienced structural defects in recent years, are rusting and original kinetic movement is limited.

If one or all of the Butterfly sculptures were to be restored, the Master Plan recommends a complete replacement and re-design to restore kinetic movement and longevity.

| Strengths: | Weaknesses: |
|---|---|
| Restore beloved structures from EXPO '74<br><br>Honor the legacy of EXPO | Existing sculptures failing structurally and are worn and rusted. No longer moving "wings." |
| Opportunities: | Threats: |
| Could once again mark gateways into the Park.<br><br>Graphics within the wings could depict elements within the Park or its history (i.e. the Falls, the railroad history, EXPO, etc.) | The space required for four sculptures is substantial and could potentially limit new art being developed for key public areas and/or congest gateways into the Park.<br><br>Locations would need to be strategically developed. |

## Bloomsday Runners "The Joy of Running" Sculpture

The Master Plan does not recommend relocating the "The Joy of Running"sculpture. Because the majority of the existing grass meadow is to be maintained at the southwest corner of the Park, additional egress to a facility is not needed.

### 5.1.7    Sister Cities Garden Center

The proposed Sister Cities Garden Center is being developed by the Sister Cities Association of Spokane. Slated to occupy the former site of Japanese Garden/Expo '74 legacy, the proposed garden will highlight the art, plantings and river connections of the five sister cities:

- Spokane, WA
- Nishinomiya, Japan
- Jilin City, China
- Limerick, Ireland
- Jecheon, Republic of Korea

SPO_DEFEXP-WD-000004870

The overall design will incorporate an interactive centerpiece in the courtyard utilizing recycled glass paving. Local artist Melissa Cole is developing a unique art piece for Spokane for the garden.

### 5.1.8   Local Purchasing

The Master Plan sees Riverfront Park as a celebration of all things related Spokane community excellence, including the architects, landscape architects, designers, engineers and consultants that will be hired to implement the Plan. The Master recommends additional scoring or points toward the selection of consultants that are independent local businesses operating within the city.

## 5.2 Provide Greater Accessibility

The Master Plan aims to increase accessibility into the Park in a variety of ways including a final site plan that accommodates the ease, use and flow of crowds from large events at the edges of the Park to central areas within the Park. The Master Plan will also look to maintain active uses at the edge of the Park, such as the Carrousel, and relocate others such as the now, centrally located Ice Palace. The Plan will also include the following:

- Provide for improved and upgraded parking lots and access
- Provide for more centralized public transportation access into the Park
- Call for privately-run people movers and bicycle rentals within the Park
- Improved separation between pedestrian and cyclist circulation
- Make the Park completely accessible (except for Clock Tower Viewing Platform Access, see 5.2.5)
- Develop improved fire, truck and service access to the center of the Park

### 5.2.1   Primary Uses on the Edge: Ice Rink

Presently the Ice Palace attracts over 40,000 users annually, is situated in the center of the Park, under the Pavilion, and nets a small profit for the Park. While the attraction remains popular the facility itself is dated and in need of numerous repairs. Raccoons are living in the roof above, which is dilapidated and decaying. The existing roof is heavy and detracts from the open air feeling of ice skating in a Park. The ice rink itself is also heavy architecturally, with plywood siding to accommodate hockey which is in decline as a use on the rink. The surrounding buildings, former concessions, and locker rooms are no longer in use due to aging and disrepair. The existing zambone garage is small, has an undersized workroom and barely accommodates a newly purchased ice cleaning machine.

A newly designed and built ice rink on the edge of the Park could be constructed without a roof, could better accommodate recreational users with an open railing or glass perimeter dasher board system, and could develop upgraded support facilities such as concessions, ice skate rental, locker rooms and storage/workshop areas. The rink itself could be sited among the London Plane trees at the southwest corner of the park and create a more enchanting, more visible recreational  park experience for users.

By focusing a new rink on recreational skaters, the Park will no longer be accommodating hockey. Hockey accounts for just 10% of all ice rink sales at Riverfront Park, and would require costly

SPO_DEFEXP-WD-000048721

infrastructure to continue to accommodate (i.e. roof, locker rooms, a fiberglass or wood surround and penalty boxes). Recent testimony to Park Board by private hockey ice rink owners expressed concern about the Park competing with private enterprise and the abundance of hockey ice sheets available for rental in the city.

| Strengths: | Weaknesses: |
|---|---|
| Successful and well-loved Park attraction<br><br>Meets the mission of Parks & Recreation by providing recreation within the Park | Existing facility outdated and in need of repair.<br><br>New rink without roof would need to plan for losses in revenue around rainy weather and increased overall maintenance (leaf removal, etc) |
| Opportunities: | Threats: |
| More visible, more popular venue on the edge of the Park<br><br>Assist in branding of the Park during colder winter months<br><br>More highly visible programming/partnership opportunities – Zombie Skate night, Youth DJ Night, etc. with downtown business community<br><br>Better party rental space/Concessions with potential outdoor viewing terrace<br><br>Potential to explore free ice skating. Charge only for rentals.<br><br>Explore a portable ice rink system that could be "rolled up" during warmer months to preserve open meadow. | Impact on Gondola Meadow, a well-loved meadow for summer uses such as Ultimate Frisbee<br><br>Inability to find a compatible summer use for permanent ice installation |



---

SPO_DEFEXP-WD-000004372

**Concept Determinants 1:** Create an enchanting urban park experience. Look to rinks in Boston, Chicago and Rockefeller center for inspiration.



**Concept Determinants 2:** If a roof is installed, effort should be made to develop a roofing system that allows for protection from debris, rain and solar protection but also maintains an open air feeling within the rink itself.

**Ice Rink Development Requirements:**

- Secure all drains, electrical outlets, and sprinkler systems within the rink area
- Stage platforms or perfect level plazas are the easiest choice for quick installation. Sandbox rink bases are an economy option, and can be created by typical landscape crews.
- No floor or ground penetrations are necessary, as the railings can be anchored within the ice surface itself; or, railings can be mounted temporarily to anchor sleeves and permanently affixed to the floor or plaza.
- A minimum ¾-inch water line connection is required at the refrigeration location and beside the ice resurfacing machine parking area.
- Consideration must be given to removal /melting of resurfacer shavings and snow. The rink footprint are must be well-drained, with water run-off or snow melt going away from the rink area.
- Refrigeration system typically requires a 3-phase, 460/480 volt disconnect, with the total amp usage depending on rink size and geographic location (generally between 200-800 total amps). Locations with existing 208/230 volt availability must add a transformer—either a portable or permanent unit.
- Controlled, rubber flooring area to contain skaters and exit and entry to ice rink.

### 5.2.2   Improved Parking/Passenger Drop-off Areas

Using the 2012 parking financials as a baseline, approximately 85,000 motor vehicles parked and paid in Riverfront Park Parking Lots (excluding those who purchase quarterly/monthly permits).  The Master Plan proposes improving and/or expanding three substantial parking lots (Lots 2, 6 & 7) for

SPO_DEFEXP-WD-000487373

the Park while also increasing access and drop-off into the Park by extending North River Drive west of Washington Street into the Park providing access to an improved surface lot, as well as creating a passenger drop-off area and bus turnaround for tour and school buses.



Figure 5.3.2A Extension of North River Drive westward from Washington Street

Lots 3, 4 and 5 located along Cataldo Avenue to the north of Riverfront Park are recommended to be converted to either recreational uses on the north and/or sold in private/public developments. All three of these lots have below average capacity use for the Park.

While Lot 1 has an average capacity of 40%. It is recommended that this lot be converted to a regional playground. Its location, within 100 feet of the ordinary high water mark for the Spokane River makes it difficult to upgrade due to its nonconforming location. By locating a regional playground on this site, additional recreational spaces for the Park are better able to take advantage of visual access to the River.



Figure 5.3.2B Improved Vehicular Access & Parking

SPO_DEFEXP-WD-000043774

Following is a summary Proposed Uses for the existing Riverfront Park parking lots:

| Lot Name | Stall # | Average Capacity | Proposed Use |
|---|---|---|---|
| Parking Lot 1 (South of CPM Bldg, adjacent to River) | 79 | 40% | Converted to Regional Playground |
| Parking Lot 2 (North Bank) | 180 | 40% | Paved and Resurfaced with new access from East |
| Parking Lot 3 (Washington/Cataldo) | 57 | 8% | Potentially Sold for Private Development |
| Parking Lot 4 (Carnation Garage) | 40 | 2% | Partially used for Park Extension further North, Some Sold for Private Development |
| Parking Lot 5 (Upper North Bank) | 180 | 5% | Future Potential Use for Skatepark/Wheels Facility |
| Parking Lot 6 (Post Street Lot) | 65 | 65% | Improved and Expanded to 113 spaces |
| Parking Lot 7 (Post & Bridge St) | 120 | 65% | Improved and Expanded to 125 spaces |

While adequate parking is essential to a well-used urban park, the Master Plan does not recommend absorbing additional park property for surface parking. Lot 2 on the North Bank, to be expanded and improved, is recommended to be converted to a parking garage when future funding is available.

An additional location for improved parking is curbside parking along Spokane Falls Blvd. to the south of the Park. Traffic lane and bicycle land readjustment/additions could accommodate centrally located angle-in parking that could serve the Park and the downtown area. Pursuing this option would require the support from surrounding business.

There presently exists over 4500 parking spaces that are privately owned and operated that surround the perimeter of the Park. These numbers do not include Park owned parking lots nor City street curbside parking. An improved effort through signage, maps, websites and phone applications that more clearly define parking availability, cost and location would help to best utilize existing parking in the vicinity.

SPO_DEFEXP-WD-000007775



Figure 5.3.2C Available Parking in Vicinity of Riverfront Park

| Strengths: | Weaknesses: |
|---|---|
| Moving from largely dirt, un-lined parking lots within the Park to paved, lined lots.<br><br>Parking is a substantial source of revenue for the Park | Inability to fund $12 million parking garage in Master Plan 2014. |
| **Opportunities:** | **Threats:** |
| Ability to increase use through better quality lots, improved communication on parking availability and expanded Park use in general<br><br>Parking garage development on north bank could be part of private/public development negotiations | Coordinated efforts/partnerships needed to communicate parking for large events such as Bloomsday, Hoopfest, etc. |

### 5.2.3    Improved Surrounding Arterials

Riverfront Park is surrounded by five city arterial streets, Washington Street to the east, Cataldo and Mallon Avenues to the north, Post Street to the east and Spokane Falls Boulevard to the south. Cataldo Avenue may redeveloped on the north bank with a future public/private development (see Section X.X) Mallon Street will be addressed with a new north gateway and plaza and with improved access into the Park being proposed off of Washington Street to the east, that leaves Spokane Falls Boulevard and Post Street to be addressed.

#### *Spokane Falls Boulevard*

Spokane Falls Boulevard is the primary gateway into the Park and connecting the Park to the downtown core. While all of the surrounding arterials should be components of "gateway" into the

SPO_DEFEXP-WD-000043776

Park by incorporating similar lighting, Park banners, crosswalks and landscape, Spokane Falls Boulevard should be particularly prominent since this is the primary access point for most Park users.

Additionally, alternative curbside parking incorporating greater landscaping should be explored along the Boulevard to heighten passersby's awareness that they have entered the park. The Master Plan recommends further studying the benefits and weaknesses of angle-in parking, separate bicycle lanes, and lanes for faster and slower moving traffic along the Boulevard.

*Post Street*

Running along the western edge of the Park, Post is, most recently a one-way street from Spokane Falls Boulevard until Bridge Street just north of the Post Street Bridge. While landscape and sidewalk improvements along Post are new due to the recently completed Huntington Park, the bridge pedestrian experience is narrow, in disrepair, and unsightly due to concrete barriers and traffic cones.

The Master Plan recommends upon structural improvements to the Post Street Bridge that sidewalks be widened at both sides of the bridge, improved lighting be incorporating, the Centennial Trail be defined, and landscaping be installed. There does not exist any landscaping on the Post Street Bridge at present.

### 5.2.4    Public Transit Access

Spokane Transit Authority recommends three primary ways to access the Park via public transit:

- Western Gateway – Bosch Lot
- Main/Howard (via East – West Transit Corridor)
- Washington Bus Drop-Off

Possible platform could be constructed on the south end of Washington above the park. Buses could flow against traffic, coming from NE Spokane, utilize platform as a drop-off location. The platform would not be accessible during Hoopfest, Lilac Parade.

There are two sets of bridges traveling through Riverfront Park that offer the potential to provide transit access into the heart of the recreation area. The three Howard St. Bridges pose operational and structural challenges for transit as two of the structures would need to be replaced and transit service would need to be added or moved from existing resources. This would require additional capital and operating dollars and while potentially creating conflicts with pedestrians, cyclists and other activities that take place through the park during the year.

However, the Washington St. Bridge offers an opportunity to provide pedestrian access into the heart of Riverfront Park (near the Clocktower) with a smaller capital investment and by using existing transit service. Currently, there is a U-turn lane and concrete median where Washington and Stevens Streets merge. By modifying this traffic design slightly, transit would be able to load and unload passengers on a platform just on the north edge of the water. Constructing a passenger

SPO_DEFEXP-WD-000004877

platform, an ADA accessible elevator and stairs connecting the roadway level with the park level would provide passengers with access just north of the southernmost leg of the Spokane River. Today, the transit lines crossing the Washington St. Bridge offer connections with Northeast Spokane, Spokane Community College, Downtown Spokane and the Arena Park and Ride lot. Although the specific design of this concept has not been fully evaluated, this option should be further assessed as a cost-effective way to connect people throughout the region to Riverfront Park via transit.



Figure 5.3.3A Proposed Bus Drop-Off on East Havermale from Washington Street Bridge.

The current events in the Park are not consistent enough for regular transit planning. With a planned for tripling of events, this could change the feasibility of more resources being allocated to transit planning around the Park. Presently there is a loop that runs from Boone and Washington south to the Bus Plaza, and back up to the arena. Ridership is down 20% for this loop which is essentially a Park and Ride. This loop runs 15 minutes during the day and 30 minutes on nights and weekends.

Howard Street is not ideal for a north south bus route due to the dead end at Corbin Park. The Blue Bridge is not bus ready and would need to be replaced along with the south Howard St. Bridge. While the Master Plan recommends replacing the south Howard St. Bridge, recommendations at this time, for the Blue Bridge are for restoration. STA has chosen an East West Corridor for prioritization of an electric bus line, along Main. There could be increased opportunities for wayfinding connectivity from the bus line to the Park.

| Strengths: | Weaknesses: |
|---|---|
| Centrally located Park, connecting North and South | Inability to develop public run people mover due to public transit priorities elsewhere in the community, and dead-end of Howard Street at |

SPO_DEFEXP-WD-000004378

| | Corbin Park. |
| | |
| | Structural challenge of historic Blue Bridge to carry trucks, transit |
| **Opportunities:** Ability to develop a centrally located bus drop off on Havermale Island<br><br>Additional signage linking Riverfront Park with Transit Center on Riverside Avenue | **Threats:** Inadequate funding<br><br>Heavy infrastructure development could easily escalate costs |

### 5.2.5    Cycling in the Park

Following are five ways to improve and increase cycling, and improve congestion and wheels and pedestrian traffic flow within the Riverfront Park.

- Re-Routing Centennial Trail to North end of South River Channel
- Easing congestion around the Rotary 21 Fountain and into the center of the Park
- Improving quality and location of cycling/wheels only lanes
- Utilizing industrial bicycles for internal Park transport
- Encouraging private leasable space for a Bicycle Rental facility

*Re-Route Centennial Trail*

Riverfront Park is the primary connector for cyclists travelling between north and south Spokane, and the east and west sections of the city. The Centennial Trail which connects Nine Mile Falls on the western edge of the city of Spokane with the Washington/Idaho border to the east, runs a length of 37.5 miles. Its metropolitan center section runs directly through Riverfront Park.

Presently, the Centennial Trail runs along Post Street on the east end of the Park through to the south channel of the Park, adjacent to the Fountain Café and Looff Carrousel building. The Rotary 21 Fountain often serves as a meeting place for local cyclists and bike rides.

Pedestrian traffic, vendors and existing uses such as the Rotary 21 Fountain along the southern edge of the of the south river channel, create an often congested area for cyclists to move quickly through the Park.

*Easing Congestion Bicycling Traffic*

The Rotary 21 Fountain poses additional challenges with perimeter sun bathing fountain users, lying or playing around the cycling areas.

The Master Plan recommends that the Centennial Trail be re-routed to the north end of the south river channel, adjacent to the Clock Tower and Lilac Bowl to ease congestion at the south end of the channel. The Plan recommends the addition of two branching primary pathways connecting

SPO_DEFEXP-WD-000043879

Spokane Falls Boulevard and the south channel bridge—circumventing the Rotary 21Fountain for the majority of cycling and pedestrian traffic.



Figure 5.3.4A Proposed new pathways to the east and west of Rotary 21 Fountain ease pedestrian and bicycle flow to Havermale Island and north bank.

In addition, re-designed landscaping around the Rotary 21 Fountain, such as raised beds or benches, could slow cycling traffic around the Fountain, protect Fountain users and sunbathers and eliminate the need to install temporary fencing. See image below that show native grass planters, rocks and benches that could serve as barriers to protect users around the Fountain.



Figure 5.3.4B Conceptual illustration of new landscaping and benches surrounding Rotary 21 Fountain.

Additional thought should go toward the intersection of the Howard Street Promenade (north-south) and the Post Street Promenade/Centennial Trail (east-west). Potential traffic signage, stop sings, lights or underpass options should be explored. Both promenades will be heavily used by pedestrians and cyclists alike. Care should be given to eliminating collisions, protecting pedestrians and providing optimum cycling experience for bicycles.

SPO_DEFEXP-WD-00004880

### Cycling Lanes

Current cycling lanes within the Park are located at the edge of a pathway and marked by a painted line calling out "Wheels Only." Paint is worn and often hard to read. By locating cyclists and other faster moving traffic at one edge or the other, the opportunity for benches or river viewing access is often limited. With cycling lanes switching from left to right hand sides, pedestrians are often confused and get in the way of cycling traffic.



Figure 5.3.4B Existing Wheels Lanes Markings at Riverfront Park

The Master Plan recommends that all wheeled traffic be centrally located within all major promenade, pathways and trails. Wheels Only lanes should run in two directions, and be delineated through either a curb or material change, and incorporate landscaping where appropriate. Wheels Only lanes along the Post Street Promenade should accommodate all needed service and fire truck access. Lanes running north and south, and to the Convention Center should also potentially accommodate a people mover (see Section 5.4.5).



Figure 5.3.4C Image showing primary bicycle routes through the Park.

SPO_DEFEXP-WD-00004881

By locating Wheels Only in the center of the circulation pattern, views are opened up for slower moving pedestrians and vendors, depending on the location within the Park.



Figure 5.3.4D Image showing potential central, curbed two-way bicycles lanes with painted asphalt. Boston, MA

### Industrial Bicycles for Park Transport

Most internal transportation within the Park is used by smaller trucks and electric vehicles similar to golf carts. There is the potential to employ industrial bicycles and tricycles for transport of plants and materials within the Park that require no additional energy source. Industrial bicycles are being employed to a greater extent by businesses nationwide. Businesses from DuPont to Delta Airlines are regularly utilizing industrial cycles and avoiding growing energy costs.



Figure 5.3.4E Industrial Tricycle

SPO_DEFEXP-WD-00004882

### Leased Bicycles

Urban parks regularly incorporate bicycle rental facilities. While Spokane's helmut law puts an added requirement into any future bicycle rental business located within the Park, a strong bike sharing/rental system can attract additional residents and tourists alike to the center of the city for a unique recreational experience. New bike sharing systems are incorporating integral Real-Time GPS to allow for greater flexibility and less required infrastructure.

The Master Plan recommends that the Parks Department issue a call or request for proposals for a privately run bicycle rental facility within the Park and provide the space required for this business.



Figure 5.4.4F The Social Bicycle (SoBi) can attach to regular bicycle racks and uses Real Time GPS for tracking.
Users can reserve bicycles online.

| Strengths: | Weaknesses: |
|---|---|
| Riverfront Park is an urban hub for cyclists.<br><br>Connects north/south and east/west | Riverfront Park is an urban hub for cyclists. Lots of cycling traffic through the Park.<br><br>Intersecting Promenades at Howard Street and Post (Centennial Trail) create potential congestion. |
| Opportunities:<br>Better provide for faster moving cycle traffic within the Park<br><br>Better provide safety and visual access to pedestrians and Rotary 21 Fountain users<br><br>Ability to use zero energy transport within the Park through industrial cycles<br><br>Look to traffic light or stops signs at intersection | Threats:<br>Cost of repaving/curbing trails |

SPO_DEFEXP-WD-000483

| | |
|---|---|
| of Howard Street Promenade and Post Street Promenade/Centennial Trail<br><br>Ability to relocate Centennial Trail to north end of the south channel. | |

### 5.2.6    People Mover & Skyride Extension

Riverfront Park runs approximately the length of four city blocks north to south, and five city blocks east to west. While for most Park users a walk through the Park is greatly appreciated, but for the elderly, disabled or tourists wanting to move quickly from the Convention Center to the north bank, a people mover either on the ground or elevated, could greatly improve Park use and access.

*Skyride Extension*

The Riverfront Advisory Committee explored the potential for a Skyride Extension to the Convention Center to the east and a Skyride Extension to Kendall Yards to the west.

While an extension in either direction could potentially increase overall ridership of the Skryride, and bring greater numbers of convention goers into the Park, there are a number of factors that limit an extension. Any extension would involve substantial infrastructure. Estimated costs to extend in either direction are $2 million to $2.5 million.

The additional impact on the shoreline is also a consideration. Seven agencies currently oversee development within Riverfront Park. All seven would need to agree that a Skyride extension would have no negative impact on the shoreline, visual or ecological. Finally the technology of the Skyride systems is also a factor. Presently, the hanging  track for the gondola cars cannot vary greater than one degree off of a straight line. If the Park was to extend to the Convention Center, for instance, the extension would be unable to go beyond the west wall of the Opera House.

*Privately-Run People Mover*

The Master Plan recommends that the Park pursue a series of Requests for Proposals looking for private enterprises interested in managing and overseeing either electric or non-electric people movers within the Park.

Technology around rapid smaller scale eco-efficient transit options is increasing, and infrastructure costs are minimal. Many urban parks, zoos and gardens utilize solar electric people movers similar to the image shown below.

SPO_DEFEXP-WD-000043854



Figure 5.4.5A Solar Powered Electric Bus, Chicago Botanic Garden

Other options could include a driverless podcar system similar to the Zagato, recently developed in the Netherlands. The Zagato operates on lithium-ion batteries, runs from 3-4 hours on a charge and is driverless. The vehicle seats four to six passengers who, upon entering the car, punch in their pre-programmed destination, and the rest is taken care of. Sensors in the front of the car help it slow down or stop when needed.



Figure 5.4.6 Illustration of Zagato Driverless Podcar

### 5.2.7 Water/Power Infrastructure

Existing infrastructure within Riverfront Park has extended beyond its projected lifespan. For concerts and large public events, event producers bring in their generators as needed. It is not uncommon to see extension cords lining pathways throughout the Park during busy summer festivals.  Irrigation systems break down continuously, increasing staff and maintenance costs, and public water fountains are no longer in use and are not ADA nor code(sanitation requirements) compliant. There are no water bottle refillers in the Riverfront Park.

SPO_DEFEXP-WD-00004385



Figure 5.4.6A Drinking Fountain with Integral Water Bottle Refillers. Note the lower "doggy" fountain on the left.

### Improved Power Infrastructure

Existing power supply within Riverfront Park is outdated, does not meet current code or safety standards, is inadequate for large events and is unsightly.

The Master Plan recommends an upgrade to all power infrastructure within the Park to better meet safety standards and accommodate large events. New power lines should be planned as needed and be contained underground or located behind screens in order to not detract from the natural beauty of the Park. (Please refer to Topographic Survey completed by Adams & Clark in February 2014, for locations of existing utility infrastructure).

### Improved Access to Drinking Water

The Master Plan recommends that modern, code-compliant fountains and water bottle refillers be installed throughout the Park, as well as hose bibs necessary for additional support of water distribution at events.

Proper hydration is essential for the safety and enjoyment of outdoor activities. This is true whether it's runners, bikers or daily visitors or special event guests. With a projected increase in Park attendance and events, there will be more demand for drinking water.

### Improved Irrigation Systems

Riverfront Park's irrigation system including lines, clocks sprinklers and valves is 40 years old. The lines consist of PVC pipe which is designed to have a maximum life of 25 years. The system is also hydraulic, is outdated and extremely difficult to find parts for.

The system regularly breaks down or dysfunctions requiring numerous staff hours to repair the problem. The system is also inefficient compared to today's more efficient water use systems.

A new irrigation system would need to be installed before pathways and electrical are installed. In addition each meadow should have its own isolation valve to be able to shut down individual

SPO_DEFEXP-WD-000003856

meadows for watering flexibility or to complete regular maintenance. Right now one third of the park needs to be shut down to do any work on the irrigation system, which results in more damage each time the lines need to be turned back on due to surges in the main line.

### 5.2.8    American with Disabilities Act

Every effort will be made for Riverfront Park to become a universal access place for all users. Guidelines and requirements around the American Disabilities Act will be incorporated in all design work. All public spaces including overlooks, plazas, meadows and playgrounds will be accessible except for Clock Tower Viewing Platform Access (see section 5.2.5) and the Skyride.

All existing restrooms in the Park, with the exception of the Fountain Café, will be replaced and brought up to current codes and ADA requirements. Restroom quantity and improved restroom access will also be increased throughout the Park.

### 5.2.9    Wayfinding & Signage Study

Improved wayfinding and signage in the Park is essential to the successful development of a new Park. Riverfront Park today has very little directional signage within the Park or at its edges. Staff are constantly flagged down by confused and lost visitors.

A well-designed lighting plan should be developed in a comprehensive manner. Noting the needs for a variety of signage types and styles that all work within a central brand for the Park.

*TYPES OF SIGNAGE:*

**Type 1: Gateway/Entry Signage**

  

SPO_DEFEXP-WD-000004887

**Type 2: Banner Signage**




**Type 3: Kiosk Map Signage**





**Type 4: Post Signage**



**Type 5: Interpretive Walk: EXPO/Railroad History, Art Walk, Native American History**

SPO_DEFEXP-WD-000004888



**Concept Determinant 1:** New signage display has the opportunity to express the character and history of the area. Natural materials, referencing native and railroad construction are all potential concept ideas around signage form. The above entry kiosk, allows for an overall map of the park protection from the elements along with spaces for brochures and flyers.

Also included will be Interpretative Trail Signage to be developed for EXPO/Railyard History, Art Walk, Native American History throughout the Park.

*Proposed Signage Program Listing:*

| SIGNAGE/SYMBOL NEEDED | LOCATION | SIGNAGE TYPE |
|---|---|---|
| South Entry | SF Blvd/Howard | Gateway Signage Kiosk Map Signage Butterfly |
| South East Entry | Washington/SF Blvd. | Gateway Signage Banners Kiosk Map Signage |
| North Entry | Mallon & Howard Washington & North River Drive | Gateway Signage Kiosk Map Signage Butterfly |
| Post St. Entry | Post St. Promenade | Kiosk Map Signage Butterfly |
| Post St. Entry | Avista Access/Centenial Trail Entry | Post Street Signage |
| West End Entry (Bosch Trail/Lot) | Trail from Kendall Yards | Gateway Signage Kiosk Map Signage |
| Red Lion | Northeast end of park from Red Lion Hotels | Kiosk Map Signage |
| Parking | Mallon/Howard SF Blvd | Post Signage |

SPO_DEFEXP-WD-000749

|  |  |  |
|---|---|---|
|  | Washington/North River Post |  |
| Bathrooms | Howard St Promenade<br>Post Street Promenade | Post Signage |
| Spokane Falls | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |
| Canada Island | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |
| U.S. Pavilion Event Center | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Kiosk Map Signage (off of Washington) |
| Looff Carrousel | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |
| Central Plaza | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Kiosk Map Signage<br>Post Signage |
| Event Follies | Central Plaza<br>Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl | Post Signage |
| Howard Street Promenade |  | Banners |
| Post Street Promenade |  | Banners |
| Playground | Howard St Promenade<br>Post Street Promenade<br>North Trail<br>Washington Bridge Trail | Post Signage |
| Picnic Area | Howard St Promenade<br>Post Street Promenade | Post Signage |
| Canada Island | Howard St Promenade<br>Post Street Promenade | Post Signage |
| Sculpture Garden/Art Walk | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |
| Centennial Trail | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage<br>Kiosk Map Signage |
| Conservation Area | Howard St Promenade<br>Post Street Promenade | Post Signage |

SPO_DEFEXP-WD-000004890

|  | Lilac Bowl/King Cole Bridge |  |
|---|---|---|
| Skyride | Howard St Promenade<br>Post Street Promenade<br><br>Lilac Bowl/King Cole Bridge | Post Signage |
| Havermale Loop | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |
| Ice Rink | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |
| Concessions/Food | Howard St Promenade<br>Post Street Promenade<br><br>Lilac Bowl/King Cole Bridge | Post Signage |
| Huntington Park | Howard St Promenade<br>Post Street Promenade<br><br>Lilac Bowl/King Cole Bridge | Post Signage |
| Opera House/Convention Center/King Cole Bridge | Howard St Promenade<br>Post Street Promenade | Kiosk Map Signage |
| Field House | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |
| Destination Ride | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |
| Wheels Facility | Howard St Promenade<br>Post Street Promenade<br>Lilac Bowl/King Cole Bridge | Post Signage |

SPO_DEFEXP-WD-000048891

| Information | Howard St Promenade Post Street Promenade Lilac Bowl/King Cole Bridge | Post Signage |
|---|---|---|
| Downtown Shopping | Howard St Promenade Post Street Promenade  Lilac Bowl/King Cole Bridge | Post Signage |
| Security | Howard St Promenade Post Street Promenade Lilac Bowl/King Cole Bridge | Post Signage |

### 5.2.10   Bridge Inspection & Repair

Vehicular bridges are all registered with the federal government on the National Bridge Inventory. They must be inspected in accordance with the national standard and the inspection reports must be submitted to the Washington State Department of Transportation to be forwarded to the Federal Highway Administration.  The City of Spokane Bridge Division is qualified and equipped to perform inspections on vehicular bridges in accordance with these national standards.  The Bridge Division is WSDOT certified bridge inspectors and have two under-bridge inspection trucks that allow them to get within an arm's reach of most parts of these bridges.  They are not certified to work from ropes, however, so they sometimes hire consultants who *are* certified to work from ropes to inspect the parts of bridges that are not normally accessible.  An example of this would be the Latah Bridge Study that was recently done.

Pedestrian bridges fall into a different category.  They are bridges and open to the public and therefore must be inspected and maintained regularly to ensure that they are safe. The City Bridge Division inspects the pedestrian bridges in the parks every two years, just as they do the vehicular bridges, and the reports are submitted to the Parks Department with maintenance recommendations.  But pedestrian bridges are not designed to take truck loading, so they cannot be inspected in the same way as the vehicular bridges in the City.  On most of these bridges the Bridge Division looks at the underside of the decks by simply walking, (or crawling), under the bridge.  But some of the bridges the Parks Department has cannot be done this way.  They cannot use this method on the bridges that cross the Spokane River in Riverfront Park because they are too high and they cross a dangerous portion of the river.  On these bridges our inspections are limited to the portions of the bridges they can access from the decks.  For the most part this is adequate, but periodically they recommend that a much more thorough inspection be done.  The bridges over the Spokane River in Riverfront Park have reached this stage, and they have recommended that a consultant be hired to perform an arm's length inspection of these structures. Inspection on the following bridges for Riverfront Park commenced in May of 2014:

- Howard Street Bridge South, Riverfront Park
- Howard Street Blue Bridge, Riverfront Park

SPO_DEFEXP-WD-000004892

- Theme Stream, South Bridge – Inspected for Fire Truck Access
- Suspension Bridges, Riverfront Park
- Pilings at Wood Bridges, South Channel, Riverfront Park
- Truss Bridge connecting Riverfront Park/Red Lion Inn, Riverfront Park
- Washington Street Bridge North, Sidewalk Extension
- Post Street Vehicular Bridge

### 5.2.11   Fire Access/Safety

Presently, fire truck and garbage truck access to the center of the Park is limited. Smaller trucks are allowed across the historic Blue Bridge but for larger trucks, the only option is to enter just northeast of the Washington and circle back to the west to the Pavilion area. No trucks are allowed on the South Channel Bridge. Garbage now has to be trucked out to the Park's perimeters for municipal collection.

The Master Plan proposes an additional 35-foot to 40-foot wide promenade connecting Post Street to the east with the Central Plaza/U.S. Pavilion to the west. By increasing the carrying capacity of the southern theme stream bridge (connecting the south river channel to the lower Spokane falls), located along a proposed Post Street Promenade,  access to the center of the Park would become direct for all needed fire, garbage, service and vendor trucks. Egress for service trucks, fire, etc. could happen via the north promenade, a rebuilt Blue Bridge and the far north



Figure 5.4.10A Site Plan showing Proposed Post Street Promenade for Fire & Service Access.

### 5.3 Optimize Safety

While Riverfront Park remains a safe Park to enjoy during the day, many users feel insecure walking through the Park after hours and after dark. The Park also regularly experiences vandalism, taxing Park resources and staff.

SPO_DEFEXP-WD-000743993

The Master Plan looks to three key areas to improve safety and the perception of safety within the Park; lighting, security cameras & phones, and additional security patrols.

In addition, with an increase in Park events, and more people in the Park on a day to day basis, safety should also be addressed. Natural surveillance, or more people on the streets, is the number one crime prevention principle as outlined by Crime Prevention through Environmental Design (CPTED) guidelines. An individual is less likely to commit a crime if they think someone will see them doing it. Additional CPTED guidelines that the Master Plan incorporates are increased sightlines throughout the Park and reduced low lying shrubbery that creates dark areas within the Park.

### 5.3.1    Park Lighting



Figure 5.4.1A Proposed Light Fixture Along SF Blvd at new Spokane Hotel.
Figure 5.4.1B Existing Light Fixture at Riverfront
Figure 5.4.1 C Existing Rusted Steel Light Fixture at wood bridges at Riverfront (from EXPO '74)

Current Park lighting focuses primarily on post or pole lighting. While post lighting defines public spaces, it is not the best fixture for clear path lighting and light pollution prevention. Path lighting in the Park at present is limited to non-existent. Following are lighting types and preference in order of priority:

- Path Lighting: Preferred Light Source
- Post Lighting: At Howard Street and Post Street Promenades only
- Bollard Lighting: Where appropriate.

New post lighting should look to reflect new fixtures to be installed throughout downtown Spokane as well as along Spokane Falls Boulevard and the new Spokane Hotel.

From an energy efficiency perspective, the Master Plan recommends installing LED solar powered lighting where appropriate as well as researching cutting edge technologies such as StarPaths and Solar Roadways (see images below) for trail and possible plaza/promenade material.

SPO_DEFEXP-WD-000043954



Figure 5.4.1 A StarPath – A coating that absorbs and stores UV rays during the day and then releases them at night, allowing particles to glow in the dark.



Figure 5.4.1B  Solar Roadways – Surface material that houses solar cells to collect energy and utilizes programmable LED lights to alter configurations and light surfaces.

### 5.3.2    Security Cameras & Phones

While Riverfront Park is safe compared to national standards in urban parks, the Park does experience a substantial amount of vandalism on a daily basis. Also, many Park visitors feel unsafe walking through the Park after hours and after dark.

The Master Plan recommends the installation of security cameras and phones and sees this as a crucial step toward improving safety and reducing vandalism in the Park. Following are specific security recommendations:

- 26 camera locations and required hardware, conduits and trenching
- Wireless access points (for network connectivity)
- Cameras with pan, zoom and tilt functions
- Electrical connections for cameras
- Two video servers
- Cable connection  to video servers from cameras

SPO_DEFEXP-WD-00004395



Figure 5.4.2AProposed Security Camera Locations

### 5.3.3    Additional Security Patrols

Presently, there are two full time security patrols that oversee the Park with a number of temp/seasonal patrols. The Master Plan recommends moving to four full time staff, still be supported by temp/seasonal patrols during higher use seasons and events (see Feasibility Business Plan for proposed Park Staffing Plan) and increase patrol hours to 24-hour staffing year-round.  A centralized security department should be developed within the Park that promotes customers interaction and increases patrol visibility, and greater partnerships established amongst surrounding neighborhoods.

The Parks Division should also look to establishing a greater authority for Security Patrols such as a Park Ranger Department as a component of the Spokane Police. In general the Park Board should look to support the development of new municipal codes that reduce reoccurring issues such as excessive loitering and abandoned vehicles.

SPO_DEFEXP-WD-000004896

## 5.4 Create Balance between Active & Passive Spaces



Figure 5.5A Diagram showing newly proposed green space and active space.

The Master Plan aims to improve visual access to the Spokane River through the following uses:

- Replace two parking lots with either new or expanded playgrounds or meadows
- Move from 18 buildings/facilities within the Park to 11
- Replace the IMAX building with a Central Meadow adjacent to Central Plaza
- Improve quality and seating at three existing and one new river viewing terrace

### 5.4.1 Improved Riverwalks & Viewing Terraces

There exist three river viewing terraces in the Park, outside of the U.S. Pavilion. All three have dilapidating infrastructure from dated roof shelters to cracking concrete walls and surfaces. The Master Plan recommends removing the three shelters that create dark urban space that often attracts crime related activities and replace each viewing terrace with new surfaces and landscaping as well as added furnishings such as benches and picnic tables.

A fourth new viewing terrace is recommended for Canada Island to replace the existing under-used storage buildings from EXPO '74.

SPO_DEFEXP-WD-000043997

### 5.4.2    Meadow vs. Hardscape Analysis

Riverfront Park consists of 100 acres. The Master Plan proposes an approximate net addition of hardscape (i.e. pavers) within the Park of 83,060 square feet. This is equivalent to an additional 1.9 percent increase overall in hardscape within the Park.

The Master Plan proposes additional hardscape at the Central Plaza where the IMAX meadow currently exists. The Master Plan also proposes a North Bank Plaza where two existing dirt parking lots exist, as well as removing Parking Lot 1 for a Destination Playground and removing part of Lot 6 for a new meadow.

**Existing & Proposed Hardscape & Greenscape within the Park:**

| | Green Space Existing | Hardscape/Building Footprint Existing | Green Space Proposed | Hardscape/ Footprint Proposed |
|---|---|---|---|---|
| IMAX Meadow | 60,000 SF | | | |
| IMAX Theater Rooftop | | 12,000 SF | 12,000 SF | |
| CPM Building/Parking Lot #1 | | 35,000 SF | 35,000 SF | |
| Former YMCA Lot #5 | | 10,000 SF | 10,000 SF | |
| Looff Carrousel | 14,000 SF | 10,000 SF | 8,000 SF | 18,000 SF |
| Ice Rink/Gondola Meadow | 51,774 SF | 2,500 SF | 30,244 SF | 24,030 SF |
| Central Plaza | | | | 80,000 SF |
| **TOTAL** | **125,774 SF** | **69,500 SF** | **95,244 SF** | **122,030 SF** |

**APPROXIMATE NET TOTAL ADDITION HARDSCAPE: 83,060 SF**

### 5.4.3    Increased Playgrounds & Play Areas

Riverfront Park has two existing playgrounds – the popular Red Wagon Playground along Spokane Falls Boulevard and the Havermale Island playground adjacent to the former YMCA parking lot.

While the Red Wagon is a beloved piece of interactive public art in the community, the playground is often congested due to limited play structures beyond the Red Wagon itself. The Master Plan recommends the addition of traditional playground equipment to the Red Wagon that appeals to younger children and toddlers.

Similarly, the existing playground on west Havermale Island, is small and undersized. An under-utilized parking lot to the north (the former YMCA lot), block visual connections to the River and is unsightly. The Master Plan recommends removing the interior YMCA lot and expanding the

SPO_DEFEXP-WD-000043998

playground to the north. New playground equipment is suggested to be installed that appeal to children from 5-12 years of age.

Finally, Parking Lot 1 and the existing CPM Building located on the north bank are recommended be removed and replaced with a 1.5 acre children's regional playground. Please see Appendix for the concept study developed for this playground.

### 5.4.4    East Havermale Sculpture Garden



Figure 5.5.4 Conceptual Plan for East Havermal Sculpture Garden incorporating LID strategies.

The Master Plan recommends developing the northern east end of Havermale Island into a sculpture garden providing both interesting walking paths adjacent to the River as well as highlighting the creativity of regional artists.

There is also the potential for a new Sculpture garden to incorporate Low Impact Development strategies as well such as a storm water garden, permeable surfaces and using drought tolerant landscaping.

### 5.5  Generate Sustainable Revenue

Please refer to Business Proformas in the Appendix.

SPO_DEFEXP-WD-000004099

### 5.6 Offer affordability and choice to all

By offering a wide array of uses appealing to a variety of age groups, along with an increased focus on rotating events, the Master Plan aims to support uses that appeal to a wide cross-section of the population.

5.6.1    Demographic Use Summary Chart

| Age Groups | 0-12 | 12-18 | 18-30 | 30-45 | 45-70 | 70+ |
|---|---|---|---|---|---|---|
| Looff Carrousel | X | X | X | X | X | X |
| Ice Rink | X | X | X | X | X | |
| Amphitheater/Concert Events | | X | X | X | X | X |
| Interactive Exhibits | | X | X | X | X | |
| Interpretive Walks | | | | X | X | X |
| Havermale Loop | | X | X | X | X | |
| Leasable Event Space | | | X | X | X | X |
| Destination Playground | X | X | | X | | X |
| Sculpture Walk | | X | X | X | X | X |
| Improved River Views | X | X | X | X | X | X |

5.6.2    Pricing Strategy

A new Riverfront Park will make every effort to balance paid events with non-paid. Price increases will be minimal and reflect cost of living increases as needed. Please see the Feasibility Business Plan for more information.

### 5.7 Protect Natural Resources

Riverfront Park's current hydraulic irrigation system is 40 years old. Due to its age, replacement parts are no longer available for this system. One-third of the Park meadows are no longer operated by timers and requires 3-4 hours of an irrigation specialist to manually water those portions of the Park. No planters or hanging baskets in the Park are on drip irrigation system either, once again requiring staff to manually water those elements daily.

The Master Plan aims to honor the legacy of EXPO '74 by being a leader in the protection of natural resources within the Park. A variety of environmental methods are recommended from Low Impact

SPO_DEFEXP-WD-000074400

Development Strategies to energy efficiency measures such as a geothermal snow melt system to solar power, to zero-waste events and a thoughtful plan around tree removal and replacement.

### 5.7.1    Low Impact Development Strategies

Low Impact Development Strategies (LID) are new land use development and storm drainage management strategy emphasizing the maintenance and restoration of natural, pre-developed watershed hydrological functions. The goal of LID is to generate no measurable impacts to aquatic environments by maintaining and/or restoring the pre-developed stormwater flow volumes, rates, frequencies, durations and quality.

LID aims to:

- Minimize total runoff volume
- Control peak rate of runoff
- Maximize infiltration and groundwater recharge
- Protect Water Quality

LID management will be required by the State in 2014. Following are few potential strategies for Riverfront Park. Please refer to the Appendix for a complete report on LID Strategies for Riverfront Park:

- Utilize and install Impervious surfaces
- New, water-saving irrigation system that is controlled by remote and automatically shuts down during rain
- Collect stormwater on-site – cisterns, stormwater wetlands, gardens, etc., curb extension bioretention, tree boxes, pocket sand filter
- Plant Native Vegetation
- Stormwater management the biggest source of pollution. Need amended version for permits by the end of this year.
- Enhanced interpretive signage realted to Fish & Wildlife, basic river ecology, No feeding birds, History of Place and Salmon
- Potential partnerships with WSU Stormwater Center

### 5.7.2    Energy Efficiency Strategies

Riverfront Park's entire infrastructure is 40 years old and much of it in substantial disrepair. Conduit lines installed in 1973 are oftentimes not large enough to accommodate needed power and telecommunications to serve the Park adequately. In addition, water piping often runs alongside other power needs within the same conduit causing rusting and damage.

The Master Plan recommends all power loads be calculated early in the design process. Presently power serving the south end of the Park is at its limit. Growth should be planned for as well as future technologies.

SPO_DEFEXP-WD-000041031

Please see the Appendix for the City of Spokane Riverfront Park Master Plan Facility Assessment by McKinstry. The assessment incorporates the conceptual energy efficiency and sustainability strategies and a rough order of magnitude budget level life cycle costing analysis around the developed conceptual strategies.  The Assessment looks to reduced energy costs (about 50%) by moving to current energy code requirements. Costs reduce further through sustainability strategies such as LED lighting, solar power, and geothermal heating and cooling systems. The Assessment focuses on the following areas:

- Energy/efficient/sustainable HVAC design for shared new Ice Rink/Sky Ride building
- Energy/efficient/sustainable HVAC design for new Carrousel building
- Energy/efficient/sustainable HVAC design for renovated U.S. Pavilion building
- Energy/efficient/sustainable HVAC design for new smaller event shelters/pavilions
- Sidewalk snowmelt system utilizing heat from Ice Rink
- LED/Solar pathway lighting
- Other small scale renewable, solar/wind

### 5.7.3    Environmentally Friendly Event Zone

An Environmentally-Friendly Event Zone could be a workshop for testing "Green Event" best practices within the Park. Major cities are moving forward in this realm. The recent London 2012 Olympic Games were the first zero-waste event on a massive scale.

There are other groups thinking about greening events large and small.  Spokane's Lilac Bloomsday run was certified "Green" in 2009 by the Council for Responsible Sport.  Other opportunities exist to look to making the U.S. Pavilion Event Center a green venue. Consultants are emerging nationwide to assist municipalities and event locales in moving toward zero waste.  Reverb, a non-profit organization, works with musicians and their fans to build a more sustainable future (starting with music tour concerts).  A Greener Festival works with music and arts events and festivals around the world, encouraging them to adopt environmentally efficient practices.

### 5.7.4    Tree Removal & Replacement Analysis

There are potentially five areas of substantial tree removal proposed in the Master Plan (see diagram below):

- Post Street Promenade/Post Street Parking Lot Expansion
- Central Plaza/IMAX Meadow/Southern edge of the U.S. Pavilion
- Looff Carrousel relocation/Howard Street Promenade
- Canada Island –
- North Bank Gateway

All trees removed within the Park, related to implementation of the Master Plan 2014 will be replaced within the city limits at a ratio of 1:1.

---

SPO_DEFEXP-WD-000044102

In general, Riverfront Park is overplanted. EXPO '74 was developed at lightning speed and trees were planted with little regard to their long-term health. Parks staff and arborists have been working every year to clear overgrown planting s of trees. Many trees have exposed root structures and are too densely planted. Park staff is working with the Urban Forestry Committee to identify trees that should be preserved at all costs, while balancing the need to better accommodate circulation and new or relocated uses within the Park.

Within the potential tree removal areas, the following trees are prioritized for preservation when possible through Urban Forestry's recommended root protection guidelines:

- London Planes/Sycamores
- Ponderosas and Conifers
- Unique trees (i.e. Americourt, Horse Chestnut, Australian Pine)
- Susie Trees

Urban Forestry recommends removing any Red Maples within the potential tree removal area due to the fact that Maples are highly overplanted as a genus within the city. Red Maples also develop a high surface root structure, damaging surrounding turf and pathways.



AREAS FOR POTENTIAL TREE REMOVAL

Figure 5.9.4A Dashed areas represent areas of Potential Removal

SPO_DEFEXP-WD-000004103

## DISCONTINUED EXISTING PROGRAM USES

Two existing programmatic uses in the Park are recommended to be discontinued or closed—the IMAX Theatre and the amusement park rides under the U.S. Pavilion. The IMAX tower facility is also recommended to be demolished. The Park tour train would remain and be upgraded.

### 6.1 IMAX Theatre

The IMAX Theatre decline began when major improvements (such as adding 3D) to the IMAX were put on hold due to a 10-year (2001-2010) negotiation period with Mobius to build a new science center and new IMAX Theatre on the north bank. The decline began to accelerate once Hollywood films were no longer available in late 2009. Attendance peaked in 2005 at 106,000 visitors. Attendance at the IMAX was made worse by the opening of the IMAX Digital Screen (with 3D capability) at the nearby AMC River Park 20.

The IMAX Theatre attracts families, giant screen followers, tourists and school groups. It offers one of the primary educational experiences within the Park. There is no direct parking access for the theater.

**IMAX Annual Attendance & Revenue:**

|  | 2010 | 2011 | 2012 |
|---|---|---|---|
| Attendance | 45,764 | 47,501 | 36,587 |
| Revenue | 295,000 | 309,300 | 243,900 |
| Expenditures | $602,800 | $653,300 | $586,100 |
| Net Revenue | ($306,900) | ($326,000) | ($342,000) |

**Opportunities:**

- Capitalize on 32 year association with IMAX Brand and the only giant screen in the region
- Located in a well-known city destination
- In line with family-friendly activities of the Park
- Expand 40 minute educational documentaries under a potential brand such as National Geographic with vast multi-platform global media capabilities, marketing support and visiting speakers. No existing competition in Spokane area. Could be funded potentially through Washington STEM. Potential exhibit partnerships around Mobius. Flexibility to show non-National Geographic content.
- Upgrade or lease digital and/or 3D capabilities (IMAX Digital Costs: $1.4 million; Non-IMAX Digital: $400,000) Leasing companies can finance up to 100% of the equipment cost and installation.
- Greater focus group sales, sponsorships online ticketing, convenience charges, facility rentals, private screenings.

SPO_DEFEXP-WD-000041054

- Able to play more successful 'Hollywood' films to play in a delayed release format to help supplement revenue.
- Supported by 53% of stakeholders when asked if digital upgrade to theatre should be considered in RFP Master Plan survey.
- Research conversion to a 4D "Ride" Film (Soaring over the Columbia Bioregion)

**Threats**:
- Difficult to play first run Hollywood films. Digital films are first allocated to commercial enterprises
- Potential for additional commercial IMAX screens coming to the area
- Continuous access to IMAX DMR films is not assured, decided on a film by film basis
- Both Regal Cinemas and River Park Square have joint venture partnerships with IMAX Corp.
- IMAX will not distribute the films it controls to non-IMAX branded cinemas
- Difficult to market a standalone single-screen cinema
- Although parking is currently available less than 300 yards away, Close Parking Access is perceived to be a challenge
- Film medium will no longer be available in 3-5 years
- Rebranding of Theater will require additional marketing funds
- No designated staff as FTE theater manager
- National Geographic asks for 5-year commitment and requires a DCI Compliant Digital System

Based on the substantial revenue losses for the IMAX Theatre in recent years along with the updated proforma scenario for the Theater from Blaze Digital Cinema Works (see Appendix), the Master Plan recommends closing the IMAX Theatre.

**6.2 Amusement Park Rides**

The amusement parks rides were first installed at Riverfront Park in 1978. In 2008, the rides were appraised at $350,000. Many of the rides are showing their age both physically and in popularity. Rides such as the Spincycle, a giant Ferris Wheel, Tremors Rollercoaster and the Panic Plunge, that appeal to a older youth age group are not represented at Riverfront.

The rides attract primarily families with children under 12 and tourists.  Adjacent parking is limited.

**Annual Attendance & Income:**

|              | 2010        | 2011        | 2012        |
|--------------|-------------|-------------|-------------|
| Attendance   | 388,924     | 405,044     | 405,316     |
| Revenue      | $504,100    | $568,500    | $505,500    |
| Expenditures | $546,900    | $602,400    | $663,800    |
| Net Revenue  | ($42,800)   | ($33,900)   | ($158,300)  |

SPO_DEFEXP-WD-000004405

**Opportunities:**
- Work with outside operator to lease space on North Bank to run a more upgraded amusement park facility
- Focus on one high profile ride, such as the newly opened "Seattle Great Wheel"
- Sell existing equipment for revenue
- Upgrade existing Clock Tower or Pavilion to include an observation deck.

**Threats:** Hard to find a private group to run smaller scale amusement park. Value of rides will be declining more quickly in coming years due to age of equipment.

Based on the aging infrastructure of the amusement park rides, cost to upgrade and recent revenue declines, the Master Plan recommends removing the rides from Riverfront Park. The Rides will continue to operate in the interim and during Park construction. Park staff and event planners are encouraged to plan for a "Festival Week" whereby private ride operators could come into the Park annually to host a temporary amusement park.

PROGRAM LISTING

Following is the program document for the Master Plan providing an overview of uses, space requirements, needed adjacencies, requirements of each space and an overall description. Not included are details related to the International Building Code, fire protection systems, engineering criteria, nor proposed structural, mechanical and electrical systems. Green indicates first priority, orange secondary priority and purple final priority.

**Program Listing**
**Riverfront Park Master Plan 2014**

| | | | Existing | Proposed |
|---|---|---|---|---|
| **1.0** | **PARK GROUNDS INFRASTRUCTURE & PLAYGROUNDS** | | | **446,147** |
| | 1.1 | Howard Street Promenade (includes bridge resurfacing) | 35,000 | 50,639 |
| | 1.2 | Improved South Walkways & Locust Lane | 105,132 | |
| | 1.3 | Central Plaza | 20,000 | 80,000 |
| | 1.4 | River Terrace Meadow (Formerly IMAX Building) | | 27,000 |
| | 1.5 | Post Street Promenade | 15,000 | 21,716 |
| | 1.6 | Post Street Meadow (New) | | 12,151 |
| | 1.7 | North Carrousel Meadow (New) | | 15,000 |
| | 1.8 | North Bank Entrance/Plaza/Sports Courts | | 66,250 |
| | 1.9 | South Post Street River Terrace/Overlook | 1,528 | 1,528 |
| | 1.10 | Canada Island River Terrace/Overlook | | 4,000 |
| | 1.11 | North Bank River Terrace/Overlook | 2,728 | |
| | 1.12 | Veteran's Park Terrace/Overlook | 3,500 | |
| | 1.13 | Canada Island Improved Trails | | 18,000 |
| | 1.14 | Regional Playground | | 87,441 |
| | 1.15 | Red Wagon Playground - Toddler Play Equipment | 36,000 | 36,000 |

Riverfront Park Master Plan – 24 October 2014        Page 99

SPO_DEFEXP-WD-000041406

| | | | | |
|---|---|---|---|---|
| **1.16** | **West Havermale Playground/Picnic Area** | | | **26,422** |
| **2.0** | **U.S. Pavilion Event Center/Concert House** | | | **125,884** |
| **2.1** | **U.S. Pavilion/Event Center** | | **NA** | **67,550** |
| | 2.1.1 | Dome Construction/Cover | | 24,000 |
| | 2.2.2 | Pavilion Seating | | 24,000 |
| | 2.2.3 | Ticketing | | 150 |
| | 2.2.4 | Concessions | | 900 |
| | 2.2.5 | Restrooms & Janitor Closet | | 1,000 |
| | 2.2.6 | Pavilion Loading/Unloading/Surface Parking | | 17,500 |
| **2.2** | **Bandshell/Back of House/Stage** | | **NA** | **6,475** |
| | 2.2.1 | - Stage | | 2,400 |
| | 2.2.2 | - Dressing Rooms (4) one including private 3/4 bath | | 800 |
| | 2.2.3 | - Security  Offices (2) | | 300 |
| | 2.2.4 | - Security Control Room/Shared Office | | 600 |
| | 2.2.5 | - Control Room/Multi-Media Office | | 400 |
| | 2.2.6 | - Concert Support Space/Green Room | | 250 |
| | 2.2.7 | Restrooms - Performers (2) | | 300 |
| | 2.2.8 | Production Offices (2) | | 400 |
| | 2.2.7 | - Staff Restrooms & Janitor Closet | | 320 |
| | 2.2.8 | - Circulation | | 705 |
| **2.3** | **Pavilion Stairs/Regrade Entry/Flex Space** | | **NA** | **21,900** |
| **2.4** | **North Pavilion Terrace** | | | **19,000** |
| **2.5** | **Pavilion Administration Building/Food Court** | | **24,039** | **21,939** |
| | | Foyer/Lobby/Arcade Room | 4,543 | |
| | | Mini Golf | 2,762 | |
| | | Mini Golf Storage | 74 | |
| | | Guest Services | 601 | |
| | | Restaurant Kitchen/Catering Kitchen | 608 | 1,000 |
| | | - Food Services Manager | | 200 |
| | | - Assistant Food Supervisor - Concessions | | 150 |
| | | - Chef/Assistant Chef - Catering (2) | | 300 |
| | | Food Services Delivery Area | 180 | |
| | | Food Services Storage | 723 | 200 |
| | | Upper Hospitality Area | 930 | |
| | | Public Restrooms & Janitor Closet | 199 | 800 |
| | | Leasable Restaurant Space/Food Court | | 7,399 |
| | | Offices General | 1,850 | |
| | | - Parks Director | | 450 |
| | | - Parks Executive Officer | | 150 |
| | | - Parks Clerks (3) | | 600 |
| | | - Riverfront Director | | 300 |
| | | -Riverfront Park Director/ Assistant | | 100 |

SPO_DEFEXP-WD-000040187

|  |  |  |  |
|---|---|---|---|
| | - Events Manager | | 200 |
| | - Temp Seasonal Offices | | 600 |
| | - Finance Director | | 300 |
| | - Finance Staff (3) | | 600 |
| | - Payroll | | 300 |
| | - Marketing Manager + Assitant | | 450 |
| | Maintenance Room | 1,515 | |
| | Staff Lunchroom/Kitchen | 579 | 650 |
| | Staff Restrooms | 70 | 200 |
| | Conference Room (4) | 261 | 2,400 |
| | Janitor Storage Room/Closet | 150 | |
| | Security Office | 127 | |
| | Storage | 624 | 350 |
| | Mechanical | 5,941 | 400 |
| | Circulation | 2,302 | 3,840 |
| **2.6** | **IMAX Remodel - Offices/Storage** | **14,495** | **14,495** |
| | IMAX Lobby | 1,727 | |
| | Screen | 1,210 | |
| | Seating | 1,955 | |
| | Concession | 500 | |
| | IMAX Food Service Storage | 425 | |
| | IMAX Projection Booth | 542 | |
| | IMAX Mechanical Room | 190 | 190 |
| | Storage/Garage | 422 | 9,640 |
| | Restroom & Janitor Closet | 359 | 265 |
| | IMAX Janitor Closet | 67 | |
| | Offices General (8) | | 1,200 |
| | Shared Workroom/Maintenance Room | | 1,000 |
| | Conference Room | | 600 |
| | Circulation | 7,098 | 800 |
| | Loading/Unloading (Unconditioned) | 6,135 | |
| **2.7** | **Parks Operations Offices Addition (5 Offices)** | | 800 |
| **3.0** | **LOOFF CARROUSEL** | **9,288** | **18,698** |
| **3.1** | **Entry/Ticketing** | | **100** |
| **3.2** | **Carousel Room** | **6,110** | **8,000** |
| **3.3** | **Party/Event Room (Capacity 50)** | | **1,200** |
| **3.4** | **Party/Event Room (Capacity 20)** | | **450** |
| **3.5** | **Concession** | **220** | **400** |
| **3.6** | **Gift Shop/Office** | **220** | **600** |
| **3.7** | **Restoration Gallery** | | **800** |
| **3.9** | **Office Attractions Manager** | | **200** |
| **3.10** | **Office Shared - Attractions Operators (5)** | | **500** |

SPO_DEFEXP-WD-000040 98

| | | | | |
|---|---|---|---|---:|
| | 3.11 | Offices - Box Office Supervisor/Assistant (2) | | 300 |
| | 3.12 | Offices Shared - Ride Technicians (3.5) | | 200 |
| | 3.13 | Kitchenette | | 75 |
| | 3.14 | Restrooms & Janitor Closet | 220 | 600 |
| | 3.15 | Loading/Unloading | | 50 |
| | 3.16 | Storage | 220 | 200 |
| | 3.17 | Mechanical | | 400 |
| | 3.18 | Vistors Center | | 400 |
| | 3.19 | Looff Gallery (3,000 SF) /Circulation (30%) | | 4,223 |
| **4.0** | **PARKING/IMPROVED ACCESS** | | | **107,875** |
| | 4.1 | North Bank Surface Parking - 154 spaces | | 45,000 |
| | 4.2 | North Bank Parking Garage - Phase II (700+ Stalls) | | 135,000 |
| | 4.3 | Post Street Surface Parking - 113 spaces | | 33,000 |
| | 4.4 | Bosch Lot Surface Parking Upgrade - 125 spaces | | 46,875 |
| | 4.5 | North River Drive Extension | | 28,000 |
| **5.0** | **ICE RINK** | | **18,905** | **24,030** |
| | 5.1 | Rink (185' x 100' - 20' Turn Radius) | 15,725 | 18,500 |
| | 5.2 | Seating Terrace/Perimeter Walk | 2,532 | 1,500 |
| | 5.3 | Ticketing/Skate Rental | 304 | 350 |
| | 5.4 | Party/Event Room (Capacity 30) | 2,489 | 600 |
| | 5.5 | Concessions | 234 | 350 |
| | 5.6 | Restrooms | 234 | 600 |
| | 5.7 | Zambone Storage/Workshop | 255 | 300 |
| | 5.8 | Lockers (60 Existing) | 150 | 200 |
| | 5.9 | Storage - Curling | 80 | 100 |
| | 5.10 | Mechanical | 716 | 600 |
| | 5.11 | Circulation (30%) | | 930 |
| **6.0** | **LEASABLE SHELTERS** | | **9,800** | **16,700** |
| | 6.1 | Forestry Pavilion/East Havermale Island | 4,900 | 4,750 |
| | | 6.1.1 | Main Entrance | | 75 |
| | | 6.1.2 | Coatroom | | 50 |
| | | 6.1.3 | Main Room - Conditioned Space | | 950 |
| | | 6.1.4 | Restrooms & Janitor Closet | 665 | 175 |
| | | 6.1.5 | Dressing Rooms (2) | | 100 |
| | | 6.1.6 | Caterer Area | | 175 |
| | | 6.1.7 | Service Entrance | | 25 |
| | | 6.1.8 | Storage Room | | 200 |
| | | | Circulation | | 500 |
| | | | Shelter - Outdoor Terrace | 4,235 | 2,500 |
| | 6.2 | North Bank Shelter | 4,900 | 8,250 |

SPO_DEFEXP-WD-000041109

| | | | |
|---|---|---|---|
| 6.2.1 | Main Entrance | | 50 |
| 6.2.2 | Coatroom | | 50 |
| 6.2.3 | Main Room - Conditioned Space | | 2,500 |
| 6.2.4 | Stage | | 200 |
| 6.2.5 | Restroom | 1,326 | 300 |
| 6.2.6 | Dressing Rooms (2) | | 200 |
| 6.2.7 | Bar | | 75 |
| 6.2.8 | Caterer Area | | 300 |
| 6.2.9 | Service Entrance | | 50 |
| 6.2.10 | Storage Room | | 450 |
| 6.2.11 | Concessions Window | | 75 |
| | Circulation | | 500 |
| | Shelter - Outdoor Terrace | 5,636 | 3,500 |

| | | | |
|---|---|---|---|
| **7.0** | **SCULPTURE GARDEN** | | **58,375** |
| **8.0** | **CLOCK TOWER VIEWING ACCESS** | **625** | |
| **9.0** | **HAVERMALE LOOP** | | **750,000** |
| **10.0** | **SKATE PARKS/WHEELS FACILITY** | **NA** | **NA** |

**PROGAM CHART**

The program chart below further details the proposed program listing. Adjacencies, functions, and descriptions are included for each space along with general requirements outlining a general material palette and systems needed.

### 8.1 Parks Grounds & Infrastructure

| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| **Howard Street Promenade**<br><br>50,639 SF | - Central Plaza<br>- North Bank Plaza<br>- South Gateway<br>- Post Street Promenade<br>- Conservation Area<br>- Canada Island | An architecturally strong north-south promenade connecting Spokane Falls Boulevard on the south to the Arena and other Park use on the north side | Finished with scored concrete slab and/or pavers at the edges. Material selection should keep in mind long-term durability and maintenance. Care to use slab material near trees to avoid buckling of material. |

SPO_DEFEXP-WD-000041110

| | | | |
|---|---|---|---|
| | | of the river. Three centrally located plazas along the corridor will provide places to gather, celebrate public art and host events. | Landscaped promenade with appropriate furnishings including receptacles, benches, signage and drinking fountains |
| | | | Landscaping should look to LID recommendations regarding native and drought-tolerant plantings. |
| | | | All hardscape outdoor spaces where feasible, should incorporate a geothermal snowmelt system. |
| | | | Upgraded and expanded power and water service throughout. Potential utility tunnel. |
| | | | Power medallions in paving surface for easy vendor access |
| | | | Lighting that accents public walkways and provides safe, clearly defined paths during nighttime hours |
| | | | Clearly defined two-way pathways for bicycles and wheeled vehicles, centrally located, to allow for pedestrians at the edges and near the views. |
| | | | Work to accommodate interpretive signage and banners as needed. |
| **Improved Walkways & Locust Lane** | - Rotary Fountain<br>- Ice Rink/Skyride | All walkways and sidewalks at the | Finished with scored concrete slab and/or pavers at the |

SPO_DEFEXP-WD-000041121

| 105,132 SF (existing) | - Red Wagon Playground<br>- Looff Carrousel<br>- Gondola Meadow | south end of the Park should coordinate and tie-in with overall Park palette and paving materials. | edges. Material selection should keep in mind long-term durability and maintenance. Care to use slab material near trees to avoid buckling of material.<br><br>Landscaped promenade with appropriate furnishings including receptacles, benches, signage and drinking fountains<br><br>Landscaping should look to LID recommendations regarding native and drought-tolerant plantings<br><br>All hardscape outdoor spaces where feasible, should incorporate a geothermal snowmelt system.<br><br>Upgraded and expanded power and water service throughout. Potential utility tunnel.<br><br>Lighting that accents public walkways and provides safe, clearly defined paths during nighttime hours<br><br>Work to accommodate interpretive signage and banners as needed. |
| **Central Plaza**<br><br>80,000 SF | - Howard Street Promenade<br>- U.S. Pavilion<br>- Spokane River | Large central gathering place to adequately host large events such | Largely flat space, slightly sloped space leading to the east that connects visitors to the Pavilion. |

SPO_DEFEXP-WD-000041182

| | - Clocktower Meadow<br>- Conservation Area<br>- Post Street Promenade | as Hoopfest, Pig Out and Bloomsday vendors. Can also accommodate smaller more frequent activities such as a weekly farmers market, arts & crafts fairs, and lunchtime food trucks. | Central piece of public art that pulls visitors in from Howard Street Promenade and Post Street Promenade<br><br>Allow for easy flow through of up to 20,000 people, as well as semi-trucks servicing Pavilion area and events.<br><br>Finished with scored concrete slab and/or pavers at the edges. Material selection should keep in mind long-term durability and maintenance. Care to use slab material near trees to avoid buckling of material.<br><br>All hardscape outdoor spaces where feasible, should incorporate a geothermal snowmelt system.<br><br>Landscaped space with appropriate furnishings including receptacles, benches, signage and drinking fountains<br><br>Landscaping should look to LID recommendations regarding native and drought-tolerant plantings<br><br>Upgraded and expanded power and water service throughout. Potential utility tunnel. |
|---|---|---|---|

SPO_DEFEXP-WD-00004113

| | | | Power medallions in paving surface for easy vendor access

Lighting that accents public walkways and provides safe, clearly defined paths during nighttime hours

Work to accommodate interpretive signage and banners as needed.

Possible Hoop Fest Sculpture near the entrance to the Pavilion. |
| --- | --- | --- | --- |
| **River Terrace Meadow**

27,000 SF | - Central Plaza
- U.S. Pavilion
- Howard Street Promenade | Former lower roof of IMAX theater. Replaced with grass sod to create a river overlook adjacent to the Central Plaza. | Perimeter walkway to prevent damage to grass sod. Could accommodate benches, seating for dining along the edge.

Sloping meadow connecting river overlook area with Central Plaza.

Lighting that accents public walkways and provides safe, clearly defined paths during nighttime hours

Open air stairwell between the River View Meadow and the Pavilion, connects Central Plaza to lower river view area below the Meadow |
| **Post Street Promenade**

21,716 SF | - Huntington Park
- West Havermale Playground
- Ice Rink/Skyride
- Conservation | 40' wide promenade connecting Post Street with the Central Plaza. | Finished with scored concrete slab and/or pavers at the edges. Material selection should keep in mind long-term durability and maintenance. |

SPO_DEFEXP-WD-000041164

| | | Area | Accommodates all major truck, services and emergency vehicle access to the center of the Park. Also accommodates the Centennial Trail.<br><br>Theme Stream Bridge upgraded needed to accommodate fire truck access. | Care to use slab material near trees to avoid buckling of material.<br><br>Landscaped promenade with appropriate furnishings including receptacles, benches, signage and drinking fountains<br><br>Landscaping should look to LID recommendations regarding native and drought-tolerant plantings.<br><br>All hardscape outdoor spaces where feasible, should incorporate a geothermal snowmelt system.<br><br>Lighting that accents public walkways and provides safe, clearly defined paths during nighttime hours |
|---|---|---|---|---|
| **Post Street Meadow**<br><br>12,151 | | - Post Street Promenade<br>- Ice Rink/Skyride | Approximate former location of west end restrooms for the Park proposed to be demolished and accommodated for in new Ice Rink/Skyride facility. | Grass meadow, largely flat. |
| **North Carrousel Meadow**<br><br>15,000 SF | | - Looff Carrousel<br>- Howard Street Promenade | With the relocation of the Carrousel building further to the | Upgrade to existing circular stairs and asphalt open space adjacent to the river. Finished with scored concrete slab |

SPO_DEFEXP-WD-000041165

|  |  | south to accommodate shoreline setbacks, a greater amount of open green space can be provided for adjacent to the river. | and/or pavers at the edges. Material selection should keep in mind long-term durability and maintenance. Care to use slab material near trees to avoid buckling of material.

Landscaped space with appropriate furnishings including receptacles, benches, signage and drinking fountains

Landscaping should look to LID recommendations regarding native and drought-tolerant plantings.

Lighting that accents public walkways and provides safe, clearly defined paths during nighttime hours |
|---|---|---|---|
| **North Bank Entrance/Plaza/ Sports Courts**

66,250 SF | - North Bank Shelter Pavilion
- Regional Playground
- Howard Street Promenade
- North Bank Parking Lot | North gateway into the Park pulling visitors in from Mallon and Howard Street along into the Park along the Howard Street Promenade.

A more recreational plaza/part of the Park overall

Future buildings developed along the north end of the Plaza should face the Plaza and | Central public art piece helps to pull visitors into and through the Park

Potential for partnership with Hoopfest on the development of the Plaza and inclusion of 3-4 Sports Courts to be located within the Plaza

Finished with scored concrete slab and/or pavers at the edges. Material selection should keep in mind long-term durability and maintenance. Care to use slab material near trees to avoid buckling of material. |

SPO_DEFEXP-WD-000041176

| | | open to the Plaza as much as possible through outdoor terraces, cafes, entrances, etc. | Landscaped space with appropriate furnishings including receptacles, benches, signage and drinking fountains

Landscaping should look to LID recommendations regarding native and drought-tolerant plantings

All hardscape outdoor spaces where feasible, should incorporate a geothermal snowmelt system.

Upgraded and expanded power and water service throughout

Power medallions in paving surface for easy vendor access

Lighting that accents public walkways and provides safe, clearly defined paths during nighttime hours

Work to accommodate interpretive signage and banners as needed. |
|---|---|---|---|
| **South Post Street River Terrace/Overlook**

1,528 SF | - Post Street Parking Lot
- West Havermale Playground | Upgrade to existing sheltered overlook. Existing shelter to be removed and open up views and access to the terrace. | Materials and landscaping, lighting, furnishings and signage to tie-in with overall Park branding and style selection.

Seating to accommodate both viewing the river as well as dining along the river, i.e. |

SPO_DEFEXP-WD-000041167

| | | | picnic benches. |
|---|---|---|---|
| **Canada Island River Terrace/Overlook**<br><br>4,000 SF | - Canada Island trails<br>- Howard Street Promenade | Upgrade to existing sheltered overlook. Existing shelter to be removed and open up views and access to the terrace. | Materials and landscaping, lighting, furnishings and signage to tie-in with overall Park branding and style selection.<br><br>Seating to accommodate both viewing the river as well as dining along the river, i.e. picnic benches. |
| **North Bank River Terrace/Overlook**<br><br>2,728 SF | - Mallon Street<br>- Suspension Bridges | A new river terrace overlook in the location of existing storage buildings on Canada Island (remnants of EXPO). Storage units to be demolished. | Materials and landscaping, lighting, furnishings and signage to tie-in with overall Park branding and style selection.<br><br>Seating to accommodate both viewing the river as well as dining along the river, i.e. picnic benches. |
| **Veteran's Park Terrace/Overlook**<br><br>3,500 SF | - Bridge Street<br>- Centennial Trail<br>- Bosch Parking Lot | Upgrade to existing sheltered overlook. Existing shelter to be removed and open up views and access to the terrace. | Materials and landscaping, lighting, furnishings and signage to tie-in with overall Park branding and style selection.<br><br>Seating to accommodate both viewing the river as well as dining along the river, i.e. picnic benches. |
| **Canada Island Improved Trails**<br><br>18,000 SF | - Howard Street Promenade<br>- Suspension Bridges | Perimeter trails to replace the largely internal trail system to the island. | New perimeter trails to increase viewing access to the river.<br><br>Future uses of Canada Island to be recommended by Spokane Tribal Heritage |

SPO_DEFEXP-WD-000041118

| | | | Committee. |
|---|---|---|---|
| **Regional Playground**<br><br>87,441 SF | - North bank Parking Lot<br>- North Bank Shelter Pavilion | One to one and a half acre playground depicting through landscape, built form and signage the story and history of the Ice Age Floods. | Perimeter fenced playground with internal uses, art and play areas including<br><br>Restroom access via adjacent North Bank Shelter Pavilion<br><br>Park Concessions access potentially via adjacent North Bank Shelter Pavilion |
| **Red Wagon Playground**<br><br>36,000 SF | - Looff Carrousel | Expanded existing playground to accommodate toddler equipment and possible greater seating for parents, etc. | Specific uses to be recommended by Family Use & Accessibility Committee |
| **West Havermale Playground**<br><br>26,422 SF | - Post Street Promenade<br>- Post Street Parking Lot<br>- Conservation Area | Expand existing playground to accommodate additional play equipment and possible "Yellow Tricycle" interactive art piece. | Specific uses to be recommended by Family Use & Accessibility Committee |

SPO_DEFEXP-WD-000004409

## 8.2 U.S. Pavilion Event Center



Figure 8.2A Conceptual Space Plan for Proposed Event Center at U.S. Pavilion

| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| Dome Construction/Cover | - U.S. Pavilion | Further study needed to determine viability of a kinetic dome to be located within the framework of the U.S. Pavilion cable structure.<br><br>Other options to consider would be a recover of existing cable structure while more straightforward | If dome roofing is explored as projection surface, a 30 degree tilt from flat provides an optimum viewing experience.<br><br>For projections, studies should be completed on cross-bounce within the covering to limit washing out image projections.<br><br>With conventional projection technique, images will be visible only after dark. LED can offer 24-hour image projection but is costly. |

SPO_DEFEXP-WD-000042

| | | may not allow for optimal projection surfaces due to roof slope. | Wind shear should be studied through the Pavilion main area. Strong wind shear can be problematic for concert venues.<br><br>Acoustical considerations throughout. Potential considerations for space accommodating Spokane Symphony. |
|---|---|---|---|
| **Pavilion Seating**<br><br>24,000 SF | - Restrooms<br>- Concessions<br>- Bandshell/Stage<br>- Ticketing | Amphitheater seating to provide for maximum seating capacity within the Pavilion.<br><br>Seating range between 2200 and 3500 optimally.<br><br>Area able to be programmed for large outdoor events/concerts<br><br>Both movies and concerts held in the Event Center | Investigate flexible seating combination including Orchestra, Fixed and possibly terraced lawn area.<br><br>Orchestra area would be large enough for Hoopfest center court game.<br><br>Provide required ADA seating and access<br><br>Provide clear access to garage underneath raised seating for truck loading, unloading and truck parking for events. Truck access would be via Central Plaza.<br><br>Investigate possible connection to Havermale running loop through the Pavilion, and River Viewing platform accessible to the public |
| **Ticketing**<br><br>150 SF | - Pavilion Seating<br>- Concessions<br>- Restrooms | Secured ticketing areas (2) | Ticket areas would need to allow for technology to scan tickets at gate<br><br>Provide enclosed area for staff seating, desk and cash |

SPO_DEFEXP-WD-000004221

| | | | register. |
|---|---|---|---|
| | | | Ticket and informational window |
| **Concessions**<br><br>900 SF | - Pavilion Seating<br>- Restrooms<br>- Ticketing | Counter access only concession areas (2) within secured ticketed area of amphitheater. | Equipment as needed for popcorn, microwave, soda pop dispenser, refrigeration and storage of supplies<br><br>Front counter for orders, cash register<br><br>Glass front display for food items.<br><br>Back counter with prep sink, popcorn maker, soda machine, etc.<br><br>Wall for signage/prices<br><br>Queuing area<br><br>Surfaces and materials easily cleaned and maintained |
| **Restrooms & Janitor Closet**<br><br>1,000 SF | - Pavilion Seating<br>- Concessions<br>- Ticketing | ADA restrooms for men, women and families as required by IBC. | Located within secured/admissions area |
| **Pavilion Loading/Unloading**<br><br>17,500 SF | - Band Shell/Stage<br>- Pavilion Seating | Storage area for loading and unloading for events. To be located under Pavilion seating. | Easily allow for egress of up to three semi-trucks/tour buses and 3 smaller trailers |
| **Stage (PHASE II)**<br><br>2,400 SF | - Pavilion Seating<br>- Dressing Rooms<br>- Security Office<br>- Control/Multi-Media Office | During Phase I maintain as a flat flexible space for custom stages. | Stage size:<br>45'x 35'<br><br>Need protection from heat/sun |

SPO_DEFEXP-WD-000004232

| | | Substantial outdoor staging Potential for bandshell/back of house to be a "wow factor" element within the Park and as visitors enter the U.S. Pavilion. Could be approached as a sculptural piece rather than utilitarian. Form could look to native American cultural and tribal influences. Evocative of "central gathering place" for the region. | Substantial power and networking capabilities<br><br>Lighting Grid above stage. Could be suspended from Pavilion Roofing<br><br>Ability to hang curtains, and support sound system, acoustical study needed<br><br>Material selection should pay attention to potential deterioration by native animals (marmots, skunks, porcupines, etc.) |
|---|---|---|---|
| **Dressing Rooms (4)**<br>**One including adjacent ¾ bathroom**<br><br>800 SF | - Located within back of house at Stage/Bandshell | Dressing rooms to accommodate performers. | Secured path to and from Stage<br><br>High quality materials.<br><br>Lighted mirror, vanity area<br><br>Couches, sitting areas and directly adjacent private restroom for each dressing room. Restrooms to include shower. |
| **Security Offices**<br><br>300 SF | - Located within back of house at Stage/Bandshell | Central Park offices for management security staff | Desk/table, chairs and computer workstation for each office<br><br>File cabinets, storage shelving<br><br>Small seating/conference area in each office |

SPO_DEFEXP-WD-000442̲3̲

| | | | Natural ventilation and daylight |
|---|---|---|---|
| **Security Control Room/Shared Office**<br><br>600 SF | - Located within back of house at Stage/Bandshell | Central Park surveillance room with shared office space | Storage shelving, file cabinets, and countertop space<br><br>Casework to accommodate a surveillance screens and related computers<br><br>Space for copy machine, and other typical office equipment |
| **Control Room/Multi-Media Office**<br><br>400 SF | - Located within back of house at Stage/Bandshell | Central control room for all sound and light projections related to the U.S. Pavilion | Storage shelving, and countertop space<br><br>Casework to accommodate a surveillance screens and related computers |
| **Concert Support Space/Green Room**<br><br>250 SF | - Dressing Rooms | Support space for performers. | Dining area with tables and chairs<br><br>Adjacent, small catering kitchen<br><br>Comfortable furnishings<br><br>High quality materials. |
| **Restrooms – Performers (2)**<br><br>300 SF | - Dressing Rooms<br>- Green Room | Restroom for Performers | Lighted Vanity mirror<br><br>Durable materials<br><br>ADA Accessible |
| **Production Offices (2)**<br><br>400 SF | - Green Room<br>- Stage<br>- Pavilion Seating<br>- Ticketing | Two offices one for Event Management staff, the other for visiting Concert Promoter | |

SPO_DEFEXP-WD-000041254

| Restrooms (Staff) & Janitor Closet<br><br>320 SF | - Offices | ADA restrooms for men, women and families as required by IBC. | Durable materials |
|---|---|---|---|
| **Pavilion Stairs/Regrade Entry/Flex Space**<br><br>21,900 SF | - Central Plaza<br>- Administration Building | Support space for concerts, Trade shows, temporary art installations and spillover from Pavilion seating area. Not in secured area. | Upgraded and expanded power and water service throughout.<br><br>Power medallions in paving surface for easy vendor access<br><br>Potential to accommodate four interactive towers within Flex Space that tell the history and current story of Spokane including EXPO. |
| **North Pavilion Terrace**<br><br>19,000 SF | - U.S. Pavilion<br>- Leasable Restaurant Space (Administration Building) | Landscaped terraced space that overlooks the Spokane River.  Can accommodate spillover outdoor seating from adjacent leasable space (i.e. restaurants or food court) | Finished with scored concrete slab and/or pavers at the edges. Material selection should keep in mind long-term durability and maintenance. Care to use slab material near trees to avoid buckling of material.<br><br>Outdoor table, chairs and sun umbrellas<br><br>Portable outdoor heaters<br><br>Exterior misting system<br><br>Perimeter landscaping should look to LID recommendations regarding native and drought-tolerant plantings |

SPO_DEFEXP-WD-000014285



| Pavilion Administration – Restaurant/Catering Kitchen

1,000 SF | - Staff Lunchroom<br>- Restrooms<br>- Foyer | Working commercial kitchen where all food is prepared for resale within the Park at designated Concession areas, as well as food service for catered events | Commercial grade equipment, appliances and IBC and Health District requirements<br><br>Ventilation systems<br><br>Natural lighting |
|---|---|---|---|
| Pavilion Administration - Food Service Offices (3)

650 SF

Office space for the following:

- Food Service Manager
- Assistant Food Supervisor
- Concessions-Chef | - Pavilion Administration – Restaurant/Catering Kitchen<br>- Pavilion Administration – Food Services Storage<br>- Pavilion Administration – Leasable Restaurant Space/Food Court (4) | Office space for three food service support staff.

Food Service Manager office slightly larger to accommodate small conference table. | Private Offices

Desk/table, chairs and computer workstation for each office

File cabinets, storage shelving

Natural ventilation and daylight |

SPO_DEFEXP-WD-000004476

| Assistant Chef | | | |
|---|---|---|---|
| **Pavilion Administration – Food Services Storage & Delivery Area**<br><br>200 SF | - Exterior Loading/Unloading<br>- Pavilion Administration – Restaurant/Catering Kitchen<br>- Pavilion Administration – Leasable Restaurant Space/Food Court (4)<br>- Pavilion Administration – Food Services Offices | Storage for both dry food and refrigerated.<br><br>Space for loading and unloading large shipments of produce, meats and grains. | Open and closed areas of adjustable shelving. Food to be secured.<br><br>Walk-In Refrigerator, Freezer<br><br>Adequate ventilation and lighting |
| **Pavilion Administration – Restrooms for Food Court & Janitor Closet**<br><br>800 SF | - Entry/Foyer<br>- Pavilion Administration – Restaurant & Catering Kitchen | ADA restrooms for men, women and families as required by IBC.<br><br>Restroom to support public visiting adjacent Restaurant/Food Court | Durable Materials. |
| **Pavilion Administration – Leasable Restaurant Space/Food Court (4)**<br><br>7,399 SF | - Entry/Foyer<br>- Connection to exterior dining.<br>- Pavilion Administration – Food Services Offices<br>- Pavilion Administration- Food Services Storage & Delivery. | Open flexible space to be leased for possible single use restaurant highlighting regional food or rotating, seasonal Food Court highlighting various local businesses.<br><br>Occupies northern, main floor portion | Needs will vary depending on development option. |

SPO_DEFEXP-WD-000004287

| | | | |
|---|---|---|---|
| | | of existing Pavilion Administration Building. | |
| **Pavilion Administration –Parks Offices** | - Parks Director<br>- Parks Exec Officer<br>- Parks Clerks (3)<br>- Riverfront Director & Assistant<br>- Events Manager?<br>- Temp Seasonal Offices<br>- Finance Director<br>- Finance Staff (3)<br>- Payroll<br>- Marketing Manager & Assistant | Consolidate all City Hall and Riverfront Park staff in this location with the exception of Recreation and Urban Forestry & Recreation staff to be relocated to Park Ops. | Private offices for Parks Director, Parks Exec Officer, Riverfront Director, Events Manager, Finance Director and Marketing Manager.<br><br>Remaining offices to be open.<br><br>Offices to include desk, chair, computer workstation.<br><br>Book shelves<br><br>File Cabinets<br><br>Including front reception area and reception desk/counter<br><br>Bulletin Board<br><br>Coat Closet<br><br>Natural Light and ventilation |
| **Staff Lunchroom & Kitchen**<br><br>650 SF | - Staff Restrooms & Janitor Closet<br>- Administrative and Park Maintenance Offices | Lunchroom for all Administrative, Maintenance and Temp Seasonal Staff | Sink and countertop space<br><br>Surrounding cabinets to accommodate microwave, refrigerator, coffee maker and dishwasher.<br><br>Storage for plates, utensils, etc.<br><br>Tables and chairs for dining<br><br>Locker area for temp seasonals to store personal belongings and coats,etc. |
| **Staff Restrooms**<br><br>150 SF | - Staff Lunchroom & Kitchen<br>- Administrative | ADA restrooms for men, women and families as required | Durable materials |

SPO_DEFEXP-WD-000044238

| | | | |
|---|---|---|---|
| | Offices | by IBC. | |
| **Conference Rooms (4)** 2,400 SF Conference Room (1) - Large (30 People) Conference Rooms (3) – Small (8 people) | - Administrative Offices | Four Centrally located meeting rooms Large Conference Room accommodates committee Park Board Meetings | Central conference table seating as required. Comfortable seating Centrally and perimeter located Phone jacks Large Conference Room accommodates seating at the perimeter for public meetings Large conference room has small counter space for food serving. Small sink. Cabinets. A/V , Video Projection Screen Large Conference Room includes podium, computer workstation Pin up space at perimeter walls |
| **Storage** 200 SF | - Administrative Offices | Archival storage of files | Open shelving and file cabinets |
| **Facility Maintenance Storage/Garage** 9,640 SF | - Maintenance Offices | Occupies base floor of existing IMAX building. Remodeled space. | |
| **Staff Restrooms (2) & Janitor Closet** 265 SF | - Facility Maintenance Offices - Facility Maintenance Workroom - Facility Maintenance Storage/Garage | Occupies base floor of existing IMAX building. Remodeled space ADA restrooms for men, women and families as required | Durable Materials |

Riverfront Park Master Plan – 24 October 2014                    Page 122

SPO_DEFEXP-WD-000044399

| | | by IBC. | |
|---|---|---|---|
| **Facility Maintenance Offices (8)**<br><br>1,200 SF | - Staff Restrooms<br>- Facility Maintenance Storage/Garage<br>- Staff Lunchroom & Kitchen<br>- Facility Maintenance Conference Room | Occupies base floor of existing IMAX building.<br><br>Remodeled space | Open offices with steelcase or similar office system<br><br>Desk, computer workstation, chairs<br><br>File cabinets<br><br>Shelving<br><br>Natural light through skylights |
| **Facility Maintenance Workroom Room**<br><br>1,000 SF | - Facility Maintenance Storage/Garage | Occupies base floor of existing IMAX building.<br><br>Remodeled space<br><br>Carpentry room for maintenance staff | Workbenches<br><br>Electrical needs for appropriate power tools<br><br>Cabinet storage for tools<br><br>Appropriate work lighting |
| **Facility Maintenance Conference Room**<br><br>600 SF | - Facility Maintenance Offices | Occupies base floor of existing IMAX building.<br><br>Remodeled space Small meeting area for Maintenance staff | Conference Table, durable chairs<br><br>Pin-up space |

SPO_DEFEXP-WD-000443 0

### 8.4 Looff Carrousel



| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| **Entry/Ticketing**<br><br>100 SF | - Carrousel Room<br>- Concessions<br>- Restrooms | Entrance to Carrousel building. Clear visibility into Carrousel Room<br><br>Connects public exterior space with Carrousel inside | Ticketing area should have room for counter, seating, safe and chair<br><br>Hard floor surfaces<br><br>Adequate lighting<br><br>Entry vestibule to protect Carrousel room from direct blasts from exterior weather.<br><br>Ticket and informational window<br><br>Materials on all south channel buildings to look to palette established by Fountain Café:<br>- Native smooth basalt, naturally formed with dark grey mortar<br>- Steel skinned exterior wall panels & trim, field |

SPO_DEFEXP-WD-000443

| | | | painted dark brown |
|---|---|---|---|
| **Carrousel Room**<br><br>8,000 SF | - Concessions<br>- Party Event Room<br>- Restrooms | Large, open space, potentially with clearstory windows for air circulation during warmer months.<br><br>Lots of natural daylight and views into Park and downtown | UV protection in windows with minimal exterior darkening.<br><br>Hard floor surfaces<br><br>Less wood throughout. Wood soaks up humidity, damaging wood carvings.<br><br>Could incorporate potentially copper roof tile in interior, reminiscent of previous building<br><br>Space for queuing up to 700 individuals<br><br>Bench seating at the perimeter for viewing<br><br>Acoustical considerations |
| **Party Event Room 1**<br>(Capacity 50)<br><br>1,200 SF | - Carrousel Room<br>- Restrooms<br>- Shared storage closet with Party Event Room 2 | Flexible entertaining space for up to 50 individuals. | Warm, inviting daylit space<br><br>Can open up to Carrousel room for spill-over<br><br>Carpeted<br><br>Kitchenette/Catering Kitchen<br><br>Adjacent storage closet for tables, chairs<br><br>AV Equipment for videos and music |
| **Party Event Room 2** | - Carrousel Room | Flexible | Warm, inviting daylit space |

SPO_DEFEXP-WD-000004432

| (Capacity 20) 450 SF | - Restrooms<br>- Shared storage closet with Party Event Room 1 | entertaining space for up to 20 individuals. | Carpeted space<br><br>Kitchenette/Catering Kitchen<br><br>Adjacent storage closet for tables, chairs<br><br>AV Equipment for videos and music |
|---|---|---|---|
| **Concessions** 400 SF | - Carrousel Room<br>- Restrooms | Concessions counter that supports Carrousel visitors. | Equipment as needed for popcorn, microwave, soda pop dispenser, refrigeration and storage of supplies<br><br>Front counter for orders, cash register<br><br>Glass front display for food items.<br><br>Back counter with prep sink, popcorn maker, soda machine, etc.<br><br>Wall for signage/prices<br><br>Queuing area<br><br>Surfaces and materials easily cleaned and maintained |
| **Gift Shop/Office** 600 SF | - Entry/Ticketing<br>- Restoration Gallery<br>- Looff Museum<br>- Carrousel Room | Shop to sell Park, Spokane and Carrousel related memorabilia. | Merchandise display area, check out counter with cash register and back office.<br><br>Develop retail specific components around the Park and Carrousel to sell in Gift Shop. |

SPO_DEFEXP-WD-000441333

| Restoration Gallery 800 SF | - Entry Ticketing<br>- Restrooms | Gallery to view restoration work being regularly completed on wood carvings.<br><br>Direct views from outside and Carrousel Room into Gallery.<br><br>Participants would not enter room but would view work from either a platform or windows. | Work area<br><br>Counter, wet area for paints, supplies and cleanup<br><br>Space to accommodate a desk<br><br>Pin up space |
|---|---|---|---|
| **Offices** 600 SF<br><br>Attractions Manager<br><br>Attractions Operators (5) Shared<br><br>Box Officer Supervisor/Assistant (2)<br><br>Ride Technicians (3.5) Shared | - Kitchenette | Offices for staff. | Desks, file cabinets and other storage needs<br><br>Carpeted space<br><br>Adequate lighting |
| **Kitchenette** 75 SF | - Offices | Support space for staff for lunches, etc. | Small space to accommodate lunch preparation<br><br>Space for refrigerator, microwave, sink and counter space for coffee, water, etc.<br><br>Cabinets for dishes, etc. |

SPO_DEFEXP-WD-000044354

| Restrooms & Janitor Closet<br><br>600 SF | - Entry/Ticketing<br>- Carrousel Room<br>- Party Event Rooms<br>- Concessions | ADA restrooms for men, women and families as required by IBC. | Efficient layout. Materials to compliment overall design of Carrousel.<br><br>ADA Accessible |
|---|---|---|---|
| Loading/Unloading<br><br>50 SF | - Offices | Small loading dock with either overhead doors or double doors to load and unload food, museum exhibition materials, supplies. | Hard surfaces<br><br>Storage shelves |
| Storage<br><br>200 SF | - Loading/Unloading<br>- Offices | Accommodates both archival and temporary storage | Open, adjustable shelves<br><br>File Cabinets |
| Looff Queuing Museum<br><br>3,000 SF | - Entry/Ticketing<br>- Carrousel Room | A professionally designed permanent exhibit. Museum showcasing the work and artifacts of Charles Looff and the Spokane Looff Carrousel | Details determined during design.<br><br>Museum located in wide queuing hallway. |
| Visitors Center<br><br>400 SF | - Entry/Ticketing | Small tourist information center staffed by Visit Spokane. | Counter area and staff desk<br><br>Material display area<br><br>Adequate lighting |

### 8.5 Parking/Improved Access

| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| North Bank Surface Parking<br><br>45,000 SF | - Regional Playground<br>- Bus Turnaround and Drop-off<br>- North Bank Event Shelter | Surface parking lot | Paved, lined parking lot with required grassy swales and landscaping.<br><br>Kiosk area for ticket purchases. |

SPO_DEFEXP-WD-000435

| | | | |
|---|---|---|---|
| | - Pavilion<br>- North Bank Plaza | | |
| **North Bank Parking Garage – Phase II**<br>(700+ Stalls)<br><br>135,000 SF | - Regional Playground<br>- Bus Turnaround and Drop-off<br>- North Bank Event Shelter Pavilion<br>- North Bank Plaza | Same location as North Bank Surface Parking lot. Needs to be researched through possible public/private development | Mixed used development incorporating 5+ floors of parking.<br><br>Kiosk area for ticket purchases. |
| **Post Street Surface Parking**<br>(113 Spaces)<br><br>33,000 SF | - West Havermale Playground<br>- Ice Rink/Skyride<br>- Post Street Promenade | Surface Parking lot with possible drop off loop for visitors | Paved, lined parking lot with required grassy swales and landscaping.<br><br>Kiosk area for ticket purchases. |
| **Bosch Lot Surface Parking Upgrade**<br>(125 Spaces)<br><br>46,875 SF | - Veterans Park | Surface Parking lot with possible drop off loop for visitors | Paved, lined parking lot with required grassy swales and landscaping.<br><br>Kiosk area for ticket purchases. |
| **North River Drive Extension**<br><br>28,000 SF | - North Bank Parking Lot<br>- Regional Playground<br>- North Bank Event Shelter/Pavilion | Surface Parking lot with possible drop off loop for visitors | Street extension from Washington Street. |

SPO_DEFEXP-WD-000004436

**8.6 Ice Rink**



| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| **Ice Skating Rink**<br><br>18,500 SF | -  Skyride<br>-  Locust Lane<br>-  Post Street Promenade<br>-  SF Blvd<br>-  Fountain Café | Not a hockey sized rink<br><br>Accommodates only recreational skating.<br><br>Summer space could convert to outdoor restaurant, beer garden | Approximate size 60' x 120' (28,000 sf)<br><br>Ice Rink will not be covered<br><br>Perimeter fencing that matches overall<br><br>Materials on all south channel buildings to look to palette established by Fountain Café:<br>-  Native smooth basalt, naturally formed with dark grey mortar<br>-  Steel skinned exterior wall panels & trim, field painted dark brown |
| **Seating** | -  Ice Skating Rink | Perimeter walk and | Finished with scored concrete |

SPO_DEFEXP-WD-000044137

| Terrace/Perimeter Walk<br><br>1,500 SF | - Concessions<br>- Restrooms<br>- Skate Rental/Ticketing | terrace area surrounding ice rink for passive viewing and dining area adjacent to interior concessions area. | slab and/or pavers at the edges.<br><br>Material selection should keep in mind long-term durability and maintenance. Care to use slab material near trees to avoid buckling of material.<br><br>Landscaped space with appropriate furnishings including receptacles, benches, signage and drinking fountains<br><br>Landscaping should look to LID recommendations regarding native and drought-tolerant plantings |
|---|---|---|---|
| Ticketing/Skate Rental<br><br>350 SF | - Ice Skating Rink<br>- Seating Terrace/Perimeter Walk | Ticketing and Skate Rental area adjacent to Ice Skating Rink. Also provide ticketing for Skyride | Counter space<br><br>Back storage area for Skates<br><br>Cash register<br><br>Seating for staff<br><br>Adjacent skate repair table<br><br>Clear queuing for ticketing versus skate rental |
| Party/Event Room<br><br>(Capacity 30)<br><br>600 SF | - Concessions<br>- Restrooms | Flexible entertaining space for up to 30 individuals. | Warm, inviting daylit space<br><br>Carpeted space with adjacent storage closet to store additional tables and chairs<br><br>Kitchenette/Catering Kitchen |

SPO_DEFEXP-WD-000041438

|  |  |  | AV Equipment for videos and music |
|---|---|---|---|
| **Concessions**<br><br>350 SF | - Seating Terrace /Perimeter Walk<br>- Restrooms<br>- Ice Skating Rink<br>- Party/ Event Room | Concessions counter that supports Ice Rink and Skyride visitors. | Equipment as needed for popcorn, microwave, soda pop dispenser, refrigeration and storage of supplies<br><br>Front counter for orders, cash register<br><br>Glass front display for food items.<br><br>Back counter with prep sink, popcorn maker, soda machine, etc.<br><br>Wall for signage/prices<br><br>Queuing area<br><br>Surfaces and materials easily cleaned and maintained |
| **Restrooms & Janitor Closet**<br><br>600 SF | - Concessions<br>- Party/Event Room<br>- Ice Skating Rink | ADA restrooms for men, women and families as required by IBC. | Durable Materials |
| **Zambone Garage/Workshop**<br><br>300 SF | - Ice Skating Rink | Garage for Zambone Storage with adjacent workshop for needed repairs | Workshop room to have workshop bench, tools storage<br><br>Adequate lighting<br><br>Water source<br><br>Note height, width and depth dimension of existing Park Zambone |
| **Locker Area** | - Ticketing/Skate | Space for 60 small | 60 lockers |

SPO_DEFEXP-WD-000004199

| | | | |
|---|---|---|---|
| 200 SF | Rental | cubby lockers and adjacent bench seating for changing. | Bench seating<br><br>Durable materials, rubber matting for skates |

**8.7 Leasable Shelters (North Bank & East Havermale)**



| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| **Main Entrance** | - Coatroom<br>- Main Entrance | Welcoming area<br>Clearly visible from exterior | Durable materials<br><br>Natural lighting |
| **Coatroom** | Main Entrance | Check in counter and/or access to coat room by guests<br><br>Back coat area | Hanging space<br><br>Minimal Locker storage for purses, bags, etc. if unattended<br>Store coats of guests |

SPO_DEFEXP-WD-000074140

| Main Room | - Caterer Area<br>- Terrace<br>- Storage Room | Event Space: Able to host a variety of private events from weddings to corporate presentation. | Video projector and wide screen<br><br>Flexible Space<br><br>High Ceilings<br><br>Views to Park<br><br>High quality finishes |
|---|---|---|---|
| Stage (North Bank only) | Stage area located within Main Room | Disc Jockey area/Live music For formal presentations, bands, disc jockey, etc. | Moveable or permanent. If moveable needs adjacent storage area.<br><br>Adequate power supply |
| Restrooms & Janitor Closet | Main Entrance | Appropriately styled restrooms for formal and informal events | As required by IBC.<br><br>Dressing Room Component for Bridal Party. |
| Bar – North Bank Only | Main Room<br>Caterer Area<br>Restrooms | Bar area for service of beer, wine and cocktails | Counter space with back bar, display shelving, cabinet space<br><br>Sink<br><br>Cash register<br><br>Bar seating |
| Caterer Area | Main Room<br>Bar<br>Service Entrance | Meets code requirements Prep kitchen for Caterers to stage food prep and serving | Large counter area<br>Refrigerator<br>Freezer<br>Ice-Making Machine |
| Service Entrance | Caterer Area | | Ability to service trucks to pull up and easily unload food, linens, band equipment for events. |

SPO_DEFEXP-WD-000074141

| Storage Room | Main Room | Storage for all chairs and tables needed for event facility.<br><br>Storage for linens, lighting, av and audio equipment, and outdoor heating elements. | Easily accessible space or spaces |
| Outdoor Terrace | Main Room<br>Caterer Area | Garden Furniture<br><br>Fenced area from open public access, allows for alcohol outside at events | View of the River<br><br>Some shade, wind and rain protection<br><br>Hardscape for tables/chairs<br><br>Exterior lighting and heat accommodations<br><br>Extension of Main Room for event overflow and outdoor events on their own |

### 8.8 Sculpture Garden

| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| East Havermale Sculpture Garden | - U.S. Pavilion<br>- Lilac Bowl | Terraced Sculpture Garden highlighting 5-8 regional artists.<br><br>Could be integrated with stormwater collection from the U.S. Pavilion | Pathways, possibly Sun Path, that provide for a optimum walking tour of east Havermale and the incorporated art.<br><br>Visitor experience paramount while maintaining park-like natural setting. |

SPO_DEFEXP-WD-000004142

### 8.9 Clock Tower Viewing Access

| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| **Clock Tower** | - Clock Tower Meadow<br>- Central Plaza | Public access to climb the stairs to the historic clock mechanism and a viewing tower near the top of the Clock Tower. | Visitor experience could include a designed exhibit enroute to the viewing platform could tell the story of the railroad history on Havermale island.<br><br>Small ticketing/checkout area at entry along with small retail space displaying merchandise available for sale. |

### 8.10    Havermale Loop

| Function | Adjacencies | Description | Requirements |
|---|---|---|---|
| **Havermale Loop** | - U.S. Pavilion<br>- East Havermale Sculpture Garden<br>- Clock Tower<br>- Central Plaza<br>- Conservation Area | Circular running loop around Havermale island and linking through the Pavilion, behind the amphitheater seating | Research possible gravel paths for portions of the trail, to optimize running experience.<br><br>Also needs to accommodate cyclists, and boarders. |

### 8.11    Skate Park Wheels Facility

| Function | Area | Description | Requirements |
|---|---|---|---|
| **Carnation Garage Wheels Facility** | - Upper North Bank Plaza<br>- Proposed SRSC Field House | Adaptive reuse of historic brick warehouse into indoor/outdoor wheels facility that is partially covered. | Pay to Play- supervised facility.<br><br>Needs adaptive reuse study of feasibility of locating wheels facility within existing building along with adjacent |

SPO_DEFEXP-WD-000041143

|  |  |  | properties. |
|--|--|--|------------|
|  |  |  |  |

## PUBLIC - PRIVATE DEVELOPMENT OPPORTUNITIES

### 8.1 Field House

The Spokane Regional Sports Commission along the Spokane County Parks are looking to develop a 80,000 to 100,000 square foot Field House on the north bank of Riverfront Park. The Sports Commission has entered into an agreement with the Spokane Park Board to continue to study a portion of the north bank for potential future development. No agreements have been made in regard to land purchase or lease from the City Parks and Recreation Division for a Field House.

### 8.2 Climbing Gym

A private developer has been in discussions with Park staff regarding a long-term lease on the north bank for a potential 20,000 square foot internationally scaled climbing gym, able to attract regional and national climbing competitions. The developer has developed a business plan and is in the process of raising capital.

### 8.3 Destination Ride

The RFP Master Plan 2014 Advisory Committee recommended that the Park explore a privately run destination ride on the north bank such as a giant Ferris Wheel or viewing tower. The Spokane Park Board and City staff will continue to explore these opportunities as the north bank is further developed.

### 8.4 Mixed Use Parking Garage/Condominiums

The Spokane Park Board is interested in exploring the potential of a public – private mixed use development incorporating a parking structure where the proposed surface parking now exists in the Plan. As a new Park is developed, parking will be an increasing need. A new parking structure could house over 700 cars and provide parking for condominiums above.

### 8.5 Restaurant

The RFP Master Plan 2014 Advisory Committee supported the development of a privately-run destination restaurant to be located within the Park. Park staff has started researching this enterprise with area chefs and restaurant owners.

## VISION 2020

A new Riverfront Park should connect us—linking north and south, bringing the community together at the River and providing meeting and event places that celebrate our history, bioregion and people.

SPO_DEFEXP-WD-000041464

Following are a series of conceptual designs for the Master Plan. These are not final designs for the Park. Once funding is secured, the Parks and Recreation Division will enter into a formal selection process for all consultants.

## 9.1 Howard Street Promenade



Figure 9.1A Conceptual drawing of the Howard Street Promenade

Well-lit, expanded walkway from the Rotary Fountain to the Blue Bridge to the Arena

The Howard Street Promenade aims to be a strong architectural and visual connection through the Park, leading visitors to the center of the Park and to the Spokane River gorge.

The proposed tree-lined Promenade easily accommodates both pedestrian and bicycle traffic, celebrates regional artists, local materials and plantings, and accommodates local vendors ranging from food trucks to market stalls. The Howard Street Promenade along with the Central Plaza on Havermale becomes the town square for our region.

## 9.2 Central Plaza

SPO_DEFEXP-WD-000074145



Figure 9.2A Conceptual drawing of the Central Plaza

The Central Plaza is Riverfront Park's town square. Located between the Howard Street Promenade and the U.S. Pavilion, the Central Plaza connects the two, while also providing a grassy viewing terrace overlooking the Spokane River. The plaza itself is beautifully, landscaped, incorporating trees for shade, native plants and adequate lighting and seating. The Plaza's primary role is to host large public events such as Hoopfest and Pig Out in the Park. Final design should be able to accommodate hundreds of vendors, the wear and tear they place on a space and their power and lighting needs.

SPO_DEFEXP-WD-000074176

### 9.3  U.S. Pavilion



Figure 9.3A Conceptual drawings of Potential U.S. Pavilion Dome. Images courtesy Olson Kundig Architects.

Originally built as the U.S. Federal Pavilion for EXPO '74, the Pavilion was a gift to the Spokane region from the United States government. The Master Plan aims to restore the Pavilion into a flexible use event space able to host everything from the Hoopfest Nike Court game and the Bloomsday Awards Ceremony, to a summer concert series and an outdoor giant screen film festival.

The proposed conceptual design looks to install a large kinetic dome that can sit within the existing pavilion cable structures. The moveable dome can close when sun or rain protection is needed or rotate open to the sky on a lovely summer night. The dome can also serve as a lantern to the community —glowing with multiple and ever changing imagery—such as basketball players during Hoopfest or a light show during a concert series with the Spokane Symphony.

SPO_DEFEXP-WD-000004187

### 9.4 Looff Carrousel



Figure 9.4A Conceptual drawing of New Looff Carousel Building. Image courtsey of NAC Architecture.

A new, expanded building for the Looff Carrousel allows for greater egress around the Carrousel itself, incorporates a larger event facility to better host everything from birthday parties to corporate events, provides expanded restrooms, concessions and a gift shop, as well as incorporates a climate controlled space to protect the longevity of the wood carvings. Additional spaces that are being considered for the Carrousel include a Restoration Gallery where the public can view the restoration work being done, as well as a Charles Looff Museum celebrating the diversity and breadth of his work.

SPO_DEFEXP-WD-000004148

## 9.5  Ice Rink



Figure 9.5A Conceptual drawing of Relocated Ice Rink to Spokane Falls Blvd.

The Master Plan incorporates the development of an ice rink that celebrates its location within the Park by relocating the Ice Palace to the Gondola Meadow near the corner of Post Street and Spokane Falls Boulevard.

By pulling the ice rink to the edge of the Park, it becomes activated with urban energy. The surrounding London Plane trees of the Gondola Meadow define its edges, and lighting within the trees creates an enchanting experience for the rink. The facility potentially incorporates shared ticketing and restrooms with the Skyride, limiting buildings developed at the southwest corner of the Park and protecting as much green space as possible. Potential summer uses for the rink include a farmer's market, a platform for summer concerts, or outdoor dining.

SPO_DEFEXP-WD-000044599

## 9.6 Regional Playground



Figure 9.6A Conceptual drawing of Ice Age Floods Playground. Depicting Mima Mounds Picnic Area & Grand Coulee Dam Slide.

One of the top three new attractions requested by the public is a destination playground. Current concepts that are being explored by the Master Plan look to develop a large 1 to 1.5 acre playground as an outdoor learning and play experience that tells the story of how the Ice Age Floods shaped our region.

Because of the dynamic nature of the Ice Age Floods and the rich imagery of its components, its story can be transformed into an exciting play environment that also offers rich, multi-dimensional learning opportunities. It aims to provide a completely interactive and fun way for children, families and interested people to learn about our region's unique geologic history.

SPO_DEFEXP-WD-000044550

## 9.7 North Bank



Figure 9.7A Conceptual drawing of North Bank Plaza and potential International Climing Gym (private development). Image Courtesy of Nystrom Olson Architects.

The Master Plan aims to create a dynamic and active north bank gateway that equals the popular Rotary Fountain at the south gateway. A new large north bank plaza opens to the Arena and is framed by a large world-class climbing gym— highlighting the Park's recreational opportunities. Enhanced vehicular access from the east is improved by the extension of the North River Drive directly adjacent to the Park off Washington Street. A greater mix of uses and users on the north bank enliven this underutilized and underdeveloped portion of the park today.

## 9.8 Leasable Shelters

 

Figure 9.8A Conceptual drawings of Leasable Shelters on East Havermale & North Bank. Images courtesy of Olson Kundig Architects.

The Master Plan also includes upgrades to existing event shelters throughout the Park to better accommodate indoor/ outdoor events such as weddings, family reunions, or corporate events. The conceptual design for the three garden pavilions aims to connect these structures in material, style, and lighting to the main Pavilion. The main Pavilion becomes the fire or hearth of the community. For events such as First Night the main Pavilion and the smaller pavilions become illuminated utilizing similar light and sound projection techniques.

SPO_DEFEXP-WD-000004531

RECOMMENDATIONS

### 10.1      Overall Development Strategies & Areas of Priority

The site plan below depicts the areas for priority for development within Riverfront Park as established by the Spokane Park Board.



### 10.2      Conceptual Capital Costs

Following listing highlights the recommended capital distribution of a $60 million bond based on overall development strategies and priorities.

| Park Grounds, Infrastructure & Playgrounds | $20 Million |
|---|---|

- Two new tree-lined pedestrian promenades, newly designated cycling lanes, and one promenade with improved fire and truck access into the center of the Park
- Two new landscaped, paved plazas for events
- Four new grass meadows
- Two upgraded playgrounds
- New 1.5 acre regional playground
- New Park Tour Train

SPO_DEFEXP-WD-000074452

- Four improved river overlook-landscaped terraces with picnic tables and benches
- Matching funds for south river channel bridge replacement
- New public art (minimum 1% as mandated by State law)
- Universal ADA access throughout the Park
- Improved landscape, paving materials, gateways, signage and park furnishings
- Power, irrigation, and water service upgrades throughout the Park
- Increasing secure access into the Park on a 12-month basis, for example installation of potential geothermal snow melt system
- 1:1 Tree Removal/Replacement within the city of Spokane

| U.S. Pavilion/Event Center | $24 Million |
|---|---|

- Redevelopment of the Pavilion as the premier gathering place whose events and facility will attract people of all ages, families and visitors to Riverfront Park during the day, evenings and throughout the year.
- Re-covered and re-lit Pavilion
- New interactive and multi-media art and storytelling installations within the Pavilion
- New public art (minimum 1% as mandated by State law)
- Facilities brought up to current energy code requirements and additional energy efficiency measures incorporated
- Upgrades and improvements to existing Park Administration building

| Improved Looff Carrousel Building & Visitors Center | $4.5 Million |
|---|---|

- Development of a new, modern facility to better house the Carrousel and provide ADA accessibility throughout
- New concessions and revenue-generating gift shop alongside a centrally located Visitor Center for information about the Park and Spokane attractions
- Addition of viewing gallery to view the restoration work being completed regularly for Carrousel maintenance
- Improved and more efficient heating and cooling systems that exceed current energy code requirements needed for long term protection of historic wood carvings

| Public Safety, Improved Access & Lighting | $2.8 Million |
|---|---|

- Improved enjoyment of the Park during all seasons and hours through the Installation of new lighting, security cameras and emergency phones
- Two improved and re-paved parking lots
- Improved vehicular drop-off and access into the north end of the Park via North River Drive extension from Washington Street
- Expanded and improved access to parking lot along Post Street at the south end of the Park

| Improved & Relocated Ice Rink | $2.2 Million |
|---|---|

SPO_DEFEXP-WD-000041533

- New outdoor ice rink and seating area for winter recreational use that transitions to a summer plaza in warmer months
- Improved facility for concessions, ticketing, skate rental and lockers to accommodate both the Skyride and Ice Rink
- Improved and more efficient mechanical system for ice rink

| Improved Park Shelters | $2 Million |
|---|---|

- New leasable shelters to replace existing shelters, allowing for year-round public use at the north end of the Park and on the east end of Havermale Island, east of the U.S. Pavilion.

| Reserve Contingency | $4.5 Million |
|---|---|

- Funds reserved for potential cost overruns, unforeseen conditions and inflation.

### 10.3 Conceptual Development & Construction Timeline

Park Staff estimate a 3-4 year design and construction schedule starting in December of 2014 and ideally concluding in Spring 2018.

- November 2014          Bond Ballot Vote
- December 2014 – May 2015      RFP Development & Consultant Selection
- Summer 2015          Master Permit Secured/Bridge Repair Begins
- Fall 2016            Power/Water Infrastructure Upgrades
- Winter 2015          Parking Upgrades and Expansions Begin
- Winter 2015          Work on Regional Playground Begins
- Spring 2016          Ice Rink Construction Begins
- Summer 2016         Promenades and River Terraces Work Begins
- Spring 2017          U.S. Pavilion Event Center Construction Begins
- Spring 2017          Plaza Work Begins
- Spring 2018          Carrousel Work Begins
- Summer/Fall 2018      All Landscape, Public Art, Lighting & Furnishings Installed
- Spring 2019          Completed Riverfront Park Opens

### 10.4 Next Steps

Because the Master Plan is a working document there are numerous next steps prior to bond funding that still need to be completed both from a site and business planning perspective. The following are recommended to be completed and/or researched prior to implementation.

- Shoreline Master Permit Preparation
- Develop Urban Forestry Management Plan for Riverfront Park with Urban Forestry Citizen Advisory Council
- Work with Tribal Council to develop strategies around incorporating tribal history and culture into the Master Plan and Park

SPO_DEFEXP-WD-000041154

- Refine and Develop Public Art Guidelines with Spokane Arts Commission
- Define and Outline access needs to dam facilities by Avista Utilities
- Conduct Environmental Site Analysis of Riverfront Park
- Work with County Parks on Conservation Area land swap for development of Promenades
- Work with Design/Build consultant to refine and develop Requests for Proposals post-Bond approval
- Continue to work with Ice Age Floods Institute and State & National Park Service on partnership opportunities around Regional Playground
- Research and Develop Grant Applications as needed
- Continue to develop partnerships around alternative funding sources for capital dollars
- Conduct Market Analysis of proposed uses in the Park
- Further Research & Study alternative management plans for the Park
-  Work with Consultant to launch private donor campaign

SPO_DEFEXP-WD-000004455