# EXHIBIT 1

```
                                                    Page 1
 1              MISSOURI CIRCUIT COURT
 2            TWENTY-FIRST JUDICIAL CIRCUIT
 3                 ST. LOUIS COUNTY
 4                                   CERTIFIED COPY
 5   EDWIN SPIRER, et al.,      )
 6        Plaintiffs,           )   Case No. 12SL-CC01263
 7   V.                         )   Division 20
 8   MONSANTO COMPANY, et al.,  )
 9        Defendants.           )
10
11
12      VIDEO DEPOSITION of DAVID O. CARPENTER, M.D.
13                   Albany, New York
14                  December 17, 2015
15
16
17
18
19
20
21
22
23
24   Reported by: Dana Welch, CSR, RPR, CRR
25   Job No: 100731
```

Page 2

1
2
3
4
5                    December 17, 2015
6                      8:58 a.m.
7
8
9         Video deposition of DAVID O. CARPENTER,
10   M.D., held at Hilton Albany, 40 Lodge Street,
11   Albany, New York, before Dana Welch, Certified
12   Shorthand Reporter, Registered Professional
13   Reporter, and Certified Realtime Reporter.
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                        Page 275
 1                       CARPENTER
 2           MR. MILLER:  I move to strike as being
 3   nonresponsive.
 4           MR. STEWART:  Adam, you have about two
 5   minutes.  Just letting you know.
 6           MR. MILLER:  All right.
 7      Q.   Doctor, in the conclusion in section 6.1
 8   of the monograph -- well -- well, let me do this.
 9           (Exhibit 17, PLTEXP039416 - 039417,
10       Carcinogenicity of polychlorinated biphenyls
11       and polybrominated biphenyls, marked for
12       identification.)
13   BY MR. MILLER:
14      Q.   Here, let me mark Exhibit 17.
15   Carcinogenicity of polychlorinated biphenyls and
16   polybrominated biphenyls.  This is the report that
17   was published in the Lancet Oncology --
18           MR. STEWART:  What's the exhibit number.
19           MS. SCHNALL:  17.
20      Q.   -- following the working group meeting?
21      A.   Correct.
22      Q.   If you look on page 288, it's a carryover
23   from 287 regarding strength of the association
24   between PCBs and human cancers.  And it reads,
25   "Increased risks for non-Hodgkin lymphoma and
```

```
 1                        CARPENTER
 2    breast cancer were also reported, both of which
 3    were biologically plausible.  However, the
 4    associations were not consistent and were
 5    considered as providing limited evidence."
 6          I read that correctly?
 7     A.   Correct.
 8     Q.   Was that, in fact, the conclusion of the
 9    IARC working group at the conclusion of the meeting
10    that you attended in Lyon, France?
11     A.   That wording is the standard wording for
12    IARC monographs where they consider that there's
13    strong evidence, but not strong enough to say that
14    they can conclude causation.
15
16          (Transcript continued onto following page
17    to accommodate jurat.  Nothing omitted.)
```

Page 278

1                    CERTIFICATE

2

3

4       I, Dana Welch, Certified Shorthand Reporter,

5   Registered Professional Reporter, Certified

6   Realtime Reporter and Notary Public, do hereby

7   certify that DAVID CARPENTER, M.D., the witness

8   whose deposition is hereinbefore set forth, was

9   duly sworn by me and that such deposition is a true

10  record of the testimony given by the witness.

11      I further certify that I am neither related

12  to nor employed by any of the parties in or counsel

13  to this action, nor am I financially interested in

14  the outcome of this action.

15      In witness whereof, I have hereunto set my

16  hand this 18th day of December, 2015.

17

18  _____
    Dana Welch CSR, RPR, CRR,

19

20

21

22

23

24

25