# EXHIBIT 2

1                UNITED STATES DISTRICT COURT
2                SOUTHERN DISTRICT OF CALIFORNIA
3       ------------------------------------X
4       SAN DIEGO UNIFIED PORT DISTRICT, a
5       public corporation; and CITY OF
6       SAN DIEGO, a municipal corporation,
7                       Plaintiff,      Case No.
8          vs.                          3:15-cv-00578-
9                                       WQH-AGS
10      MONSANTO CORPORATION, SOLUTIA INC.
11      and PHARMACIA CORPORATION,
12                      Defendant.
13      ------------------------------------X
14
15         DEPOSITION OF LISA A. RODENBURG, Ph.D.
16                 Parsippany, New Jersey
17                    June 14, 2019
18
19
20      Reported by:
21      MARY F. BOWMAN, RPR, CRR
22      JOB NO. 161636
23
24
25

1
2
3
4                    June 14, 2019
5                     9:10 a.m.
6
7
8            Deposition of LISA A. RODENBURG,
9    Ph.D., held at the offices of Kelley Drye
10   & Warren, LLP, One Jefferson Road,
11   Parsippany, New Jersey, before Mary F.
12   Bowman, a Registered Professional Reporter,
13   Certified Realtime Reporter, and Notary
14   Public of the State of New Jersey.
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2                    APPEARANCES:
3
4
5   For the Plaintiff SAN DIEGO
6   UNIFIED PORT DISTRICT:
7   KELLEY DRYE & WARREN
8        515 Post Oak Boulevard
9        Houston, TX 77027
10  BY:  NANCY YANOCHIK, ESQ.
11
12
13  For the Plaintiff CITY OF SAN DIEGO:
14  BARON & BUDD
15       3102 Oak Lawn Avenue
16       Dallas, TX 75219
17  BY:  BRETT LAND, ESQ.
18
19
20
21
22
23
24
25

Page 4

1                    APPEARANCES:

2

3

4    Attorneys for Defendant:

5    WHITE & WILLIAMS

6         1650 Market Street

7         Philadelphia, PA  19103

8    BY:  THOMAS GOUTMAN, ESQ.

9         NATALIE MOLZ, ESQ.

10        DAVID HAASE, ESQ.

11

12   Also Present:

13        Amanda Hughes, Ph.D.,

14        Geosyntec Consultants

15

16        Robert DelVecchio, Videographer

17        TSG Reporting

18

19

20

21

22

23

24

25

1       IT IS HEREBY STIPULATED AND
2   AGREED, by and between the attorneys
3   for the respective parties herein, that
4   filing and sealing be and the same are
5   hereby waived.
6       IT IS FURTHER STIPULATED AND
7   AGREED that all objections, except as
8   to the form of the question, shall be
9   reserved to the time of the trial.
10      IT IS FURTHER STIPULATED AND
11  AGREED that the within deposition may
12  be sworn to and signed before any
13  officer authorized to administer an
14  oath, with the same force and effect as
15  if signed and sworn to before the
16  Court.
17
18
19
20
21
22
23
24
25

Page 6

```
 1                      INDEX:
 2   WITNESS              EXAM BY:              PAGE:
 3   L. Rodenburg         Mr. Goutman
 4                        Mr. Land
 5
 6
 7                   EXHIBIT INDEX:
 8   NUMBER            DESCRIPTION              PAGE:
 9   Exhibit 1    Notice of Deposition            11
10   Exhibit 2    Plaintiffs Objections and       11
11                Responses to Defendant's
12                Subpoena to Lisa Rodenburg
13   Exhibit 3    errata sheet                    15
14   Exhibit 4    document entitled "PCBs in      20
15                Municipal Products"
16   Exhibit 5    document Bates stamped HARTROD  25
17                2277 through 2309
18   Exhibit 6    document entitled "Inadvertent  34
19                PCB Production and Its Impact
20                on Water Quality"
21   Exhibit 7    document entitled,              49
22                "Identifying PCB Sources
23                Through Fingerprinting"
24   Exhibit 8    document Bates stamped HARTROD  50
25                2147 through 2173
```

1                 EXHIBIT INDEX:
2    NUMBER            DESCRIPTION              PAGE:
3    Exhibit 9    deposition transcript dated        52
4                 February 7, 2018
5    Exhibit 10   document entitled,                 53
6                 "Polychlorinated Biphenyls in
7                 Consumer Products"
8    Exhibit 11   transcript dated September 25,     56
9                 2017
10   Exhibit 12   expert report of Lisa              72
11                Rodenburg dated April 12, 2019
12   Exhibit 13   report entitled                    79
13                "Green-Duwamish River
14                Watershed, PCB Congener Study,
15                Phase 2, Source Evaluation"
16                dated June 2017
17   Exhibit 14   article entitled, Inadvertent      91
18                Polychlorinated Biphenyls in
19                Commercial Paint Pigments"
20   Exhibit 15   document entitled, "National       94
21                Primary Drinking Water
22                Regulations"
23
24
25

Page 8

EXHIBIT INDEX:

| NUMBER | DESCRIPTION | PAGE: |
|---|---|---|
| Exhibit 16 | document entitled, "La Jolla Shores Watershed Urban Run-off Characterization and Watershed Characterization Study," | 96 |
| Exhibit 17 | document entitled, "Report of Waste Discharge" dated December 2017 | 100 |
| Exhibit 18 | document Bates stamped SD PCB 23832293 through 99 | 134 |
| Exhibit 19 | report entitled, "B Street/Broadway Piers Downtown Anchorage and Switzer Creek Storm Drain Characterization Study" | 149 |
| Exhibit 20 | document entitled, "Chollas Storm Drain Characterization Study, Final Report," July 2010 | 153 |

```
 1                  EXHIBIT INDEX:
 2    NUMBER            DESCRIPTION            PAGE:
 3    Exhibit 21   article entitled,            158
 4                 "Chemosphere: Positive Matrix
 5                 Factorization Analysis Shows
 6                 Dechlorination of
 7                 Polychlorinated Biphenyls
 8                 During Domestic Waste Water
 9                 Collection and Treatment"
10    Exhibit 22   print-out from Chemosphere   163
11                 website
12    Exhibit 23   article entitled, "Source    170
13                 Apportionment of
14                 Polychlorinated Biphenyls in
15                 Atmospheric Deposition in
16                 Seattle, Washington Area
17                 Measured with Method 1668"
18    Exhibit 24   article entitled, "Archives of  175
19                 Environmental Contamination
20                 and Toxicology"
21    Exhibit 25   document Bates stamped HARTROD  177
22                 00001
23
24
25
```

1                EXHIBIT INDEX:
2   NUMBER          DESCRIPTION              PAGE:
3   Exhibit 26  article entitled,              186
4               "Unintentional PCBs in
5               Chlorophenylsilanes as a
6               Source of Contamination in
7               Environmental Samples"
8   Exhibit 27  article entitled, "The         187
9               Presence of Polychlorinated
10              Biphenyls in Yellow Pigment
11              Products in China with
12              Emphasis on 3,3'
13              dichlorobiphenyl (PCB 11)"
14
15
16
17
18
19
20
21
22
23
24
25

Page 26

1         date.)
2         Q.    Am I correct, turning to Bates
3    2296, am I correct that PCB 11 is a
4    congener, correct?
5         A.    I'm a little backwards and
6    confused, if you will forgive me, I'm
7    having trouble finding the page.
8         Q.    You don't have to see the page
9    for this one.
10              PCB 11 is a congener, yes or no?
11        A.    Yes, PCB 11 is a congener of
12   PCBs.
13        Q.    There are 209 congeners, correct?
14        A.    That is correct.
15        Q.    And PCB 11, you've identified as
16   one that indicates the presence of
17   byproduct PCBs, is that correct?
18        A.    That is correct.
19        Q.    Because it is found -- virtually
20   unfound in commercial Aroclors, correct?
21        A.    Virtually, yes.
22        Q.    And -- this particular -- you
23   created this page?
24        A.    Yes.
25        Q.    It is titled, "PCB 11 is

Page 39

1    congener was detected in paint pigments,
2    correct?
3        A.    Correct.
4        Q.    And the congener numbers appear
5    before the particular bar chart, right?
6        A.    Correct.
7        Q.    Particular bar, I should say,
8    each individual bar, correct?
9        A.    Correct.
10       Q.    Would you agree with me that
11   numerous PCB congeners are detected in
12   pigments, correct?
13       A.    I think we talked about this last
14   time, it's not clear to me what Hu and
15   Hornbuckle were actually measuring.
16   Pigments are solid powders and what they
17   were measuring was -- I think the correct
18   term is colorants which are liquids that,
19   you -- you know Home Depot uses to add to
20   the paint to make it different colors.
21           So those colorants have other
22   things in them in addition to pigments.
23   And from the paper, it really wasn't clear
24   exactly what they were measuring.
25           So I think it is a little

1    misleading to says these congeners were
2    detected in pigments.  I think it is
3    correct to say they were detected in
4    colorants.
5         Q.    Well, the authors refer to it as
6    profiles of paint pigments, correct?
7         A.    That's how they refer to it, yes.
8         Q.    You think the authors got it
9    wrong?
10        A.    Yeah.
11        Q.    OK.  So in any event, none of
12   these products, as far as you know, were
13   intentionally manufactured with PCBs,
14   correct?
15        A.    As far as I know, that's correct.
16        Q.    So these would reflect byproduct
17   PCBs, correct?
18        A.    As far as I know, that is
19   correct.
20        Q.    So my point is numerous
21   congeners, other than 11, 206, 208, 209,
22   are detected here, correct?
23        A.    Correct.
24        Q.    Many of those congeners are also
25   congeners found in Aroclors, correct?

1     A.    Correct.
2     Q.    So for example, we have
3  Aroclor -- appears to me to be Aroclor --
4  excuse me congener 1, 2, 3, 4, 6, 8 and 11,
5  does that -- are your eyes same as mine?
6     A.    That's about what I see, yes.
7     Q.    12, 13, 15, right?
8     A.    Yes.
9     Q.    There is a cluster of numbers,
10 and I imagine they might coelude or there
11 might be some reason why they appear
12 together, but 18, 30, 20, 28, 21, 33,
13 correct?
14    A.    Correct.
15    Q.    31?
16    A.    Correct.
17    Q.    40, 41, 71, correct?
18    A.    Correct.
19    Q.    52, 56?
20    A.    Correct.
21    Q.    61, 70, 74, 76?
22    A.    Correct.
23    Q.    66?
24    A.    I believe that's 68.
25    Q.    OK.  68.

Page 42

```
 1              77?
 2      A.      Yes.
 3      Q.      78?
 4      A.      Yes.
 5      Q.      90?  101, 113?
 6      A.      Yes.
 7      Q.      95?
 8      A.      Yes.
 9      Q.      106?
10      A.      Yes.
11      Q.      108?
12      A.      Yes.
13      Q.      110?
14      A.      Yes.
15      Q.      114?
16      A.      Yes.
17      Q.      115?
18      A.      Yes -- well, I believe that's 110
19   and 115, yes.
20      Q.      110/115, correct?
21      A.      Correct.
22      Q.      They might coelude, is that it?
23      A.      Yes.
24      Q.      114, right?
25      A.      Yes.
```

Page 43

```
 1      Q.   Is that 118?
 2      A.   Yes.
 3      Q.   123?
 4      A.   Yes.
 5      Q.   129, 138, 163?
 6      A.   Yes.
 7      Q.   132?
 8      A.   Yes.
 9      Q.   135, 151?
10      A.   Yes.
11      Q.   142?
12      A.   I think that's what that says,
13   yes.
14      Q.   OK.  146?
15      A.   Yes.
16      Q.   149?
17      A.   Yes.
18      Q.   153, 158?
19      A.   168.
20      Q.   168, I'm sorry.
21      A.   Yes.
22      Q.   160?
23      A.   Yes.
24      Q.   161?
25      A.   Yes.
```

```
 1          Q.     187?
 2          A.     Yes.
 3          Q.     And 206, 7, 8, 9?
 4          A.     Yes.
 5          Q.     And then on page 9, you talk
 6   about various locations in which
 7   inadvertent PCBs were detected in various
 8   bodies of water above the federal water
 9   quality standard of 63 picograms per liter,
10   correct?
11          A.     Correct.
12          Q.     That included Halifax Harbor?
13          A.     Yes.
14          Q.     New York/New Jersey Harbor?
15          A.     Yes.
16          Q.     Delaware River?
17          A.     Yes.
18          Q.     Houston Ship Channel?
19          A.     Yes.
20          Q.     San Francisco Bay?
21          A.     Yes.
22          Q.     So if Monsanto had never invented
23   PCBs, just because of inadvertent PCBs,
24   those bodies of water would not meet the
25   federal water quality standard, is that
```

1            CERTIFICATE

2       STATE OF NEW JERSEY )
                            )ss:
3       COUNTY OF UNION     )

4            I, MARY F. BOWMAN, a Registered
5       Professional Reporter, Certified
6       Realtime Reporter, and Notary Public
7       within and for the State of New Jersey,
8       do hereby certify:
9            That LISA A. RODENBURG, Ph.D.,
10      the witness whose deposition is
11      hereinbefore set forth, was duly sworn
12      by me and that such deposition is a
13      true record of the testimony given by
14      such witness.
15           I further certify that I am not
16      related to any of the parties to this
17      action by blood or marriage and that I
18      am in no way interested in the outcome
19      of this matter.
20           In witness whereof, I have
21      hereunto set my hand this 19th day of
22      June, 2019.
23
24      _____
25      MARY F. BOWMAN, RPR, CRR