# EXHIBIT 4

Page 1

1             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
2     _____
                                    )
3     CITY OF SPOKANE, a            )
      municipal corporation         )
4     located in the County of      )
      Spokane, State of             )
5     Washington,                   )   Case No.
                                    )   2:15-cv-00201-SMJ
6              Plaintiff,           )
                                    )
7          -vs-                     )
                                    )
8     MONSANTO COMPANY, et al.,     )
                                    )
9              Defendants.          )
      _____)
10
11
12            SHOOK HARDY & BACON
          2001 MARKET STREET – SUITE 3000
13        PHILADELPHIA, PENNSYLVANIA  19103
              DECEMBER 18, 2019
14               10:14 A.M.
15
16
             VIDEOTAPED DEPOSITION OF
17           LISA A. RODENBURG, PH.D.
18
19
20
21
22
23     REPORTED BY:
24     DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE
25     JOB NO. 173395

Page 2

1

2

3

4

5                    December 18, 2019

6              Videotaped deposition of Lisa A.

7    Rodenburg, Ph.D., held at the offices of Shook

8    Hardy & Bacon L.L.P., 2001 Market Street -

9    Suite 3000, Philadelphia, Pennsylvania  19103,

10   before Debra Sapio Lyons, a Registered Diplomat

11   Reporter, a Certified Realtime Reporter, a

12   Certified Realtime Captioner, a Certified

13   LiveNote Reporter, an Approved Reporter of the

14   United States District Court for the Eastern

15   District of Pennsylvania, a Certified Court

16   Reporter of the State of New Jersey, a Notary

17   Public of the States of New Jersey, New York and

18   the Commonwealth of Pennsylvania.

19

20

21

22

23

24

25

```
 1     APPEARANCES:
 2       BARON & BUDD
         BY:  BRETT LAND, ESQUIRE
 3       3102 Oak Lawn Avenue
         Dallas, Texas  75219
 4
 5       Attorneys for Plaintiff
 6
         SHOOK HARDY & BACON
 7       BY:  THOMAS GOUTMAN, ESQUIRE
              DAVID HAASE, ESQUIRE
 8       2001 Market Street
         Philadelphia, Pennsylvania  19103
 9
10
11                    AND
         BY:  CHRISTOPHER SORENSON, ESQUIRE
12       2555 Grand Boulevard
         Kansas City, Missouri  64108
13
14       Attorneys for Defendant Monsanto Company
15
       ALSO PRESENT:
16
         CRYSTAL STRAWBRIDGE, VIDEOGRAPHER
17       TSG REPORTING, INC.
18
19
20
21
22
23
24
25
```

```
 1                    I N D E X X
 2   WITNESS                                    PAGE
 3   Lisa A. Rodenburg, Ph.D.
 4   BY MR. GOUTMAN                               9
     BY MR. LAND                                293
 5
                     E X H I B I T S
 6
     NUMBER             DESCRIPTION             PAGE
 7
     Exhibit Rodenburg-1, deposition             10
 8   transcript dated February 7, 2018 of Lisa
     A. Rodenburg, Ph.D.
 9
     Exhibit Rodenburg-2, errata sheet for       12
10   deposition dated February 7, 2018 of Dr.
     Lisa Rodenburg,
11
     Exhibit Rodenburg-3, deposition             13
12   transcript dated June 14, 2019 of Lisa A.
     Rodenburg, Ph.D.
13
     Exhibit Rodenburg-4, two-page document      15
14   containing Jurat signed by Lisa A.
     Rodenburg and errata sheets
15
     Exhibit Rodenburg-5, Defendants' Second     19
16   Amended Notice of Videotaped Deposition
     of Lisa Rodenburg and Subpoena To Testify
17   At A Deposition in A Civil Action
18   Exhibit Rodenburg-6, letter dated August    24
     11, 2017 addressed to John Fiske
19
     Exhibit Rodenburg-7, Expert Report of       28
20   Lisa A. Rodenburg, Ph.D., City of Spokane
     V. Monsanto Company, et al., Submitted by
21   Lisa A. Rodenburg, Ph.D. Octobert [sic]
     11, 2019
22
     Exhibit Rodenburg-8, multipage document     37
23   entitled PCB Emissions From Paint
     Colorants, Jacob C. Jahnke and Keri C.
24   Hornbuckle
25
```

1                   E X H I B I T S
2    NUMBER              DESCRIPTION                    PAGE
3    Exhibit Rodenburg-9, multipage document             43
     entitled Pollution Prevention and
4    Management Strategies for Polychlorinated
     Biphenyls in the New York/New Jersey
5    Harbor
6    Exhibit Rodenburg-10, multipage document            51
     entitled PCB decomposition and formation
7    in thermal treatment of plant equipment
8    Exhibit Rodenburg-11, multipage document            59
     entitled Effects of oxygen, catalyst and
9    PVC on the formation of PCDDs, PCDFs and
     dioxin-like PCBs in pyrolysis products of
10   automobile residues
11   Exhibit Rodenburg-12, multipage document            62
     entitled Formation of PCDDs, PCDFs, and
12   Coplanar PCBs from Incineration of
     Various Woods in the Presence of
13   Chlorides
14   Exhibit Rodenburg-13, multipage document            65
     entitled Destruction and formation of
15   dioxin-like PCBs in dedicated full scale
     waste incinerators
16
     Exhibit Rodenburg-14, multipage document            67
17   entitled Special Guides Green Issue April
     21, 2016 To Burn or Bury?
18
     Exhibit Rodenburg-15, transcription of             70
19   PCB Webinar September 25, 2017, PCBs:  An
     Update
20
     Exhibit Rodenburg-16, excerpt of Mitchell          86
21   D. Erickson's book entitled Analytical
     Chemistry of PCBs, Second Edition
22
     Exhibit Rodenburg-17, multipage document          114
23   entitled 2018 Annual Toxics Management
     Report, Spokane County Regional Water
24   Reclamation Facility, NPDES Permit
     WA-0093317
25

1                    E X H I B I T S

2    NUMBER                DESCRIPTION                    PAGE

3    Exhibit Rodenburg-18, multipage Excel              115
     file entitled concentration PCB-001,
4

     Exhibit Rodenburg-19, two-page document            139
5    entitled Determination of Polychlorinated
     Biphenyls Using Multiple Regression With
6    Outlier Detection and Elimination

7    Exhibit Rodenburg-20, multipage document            165
     entitled Source Apportionment of
8    Polychlorinated Biphenyls in the Tidal
     Delaware River
9

     Exhibit Rodenburg-21, multipage document           175
10   entitled Source Apportionment of PCBs in
     the Spokane River:  Blank study and
11   preliminary results,

12   Exhibit Rodenburg-22, multipage                    190
     spreadsheet of raw data Line 1 labeled
13   BB(1809040-03) First Run

14   Exhibit Rodenburg-23, multipage                    210
     spreadsheet of raw data Line 1 labeled
15   1308073-01 First Run

16   Exhibit Rodenburg-24, multipage                    213
     spreadsheet of raw data Line 1 labeled
17   1606061-1.1 First Run

18   Exhibit Rodenburg-25, multipage                    220
     spreadsheet of raw data Line 1 labeled
19   3458103-S First Run

20   Exhibit Rodenburg-26, multipage                    227
     spreadsheet of raw data Line 1 labeled
21   1211029-03 First Run

22   Exhibit Rodenberg-27, multipage                    244
     PowerPoint entitled Inland Empire Paper
23   Company Papermakers since 1911.

24   Exhibit Rodenburg-28, multipage document           250
     entitled Recycling and Deinking of
25   Recovered Paper

```
1              E X H I B I T S
2    NUMBER              DESCRIPTION              PAGE
3    Exhibit Rodenburg-29, one-page document       252
     entitled Inland Empire Paper Company, PCB
4    Fact Sheet
5    Exhibit Rodenburg-30, letter dated March      254
     23, 2015 addressed to Ms. Cheryl Niemi,
6
     Exhibit Rodenburg-31, multipage document      258
7    entitled Inadvertent PCBs in Pigments:
     Market Innovation for a Circular Economy
8    Final Report,
9    Exhibit Rodenburg-32, multipage document,     265
     Line 1 entitled City Of Spokane PCB
10   Product Testing Results
11   Exhibit Rodenburg-33, multipage document      266
     Line 1 entitled City Of Spokane PCB
12   Product Testing Results
13   Exhibit Rodenburg-34, multipage document      269
     entitled PCBs in Municipal Products
14   Revised
15   Exhibit Rodenburg-35, multipage document      270
     entitled Sample Receipt Form/Chemical
16   Analysis Form
17   Exhibit Rodenburg-36, three-page              283
     spreadsheet
18
     Exhibit Rodenburg-37, one-page document       288
19   entitled Errata and Supplement to
     Fingerprinting of PCB congener patterns
20   in samples from the Spokane, WA Area,
     Lisa A. Rodenburg, December 17, 2019
21
     REQUEST FOR PRODUCTION                        PAGE
22
      Request                                        23
23    Request                                       109
      Request                                       282
24    Request                                       285
25
```

1        Lisa A. Rodenburg, Ph.D.

2        THE VIDEOGRAPHER:  This is the start

3   of Tape Labeled Number 1 of the videotaped

4   deposition of Lisa Rodenburg in the matter

5   of City of Spokane, et al. v. Monsanto

6   Company, et al. in the United States

7   District Court, Eastern District of

8   Washington, Case Number 15-CV-00201-SMH.

9        This deposition is being held at

10  2001 Market Street, Philadelphia,

11  Pennsylvania on December 18th, 2019 at

12  approximately 10:15 a.m.

13       My name is Crystal Strawbridge from

14  TSG Reporting, Inc. and I'm the legal video

15  specialist.  The court reporter is Debra

16  Lyons in association with TSG Reporting.

17       Will counsel, please, introduce

18  yourselves.

19       MR. GOUTMAN:  We'll waive

20  introduction of counsel.

21       THE VIDEOGRAPHER:  Okay.  Will the

22  court reporter, please, swear in the

23  witness?

24       LISA A. RODENBURG, PH.D., having

25  been first duly sworn, was examined and

Lisa A. Rodenburg, Ph.D.

1

2    A.    You said 2009.

3    Q.    Okay.  209, yeah.  There are not

4    that many congeners, even I know that.

5          And you cite 11 and 209 because

6    they're frequently found as byproduct

7    congeners in pigments; correct?

8    A.    That is one reason, yes.

9    Q.    Okay.  What's -- what are the

10   other reasons?

11   A.    209 -- I'm trying to think.  So

12   209 has been found in inorganic pigments and

13   organic pigments.  I can't think of anything

14   else at the point -- at this moment.  So,

15   yeah, they've been found in pigments.

16   Q.    And we spent a lot of time at the

17   last deposition going through Hu and

18   Hornbuckle and their paper identifying

19   numerous other congeners found in pigments;

20   correct?

21   A.    Correct.

22   Q.    And we don't have to do that

23   again, do we?

24   A.    I don't think so.

25   Q.    There's another paper that I found

Page 43

1              Lisa A. Rodenburg, Ph.D.

2         in a sample.

3    BY MR. GOUTMAN:

4         Q.    So your answer is yes?

5         A.    Yes.

6         Q.    In addition, of course, there are

7    other manufacturing processes that produce

8    byproduct PCBs.  You're aware of that; right?

9         A.    Yes.

10        Q.    And the EPA in 1983, when they

11   passed regulations on this, listed some 200

12   manufacturing processes that could potentially

13   create byproduct PCBs.  You're aware of that?

14        A.    Yes.

15        Q.    And that list was collected in a

16   paper that Mr. Coghlan, one of Plaintiff's

17   experts, was brought to our attention, which

18   I'm about to show you.

19        A.    Okay.

20             MR. GOUTMAN:  We'll mark this as

21        Exhibit 9.

22             (Exhibit Rodenburg-9, multipage

23        document entitled Pollution Prevention and

24        Management Strategies for Polychlorinated

25        Biphenyls in the New York/New Jersey

Page 51

Lisa A. Rodenburg, Ph.D.

1               Lisa A. Rodenburg, Ph.D.

2 River watershed; correct?

3       A.    That is correct.

4       Q.    Would you agree that combustion

5 reactions can create PCBs?

6       A.    Yes.

7             MR. GOUTMAN: Why don't we go to

8          Ishikawa. Just give me all of those.

9             (Exhibit Rodenburg-10, multipage

10          document entitled PCB decomposition and

11          formation in thermal treatment of plant

12          equipment, is marked for identification.)

13 BY MR. GOUTMAN:

14       Q.    We've marked as Exhibit 10 a paper

15 by Ishikawa, et al. called, "PCB decomposition

16 and formation in thermal treatment of plant

17 equipment."

18             Are you familiar with this paper?

19       A.    It's not ringing a bell, no.

20       Q.    Okay. What this papers shows, and

21 you can take a second and read it, I'm just

22 going to direct your attention to a few

23 passages, but they basically -- excuse me for

24 coughing -- they basically ran combustion

25 experiments, just looking at the top of the

Page 71

1          Lisa A. Rodenburg, Ph.D.

2       An Update, is marked for identification.)

3    BY MR. GOUTMAN:

4       Q.   And you've seen this document

5    before; correct?

6       A.   Yes.

7       Q.   We've shown you, I think, at both

8    of your earlier depositions, at least one of

9    them.

10      A.   Yes.

11      Q.   And this is a transcription of a

12   webinar you gave on September 25, 2007, "PCBs:

13   An Update"; correct?

14      A.   2017.

15      Q.   Did I -- what did I say?

16      A.   2007.

17      Q.   Wow.   It's a bad day here.   Sorry.

18   I had a cold and my brain is not functioning

19   as clearly as it usually does.   I'm usually

20   sharp as a tack, believe me.

21      A.   I know.

22      Q.   Okay.   In this webinar you said

23   some things that I'd like to show you.   If you

24   turn to Page 53 -- 52 actually --

25      A.   52.

Page 72

1                    Lisa A. Rodenburg, Ph.D.

2           Q.    -- if you can, read from Line 16

3    down to Page 53, Line 10.   Read it aloud for

4    the record.

5                 MR. LAND:   And slowly.

6                 THE WITNESS:   Was I slow enough last

7         time?

8                 "And so this is a problem for the

9         City of Spokane, or the County of Spokane,

10        because they can" --

11   BY MR. GOUTMAN:

12        Q.    I'm sorry.   Let me interrupt.

13   Start from Line 13.

14        A.    13.

15        Q.    The entire paragraph.

16        A.    Oh, sure.

17                "And the one PCB congener that is

18   now dominant in the effluent is PCB-11, which

19   is the one that comes from pigments.   And so

20   this is a problem for the City of Spokane, or

21   the County of Spokane, because they can go

22   after the Aroclor-type sources.   They're one

23   of the cities suing Monsanto, for example.

24   They can try to remove all transformers and

25   capacitors.   You know, they can try to do a

1          Lisa A. Rodenburg, Ph.D.

2    lot of things to remove the Aroclor-type PCBs

3    from their system, but that's not their main

4    problem.  Their main problem is PCB-11 for

5    pigments; and what are they going to do about

6    that.  That's quite difficult, because people

7    are always going to use color-printed, you

8    know, paper; and they're always going to wear

9    printed clothing.  And they're always going to

10   have these PCB -- these pigments in their

11   system.  There's not much that Spokane County

12   can do about their worst PCB problem."

13        Q.   So when you gave this webinar --

14   by the way, what was the purpose of this

15   webinar and what was the audience?

16        A.   It was a continuing education

17   project run by Rutgers.

18        Q.   Okay.  So you were there as an

19   educator?

20        A.   Yes.

21        Q.   And when you lecture as an

22   educator, you attempt to give accurate

23   information; correct?

24        A.   Yes.

25        Q.   At -- as of September 25, 2017,

**Exhibit 4**

1          Lisa A. Rodenburg, Ph.D.

2  Kentucky, Minnesota, or Florida, it's all

3  mixed together?

4          A.   Well, I'm assuming your samples

5  are all tagged with latitude and longitude.

6          Q.   Yeah, I understand that, but in

7  the PMF analysis in this hypothetical, you're

8  mixing them all together, you're including

9  them in the same analysis, right, and you're

10  identifying factors; correct?

11          A.   Yes.

12          Q.   So isn't it true that geographic

13  heterogeneity might limit the extent to which

14  a PMF analysis can give you useful

15  information?

16          MR. LAND:   Objection, misleading,

17      incomplete hypothetical.

18          THE WITNESS:   As long as your

19      samples are tagged with latitude and

20      longitude, you can back out the spacial

21      information, so I don't think it limits

22      you.

23  BY MR. GOUTMAN:

24          Q.   Okay.  Going back, you put -- you

25  put this -- load this data into your computer

1          Lisa A. Rodenburg, Ph.D.

2    and you ask your computer model to generate

3    factors, what's called factors; correct?

4          A.    Correct.

5          Q.    And you compared those factors to

6    certain Aroclors; correct?

7          A.    Correct.

8          Q.    And in your report you identify

9    specifically your methodology, and you -- if I

10   can find it -- I believe compared it to 1016,

11   Aroclor 1242, 1248, 1254, and 1260; correct?

12         A.    Correct.

13         Q.    So that was your methodology.  And

14   you did not compare the factors to byproduct

15   profiles; correct?

16         A.    When I found factors that were not

17   similar to any of the Aroclors, I did compare

18   them with what I knew about inadvertent PCBs.

19         Q.    That wasn't my question and I

20   think you know it wasn't my question.

21             You did not design this by -- by

22   comparing by way of PMF analysis any

23   non-Aroclor profiles, you used only Aroclor

24   profiles; correct?

25             MR. LAND:   Objection, misleading,

Page 129

1              Lisa A. Rodenburg, Ph.D.

2         incomplete hypothetical.

3              THE WITNESS:  The PMF analysis just

4         spits out the fingerprints.  It has nothing

5         to do with whether things are Aroclors or

6         not.  And then I took the fingerprints and

7         compared them with Aroclors.

8    BY MR. GOUTMAN:

9         Q.   So the answer is, yes, you did

10   not -- you did not take what the computer spat

11   out, the factors, right, and compare them to

12   byproduct profiles?

13             MR. LAND:  Objection, misleading.

14             THE WITNESS:  I did.  When -- when

15        the factors did not look like Aroclors, I

16        then went and compared them with what I

17        knew about inadvertent byproduct PCB

18        fact -- fingerprints.

19   BY MR. GOUTMAN:

20        Q.   Which byproduct fingerpint --

21   prints did you identify and use and in what

22   publications did you take them from?

23        A.   There's a paper by Nakano where he

24   has fingerprints for PCBs in silicone

25   products.  I used that.

Page 130

                    Lisa A. Rodenburg, Ph.D.

1

2          Q.   What was the R2 value for that?

3          A.   I don't remember.

4          Q.   So why didn't you submit that

5     analysis in your report?

6          A.   I did it visually.  I didn't do it

7     in terms of actual numbers.

8          Q.   Well, this is my question.

9               In terms of actual numbers --

10         A.   Okay.

11         Q.   -- so you can generate an R2

12    value, the quantitative result that scientists

13    can look at instead of just sort of trying to

14    peer subjectively in your head, okay, did you

15    calculate any R2 values for any of the factors

16    based upon byproduct profiles found in the

17    literature?

18         A.   No.

19              MR. LAND:  Objection, misleading.

20              THE WITNESS:  Sorry.

21    BY MR. GOUTMAN:

22         Q.   And that is something you could

23    have done; correct?

24              MR. LAND:  Objection, incomplete

25        hypothetical.

Page 131

Lisa A. Rodenburg, Ph.D.

1
2          THE WITNESS:  In some cases, yes.
3    BY MR. GOUTMAN:
4          Q.   What would have prevented you from
5    doing that?
6          A.   The byproduct PCB signatures vary
7    quite a bit from what I've seen in the
8    literature, so it would be difficult to know
9    which ones to use.  There are many published
10   ones.
11         Q.   Why not use all of them?  What
12   would prevent you from doing that?
13         A.   That would be possible.
14         Q.   And, in fact, there are byproduct
15   profiles for numerous products that you are
16   not even aware of, for example, the products
17   that were listed in Page 100 of Exhibit 9.  Do
18   you recall that?
19         MR. LAND:  Objection, compound,
20      vague.
21   BY MR. GOUTMAN:
22         Q.   Correct?
23         MR. LAND:  What are you asking
24      there?
25         MR. GOUTMAN:  What am I asking?  I'm

1          Lisa A. Rodenburg, Ph.D.

2        asking the question I asked.

3    BY MR. GOUTMAN:

4        Q.   In fact, there are by -- there are

5    byproduct profiles for numerous products that

6    are -- that you are not aware of that are, for

7    example, listed in products in Exhibit 9 that

8    we discussed in some detail; correct?

9            MR. LAND:   Objection, vague,

10        incomplete hypothetical.

11            THE WITNESS:   Presuming that the

12        products listed in that table really do

13        have PCBs in them, then, yes, there may be

14        other fingerprints that I'm not aware of.

15    BY MR. GOUTMAN:

16        Q.   And for purposes of preparing your

17    report, you did not go out and research any of

18    these products that are listed in Exhibit 9 to

19    determine what, if any, information there is

20    on byproduct PCB profiles in these products;

21    correct?

22        A.   Only for the pigments in the -- in

23    the silicones.

24        Q.   And you certainly didn't compare

25    them to any byproduct profiles from the

Page 133

1              Lisa A. Rodenburg, Ph.D.

2    incineration literature which we've already

3    discussed you were not familiar with; correct?

4         A.   I am familiar with some of the

5    incineration literature.  I have some

6    knowledge of what the fingerprints look like

7    out of incinerators, and so I had -- I had

8    that in mind when I was looking at the

9    fingerprints, but I did not numerically

10   compare them, no.

11        Q.   The only thing you numerically

12   compared the factors to were Aroclors;

13   correct?

14        A.   Correct.

15        Q.   And then after comparing them, you

16   used three criteria according to Page 14 of

17   your report; correct?

18        A.   I'm sorry.  What was the question

19   again?

20        Q.   You used three criteria, did you

21   not, for determining whether the PMF

22   identified a non-Aroclor source; correct?

23        A.   Yes.

24        Q.   And the first one is that it

25   should not resemble any Aroclors; right?

Page 138

1           Lisa A. Rodenburg, Ph.D.

2           Q.    I'm at Page 133, and we'll do this

3    the hard way.   Okay?

4                Question Page -- Line 3:

5                "Let me ask it this way -- in this

6    way -- let me ask it this way.   I couldn't

7    look in a handbook, textbook, or peer-reviewed

8    article which will tell me that a sample with

9    an R2 value of .5 is either weather -- a

10   weathered Aroclor, something that never was an

11   Aroclor, or something that always was an

12   Aroclor?"

13               And your answer was what --

14        A.    Correct.

15        Q.    -- and that is true today;

16   correct?

17        A.    Correct.

18        Q.    And I asked you:

19               "If I were to tell you that in my

20   opinion the upper cutoff limit of .8 should be

21   .9, how could you disprove that?"

22               And what was your answer under

23   oath?

24        A.    "I couldn't disprove it."

25        Q.    And that is true today; correct?

Page 139

1          Lisa A. Rodenburg, Ph.D.

2     A.    Correct.

3     Q.    And then I asked:

4           "If I were to say the lower cutoff

5     should be -- instead of .4, it should be .5,

6     .6, .7, how would you scientifically disprove

7     that?"

8           And your answer was?

9     A.    "I can't disprove it."

10    Q.    And that answer is true today?

11    A.    Yes.

12    Q.    And am I correct that these

13    cutoffs that you used here have never been

14    subjected to a peer review in a peer-reviewed

15    journal?

16    A.    Correct.

17          (Counsel confer.)

18          MR. GOUTMAN:  I'd like to show you a

19          Exhibit 19, which is a paper that you cite

20          in your report.

21          (Exhibit Rodenburg-19, two-page

22          document entitled Determination of

23          Polychlorinated Biphenyls Using Multiple

24          Regression With Outlier Detection and

25          Elimination, is marked for identification.)

Page 140

1           Lisa A. Rodenburg, Ph.D.

2           MR. GOUTMAN:  For the record, this

3      is a paper by Burkhard, B-U-R-K-H-A-R-D,

4      and Weininger, W-E-I-N-I-N-G-E-R, titled

5      "Determination of Polychlorinated Biphenyls

6      Using Multiple Regression With Outlier

7      Detection and Elimination."

8  BY MR. GOUTMAN:

9      Q.   And you're familiar with this

10 article; right?

11     A.   Yes.

12     Q.   And just if you go to the second

13 page, they're talking about COMSTAR; is that

14 correct?

15     A.   Yes.

16     Q.   And that's a PMF program similar

17 to the one that you use?

18     A.   No, COMSTAR is different.

19     Q.   It is a -- it is a method of PMF

20 analysis; correct?

21     A.   No, as I understand it, COMSTAR is

22 more of a MLR, similar to MLR.

23     Q.   It -- I understand.  Okay.  Fair

24 enough.

25           But what it sets forth here, and

1          Lisa A. Rodenburg, Ph.D.

2      this is, again, a paper that you cited, it

3      sets forth R2 values that the authors deem

4      acceptable.  And it says, and I'm quoting in

5      the second page right here (indicating) --

6          A.    Uh-huh.

7          Q.    -- "From our experiences with

8   COMSTAR, acceptable COMSTAR solutions are

9      obtained when the following conditions occur:

10     First, R2 for the analysis is greater than .9."

11               Is that what it says?

12         A.    That's what it says.

13         Q.    And right above that it says, the

14     fourth table, Table 1, a turtle sample -- by

15     the way, this is about analysis of PCBs;

16     right?

17         A.    Yes.

18         Q.    "The fourth sample, a turtle

19     sample, illustrates the behavior of COMSTAR

20     with severely imperfect input data.  For this

21     sample, COMSTAR analysis failed, i.e., COMSTAR

22     was unable to find a subset of PCB peaks which

23     forms a self-consistent PCB population.  This

24     failure is shown by the smaller R2 value, 725";

25     correct?

Page 142

1           Lisa A. Rodenburg, Ph.D.

2      A.    That is what it says.

3      Q.    Now, I don't know if I asked you

4  this, but these cutoffs that you include in

5  this report, do they appear -- I think I asked

6  you whether you've ever published in the

7  peer-reviewed literature.

8           Have you ever seen it anywhere

9  else in a study in a peer-reviewed journal?

10     A.    No.

11     Q.    The second criterion that you

12 used, it says -- this is on Page 14 of your

13 report, the second full paragraph.

14     A.    Hold on.  I lost my report.  Is

15 it -- yeah, here we go.  Okay.  What page?

16     Q.    Page 14.

17     A.    Okay.

18     Q.    Second full paragraph, the second

19 criteria is that -- I'm just quoting from your

20 report -- is that, "When the agreement between

21 Aroclor and the factor is less than .4, the

22 differences between the Aroclor and the factor

23 cannot be explained by any known weathering

24 phenomenon."

25           Is that what it says?

1          Lisa A. Rodenburg, Ph.D.

2          Q.   But it -- the reader of this

3    report would not be able to tell what those

4    byproduct congener concentrations are other

5    than they're found in pigments other than 11

6    and 209; correct?

7          A.   Correct.

8          Q.   And also you did not discuss

9    congeners found in any of the other 200 or so

10   products that might potentially contain

11   byproduct PCBs that we discussed in Exhibit 8;

12   correct?

13         A.   I did discuss silicone.

14         Q.   Other than silicone?

15         A.   No, not other than silicone.

16         Q.   And you did not discuss the

17   likeness or unlike -- or, excuse me, the

18   presence and concentration of PCBs --

19   byproduct PCBs that are known to be generated

20   by incineration?

21         A.   Correct.

22         Q.   So of the universe of byproduct

23   congeners -- excuse me -- of products that may

24   contain byproduct PCBs, you narrowed that

25   universe essentially to pigments in silicone;

Page 173

1              Lisa A. Rodenburg, Ph.D.
2    right?
3              A.    I would say that those are the two
4    that I specifically considered.
5              Q.    And -- and, in fact, with respect
6    to pigments, you narrowed the universe from
7    the dozens of congeners to two, 11 and 209;
8    correct?
9              A.    I'm sorry.  Can you repeat that?
10             Q.    With respect to just pigments, you
11   narrowed the universe of congeners that are --
12   number in the dozen, byproduct congeners that
13   are in the dozens down to two, PCB-11 and 2 --
14   209; correct?
15             A.    Those are the two that I
16   specifically reported.
17             Q.    Why is blank correction important?
18             A.    When you analyze samples for PCBs,
19   you frequently find PCBs in the blanks, and so
20   you need to correct that to account for the
21   fact that PCBs are present in the blanks, that
22   some of the PCBs that you measure in the
23   sample might be there because of blank
24   contamination in the lab or in the field.
25             Q.    And you've referred to it in some

Page 187

Lisa A. Rodenburg, Ph.D.

1          mischaracterizes prior testimony, but you

2          can answer.

3              THE WITNESS:  Again, I don't

4          remember the specifics.

5      BY MR. GOUTMAN:

6          Q.   I would like to now turn to the

7      MLR that you performed on data, leaving aside

8      the MLR testing that you just told us about an

9      hour or so ago that we weren't aware of, but

10     the MLR data that -- the MLR data that you

11     actually discuss in your report.  Okay?

12         And once again, your report

13     gives -- you're -- you're comparing the data,

14     am I not correct, to known Aroclor patterns;

15     correct?

16         A.   Correct.

17         Q.   And that would be 1016, 1242,

18     1248, 1254, and 1260; right?

19         A.   And as I mentioned in my errata,

20     I -- I did a little bit with 1262 and 1268.

21         Q.   We're going to get to that.

22         At least in this report you did

23     not do 1262 and 1268; correct?

24         A.   Correct.

1          Lisa A. Rodenburg, Ph.D.

2          Q.   And am I correct that in your MLR

3     you did not compare the data to any byproduct

4     patterns quantitatively; correct?

5          A.   Correct.

6          Q.   Am I correct then that, as a

7     result, all you were finding out is the extent

8     of the resemblance to Aroclor profiles and not

9     the resemblance to byproduct profiles?

10    Correct?

11         A.   Correct.

12         Q.   And, again, you used the R2

13    cutoffs that we discussed in some detail

14    earlier; correct?

15         A.   Well, I reported every R2 and then

16    I, in my interpretation, I did follow those

17    guideline cutoffs, yes.

18         Q.   Okay.  And once again, when you

19    looked at whether there was a resemblance to

20    byproduct PCBs, you limited your discussion to

21    two of the congeners found in pigments,

22    correct, PCB-11 and 209?

23              MR. LAND:  Take your time to look

24         through your report if you need to.

25              THE WITNESS:  (Reviewing document.)

Page 289

1              Lisa A. Rodenburg, Ph.D.

2    BY MR. GOUTMAN:

3         Q.    Okay.   We've marked as Exhibit 37,

4    your Errata and Supplement; is that correct?

5         A.    Correct.

6         Q.    And you state that -- well, you

7    rehearse what you said in -- on Page 17 of

8    your expert opinion, fingerprinting -- quote,

9    Fingerprinting of PCB congener patterns in

10   samples from Spokane, Washington area, and you

11   noted that Stormwater 4 and Stormwater 5

12   somewhat resembled Aroclors, et cetera; right?

13        A.    Correct.

14        Q.    And then you say that you actually

15   meant Stormwater 3 when you refer to

16   Stormwater 4 and you meant Stormwater 4 when

17   you refer to Stormwater 5; right?

18        A.    Correct.

19        Q.    And you said, [As read]:   "More

20   importantly, since I wrote this testimony in

21   the summer of 2019, I've become aware of a

22   number of papers that discuss the uses of 1262

23   and 1268."

24             Do you recall that?

25        A.    Yes.

Page 290

Lisa A. Rodenburg, Ph.D.

1

2      Q.    Am I correct that you were aware

3   of 1262 and 1268 as commercial Aroclors well

4   before the summer of 2019; correct?

5      A.    Correct.

6      Q.    And you were aware of -- and the

7   papers that you cite, indeed, date as far back

8   as 1997; right?

9      A.    Correct.

10      Q.    If you can get out Exhibit 15.  I

11   have an extra copy if that would be easier.

12         Page 33, and to reorient you or to

13   clarify the record, this is the web --

14   transcription of a webinar you gave on

15   September 25, 2017; correct?

16      A.    Yes.

17      Q.    And on Page 33, beginning on

18   Line 5, could you read in the record what you

19   said during this --

20      A.    "So here's" --

21      Q.    -- educational seminar?

22      A.    Sorry.

23         "So here's an example of what the

24   different Aroclors look like, period.  These

25   are the four big ones.  Remember, I mentioned

Page 291

1           Lisa A. Rodenburg, Ph.D.

2     that Aroclor 1016 looks a lot like Aroclor

3     1242.  So they're very similar.  So I've

4     lumped those together.  And then there was

5     Aroclor 1248, 1254, and 1260.  So these five

6     Aroclors made up 99 percent of all the U.S.

7     production."

8           Q.   Can you continue to read?

9           A.   "There are a couple of others.

10    There's Aroclor 1268 and 1260 -- 1272.   But

11    those are very, very minor, rarely used; not

12    the kind of thing that you're typically going

13    to run into when you're doing any kind of site

14    assessment or thinking about PCBs."

15          Q.   Okay.  So what you did with the

16    analysis is that you then introduced for the

17    first time in any of your analyses that you've

18    done in this case, two additional Aroclors,

19    Aroclor 1262 and Aroclor 1268; is that

20    correct?

21          A.   Correct.

22          Q.   And you got a higher R2 than you

23    had before you had introduced those two

24    Aroclors; correct?

25          A.   Correct.

Page 292

                    Lisa A. Rodenburg, Ph.D.

1

2          Q.    Are you aware of any facility in

3   the City of Spokane that used commercial

4   Aroclor 1262 or 1268?

5          A.    No.

6          Q.    Are you -- oh, you've -- you did

7   say in this educational webinar in 2017 that

8   the other Aroclors that you had previously

9   included in your analysis comprised 99 percent

10  of all U.S. production; correct?

11         A.    Yes.

12         Q.    And that the Aroclors -- the other

13  Aroclors were very minor, rarely used;

14  correct?

15         A.    Correct.

16         Q.    And, again, you have no

17  information as to whether 1262 and 1268 were

18  ever used in the Spokane Valley watershed;

19  correct?

20         A.    Correct.

21         MR. GOUTMAN:  That's all I have.

22      Thank you.

23         MR. LAND:  All right.  I've got a

24      quick redirect.

25         MR. GOUTMAN:  I object.

Page 295

1          Lisa A. Rodenburg, Ph.D.
2               CERTIFICATE
3   COMMONWEALTH OF PENNSYLVANIA      )
4                         ) ss:
5   COUNTY OF PHILADELPHIA            )
6          I, Debra Sapio Lyons, a Registered
    Diplomat Reporter, a Certified Realtime Reporter,
7   a Certified Realtime Captioner, an Approved
    Reporter of the United States District Court for
8   the Eastern District of Pennsylvania, a Certified
    Court Reporter for the State of New Jersey; and
9   Notary Public within and for the States of New
    Jersey, New York and the Commonwealth of
10  Pennsylvania do hereby certify:
11         That Lisa A. Rodenburg, Ph.D., the
    witness whose deposition is hereinbefore set
12  forth, was duly sworn by me and that such
    deposition is a true record of the testimony
13  given by such witness, to the best of my ability
    and thereafter reduced to typewriting under my
14  direction.
15         I further certify that I am not related
    to any of the parties to this action by blood or
16  marriage and that I am in no way interested in
    the outcome of the matter.
17
           In witness whereof, I have hereunto set
18  my hand this 23rd day of December, 2019.
19
20                 _Debra Sapio Lyons_
                   _____
21                 DEBRA SAPIO LYONS
                   CRR, RDR, CRC, CCR, CPE
22
23
24
25

Page 296

1              Lisa A. Rodenburg, Ph.D.
2              * * *ERRATA SHEET* * *
3    NAME OF CASE:
     City of Spokane, a municipal corporation located
4    in the County of Spokane, State of Washington
          vs.
5    Monsanto Company, et al.
6    NAME OF WITNESS:
     Lisa A. Rodenburg, Ph.D.
7

     Reason codes:
8        1. To clarify the record.
         2. To conform to the facts.
9        3. To correct transcription errors.
10   Page         Line         Reason
     From                       to
11

     Page         Line         Reason
12   From                       to
13   Page         Line         Reason
     From                       to
14

     Page         Line         Reason
15   From                       to
16   Page         Line         Reason
     From                       to
17

     Page         Line         Reason
18   From                       to
19   Page         Line         Reason
     From                       to
20

     Page         Line         Reason
21   From                       to
22   Page         Line         Reason
     From                       to
23

     Subscribed and sworn to before me
24   this _____ day of _____ , 2019.
25                        _____