**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel (WSBA #20240)
Salvatore J. Faggiano (WSBA #15696)
Assistant City Attorneys
808 W. Spokane Falls Blvd.
Spokane, Washington 99201
Telephone: (509) 625-6225

**BARON & BUDD, P.C.**
Scott Summy, TX Bar No. 19507500 (*Pro Hac Vice*)
Carla Burke, TX Bar No. 24012490 (*Pro Hac Vice*)
Celeste Evangelisti, CA Bar No. 225232 (*Pro Hac Vice*)
Brett Land, WSBA #53634
Cary McDougal, TX Bar No. 13569600 (*Pro Hac Vice*)
Alicia Butler, TX Bar No. 00797823 (*Pro Hac Vice*)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605

John P. Fiske, CA Bar No. 249256 (*Pro Hac Vice*)
Jason J. Julius, CA Bar No. 249036 (*Pro Hac Vice*)
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Telephone: (858) 251-7424
[Additional Attorneys on Signature Page]
*Attorneys for Plaintiff City of Spokane*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100.<br><br>    Defendants. | Case No.: 2:15-cv-00201-SMJ<br><br>**LAND DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSES TO DEFENDANTS' DAUBERT MOTIONS**<br><br>Hearing: March 12, 2020<br>Without Oral Argument |

LAND DECLARATION IN SUPPORT OF
PLAINTIFF'S RESPONSES TO DEFENDANTS'
DAUBERT MOTIONS- 1

I, Brett Land, declare and state under penalty of perjury:

1. I am over the age of 18 and competent to be a witness herein. I am an attorney for City of Spokane ("Plaintiff" or "City") in this matter. Except where indicated otherwise, I make this declaration based on my own personal knowledge and the books and records of my firm Baron & Budd, P.C.

2. Attached as **Exhibit 1** is a true and correct copy of the Expert Report of David Dilks, Ph.D. in the Matter of City of Spokane v. Monsanto Co., et al., dated October 10, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of the deposition transcript of David Dilks, Ph.D., taken on January 23, 2020.

4. Attached as **Exhibit 3** is a true and correct copy of an article by Caitlin E. Shanahan, et al. (2015), entitled "Inventory of PCBs in Chicago and Opportunities for Reduction in Airborne Emissions and human Exposure."

5. Attached as **Exhibit 4** is a true and correct copy of "Evaluation of PCB sources and releases for identifying priorities to reduce PCBs in Washington State (USA)," by Holly Davies, et al., (2015).

6. Attached as **Exhibit 5** is a true and correct copy of "Control of Toxic Chemicals in Puget Sound," Publication No. 11-03-024, by the State of Washington Department of Ecology, dated November 2011.

7. Attached as **Exhibit 6** is a true and correct copy of certain pages from the deposition of Lisa A. Rodenburg, Ph.D. dated December 18, 2019.

8. Attached as **Exhibit 7** is a true and correct copy of National Functional Guidelines for High Resolution Superfund Methods Data Review by U.S. EPA, EPA 542-B-16-001 (April 2016).

9. Attached as **Exhibit 8** is a true and correct copy of Source Apportionment of Polychlorinated Biphenyls in Atmospheric Deposition in the Seattle, WA, USA Area Measured with Method 1668, by Lisa A. Rodenburg, et al., July 2019.

10. Attached as **Exhibit 9** is a true and correct copy of Green-Duwamish River Watershed, PCB Congener Study: Phase 2 Source Evaluation.

11. Attached as **Exhibit 10** is a true and correct copy of Johnson, Glenn, et al., 2000. "Resolving Polychlorinated Biphenyl Source Fingerprints in Suspended Particulate Matter of San Francisco Bay," *Environmental Science & Technology*, 34:552-59.

12. Attached as **Exhibit 11** is a true and correct copy of Bzdusek, P.A., J. Lu, and W. Christensen, 2006. "PCB Cogeners and Dechlorination in Sediment of Sheboygan River, Wisconsin, Determined by Matrix Factorization," Environ. Sci. Technol., 40:120-29.

13. Attached as **Exhibit 12** is a true and correct copy of Soonthronnonda, P., et al., 2011. "PCBs in Great Lakes Sediments Determined by Positive Matrix Factorization," Journal of Great Lakes Research, 37: 54-63.

14. Attached as **Exhibit 13** is a true and correct copy of Burkhard, L.P., and D. Weininger, 1987. "Determination of Polychlorinated-Biphenyls Using Multiple-Regression with Outlier Detection and Elimination," *Analytical Chemistry*, 59:1187-90.

15. Attached as **Exhibit 14** is a true and correct copy of pages 1-2, 41-42 of the deposition transcript of David Carpenter, M.D.

16. Attached as **Exhibit 15** is a true and correct copy of the Rebuttal Report of Dr. Daniel Schlenk, Ph.D. in the instant matter dated December 17, 2019.

17. Attached as **Exhibit 16** are true and correct copies of pages 38, 39, 42, 46, 50, 67, 68, and 148 from the Deposition of Dr. Daniel Schlenk in the above-styled matter.

18. Attached as **Exhibit 17** is a true and correct copy of the Expert Rebuttal Report of J. Michael Trapp, dated December 17, 2019, in the above-styled matter.

19. Attached as **Exhibit 18** is a true and correct copy of a presentation by the State of Washington Department of Ecology on November 14, 2019, entitled "Workshop on PCB Variances for Spokane River Dischargers," at the CenterPlace Regional Events Center in Spokane Valley, WA.

20. Attached as **Exhibit 19** is a true and correct copy of the Expert Rebuttal Report of Joel E. Bowdan III, dated December 17, 2019 in the above-styled matter.

21. Attached as **Exhibit 20** is a true and correct copy of the expert report of Kevin Coghlan, M.S., C.I.H., in the above-styled matter, dated October 11, 2019.

LAND DECLARATION IN SUPPORT OF
PLAINTIFF'S RESPONSES TO DEFENDANTS'
DAUBERT MOTIONS- 4

22. Attached as **Exhibit 21** are true and correct copies of pages 1-9, 22-25, 70-73, and 286 from the deposition of Kevin M. Coghlan, taken on October 30, 2019, in the above-styled matter.

23. Attached as **Exhibit 22** is a true and correct copy of the Rebuttal Report of Kevin M. Coghlan, M.S., C.I.H. in the above-styled matter, dated December 17, 2019.

24. Attached as **Exhibit 23** is a true and correct copy of Breivik, K., et al., 2007. "Towards a global historical emission inventory for selected PCB congeners – a mass balance approach 3. An update," *Science of the Total Environment*, 377:296-307.

25. Attached as **Exhibit 24** is a true and correct copy of Breivik, K., et al., 2002b. "Towards a global historical emission inventory for selected PCB congeners - A mass balance approach: 2. Emissions," *Science of the Total Environment*, 290:199-224.

26. Attached as **Exhibit 25** is a true and correct copy of Chemical Manufacturers Association Special Programs Panel on PCBs, 1981. *Comments in response to two advance notices or proposed rulemaking relating to the manufacture of PCBs below 50 parts per million published May 20, 1981, by the Environmental Protection Agency* (46 Fed. Reg. 27617, 27619). Washington, D.C.: Chemical Manufacturers Association.

27. Attached as **Exhibit 26** is a true and correct copy of Agency for Toxic Substances and Disease Registry (ATSDR), 2000. "Toxicological profile for polychlorinated biphenyls (PCBs)," U.S. Department of Health and Human Services, Atlanta, GA.

28. Attached as **Exhibit 27** is a true and correct copy of Environmental Defense Fund, Natural Resources Defense Council, Chemical Manufacturers Association, 1983. "Recommendation of the Parties for a Final EPA Rule on Inadvertent Generation of PCBs."

RESPECTFULLY SUBMITTED this 14th day of February 2020.

By: s/ Brett Land
**BARON & BUDD, P.C.**
Scott Summy (*admitted Pro Hac Vice*)
Carla Burke (*admitted Pro Hac Vice*)
Celeste Evangelisti (*admitted Pro Hac Vice*)
Brett Land, WSBA #53634
John P. Fiske (*admitted Pro Hac Vice*)
Jason J. Julius, (*admitted Pro Hac Vice*)
Cary McDougal, (*admitted Pro Hac Vice*)
Alicia Butler, (*admitted Pro Hac Vice*)

**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel WSBA #20240
Salvatore J. Faggiano WSBA #15696
Assistant City Attorneys

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (*admitted Pro Hac Vice*)

*Attorneys for Plaintiff City of Spokane*

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

By:   /s/ Brett Land
       Brett Land WSBA #53634

LAND DECLARATION IN SUPPORT OF
PLAINTIFF'S RESPONSES TO DEFENDANTS'
DAUBERT MOTIONS- 7