Geana M. Van Dessel, WSBA #35969
KUTAK ROCK
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
Phone: (509) 252-2691

Adam E. Miller, MO Bar No. 40945 (*Pro Hac Vice*)
Michael W. Cromwell, MO Bar No. 70484 (*Pro Hac Vice*)
Susan L. Werstak, MO Bar No. 55689 (*Pro Hac Vice*)
CAPES, SOKOL, GOODMAN AND SARACHAN, PC
8182 Maryland Ave., Fifteenth Floor
St. Louis, Missouri 63105-3916
Phone (314) 754-4810

Thomas M. Goutman, PA Bar No. 30236 (*Pro Hac Vice*)
David. S. Haase, PA Bar No. 73835 (*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 575-3136

Richard L. Campbell, MA Bar No. 663934 (*Pro Hac Vice*)
SHOOK HARDY & BACON LLP
125 Summer Street, Suite 1220
Boston, MA 02110
Phone: (617) 531-1411

Attorneys for Defendants (Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation, located in the County of Spokane, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 - 100,<br><br>Defendants. | CASE NO. 15-cv-00201-SMJ<br><br>**DECLARATION OF DAVID S. HAASE IN SUPPORT OF DEFENDANTS' REPLY BRIEFS IN SUPPORT OF THEIR *DAUBERT* MOTIONS TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONIES**<br><br>Hearing Date: March 12, 2020<br>Time:           8:30 a.m.<br>Location:      Richland, WA<br><br>With Oral Argument |

David S. Haase declares and states under penalty of perjury:

1. I am over the age of 18 and competent to be a witness herein. I am an attorney for Defendants Pharmacia LLC, Monsanto Company, and Solutia Inc. (collectively, "Defendants" or "Monsanto") in this matter. Except where indicated otherwise, I make this declaration based on my own personal knowledge and the books and records of my firm Shook, Hardy & Bacon L.L.P.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of Kevin M. Coghlan taken October 30, 2019 in this matter in Newton, Massachusetts, and includes the following pages from the transcript: 55-57, 60-61, 107-08, 193, 199, 204-05, 266, 272-74. Court reporter's certification page is also included. ("Add'l Coghlan Dep.").

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of Jack Matson, taken on September 9, 2016 in the matter captioned *Town of Westport, et al., v. Monsanto Company, et al.*, Case No. 1:14-cv-12041 (DJC) in the US District Court for the District of Massachusetts in State College, Pennsylvania, and includes the following pages from the transcript: 310-11.  Certification page is also included ("Matson Westport Dep.").

2. Attached as **Exhibit 3** is a true and correct copy of the Affidavit of Jack V. Matson, PH.D., PE, dated December 21, 2016 and filed in the matter captioned *Town of Westport v. Monsanto Co. et al.*, Case No. 1:14-cv-12041 (DJC) in the US District Court for the District of Massachusetts, ECF No. 185-2, December 22, 2016 ("Matson Westport Aff.").

1       3.      Attached as **Exhibit 4** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of Jack Matson taken July 12, 2019 in the matter captioned *San Diego Unified Port District, et al. v. Monsanto Company, et al.*, Case No. 3:15-cv-00578-WQH-AGS in the US District Court for the Southern District of California in State College, Pennsylvania, and includes the following pages from the transcript: 97, 99, 103, 107, 113, 120, 123-24, 130-34, and court reporter's certification ("Add'l Matson Dep.").

        4.      Attached as **Exhibit 5** is a true and correct copy of a memo titled "The PCB-Pollution Problem, January 21 and 22, 1970, St. Louis Meeting with General Electric Co.", bates label PCB-ARCH0064836 to PCB-ARCH0064854.

        5.      Attached as **Exhibit 6** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of J. Keith Nelson, taken on June 28, 2019 in the matter captioned *San Diego Unified Port District, et al. v. Monsanto Company, et al.*, Case No. 3:15-cv-00578-WQH-AGS in the US District Court for the Southern District of California in Schenectady, New York, and includes the following pages from the transcript: 35-36, 64, 67, 71-72, 89, 91, 116, 123, 125-27, 160, 179, 189-90, 207, 215, 217-19, 221-25, 230-31. J. Keith Nelson's certification is also included. ("Add'l Nelson Dep.").

        6.      Attached as **Exhibit 7** is a true and correct copy of a publication by the USEPA's Office of Toxic Substances, titled "Industry Views on the Use of Polychlorinated Biphenyls in Transformers and Capacitors", dated June 1976, EPA 560/4-76-003.

DECLARATION OF DAVID S. HAASE     2
RE: DEFENDANTS' REPLY BRIEFS TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONIES

1   7.   Attached as **Exhibit 8** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of James Olson, taken on August 22, 2017, in the matter captioned *City of Hartford and Hartford Board of Education v. Monsanto Company, et al.*, Case No. 3:15-cv-01544 (RNC) in the U.S. District Court for the District at Connecticut, at Hyatt Regency Buffalo Hotel and Conference Center, 2 Fountain Plaza, Buffalo, New York, and includes the following pages from the transcript: 43. Court reporter certification and Olson's errata sheet are also included. ("Add'l Olson Hartford Dep.")

8.   Attached as **Exhibit 9** is a true and correct copy of a excerpts of the deposition transcript of deposition testimony of James Olson, taken on August 24, 2016, in the matter captioned *Town of Westport and Westport Community Schools, v. Monsanto Company, et al.,* Case No. 1:14-cv-12041 (DJC) in the U.S. District Court for the District of Massachusetts, at Salvatore's Garden Place Hotel, 6615 Transit Road, Williamsville, New York, and includes the following pages from the transcript: 24, 30, 47-50.  Olson's certification page and errata sheet are also included ("Add'l Olson Westport Dep.")

9.   Attached as **Exhibit 10** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of Lisa Rodenburg, taken in this matter on December 18, 2019 in Philadelphia, Pennsylvania, and includes the following pages from the transcript: 75-76, 93-94, 277-80.  Rodenburg's certification page and errata sheet are included.

10.   Attached as **Exhibit 11** is a true and correct copy of an article by Lisa A. Rodenburg, Michael R. Hermanson, and Amy L. Sumner, titled "Sources of

polychlorinated biphenyl blank contamination and their impact on fingerprinting", published in Environmental Forensics 2020, Vol. 21, No. 1, p. 99-112. ("Rodenburg, *et al.* (2020)").

11. Attached as **Exhibit 12** is a true and correct copy of excerpts from a Sample Receipt Form / Chemical Analysis Form for the City of Spokane from Pacific Rim Laboratories Inc., dated September 18, 2014, which includes pages 1-5, 145.

12. Attached as **Exhibit 13** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of Daniel Schlenk taken November 13, 2019 in this matter in San Diego, California, and includes the following pages from the transcript: 37-39, 60-61, 68-69, 105-06, 152-54, 157, and Schlenk certification ("Add'l Schlenk Dep.").

13. Attached as **Exhibit 14** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of Richard DeGrandchamp taken March 21, 2019 in in the matter captioned *City of Hartford and Hartford Board of Education v. Monsanto Company, et al.*, Case No. 3:15-cv-01544 (RNC) in the U.S. District Court for the District at Connecticut, in Denver, Colorado, and includes the following pages from the transcript: 80 ("Add'l DeGrandchamp Hartford Dep.").

14. Attached as **Exhibit 15** is a true and correct copy of excerpts of the deposition transcript of deposition testimony of David Carpenter taken December 12, 2019 in this matter in New York, New York, and includes the following pages from the transcript: 103 ("Carpenter Dep.").

DECLARATION OF DAVID S. HAASE    4
RE: DEFENDANTS' REPLY BRIEFS TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONIES

1   15. Attached as **Exhibit 16** is a true and correct copy of excerpts of the
2   deposition transcript of deposition testimony of J. Michael Trapp taken January 17,
3   2020 in this matter in San Diego, California and includes the following pages from
4   the transcript: 20-21, and court reporter certification ("Add'l Trapp Dep.").

5   16. Attached as **Exhibit 17** is a true and correct copy of the Spokane
6   River Regional Toxics Task Force report titled "Coordinated Response to EPA
7   Regarding the Remand from Judge Rothstein", final draft dated June 8, 2015
8   ("2015 Task Force").

10  I declare under penalty of perjury of the law of the United States that the
11  foregoing is true and correct to the best of my knowledge. Signed this 21st day of
12  February 2020 at Philadelphia, Pennsylvania.

By: s/ David S. Haase
David. S. Haase, PA Bar No. 73835
(Admitted Pro Hac Vice)
SHOOK HARDY & BACON LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 575-3136
dhaase@shb.com

DECLARATION OF DAVID S. HAASE      5
RE: DEFENDANTS' REPLY BRIEFS TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONIES

## CERTIFICATE OF SERVICE

I certify that on February 21, 2020, I caused the foregoing to be electronically filed with the clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/ David S. Haase*
David. S. Haase, PA Bar No. 73835
(Admitted Pro Hac Vice)
SHOOK HARDY & BACON LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 575-3136
dhaase@shb.com

*Attorney for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*

DECLARATION OF DAVID S. HAASE        6
RE: DEFENDANTS' REPLY BRIEFS TO EXCLUDE PLAINTIFF'S EXPERT TESTIMONIES