**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel (WSBA #20240)
Salvatore J. Faggiano (WSBA #15696)
Assistant City Attorneys
808 W. Spokane Falls Blvd.
Spokane, Washington 99201
Telephone: (509) 625-6225

**BARON & BUDD, P.C.**
Scott Summy, TX Bar No. 19507500 (*Pro Hac Vice*)
Carla Burke, TX Bar No. 24012490 (*Pro Hac Vice*)
Celeste Evangelisti, CA Bar No. 225232 (*Pro Hac Vice*)
Brett Land (WSBA #53634)
Cary McDougal, TX Bar No. 13569600 (*Pro Hac Vice*)
Alicia Butler, TX Bar No. 00797823 (*Pro Hac Vice*)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605

John P. Fiske, CA Bar No. 249256 (*Pro Hac Vice*)
Jason J. Julius, CA Bar No. 249036 (*Pro Hac Vice*)
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Telephone: (858) 251-7424

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez, CA Bar No. 171485 *(Pro Hac Vice)*
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490

*Attorneys for Plaintiff City of Spokane*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100.<br><br>Defendants. | Case No.: 2:15-cv-00201-SMJ<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF DISPUTED MATERIAL FACTS AND COUNTER-STATEMENT OF MATERIAL FACTS (ECF NO. 527)** |

Plaintiff submits the following in response to Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (collectively "Monsanto") Statement of Disputed Material Facts and Counterstatement of Material Undisputed Fact, ECF No. 527.

| Defendants' Counter Statement of Undisputed Material Fact | Defendant's Supporting Evidence | Plaintiff's Response |
|---|---|---|
| 1. Under the National Pollutant Discharge Elimination System ("NPDES"), Washington State may issue two types of permits to control discharge into the Spokane River: individual permits and general permits. Individual permits are permits for a specific discharge at a specific location. General permits are permits for a group of similar discharges at diverse locations. | Declaration of Alan Y. Wong in support of Defendants' Counter- Statement of Material Undisputed Facts ("Wong Decl."), Ex. 1 at 1 (NPDES Permits 101 | Not disputed that the State of Washington may issue general or individual permits. Not disputed as to the descriptions of general and individual permits. |
| 2. The following non-governmental entities discharge into the Spokane River pursuant to an individual NPDES permit: Kaiser Aluminum, Inland Empire Paper, and the Midnite Mine site of Dawn Mining Company. | *See generally* Wong Decl., Ex. 2 (Kaiser Aluminum NPDES Permit); Ex. 3 (Inland Empire NPDES Permit); Ex. 4 (Midnite Mine Authorization). | Plaintiff does not dispute that Kaiser Aluminum and Inland Empire Paper discharge into the Spokane River pursuant to an individual NPDES permit; both permits list "Spokane River" as the receiving water body. However, Dawn Mining Company's permit lists "Spokane Arm of Lake Roosevelt" as the receiving water. ECF No. 528-4 at 2. |
| 3. Washington State issued the Industrial Stormwater General Permit ("ISPG NPDES Permit"), which is a "statewide permit that applies to *facilities* conducting *industrial activities* that discharge *stormwater* to a surface waterbody or to a *storm sewer* | Wong Decl., Ex. 5 at p. 1 (ISGP NPDES Permit). | Not disputed. |

| | | |
|---|---|---|
| system that drains to a surface waterbody." (emphasis in original) | | |
| 4. The following non Governmental entities discharge into the Spokane River pursuant to the ISPG NPDES Permit: Earthworks Recycling Inc., Berg Manufacturing Inc., FedEx Ground Spokane, Goodrich Corporation Carbon Products, Inland Northwest Dairies, EZ Loader Boat Trailers Inc., Central Pre Mix Prestress Co., and FedEx Express GEGA. | *See generally* Wong Decl., Ex. 6 (Earthworks ISGP Letter); Ex. 7 (Berg Manufacturing CNE Exemption Letter); Ex. 8 (FedEx Ground CNE Exemption Letter); Ex. 9 (Goodrich CNE Exemption Letter); Ex. 10 (Inland ISPG NPDES Permit Letter); Ex. 11 (EZ Loader ISPG NPDES Letter); Ex. 12 (Central Pre Mix restress ISPG NPDES Letter); Ex. 13 (FedEx GEGA CNE Exemption Letter). | Disputed. The documents cited by Defendants do not prove that the companies actually discharge into the Spokane River.

Exhibit 6 is a letter noting that Earthworks Recycling Inc is covered under the Industrial Stormwater General Permit. The permit alone does not demonstrate that the company currently discharges into the Spokane River. ECF No. 528-6 at 2.

Exhibit 7 is a letter documenting that Berg Manufacturing, Inc.'s site is eligible for a Conditional No Exposure Exemption, such that it is not required to apply for and obtain a permit. ECF No. 528-7 at 2.

Exhibit 8 is a letter documenting that Fedex Ground Package System, Inc.'s site is eligible for a Conditional No Exposure Exemption, such that it is not required to apply for and obtain a permit. ECF No. 528-8 at 2. |

| | | | |
|---|---|---|---|
| | | | Exhibit 9 is a letter documenting that Goodrich's site is eligible for a Conditional No Exposure Exemption, such that it is not required to apply for and obtain a permit. ECF No. 528-9 at 2. |
| | | | Exhibit 10 is a letter noting that Inland Northwest Dairies LLC is covered under the Industrial Stormwater General Permit. The permit alone does not demonstrate that the company currently discharges into the Spokane River. ECF No. 528-10 at 2. |
| | | | Exhibit 11 is a letter noting that EZ Loader Boat Trailers Inc is covered under the Industrial Stormwater General Permit. The permit alone does not demonstrate that the company currently discharges into the Spokane River. ECF No. 528-11 at 2. |
| | | | Exhibit 12 is a letter noting that Central Pre Mix Prestress Co. is covered under the Industrial Stormwater General Permit. The permit alone does not demonstrate that the company currently discharges into the Spokane River. ECF No. 528-12 at 2. |

| | | Exhibit 13 is a letter documenting that FedEx Express -- GEGA's site is eligible for a Conditional No Exposure Exemption, such that it is not required to apply for and obtain a permit. ECF No. 528-13 at 2. |
|---|---|---|

RESPECTFULLY SUBMITTED this 3 day of March 2020.

By: ___/s/ Brett Land___
**BARON & BUDD, P.C.**
Scott Summy (*admitted Pro Hac Vice*)
Carla Burke (*admitted Pro Hac Vice*)
Celeste Evangelisti (*admitted Pro Hac Vice*)
Brett Land WSBA #53634
John P. Fiske (*admitted Pro Hac Vice*)
Jason J. Julius, (*admitted Pro Hac Vice*)
Cary McDougal, (*admitted Pro Hac Vice*)
Alicia Butler, (*admitted Pro Hac Vice*)

**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel WSBA #20240
Salvatore J. Faggiano WSBA #15696
Assistant City Attorneys

**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (*admitted Pro Hac Vice*)

*Attorneys for Plaintiff City of Spokane*

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By: s/ Brett Land
Brett Land WSBA #53634