**OFFICE OF THE CITY ATTORNEY**
Elizabeth L. Schoedel (WSBA #20240)
Salvatore J. Faggiano (WSBA #15696)
Assistant City Attorneys
808 W. Spokane Falls Blvd.
Spokane, Washington 99201
Telephone: (509) 625-6225

**BARON & BUDD, P.C.**
Scott Summy, TX Bar No. 19507500 (*Pro Hac Vice*)
Carla Burke, TX Bar No. 24012490 (*Pro Hac Vice*)
Celeste Evangelisti, CA Bar No. 225232 (*Pro Hac Vice*)
Brett Land (WSBA #53634)
Cary McDougal, TX Bar No. 13569600 (*Pro Hac Vice*)
Alicia Butler, TX Bar No. 00797823 (*Pro Hac Vice*)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605

John P. Fiske, CA Bar No. 249256 (*Pro Hac Vice*)
Jason J. Julius, CA Bar No. 249036 (*Pro Hac Vice*)
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Telephone: (858) 251-7424

*Attorneys for Plaintiff City of Spokane*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation located in the County of Spokane, State of Washington, <br><br> Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100. <br><br> Defendants. | Case No.: 2:15-cv-00201-SMJ <br><br> **JOINT STATEMENT OF UNCONTROVERTED FACTS** <br><br> Hearing: June 24, 2020 at 8:30 a.m. <br> Richland <br> With Oral Argument |

JOINT STATEMENT OF
UNCONTROVERTED FACTS - 1

Pursuant to the Court's Scheduling Order, ECF No. 206, Plaintiff City of Spokane ("City") and Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (collectively "Monsanto") submit the following Joint Statement of Uncontroverted Facts[1] regarding Plaintiff's Motion for Summary Judgment (ECF No. 410).

Plaintiff's Undisputed Material Facts:

1. On April 26, 2017, Defendants filed their "First Amended Answer to Plaintiff's Complaint and Counterclaims."

2. Disputed. ECF No. 527.

3. Disputed. ECF No. 527.

4. Disputed. ECF No. 527.

5. Disputed. ECF No. 527.

6. Disputed. ECF No. 527.

7. Disputed. ECF No. 527.

8. Defendants' Answer alleges the "Government Contractor Defense" as their Fortieth (40th) Affirmative Defense.

9. Disputed. ECF No. 527.

---

[1] This statement represents a list of the factual assertions by Spokane to which Monsanto made no objections. It should not be construed as an admission by either party regarding the legitimacy of any objection.

JOINT STATEMENT OF
UNCONTROVERTED FACTS - 2

Defendants' Counter-Statement of Undisputed Material Fact:

1. Under the National Pollutant Discharge Elimination System ("NPDES"), Washington State may issue two types of permits to control discharge into the Spokane River: individual permits and general permits. Individual permits are permits for a specific discharge at a specific location. General permits are permits for a group of similar discharges at diverse locations.

2. Disputed. ECF No. 567.

3. Washington State issued the Industrial Stormwater General Permit ("ISPG NPDES Permit"), which is a "statewide permit that applies to *facilities* conducting *industrial activities* that discharge *stormwater* to a surface waterbody or to a *storm sewer* system that drains to a surface waterbody." (emphasis in original)

4. Disputed. ECF No. 567.

RESPECTFULLY SUBMITTED this 6th day of March 2020.

| PLAINTIFF CITY OF SPOKANE | DEFENDANTS MONSANTO COMPANY, SOLUTIA INC., AND PHARMACIA LLC |
|---|---|
| By: __s/ Brett Land__ | By: __s/ Geana M. Van Dessel__ |
| BARON & BUDD, P.C. | Geana M. Van Dessel, WSBA #35969 |
| Scott Summy (admitted Pro Hac Vice) | KUTAK ROCK LLP |
| Carla Burke (admitted Pro Hac Vice) | 510 W. Riverside Avenue, Suite 800 |
| Celeste Evangelisti (admitted Pro Hac Vice) | Spokane, WA 99201 |
| Brett Land WSBA #53634 | P: (509) 252-269 |
| John P. Fiske (admitted Pro Hac Vice) | Geana.VanDessel@KutakRock.com |
| Jason J. Julius, (admitted Pro Hac Vice) | By: __s/ Thomas M. Goutman__ |
| Cary McDougal, (admitted Pro Hac Vice) | Thomas M. Goutman, PA Bar No. 30236 (Admitted *Pro Hac Vice*) |
| Alicia Butler, (admitted Pro Hac Vice) | David. S. Haase, PA Bar No. 73835 (Admitted Pro Hac Vice) |

JOINT STATEMENT OF UNCONTROVERTED FACTS - 3

OFFICE OF THE CITY ATTORNEY
Elizabeth L. Schoedel WSBA #20240
Salvatore J. Faggiano WSBA #15696
Assistant City Attorneys

GOMEZ TRIAL ATTORNEYS
John H. Gomez (admitted Pro Hac Vice)

Attorneys for Plaintiff City of Spokane

Kim Kocher, PA Bar No. 66557
(Admitted Pro Hac Vice)
SHOOK HARDY & BACON LLP
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
P: (215) 575-3136
tgoutman@shb.com
dhaase@shb.com
kkocher@shb.com

Richard L. Campbell, MA Bar No. 663934 (Admitted Pro Hac Vice)
Melissa Nott Davis, MA Bar No. 654546 (Admitted Pro Hac Vice)
Alan Y. Wong, MA Bar No. 687618 (Admitted Pro Hac Vice)
Brandon L Arber, MA Bar No. 676425 (Admitted Pro Hac Vice)
Stephen I Hansen, MA Bar No. 679134 (Admitted Pro Hac Vice)
SHOOK HARDY & BACON LLP
125 Summer St., Ste. 1220
Boston, MA 02110
P: (617) 531-1411
rcampbell@shb.com
mndavis@shb.com
awong@shb.com
barber@shb.com
sihansen@shb.com

Adam E. Miller, MO Bar No. 40945
(Admitted Pro Hac Vice)
Michael W. Cromwell, MO Bar No. 70484
(Admitted Pro Hac Vice)
Susan L. Werstak, MO Bar No. 55689
(Admitted Pro Hac Vice)
Lisa N. DeBord, MO Bar No. 61658
CAPES, SOKOL, GOODMAN AND SARACHAN, PC
8182 Maryland Avenue, Fifteenth Floor
St. Louis, MO 63105-3916
P: (314) 754-4810

JOINT STATEMENT OF
UNCONTROVERTED FACTS - 4

miller@capessokol.com
cromwell@capessokol.com
werstak@capessokol.com
debord@capessokol.com

James A. Pardo, NYBA #2969491
(Admitted Pro Hac Vice)
Anthony N. Upshaw, FLBA #861091
(Admitted Pro Hac Vice)
Lisa A. Gerson, NYBA #4518940
(Admitted Pro Hac Vice)
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
P: (212) 547-5353
jpardo@mwe.com
aupshaw@mwe.com
lgerson@mwe.com

Robert M. Howard, CSBA #145870
(Admitted Pro Hac Vice)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
P: (858) 523-5400
robert.howard@lw.com

Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC

JOINT STATEMENT OF
UNCONTROVERTED FACTS - 5

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

By:   s/ Brett Land
      Brett Land WSBA #53634