Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
Phone: (509) 252-2691

Adam E. Miller, MO Bar No. 40945 (*pro hac vice*)
Michael W. Cromwell, MO Bar No. 70484 (*pro hac vice*)
Lisa N. DeBord, MO Bar No. 61658 (*pro hac vice*)
Susan L. Werstak, MO Bar No. 55689 (*pro hac vice*)
SHOOK HARDY & BACON LLP
190 Carondelet Plaza, Suite 1350
St. Louis, MO 63105
Phone: (314) 690-0200

Thomas M. Goutman, PA Bar No. 30236 (*pro hac vice*)
David. S. Haase, PA Bar No. 73835 (*pro hac vice*)
Rosemary R. Schnall, PA Bar No. 73455 (*pro hac vice*)
SHOOK HARDY & BACON LLP
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Phone: (215) 575-3136

Richard L. Campbell, MA Bar No. 663934 (*pro hac vice*)
Melissa Nott Davis, MA Bar No. 654546 (*pro hac vice*)
SHOOK HARDY & BACON LLP
1 Federal Street, Suite 2540
Boston, MA 02110
Phone: (617) 531-1671

Attorneys for Defendants
(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF SPOKANE, a municipal corporation, located in the County of Spokane, State of Washington,<br><br>  Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY; SOLUTIA INC., and PHARMACIA LLC, and DOES 1-100,<br><br>  Defendants. | CASE NO.: 2:15-cv-00201-MKD<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's October 6, 2020 Order (ECF No. 578), Plaintiff City of Spokane ("Plaintiff") and Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC (together "Defendants") submit this Joint Status Report.

This matter has been stayed pending consideration by the United States District Court for the Central District of California of a nationwide class action settlement in *City of Long Beach v. Monsanto Co., et al.*, Case No. 2:16-cv-03493-FMO-AS (C.D. Cal.). As previously reported, the *City of Long Beach* Court preliminarily approved the national class action settlement and set a schedule through final approval of the settlement. This Joint Status Report provides an update on the *City of Long Beach* settlement.

## Status of Proposed Settlement Agreement

Plaintiff is one of thirteen named class plaintiffs in a class action complaint, which was filed with a motion for preliminary approval of a proposed nationwide settlement class on June 24, 2020, in the United States District Court for the Central District of California. *See City of Long Beach,* Motion for Certification, ECF No. 191. The settlement agreement resolves allegations against Defendants related to Defendants' manufacture, sale, testing, disposal, release, marketing, promotion, or management of PCBs for alleged PCB-related environmental impairments, including impairments to water bodies. Once approved, the settlement agreement will resolve

the present cases, as well as several similar lawsuits in various other courts, most of which have also been stayed pending approval of the settlement agreement.

On March 14, 2022, the *City of Long Beach* Court preliminarily certified the class and approved the proposed class notice. *See* ECF No. 587. Pursuant to the *City of Long Beach* Court's May 9, 2022 Scheduling Order, the deadline for class members to opt out or object to the settlement was July 25, 2022. *Id.* On August 8, 2022, the Settlement Administrator submitted a list of opt-outs and objections to the court. *City of Long Beach* at ECF No. 301. On September 1, 2022, Plaintiffs submitted a notice and motion in support of final approval of the class action settlement. *Id.* at ECF No. 304. On September 8, 2022, Defendants submitted a memorandum in support of final approval of the class action settlement. *Id.* at ECF No. 305. The final approval hearing remains scheduled for October 13, 2022. *Id.* at ECF No. 296.

Because the proposed nationwide settlement would resolve this case, in the interest of judicial economy, Plaintiffs and Defendants jointly request this Court maintain the stay of deadlines in this case pending resolution of the *City of Long Beach* proposed nationwide class action settlement.

Dated: October 13, 2022    By:    s/ *Geana M. Van Dessel*
                                                           Geana M. Van Dessel, WSBA #35969
                                                           KUTAK ROCK LLP
                                                           510 W. Riverside Avenue, Suite 800
                                                           Spokane, WA 99201
                                                           P: (509) 252-2691
                                                           Geana.VanDessel@KutakRock.com

|   |   |
|---|---|
| 1 | Adam E. Miller, MO Bar No. 40945 |
| 2 | (Admitted *Pro Hac Vice*) |
|   | Michael W. Cromwell, MO Bar No. 70484 |
| 3 | (Admitted *Pro Hac Vice*) |
| 4 | Susan L. Werstak, MO Bar No. 55689 |
|   | (Admitted *Pro Hac Vice*) |
| 5 | Lisa N. DeBord, MO Bar No. 61658 |
| 6 | SHOOK HARDY & BACON LLP |
|   | 190 Carondelet Plaza, Suite 1350 |
| 7 | St. Louis, MO 63105 |
| 8 | Main Number: (314) 690-0200 |
|   | amiller@shb.com |
| 9 | ldebord@shb.com |
| 10 | mwcromwell@shb.com |
|   | swerstak@shb.com |
| 11 |   |
| 12 | Thomas M. Goutman, PA Bar No. 30236 |
|   | (Admitted *Pro Hac Vice*) |
| 13 | David. S. Haase, PA Bar No. 73835 |
| 14 | (Admitted *Pro Hac Vice*) |
|   | Rosemary Schnall, PA Bar No. 73455 |
| 15 | (Admitted *Pro Hac Vice*) |
| 16 | SHOOK, HARDY & BACON L.L.P. |
|   | Two Commerce Square |
| 17 | 2001 Market Street, Suite 3000 |
| 18 | Philadelphia, PA 19103 |
|   | P: (215) 575-3136 |
| 19 | tgoutman@shb.com |
| 20 | dhaase@shb.com |
|   | rschnall@shb.com |
| 21 |   |
| 22 | Richard L. Campbell, MA Bar No. 663934 |
|   | (Admitted *Pro Hac Vice*) |
| 23 | Melissa Nott Davis, MA Bar No. 654546 |
| 24 | (Admitted *Pro Hac Vice*) |
|   | Alan Y. Wong, MA Bar No. 687618 |
| 25 | (Admitted *Pro Hac Vice*) |
| 26 | Brandon L. Arber, MA Bar No. 676425 |
|   | (Admitted *Pro Hac Vice*) |
| 27 | Stephen I. Hansen, MA Bar No. 679134 |
| 28 |   |

|    |                                                                                    |
|----|------------------------------------------------------------------------------------|
| 1  | (Admitted *Pro Hac Vice*)                                                          |
| 2  | SHOOK HARDY & BACON LLP                                                            |
|    | 1 Federal Street, Suite 2540                                                       |
| 3  | Boston, MA 02110                                                                   |
| 4  | P: (617) 531-1671                                                                  |
|    | rcampbell@shb.com                                                                  |
| 5  | mndavis@shb.com                                                                    |
| 6  | awong@shb.com                                                                      |
|    | barber@shb.com                                                                     |
| 7  | sihansen@shb.com                                                                   |
| 8  |                                                                                    |
|    | Robert M. Howard, CSBA #145870                                                     |
| 9  | (Admitted *Pro Hac Vice*)                                                          |
| 10 | Kelly E. Richardson                                                                |
|    | (Admitted *Pro Hac Vice*)                                                          |
| 11 | Latham & Watkins LLP                                                               |
| 12 | 12670 High Bluff Drive                                                             |
|    | San Diego, CA 92130                                                                |
| 13 | P: (858) 523-5400                                                                  |
| 14 | robert.howard@lw.com                                                               |
|    | kelly.richardson@lw.com                                                            |
| 15 |                                                                                    |
| 16 | ***Attorneys for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC***   |
| 17 |                                                                                    |
| 18 |                                                                                    |
|    | By: *s/ Salvatore J. Faggiano*                                                     |
| 19 | OFFICE OF THE CITY ATTORNEY                                                        |
| 20 | Elizabeth L. Schoedel WSBA #20240                                                  |
|    | eschoedel@spokanecity.org                                                          |
| 21 | Salvatore J. Faggiano WSBA #15696                                                  |
| 22 | sfaggiano@spokaencity.com                                                          |
|    | 808 West Spokane Falls Blvd, 5th Floor                                             |
| 23 | Spokane, WA 99201                                                                  |
| 24 | P: 509-625-6232                                                                    |
|    | Assistant City Attorneys                                                           |
| 25 |                                                                                    |
| 26 |                                                                                    |
| 27 |                                                                                    |
| 28 |                                                                                    |

GOMEZ TRIAL ATTORNEY
John H. Gomez (admitted *Pro Hac Vice*)
655 West Broadway, Suite 1700
San Diego, CA 92101
P: (619) 237-3490
john@gomeztrialattorneys.com

BARON & BUDD, P.C.
Scott Summy (admitted *Pro Hac Vice*)
Carla Burke (admitted *Pro Hac Vice*)
Celeste Evangelisti (admitted *Pro Hac Vice*)
Brett Land WSBA #53634
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com
cburke@baronbudd.com
cevangelisti@baronbudd.com
bland@baronbudd.com

John P. Fiske (admitted *Pro Hac Vice*)
Jason J. Julius (admitted *Pro Hac Vice*)
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
P: 858-251-7424
jfiske@baronbudd.com
jjulius@baronbudd.com

***Attorneys for Plaintiff City of Spokane***

# CERTIFICATE OF SERVICE

I certify that on October 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

s/ *Geana M. Van Dessel*
Geana M. Van Dessel, WSBA #35969
KUTAK ROCK LLP
510 W. Riverside Avenue, Suite 800
Spokane, WA 99201
P: (509) 252-2691
Geana.VanDessel@KutakRock.com

*Attorney for Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC*