FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE CITY OF SPOKANE, a municipal corporation, located in the County of Spokane, State of Washington,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONSANTO COMPANY; SOLUTIA INC.; PHARMACIA LLC; DOES 1-100,<br><br>　　　　　Defendants. | No.  2:15-CV-00201-MKD<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>**ECF No. 591** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 591.  The parties submit a stipulation of dismissal.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court by filing a stipulation of dismissal signed by all parties who have appeared.  The parties stipulate and agree to the dismissal of this action in its entirety with prejudice, each

ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE - 1

party to bear their own attorney's fees and costs.  The stipulation is signed by all parties who have appeared.

**IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, ECF No. 591, all claims are **DISMISSED with prejudice,** without an award of fees or costs.

2. Any pending motions are **DENIED as moot.**

3. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED January 3, 2023.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE - 2